## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

CARYN BECKER
PARTNER

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
cbecker@lchb.com
www.lchb.com

NEW YORK
WASHINGTON, D.C.
BEVERLY HILLS
NASHVILLE

January 6, 2006

**FILED**

**JAN 9 2006**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge Aspen

**VIA FEDERAL EXPRESS**

Clerk of Court
Attention: Willy Haynes
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen Building, 20th floor
219 South Dearborn Street
Chicago, Illinois 60604

Re: *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation,*
MDL No. 1715 (Case No. 1:05-cv-07097)

Dear Mr. Haynes:

Enclosed for filing please find an original and two copies of the following documents: (1) Notice of Motion and Motion to Appoint Interim Class Counsel for MDL Plaintiffs Pursuant to Fed. R. Civ. P. 23(g); (2) Memorandum of Points and Authorities in Support of Motion to Appoint Interim Class Counsel for MDL Plaintiffs Pursuant to Fed. R. Civ. P. 23(g); (3) Declaration Of Kelly M. Dermody; (4) Declaration Of Terry A. Smiljanich; (5) Declaration Of Gary Klein In Support Of Motion for Appointment Of Interim Class Counsel; and (6) Proof of Service by U.S. Mail. Please filed the original, deliver one copy set to Judge Aspen, and return a file-stamped copy set to me in the enclosed return envelope.

The above-captioned case was recently transferred to the Northern District of Illinois by the Judicial Panel for Multi-District Litigation. We are filing the enclosed documents in paper form, instead of through the ECF system, because the files for the consolidated MDL cases have not yet been received by the Court, and the electronic docket is not yet complete. We spoke with Dorothy Keller, of your office, regarding this issue. She confirmed that the filing would be accepted in paper form.

Thank you for your assistance in this matter. Please do not hesitate to contact me if you need additional information.

Very truly yours,

Caryn Becker

Enclosures
508303.1