● ORIGINAL ●

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | FILED<br>JAN 9 2006<br>MDL No. 1715<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) 05C 7097 |

## NOTICE OF MOTION AND MOTION TO APPOINT INTERIM CLASS COUNSEL FOR MDL PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Cheryl Williams, Duval Naughton, Isabelle M. Murphy, David R. Murphy, Lynn Gay, David M. Wakefield, Janet Wakefield, Adolph Peter Kurt Burggraff and Latonya Williams (hereinafter, "Original MDL Petitioners")[1] hereby move the Court pursuant to Fed. R. Civ. P. 23(g) to appoint Lieff, Cabraser, Heimann & Bernstein, LLP; Roddy, Klein & Ryan; and James, Hoyer, Newcomer & Smiljanich, P.A. ("Proposed Interim Class Counsel") as Interim Class Counsel.[2] Proposed Interim Class Counsel satisfy all of the requirements of Rule 23(g)(2)(A) for appointment as interim class counsel.

This motion is supported by (1) this Notice of Motion and Motion; (2) the accompanying

---

[1] These Plaintiffs constitute the Plaintiffs from five of the six actions originally subject to the MDL Petition filed by Petitioners Cheryl Williams and Duval Naughton, as follows: Williams v. Ameriquest Mortgage Company, Case No. 05-CV-6189 (S.D.N.Y.); Burggraff v. Ameriquest Capital Corporation, Case No. 2:04-cv-09715-MMM-Mc (C.D. Cal.); Murphy v. Ameriquest Mortgage Company, Case No. 1:04-cv-12651-RWZ (D. Mass.); and Williams v. Ameriquest Mortgage Company, Case No. 8:05-cv-01036-EAK-EAJ (M.D. Fla.). Plaintiffs in the action Knox v. Ameriquest Mortgage Company, Case No. 3:05-cv-00240-SC (N.D. Cal.) are considering whether they will join in this Motion.

[2] The Proposed Interim Class Counsel firms represent Plaintiffs from all the six original MDL actions except Knox v. Ameriquest Mortgage Company, Case No. 3:05-cv-00240-SC (N.D. Cal.).

497008.1      - 1 -

NOTICE OF MOTION AND MOTION TO APPOINT INTERIM CLASS COUNSEL FOR
MDL PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(G)

Memorandum in Support of the Motion; (3) the Declaration of Kelly M. Dermody, attached as Exhibit A; (4) the Declaration of Gary Klein, attached as Exhibit B; (5) the Declaration of Terry Smiljanich, attached as Exhibit C; (6) all pleadings, papers and records on file in this action, and (7) and any oral argument before the Court.

Based on the requirements of Rule 23(g)(2)(A) for the appointment of interim counsel and the supporting information stated above, the Original MDL Petitioners request that the Court find that the Proposed Interim Class Counsel are qualified and responsible, and will fairly and adequately represent all of the proposed MDL Plaintiffs and Class Members as a Class, and that their charges will be reasonable. The Original MDL Petitioners also request that the Court find that it is in the best interest of the proposed Ameriquest mortgageholder Class and the efficient and successful litigation of this case to appoint the Proposed Interim Class Counsel. The Original Petitioners further request that the Court grant this Motion and enter the Proposed Order, filed contemporaneously herewith, Appointing Interim Class Counsel.

Respectfully submitted,

Dated: January 6, 2006

*Kelly M. Dermody /s/ CB*
Kelly M. Dermody

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA  021111-2810
Telephone: (617) 357-5500
Facsimile: (617) 357-5030

Kelly M. Dermody
Caryn Becker
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008