ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 9 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL No. 1715

THIS DOCUMENT RELATES TO: ALL ACTIONS

(Centralized before the Honorable Marvin E. Aspen)

05C 7097

### DECLARATION OF TERRY A. SMILJANICH

I, TERRY A. SMILJANICH, declare as follows:

1. I am a partner in the law firm of James, Hoyer, Newcomer & Smiljanich, P.A. ("JHNS"), one of the counsel of record for Plaintiffs in this matter. I am a member in good standing of the bar of the State of Florida and have been admitted to practice in the United States District Courts for the Northern, Middle and Southern Districts of Florida, as well as the Court of Appeals for the Fourth, Sixth and Eleventh Circuits. I respectfully submit this declaration in support of Plaintiffs' Motion to Appoint Interim Class Counsel Pursuant to Fed. R. Civ. P. 23(g). I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. JHNS is an AV-rated national law firm with 18 attorneys and offices in Tampa and Tallahassee, Florida. JHNS's practice focuses on complex and class action litigation involving consumer, product liability, employment, financial, securities, personal injury, and criminal defense matters. Attached hereto as Exhibit A is a true and correct copy of JHNS's current firm resume, showing some of the firm's experience in complex and class action

1

litigation. This resume is not a complete listing of all cases in which JHNS has been Class Counsel or otherwise counsel of record.

3. Undersigned counsel has extensive experience in the litigation, trial and settlement of complex claims, including the investigation and prosecution of class actions in nationwide consumer protection cases. Some cases in which undersigned counsel has served as Lead or Co-Lead Class Counsel in consumer class actions in the past five years include:

 a. *Daniels, et al. v. Allstate Insurance Company, et al.*, MDL No. 3:02-md-1457, Middle District of Tennessee;

 b. *In re Progressive Insurance Company, et al.*, MDL No. 1519, Northern District of Florida;

 c. *Thompson, et al. v. Sprint Corporation, et al.*, Case No. 4:02cv/83-RH/WCS, Northern District of Florida;

 d. *Ulmer, et al. v. Life Insurance Company of North America*, Case No. 8:00-CV-665-T-24E, Middle District of Florida;

 e. *Swope v. West Group, et al.*, Case No. 19-C5-02-8564, First Judicial District, State of Minnesota.

4. I am the lead attorney for JHNS in the instant litigation. I graduated from the University of Florida College of Law in 1972. I was a law clerk to the Honorable Ben Krentzman, United States District Judge for the Middle District of Florida. I served as an Assistant United States Attorney for the Middle District of Florida from 1974 to 1977. I have been engaged in the private practice of law since 1977, primarily in the areas of complex commercial litigation, professional malpractice defense, and consumer class actions. In addition, in 1987 I served as Associate Counsel to the United States Senate in connection with the Senate and House Iran/Contra Joint Committees.

5. In addition to the cases listed in paragraph 3 above, I have served as class counsel, including lead or co-lead class counsel, in over fifteen nationwide class action matters.

My experience has provided me with expertise in the legal, factual, management, notice, and administration issues that characterize consumer fraud class actions.

6. JHNS has conducted extensive investigations relating to this matter, including review of hundreds of consumer claims regarding Ameriquest.

7. JHNS attorneys and investigators have spent over 1200 hours investigating and collecting information on the Plaintiffs' claims, propounding and responding to discovery, and researching and drafting motion papers. This includes time spent preparing discovery requests to propound to Ameriquest; drafting correspondence and motion documents; conducting necessary research; preparing initial disclosures and joint status reports; and coordinating review and reviewing documents produced by clients. JHNS is prepared to commit all additional resources necessary to represent adequately the proposed class in this litigation.

8. JHNS has entered into a joint prosecution agreement with the Lieff Cabraser and Roddy Klein law firms with regard to the sharing of work, expenses and fees for the prosecution of this case.

9. JHNS has entered a contingency fee retainer agreement with its client, Adolph Peter Kurt Berggraff, one of the named plaintiffs in this action, which agreement also allows it to associate in other counsel.

I declare under penalty of perjury under the laws of the State of Florida and the United States that the foregoing is true and correct.

Executed this 3rd day of January, 2006 at Tampa, Florida.

_____
Terry A. Smiljanich

3

# EXHIBIT A

# JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.
## ATTORNEYS AT LAW

Bowman, Jill H.
Tamra J. Carsten
Christopher C. Casper
Christa L. Collins
Mark Fistos
Kathleen Clark Knight
Amy K. Guinan
Judy S. Hoyer
W. Christian Hoyer
Bill James (Ret.)
Gregory W. Kehoe
J. Andrew Meyer
John R. Newcomer, Jr.
Jessee L. Ray
Elaine Scudieri Stromgren

