ORIGINAL

FILED
JAN 9 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

05C 7097

## DECLARATION OF GARY KLEIN IN SUPPORT OF MOTION

## FOR APPOINTMENT OF INTERIM CLASS COUNSEL

I, GARY KLEIN, declare as follows:

1. I am a partner in the law firm Roddy, Klein & Ryan ("RKR") in Boston Massachusetts.

2. I submit this declaration in support of Plaintiffs' Motion to Appoint Interim Class Counsel Pursuant to Fed. R. Civ. P. 23(g). I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

3. I am co-counsel for the plaintiffs in the following matters that have been transferred to this Court and consolidated in this action:

    a) *Murphy et al. v. Ameriquest Mortgage Co.*, C.A. No. 1:04-12651-RWZ (D. Mass 2004);

    b) *Williams et al. v. Ameriquest Mortgage Co.*, C.A. No. 8:05-01036-EAK-EAJ (M.D. Fla. 2005);

    c) *Williams et al. v. Ameriquest Mortgage Co.*, C.A. No. 05 cv 6189 (S.D.N.Y. 2005)

4. I am a graduate of Rutgers Law School (J.D., 1985) and Yale University (B.A., 1980).

- 1 -

5. I have represented consumers in individual cases and class actions since 1985 in the areas of mortgage lending, Truth in Lending, predatory lending, abusive debt collection, unfair and deceptive business practices, utility law, and bankruptcy.

6. From 1991-2000, I was a staff attorney at the National Consumer Law Center in Boston, a non-profit law firm representing the interests of low-income consumers in court and in various legislatures.

7. While at the National Consumer Law Center, I co-authored a nationally known treatise on Truth in Lending law as well as numerous other books on consumer law issues.

8. A true and correct copy of my resume is attached to this declaration as Exhibit 1.

9. From January 2001 to March 1, 2004, I was *of counsel* at Grant & Roddy, a Boston law firm specializing in consumer protection litigation. Since March 1, 2004, I have been a partner at the successor firm to Grant & Roddy, now renamed Roddy, Klein & Ryan.

10. My firm has obtained several hundred million dollars in restitution and debt forgiveness for consumers by successfully asserting state and federal consumer credit law claims on their behalf.

11. I have been class counsel in two major mortgage litigation cases, resolved by settlement in the past five years. These are:

*Curry v. Fairbanks Capital Corporation*, 03-10875-DPW (D. Mass.) ($55,000,000 settlement of nationwide class action based on predatory loan servicing practices);

*In re Household Lending Litigation*, Case No. C 02-1240 CW (N.D. Cal.) ($165,000,000 settlement of nationwide class action based on predatory lending practices);

12. A partial listing of RKR's other recent litigated class action cases includes the following:

*Mendez v. Island Finance Corporation*, 03-1075-JAF (D. P.R.) (approved settlement of class action alleging violations of the Truth in Lending Act);

*Coleman v. GMAC*, Civ. No. 3-98-0211 (M.D. Tenn.) (class action settlement in favor of nationwide class of minority consumer car buyers for violations of Equal Credit Opportunity Act);

*Cason v. Nissan Motor Acceptance Corp*, Civ. No. 3-98-0223 (M.D. Tenn.) (class action settlement in favor of nationwide class of minority consumer car buyers for violations of Equal

...
Credit Opportunity Act);

*Kent et al. v. Western Massachusetts Electric Co.*, HAMPCV_2001-00232 (Ma. Sup.) (settlement of consumer claims related to utility overcharge based on misclassification of billing rate);

*Brown v. Gibraltar Savings Bank, et al*, No. L-710-99, Superior Court of New Jersey, Law Division, Cumberland County and Carrasco v. Parkway Mortgage and Fidelity Security Life Ins. Co., No. No. L- 00-4815-99, Superior Court of New Jersey, Law Division, Camden County (consolidated class action settlement in favor of statewide class of credit insurance purchasers refunding unearned premiums);

*Lowe, et al v. Ford Motor Credit Co.*, No. 99-CVF-15806, Cuyahoga County, Ohio (class action settlement in favor of statewide class of auto loan debtors refunding or crediting unauthorized repossession charges);

*Patton v. JB Robinson Jewelers, Inc., et al*, CA No. 97-C-4151, United States District Court for the Northern District of Illinois and York v. Weisfields Jewelers, Inc., et al, CA No. 98-C-5227, United States District Court for the Northern District of Illinois s [MDL No. 1192] (class action settlement in favor of nationwide class of financed jewelry purchasers);

