● ORIGINAL ●

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 9 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

05C 7097

## PROOF OF SERVICE BY U.S. MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Lieff, Cabraser, Heimann & Bernstein, LLP, Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339. I am readily familiar with Lieff, Cabraser, Heimann & Bernstein, LLP's practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On January 6, 2006, I served the following document(s):

1. **NOTICE OF MOTION AND MOTION TO APPOINT INTERIM CLASS COUNSEL FOR MDL PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g);**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO APPOINT INTERIM CLASS COUNSEL FOR MDL PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g);**

3. **DECLARATION OF KELLY M. DERMODY;**

4. **DECLARATION OF TERRY A. SMILJANICH;**

508300.1

5. **DECLARATION OF GARY KLEIN IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL;** and this

6. **PROOF OF SERVICE BY U.S. MAIL**

upon the persons listed below by placing the document(s) in a sealed envelope for deposit in the United States Postal Service through the regular mail collection process at the law offices of Lieff, Cabraser, Heimann & Bernstein, LLP, Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339, to be served by mail addressed as follows:

[See Attached List]

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 6, 2006, at San Francisco, California.

*Ernest Crawford*

## SERVICE LIST

| | |
|---|---|
| Richard C. Darwin<br>Joshua A. Gratch<br>Buchalter Nemer Fields & Younger<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2130<br>Telephone: (415) 227-0900<br>Facsimile: (415) 227-3237 | Adam J. Bass<br>Bernard E. LeSage<br>Sandra K. Andrus<br>Michael J. Cerescto<br>Rachael H. Berman<br>Buchalter Nemer Fields & Younger<br>601 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017-5704<br>Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400 |
| Douglas Bowdoin<br>255 South Orange Avenue, Suite 800<br>Orlando, FL 32801<br>Telephone: (407) 422-0025 | Bryan A. Kohm<br>Fenwick & West LLP<br>275 Battery Street, 16th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 |
| Jonathan Andrews Boynton<br>Sarah Brite Evans<br>Post Kirby Noonan & Sweat<br>America Plaza<br>600 W. Broadway, Suite 1100<br>San Diego, CA 92101-3302<br>Telephone: (619) 231-8666<br>Facsimile: (619) 231-9593 | Shirley Hochhausen<br>Community Legal Services in East Palo Alto<br>2117-B University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 326-6440<br>Facsimile: (650) 326-9722 |
| Gary E. Klein<br>Roddy Klein & Roddy<br>727 Atlantic Avenue, 2nd Floor<br>Boston, MA 02111<br>Telephone: (617) 357-5500, ext. 15<br>Facsimile: (617) 357-5030 | Emmett C. Stanton<br>Aaron Myers<br>Fenwick & West LLP<br>801 California Street<br>Silicon Valley Center<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200 |

- 1 -

508300.1

| | |
|---|---|
| Terry Smiljanich<br>Kathleen Clark Knight<br>James Hoyer Newcomer & Smiljanich<br>1 Urban Centre<br>4830 W. Kennedy Boulevard, Suite 550<br>Tampa, FL 33609<br>Telephone: (813) 286-4100 | R. Bruce Allensworth<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Telephone: (617) 261-3119<br>Facsimile: (617) 261-3175 |
| Brian Marc Forbes<br>Ryan M. Tosi<br>Kirkpatrick & Lockhart<br>  Nicholson Graham LLP<br>75 State Street<br>6th Street<br>Boston, MA 02110<br>Telephone: (617) 261-3100<br>Facsimile: (617) 261-3175 | Theresa I. Wigginton<br>Law Office of Theresa I. Wigginton<br>915 Oakfield Road, Suite F<br>Brandon, FL 33511<br>Telephone: (813) 653-2992 |
| Daniel A. Casey<br>Jonathan B. Morton<br>Jeffrey T. Kucera<br>Kirkpatrick & Lockhart<br>  Nicholson Graham LLP<br>Miami Center – 20th Floor<br>201 S. Biscayne Boulevard<br>Miami, FL 33131-3300<br>Telephone: (305) 539-3300<br>Facsimile: (305) 358-7095 | Lawrence Tien<br>Kamran Mashoyekh<br>The Tien Law Firm, LLP<br>10235 West Little York Road, Suite 470<br>Houston, TX 77040<br>Telephone: (713) 937-0223<br>Facsimile: (713) 937-0220 |
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Thomas E. Soule<br>Edelman, Combs, Latturner & Goodwin, LLC<br>120 S. LaSalle Street, 18th Floor<br>Chicago, IL 60603<br>Telephone: (312) 739-4200<br>Facsimile: (312) 419-0379 | Craig Allen Varga<br>Varga, Berger, Ledsky, Hayes & Casey<br>224 South Michigan Avenue<br>Suite 350<br>Chicago, IL 60604<br>Telephone: (312) 341-9400<br>Facsimile: (312) 341-2900 |

508300.1