IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED

JAN 11 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

PLAINTIFFS' MOTION FOR PROVISIONAL CERTIFICATION OF RESCISSION CLASS FOR PURPOSES OF PRELIMINARY INJUNCTIVE RELIEF

Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, and William Tolbert (hereinafter, "Original MDL Petitioners"), hereby move this Court to enter an order, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(2), provisionally certifying the following Rescission Class and Subclass, for purposes of preliminary injunctive relief as set forth in Plaintiffs' Motion For Preliminary Injunction on Behalf of the "Rescission" Class, submitted contemporaneously herewith.

Specifically, the Original MDL Petitioners seek provisional certification on behalf of a nationwide class (the "Rescission Class") consisting of all Ameriquest borrowers who on or after who on or after July 1, 2002, entered into a non-purchase money, residential mortgage loan transaction with Ameriquest, and:

    1. received a Notice of Right to Cancel in which the date of expiration of the right to cancel was blank, or

    2. received an incorrect form of Notice of Right to Cancel because their loan paid off a prior loan with Ameriquest,

and their notice did not accurately describe the effect of canceling such a loan.

3. Excluded from the Class are individuals who have previously released their claims against Ameriquest.

Plaintiffs Lynn Gay and Janet and David Wakefield also seek certification of the following subclass (the "Subclass"), of Ameriquest borrowers who on or after November 3, 2000, entered into a non-purchase money, residential mortgage loan transaction with Ameriquest in Massachusetts, and

1. received a Notice of Right to Cancel in which the date of expiration of the right to cancel was blank, or

2. received an incorrect form of Notice of Right to Cancel because their loan paid off a prior loan with Ameriquest, and their notice did not accurately describe the effect of canceling such a loan.

3. Excluded from the Subclass are individuals who have previously released their claims against Ameriquest.

As demonstrated in the attached memorandum of law, the proposed class meets the requirements of Rules 23(a) and 23(b)(2).

The Plaintiffs expressly reserve their right to seek additional certification pursuant to Fed. R. Civ. P. 23 at a later date.

This motion is supported by (1) this Notice of Motion and Motion; (2) the accompanying Memorandum in Support of the Motion, and Appendix A; (3) the Declaration of Kelly M. Dermody; (4) the Declaration of Gena E. Wiltsek, (5) the Declaration of Terry Smiljanich; (6) the Declaration of Shennan Kavanagh; (7) the Declaration of Daniel S. Blinn; (8) Plaintiffs' Motion To Appoint Interim Class Counsel For MDL Plaintiffs Pursuant To Fed. R. Civ. P. 23(g), with its supporting Memorandum

2

and associated Declarations of Kelly M. Dermody, Gary Klein and Terry Smiljanich;

(9) all pleadings, papers and records on file in this action, and (10) any oral argument before the Court.

Plaintiffs request an opportunity for oral argument.

WHEREFORE, the Original MDL Petitioners respectfully request that the Court grant their motion for provisional class certification.

Respectfully submitted,

Dated: January 9, 2006

Kelly M. Dermody
Caryn Becker
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Terry Smiljanich
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 021111-2810
Telephone: (617) 357-5500
Facsimile: (617) 357-5030

*Co-Lead Counsel for Plaintiffs Cheryl Williams, et al.*

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 1 1 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL No. 1715

Lead Case No. 05-cv-07097

THIS DOCUMENT RELATES TO: ALL ACTIONS

(Centralized before the Honorable Marvin E. Aspen)

**NOTICE OF FILING**

TO: All Parties And Their Attorneys of Record:

**PLEASE TAKE NOTICE** that on Tuesday, February 7, 2006 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present: **PLAINTIFFS' MOTION FOR PROVISIONAL CERTIFICATION OF RESCISSION CLASS FOR PURPOSES OF PRELIMINARY INJUNCTIVE RELIEF**, a copy of which is attached and hereby served upon you.

Gary Klein
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
p. 617.357.5500 ext. 15
f. 617.357.5030
klein@roddykleinryan.com

Kelly M. Dermody
Caryn Becker
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

                                             Terry Smiljanich
                                             JAMES, HOYER, NEWCOMBER
                                              &SMILJANICH, P.A.
                                             One Urban Center, Suite 550
                                             4830 West Kennedy Boulevard
                                             Tampa, FL 33609
                                             Telephone: (813) 286-4100
                                             Facsimile: (813) 286-4174

Dated: January 9, 2006