UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



FILED
JAN 11 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |
| | NOTICE OF FILING |

TO: All Parties And Their Attorneys of Record:

**PLEASE TAKE NOTICE** that on Tuesday, February 7, 2006 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present: **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ON BEHALF OF THE PROPOSED RESCISSION CLASS**, a copy of which is attached and hereby served upon you.

_____
Gary Klein
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
p. 617.357.5500 ext. 15
f. 617.357.5030
klein@roddykleinryan.com

Kelly M. Dermody
Caryn Becker
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Terry Smiljanich
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

Dated: January 9, 2006

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LTIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen) |

## CERTIFICATE OF SERVICE

I, Shennan Kavanagh, hereby certify that on this 9th day of January, 2006, I served the below list of documents:

- Notice of Filing Plaintiffs' Motion For Preliminary Injunction on Behalf of the Proposed Rescission Class;
- Plaintiffs' Motion For Preliminary Injunction on Behalf of the Proposed Rescission Class;
- Plaintiffs' Memorandum In Support of Motion For Preliminary Injunction on Behalf of the Proposed Rescission Class;

- Notice of Filing Plaintiffs' Motion For Provisional Certification of Rescission Class For Purposes of Preliminary Injunctive Relief;
- Plaintiffs' Motion For Provisional Certification of Rescission Class For Purposes of Preliminary Injunctive Relief;
- Plaintiffs' Memorandum in support of Motion For Provisional Certification of Rescission Class For Purposes of Preliminary Injunctive Relief;

- Declaration of Gena Wiltsek, with attached exhibits;
- Declaration of Shennan Kavanagh, with attached exhibits;
- Declaration of Daniel Blinn, with attached exhibits;
- Declaration of Terry Smiljanich, with attached exhibits;
- Declarations of Kelly Dermody, with attached exhibits; and
- List of Exhibits.

by causing true and correct copies thereof to be mailed via first-class mail, postage prepaid, to the following persons:

Judge Marvin E. Aspen
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chambers Room Number 2578
Chicago, IL 60604

R. Bruce Allensworth
Brian Mark Forbes
Ryan M. Tosi
Kirkpatrick & Lockhart Nicholson
    Graham LLP
75 State Street, 6th Floor
Boston, MA 021110

Bernard E. LeSage
Michael J. Cereseto
Rachael H. Berman
Buchalter Nemer Fields & Younger
601 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

    I further certify that all other counsel on the service list will be served via first-class mail, postage prepaid on the 10th day of January, 2006.

/s/ Shennan Kavanagh
Shennan Kavanagh

2