FILED

JAN 1 1 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO: ALL
ACTIONS

MDL No. 1715

Lead Case No. 05-cv-07097

(Centralized before the Honorable
Marvin E. Aspen)

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ON BEHALF OF THE PROPOSED RESCISSION CLASS

Plaintiffs, Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, and William Tolbert ("Original MDL Petitioners"), respectfully move the Court for preliminary injunctive relief on behalf of themselves and the proposed class of Ameriquest Mortgage Co. ("Ameriquest") borrowers (the "Rescission Class") described in the contemporaneously filed Motion For Provisional Certification Of Rescission Class For Purposes Of Preliminary Injunctive Relief.

Specifically, the Original MDL Petitioners request that this Honorable Court enjoin Ameiquest as follows:

1. Requiring that Ameriquest give notice to the Rescission Class of the existence of the extended right to rescind pursuant to the Truth in Lending Act, 15 U.S.C. § 1635, describing the nature and extent of the right, its expiration date, and how to exercise it;

2. Preventing Ameriquest from initiating or continuing any mortgage foreclosures on Rescission Class members until a date no earlier than 30 days following the date on which Notice is postmarked; and

3. Preventing Ameriquest from commencing or continuing foreclosure actions on the homes of William and Daisybel Tolbert, Harriet Holder, Frank and Martha White and Christopher Bourassa, who have previously exercised their

right to rescind, pending final resolution of those individuals' rescission-based claims.

The Original MDL Petitioners and proposed Rescission Class are entitled to an extended right to rescind their loans under the Truth-in-Lending Act, 15 U.S.C §1635 ("TILA"). As set forth more fully in the accompanying memorandum, the Original MDL Petitioners and the putative class meet all the requirements for entry of a preliminary injunction.

This motion is supported by (1) this Notice of Motion and Motion; (2) the accompanying Memorandum in Support of the Motion; (3) the Declaration of Gena E. Wiltsek; (4) the Declaration of Shennan Kavanagh; (5) the Declaration of Daniel S. Blinn; (6) the Declaration of Terry Smiljanich; (7) all pleadings, papers and records on file in this action, and (8) and any oral argument before the Court.

Plaintiffs request an opportunity for oral argument.

WHEREFORE, the Original MDL Petitioners respectfully request that the Court grant their motion for preliminary injunctive relief.

Respectfully submitted,

Dated: January 9, 2006
Kelly M. Dermody
Caryn Becker
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

_____
Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 021111-2810
Telephone: (617) 357-5500
Facsimile: (617) 357-5030

Terry Smiljanich
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Co-Lead Counsel for Plaintiffs Cheryl Williams, et al.*