**FILED** 

**JAN 1 1 2006**

# LIST OF EXHIBITS RELEVANT TO MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR PROVISIONAL CERTIFICATION OF RECISSION CLASS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**05 C 7097**
**Jusge Aspen**

1) Declaration of Gena E. Wiltsek in Support of Motion for Provisional Certification of "Recission" Class For Purposes of Preliminary Injunctive Relief
    a. Exhibit A: LA Times Article, "Ameriquest Prepares to Settle States' Probe." July 29, 2005.
    b. Exhibit B: LA Times Article, "Workers Say Lender Ran Boiler Rooms." February 4, 2005.
    c. Exhibit C: LA Times Article, "States Follow Long Trail of Complaints Against Lender." March 15, 2005.
    d. Exhibit D: LA Times Article, "Doubt is Cast on Loan Papers." March 28, 2005
    e. Exhibit E: Boston Globe Article, "Customers Accuse Ameriquest of Excessive Fees, Altered Terms." August 3, 2005
    f. Exhibit F: Boston Globe Article, "Dark Side of Subprime Loans." August 3, 2005.
    g. Exhibit G: LA Times Article, "Lender Deal May Bring Big Reforms." November 8, 2005.
    h. Exhibit H: LA Times Article, "Ameriquest May Refund $295 Million." December 14, 2005.

2) Declaration of Shennan Kavanagh In Support of Motion For Provisional Certification of "Rescission" Class
    a. Exhibit A: Wakefield, Incomplete Notice of Right to Cancel
    b. Exhibit B: Holder, Incomplete Notice of Right to Cancel
    c. Exhibit C: White, Incomplete Notice of Right to Cancel
    d. Exhibit D: Tolbert, Incomplete Notice of Right to Cancel
    e. Exhibit E: Bourassa, Incomplete Notice of Right to Cancel
    f. Exhibit F: Williams, Incomplete Notice of Right to Cancel
    g. Exhibit G: Devlin, Incomplete Notice of Right to Cancel
    h. Exhibit H: Collazo, Incomplete Notice of Right to Cancel
    i. Exhibit I: Correia, Incomplete Notice of Right to Cancel
    j. Exhibit J: Mason, Incomplete Notice of Right to Cancel
    k. Exhibit K: Naughton, Incomplete Notice of Right to Cancel
    l. Exhibit L: Robinson, Incomplete Notice of Right to Cancel
    m. Exhibit M: Osten, Incomplete Notice of Right to Cancel
    n. Exhibit N: Baumgartner, Incomplete Notice of Right to Cancel
    o. Exhibit O: Gay, Form H-8
    p. Exhibit P: Wakefield, Form H-8
    q. Exhibit Q: Holder, Form H-8
    r. Exhibit R: White, Form H-8
    s. Exhibit S: Bourassa, Form H-8
    t. Exhibit T: Devlin, Form H-8

      u. Exhibit U: Collazo, Form H-8
      v. Exhibit V: Cataldo, Form H-8
      w. Exhibit W: Sandford, Form H-8
      x. Exhibit X: Judge Zobel March 14, 2005 Scheduling Order

3) Declaration of Daniel S. Blinn In Support of Motion For Provisional Certification of "Rescission" Class

      a. Exhibit A: List of Ameriquest Borrowers Who Received Incomplete Notices of Right to Cancel
      b. Exhibit B: Incomplete Notice of Right to Cancel Provided to Borrowers Listed in Exhibit A
      c. Exhibit C: List of Ameriquest Borrowers Who Received Form H-8 instead of H-9
      d. Exhibit D: Incorrect Form of Notice of Right to Cancel Provided to each of the Borrowers Indicated in Exhibit C.

4) Declaration of Terry A. Smiljanich In Support of Motion For Provisional Certification of "Rescission" Class

      a. Exhibit A: Burton, Incomplete Notice of Right to Cancel
      b. Exhibit B: Hernandez, Incomplete Notice of Right to Cancel
      c. Exhibit C: Lyons, Incomplete Notice of Right to Cancel
      d. Exhibit D: Lokker, Incomplete Notice of Right to Cancel
      e. Exhibit E: Mandate, Incomplete Notice of Right to Cancel
      f. Exhibit F: Smith, Incomplete Notice of Right to Cancel
      g. Exhibit G: Critelli, Form H-8
      h. Exhibit H: Turner, Form H-8
      i. Exhibit I: Thomas, Form H-8
      j. Exhibit J: Allender, Form H-8
      k. Exhibit K: Martin, Form H-8
      l. Exhibit L: Reed, Form H-8
      m. Exhibit M: Dygert, Form H-8

5) Declaration of Kelly M. Dermody In Support of Plaintiffs' Motion For Provisional Class Certification

      a. Exhibit A: LHCB Current Firm Resume