**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-07097<br><br>(Centralized before the Honorable Marvin E. Aspen) |

**DESIGNATION OF O. RANDOLPH BRAGG AS LOCAL COUNSEL FOR SERVICE**

Pursuant to Local Rule 83.15, counsel for Plaintiffs, Gary Klein, Elizabeth Ryan and Shennan Kavanagh of Roddy Klein & Ryan, 727 Atlantic Avenue, 2nd Floor, Boston, Massachusetts 02111, designate O. Randolph Bragg of Horowitz, Horowitz & Associates, 25 E. Washington Street Suite 900 Chicago, Illinois 60602, to serve as Local Counsel for service in this matter. Attorney Bragg agrees to perform the duties set forth in LR 83.15(C).

                                                          Respectfully submitted,

                                                          <u>/s/ Shennan Kavanagh</u>
                                                          Gary Klein
                                                          Elizabeth Ryan
                                                          Shennan Kavanagh
                                                          Roddy Klein & Ryan
                                                          727 Atlantic Avenue, 2nd Floor
                                                          Boston, Massachusetts 02111
                                                          p. 617.357.5500 ext. 15
                                                          f. 617.357.5030
                                                          kavanagh@roddykleinryan.com

Dated: January 24, 2006

CERTIFICATE OF SERVICE

I, Shennan Kavanagh, hereby certify that on this 24th day of January, 2006, I served the foregoing document by causing true and correct copies thereof to be mailed via first-class mail, postage prepaid, to the following person(s):

R. Bruce Allensworth
Brian Mark Forbes
Ryan M. Tosi
Kirkpatrick & Lockhart Nicholson
   Graham LLP
75 State Street, 6th Floor
Boston, MA 021110

Bernard E. LeSage
Michael J. Cereseto
Rachael H. Berman
Buchalter Nemer Fields & Younger
601 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Kelly M. Dermody
Caryn Becker
LIEFF CABRASER HEIMANN &
   BERSTEIN, LLP
275 Battery Street, 30th Fl.
San Francisco, CA 94111-3339

Terry Smiljanich
Kathleen Clark Knight
James Hoyer Newcomer & Smiljanich
1 Urban Centre
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609-2589

Attached MDL service list.

                /s/ Shennan Kavanagh
                Shennan Kavanagh

Dated: January 24, 2006