# MDL SERVICE LIST
# IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

| | |
|---|---|
| *Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton* | Elizabeth J. Cabraser<br>Kelly M. Dermody<br>Caryn Becker<br>LIEFF CABRASER HEIMANN & BERSTEIN, LLP<br>275 Battery Street, 30th Fl.<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br>Facsimile: 415-956-1008<br><br>Gena E. Wiltsek<br>LIEFF CABRASER HEIMANN & BERSTEIN, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017<br>Telephone: 212-355-9500<br>Facsimile: 212-355-9292<br><br>Lawrence Tien<br>Kamran Mashoyekh<br>The Tien Law Firm, LLP<br>10235 West Little York Road, Suite 470<br>Houston, TX 77040<br>Telephone: 713-937-0223<br>Facsimile: 713-937-0220 |
| *Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes* | Emmett C. Stanton<br>Aaron Myers<br>Fenwick & West LLP<br>801 California Street<br>Silicon Valley Center<br>Mountain View, CA 94041<br>Telephone: 650-988-8500<br>Facsimile: 650-938-5200<br><br>Bryan A. Kohrn<br>Fenwick & West LLP<br>275 Battery Street, 16th Floor<br>San Francisco, CA 94111<br>Telephone: 415-875-2300<br>Facsimile: 415-281-1350 |

|  |  |
|---|---|
|  | Shirley Hochhausen<br>Community Legal Services in East Palo Alto<br>2117-B University Avenue<br>East Palo Alto, CA 94303<br>Telephone: 650-326-6440<br>Facsimile: 650-326-9722 |
| *Attorneys for Defendants Ameriquest Mortgage Company and Argent Mortgage Company, LLC* | Richard C. Darwin<br>Joshua A. Gratch<br>Buchalter, Nemer, Fields & Younger<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2130<br>Telephone: 415-227-0900<br>Facsimile: 415-227-3237 |
|  | Bernard E. LeSage<br>Michael J. Cereseto<br>Rachael H. Berman<br>Buchalter, Nemer, Fields & Younger<br>601 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017-5704<br>Telephone: 213-891-0700<br>Facsimile: 213-896-0400 |
| *Attorneys for Plaintiff Adolph Peter Kurt Burggraff* | Douglas Bowdoin<br>255 South Orange Avenue, Suite 300<br>Orlando, FL 32801<br>Telephone: 407-422-0025 |
|  | Jonathan Andrews Boynton<br>Sarah Brite Evans<br>Post Kirby Noonan & Sweat<br>American Plaza<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101-3302<br>Telephone: 619-231-8666 |
|  | Terry Smiljanich<br>Kathleen Clark Knight<br>James Hoyer Newcoomer & Smiljanich<br>1 Urban Centre<br>4830 West Kennedy Boulevard, Suite 550 |

        Tampa, FL 33609
        Telephone: 813-286-4100

| | |
|---|---|
| *Attorneys for Defendants Ameriquest Mortgage Company* | Daniel A. Casey<br>Jonathan B. Morton<br>Jeffrey T. Kucera<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Miami Center – 20th FL<br>201 South Biscayne Boulevard<br>Miami, FL 33131-3300<br>Telephone: 305-539-3300<br>Facsimile 305-358-7095 |