**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO :ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 |

**MOTION TO REQUIRE NOTICE AND OBJECTION TO
MOTION TO APPOINT INTERIM CLASS COUNSEL**

Edelman, Combs, Latturner & Goodwin, LLC ("ECLG"), on behalf of numerous plaintiffs in potential tag-along cases, request that this Court enter an order requiring all parties to include counsel for the potential tag along cases in the service list for this case. In addition, ECLG requests that this Court deny the premature motion to appoint interim counsel.

In support of this motion, ECLG states as follows:

1. On December 12, 2005, the MDL Panel transferred five cases to this District for either consolidated or coordinated proceedings relating to Ameriquest Mortgage Company's mortgage lending practices.

2. On January 6, 2006, certain counsel filed a motion to be appointed interim class counsel in these proceedings.

3. Numerous other cases apparently have been designated as potential tag-along cases by the defendant. Exhibit A

4. ECLG represents the plaintiffs in at least two dozen of those cases from Illinois and Indiana. Those cases include a class case brought under the Fair Credit Reporting Act (Murray v. Ameriquest Mortgage Co., No. 05-CV-1218 (Andersen)), which is seemingly unrelated

to the original five cases, and numerous individual rescission cases, many of which already have fully briefed motions for summary judgment pending. Rulings have been issued in one such case which is currently on appeal, and a ruling was issued just this week on summary judgment in another. <u>Jones v. Ameriquest Mortgage Co.</u>, No. 05-CV-0432 (Jan. 31, 2006, J. Coar) (<u>Exhibit B</u>). ECLG intends to object to its individual and FCRA class cases being included as tag-alongs, but may not prevail in its objection.

   5. ECLG did not receive notice of Ameriquest's request for tag-along status, and only learned the request had been filed when it obtained a copy of the Defendants' Status Conference Statement from counsel for another potential tag-along case. ECLG was also not officially served with defendants' filing or other documents filed in this case, including the motion for class certification and the motion for preliminary injunction. Some of the rulings sought in the filings, including a preliminary injunction regarding the right to rescind, would have a direct impact on the plaintiffs in ECLG's potential tag-along cases. Ameriquest could attempt to use any adverse ruling issued on that motion against the plaintiffs in ECLG's cases.

   6. The parties should be required to include counsel for the various tag-along cases on the service list in order to insure that justice is served in this case.

   7. ECLG objects to the motion to be appointed interim lead counsel being addressed prior to the MDL's resolution of the status of the potential tag-along cases. If ECLG's cases are transferred, ECLG will have the largest number of cases, and the most advanced cases in the MDL. IF ECLG's FCRA case (<u>Murray</u>) is transferred, ECLG intends to request to be appointed lead counsel regarding the FCRA cases, since they have extensive experience litigating such cases, including a recent Seventh Circuit decision relating to class certification.

   8. The attempt to be appointed lead counsel prior to transfer of the tag-along

cases is an unfair attempt to shut counsel in the pending tag-along cases out of the process, without notice or an opportunity to respond or file counter-motions.

       WHEREFORE, ECLG requests that this Court enter an order requiring the parties to include counsel for the potential tag-along cases on the services list. ECLG further requests that this Court deny the motion to appoint interim class counsel as premature.

                              Respectfully submitted,

                              s/Daniel A. Edelman
                              _____
                              Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200/(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on February 3, 2006 a copy of this document was filed electronically. Notice of this filing will be sent to the following parties that are indicated by facsimile, U.S. Mail, and for those parties registered for CM/ECF notice will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      s/Daniel A. Edelman
                                      Daniel A. Edelman

**SERVICE LIST**

**VIA FAX AND MAIL:**

Elizabeth J. Cabraser
Kelly M. Dermody
Caryn Becker
LIEFF CABRASER HEIMANN & BERSTEIN LLP
275 Battery Street 30th FL.
San Fransico, CA 94111
Fax: 415-956-1008

Gena E. Wiltsek
LIEFF CABRASER HEIMANN & BERSTEIN LLP
780 Third Avenue 48th Floor
NY, NY 10017
Fax: 212-355-9292

Daniel A. Casey
Janathan B. Morton
Kirpkpatrick & Lockhart Nicholson Graham LLP
Miami Center 20th Fl
201 S. Biscayne Blvd
Miami, FL 33131
Fax: 305-358-7095

Brian Marc Forbes
Ryan M. Tosi
Kirkpatrick & Lockhart
  Nicholson Graham LLP
75 State Street

6th Street
Boston, MA 02110
(617) 261-3175 (fax)

Daniel A. Casey
Jonathan B. Morton
Jeffrey T. Kucera
Kirkpatrick & Lockhart
 Nicholson Graham LLP
Miami Center - 20th Floor
201 S. Biscayne Blvd.
Miami, FL 33131
(305) 358-7095 (fax)

R. Bruce Allensworth
Kirkpatrick & Lockhart
 Nicholson Graham LLP
Henry W. Oliver Bldg.
535 Smithfield Street
Pittsburgh, PA 15222
(617) 261-3175 (fax)

Lawrence Tien
Kamran Mashokyekh
The Tien Law Firm, LLP
10235 West Little York Road
Suite 470
Houston, TX 77040
(713) 936-0220 (fax)

Craig Allen Varga
Varga Berger Ledsky Hayes & Casey
224 S. Michigan Ave., Suite 350
Chicago, IL 60604
(312) 341-2900 (fax)

Richard C. Darwin
Joshua A. Gratch
Buchalter Nemer Fields & Younger
333 Market Street, 25th Floor
San Francisco, CA 94105
(415) 227-3237 (fax)

Jonathan Andrews Boynton
Sarah Brite Evans
Post Kirby Noona & Sweat

America Plaza
600 W. Broadway, Suite 1100
San Diego, CA 92101
(619) 231-9593 (fax)

Gary E. Klein
Roddy Klein & Roddy
727 Atlantic Ave., 2nd Floor
Boston, MA 02111
(617) 357-5030 (fax)

Adam J. Bass
Bernard E. LeSage
Sandra K. Andrus
Michael J. Cereseto
Rachael H. Berman
Buchalter Nemer Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
(213) 896-0400 (fax)

Bryan A. Kohm
Fenwick & West LLP
275 Battery Street, 16th Floor
San Francisco, CA 94111
(415) 281-1350 (fax)

Shirley Hochhausen
Community Legal Services in East Palo Alto
2117-B University Avenue
East Palo Alto, CA 94303
(650) 326-9722 (fax)

Emmett C. Stanton
Aaron Myers
Fenwick & West LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
(650) 938-5200 (fax)

**VIA US MAIL:**

Terry Smiljanich
James Hoyer Newcoomer &Smiljanich
1 Urban Centre

4830 W. Kennedy Blvd.  Suite 550
Tampa, FL 33609

O. Randolph Bragg
Horowitz, Horowitz & Assoc.
25 E. Washington St.  Suite 900
Chicago, IL 606023

Douglas Bowdoin
255 South Orange Avenue
Suite 800
Orlando, FL 32801