**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION | )<br>)<br>) MDL No. 1715<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO :ALL<br>ACTIONS | )<br>)<br>) |

## NOTICE OF MOTION

**TO**:   Please see Certificate of Service

      **PLEASE TAKE NOTICE** that on February 7, 2006, at 10:30 a.m., we shall appear before Judge Aspen in Room 2568 of the United States District Court for the Northern District of Illinois and present: **MOTION TO REQUIRE NOTICE AND OBJECTION TO MOTION TO APPOINT INTERIM CLASS COUNSEL** a copy of which is attached and hereby served upon you.

                                                             s/Daniel A. Edelman
                                                              Daniel A. Edelman

Daniel A. Edelman
Cathleen Combs
James Latturner
Tara Goodwin
Al Hofeld
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, hereby certify that on February 3, 2006 a copy of this document was filed electronically. Notice of this filing will be sent to the following parties that are indicated by facsimile, U.S. Mail, and for those parties registered for CM/ECF notice will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                  s/Daniel A. Edelman
                  Daniel A. Edelman

## SERVICE LIST

**VIA FAX AND MAIL:**

Elizabeth J. Cabraser
Kelly M. Dermody
Caryn Becker
LIEFF CABRASER HEIMANN & BERSTEIN LLP
275 Battery Street 30th FL.
San Fransico, CA 94111
Fax: 415-956-1008

Gena E. Wiltsek
LIEFF CABRASER HEIMANN & BERSTEIN LLP
780 Third Avenue 48th Floor
NY, NY 10017
Fax: 212-355-9292

Daniel A. Casey
Janathan B. Morton
Kirpkpatrick & Lockhart Nicholson Graham LLP
Miami Center 20th Fl
201 S. Biscayne Blvd
Miami, FL 33131
Fax: 305-358-7095

Brian Marc Forbes
Ryan M. Tosi
Kirkpatrick & Lockhart
  Nicholson Graham LLP

75 State Street
6th Street
Boston, MA 02110
(617) 261-3175 (fax)

Daniel A. Casey
Jonathan B. Morton
Jeffrey T. Kucera
Kirkpatrick & Lockhart
  Nicholson Graham LLP
Miami Center - 20th Floor
201 S. Biscayne Blvd.
Miami, FL 33131
(305) 358-7095 (fax)

R. Bruce Allensworth
Kirkpatrick & Lockhart
  Nicholson Graham LLP
Henry W. Oliver Bldg.
535 Smithfield Street
Pittsburgh, PA 15222
(617) 261-3175 (fax)

Lawrence Tien
Kamran Mashokyekh
The Tien Law Firm, LLP
10235 West Little York Road
Suite 470
Houston, TX 77040
(713) 936-0220 (fax)

Craig Allen Varga
Varga Berger Ledsky Hayes & Casey
224 S. Michigan Ave., Suite 350
Chicago, IL 60604
(312) 341-2900 (fax)

Richard C. Darwin
Joshua A. Gratch
Buchalter Nemer Fields & Younger
333 Market Street, 25th Floor
San Francisco, CA 94105
(415) 227-3237 (fax)

Jonathan Andrews Boynton
Sarah Brite Evans

Post Kirby Noona & Sweat
America Plaza
600 W. Broadway, Suite 1100
San Diego, CA 92101
(619) 231-9593 (fax)

Gary E. Klein
Roddy Klein & Roddy
727 Atlantic Ave., 2nd Floor
Boston, MA 02111
(617) 357-5030 (fax)

Adam J. Bass
Bernard E. LeSage
Sandra K. Andrus
Michael J. Cereseto
Rachael H. Berman
Buchalter Nemer Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
(213) 896-0400 (fax)

Bryan A. Kohm
Fenwick & West LLP
275 Battery Street, 16th Floor
San Francisco, CA 94111
(415) 281-1350 (fax)

Shirley Hochhausen
Community Legal Services in East Palo Alto
2117-B University Avenue
East Palo Alto, CA 94303
(650) 326-9722 (fax)

Emmett C. Stanton
Aaron Myers
Fenwick & West LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
(650) 938-5200 (fax)

**VIA US MAIL:**

Terry Smiljanich
James Hoyer Newcoomer &Smiljanich

1 Urban Centre
4830 W. Kennedy Blvd. Suite 550
Tampa, FL 33609

O. Randolph Bragg
Horowitz, Horowitz & Assoc.
25 E. Washington St. Suite 900
Chicago, IL 606023

Douglas Bowdoin
255 South Orange Avenue
Suite 800
Orlando, FL 32801