IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

## SUPPLEMENTAL DECLARATION OF GENA E. WILTSEK IN SUPPORT OF MOTION FOR PROVISIONAL CERTIFICATION OF "RESCISSION" CLASS FOR PURPOSES OF PRELIMINARY INJUNCTIVE RELIEF

I, Gena E. Wiltsek, declare as follows:

1. I am an attorney with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, one of the counsel of record for Plaintiffs in this matter. I respectfully submit this Supplemental Declaration in support of Plaintiffs' Motion for Provisional Certification of "Rescission" Class for Purposes of Preliminary Injunctive Relief. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. On January 23, 2006, Attorneys General representing 49 states announced that Ameriquest will pay $325 million to settle regulatory complaints related to predatory lending. The settlement provides for injunctive relief, as well as payment of partial restitution to certain borrowers. The settlement reached is an opt-in settlement; no Ameriquest borrower will release claims unless he or she makes an affirmative choice to accept the payments distributed pursuant to the Attorneys General settlement. Attached hereto as Exhibit A is a true and correct copy of the Settlement Agreement released by the Attorneys General.

3. According to the terms of the Settlement Agreement, the settlement is effective March 16, 2006. The Attorneys General have announced that borrowers potentially eligible for

- 2 -

restitution will be notified within the next year as specific recovery terms and plans are determined. The joint press release and fact sheet disseminated by the Washington State Attorney General and Department of Financial Institutions estimates that it is likely to be nine to twelve months before consumers receive notice of eligibility. Attached hereto as Exhibit B is a true and correct copy of this press release and fact sheet.

I declare under penalty of perjury under the laws of the State of New York and the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of February, 2006 at New York, New York.

_____
Gena E. Wiltsek