IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**SUPPLEMENTAL DECLARATION OF SHENNAN KAVANAGH IN SUPPORT OF MOTION FOR PROVISIONAL CERTIFICATION OF "RESCISSON" CLASS FOR PURPOSES OF PRELIMINARY INJUCTIVE RELIEF**

I, Shennan Kavanagh, declare as follows:

1. I am an attorney with the law firm of Roddy Klein & Ryan, one of the counsel of record for Plaintiffs in this matter. I respectfully submit this supplemental declaration in support of Plaintiffs' Motion for Provisional Certification of "Rescission" Class for Purposes of Preliminary Injunctive Relief. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Roddy Klein & Ryan served as co-lead counsel in a private class action lawsuit against Household International for predatory lending practices, *In Re: Household Lending Litigation*, Case No. 02-1240, in the United States District Court Northern District of California, which was settled and approved by the court on April 20, 2004.

3. Months before the resolution of the private class action lawsuit, 50 states' Attorneys General reached a $525 million predatory lending settlement with Household International.

4. In support of final approval of the private class action settlement, Roddy Klein & Ryan, along with co-counsel, submitted declarations attesting to the substantial benefits

homeowners would receive under the private class action settlement, in addition to the benefits provided under the states' Attorneys General settlement.

5. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Dr. Michael A. Stegman Concerning Value of Settlement To Class Members, which is on record in the United States District Court Northern District of California's electronic case management system in *In Re: Household Lending Litigation,* Case No. 02-1240. [Docket No. 173].

6. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Julie Redell of Poorman-Douglas Corp. Concerning Data Relevant To Settlement, which is on record in the United States District Court Northern District of California's electronic case management system in *In Re: Household Lending Litigation*, Case No. 02-1240. [Docket No. 179].

7. The $525 million predatory lending settlement between the state Attorneys General and Household International resulted in restitution of $484 million to affected homeowners. The average proposed restitution payment to more than 594,000 households was $815.00.

8. Approximately 20% of those individuals declined to accept a settlement payment from their state Attorney General to release their claims. See, Stegman Declaration, ¶10, and Redell Declaration, ¶9.

9. The separately filed private class actions settled for additional benefits to the class valued at more than $150 million. See, Stegman Declaration, ¶74.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts and the United States that the foregoing is true and correct.

Executed this 6th day of February, 2006 at Boston, Massachusetts.

Shennan Kavanagh

2