*EXHIBIT B*

Case: 1:05-cv-07097 Document #: 27-3 Filed: 02/06/06 Page 2 of 8 PageID #:415
04/19/04 MON 07:25 FAX 503 350 7852    POORMAN DOUGLAS CORP                      ☒002
Case 4:02-cv-01240-CW   Document 179   Filed 04/20/2004   Page 1 of 7

1  Julia B. Strickland (SBN 83013)
   Stephen J. Newman (SBN 181570)
2  Andrew W. Moritz (SBN 191889)
   STROOCK & STROOCK & LAVAN LLP
3  2029 Century Park East, Suite 1800
   Los Angeles, California 90067-3086
4  Telephone: (310) 556-5800
   Facsimile: (310) 556-5959
5
   Jonathan P. Hayden (SBN 104520)
6  Anna S. McLean (SBN 142233)
   Aaron M. Armstrong (SBN 197301)
7  HELLER EHRMAN WHITE & McAULIFFE
   333 Bush Street
8  San Francisco, California 94101-2878
   Telephone: (415) 772-6000
9
   Attorneys for Defendants
10

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                          OAKLAND DIVISION
14

15 IN RE:                          ) Case No. C02-1240 CW (and related cases
16                                 ) C02-2529, C02-4646, C02-4867, C02-5520
   HOUSEHOLD LENDING LITIGATION    ) and C03-0368)
17                                 )
                                   ) **CLASS ACTION**
18                                 )
                                   ) **DECLARATION OF JULIE REDELL OF**
19                                 ) **POORMAN-DOUGLAS CORP.**
                                   ) **CONCERNING DATA RELEVANT TO**
20                                 ) **SETTLEMENT**
                                   )
21                                 ) DATE:  April 30, 2004
                                   ) TIME:  10:00 a.m.
22                                 ) PLACE: Courtroom of the
                                   )        Honorable Claudia Wilkin
23                                 )        Courtroom 2, 4th Floor
                                   )        1301 Clay Street
24                                 )        Oakland, CA 94612
                                   )
25 ———————————————————
   ///
26 ///
27 ///
28

   DECLARATION OF JULIE REDELL CONCERNING                    Case No. C-02-1240 CW
   DATA RELEVANT TO SETTLEMENT                                 (and related cases)
   50245698v3

I, Julie Redell, declare:

1. This declaration is based upon my personal knowledge and information of the type reasonably relied upon in the fields of data processing, communications and class administration. I am an Account Executive at Poorman-Douglas Corporation ("PDC"), retained in the above-titled consolidated action as the Settlement Administrator, as set forth in the Stipulation of Settlement entered in this case (the "Stipulation") and the Court's December 12, 2003 Preliminary Approval Order. I am responsible for the oversight of the work performed pursuant to the Stipulation and the Preliminary Approval Order. If called as a witness, I could and would testify competently to the facts stated herein. I provide this Declaration pursuant to Section XIII(B) of the Stipulation, and pursuant to Section XI of the Stipulation, this Declaration is not admissible in any proceeding other than proceedings to determine the fairness of the proposed Settlement.

2. PDC is a firm with more than 30 years of experience in the administration of class settlements and class notice. PDC's class action case administration services include coordination of all notice requirements; design of direct mail notices; coordination with the U.S. Postal Service; class administration; database management; and preparation of affidavits.

DATA RELATED TO IDENTIFICATION OF CLASS MEMBERS

3. Based on PDC's review of the relevant customer databases provided by the Defendants in this case (described herein as "HFC/Beneficial"), the total number of accounts originated or processed by HFC/Beneficial from January 1, 1998 through December 31, 1998 in California, Massachusetts, Washington, Pennsylvania, New Jersey, Minnesota, Maine or Michigan is 55,918. The state by state breakdown of these accounts is as follows:

| State | Accounts |
|---|---|
| California: | 19,603 |
| Massachusetts: | 3,574 |
| Washington: | 6,531 |
| Pennsylvania: | 14,147 |
| New Jersey: | 4,707 |
| Minnesota: | 2,000 |
| Maine: | 45 |
| Michigan: | 5,311 |

DECLARATION OF JULIE REDELL CONCERNING
DATA RELEVANT TO SETTLEMENT
50245698v3

- 2 -

Case No. C-02-1240 CW
(and related cases)

Case: 1:05-cv-07097 Document #: 27-3 Filed: 02/06/06 Page 4 of 8 PageID #:417
04/19/04 MON 07:27 FAX 503 350 7852    POORMAN DOUGLAS CORP    ☒004
Case 4:02-cv-01240-CW    Document 179    Filed 04/20/2004    Page 3 of 7

4. Based on PDC's review of the relevant customer databases, the total number of accounts originated or processed by HFC/Beneficial on or after January 1, 1999 and on or before December 24, 2003 is 1,151,458.

