# MDL SERVICE LIST
## IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

Elizabeth J. Cabraser
Kelly M. Dermody
Caryn Becker
LIEFF CABRASER HEIMANN &
   BERSTEIN, LLP
275 Battery Street, 30th Fl.
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Gena E. Wiltsek
LIEFF CABRASER HEIMANN &
   BERSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
Telephone: 212-355-9500
Facsimile: 212-355-9292

Lawrence Tien
Kamran Mashoyekh
The Tien Law Firm, LLP
10235 West Little York Road, Suite 470
Houston, TX 77040
Telephone: 713-937-0223
Facsimile: 713-937-0220

Emmett C. Stanton
Aaron Myers
Fenwick & West LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
Telephone: 650-988-8500
Facsimile: 650-938-5200

Bryan A. Kohrn
Fenwick & West LLP
275 Battery Street, 16th Floor
San Francisco, CA 94111
Telephone: 415-875-2300
Facsimile: 415-281-1350

Shirley Hochhausen
Community Legal Services in East Palo Alto
2117-B University Avenue
East Palo Alto, CA 94303
Telephone: 650-326-6440
Facsimile: 650-326-9722

Richard C. Darwin
Joshua A. Gratch
Buchalter, Nemer, Fields & Younger
333 Market Street, 25th Floor
San Francisco, CA 94105-2130
Telephone: 415-227-0900
Facsimile: 415-227-3237

Bernard E. LeSage
Michael J. Cereseto
Rachael H. Berman
Buchalter, Nemer, Fields & Younger
601 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704
Telephone: 213-891-0700
Facsimile: 213-896-0400

Douglas Bowdoin
255 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-422-0025

Jonathan Andrews Boynton
Sarah Brite Evans
Post Kirby Noonan & Sweat
American Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101-3302
Telephone: 619-231-8666

Daniel Harris
The Law Office of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

Daniel A. Casey
Jonathan B. Morton
Jeffrey T. Kucera
Kirkpatrick & Lockhart Nicholson Graham LLP
Miami Center – 20th FL
201 South Biscayne Boulevard
Miami, FL 33131-3300
Telephone: 305-539-3300
Facsimile  305-358-7095

R. Bruce Allensworth
Brian Forbes
Ryan Tosi
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State St.
Boston, MA 02109
Ph (617) 261-3119
Fax (617) 261-3175
Email ballensworth@klng.com

Daniel A. Edelman
Cathleen Combs
James Latturner
Tara Goodwin
Al Hofeld
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

Craig Allen Varga
Varga Berger Ledsky Hayes & Casey
224 S. Michigan Ave., Suite 350
Chicago, IL 60604
Facsimile: (312) 341-2900

O. Randolf Bragg
Horowitz, Horowitz & Assoc.
25 E. Washington St. Suite 900
Chicago, IL 606023


Theresa I. Wigginton
Law Office of Theresa I. Wigginton
925 Oakfield Road, Suite F
Brandon, FL 33511
Telephone: 813-653-2992

Terry Smiljanich
Kathleen Clark Knight
James Hoyer Newcoomer & Smiljanich
1 Urban Centre
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609
Telephone:  813-286-4100