IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | [Oppositions to Motions for Class Certification and Preliminary Injunction; Brief Re: Mailing of Notice of Possible Rescission Rights; Declarations of Michael Gibson, Vicky Camacho and Bernard E. LeSage; and Evidentiary Objections filed concurrently herewith] |

**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S BRIEF RE: MAILING OF NOTICE OF POSSIBLE RESCISSION RIGHTS**

Defendant Ameriquest Mortgage Company, by and through its counsel of record, hereby respectfully requests that the Court, pursuant to Rule 201 of the Federal Rules of Civil Procedure, take judicial notice of the following:

EXHIBIT
NO.

1. December 13, 2005 Transfer Order issued by the Judicial Panel on Multidistrict Litigation

2. Alabama Statute §35-10-2

3. Alaska Statute §34.20.070

4. Arizona Statute §§33-807, 33-809

5. Arkansas §§15-50-103, 15-50-104

6. California Code of Civil Procedure §§2924, 2924b

| EXHIBIT NO. | |
|---|---|
| 7. | Colorado Rev. Stat. §38-38-102.5 |
| 8. | Connecticut Statute §§49-31d – 49-31i |
| 9. | 25 Delaware Code §§ 2101 |
| 10. | D.C. Code Ann. §42-815 |
| 11. | Florida Statute §702.035 |
| 12. | Ga. Code Ann. §44-14-162.2 |
| 13. | Haw. Stat. §§667-5, 667-22 |
| 14. | Idaho Statutes §§45-1505, 45-1506 |
| 15. | 735 ILCS 5/15-1101 |
| 16. | Ind. Code §32-30-10-1 |
| 17. | Iowa Code §655A.3 |
| 18. | Mass Gen. Laws Ch. 244 §14 |
| 19. | Mich. Comp. Laws §600.3208 |
| 20. | Minn. Stat. §§580.03, 580.041 |
| 21. | Miss. Code §89-1-55 |
| 22. | Mo. Stat. §§443.310, 443.320, 443.325 |
| 23. | Mont. Stat. §§71-1-315, 71-1-224 |
| 24. | Neb. Rev. Stat. §76-1006, 76-1008 |
| 25. | Nev. Rev. Stat. §§ 107.080, 107.085, 107.090, 107.095 |
| 26. | N.H. Rev. Stat. §479:25(II) |
| 27. | NY CLS RPAPL §§1402, 1406 |
| 28. | Nebraska Rev. Stat. §§76-1006, 76-1008 |
| 29. | N.C. Gen. Stat. §§45-21.16, 45-21.17 |

| EXHIBIT NO. | |
|---|---|
| 30. | 46 Okla. Stat. §§ 43, 44 |
| 31. | Or. Rev. Stat. §§86.740, 86.735, 86.750 |
| 32. | R.I. Gen Laws §34-27-4 |
| 33. | S.D. Codified Laws §21-48-6 |
| 34. | Tenn. Code Ann. §35-5-101 |
| 35. | Tex. Prop. Code §51.002 |
| 36. | Utah Code Ann. §§57-1-24, 57-1-26 |
| 37. | 12 Vermont Stat. Ann. §4532 |
| 38. | Wash. Rev. Code §§61.24.030, 61.24.040 |
| 39. | West. Va. §38-1-4 |
| 40. | Wyo. Stat. Ann. §§34-4-105, 34-4-103, 34-4-104 |

DATED: February 14, 2006

Respectfully submitted,

BUCHALTER NEMER
A Professional Corporation

By: /s/ Bernard E. LeSage

*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation and Argent Mortgage Company*