IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | [Oppositions to Motions for Class Certification and Preliminary Injunction; Brief R: Mailing of Notice of Possible Rescission Rights; Declarations of Michael Gibson and Declaration of Vicky Camacho; Request for Judicial Notice; and Evidentiary Objections filed concurrently herewith] |

### DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S BRIEF RE: MAILING OF NOTICE OF POSSIBLE RESCISSION RIGHTS

I, Bernard E. LeSage, declare as follows:

1. I am a shareholder of the law firm of Buchalter Nemer, a Professional Corporation, counsel for defendant Ameriquest Mortgage Company ("Ameriquest") and the other defendants in the above-captioned litigation. I state that the records and documents referred to in this Declaration constitute writings taken or made in the regular or ordinary course of business of Buchalter at or near the time of the act, condition or event to which they relate by persons employed by Buchalter who had a business duty to Buchalter to accurately and completely take, make and maintain such records and documents. I make this Declaration in support of Ameriquest's Opposition to Plaintiffs' Motion for Provisional Class Certification ("Certification Motion"), Opposition to Plaintiffs' Motion for Preliminary Injunction ("Injunction Motion") and Brief Regarding the Mailing of Nationwide Notice of Possible Rescission Rights ("TRO Brief"). I know the following to be true and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

2. On December 13, 2005, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued an order transferring five separate class actions against Ameriquest and other

entities to this Court pursuant to 28 U.S.C. Section 1407 for coordinated or consolidated pretrial proceedings ("MDL Transfer Order"). Shortly thereafter, the MDL Panel identified seven other related class actions against these defendants as potential "tag-along" or related actions under consideration for transfer. On February 1, 2006, at my direction, Brandon Block of my office requested a copy of a list of cases under consideration for inclusion in this proceeding from the Clerk of the MDL Panel. A true and correct copy of the list that he received from the Clerk of the MDL Panel on February 1, 2006 and presented to me is attached hereto as Exhibit 1.

3. Pursuant to their obligations under the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants have advised the Panel of an additional 54 potential "tag-along" actions. A true and correct copy of my letter to the Clerk of the MDL Panel, excluding exhibits, identifying these potential "tag-along" cases is attached hereto as Exhibit 2. Plaintiffs also have designated at least one potential "tag along" case. A true and correct copy of counsel for Plaintiffs' letter to the Clerk of the MDL Panel identifying a potential "tag-along" case is attached hereto as Exhibit 3. The MDL Panel has not ruled or issued any conditional transfer orders in connection with any of the potential "tag-along" cases.

4. I have reviewed the case summaries from PACER for each of Plaintiffs' actions prior to transfer. These records indicate that, prior to transfer, no Plaintiff ever sought the relief Plaintiffs now seek in the Motion.

5. Much of this MDL proceeding has been, or will be, resolved by the recent settlement between Ameriquest and its related entities and the State Attorneys General of each of the 49 states in which Ameriquest and its related entities have done business over the last six years ("AG Settlement"). The AG Settlement was publicly announced on January 23, 2006. A true and correct copy of the official press release is attached hereto as Exhibit 4.

///
///
///

6.  I am informed that the firms of Lieff Cabraser Heimann & Bernstein, LLP and Roddy Klein & Ryan issued their own press release in which they expressed concern that the AG Settlement "will not resolve all claims of consumers alleged in various private actions against Ameriquest, including at least twelve (12) pending class actions." (The press release may be viewed at the Internet address http://www.lieffcabraser.com/press_releases/ameriquest_01.htm.) This statement, however, is patently wrong. The AG Settlement will result in a release of Ameriquest for most, if not all, of the claims at issue before this Court. A true and correct copy of the AG Settlement Agreement is attached hereto as Exhibit 5.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 14th day of February 2006 at Los Angeles, California.

/s/ Bernard E. LeSage