IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | [Oppositions to Motions for Class Certification and Preliminary Injunction; Brief Re: Mailing of Notice of Possible Rescission Rights; Declarations of Michael Gibson and Bernard LeSage; Request for Judicial Notice; and Evidentiary Objections filed concurrently herewith] |

**DECLARATION OF VICKY CAMACHO IN SUPPORT OF DEFENDANT AMERIQUEST MORTGAGE COMPANY'S BRIEF RE: MAILING OF NATIONWIDE NOTICE OF POSSIBLE RESCISSION RIGHTS AND OPPOSITIONS TO MOTIONS FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION**

I, Vicky Camacho, declare as follows:

1. I am the Vice President of Compliance at Ameriquest Mortgage Company ("Ameriquest"). I have held this position, or a similar position, with Ameriquest since 2002 and have worked in Ameriquest's compliance department since 1997.

2. On September 1, 2004, Ameriquest implemented the mandatory use of third-party closing agents to conduct all loan closings. The responsibilities of these agents include ensuring that each borrower sign, and receive two signed copies of, the Notice of Right to Cancel form required by the federal Truth in Lending Act. These independent agents have their own obligations to follow all applicable Federal and State laws in connection with loan closings and are paid for their services regardless of whether a loan closes or whether the borrower exercises his or her right to cancel the loan. Prior to September 1, 2004, Ameriquest required that third-party closing agents be used in the states of Texas and Georgia, but allowed their use in other

states as convenient to the parties.

I declare under penalty of perjury under all applicable laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on February 14, 2006 at Orange, California.

/s/ Vicky Camacho