IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Illinois that, on February 14, 2006, she caused to be served on the person(s) listed below in the manner shown:

1. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION

2. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

3. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S BRIEF REGARDING THE MAILING OF NATIONWIDE NOTICE OF POSSIBLE RESCISSION RIGHTS

4. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GENA E. WILTSEK

5. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S EVIDENTIARY OBJECTIONS TO DECLARATION OF DANIEL S. BLINN

6. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S EVIDENTIARY OBJECTIONS TO DECLARATION OF SHENNAN KAVANAGH

7. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S EVIDENTIARY OBJECTIONS TO DECLARATION OF TERRY A. SMILJANICH

8. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S EVIDENTIARY OBJECTIONS TO THE SUPPLEMENTAL DECLARATION OF GENA E. WILTSEK

9. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S EVIDENTIARY OBJECTIONS TO THE SUPPLEMENTAL DECLARATION OF SHENNAN KAVANAGH

10. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION, PLAINTIFFS ' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S BRIEF RE: MAILING OF NOTICE OF POSSIBLE RESCISSION RIGHTS

11. DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S BRIEF RE: MAILING OF NOTICE OF POSSIBLE RESCISSION RIGHTS

12. DECLARATION OF VICKY CAMACHO IN SUPPORT OF DEFENDANT AMERIQUEST MORTGAGE COMPANY'S BRIEF RE: MAILING OF NATIONWIDE NOTICE OF POSSIBLE RESCISSION RIGHTS AND OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

13. DECLARATION OF MICHAEL GIBSON IN SUPPORT OF DEFENDANT AMERIQUEST MORTGAGE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR PROVISIONAL CERTIFICATION OF "RESCISSION" CLASS

14. STIPULATION FOR STANDSTILL

**SEE ATTACHED SERVICE LIST**

☒ United States Mail, First Class

☐ Via Federal Express

☐ By Messenger

☐ By Facsimile

Dated at Los Angeles, California, this 14th day of February, 2006.

/s/ Elizabeth Villalobos
Elizabeth Villalobos

BN 780367v1

## MDL SERVICE LIST
## IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

| | |
|---|---|
| *Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton* | Elizabeth J. Cabraser<br>Kelly M. Dermody<br>Caryn Becker<br>LIEFF CABRASER HEIMANN & BERSTEIN, LLP<br>275 Battery Street, 30th Fl.<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br>Facsimile: 415-956-1008 |
| | Gena E. Wiltsek<br>Rachel German<br>LIEFF CABRASER HEIMANN & BERSTEIN, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017<br>Telephone: 212-355-9500<br>Facsimile: 212-355-9292 |
| | Lawrence Tien<br>Kamran Mashoyekh<br>The Tien Law Firm, LLP<br>10235 West Little York Road, Suite 470<br>Houston, TX 77040<br>Telephone: 713-937-0223<br>Facsimile: 713-937-0220 |
| *Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes* | Emmett C. Stanton<br>Aaron Myers<br>Fenwick & West LLP<br>801 California Street<br>Silicon Valley Center<br>Mountain View, CA 94041<br>Telephone: 650-988-8500<br>Facsimile: 650-938-5200 |
| | Bryan A. Kohm<br>Fenwick & West LLP<br>275 Battery Street, 16th Floor<br>San Francisco, CA 94111<br>Telephone: 415-875-2300<br>Facsimile: 415-281-1350 |

**MDL SERVICE LIST**
**IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION**

|  |  |
|---|---|
|  | Shirley Hochhausen<br>Community Legal Services in East Palo Alto<br>2117-B University Avenue<br>East Palo Alto, CA 94303<br>Telephone: 650-326-6440<br>Facsimile: 650-326-9722 |
|  | David M. Lisi<br>Howrey LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: 650-798-3500<br>Facsimile: 650-798-3600 |
| *Attorneys for Plaintiff Adolph Peter Kurt Burggraff* | Douglas Bowdoin<br>255 South Orange Avenue, Suite 300<br>Orlando, FL 32801<br>Telephone: 407-422-0025 |
|  | Jonathan Andrews Boynton<br>Sarah Brite Evans<br>Kirby Noonan & Sweat<br>American Plaza<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101-3302<br>Telephone: 619-231-8666 |
|  | Terry Smiljanich<br>Kathleen Clark Knight<br>James Hoyer Newcoomer & Smiljanich<br>1 Urban Centre<br>4830 West Kennedy Boulevard, Suite 550<br>Tampa, FL 33609<br>Telephone: 813-286-4100<br>Facsimile: 813-286-4174 |
| *Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert, Daisybel Tolbert, David R. Murphy, David M. Wakefield, Isabell M. Murphy, Janet Wakefield and Lynn Gay* | Gary Klein<br>Elizabeth Ryan<br>Shennan Kavanagh<br>Roddy Klein & Ryan<br>727 Atlantic Avenue, 2nd Floor<br>Boston, MA 02111<br>Telephone: (617) 357-5500 ext. 15<br>Facsimile: (617) 357-5030 |

## MDL SERVICE LIST
## IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

| | |
|---|---|
| *Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert* | O. Randolph Bragg<br>Horowitz, Horowitz & Associates<br>25 E. Washington Street, Suite 900<br>Chicago, Illinois 60602<br><br>Theresa I. Wigginton<br>Law Office of Theresa I. Wigginton<br>915 Oakfield Rd., Suite F<br>Brandon, FL 33511<br>Telephone: 813-653-2992 |
| *Attorneys for Defendants Ameriquest Mortgage Company* | Daniel A. Casey<br>Jonathan B. Morton<br>Jeffrey T. Kucera<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Miami Center – 20th FL<br>201 South Biscayne Boulevard<br>Miami, FL 33131-3300<br>Telephone: 305-539-3300<br>Facsimile 305-358-7095<br><br>Brian Mark Forbes<br>Ryan M. Tosi<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>75 State Street, 6th Floor<br>Boston, MA 02109<br>Telephone: 617-261-3100<br>Facsimile: 617-261-3175<br><br>R. Bruce Allensworth<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Telephone: 617-261-3119<br>Facsimile: 617-261-3175 |
| *Additional Parties* | Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC<br>120 S. LaSalle Street, 18th floor<br>Chicago, Illinois 60603-3403<br>Telephone: 312-739-4200<br>Facsimile: 312-419-0379 |

**MDL SERVICE LIST**
**IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION**

Daniel Harris, Esq.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606