IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | [Reply to Plaintiffs' Memorandum Concerning Potential Foreclosures; Declaration of Craig Varga; Evidentiary Objections filed concurrently herewith] |

### DECLARATION OF ELIZABETH M. SMITH IN SUPPORT OF DEFENDANT AMERIQUEST MORTGAGE COMPANY'S REPLY TO PLAINTIFFS' MEMORANDUM CONCERNING POTENTIAL FORECLOSURES

I, Elizabeth M. Smith, declare as follows:

1. I am an attorney licensed to practice in the State of Connecticut and am an associate with the firm of Brown Raysman Millstein Felder & Steiner, LLP ("Brown Raysman"). I am one of the attorneys at Brown Raysman responsible for representing Ameriquest Mortgage Company ("Ameriquest") in the case entitled *Wray Bailey, et al. v. Ameriquest Mortgage Company*, United States District Court for the District of Connecticut, Case No. 3:05-CV-00452 (CFD) ("*Bailey*"). Plaintiffs in *Bailey* are represented by attorney Daniel S. Blinn.

2. Through the course of the *Bailey* litigation, I personally reviewed many of the borrower copies of the subject loan files at Mr. Blinn's office, and have personal knowledge of the facts set forth herein. During my examination, I located form solicitation letters stamped

"Advertising Material" in some of the borrower files I reviewed. In these letters, Mr. Blinn solicits borrowers for a "free evaluation of [their] situation" and represents that they may have "a significant claim against Ameriquest Mortgage Corporation" and be "entitled to a reduction to [their] loan amount of $30,000 or more". True and correct copies of samples of these solicitation letters are attached hereto as Exhibit A.

    3.    If called as a witness, I would and could competently testify to all of the above as within my personal knowledge except as to those matters stated on information and belief and as to those matters, I believe them to be true.

I declare under penalty of perjury under all applicable laws that the foregoing is true and correct and to the best of my knowledge, information and belief. This Declaration was executed at Hartford, Connecticut on February 17, 2006.

/s/ Elizabeth Smith

Exhibit A

ADVERTISING MATERIAL

**Daniel S. Blinn**
Attorney at Law
Tel (860) 571-0408; 1-877-425-4529
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

February 15, 2005

Tricia A. Safferstein
52 Pearson Ave.
Milford, CT 06460

Dear Tricia A. Safferstein,

**If you have already retained a lawyer for this matter, please disregard this letter.**

We are contacting you because we believe you may have a significant claim against Ameriquest Mortgage Corporation. Specifically, we have learned in the course of representing other clients that Ameriquest may have failed to comply with the Federal Truth in Lending Act in connection with the refinancing of their residential mortgages. If you refinanced your home mortgage with Ameriquest within the past 3 years, and if Ameriquest did not make certain disclosures to you, then you may be entitled to cancel your mortgage and obtain a refund of all closing costs and all interest charges that you have paid to date. Depending upon your circumstances, it is possible that you are entitled to a reduction to your loan amount of $30,000 or more.

The purpose of this letter is to offer you a free evaluation of your situation. We will review your loan documents and advise you as to whether you have a claim. There is no cost for this evaluation, and you would have no obligation to us whatsoever.

If your Ameriquest loan was taken when your first purchased your home, you should disregard this letter.

Please contact us at (860) 571-0408 or our toll free number at (877) 425-4529 if you are interested in having us review your paperwork. We hope to hear from you soon.

Sincerely,

Daniel S. Blinn
Managing Attorney

**CONSUMER LAW GROUP**

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

ADVERTISING MATERIAL

**Daniel S. Blinn**
**Attorney at Law**
Tel (860) 571-0408
*e-mail: dblinn@consumerlawgroup.com*

November 10, 2004

Scott A. Leblanc
73 Phedon Parkway
Middletown, CT 06457

Dear Scott A. Leblanc,

**If you have already retained a lawyer for this matter, please disregard this letter.**

We are contacting you because we believe you may have a significant claim against Ameriquest Mortgage Corporation. Specifically, we have learned in the course of representing other clients that Ameriquest may have failed to comply with the Federal Truth in Lending Act in connection with the refinancing of their residential mortgages. If you refinanced your home mortgage with Ameriquest within the past 3 years, and if Ameriquest did not make certain disclosures to you, then you may be entitled to cancel your mortgage and obtain a refund of all closing costs and all interest charges that you have paid to date. Depending upon your circumstances, it is possible that you are entitled to a reduction to your loan amount of $30,000 or more.

The purpose of this letter is to offer you a free evaluation of your situation. We will review your loan documents and advise you as to whether you have a claim. There is no cost for this evaluation, and you would have no obligation to us whatsoever.

If your Ameriquest loan was taken when your first purchased your home, you should disregard this letter.

Please contact us at our toll free number, 877-425-4529, if you are interested in having us review your paperwork. We hope to hear from you soon.

Sincerely,

Daniel S. Blinn
Managing Attorney

**CONSUMER LAW GROUP**

P.O. Box 1039
2138 Silas Deane Highway
Rocky Hill, CT 06067-9997
tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457
lawyer@consumerlawgroup.com
*Lawyers for the Rest of Us.*™