**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

MDL Docket No. 1715

Lead Case No. 05-cv-07097

(Centralized before the Hon. Marvin E. Aspen)

## CERTIFICATE OF SERVICE

I, Berard E, Lesage, hereby certify that on this 17th day of February, 2006, true and correct copies of the foregoing documents were filed electronically:

1. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S REPLY TO PLAINTIFFS' MEMORANDUM CONCERNING POTENTIAL FORECLOSURES
2. DEFENDANT AMERIQUEST MORTGAGE COMPANY'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS' MEMORANDUM CONCERNING POTENTIAL_FORECLOSURES
3. DECLARATION OF ELIZABETH M. SMITH IN SUPPORT OF DEFENDANT AMERIQUEST MORTGAGE COMPANY'S REPLY TO PLAINTIFFS' MEMORANDUM CONCERNING POTENTIAL FORECLOSURES
4. DECLARATION OF CRAIG VARGA IN SUPPORT OF DEFENDANT AMERIQUEST MORTGAGE COMPANY'S REPLY TO PLAINTIFFS' MEMORANDUM CONCERNING POTENTIAL FORECLOSURES

Notice of these filings will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access these filings through the Court's system. I further certify that true and correct copies were additionally sent via first class mail to all parties listed on the attached service list.

DATED: February 17, 2006

BUCHALTER NEMER
A Professional Corporation

By: /s/ Bernard E. LeSage
    BERNARD E. LESAGE
*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation and Argent Mortgage Company*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**SEE ATTACHED SERVICE LIST**

**MDL SERVICE LIST**
**IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION**

*Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton*

Elizabeth J. Cabraser
Kelly M. Dermody
Caryn Becker
LIEFF CABRASER HEIMANN & BERSTEIN,LLP
275 Battery Street, 30th Fl.
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Gena E. Wiltsek
Rachel German
LIEFF CABRASER HEIMANN & BERSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
Telephone: 212-355-9500
Facsimile: 212-355-9292

Lawrence Tien
Kamran Mashoyekh
The Tien Law Firm, LLP
10235 West Little York Road, Suite 470
Houston, TX 77040
Telephone: 713-937-0223
Facsimile: 713-937-0220

*Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes*

Emmett C. Stanton
Aaron Myers
Fenwick & West LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
Telephone: 650-988-8500
Facsimile: 650-938-5200

Bryan A. Kohm
Fenwick & West LLP
275 Battery Street, 16th Floor
San Francisco, CA 94111
Telephone: 415-875-2300
Facsimile: 415-281-1350

Shirley Hochhausen
Community Legal Services in East Palo Alto
2117-B University Avenue
East Palo Alto, CA 94303
Telephone: 650-326-6440
Facsimile: 650-326-9722

David M. Lisi
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: 650-798-3500
Facsimile: 650-798-3600

*Attorneys for Plaintiff Adolph Peter Kurt Burggraff*

Douglas Bowdoin
255 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-422-0025

Jonathan Andrews Boynton
Sarah Brite Evans
Kirby Noonan & Sweat
American Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101-3302
Telephone: 619-231-8666

Terry Smiljanich
Kathleen Clark Knight
James Hoyer Newcoomer & Smiljanich
1 Urban Centre
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609
Telephone: 813-286-4100
Facsimile: 813-286-4174

*Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert, Daisybel Tolbert, David R. Murphy, David M. Wakefield, Isabell M. Murphy, Janet Wakefield and Lynn Gay*

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

*Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert*

O. Randolph Bragg
Horowitz, Horowitz & Associates
25 E. Washington Street, Suite 900
Chicago, Illinois 60602

Theresa I. Wigginton
Law Office of Theresa I. Wigginton
915 Oakfield Rd., Suite F
Brandon, FL 33511
Telephone: 813-653-2992

*Attorneys for Defendants Ameriquest Mortgage Company*

Daniel A. Casey
Jonathan B. Morton
Jeffrey T. Kucera
Kirkpatrick & Lockhart Nicholson Graham LLP
Miami Center – 20th FL
201 South Biscayne Boulevard
Miami, FL 33131-3300
Telephone: 305-539-3300
Facsimile 305-358-7095

Brian Mark Forbes
Ryan M. Tosi
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street, 6th Floor
Boston, MA 02109
Telephone: 617-261-3100
Facsimile: 617-261-3175

R. Bruce Allensworth
Kirkpatrick & Lockhart Nicholson Graham LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone: 617-261-3119
Facsimile: 617-261-3175

*Additional Parties*

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603-3403
Telephone: 312-739-4200
Facsimile: 312-419-0379

        Daniel Harris, Esq.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606