IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D

FEB 7 2006

UNITED STATES DISTRICT COURT

In Re: Ameriquest Mortgage Company ) Master File
) No. 05 C 7097
)
) MDL #1715
)

## ORGANIZATION AND MANAGEMENT PLAN

The plaintiffs' attorneys shall meet and prepare a joint and agreed organization and management plan for the plaintiffs' side of this action, including but not limited to the following subjects:

(1) Selection and duties of lead counsel

(2) Division of work among lead counsel and other plaintiffs' counsel;

(3) Selection and duties of liaison counsel;

(4) Discovery scheduling;

(5) Consolidation and scheduling motion practice;

(6) Settlement and/or mediation process;

(7) Procedures for filing papers and service of parties;

(8) Listing what other matters regarding this case is still before the MDL panel;

(9) Listing of other class actions or "tag-along" cases that they anticipate will be joining this action;

(10) Analysis of the impact of the Ameriquest-Attorney General Settlement on this case.

The joint filing shall be on _____6/13_____, 200_6_. In the event agreement cannot be reached on a particular subject, individual filings as to that subject shall be on ___6/27___, 200__. All filings shall be served on Defendant. Defendant shall file and serve upon the plaintiffs its proposed organization plan addressing all relevant subjects, other than nos. (1), (2) and (3) on ___6/13___, 200_6_.