# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Ameriquest Mortgage Company, et al.

                      Plaintiff,

v.                                                             Case No.: 1:05−cv−07097
                                                                  Honorable Marvin E. Aspen

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 21, 2006:

      MINUTE entry before Judge Marvin E. Aspen dated 2/21/06: Enter Stipulation for Standstill.Defendants shall file and serve on or before 2/14/06, their Memorandum of Points and Authorities in opposition to plaintiffs' motion for preliminary Injunction [10), and their memorandum of points and authorities in opposition to plaintiffs' motion for preliminary class certification (12). Plaintiffs shall file and serve on or before 3/1/06, any and all reply memorandum of points and authorities to defendants' opposition to plaintiffs' motion for preliminary injunction, and defendants' memorandum of points and authorities in opposition to plaintiffs' motion for preliminary injunction.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.