IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

### DECLARATION OF DUVAL H. NAUGHTON

I, Duval Naughton, declare as follows:

1. I am over the age of 18 and I reside at 938 Bushwick Avenue, Brooklyn, New York 11221. I am a Plaintiff in the case of <u>Williams et al. v. Ameriquest Mortgage Co.</u>, C.A. No. 05 cv 6189 (S.D.N.Y. 2005). I make this declaration based upon my personal knowledge and could testify to all of the facts recited herein if called as a witness in this proceeding.

2. In or around August 2004 I refinanced an existing mortgage loan with Ameriquest. The refinanced mortgage loan is secured by my principal residence located at the address recited above.

3. My loan included a loan "discount" fee of approximately $9000.

4. Attached to my declaration as Exhibit A is a true and correct copy of the "Notice of Right to Cancel" that I received at the loan closing on September 14, 2004. It is the only form of "Notice of Right to Cancel" I received. I did not receive a copy of the form that had a date included in the section marked last date to cancel.

5. I kept careful track of the loan documents received from Ameriquest and provided copies of all of them to my attorneys at Lieff, Cabraser, Heimann, and Bernstein, LLP.

518936.1

I declare under penalty of perjury under the laws of the State of New York and the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of February, 2006 at New York, New York.

_____
Duval H. Naughton

518936.1

# EXHIBIT A

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: September 14, 2004
LOAN NO.: 0092486463 - 7400
TYPE: ADJUSTABLE RATE

BORROWER(S): DUVAL H NAUGHTON

ADDRESS: 938 BUSHWICK AVENUE
CITY/STATE/ZIP: BROOKLYN, NY 11221

PROPERTY: 938 BUSHWICK AVE
BROOKLYN, NY 11221

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   **ENTER DOCUMENT SIGNING DATE**

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL.

_____     _____
SIGNATURE                         DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____     _____
BORROWER/OWNER DUVAL H NAUGHTON   Date   BORROWER/OWNER   Date

_____     _____
BORROWER/OWNER   Date   BORROWER/OWNER   Date

1064-NRC (Rev 01/04)


0000009248646304000500101

**BORROWER COPY**

09/14/2004 2:18:24 PM