## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO: ALL
ACTIONS

MDL No. 1715

(Centralized before the Honorable
Marvin E. Aspen)

### DECLARATION OF TIMOTHY AND CYNTHIA DION

We, Timothy and Cynthia Dion, declare as follows:

1. We are over the age of 18 and reside at 375 Main Street, Bridgewater, Massachusetts 02324.

2. We make this declaration based upon our personal knowledge and could testify to all of the facts recited herein if called as witnesses in this proceeding.

3. We originally obtained a mortgage loan from Ameriquest in 2003.

4. On January 9, 2004, we refinanced our Ameriquest Mortgage loan with Ameriquest. The refinanced mortgage loan is secured by our principal residence located at the address recited above.

5. In connection with the January 9, 2004 refinance, we paid over 4% in Discount Points, totaling more than $12,500.00.

6. Attached to our declaration as Exhibit A are true and correct copies of the "Notice of Right to Cancel" that we received at the loan closing on January 9, 2004.

7. The Notices of Right to Cancel we received did not have the date of the transaction or the final date to cancel filled in. We did not receive any "Notices of Right to Cancel" with the dates filled in.

8. On September 20, 2005, Cynthia filed for Chapter 13 bankruptcy in the United States Bankruptcy Court, District of Massachusetts, (Case No. 05-18732) to prevent Ameriquest from foreclosing on our home.

9.    On February 10, 2006, AMC Mortgage filed a Motion for Relief from Stay in the
      Chapter 13 bankruptcy case and is seeking to continue with foreclosure.


We declare under the penalties of perjury under the laws of the Commonwealth of
Massachusetts and the United States that the foregoing is true and correct to the best of our
knowledge.

Executed this 17th day of February, 2006 [Boston, Massachusetts]


Timothy Dion


Cynthia Dion

2



*EXHIBIT A*

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   January 9, 2004
LOAN NO.:   0066453945 - 7401
TYPE:   ADJUSTABLE RATE

BORROWER(S): TIMOTHY D. DION       CYNTHIA L. DION

ADDRESS:       375 MAIN STREET
CITY/STATE/ZIP:   BRIDGEWATER,MA 02324

PROPERTY:   375 MAIN STREET
           BRIDGEWATER,  MA  02324

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

_____   ;

or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1100 Town and Country Road, Suite 200**
**Orange, CA 92868**

ATTN:  **FUNDING**
PHONE:  **(714)541-9960**
FAX:      **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____       Date       _____       Date
BORROWER/OWNER TIMOTHY D. DION                    BORROWER/OWNER CYNTHIA L. DION


_____       Date       _____       Date
BORROWER/OWNER                                    BORROWER/OWNER

1064-NRC (Rev 11/03)

0000006645304400050101

**BORROWER COPY**

01/09/2004 1:00:12 PM