IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>(Centralized before the Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF REBECCA SMITH

I, REBECCA SMITH, declare as follows:

1. I am over the age of 18 and I reside at 1962 Penn Avenue South, Minneapolis, MN 55404. I make this declaration based upon my personal knowledge and could testify to all of the facts recited herein if called as a witness in this proceeding.

2. On October 10, 2003, I closed on a loan secured by my principal residence located at 3804 Harriet Avenue, Minneapolis, MN 55409, and became a borrower along with my husband, Darin Smith, of Ameriquest Mortgage Company. Attached to my declaration as Exhibit A is a true and correct copy of the "Notice of Right to Cancel" that I received at the loan closing on October 10, 2003. It is the only "Notice of Right to Cancel" I received.

3. I kept careful track of the loan documents received from Ameriquest by my husband and I and turned over copies of all of them to James, Hoyer, Newcomer & Smiljanich, P.A.

4. The "Notice of Right to Cancel" form provided to me was not completed.

I declare under penalty of perjury under the laws of the state of Minnesota and the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of February, 2006 in Minneapolis, Minnesota.

*Rebecca Smith*
Rebecca Smith



**EXHIBIT A**

# NOTICE OF RIGHT TO CANCEL

LENDER: Argent Mortgage Company, LLC

DATE: October 10, 2003
LOAN NO.: 0053143418 - 9703
TYPE: ADJUSTABLE RATE

BORROWER(S): DARIN W. SMITH    REBECCA J. SMITH

ADDRESS: 3804 HARRIET AVE
CITY/STATE/ZIP: MINNEAPOLIS, MN 55409

PROPERTY: 3804 HARRIET AVE
MINNEAPOLIS, MN 55409

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is [ENTER DOCUMENT SIGNING DATE] ; or
2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
One City Boulevard West
Orange, CA 92868

ATTN: FUNDING
PHONE: (888)311-4721
FAX: (714)347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

[ENTER FINAL DATE TO CANCEL]

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE

_____
DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____   ____   _____   ____
BORROWER/OWNER DARIN W. SMITH    Date   BORROWER/OWNER REBECCA J. SMITH  Date

_____   ____   _____   ____
BORROWER/OWNER                   Date   BORROWER/OWNER                   Date

1064-NRC (Rev 6/99)

**LENDER COPY**

10/10/2003 1:08:20 PM

# EXHIBIT A