IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

## DECLARATION OF LYNN GAY

I, Lynn Gay, declare as follows:

1. I am over the age of 18 and reside at 43 Oak Street, Bridgewater, Massachusetts 02324.

2. I am a Plaintiff in *Murphy, et al v. Ameriquest Mortgage Company,* Case No. 04-cv-12651RWZ, which was transferred from the District of Massachusetts to the Northern District of Illinois on December 21, 2005.

3. I make this declaration based upon my personal knowledge and could testify to all of the facts recited herein if called as a witness in this proceeding.

4. I originally obtained a mortgage loan from Ameriquest on March 14, 2003, secured by my principal residence located at the address recited above.

5. Thereafter, I refinanced my Ameriquest mortgage loan with Ameriquest and borrowed additional monies over and above the amount owed on my original mortgage loan – getting cash out – on the refinance transaction, which closed on September 2, 2003.

6. Attached to my declaration as Exhibit A is a true and correct copy of the "Notice of Right to Cancel" that I received at the loan closing on September 2, 2003.

7. Exhibit A is the only document labeled "Notice of Right to Cancel" I received.

8. In connection with the September 2, 2003 refinance, I paid 3.900% in Discount Points, totaling $11,583.00.

9. I kept careful track of the loan documents I received from Ameriquest and turned over all copies of them to Gary Klein, Esquire of Roddy Klein & Ryan.

I declare under the penalties of perjury under the laws of the Commonwealth of Massachusetts and the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of February, 2006 [Bridgewater, Massachusetts].

*Lynn Gay*

2

**EXHIBIT A**

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: September 2, 2003
LOAN NO.: 0053225926 - 7403
TYPE: ADJUSTABLE RATE

BORROWER(S): LYNN M. GAY

ADDRESS: 43 OAK
CITY/STATE/ZIP: BRIDGEWATER, MA 02324

PROPERTY: 43 OAK
BRIDGEWATER, MA 02324

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is  **ENTER DOCUMENT SIGNING DATE:** 9/2/03  ; or
2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN: FUNDING
PHONE: (714)541-9960
FAX: (714)245-0857

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of  **ENTER FINAL DATE TO CANCEL:** 9/5/03

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____     _____
SIGNATURE                                                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER LYNN M. GAY          Date          BORROWER/OWNER          Date

BORROWER/OWNER          Date          BORROWER/OWNER          Date

1064-NRC (Rev 6/99)                    **LENDER COPY**                    08/29/2003 4:26:41 PM