IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>(Centralized before the Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF DEVELIN LYONS

I, DEVELIN LYONS, declare as follows:

1. I am over the age of 18 and I reside at 3202 Colwell Ave., Apt. #1913, Tampa, FL 33614. I make this declaration based upon my personal knowledge and could testify to all of the facts recited herein if called as a witness in this proceeding.

2. On July 16, 2004, I closed on a loan secured by my principal residence located at 2806 Palmadelia Avenue, Sarasota, FL 34234, and, along with Darryl Lyons and Louise Johnson, became a borrower of Ameriquest Mortgage Company. Attached to my declaration as Exhibit A is a true and correct copy of the "Notice of Right to Cancel" that was received at the loan closing on July 16, 2004. I received four (4) exact copies of Exhibit A, the "Notice of Right to Cancel".

3. I kept careful track of the loan documents received from Ameriquest by myself, Darryl Lyons and Louise Johnson and turned over copies of all of them to James, Hoyer, Newcomer & Smiljanich, P.A.

4. None of the "Notice of Right to Cancel" forms provided to any of us were completed.

I declare under penalty of perjury under the laws of the state of Florida and the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 22 day of February, 2006 in Tampa, Florida.

/s/ Develin Lyons
Develin Lyons

**EXHIBIT A**

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: July 16, 2004
LOAN NO.: 0085884344 - 5687
TYPE: ADJUSTABLE RATE

BORROWER(S): Develin D Lyons    Louise R Johnson

ADDRESS:    2806 PALMADELIA Avenue
CITY/STATE/ZIP:  SARASOTA, FL 34234

PROPERTY:  2806 PALMADELIA Avenue
           SARASOTA, FL 34234

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   | ENTER DOCUMENT SIGNING DATE |
   |---|
   |   |

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company                ATTN: FUNDING
1600 S Douglass Rd                         PHONE: (714)634-3494
Anaheim, CA 92806                          FAX:   (800)664-2258

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
|   |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____        _____
SIGNATURE                              DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____        _____
BORROWER/OWNER Develin D Lyons  Date   BORROWER/OWNER Louise R Johnson  Date

_____        _____
BORROWER/OWNER Darryl Lyons     Date   BORROWER/OWNER                   Date

1064-NRC (Rev 01/04)      **EXHIBIT A**    **BORROWER COPY**

07/16/2004 9:19:21 AM