IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL No. 1715

THIS DOCUMENT RELATES TO: ALL ACTIONS

(Centralized before the Honorable Marvin E. Aspen)

## DECLARATION OF DAISYBEL AND WILLIAM TOLBERT

We, Daisybel and William Tolbert, declare as follows:

1. We are over the age of 18 and reside at 2506 19th Street South, Saint Petersburg, Florida 33712.

2. We are named Plaintiffs in *Latonya Williams, et al. v. Ameriquest Mortgage Company*, Case No. 05-2366CI-20, which was transferred from the Middle District of Florida to the Northern District of Illinois on January 3, 2006.

3. We make this declaration based upon our personal knowledge and could testify to all of the facts recited herein if called as witnesses in this proceeding.

4. On January 7, 2004, we closed on a loan secured by our principal residence located at the address recited above, and became borrowers of Ameriquest Mortgage Company. Attached to our declaration as Exhibit A is a true and correct copy of the "Notice of Right to Cancel" that we received at the January 7, 2004 loan closing.

5. Exhibit A is the only form of "Notice of Right to Cancel" we received. We did not receive any copies of the form with the last date to cancel filled in.

6. In connection with the January 7, 2004 refinance, we paid 3% in Discount Points, totaling $3,060.00.

7. We kept careful track of the loan documents we received from Ameriquest and turned over all copies of them to our counsel.

We declare under the penalties of perjury under the laws of the State of Florida and the United States that the foregoing is true and correct to the best of our knowledge.

Executed this 24th day of February, 2006 [Brandon, Florida].

*Daisybel Tolbert*
Daisybel Tolbert

*William Tolbert*
William Tolbert

**EXHIBIT A**

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: January 7, 2004
LOAN NO.: 0066977521 - 5690
TYPE: ADJUSTABLE RATE

BORROWER(S): Daisybel Tolbert     William F. Tolbert

ADDRESS: 2506 19th street south
CITY/STATE/ZIP: Saint Petersburg, FL 33712

PROPERTY: 2506 19th street south
Saint Petersburg, FL 33712

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is [ENTER DOCUMENT SIGNING DATE] ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN: FUNDING
1100 Town and Country Road, Suite 200    PHONE: (714)541-9960
Orange, CA 92868                     FAX:   (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of   [ENTER FINAL DATE TO CANCEL]

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____     _____    _____     _____
BORROWER/OWNER Daisybel Tolbert    Date      BORROWER/OWNER William F. Tolbert  Date

_____     _____    _____     _____
BORROWER/OWNER                     Date      BORROWER/OWNER                     Date

1064-NRC (Rev 11/03)
000000066977521040000050101

BORROWER COPY

01/07/2004 10:33:23 AM

PLAINTIFF'S EXHIBIT D