IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

### DECLARATION OF JAMES W. DEVLIN

I, James W. Devlin, declare as follows:

1. I am over the age of 18 and reside at 98A Esta Road, Plymouth, Massachusetts 02360.

2. I make this declaration based upon my personal knowledge and could testify to all of the facts recited herein if called as witnesses in this proceeding.

3. On February 17, 2004, I closed on a loan secured by my principal residence located at the address recited above, and became a borrower of Ameriquest Mortgage Company. Attached to my declaration as Exhibit A is a true and correct copy of the "Notice of Right to Cancel" that I received at the February 17, 2004 loan closing.

4. Exhibit A is the only form of "Notice of Right to Cancel" I received. I did not receive any copies of the form with the last date to cancel filled in.

5. In connection with the February 17, 2004 refinance, I paid 2.75% in Discount Points, totaling $7,851.25.

6. I kept careful track of the loan documents I received from Ameriquest and turned over all copies of them to Gary Klein, Esquire of Roddy Klein & Ryan.

I declare under the penalties of perjury under the laws of the Commonwealth of Massachusetts and the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of February, 2006 [Boston, Massachusetts].

James W. Devlin

*EXHIBIT A*

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: February 17, 2004
LOAN NO.: 0070016068 - 7399
TYPE: FIXED RATE

BORROWER(S): James W. Devlin

ADDRESS: 98A ESTA RD
CITY/STATE/ZIP: PLYMOUTH, MA 02360

PROPERTY: 98A ESTA RD
PLYMOUTH, MA 02360

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is **ENTER DOCUMENT SIGNING DATE** ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN: FUNDING
PHONE: (714)541-9960
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____     _____
SIGNATURE                            DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER James W. Devlin    Date    BORROWER/OWNER    Date

BORROWER/OWNER    Date    BORROWER/OWNER    Date

1064-NRC (Rev 11/03)



0000007001606804000501

**BORROWER COPY**

02/17/2004 6:38:16 PM