# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LTIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen) |

## CERTIFICATE OF SERVICE

I, Shennan Kavanagh, hereby certify that on this 1st day of March, 2006, I have served the following list of documents by causing true and correct copies thereof to be mailed via first-class mail, postage prepaid to the attached MDL Service List.

- Declaration of Sharon Ann Burton
- Declaration of Christopher Bourassa
- Declaration of Daisybel and William Tolbert
- Declaration of Duval H. Naughton
- Declaration of Rochelle Dygert
- Declaration of Frank and Martha White
- Declaration of Harriet Holder
- Declaration of James W. Devlin
- Declaration of Joshua Wilgoren
- Declaration of Amanda Lokker
- Declaration of Lynn Gay
- Declaration of Develin Lyons
- Declaration of Rebecca Smith
- Declaration of Timothy and Cynthia Dion
- Declaration of David and Janet Wakefield

- Plaintiffs' Reply Memorandum in Support of Motion For Preliminary Injunction
- Omnibus Response To Ameriquest's Evidentiary Objections To Declarations of Counsel
- Plaintiffs' Reply Memorandum in Support of Motion For Provisional Certification of Rescission Class For Purposes of Preliminary Injunctive Relief

/s/ Shennan Kavanagh
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA   021111-2810
Telephone:  (617) 357-5500
Facsimile:  (617) 357-5030
kavanagh@roddykleinryan.com