IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

**DEFENDANTS' MOTION FOR REASSIGNMENT OF RELATED CASES**

By this Motion, defendants Ameriquest Mortgage Company ("AMC"), Ameriquest Capital Corporation ("ACC"), Argent Mortgage Company ("Argent") and Town and Country Credit Corporation ("Town and Country") (collectively, "Defendants") seek reassignment, pursuant to Northern District of Illinois Local Rule 40.4(c), of 27 cases (collectively, "Related Cases") pending before other judges in this District. Defendants have identified each of the Related Cases as a potential "tag-along" action to the actions presently before this Court in this Multidistrict Litigation proceeding ("MDL Proceeding"), and the Judicial Panel on Multidistrict Litigation has left it to the Courts in this District to decide whether the Related Cases should be reassigned to this Court for coordinated or consolidated pretrial proceedings.[1]

As detailed in the accompanying Memorandum in support of this Motion, reassignment of all of the Related Cases is warranted here. To begin with, each of the Related Cases is "related" under Local Rule 40.4(a) to one or more actions in this MDL Proceeding because each of the Related Cases involves the same issues of fact and law as one or more of the actions in the MDL Proceeding. Specifically, three actions in the MDL Proceeding allege that certain Defendants violated the Truth-in-Lending Act, 15 U.S.C. Section 1601, *et seq.* ("TILA"), by failing to provide borrowers with proper notice of their rescission rights. Plaintiffs in 25 of the

---

[1] Although Local Rule 40.4(c) provides that a motion for reassignment of a related case must be made to the judge assigned to the lower-numbered case, this Court informed the parties at the February 7, 2006 Status Conference that the parties should file any motion for reassignment with this Court.

Related Cases similarly assert claims that certain Defendants violated TILA by failing to provide borrowers with proper notice of their rescission rights. In addition, plaintiffs in one action in the MDL Proceeding allege that certain Defendants violated the Fair Credit Reporting Act, 15 U.S.C. Section 1681, *et seq.* ("FCRA"); likewise, plaintiffs in two of the Related Cases assert that certain Defendants violated FCRA.

Furthermore, all of the conditions for reassignment of the Related Cases under Local Rule 40.4(b) are satisfied here. **First**, all of the Related Cases are before this Court. **Second**, the handling of all of these cases by this Court will result in a substantial saving of judicial time and effort as, among other things, all of the Related Cases are brought by the same plaintiffs' counsel and reassignment of the Related Cases to this Court will allow one judge to decide whether Defendants violated the same law based on essentially the same conduct. **Third**, none of the Related Cases has progressed to the point where transferring these cases to this Court would be likely to delay the proceedings therein substantially. **Fourth**, the Related Cases and the actions in the MDL Proceeding are susceptible to disposition in a single proceeding because they all assert common legal claims.

The Motion is based on this Motion, the accompanying Memorandum in Support of the Motion, the accompanying Declaration of Bernard E. LeSage, the accompanying Request for Judicial Notice, the accompanying Appendix of Related Cases, the pleadings and records on filed herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

///
///
///

Defendants request an opportunity for oral argument.

WHEREFORE, Defendants respectfully request that this Court grant the Motion for Reassignment of Related Cases in its entirety.

DATED: March 16, 2006          Respectfully submitted,

         BUCHALTER NEMER
         A Professional Corporation

By: /s/ Bernard E. LeSage

*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400