IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF DEFENDANTS' MOTION FOR REASSIGNMENT OF RELATED CASES

I, Bernard E. LeSage, declare as follows:

1. I am a shareholder of the law firm of Buchalter Nemer, a Professional Corporation, counsel for defendants Ameriquest Mortgage Company ("AMC"), Ameriquest Capital Corporation ("ACC"), Argent Mortgage Company ("Argent") and Town and Country Credit Corporation ("Town and Country") (collectively, "Defendants") in the above-captioned litigation. I state that the records and documents referred to in this Declaration constitute writings taken or made in the regular or ordinary course of business of Buchalter at or near the time of the act, condition or event to which they relate by persons employed by Buchalter who had a business duty to Buchalter to accurately and completely take, make and maintain such records and documents. I make this Declaration in support of Defendants' Motion for Reassignment of Related Cases. I know the following to be true and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

2. On December 13, 2005, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued an order transferring five separate class actions against Ameriquest and other entities to this Court pursuant to 28 U.S.C. Section 1407 for coordinated or consolidated pretrial proceedings ("MDL Transfer Order").

3. Pursuant to their obligations under the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants have advised the Panel of an additional 54 potential "tag-

along" actions. A true and correct copy of my letter to the Clerk of the MDL Panel, excluding exhibits, identifying these potential "tag-along" cases is attached hereto as Exhibit 1.

4. On March 10, 2006, defendants advised the Panel of an additional 20 potential "tag-along" actions. A true and correct copy of my letter to the Clerk of the MDL Panel, excluding exhibits, identifying these potential "tag-along" cases is attached hereto as Exhibit 2.

5. The MDL Panel has not ruled or issued any conditional transfer orders in connection with any of the potential "tag-along" cases.

6. Attached hereto as Exhibit 3 is a true and correct copy of a facsimile I received from the Clerk of the MDL Panel setting forth a list of cases under consideration for inclusion in this MDL Proceeding. As set forth in Exhibit 3, the MDL Panel has designated each of the Related Cases as an "XYZ Case" where there is "NTN," or "No Transfer Necessary." I have confirmed with the Clerk of the MDL Panel that these designations mean that the MDL Panel will take no action on the Related Cases, but instead has left it to the Courts of this District to decide whether these cases should be included within the MDL Proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of March 2006 at Los Angeles, California.

/s/ Bernard E. LeSage

# Exhibit 1



**Buchalter**Nemer
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526.0683
Direct Dial Number: (213) 891-5230
Direct Facsimile Number: (213) 630-5715
E-Mail Address: *blesage@buchalter.com*

January 23, 2006

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:   *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*
           MDL Docket No. 1715

Dear Clerk of the Panel:

On or about December 13, 2005, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Transfer Order, pursuant to which it granted the motion to transfer pursuant to 28 U.S.C. § 1407 (the "Motion") filed by plaintiffs in *Cheryl Williams and Duvall Naughton v. Ameriquest Mortgage Company*, Case No. 05-CV-6189 (S.D. N.Y.) ("*Williams*"). The Panel therefore ordered each identified action in the Motion transferred to the United States District Court for the Northern District of Illinois, The Honorable Marvin E. Aspen presiding (the "Transferee Court"), for pretrial proceedings.

Defendants Ameriquest Mortgage Company ("Ameriquest Mortgage"), Ameriquest Capital Corporation ("Ameriquest Capital") and Argent Mortgage Company ("Argent") (collectively, "Defendants") opposed the Motion, and by this letter, reconfirm that they do not waive, but rather expressly preserve (for all purposes, including any appeals), all arguments raised in opposition to the Motion and all objections to the Transfer Order. These arguments and objections include, without limitation, those based on Federal and State Constitutional grounds, including but not limited to Due Process and Equal Protection under the law.

Nevertheless, pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Rules") Defendants are compelled to identify the following actions as potential "Tag Along" actions as such actions are defined by the Rules.

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
January 23, 2006
Page 2

Also pursuant to the Rules, copies of the potential "Tag Along" complaints are enclosed herewith in folders labeled with the corresponding numbers for your convenience.

