IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br> _____ <br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**DEFENDANTS' APPENDIX OF RELATED CASES IN SUPPORT OF MOTION FOR REASSIGNMENT OF RELATED CASES**

  Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation hereby submit this Appendix of Related Cases cited in their Motion for Reassignment of Related Cases for the Court's ease of reference.

///

///

///

| Exh. No. | Case Name | Case No. | Date Original Complaint Filed | Judge | Case Designation |
|---|---|---|---|---|---|
| 1. | Brown v. Ameriquest Mortgage Co. | 05-4723 | 08/17/05 | Coar | TILA |
| 2. | Brown et al. v. Ameriquest Mortgage Co. | 05-5111 | 09/06/05 | Kennelly | TILA |
| 3. | Buckner v. Ameriquest Mortgage Co. | 05-6808 | 12/01/05 | Gottschall | TILA |
| 4. | Doolittle et al. v. Ameriquest Mortgage Co. | 05-5033 | 08/31/05 | Bucklo | TILA |
| 5. | Furgeson v. Ameriquest Mortgage Co. | 04-7627 | 11/23/04 | Manning | TILA |
| 6. | Holzmeister v. Ameriquest Mortgage Co. | 05-5911 | 10/13/05 | Norgle | TILA |
| 7. | Hubbard v. Ameriquest Mortgage Co. | 05-389 | 01/21/05 | Filip | TILA |
| 8. | Jimenez et al. v. Ameriquest Mortgage Co. | 05-1009 | 02/18/05 | Moran | TILA |
| 9. | Jones v. Ameriquest Mortgage Co. | 05-432 | 01/25/05 | Coar | TILA |
| 10. | Key v. Ameriquest Mortgage Co. | 05-1077 | 02/23/05 | Andersen | TILA |
| 11. | Lemmons v. Ameriquest Mortgage Co. | 05-4709 | 08/16/05 | St. Eve | TILA |
| 12. | Luedtke et al. v. Ameriquest Mortgage Co. | 05-4644 | 08/12/05 | Nordberg | TILA |
| 13. | Mayfield v. Town & Country Credit Corp. | 05-6158 | 10/25/05 | Pallmeyer | FCRA |
| 14. | Mills v. Ameriquest Mortgage Co. | 05-3976 | 07/08/05 | Leinenweber | TILA |
| 15. | Murray, et al., v. Ameriquest Mortgage Co. | 05-1218 | 03/01/05 | Andersen | FCRA |
| 16. | Payne v. Ameriquest Mortgage Co. | 05-5024 | 08/31/05 | Lindberg | TILA |
| 17. | Perry v. Ameriquest Mortgage Co. | 05-6172 | 10/26/05 | Moran | TILA |
| 18. | Pintsak et al. v. Ameriquest Mortgage Co. | 05-5035 | 08/31/05 | Guzman | TILA |
| 19. | Polydoros et al. v. Ameriquest Mortgage Co. | 05-6517 | 11/16/05 | Zagel | TILA |
| 20. | Salazar et al. v. Ameriquest Mortgage Co. | 05-4162 | 07/19/05 | Guzman | TILA |
| 21. | Smith et al. v. Ameriquest Mortgage Co. | 05-648 | 02/03/05 | Anderson | TILA |

| 22. | **Talley et al. v. Ameriquest Mortgage Co.** | **05-1080** | **02/23/05** | **Darrah** | **TILA** |
|---|---|---|---|---|---|
| 23. | **Treadwell et al. v. Ameriquest Mortgage Co.** | **05-1078** | **02/23/05** | **Gettleman** | **TILA** |
| 24. | **Tremble v. Town & Country Credit Corp.** | **05-2625** | **05/02/05** | **Kennelly** | **FCRA** |
| 25. | **Washington et al. v. Ameriquest Mortgage Co.** | **05-1007** | **02/18/05** | **Coar** | **TILA** |
| 26. | **Wertepny et al. v. Ameriquest Mortgage Co.** | **05-1402** | **03/09/05** | **Nordberg** | **TILA** |
| 27. | **Zarate v. Ameriquest Mortgage Co.** | **05-4696** | **08/16/05** | **Conlon** | **TILA** |
|  |  |  |  |  |  |

DATED: March 16, 2006                     Respectfully submitted,

                                                                     BUCHALTER NEMER
                                                                     A Professional Corporation

                                                                     By: /s/ Bernard E. LeSage
                                                                       *Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

                                                                     Bernard E. LeSage (California Bar No. 61870)
                                                                     Sarah K. Andrus (California Bar No. 174323)
                                                                     BUCHALTER NEMER
                                                                     A Professional Corporation
                                                                     1000 Wilshire Boulevard, Suite 1500
                                                                     Los Angeles, California 90017-2457
                                                                     Telephone: (213) 891-0700
                                                                     Facsimile: (213) 896-0400