**Exhibit 3**



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JACQULLINE BUCKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | ) |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, | ) |
| AMERIQUEST MORTGAGE SECURITIES | ) |
| INC , AMC MORTGAGE SERVICES | ) |
| INC , and DOES 1-5, | ) |
| | ) |
| Defendants | ) |

**FILED**

DEC – 1 2005

**MICHAEL W DOBBINS**
**CLERK, U S DISTRICT COURT**

JUDGE GOTTSCHALL

**05C  6808**

**JURY DEMANDED**

**MAGISTRATE JUDGE SCHENKIER**

## COMPLAINT

### INTRODUCTION

1    Plaintiff Jacqueline Buckner brings this action against a ' subprime"

mortgage lender and its affiliates to rescind a mortgage for violation of the Truth in Lending Act,

15 U S C §1601 et seq ("TILA ) and implementing Federal Reserve Board Regulation Z  12

CFR  part 226

### JURISDICTION AND VENUE

2    This Court has subject matter jurisdiction under 28 U S C §§ 1331

(general federal question) 1337 (interstate commerce), and 15 U S C §1640 (TILA)

Defendants transact business in the District and are deemed to reside here

### PARTIES

3    Plaintiff Jacqueline Buckner owns and resides in a home at 5 E

Carriageway Drive, # 210, Hazel Crest, IL 60429

1

4       Defendant Ameriquest Mortgage Company is a foreign corporation which maintains offices in and does business in Illinois  Its registered agent and office are National Registered Agents, 200 W  Adams, Chicago, IL 60606

5       Defendant Ameriquest Mortgage Company is engaged in the business of originating 'subprime" mortgages

6       Defendant Ameriquest Mortgage Company makes more than 26 loans per year

7       Defendant Ameriquest Mortgage Company is a ' creditor" as defined in TILA and Regulation Z

8       Defendant AMC  Mortgage Services, Inc  is a foreign corporation which does business in Illinois  Its registered agent and office are National Registered Agents, 200 W  Adams, Chicago II 60606

9       Defendant AMC Mortgage Services, Inc   an affiliate of Ameriquest Mortgage Company, services loans originated by Ameriquest Mortgage Company, and claims an interest in such loans  including the right to receive payments thereunder  It is joined as a necessary party

10       Defendant Ameriquest Mortgage Securities  Inc , an affiliate of Ameriquest Mortgage Company  is a foreign corporation which transacts business in Illinois  It holds legal title to loans originated by Ameriquest Mortgage Company  It is located at 1100 Town & Country Road, Suite 1100  Orange, CA 92868

2

## FACTS RELATING TO PLAINTIFF

11    Prior to June 23, 2004, plaintiff applied for a mortgage with Ameriquest Mortgage Company

12    Plaintiff needed and used the loan for personal, family or household purposes namely, refinancing of prior debt incurred for such purposes

13    The loan was closed on June 23 2004

14    Plaintiff signed or received (not necessarily prior to consummation) the following documents relating to the loan

      a    A note, Exhibit A

      b    A mortgage  Exhibit B

      c    A Truth in Lending disclosure statement  Exhibit C

      d    A notice of right to cancel, Exhibit D,

      e    A one week cancellation period notice, Exhibit E

15    The dates on the notice of right to cancel were left blank

16    Particularly in light of such omission and the fact that the "seven day" notice is really a six day notice, provision of two different notices is confusing and obfuscatory resulting in lack of clear and conspicuous disclosure of the right to cancel

17    Plaintiff was later directed to make payments to AMC Mortgage Services Inc

18    On information and belief, Ameriquest Mortgage Securities, Inc  owns plaintiff's loan

19    In the event Ameriquest Mortgage Securities, Inc  does not own

plaintiffs loan (actual ownership is rarely if ever shown of record), the actual owners are named as Does 1-5

<h2 style="text-align:center"><u>RIGHT TO RESCIND</u></h2>

20    Because the transaction was secured by plaintiff's home and was not entered into for purposes of the initial acquisition or construction of that home, it was subject to the right to cancel provided by 15 U S C §1635 and 12 C F R §226 23  Section 226 23 provides

(a) <u>Consumer's right to rescind</u>

(1) In a credit transaction in which a security interest is or will be retained or acquired in a consumer's principal dwelling, each consumer whose ownership interest is or will be subject to the security interest shall have the right to rescind the transaction, except for transactions described in paragraph (f) of this section [fn]47

(2) To exercise the right to rescind, the consumer shall notify the creditor of the rescission by mail, telegram or other means of written communication  Notice is considered given when mailed, when filed for telegraphic transmission or, if sent by other means, when delivered to the creditor's designated place of business

(3) The consumer may exercise the right to rescind until midnight of the third business day following consummation, delivery of the notice required by paragraph (b) of this section, or delivery of all material disclosures,[fn]48 whichever occurs last  If the required notice or material disclosures are not delivered, the right to rescind shall expire 3 years after consummation, upon transfer of all of the consumer's interest in the property, or upon sale of the property, whichever occurs first  In the case of certain administrative proceedings, the rescission period shall be extended in accordance with section 125(f) of the Act  [15 U S C §1635(f)]

(4) When more than one consumer in a transaction has the right to rescind, the exercise of the right by one consumer shall be effective as to all consumers

4

(b) Notice of right to rescind  In a transaction subject to rescission, a creditor shall deliver 2 copies of the notice of the right to rescind to each consumer entitled to rescind  The notice shall be on a separate document that identifies the transaction and shall clearly and conspicuously disclose the following

>    (1) The retention or acquisition of a security interest in the consumer's principal dwelling

>    (2) The consumer's right to rescind the transaction

>    (3) How to exercise the right to rescind, with a form for that purpose, designating the address of the creditor's place of business

>    (4) The effects of rescission, as described in paragraph (d) of this section

>    (5) The date the rescission period expires

(f) Exempt transactions  The right to rescind does not apply to the following

>    (1) A residential mortgage transaction [defined in 15 U S C  §1602(w) as one where a "security interest is created or retained against the consumer's dwelling to finance the acquisition or initial construction of such dwelling"]

>    (2) A credit plan in which a state agency is a creditor

## GROUND FOR RESCISSION

21      In connection with the loan, Ameriquest Mortgage Company failed to provide the required disclosure of the plaintiff's right to cancel within three days

22      Plaintiff has demanded rescission (Exhibit F)

23      The loan has not been rescinded

24      Under 15 U S C  §1641(c), the right to rescind may be exercised against any assignee

25      15 U S C  §1635(g) provides

5

Additional relief

In any action in which it is determined that a creditor has violated this section, in addition to rescission the court may award relief under section 1640 of this title for violations of this subchapter not relating to the right to rescind

