**Exhibit 15**



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 2 8 2005
WAYNE R. ANDERSEN
U. S. DISTRICT COURT JUDGE

THOMAS A. MURRAY and )
NANCY R. MURRAY, )
and FRANK N. HERNANDEZ, )
                        )   05 C 1218
       Plaintiffs, )
                        )
     v. )
                        )
AMERIQUEST MORTGAGE COMPANY, )
                        )
       Defendant. )

## AMENDED COMPLAINT – CLASS ACTION

### INTRODUCTION

1.    Plaintiffs Thomas A. Murray and Nancy R. Murray and Frank N. Hernandez bring this action to secure redress for a course of conduct that included the accessing of a consumer report on plaintiffs without plaintiffs's consent or any lawful reason, in violation of the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA").

### JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331 and 1337 and 15 U.S.C. §1681p ("FCRA").

3.    Venue in this District is proper in that defendant does business in this District and in that the mailing that gave rise to the violations of law complained of was directed to and received by plaintiffs in this District.

### PARTIES

4.    Plaintiffs Thomas A. Murray and Nancy R. Murray are husband and wife and reside in the Northern District of Illinois.

5.    Plaintiff Frank N. Hernandez resides in the Northern District of Illinois.

6.    Defendant Ameriquest Mortgage Company is a corporation chartered under Delaware law that does business in Illinois and Cook County. Its registered agent and office are

1

National Registered Agents, Inc., 200 W. Adams, Chicago, IL 60606

7. Defendant Ameriquest Mortgage Company maintains offices at (a) 8750 W. Bryn Mawr, Chicago, IL 60631, (b) 9501 West 144th Place, Orland Park, IL 60462, (c) 1701 Golf Road, Rolling Meadows, IL 60008, (d) 5215 Old Orchard Road, Suite 420, Skokie, IL 60077, (e) 16345 Harlem Avenue, Tinley Park, IL 60477, and (f) 1 Westbrook Corporate Center, Westchester, IL 60154, as well as approximately 270 offices nationwide.

8. Defendant Ameriquest Mortgage Company is engaged in the business of servicing and originating "subprime" mortgages. It is one of the largest subprime residential lenders in the nation, with lending volumes in the billions of dollars in the third quarter of 2004 alone. For example, according to the Mortgage Bankers Association of America, during third quarter of 2004, Ameriquest entered into 28,548 non-purchase mortgages. Between July 1, 2003 and June 26, 2004, Ameriquest entered into more than 2,500 residential mortgage transactions in Illinois.

9. Defendant Ameriquest Mortgage Company, on information and belief, uses telemarketing-style operations to induce homeowners to refinance their houses.

10. On information and belief, Ameriquest employees are trained to "promise certain interest rates and fees, only to change those rates at the time of the closing."

## FACTS

11. Subsequent to February 15, 2004, plaintiff Nancy R. Murray received the documents attached as <u>Exhibit A</u> via the United States mail.

12. Subsequent to February 15, 2004, plaintiff Thomas A. Murray received the documents attached as <u>Exhibit B</u> via the United States mail.

13. In early 2005, plaintiff Hernandez received the documents attached as <u>Exhibit C</u> via the United States mail.

14. <u>Exhibits A and C</u> each states: "This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received

2

from a credit reporting agency used by us."

15. On information and belief, the quoted statement is true.

16. On information and belief, the quoted statement also applies to Exhibit B.

17. On information and belief, defendant engaged in or arranged for the "prescreening" of consumers based on information in consumer reports held by a consumer reporting agency.

18. Based on the results of such "prescreening," defendant sent or caused to be sent mailers in the forms represented by Exhibits A-C to numerous consumers, including plaintiff.

19. Exhibits A-C are examples of printed form documents.

20. Exhibits A-C contain the trademarks and commercial symbols of Ameriquest.

21. On information and belief, defendant Ameriquest approved and authorized the dissemination of material in the forms represented by Exhibits A-C.

22. The response telephone numbers, fax numbers, Internet address and mail address on Exhibits A-C are used by defendant Ameriquest.

23. On information and belief, defendant Ameriquest obtained business as a result of the dissemination of mailers in the forms represented by Exhibits A-C.

24. On information and belief, more than 200 mailers in the forms represented by Exhibits A-C were sent to residents of Illinois.

25. On information and belief, defendant's "prescreening" was intended to identify persons who have poor credit or have recently obtained bankruptcy discharges, for the purpose of targeting them for subprime credit.

26. Plaintiffs had not authorized defendant to access or use plaintiffs' consumer reports.

27. Defendant had no reason to believe that plaintiffs had authorized defendant or its agents to access plaintiffs' consumer report or use information therein.

