IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that, on April 4, 2006 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present: **DEFENDANTS' MOTION FOR REASSIGNMENT OF RELATED CASES**, a copy of which is attached and hereby served upon you.

DATED: March 16, 2006

By: /s/ Bernard E. LeSage
    *Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

    Bernard E. LeSage (California Bar No. 61870)
    Sarah K. Andrus (California Bar No. 174323)
    BUCHALTER NEMER
    A Professional Corporation
    1000 Wilshire Boulevard, Suite 1500
    Los Angeles, California 90017-2457
    Telephone: (213) 891-0700
    Facsimile: (213) 896-0400