## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### NOTICE OF SETTLEMENT AND DISMISSAL OF "TAG-ALONG" CASE

**PLEASE TAKE NOTICE** that the Plaintiffs and Defendants have reached a settlement in the "tag-along" case *Mitchell et al. v. Ameriquest Mortgage Company et al.,* United States District Court for the Southern District of Alabama, Southern Division, Case No. 05-CV-00078. The action was dismissed, with prejudice, on March 10, 2006. A true and correct copy of the Dismissal Order is attached hereto as Exhibit A.

DATED: March 22, 2006

By: /s/ Bernard E. LeSage
*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

# Exhibit  A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **VALERIE LUND MITCHELL and** ) | |
| **MICHAEL ANDREW MITCHELL,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO 05-0078-CG-D** |
| ) | |
| **AMERIQUEST MORTGAGE COMPANY** ) | |
| **and HERITAGE TITLE, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the court on the joint stipulation of dismissal wherein all parties stipulate that the case has settled and should be dismissed with prejudice with court costs to be taxed as paid. (Doc 57). The stipulation is signed by all parties who appeared in this action. Therefore, upon consideration of the stipulation, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED**, with prejudice, and the Clerk of the Court is directed to close this file. No other order shall be forthcoming from the court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

Pursuant to the stipulation, court costs shall be taxed as paid.

**DONE** and **ORDERED** this 10th day of March, 2006.

 s / Kristi K DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**