IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### CERTIFICATE OF SERVICE

     I, Berard E, Lesage, hereby certify that on this 22nd day of March 2006, a true and correct copy of the **NOTICE OF SETTLEMENT AND DISMISSAL OF "TAG-ALONG" CASE** was filed electronically.

     Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a true and correct copy was additionally sent via first class mail to all parties listed on the attached service list.

DATED: March 22, 2006

BUCHALTER NEMER
A Professional Corporation

By: /s/ Bernard E. LeSage
        BERNARD E. LESAGE
*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## MDL SERVICE LIST
## IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

| | |
|---|---|
| *Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton* | Elizabeth J. Cabraser<br>Kelly M. Dermody<br>Caryn Becker<br>LIEFF CABRASER HEIMANN & BERSTEIN,LLP<br>275 Battery Street, 30th Fl.<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br>Facsimile: 415-956-1008 |
| | Gena E. Wiltsek<br>Rachel German<br>LIEFF CABRASER HEIMANN & BERSTEIN, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017<br>Telephone: 212-355-9500<br>Facsimile: 212-355-9292 |
| | Lawrence Tien<br>Kamran Mashoyekh<br>The Tien Law Firm, LLP<br>10235 West Little York Road, Suite 470<br>Houston, TX 77040<br>Telephone: 713-937-0223<br>Facsimile: 713-937-0220 |
| *Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes* | Emmett C. Stanton<br>Aaron Myers<br>Fenwick & West LLP<br>801 California Street<br>Silicon Valley Center<br>Mountain View, CA 94041<br>Telephone: 650-988-8500<br>Facsimile: 650-938-5200 |

Bryan A. Kohm
Fenwick & West LLP
275 Battery Street, 16th Floor
San Francisco, CA 94111
Telephone: 415-875-2300
Facsimile: 415-281-1350

Shirley Hochhausen
Community Legal Services in East Palo Alto
2117-B University Avenue
East Palo Alto, CA 94303
Telephone: 650-326-6440
Facsimile: 650-326-9722

*Attorneys for Plaintiff Adolph Peter Kurt Burggraff*

Douglas Bowdoin
255 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-422-0025

Jonathan Andrews Boynton
Sarah Brite Evans
Kirby Noonan & Sweat
American Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101-3302
Telephone: 619-231-8666

Terry Smiljanich
Kathleen Clark Knight
James Hoyer Newcoomer & Smiljanich
1 Urban Centre
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609
Telephone: 813-286-4100
Facsimile: 813-286-4174

*Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert, Daisybel Tolbert, David R. Murphy, David M. Wakefield, Isabell M. Murphy, Janet Wakefield and Lynn Gay*

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

| | |
|---|---|
| *Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert* | O. Randolph Bragg<br>Horowitz, Horowitz & Associates<br>25 E. Washington Street, Suite 900<br>Chicago, Illinois 60602 |
| | Theresa I. Wigginton<br>Law Office of Theresa I. Wigginton<br>915 Oakfield Rd., Suite F<br>Brandon, FL 33511<br>Telephone: 813-653-2992 |
| *Attorneys for Defendants Ameriquest Mortgage Company* | Daniel A. Casey<br>Jonathan B. Morton<br>Jeffrey T. Kucera<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Miami Center – 20th FL<br>201 South Biscayne Boulevard<br>Miami, FL 33131-3300<br>Telephone: 305-539-3300<br>Facsimile 305-358-7095 |
| | Brian Mark Forbes<br>Ryan M. Tosi<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>75 State Street, 6th Floor<br>Boston, MA 02109<br>Telephone: 617-261-3100<br>Facsimile: 617-261-3175 |
| | R. Bruce Allensworth<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Telephone: 617-261-3119<br>Facsimile: 617-261-3175 |
| | Craig Varga<br>Varga Berger Ledsky Hayes & Casey<br>224 S. Michigan Ave., Suite 350<br>Chicago, IL 60604<br>Telephone: 312-341-9400 |

| | |
|---|---|
| *Additional Parties* | Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC<br>120 S. LaSalle Street, 18th floor<br>Chicago, Illinois 60603-3403<br>Telephone: 312-739-4200<br>Facsimile: 312-419-0379<br><br>Daniel Harris, Esq.<br>THE LAW OFFICES OF DANIEL HARRIS<br>150 N. Wacker Drive, Suite 3000<br>Chicago, IL  60606 |

BN 809474v1