**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> ──────────────────────────────── <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**DEFENDANTS' AMENDED MOTION FOR REASSIGNMENT OF RELATED CASES**[1]

In addition to those Related Cases identified in the Motion, by this Amended Motion, Defendants also seek reassignment of the following Related Cases pursuant to Northern District of Illinois Local Rule 40.4(c):

1. *Abercrombie v. Argent Mortgage Company, et al.*, Case No. 05C 1687 (J. Filip);

2. *Castella Williams Harris v. Ameriquest Mortgage Company, et al.*, Case No. 05C 4025 (J. Der-Yeghiayan); and

3. *Tammerello v. Ameriquest Mortgage Company, et al.*, Case No. 04L 14268 (J. Coar).[2]

As detailed in the accompanying Supplemental Memorandum in support of this Amended Motion, reassignment of all of the Related Cases is warranted here because: (1) *Abercrombie*, *Williams Harris* and *Tammerello* are "related" to certain actions in this MDL Proceeding under Local Rule 40.4(a); and (2) reassignment of these cases meets all of the conditions under Local Rule 40.4(b).

---

[1] Defendants hereby incorporate by reference the entirety of their original Motion for Reassignment of Related Cases ("Motion") and all supporting papers in filed in support thereof. Unless otherwise noted, all capitalized terms used herein shall have the meaning ascribed to them in Defendants' Motion.

[2] A copy of the operative complaints in *Abercrombie*, *Williams Harris* and *Tammerello* are contained in Defendants' Supplemental Appendix in Support of Amended Motion filed concurrently herewith.

This Amended Motion is based on the Motion, this Amended Motion, the Memorandum in Support of the Motion, the accompanying Supplemental Memorandum in Support of the Amended Motion, the Declaration of Bernard E. LeSage, the accompanying Supplemental Declaration of Bernard E. LeSage, the Request for Judicial Notice, the accompanying Supplemental Request for Judicial Notice, the Appendix of Related Cases, the accompanying Supplemental Appendix of Related Cases, the pleadings and records on filed herein, such further papers as may be filed in connection with this Amended Motion and on such further evidence and argument as may be presented at the hearing on this Amended Motion.

Defendants request an opportunity for oral argument.

WHEREFORE, Defendants respectfully request that this Court grant the Motion for Reassignment of Related Cases, as amended hereby, in its entirety.

DATED: March 23, 2006

Respectfully submitted,

BUCHALTER NEMER
A Professional Corporation

By: /s/ Bernard E. LeSage
*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400