IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

**SUPPLEMENTAL DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF DEFENDANTS' AMENDED MOTION FOR REASSIGNMENT OF RELATED CASES**

I, Bernard E. LeSage, declare as follows:

1. I am a shareholder of the law firm of Buchalter Nemer, a Professional Corporation, counsel for defendants Ameriquest Mortgage Company ("AMC"), Ameriquest Capital Corporation ("ACC"), Argent Mortgage Company ("Argent") and Town and Country Credit Corporation ("Town and Country") (collectively, "Defendants") in the above-captioned litigation. I state that the records and documents referred to in this Supplemental Declaration constitute writings taken or made in the regular or ordinary course of business of Buchalter at or near the time of the act, condition or event to which they relate by persons employed by Buchalter who had a business duty to Buchalter to accurately and completely take, make and maintain such records and documents. I make this Supplemental Declaration in support of Defendants' Amended Motion for Reassignment of Related Cases. I know the following to be true and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

2. On December 13, 2005, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued an order transferring five separate class actions against Ameriquest and other entities to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. Section 1407 for coordinated or consolidated pretrial proceedings.

3. On February 27, 2006, the Clerk of the MDL Panel issued a Conditional Transfer Order ("CTO"), conditionally transferring 34 actions including *Tonya Sumner Brown, et al. v. Ameriquest Capital Corporation, et al.*, United States District Court, Central District of California, Case No. SACV05-285 AHS (RNBx), to this Court for coordinated or consolidated pretrial proceedings. A copy of the CTO is attached to Defendants' Supplemental Request for Judicial Notice as Exhibit 1. No party opposed transfer of *Brown* to this Court and, on March 14, 2006, the CTO became final as to *Brown*.

4. Pursuant to their obligations under the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, on March 23, 2006, Defendants advised the Panel of additional potential "tag-along" actions including *Abercrombie v. Argent Mortgage Company, et al.*, Case No. 05C 1687 (J. Filip), *Castella Williams Harris v. Ameriquest Mortgage Company, et al.*, Case No. 05C 4025 (J. Der-Yeghiayan) and *Tammerello v. Ameriquest Mortgage Company, et al.*, Case No. 04L 14268 (J. Coar). A true and correct copy of my letter to the Clerk of the MDL Panel, excluding exhibits, identifying these potential "tag-along" cases is attached hereto as Exhibit 1.

5. Because these actions are pending in the Northern District of Illinois, I have confirmed with the Clerk of the MDL Panel that the MDL Panel will leave it to the Courts of this District to decide whether these cases should be included within the MDL Proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of March 2006 at Los Angeles, California.

/s/ Bernard E. LeSage

**Exhibit 1**



**Buchalter**Nemer
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526.0683
Direct Dial Number: (213) 891-5230
Direct Facsimile Number: (213) 630-5715
E-Mail Address: *blesage@buchalter.com*

March 23, 2006

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:   *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*
            MDL Docket No. 1715

Dear Clerk of the Panel:

    This letter supplements Defendants Ameriquest Mortgage Company ("Ameriquest Mortgage"), Ameriquest Capital Corporation ("Ameriquest Capital") and Argent Mortgage Company ("Argent") (collectively, "Defendants") January 23, 2006, February 10, 2006 and March 10, 2006 letters, in which they identified seventy-five (75) potential "Tag Along" actions.

    By way of background, on or about December 13, 2005, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Transfer Order, pursuant to which it granted the motion to transfer pursuant to 28 U.S.C. § 1407 (the "Motion") filed by plaintiffs in *Cheryl Williams and Duvall Naughton v. Ameriquest Mortgage Company*, Case No. 05-CV-6189 (S.D. N.Y.) ("*Williams*"). The Panel therefore ordered each identified action in the Motion transferred to the United States District Court for the Northern District of Illinois, The Honorable Marvin E. Aspen presiding (the "Transferee Court"), for pretrial proceedings.

    Defendants opposed the Motion, and by this letter, reconfirm that they do not waive, but rather expressly preserve (for all purposes, including any appeals), all arguments raised in opposition to the Motion and all objections to the Transfer Order. These arguments and objections include, without limitation, those based on Federal and State Constitutional grounds, including but not limited to Due Process and Equal Protection under the law.

    Nevertheless, pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Rules") Defendants are compelled to identify the following actions as potential "Tag Along" actions as such actions are defined by the Rules.

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
March 23, 2006
Page 2

Also pursuant to the Rules, copies of the potential "Tag Along" complaints are enclosed herewith in folders labeled with the corresponding numbers for your convenience.

1. *Lucille Abercrombie, v. Argent Mortgage Co. et al.*, United States District Court for the Northern District of Illinois, Case No. 05-CV-01687 ("*Abercrombie*").

2. *John W. Anderson, Jr., et al., v. Ameriquest Mortgage Co.*, United States District Court for the District of Connecticut, Case No. 06-CV-0209 AWT ("*Anderson*").

3. *Monique M. Belcher, et al., v. Ameriquest Mortgage Co.*, United States District Court for the District of Connecticut, Case No. 06-CV-0195 ("*Belcher*").

4. *David Davis, et al., v. Argent Mortgage Co.*, United States District Court for the Western District of Oklahoma, Case No. 05-CV-00863 ("*Davis*").

5. *Johnnie Faison, v. Argent Mortgage Co., et al.*, United States District Court for the Middle District of Florida, Case No. 06-CV-00477 ("*Faison*").

6. *Susan Fitzgerald, et al., v. Ameriquest Mortgage Co.*, United States District Court for the District of Connecticut, Case No. 06-CV-0182 AWT ("*Fitzgerald*").

7. *Castella Williams Harris, v. Ameriquest Mortgage Co. et al.*, United States District Court for the Northern District of Illinois, Case No. 05-CV-04025 ("*Harris*").

8. *Kerry Hooley, et al., v. Argent Mortgage Co.*, United States District Court for the Western District of Oklahoma, Case No. 05-CV-00862 ("*Hooley*").

9. *John McCall, et al., v. Ameriquest Mortgage Co., et al.*, United States District Court for the District of Connecticut, Case No. 06-CV-00384 MRK ("*McCall*").

10. *Mary Overton, v. Ameriquest Mortgage Co.*, United States District Court for the District of New York, Case No. 05-CV-04719 ("*Overton*").

11. *Gavione Tammerello, v. Ameriquest Mortgage Co. et al.*, United States District Court for the Northern District of Illinois, Case No. 05-CV-00466 ("*Tammerello*").

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
March 23, 2006
Page 3

      Defendants are continuing to locate additional potential "Tag Along" actions and anticipate a further supplemental designation. As always, please feel free to contact me with any questions.

      Very truly yours,

      BUCHALTER NEMER
      A Professional Corporation

      By *[signature]*
      Bernard LeSage

Enclosures