## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

## DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AMENDED MOTION FOR REASSIGNMENT OF RELATED CASES

Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation by and through their counsel of record, hereby respectfully request that the Court, pursuant to Rule 201 of the Federal Rules of Civil Procedure, take judicial notice of the following:

///

///

///

1

EXHIBIT
  NO.

  1.        February 27, 2006 Conditional Transfer Order by the Judicial Panel on
  Multidistrict Litigation

DATED: March 23, 2006                  Respectfully submitted,

BUCHALTER NEMER
A Professional Corporation

By: /s/  Bernard E. LeSage
    *Attorneys for Defendants Ameriquest
    Mortgage Company, Ameriquest Capital
    Corporation, Argent Mortgage Company and
    Town and Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

# Exhibit 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2006

FILED
CLERK'S OFFICE

### DOCKET NO. 1715

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, ___ F.Supp.2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

**SCHEDULE CTO-1 - TAG-ALONG ACTIONS
DOCKET NO. 1715
IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES
LITIGATION**

DIST. DIV. C.A. #               CASE CAPTION

ALABAMA SOUTHERN
ALS  1  05-78          Valerie Lund Mitchell, et al. v. Ameriquest Mortgage Co., et al.

CALIFORNIA CENTRAL
CAC  2  05-1426        Raymond Quarterman, Jr. v. Ameriquest Capital Corp., et al.
CAC  2  05-4982        Maria Morrison, et al. v. Ameriquest Mortgage Co., et al.
CAC  8  05-285         Tonya Sumner Brown, et al. v. Ameriquest Capital Corp., et al.
CAC  8  05-907         Rosalind Van Gorp, et al. v. Ameriquest Mortgage Co., et al.
CAC  8  05-1117        Deborah Juillerat v. Ameriquest Mortgage Co.

CALIFORNIA NORTHERN
CAN  5  05-2905        Juan Medina v. Argent Mortgage Co., et al.

CONNECTICUT
CT  3  05-452          Wray Bailey, et al. v. Ameriquest Mortgage Co.
CT  3  05-1296         Jerome L. Sievers, et al. v. Ameriquest Mortgage Co., et al.
CT  3  05-1653         Wetzer Surin v. Alpha Mortgage Lending, LLC, et al.

FLORIDA MIDDLE
FLM  3  04-1296        George Barber, et al. v. Ameriquest Capital Corp., et al.
FLM  8  05-1849        Steven H. Ungar v. Ameriquet Mortgage Co.

FLORIDA SOUTHERN
FLS  1  05-21103       Miguel Almaguer v. Argent Mortgage Co., LLC, et al.

GEORGIA MIDDLE
GAM  1  05-107         J. Michael Campbell v. Johnnie Ross, et al.

INDIANA NORTHERN
INN  2  05-411         Joseph A. Mikowski, et al. v. Ameriquest Mortgage Co., et al.

INDIANA SOUTHERN
INS  1  05-1618        Katrina D. Purdy-Roth, et al. v. Argent Mortgage Co., LLC, et al.

LOUISIANA EASTERN
LAE  2  05-3067        John Darius Powell, et al. v. Ameriquest Mortgage Co.

MINNESOTA
MN  0  05-589          Thomas B. Doherty, et al. v. Town & Country Credit Corp.

NEW YORK EASTERN
NYE  2  05-3987        Richard A. Madrazo v. Ameriquest Mortgage Co.

OHIO NORTHERN
OHN  1  05-1126        Pegi Saunders, et al. v. Ameriquest Mortgage Co., et al.

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1715

DIST. DIV. C.A. #                    CASE CAPTION

PENNSYLVANIA EASTERN
  PAE  2  05-1096          Scott T. Reuter, et al. v. WM Specialty Mortgage, LLC, et al.
  PAE  2  05-4427          Michele D'Ambrogi, et al. v. Ameriquest Mortgage Co.
  PAE  2  05-6112          Jeanette Stokes Godwin v. Argent Mortgage Co., LLC, et al.

PENNSYLVANIA WESTERN
  PAW 2  05-391            Karen M. Kahrer v. Ameriquest Mortgage Co.

RHODE ISLAND
  RI    1  05-153          Lillian Melendez v. Ameriquest Mortgage Co.
  RI    1  05-527          Eddy G. Pena v. Ameriquest Mortgage Co.
  RI    1  05-528          Richard Daneau v. Ameriquest Mortgage Co.
  RI    1  05-529          Maria S. Eyre v. Ameriquest Mortgage Co.
  RI    1  05-530          Charles F. Parisi v. Ameriquest Mortgage Co.
  RI    1  05-531          Karleen M. Frost v. Ameriquest Mortgage Co.
  RI    1  05-532          Richard J. Silvia v. Ameriquest Mortgage Co.
  RI    1  05-533          Joseph F. Creamer, III v. Ameriquest Mortgage Co.
  RI    1  05-538          Renee Leclerc v. Ameriquest Mortgage Co.

TENNESSEE MIDDLE
  TNM 3  05-793            Rickie Ann Reese v. Ameriquest Mortgage Co., et al.