IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## CERTIFICATE OF SERVICE

I, Berard E, Lesage, hereby certify that on this 23rd day of March 2006, true and correct copies of the foregoing documents were filed electronically:

1. DEFENDANTS' AMENDED MOTION FOR REASSIGNMENT OF RELATED CASES

2. DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR AMENDED MOTION FOR REASSIGNMENT OF RELATED CASES

3. SUPPLEMENTAL DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF DEFENDANTS' AMENDED MOTION FOR REASSIGNMENT OF RELATED CASES

4. DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AMENDED MOTION FOR REASSIGNMENT OF RELATED CASES

5. DEFENDANTS' SUPPLEMENTAL APPENDIX OF RELATED CASES IN SUPPORT OF AMENDED MOTION FOR REASSIGNMENT OF RELATED CASES

   Notice of these filings will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access these filings through the Court's system. I further certify that true and correct copies were additionally sent via first class mail to all parties listed on the attached service list.

DATED: March 23, 2006       BUCHALTER NEMER
                  A Professional Corporation

                  By: /s/ Bernard E. LeSage
                     BERNARD E. LESAGE
                  *Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**SEE ATTACHED SERVICE LIST**

BN 809745v1

## MDL SERVICE LIST
## IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

| | |
|---|---|
| *Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton* | Elizabeth J. Cabraser<br>Kelly M. Dermody<br>Caryn Becker<br>LIEFF CABRASER HEIMANN & BERSTEIN,LLP<br>275 Battery Street, 30th Fl.<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br>Facsimile: 415-956-1008 |
| | Gena E. Wiltsek<br>Rachel German<br>LIEFF CABRASER HEIMANN & BERSTEIN, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017<br>Telephone: 212-355-9500<br>Facsimile: 212-355-9292 |
| | Lawrence Tien<br>Kamran Mashoyekh<br>The Tien Law Firm, LLP<br>10235 West Little York Road, Suite 470<br>Houston, TX 77040<br>Telephone: 713-937-0223<br>Facsimile: 713-937-0220 |
| *Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes* | Emmett C. Stanton<br>Aaron Myers<br>Fenwick & West LLP<br>801 California Street<br>Silicon Valley Center<br>Mountain View, CA 94041<br>Telephone: 650-988-8500<br>Facsimile: 650-938-5200 |
| | Bryan A. Kohm<br>Fenwick & West LLP<br>275 Battery Street, 16th Floor<br>San Francisco, CA 94111<br>Telephone: 415-875-2300<br>Facsimile: 415-281-1350 |

|  |  |
|---|---|
|  | Shirley Hochhausen<br>Community Legal Services in East Palo Alto<br>2117-B University Avenue<br>East Palo Alto, CA 94303<br>Telephone: 650-326-6440<br>Facsimile: 650-326-9722 |
| *Attorneys for Plaintiff Adolph Peter Kurt Burggraff* | Douglas Bowdoin<br>255 South Orange Avenue, Suite 300<br>Orlando, FL 32801<br>Telephone: 407-422-0025 |
|  | Jonathan Andrews Boynton<br>Sarah Brite Evans<br>Kirby Noonan & Sweat<br>American Plaza<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101-3302<br>Telephone: 619-231-8666 |
|  | Terry Smiljanich<br>Kathleen Clark Knight<br>James Hoyer Newcoomer & Smiljanich<br>1 Urban Centre<br>4830 West Kennedy Boulevard, Suite 550<br>Tampa, FL 33609<br>Telephone: 813-286-4100<br>Facsimile: 813-286-4174 |
| *Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert, Daisybel Tolbert, David R. Murphy, David M. Wakefield, Isabell M. Murphy, Janet Wakefield and Lynn Gay* | Gary Klein<br>Elizabeth Ryan<br>Shennan Kavanagh<br>Roddy Klein & Ryan<br>727 Atlantic Avenue, 2nd Floor<br>Boston, MA 02111<br>Telephone: (617) 357-5500 ext. 15<br>Facsimile: (617) 357-5030 |
| *Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert* | O. Randolph Bragg<br>Horowitz, Horowitz & Associates<br>25 E. Washington Street, Suite 900<br>Chicago, Illinois 60602 |
|  | Theresa I. Wigginton<br>Law Office of Theresa I. Wigginton<br>915 Oakfield Rd., Suite F<br>Brandon, FL 33511<br>Telephone: 813-653-2992 |

BN 809745v1

| | |
|---|---|
| *Attorneys for Defendants Ameriquest Mortgage Company* | Daniel A. Casey<br>Jonathan B. Morton<br>Jeffrey T. Kucera<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Miami Center – 20th FL<br>201 South Biscayne Boulevard<br>Miami, FL 33131-3300<br>Telephone: 305-539-3300<br>Facsimile 305-358-7095<br><br>Brian Mark Forbes<br>Ryan M. Tosi<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>75 State Street, 6th Floor<br>Boston, MA 02109<br>Telephone: 617-261-3100<br>Facsimile: 617-261-3175<br><br>R. Bruce Allensworth<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Telephone: 617-261-3119<br>Facsimile: 617-261-3175<br><br>Craig Varga<br>Varga Berger Ledsky Hayes & Casey<br>224 S. Michigan Ave., Suite 350<br>Chicago, IL 60604<br>Telephone: 312-341-9400 |
| *Additional Parties* | Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC<br>120 S. LaSalle Street, 18th floor<br>Chicago, Illinois 60603-3403<br>Telephone: 312-739-4200<br>Facsimile: 312-419-0379<br><br>Daniel Harris, Esq.<br>THE LAW OFFICES OF DANIEL HARRIS<br>150 N. Wacker Drive, Suite 3000<br>Chicago, IL 60606 |

BN 809745v1