IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before Judge Marvin E. Aspen |

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 3, 2006, a true and correct copy of the foregoing document, **Plaintiff, Gavione Tammerello's Objections and Opposition to Defendant's Amended Motion for Reassignment of Related Cases**, was electronically filed with the Clerk of the Court. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system and the parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email to all parties listed under lead case no. 05 CV 07097, specifically:

| | |
|---|---|
| Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton | Lieff Cabraser Heimann & Berstein, LLP<br>Elizabeth J. Cabraser, ecabraser@lchb.com<br>Kelly M. Dermody, kdermod@lchb.com<br>Caryn Becker, cbecker@lchb.com<br>Gena E. Wiltske, gwiltsek@lchb.com<br>Rachel German, rgerman@lchb.com |
| Attorneys for Plaintiff, Adolph Peter Kurt Burggraff | James Hoyer Newcoomer & Smiljanich<br>Terry Smiljanich, tsmiljanich@jameshoyer.com<br>Kathleen Clark Knight, kknight@jameshoyer.com |
| Attorneys for Plaintiffs, Latonya Williams, Duwayne Williams, William F. Tolbert, Daisybel Tolbert, David R. Murphy, David M. Wakefield, Isabell M. Murphy, Janet Wakefield, and Lynn Gray | Roddy Klein & Ryan<br>Gary Klein, klein@roddykleinryan.com<br>Elizabeth Ryan, ryan@roddykleinryan.com<br>Shennan Kavanagh, kavanagh@roddykleinryan.com |

1

| | |
|---|---|
| Attorneys for Defendants, Ameriquest Mortgage Company, Ameriqest Capital Corporation, Argent Mortgage Company, and Town and Country Credit Corporation | Buchalter, Nemer Fields & Younger<br>Bernard E. LeSage, blesage@buchalter.com<br>Sarah K. Andrus, sandrus@buchalter.com<br>Buchalter Nemer, bnemer@buchalter.com |
| Attorneys for Defendant Ameriquest Mortgage Company | Kirkpatrick & Lockhart Nicolson Graham, LLP<br>Daniel A. Casey, dcasey@klng.com<br>Jonathan B. Morton, jmorton@klng.com<br>Jeffery T. Kucerajkucera@klng.com<br>Brian Mark Forbes, bforbes@klng.com<br>Ryan M. Tosi, rtosi@klng.com<br>R. Bruce Allensworth, ballensworth@klng.com<br><br>Varga Berger Ledsky Hayes & Casey<br>Craig Varga, cvarga@vblhc.com<br>Jonathan N. Ledsky, jledsky@vblhc.com |

Respectfully submitted,

_____
s/Stanley L. Hill,
One of plaintiff's attorneys

Stanley L. Hill,
Dalal M. Jarad
STANLEY L. HILL & ASSOCIATES, P.C.
10 South LaSalle Street, Suite 1301
Chicago, Illinois 60603
(312) 917-8888
(312) 781-9401 FAX

2