IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 1715 |
| | Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before Judge Marvin E. Aspen |

## PLAINTIFF, GAVIONE TAMMERELLO'S OBJECTIONS & OPPOSITION TO DEFENDANT'S AMENDED MOTION FOR REASSIGNMENT OF RELATED CASES

NOW COMES the plaintiff, GAVIONE TAMMERELLO (hereinafter, "plaintiff"), by and through his attorneys, STANLEY L. HILL and DALAL M. JARAD, and in opposition to defendant, Ameriquest Mortgage Company's Amended Motion for Reassignment of Related Cases, states as follows:

1. Plaintiff has a suit pending against defendant, captioned *Gavione Tammerello v. Ameriquest Mortgage Company*, docket no. **05 C 0466**, and is currently assigned to Judge David Coar.

2. Plaintiff's suit includes TILA claims against defendant which are not merely for TILA rescission of the loan. Rather, plaintiff asserts he did not exercise rescission of the loan within three years as a consequence of material non-disclosure and fraud by defendant. Therefore, plaintiff's case and the cases defendant currently seeks to reassign to this Court do not involve the same issues of fact.

3. In addition to the TILA claims against defendant, plaintiff's pending action against defendant specifically includes claims under both the Illinois Consumer Fraud Act and common law fraud. None of the other cases defendant seeks to reassign to this Court appear to include

1

similar claims for statutory or common law fraud.

4. Further, in plaintiff's case, defendant filed a motion for summary judgment, which has been fully briefed and completed and, upon information and belief, Judge Coar, who has already issued a prior ruling denying defendant's motion to dismiss asserting similar claims or grounds as a basis for dismissal, is expected to issue a dispositive ruling or has expended judicial time and effort in researching and/or preparing a ruling. Given this progression, history, and judicial time and effort expended, reassignment of this case to this Court would delay the proceedings and disposition for this plaintiff and no judicial time and effort would be saved were this Court to reassign this case.

WHEREFORE, plaintiff, GAVIONE TAMMERELLO, respectfully requests that this Honorable Court enter an order denying defendant's motion for reassignment of his case to this Court and for such other relief deemed necessary and appropriate.

Respectfully submitted,

s/ Stanley L. Hill,
One of plaintiff's attorneys

Stanley L. Hill,
Dalal M. Jarad
STANLEY L. HILL & ASSOCIATES, P.C.
10 South LaSalle Street, Suite 1301
Chicago, Illinois 60603
(312) 917-8888
(312) 781-9401 FAX

2