**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Lead Case No. 05-cv-07097<br>(Centralized before the Honorable Marvin E. Aspen) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR PROVISIONAL CERTIFICATION OF RESCISSION CLASS**

Plaintiffs submit the District Court decision in *McKenna et al. v. First Horizon Home Loan Corp.*, C.A. slip op. No. 04-10370-RCL (D. Mass. March 31, 2006) (copy attached) in support of their Motion for Provisional Certification of a Rescission Class for Purposes of Preliminary Injunctive Relief. [Docket No. 10.] The District Court in *McKenna* certified a class of borrowers for the purposes of declaratory judgment as to the existence of an extended right to rescind under the Truth in Lending Act, 15 U.S.C. § 1601 *et seq*. ("TILA"). Plaintiffs here seek the same relief.

Plaintiffs note that they relied on the Magistrate's report in their moving papers. Plaintiffs' Memorandum In Support Of Motion For Provisional Certification, p. 9 and Reply Memorandum, p. 5-6. [Docket Nos. 14 and 76]. In adopting the Magistrate's report, District Judge Lindsey considers and expressly rejects an argument that Ameriquest makes here – that the presence of a class action provision in 15 U.S.C. § 1640 creates an inference that Congress did not intend to allow class relief under 15 U.S.C. § 1635. *McKenna*, pp. 4-5.

Respectfully submitted,

Dated: April 6, 2006

/s/ Gary Klein

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 021111-2810
Telephone: (617) 357-5500
Facsimile: (617) 357-5030
klein@roddykleinryan.com

Kelly M. Dermody
Caryn Becker
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Terry Smiljanich
JAMES, HOYER, NEWCOMBER & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174