# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LTIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen) |

## CERTIFICATE OF SERVICE

I, Shennan Kavanagh, hereby certify that on this 6th day of April, 2006, I served Plaintiffs' Notice of Supplemental Authority In Support Of Motion For Provisional Certification Of Rescission Class and the attachment thereto, by sending true and correct copies by first class mail, postage prepaid, to all the persons on the attached MDL Service List.

/s/Shennan Kavanagh
Shennan Kavanagh