UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                  Case No.: 1:05−cv−07097
                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 4, 2006:

MINUTE entry before Judge Marvin E. Aspen dated 4/4/06: Motion hearing held. Defendants' motion and amended motion for reassignment of related cases is granted in part and denied in part. The court accepts the cases proposed by defendants except for the following: 05 C 1687 Abercrombie v. Argent (J. Filip); 05 C 389, Hubbard v. Ameriquest (J. Filip); 05 C 1007, Washington v. Ameriquest, (J. Coar); 05 C 432, Jones v. Ameriquest, (J. Coar); 05 C 4709, Lemmons v. ameriquest, (J. Kendall); 05 C 5024, Payne v. Ameriquest, (J. Nolan); 05 C 4696, Zarate v. Ameriquest, (J. Keys); and 05 C 466, Tammerello v. Ameriquest, (J. Coar). Plaintiffs' cross−motion for reassignment of related cases is granted. ((79, 88, 92 & 99). Motions terminated. As previously ordered, discovery is stayed as to the pending cases before Judge Aspen. The stay of discovery also applies to the new cases just reassignd and accepted by Judge Aspen. For those cases any other cases not transferrred to Judge Aspen, discovery is not stayed and the parties must abide by existing discovery and briefing schedules set by the respective judges in those cases.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.