IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>MDL DOCKET No. 06-cv-01734<br><br>JEROME L. SIEVERS and<br>CHERYL M. SIEVERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>    Defendants. | |

## DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF STATEMENT REGARDING MOTION TO COMPEL

Defendant Ameriquest Mortgage Company, by and through its counsel of record, hereby respectfully requests that the Court take judicial notice of the following pursuant to Rule 201 of the Federal Rules of Civil Procedure:

EXHIBIT NO.

    1.    February 27, 2006 Conditional Transfer Order by the Judicial Panel on Multidistrict Litigation.

EXHIBIT NO.

2.  Order Lifting Stay of Conditional Transfer Order filed on April 10, 2006 with the United States District Court for the District of Connecticut.

DATED: April 18, 2006

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

# Exhibit 1

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

February 27, 2006

TO INVOLVED COUNSEL

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached Schedule CTO-1)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:** March 14, 2006 (4 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 7 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1715

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 1 05-78 | Valerie Lund Mitchell, et al. v. Ameriquest Mortgage Co., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-1426 | Raymond Quarterman, Jr. v. Ameriquest Capital Corp., et al. |
| CAC 2 05-4982 | Maria Morrison, et al. v. Ameriquest Mortgage Co., et al. |
| CAC 8 05-285 | Tonya Sumner Brown, et al. v. Ameriquest Capital Corp., et al. |
| CAC 8 05-907 | Rosalind Van Gorp, et al. v. Ameriquest Mortgage Co., et al. |
| CAC 8 05-1117 | Deborah Juillerat v. Ameriquest Mortgage Co. |
| **CALIFORNIA NORTHERN** | |
| CAN 5 05-2905 | Juan Medina v. Argent Mortgage Co., et al. |
| **CONNECTICUT** | |
| CT 3 05-452 | Wray Bailey, et al. v. Ameriquest Mortgage Co. |
| CT 3 05-1296 | Jerome L. Sievers, et al. v. Ameriquest Mortgage Co., et al. |
| CT 3 05-1653 | Wetzer Surin v. Alpha Mortgage Lending, LLC, et al. |
| **FLORIDA MIDDLE** | |
| FLM 3 04-1296 | George Barber, et al. v. Ameriquest Capital Corp., et al. |
| FLM 8 05-1849 | Steven H. Ungar v. Ameriquet Mortgage Co. |
| **FLORIDA SOUTHERN** | |
| FLS 1 05-21103 | Miguel Almaguer v. Argent Mortgage Co., LLC, et al. |
| **GEORGIA MIDDLE** | |
| GAM 1 05-107 | J. Michael Campbell v. Johnnie Ross, et al. |
| **INDIANA NORTHERN** | |
| INN 2 05-411 | Joseph A. Mikowski, et al. v. Ameriquest Mortgage Co., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 05-1618 | Katrina D. Purdy-Roth, et al. v. Argent Mortgage Co., LLC, et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 05-3067 | John Darius Powell, et al. v. Ameriquest Mortgage Co. |
| **MINNESOTA** | |
| MN 0 05-589 | Thomas B. Doherty, et al. v. Town & Country Credit Corp. |
| **NEW YORK EASTERN** | |
| NYE 2 05-3987 | Richard A. Madrazo v. Ameriquest Mortgage Co. |
| **OHIO NORTHERN** | |
| OHN 1 05-1126 | Pegi Saunders, et al. v. Ameriquest Mortgage Co., et al. |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1715            Page 2 of 2

DIST. DIV. C.A. #          CASE CAPTION

PENNSYLVANIA EASTERN
- PAE 2 05-1096    Scott T. Reuter, et al. v. WM Specialty Mortgage, LLC, et al.
- PAE 2 05-4427    Michele D'Ambrogi, et al. v. Ameriquest Mortgage Co.
- PAE 2 05-6112    Jeanette Stokes Godwin v. Argent Mortgage Co., LLC, et al.

PENNSYLVANIA WESTERN
- PAW 2 05-391    Karen M. Kahrer v. Ameriquest Mortgage Co.

RHODE ISLAND
- RI 1 05-153    Lillian Melendez v. Ameriquest Mortgage Co.
- RI 1 05-527    Eddy G. Pena v. Ameriquest Mortgage Co.
- RI 1 05-528    Richard Daneau v. Ameriquest Mortgage Co.
- RI 1 05-529    Maria S. Eyre v. Ameriquest Mortgage Co.
- RI 1 05-530    Charles F. Parisi v. Ameriquest Mortgage Co.
- RI 1 05-531    Karleen M. Frost v. Ameriquest Mortgage Co.
- RI 1 05-532    Richard J. Silvia v. Ameriquest Mortgage Co.
- RI 1 05-533    Joseph F. Creamer, III v. Ameriquest Mortgage Co.
- RI 1 05-538    Renee Leclerc v. Ameriquest Mortgage Co.

