# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>MDL DOCKET No. 06-cv-01734<br><br>JEROME L. SIEVERS and<br>CHERYL M. SIEVERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>    Defendants. | |

## CERTIFICATE OF SERVICE

I, Bernard E, Lesage, hereby certify that on this 18th day of April 2006, a true and correct copy of the foregoing documents were filed electronically:

    1.    DEFENDANT'S STATEMENT REGARDING MOTION TO COMPEL

    2.    DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF STATEMENT REGARDING MOTION TO COMPEL

Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that a true and correct copy of the foregoing documents were sent via first class mail to:

                    Peter A. Lachmann, Esq.
                    250 W. Main St., Rm 210
                      Branford, CT 06405

DATED: April 18, 2006                    By: /s/ Bernard E. LeSage

                                                 *Attorneys for Defendants Ameriquest*
                                                 *Mortgage Company, Ameriquest Capital*
                                                 *Corporation, Argent Mortgage Company and*
                                                 *Town and Country Credit Corporation*

                                                 Bernard E. LeSage (California Bar No. 61870)
                                                 Sarah K. Andrus (California Bar No. 174323)
                                                 BUCHALTER NEMER
                                                 A Professional Corporation
                                                 1000 Wilshire Boulevard, Suite 1500
                                                 Los Angeles, California 90017-2457
                                                 Telephone: (213) 891-0700
                                                 Facsimile: (213) 896-0400