# EXHIBIT D

OMB NO. 2502-0265

| | B. TYPE OF LOAN: | | |
|---|---|---|---|

.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

**SETTLEMENT STATEMENT**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. INS. |
|---|---|---|---|---|
| 6. FILE NUMBER: TTC05-03229 | | | 7. LOAN NUMBER: 0114842309 | |
| 8. MORTGAGE INS CASE NUMBER: | | | | |

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.  10  3/98  (TTC05-03229.PFD/TTC05-03229/9)

| . NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| ILE ELLIOT HAWKINS 23 W. 102ND STREET HICAGO ,IL 60628 | | Ameriquest Mortgage Company 745 McClintock Dr. Ste; 100 Burridge, IL 60527 |

| . PROPERTY LOCATION: | H. SETTLEMENT AGENT: | | I. SETTLEMENT DATE: |
|---|---|---|---|
| 23 W. 102ND STREET HICAGO, IL 60628 OOK County, Illinois | Tristar Title, LLC | ' | April 5, 2005 |
| | PLACE OF SETTLEMENT | | Disburse:04/12/05 |
| | 1301 W 22nd St Ste 101 Oak Brook, Illinois 60523 | | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **0. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 1. Contract Sales Price | | 401. Contract Sales Price | |
| 2. Personal Property | | 402. Personal Property | |
| 3. Settlement Charges to Borrower (Line 1400) | 10,998.19 | 403. | |
| 4. PAYOFF FIRST MORTGAGE to ABN AMRO MORTGAG | 90,561.78 | 404. | |
| 5. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 6. City/Town Taxes            to | | 406. City/Town Taxes            to | |
| 7. County Taxes              to | | 407. County Taxes              to | |
| 8. Assessments              to | | 408. Assessments              to | |
| 9. | | 409. | |
| 0. | | 410. | |
| 1. | | 411. | |
| 2. | | 412. | |
| **2. GROSS AMOUNT DUE FROM BORROWER** | 101,559.97 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **0. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 1. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 2. Principal Amount of New Loan(s) | 107,010.00 | 502. Settlement Charges (Line 1400) | |
| 3. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 4. | | 504. Payoff of first Mortgage | |
| 5. | | 505. Payoff of second Mortgage | |
| 6. | | 506. | . |
| 7. | | 507. | |
| 8. | | 508. | |
| 9. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 0. City/Town Taxes            to | | 510. City/Town Taxes            to | |
| 1. County Taxes              to | | 511. County Taxes              to | |
| 2. Assessments              to | | 512. Assessments              to | |
| 3. | | 513. | |
| 4. | | 514. | |
| 5. | | 515. | |
| 6. | | 516. | |
| 7. | | 517. | |
| 8. | | 518. | |
| 9. | | 519. | |
| **0. TOTAL PAID BY/FOR BORROWER:** | 107,010.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **0. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 1. Gross Amount Due From Borrower (Line 120) | 101,559.97 | 601. Gross Amount Due To Seller (Line 420) | |
| 2. Less Amount Paid By/For Borrower (Line 220) | ( 107,010.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| **1. CASH ( FROM ) ( X TO ) BORROWER** | 5,450.03 | **603. CASH ( TO ) ( FROM ) SELLER** | 0.00 |

he undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND
CCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY
HAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower                                                                        Seller

NILE ELLIOT HAWKINS

O THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE
UNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS
RANSACTION.

