# EXHIBIT D

OMB NO. 2502-0265

A.

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

SETTLEMENT STATEMENT

B. TYPE OF LOAN:

1. [ ] FHA 2. [ ] FmHA 3. [X] CONV. UNINS. 4. [ ] VA 5. [ ] CONV. INS.

6. FILE NUMBER: TTC04-03489

7. LOAN NUMBER: 0083573527

8. MORTGAGE INS CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals*

1.0 3/98 (TTC04-03489.PFD/TTC04-03489/7)

D. NAME AND ADDRESS OF BORROWER:

DIANE ANDERSON
67 LOVELL ST
ELGIN ,IL 60120

E. NAME AND ADDRESS OF SELLER:

F. NAME AND ADDRESS OF LENDER:

AMERIQUEST MORTGAGE COMPANY
2300 NORTH BARRINGTON RD STE 312
HOFFMANN ESTATES, IL

G. PROPERTY LOCATION:
67 LOVELL ST
ELGIN, IL 60120
KANE County, Illinois

H. SETTLEMENT AGENT:
Tristar Title, LLC

PLACE OF SETTLEMENT
1301 W 22nd St Ste 101
Oak Brook, Illinois 60523

I. SETTLEMENT DATE:
June 28, 2004

Disburse:07/06/04

| J. SUMMARY OF BORROWER'S TRANSACTION | |
|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | |
| 101. Contract Sales Price | |
| 102. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 16,179.79 |
| 104. PAYOFF MORTGAGE to BENEFICIAL FINANCIAL COR | 139,714.65 |
| 105. PAYOFF MORTGAGE to BENEFICIAL FINANCIAL COR | 26,403.45 |
| *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes to | |
| 107. County Taxes to | |
| 108. Assessments to | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 182,297.89 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | |
| 201. Deposit or earnest money | |
| 202. Principal Amount of New Loan(s) | 182,750.00 |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | |
| 211. County Taxes to | |
| 212. Assessments to | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 182,750.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 182,297.89 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 182,750.00) |
| *303. CASH ( FROM ) ( X TO ) BORROWER* | 452.11 |

| K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|
| 400. GROSS AMOUNT DUE TO SELLER: | |
| 401. Contract Sales Price | |
| 402. Personal Property | |
| 403. | |
| 404. | |
| 405. | |
| *Adjustments For Items Paid By Seller in advance* | |
| 406. City/Town Taxes to | |
| 407. County Taxes to | |
| 408. Assessments to | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| *420. GROSS AMOUNT DUE TO SELLER* | |
| 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 501. Excess Deposit (See Instructions) | |
| 502. Settlement Charges to Seller (Line 1400) | |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff of first Mortgage | |
| 505. Payoff of second Mortgage | |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| *Adjustments For Items Unpaid By Seller* | |
| 510. City/Town Taxes to | |
| 511. County Taxes to | |
| 512. Assessments to | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| *520. TOTAL REDUCTION AMOUNT DUE SELLER* | |
| 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 601. Gross Amount Due To Seller (Line 420) | |
| 602. Less Reductions Due Seller (Line 520) | ( ) |
| *603. CASH ( TO ) ( FROM ) SELLER* | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein
I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower ______________________
DIANE ANDERSON

Seller

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION

______________________
Tristar Title, LLC
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ % | | |
| *Division of Commission (line 700) as Follows:* | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission Paid at Settlement | | |
| 704. to | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee % to | | |
| 802. Loan Discount 2.1450 % to AMERIQUEST MORTGAGE COMPANY | 3,919.99 | |
| 803. Appraisal Fee to | | |
| 804. TAX RELATED SERVICE FEE to AMERIQUEST MORTGAGE COMPANY | 70.00 | |
| 805. FLOOD SEARCH FEE to AMERIQUEST MORTGAGE COMPANY | 16.00 | |
| 806. LENDERS PROCESSING FEE to AMERIQUEST MORTGAGE COMPANY | 626.00 | |
| 807. ADMINISTRATION FEE to AMERIQUEST MORTGAGE COMPANY | 239.00 | |
| 808. APPLICATION FEE to AMERIQUEST MORTGAGE COMPANY | 360.00 | |
| 809. | | |
| 810. | | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest From 07/06/04 to 08/01/04 @ $ 52.070000/day ( 26 days %) | 1,353.82 | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for 1.0 years to | | |
| 904. | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | |
| 1001. Hazard Insurance months @ $ per month | | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003. City/Town Taxes months @ $ per month | | |
| 1004. County Taxes months @ $ per month | | |
| 1005. Assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. months @ $ per month | | |
| 1100. TITLE CHARGES | | |
| 1101. Settlement or Closing Fee to TBD | 250.00 | |
| 1102. Abstract or Title Search to | | |
| 1103. Title Examination to | | |
| 1104. Title Insurance Binder to | | |
| 1105. Document Preparation to | | |
| 1106. Notary Fees to | | |
| 1107. Attorney's Fees to | | |
| *(includes above item numbers:* ) | | |
| 1108. Title Insurance to Ticor Title Insurance Company | 1,042.00 | |
| *(includes above item numbers:* ) | | |
| 1109. Lender's Coverage $ 182,750.00 | | |
| 1110. Owner's Coverage $ | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 38.00; Releases $ | 38.00 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | |
| 1204. | | |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. Survey to | | |
| 1302. Pest Inspection to | | |
| 1303. 2003 1ST INSTALLMNT RE:TAXES to KANE COUNTY COLLECTOR 05-11-429-013 | 1,069.98 | |
| 1304. | 7,195.00 | |
| 1305. See addit'l disb. exhibit to | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | 16,179.79 | |

