## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL | ) | Centralized before Judge |
| ACTIONS | ) | Marvin E. Aspen |
| | ) | |

### NOTICE OF MOTION

To:     See Attached Service List

     **PLEASE TAKE NOTICE** that on April 27, 2006 at 10:30 a.m., we will appear before Judge Marvin E. Aspen in Room 2568 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and present: **PLAINTIFFS' SECOND MOTION FOR REASSIGNMENT OF RELATED CASES,** copies of which are attached hereto and hereby served upon you.


                                        s/Daniel A. Edelman
                                        Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL   60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL | ) | Centralized before Judge |
| ACTIONS | ) | Marvin E. Aspen |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on April 20, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email to all parties listed below.

*Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton*

Elizabeth J. Cabraser, ecabraser@lchb.com
Kelly M. Dermody, kdermod@lchb.com
Caryn Becker, cbecker@lchb.com
Gena E. Wiltsek, gwiltsek@lchb.com
Rachel German, rgerman@lchb.com

*The Tien Law Firm, LLP*
Lawrence Tien, ltien@tienlawgroup.com
Kamran Mashoyekh,
  kamran@tienlawgroup.com

*Fenwick & West LLP*

*Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes*

Emmett C. Stanton, estanton@fenwick.com
Aaron Myers, amyers@fenwick.com
Bryan A. Kohm, bkohm@fenwick.com

*Community Legal Services in East Palo Alto*
Shirley Hochhausen,
  s_hochhausen@hotmail.com

*Lieff Cabraser Heimann & Berstein, LLP*

*Attorneys for Plaintiff Adolph Peter Kurt*

2

*Burggraff*
dbowdoin@bowdoinlaw.com

*Kirby Noonan & Sweat*
Jonathan Andrews Boynton,
    jboyton@knlh.com
Sarah Brite Evans, sevans@knlh.com

*James Hoyer Newcoomer & Smiljanich*
Terry Smiljanich,
    tsmiljanich@jameshoyer.com
Kathleen Clark Knight,
    kknight@jameshoyer.com

*Attorneys for Plaintiffs Latonya Williams,
Duwayne Williams, William F. Tolbert,
Daisybel Tolbert, David R. Murphy, David
M. Wakefield, Isabell M. Murphy, Janet
Wakefield and Lynn Gay*

*Roddy Klein & Ryan*
Gary Klein, klein@roddykleinryan.com
Elizabeth Ryan, ryan@roddykleinryan.com
Shennan Kavanagh,
    kavanagh@roddykleinryan.com

*Attorneys for Plaintiffs Latonya Williams,
Duwayne Williams, William F. Tolbert and
Daisybel Tolbert*

*Horowitz, Horowitz & Associates*
O. Randolph Bragg, rand@horowitzlaw.com

*Law Office of Theresa I. Wigginton*
Theresa I. Wigginton,
    terri@twiggintonlaw.com

*Attorneys for Defendants Ameriquest
Mortgage Company, Ameriquest Capital
Corporation, Argent Mortgage Company
and Town and Country Credit Corporation*

*Buchalter Nemer, A Professional Corp.*
Bernard E. LeSage, blesage@buchalter.com
Sarah K. Andrus, sandrus@buchalter.com
Buchalter Nemer, bnemer@buchalter.com

*Attorneys for Defendant Ameriquest
Mortgage Company*

*Kirkpatrick & Lockhart Nicholson Graham LLP*
Daniel A. Casey, dcasey@klng.com
Jonathan B. Morton, jmorton@klng.com
Jeffery T. Kucerajkucera@klng.com
Brian Mark Forbes, bforbes@klng.com
Ryan M. Tosi, rtosi@klng.com
R. Bruce Allensworth,
    ballensworth@klng.com

*Varga Berger Ledsky Hayes & Casey*
Craig Varga, cvarga@vblhc.com

Douglas Bowdoin,

3

Harry N. Arger, harger@dykema.com
Todd A. Gale, tgale@dykema.com
Richard E. Gottlieb, rgottlieb@dykema.com
David A. Wheeler, dwheeler@dykema.com

*Stanley Hill & Associates, P.C.*

*Attorneys for Plaintiff Giavone Tammerello*
Stanley L. Hill, stanhill@megsinet.net
Dalal M. Jarad, dmjarad@aol.com

*The Law Offices of Daniel Harris*

*Additional Party*
Daniel Harris, lawofficedh@yahoo.com

*Dykema Gossett, PLLC*

s/Daniel A. Edelman
Daniel A. Edelman

4