IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**CERTIFICATE OF SERVICE**

I, Bernard E, Lesage, hereby certify that on this 24th day of April 2006, a true and correct copy of the foregoing document was filed electronically:

>DEFENDANT AMERIQUEST MORTGAGE COMPANY'S STATEMENT OF ISSUES FOR COURT TO CONSIDER IN CONNECTION WITH PLAINTIFFS' SECOND MOTION FOR REASSIGNMENT OF RELATED CASES

Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that a true and correct copy of the foregoing document was sent via first class mail to:

SEE ATTACHED MAILING LIST

DATED: April 24, 2006　　　　　　　　By: /s/ Bernard E. LeSage

*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

MDL SERVICE LIST
IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

*Attorneys for Plaintiffs*

Elizabeth J. Cabraser
Kelly M. Dermody
Caryn Becker
LIEFF CABRASER HEIMANN &
    BERSTEIN,LLP
275 Battery Street, 30th Fl.
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Gena E. Wiltsek
Rachel German
LIEFF CABRASER HEIMANN &
    BERSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
Telephone: 212-355-9500
Facsimile: 212-355-9292

Lawrence Tien
Kamran Mashoyekh
The Tien Law Firm, LLP
10235 West Little York Road, Suite 470
Houston, TX 77040
Telephone: 713-937-0223
Facsimile: 713-937-0220

Emmett C. Stanton
Aaron Myers
Fenwick & West LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
Telephone: 650-988-8500
Facsimile: 650-938-5200

Bryan A. Kohm
Fenwick & West LLP
275 Battery Street, 16th Floor
San Francisco, CA 94111
Telephone: 415-875-2300
Facsimile: 415-281-1350

# MDL SERVICE LIST
## IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

Shirley Hochhausen
Community Legal Services in East Palo Alto
2117-B University Avenue
East Palo Alto, CA 94303
Telephone: 650-326-6440
Facsimile: 650-326-9722

Douglas Bowdoin
255 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-422-0025

Jonathan Andrews Boynton
Sarah Brite Evans
Kirby Noonan & Sweat
American Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101-3302
Telephone: 619-231-8666

Terry Smiljanich
Kathleen Clark Knight
James Hoyer Newcoomer & Smiljanich
1 Urban Centre
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609
Telephone: 813-286-4100
Facsimile: 813-286-4174

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

O. Randolph Bragg
Horowitz, Horowitz & Associates
25 E. Washington Street, Suite 900
Chicago, Illinois 60602

Theresa I. Wigginton
Law Office of Theresa I. Wigginton
915 Oakfield Rd., Suite F
Brandon, FL 33511
Telephone: 813-653-2992

# MDL SERVICE LIST
## IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

|  |  |
|---|---|
|  | Stanley L. Hill<br>Dalal M. Jarad<br>Stanley Hill & Associates, P.C.<br>10 South LaSalle Street<br>Suite 1301<br>Chicago, IL 60603<br><br>Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER, &<br>GOODWIN, LLC<br>120 S. LaSalle Street, 18th floor<br>Chicago, Illinois 60603-3403<br>Telephone: 312-739-4200<br>Facsimile: 312-419-0379<br><br>Daniel Harris, Esq.<br>THE LAW OFFICES OF DANIEL HARRIS<br>150 N. Wacker Drive, Suite 3000<br>Chicago, IL 60606 |
| *Attorneys for Defendants Ameriquest Mortgage Company* | Daniel A. Casey<br>Jonathan B. Morton<br>Jeffrey T. Kucera<br>Kirkpatrick & Lockhart Nicholson<br>    Graham LLP<br>Miami Center – 20th FL<br>201 South Biscayne Boulevard<br>Miami, FL 33131-3300<br>Telephone: 305-539-3300<br>Facsimile 305-358-7095<br><br>Brian Mark Forbes<br>Ryan M. Tosi<br>Kirkpatrick & Lockhart<br>    Nicholson Graham LLP<br>75 State Street, 6th Floor<br>Boston, MA 02109<br>Telephone: 617-261-3100<br>Facsimile: 617-261-3175<br><br>R. Bruce Allensworth<br>Kirkpatrick & Lockhart<br>    Nicholson Graham LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Telephone: 617-261-3119<br>Facsimile: 617-261-3175 |

# MDL SERVICE LIST
## IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

Craig Varga
Varga Berger Ledsky Hayes & Casey
224 S. Michigan Ave., Suite 350
Chicago, IL 60604
Telephone: 312-341-9400