# Appendix A
## (PART II)

<u>EXHIBIT D</u>

## CLOSING INSTRUCTIONS
## ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| INDIANA TITLE NETWORK COMPANY | SAMANTHA GLOVER | (219)662-6200 | 2332416-03 |

| Borrower(s) | Property Address |
|---|---|
| JOSEPH A MIKOWSKI | 1205 RUMELY<br>LA PORTE          IN          46350 |

Loan Number: 0110926662

FROM: Ameriquest Mortgage Company ~ Merrillville, IN     Phone No. (219)736-1200     Fax (219)736-1400
Branch Name                        Branch Phone No.                    Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | | AMOUNT |
|---|---|---|---|
| 801. Loan origination fee     % to | | | |
| 802. Loan discount  2.995 % to  Ameriquest Mortgage Company | | | $2,918.78 |
| 803. Apprsl/Prop Val to | | | |
| 805 Yield Spread Premium to | | | |
| 809. | | | |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | | | $70.00 |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | | | $9.00 |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | | | $626.00 |
| 813.Admin to Ameriquest Mortgage Company | | | $239.00 |
| 814. Doc. Prep  Fee to | | | |
| 815. Credit Report Fee to | | | |
| 816  Origination Fee     % to | | | |
| 817 Application Fee to  Ameriquest Mortgage Company | | | $350.00 |
| 818. Underwriting Fee to | | | |
| 819  Service Provider Fee to | | | |
| 820. Processing Fee  to | | | |
| 821 Underwriting Fee to | | | |
| 822. Appraisal Fee to | | | |
| 901  Interest from 03/03/2005  to  04/01/2005  @  $21.09 per day | | | $485.07 |
| 902. Mortgage insurance premium for          months to | | | |
| 903.  Hazard Ins prem to | | | |
| 904. Flood Ins prem to | | | |
| 1001. Hazard Insurance     months @ $     per month | | | |
| 1002. Mortgage insurance     months @ $     per month | | | |
| 1003 Earthquake Ins     months @ $     per month | | | |
| 1004. County prop taxes     months @ $     per month | | | |
| 1005. Annual assess.     months @ $     per month | | | |
| 1006 Flood     months @ $     per month | | | |
| 1007. Windstorm Ins     months @ $     per month | | | |
| 1008. | | | |
| 1101. Settlement or closing fee to  INDIANA TITLE     [W] *L $205.00 * | | | |
| 1102. Abstract or title search to  INDIANA TITLE NETWORK | | (W) | $75.00 |
| 1103. Title examination to | | | |
| 1105  Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| 1108. Title insurance to  INDIANA TITLE NETWORK | | (W) | $453.00 |
| 1109. Lender's coverage | | | |
| 1110  Owner's coverage          $ | | | |
| 1111. Settlement/Disbursement fee to | | | |
| 1112. Escrow Fee to | | | |
| 1201. Recording fees | | (W) | $60.00 |
| 1202. City/county tax/stamps | | | |
| 1203. State tax/ stamps | | | |
| 1204. State specific fee | | | |
| 1301. Demand to | | | |
| 1302. Pest inspection to | | | |
| 1303. Survey Fee | | | |
| 1304  Staff Appraiser Fee | | | $350.00 |
| 1305  Reconveyance Fee to | | | |
| 1306. | | | |
| 1307. Property Val Fee to | | | |
| 1308. Courier Fee | | | |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.

7777777707070700075785242717444000076734
3553307555110711316535471144107742437377
4612230774344737755510010736364461245771

_____     _____
Title Company Representative Signature          Date

**EXHIBIT E**

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER:Ameriquest Mortgage Company
55 W. 86th Ave.
Merrillville, IN 46410
(219)736-1200

| Preliminary | X | Final |

Broker License:

Borrowers:JOSEPH A MIKOWSKI

Type of Loan: ADJUSTABLE RATE
Date: March 2, 2005

Address:     1206 RUMELY ST
City/State/Zip:  LAPORTE,IN 46350

Loan Number: 0110926662 - 5570

Property:   1206 RUMELY, LA PORTE, IN 46350

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.361 % | $ 189,641.66 | $ 92,747.15 | $ 282,388.81 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $708.31 | 05/01/2005 | | | |
| 335 | $789.89 | 05/01/2007 | | | |
| 1 | $776.22 | 04/01/2035 | | | |

VARIABLE RATE FEATURE:
X  Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:     You are giving a security interest in the property located at: 1206 RUMELY, LA PORTE, IN 46350

