**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: 2:05-CV-411 (N.D. Indiana, Hammond Division) | ) ) ) | Centralized before Judge Marvin E. Aspen |

---

| | | |
|---|---|---|
| JOSEPH A. MIKOWSKI and PATRICIA J. MIKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, and DOES 1-5, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:05-CV-411 <br> (N.D. Indiana, Hammond Division) <br><br><br><br> **JURY DEMANDED** |

## NOTICE OF MOTION

To: See Attached Service List

**PLEASE TAKE NOTICE** that on May 16, 2006 at 10:30 a.m., we will appear before Judge Marvin E. Aspen in Room 2568 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and present: **MOTION FOR LEAVE TO AMEND**.

      s/ Alexander H. Burke
      Alexander H. Burke

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Alexander H. Burke
EDELMAN, COMBS, LATTURNER

1

      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL   60603
(312) 739-4200
(312) 419-0379 (FAX)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> 2:05-CV-411 (N.D. Indiana, Hammond Division) ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

**CERTIFICATE OF SERVICE**

I, Alexander H. Burke, hereby certify that on May 4, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email to all parties listed below.

| | |
|---|---|
| *Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton* | *Lieff Cabraser Heimann & Berstein, LLP* <br> Elizabeth J. Cabraser, ecabraser@lchb.com <br> Kelly M. Dermody, kdermod@lchb.com <br> Caryn Becker, cbecker@lchb.com <br> Gena E. Wiltsek, gwiltsek@lchb.com <br> Rachel German, rgerman@lchb.com <br><br> *The Tien Law Firm, LLP* <br> Lawrence Tien, ltien@tienlawgroup.com <br> Kamran Mashoyekh, kamran@tienlawgroup.com |
| *Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes* | *Fenwick & West LLP* <br> Emmett C. Stanton, estanton@fenwick.com <br> Aaron Myers, amyers@fenwick.com <br> Bryan A. Kohm, bkohn@fenwick.com <br><br> *Community Legal Services in East Palo Alto* <br> Shirley Hochhausen, s_hochhausen@hotmail.com |

3

| | |
|---|---|
| *Attorneys for Plaintiff Adolph Peter Kurt Burggraff* | Douglas Bowdoin, dbowdoin@bowdoinlaw.com |
| | *Kirby Noonan & Sweat* <br> Jonathan Andrews Boynton, jboyton@knlh.com <br> Sarah Brite Evans, sevans@knlh.com |
| | *James Hoyer Newcoomer & Smiljanich* <br> Terry Smiljanich, tsmiljanich@jameshoyer.com <br> Kathleen Clark Knight, kknight@jameshoyer.com |
| *Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert, Daisybel Tolbert, David R. Murphy, David M. Wakefield, Isabell M. Murphy, Janet Wakefield and Lynn Gay* | *Roddy Klein & Ryan* <br> Gary Klein, klein@roddykleinryan.com <br> Elizabeth Ryan, ryan@roddykleinryan.com <br> Shennan Kavanagh, kavanagh@roddykleinryan.com |
| *Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert* | *Horowitz, Horowitz & Associates* <br> O. Randolph Bragg, rand@horowitzlaw.com |
| | *Law Office of Theresa I. Wigginton* <br> Theresa I. Wigginton, terri@twiggintonlaw.com |
| *Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation* | *Buchalter Nemer, A Professional Corp.* <br> Bernard E. LeSage, blesage@buchalter.com <br> Sarah K. Andrus, sandrus@buchalter.com <br> Buchalter Nemer, bnemer@buchalter.com |
| *Attorneys for Defendant Ameriquest Mortgage Company* | *Kirkpatrick & Lockhart Nicholson Graham LLP* <br> Daniel A. Casey, dcasey@klng.com <br> Jonathan B. Morton, jmorton@klng.com <br> Jeffery T. Kucerajkucera@klng.com <br> Brian Mark Forbes, bforbes@klng.com <br> Ryan M. Tosi, rtosi@klng.com <br> R. Bruce Allensworth, ballensworth@klng.com |
| | *Varga Berger Ledsky Hayes & Casey* <br> Craig Varga, cvarga@vblhc.com |

|   |   |
|---|---|
|   | *Dykema Gossett, PLLC*<br>Harry N. Arger, harger@dykema.com<br>Todd A. Gale, tgale@dykema.com<br>Richard E. Gottlieb, rgottlieb@dykema.com<br>David A. Wheeler, dwheeler@dykema.com |
| *Attorneys for Plaintiff Giavone Tammerello* | *Stanley Hill & Associates, P.C.*<br>Stanley L. Hill, stanhill@megsinet.net<br>Dalal M. Jarad, dmjarad@aol.com |
| *Additional Party* | *The Law Offices of Daniel Harris*<br>Daniel Harris, lawofficedh@yahoo.com |

  s/ Alexander H. Burke
Alexander H. Burke
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
aburke@edcombs.com