IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br><br> JOSEPH A. MIKOWSKI and PATRICIA J. MIKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, and DOES 1-5, <br><br> Defendants. | 2:05-CV-411 (N.D. Ind., Hammond Div.) |

**DECLARATION OF BRANDON BLOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO AMEND**

I, Brandon Block, declare as follows:

1. I am an associate with the law firm of Buchalter Nemer ("Buchalter"), a Professional Corporation, counsel for defendants Ameriquest Mortgage Company ("AMQ"), Ameriquest Capital Corporation, Town and Country Credit Corporation and Ameriquest Mortgage Securities, Inc. ("AMS") in the above-captioned litigation. I state that the records and documents referred to in this Declaration constitute writings taken or made in the regular or ordinary course of business of Buchalter at or near the time of the act, condition or event to which they relate by persons employed by Buchalter who had a business duty to Buchalter to accurately and completely take, make and maintain such records and documents. I make this

Declaration in support of the Opposition of AMQ and AMS to the Motion for Leave to Amend ("Motion") filed by plaintiffs Joseph A. Mikowski and Patricia K. Mikowski (together, "Plaintiffs") in *Mikowski, et al. v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Indiana, Case No. 2:05-CV-411. I know the following to be true and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

2. On May 3, 2006, I engaged in a telephone conversation with Daniel Edelman, Esq. of Edelman, Combs, Latturner & Goodwin, LLC ("ECLG"), counsel for Plaintiffs. During this conversation, Mr. Edelman confirmed his agreement that all matters in this multidistrict litigation proceeding ("MDL Proceeding") are stayed in their entirety pending further order of the Court. By letter dated May 4, 2006, I confirmed my May 3, 2006 conversation with Mr. Edelman in writing. A true and correct copy of my May 4, 2006 letter is attached hereto as Exhibit 1.

3. On or about May 5, 2006, Mr. Edelman sent me a letter contending that my May 3, 2006 letter "did not confirm the full content of our discussions of May 3." Specifically, Mr. Edelman stated that he informed me on May 3, 2006 that "plaintiffs specifically reserve the right to amend their pleadings," and that he did not believe that the Court's stay order "precludes the filing [sic] amended complaints." A true and correct copy of Mr. Edelman's May 5, 2006 letter is attached hereto as Exhibit 2.

4. Mr. Edelman's position in his May 5, 2006 letter was inaccurate and, on May 8, 2006, I sent Mr. Edelman a letter reiterating the substance of our conversation on May 3, 2006. A true and correct copy of my May 8, 2006 letter is attached hereto as Exhibit 3.

5. As detailed in my May 8, 2006 letter to Mr. Edelman, he and I agreed on May 3, 2006 that the Court's stay order covers all motion practice and discovery in the actions within this MDL Proceeding, and, therefore, defendants are not required to file responsive pleadings to the complaints in any cases filed by ECLG. At the end of our conversation, Mr. Edelman informed me that plaintiffs would be amending one of the complaints filed by ECLG. I did not object to his statement because the parties obviously are unable to preclude another party from amending their pleadings as a matter of course in accordance with the Federal Rules of Civil Procedure. At no time during our May 3, 2006 conversation, however, did Mr. Edelman inform me that ECLG would be filing a motion for leave to file an amended complaint. If Mr. Edelman

had informed me that ECLG would be filing a motion, I would have stated our objection to such a filing on the grounds that, as we discussed, the Court's stay order precludes the filing of all motions until further order of the Court.

6. In view of the foregoing, I requested that Mr. Edelman withdraw the Motion in my May 8, 2006 letter. As of the date of the filing of this Declaration, Mr. Edelman has yet to respond to my request.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 9th day of May 2006 at Los Angeles, California.

