**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>JOSEPH A. MIKOWSKI and PATRICIA J. MIKOWSKI,<br><br>       Plaintiffs,<br><br>   v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, and DOES 1-5,<br><br>       Defendants. | 2:05-CV-411 (N.D. Ind., Hammond Div.) |

**CERTIFICATE OF SERVICE**

I, Bernard E, Lesage, hereby certify that on this 9th day of May 2006, true and correct copies of the foregoing documents were filed electronically:

1. DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT;

2. DECLARATION OF BRANDON BLOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND;

3. DECLARATION OF JONATHAN LEDSKY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND; and

BN 850640v1                                                    1

4.    DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT.

Notice of these filings will be sent by electronic mail to all counsel of record by operation
of the Court's electronic filing system.  Parties may access these filings through the Court's
system.  I further certify that true and correct copies were additionally sent via first class mail to
all parties listed on the attached service list.

DATED: May 9, 2006                              Respectfully submitted,


                                                By: /s/  Bernard E. LeSage

                                                *Attorneys for Defendants Ameriquest Mortgage
                                                Company, Ameriquest Capital Corporation, Town
                                                and Country Credit Corporation, and Ameriquest
                                                Mortgage Securities, Inc.*

                                                Bernard E. LeSage (California Bar No. 61870)
                                                Sarah K. Andrus (California Bar No. 174323)
                                                BUCHALTER NEMER
                                                A Professional Corporation
                                                1000 Wilshire Boulevard, Suite 1500
                                                Los Angeles, California 90017-2457
                                                Telephone: (213) 891-0700
                                                Facsimile: (213) 896-0400

**MDL SERVICE LIST**
**IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION**


*Attorneys for Plaintiffs*

Elizabeth J. Cabraser
Kelly M. Dermody
Caryn Becker
LIEFF CABRASER HEIMANN &
    BERSTEIN,LLP
275 Battery Street, 30th Fl.
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Gena E. Wiltsek
Rachel German
LIEFF CABRASER HEIMANN &
    BERSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
Telephone: 212-355-9500
Facsimile: 212-355-9292

Lawrence Tien
Kamran Mashoyekh
The Tien Law Firm, LLP
10235 West Little York Road, Suite 470
Houston, TX 77040
Telephone: 713-937-0223
Facsimile: 713-937-0220

Emmett C. Stanton
Aaron Myers
Fenwick & West LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
Telephone: 650-988-8500
Facsimile: 650-938-5200

Bryan A. Kohm
Fenwick & West LLP
275 Battery Street, 16th Floor
San Francisco, CA 94111
Telephone: 415-875-2300
Facsimile: 415-281-1350

Shirley Hochhausen
Community Legal Services in East Palo Alto
2117-B University Avenue
East Palo Alto, CA 94303
Telephone: 650-326-6440
Facsimile: 650-326-9722

Douglas Bowdoin
255 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-422-0025

Jonathan Andrews Boynton
Sarah Brite Evans
Kirby Noonan & Sweat
American Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101-3302
Telephone: 619-231-8666

Terry Smiljanich
Kathleen Clark Knight
James Hoyer Newcoomer & Smiljanich
1 Urban Centre
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609
Telephone: 813-286-4100
Facsimile: 813-286-4174

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

O. Randolph Bragg
Horowitz, Horowitz & Associates
25 E. Washington Street, Suite 900
Chicago, Illinois 60602

Theresa I. Wigginton
Law Office of Theresa I. Wigginton
915 Oakfield Rd., Suite F
Brandon, FL 33511
Telephone: 813-653-2992

Stanley L. Hill
Dalal M. Jarad
Stanley Hill & Associates, P.C.
10 South LaSalle Street
Suite 1301
Chicago, IL 60603

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER, &
GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603-3403
Telephone: 312-739-4200
Facsimile: 312-419-0379

Daniel Harris, Esq.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL  60606

*Attorneys for Defendants Ameriquest
Mortgage Company*

Daniel A. Casey
Jonathan B. Morton
Jeffrey T. Kucera
Kirkpatrick & Lockhart Nicholson
    Graham LLP
Miami Center – 20th FL
201 South Biscayne Boulevard
Miami, FL 33131-3300
Telephone: 305-539-3300
Facsimile 305-358-7095

Brian Mark Forbes
Ryan M. Tosi
Kirkpatrick & Lockhart
    Nicholson Graham LLP
75 State Street, 6th Floor
Boston, MA 02109
Telephone:  617-261-3100
Facsimile:  617-261-3175

R. Bruce Allensworth
Kirkpatrick & Lockhart
    Nicholson Graham LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone:  617-261-3119
Facsimile:  617-261-3175

BN 850640v1

5

Craig Varga
Varga Berger Ledsky Hayes & Casey
224 S. Michigan Ave., Suite 350
Chicago, IL 60604
Telephone: 312-341-9400

Jon Ledsky
Varga Berger Ledsky Hayes & Casey
224 S. Michigan Ave., Suite 350
Chicago, IL 60604
Telephone: 312-341-9400

Harold Hilborn
Varga Berger Ledsky Hayes & Casey
224 S. Michigan Ave., Suite 350
Chicago, IL 60604
Telephone: 312-341-9400