# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES | MDL 1715<br>Lead Case No. 05 C 07097<br>Centralized before<br>Judge Marvin E. Aspen |
| This Document Relates To:<br>Deborah H. Jenkins, Plaintiff<br>v.<br>Argent Mortgage Company, LLC, et al., Defendant | Case No. 06-CV-2044<br>Hon. Judge Conlon |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**
Argent Mortgage Company, LLC

| |
|---|
| NAME (Type or print)<br><br>Lorne T. Saeks |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>/s/ Lorne T. Saeks |
| FIRM<br><br>Much Shelist Freed Denenberg Ament & Rubenstein, P.C. |
| STREET ADDRESS<br><br>191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP<br><br>Chicago, Illinois 60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6207595 | TELEPHONE NUMBER<br><br>(312) 521-2438 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |