# U.S. DISTRICT COURT FOR THE NORTHER DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 05-cv-07097
In Re Ameriquest Mortgage Company Mortgage Lending
Practices Litigation    MDL Docket No. 1715

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Town & Country Credit Corporation, AMC Mortgage Services, Ameriquest Mortgage Securities

| | |
|---|---|
| NAME (Type or Print) <br> Bernard E. LeSage | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Bernard E. LeSage | |
| FIRM <br> Buchalter Nemer | |
| STREET ADDRESS <br> 1000 Wilshire Blvd., Suite 1500 | |
| CITY/STATE/ZIP <br> Los Angeles, CA 90017 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (213) 891-0700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

BN 791428v1