# U.S. DISTRICT COURT FOR THE NORTHER DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 05-cv-07097
In Re Ameriquest Mortgage Company Mortgage Lending
Practices Litigation                                          MDL Docket No. 1715

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Town & Country Credit Corporation, AMC Mortgage Services, Ameriquest Mortgage Securities

| | |
|---|---|
| NAME (Type or Print)<br>Sarah K. Andrus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Sarah K. Andrus | |
| FIRM<br>Buchalter Nemer | |
| STREET ADDRESS<br>1000 Wilshire Blvd., Suite 1500 | |
| CITY/STATE/ZIP<br>Los Angeles, CA 90017 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(213) 891-0700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

BN 791444v1