# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Ameriquest Mortgage Company, et al.
                         Plaintiff,

v.                                                         Case No.: 1:05−cv−07097
                                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 30, 2006:

      MINUTE entry before Judge Marvin E. Aspen dated 5/30/06: Enter Memorandum Opinion and Order: We hereby grant Plaintiffs' motion for temporary injunctive relief. Once the terms, timing and delivery method of the requested notice are finalized, Ameriquest will be required to deliver such notice to its mortgagees who face foreclosure prior to our decisions on plaintiffs' motion for preliminary injunction and class certification. The injunction will terminate (or will be supplemented) upon issuance of those decisions. The parties must negotiate the language, timing and delivery of the notice and file an agreed proposal addressing these issues by 6/13/06. If they cannot agree, the parties shall file separate proposals on or by the same date. Finally, Ameriquest has until 6/7/06 to file a specific and supported bond request. Plaintiffs may respond on or by 6/13/06.Judicial staff maield notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.