# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 5/31/2006 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Company | | |

**DOCKET ENTRY TEXT**

We find that it is not necessary for all the parties to travel to Chicago on June 13, 2006 simply to file their respective proposed organization and management plans or other requited submissions. After reviewing the parties' June 13, 2006 filings, we will issue an order setting the next status hearing. The parties in the cases listed below are expected to appear on June 13, 2006 at 10:30 and update the Court as to the status of those matters so that we may further consider Defendants' motions for reassignment of related cases.

■ [ For further details see text below.]    Notices mailed by Judicial staff.

**STATEMENT**

(Reserved for use by the Court)

## ORDER

Upon reconsideration, we find that it is not necessary for all the parties to travel to Chicago on June 13, 2006 simply to file their respective proposed organization and management plans or other required submissions. After reviewing the parties' June 13 filings, we will issue an order setting the next status hearing as appropriate. We continue the motion for leave to amend the complaint filed with regard to *Mikowski v. Ameriquest Mortgage Co.* (05 C 411) to the next status date. Accordingly, the parties need not attend the June 13, 2006 status conference, except for those involved in the following cases: (1) *Abercrombie v. Argent Mortgage Co.* (05 C 1687, J. Filip); (2) *Hubbard v. Ameriquest Mortgage Co.* (05 C 389, J. Filip); (3) *Washington v. Ameriquest Mortgage Co.* (05 C 1007, J. Coar); (4) *Jones v. Ameriquest Mortgage Co.* (05 C 432, J. Coar); (5) *Lemmons v. Ameriquest Mortgage Co.* (05 C 4709, J. Kendall); (6) *Payne v. Ameriquest Mortgage Co.* (05 C 5024, J. Nolan); (7) *Zarate v. Ameriquest Mortgage Co.* (05 C 4696, J. Keys); and (8) *Tammerello v. Ameriquest Mortgage Co.* (05 C 466, J. Coar). The parties to the above are expected to appear on June 13 and update the Court as to the status of those matters so that we may further consider Defendants' motions for reassignment of related cases. It is so ordered.

*[signature: Marvin E. Aspen]*