# EXHIBIT D

OMB NO. 2502-0265

| | | B. TYPE OF LOAN: | |
|---|---|---|---|
| :PARTMENT OF HOUSING & URBAN DEVELOPMENT | 1. ☐ FHA 2. ☐ FmHA 3. ☒ CONV. UNINS. 4. ☐ VA 5. ☐ CONV. INS. | | |
| **SETTLEMENT STATEMENT** | 6. FILE NUMBER: TTC05-00303 | 7. LOAN NUMBER: 0103670881 | |
| | 8. MORTGAGE INS CASE NUMBER: | | |

E: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
1.0  3/98   (TTC05-00303.PFD/TTC05-00303/12)

| IE AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| BESTERFIELD .EXANDER ST. VOOD, IL 60430 | | Ameriquest Mortgage Company 9501 W 144th Place, Ste 302 Orland Park, IL 60462 |

| )PERTY LOCATION: .EXANDER ST. VOOD, IL 60430 County, Illinois | H. SETTLEMENT AGENT: Tristar Title, LLC | I. SETTLEMENT DATE: |
|---|---|---|
| | PLACE OF SETTLEMENT 1301 W 22nd St Ste 101 Oak Brook, Illinois 60523 | January 11, 2005 Disburse:01/26/05 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| :OSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| ntract Sales Price | | 401. Contract Sales Price | |
| ·rsonal Property | | 402. Personal Property | |
| :tlement Charges to Borrower (Line 1400) | 49,206.17 | 403. | |
| | | 404. | |
| | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| y/Town Taxes         to | | 406. City/Town Taxes         to | |
| unty Taxes         to | | 407. County Taxes         to | |
| sessments         to | | 408. Assessments         to | |
| | | 409. | |
| | | 410. | |
| | | 411. | |
| | | 412. | |
| :OSS AMOUNT DUE FROM BORROWER | 49,206.17 | 420. GROSS AMOUNT DUE TO SELLER | |
| IOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| ·posit or earnest money | | 501. Excess Deposit (See Instructions) | |
| ·ncipal Amount of New Loan(s) | 157,440.00 | 502. Settlement Charges to Seller (Line 1400) | |
| isting loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| | | 504. Payoff of first Mortgage | |
| | | 505. Payoff of second Mortgage | |
| | | 506. | |
| | | 507. | |
| | | 508. | |
| | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| y/Town Taxes         to | | 510. City/Town Taxes         to | |
| unty Taxes         to | | 511. County Taxes         to | |
| sessments         to | | 512. Assessments         to | |
| | | 513. | |
| | | 514. | |
| | | 515. | |
| | | 516. | |
| | | 517. | |
| | | 518. | |
| | | 519. | |
| )TAL PAID BY/FOR BORROWER | 157,440.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| \SH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| oss Amount Due From Borrower (Line 120) | 49,206.17 | 601. Gross Amount Due To Seller (Line 420) | |
| ss Amount Paid By/For Borrower (Line 220) | (157,440.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| \SH ( FROM ) ( X TO ) BORROWER | 108,233.83 | 603. CASH ( TO ) ( FROM ) SELLER | 0.00 |

·dersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower                                                                 Seller

JAMES BESTERFIELD

Page 2

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ % | | | |
| _Division of Commission (line 700) as Follows:_ | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission Paid at Settlement | | | |
| 704. to | | . | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount 3.8390 % to Ameriquest Mortgage Company | | 6,044.12 | |
| 803. Appraisal Fee to Ameriquest Mortgage Company | | 200.00 | |
| 804. TAX RELATED SERVICE FEE to Ameriquest Mortgage Company | | 70.00 | |
| 805. FLOOD SEARCH FEE to Ameriquest Mortgage Company | | 9.00 | |
| 806. LENDERS PROCESSING FEE to Ameriquest Mortgage Company | | 626.00 | |
| 807. ADMINISTRATION FEE to Ameriquest Mortgage Company | | 239.00 | |
| 808. APPLICATION FEE to Ameriquest Mortgage Company | | 360.00 | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From 01/26/05 to 02/01/05 @ $ 32.350000/day ( 6 days %) | | 194.10 | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for 1.0 years to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance months @ $ per month | | | |
| 1002. Mortgage Insurance months @ $ per month | | | |
| 1003. City/Town Taxes months @ $ per month | | | |
| 1004. County Taxes months @ $ per month | | | |
| 1005. Assessments months @ $ per month | | | |
| 1006. months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. months @ $ per month | | . | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee to | | | |
| 1102. Abstract or Title Search to | | | |
| 1103. Title Examination to | | | |
| 1104. Title Insurance Binder to | | | |
| 1105. Document Preparation to | | | |
| 1106. Notary Fees to | | . | |
| 1107. Attorney's Fees to | | | |
| _(includes above item numbers:_ ) | | | |
| 1108. Title Insurance to Ticor Title Insurance Company | | 1,484.00 | |
| _(includes above item numbers:_ ) | | | . |
| 1109. Lender's Coverage $ 157,440.00 | | | |
| 1110. Owner's Coverage $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 60.50; Releases $ | | 60.50 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | | |
| 1204. STATE OF ILLINOIS POLICY FEE to Tristar Title, LLC | | 3.00 | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection to | | | |
| 1303. PROPERTY VAL FEE to Ameriquest Mortgage Company | | 125.00 | |
| 1304. | | | |
| 1305. See addit'l disb. exhibit to | | 39,791.45 | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | 49,206.17 | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Certified to be a true copy.

