**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

**STIPULATION RE AMOUNT OF SECURITY FOR ISSUANCE OF TEMPORARY
INJUNCTIVE RELIEF AND [PROPOSED] ORDER THEREON**

WHEREAS, on January 11, 2006, certain plaintiffs ("Plaintiffs") in this multidistrict litigation proceeding ("MDL Proceeding") filed motions for class certification and for a preliminary injunction against defendant Ameriquest Mortgage Company ("Ameriquest");

WHEREAS, given that the Court was not able at this early stage of this MDL Proceeding to expeditiously rule on those motions, Plaintiffs sought interim injunctive relief ordering Ameriquest to issue notice to borrowers who may face foreclosure before class-wide relief can be determined;

WHEREAS, on May 30, 2006, the Court issued a Memorandum Opinion and Order ("Order") granting the limited injunction sought by Plaintiffs;

WHEREAS, in the Order, the Court ordered Ameriquest to submit a request for a particular amount of security for the issuance of the limited injunction by June 7, 2006;

WHEREAS, counsel for Plaintiffs and counsel for Ameriquest, on behalf of their respective clients, have met and conferred regarding, among other things, the amount of security and agree that the bond amount shall be $25,000, subject to adjustment in the sound discretion of this Court upon a showing of good cause by any party;

WHEREAS, should any party subsequently have a good faith basis for seeking to adjust the $25,000 bond amount up or down, the parties shall first meet and confer, with the party seeking the modification providing its justification for seeking the modification and any evidence

in support that the party intends to submit to the Court, so that the parties may attempt to resolve the dispute informally prior to seeking the Court's intervention; and

WHEREAS, in the event the parties are unable to resolve this issue informally, the party seeking modification of the bond amount may so move the Court upon a showing of good cause therefor.

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Ameriquest, through their respective counsel of record, that the bond amount shall be $25,000, subject to adjustment in the sound discretion of this Court upon a showing of good cause by any party.

**IT IS SO STIPULATED.**

Dated: June 7, 2006                                By: /s/ Kelly M. Dermody

*Attorneys for Plaintiffs*

Kelly M. Dermody (CA Bar No. 171716)
Caryn Becker (CA Bar No. 196947)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 021111-2810
Telephone: (617) 357-5500
Facsimile: (617) 357-5030

Terry Smiljanich
Jill H. Bowman
JAMES, HOYER, NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

DATED: June 7, 2006 By: /s/ Bernard E. LeSage

*Attorneys for Defendant Ameriquest Mortgage Company*

Bernard E. LeSage (CA Bar No. 61870)
Sarah K. Andrus (CA Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## **ORDER**

The parties hereto having so stipulated, **IT IS ORDERED** that the bond amount for the issuance of the limited injunction pursuant to the Court's May 30, 2006 Memorandum Opinion and Order shall be $25,000, subject to adjustment in the sound discretion of this Court upon a showing of good cause by any party.

**IT IS SO ORDERED.**

Dated:_____, 2006

THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Bernard E, Lesage, hereby certify that on this 7th day of June 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage