### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

**DEFENDANTS' SECOND MOTION FOR REASSIGNMENT OF RELATED CASES**

## I.     INTRODUCTION

Pursuant to Northern District of Illinois Local Rule 40.4(c), defendants Ameriquest Mortgage Company ("Ameriquest"), Ameriquest Mortgage Securities ("AMS"), AMC Mortgage Services ("AMC"), Ameriquest Capital Corporation ("ACC"), Argent Mortgage Company ("Argent") and Town and Country Credit Corporation ("Town and Country") (collectively, "Defendants") seek reassignment of the following four cases (collectively, "Related Cases") pending before other judges in this District: *Gburek v. Ameriquest Mortgage Co.; Gburek v. Argent Mortgage Co.; Rocco, et al. v. Ameriquest Mortgage Co., et al.; Rogers v. Town & Country Credit Corp., et al.*

As detailed below, reassignment of all of the Related Cases is warranted here.  Each of the Related Cases is "related" under Local Rule 40.4(a) to one or more actions in this MDL Proceeding because each of the Related Cases involves the same issues of fact and law as one or more of the actions in the MDL Proceeding.  Specifically, there are approximately 72 actions in the MDL Proceeding that allege that certain Defendants violated the Truth-in-Lending Act, 15 U.S.C. Section 1601, *et seq.* ("TILA"), by failing to provide borrowers with proper notice of their rescission rights.  Plaintiffs in all of the Related Cases similarly assert claims that certain

1

Defendants violated TILA by failing to provide borrowers with proper notice of their rescission rights.[1]

Furthermore, all of the conditions for reassignment of the Related Cases under Local Rule 40.4(b) are satisfied here. **First**, all of the Related Cases are before this Court. **Second**, the handling of all of these cases by this Court will result in a substantial saving of judicial time and effort and reassignment of the Related Cases to this Court will allow one judge to decide whether Defendants violated the same law based on essentially the same conduct. **Third**, none of the Related Cases has progressed to the point where transferring these cases to this Court would be likely to delay the proceedings therein substantially. **Fourth**, the Related Cases and the actions in the MDL Proceeding are susceptible to disposition in a single proceeding because they have substantial areas of overlap. Accordingly, Defendants respectfully request that this Court grant the Motion in its entirety.

## II.     FACTUAL BACKGROUND

### A.     <u>The Instant MDL Proceedings</u>

This MDL Proceeding was initiated on December 13, 2005, when the MDL Panel issued an order (the "Transfer Order") transferring five separate class actions against Defendants to this Court pursuant to 28 U.S.C. Section 1407 for coordinated or consolidated pretrial proceedings. With respect to the transfer of related cases pending in this District, the MDL Panel defers to the judgment of the Courts of this District in deciding whether cases should be included within the MDL Proceeding. [*See* Declaration of Bernard E. LeSage submitted in support of Defendants' original Motion for Reassignment of Related Cases ("LeSage Declaration"), ¶¶ 3, 4, 6, Exs. 1, 2, 3.][2]

On February 27, 2006, the Panel issued Conditional Transfer Order-1 "CTO-1", conditionally transferring 34 actions against Defendants to this Court for coordinated or consolidated pretrial proceedings with those actions previously transferred pursuant to the Transfer Order.

---

[1] For the Court's convenience, attached hereto as Exhibit 1 is a chart detailing the following for each of the Related Cases: the case name; the case number; the date the action was filed; the presiding judge; and the primary claim at issue. In addition, pursuant to Local Rule 40.4(c), Ameriquest has concurrently filed an Appendix containing copies of each of the complaints for all of the Related Cases ("Appendix of Related Cases").

[2] The LeSage Declaration is attached hereto as Exhibit 2.

The Clerk of the Panel vacated CTO-1 as to two actions on the basis that these actions have been dismissed due to settlements. CTO-1 became final as to 22 actions on March 15, 2006, and these actions are now part of this MDL Proceeding.

On April 3, 2006, the Panel issued CTO-2, conditionally transferring 19 additional actions against Defendants to this Court for coordinated or consolidated pretrial proceedings. CTO-2 has become final as to 14 of the 19 actions, and these actions are now part of this MDL Proceeding.

On May 2, 2006, the Panel issued CTO-3 conditionally transferring 7 additional actions against Defendants to this Court for coordinated or consolidated pretrial proceedings. CTO-3 has become final as to 6 actions, and these actions are now a part of this MDL Proceeding.

On May 31, 2006, the Panel issue CTO-4 conditionally transferring 7 additional actions against Defendants to this Court for coordinated or consolidated pretrial proceedings. CTO-4 has not yet become final.

**B.  Proceedings In The Northern District Of Illinois**

On March 16, 2006, Defendants filed a Motion for Reassignment of Related Cases ("First Reassignment Motion"), seeking reassignment of 30 cases pending before other judges in the Northern District of Illinois to this Court for pretrial proceedings along with the other actions in the MDL Proceeding.

On March 31, 2006, plaintiffs in six other cases against certain Defendants pending in the Northern District of Illinois filed a Cross Motion for Reassignment of Related Cases ("Cross-Reassignment Motion"), seeking reassignment of their cases to this Court for pretrial proceedings along with the other actions in the MDL Proceeding.

On April 4, 2006, this Court ordered the reassignment of 28 of the 36 cases identified in the Reassignment Motion and the Cross-Reassignment Motion to this Court for coordinated or consolidated pretrial proceedings with the other actions in this MDL Proceeding ("First Reassignment Order").

