IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that, on June 13, 2006 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present: **DEFENDANTS' SECOND MOTION FOR REASSIGNMENT OF RELATED CASES**, a copy of which is attached and hereby served upon you.

///

///

///

DATED: June 8, 2006                    Respectfully submitted,

                                                                 BUCHALTER NEMER
                                                                 A Professional Corporation

By: /s/ Bernard E. LeSage
    Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, and Town and Country Credit Corporation

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: June 8, 2006                    By: /s/ Thomas J. Wiegand
                                                                 Attorneys for Argent Mortgage Company, LLC

Thomas J. Wiegand
WINSTON & STRAWN lLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700