IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  _____  THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715  Lead Case No. 05-cv-07097  (Centralized before The Honorable Marvin E. Aspen) |

# DEFENDANTS' APPENDIX OF RELATED CASES IN SUPPORT OF SECOND MOTION FOR REASSIGNMENT OF RELATED CASES

      Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation hereby submit this Appendix of Related Cases cited in their Second Motion for Reassignment of Related Cases for the Court's ease of reference.

///

///

///

| Exh. No. | Case Name | Case No. | Date Original Complaint Filed | Judge | Case Designation |
|---|---|---|---|---|---|
| 1. | Gburek v. Ameriquest Mortgage | 06-2637 | 5/11/06 | Kennelly | TILA |
| 2. | Gburek v. Argent Mortgage | 06-2639 | 5/11/06 | Castillo | TILA |
| 3. | Rocco, et al. v. Ameriquest Mortgage Co., et al. | 06-2897 | 5/24/06 | Der-Yeghiayan | TILA |
| 4. | Rogers v. Town & Country Credit, et al. | 06-2736 | 5/16/06 | Coar | TILA |

DATED: June 8, 2006

Respectfully submitted,

BUCHALTER NEMER
A Professional Corporation

By: /s/ Bernard E. LeSage
  Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, and Town and Country Credit Corporation

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: June 8, 2006

By: /s/ Thomas J. Wiegand
Attorneys for Argent Mortgage Company, LLC

Thomas J. Wiegand
WINSTON & STRAWN lLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700