# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## CERTIFICATE OF SERVICE

I, Bernard E, Lesage, hereby certify that on this 8th day of June 2006, true and correct copies of the foregoing documents were filed electronically:

1. NOTICE OF FILING
2. DEFENDANTS' SECOND MOTION FOR REASSIGNMENT OF RELATED CASES
3. DEFENDANTS' APPENDIX OF RELATED CASES IN SUPPORT OF SECOND MOTION FOR REASSIGNMENT OF RELATED CASES

///

///

///

Notice of these filings will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access these filings through the Court's system. I further certify that true and correct copies were additionally sent via first class mail to all parties listed on the attached service list.

DATED: June 8, 2006

BUCHALTER NEMER
A Professional Corporation


By: /s/ Bernard E. LeSage
          BERNARD E. LESAGE
     *Attorneys for Defendants Ameriquest Mortgage*
     *Company, Ameriquest Capital Corporation,*
     *Argent Mortgage Company and Town and*
     *Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400


**SEE ATTACHED SERVICE LIST**

**MDL SERVICE LIST**
**IN RE:  AMERIQUEST MORTGAGE PRACTICES LITIGATION**

| | |
|---|---|
| Keith James Keogh<br>Law Offices of Keith J. Keogh<br>227 West Monroe Street<br>#2000<br>Chicago, IL 60606<br>Telephone: 312-726-1092 | Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER, &<br>GOODWIN, LLC<br>120 S. LaSalle Street, 18th floor<br>Chicago, Illinois 60603-3403<br>Telephone: 312-739-4200<br>Facsimile: 312-419-0379 |