IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>———————————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' THIRD MOTION FOR REASSIGNMENT OF RELATED CASES**

**I.     INTRODUCTION**

Defendants Ameriquest Mortgage Company ("Ameriquest"), Ameriquest Mortgage Securities ("AMS"), AMC Mortgage Services ("AMC"), Ameriquest Capital Corporation ("ACC") and Town & Country Credit Corporation ("Town & Country") (collectively, "Defendants") oppose the reassignment of the following three cases Plaintiffs' seek to reassign in their Third Motion for Reassignment of Related Cases: *Mormon v. Ameriquest Mortgage Co., et al.*; *Filian, et al. v. Ameriquest Mortgage Co., et al.*; *Melecio, et al. v. Town & Country Credit Corporation, et al.*[1]

As detailed below, reassignment of *Mormon, Filian* and *Melecio* is inappropriate at this time because either the matter has already been resolved or the matter has not yet been served upon Defendants.

**II.     THE CASES AT ISSUE IN THIS MOTION**

**A.     *Mormon v. Ameriquest Mortgage Co., et al.* and *Melecio, et al. v. Town & Country Credit Corporation, et al.***

In *Mormon v. Ameriquest Mortgage Co., et al.,* plaintiffs allege Ameriquest failed to provide the required disclosures of plaintiffs' right to cancel because only one of the Notices of

---

[1] Defendants do not oppose reassignment of the 19 other matters in Plaintiffs' Third Motion for Reassignment.

Right to Cancel ("NORTC") were completed instead of four. Plaintiffs also allege that Ameriquest failed to include both borrowers on the NORTC and that the receipt of a 7-day rescission period notice is confusing.

Plaintiffs in *Mormon* claim they gave notice of their rescission, but the loan had not been rescinded. However, Ameriquest did **not** deny plaintiffs' request for rescission. On April 26, 2006, Ameriquest sent a letter to plaintiffs' counsel agreeing to accommodate their rescission request. [Declaration of Sabrina Lemmon, ¶ 2. Exh. A.] The parties have resolved this matter and therefore transfer of it to this Court is unnecessary.

In *Melecio, et al. v. Town & Country Credit Corp., et al.,* plaintiffs allege Town & Country failed to disclose the payment schedule properly and that the receipt of a 7-day rescission period notice is confusing. Plaintiffs also claim that Town & Country engaged in unfair and deceptive acts in violation of §2 of the Illinois Consumer Fraud Act.

Plaintiffs in *Melecio* claim they gave notice of their rescission, but the loan had not been rescinded. However, plaintiffs' request for rescission was **not** denied by Ameriquest. On June 6, 2006, Ameriquest sent a letter to plaintiffs' counsel agreeing to accommodate their rescission request. [Declaration of Tina Rodriquez, ¶ 2. Exh. A.] The parties have resolved this matter also and therefore transfer of it to this Court is unnecessary.

**B.**     *Filian, et al. v. Ameriquest Mortgage Co., et al.*

*Filian, et al. v. Ameriquest Mortgage Co., et al.* was filed on May 19, 2006, however, Ameriquest has not yet been served with a Summons and Complaint. Therefore, it is premature to reassign this matter to this Court.

### III.     CONCLUSION

For the foregoing reasons, Defendants respectfully requests that the Court deny Plaintiffs' Motion for Reassignment as to the *Mormon, Melecio* and *Filian* matters.

DATED: June 12, 2006  Respectfully submitted,

BUCHALTER NEMER
A Professional Corporation


By: /s/ Bernard E. LeSage
*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Ameriquest Mortgage Securities, AMC Mortgage Services* and *Town & Country Credit Corporation*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

4

## CERTIFICATE OF SERVICE

     I, Bernard E, Lesage, hereby certify that on this 12th day of June 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                By: /s/ Bernard E. LeSage

BN 879353v1