IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### DECLARATION OF SABRINA LEMMON

I, Sabrina Lemmon, declare as follows:

1. I am a Regulatory Response Analyst at Ameriquest Mortgage Company ("Ameriquest")..

2. After reviewing Daniel A. Edelman's correspondence dated April 14, 2006 on behalf of Cynthia and Mildred Mormon requesting to rescind their loan with Ameriquest, Ameriquest agreed to grant their rescission request conditioned upon their execution of a Settlement and Release Agreement. Attached hereto as Exhibit A is a true and correct copy of my April 26, 2006 letter to Mr. Edelman in which Ameriquest agreed to rescind the Mormons' loan.

3. As of the date of this declaration, Cynthia and Mildred Mormon have not responded to my request to execute a Settlement and Release Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of June 2006 at Orange, California.

/s/ Sabrina Lemmon



# AMERIQUEST
## MORTGAGE COMPANY

April 26, 2006                                              *Via Federal Express*

Daniel A Edelman, Esq.
Edelman, Combs, Latturner & Goodwin, L.L.C
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603-3403

Re:   **Borrower:**                            *Mildred Mormon*
      **Mortgagor:**                           *Cynthia Mormon*
      **Ameriquest Loan Number Ending In:**    *XXXXXXX345*
      **Property Address:**                    *720 West 95th Street*
                                               *Chicago, Illinois 60628*

Dear Mr. Edelman:

This letter is in response to your correspondence dated April 14, 2006 purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Notwithstanding the above, as a customer accommodation Ameriquest will accommodate your clients' rescission request conditioned upon their execution of a Settlement & Release Agreement. Please provide me with written confirmation of your clients' acceptance of this offer no later than the close of business on May 12, 2006. Attached is an estimate of the demand amount.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Regulatory Response Analyst II
Ameriquest Mortgage Company

cc: Steve Taber, Esq.



1100 Town & Country Road, Suite 1200, Orange, CA 92868 • Phone (714) 541-9960 • Fax (714) 564-9639

Mormon # 0120009345

| AMOUNTS DISBURSED | | |
|---|---|---|
| EMC Mortgage | $ | 123,675.01 |
| HSBC NV | $ | 1,528.00 |
| HSBC/KMART | $ | 105.00 |
| CITI/CPU | $ | 125.00 |
| GEMB/JCP | $ | 156.00 |
| GEMB/SAMS CLUB | $ | 126.00 |
| WFFINACE | $ | 329.00 |
| TNBTGTVISA | $ | 306.00 |
| CAPITAL ONE BANK | $ | 510.00 |
| GEMB/EXXON MOBIL | $ | 242.00 |
| THD/CBUSA | $ | 157.00 |
| CITI BP OIL | $ | 23.00 |
| CITIFINANCIAL RETAIL | $ | 2,539.00 |
| HSBC NV | $ | 1,200.00 |
| CASH OUT | $ | 654.91 |
| Total Amount Disbursed | $ | 131,675.92 |

| CREDITS/ OFFSETS | | |
|---|---|---|
| 6/29/05 Payment for 7/1/05 | $ | 881.87 |
| 8/8/05 Payment for 8/1/05 | $ | 881.87 |
| 9/2/05 Payment for 9/1/05 | $ | 881.87 |
| 10/11/05 Payment for 10/1/05 | $ | 881.87 |
| 11/10/05 Payment for 11/1/05 | $ | 881.87 |
| 12/12/05 Payment for 12/1/05 | $ | 881.87 |
| 1/13/06 Payment for 1/1/06 | $ | 881.87 |
| 2/13/06 Payment for 2/1/06 | $ | 881.87 |
| 3/14/06 Payment for 3/1/06 | $ | 881.87 |
| 4/10/06 Payment for 4/1/06 | $ | 881.87 |
| Total Amount Paid by borrower | $ | 8,818.70 |

Please Note: This loan includes an escrow account. The positive amount remaining in such escrow account following payoff will be refunded directly to the borrowers and thus is not reflected in this demand amount.

| | |
|---|---|
| Total Amount Disbursed | $131,675.92 |
| Total Amount Paid by Borrower | $ (8,818.70) |
| Total Amount Due to Ameriquest | $122,857.22 |