IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

## DECLARATION OF TINA RODRIGUEZ

I, Tina Rodriguez, declare as follows:

1. I am a Regulatory Response Analyst at Ameriquest Mortgage Company ("Ameriquest").

2. After reviewing Daniel A. Edelman's correspondence dated May 18, 2006 on behalf of Adalberto and Paula Melecio requesting to rescind their loan with Ameriquest, Ameriquest agreed to grant their rescission request conditioned upon their execution of a Settlement and Release Agreement. Attached hereto as Exhibit A is a true and correct copy of my June 6, 2006 letter to Mr. Edelman in which Ameriquest agreed to rescind the Melecio's loan.

3. As of the date of this declaration, the Melecios have not responded to my request to execute a Settlement and Release Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of June 2006 at Orange, California.

/s/ Tina Rodriguez



June 6, 2006                                                    *Via Federal Express*

Daniel A Edelman, Esq.
Edelman, Combs, Latturner & Goodwin, L.L.C
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603-3403

Re:   **Borrowers:**                              ***Adalberto Melecio & Paula Melecio***
      **Ameriquest Loan Number Ending In:**   ***XXXXXXX936***
      **Property Address:**                     ***1316 North Lorraine Place***
                                                ***Waukegan, Illinois 60085***

Dear Mr. Edelman:

This letter is in response to your correspondence dated May 18, 2006 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document.

Notwithstanding the above, as a customer accommodation Ameriquest will grant your clients' rescission request conditioned upon their execution of a settlement and release agreement. Upon our receipt of written confirmation of your clients' acceptance of this offer, we will provide you with an estimated demand amount.

The above offer will expire at close of business on Friday, June 16, 2006. Should you have any questions, please call me at (714) 541-9960, extension 12375.

Sincerely,

Tina Rodriguez
Regulatory Response Analyst III
Ameriquest Mortgage Company


cc: Steve Taber, Esq.



1100 Town & Country Road, Suite 1200, Orange, CA 92868 • Phone (714) 541-9960 • Fax (714) 564-9639