IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

**MOTION FOR APPOINTMENT OF EDELMAN, COMBS,
LATTURNER & GOODWIN AS CO-LEAD CLASS COUNSEL**

Pursuant to Fed. R. Civ. P. 23(g)(2)(a), 95 MDL plaintiffs hereby move this Court to appoint Edelman, Combs, Latturner & Goodwin, LLC ("ECLG") as co-class counsel for all plaintiffs and class members in the MDL proceeding. In support of their motion, plaintiffs submit the attached Memorandum of Points and Authorities.

WHEREFORE, for the reasons stated in the attached Memorandum, plaintiffs represented by ECLG respectfully request that this Court enter an Order.

Respectfully Submitted,

    s/Al Hofeld, Jr.
Al Hofeld, Jr.

Daniel A. Edelman
Cathleen Combs
James Latturner
Tara Goodwin
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603

1

(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I, Al Hofeld, Jr., hereby certify that on June 13, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail or hand delivery to those parties without email addresses.

| | |
|---|---|
| *Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton* | *Lieff Cabraser Heimann & Berstein, LLP*<br>Elizabeth J. Cabraser, ecabraser@lchb.com<br>Kelly M. Dermody, kdermod@lchb.com<br>Caryn Becker, cbecker@lchb.com<br>Gena E. Wiltsek, gwiltsek@lchb.com<br>Rachel German, rgerman@lchb.com<br><br>*The Tien Law Firm, LLP*<br>Lawrence Tien, ltien@tienlawgroup.com<br>Kamran Mashoyekh, kamran@tienlawgroup.com |
| *Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes* | *Fenwick & West LLP*<br>Emmett C. Stanton, estanton@fenwick.com<br>Aaron Myers, amyers@fenwick.com<br>Bryan A. Kohm, bkohm@fenwick.com<br><br>*Community Legal Services in East Palo Alto*<br>Shirley Hochhausen, s_hochhausen@hotmail.com |
| *Attorneys for Plaintiff Adolph Peter Kurt Burggraff* | Douglas Bowdoin, dbowdoin@bowdoinlaw.com<br><br>*Kirby Noonan & Sweat*<br>Jonathan Andrews Boynton, jboyton@knlh.com<br>Sarah Brite Evans, sevans@knlh.com<br><br>*James Hoyer Newcoomer & Smiljanich*<br>Terry Smiljanich, tsmiljanich@jameshoyer.com<br>Kathleen Clark Knight, kknight@jameshoyer.com |

| | |
|---|---|
| *Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert, Daisybel Tolbert, David R. Murphy, David M. Wakefield, Isabell M. Murphy, Janet Wakefield and Lynn Gay* | *Roddy Klein & Ryan*<br>Gary Klein, klein@roddykleinryan.com<br>Elizabeth Ryan, ryan@roddykleinryan.com<br>Shennan Kavanagh, kavanagh@roddykleinryan.com |
| *Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert* | *Horowitz, Horowitz & Associates*<br>O. Randolph Bragg, rand@horowitzlaw.com<br><br>*Law Office of Theresa I. Wigginton*<br>Theresa I. Wigginton, terri@twiggintonlaw.com |
| *Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation* | *Buchalter Nemer, A Professional Corp.*<br>Bernard E. LeSage, blesage@buchalter.com<br>Sarah K. Andrus, sandrus@buchalter.com<br>Buchalter Nemer, bnemer@buchalter.com |
| *Attorneys for Defendant Ameriquest Mortgage Company* | *Kirkpatrick & Lockhart Nicholson Graham LLP*<br>Daniel A. Casey, dcasey@klng.com<br>Jonathan B. Morton, jmorton@klng.com<br>Jeffery T. Kucerajkucera@klng.com<br>Brian Mark Forbes, bforbes@klng.com<br>Ryan M. Tosi, rtosi@klng.com<br>R. Bruce Allensworth, ballensworth@klng.com<br><br>*Varga Berger Ledsky Hayes & Casey*<br>Craig Varga, cvarga@vblhc.com<br><br>*Dykema Gossett, PLLC*<br>Harry N. Arger, harger@dykema.com<br>Todd A. Gale, tgale@dykema.com<br>Richard E. Gottlieb, rgottlieb@dykema.com<br>David A. Wheeler, dwheeler@dykema.com |
| *Attorneys for Plaintiff Giavone Tammerello* | *Stanley Hill &n Associates, P.C.& Associates, P.C.*<br>Stanley L. Hill, stanhill@megsinet.net<br>Dalal M. Jarad, dmjarad@aol.com |
| *Additional Party* | *The Law Offices of Daniel Harris*<br>Daniel Harris, lawofficedh@yahoo.com |

| | |
|---|---|
| *Attorney for Defendants AMC Mortgage Service, Inc. and Ameriquest Mortgage Company* | *Edward P. Grimmer, PC* <br> Edward P. Grimmer, ed@grimmerlaw.com |
| *Attorney for Citifinancial Mortage Company, Inc.* | *Bunger & Robertson* <br> Suzette V. Sims, ssims@lawbr.com |
| *Attorneys for GMAC Mortgage Corporation* | *Wooden & McLaughlin LLP* <br> James M. Boyers, jboyers@woodmclaw.com <br> Jamie A. Young, jyoung@woodenmclaw.com |
| *Registered Agent for AMC Mortgage Service, Inc., Ameriquest Mortgage Company, Argent Mortgage Company, LLC and Town and Country Credit Corporation* | National Registered Agents (Hand-delivery) <br> 200 W. Adams Street <br> Chicago, IL 60606 |
| *Registered Agent for Ameriquest Mortgage Securities, Inc.* | National Registered Agents (via US Mail) <br> 2030 Main Street, Suite 1030 <br> Irvine, CA 92614 |

                                             s/Al Hofeld, Jr.
                                              Al Hofeld, Jr.