IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

### DECLARATION OF JEFFREY D. DAHL

I, Jeffrey D. Dahl, declare as follows:

1. I am the Senior Vice President of Rust Consulting, Inc. ("Rust Consulting"), and have held this position for 13 years.

2. My job duties include oversight for the class action claims administration business at Rust Consulting.

3. As part of my job duties, I am responsible for and have managed over 250 class action settlements. Of these settlements, approximately 50% have been nationwide class action settlements.

4. Rust Consulting has been in existence for more than 25 years. For the last 15 years, it has been almost exclusively engaged in class action claims administration. Throughout the history of Rust Consulting, it has managed in excess of 750 class action settlements of which approximately 50% have been nationwide class actions.

5. On January 23, 2006, Ameriquest Mortgage Company ("Ameriquest") and the State Attorneys General of the 49 states in which Ameriquest has done business has reached a settlement of all claims by all its borrowers in the 49 states ("AG Settlement"). Rust Consulting has been initially selected to manage the settlement agreement and administrate the claims process.

6. Rust Consulting has provided the parties with a proposal for claims administration which is designed to maximize the participation of borrowers in the AG Settlement.

7. In some nationwide class actions where similar claimant outreach programs have been employed, Rust Consulting has been successful in achieving claims participation rate in excess of 90%.

8. The AG Settlement has been structured to create strong incentives to maximize claimant participation.

9. Based upon my and Rust Consulting's experience with similar nationwide class actions we expect that the claims participation rate will exceed 70% of all eligible Ameriquest borrowers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of June 2006 at Faribault, Minnesota.

    /s/  Jeffrey D. Dahl_____