UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715 Lead Case No. 05-cv-07097 Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

## MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF EDELMAN, COMBS, LATTURNER & GOODWIN AS CO-LEAD CLASS COUNSEL

This firm is counsel for the plaintiffs in eleven pending cases against Ameriquest, including eight individual cases and three putative class actions. The Edelman, Combs, Latturner & Goodwin firm is my co-counsel in two of the putative class action cases and has been very helpful, on an informal basis, with respect to the other cases.

I support including the Edelman firm as one of the lead counsel for the plaintiffs in this MDL proceeding. The Edelman firm is an established leader both in consumer credit class actions and in individual mortgage rescission cases. The Edelman firm has the experience, expertise and resources necessary to act as a lead counsel for the plaintiffs in this litigation.

Also, to promote the efficient and harmonious prosecution of the cases against Ameriquest, there should be a leadership structure for the plaintiffs' lawyers in which all significant cases and groups are represented. The Edelman firm is an essential ingredient in that structure. The Edelman firm and the law firms allied with it are prosecuting a significant number of the cases against Ameriquest pending before this Court.

In short, including the Edelman firm in the Court-appointed leadership group is essential to the establishment of a framework for cooperation among the plaintiffs' attorneys that would enable the plaintiffs' lawyers to work together as a team for the common good of their clients.

Respectfully submitted by:

     /s Daniel Harris
Daniel Harris

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL  60606
(312) 960-1802

## CERTIFICATE OF SERVICE

      I, Anthony P. Valach, Jr., hereby certify that on June 13, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses as identified by the Court's electronic filing system.

Dated: June 13, 2006        THE LAW OFFICES OF DANIEL HARRIS

        By:    /s Anthony P. Valach, Jr.

        Daniel Harris, Esq.
        Anthony Valach, Esq.
        THE LAW OFFICES OF DANIEL HARRIS
        150 N. Wacker Drive, Suite 3000
        Chicago, IL  60606
        (312) 960-1802