**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715 <br> Lead Case No. 05-cv-07097 <br><br> Centralized before the <br> Honorable Marvin E. Aspen |

**STIPULATION AND [PROPOSED] ORDER THEREON GRANTING DEFENDANTS' SECOND AND PLAINTIFFS' THIRD MOTIONS FOR REASSIGNMENT OF RELATED CASES**

WHEREAS, on June 6, 2006, certain plaintiffs ("Plaintiffs") in this multidistrict litigation proceeding ("MDL Proceeding") filed their Third Motion for Reassignment of Related Cases seeking to reassign 22 matters to this Court;

WHEREAS, on June 8, 2006, defendants Ameriquest Mortgage Company ("Ameriquest"), Ameriquest Mortgage Securities ("AMS"), AMC Mortgage Services ("AMC"), Ameriquest Capital Corporation ("ACC"), Argent Mortgage Company ("Argent") and Town and Country Credit Corporation ("Town and Country") (collectively, "Defendants") filed their Second Motion for Reassignment of Related Cases seeking to reassign four matters to this Court;

WHEREAS, counsel for Plaintiffs and counsel for Defendants, on behalf of their respective clients, have met and conferred regarding, among other things, the reassignment of the 26 matters to this Court;

WHEREAS, on June 13, 2006 this Court instructed counsel for Plaintiffs and counsel Defendants to submit a Stipulation and Proposed Order granting the Motions to the extent Plaintiffs and Defendants could agree as to which cases should be reassigned; and

WHEREAS, Plaintiffs and Defendants agree that all cases which are the subject of Plaintiffs' Third Motion for Reassignment and Defendants' Second Motion for Reassignment,

including those cases to which Defendants initially opposed reassignment, should be reassigned to this Court.

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, through their respective counsel of record, that the following matters from Plaintiffs' Third and Defendants' Second Motions for Reassignment be reassigned to this Court:

1. *Geis v. Ameriquest Mortgage Company, et al.* (06-1716)
2. *Wessel, et al. v. Ameriquest Mortgage Company, et al.* (06-1899)
3. *Rodriguez, et al. v. Ameriquest Mortgage Company, et al.* (06-2187)
4. *Sedgwick, et al. v. Ameriquest Mortgage Company, et al.* (06-2333)
5. *Spencer v. Ameriquest Mortgage Company, et al.* (06-2396)
6. *Jones v. Ameriquest Mortgage Company, et al.* (06-2397)
7. *Balark, et al. v. Ameriquest Mortgage Company, et al.* (06-2430)
8. *Dougherty, et al. v. Ameriquest Mortgage Company, et al.* (06-2482)
9. *Mormon v. Ameriquest Mortgage Company, et al.* (06-2514)
10. *Grabowski v. Ameriquest Mortgage Company, et al.* (06-2549)
11. *Besterfield v. Ameriquest Mortgage Company, et al.* (06-2676)
12. *Tieri v. Ameriquest Mortgage Company, et al.* (06-2683)
13. *Wisniewski v. Town & Country Credit Corp., et al.* (06-2697)
14. *Jiles v. Argent Company, et al. (*06-2771)
15. *Walker, et al. v. Ameriquest Mortgage Company, et al.* (06-2807)
16. *Grabs v. Argent Mortgage Company, et al.* (06-2809)
17. *Filian, et al. v. Ameriquest Mortgage Company, et al.* (06-2826)
18. *Smith, et al. v. Ameriquest Mortgage Company, et al.* (06-2828)
19. *Eson, et al. v. Argent Mortgage Company, et al.* (06-2829)
20. *Brown, et al. v. Ameriquest Mortgage Company, et al.* (06-2830)
21. *Melecio, et al. v. Town & Country Credit Corporation, et al.* (06-2832)
22. *Dearden v. Ameriquest Mortgage Company, et al.* (06-2912)
23. *Gburek v. Ameriquest Mortgage* (06-2637)
24. *Gburek v. Argent Mortgage* (06-2639)
25. *Rocco, et al. v. Ameriquest Mortgage Co., et al.* (06-2897)

26. *Rogers v. Town & Country Credit, et al.* (06-2736)

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 14, 2006 | By: /s/ Daniel A. Edelman<br>*Attorneys for Plaintiffs*<br><br>Daniel A. Edelman<br>Cathleen Combs<br>James O. Latturner<br>Al Hofeld, Jr.<br>EDELMAN, COMBS, LATTURNER 7<br>GOODWIN, LLC<br>120 S. LaSalle Street, 18th Floor<br>Chicago, Illinois 60603<br>Telephone: (312) 739-4200<br>Facsimile: (312) 419-0379 |
| DATED: June 14, 2006 | By: /s/ Bernard E. LeSage<br><br>*Attorneys for Defendant Ameriquest Mortgage Company*<br><br>Bernard E. LeSage (CA Bar No. 61870)<br>Sarah K. Andrus (CA Bar No. 174323)<br>BUCHALTER NEMER<br>A Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457<br>Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400 |

**ORDER**

The parties hereto having so stipulated, **IT IS ORDERED** that Plaintiffs' Third and Defendants' Second Motions for Reassignment of Related Cases are granted and the following matters will be reassigned to this Court:

1. *Geis v. Ameriquest Mortgage Company, et al.* (06-1716)
2. *Wessel, et al. v. Ameriquest Mortgage Company, et al.* (06-1899)
3. *Rodriguez, et al. v. Ameriquest Mortgage Company, et al.* (06-2187)
4. *Sedgwick, et al. v. Ameriquest Mortgage Company, et al.* (06-2333)
5. *Spencer v. Ameriquest Mortgage Company, et al.* (06-2396)
6. *Jones v. Ameriquest Mortgage Company, et al.* (06-2397)
7. *Balark, et al. v. Ameriquest Mortgage Company, et al.* (06-2430)
8. *Dougherty, et al. v. Ameriquest Mortgage Company, et al.* (06-2482)
9. *Mormon v. Ameriquest Mortgage Company, et al.* (06-2514)
10. *Grabowski v. Ameriquest Mortgage Company, et al.* (06-2549)
11. *Besterfield v. Ameriquest Mortgage Company, et al.* (06-2676)
12. *Tieri v. Ameriquest Mortgage Company, et al.* (06-2683)
13. *Wisniewski v. Town & Country Credit Corp., et al.* (06-2697)
14. *Jiles v. Argent Company, et al. (*06-2771)
15. *Walker, et al. v. Ameriquest Mortgage Company, et al.* (06-2807)
16. *Grabs v. Argent Mortgage Company, et al.* (06-2809)
17. *Filian, et al. v. Ameriquest Mortgage Company, et al.* (06-2826)
18. *Smith, et al. v. Ameriquest Mortgage Company, et al.* (06-2828)
19. *Eson, et al. v. Argent Mortgage Company, et al.* (06-2829)
20. *Brown, et al. v. Ameriquest Mortgage Company, et al.* (06-2830)
21. *Melecio, et al. v. Town & Country Credit Corporation, et al.* (06-2832)
22. *Dearden v. Ameriquest Mortgage Company, et al.* (06-2912)
23. *Gburek v. Ameriquest Mortgage* (06-2637)
24. *Gburek v. Argent Mortgage* (06-2639)
25. *Rocco, et al. v. Ameriquest Mortgage Co., et al.* (06-2897)

26. *Rogers v. Town & Country Credit, et al.* (06-2736)

**IT IS SO ORDERED.**

Dated:_____, 2006

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Bernard E, Lesage, hereby certify that on this 14th day of June 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage