# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on the 20th day of June 2006, a true and correct copy of the foregoing document was filed electronically:

    DEFENDANT AMERIQUEST MORTGAGE COMPANY'S BRIEF REGARDING WHETHER THE NOTICE TO MORTGAGEES WHO FACE FORECLOSURE SHOULD BE SENT TO BORROWERS WHOSE LOANS ORIGINATED AFTER JANUARY 23, 2006

    Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    By: /s/ Bernard E. LeSage