IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

## PROOF OF SERVICE

I, Melainie Hedani, declare as follows:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, Suite 3100, San Francisco, California 94111-3339. I am readily familiar with this firm's practice for collection and processing of correspondence by electronic mail and mailing with the United States Postal Service. On June 22, 2006, a true and correct copy of the following documents were filed electronically:

 1. **COOPERATING PLAINTIFFS' RESPONSE TO DEFENDANTS' ORGANIZATION PLAN**

Notice of filing was sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

I further certify that on June 22, 2006, a true and correct copy of this Proof of Service was filed electronically with the Court. True and correct copies of the documents listed

above, as well as this Proof of Service, were additionally sent via email or by U.S. Mail to the following parties who do not receive e-service through the Court's ECF system:

[See Attached List]

I declare under penalty of perjury that the above is true and correct.

Executed on June 22, 2006, at San Francisco, California.


        /s/ Melainie Hedani
        Melanie Hedani

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: 415/956-1000
Facsimile: 415/956-1008

546035.1