IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**PROOF OF SERVICE**

I, Jill Bowman, hereby certify that on this 22nd day of June 2006, a true and correct copy of the following document was filed electronically:

1. **COOPERATING PLAINTIFFS' RESPONSE IN OPPOSITION TO APPOINTMENT OF EDELMAN, COMBS, LATTURNER & GOODWIN, LLC, AS CO-LEAD COUNSEL AND TO THE EDELMAN PLAINTIFFS' PROPOSED ORGANIZATION AND CASE MANAGEMENT PLAN**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

I further certify that on June 22, 2006, a true and correct copy of this Proof of Service was filed electronically with the Court. True and correct copies of the document listed above, as well as this Proof of Service, were additionally sent via email or by first class mail, postage prepaid, to the parties on the attached list who do not receive electronic service through the Court's ECF system.

/s/ Jill H. Bowman
JILL H. BOWMAN

Registered Agent for Ameriquest Mortgage Securities, Inc.

NATIONAL REGISTERED AGENTS (VIA US MAIL)
2030 MAIN STREET, SUITE 1030
IRVINE, CA 92614

Attorneys for Defendant Ameriquest Mortgage Company

HARRY N. ARGER
TODD A. GALE
RICHARD E. GOTTLIEB
DAVID A. WHEELER
DYKEMA GOSSETT, PLLC
10 SOUTH WACKER DRIVE, SUITE 2300
CHICAGO, IL 60606
PHONE: (312) 876-1700
FAX: (312) 876-1155
EMAIL: harger@dykema.com, tgale@dykema.com
rgottlieb@dykema.com, dwheeler@dykema.com

Attorneys for GMAC Mortgage Corporation

JAMES M. BOYERS
JAMIE A. YOUNG
WOODEN & MCLAUGHLIN LLP
211 NORTH PENNSYLVANIA
ONE INDIANA SQUARE, SUITE 1800
INDIANAPOLIS, IN 46204-4208
PHONE: (317) 639-6151
FAX: (317) 639-6444
EMAIL: jboyers@woodmclaw.com  jyoung@woodenmclaw.com

Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert

O. RANDOLPH BRAGG
HORWITZ, HORWITZ & ASSOCIATES
25 EAST WASHINGTON
SUITE 900
CHICAGO, IL 60602
PHONE: (312) 372-8822
FAX: (312) 372-1673
EMAIL: rand@horowitzlaw.com

Attorneys for Plaintiffs Willie & Barbara Jackson

DANIEL A. EDELMAN
CATHLEEN COMBS
TARA GOODWIN
AL HOLFELD, JR.
EDELMAN, COMBS & LATTURNER, LLC
120 S. LASALLE STREET, SUITE 1800
CHICAGO, IL 60603
PHONE: (312) 739-4200
FAX: (312) 419-0379
EMAIL: edcombs@aol.com

Registered Agent for AMC Mortgage Service, Inc., Ameriquest Mortgage Company, Argent Mortgage Company, LLC, and Town and Country Credit Corporation

NATIONAL REGISTERED AGENTS (VIA U.S. MAIL)
201 W. ADAMS ST.
CHICAGO, IL 60606

Attorney for Plaintiff Adolph Peter Kurt Burggraff

DOUGLAS C. BOWDOIN
LAW OFFICE OF DOUGLAS C. BOWDOIN
CITRUS CENTER, SUITE 800
255 SOUTH ORANGE AVENUE
ORLANDO, FL 32801
PHONE: (407) 422-0025
FAX: (407) 843-2448
EMAIL: dbowdoin@bowdoinlaw.com

Attorneys for Plaintiff Adolph Peter Kurt Burggraff

JONATHAN ANDREWS BOYNTON
SARAH BRITE EVANS
KIRBY NOONAN & SWEAT
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CA 92101-3387
PHONE: (619) 231-8666
FAX: (619) 231-9593
EMAIL: jboynton@knlh.com  sevans@knlh.com

Attorneys for Defendant Ameriquest Mortgage Company

DANIEL A. CASEY
JONATHAN B. MORTON
RYAN M. TOSI
JEFFERY T. KUCERA
BRIAN MARK FORBES
R. BRUCE ALLENSWORTH
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111-2950
PHONE: (617) 261-3100
FAX: (617) 261-3175
EMAIL: dcasey@klng.com, jmorton@klng.com, rtosi@klng.com,
jkucera@klng.com, bforbes@klng.com, ballensworth@

Attorney for Defendants AMC Mortgage Service, Inc. and Ameriquest Mortgage Company

EDWARD P. GRIMMER
EDWARD P. GRIMMER, PC
603 N. MAIN STREET
CROWN POINT, IN 46307-3233
PHONE: (219) 662-1661
FAX: (219) 663-4151
EMAIL: ed@grimmerlaw.com

**Additional Party**

DANIEL M. HARRIS
LAW OFFICES OF DANIEL HARRIS
150 NORTH WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606
PHONE: (312) 960-1802
FAX: (312) 960-1936
EMAIL: lawofficedh@yahoo.com

**Attorney for Citifinancial Mortage Company, Inc.**

SUZETTE V. SIMS
BUNGER & ROBERTSON
226 SOUTH COLLEGE SQUARE, P.O. BOX 910
BLOOMINGTON, IN 47402-0910
PHONE: (812) 332-9295
FAX: (812) 331-8808
EMAIL: ssims@lawbr.com

**Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton**

LAWRENCE TIEN
KAMRAN MASHAYEKH
THE TIEN LAW GROUP, PLLC
2201 TIMBERLOCH
SUITE 110
THE WOODLANDS, TX 77380
PHONE: (281) 444-0604
FAX: (281) 440-0124
EMAIL: ltien@tienlawgroup.com   kamran@tienlawgroup.com

**Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes**

SHIRLEY HOCHHAUSEN
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
2117-B UNIVERSITY AVENUE
EAST PALO ALTO, CA 94303
PHONE: (650) 326-6440
FAX: (650) 326-9722
EMAIL: s_hochhausen@hotmail.com

**Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes**

EMMETT C. STANTON
AARON MYERS
BRYAN A. KOHM
FENWICK & WEST LLP
801 CALIFORNIA STREET
MOUNTAIN VIEW, CA 94041-2008
PHONE: (650) 988-8500
FAX: (650) 938-5200
EMAIL: estanton@fenwick.com, amyers@fenwick.com
bkohm@fenwick.com

**Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert**

THERESA I. WIGGINGTON
LAW OFFICE OF THERESA I. WIGGINTON
915 OAKFIELD DRIVE, SUITE F
BRANDON, FL 33511
PHONE: (813) 653-2992   (888) 806-4493
FAX: (813) 655-7082
EMAIL: terri@twiggintonlaw.com