IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen) |

**COOPERATING PLAINTIFFS' MOTION FOR APPROVAL OF PLAINTIFFS' PROPOSED ORGANIZATION AND CASE MANGEMENT PLAN AND TO LIFT STAY**

Plaintiffs respectfully move this Court for approval of their proposed Joint and Agreed Organization and Case Management Plan filed on June 13, 2006 [Docket No. 162], or in the alternative, for Order interim or provisional appointment of Plaintiffs' Counsel [Docket No. 4]. In addition, Plaintiffs request that this Court lift its stay of proceedings, or in the alternative, allow discovery to commence before October 2006. As grounds for this motion, Plaintiffs state the following:

1. On February 7, 2006, this Court directed Plaintiffs' Counsel to organize and to jointly present a proposed case management plan by June 13, 2006.

2. On June 13, 2006, Plaintiffs filed a proposal for case management ("Cooperating Plaintiffs' Plan") on behalf of a unified group of cooperating Plaintiffs ("Cooperating Plaintiffs").

3. The components of the Cooperating Plaintiffs' Plan were the result of extensive discussion and a coordinated effort by Plaintiffs' Counsel; the Plan includes a comprehensive management scheme for the MDL proceeding that is consistent

with the recommendations of the Manual for Complex Litigation and proposes a team of lawyers who are highly qualified and experienced in MDL proceedings.

4. Only one firm has filed a competing plan for its appointment as co-lead counsel. By a separate filing, the Cooperating Plaintiffs have opposed that plan. [Docket No. 177.]

5. Continuing the stay of these proceedings will prejudice the Cooperating Plaintiffs, many of whom are at imminent risk of losing their home to foreclosure and whose transferred cases have already been stayed for months.

6. Additional points and authorities in support of this motion are presented in the accompanying Memorandum of Law.

WHEREFORE, Cooperating Plaintiffs respectfully request that this Court approve their Proposed Organization and Case Management Plan, or in the alternative, order interim or provisional appointment of Plaintiffs' Counsel. Plaintiffs' additionally request that this Court lift the stay of proceedings, or in the alternative, allow discovery to commence before October 2006, and grant other such relief as it deems just in the circumstances.

Dated: June 22, 2006

Respectfully Submitted,

*/s/ Kelly M. Dermody*
Kelly M. Dermody

Kelly M. Dermody (CA Bar No. 171716)
Caryn Becker (CA Bar No. 196947)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*/s/ Gary Klein*
Gary Klein

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone:  (617) 357-5500 ext. 15
Facsimile:   (617) 357-5030

2

    */s/ Terry Smiljanich*
    Terry Smiljanich

Terry Smiljanich
Jill Bowman
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

    *Proposed Plaintiffs' Co-Lead Counsel*


    */s/ Marvin A. Miller*
    Marvin A. Miller

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

    *Proposed Plaintiffs' Liaison Counsel*


Samuel H. Rudman
Evan J. Kaufman
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Michael Donovan
DONOVAN SEARLES LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: (215) 732-6067
Facsimile: (215) 732-8060

William H. Crowder
Gregory L. Paulson
CROWDER, BEDOR & PAULSON, LLP
555 West 7th Street, Suite 201
St. Paul, MN 55201
Telephone: (651) 225-8330
Facsimile: (651) 204-2134

    *Proposed Plaintiffs' Executive Committee*

| | |
|---|---|
| Daniel S. Blinn | Charles Delbaum |
| CONSUMER LAW GROUP, LLC | NATIONAL CONSUMER LAW CENTER |
| 35 Cold Spring Road, Suite 512 | 77 Summer Street, 10th Floor |
| Rocky Hill, CT  06067 | Boston, MA  02110 |
| Telephone:  (860) 571-0408 | Telephone:  (617) 542-8010 |
| Facsimile:  (860) 571-7457 | Facsimile:  (617) 542-8028 |

*Proposed Plaintiffs' Individual Consumer Claims Steering Committee*

W. Roderick Bowdoin
DARBY PEELE BOWDOIN & PAYNE
P.O. Drawer 1707
Lake City, FL  32056
Telephone:  (836) 752-4120
Facsimile:  (836) 755-4569

Douglas Bowdoin
DOUGLAS BOWDOIN, P.A.
P.O. Box 2254
Orlando, FL  32802-2254
Telephone:  (407) 422-0025
Facsimile:  (407) 843-2448


J. Craig Bourne
1520 East Livingston Street
Orlando, FL  32801
Telephone:  (407) 894-6750
Facsimile:  (407) 894-4735

Laurence Tien
Kamran Mashayekh
THE TIEN LAW FIRM, LLP
10235 West Little York Road, Suite 470
Houston, TX 77040
Telephone:  (713) 937-0223
Facsimile:  (713) 937-0220

Theresa I. Wigginton
915 Oakfield Drive, Suite F
Brandon, Florida 33511
Telephone:  (813) 653-2992
Facsimile:  (813) 655-7082

Jonathan A. Boynton

Sarah Brite Evans
KIRBY NOONAN LANCE & HOGE, LLP
One America Plaza
600 W. Broadway, Suite 1100
San Diego, CA 92101-3387
Telephone: 619/231-8666
Facsimile: 619/231-9593

Matthew J. Zevin
STANLEY, MANDEL & IOLA, L.L.P.
 550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:  (619) 235-5306
Facsimile:  (815) 377-8419

Andrew S. Kierstead
LAW OFFICE OF ANDREW S. KIERSTEAD
1001 SW Fifth Avenue, Suite 1100
Portland, OR  97204
Telephone:  (508) 224-6246
Facsimile:  (508) 224-4356

Marc R. Stanley
Roger L. Mandel
Martin Woodward
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, TX  75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

Thomas G. Shapiro
Theodore M. Hess-Mahan
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile:  (617) 439-0134

Richard J. Fuller
1700 US Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511
Telephone: (612) 341-1209
Facsimile: (612) 339-3161

David J. George
Robert J. Robbins
Stuart A. Davidson
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561/750-3000
Facsimile: 561/750-3364

Gary F. Lynch
36 N. Jefferson Street
New Castle, PA 16101
Telephone: (724) 656-1555

*Additional Plaintiffs' Counsel*