# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05 C 07097 <br><br> (Centralized before the Honorable Marvin E. Aspen) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, June 27, 2006 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the *Cooperating Plaintiffs' Motion for Approval of Plaintiffs' Proposed Organization and Case Management Plan and to Lift Stay*, a copy of which is hereby served upon you.

Respectfully submitted,

Dated: June 22, 2006

| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
|---|---|
| Kelly M. Dermody | Gary Klein |
| Kelly M. Dermody (CA Bar No. 171716) <br> Caryn Becker (CA Bar No. 196947) <br> LIEFF, CABRASER, HEIMANN <br> & BERNSTEIN, LLP <br> 275 Battery Street, 30th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> Facsimile: (415) 956-1008 | Gary Klein <br> Elizabeth Ryan <br> Shennan Kavanagh <br> RODDY KLEIN & RYAN <br> 727 Atlantic Avenue <br> Boston, MA 02111-2810 <br> Telephone: (617) 357-5500 ext. 15 <br> Facsimile: (617) 357-5030 |

/s/ *Terry Smiljanich*
Terry Smiljanich

Terry Smiljanich
Jill Bowman
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Proposed Plaintiffs' Co-Lead Counsel*

/s/ *Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4800
Facsimile: (312) 782-4485

*Proposed Plaintiffs' Liaison Counsel*

| | |
|---|---|
| Samuel H. Rudman | Michael Donovan |
| Evan J. Kaufman | DONOVAN SEARLES LLC |
| LERACH COUGHLIN STOIA GELLER | 1845 Walnut Street, Suite 1100 |
| RUDMAN & ROBBINS LLP | Philadelphia, PA 19103 |
| 58 South Service Road, Suite 200 | Telephone: (215) 732-6067 |
| Melville, NY 11747 | Facsimile: (215) 732-8060 |
| Telephone: (631) 367-7100 | |
| Facsimile: (631) 367-1173 | |

William H. Crowder
Gregory L. Paulson
CROWDER, BEDOR & PAULSON, LLP
555 West 7th Street, Suite 201
St. Paul, MN 55201
Telephone: (651) 225-8330
Facsimile: (651) 204-2134

*Proposed Plaintiffs' Executive Committee*

| | |
|---|---|
| Daniel S. Blinn | Charles Delbaum |
| CONSUMER LAW GROUP, LLC | NATIONAL CONSUMER LAW CENTER |
| 35 Cold Spring Road, Suite 512 | 77 Summer Street, 10th Floor |
| Rocky Hill, CT 06067 | Boston, MA 02110 |
| Telephone: (860) 571-0408 | Telephone: (617) 542-8010 |
| Facsimile: (860) 571-7457 | Facsimile: (617) 542-8028 |

*Proposed Plaintiffs' Individual Consumer Claims Steering Committee*

W. Roderick Bowdoin
DARBY PEELE BOWDOIN & PAYNE
P.O. Drawer 1707
Lake City, FL 32056
Telephone: (836) 752-4120
Facsimile: (836) 755-4569

Douglas Bowdoin
DOUGLAS BOWDOIN, P.A.
P.O. Box 2254
Orlando, FL 32802-2254
Telephone: (407) 422-0025
Facsimile: (407) 843-2448

J. Craig Bourne
1520 East Livingston Street
Orlando, FL 32801
Telephone: (407) 894-6750
Facsimile: (407) 894-4735

Laurence Tien
Kamran Mashayekh
THE TIEN LAW FIRM, LLP
10235 West Little York Road, Suite 470
Houston, TX 77040
Telephone: (713) 937-0223
Facsimile: (713) 937-0220

Theresa I. Wigginton
915 Oakfield Drive, Suite F
Brandon, Florida 33511
Telephone: (813) 653-2992
Facsimile: (813) 655-7082

Jonathan A. Boynton
Sarah Brite Evans
KIRBY NOONAN LANCE & HOGE, LLP
One America Plaza
600 W. Broadway, Suite 1100
San Diego, CA 92101-3387
Telephone: 619/231-8666
Facsimile: 619/231-9593

Matthew J. Zevin
STANLEY, MANDEL & IOLA, L.L.P.
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 235-5306
Facsimile: (815) 377-8419

Andrew S. Kierstead
LAW OFFICE OF ANDREW S. KIERSTEAD
1001 SW Fifth Avenue, Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

Marc R. Stanley
Roger L. Mandel
Martin Woodward
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

Thomas G. Shapiro
Theodore M. Hess-Mahan
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

Richard J. Fuller
1700 US Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511
Telephone: (612) 341-1209
Facsimile: (612) 339-3161

David J. George
Robert J. Robbins
Stuart A. Davidson
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561/750-3000
Facsimile: 561/750-3364

Gary F. Lynch
36 N. Jefferson Street
New Castle, PA 16101
Telephone: (724) 656-1555

*Additional Plaintiffs' Counsel*