**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

**CERTIFICATE OF SERVICE**

     I, Bernard E. LeSage, hereby certify that on the 23rd day of June 2006, true and correct copies of the foregoing documents were filed electronically:

1.    DEFENDANTS' PRELIMINARY OPPOSITION TO "COOPERATING PLAINTIFFS'" MOTION TO LIFT STAY AND APPROVE "COOPERATING PLAINTIFFS'" CASE MANAGEMENT PLAN; and

2.    DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PRELIMINARY OPPOSITION TO "COOPERATING PLAINTIFFS'" MOTION TO LIFT STAY AND APPROVE "COOPERATING PLAINTIFFS'" CASE MANAGEMENT PLAN.

     Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                By: /s/  Bernard E. LeSage