ONE URBAN CENTRE, SUITE 550
4830 WEST KENNEDY BOULEVARD
TAMPA, FLORIDA 33609
(813) 286-4100   FAX (813) 286-4174

P.O. BOX 1259
ST. PETERSBURG, FL 33731
(727) 823-3837 FAX (727) 822-2969

www.jameshoyer.com

Terry A. Smiljanich
Michael J. Stanton
John A. Yanchunis

Investigators:
Larry Dougherty
Ronald H. Jordan
Frank Martelli
Allen H. McCreight
Michael D. Mihok
Rob North
Jim Ross
Alfred W. Scudieri

## FIRM BIOGRAPHY

James, Hoyer, Newcomer, & Smiljanich P.A., was formed in January 1993. Since its inception the firm has been actively engaged in complex, consumer-related litigation on behalf of defrauded consumers. Notably, beginning in 1993, the firm successfully litigated the class action suit of *Horton et al. v. Metropolitan Life Insurance Company*, Case No. 93-1849-CIV-T-23A, in the United States District Court for the Middle District of Florida. This was the first class action lawsuit brought against a life insurance company for deceptive market conduct in the sale of life insurance. Since then, the firm has been involved in more than forty additional class action lawsuits involving similar conduct.

The firm has been involved as lead or co-counsel in more than eighty class action law suits on a nationwide basis. In each of these suits, the firm has represented a class of plaintiffs who alleged a fraudulent scheme conducted against consumers. This has included deceptive sales practices, discriminatory pricing, product liability, and deceptive banking and credit card practices. The firm has represented many relators in *qui tam* actions for frauds against the government. In addition, the firm has represented many individuals who have been victimized by fraudulent conduct of corporations.

Our lawyers and staff are experienced in complex litigation involving insurance coverage, class actions, mass torts, civil rights and products liability. Many of our lawyers began their careers as prosecutors, law enforcement officers or FBI agents. Our firm employs veterans of the civil and criminal divisions of the United States Department of Justice as well as a former Assistant Director of the FBI. We are also supported by a staff of eight investigators. Our investigators have decades of experience involving complex cases and have investigated matters throughout the world.

Our firm has been involved in the settlement of cases with a combined value of more than $2 billion. This unique range of expertise has resulted in a nationwide practice. Biographies of the firm's attorneys and investigators are set out below.

## PARTNERS

**BILL JAMES (Retired)**, born St. Louis, Missouri, October 16, 1932; admitted to bar, 1957, Missouri; 1958, U.S. District Court, Eastern District of Missouri; 1966, Florida; 1969, U.S. District Court, Middle District of Florida; 1970, U.S. Court of Appeals, Fifth Circuit. *Education*: Amherst College; Kansas State College; Washington University (A.B., 1955; J.D., 1957). Commissioner, Justice Administrative Commission, 1985-1992. Secretary, Treasurer, Florida Prosecuting Attorneys Association, 1988. Committee Member, Florida Standard Jury Instructions in Criminal Cases, 1985-1993. Assistant U.S. Attorney, Eastern District of Missouri, 1960-1961. Chief Assistant U.S. Attorney, Tampa Division, Middle District of Florida, 1970-1978. Trial Attorney, Organized Crime Section, U.S. Department of Justice, 1978-1984. State Attorney, 13th Judicial Circuit, Tampa, Florida, 1985-1993. *Member*: Hillsborough County Bar Association; The Florida Bar; The Missouri Bar; Ferguson-White Inn of Court.

**W. CHRISTIAN HOYER**, born Metuchen, New Jersey, April 4, 1945; admitted to bar, 1973, Florida and U.S. District Court, Middle District of Florida; 1975, U.S. Supreme Court. *Education*: Rider College (B.S. Economics, 1970); University of Florida (J.D., with honors, 1973). Trustee Scholar, Rider College. Recipient Milam Case Comment Award, University of Florida. Executive Editor, University of Florida Law Review, 1972-1973. Law Clerk, U.S. District Judge Ben Krentzman, 1973-1975. Author, "Corps of Engineers Dredge and Fill Jurisdiction Under Siege," 26 U. Fla. L. Rev. 19 (1973). Assistant U.S. Attorney, Tampa, Florida 1975-1980. Trial Attorney, U.S. Justice Department Strike Force on Organized Crime, 1980-1984. Chief Assistant State Attorney, Tampa, 1985-1992. Chairman, Hillsborough County Justice Committee, 1988-1992. Chairman, Hillsborough County Justice Information Steering Committee, 1987-1992. Member, Judicial Nominating Commission, 13th Judicial Circuit, 1986-1990. *Member*: Hillsborough County Bar Association (Vice Chairman, Trial Lawyers Section, 1990-1991); The Florida Bar (Member, Grievance Committee, 1985-1990).