*Migut v. Tandy Corporation*, No. 97-C-4800, United States District Court for the Northern District of Illinois (class action settlement in favor of nationwide class of bankruptcy debtors);

*Mazola, et al v. The May Department Stores Company*, United States District Court, District of Massachusetts, Civil No. 97-10872-NG (class action settlement in favor of nationwide class of bankruptcy debtors);

*Fisher, et al. v. General Electric Capital Corporation*, et al, No. 97 C 3065, United States District Court for the Northern District of Illinois [MDL No. 1192] (class action settlement in favor of nationwide class of bankruptcy debtors);

*Conley, et al v. Sears, Roebuck & Company*, CA No. 97-11149-PBS, United States District Court for the District of Massachusetts and Brioso, et al v. Sears, Roebuck & Company, 97-1222-CJK, United States Bankruptcy Court, District of Massachusetts [MDL No. 1185] (class action settlement in favor of nationwide class of bankruptcy debtors);

*Donlevy v. First Commercial Mortgage Co., Inc, et al*, CA No. No. 96-11401-GAO, United States District Court, District of Massachusetts (class action settlement in favor of nationwide class of consumer mortgage borrowers);

*Coppola, et al v. Wendover Funding, Inc, et al*, CA No. 96-11458-PBS, United States District Court, District of Massachusetts (class action settlement in favor of nationwide class of consumer mortgage borrowers);

*McKay, et al v. ContiMortgage Corporation, et al*, CA No. 96-10717-EFH, United States District Court, District of Massachusetts (class action settlement in favor of nationwide class of consumer mortgage borrowers);

*Mogavero, et al v. Matrix Financial Services, Corp.*, CA No. 96-11149-GAO, United States District Court for the District of Massachusetts, and [consolidated] Limper, et al. v. Matrix Financial Services, Corp., 96-CVH-022, Court of Common Pleas, Ottawa County, Ohio (class action settlement in favor of national class of consumer mortgage borrowers);

*Davis, et al v. GE Capital Mortgage Services, Inc.*, Civil No. 95-2043, United States District Court for the District of New Jersey (class action settlement in favor of national class of consumer mortgage borrowers);

13. RKR has substantial experience in consumer law and litigation. In addition to the declarant, the following RKR attorneys are working or are available to work on this matter with me.

John Roddy is a nationally recognized expert on consumer law and litigation. His practice focuses on unfair business practice cases, consumer protections for predatory lending, Fair Debt Collection practices, and other consumer rights. From 1980-1987 he served as an Assistant Attorney General in the Massachusetts' Attorney General's Office. From 1980-1985, as an attorney in the Consumer Protection Division, he enforced state and federal consumer protection laws on behalf of affected Massachusetts consumers. He has written on and spoken about consumer protection issues at numerous seminars in Massachusetts and across the country.

Elizabeth A. Ryan practices in the areas of class actions and consumer credit litigation. A graduate of Catholic University (J.D., 1985) and the College of the Holy Cross (B.A., 1981), she is admitted to the state and federal district courts of Massachusetts and the First Circuit Court of Appeals. Ms. Ryan is a member of the National Association of Consumer Advocates and the Women's Bar Association and a former Consumer Law Fellow, National Consumer Law Center (1993). She is the co-author of Repossessions & Foreclosures (National

Consumer Law Center, 1997 Supplement).

<u>Shennan A. Kavanagh</u> practices in the areas of class actions and consumer finance litigation. A graduate of Suffolk University Law School (J.D., <u>cum laude</u>, 2002) and the University of Vermont (B.A., 1997), she is admitted to the state and federal district courts of Massachusetts. Ms. Kavanagh is involved in a variety of cases involving consumer protection issues, and is a pro bono attorney with the Volunteer Lawyers Project, where she represents low-income clients in bankruptcy proceedings. She served as a Peace Corps volunteer in Guinea, West Africa teaching ESL from 1997 to 1999. Ms. Kavanagh is a member of the National Association of Consumer Advocates and the Association of Trial Lawyers of America. She served as an editor and research assistant for the <u>E-Business Legal Handbook</u> by Michael L. Rustad (New York: Aspen Law & Business (2003) (with Cyrus Daftary)).