5. PDC eliminated duplicate accounts so that, to the extent possible, only a single notice would be sent to each class member.

6. PDC mailed 904,178 notices in connection with the settlement. This figure does not include notices that were re-mailed to updated addresses.

**DATA RELEVANT TO HFC/BENEFICIAL'S SETTLEMENT WITH VARIOUS STATE ATTORNEYS GENERAL**

7. 911,819 accounts were submitted to PDC in connection with HFC/Beneficial's settlement with various state Attorneys General (the "AG settlement").

8. 594,870 notices were mailed by PDC to individuals entitled to benefit under the AG settlement. This figure does not include notices that were re-mailed to updated addresses. Notices were not sent to individuals not entitled to receive monetary benefits under the AG settlement.

9. 81 % of individuals eligible to obtain a monetary benefit under the AG settlement accepted benefits under that settlement and thereby released their legal claims.

**DATA RELEVANT TO AVAILABILITY OF RELIEF UNDER THE SETTLEMENT**

10. *Pre January 1, 1999 Relief.* 27,811 class members are eligible for $750 claims in this category because their loans were originated or processed in California, Massachusetts or Washington; 24,146 class members are eligible for $500 payments in this category because their loans were originated or processed in Pennsylvania, New Jersey, Minnesota, Maine or Michigan. As discussed above, HFC/Beneficial has not yet determined the exact percentage of such individuals who are rendered ineligible for this benefit because they accepted benefits in the AG settlement. However, the AG settlement affects this category less than most others because loans made before 1999 were not included in the AG settlement. Only individuals who obtained a subsequent loan originated or processed by HFC/Beneficial on or after January 1, 1999 could potentially have obtained relief from the Attorney General settlement.

- 3 -

DECLARATION OF JULIE REDELL CONCERNING
DATA RELEVANT TO SETTLEMENT
50245698v3

Case No. C-02-1240 CW
(and related cases)

Case: 1:05-cv-07097 Document #: 27-3 Filed: 02/06/06 Page 5 of 8 PageID #:418
04/19/04 MON 07:28 FAX 503 350 7852   POORMAN DOUGLAS CORP   ☒005
Case 4:02-cv-01240-CW   Document 179   Filed 04/20/2004   Page 4 of 7

11. *Former Borrowers Whose Loans Were Originated or Processed On or After January 1, 1999 and On or Before December 24, 2003.* 449,441 class members are eligible for $500 claims in this category because their loans were originated or processed on or after January 1, 1999 and on or before December 24, 2003 and such loans were repaid or otherwise terminated on or before December 24, 2003. HFC/Beneficial estimates that approximately 69% of such class members will be rendered ineligible for this benefit because they released their claims in the AG settlement.

12. *Borrowers Whose Loans Were Processed But Not Originated by HFC/Beneficial On or After January 1, 1999 and On or Before December 24, 2003.* 24,931 class members are eligible for $500 claims in this category because their loans were processed but not originated on or after January 1, 1999 and on or before December 24, 2003. These are loans that HFC/Beneficial did not originate, but rather processed for a third party. These loans were not included in the AG settlement. Only individuals who obtained a subsequent loan originated by HFC/Beneficial on or after January 1, 1999 could potentially have obtained relief from the AG settlement.

I declare under penalty of perjury under the laws of the United States of America that this document is true and correct and that it was executed on April 19, 2004, at Portland, Oregon.