1. *Miguel Almaguer, v. Argent Mortgage Co., et al.*, United States District Court for the Southern District of Florida Miami Division, Case No. 05-CV-21103 *("Almaguer")*

2. *Michele D'Ambrogi, et al., v. Ameriquest Mortgage Co.*, United States District Court for the Eastern District of Pennsylvania, Case No. 97CV04427 *("Ambrogi")*

3. *Wray Bailey, et al. v. Ameriquest Mortgage Co.*, United States District Court for the District of Connecticut, Case No. 305CV452 CFD *("Bailey")*.

4. *Kenneth Brown, et al. v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-05111 *("Brown")*.

5. *Dorothy Brown, v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-04723 *("Brown")*

6. *Jacqueline Buckner v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05C-V-6808 *("Buckner")*

7. *Joseph F. Creamer, III, v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 05-CV-00533 ML DLM *("Creamer")*

8. *Richard Daneau v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 05-CV-528 T *("Daneau")*

9. *Thomas B. Doherty, et al., v. Town & Country Credit Corp.*, United States District Court for the Fourth Judicial District of the State of Minnesota, Case No. 05-CV-00589 JRT-JJG *("Doherty")*

10. *Edward Doolittle, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-05033 *("Doolittle")*

11. *Maria S. Eyre v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 05-CV-0529 ML-DLM *("Eyre")*

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
January 23, 2006
Page 3

12. *Karleen M. Frost v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 05-CV-00532 S-DLM *("Frost")*

13. *Marie Furgeson, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 04-CV-07627 *("Furgeson")*

14. *Jeanette Stokes Godwin, v. Argent Mortgage Co., et al.*, United States District Court for the Eastern District of Pennsylvania, Case No. 05-CV-6112 *("Godwin")*

15. *Michael Holzmeister, v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-05911 *("Holzmeister")*

16. *Thomas Hubbard, v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-00389 *("Hubbard")*

17. *Nelson Jimenez, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-01009 *("Jimenez")*

18. *Shirley Jones, v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-00432 *("Jones")*

19. *Deborah Juillerat, v. Ameriquest Mortgage Co., et al.*, United States District Court for the Central District of California Case No. SACV05-1117 DOC (RNBx) *("Juillerat")*

20. *Karen M. Kahrer, v. Ameriquest Mortgage Co.*, United States District Court for the Western District of Pennsylvania, Case No. 05-CV0391 *("Kahrer")*

21. *Earl E. Key, v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-1077 *("Key")*

22. *Renee O. LeClerc, v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 05CV-00538 S-LDA *("LeClerc")*

23. *James Lemmons, v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-04709 *("Lemmons")*

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
January 23, 2006
Page 4

24. *Roger R. Luedtke, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-04644 *("Luedtke")*

25. *Richard A. Madrazo, v. Ameriquest Mortgage Co.*, United States District Court for the Eastern District of New York, Case No. 05-CV-03987 BRK-MLO *("Madrazo")*

26. *Juan Medina, et al. v. Argent Mortgage Company, et al.*, United States District Court for the Northern District of California Case San Jose Division, Case No., 05-02905 RS *("Medina")*

27. *Lillian Melendez,, v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 05 CV-153 S-LDA *("Melendez")*

28. *Joseph A. Mikowski, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Indiana Hammond Division, Case No. 05-CV-00411 PPS-PRC *("Mikowski")*

29. *Delois Mills v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-03976 *("Mills")*

30. *Valerie Lund Mitchell, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Southern District of Alabama Southern Division, Case No. 05-CV-00078 KD-B *("Mitchell")*

31. *Maria Morrison, et al. v. Ameriquest Mortgage Co., et al.*, United States District Court for the Central District of California Case No. CV05-4982 SJO (FMOx) *("Morrison")*.