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and against defendants for

a     A judgment voiding plaintiff's mortgage capable of recordation in the public records, and binding on defendants,

b     Statutory damages for the underlying disclosure violation,

c     If appropriate, statutory damages for failure to rescind

d     Attorney's fees litigation expenses and costs,

e     Such other or further relief as the Court deems appropriate

_____
Daniel A Edelman

Daniel A Edelman
Cathleen M Combs
James O Latturner
Francis R Greene
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S LaSalle Street, 18th Floor
Chicago Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

6

**JURY DEMAND**

Plaintiff demands trial by jury

_____
Daniel A Edelman

Ncas  \n    T  T    I-buck 1515 52(\pleadng\cmplt

# EXHIBIT A

Loan Number  0083227264  7302

# ADJUSTABLE RATE NOTE
## (LIBOR Index - Rate Caps)

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT  THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY

| | | |
|---|---|---|
| June 23 2004 | Orange | CA |
| Date | City | S ate |

5 E  Carriageway Drive Apt./Unit210  HAZEL CREST  IL  60429
Property Address

**1  BORROWER S PROMISE TO PAY**
In return for a loan that I have received  I promise to pay U S  $ 101 300 00  (this amount is called  principal ) plus interest  to the order of the Lender  The Lender is  **Ameriquest Mortgage Company**

I understand that the Lender may transfer this Note  The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the  Note Holder

**2  INTEREST**
Interest will be charged on unpaid principal until the full amount of principal has been paid  I will pay interest at a yearly rate of  7 990 %  This interest rate I will pay may change in accordance with Section 4 of this Note  The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note

**3  PAYMENTS**
  **(A) Time and Place of Payments**
      I will pay principal and interest by making payments every month
      I will make my monthly payments on the first day of each month beginning on  **August 1 2004**
      I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note  My monthly payments will be applied to interest before principal
      If on July 1 2034  I still owe amounts under this Note  I will pay those amounts in full on that date  which is called the  Maturity Date
      I will make my payments at      **505 City Parkway West, Suite 100,  Orange, CA 92868**

      or at a different place if required by the Note Holder
  **(B) Amount of My Initial Monthly Payments**
      Each of my initial monthly payments will be in the amount of U S  $ 742 60  This amount may change
  **(C) Monthly Payment Changes**
      Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay  The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note

**4  INTEREST RATE AND MONTHLY PAYMENT CHANGES**
  **(A) Change Dates**
      The interest rate I will pay may change on the first day of  **July 2006**  and on that day every  sixth  month thereafter  Each date on which my interest rate could change is called a  Change Date
  **(B) The Index**
      Beginning with the first Change Date  my interest rate will be based on an Index  The  Index  is the average of interbank offered rates for six month U S  dollar-denominated deposits in the London market ( LIBOR )  as published in The Wall Street Journal  The most recent Index figure available as of the date 45 days before the Change Date is called the  Current Index
      If at any point in time the Index is no longer available  the Note Holder will choose a new Index that is based upon comparable information  The Note Holder will give me notice of this choice
  **(C) Calculation of Changes**
      Before each Change Date  the Note Holder will calculate my new interest rate by adding  **six and one quarter** percentage point(s) (6 250 %) to the Current Index  The Note Holder will then round the result of this addition to the nearest one-eight of one percent (0 125%)  Subject to the limits stated in Section 4(D) below  this rounded amount will be my new interest rate until the next Change Date  The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments  The result of this calculation will be the new amount of my monthly payment

Initials


0000083227264030050301

201 1UNIV (Re  07/0_)                                    1 of 3                              06/2./2004 10 35 44 AM

Loan Number 0083227264  7302

**(D) Limits on Interest Rate Changes**
The interest rate I am required to pay at the first Change Date will not be greater than **9 990** % or less than **7 990%**  Thereafter my interest rate will never be increased or decreased on any single Change Date by more than  One percentage point(s) **1 000**% from the rate of interest I have been paying for the preceding six months  My interest rate will never be greater than 13 990 % or less than **7 990 %**

**(E) Effective Date of Changes**
My new interest rate will become effective on each Change Date  I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again

**(F) Notice of Changes**
The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change  The notice will include information required by law to be given me and also the title and telephone number of a person who will answer any question I may have regarding the notice

**5  PREPAYMENT PRIVILEGE**
I may repay all or any part of the principal balance of this Note in accordance with the terms of this Section without incurring a prepayment charge  A prepayment" is any amount that I pay in excess of my regularly scheduled payments of principal and interest that the Lender will apply to reduce the outstanding principal balance  on this Note in accordance with this Section

**(A) Application of Funds**
I agree that when I indicate in writing that I am making a prepayment  the Lender shall apply funds it receives in accordance with the order of application of payments set forth in Section 2 of the Security Instrument

**(B) Monthly Payments**
If I make a prepayment of an amount less than the amount needed to completely repay all amounts due under this Note and Security Instrument  my regularly scheduled payments of principal and interest will not change as a result

**6   LOAN CHARGES**
If a law which applies to this loan and which sets maximum loan charges  is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits then  (i) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit and (ii) any sums already collected from me which exceeded permitted limits will be refunded to me  The Note Holder may choose to make this refund by reducing the principal I owe under this Note or by making a direct payment to me  If a refund reduces the principal the reduction will be treated as a partial prepayment

**7   BORROWER S FAILURE TO PAY AS REQUIRED**
**(A) Late Charges for Overdue Payment**
If the Note Holder has not received the full amount of any monthly payment by the end of fifteen calendar days after the date it is due  I will pay a late charge to the Note Holder  The amount of the charge will be 5 000 % of my overdue payment of principal and interest  I will pay this late charge promptly but only once on each late payment

**(B) Default**
If I do not pay the full amount of each monthly payment on the date it is due  I will be in default

**(C) Notice of Default**
If I am in default  the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date  the Note Holder may require me to pay immediately the full amount of principal which has not been paid and all the interest that I owe on that amount  The date must be at least 30 days after the date on which the notice is delivered or mailed to me

**(D) No Waiver by Note Holder**
Even if  at a time when I am in default  the Note Holder does not require me to pay immediately in full as described above  the Note Holder will still have the right to do so if I am in default at a later time

**(E)  Payment of Note Holder's Costs and Expenses**
If the Note Holder has required me to pay immediately in full  as described above  the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law  Those expenses include for example reasonable attorneys fees

**8   GIVING OF NOTICES**
Unless applicable law requires a different method  any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address
Any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given notice of that different address


00000083227 64030059030L

Initials

251-2UNIV (Rev 07/03)                                   2 of 3

**9    OBLIGATIONS OF PERSONS UNDER THIS NOTE**
If more than one person signs this Note each person is fully and personally obligated to keep all of the promises made in this Note including the promise to pay the full amount owed  Any person who is a guarantor surety or endorser of this Note is also obligated to do these things  Any person who takes over these obligations including the obligations of a guarantor surety or endorser of this Note is also obligated to keep all of the promises made in this Note  The Note Holder may enforce its rights under this Note against each person individually or against all of us together  This means that any one of us may be required to pay all of the amounts owed under this Note