28. Plaintiffs did not initiate any transaction with defendant.

3

29. The FCRA, 15 U.S.C. §1681a(d), defines "consumer report" as follows:

> The term "consumer report" means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for--
>
> > (A) credit or insurance to be used primarily for personal, family, or household purposes; ...

30. The FCRA, 15 U.S.C. §1681a(f), defines "consumer reporting agency" as:

> [A]ny person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

31. The FCRA, 15 U.S.C. §1681b, provides it is permissible to obtain a consumer report on a consumer only with the written consent of the consumer or for certain "permissible purposes," such as the extension of credit to, or review or collection of an account of, the consumer, employment purposes, the underwriting of insurance, in connection with a business transaction that is initiated by the consumer, or to make a firm offer of credit or insurance.

32. The requester must certify to the consumer reporting agency that a permissible purpose exists.

33. One "permissible purpose" is to extend a firm offer of credit or insurance to the consumer, even where this has not been requested by the consumer.

34. The sending of the material in Exhibits A-C does not constitute a permissible reason for anyone to access plaintiffs' consumer report without plaintiffs' consent.

35. The sending of Exhibits A-C does not qualify as a "firm offer of credit" within the meaning of the FCRA, justifying the obtention of a consumer report on a consumer, in that:

   a. The purported offer is vague and totally lacking in terms. It has no value beyond a solicitation for loan business, the sending of which is not a permissible purpose for

4

accessing a consumer report. Cole v. U. S. Capital, Inc., 389 F.3d 719 (7th Cir. 2004).

      b.    15 U.S.C. §1681m(d) requires that a "firm offer" must contain certain disclosures in a "clear and conspicuous" manner. Section 1681m(d) provides:

> **(d) Duties of users making written credit or insurance solicitations on the basis of information contained in consumer files**
>
> > **(1) In general.**--Any person who uses a consumer report on any consumer in connection with any credit or insurance transaction that is not initiated by the consumer, that is provided to that person under section 1681b(c)(1)(B) of this title, shall provide with each written solicitation made to the consumer regarding the transaction a clear and conspicuous statement that--
> >
> > > (A) information contained in the consumer's consumer report was used in connection with the transaction;
> > >
> > > (B) the consumer received the offer of credit or insurance because the consumer satisfied the criteria for credit worthiness or insurability under which the consumer was selected for the offer;
> > >
> > > (C) if applicable, the credit or insurance may not be extended if, after the consumer responds to the offer, the consumer does not meet the criteria used to select the consumer for the offer or any applicable criteria bearing on credit worthiness or insurability or does not furnish any required collateral;
> > >
> > > (D) the consumer has a right to prohibit information contained in the consumer's file with any consumer reporting agency from being used in connection with any credit or insurance transaction that is not initiated by the consumer; and
> > >
> > > (E) the consumer may exercise the right referred to in subparagraph (D) by notifying a notification system established under section 1681b(e) of this title.
> >
> > **(2) Disclosure of address and telephone number.**--A statement under paragraph (1) shall include the address and toll-free telephone number of the appropriate notification system established under section 1681b(e) of this title.
> >
> > **(3) Maintaining criteria on file.**--A person who makes an offer of credit or insurance to a consumer under a credit or insurance transaction described in paragraph (1) shall maintain on file the criteria used to select the consumer to receive the offer, all criteria bearing on credit worthiness or insurability, as applicable, that are the basis for determining whether or not to extend credit or insurance pursuant to the offer, and any requirement for the furnishing of collateral as a

5

condition of the extension of credit or insurance, until the expiration of the 3-year period beginning on the date on which the offer is made to the consumer. . . .

c.   On <u>Exhibits A and C</u>, the required statements are not clear and conspicuous as required. They are in fine print on the reverse without any reference on the front. No disclosures at all are made on <u>Exhibit B</u>.

### **VIOLATION ALLEGED**

36.   Defendant obtained the consumer report of plaintiffs and every other person to whom <u>Exhibits A-C</u> were sent without their written permission or a "permissible purpose."

37.   The FCRA, 15 U.S.C. §1681n, provides:

**§1681n. Civil liability for willful noncompliance**

(a) In general. Any person who willfully fails to comply with any requirement imposed under this title [15 USC §§1681 et seq.] with respect to any consumer is liable to that consumer in an amount equal to the sum of—

(1)

(A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $ 100 and not more than $ 1,000; or

(B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $ 1,000, whichever is greater;

(2) such amount of punitive damages as the court may allow; and

(3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court. . . .

17.   The FCRA, 15 U.S.C. §1681p, provides:

**§1681p. Jurisdiction of courts; limitation of actions**

An action to enforce any liability created under this title [15 USC §§1681 et seq.] may be brought in any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction, within two years from the date on which the liability arises, except that where a defendant has materially and willfully misrepresented any information required under this title [15 USC §§1681 et seq.] to be disclosed to an individual

6

and the information so misrepresented is material to the establishment of the defendant's liability to that individual under this title [15 USC §§1681 et seq.], the action may be brought at any time within two years after discovery by the individual of the misrepresentation.