TENNESSEE MIDDLE
- TNM 3 05-793    Rickie Ann Reese v. Ameriquest Mortgage Co., et al.

(a) Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b) Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c) Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d) Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e) Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f) Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5: MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a) Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b) Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c) Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d) A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e) Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

RULE 5.2:     SERVICE OF PAPERS FILED

(a)     All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)     The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)     Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)     In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)     If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

# INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Kalley Rae Aman
Buchalter, Nemer, Fields & Younger
1000 Whilshire Blvd.
Suite 1500
Los Angeles, CA 90017-2457

Kerstin Arusha
Fair Housing Law Project
111 West St. John
Suite 315
San Jose, CA 95113

Timothy A. Balombin
Wilson Sonsini Goodrich & Rosati
One Market, Spear Tower
Suite 3300
San Francisco, CA 94105

Adam J. Bass
Buchalter, Nemer, Fields & Younger
1000 Wilshire Boulevard
15th Floor
Los Angeles, CA 90017

Caryn Becker
Lieff, Cabraser, Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Road
Suite 512
Rocky Hill, CT 06067

Jonathan Craig Bourne
Law Office of J. Craig Bourne
1520 E. Livingston Street
Orlando, FL 32803

Alan A. Bouwkamp
Newton Becker Bouwkamp
3755 East 82nd Street
Suite 220
Indianapolis, IN 46240

Douglas Clark Bowdoin
Douglas Bowdoin, P.A.
255 South Orange Avenue
Suite 800
P.O. Box 2254
Orlando, FL 32802-2254

William R. Bowdoin
Darby, Peele, Bowdoin, Payne &
Kennon
P.O. Drawer 1707
285 N.E. Hernando Avenue
Lake City, FL 32055

Jill H. Bowman
James, Hoyer, Newcomer, &
Smiljanich, P.A.
One Urban Centre
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609

Jonathan A. Boynton
Post, Kirby, Noonan & Sweat
American Plaza, 11th Floor
600 West Broadway
San Diego, CA 92101

Jimmie H. Brown
P.O. Box 1646
Albany, GA 31702-2303

Paul L. Brozdowski
Law Offices of Paul L. Brozdowski
Park City Plaza
10 Middle Street
7th Floor
Bridgeport, CT 06604

Alexander H. Burke
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

J. Michael Campbell
One Lakeside
9900 Hammond Drive, NE
Suite 800
Atlanta, GA 30328-5511

Daniel A. Casey
Kirkpatrick Lockhart Nicholson
Graham LLP
201 S. Biscayne Blvd., Suite 2000
Miami, FL 33131-2399

Michael J. Ceresto
Buchalter, Nemer, Fields & Younger
1000 Wilshire Blvd.
15th Floor
Los Angeles, CA 90017

Eva Marie Ciko
Kirkpatrick Lockhart Nicholson
Graham LLP
599 Lexington Avenue
New York, NY 10022-6030

Gary Cook
27801 Euclid Avenue
Suite 640
Euclid, OH 44132

Kara Czanik
Graydon, Head & Ritchey
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

Charles M. Delbaum
Southeast Louisiana Legal Services
1200 Derek Drive
Suite 100
Hammond, LA 70403

Lauren Graham Delehey
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Alvin Scott Derrick
Gullett, Sanford, Robinson & Martin
P.O. Box 198888
Nashville, TN 37219-8888

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103

Kent W. Easter
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94303-1050

Sandhya M. Feltes
Kaplin Stewart
350 Sentry Parkway
Building 640
Blue Bell, PA 19422-0765

Brian M. Forbes
Kirkpatrick Lockhart Nicholson
Graham LLP
75 State Street
Boston, MA 02109

George L. Forbes
Forbes, Forbes & Associates
700 Rockefeller Building
614 West Superior Avenue
Cleveland, OH 44113

Richard J. Fuller
Mansfield, Tanick & Cohen, P.A.
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

David J. George
Lerach Coughlin Stoia Geller
Rudman & Robbins
197 South Federal Hwy, Suite 200
Boca Raton, FL 33432

Edward P. Grimmer
Edward P. Grimmer, PC
603 North Main Street
Crown Point, IN 46307