Tristar Title, LLc
Settlement Agent

/ARNING:  IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM.  PENALTIES UPON
ONVICTION CAN INCLUDE A FINE AND IMPRISONMENT.  FOR DETAILS SEE:  TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 0. TOTAL COMMISSION Based on Price | $ | @ 6.0000 % | | |
| Division of Commission (line 700) as Follows: | | | | |
| 1. $ | to | | | |
| 2. $ | to | | | |
| 3. Commission Paid at Settlement | | | | |
| 4. | to | | | |
| **0. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 1. Loan Origination Fee | % | to | | |
| 2. Loan Discount | % | to | | |
| 3. APPRSL/PROP VAL | to Ameriquest Mortgage Company | | 350.00 | |
| 4. TAX RELATED SERVICE FEE | to Ameriquest Mortgage Company | | 70.00 | |
| 5. FLOOD SEARCH FEE | to Ameriquest Mortgage Company | | 8.00 | |
| 6. LENDERS PROCESSING FEE | to Ameriquest Mortgage Company | | 625.00 | |
| 7. ADMIN FEE | to Ameriquest Mortgage Company | | 239.00 | |
| 8. APPLICATION FEE | to Ameriquest Mortgage Company | | 360.00 | |
| 9. | | | | |
| 0. | | | | |
| 1. | | | | |
| **0. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 1. Interest From 04/12/05 to 05/01/05 @ $ 30.340000/day ( 19 days %) | | | 576.46 | |
| 2. Mortgage Insurance Premium for months to | | | | |
| 3. Hazard Insurance Premium for 1.0 years to | | | | |
| 4. | | | | |
| 5. | | | | |
| **00. RESERVES DEPOSITED WITH LENDER** | | | | |
| 01. Hazard Insurance | 9.000 months @ $ 73.25 per month | | 659.25 | |
| 02. Mortgage Insurance | months @ $ per month | | | |
| 03. City/Town Taxes | months @ $ per month | | | |
| 04. County Taxes | 4.000 months @ $ 59.87 per month | | 239.48 | |
| 05. Assessments | months @ $ per month | | | |
| 06. | months @ $ per month | | | |
| 07. | months @ $ per month | | | |
| 08. | months @ $ per month | | | |
| **00. TITLE CHARGES** | | | | |
| 01. Settlement or Closing Fee | to MIKE SMITH HAWKINS | | 350.00 | |
| 02. Abstract or Title Search | to | | | |
| 03. Title Examination | to | | | |
| 04. Title Insurance Binder | to | | | |
| 05. Document Preparation | to | | | |
| 06. Notary Fees | to | | | |
| 07. Attorney's Fees | to | | | |
| (includes above Item numbers: ) | | | | |
| 08. Title Insurance | to Ticor Title Insurance Company | | 1,074.00 | |
| (includes above Item numbers: ) | | | | |
| 09. Lender's Coverage | $ 107,010.00 | | | |
| 10. Owner's Coverage | $ | | | |
| 11. STATE POLICY FEE | to Tristar Title, LLC | | 3.00 | |
| 12. | | | | |
| 13. | | | | |
| **00. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 01. Recording Fees: Deed $ ; Mortgage $ 63.00; Releases $ | | | 63.00 | |
| 02. City/County Tax/Stamps: Deed ; Mortgage | | | | |
| 03. State Tax/Stamps: Revenue Stamps ; Mortgage | | | | |
| 04. | | | | |
| 05. | | | | |
| **00. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 01. Survey | to | | | |
| 02. Pest Inspection | to | | | |
| 03. | | | | |
| 04. | | | | |
| 05. See add'l disb. exhibit | to | | 6,379.00 | |
| 00. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | | 10,898.19 | |

Tristar Title, LLC
Settlement Agent

certified to be a true copy.

he undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND
CCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY
HAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower                                                    Seller

**NILE ELLIOT HAWKINS**

O THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE
JNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS
RANSACTION.

Tristar Title, LLC
Settlement Agent

ARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON
ONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

# EXHIBIT E

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Preliminary [ ]   Final [X]

LENDER: Ameriquest Mortgage Company
745 McClintock Dr., Suite 100
Burr Ridge, IL 60527
(630)230-0803

Broker License:

Borrowers: NILE ELLIOTT HAWKINS

Type of Loan:   ADJUSTABLE RATE
Date:   April 5, 2005

Address:   423 WEST 102ND STREET
City/State/Zip:   Chicago, IL 60628

Loan Number:   0114642309 - 7305

Property:   423 W. 102nd Street, Chicago, IL  60628

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 10.539  % | $ 243,281.75 | $ 104,779.54 | $ 348,061.29 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $966.89 | 06/01/2005 | | | |
| 1 | $947.78 | 05/01/2035 | | | |

**VARIABLE RATE FEATURE:**
[X]  Your loan has a variable rate feature.  Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**   You are giving a security interest in the property located at: 423 W. 102nd Street, Chicago, IL  60628 .