Tristar Title, LLc
Settlement Agent

Certified to be a true copy

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT

Borrower

DIANE ANDERSON

Seller

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

Tristar Title, LLc
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U S CODE SECTION 1001 & SECTION 1010

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

Borrower: DIANE ANDERSON

## ADDITIONAL DISBURSEMENTS EXHIBIT

**Borrower:** DIANE ANDERSON
**Lender:** AMERIQUEST MORTGAGE COMPANY
**Settlement Agent:** Tristar Title, LLC
(630)954-4000
**Place of Settlement:** 1301 W 22nd St Ste 101
Oak Brook, Illinois 60523
**Settlement Date:** June 28, 2004
**Disbursement Date:** July 6, 2004
**Property Location:** 67 LOVELL ST
ELGIN, IL 60120
KANE County, Illinois

| PAYEE/DESCRIPTION | NOTE/REF NO | BORROWER | SELLER |
|---|---|---|---|
| FCNB/Masterturst<br>PAY ON ACCOUNT | | 1,812.00 | |
| Capital One Bank<br>PAY ON ACCOUNT | | 1,097.00 | |
| CBT Aspire<br>PAY ON ACCOUNT | | 1,309.00 | |
| HHLD Bank<br>PAY ON ACCOUNT | | 1,850.00 | |
| HHLD Bank<br>PAY ON ACCOUNT | | 777.00 | |
| AMERIQUEST MORTGAGE COMPANY<br>Staff Appraiser Fee | | 350.00 | |
| Total Additional Disbursements shown on Line 1305 | | $ 7,195.00 | $ 0.00 |

(TTC04-03489.PFD/TTC04-03489/7)

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(TTC04-03489.PFD/TTC04-03489/7)

# ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

**Borrower:** DIANE ANDERSON
**Lender:** AMERIQUEST MORTGAGE COMPANY
**Settlement Agent:** Tristar Title, LLC
(630)954-4000
**Place of Settlement:** 1301 W 22nd St Ste 101
Oak Brook, Illinois 60523
**Settlement Date:** June 28, 2004
**Disbursement Date:** July 6, 2004
**Property Location:** 67 LOVELL ST
ELGIN, IL 60120
KANE County, Illinois

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief. It is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

DIANE ANDERSON

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Tristar Title, LLc
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(TTC04-03489.PFD/TTC04-03489/7)

# EXHIBIT E

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

[ ] Preliminary [X] Final

LENDER:Ameriquest Mortgage Company
2300 N. Barrington Rd., # 312
Hoffman Estates, IL 60195
(847)755-9717

Broker License:

Borrowers:Diane Anderson

Type of Loan: ADJUSTABLE RATE
Date: June 28, 2004

Address: 67 Lovell Street
City/State/Zip: Elgin,IL 60120

Loan Number: 0083573527 - 7361

Property: 67 Lovell Street, Elgin, IL 60120

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 10.798 % | $ 421,325.36 | $ 175,565.19 | $ 596,890.55 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,658.04 | 09/01/2004 | | | |
| 335 | $1,658.04 | 09/01/2006 | | | |
| 1 | $1,654.19 | 08/01/2034 | | | |

VARIABLE RATE FEATURE:
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 67 Lovell Street, Elgin, IL 60120