ASSUMPTION:  Someone buying this property  [ X ] cannot assume the remaining balance due under original terms
  [  ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:     You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

LATE CHARGES:   If a payment is late, you will be charged  5.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
  [ X ] may    [  ] will not    have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower:JOSEPH A MIKOWSKI _____ Date ____    Borrower PATRICIA J MIKOWSKI _____ Date ____

Borrower _____ Date ____    Borrower _____ Date ____

TIL1 (Rev 7/01)   77777777070707000757652427177444007773352
5431744401071131763647105400774243737740
122307742417373590100107050557633544771007
050531109539200657351077

ORIGINAL COPY

03/02/2005 12:58:33 PM

**EXHIBIT F**

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  March 2, 2005
LOAN NO :  0110926862 - 5570
TYPE:  ADJUSTABLE RATE

BORROWER(S): JOSEPH A MIKOWSKI

ADDRESS:       1206 RUMELY ST
CITY/STATE/ZIP:   LAPORTE,IN 46350

PROPERTY:   1206 RUMELY
            LA PORTE, IN  46350

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1   The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

   or
2.   The date you received your Truth in Lending disclosures;
   or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                   PHONE: (714)634-3494
Anaheim, CA 92806                    FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____         _____
SIGNATURE                                  DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____  ____       _____  ____
BORROWER/OWNER JOSEPH A MIKOWSKI   Date        BORROWER/OWNER PATRICIA J MIKOWSKI  Date


_____  ____       _____  ____
BORROWER/OWNER                     Date        BORROWER/OWNER                      Date

7777777070707000767652427177444007777252
5431744401071131176384710540077424373774
1234-102 (Rev 11/26)   12230776523737280122307277243177640007
                       50007119429862240099101

LENDER COPY

03/02/2005 12:58:32 PM

**EXHIBIT G**

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0110926862 - 5570          Borrower(s): JOSEPH A MIKOWSKI
Date: March 2, 2005

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below

_____          _____
Borrower/Owner  JOSEPH A MIKOWSKI          Date

_____          _____
Borrower/Owner  PATRICIA J MIKOWSKI          Date

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

### REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature          Date

7777777707070700076765242717744400777352
54317444010711317636471054007742437377740
122307522543717759122301736074750175771007
U5597107200230412010T

110(1/02)

03/02/2005 12:58:32 PM

LENDER COPY

EXHIBIT H

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
## Chicago, Illinois 60603-3403
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email: edcombs@aol.com
## www.edcombs.com

October 18, 2005

BY CERTIFIED MAIL

Ameriquest Mortgage Corporation
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

> Re:  Notice of rescission and claim, Joseph A. Mikowski and Patricia J. Mikowski, 1206 Rumely Street, LaPorte, IN 46350, loan of March 2, 2005

Ladies/ Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on October 18, 2005.

_____
Daniel A. Edelman



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 1010 0000 3617 6822

Sent To
AMC MORTGAGE SERVICES
Street, Apt. No.; or PO Box No.
200 W. ADAMS ST.
City, State, ZIP+4
CHICAGO, IL 60606

PS Form 3800, June 2002          See Reverse for Instructions

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 1010 0000 3617 6839

Sent To
AMERIQUEST MTG. CO.
Street, Apt. No.; or PO Box No.
200 W. ADAMS ST.
City, State, ZIP+4
CHICAGO, IL 60606

PS Form 3800, June 2002          See Reverse for Instructions

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 1010 0000 3617 6846

Sent To
AMERIQUEST MTG. SECURITIES
Street, Apt. No.; or PO Box No.
1100 TOWN & COUNTRY RD., #1100
City, State, ZIP+4
ORANGE, CA 92868

PS Form 3800, June 2002          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMC MORTGAGE SERVICES, INC.
C/O REGISTERED AGENT
NATIONAL REGISTERED AGENTS
200 W. ADAMS ST.
CHICAGO, IL 60606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Norman Jackson_ ☑ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Norman Jackson_    10/19/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 1010 0000 3617 6922

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMERIQUEST MORTGAGE COMPANY
C/O REGISTERED AGENT
NATIONAL REGISTERED AGENTS
200 W. ADAMS
CHICAGO, IL 60606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Norman Jackson_ ☑ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Norman Jackson_    10/19/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 1010 0000 3617 6939

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMERIQUEST MORTGAGE SECURITIES
100 TOWN & COUNTRY ROAD
SUITE 1100
ORANGE, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
OCT 2 1 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 1010 0000 3617 6946

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540