/s/ Brandon Block

**Exhibit 1**



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526.0683
Direct Dial Number: (213) 891-5108
Direct Facsimile Number: (213) 630-5781
E-Mail Address: *bblock@buchalter.com*

May 4, 2006

**VIA FACSIMILE AND MAIL**

Daniel A. Edelman, Esq.
Edelman, Combs, Latturner, & Goodwin, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603-3403
Fax No.: (312) 419-0379

Re: MDL No. 1715—In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Dear Mr. Edelman:

This letter shall confirm our discussions of yesterday in which you agreed that all of the cases filed by your firm presently pending in the above-referenced multidistrict litigation proceeding are stayed pending the next Status Conference before Judge Aspen. If this letter does not accurately reflect your understanding of our discussions, please let me know as soon as possible.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By *Milady Petrossian for*
Brandon Block

Confirmation Report - Memory Send

```
Page       : 001
Date & Time: May-04-06  03:51pm
Line 1     : 2138960400
Line 2     :
E-mail     :
Machine ID : Buchalter Nemer
```

| | | |
|---|---|---|
| Job number | : | 869 |
| Date | : | May-04 03:50pm |
| To | : | ☎13124190379 |
| Number of pages | : | 002 |
| Start time | : | May-04 03:50pm |
| End time | : | May-04 03:51pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number  : 869           \*\*\* SEND SUCCESSFUL \*\*\*

---

**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

## FACSIMILE TRANSMISSION

**DATE:** May 4, 2006              **FILE NUMBER:** L7526-0683

| To: | | |
|---|---|---|
| **NAME:** | **FAX NO.:** | **PHONE NO.:** |
| Daniel A. Edelman, Esq. Edelman, Combs, Latturner & Goodwin, LLC | (312) 419-0379 | |

| **FROM:** | Karen Rodgers-Maki | **PHONE:** | (213) 891-5765 |

**RE:**

| **NUMBER OF PAGES WITH COVER PAGE:** | |

**Message:**

| Start Time: | | a.m. / p.m. |
| Finish Time: | | a.m. / p.m. |
| Vicinity: | Local    Long Dist.    International |

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the US Postal Service. Thank You.
IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE.

**Exhibit 2**

LAW OFFICES OF
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 SOUTH LASALLE STREET
18TH FLOOR
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE www.edcombs.com
EMAIL edcombs@aol.com

May 5, 2006

**VIA FACSIMILE AND US MAIL**
Brandon Block
**Buchalter Nemer**
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 896-0400 (Fax)

    RE: **In re: Ameriquest Mortgage Company Lending Practices Litigation**
          MDL No. 1715
          Lead Case No. 05-cv-7097

Dear Mr. Block:

Your letter of May 4, 2006 referencing Judge Aspen's stay Order did not confirm the full content of our discussions of May 3. I stated that, in my view, it is not necessary for defendants to answer plaintiffs' complaints, but, in the interest of saving time later, plaintiffs specifically reserve the right to amend their pleadings. It is not our view that the Judge's Order precludes the filing amended complaints.

Sincerely,

Daniel A. Edelman

# LAW OFFICES
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle
18th Floor
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

'06 MAY 5 AM 10:17

## FACSIMILE TRANSMISSION

TO: Brandon Block

FAX NO: (213) 896-0400

FROM: Al Hofeld, Jr. (by bh)

RE: In Re Mortgage Co., Mortgage Lending Practices Litigation-MDL No. 1715

FILE NO: 16124                PAGES: 2 (w/ cover)

DATE: May 5, 2006

\*\*\*

Attached please find **Correspondence**, in the above-closed matter.

---

## PRIVILEGED COMMUNICATION
PLEASE PHONE 312/739-4200 IF YOU DO NOT RECEIVE ALL THE PAGES. This fax may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee(or are authorized to receive this fax for the addressee), you may not copy, use or distribute it. If you receive this fax in error, please contact the sender by telephone or fax immediately and return by U.S. Mail.