Tristar Title, LLc
Settlement Agent

# ADDITIONAL DISBURSEMENTS EXHIBIT

|  |  |
|---|---|
| Borrower: | JAMES BESTERFIELD |
| Lender: | Ameriquest Mortgage Company |
| Settlement Agent: | Tristar Title, LLC |
|  | (630)954-4000 |
| Place of Settlement: | 1301 W 22nd St Ste 101 |
|  | Oak Brook, Illinois  60523 |
| Settlement Date: | January 11, 2005 |
| Disbursement Date: | January 26, 2005 |
| Property Location: | 2543 ALEXANDER ST. |
|  | HOMEWOOD, IL 60430 |
|  | COOK County, Illinois |

| PAYEE/DESCRIPTION | NOTE/REF NO | BORROWER | SELLER |
|---|---|---|---|
| 57VC00097 PAY ON ACCOUNT | | 37,427.00 | |
| COOK COUNTY TREASURER 2003 2ND INSTALLMNT TAXES | | 2,359.45 | |
| COOK COUNTY COLLECTOR DUPLICATE BILL FEE | | 5.00 | |
| **Total Additional Disbursements shown on Line 1305** | | $ 39,791.45 | $ 0.00 |

# EXHIBIT E

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Preliminary ☐   ☒ Final

LENDER: Ameriquest Mortgage Company
9501 W. 144th Place, Suite 302
Orland Park, IL 60462
(708)403-0400

Broker License:

Borrowers: James Besterfield

Type of Loan: ADJUSTABLE RATE
Date: January 11, 2005

Address:       2543 Alexander St.
City/State/Zip: Homewood, IL 60430

Loan Number: 0103670881 - 5530

Property:     2543 Alexander St., Homewood, IL 60430

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.210 % | $ 255,534.63 | $ 149,513.98 | $ 405,048.61 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,100.85 | 03/01/2005 | | | |
| 335 | $1,126.90 | 03/01/2007 | | | |
| 1 | $1,116.71 | 02/01/2035 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:       You are giving a security interest in the property located at: 2543 Alexander St., Homewood, IL 60430

ASSUMPTION:  Someone buying this property  ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:       You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES:     If a payment is late, you will be charged  5.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
☐ may  ☒ will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_James Besterfield_   1/11/05
Borrower: James Besterfield            Date

Borrower                                Date

Borrower                                Date

Borrower                                Date

TIL1 (Rev. 7/01)

BORROWER COPY

000001036708810305750101

01/11/2005 1:03:08 PM

# EXHIBIT F

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

BORROWER(S): James Besterfield

ADDRESS: 2543 Alexander St.
CITY/STATE/ZIP: Homewood,IL 60430

PROPERTY: 2543 Alexander St.
Homewood, IL 60430

DATE: January 11, 2005
LOAN NO.: 0103670881 - 5530
TYPE: ADJUSTABLE RATE

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   ENTER DOCUMENT SIGNING DATE

   1/10/05                     ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

1/14/05

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                                  DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.



_James Besterfield_    1/11/05
BORROWER/OWNER James Besterfield    Date          BORROWER/OWNER                         Date

_____          _____
BORROWER/OWNER                   Date          BORROWER/OWNER                         Date

1664-NRC (Rev 11/03)

**LENDER COPY**

01/11/2005 1:03:08 PM

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: January 11, 2005
LOAN NO.: 0103670881 - 5530
TYPE: ADJUSTABLE RATE

BORROWER(S): James Besterfield

ADDRESS: 2543 Alexander St.
CITY/STATE/ZIP: Homewood, IL 60430

PROPERTY: 2543 Alexander St.
Homewood, IL 60430

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

1/10/05

;

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

1/14/05

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____        _____
SIGNATURE                               DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

*James Besterfield*          1/11/05
BORROWER/OWNER James Besterfield    Date        BORROWER/OWNER          Date


_____        _____
BORROWER/OWNER          Date        BORROWER/OWNER          Date

1064-NRC (Rev 11/03)