On April 20, 2006, plaintiffs in 13 other cases against certain Defendants pending in the Northern District of Illinois filed a Second Motion for Reassignment of Related Cases ("Second Reassignment Motion"), seeking reassignment of their cases to this Court for pretrial proceedings along with the other actions in the MDL Proceeding.

On April 26, 2006, this Court ordered the reassignment of all of the cases identified in the Second Reassignment Motion to this Court for coordinated on consolidated pretrial proceeding with the other actions in this MDL Proceeding ("Second Reassignment Order").

On June 7, 2006, plaintiffs in 22 other cases against certain Defendants pending in the Northern District of Illinois filed a Third Motion for Reassignment of Related Cases ("Third Reassignment Motion"), seeking reassignment of their cases to this Court for pretrial proceedings along with the other actions in the MDL Proceeding. This motion is scheduled to be heard on June 13, 2006.

## C.     The Cases At Issue In This Motion

In two actions transferred to this Court pursuant to the Transfer Order, plaintiffs allege that certain Defendants violated TILA by failing to provide borrowers with proper notice of their rescission rights. In *Knox, et al. v. Ameriquest Mortgage Company, et al.*, plaintiffs contend that Defendants AMC and Argent violated TILA by (1) failing to provide Plaintiffs and Class Members with material disclosures in a form they could keep prior to consummation; and (2) failing to provide Plaintiffs and class members with notices of right to cancel that were clear, conspicuous, and reflective of the parties' legal obligations. [First Amended Class Action Complaint, ¶ 143.]

In *Latonya Williams, et al. v. v. Ameriquest Mortgage Company*, plaintiffs contend that Defendant AMC failed to provide them with notice of their right to cancel which notified them clearly and conspicuously of their deadline for rescission, thereby violating 15 U.S.C. § 1635 and provided plaintiff with confusing disclosures. [First Amended Class Action Complaint, ¶¶ 178.]

In 31 actions in which CTO-1, CTO-2 and CTO-3 have become final, plaintiffs allege that certain of the MDL Defendants violated TILA by failing to provide proper notice of their rescission rights and/or provided plaintiffs with the required disclosures in a clear and conspicuous fashion.

In 38 actions subject to the First Reassignment Order and Second Reassignment Order are premised on the core allegation that certain Defendants violated TILA by failing to provide borrowers with proper notice of their rescission rights.

Thus, in total, there are 72 actions presently in this MDL Proceeding that involve allegations that certain of the MDL Defendants violated TILA by failing to provide borrowers with proper notice of their rescission rights and/or accurate disclosures of their loan terms.

As detailed in Exhibit 1 and the Appendix of Related Cases, all of the Related Cases also advance the same core allegations as in the matters above – that certain Defendants violated TILA by failing to provide borrowers with proper notice of their rescission rights and/or provided plaintiffs with the required disclosures in a clear and conspicuous fashion.

Further, several of the Related Cases alleged that receipt of two different Notices of Right to Cancel, one with a 3-day rescission period and another with a 7-day period, is inconsistent and confusing and violates TILA. This allegation is alleged in approximately 40 of the 72 matters. These cases include, but are not limited to, *Furgeson v. Ameriquest Mortgage Co., et al.*; *Shirley Jones v. Ameriquest Mortgage Co., et al.*; *Eric Smith, v. Ameriquest Mortgage Co., et al.*; *Jimenez, et al. v. Ameriquest Mortgage Co., et al.*; *Key v. Ameriquest Mortgage Co., et al.*; *Treadwell, et al. v. Ameriquest Mortgage Co., et al.*; *Talley, et al. v. Ameriquest Mortgage Co., et al.*; *Perry v. Ameriquest Mortgage Co., et al.*; *Rodriguez, et al. v. Town & Country, et al.*

### III.    ARGUMENT

To have a case reassigned based on relatedness, the movant must satisfy both Local Rule 40.4(a) and (b). *Donahue v. Elgin Riverboat Resort*, No. 04 C 816, 2004 WL 2495642, at *2 (N.D. Ill. Sept. 28, 2004). This Court has the sound discretion to reassign a case under Local Rule 40.4. *Clark v. Ins. Car Rentals Inc.*, 42 F. Supp. 2d 846, 847 (N.D. Ill. 1999).

Local Rule 40.4(a) provides that cases are "related" if: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law, (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, one or more of the classes involved in the cases is or are of the same. Rule 40.4(a) "does not require complete identity of issues in order for cases to be considered related." *Fairbanks Capital Corp. v. Jenkins*, No. 02-C-3930, 2002 WL 31655277, at *2 (N.D. Ill. Nov. 25, 2002). Rather, it is enough that the two cases "involve *some* of the same issues of fact or law." *Lawrence E. Jaffe Pension Plan v. Household Int'l., Inc.*, No. 02-C-5893, 2003 WL 21011757, at *3 (N.D. Ill. May 5, 2003) (emphasis in original).

Once the cases have been found to be related, Local Rule 40.4(b) imposes four additional conditions that must be satisfied before a case may be reassigned: (1) both cases must be pending

in the Northern District of Illinois; (2) reassignment must result in a substantial saving of judicial time and effort; (3) the earlier case must not have progressed to the point where designating the cases as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases must be susceptible of disposition in a single proceeding. As demonstrated below, reassignment of the Related Cases to this Court satisfies the requirements of Local Rules 40.4(a) and (b), and the Court should grant the Motion.

### A. The Related Cases Are "Related" Under Local Rule 40.4 To 72 Actions In The MDL Proceeding.

As demonstrated above, the Related Cases involve the same issues of law as 72 matters cited above. All of these actions allege that certain Defendants violated TILA by (1) failing to provide Plaintiffs and Class Members with notices of right to cancel that were clear, conspicuous, and reflective of the parties' legal obligations, and/or (2) providing plaintiffs with Notice of Right to Cancel forms which were incomplete. Accordingly, the Related Cases are "related" within the meaning of Local Rule 40.4(a).