**JUDY SCHROPP HOYER**, born Havre de Grace, Maryland, November 6, 1949; admitted to bar, 1976, Florida; 1977, U.S. District Court, Middle District of Florida; 1980 U.S. Supreme Court. *Education*: Mary Washington College; George Mason University (B.A., cum laude, 1973); Stetson University (J.D., 1976). Executive Editor, Law Review, 1975-1976. Who's Who. Recipient, Florida Bar Achievement Award. Governor, Fifth Circuit, American Bar Association Law Student Division. Author, "Cross Examination & Impeachment," Criminal Trial Practice in Florida, The Florida Bar C.L.E. (2nd Ed. 1991); Labor Law Review Note, The Florida Bar Journal, 1975. Assistant State Attorney, 1976-1977 and 1985-1993. Assistant U.S. Attorney, 1977-1985. Special Counsel to the Florida Legislature on Sexual Harassment Hearings, 1991. *Member*: Hillsborough County Bar Association, Trial Lawyers Section, 1991 to present, Chairman, 1997-1998; Trial By Jury (Chairman, 1991-1995); Hillsborough Association for Women Lawyers; Ferguson-White American Inns of Court (Master, 1987 to present; Counsel to the Inn 1991-1998; President-Elect 1998-1999; President 1999-2000; Master Emeritus 2001).

**JOHN R. NEWCOMER, JR.**, born Clearwater, Florida, June 24, 1947; admitted to bar, 1972, Florida; 1973, U.S. District Court, Middle District of Florida; 1981, U.S. Court of Appeals, Eleventh Circuit; and 1977, U.S. Court of Appeals, Fifth Circuit. *Education*: University of Florida (B.S.B.A., 1969); Florida State University (J.D., with honors, 1972); Legal Advocacy Program, University of South Florida (1974-1976); Florida Academy of Trial Lawyers 1979-1992 (Presidents Club 1992); American Arbitration Association, Panel of Uninsured Motorist Claims (1986-1992); Associate-Yado, Keel & Nelson, P.A. (1972-1978); Partner-Yado, Keel, Nelson, Casper, Bergmann & Newcomer, P.A. (1978-1993); Partner-James, Hoyer & Newcomer, P.A. (1993 to present); *Member*: Hillsborough County Bar Association (Member, Elder Law Section, 1992-1993); The Florida Bar (Member, Grievance Committee, 1997); Arbitration Panel, U.S. District Court, Middle District of Florida (1985 to present); National Academy of Elder Law Lawyers.

**TERRY A. SMILJANICH,** born Tampa, Florida, March 1, 1947; admitted to bar, 1972, Florida and U.S. District Court, Middle District of Florida; 1981, U.S. District Court, Southern District of Florida and U.S. Court of Appeals, 11th Circuit. *Education*: University of Florida (B.A., 1969; J.D., 1972). Phi Beta Kappa; Phi Kappa Phi; Phi Alpha Delta. Executive Editor, University of Florida Law Review, 1971-1972. Law Clerk, Hon. Ben Krentzman, U.S. District Court, Middle District of Florida. 1972-1974. Assistant United States Attorney, 1974-1977. Associate Senate Counsel, Select Committee on Secret Military Assistance to Iran and the Nicaraguan Opposition (Iran/Contra), United States Senate, 1987. *Member*: The Florida Bar. [Capt. U.S. Army Reserve, 1972-1981]. (Board Certified Civil Trial Lawyer, Florida Bar Board of Legal Specialization and Education).

**JOHN A. YANCHUNIS**, born Columbus, Ohio, 1955; admitted to bar, 1980, Texas; 1981, Florida; U.S. District Court, Southern District of Texas; U.S. District Court, Middle District of Florida; U.S. Court of Appeals, Fifth, Seventh, Ninth and Eleventh Circuits; and United States Supreme Court, 2000. *Education:* University of Florida (B.A., 1976); South Texas College of Law (J.D., magna cum laude, 1980). Florida Blue Key, Omicron Delta Kappa, Phi Alpha Delta. Member, Order of the Lytae. Technical Editor and Associate Editor-in-Chief, South Texas Law Journal. Law Clerk to Judge Carl O. Bue, Jr., U.S. District Court, Southern District of Texas, 1980-1982. *Member*: St. Petersburg (Member, Executive Committee, 1996 to 1998; 2003 to present) and Federal Bar Associations; The Florida Bar (Member: Board of Governors of The Florida Bar, 1999 to 2003; member of the Board of Governors of Young Lawyers Division of The Florida Bar, 1988-1992; Public Relations Committee, 1989-1990; Continuing Legal Education Committee, 1991-1992; Standing Committee on Unlicenced Practice of Law, Member, 1990, Vice Chairperson, 1994-1995, Chairperson, 1995-1997, Unlicenced Practice of Law Committee, 6A Circuit, Member, 1985, Chairperson, 1986-1995; Unlicenced Practice of Law Committee, 6B Circuit, Chairperson, 1995; Chairperson, 1995; Professionalism Committee, 1991-1993; Simplified Forms, 1997 to-1998, Vice Chairperson 1998-1999; Ethics Committee, 1997-1999; The Florida Bar Foundation Committee (Member of the Board of Directors, 2003 to present); The Florida Board of Bar Examiners Member, 1997 to 2002); The Florida Bar's Multijurisdictional Practice of Law Commission, Chair 2002 to present; State Bar of Texas, Pro Bono College, 2004. (Florida Bar Board of Legal Specialization and Education).