14. RKR has vigorously prosecuted three of the actions that have been transferred to this court. We have conducted interviews of dozens of Ameriquest borrowers in Massachusetts, Florida and other states. We have reviewed thousands of loan documents provided by borrowers, and have reviewed substantial discovery materials produced by the Defendant.

15. RKR has entered into a joint prosecution agreement with Lieff Cabraser, Heimann and Bernstein and James, Hoyer Newcomer Smiljanich law firms with regard to the sharing of work, expenses and fees for the prosecution of this case.

16. RKR has entered a contingency fee agreement with its several clients, who are named plaintiffs in this action, allowing it to associate with other counsel.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 4th day of January, 2006:.

/s/ _____
Gary Klein

Gary Klein
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111
p. (617) 357-5500, x. 15
f. 617 357-5030
klein@roddykleinryan.com

# EXHIBIT A

**GARY KLEIN, ESQUIRE**

**PROFESSIONAL BACKGROUND**

Mr. Klein is a nationally recognized expert on consumer law and litigation. His specialties include unfair business practice cases, Truth in Lending, consumer protections for predatory lending, creation of sustainable homeownership opportunities, and bankruptcy. Mr. Klein has served as an expert witness in court cases and in Congress, authored numerous books and articles on consumer law, and consulted on hundreds of class action and individual lawsuits. Mr. Klein has been counsel in class action litigation involving various consumer law claims since 1986.

**PROFESSIONAL EXPERIENCE**

**RODDY KLEIN & RYAN – BOSTON, MA**
January 2001 - present

Mr. Klein was of counsel to the firm (then known as Grant & Roddy) through February, 2004. As of March 1, 2004 Mr. Klein became partner in the reorganized firm (now known as Roddy Klein & Ryan). Roddy Klein & Ryan is a nationally known litigation firm specializing in consumer class actions with a focus on consumer financial services litigation.

**G.KLEIN CONSULTING – MEDFORD, MA**
January 2001 – present

Mr. Klein provides consulting and expert testimony, from the consumer perspective, on a variety of consumer credit issues.

**NATIONAL CONSUMER LAW CENTER -- BOSTON, MA**
1991 - 2000

Mr. Klein was a Senior Attorney and Director of the Center's Sustainable Homeownership Initiative. He was responsible for managing a wide range of grants and contracts, for writing many of the Center's well known publications on consumer law, and for various consulting and advocacy projects. His legislative advocacy included successfully lobbying Congress in 1994 for passage of the Homeownership and Equity Protection Act (HOEPA) and organizing opposition to credit industry efforts to revise the nation's bankruptcy laws.

Mr. Klein also served as co-counsel or as a consultant in more than 200 class action and individual consumer law cases. He designed and taught more than 100 courses and seminars on consumer litigation, consumer education, prevention of predatory lending practices, and bankruptcy law.

**NEW HAMPSHIRE LEGAL ASSISTANCE – MANCHESTER, NH.**
1991

Mr. Klein was managing attorney supervising an office of six attorneys and three legal advocates. He litigated predatory lending cases and contested bankruptcy issues.

**COMMUNITY LEGAL SERVICES, INC. -- PHILADELPHIA, PA.**
1985 - 1991

Mr. Klein specialized in housing, consumer, bankruptcy, utility, and domestic violence law for low income Philadelphians in a preeminent legal services program. During his tenure, Mr. Klein tried more than 40 cases in various courts primarily addressing consumers' claims against finance companies for unfair lending practices.

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA** September, 1987 to September, 1988

Mr. Klein served as Law Clerk to the Honorable Bruce I. Fox. He assisted in drafting a substantial number of opinions for publication on various aspects of bankruptcy law.

## EDUCATION

J.D. Rutgers University - Newark, 1985 (Editor in Chief: Civil Rights Law Journal)
B.A. Yale University, 1980

## BAR ADMISSIONS

United States Supreme Court
Supreme Judicial Court of Massachusetts
Supreme Court of Pennsylvania (inactive)
Supreme Court of New Hampshire (inactive)
First Circuit Court of Appeals
Second Circuit Court of Appeals
Third Circuit Court of Appeals
Sixth Circuit Court of Appeals
Seventh Circuit Court of Appeals

## PROFESSIONAL ASSOCIATIONS

American Bankruptcy Institute (Board of Directors – 1999-2000)
Coalition for Consumer Bankruptcy Education (Board of Directors)
National Association of Consumer Bankruptcy Attorneys (Director, 1991-97)
Lawyers Clearinghouse on Affordable Hsg. and Homelessness (Steering Committee, 1992-95)
Boston Bar Association (member and co-chair Class Action Subcommittee)
Trial Lawyers for Public Justice (member) (nominee for Trial Lawyer of the Year –2004)

## REPRESENTATIVE PROFESSIONAL ACTIVITIES

**Expert Witness**

United States Congress, Senate Banking Committee, Consumer Credit and Bankruptcy (April, 1999).