Julie Redell

DECLARATION OF JULIE REDELL CONCERNING
DATA RELEVANT TO SETTLEMENT
50245698v3

- 4 -

Case No. C-02-1240 CW
(and related cases)

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                    ) ss.
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

      On April 20, 2004, I served the foregoing document(s) described as: **DECLARATION OF JULIE REDELL OF POORMAN-DOUGLAS CORP. CONCERNING DATA RELEVANT TO SETTLEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[X]  **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

      I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on April 20, 2004, at Los Angeles, California.

| Sue Turner | STURNER |
|---|---|
| [Type or Print Name] | [Signature] |

50246653v1

# IN RE HOUSEHOLD LENDING LITIGATION

## SERVICE LIST – OBJECTORS TO SETTLEMENT AGREEMENT

| | |
|---|---|
| Lawrence G. Papale<br>**LAW OFFICES OF**<br>**LAWRENCE G. PAPALE**<br>The Cornerstone Building<br>1308 Main Street, Suite 117<br>St. Helena, CA 94574<br>Telephone: (707) 963-1704 | *Attorneys for Petitioners* |
| Roman A. Shaul<br>**BEASLEY, ALLEN, CROW, METHVIN,**<br>**PORTIS & MILES, PC**<br>272 Commerce Street<br>Montgomery, AL 36104<br>Telephone: (334) 269-2343<br>Fax: (334) 954-7555 | |
| Gary R. Gleason<br>**FARBSTEIN & BLACKMAN**<br>411 Borel Avenue, Suite 425<br>San Mateo, CA 94402-3518<br>Telephone: (650) 554-6200<br>Fax: (650) 554-6240 | *Attorneys for Missouri Objectors* |
| Paul B. Mengedoth<br>**MENGEDOTH GALE LLP**<br>9200 Ward Parkway, Suite 550<br>Kansas City, MO 64114<br>Telephone: (816) 522-3874<br>Fax: (816) 522-3875 | |
| **Gerald Fisher**<br>20385 Pahute Road<br>Apple Valley, CA 92308<br>Telephone: (760) 961-2728<br>Fax: (760) 240-7625 | *Gerald Fisher, Appearing in pro per* |
| John A. Yanchunis<br>Jill Bowman<br>**JAMES, HOYER, NEWCOMER &**<br>**SMILJANICH, P.A.**<br>4830 West Kennedy Boulevard<br>Urban Centre One, Suite 550<br>Tampa, FL 33609<br>Telephone: (813) 286-4100<br>Fax: (813) 286-4174 | *Attorneys for Sheldon and Julie Guetling* |

50246653v1

## IN RE HOUSEHOLD LENDING LITIGATION

### SERVICE LIST – OBJECTORS TO SETTLEMENT AGREEMENT

| | |
|---|---|
| David F. Anderson<br>**HAUSER & MOUZES**<br>18826 North Lower Sacramento Road, Suite H<br>Woodbridge, CA 95258-1397<br>Telephone: (209) 368-1368<br>Fax: (209) 368-1472 | *Attorneys for Deborah Dykes-Howe, John Howe, Dearn Miller and Evergreen Monroe* |
| Kearney D. Hutsler<br>Charles M. Thompson<br>R. Stephen Griffis<br>**KEARNEY DEE HUTSLER P.C.**<br>2142 Highland Avenue South<br>Birmingham, Alabama 35205<br>Telephone: (205) 939-6400<br>Fax: (205) 939-4346 | *Attorneys for Lois N. Paige* |
| **Sammye A. Richardson**<br>1091 Bill Martin Drive<br>Tucson, AZ 85745<br>Telephone: (661) 588-8665<br>Temp: (502) 622-4000 | *Sammye A. Richardson, Appearing in pro per* |
| Paul B. Mengedoth<br>**MENGEDOTH GALE LLP**<br>9200 Ward Parkway, Suite 550<br>Kansas City, MO 64114<br>Telephone: (816) 522-3874<br>Fax: (816) 522-3875 | *Attorneys for Elmer W. Sprague and Karen S. Sprague* |
| Kara S. Rariden<br>**WINN, BEAUDRY & WINN, LLP**<br>1601 Elm Street, Suite 4200<br>Dallas, TX 75201-7203<br>Telephone: (214) 969-0001 | *Attorneys for Bobbie Thornton* |
| **Patrick M. Carron**<br>13 Chapel Street<br>Concord, NH 03301 | *Attorneys for Jon Wolfgram* |

50246653v1