32. *Charles F. Parisi v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 05-CV-00530 T-LDA *("Parisi")*

33. *James Payne v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-05024 *("Payne")*

34. *Eddy G. Pena v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 05-CV-00527 S *("Pena")*

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
January 23, 2006
Page 5

35. *Judy Perry v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-06172 *("Perry")*

36. *William Pintsak, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-05035 *("Pintsak")*

37. *Spyros J. Polydoros, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-06517 *("Polydoros")*

38. *John Darious Powell, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Eastern District of Louisiana, Case No. 05-CV-03067 MVL-JCW *("Powell")*

39. *Rickie Ann Reese v. Ameriquest Mortgage Co., et al.,* United States District Court for the Middle District of Tennessee, Case No. 3-05 CV-0793 *("Reese")*

40. *Scott T. Reuter, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Eastern District of Pennsylvania, Case No. 05-CV-1096 *("Reuter")*

41. *Johnnie Ross,, et al., v. Ameriquest Mortgage Co., et al.,* In the Superior Court of Dougherty County State of Georgia, Case No. 05-CV-1466-3 *("Ross")*

42. *Katrina D. Purdy-Roth, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Southern District of Indiana Indianapolis Division, Case No. 05-CV-01618 DFH-VSS *("Roth")*

43. *Sergio A. Salazar, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-04162 *("Salazar")*

44. *Pegi Saunders, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Ohio, Case No. 05-CV-01126 CAB *("Saunders")*

45. *Jerome L. Sievers, et al., v. Ameriquest Mortgage Co.,* et al., United States District Court District of Connecticut, Case No. 05-CV-01296 RNC ("Sievers")

46. *Richard J. Silvia v. Ameriquest Mortgage Co.,* United States District Court for the District of Rhode Island, Case No. 05 CV-0532 ML *("Silvia")*

BuchalterNemer
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
January 23, 2006
Page 6

47. *Eric Smith, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-00648 *("Smith")*

48. *Wetzer Surin, v. Argent Mortgage Co., et al.*, United States District Court District of Connecticut (New Haven), Case No. 05-CV-001653 RNC *("Surin")*

49. *Terry Talley, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-01080 *("Talley")*

50. *Gilbert Treadwell, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-01078 *("Treadwell")*

51. *Steven H. Ungar v. Ameriquest Mortgage Co.*, United States District Court for the Middle District of Florida Tampa Division, Case No. 05 CV-01849 JDW-TBM *("Ungar")*

52. *Rochelle Washington, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-01007 *("Washington")*

53. *Brett Wertepny, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-01402 *("Wertepny")*

54. *Ramona Zarate, v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-04696 *("Zarate")*

Finally, Defendants are still in the process of identifying additional potential "Tag Along" actions and will supplement this letter shortly. As always, please feel free to contact me with any questions.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By *[signature]*
Bernard E. LeSage

Enclosures

**Exhibit 2**



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526.0683
Direct Dial Number: (213) 891-5230
Direct Facsimile Number: (213) 630-5715
E-Mail Address: *blesage@buchalter.com*

March 10, 2006

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re: *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*
MDL Docket No. 1715

Dear Clerk of the Panel:

This letter supplements Defendants Ameriquest Mortgage Company ("Ameriquest Mortgage"), Ameriquest Capital Corporation ("Ameriquest Capital") and Argent Mortgage Company ("Argent") (collectively, "Defendants") January 23, 2006 and February 10, 2006 letters, in which they identified fifty-six (56) potential "Tag Along" actions.

By way of background, on or about December 13, 2005, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Transfer Order, pursuant to which it granted the motion to transfer pursuant to 28 U.S.C. § 1407 (the "Motion") filed by plaintiffs in *Cheryl Williams and Duvall Naughton v. Ameriquest Mortgage Company*, Case No. 05-CV-6189 (S.D. N.Y.) ("*Williams*"). The Panel therefore ordered each identified action in the Motion transferred to the United States District Court for the Northern District of Illinois, The Honorable Marvin E. Aspen presiding (the "Transferee Court"), for pretrial proceedings.

Defendants opposed the Motion, and by this letter, reconfirm that they do not waive, but rather expressly preserve (for all purposes, including any appeals), all arguments raised in opposition to the Motion and all objections to the Transfer Order. These arguments and objections include, without limitation, those based on Federal and State Constitutional grounds, including but not limited to Due Process and Equal Protection under the law.