**10    WAIVERS**
I and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor  Presentment  means the right to require the Note Holder to demand payment of amounts due   Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid

**11    UNIFORM SECURED NOTE**
This Note is a uniform instrument with limited variations in some jurisdictions  In addition to the protections given to the Note Holder under this Note  A Mortgage  Deed of Trust or Security Deed (the  Security Instrument ) dated the same as this Note  protects the Note Holder from possible losses which might result if I do not keep the promises that I make in this Note  That the Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note  Some of those conditions are described as follows

Transfer of the Property or a Beneficial Interest in Borrower  If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without the Lender s prior written consent, Lender may at its option  require immediate payment in full of all sums secured by this Security Instrument  However  this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Security Instrument  Lender also shall not exercise this option if  (a) Borrower causes to be submitted to lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee and (b) Lender reasonable determines that Lender s security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender

To the extent permitted by applicable law  Lender may charge a reasonable fee as a condition of Lender s consent to the loan assumption  Lender may also require the transferee to sign an assumption agreement that is acceptable to lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument  Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing

If Lender exercises the option to require immediate payment in full  Lender shall give Borrower notice of acceleration  The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which the Borrower must pay all sums secured by this Security Instrument  If Borrower fails to pay these sums prior to the expiration of this period  Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower

**Oral agreements, promises or commitments to lend money  extend credit, or forbear from enforcing repayment of a debt, including promises to extend  modify, renew or waive such debt, are not enforceable  This written agreement contains all the terms the Borrower(s) and the Lender have agreed to  Any subsequent agreement between us regarding this Note or the instrument which secures this Note, must be in a signed writing to be legally enforceable**

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

_____(Seal)          _____(Seal)
Borrower   Jacqueline Buckner                          Borrower

_____(Seal)          _____(Seal)
Borrower                                                 Borrower



# EXHIBIT B

Return To

Ameriquest Mortgage Company
P O  Box 11507,
Santa Ana, CA 92711

        Ameriquest Mortgage Company

Prepared By

Amanda Stark
5215 Old Orchard Rd , #
410,Skokie, IL 60077

—————————— —————————[Space Above This Line For Recording Data] ———————— ——————————

# MORTGAGE

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections
3  11  13  18  20 and 21  Certain rules regarding the usage of words used in this document are also provided
in Section 16

**(A) "Security Instrument"** means this document  which is dated June 23, 2004
together with all Riders to this document
**(B) "Borrower"** is Jacqueline Buckner

Borrower is the mortgagor under this Security Instrument
**(C) "Lender**  is Ameriquest Mortgage Company

Lender is a Corporation
organized and existing under the laws of Delaware

ILLINOIS  Single Family  Fannie Mae/Freddie Mac UNIFORM INSTRUMENT          Form 3014 1/01
06/23/2004 10 35 44                                    0083227264 - 7302

AM6IL (0311)
Page 1 of 15                              Initial _____
        VMP Mortgage Solutions (800)521 7291



0000008322726430301261601

Lender's address is 1100 Town and Country Road, Suite 200  Orange, CA 92868

Lender is the mortgagee under this Security Instrument
(D) "Note" means the promissory note signed by Borrower and dated June 23  2004
The Note states that Borrower owes Lender one hundred one thousand three hundred and 00/100                                                                                          Dollars
(U S $ 101,300 00        ) plus interest  Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than July 1, 2034
(E) "Property" means the property that is described below under the heading 'Transfer of Rights in the Property "
(F) "Loan" means the debt evidenced by the Note  plus interest  any prepayment charges and late charges due under the Note and all sums due under this Security Instrument, plus interest
(G) "Riders  means all Riders to this Security Instrument that are executed by Borrower  The following Riders are to be executed by Borrower [check box as applicable]

[X] Adjustable Rate Rider    [X] Condominium Rider              [ ] Second Home Rider
[ ] Balloon Rider            [ ] Planned Unit Development Rider [ ] 1-4 Family Rider
[ ] VA Rider                 [ ] Biweekly Payment Rider         [ ] Other(s) [specify]

(H) "Applicable Law" means all controlling applicable federal  state and local statutes, regulations  ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final non appealable judicial opinions
(I) 'Community Association Dues Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization
(J) Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft or similar paper instrument, which is initiated through an electronic terminal  telephonic instrument  computer or magnetic tape so as to order, instruct or authorize a financial institution to debit or credit an account  Such term includes  but is not limited to  point-of-sale transfers  automated teller machine transactions, transfers initiated by telephone, wire transfers  and automated clearinghouse transfers
(K) "Escrow Items" means those items that are described in Section 3
(L) "Miscellaneous Proceeds" means any compensation  settlement  award of damages  or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for (i) damage to  or destruction of, the Property  (ii) condemnation or other taking of all or any part of the Property, (iii) conveyance in lieu of condemnation  or (iv) misrepresentations of, or omissions as to  the value and/or condition of the Property
(M) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of  or default on, the Loan
(N) ' Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note  plus (ii) any amounts under Section 3 of this Security Instrument
(O)  RESPA" means the Real Estate Settlement Procedures Act (12 U S C  Section 2601 et seq )  and its implementing regulation  Regulation X (24 C F R  Part 3500)  as they might be amended from time to time  or any additional or successor legislation or regulation that governs the same subject matter  As used in this Security Instrument, RFSPA' refers to all requirements and restrictions  that are imposed in regard to a "federally related mortgage loan  even if the Loan does not qualify as a ' federally related mortgage loan ' under RESPA

Initials _____

AM6IL (0311)                    Page 2 of 15                    Form 3014  1/01

0083227264  7302

06/23/2004 10 35 44



0000008322726403012618602

**(P)  Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note 1 or this purpose Borrower does hereby mortgage grant and convey to Lender and Lender's successors and assigns, the following described property located in the County    [Type of Recording Jurisdiction]
of COOK                    [Name of Recording Jurisdiction]

Legal Description Attached Hereto and Made a Part Hereof

Parcel ID Number 28-36-101-017-1022                  which currently has the address of
5 E  Carriageway Drive Apt /Unit210                                    [Street]
HAZEL CREST                              [City] Illinois 60429        [Zip Code]
('Property Address )

TOGETHER WITH all the improvements now or hereafter erected on the property and all easements, appurtenances, and fixtures now or hereafter a part of the property All replacements and additions shall also be covered by this Security Instrument All of the foregoing is referred to in this Security Instrument as the 'Property

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage grant and convey the Property and that the Property is unencumbered except for encumbrances of record Borrower warrants and will defend generally the title to the Property against all claims and demands subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property