## CLASS ALLEGATIONS

38. This claim is brought on behalf of a class, consisting of (a) all persons with Illinois addresses (b) to whom defendant sent or caused to be sent material in the form represented by Exhibits A or B or C (c) on or after a date two years prior to the filing of this action and (d) before 20 days after the filing of this action.

39. According to Exhibits A and C, the consumer report of each such individual was accessed.

40. The class is so numerous that joinder of all members is impracticable.

41. Exhibits A-C are obviously form documents.

42. Based on the use of a bar-coded address, Exhibits A-C were each sent to at least 200 persons. (The postal service gives rate discounts to mailers who send at least 200 identical mail pieces that are bar-coded and pre-sorted.)

43. There are questions of law and fact common to the class, which questions predominate over any questions affecting only individual class members. The predominant common question is whether obtaining a consumer report for the purpose of transmission of the material in Exhibits A-B violates the FCRA.

44. Plaintiffs' claims are typical of the claims of the class members. All are based on the same legal and factual issues.

45. Plaintiffs will fairly and adequately represent the members of the class. Plaintiffs have retained counsel experienced in the prosecution of similar claims.

46. A class action is superior for the fair and efficient prosecution of this litigation. Classwide liability is essential to cause defendant to stop its improper conduct. Many class members may be unaware that they have been victims of illegal conduct.

WHEREFORE, plaintiffs request that the Court enter judgment in plaintiffs' favor and in favor of the class for:

    a.    Appropriate damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    Such other or further relief as is appropriate.

/s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiffs demand trial by jury.

/s/ Daniel A. Edelman
Daniel A. Edelman

I:\case\ameriquest-murray14.173\pleading\amdcmplt.wpd

# EXHIBIT A



**AMERIQUEST**
MORTGAGE COMPANY

2056 Westing Avenue, Suite 110
Naperville, IL 60563

*Nancy:*
*Zero out your*
*high-interest*
*credit cards.*
*Call Ameriquest today*
*at 1-888-255-3349*

*Swaze*

Nancy R Murray
1342 Steven Smith Dr
Joliet, IL 60431-2772

Dear Nancy,

We'd like to help you get rid of your high-interest rate credit cards. Refinance with Ameriquest Mortgage® and you could eliminate the stress of making all those payments every month. You'll get one manageable monthly payment® and free up your credit. You may even be able to get extra cash out. And because mortgage interest can be up to 100% deductible, you could save more at tax time.† To find out how, call Ameriquest Mortgage at (888) 255-3349 or go to www.ameriquestloans.com today.

Ameriquest makes it easy. We are a nationwide company, but our service is as personal as a local neighborhood business. Your own personal Ameriquest mortgage specialist, right here in Naperville, will work with you — one-on-one, start-to-finish — to custom-tailor a loan with terms and rates that work for you. We'll even do the paperwork. You can get a decision as soon as the next business day and your loan could be funded in as little as 30 days.

You are more than a credit score®. You're a homeowner. You've already shown you've got what it takes to succeed. At Ameriquest, we look at more than the numbers and reports — to see you as a complete person, to understand your situation and your needs. So call Ameriquest at (888) 255-3349 and say hello to a healthier financial you.

Sincerely,

*Swaze Armstrong III*

Branch Manager

P.S. Now is the time to improve your finances. Call Ameriquest TODAY (888) 255-3349 and find out how you can get a 30-day break from mortgage payments.

LEARN MORE ABOUT AMERIQUEST® OR REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



**REFINANCING CAN BE A SMART WAY TO ACHIEVE YOUR GOALS. CALL (888) 255-3349**
Ask for a personal Ameriquest mortgage specialist right here in Naperville. Or mail this reply form in the enclosed postage-paid envelope or fax it to (888) 422-5241. A mortgage specialist will contact you. If you prefer, you can also visit www.ameriquestloans.com.

*(Please correct name and address below if necessary.)*

Nancy R Murray
1342 Steven Smith Dr
Joliet, IL 60431-2772

Phone (____) _____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

I am interested in:
☐ Refinancing
☐ A Home Purchase Loan
☐ Cash Out
☐ Debt Consolidation


**AMERIQUEST**
MORTGAGE COMPANY

LTR-LI-1-10/04
TWB-B

4304XX4Z32561AN2AD    203-10T    5624 15360008487866

**Pre-qualification**
This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**
You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**
You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**
You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**
You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, administrative, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. |
| NJ | Licensed Mortgage Banker - New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker - NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Ameriquest Mortgage Company holds a Lender's License in Rhode Island. |

All loans subject to credit verification.