Brenda M. Hamilton
Brown, Raysman, Millstein, Felder
& Steiner
City Place II
185 Asylum Street
10th Floor
Hartford, CT 06103

Daniel Harris
Law Office Of Daniel Harris
150 N. Wacker Drive, Suite 3025
Chicago, IL 60606

Albert F. Hofeld, Jr.
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Joseph James Huss
Krinzman Huss & Lubetsky
1111 Brickell Avenue, 29th Floor
Miami, FL 33131

Roland B. Jarvis
Roland B. Jarvis, P.C.
1315 Walnut Street, Suite 1326
Philadelphia, PA 19107

Andrew S. Kasmen
Burns & Kasmen
261 Old York Road, Suite A-51
Jenkintown, PA 19046

Evan J. Kaufman
Lerach Coughlin Stoia Geller
Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Ashby L. Kent
171 Seventeenth Street
Suite 1100
Atlanta, GA 30363

Andrew S. Kierstead
Law Office of Andrew S. Kierstead
1001 SW 5th Avenue, Suite 1100
Portland, OR 97204

Kathleen Clark Knight
James Hoyer Newcomer &
Smiljanich
1 Urban Centre
4830 West Kennedy Blvd.
Suite 550
Tampa, FL 33609

Spencer Y. Kook
Barger & Wolen LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071

Peter Lachmann
250 West Main Street
Room 210
Branford, CT 06405

Banks C. Ladd
P.O. Box 1254
Mobile, AL 36633-1254

James K. Langdon, II
Dorsey & Whitney LLP
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402-1498

Bernard E. LeSage
Buchalter, Nemer, Fields &
Younger
1000 Wilshire Blvd., 15th Floor
Los Angeles, CA 90017

Christopher M. Lefebvre
Law Offices of Claude Lefebvre
P.O. Box 479
Pawtucket, RI 02862

Gary F. Lynch
Carlson Lynch Ltd.
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA 16107

Hsiao C. Mao
Adleson, Hess & Kelly, PC
577 Salmar Avenue, 2nd Floor
Campbell, CA 95008

David R. Markham
Blumenthal, Ostroff & Markham
2255 Calle Clara
La Jolla, CA 92037

David S. Markun
17383 West Sunset Blvd., Suite A380
Pacific Palisades, CA 90272

Kamran Mashayekh
Tien Law Firm, LLP
10235 West Little York Road
Suite 470
Houston, TX 77040

Christine L. Mast
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Sam J. McAllester, III
Bone, McAllester & Norton, PLLC
511 Union Street, Suite 1600
Nashville, TN 37219

Sharmila L. Murthy
Legal Aid Society of Middle
Tennessee
300 Deaderick Street
Nashville, TN 37201

Daniel O. Myers
Richardson Patrick Westbrook &
Brickman, LLC
1037 Chuck Dawley Blvd
Bldg. A
Mt Pleasant, SC 29464

Perry A. Napolitano
Reed Smith, LLP
James H. Reed Building
435 Sixth Avenue
Pittsburgh, PA 15219

Jack R. Nelson
Reed Smith, LLP
1999 Harrison Street
Oakland, CA 94612

John K. Parchman
New Orleans Legal Assistance
1010 Common Street
Suite 1400A
New Orleans, LA 70112

Joseph M. Pastore, III
Drier LLP
One Landmark Square
20th Floor
Stamford, CT 06901

Jon Howard Patterson
Burr & Forman L.L.P.
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Gregory L. Paulson
Crowder, Bedor & Paulson, LLP
555 W. 7th Street
Suite 201
St. Paul, MN 55102

John C. Pipes
Helmsing, Leach, Herlong, et al.
P.O. Box 2767
Mobile, AL 36652

Richard S. Ravosa
Waterfront Lawyers Building
236 Commercial Street
Boston, MA 02109

Raymond George Robinson
Robinson & Liebaert
4000 Palos Verdes Drive North
Suite 200
Palos Verdes, CA 90274

Anthony Rollo
McGlinchey Stafford
P.O. Box 60643
New Orleans, LA 70160

Samuel H. Rudman
Lerach Coughlin Stoia Geller
Rudman & Robbins
58 South Service Road
Suite 200
Melville, NY 11747

Stephen Peter Santiago
Stephen P. Santiago, PA
9755 SW 40th Terrace
Miami, FL 33165

David A. Scholl
6 St. Albans Avenue
Newtown Square, PA 19073

Stephen M. Sedor
Durant, Nichols, Houston, et al.
1057 Broad Street
Bridgeport, CT 06604-0351