**ASSUMPTION:**   Someone buying this property
[X]  cannot assume the remaining balance due under original terms.
[ ]  may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**   You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

**LATE CHARGES:**   If a payment is late, you will be charged  5.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
[ ]  may   [X]  will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower NILE ELLIOTT HAWKINS _____   Date _____

Borrower _____   Date _____

Borrower _____   Date _____

Borrower _____   Date _____

TIL1 (Rev. 7/01)



**ORIGINAL COPY**

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Preliminary ☐     Final ☒

LENDER: Ameriquest Mortgage Company
745 McClintock Dr., Suite 100
Burr Ridge, IL 60527
(630)230-0803

Broker License:

Borrowers: NILE ELLIOTT HAWKINS

Type of Loan: ADJUSTABLE RATE
Date: April 5, 2005

Address:          423 WEST 102ND STREET
City/State/Zip:  Chicago, IL 60628

Loan Number:  0114642309 - 7305

Property:    423 W. 102nd Street, Chicago, IL  60628

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.539  % | $ 243,281.75 | $ 104,779.54 | $ 348,061.29 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $966.89 | 06/01/2005 | | | |
| 1 | $947.78 | 05/01/2035 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**VARIABLE RATE FEATURE:**
☒  Your loan has a variable rate feature.  Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**   You are giving a security interest in the property located at: 423 W. 102nd Street, Chicago, IL  60628

**ASSUMPTION:**   Someone buying this property   ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**     You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:**   If a payment is late, you will be charged  5.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
☐ may   ☒ will not   have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

Borrower NILE ELLIOTT HAWKINS                                    Date                    Borrower                                    Date

Borrower                                    Date                    Borrower                                    Date

TIL1 (Rev. 7/01)



BORROWER COPY

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary   ☒ Final

LENDER: Ameriquest Mortgage Company
745 McClintock Dr., Suite 100
Burr Ridge, IL 60527
(630)230-0803

Broker License:

Borrowers: NILE ELLIOTT HAWKINS

Type of Loan: ADJUSTABLE RATE
Date: April 5, 2005

Address: 423 WEST 102ND STREET
City/State/Zip: Chicago, IL 60628

Loan Number: 0114642309 - 7305

Property: 423 W. 102nd Street, Chicago, IL 60628

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.539 % | $ 243,281.75 | $ 104,779.54 | $ 348,061.29 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $966.89 | 06/01/2005 | | | |
| 1 | $947.78 | 05/01/2035 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 423 W. 102nd Street, Chicago, IL 60628

ASSUMPTION: Someone buying this property ☒ cannot assume the remaining balance due under original terms
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES: If a payment is late, you will be charged 5.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
☐ may   ☒ will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

Borrower NILE ELLIOTT HAWKINS _____ Date _____

Borrower _____ Date _____

Borrower _____ Date _____

Borrower _____ Date _____

TIL1 (Rev. 7/01)



**BORROWER COPY**

# EXHIBIT F

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   April 5, 2005
LOAN NO. :   0114642309 - 7305
TYPE:   ADJUSTABLE RATE

BORROWER(S): NILE ELLIOTT HAWKINS

ADDRESS:        423 WEST 102ND STREET
CITY/STATE/ZIP:   Chicago, IL 60628

PROPERTY:   423 W. 102nd Street
            Chicago,  IL   60628

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

    ┌─────────────────────────────────────┐
    │ ENTER DOCUMENT SIGNING DATE          │
    │                                      │
    │   _____             │
    └─────────────────────────────────────┘ ;

    or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                   PHONE: (714)634-3494
Anaheim, CA 92806                    FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

    ┌─────────────────────────────────────┐
    │ ENTER FINAL DATE TO CANCEL           │
    │                                      │
    │   _____             │
    └─────────────────────────────────────┘

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                                DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

_____   _____        _____   _____
BORROWER/OWNER NILE ELLIOTT HAWKINS   Date         BORROWER/OWNER                        Date

_____   _____        _____   _____
BORROWER/OWNER                        Date         BORROWER/OWNER                        Date

1064-NRC (Rev 11/03)


0000011464230904000050101

**LENDER COPY**

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: April 5, 2005
LOAN NO.: 0114642309 - 7305
TYPE: ADJUSTABLE RATE

BORROWER(S): NILE ELLIOTT HAWKINS

ADDRESS: 423 WEST 102ND STREET
CITY/STATE/ZIP: Chicago,IL 60628

PROPERTY: 423 W. 102nd Street
Chicago, IL 60628

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

4/5/05                    ;

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

4/9/05

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                           DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