ASSUMPTION: Someone buying this property [X] cannot assume the remaining balance due under original terms. [ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES: If a payment is late, you will be charged 5.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you [ ] may [X] will not have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

Borrower Diane Anderson Date

Borrower Dean Graig Anderson Date

Borrower Date

Borrower Date

TIL1 (Rev. 7/01) 
000000835735270305750101

ORIGINAL COPY

69

06/28/2004 3:16:16 PM

# TRUTH-IN-LENDING DISCLOSURE STATEMENT

(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

[ ] Preliminary [X] Final

LENDER: Ameriquest Mortgage Company
2300 N. Barrington Rd., # 312
Hoffman Estates, IL 60195
(847)755-9717

Broker License:

Borrowers: Diane Anderson

Type of Loan: ADJUSTABLE RATE
Date: June 28, 2004

Address: 67 Lovell Street
City/State/Zip: Elgin.IL 60120

Loan Number: 0083573527 - 7361

Property: 67 Lovell Street, Elgin, IL 60120

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.798 % | $ 421,325.36 | $ 175,565.19 | $ 596,890.55 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,658.04 | 09/01/2004 | | | |
| 335 | $1,658.04 | 09/01/2006 | | | |
| 1 | $1,654.19 | 08/01/2034 | | | |

VARIABLE RATE FEATURE:
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 67 Lovell Street, Elgin, IL 60120

ASSUMPTION: Someone buying this property [X] cannot assume the remaining balance due under original terms [ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES: If a payment is late, you will be charged 5.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

Borrower Diane Anderson Date

Borrower Dean Graig Anderson Date

Borrower Date

Borrower Date

TIL1 (Rev. 7/01)  0000008357352703057501 01

BORROWER COPY

70

06/28/2004 3:18:16 PM

# EXHIBIT F

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: June 28, 2004
LOAN NO.: 0083573527 - 7361
TYPE: ADJUSTABLE RATE

BORROWER(S): Diane Anderson

ADDRESS: 67 Lovell Street
CITY/STATE/ZIP: Elgin,IL 60120

PROPERTY: 67 Lovell Street
Elgin, IL 60120

You are entering into a transaction that will result in a mortgage/lien/security interest on your home You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is ENTER DOCUMENT SIGNING DATE ________ ;

or

2 The date you received your Truth in Lending disclosures;

or

3. The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN: **FUNDING**
PHONE: **(714)634-3494**
FAX: **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of ENTER FINAL DATE TO CANCEL ________

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

________________ SIGNATURE ________________ DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

| | |
|---|---|
| BORROWER/OWNER Diane Anderson Date | BORROWER/OWNER Dean Graig Anderson Date |
| BORROWER/OWNER Date | BORROWER/OWNER Date |

1054-NRC (Rev 01/04)  000000835735270400050101

**LENDER COPY**

06/28/2004 3:16:16 PM

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: June 28, 2004
LOAN NO.: 0083573527 - 7361
TYPE: ADJUSTABLE RATE

BORROWER(S): Diane Anderson

ADDRESS: 67 Lovell Street
CITY/STATE/ZIP: Elgin,IL 60120

PROPERTY: 67 Lovell Street
Elgin, IL 60120

You are entering into a transaction that will result in a mortgage/lien/security interest on your home You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is [ENTER DOCUMENT SIGNING DATE ________________] ;

or

2. The date you received your Truth in Lending disclosures;

or

3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN: **FUNDING**
PHONE: **(714)634-3494**
FAX: **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of [ENTER FINAL DATE TO CANCEL ________________]

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

________________________ SIGNATURE ________________ DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth In Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

BORROWER/OWNER Diane Anderson ________ Date

BORROWER/OWNER Dean Graig Anderson ________ Date

BORROWER/OWNER ________ Date

BORROWER/OWNER ________ Date


1064-NRC (Rev 01/04)


000000835735270400050101



BORROWER COPY 67

06/28/2004 3:16:16 PM

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: June 28, 2004
LOAN NO.: 0083573527 - 7361
TYPE: ADJUSTABLE RATE

BORROWER(S): Diane Anderson

ADDRESS: 67 Lovell Street
CITY/STATE/ZIP: Elgin,IL 60120

PROPERTY: 67 Lovell Street
Elgin, IL 60120

You are entering into a transaction that will result in a mortgage/lien/security interest on your home You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is [ENTER DOCUMENT SIGNING DATE ________________] ;

or

2. The date you received your Truth in-Lending disclosures;

or

3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of [ENTER FINAL DATE TO CANCEL ________________]