**Exhibit 3**



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526.0683
Direct Dial Number: (213) 891-5108
Direct Facsimile Number: (213) 630-5781
E-Mail Address: bblock@buchalter.com

May 8, 2006

**VIA FACSIMILE AND MAIL**

Daniel A. Edelman, Esq.
Edelman, Combs, Latturner, & Goodwin, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603-3403
Fax No.: (312) 419-0379

    Re:    <u>MDL No. 1715—In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation</u>

Dear Mr. Edelman:

I am in receipt of your letter of May 5, 2006, in which you contend that you informed me on May 3, 2006 that "plaintiffs specifically reserve the right to amend their pleadings," and that you do not believe that Judge Aspen's stay order in the referenced proceeding "precludes the filing [sic] amended complaints." Respectfully, your statements are misplaced and apparently meant to preclude any objection to plaintiffs' recently-filed <u>motion</u> to amend their complaint in *Mikowski, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:05-CV-411 (N.D. Ind.).

As confirmed in my May 4, 2006 letter to you, we agreed on May 3, 2006 that Judge Aspen's stay order covers <u>all motion practice</u>, as well as discovery, and, therefore, defendants in this proceeding are not required to file responsive pleadings to the complaints in any cases filed by your firm. At the end of our conversation, you informed me that plaintiffs would be amending one of the complaints filed by your firm. I did not object to your statement because the parties obviously are unable to preclude another party from amending their pleadings as a matter of course in accordance with the Federal Rules of Civil Procedure.

At no time during our May 3 conversation, however, did you inform me that your firm would be filing a <u>motion</u> for leave to file an amended complaint. If you had informed me of such fact, I would have stated our objection to such a filing on the grounds that, as we discussed, Judge Aspen's stay order precludes the filing of <u>all motions</u> pending the next Status Conference. Indeed, defendants also have various motions that the Court will be requested to schedule at the next Status Conference along with many other discovery and pleading issues, not the least of which will be defendants' motions to add responsible third-party closing agents to the extent they

BuchalterNemer

Daniel A. Edelman, Esq.
May 8, 2006
Page 2

were responsible for any miscommunication of borrowers' rescission rights.

Given the foregoing, we request that you immediately withdraw plaintiffs' motion to amend their complaint in *Mikowski*. Please let us know your intentions in this regard as soon as possible.

Finally, please ensure that Bernard LeSage and Sarah Andrus are copied on any correspondence to me regarding this proceeding. I was out of the office until today and no one else viewed your May 5, 2006 letter until my return.

                                        Very truly yours,

                                        BUCHALTER NEMER
                                        A Professional Corporation

                                        By _____
                                               Brandon Block

cc:    Bernard E. LeSage, Esq.
       Sarah K. Andrus, Esq.

BN 848821v1

# Confirmation Report - Memory Send

Page           : 001
Date & Time: May-08-06  11:38am
Line 1          : 2138960402
Line 2          : 2138960402
E-mail         : donotreply@buchalter.com
Machine ID : Buchalter Nemer

| | | |
|---|---|---|
| Job number | : | 719 |
| Date | : | May-08 11:36am |
| To | : | ☎13124190379 |
| Number of pages | : | 003 |
| Start time | : | May-08 11:36am |
| End time | : | May-08 11:37am |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 719 | *** SEND SUCCESSFUL *** |

---

**BuchalterNemer**
*A Professional Law Corporation*

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

## FACSIMILE TRANSMISSION

'06 MAY 8 AM 11:42

**DATE:** May 8, 2006                **FILE NUMBER:** L7526-0683

**To:**

| NAME: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Daniel A. Edelman, Esq. Edelman, Combs, Latturner & Goodwin, LLC | (312) 419-0379 | |

**FROM:** Brandon A. Block          **PHONE:** (213) 891-5108

**RE:** MDL NO. 1715 — In re Ameriquest Mortgage Co.

**NUMBER OF PAGES WITH COVER PAGE:** 3

**Message:**

| Start Time: | | a.m. / p.m. |
|---|---|---|
| Finish Time: | | a.m. / p.m. |
| Vicinity: | Local ___ Long Dist. ___ | International |

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.
If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the US Postal Service. Thank You.
**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE.**

BN 849015v1