000001036708810400050101

**BORROWER COPY**

01/11/2005 1:03:08 PM

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  January 11, 2005
LOAN NO.:  0103670881 - 5530
TYPE:  ADJUSTABLE RATE

BORROWER(S): James Besterfield

ADDRESS:  2543 Alexander St.
CITY/STATE/ZIP:  Homewood,IL 60430

PROPERTY:  2543 Alexander St.
          Homewood, IL 60430

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

1/10/05 ;

or

2. The date you received your Truth in Lending disclosures;

or

3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:  (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

1/14/05

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____
BORROWER/OWNER James Besterfield     Date

_____
BORROWER/OWNER     Date

_____
BORROWER/OWNER     Date

_____
BORROWER/OWNER     Date

1064-NRC (Rev 11/03)

00000103670331040000501D1

**BORROWER COPY**

01/11/2005 1:03:08 PM

# EXHIBIT G

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0103670881 - 5530          Borrower(s): James Besterfield
Date: January 11, 2005

You have the right under Federal or state law to three (3) business days during which you can
cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have
received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important
financial decisions you can make. To give you more time to study your loan documents, obtain
independent advice and/or shop for a loan that you believe suits you better, we provide you with
one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to
you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires.
Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of
the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the
day the cancellation period ends. You may cancel by signing and dating in the request to cancel box
below or by using any other written statement that provides your loan number and states your desire to
cancel your loan. The written statement must be signed and dated by any one borrower. Your request
must be delivered to:

        Ameriquest Mortgage Company
        1600 S Douglass Rd Anaheim, CA 92806
        ATTN: Funding Department
        Phone: (714)541-9960
        Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand
what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          ____1/11/05_____
Borrower/Owner  James Besterfield                Date

_____          _____
Borrower/Owner                                   Date

_____          _____
Borrower/Owner                                   Date

_____          _____
Borrower/Owner                                   Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                         Date

---

0000010367088104042201.01                              01/11/2005 1:03:08 PM
150 (10/00)                                            LENDER COPY

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0103670881 - 5530                Borrower(s): James Besterfield
Date: January 11, 2005

You have the right under Federal or state law to three (3) business days during which you can
cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have
received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important
financial decisions you can make. To give you more time to study your loan documents, obtain
independent advice and/or shop for a loan that you believe suits you better, we provide you with
one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to
you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires.
Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of
the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the
day the cancellation period ends. You may cancel by signing and dating in the request to cancel box
below or by using any other written statement that provides your loan number and states your desire to
cancel your loan. The written statement must be signed and dated by any one borrower. Your request
must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand
what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_James Besterfield_ _____        _1/11/05_ _____
Borrower/Owner  James Besterfield              Date

_____        _____
Borrower/Owner                                 Date

_____        _____
Borrower/Owner                                 Date

_____        _____
Borrower/Owner                                 Date

### REQUEST TO CANCEL
I/We want to cancel loan # _____

_____        _____
Borrower/Owner Signature                       Date

0000010367088104042203101
830 (10/00)

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0103670881 - 5530          Borrower(s): James Besterfield
Date:  January 11, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.**  This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires.  Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  James Besterfield                    Date

---

Borrower/Owner                                       Date

---

Borrower/Owner                                       Date

---

Borrower/Owner                                       Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____

---

Borrower/Owner Signature                             Date

000001036708810404220101

830 (10/00)

01/11/2005 1:03:08 PM

**BORROWER COPY**

# EXHIBIT H

**Ameriquest Mortgage Company**

ⴰwer Name: James Besterfield

Loan Number: 0103670881 - 5530

ⴰwer Name:

Property Address: 2543 Alexander St.
Homewood, IL 60430

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND DISCOUNT POINTS

ⴰ interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are
ⴰted to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the
ⴰrest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by
ⴰing a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

ⴰase ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how
ⴰ discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

ⴰhis example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount
ⴰts. The following example shows how your options work.







* The terms of your loan may be different from the above example. Other factors influence rate, such as how
much income documentation you provide and whether you elect to have a prepayment charge on your loan.

ⴰnk carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but *not*
ⴰessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for some
ⴰ. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon.
ⴰr account executive can give you more information about the options available to you and the exact terms of your
ⴰ.

000001036708810405930101

(Rev. 03/24/03)

# EXHIBIT I

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
## Chicago, Illinois  60603-3403
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email:  edcombs@aol.com
## www.edcombs.com

April 17, 2006

BY CERTIFIED MAIL

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

AMC  Mortgage Services, Inc.
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606.

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

> Re:    Notice of rescission, claim and lien, James Besterfield, 2543
> Alexander St., Homewood, IL  60430,  loan of Jan. 11, 2005

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: client

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on April 17, 2006.

_____
Daniel A. Edelman