### B. All Of The Conditions For Reassignment In Local Rule 40.4(b) Are Satisfied Here.

All of the conditions for reassignment of the Related Cases under Local Rule 40.4(b) are satisfied here. **First**, all of the Related Cases are pending in this Court.

**Second**, the handling of all of these cases by this Court unquestionably will result in a substantial saving of judicial time and effort. Among other things, reassignment of the Related Cases to this Court will allow one judge to decide whether Defendants violated the same law (TILA) based on essentially the same alleged conduct. This will avoid the risk of inconsistent rulings and multiple appeals, should several judges rule on this issue. Indeed, the Seventh Circuit Court of Appeals has criticized judges of this Court for permitting separate lawsuits involving similar claims and the same defendants to proceed along different tracks before different judges, resulting in numerous and disparate decisions, as well as multiple appeals. *See, e.g., Smith v. Check-N-Go of Illinois, Inc.*, 200 F.3d 511, 513 (7th Cir. 1999).

**Third**, All of the Related Case have been filed during the last four weeks, and none of the Related Cases has progressed to the point where designating these cases related would be likely to delay the proceedings therein substantially. No significant discovery has occurred.

**Finally**, the Related Cases and the actions in the MDL Proceeding are susceptible to

disposition in a single proceeding because they all assert common legal claims under TILA. Accordingly, Defendants respectfully request that this Court grant this Motion in its entirety.

## IV.    CONCLUSION

For the foregoing reasons, Defendants respectfully requests that the Court grant the Motion in its entirety.

DATED: June 8, 2006

Respectfully submitted,

BUCHALTER NEMER
A Professional Corporation


By: /s/  Bernard E. LeSage
    *Attorneys for Defendants Ameriquest*
    *Mortgage Company, Ameriquest Capital*
    *Corporation, Argent Mortgage Company and*
    *Town and Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED:  June 8, 2006

By: /s/ Thomas J. Wiegand
    *Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN lLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

**Exhibit 1**

| Case Name | Case No. | Date Original Complaint Filed | Judge | Case Designation |
|---|---|---|---|---|
| Gburek v. Ameriquest Mortgage | 06-2637 | 5/11/06 | Kennelly | TILA |
| Gburek v. Argent Mortgage | 06-2639 | 5/11/06 | Castillo | TILA |
| Rocco, et al. v. Ameriquest Mortgage Co., et al. | 06-2897 | 5/24/06 | Der-Yeghiayan | TILA |
| Rogers v. Town & Country Credit, et al. | 06-2736 | 5/16/06 | Coar | TILA |

**Exhibit 2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF DEFENDANTS' MOTION FOR REASSIGNMENT OF RELATED CASES

I, Bernard E. LeSage, declare as follows:

1.     I am a shareholder of the law firm of Buchalter Nemer, a Professional Corporation, counsel for defendants Ameriquest Mortgage Company ("AMC"), Ameriquest Capital Corporation ("ACC"), Argent Mortgage Company ("Argent") and Town and Country Credit Corporation ("Town and Country") (collectively, "Defendants") in the above-captioned litigation. I state that the records and documents referred to in this Declaration constitute writings taken or made in the regular or ordinary course of business of Buchalter at or near the time of the act, condition or event to which they relate by persons employed by Buchalter who had a business duty to Buchalter to accurately and completely take, make and maintain such records and documents. I make this Declaration in support of Defendants' Motion for Reassignment of Related Cases. I know the following to be true and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

2.     On December 13, 2005, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued an order transferring five separate class actions against Ameriquest and other entities to this Court pursuant to 28 U.S.C. Section 1407 for coordinated or consolidated pretrial proceedings ("MDL Transfer Order").

3.     Pursuant to their obligations under the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants have advised the Panel of an additional 54 potential "tag-

along" actions. A true and correct copy of my letter to the Clerk of the MDL Panel, excluding exhibits, identifying these potential "tag-along" cases is attached hereto as Exhibit 1.

     4.    On March 10, 2006, defendants advised the Panel of an additional 20 potential "tag-along" actions. A true and correct copy of my letter to the Clerk of the MDL Panel, excluding exhibits, identifying these potential "tag-along" cases is attached hereto as Exhibit 2.

     5.    The MDL Panel has not ruled or issued any conditional transfer orders in connection with any of the potential "tag-along" cases.

     6.    Attached hereto as Exhibit 3 is a true and correct copy of a facsimile I received from the Clerk of the MDL Panel setting forth a list of cases under consideration for inclusion in this MDL Proceeding. As set forth in Exhibit 3, the MDL Panel has designated each of the Related Cases as an "XYZ Case" where there is "NTN," or "No Transfer Necessary." I have confirmed with the Clerk of the MDL Panel that these designations mean that the MDL Panel will take no action on the Related Cases, but instead has left it to the Courts of this District to decide whether these cases should be included within the MDL Proceeding.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of March 2006 at Los Angeles, California.

                        /s/  Bernard E. LeSage

**Exhibit  1**



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526.0683
Direct Dial Number: (213) 891-5230
Direct Facsimile Number: (213) 630-5715
E-Mail Address: *blesage@buchalter.com*

January 23, 2006

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

>  Re:  *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*
>       **MDL Docket No. 1715**

Dear Clerk of the Panel:

On or about December 13, 2005, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Transfer Order, pursuant to which it granted the motion to transfer pursuant to 28 U.S.C. § 1407 (the "Motion") filed by plaintiffs in *Cheryl Williams and Duvall Naughton v. Ameriquest Mortgage Company*, Case No. 05-CV-6189 (S.D. N.Y.) ("*Williams*"). The Panel therefore ordered each identified action in the Motion transferred to the United States District Court for the Northern District of Illinois, The Honorable Marvin E. Aspen presiding (the "Transferee Court"), for pretrial proceedings.