3

**CHRISTA L. COLLINS**, born Mt. Gilead, Ohio, November 6, 1958; admitted to bar, 1983, Florida; 1984 U.S. District Court, Middle District of Florida; 1985, U.S. Court of Appeals, and Eleventh Circuit. *Education*: Malone College (B.A., magna cum laude, 1979); Stetson University (J.D. cum laude, 1983). Phi Alpha Delta. Member, 1981-1982 and Associate Editor, 1982-1983, Stetson Law Review. Co-Author: "The Impact of Attorneys Attitudes Toward Pro Bono Public Efforts on Behalf of the Mentally Disabled," 12 Stetson Law Review 395, 1983. Teaching Assistant, Legal Research and Writing, Stetson University College of Law, 1982-1983. *Member*: St. Petersburg Bar Association; The Florida Bar; Pinellas County Trial Lawyers Association.

**GREGORY W. KEHOE**, born: New York, New York, June 25, 1954; Admitted to the bar, 1980, New York; 1985, Florida, U.S. District Courts: Southern District of Florida, Middle District of Florida, Southern District of New York, and Eastern District of New York; U.S. Courts of Appeal, Second and Eleventh Circuits. *Education*: Boston College (A.B., Summa Cum Laude, 1976); St, John's University School of Law (J.D. 1979; L.L.D. Hon. 2005); Law Review, associated with the law firm of Burns, Jackson, Miller, Summit, and Jacoby, New York, New York, 1979-80, Law Clerk, U.S. District Judge Mark A. Costantino, Eastern District of New York 1980-82. U.S. Department of Justice, Antitrust Division, Honors Program 1982-83. Assistant U.S. Attorney for the Southern District of Florida 1983-1989; Chief of the U.S. Attorney's Office Northern Division (Ft. Lauderdale, West Palm Beach, Ft. Pierce) for the Southern District of Florida, 1986-1989. First Assistant U.S. Attorney for the Middle District of Florida, 1989-92, 1993-95. Deputy Chief Minority Counsel, U.S. House of Representatives, Foreign Affairs Committee ("October Surprise Task Force") Washington D.C., 1992-93. Trial Attorney for the International Criminal Tribunal for the former Yugoslavia at The Hague, Netherlands 1995-1999. Chief Counsel, Judicial Review Commission on Foreign Asset Control, U.S. Congress, 2000-2001. U.S. Regime Crimes Liaison to the Iraqi Special Tribunal, Baghdad, 2004-2005. *Member*: New York State Bar Association, The Florida Bar, Federal Bar Association, Hillsborough County Bar Association.

**CHRISTOPHER C. CASPER**, born Tampa, Florida, August 27, 1968. *Education:* Awarded Bachelor of Arts degree in English from Georgetown University, 1990. Juris Doctor degree with honors, University of Florida College of Law, December 1994. Interned for Rosemary Barkett, Chief Justice of the Florida Supreme Court, summer 1993. Admitted to the Florida Bar, United States District Court for the Middle District of Florida, and United States Court of Appeals for the Eleventh Circuit, 1995. *Member:* Hillsborough County Bar Association, Trial Lawyers Section Board of Directors 1996-2004, Chairman 2004-2005. Federal Bar Association, Tampa Bay Chapter, Board 1999-2004, Membership Chair 1999-2000, Civil Co-Chair 2000-2004. Association of Trial Lawyers of America 2002-2004. Federalist Society 1998-2004.

**MARK S. FISTOS**, born St. Petersburg, Florida, August 27, 1960; admitted to bar, 1991, Florida. U.S. District Courts: Middle and Northern Districts of Florida. *Education:* Florida State University (B.A., Magna Cum Laude, Phi Beta Kappa, Phi Kappa Phi, French 1985). Inaugural Recipient, Ada Belle Winthrop-King Scholarship (L'Institut catholique, Paris, France, 1985-1986). Florida State University (M.A./J.D., Joint Degree in Law and International Affairs, 1991). Assistant

4

Attorney General, Economic Crimes Litigation Unit, Office of the Florida Attorney General, 1991-2001. Economic Crimes Division, Employee of the Year, 1999. Author, "*Per Se* Violations of the Florida Deceptive and Unfair Trade Practice Act," Florida Bar CLE Manual, June 2001. "State Enforcement of the Florida Deceptive and Unfair Trade Practices Act," Florida Bar CLE Manual, January 2000. Co-Author, "State Enforcement of the Florida Deceptive and Unfair Trade Practices Act," Florida Bar CLE Manual, September 1993, "*Per Se* Violations of the Florida Deceptive and Unfair Trade Practices Act," Florida Bar Journal, 76 Fla. Bar J. 62. *Member*: Consumer Protection Law Committee, The Florida Bar.