United States Congress, Joint Subcommittee on Court Oversight, House and Senate Judiciary Committees, Reforming American Bankruptcy Laws (March, 1999).

*Mallory v. Mortgage America, et al.*, United States District Court for the District of West Virginia, (February, 1999) (mortgage lending abuses).

United States Congress, Senate Committee on Aging, Consumer Counseling and Prevention of Lending Abuses Involving Elderly Homeowners (January, 1999).

*Interclaim Holdings Ltd, et al. v. Down et al.*, Court of Queen's Bench of Alberta, Supreme Court of British Columbia (1999) (telemarketing fraud claims by United States residents against insolvent Canadian companies).

*Lopez v. Delta Funding, et al.*, United States District Court for the Eastern District of New York (December, 1998) (high rate home equity lending abuses affecting elderly borrowers).

United States Congress, Senate Banking Committee, Senate Oversight Hearing on Bankruptcy (March 1998).

National Bankruptcy Review Commission, Reforming the Consumer Bankruptcy System (hearings during January, 1997 to October, 1997).

Massachusetts Office of Consumer Affairs and Business Regulation, Investigation of Unfair and Deceptive Mortgage Lending Practices (November, 1997).

United States Congress, Senate Judiciary Committee, Proposed Consumer Bankruptcy Amendments (June, 1994).

**Publications**

Editor, <u>Consumer Bankruptcy Law and Practice</u>, The Consumer Credit and Legal Practice Series (National Consumer Law Center, 6th ed. 2000).

<u>Repossessions and Foreclosures</u>, (National Consumer Law Center, 4th ed. 1999).

Contributing Author, Truth in Lending, (National Consumer Law Center, 4th ed. 2000).

Surviving Debt: A Guide for Consumers, (3rd ed. 1999).

"Remedies for Discharge Violations" American Bankruptcy Institute Law Journal (November/December 2000).

"Legislative Intent or Judicial Myth-making? No Legislative History Supports Policy Argument Advanced Against Stripdown", American Bankruptcy Institute Law Journal (December/January 2000).

"Means Tested Bankruptcy: What Would It Mean?" 28 U. Memphis Law Rev. 711 (Spring, 1998).

"Consumer Bankruptcy: Providing a Safety Net for Overwhelmed Families" (Senate Testimony), 52 Consumer Finance Law Quarterly Rep. 185 (Spring, 1998).

"Consumer Bankruptcy in the Balance: The National Bankruptcy Review Commission's Recommendations Tilt Toward Creditors" 5 Amer. Bankr. Inst. Law Rev. 293 (Winter, 1997).

"Circuit Court Allows Stripdown of Mortgage on Multi-family Residence", Norton Bankruptcy Law Adviser (June, 1996).

"Preventing Home Equity Lending Fraud," 7 Loyola Consumer Law Rev. 126 (Summer, 1995).

"Self Representation in the Bankruptcy Courts: The Massachusetts Experience", National Conference of Bankruptcy Judges Endowment for Education and the National Consumer Law Center (1994).

"Preventing Foreclosures: Spotting Loan Scams Involving Low-Income Homeowners", 27 Clearinghouse Review 116 (June, 1993).

**Seminars Conducted**

"Predatory Lending," Consumer Financial Services Litigation Seminar, Practicing Law Institute (April, 2005).

"Predatory Lending as a Fair Housing Issue ," New Orleans Fair Housing Action Center (June 2004).

"Preventing Predatory Lending," Milwaukee Fair Housing Center (June 2004).

-4-

"Mortgage Servicing Issues," Consumer Financial Services Litigation Seminar, Practicing Law Institute (April, 2004).

"Predatory Mortgage Loans and Bankruptcy," American Bankruptcy Institute (July, 2003)

"Preserving the American Dream," A series of seminars on foreclosure prevention and financial literacy for Housing Counselors, Neighborhood Reinvestment Institute (1998-2000).

"Bankruptcy Law and Practice Seminar," Office for Continuing Legal Education, Stetson University Law School (December, 1999).