Nevertheless, pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Rules") Defendants are compelled to identify the following actions as potential "Tag Along" actions as such actions are defined by the Rules.

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
March 10, 2006
Page 2

Also pursuant to the Rules, copies of the potential "Tag Along" complaints are enclosed herewith in folders labeled with the corresponding numbers for your convenience.

1. *Robert L. Allan, et al., v. Argent Mortgage Co.*, United States District Court for the District of Connecticut, Case No. 06-CV-00118 JCH (*"Allan"*).

2. *Maria E. Arndt, et al., v. Ameriquest Mortgage Co.*, United States District Court for the Eastern District of Tennessee, Case No. 05-CV-00192 (*"Arndt"*).

3. *Roger & Lyn Belval, et al., v. Ameriquest Mortgage Co, et al.*, United States District Court for the District of Connecticut, Case No. 06-CV-00117 MRK (*"Belval"*).

4. *Michael Bowe, et al., v. Ameriquest Mortgage Co.*, United States District Court for the District of Connecticut, Case No. 06-CV-00119 MRK (*"Bowe"*).

5. *Mark Cahalan, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the Western District of Pennsylvania, Case No. 05-CV-00309 GLL-FXC (*"Cahalan"*).

6. *Veronica I. Carney v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 06-CV-00068 S DLM (*"Carney"*).

7. *Larry Crane, et al., v. Ameriquest Mortgage Co.*, United States District Court for the Northern District of Indiana, Case No. 05-CV-00323 PPS-PRC (*"Crane"*).

8. *Mary Forrest, v. Ameriquest Mortgage Co.*, United States District Court for the Eastern District of Wisconsin Milwaukee Division, Case No. 06-CV-00012 JPS (*"Forrest"*).

9. *Jason E. Gould, v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 06-CV-00041 S DLM (*"Gould"*).

10. *Tenita J. Jones, et al., v. Ameriquest Mortgage Co., et al.*, United States District for the Western District of Tennessee, Case No. 06-CV-01051 JDT sta (*"Jones"*).

11. *Patricia Leal v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 06-CV-00040 T LDA (*"Leal"*).

12. *Rose Mayfield, v. Town & Country Credit Corp.*, United States District Court for the Northern District of Illinois, Case No. 05-CV-06158 (*"Mayfield"*).

13. *Joseph Miles, Jr., et al., v. Argent Mortgage Co., et al.*, United States District Court for the Eastern District of New York, Case No. 05-CV-02605 (*"Miles"*).

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
March 10, 2006
Page 3

14. *Yamil Montanez, v. Ameriquest Mortgage Co.*, United States District Court for the District of Massachusetts, Case No. 06-CA-10244 RWZ (*"Montanez"*).

15. *Eddie Phillips, v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois, Case No. 05-CV-03531 (*"Phillips"*).

16. *Regina Raines, v. Argent Mortgage, et al.*, United States District Court for the Middle District of Tennessee, Case No. 05-CV-01074 (*"Raines"*).

17. *Richard J. Silvia, v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 06-CV-00067 ML LDA (*"Silvia"*).

18. *Thomas Smith, et al., v. Argent Mortgage Co., et al.*, United States District Court for the District of Colorado, Case No. 05-CV-02364 RPM BMB (*"Smith"*).

19. *Lillian J. Tocco, v. Argent Mortgage Co., et al.*, United States District Court for the Eastern District of Michigan, Case No. 05-CV-73963 AC MKM (*"Tocco"*).

20. *Johnny Tremble, v. Town & Country Credit Corp.*, United States District Court for the Northern District of Illinois, Case No. 05-CV-02625 (*"Tremble"*).

Defendants are continuing to locate additional potential "Tag Along" actions and anticipate a further supplemental designation. As always, please feel free to contact me with any questions.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By Bernard LeSage

Enclosures

**Exhibit 3**

Attn: Melody Petrossian

**Judicial Panel on Multidistrict Litigation - Case Listing Report**

Docket: 1715 - In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation
Status: Transferred on 12/13/2005
Transferee District: ILN        Judge: Aspen, Marvin E.