UNIFORM COVENANTS Borrower and Lender covenant and agree as follows

Initials _____

**AM6IL** (0311)                    Page 3 of 15                    **Form 3014  1/01**
06/23/2004 10 35 44                    0083227264 7302



0000000832272640301261603

**1 Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges** Borrower shall pay when due the principal of and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note Borrower shall also pay funds for Escrow Items pursuant to Section 3 Payments due under the Note and this Security Instrument shall be made in U S currency However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender (a) cash (b) money order, (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency instrumentality, or entity, or (d) Electronic Funds Transfer

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15 Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current Lender may accept any payment or partial payment insufficient to bring the Loan current without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future but Lender is not obligated to apply such payments at the time such payments are accepted If each Periodic Payment is applied as of its scheduled due date then Lender need not pay interest on unapplied funds Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower If not applied earlier such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument

**2 Application of Payments or Proceeds** Except as otherwise described in this Section 2 all payments accepted and applied by Lender shall be applied in the following order of priority (a) interest due under the Note (b) principal due under the Note (c) amounts due under Section 3 Such payments shall be applied to each Periodic Payment in the order in which it became due Any remaining amounts shall be applied first to late charges second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due the payment may be applied to the delinquent payment and the late charge If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if and to the extent that each payment can be paid in full To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments such excess may be applied to any late charges due Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note

Any application of payments insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments

**3 Funds for Escrow Items** Borrower shall pay to Lender on the day Periodic Payments are due under the Note until the Note is paid in full a sum (the "Funds") to provide for payment of amounts due for (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property (b) leasehold payments or ground rents on the Property if any (c) premiums for any and all insurance required by Lender under Section 5 and (d) Mortgage Insurance premiums, if any or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10 These items are called Escrow Items " At origination or at any time during the term of the Loan Lender may require that Community Association Dues, Fees and Assessments if any, be escrowed by Borrower and such dues, fees and assessments shall be an Escrow Item Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time Any such waiver may only be in writing In the event of such waiver,

0083227264 - 7302

06/23/2004  10  35  44



00000083227264030126 1604

Borrower shall pay directly, when and where payable the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument as the phrase "covenant and agreement is used in Section 9 If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts that are then required under this Section 3

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds Lender shall not be required to pay Borrower any interest or earnings on the Funds Borrower and Lender can agree in writing, however that interest shall be paid on the Funds Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA

If there is a surplus of Funds held in escrow as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA If there is a shortage of Funds held in escrow as defined under RESPA, Lender shall notify Borrower as required by RESPA and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments If there is a deficiency of Funds held in escrow, as defined under RESPA Lender shall notify Borrower as required by RESPA and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender

**4 Charges Liens** Borrower shall pay all taxes assessments charges fines and impositions attributable to the Property which can attain priority over this Security Instrument leasehold payments or ground rents on the Property if any, and Community Association Dues Fees and Assessments, if any To the extent that these items are Escrow Items Borrower shall pay them in the manner provided in Section 3

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement, (b) contests the lien in good faith by, or defends against enforcement of the lien in legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded, or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument Lender may give Borrower a notice identifying the lien Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4

Initials _____

AM6IL (0311)                    Page 5 of 15                    Form 3014  1/01

0083227264 - 7302

06/23/2004 10 35 44



0000006322726403012261605

Lender may require Borrower to pay a one time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan

5  **Property Insurance** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage " and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires What Lender requires pursuant to the preceding sentences can change during the term of the Loan The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably Lender may require Borrower to pay in connection with this I oan, either (a) a one-time charge for flood zone determination, certification and tracking services or (b) a one time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage at Lender's option and Borrower's expense Lender is under no obligation to purchase any particular type or amount of coverage Therefore, such coverage shall cover I ender but might or might not protect Borrower Borrower's equity in the Property or the contents of the Property, against any risk hazard or liability and might provide greater or lesser coverage than was previously in effect Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable with such interest, upon notice from Lender to Borrower requesting payment

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee Lender shall have the right to hold the policies and renewal certificates If Lender requires, Borrower shall promptly give to I ender all receipts of paid premiums and renewal notices If Borrower obtains any form of insurance coverage not otherwise required by Lender for damage to or destruction of the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender Lender may make proof of loss if not made promptly by Borrower Unless Lender and Borrower otherwise agree in writing any insurance proceeds whether or not the underlying insurance was required by Lender shall be applied to restoration or repair of the Property if the restoration or repair is economically feasible and Lender's security is not lessened During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds Fees for public adjusters or other third parties retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due with the excess if any, paid to Borrower Such insurance proceeds shall be applied in the order provided for in Section 2

I Ial _____

AM6IL (0311)                        Page 6 of 15                        Form 3014  1/01

0083227264  7302

06/23/2004 10 35 44



0000008322726403012616606

Case: 1:05-cv-07097 Document #: 84-4 Filed: 03/16/06 Page 20 of 44 PageID #:2200

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim The 30 day period will begin when the notice is given In either event, or if Lender acquires the Property under Section 22 or otherwise Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due

6  Occupancy  Borrower shall occupy, establish and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing which consent shall not be unreasonably withheld or unless extenuating circumstances exist which are beyond Borrower's control

7  Preservation, Maintenance and Protection of the Property, Inspections  Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property Whether or not Borrower is residing in the Property Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage If insurance or condemnation proceeds are paid in connection with damage to or the taking of the Property Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed If the insurance or condemnation proceeds are not sufficient to repair or restore the Property Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration

Lender or its agent may make reasonable entries upon and inspections of the Property If it has reasonable cause, Lender may inspect the interior of the improvements on the Property Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause

8  Borrower s Loan Application  Borrower shall be in default if during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false misleading or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan Material representations include but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence

9  Protection of Lender's Interest in the Property and Rights Under this Security Instrument  If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy probate for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations) or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender s interest in the Property and rights under this Security Instrument including protecting and/or assessing the value of the Property and securing and/or repairing the Property Lender's actions can include but are not limited to (a) paying any sums secured by a lien which has priority over this Security Instrument (b) appearing in court and (c) paying reasonable attorneys fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding Securing the Property includes but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows drain water from pipes eliminate building or other code violations or dangerous conditions, and have utilities turned on or off Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9

Initials _____

AM6IL (0311)    Page 7 of 15    Form 3014  1/01

0083227264 - 7302

06/23/2004 10 35 44



000000832272640301261607

Case: 1:05-cv-07097 Document #: 84-4 Filed: 03/16/06 Page 21 of 44 PageID #:2201

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument These amounts shall bear interest at the Note rate from the date of disbursement and be payable, with such interest upon notice from Lender to Borrower requesting payment