EQUAL HOUSING LENDER

*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
© 2004 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

# EXHIBIT B

 **AMERIQUEST MORTGAGE COMPANY**

2056 Westing Avenue, Suite 110
Naperville, IL 60563



Thomas A Murray
1342 Steven Smith Dr
Joliet, IL 60431-2772

*Thomas:*

*I think Ameriquest can really help you.*

*Give me a call at*
*1-888-786-1481*

*Swaze*

Dear Thomas,

At Ameriquest, we applaud the fact that you own your home. And unlike other lenders, we understand your difficult circumstances and would like to show you the respect you deserve. If you've had a bankruptcy or other credit problems, refinancing with us will help.

Why now? Rates are still low and homes are continuing to hold their value, which means that you may have more home equity than ever before. But the market could change at any time. So we encourage you to call us today at (888) 786-1481 or visit us online at www.ameriquestloans.com.

Take a break from your mortgage payments. We'll give you a personal mortgage specialist who understands your situation and will custom-tailor a loan with the term and rate that meet your specific needs. And here's more good news: if you qualify for a loan, you'll get a 30-day break from your mortgage payments.

You could also lower your monthly payments. Free yourself from high interest rate credit cards and debts with a loan that could reduce your monthly payments by hundreds of dollars and even leave you with extra cash to buy a car, remodel, or pay property taxes.* And don't forget that mortgage interest is usually tax deductible.† So you could save more at tax time.

We'll give you an answer in about 24 hours. We can usually tell you how much you qualify for in just one day. And unlike some lenders, we won't take months to close your loan.

We're right here in Naperville. We have the strength and resources of a nationwide company. But, we're also a neighborhood business. So you'll find our office right where you need it, staffed with people who live in our local community.

See how much you qualify for. Contact us by whatever method you find most convenient. You can call us toll-free at (888) 786-1481 today, visit us online at www.ameriquestloans.com, or simply mail or fax the attached reply form.

Sincerely,

*Swaze Armstrong III*
Branch Manager

P.S. As soon as you're refinanced, you'll get one month with no mortgage payment. So please call (888) 786-1481 or visit us online at www.ameriquestloans.com today.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

 **YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.**℠

For fast service, call your Naperville mortgage specialist toll-free at (888) 786-1481 or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Thomas A Murray
1342 Steven Smith Dr
Joliet, IL 60431-2772

Phone (_____)_____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

TR-SL-1-08/04

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST MORTGAGE COMPANY**

04052CAD356A1AN2AX   009-02A   5624 15480008487867

State Legal Disclaimers

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Department of Corporations California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | New Hampshire First Mortgage Banker and Broker License Number: 5354-MB. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Ameriquest Mortgage Company holds a Lender's License in Rhode Island. |

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax adviser for details.

30-day Break From Payments
The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

# EXHIBIT C


**AMERIQUEST**
MORTGAGE COMPANY

1900 Spring Road, Suite 216
Oak Brook, IL 60523

Frank:

I think Ameriquest can really help you.

Give me a call at

1-888-360-6497



Frank N Hernandez
1225 Sleepy Hollow Ln
Darien, IL 60561-5045

Lance

Dear Frank,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan®. To find out how much you qualify for, call us now at (888) 360-6497 or go to www.ameriquestloans.com.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Oak Brook.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at (888) 360-6497 today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Lance Shupe*

Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



**YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠**

For fast service, call your Oak Brook mortgage specialist toll-free at (888) 360-6497 or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary.)*

Frank N Hernandez
1225 Sleepy Hollow Ln
Darien, IL 60561-5045

Phone (_____) _____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY

11052GAD389U1AN2AX   005-0JR   5542155200120061 40

A
TR-LL-12-1/05

**Pre-qualification**
This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**
You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**
You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

**Removal from Mail Lists**
You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**
You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, administrative, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**
AZ      License Number: BK-15194.
CA      Loans will be made pursuant to a California Finance Lenders License.
GA      Georgia Residential Mortgage Licensee. License Number: 6977.
IL      Illinois Residential Mortgage Licensee.
MA      Massachusetts Mortgage Lender License Number: ML0702.
MN      Not an offer to enter an interest rate lock-in agreement under Minnesota law.
MS      Mississippi Supervised Mortgage Company.
NH      Licensed by the New Hampshire Banking Department. License Number: 5354-MB.
NJ      Licensed Mortgage Banker – New Jersey Department of Banking.
NY      Licensed Mortgage Banker – NYS Banking Department.
PA      Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.
RI      Ameriquest Mortgage Company holds a Lender's License in Rhode Island.
All loans subject to credit verification.


EQUAL HOUSING LENDER

*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

**30-day Break From Payments**
The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road., Orange, CA 92868. All rights reserved.