Eric J. Simonson
McGlinchey Stafford
1001 McKinney
Suite 1500
Houston, TX 77002

Terry A. Smiljanich
James, Hoyer, Newcomer, &
Smiljanich, P.A.
One Urban Centre, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609-2517

George C. Springer, Jr.
Brown, Raysman, Millstein, Felder &
Steiner
City Place II
185 Asylum Street
10th Floor
Hartford, CT 06103

Marc R. Stanley
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Mark L. Tamburri
Reed Smith, LLP
James H. Reed Bldg.
435 Sixth Avenue
Pittsburgh, PA 15219

Craig A. Varga
Varga, Berger, Ledsky, Hayes &
Casey
224 South Michigan Avenue
Suite 350
Chicago, IL 60604

Bryan A. Vroon
Vronn & Crongeyer, LLP
1230 Peachtree Street
Suite 2450
Atlanta, GA 30309

William M. Walsh
Ablitt & Caruolo, P.C.
33 College Hill Road
Building 15C
Warwick, RI 02886

Howard P. Walthall, Jr.
1235 50th Place South
Birmingham, AL 35222

Matthew J. Zevin
Stanley, Mandel & Iola, L.L.P.
550 West C Street
Suite 1770
San Diego, CA 92101

Edward S. Zusman
Markum, Zusman & Compton, LLP
465 California Street
5th Floor
San Francisco, CA 94104

**From:** CMECF@ctd.uscourts.gov
**Sent:** Tuesday, April 11, 2006 8:00 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:05-cv-01296-RNC Sievers et al v. Ameriquest Mortgage Co et al "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Bauer, J. entered on 4/11/2006 at 7:59 AM EDT and filed on 4/10/2006
**Case Name:** Sievers et al v. Ameriquest Mortgage Co et al
**Case Number:** 3:05-cv-1296
**Filer:**
**Document Number:** 55

**Docket Text:**
Conditional Transfer ORDER. Case transferred to Northern District of Illinois, Eastern Division @ Chicago.. Signed by Michael J. Beck, Clerk MDL Panel(Bauer, J.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=4/11/2006] [FileNumber=849447-0]
[3c1ac9104271fda20a61165fe71e480e1fa0d82e13e585d6b429bddf050f3a1c38fa
c38ccc852e6cfe54f2fcd2100eadd30263e037a437edbf2b9a7a4ebc4bef]]

**3:05-cv-1296 Notice will be electronically mailed to:**

Patrick M. Birney    pbirney@brownraysman.com, ccanty@brownraysman.com; ccannon@brownraysman.com; mbonner@brownraysman.com; ksullivan@brownraysman.com

Brenda M. Hamilton    bhamilton@brownraysman.com, ccanty@brownraysman.com; mbonner@brownraysman.com; ksullivan@brownraysman.com; ccannon@brownraysman.com

Peter Lachmann    Plachmann@peoplepc.com,

George C. Springer, Jr    gspringer@brownraysman.com, ccanty@brownraysman.com; ksullivan@brownraysman.com; mbonner@brownraysman.com; ccannon@brownraysman.com

**3:05-cv-1296 Notice will be delivered by other means to:**

4/11/2006

**Exhibit 2**

A CERTIFIED TRUE COPY

MAR 1 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 4 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
FEB 27 2006

2006 APR FILED 11 17
CLERK'S OFFICE

DOCKET NO. 1715

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

(SEE ATTACHED SCHEDULE)

06 C 1734
Judge Aspen

### CONDITIONAL TRANSFER ORDER (CTO-1)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, ___ F.Supp.2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Page 1 of 2

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

**ALABAMA SOUTHERN**
~~ALS 1 05-78~~                ~~Valerie Lund Mitchell, et al. v. Ameriquest Mortgage Co., et al.~~  Opposed 3/10/06

**CALIFORNIA CENTRAL**
~~CAC 2 05-1426~~              ~~Raymond Quarterman, Jr. v. Ameriquest Capital Corp., et al.~~  Opposed 3/15/06
~~CAC 2 05-4982~~ N.D. of IL   ~~Maria Morrison, et al. v. Ameriquest Mortgage Co., et al.~~  Opposed 3/14/06
CAC 8 05-285 ✗ 06-1730         Tonya Sumner Brown, et al. v. Ameriquest Capital Corp., et al.
CAC 8 05-907 ✗ 06-1731         Rosalind Van Gorp, et al. v. Ameriquest Mortgage Co., et al.
CAC 8 05-1117 06-1732          Deborah Juillerat v. Ameriquest Mortgage Co.