_____          _____        _____          _____
BORROWER/OWNER NILE ELLIOTT HAWKINS    Date           BORROWER/OWNER                        Date

_____          _____        _____          _____
BORROWER/OWNER                         Date           BORROWER/OWNER                        Date

1004-NRC (Rev 11/03)

0000011464230904000050101

**BORROWER COPY**

04/05/2005 4:57:38 PM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   April 5, 2005
LOAN NO.:   0114642309 - 7305
TYPE:   ADJUSTABLE RATE

BORROWER(S): NILE ELLIOTT HAWKINS

ADDRESS:        423 WEST 102ND STREET
CITY/STATE/ZIP:   Chicago,IL 60628

PROPERTY:   423 W. 102nd Street
              Chicago, IL  60628

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

_____     ;

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:       (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

_____     .

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

---

BORROWER/OWNER NILE ELLIOTT HAWKINS        Date        BORROWER/OWNER        Date

BORROWER/OWNER        Date        BORROWER/OWNER        Date

# EXHIBIT G

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0114642309 - 7305          Borrower(s): NILE ELLIOTT HAWKINS
Date: April 5, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  NILE ELLIOTT HAWKINS                  Date

_____          _____
Borrower/Owner                                       Date

_____          _____
Borrower/Owner                                       Date

_____          _____
Borrower/Owner                                       Date

+------------------------------------------------------------------+
|                   **REQUEST TO CANCEL**                          |
| I/We want to cancel loan #_____.     |
|                                                                  |
| _____    _____          |
| Borrower/Owner Signature             Date                        |
+------------------------------------------------------------------+


0000011464230904042201011

850 (10/00)

04/05/2005 4:57:38 PM

LENDER COPY

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0114642309 - 7305          Borrower(s): NILE ELLIOTT HAWKINS

Date: April 5, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner   NILE ELLIOTT HAWKINS          Date

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

---

## REQUEST TO CANCEL
**I/We want to cancel loan #**_____.

_____          _____
Borrower/Owner Signature          Date

---


0000011464230904042201 01

04/05/2005 4:57:38 PM

**BORROWER COPY**

850 (10/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0114642309 - 7305          Borrower(s): NILE ELLIOTT HAWKINS

Date: April 5, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____

Borrower/Owner  NILE ELLIOTT HAWKINS          Date

_____          _____

Borrower/Owner          Date

_____          _____

Borrower/Owner          Date

_____          _____

Borrower/Owner          Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____

Borrower/Owner Signature          Date

---



0000011464230904042220101

850 (10/00)

04/05/2005 4:57:38 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0114642309 - 7305          Borrower(s): NILE ELLIOTT HAWKINS

Date: April 5, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____          _____

Borrower/Owner  NILE ELLIOTT HAWKINS               Date


_____          _____

Borrower/Owner                                     Date


_____          _____

Borrower/Owner                                     Date


_____          _____

Borrower/Owner                                     Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____

Borrower/Owner Signature                          Date

---



0000011464230904042201010

850 (10/00)

04/05/2005 4:57:38 PM

## BORROWER COPY

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0114642309 - 7305          Borrower(s): NILE ELLIOTT HAWKINS

Date: April 5, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  NILE ELLIOTT HAWKINS                          Date

---

Borrower/Owner                                               Date

---

Borrower/Owner                                               Date

---

Borrower/Owner                                               Date

---

## REQUEST TO CANCEL

**I/We want to cancel loan #**_____.

---

Borrower/Owner Signature                          Date



0000011464230904042201 01

850 (10/00)

04/05/2005 4:57:38 PM

**BORROWER COPY**

# EXHIBIT H

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
### Chicago, Illinois  60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email:  edcombs@aol.com
### www.edcombs.com

April 3, 2005

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

AMC  Mortgage Services, Inc.
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606.

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

      Re:  Notice of rescission, claim and lien, Nile E. Hawkins, 423 West
          102nd Street, Chicago, IL  60628,  loan of April 5, 2005

Ladies/Gentlemen:

    Each of the above clients hereby give notice that they rescind the above loan for
noncompliance with the Truth in Lending Act.

    Please be further advised that we have been retained by the above clients to file suit
against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

    If you claim that the owner of the loan is other than Ameriquest Mortgage Company
or Ameriquest Mortgage Securities, Inc , please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: client

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on April 3, 2005.

_____
Daniel A. Edelman