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

SIGNATURE ____________________ DATE ____________________

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel The exercise of this right by one borrower shall be effective to all borrowers

BORROWER/OWNER Diane Anderson ____ Date

BORROWER/OWNER Dean Graig Anderson ____ Date

BORROWER/OWNER ____ Date

BORROWER/OWNER ____ Date

1064-NRC (Rev 01/04)



000000835735270400050101

BORROWER COPY

06/28/2004 3:16:16 PM

68

# EXHIBIT G

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0083573527 - 7361 Borrower(s): Diane Anderson

Date: June 28, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

______________________________ ______________
Borrower/Owner Diane Anderson Date

______________________________ ______________
Borrower/Owner Dean Graig Anderson Date

______________________________ ______________
Borrower/Owner Date

______________________________ ______________
Borrower/Owner Date

## REQUEST TO CANCEL

**I/We want to cancel loan #______________________________.**

______________________________ ______________
Borrower/Owner Signature Date


000000835735270404220101

06/28/2004 3:16:16 PM

**LENDER COPY**

850 (10/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0083573527 - 7361 Borrower(s): Diane Anderson

Date: June 28, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner Diane Anderson Date

Borrower/Owner Dean Graig Anderson Date

Borrower/Owner Date

Borrower/Owner Date

## REQUEST TO CANCEL

**I/We want to cancel loan #____________________.**

Borrower/Owner Signature Date


000000835735270404220101

06/28/2004 3:16:16 PM

**BORROWER COPY**

850 (10/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0083573527 - 7361 Borrower(s): Diane Anderson

Date: June 28, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner Diane Anderson ____________ Date ____________

Borrower/Owner Dean Graig Anderson ____________ Date ____________

Borrower/Owner ____________ Date ____________

Borrower/Owner ____________ Date ____________

## REQUEST TO CANCEL

**I/We want to cancel loan #____________________.**

Borrower/Owner Signature ____________ Date ____________



000000835735270404220101

06/28/2004 3:16:16 PM

**BORROWER COPY**

850 (10/00)

23

# EXHIBIT H

Ameriquest Mortgage Company 

# Summary of Debts and Disbursements

(Refinance Loans Only)

Borrower: Diane Anderson

Date: June 28, 2004
Branch:
Hoffman Estates, IL

Loan Number: 0083573527 - 7361

| | Fees | |
|---|---|---|
| Loan Discount Fee | 2.145 | $3,919 99 |
| Lender Retained Fees | | $1,661 00 |
| Prepaid Interest | | $1,353 82 |
| Fees Paid to Others | | $1,330 00 |

Short to Close

Total Payoffs $173,688 02 *- Never received*

Cash to Borrower $797.17

*We received less than $2000*

Total Points & Fees $8,264.81

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| CBUSASEARS | $3,798.00 | | $35.00 |
| SPIEGEL | $1,962.00 | | $70.00 |
| CAPITAL ONE BANK | $2,416.00 | | $72.48 |
| FCNB/MASTERTRUST | | ✓ $1,812.00 | |
| BENFCL/HFC | | $26,334.03 | |
| CAPITAL ONE BANK | | ✓ $1,097.00 | |
| CAPITAL ONE BANK | $559.00 | | $17.00 |
| CBT ASPIRE | | ✓ $1,309.00 | |
| HHLD BANK | | ✓ $1,850.00 | |
| BENEFICIAL/HFC | | | |
| HHLD BANK | | ✓ $777.00 | |
| FNBO | $6,048.00 | | $51.00 |
| BENEFICIAL/HFC | | $139,439.01 | |
| SEVENTH AVENUE | $355.00 | | $10.65 |
| HEILGMEYRS | $538.00 | | $26.00 |
| KANE COUNTY TREASURER | | $1,069.98 | |



00000083573527020479010 1

Total Payments: $282.13

D&D (Rev.01/02)

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower : Diane Anderson

Loan Number : 0083573527 - 7361

| Payee | | Amount |
|---|---|---|
| FCNB/MASTERTRUST | (W) | $1,812.00 |
| BENFCL/HFC | (W) | $26,334.03 |
| CAPITAL ONE BANK | (W) | $1,097.00 |
| CBT ASPIRE | (W) | $1,309.00 |
| HHLD BANK | (W) | $1,850.00 |
| HHLD BANK | (W) | $777.00 |
| BENEFICIAL/HFC | (W) | $139,439.01 |
| KANE COUNTY TREASURER | (W) | $1,069.98 |