Defendants Ameriquest Mortgage Company ("Ameriquest Mortgage"), Ameriquest Capital Corporation ("Ameriquest Capital") and Argent Mortgage Company ("Argent") (collectively, "Defendants") opposed the Motion, and by this letter, reconfirm that they do not waive, but rather expressly preserve (for all purposes, including any appeals), all arguments raised in opposition to the Motion and all objections to the Transfer Order. These arguments and objections include, without limitation, those based on Federal and State Constitutional grounds, including but not limited to Due Process and Equal Protection under the law.

Nevertheless, pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Rules") Defendants are compelled to identify the following actions as potential "Tag Along" actions as such actions are defined by the Rules.

BuchalterNemer
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
January 23, 2006
Page 2

Also pursuant to the Rules, copies of the potential "Tag Along" complaints are enclosed herewith in folders labeled with the corresponding numbers for your convenience.

1.   *Miguel Almaguer, v. Argent Mortgage Co., et al.,* United States District Court for the Southern District of Florida Miami Division, Case No. 05-CV-21103 *("Almaguer")*

2.   *Michele D'Ambrogi, et al., v. Ameriquest Mortgage Co.,* United States District Court for the Eastern District of Pennsylvania, Case No. 97CV04427 *("Ambrogi")*

3.   *Wray Bailey, et al. v. Ameriquest Mortgage Co.,* United States District Court for the District of Connecticut, Case No. 305CV452 CFD ("*Bailey*").

4.   *Kenneth Brown, et al. v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-05111 ("*Brown*").

5.   *Dorothy Brown, v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-04723 *("Brown")*

6.   *Jacqueline Buckner v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05C-V-6808 *("Buckner")*

7.   *Joseph F. Creamer, III, v. Ameriquest Mortgage Co.,* United States District Court for the District of Rhode Island, Case No. 05-CV-00533 ML DLM *("Creamer")*

8.   *Richard Daneau v. Ameriquest Mortgage Co.,* United States District Court for the District of Rhode Island, Case No. 05-CV-528 T *("Daneau")*

9.   *Thomas B. Doherty, et al., v. Town & Country Credit Corp.,* United States District Court for the Fourth Judicial District of the State of Minnesota, Case No. 05-CV-00589 JRT-JJG *("Doherty")*

10.  *Edward Doolittle, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-05033 *("Doolittle")*

11.  *Maria S. Eyre v. Ameriquest Mortgage Co.,* United States District Court for the District of Rhode Island, Case No. 05-CV-0529 ML-DLM *("Eyre")*

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
January 23, 2006
Page 3

12. *Karleen M. Frost v. Ameriquest Mortgage Co.,* United States District Court for the District of Rhode Island, Case No. 05-CV-00532 S-DLM *("Frost")*

13. *Marie Furgeson, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 04-CV-07627 *("Furgeson")*

14. *Jeanette Stokes Godwin, v. Argent Mortgage Co., et al.,* United States District Court for the Eastern District of Pennsylvania, Case No. 05-CV-6112 *("Godwin")*

15. *Michael Holzmeister, v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-05911 *("Holzmeister")*

16. *Thomas Hubbard, v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-00389 *("Hubbard")*

17. *Nelson Jimenez, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-01009 *("Jimenez")*

18. *Shirley Jones, v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-00432 *("Jones")*

19. *Deborah Juillerat, v. Ameriquest Mortgage Co., et al.,* United States District Court for the Central District of California Case No. SACV05-1117 DOC (RNBx) *("Juillerat")*

20. *Karen M. Kahrer, v. Ameriquest Mortgage Co.,* United States District Court for the Western District of Pennsylvania, Case No. 05-CV0391 *("Kahrer")*

21. *Earl E. Key, v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-1077 *("Key")*

22. *Renee O. LeClerc, v. Ameriquest Mortgage Co.,* United States District Court for the District of Rhode Island, Case No. 05CV-00538 S-LDA *("LeClerc")*

23. *James Lemmons, v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-04709 *("Lemmons")*

Case 1:05-cv-07097 Document 92 Filed 03/10/2006 Page 9 of 19

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
January 23, 2006
Page 4

24. *Roger R. Luedtke, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-04644 *("Luedtke")*

25. *Richard A. Madrazo, v. Ameriquest Mortgage Co.,* United States District Court for the Eastern District of New York, Case No. 05-CV-03987 BRK-MLO *("Madrazo")*

26. *Juan Medina, et al. v. Argent Mortgage Company, et al.,* United States District Court for the Northern District of California Case San Jose Division, Case No., 05-02905 RS ("*Medina")*

27. *Lillian Melendez,, v. Ameriquest Mortgage Co.,* United States District Court for the District of Rhode Island, Case No. 05 CV-153 S-LDA *("Melendez")*

28. *Joseph A. Mikowski, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Indiana Hammond Division, Case No. 05-CV-00411 PPS-PRC *("Mikowski")*

29. *Delois Mills v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-03976 *("Mills")*

30. *Valerie Lund Mitchell, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Southern District of Alabama Southern Division, Case No. 05-CV-00078 KD-B ("*Mitchell")*

31. *Maria Morrison, et al. v. Ameriquest Mortgage Co., et al.,* United States District Court for the Central District of California Case No. CV05-4982 SJO (FMOx) ("*Morrison").*