**KATHLEEN CLARK KNIGHT, f/k/a KATHLEEN C. FORD** born Petersburg, Virginia, December 17, 1968; awarded Bachelor of Arts degree from University of Virginia in 1991; Juris Doctorate degree with honors from Stetson University in 1994; admitted to the Florida Bar, United States District Court for the Middle District of Florida, and United States Court of Appeals for the Eleventh Circuit. Interned for Judge Elizabeth Kovachevich, Middle District of Florida, 1994; Certified Legal Intern, Office of the Public Defender, Sixth Judicial Circuit, 1995. Assistant Public Defender for the Thirteenth Judicial Circuit, 1995-1998. Tried complex cases including homicide, capital sexual battery and drug trafficking. *Member*: Hillsborough County Bar Association, Florida Bar Association, Federal Bar Association; Thirteenth Judicial Circuit Grievance Committee, 2000-2003, served as Chairperson in 2002.

**JILL H. BOWMAN**, born St. Petersburg, Florida, January 18, 1970; admitted to Bar 1995, Florida; U.S. District Court, Middle District of Florida, 1996; U.S. District Court, Northern District of Florida, 2001; U.S. District Court, Southern District of Florida, 2001; Federal Circuit Court of Appeals, 1997; Eleventh Circuit Court of Appeals, 1997. *Education*: University of Central Florida (B.A., summa cum laude, 1992); Stetson University College of Law (J.D., magna cum laude, 1995); *Member*: St. Petersburg Bar Association, 1996; appointed by the Florida Supreme Court to serve as a Member of the Florida Bar UPL Committee for the Sixth Judicial Circuit, 1999; appointed as a Member of the Florida Bar Ethics Committee, 2003.

**J. ANDREW MEYER**, born Deland, Florida, January 6, 1970; admitted to bar, 1995, Florida and U.S. District Court for the Middle District of Florida; 1996, New Jersey; 2000, U.S. District Courts for the Northern and Southern District of Florida; 2001, U.S. Court of Appeals, 11th Circuit. *Education:* University of Florida (B.A., *high honors*, 1991; J.D., 1995). Phi Beta Kappa. *Experience:* Associate, Law firm of Earle and Earle. 1995-1998. Office of the Attorney General, State of Florida, Criminal Appeals Bureau. 1998. Second District Court of Appeal, Senior Staff Attorney. 1998. Law Clerk, Hon. Chris W. Altenbernd, Second District Court of Appeal. 1998-2000. Associate and Partner, Carlton Fields, P.A. 2000-2004. *Member:* American Bar Association, The Florida Bar (Chair, UPL Committee for the Sixth Judicial Circuit). *Awards:* Community Law Program's Newcomer Award, 1998; Carlton Fields' William Reece Smith, Jr. Pro Bono Award, 2001.

## ASSOCIATES

**TAMRA J. CARSTEN**, born Miami, Florida, July 13, 1978; admitted to bar, 2003, Florida. *Education*: University of Florida (B.S., Psychology, with honors, 2000; J.D., cum laude, 2003). *Member*: U.S. District Court, Middle District of Florida; Eleventh Circuit Court of Appeals; Florida Law Review, 2001-2003. Author, "Constitutional Law: Narrowing the Scope of the Fourth Amendment," 54 Fla. L. Rev. 567 (2002). Intern for Justice Harry Lee Anstead, Florida Supreme Court, 2002.

**AMY K. GUINAN**, born Traverse City, Michigan, August 26, 1972; admitted to bar, 1998, Florida. *Education*: Loyola University at New Orleans (B.A. in Music and Communications, cum laude, 1994); Florida State University (J.D., 1997); member of Phi Alpha Delta Law Fraternity. Legislative research specialist and staff attorney for the Florida House of Representatives, Committee on Health Care Services, 1997-1999; Director of Public Policy and Advocacy for the Florida Development Disabilities Council, Inc., 1999-2001; Legislative Counsel and lobbyist for the Academy of Florida Trial Lawyers, 2001-2002. *Member*: U.S. District Court, Middle District of Florida; Academy of Florida Trial Lawyers, AFTL Women's Caucus Board of Directors (2002-2003), and The Florida Bar.

**JESSE LEE RAY**, born Pittsburgh, Pennsylvania, December 3, 1975; admitted to the bar, 2004, Florida. *Education*: Montgomery County Community College (1996); University of Maryland, College Park (B.A., Criminal Justice, Magna Cum Laude, 2000); Georgetown Law (J.D. 2004). Co-author "Spoliation of Evidence: An Overview and Practical Suggestions", *The Construction Lawyer*, Vol. 24, Num. 1, p.31 (Winter, 2004); Corporal, U.S. Marine Corps, Reserves (1994-2000). *Member*: The Florida Bar.

**MICHAEL JOHN STANTON**, born Mineola, New York, February 10. 1976; admitted to bar, 2000, Florida. *Education:* University of Florida (B.A., History, with honors, 1997; J.D., with honors, 2000). de la Parte & Gilbert, P.A., Associate (Health Care Law/General Civil Litigation), 2000-2002. *Member*: Hillsborough County Bar Association, U.S. District Court, Middle District of Florida.