"Consumer Bankruptcy in Transition," 8th Annual Consumer Rights Litigation Conference, (November, 1999).

"Bankruptcy Reform Legislative Update," Connecticut Bar Association (November, 1999).

"Defending Foreclosures & Utility Terminations," MCLE (November, 1999).

"Preventing Predatory Lending and Preserving Homeownership," Neighborhood Reinvestment Institute (June, 1999).

"Consumer Financial Services Litigation," Practicing Law Institute (April, 1999).

"Preventing Foreclosure on Low-Income Homeowners," Legal Services for New York City (December, 1998).

"Update on Consumer Bankruptcy Reform," American Bankruptcy Institute, (December, 1998).

"Consumers in Debt: The Personal Bankruptcy Crisis," American Bar Association, (April, 1998).

"Consumer Issues for Credit Counselors," Consumer Credit Counseling Services of the Mississippi River Valley, (April, 1998).

"Consumer Finance Regulation," MCLE (December, 1997).

"Consumer Bankruptcy for Low-Income Clients," New Hampshire Bar Association Continuing Legal Education (May, 1997).

"Preserving the American Dream: Loss Mitigation for Homeowners," A series of 10 trainings for the Department of Housing and Urban Development (1997 – 1998).

**Litigation Projects**

Co-Counsel, *In re Household Lending Litigation,* Case No. C 02-1240 CW (N.D. Cal.)

(settlement of nationwide class action based on predatory lending practices);

Co-Counsel, *Curry v. Fairbanks Capital Corporation*, 03-10875-DPW (D. Mass.) (settlement of nationwide class action based on predatory loan servicing practices);

Co-Counsel, *Coleman v. General Motors Acceptance Corp., et al.*, 3-98-0211 (M.D.Tenn.); (completed class action settlement in case of first impression on the application of the Equal Credit Opportunity Act to discriminatory auto financing practices);

Counsel, *Mendez v. Island Finance Corporation*, 03-1075-JAF (D. P.R.) (settlement of class action alleging violations of the Truth in Lending Act);

Counsel, *Kent et al. v. Western Massachusetts Electric Co.*, HAMPCV_2001-00232 (Ma. Sup.) (settlement of consumer claims related to utility overcharge based on misclassification of billing rate);

Co-counsel, *Dwyer et al. v. NSTAR, Inc. et al.*, No. SUCV2001-01817 (Ma. Sup.) (approved settlement of consumer claims related to utility overcharge);

Co-counsel, *Cason v. Nissan Motors Acceptance Corp., et al.*, 3-98-0223 (M.D.Tenn.); (settlement of class action case on the application of the Equal Credit Opportunity Act to discriminatory auto financing practices);

Co-counsel, *Mazola, et al. v. May Co. Dep't. Stores, Inc.*, C.A. 97-10872 NG (D. Mass.) – successful class action litigation obtaining restitution and damages for consumers affected by unlawful bankruptcy reaffirmation practices.

Counsel, *In re Hoskins*, 102 F.3d 311 (7th Cir. 1996) – prevailed in case to establish basis for valuing motor vehicles in bankruptcy proceedings.

Counsel, *Lomas Mortgage Co. v. Louis*, 82 F. 3rd 1 (1st Cir. 1995) – prevailed in case of first impression establishing debtor's right to limit secured claim in bankruptcy when only collateral is a multi-family home.

Counsel for Amicus Curiae, *Field v. Mans*, 516 U.S. 59 (1995) -- presented arguments concerning requisites for proof of fraud in bankruptcy that are quoted in Supreme Court opinion.

Counsel, *Myers v. Federal Home Loan Mortgage Co.*, 175 B.R. 122 (Bankr. D. Mass. 1994) -- prevailed in case of first impression to establish Truth in Lending rescission rights in bankruptcy.

Co-counsel, *In re Fleet*, 122 B.R. 910 (Bankr. E.D. Pa. 1990) – successful class action challenging unfair trade practices of debt counseling organization that charged fees solely for making referrals to bankruptcy lawyers.

Counsel, *In re Milbourne*, 108 B.R. 522 (Bankr. E.D. Pa. 1989) – successful challenge to finance company's loan flipping scheme.

Counsel, *In re Russell*, 72 B.R. 855 (Bankr. E.D. Pa. 1987) – case of national first impression finding no preemption of state usury laws involving mortgage loan at 31% interest rate.

-7-