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| **ALABAMA SOUTHERN** | | | | | | | | | |
| 1-05-78 | Mitchell, et al. v. Ameriquest Mortgage Co., et al. | DuBose | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/10/2006 | |
| **CALIFORNIA CENTRAL** | | | | | | | | | |
| 2-04-9715 | Burggraff v. Ameriquest Capital Corp., et al. | Morrow | | Motion | 07/13/2005 | 2005-7099 | Transfer | 12/13/2005 | |
| 2-05-1426 | Quarteman v. Ameriquest Capital Corp., et al. | Morrow | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/15/2006 | |
| 2-05-4982 | Morrison, et al. v. Ameriquest Mortgage Co., et al. | Otero | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/14/2006 | |
| 8-05-285 | Brown, et al. v. Ameriquest Capital Corp., et al. | Stotler | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 8-05-907 | Van Gorp, et al. v. Ameriquest Mortgage Co., et al. | Carney | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 8-05-1117 | Juillerat v. Ameriquest Mortgage Co. | Carter | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **CALIFORNIA NORTHERN** | | | | | | | | | |
| 3-05-240 | Knox, et al. v. Ameriquest Mortgage Co., et al. | Conti | | Motion | 07/13/2005 | 2005-7100 | Transfer | 12/13/2005 | |
| 5-05-2905 | Medina v. Argent Mortgage Co., et al. | Seeborg | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/14/2006 | |
| **COLORADO** | | | | | | | | | |
| 1-05-2364 | Smith, et al. v. Argent Mortgage Co., LLC, et al. | Blackburn | | Awaiting Info | 03/15/2006 | | | | |
| **CONNECTICUT** | | | | | | | | | |
| 3-05-452 | Bailey, et al. v. Ameriquest Mortgage Co. | Droney | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 3-05-1296 | Sievers, et al. v. Ameriquest Mortgage Co., et al. | Chatigny | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 3-05-1653 | Surin v. Alpha Mortgage Lending, LLC, et al. | Chatigny | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/14/2006 | |
| 3-05-1831 | Duncan, et al. v. Ameriquest Mortgage Co. | Hall | | Suspense | 02/23/2006 | | | | |
| 3-05-1888 | Pasacreta, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | | Suspense | 02/23/2006 | | | | |
| 3-06-117 | Belval, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | | Awaiting Info | 03/15/2006 | | | | |
| 3-06-118 | Allan, et al. v. Argent Mortgage Co., LLC | Hall | | Awaiting Info | 03/15/2006 | | | | |
| 3-06-119 | Bowe, et al. v. Ameriquest Mortgage Co. | Kravitz | | Awaiting Info | 03/15/2006 | | | | |
| **FLORIDA MIDDLE** | | | | | | | | | |
| 3-04-1296 | Barber, et al. v. Ameriquest Capital Corp., et al. | Corrigan | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 8-05-1036 | Williams, et al. v. Ameriquest Mortgage Co. | Kovachevich | | Motion | 07/13/2005 | 2005-7098 | Transfer | 12/13/2005 | |
| 8-05-1849 | Ungar v. Ameriquest Mortgage Co. | Whittemore | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **FLORIDA SOUTHERN** | | | | | | | | | |
| 1-05-21103 | Almaguer v. Argent Mortgage Co., LLC, et al. | Jordan | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/15/2006 | |
| **GEORGIA MIDDLE** | | | | | | | | | |
| 1-05-107 | Campbell v. Johnnie Ross, et al. | Sands | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/10/2006 | |
| **ILLINOIS NORTHERN** | | | | | | | | | |
| 1-04-7627 | Furgeson v. Ameriquest Mortgage Co., et al. | Manning | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-389 | Hubbard v. Ameriquest Mortgage Co., et al. | Filip | | XYZ Case | 01/30/2006 | | NTN | 01/30/2006 | |
| 1-05-432 | Jones v. Ameriquest Mortgage Co. | Coar | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-648 | Smith, et al. v. Ameriquest Mortgage Co., et al. | Andersen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1007 | Washington, et al. v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |