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing

**10 Mortgage Insurance** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect If for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect from an alternate mortgage insurer selected by Lender If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect Lender will accept use and retain these payments as a non refundable loss reserve in lieu of Mortgage Insurance Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed Borrower is not a party to the Mortgage Insurance

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums)

As a result of these agreements Lender any purchaser of the Note another insurer any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk or reducing losses If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer the arrangement is often termed "captive reinsurance " Further

(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for **Mortgage Insurance, or any other terms of the Loan Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund**

(b) Any such agreements will not affect the rights Borrower has - if any - with respect to the **Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination**

Initials _____

**AM6IL** (0311)                    Page 8 of 15                    Form 3014  1/01

0083227264 - 7302

06/23/2004 10 35 44



0000083227264030126160B

**11 Assignment of Miscellaneous Proceeds, Forfeiture** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction provided that such inspection shall be undertaken promptly Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due with the excess, if any paid to Borrower Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2

In the event of a total taking destruction, or loss in value of the Property the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not then due with the excess, if any paid to Borrower

In the event of a partial taking destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking destruction or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking destruction, or loss in value unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking destruction or loss in value Any balance shall be paid to Borrower

In the event of a partial taking destruction or loss in value of the Property in which the fair market value of the Property immediately before the partial taking destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking destruction, or loss in value unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due

If the Property is abandoned by Borrower or if after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument whether or not then due "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds

Borrower shall be in default if any action or proceeding whether civil or criminal is begun that, in Lender's judgment could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19 by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2

**12 Borrower Not Released Forbearance By Lender Not a Waiver** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower Lender shall not be required to commence proceedings against any

0083227264 - 7302

06/23/2004 10 35 44



0000008322726403012618609

Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower Any forbearance by Lender in exercising any right or remedy including without limitation Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due shall not be a waiver of or preclude the exercise of any right or remedy

13 Joint and Several Liability, Co-signers, Successors and Assigns Bound Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several However any Borrower who co signs this Security Instrument but does not execute the Note (a co signer ) (a) is co-signing this Security Instrument only to mortgage, grant and convey the co signers interest in the Property under the terms of this Security Instrument, (b) is not personally obligated to pay the sums secured by this Security Instrument, and (c) agrees that Lender and any other Borrower can agree to extend modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co signer's consent

Subject to the provisions of Section 18 any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing and is approved by Lender shall obtain all of Borrower's rights and benefits under this Security Instrument Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender

14 Loan Charges Lender may charge Borrower fees for services performed in connection with Borrower's default for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument including but not limited to, attorneys fees property inspection and valuation fees In regard to any other fees the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law

If the Loan is subject to a law which sets maximum loan charges and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits then (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower If a refund reduces principal the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note) Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge

15 Notices All notices given by Borrower or Lender in connection with this Security Instrument must be in writing Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender Borrower shall promptly notify Lender of Borrower's change of address If Lender specifies a procedure for reporting Borrower's change of address then Borrower shall only report a change of address through that specified procedure There may be only one designated notice address under this Security Instrument at any one time Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender If any notice required by this Security Instrument is also required under Applicable Law the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument

Initials _____

0083227264 - 7302

06/23/2004 10 35 44



0000008322726403012816160

**16 Governing Law, Severability, Rules of Construction** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision

As used in this Security Instrument (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender, (b) words in the singular shall mean and include the plural and vice versa, and (c) the word 'may gives sole discretion without any obligation to take any action

**17 Borrower's Copy** Borrower shall be given one copy of the Note and of this Security Instrument

**18 Transfer of the Property or a Beneficial Interest in Borrower** As used in this Section 18 'Interest in the Property means any legal or beneficial interest in the Property, including, but not limited to those beneficial interests transferred in a bond for deed contract for deed installment sales contract or escrow agreement the intent of which is the transfer of title by Borrower at a future date to a purchaser

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law

If Lender exercises this option Lender shall give Borrower notice of acceleration The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower

**19 Borrower's Right to Reinstate After Acceleration** If Borrower meets certain conditions Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of (a) five days before sale of the Property pursuant to Section 22 of this Security Instrument, (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate, or (c) entry of a judgment enforcing this Security Instrument Those conditions are that Borrower (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred (b) cures any default of any other covenants or agreements, (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged unless as otherwise provided under Applicable Law Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender (a) cash (b) money order, (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency instrumentality or entity or (d) Electronic Funds Transfer Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred However, this right to reinstate shall not apply in the case of acceleration under Section 18

Initials _____

AM6IL (0311)                    Page 11 of 15                    Form 3014  1/01

0083227264 -7302

06/23/2004 10 35 44



0000008322726403012G1611

**20  Sale of Note, Change of Loan Servicer, Notice of Grievance**  The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower  A sale might result in a change in the entity (known as the  Loan Servicer" ) that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument and Applicable Law  There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note  If there is a change of the Loan Servicer Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing  If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note  the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of  or any duty owed by reason of this Security Instrument  until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action  If Applicable Law provides a time period which must elapse before certain action can be taken  that time period will be deemed to be reasonable for purposes of this paragraph  The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20

**21  Hazardous Substances**  As used in this Section 21  (a)  "Hazardous Substances"  are those substances defined as toxic or hazardous substances  pollutants, or wastes by Environmental Law and the following substances  gasoline  kerosene  other flammable or toxic petroleum products  toxic pesticides and herbicides, volatile solvents  materials containing asbestos or formaldehyde and radioactive materials  (b)  Environmental Law  means federal laws and laws of the jurisdiction where the Property is located that relate to health  safety or environmental protection, (c)  Environmental Cleanup  includes any response action  remedial action  or removal action, as defined in Environmental Law  and (d) an "Environmental Condition" means a condition that can cause  contribute to  or otherwise trigger an Environmental Cleanup

Borrower shall not cause or permit the presence  use  disposal, storage  or release of any Hazardous Substances, or threaten to release any Hazardous Substances  on or in the Property  Borrower shall not do, nor allow anyone else to do  anything affecting the Property  (a) that is in violation of any Environmental Law  (b) which creates an Environmental Condition, or (c) which, due to the presence  use  or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property  The preceding two sentences shall not apply to the presence  use  or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to  hazardous substances in consumer products)

Borrower shall promptly give Lender written notice of (a) any investigation  claim, demand  lawsuit or other action by any governmental or regulatory agency or private party involving the Property  and any Hazardous  Substance or  Environmental Law  of which Borrower has actual knowledge, (b) any Environmental Condition  including but not limited to, any spilling, leaking  discharge, release or threat of release of any Hazardous Substance  and (c) any condition caused by the presence  use  or release of a Hazardous  Substance which adversely affects the value of the Property  If Borrower learns, or is notified by any governmental or regulatory authority, or any private party  that any removal or other remediation of any Hazardous  Substance affecting the Property  is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law  Nothing herein shall create any obligation on Lender for an Environmental Cleanup