**CALIFORNIA NORTHERN**
~~CAN 5 05-2905~~              ~~Juan Medina v. Argent Mortgage Co., et al.~~  Opposed 3/14/06

**CONNECTICUT**
CT 3 05-452 ✗ 06-1733          Wray Bailey, et al. v. Ameriquest Mortgage Co.
CT 3 05-1296 ✗ 06-1734         Jerome L. Sievers, et al. v. Ameriquest Mortgage Co., et al.
~~CT 3 05-1653~~               ~~Wetzer Surin v. Alpha Mortgage Lending, LLC, et al.~~  Opposed 3/14/06

**FLORIDA MIDDLE**
FLM 3 04-1296 ✗ 06-1735        George Barber, et al. v. Ameriquest Capital Corp., et al.
FLM 8 05-1849 ✗ 06-1736        Steven H. Ungar v. Ameriquet Mortgage Co.

**FLORIDA SOUTHERN**
~~FLS 1 05-21103~~             ~~Miguel Almaguer v. Argent Mortgage Co., LLC, et al.~~  Opposed 3/15/06

**GEORGIA MIDDLE**
~~GAM 1 05-107~~               ~~J. Michael Campbell v. Johnnie Ross, et al.~~  Opposed 3/10/06

**INDIANA NORTHERN**
INN 2 05-411 ✗ 06-1737         Joseph A. Mikowski, et al. v. Ameriquest Mortgage Co., et al.

**INDIANA SOUTHERN**
INS 1 05-1618 ✗ 06-1738        Katrina D. Purdy-Roth, et al. v. Argent Mortgage Co., LLC, et al.

**LOUISIANA EASTERN**
~~LAE 2 05-3067~~              ~~John Darius Powell, et al. v. Ameriquest Mortgage Co.~~  Opposed 3/15/06

**MINNESOTA**
MN 0 05-589 ✗ 06-1739          Thomas B. Doherty, et al. v. Town & Country Credit Corp.

**NEW YORK EASTERN**
NYE 2 05-3987 ✗ 06-1740        Richard A. Madrazo v. Ameriquest Mortgage Co.

**OHIO NORTHERN**
OHN 1 05-1126 ✗ 06-1741        Pegi Saunders, et al. v. Ameriquest Mortgage Co., et al.

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1715                     Page 2 of 2

DIST. DIV. C.A. #            CASE CAPTION

PENNSYLVANIA EASTERN
~~PAE 2 05-1096~~              ~~Scott T. Reuter, et al. v. WM Specialty Mortgage, LLC, et al.~~  Opposed 3/13/06
PAE 2 05-4427 ~~*~~ 06-1742 Michele D'Ambrogi, et al. v. Ameriquest Mortgage Co.
~~PAE 2 05-6112~~              ~~Jeanette Stokes Godwin v. Argent Mortgage Co., LLC, et al.~~  Opposed 3/13/06

PENNSYLVANIA WESTERN
~~PAW 2 05-391~~               ~~Karen M. Kahrer v. Ameriquest Mortgage Co.~~          Opposed 3/15/06

RHODE ISLAND
~~RI 1 05-153~~                ~~Lillian Melendez v. Ameriquest Mortgage Co.~~         Vacated 3/09/06
~~RI 1 05-527~~                ~~Eddy G. Pena v. Ameriquest Mortgage Co.~~             Opposed 3/08/06
~~RI 1 05-528~~                ~~Richard Daneau v. Ameriquest Mortgage Co.~~           Opposed 3/08/06
~~RI 1 05-529~~                ~~Maria S. Eyre v. Ameriquest Mortgage Co.~~            Opposed 3/08/06
~~RI 1 05-530~~                ~~Charles F. Parisi v. Ameriquest Mortgage Co.~~        Opposed 3/08/06
~~RI 1 05-531~~                ~~Karleen M. Frost v. Ameriquest Mortgage Co.~~         Opposed 3/08/06
~~RI 1 05-532~~                ~~Richard J. Silvia v. Ameriquest Mortgage Co.~~        Opposed 3/08/06
~~RI 1 05-533~~                ~~Joseph F. Creamer, III v. Ameriquest Mortgage Co.~~   Opposed 3/08/06
~~RI 1 05-538~~                ~~Renee Leclerc v. Ameriquest Mortgage Co.~~            Opposed 3/08/06

TENNESSEE MIDDLE
~~TNM 3 05-793~~               ~~Rickie Ann Reese v. Ameriquest Mortgage Co., et al.~~ Opposed 3/15/06