Total Wire: $175.565 19

Loan Amount: 182.750 00

Cash/Check from Borrower:

Borrower Proceeds: $797 17

Borrower Diane Anderson Date

Borrower Date

Borrower Date

Borrower Date

Title Company Representative Signature Date

885-7UNV (2/2004)



00000083573527030743D707

2

# CLOSING INSTRUCTIONS
# ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| TRISTAR TITLE. LLC | KELLY SLEETER | (630)954-4000 | TTC04-03489 |

| Borrower(s) | Property Address |
|---|---|
| Diane Anderson | 67 Lovell Street<br>Elgin IL 60120<br>Loan Number: 0083573527 |

FROM: Ameriquest Mortgage Company - Hoffman (Branch Name) Phone No. (847)755-9717 (Branch Phone No.) Fax (847)755-9737 (Branch Fax Number)

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS.

| LINE NO. ON SETTLEMENT STATEMENT / PAYEE | AMOUNT |
|---|---|
| 801 Loan origination fee % to | |
| 802. Loan discount 2.145 % to Ameriquest Mortgage Company | $3.919 99 |
| 803 Apprsl/Prop Val to | $0 00 |
| 808 Yield Spread Premium to | |
| 809 | |
| 810. Tax Related Service Fee to Ameriquest Mortgage | $70 00 |
| 811 Flood Search Fee to Ameriquest Mortgage Company | $16.00 |
| 812 Lenders Processing Fee to Ameriquest Mortgage | $626 00 |
| 813 Admin to Ameriquest Mortgage Company | $239 00 |
| 814. Doc Prep Fee to | |
| 815 Credit Report Fee to | |
| 816. Origination Fee % to | |
| 817. Application Fee to Ameriquest Mortgage Company | $360 00 |
| 818 Underwriting Fee to | |
| 819. Service Provider Fee to | |
| 820. Processing Fee to | |
| 821 Underwriting Fee to | |
| 822 Appraisal Fee to | |
| 901 Interest from 07/06/2004 to 08/01/2004 @ $52 07 per day | $1.353 82 |
| 902 Mortgage insurance premium for months to | |
| 903 Hazard Ins prem to | $0.00 |
| 904. Flood Ins prem to | |
| 1001 Hazard Insurance months @ $ per month | |
| 1002. Mortgage Insurance months @ $ per month | |
| 1003. Earthquake Ins months @ $ per month | |
| 1004 County prop. taxes months @ $ per month | |
| 1005. Annual assess months @ $ per month | |
| 1006. Flood months @ $ per month | |
| 1007 Windstorm Ins months @ $ per month | |
| 1008. | |
| 1101 Settlement or closing fee to tbd | $250 00 |
| 1102 Abstract or title search to | |
| 1103 Title examination to | |
| 1105. Document preparation to | |
| 1106 Notary fees to | |
| 1107. Attorney's fees to | |
| 1108 Title insurance to TRISTAR TITLE. LLC | $1,042 00 |
| 1109 Lender's coverage | |
| 1110 Owner's coverage $ $1,042.00 | |
| 1111 Settlement/Disbursement fee to | |
| 1112. Escrow Fee to | |
| 1201 Recording fees | $38 00 |
| 1202 City/county tax/stamps | |
| 1203 State tax/ stamps | |
| 1204. State specific fee | |
| 1301 Demand to | |
| 1302 Pest Inspection to | |
| 1303. Survey Fee | |
| 1304. Staff Appraiser Fee | $350.00 |
| 1305. Reconveyance Fee to | |
| 1306 | |
| 1307 Property Val Fee to | |
| 1308. Courier Fee | |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.

Borrower Diane Anderson ____ Date ____ Borrower ____ Date ____

Borrower ____ Date ____ Borrower ____ Date ____

Title Company Representative Signature ____ Date ____

000000835735270307430706

3

# EXHIBIT I

**EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.**
**120 S. LaSalle Street, 18th floor**
**Chicago, Illinois 60603-3403**
**(312) 739-4200**
**(800) 644-4673**
**(312) 419-0379 (FAX)**
**Email: edcombs@aol.com**
**www.edcombs.com**

March 13, 2006

**BY CERTIFIED MAIL**

Ameriquest Mortgage Corporation
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606.

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

Re: Notice of rescission, claim and lien, Dean Anderson and Diane Anderson, 67 Lovell Street, Elgin, Illinois, loan of June 28, 2004

Ladies/ Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on March 13, 2006.

Daniel A. Edelman