32. *Charles F. Parisi v. Ameriquest Mortgage Co.,* United States District Court for the District of Rhode Island, Case No. 05-CV-00530 T-LDA *("Parisi")*

33. *James Payne v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-05024 *("Payne")*

34. *Eddy G. Pena v. Ameriquest Mortgage Co.,* United States District Court for the District of Rhode Island, Case No. 05-CV-00527 S *("Pena")*

BuchalterNemer
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
January 23, 2006
Page 5

35. *Judy Perry v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-06172 *("Perry")*

36. *William Pintsak, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-05035 *("Pintsak")*

37. *Spyros J. Polydoros, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-06517 *("Polydoros")*

38. *John Darious Powell, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Eastern District of Louisiana, Case No. 05-CV-03067 MVL-JCW *("Powell")*

39. *Rickie Ann Reese v. Ameriquest Mortgage Co., et al.,* United States District Court for the Middle District of Tennessee, Case No. 3-05 CV-0793 *("Reese")*

40. *Scott T. Reuter, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Eastern District of Pennsylvania, Case No. 05-CV-1096 *("Reuter")*

41. *Johnnie Ross,, et al., v. Ameriquest Mortgage Co., et al.,* In the Superior Court of Dougherty County State of Georgia, Case No. 05-CV-1466-3 *("Ross")*

42. *Katrina D. Purdy-Roth, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Southern District of Indiana Indianapolis Division, Case No. 05-CV-01618 DFH-VSS *("Roth")*

43. *Sergio A. Salazar, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-04162 *("Salazar")*

44. *Pegi Saunders, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court for the Northern District of Ohio, Case No. 05-CV-01126 CAB *("Saunders")*

45. *Jerome L. Sievers, et al., v. Ameriquest Mortgage Co.,* et al., United States District Court District of Connecticut, Case No. 05-CV-01296 RNC ("Sievers")

46. *Richard J. Silvia v. Ameriquest Mortgage Co.,* United States District Court for the District of Rhode Island, Case No. 05 CV-0532 ML *("Silvia")*

BuchalterNemer
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
January 23, 2006
Page 6

47.    *Eric Smith, et al., v. Ameriquest Mortgage Co., et al.,* United States District Court
       for the Northern District of Illinois Eastern Division, Case No. 05-CV-00648
       (*"Smith"*)

48.    *Wetzer Surin, v. Argent Mortgage Co., et al.,* United States District Court District
       of Connecticut (New Haven), Case No. 05-CV-001653 RNC (*"Surin"*)

49.    *Terry Talley, et al., v. Ameriquest Mortgage Co., et al.,* United States District
       Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-
       01080 (*"Talley"*)

50.    *Gilbert Treadwell, et al., v. Ameriquest Mortgage Co., et al.,* United States
       District Court for the Northern District of Illinois Eastern Division, Case No. 05-
       CV-01078 (*"Treadwell"*)

51.    *Steven H. Ungar v. Ameriquest Mortgage Co.,* United States District Court for the
       Middle District of Florida Tampa Division, Case No. 05 CV-01849 JDW-TBM
       (*"Ungar"*)

52.    *Rochelle Washington, et al., v. Ameriquest Mortgage Co., et al.,* United States
       District Court for the Northern District of Illinois Eastern Division, Case No. 05-
       CV-01007 (*"Washington"*)

53.    *Brett Wertepny, et al., v. Ameriquest Mortgage Co., et al.,* United States District
       Court for the Northern District of Illinois Eastern Division, Case No. 05-CV-
       01402 (*"Wertepny"*)

54.    *Ramona Zarate, v. Ameriquest Mortgage Co., et al.,* United States District Court
       for the Northern District of Illinois Eastern Division, Case No. 05-CV-04696
       (*"Zarate"*)

Finally, Defendants are still in the process of identifying additional potential "Tag
Along" actions and will supplement this letter shortly. As always, please feel free to contact me
with any questions.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By _Bernard E. LeSage_

Bernard E. LeSage

Enclosures

Case 1:05-cv-07097 Document 82 Filed 03/16/2006 Page 40 of 7

**Exhibit  2**



A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526.0683
Direct Dial Number: (213) 891-5230
Direct Facsimile Number: (213) 630-5715
E-Mail Address: *blesage@buchalter.com*

March 10, 2006

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

> Re:   *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*
>       **MDL Docket No. 1715**

Dear Clerk of the Panel:

This letter supplements Defendants Ameriquest Mortgage Company ("Ameriquest Mortgage"), Ameriquest Capital Corporation ("Ameriquest Capital") and Argent Mortgage Company ("Argent") (collectively, "Defendants") January 23, 2006 and February 10, 2006 letters, in which they identified fifty-six (56) potential "Tag Along" actions.

By way of background, on or about December 13, 2005, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Transfer Order, pursuant to which it granted the motion to transfer pursuant to 28 U.S.C. § 1407 (the "Motion") filed by plaintiffs in *Cheryl Williams and Duvall Naughton v. Ameriquest Mortgage Company*, Case No. 05-CV-6189 (S.D. N.Y.) ("*Williams*"). The Panel therefore ordered each identified action in the Motion transferred to the United States District Court for the Northern District of Illinois, The Honorable Marvin E. Aspen presiding (the "Transferee Court"), for pretrial proceedings.

Defendants opposed the Motion, and by this letter, reconfirm that they do not waive, but rather expressly preserve (for all purposes, including any appeals), all arguments raised in opposition to the Motion and all objections to the Transfer Order. These arguments and objections include, without limitation, those based on Federal and State Constitutional grounds, including but not limited to Due Process and Equal Protection under the law.