**ELAINE SCUDIERI STROMGREN**, born San Juan, Puerto Rico, April 29, 1974; admitted to bar, 2000, Florida. *Education:* University of Florida (B.S., Zoology, with high honors, 1996; J.D., with high honors, 2000). Phi Beta Kappa; Phi Alpha Delta. Recipient Book Award, Criminal Law. *Member*: Prosecution Clinic, Eighth Judicial Circuit, Florida, 2000. Law Clerk, Hon. Maurice V. Guinta, Eighth Judicial Circuit Judge, 1999.

## INVESTIGATORS

**LARRY DOUGHERTY**, born Philadelphia, Pennsylvania, July 31, 1963; *Education:* Princeton University (A.B., 1985). Formerly, Reporter for *St. Petersburg Times*, St. Petersburg, Florida, specializing in courts coverage and investigative reporting; and *The Japan Times* (Tokyo).

**RONALD H. JORDAN**, born Houston, Texas, March 4, 1938. *Education:* University of Houston with degree in Accounting; Former Special Agent of the Federal Bureau of Investigation specializing in Fraud investigations; expert witness in Criminal Fraud prosecutions.

**FRANK C. MARTELLI**, born Philadelphia, Pennsylvania, August 19, 1949. *Education:* Police Academy, St. Leo College, 1973; 25 years in Law Enforcement including Hillsborough County Sheriff's Office, Tampa, Florida; Detective for 16 years, specializing in White Collar and Computer Crime investigations.

**ALLEN H. McCREIGHT**, born Meridian, Mississippi, November 8, 1939; admitted to bar, 1964, Mississippi; 1964, U.S. District Court, Northern District of Mississippi; 1972 U.S. Supreme Court; member Mississippi State Bar (inactive) and American Bar Association since 1964. *Education:* University of Mississippi (B.B.A., 1961; LLB 1964). Previous employment: Federal Bureau of Investigation, May 1964 to February 1995. Began career as Special Agent and advanced through various supervisory and executive management positions, including Assistant Director, which is one of top 18 executive positions in the FBI. Retired in 1995 after serving six years as Special Agent in Charge of FBI Tampa, which covers all of Central Florida. Attended Federal Executive Institute, Charlottesville, VA; graduate of FBI Senior Executive Program and National Executive Institute (involves select FBI executives and top executives from law enforcement agencies throughout the nation and internationally).

**MICHAEL D. MIHOK**, born Dennison, Ohio, December 5, 1944. U.S. Air Force, 1962-1966. *Education:* Old Dominion University, Norfolk, Virginia (B.A. 1971). Former Special Agent of the Federal Bureau of Investigation (1971-2002). Expertise in White Collar Crime fraud investigations.

**ROBERT NORTH**, born New York, New York, November 12, 1950. *Education:* University of Bridgeport, Bridgeport, Connecticut (B.A. Broadcast Journalism, 1978). *Experience:* Formally a television journalist; WDHO-TV, Toledo, Ohio, 1978; government and political reporter for WKRC-TV, Cincinnati, Ohio, 1979; investigative reporter, WFLA-TV, Tampa, Florida, 1983; assistant news director, WJTV-TV, Jackson, Mississippi.

**JAMES ROSS**, born Beverly, Massachusetts, March 26, 1953. *Education:* Northeastern University, Boston Massachusetts, (B.A. 1976). Certified Fraud Examiner (CFE) credential earned 1999. *Experience:* Seven years in the Economic Crimes Division for Florida Attorney General Bob Butterworth, investigating cases against banks, insurance companies, publishing and funeral homes; eight years with The Tampa Tribune Capitol Bureau investigating government corruption, politics

7

and organized crime. Early career includes investigative reporting assignments in Massachusetts, New Hampshire and Maine and an assistant editor position with a statewide business magazine. Investigative interests also includes integrating computer databases and other technological tools into individual investigations.

**ALFRED W. SCUDIERI**, born New York City, New York, December 29, 1946. *Education:* City University of New York, 1968; Defense Department Language Institute, (Spanish) 1970; Former Special Agent of the Federal Bureau of Investigation (1964-1995); Supervisor of White Collar Crime/Fraud Unit in the Tampa office of the F.B.I. specializing in Bank Fraud, Securities Fraud, Governmental Fraud, Civil Rights and Political Corruption Investigations. Federal Law Enforcement Officer of the Year (1992); ABC-TV *"World News Tonight"* Investigative Unit (1995-1996).

Class Actions in which James, Hoyer, Newcomer, and Smiljanich, P.A.
Has Been Either Lead or Co-counsel:

*Lifsey v. Ross*, Civil Action No. 97-1832-CIV-T-23C, United States District Court, Middle District of Florida.

*Glenn A. Hawkins and Nedra J. Hawkins, On Behalf of Themselves and Others Similarly Situated vs.* **Aid Association for Lutherans**, Civil Action No: 2:00CV1327, United States District Court, Eastern District of Wisconsin.

*Keith Snell and Teresa M. Snell, On Behalf of Themselves and All Others, Similarly Situated, vs* **Allianz Life Insurance Company of North America, North American Life and Casualty Company and Fidelity Union Life Insurance Company**, Case No. 97-2784-RLE - Class Action, United States District Court, District of Minnesota.