(Docket 1,715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| 1-05-1009 | Jimenez, et al. v. Ameriquest Mortgage Co., et al. | Moran | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-1077 | Key v. Ameriquest Mortgage Co. | Andersen | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-1078 | Treadwell, et al. v. Ameriquest Mortgage Co., et al. | Gettleman | | XYZ Case | | | NTN | 01/27/2006 | |
| 1-05-1080 | Talley, et al. v. Ameriquest Mortgage Co., et al. | Darrah | | XYZ Case | | | NTN | 01/27/2006 | |
| 1-05-1218 | Murray, et al. v. Ameriquest Mortgage Co. | Andersen | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-1402 | Wettepny, et al. v. Ameriquest Mortgage Co., et al. | Nordberg | | XYZ Case | | | NTN | 01/27/2006 | |
| 1-05-2625 | Tremble v. Town & Country Credit Corp. | Kendall | | XYZ Case | | | NTN | 03/15/2006 | |
| 1-05-3976 | Mills v. Ameriquest Mortgage Co., et al. | Leinenweber | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-4162 | Salazar, et al. v. Ameriquest Mortgage Co. | Guzman | | XYZ Case | | | NTN | 01/27/2006 | |
| 1-05-4644 | Luedtke, et al. v. Ameriquest Mortgage Co., et al. | Nordberg | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-4696 | Zarate v. Ameriquest Mortgage Co., et al. | Conlon | | XYZ Case | | | NTN | 01/30/2006 | |
| 1-05-4709 | Lemmons v. Ameriquest Mortgage Co., et al. | St. Eve | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-4723 | Brown v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-5024 | Payne v. Ameriquest Mortgage Co., et al. | Lindberg | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-5033 | Doolittle, et al. v. Ameriquest Mortgage Co., et al. | Bucklo | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-5035 | Pintsak, et al. v. Ameriquest Mortgage Co., et al. | Guzman | | XYZ Case | | | NTN | 01/27/2006 | |
| 1-05-5111 | Brown, et al. v. Ameriquest Mortgage Co., et al. | Kennelly | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-5911 | Holzmeister v. Ameriquest Mortgage Co., et al. | Norgle | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-6158 | Mayfield v. Town & Country Credit Corp. | Pallmeyer | | XYZ Case | | | NTN | 03/15/2006 | |
| 1-05-6172 | Perry v. Ameriquest Mortgage Co., et al. | Moran | | XYZ Case | | | NTN | 01/26/2006 | |
| 1-05-6517 | Polydoros, et al. v. Town & Country Credit Corp., et al. | Zagel | | XYZ Case | | | NTN | 01/27/2006 | |
| 1-05-6808 | Buckner v. Ameriquest Mortgage Co., et al. | Gottschall | | XYZ Case | | | NTN | 01/26/2006 | |
| **INDIANA NORTHERN** | | | | | | | | | |
| 2-05-323 | Crane, et al. v. Ameriquest Mortgage Co. | Simon | | Awaiting Info | 03/15/2006 | | | | |
| 2-05-411 | Mikowski, et al. v. Ameriquest Mortgage Co., et al. | Simon | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **INDIANA SOUTHERN** | | | | | | | | | |
| 1-05-1618 | Purdy-Roth, et al. v. Argent Mortgage Co., LLC, et al. | Hamilton | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **LOUISIANA EASTERN** | | | | | | | | | |
| 2-05-3067 | Powell, et al. v. Ameriquest Mortgage Co. | Lemmon | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/15/2006 | |
| **MASSACHUSETTS** | | | | | | | | | |
| 1-04-12651 | Murphy, et al. v. Ameriquest Mortgage Co. | Zobel | | Motion | 07/13/2005 | 2005-7101 | Transfer | 12/13/2005 | |
| 1-06-10244 | Montanez v. Ameriquest Mortgage Co. | Zobel | | Awaiting Info | 03/15/2006 | | | | |
| **MICHIGAN EASTERN** | | | | | | | | | |
| 2-05-73963 | Tocco v. Argent Mortgage Co., LLC, et al. | Cohn | | Awaiting Info | 03/15/2006 | | | | |
| **MINNESOTA** | | | | | | | | | |
| 0-05-589 | Doherty, et al. v. Town & Country Credit Corp. | Tunheim | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **NEW YORK EASTERN** | | | | | | | | | |
| 2-05-2605 | Miles, et al. v. Argent Mortgage Co., LLC, et al. | Platt | | Awaiting Info | 03/15/2006 | | | | |
| 2-05-3987 | Madrazo v. Ameriquest Mortgage Co. | Korman | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **NEW YORK SOUTHERN** | | | | | | | | | |
| 1-05-6189 | Williams, et al. v. Ameriquest Mortgage Co. | Swain | | Motion | 07/13/2005 | 2005-7102 | Transfer | 12/13/2005 | |