Initials _____

AM6IL (0311)                              Page 12 of 15                              Form 3014  1/01

0083227264  7302

06/23/2004 10 35 44


0000008322772640301261612

NON-UNIFORM COVENANTS Borrower and Lender further covenant and agree as follows

**22 Acceleration, Remedies** Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise) The notice shall specify (a) the default (b) the action required to cure the default, (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured, and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument foreclosure by judicial proceeding and sale of the Property The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non existence of a default or any other defense of Borrower to acceleration and foreclosure If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to reasonable attorneys fees and costs of title evidence

**23 Release** Upon payment of all sums secured by this Security Instrument Lender shall release this Security Instrument Borrower shall pay any recordation costs Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law

**24 Waiver of Homestead** In accordance with Illinois law, the Borrower hereby releases and waives all rights under and by virtue of the Illinois homestead exemption laws

**25 Placement of Collateral Protection Insurance** Unless Borrower provides Lender with evidence of the insurance coverage required by Borrower's agreement with Lender, Lender may purchase insurance at Borrower's expense to protect Lender's interests in Borrower's collateral This insurance may, but need not, protect Borrower's interests The coverage that Lender purchases may not pay any claim that Borrower makes or any claim that is made against Borrower in connection with the collateral Borrower may later cancel any insurance purchased by Lender but only after providing Lender with evidence that Borrower has obtained insurance as required by Borrower's and Lender's agreement If Lender purchases insurance for the collateral, Borrower will be responsible for the costs of that insurance including interest and any other charges Lender may impose in connection with the placement of the insurance until the effective date of the cancellation or expiration of the insurance The costs of the insurance may be added to Borrower's total outstanding balance or obligation The costs of the insurance may be more than the cost of insurance Borrower may be able to obtain on its own

Initials _____

AM6IL (0311)                    Page 13 of 15                    Form 3014 1/01

0083227264 - 7302

06/23/2004 10 35 44



0000008322726403012016113

BY SIGNING BELOW Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it

Witnesses

_____     _____ (Seal)
                                  Jacqueline Buckner          Borrower


_____     _____ (Seal)
                                                              Borrower


_____ (Seal)     _____ (Seal)
                     Borrower                                 Borrower


_____ (Seal)     _____ (Seal)
                     Borrower                                 Borrower


_____ (Seal)     _____ (Seal)
                     Borrower                                 Borrower


AM6IL (0311)                    Page 14 of 15                Form 3014  1/01
06/23/2004 10 35 44                      0083227264 - 7302



0000008322728403012616 14

**STATE OF ILLINOIS,**                    **County ss**

I, _____    _____ _  _ __ _____ a Notary
Public in and for said county and in said state  hereby certify that

_____ _    __ _____  __ ___         _____   _____

_____    _ _____  _ _  __         _____    _____ _

_____    _____  _ __         _____   _____ _

personally known to me to be the same person(s) whose name(s) subscribed to the foregoing
instrument  appeared before me this day in person  and acknowledged that he/she/they signed
and delivered the said instrument as his/her/their free and voluntary act  for the uses and
purposes therein set forth

   Given under my hand and official seal of this

My Commission Expires

                        _____ -        _____        _____
                        Notary Public



000000832272640301261615

400 15IL (4/02)                    Page 15 of 15              0083227264  7302

                                                06/23/2004 10 35 44 AM

BORROWER NAME

LOAN NUMBER    0083227264 - 7302

## LEGAL DESCRIPTION



0000008322726403012616 16

# EXHIBIT C

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

[ ] Preliminary    [X] Final

LENDER Ameriquest Mortgage Company
5215 Old Orchard Rd #410
Skokie IL 60077
(847)583 8031

Broker License

Borrowers Jacqueline Buckner

Type of Loan   ADJUSTABLE RATE
Date   June 23 2004

Address    5 E Carriageway Drive Apt 210
City/State/Zip   HAZEL CREST IL 60429

Loan Number   0083227264 7302

Property    5 E Carriageway Drive Apt./Unit210 HAZEL CREST IL 60429

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 8 622 % | $ 173 967 54 | $ 96 456 78 | $ 270 424 32 |

YOUR PAYMENT SCHEDULE WILL BE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $742 60 | 08/01/2004 | | | |
| 335 | $751 81 | 08/01/2006 | | | |
| 1 | $745 57 | 07/01/2034 | | | |

**VARIABLE RATE FEATURE**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY**   You are giving a security interest in the property located at   5 E Carriageway Drive Apt./Unit210 HAZEL CREST IL 60429

**ASSUMPTION**   Someone buying this property   [X] cannot assume the remaining balance due under original terms
[ ] may assume subject to lender's conditions the remaining balance due under original terms.

**PROPERTY INSURANCE**   You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

**LATE CHARGES**   If a payment is late you will be charged   $ 000%   of the overdue payment

**PREPAYMENT**   If you pay off your loan early you
[ ] may   [X] will not   have to pay a penalty.
See your contract documents for any additional information regarding non payment, default, required repayment in full before the scheduled date and prepayment refunds and penalties

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

_____
Borrower Jacqueline Buckner    Date

_____
Borrower    Date

_____
Borrower    Date

_____
Borrower    Date


0000008322726400306750101

TIL1 (Rev 7/01)

**ORIGINAL COPY**

06/23/2004 10 35 44 AM

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Preliminary ☐     Final ☒

LENDER Amerquest Mortgage Company
5215 Old Orchard Rd  # 410
Skokie  IL 60077
(847)583-8031

Broker License

Borrowers Jacqueline Buckner

| | |
|---|---|
| | Type of Loan  ADJUSTABLE RATE |
| | Date  June 23 2004 |
| Address        5 E  Carriageway Drive  Apt  210 | |
| City/State/Zip  HAZEL CREST IL 60429 | Loan Number  0083227264  7302 |
| Property     5 E  Carriageway Drive Apt /Unit210  HAZEL CREST  IL  60429 | |

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 8 622        % | $  173 967 54 | $  96 456 78 | $  270,424 32 |

**YOUR PAYMENT SCHEDULE WILL BE**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $742 60 | 08/01/2004 | | | |
| 335 | $751 81 | 08/01/2006 | | | |
| 1 | $745 57 | 07/01/2034 | | | |

**VARIABLE RATE FEATURE**
☒  Your loan has a variable rate feature   Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY**     You are giving a security interest in the property located at  5 E  Carriageway Drive Apt /Unit210  HAZEL CREST  IL  60429

**ASSUMPTION**     Someone buying this property    ☒  cannot assume the remaining balance due under original terms
☐  may assume  subject to lender's conditions  the remaining balance due under original terms.