Nevertheless, pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Rules") Defendants are compelled to identify the following actions as potential "Tag Along" actions as such actions are defined by the Rules.

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
March 10, 2006
Page 2

Also pursuant to the Rules, copies of the potential "Tag Along" complaints are enclosed
herewith in folders labeled with the corresponding numbers for your convenience.

1.    *Robert L. Allan, et al., v. Argent Mortgage Co.*, United States District Court for
      the District of Connecticut, Case No. 06-CV-00118 JCH (*"Allan"*).

2.    *Maria E. Arndt, et al., v. Ameriquest Mortgage Co..*, United States District Court
      for the Eastern District of Tennessee, Case No. 05-CV-00192 (*"Arndt"*).

3.    *Roger & Lyn Belval, et al., v. Ameriquest Mortgage Co, et al.*, United States
      District Court for the District of Connecticut, Case No. 06-CV-00117 MRK
      (*"Belval"*).

4.    *Michael Bowe, et al., v. Ameriquest Mortgage Co.*, United States District Court
      for the District of Connecticut, Case No. 06-CV-00119 MRK (*"Bowe"*).

5.    *Mark Cahalan, et al., v. Ameriquest Mortgage Co., et al.*, United States District
      Court for the Western District of Pennsylvania, Case No. 05-CV-00309 GLL-
      FXC (*"Cahalan"*).

6.    *Veronica I. Carney v. Ameriquest Mortgage Co.*, United States District Court for
      the District of Rhode Island, Case No. 06-CV-00068 S DLM (*"Carney"*).

7.    *Larry Crane, et al., v. Ameriquest Mortgage Co.*, United States District Court for
      the Northern District of Indiana, Case No. 05-CV-00323 PPS-PRC (*"Crane"*).

8.    *Mary Forrest, v. Ameriquest Mortgage Co.*, United States District Court for the
      Eastern District of Wisconsin Milwaukee Division, Case No. 06-CV-00012 JPS
      (*"Forrest"*).

9.    *Jason E. Gould, v. Ameriquest Mortgage Co.*, United States District Court for the
      District of Rhode Island, Case No. 06-CV-00041 S DLM (*"Gould"*).

10.   *Tenita J. Jones, et al., v. Ameriquest Mortgage Co., et al.*, United States District
      for the Western District of Tennessee, Case No. 06-CV-01051 JDT sta (*"Jones"*).

11.   *Patricia Leal v. Ameriquest Mortgage Co.*, United States District Court for the
      District of Rhode Island, Case No. 06-CV-00040 T LDA (*"Leal"*).

12.   *Rose Mayfield, v. Town & Country Credit Corp.*, United States District Court for
      the Northern District of Illinois, Case No. 05-CV-06158 (*"Mayfield"*).

13.   *Joseph Miles, Jr., et al., v. Argent Mortgage Co., et al.*, United States District
      Court for the Eastern District of New York, Case No. 05-CV-02605 (*"Miles"*).

BuchalterNemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
March 10, 2006
Page 3

14. *Yamil Montanez, v. Ameriquest Mortgage Co.*, United States District Court for the District of Massachusetts, Case No. 06-CA-10244 RWZ ("*Montanez*").

15. *Eddie Phillips, v. Ameriquest Mortgage Co., et al.*, United States District Court for the Northern District of Illinois, Case No. 05-CV-03531 ("*Phillips*").

16. *Regina Raines, v. Argent Mortgage, et al.*, United States District Court for the Middle District of Tennessee, Case No. 05-CV-01074 ("*Raines*").

17. *Richard J. Silvia, v. Ameriquest Mortgage Co.*, United States District Court for the District of Rhode Island, Case No. 06-CV-00067 ML LDA ("*Silvia*").

18. *Thomas Smith, et al., v. Argent Mortgage Co., et al.*, United States District Court for the District of Colorado, Case No. 05-CV-02364 RPM BMB ("*Smith*").

19. *Lillian J. Tocco, v. Argent Mortgage Co., et al.*, United States District Court for the Eastern District of Michigan, Case No. 05-CV-73963 AC MKM ("*Tocco*").

20. *Johnny Tremble, v. Town & Country Credit Corp.*, United States District Court for the Northern District of Illinois, Case No. 05-CV-02625 ("*Tremble*").

Defendants are continuing to locate additional potential "Tag Along" actions and anticipate a further supplemental designation. As always, please feel free to contact me with any questions.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By        Bernard LeSage

Enclosures

**Exhibit 3**

*Attn: Melody Petrossian*

Report is Ordered by District and Case #

## Judicial Panel on Multidistrict Litigation - Case Listing Report

Docket: 1715 - In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Status: Transferred on 12/13/2005

Transferee District: ILN    Judge: Aspen, Marvin E.