*Suzette Moody, etc., vs.* **American General Life & Accident Insurance Company**, *et al.*, Case No. 97-1525, In the Court of Common Pleas, Lucas County, Ohio.

*Harry J. Manners, Jr., et al. vs.* **American General Life Insurance Company and AGC Life Insurance Company**, Case No. 3-98-0266, United States District Court, Middle District of Tennessee, Nashville Division.

*Dale Bachman, Individually and On Behalf of a Class of Persons Similarly Situated, vs.* **Equitable Life Assurance Society of the United States,** Civil Action No. 96-1225-CIV-T-24B, United States District Court, Middle District of Florida, Tampa Division.

*Brenda G. Elkins and Jerry Bedenbaugh, Individually and On Behalf of a Class of Persons Similarly Situated, vs.* **Equitable Life Insurance Company of Iowa, Equitable of Iowa Companies**, *and* **Equitable American Insurance Company**, Civil Action No. 96-296-CIV-T-17B, United States District Court, Middle District of Florida, Tampa Division.

*Ruby M. Dunn, Phillip A. Sollami, Jr., Paula D. Wise, Eric D. Hagen, and Edward M. Abroms, Individually and on Behalf of All Others Similarly Situated, vs.* **The Franklin Life Insurance Company**, Case No. 97-L-250, State of Illinois, In the Circuit Court of the Third Judicial Circuit, Madison County.

*Dale L. Baker, Sr. and Patricia A. Baker, Sheila D. Magofna, Howard G. Humberger, Patick W. Berteau and April L. Berteau, James A. Volkaman and Rebecca J. Volkkman, on Behalf of Themselves and All Others Similarly Situated,* vs. **The Franklin Life Insurance Company**, Case No: 98-119-CIV-T-26B, United States District Court, Middle District of Florida, Tampa Division.

*In re:* **General American Life Insurance Company** *Sales Practices Litigation*, MDL Docket No. 4:97MDL 1179 CDP, United States District Court, Eastern District of Missouri.

*In re **Great Southern Life Insurance Company** Sales Practices Litigation*, Ginsberg Action: 3:98-CV-1249-X, McGraw Action: 3:98-CV-1617-X, Mann Action: 3:98-CV-1618-X, Massey Action: 3:98-CV-1619-X, In the United States District Court For the Northern District of Texas, Dallas Division.

*Lesa Benacquisto vs. **IDS Life Insurance Company**,* File Number DC CT 96-018477, State of Minnesota, County of Hennepin, District Court, Fourth Judicial District.

*George W. Snyder and Gail L. Wolcott v. **Jackson National Life Insurance Company**, and Robert Goldstein,* Case No. 00-1008, Division H, In the Circuit Court in and for Hillsborough County, Florida, Civil Division.

*Richard Duhaime, James W. Yoder, Donna M. Yoder, Theodore A. Peck, John Sullivan and Clarissa Sullivan, On Behalf of Themselves and All Others Similarly Situated, v**John Hancock Mutual Life Insurance Company**, John Hancock Variable Life Insurance Company, and John Hancock Distributors, Inc.,* Case No: 96-10706-RGS, United States District Court, District of Massachusetts.

*Robert Dean Ulmer, Michael B. Lunsford, Donald L. Yingling, vs. **Life Insurance Company of North America (LINA), Connecticut General Corporation** (CGC) and **CIGNA Corporation** (CIGNA),* Case No. 8:00-CIV-665-T-24(E), United States District Court, Middle District of Florida, Tampa Division.

*Peggy Greenberg and Pamela Rossmann, Individually and on Behalf of All Others Similarly Situated vs. **The Life Insurance Company of Virginia**,* Case No. C-1-97-416, United States District Court, Southern District of Ohio, Western Division.

*Irwin Applebaum as Trustee for the Irwin Applebaum Revocable Trust, Selma Sadie Applebaum, Maryann Casey, Barbara Garing, Raymond Garing, Bettye J. O'Neal, and Harley Stuhr, On Behalf of Themselves and All Others Similarly Situated, vs. **LifeUSA Insurance Company** and **Allianz Life Insurance Company of North America**,* Civ. No. 8:00-CV-1045-T-17E, Class Action, United States District Court, Middle District of Florida, Tampa Division.

*Richard H. Blanke vs. **Lincoln National Corporation**, Security Connecticut Life Insurance Company, Lincoln National Life Insurance Company and Wayne W. Wolfe,* Civil Jury Case No: 0512048, 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

***In re: Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litigation***, Case No: 99-MD-1309 (PAM/JGL) United States District Court, District of Minnesota.

*Horton et al. v. **Metropolitan Life Insurance Company**,* Case No. 93-1849-CIV-T-23A, in the United States District Court for the Middle District of Florida.

2

*In Re Metropolitan Life Insurance Company Sales Practices Litigation*, C.A. No: 96-0795, C.A. 96-0038, C.A. 95-1426, C.A. 96-0436, C.A. 96-0051, In the United States District Court, For the Western District of Pennsylvania.