(Docket 1,715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| **OHIO NORTHERN** | | | | | | | | | |
| 1-05-1126 | Saunders, et al. v. Ameriquest Mortgage Co., et al. | Boyko | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **PENNSYLVANIA EASTERN** | | | | | | | | | |
| 2-05-1096 | Reuter, et al. v. WM Specialty Mortgage, LLC, et al. | Fullam | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/13/2006 | |
| 2-05-4427 | D'Ambrogi, et al. v. Ameriquest Mortgage Co. | Rufe | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 2-05-6112 | Godwin v. Argent Mortgage Co., LLC, et al. | DuBois | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/13/2006 | |
| **PENNSYLVANIA WESTERN** | | | | | | | | | |
| 2-05-309 | Calalan v. Ameriquest Mortgage Co. | Lancaster | | Awaiting Info | 03/15/2006 | | | | |
| 2-05-391 | Kahrer v. Ameriquest Mortgage Co. | Standish | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/15/2006 | |
| **RHODE ISLAND** | | | | | | | | | |
| 1-05-527 | Pena v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | |
| 1-05-528 | Daneau v. Ameriquest Mortgage Co. | Torres | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | |
| 1-05-529 | Eyre v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | |
| 1-05-530 | Parisi v. Ameriquest Mortgage Co. | Torres | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | |
| 1-05-531 | Frost v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | |
| 1-05-532 | Silvia v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | |
| 1-05-533 | Creamer v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | |
| 1-05-538 | Leclere v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | | | | |
| 1-06-40 | Leal v. Ameriquest Mortgage Co. | Torres | | Awaiting Info | 03/15/2006 | | | | |
| 1-06-41 | Gould v. Ameriquest Mortgage Co. | Smith | | Awaiting Info | 03/15/2006 | | | | |
| 1-06-67 | Silvia v. Ameriquest Mortgage Co. | Lisi | | Awaiting Info | 03/15/2006 | | | | |
| 1-06-68 | Carney v. Ameriquest Mortgage Co. | Smith | | Awaiting Info | 03/15/2006 | | | | |
| **TENNESSEE EASTERN** | | | | | | | | | |
| 1-05-192 | Arndt, et al. v. Ameriquest Mortgage Co. | Mattice | | Awaiting Info | 03/15/2006 | | | | |
| **TENNESSEE MIDDLE** | | | | | | | | | |
| 3-05-793 | Reese v. Ameriquest Mortgage Co., et al. | Echols | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/15/2006 | |
| 3-05-1074 | Raines v. First American Title Insurance Co., et al. | Trauger | | Awaiting Info | 03/15/2006 | | | | |
| **TENNESSEE WESTERN** | | | | | | | | | |
| 1-06-1051 | Jones, et al. v. Thomas L. Lewis, et al. | Todd | | Awaiting Info | 03/15/2006 | | | | |
| **WISCONSIN EASTERN** | | | | | | | | | |
| 2-06-12 | Forrest v. Ameriquest Mortgage Co. | Stadtmueller | | Awaiting Info | 03/15/2006 | | | | |

REPORT SUMMARY and FILTERS

Docket: 1715 - Ameriquest Mortgage Co. Mortgage
Lending Practices
For Open Cases

There are 84 Cases on this Report.

27 XYZ Actions    18 Transferred Actions
2 Suspense Actions    0 Terminated Actions