**PROPERTY INSURANCE**     You may obtain property insurance from anyone you want that is acceptable to
Amerquest Mortgage Company

**LATE CHARGES**     If a payment is late  you will be charged  5 000%  of the overdue payment

**PREPAYMENT**   If you pay off your loan early  you
☐  may    ☒  will not    have to pay a penalty
See your contract documents for any additional  information regarding non-payment, default, required repayment in full before the scheduled date  and prepayment refunds and penalties

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

_____        _____
Borrower Jacqueline Buckner                Date

_____        _____
Borrower                                           Date

_____        _____
Borrower                        Date

_____        _____
Borrower                        Date

TIL1 (Rev 7/01)


0000008322 2640306750101

**BORROWER COPY**

06/23/2004 10 35 44 AM

# EXHIBIT D

## NOTICE OF RIGHT TO CANCEL

LENDER    Ameriquest Mortgage Company

DATE    June 23 2004
LOAN NO    0083227264  7302
TYPE    ADJUSTABLE RATE

BORROWER(S)  Jacqueline Buckner

ADDRESS          5 E  Carriageway Drive APT /UNIT 210
CITY/STATE/ZIP    HAZEL CREST IL 60429

PROPERTY    5 E  Carriageway Drive Apt /Unit 210
             HAZEL CREST  IL  60429

You are entering into a transaction that will result in a mortgage/lien/security interest on your home  You have a legal right under federal law to cancel this transaction  without cost  within THREE BUSINESS DAYS from whichever of the following events occurs last

**ENTER DOCUMENT SIGNING DATE**

1    The date of the transaction  which is

_____  ___  ____

or
2    The date you received your Truth in Lending disclosures
or
3    The date you received this notice of your right to cancel

If you cancel the transaction  the mortgage/lien/security interest is also cancelled  Within 20 CALENDAR DAYS after we receive your notice  we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled  and we must return to you any money or property you have given to us or anyone else in connection with this transaction

You may keep any money or property we have given you until we have done the things mentioned above  but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value  You may offer to return the property at your home or at the location of the property  Money must be returned to the address below  If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer  you may keep it without further obligation

**HOW TO CANCEL**

If you decide to cancel this transaction  you may do so by notifying us in writing  at

Ameriquest Mortgage Company          ATTN   FUNDING
1600 S Douglass Rd                    PHONE  (714)634-3494
Anaheim  CA 92806                     FAX     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel  or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights

**ENTER FINAL DATE TO CANCEL**

If you cancel by mail or telegram  you must
send the notice no later than MIDNIGHT of

_____  ___  ____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above)  If you send or deliver your written notice to cancel some other way  it must be delivered to the above address no later than that time
**I WISH TO CANCEL**

SIGNATURE  _____          DATE  _____

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement  all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96 221)

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

BORROWER/OWNER  Jacqueline Buckner          Date          BORROWER/OWNER          Date

BORROWER/OWNER          Date          BORROWER/OWNER          Date



1004 NRC (Rev 01/01)
0000008322726040000S0101

**LENDER COPY**

06/23/2004 10 35 44 AM

# NOTICE OF RIGHT TO CANCEL

LENDER    Ameriquest Mortgage Company

DATE   June 23 2004
LOAN NO    0083227264  7302
TYPE    ADJUSTABLE RATE

BORROWER(S) Jacqueline Buckner

ADDRESS        5 E Carriageway Drive APT /UNIT 210
CITY/STATE/ZIP    HAZEL CREST IL 60429

PROPERTY    5 E Carriageway Drive Apt /Unit210
HAZEL CREST  IL  60429

You are entering into a transaction that will result in a mortgage/lien/security interest on your home  You have a legal right under federal law to cancel this transaction  without cost  within THREE BUSINESS DAYS from whichever of the following events occurs last

1   The date of the transaction  which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
|  |

or
2   The date you received your Truth in Lending disclosures
or
3   The date you received this notice of your right to cancel

If you cancel the transaction  the mortgage/lien/security interest is also cancelled  Within 20 CALENDAR DAYS after we receive your notice  we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled  and we must return to you any money or property you have given to us or anyone else in connection with this transaction

You may keep any money or property we have given you until we have done the things mentioned above  but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value  You may offer to return the property at your home or at the location of the property  Money must be returned to the address below  If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer  you may keep it without further obligation

---

**HOW TO CANCEL**

If you decide to cancel this transaction  you may do so by notifying us in writing  at

Ameriquest Mortgage Company          ATTN   FUNDING
1600 S Douglass Rd                   PHONE  (714)634-3494
Anaheim  CA 92806                    FAX    (800)664 2256

You may use any written statement that is signed and dated by you and states your intention to cancel  or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram  you must
send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
|  |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above)  If you send or deliver your written notice to cancel some other way  it must be delivered to the above address no later than that time

**I WISH TO CANCEL**

_____          _____
SIGNATURE                                  DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth In Lending Disclosure Statement  all given by lender in compliance with Truth In Lending Simplification and Reform Act of 1980 (Public Law 96 221)

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

_____  ____          _____  ____
BORROWER/OWNER Jacqueline Buckner   Date          BORROWER/OWNER                    Date

_____  ____          _____  ____
BORROWER/OWNER                      Date          BORROWER/OWNER                    Date



1004 NRC (Rev 01/04)
00000083  272040400050101

**BORROWER COPY**

06/23/2004 10 35 44 AM

# NOTICE OF RIGHT TO CANCEL

LENDER    Ameriquest Mortgage Company

DATE    June 23, 2004
LOAN NO    0083227264  7302
TYPE    ADJUSTABLE RATE

BORROWER(S)  Jacqueline Buckner

ADDRESS        5 E  Carriageway Drive APT /UNIT 210
CITY/STATE/ZIP    HAZEL CREST IL 60429

PROPERTY    5 E  Carriageway Drive Apt /Unit210
HAZEL CREST  IL  60429

You are entering into a transaction that will result in a mortgage/lien/security interest on your home  You have a legal right under federal law to cancel this transaction  without cost  within THREE BUSINESS DAYS from whichever of the following events occurs last

| ENTER DOCUMENT SIGNING DATE |
| --- |
|  |

1    The date of the transaction  which is

or

2    The date you received your Truth in Lending disclosures

or

3    The date you received this notice of your right to cancel

If you cancel the transaction  the mortgage/lien/security interest is also cancelled  Within 20 CALENDAR DAYS after we receive your notice  we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled  and we must return to you any money or property you have given to us or anyone else in connection with this transaction

You may keep any money or property we have given you until we have done the things mentioned above  but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value  You may offer to return the property at your home or at the location of the property  Money must be returned to the address below  If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer  you may keep it without further obligation

## HOW TO CANCEL

If you decide to cancel this transaction  you may do so by notifying us in writing  at