Printed on 03/15/2006
Page 1

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| **ALABAMA SOUTHERN** | | | | | | | | | |
| 1:05-578 | Mitchell, et al. v. Ameriquest Mortgage Co., et al. | DuBose | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/10/2006 | |
| **CALIFORNIA CENTRAL** | | | | | | | | | |
| 2:04-9715 | Burggraff v. Ameriquest Capital Corp., et al. | Morrow | | Motion | 07/13/2005 | 2005-7099 | Transfer | 12/13/2005 | |
| 2:05-1426 | Quarterman v. Ameriquest Capital Corp., et al. | Morrow | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/15/2006 | |
| 2:05-4982 | Morrison, et al. v. Ameriquest Mortgage Co., et al. | Otero | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/14/2006 | |
| 8:05-285 | Brown, et al. v. Ameriquest Capital Corp., et al. | Stotler | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 8:05-907 | Van Gorp, et al. v. Ameriquest Mortgage Co., et al. | Carney | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 8:05-1117 | Juillerat v. Ameriquest Mortgage Co. | Carter | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **CALIFORNIA NORTHERN** | | | | | | | | | |
| 3:05-240 | Knox, et al. v. Ameriquest Mortgage Co., et al. | Conti | | Motion | 07/13/2005 | 2005-7100 | Transfer | 12/13/2005 | |
| 5:05-2905 | Medina v. Argent Mortgage Co., et al. | Seeborg | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/14/2006 | |
| **COLORADO** | | | | | | | | | |
| 1:05-2364 | Smith, et al. v. Argent Mortgage Co., LLC, et al. | Blackburn | | Awaiting Info | 03/15/2006 | | | | |
| **CONNECTICUT** | | | | | | | | | |
| 3:05-452 | Bailey, et al. v. Ameriquest Mortgage Co. | Droney | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 3:05-1296 | Seavers, et al. v. Ameriquest Mortgage Co., et al. | Chatigny | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 3:05-1653 | Sarin v. Alpha Mortgage Lending, LLC, et al. | Chatigny | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/14/2006 | |
| 3:05-1831 | Duncan, et al. v. Ameriquest Mortgage Co. | Hall | | Suspense | 02/23/2006 | | | | |
| 3:05-1888 | Passaretti, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | | Suspense | 02/23/2006 | | | | |
| 3:06-117 | Belval, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | | Awaiting Info | 03/15/2006 | | | | |
| 3:06-118 | Allan, et al. v. Argent Mortgage Co., LLC | Hall | | Awaiting Info | 03/15/2006 | | | | |
| 3:06-119 | Bowe, et al. v. Ameriquest Mortgage Co. | Kravitz | | Awaiting Info | 03/15/2006 | | | | |
| **FLORIDA MIDDLE** | | | | | | | | | |
| 3:04-1296 | Bailey, et al. v. Ameriquest Capital Corp., et al. | Corrigan | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| 8:05-1036 | Williams, et al. v. Ameriquest Mortgage Co. | Kovachevich | | Motion | 07/13/2005 | 2005-7098 | Transfer | 12/13/2005 | |
| 8:05-1849 | Ungar v. Ameriquest Mortgage Co. | Whittemore | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **FLORIDA SOUTHERN** | | | | | | | | | |
| 1:05-21103 | Almaguer v. Argent Mortgage Co., LLC, et al. | Jordan | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/15/2006 | |
| **GEORGIA MIDDLE** | | | | | | | | | |
| 1:05-107 | Campbell v. Johnnie Ross, et al. | Sands | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/10/2006 | |
| **ILLINOIS NORTHERN** | | | | | | | | | |
| 1:04-7627 | Ferguson v. Ameriquest Mortgage Co., et al. | Manning | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1:05-389 | Habbard v. Ameriquest Mortgage Co., et al. | Filip | | XYZ Case | 01/30/2006 | | NTN | 01/30/2006 | |
| 1:05-432 | Jones v. Ameriquest Mortgage Co. | Coar | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1:05-648 | Smith, et al. v. Ameriquest Mortgage Co., et al. | Andersen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1:05-1007 | Washington, et al. v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |

(Docket 1,715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| 1-05-1009 | Jimenez, et al. v. Ameriquest Mortgage Co., et al. | Moran | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-1077 | Key v. Ameriquest Mortgage Co. | Andersen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-1078 | Treadwell, et al. v. Ameriquest Mortgage Co., et al. | Gettleman | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1090 | Talley, et al. v. Ameriquest Mortgage Co., et al. | Darrah | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1218 | Murray, et al. v. Ameriquest Mortgage Co. | Andersen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-1402 | Wertepny, et al. v. Ameriquest Mortgage Co., et al. | Nordberg | | XYZ Case | 03/15/2006 | | NTN | 03/15/2006 | |
| 1-05-2625 | Tremble v. Town & Country Credit Corp. | Kendall | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-3976 | Mills v. Ameriquest Mortgage Co., et al. | Leinenweber | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-4162 | Salazar, et al. v. Ameriquest Mortgage Co., et al. | Guzman | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-4644 | Luedtke, et al. v. Ameriquest Mortgage Co., et al. | Nordberg | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-4696 | Zarate v. Ameriquest Mortgage Co., et al. | Conlon | | XYZ Case | 01/30/2006 | | NTN | 01/30/2006 | |
| 1-05-4709 | Lemmon v. Ameriquest Mortgage Co., et al. | St. Eve | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-4723 | Brown v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-5024 | Payne v. Ameriquest Mortgage Co., et al. | Lindberg | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-5033 | Doolittle, et al. v. Ameriquest Mortgage Co., et al. | Bucklo | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-5035 | Pintak, et al. v. Ameriquest Mortgage Co., et al. | Guzman | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-5111 | Brown, et al. v. Ameriquest Mortgage Co., et al. | Kennelly | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-5911 | Holzmeister v. Ameriquest Mortgage Co., et al. | Nagle | | XYZ Case | 03/15/2006 | | NTN | 03/15/2006 | |
| 1-05-6158 | Mayfield v. Town & Country Credit Corp. | Pallmeyer | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-6172 | Perry v. Ameriquest Mortgage Co., et al. | Moran | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-6517 | Polydoros, et al. v. Town & Country Credit Corp., et al. | Zagel | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-6808 | Buckacz v. Ameriquest Mortgage Co., et al. | Gottschall | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| **INDIANA NORTHERN** | | | | | | | | | |
| 2-06-323 | Crane, et al. v. Ameriquest Mortgage Co. | Simon | | Awaiting Info | 03/15/2006 | | | | 03/15/2006 |
| 2-05-411 | Mikowski, et al. v. Ameriquest Mortgage Co., et al. | Simon | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **INDIANA SOUTHERN** | | | | | | | | | |
| 1-05-1618 | Purdy-Rob, et al. v. Argent Mortgage Co., LLC, et al. | Hamilton | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **LOUISIANA EASTERN** | | | | | | | | | |
| 2-05-3067 | Powell, et al. v. Ameriquest Mortgage Co. | Lemmon | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/15/2006 | |
| **MASSACHUSETTS** | | | | | | | | | |
| 1-04-12651 | Murphy, et al. v. Ameriquest Mortgage Co. | Zobel | | Motion | 07/13/2005 | 2005-7101 | Transfer | 12/13/2005 | |
| 1-06-10244 | Montanez v. Ameriquest Mortgage Co. | Zobel | | Awaiting Info | 03/15/2006 | | | 03/15/2006 | |
| **MICHIGAN EASTERN** | | | | | | | | | |
| 2-05-73963 | Tocco v. Argent Mortgage Co., LLC, et al. | Cohn | | Awaiting Info | 03/15/2006 | | | 03/15/2006 | |
| **MINNESOTA** | | | | | | | | | |
| 0-05-589 | Doherty, et al. v. Town & Country Credit Corp. | Tunheim | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **NEW YORK EASTERN** | | | | | | | | | |
| 2-05-5605 | Miles, et al. v. Argent Mortgage Co., LLC, et al. | Platt | | Awaiting Info | 03/15/2006 | | | 03/15/2006 | |
| 2-05-5987 | Mahazs v. Ameriquest Mortgage Co. | Korman | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **NEW YORK SOUTHERN** | | | | | | | | | |
| 1-05-6189 | Williams, et al. v. Ameriquest Mortgage Co. | Swain | | Motion | 07/13/2005 | 2005-7102 | Transfer | 12/13/2005 | |