*Paul A. Goshen, On Behalf of Himself and All Others Similarly Situated, vs.* **The Mutual Life Insurance Company of New York and MONY Life Insurance Company of America**, Index No. 95-600466, Supreme Court of the State of New York, County of New York.

*In re* **New England Mutual Life Insurance** *Company Sales Practices Litigation*, D. MASS. C.A. NO. 1:96-11534-REK, United States District Court For the District of Massachusetts.

*Annie Hirsh, Issac L. Hayes, and Sammie L. Epps, on Behalf of Themselves and All Others Similarly Situated, vs.* **Physicians Mutual Insurance Company**, *and* **Physicians Life Insurance Company**, Case No: 2:00-CV-39PG, In the United States District Court, Southern District of Mississippi, Hattiesburg Division.

*Jerry D. Grove, Leo Willick and Sidney Gilbert, on Behalf of Themselves and All Others Similarly Situated, vs.* **Principal Mutual Life Insurance Company**, Case No: 4-97-CV-90224, Class Action, In the United States District Court, For the Southern District of Iowa, Central Division.

*Eloise Bomber, On Behalf of Herself and All Others Similarly Situated vs.* **Reliastar Life Insurance Company**, Case No. 8:01-CV-907-T-27MSS, United States District Court, Middle District of Florida, Tampa Division.

*Randy W. Lee, Sandra F. Lee, Elba Kolster and Meyer Silverstein on Behalf of Themselves and All Others Similarly Situated, vs.* **USLIFE Corporation**, *the* **Old Line Life Insurance Company of America, All American Life Insurance Company** *and* **The United States Life Insurance Company in the City of New York**, Case No: 1:97CV-55-M, United States District Court, Western District of Kentucky.

*James Stock, et al. vs.* **United Liberty Life Ins. Co.**, Case No. CV00-06-117, In The Common Pleas Court, Butler County, Ohio.

*Thomas E. Rector, Fred Caroque and Antoinette M. Caroque On Behalf of Themselves and All Others Similarly Situated, vs.* **The Western and Southern Life Insurance Company**, *and* **Western-Southern Life Assurance Company**, Case No. 98-667-CIV-T-26B, Class Action, United States District Court Middle District of Florida, Tampa Division.

*Joseph F. Kreidler, et al., vs.* **Western-Southern Life Assurance Co.**, Case No. 95-CV-157, Court of Common Pleas, Erie County, Ohio.

*Scott Swope, et al. v.* **The Thompson Corporation and West Group**, Case No. 19-C5-02-8564; First Judicial District Court, Dakota County, Minnesota.

3

*Alberta E. Richardson, et al. vs.* **Carson Products Company** *and* **Johnson Products Co., Inc.**, Case No. 00-01713, Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida.

*Leola McNeil, et al. vs.* **American General Life & Accident Insurance Company**, *et al.*, Case No. 3-99-1157, United States District Court, Middle District of Tennessee.

*James Williams, et al. vs.* **United Insurance Company of America**, *et al.*, Case No. 01-920, Circuit Court of Jefferson County, Alabama, Bessemer Division.

*Glenda Carnegie, et al. vs.* **Mutual Savings Life Insurance Company**, Case No. CV-99-S-3292-NE, United States District Court, Northern District of Alabama, Northeastern Division.

*In re: Industrial Life Insurance Litigation, MDL 1371 (Rosebud Montgomery, et al. vs.* **Life Insurance Company of Georgia Industrial Life Insurance Litigation**, Case No. 1:99-CV-252 MMP, United States District Court, Northern District of Florida, Gainesville Division).

**In re: Riscorp Securities Litigation**, Case No. 96-2374-CIV-T-23A, Middle District of Florida.

*Andrew Taworski v.* **The American Franklin Life Insurance Company, American General Equity Services Corporation, f/k/a Franklin Financial Services Corporation**, Case No. 2002L0195, Seventh Judicial Circuit, Sangamon County, State of Illinois.

*Manuel Fernandez v.* **American Express Company and American Express Publishing Corporation**, Case No. 01-0026381, Thirteenth Judicial Circuit, Hillsborough County, State of Florida.

*Sharon Hicks v.* **Oxmoor House, Inc.**, Case No. CV034-752, Circuit Court of Jefferson County, Alabama.

**In re: Sulzer Hip Prosthesis and Knee Prosthesis Liability Litigation, (Kathi R. Levitov v. Sulzer Orthopedics, Inc. and Sulzer Medica, Ltd.** ) Case No. 1:01-CV-9000, MDL Docket No. 1404, United States District Court, Northern District of Ohio, Eastern Division.

**In re: Baycol Products Litigation**, Case No. 01-2386, MDL No. 1431, United States District Court, District of Minnesota.

*Melissa Dukes and Thomas J. Dolan v* **Hewlett-Packard Company**, Case No. CV-2002-270, Circuit Court of Phillips County, Arkansas.