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim  CA 92806

ATTN  FUNDING
PHONE  (714)634 3494
FAX       (800)664 2256

You may use any written statement that is signed and dated by you and states your intention to cancel  or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights

| ENTER FINAL DATE TO CANCEL |
| --- |
|  |

If you cancel by mail or telegram  you must send the notice no later than MIDNIGHT of

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above)  If you send or deliver your written notice to cancel some other way  it must be delivered to the above address no later than that time
**I WISH TO CANCEL**

SIGNATURE                                                              DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement  all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96 221)

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

BORROWER/OWNER Jacqueline Buckner              Date        BORROWER/OWNER                                        Date

BORROWER/OWNER                                          Date        BORROWER/OWNER                                        Date



046-NRC (Rev 1/04)        0000008322726040005101

**BORROWER COPY**

06/23/2004 10:35 44 AM

# EXHIBIT E

# ONE WEEK CANCELLATION PERIOD

Loan Number  0083227264 - 7302             Borrower(s)  Jacqueline Buckner

Date   June 23 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason**  This right is described in the Notice of Right to Cancel you have received today

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make  To give you more time to study your loan documents  obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you**  No money will be disbursed before 10 00 a m  on the first business day after this period expires  Business days are Monday through Friday, excluding federal legal holidays

For example  if your loan closes on a Tuesday  you could cancel from that Tuesday through midnight of the following Monday

If you want to cancel  you must do so in writing and we must receive your request before midnight on the day the cancellation period ends  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan  The written statement must be signed and dated by any one borrower  Your request must be delivered to

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim  CA 92806
ATTN  Funding Department
Phone  (714)541 9960
Fax  (800)664-2256

When you sign below  it means that you have received and read a copy of this notice and you understand what is printed above

I/We hereby acknowledge receiving a copy of this notice on the date signed below


_____   _____       ___ _____  _____
Borrower/Owner  Jacqueline Buckner                  Date


_____  _____ _ _                   _____ _____ _____
Borrower/Owner                                      Date


_____  _____                        _____ _____ _____
Borrower/Owner                                      Date


____ _____         _ _                  _____ _____ _____
Borrower/Owner                                      Date

---

## REQUEST TO CANCEL
**I/We want to cancel loan #**_____

_____ _____       _____       _____ _____
Borrower/Owner Signature                            Date

---


0000008322726404042201011

830 (10/00)

06/23/2004 10 35 44 AM

## LENDER COPY

# ONE WEEK CANCELLATION PERIOD

Loan Number  0083227264 - 7302                Borrower(s)  Jacqueline Buckner
Date   June 23 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason**  This right is described in the Notice of Right to Cancel you have received today
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make   To give you more time to study your loan documents  obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you**   No money will be disbursed before 10 00 a m  on the first business day after this period expires Business days are Monday through Friday  excluding federal legal holidays

For example  if your loan closes on a Tuesday  you could cancel from that Tuesday through midnight of the following Monday
If you want to cancel  you must do so in writing and we must receive your request before midnight on the day the cancellation period ends   You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan   The written statement must be signed and dated by any one borrower   Your request must be delivered to

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN  Funding Department
> Phone  (714)541-9960
> Fax  (800)664-2256

When you sign below  it means that you have received and read a copy of this notice and you understand what is printed above

I/We hereby acknowledge receiving a copy of this notice on the date signed below


_____          _____
Borrower/Owner  Jacqueline Buckner                Date


_____          _____
Borrower/Owner                                     Date


_____          _____
Borrower/Owner                                     Date


_____          _____
Borrower/Owner                                     Date

---

## REQUEST TO CANCEL

I/We want to cancel loan # _____

_____          _____
Borrower/Owner Signature                          Date

---


0000008322726404204220101

850 (10/00)

06/23/2004 10 35 44 AM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number  0083227264  7302                    Borrower(s)  Jacqueline Buckner
Date   June 23, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason**  This right is described in the Notice of Right to Cancel you have received today

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make   To give you more time to study your loan documents   obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you**   No money will be disbursed before 10 00 a m  on the first business day after this period expires  Business days are Monday through Friday  excluding federal legal holidays

For example, if your loan closes on a Tuesday  you could cancel from that Tuesday through midnight of the following Monday

If you want to cancel  you must do so in writing and we must receive your request before midnight on the day the cancellation period ends   You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan   The written statement must be signed and dated by any one borrower   Your request must be delivered to

                    Ameriquest Mortgage Company
                    1600 S Douglass Rd Anaheim  CA 92806
                    ATTN  Funding Department
                    Phone  (714)541-9960
                    Fax  (800)664-2256

When you sign below  it means that you have received and read a copy of this notice and you understand what is printed above

I/We hereby acknowledge receiving a copy of this notice on the date signed below


_____         _____   Date   _____

Borrower/Owner  Jacqueline Buckner


_____         _____   Date   _____

Borrower/Owner


_____         _____   Date   _____

Borrower/Owner


_____         _____   Date   _____

Borrower/Owner

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____

_____                  _____   Date   _____

Borrower/Owner Signature

---



0000008322726404220101

850 (10/00)

06/23/2004 10 35 44 AM

**BORROWER COPY**

# EXHIBIT F

# EDELMAN, COMBS, LATTURNER & GOODWIN, L L.C

**120 S LaSalle Street, 18th floor**
**Chicago, Illinois 60603-3403**
**(312) 739-4200**
**(800) 644-4673**
**(312) 419-0379 (FAX)**
Email  edcombs@aol com
www edcombs com

November 10, 2005

**BY CERTIFIED MAIL**

Ameriquest Mortgage Corporation
c/o registered agent
National Registered Agents
200 W Adams
Chicago, IL 60606

AMC Mortgage Services Inc
c/o registered agent
National Registered Agents
200 W Adams
Chicago, IL 60606

Ameriquest Mortgage Securities Inc
1100 Town & Country Road, Suite 1100
Orange, CA 92868

> Re    Notice of rescission, claim and lien, Jacqueline Buckner  5 E
> Carriageway Dr  #210, Hazel Crest, IL 60429
> Loan of June 23, 2004

Ladies/ Gentlemen

Jacqueline Bruckner hereby gives notice that she rescinds her June 23, 2004 mortgage originated by Ameriquest Mortgage Company for noncompliance with the Truth in Lending Act Among other things, she received a right to cancel notice that failed to disclose the date on which the three day rescission period expired

Please be further advised that we have been retained by Ms  Bruckner to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc , please identify the owner pursuant to 15 U S C  §1641(d)

Finally, please provide an account history so that we may compute the appropriate amount to be tendered

Sincerely,

Daniel A  Edelman

cc  Jacqueline Bruckner

I, Daniel A Edelman, under penalty of perjury, as provided by 28 U S C § 1746, certify that I had a copy of the foregoing document sent to the listed addresses on November 10, 2005

_____

Daniel A Edelman