*(Docket 1715 Case Listing Cont'd)*

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **OHIO NORTHERN** | | | | | | | | | | |
| 1-05-1126 | Saunders, et al. v. Ameriquest Mortgage Co., et al. | Boyko | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | | |
| **PENNSYLVANIA EASTERN** | | | | | | | | | | |
| 2-05-1096 | Reuter, et al. v. WM Specialty Mortgage, LLC, et al. | Fullam | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/13/2006 | | |
| 2-05-4427 | D'Ambrozi, et al. v. Ameriquest Mortgage Co. | Rufe | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | | |
| 2-05-6112 | Godwin v. Argent Mortgage Co., LLC, et al. | DuBois | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/13/2006 | | |
| **PENNSYLVANIA WESTERN** | | | | | | | | | | |
| 2-05-309 | Callahan v. Ameriquest Mortgage Co. | Lancaster | | Awaiting Info | 03/15/2006 | | CTO Opposed | 03/15/2006 | | |
| 2-05-391 | Kuhner v. Ameriquest Mortgage Co. | Standish | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/15/2006 | | |
| **RHODE ISLAND** | | | | | | | | | | |
| 1-05-527 | Pens v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | | |
| 1-05-528 | Daneau v. Ameriquest Mortgage Co. | Torres | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | | |
| 1-05-529 | Eyre v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | | |
| 1-05-530 | Parisi v. Ameriquest Mortgage Co. | Torres | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | | |
| 1-05-531 | Frost v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | | |
| 1-05-532 | Silvia v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | | |
| 1-05-533 | Creamer v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | | |
| 1-05-538 | Leclerc v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/08/2006 | | |
| 1-06-40 | Leal, v. Ameriquest Mortgage Co. | Torres | | Awaiting Info | 03/15/2006 | | | | | |
| 1-06-41 | Gould v. Ameriquest Mortgage Co. | Smith | | Awaiting Info | 03/15/2006 | | | | | |
| 1-06-67 | Silvia v. Ameriquest Mortgage Co. | Lisi | | Awaiting Info | 03/15/2006 | | | | | |
| 1-06-68 | Carney v. Ameriquest Mortgage Co. | Smith | | Awaiting Info | 03/15/2006 | | | | | |
| **TENNESSEE EASTERN** | | | | | | | | | | |
| 1-05-192 | Arndt, et al. v. Ameriquest Mortgage Co. | Mattice | | Awaiting Info | 03/15/2006 | | | | | |
| **TENNESSEE MIDDLE** | | | | | | | | | | |
| 3-05-793 | Reese v. Ameriquest Mortgage Co., et al. | Echols | 1 | CTO Filed | 02/27/2006 | | CTO Opposed | 03/15/2006 | | |
| 3-05-1074 | Raines v. First American Title Insurance Co., et al. | Trauger | | Awaiting Info | 03/15/2006 | | | | | |
| **TENNESSEE WESTERN** | | | | | | | | | | |
| 1-06-1051 | Jones, et al. v. Thomas L. Lewis, et al. | Todd | | Awaiting Info | 03/15/2006 | | | | | |
| **WISCONSIN EASTERN** | | | | | | | | | | |
| 2-06-12 | Forrest v. Ameriquest Mortgage Co. | Stadtmueller | | Awaiting Info | 03/15/2006 | | | | | |

**REPORT SUMMARY and FILTERS**

Docket: 1715 - Ameriquest Mortgage Co. Mortgage
Lending Practices
For Open Cases

There are 84 Cases on this Report.

| 27 XYZ Actions | 18 Transferred Actions |
|---|---|
| 2 Suspense Actions | 0 Terminated Actions |