# EXHIBIT A

| ECLG No. | Case Name | Court Number | Venue | Claims | Factual Basis | Class or Individual |
|---|---|---|---|---|---|---|
| 1 | 16275 Scott & Pamela Jeffress, Tammy Goods, Rita Guydon, Kevin Guydon v. Ameriquest Mtg Co, AMC Mtg Serv | 06 C 0102 | NDIN-Hammond | TILA, ECOA | bait & switch, phony discount, one week NRTC | Class |
| 2 | 16310 James C. Jr. & Jennifer Jewell v. Ameriquest Mtg Co | 06 C 0269 | NDIL | TILA, ECOA | undated NRTC, ambiguous NRTC to spouse, nonrefundable appraisal fee | Class |
| 3 | 16459 Mary Harless v. Ameriquest Mtg Co | 06 C 0695 | SDIN-Indianapolis | TILA | undated NRTC | Class |
| 4 | 16744 James Besterfield v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2676 | NDIL | TILA, ICFA | bait & switch, phony discount, one week NRTC | Class |
| 5 | 16988 Sandra & Norman Harris v. Town & Country Credit Corp, AMC Mtg Serv, EMC Mtg Corp | 06 C 3048 | NDIL | TILA, breach of contract, ICFA | ambiguous NRTC, one week NRTC, forced place hazard insurance | Class |
| 6 | 17100 Mike A. Kukla v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 12466 | NDMI-Bay City | TILA, MMBLSLA, breach of contract | phony discount, one week NRTC | Class |
| 7 | 12299 Miguel Sanchez & Sharon Coleman v. Ameriquest Mtg Co, Argent Mtg Co | 04 CH 10533 | Chancery | TILA, ICFA, breach of contract | bait & switch | Class |
| 8 | 15527 Joseph A. & Patricia J. Mikowski v. Ameriquest Mtg Co, Ameriquest Mtg Sec, Deutsche Bank National Trust | 05 C 411 | NDIN-Hammond | TILA | undated and insufficient NRTC | Class |
| 9 | 16619 Jose & Lynore Rodriguez v. Ameriquest Mtg Sec, Town & Country Credit Corp, EMC Mtg Corp | 06 C 1950 | NDIL | TILA, ECOA | insufficient NRTC, ambiguous NRTC, one week NRTC | Class |
| 10 | 16232 Sandra Bergquist v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1438 | NDIL | TILA | one week NRTC | Individual |
| 11 | 16503 Robert & Brenda Cole v. Ameriquest Mtg Co, AMC Mtg Serv, GMAC Mtg Corp | 06 C 0135 | NDIN-Hammond | TILA, ECOA | phony discount, bait & switch, one week NRTC | Individual |
| 12 | 16449 James & Evie Carter v. Ameriquest Mtg Co, Ameriquest Mtg. Sec., AMC Mtg Serv | 06 C 0137 | NDIN-Hammond | TILA | one week NRTC, no TILA disclosure at closing | Individual |
| 13 | 16483 Dennis Belford v. Ameriquest Mtg Co, Ameriquest Mtg Sec, AMC Mtg Serv | 06 C 0149 | NDIN-Hammond | TILA | one week NRTC | Individual |
| 14 | 16536 Derek W. Nelson & Christopher E. Almond v. Ameriquest Mtg Co, Ameriquest Mtg Sec, AMC Mtg Serv | 06 C 0154 | NDIN-Fort Wayne | TILA | insufficient NRTC, one week NRTC | Individual |

| | ECLG No. | Case Name | Court Number | Venue | Claims | Factual Basis | Class or Individual |
|---|---|---|---|---|---|---|---|
| 15 | 16563 | Terry A. & Cheryl A. Bothwell v. Ameriquest Mtg Co, AMC Mtg Serv, Citifinancial Mtg. Co. | 06 C 0175 | NDIN-Hammond | TILA | insufficient NRTC, one week NRTC | Individual |
| 16 | 16928 | William B. & Donna J. Miller v. Ameriquest Mtg Co, Ameriquest Mtg. Sec, AMC Mtg Serv | 06 C 0189 | NDIN-Hammond | TILA | insufficient and undated NRTC | Individual |
| 17 | 16484 | Cindy Gillespie v. Ameriquest Mtg Co, AMC Mtg Serv | 06 C 0220 | NDIN-South Bend | TILA, ECOA | bait & switch, one week NRTC | Individual |
| 18 | 15537 | Spyros & Betty Polydoros v. T&C Credit Corp, Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 05 C 6517 | NDIL | TILA | one week NRTC | Individual |
| 19 | 16588 | Daniel & Jeanie Sutton v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 0407 | SDIL-E.St.Louis | TILA | undaed NRTC, one week NRTC | Individual |
| 20 | 16825 | Mary Ann Horne & Ann M. Parker v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 0423 | SDIL-E.St.Louis | TILA | bait & switch, incorrect disbursements, one week NRTC | Individual |
| 21 | 16775 | Suzette Addison v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 0654 | EDWI-Milwaukee | TILA | 2 diff sett statements, misdated NRTC, wrong FRB model NRTC form, one week NRTC, no TILA disclosure at closing | Individual |
| 22 | 15526 | Jacqueline Buckner v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 05 C 6808 | NDIL | TILA | undated NRTC | Individual |
| 23 | 16559 | Randall G. & Cindy J. Smith v. Ameriquest Mtg Co, AMC Mtg Serv, PHH Mtg Corp. | 06 C 0785 | SDIN-Indianapolis | TILA | undated NRTC, one week NRTC | Individual |
| 24 | 16820 | Penny Mulvaney v. Town & Country Credit Corp, Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1113 | CDIL-Peoria | TILA | one week NRTC, incorrect TILA disclosures | Individual |
| 25 | 16618 | Sandra R. McGowan v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1831 | NDIL | TILA | insufficient NRTC, one week NRTC | Individual |
| 26 | 16604 | Nile E. Hawkins v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1848 | NDIL | TILA | bait & switch; misdated and undated NRTC delivered to P after closing, one week NRTC | Individual |
| 27 | 16453 | Jacob S. & Taylor N. Billings v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1849 | NDIL | TILA | undated NRTC, one week NRTC | Individual |
| 28 | 16630 | Tezell Henson v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1876 | NDIL | TILA | one week NRTC | Individual |

| | ECLG No. | Case Name | Court Number | Venue | Claims | Factual Basis | Class or Individual |
|---|---|---|---|---|---|---|---|
| 29 | 16312 | Donald & Linda Eskra v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1879 | NDIL | TILA | undated NRTC, one week NRTC | Individual |
| 30 | 16566 | Kimberly M. Hall v. Ameriquest Mtg Co, AMC Mtg Serv, EMC Mtg Corp | 06 C 1944 | NDIL | TILA | undated and insufficient NRTC, one week NRTC | Individual |
| 31 | 16485 | Mike J. & Judith Magliano v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1945 | NDIL | TILA | insufficient NRTC, one week NRTC | Individual |
| 32 | 16562 | Johnny A. Martin v. Argent Mtg. Co., Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1947 | NDIL | TILA | undated NRTC | Individual |
| 33 | 16611 | Catina M. Spencer v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2396 | NDIL | TILA | undated NRTC, one week NRTC | Individual |
| 34 | 16889 | Renaldo Jones v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2397 | NDIL | TILA | improper TILA disclosures on TILA at closing one week NRTC | Individual |
| 35 | 16538 | Eric Balark & Michelle McMiller v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2430 | NDIL | TILA, ECOA | ambiguous NRTC to spouse, one week NRTC, discrimination based on marital status | Individual |
| 36 | 16709 | Mildred C. & Cynthia Mormon v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2514 | NDIL | TILA | undated NRTC, one week NRTC, ambiguous NRTC | Individual |
| 37 | 16362 | Joseph & Geraldine Nauracy v. Ameriquest Mtg Co, AMC Mtg Serv, Citifinancial Mtg Co | 06 C 0130 | NDIN-Hammond | TILA | inconsistent dates, one week NRTC | Individual |
| 38 | 16664 | Joseph A. & Tasha Wisniewski v. Town & Country Credit Corp, Ameriquest Mtg Co, Countrywide Home Loans | 06 C 2697 | NDIL | TILA | ambiguous NRTC, one week NRTC, discrimination based on marital status | Individual |
| 39 | 16788 | Velma Jean Jiles v. Argent Mtg Co, Option One Mtg, Countrywide Home Loans | 06 C 2771 | NDIL | TILA | ambiguous NRTC, discrimination based on marital status, insufficient NRTC, one week NRTC | Individual |
| 40 | 16896 | Tyrone & Betty Walker v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2807 | NDIL | TILA | undated NRTC one week NRTC | Individual |
| 41 | 16738 | Fredrich W. Grabs v. Argent Mtg Co, Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2809 | NDIL | TILA | undated NRTC | Individual |
| 42 | 16659 | Carlos & Alicia Margarita Filian v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2826 | NDIL | TILA | insufficient NRTC, ambiguous NRTC, one week NRTC | Individual |
| 43 | 16890 | Edward & Gail Smith v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2828 | NDIL | TILA | undated NRTC, one week NRTC | Individual |
| 44 | 16710 | Bryan L. & Karen M. Eson v. Argent Mtg Co, AMC Mtg Serv | 06 C 2829 | NDIL | TILA | bait & switch, undated NRTC | Individual |

| ECLG No. | Case Name | Court Number | Venue | Claims | Factual Basis | Class or Individual |
|---|---|---|---|---|---|---|
| 45 | 16774 Calvin & Dora Brown v. Ameriquest Mtg Co, AMC, Ameriquest Mtg Sec | 06 C 2830 | NDIL | TILA, ICFA | bait & switch, phony discount, one week NRTC | Individual |
| 46 | 16463 Paula & Adalberto Melecio v. Town & Country Credit Corp, Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2832 | NDIL | TILA | bait & switch, phony discount, one week NRTC, improper TILA disclosures | Individual |
| 47 | 16673 Joseph S. & Nancy Rocco v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2897 | NDIL | TILA, ICFA | bait & switch, one week NRTC, inflated appraisal, undated NRTC delivered after closing | Individual |
| 48 | 17169 Cynda Gajewski v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 3050 | NDIL | TILA | bait & switch, one week NRTC, no TILA disclosure at closing, insufficient NRTC | Individual |
| 49 | 14673 Castella W. Harris v. Ameriquest Mtg Co, AMC Mtg Serv, Deutsche Bank Trust Services | 05 C 4025 | NDIL | TILA | bait & switch, undated NRTC, incomplete TILA disclosures at closing | Individual |
| 50 | 17079 Mark & Patricia Lehr v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 12477 | NDMI-Detroit | TILA | insufficient NRTC, one week NRTC | Individual |
| 51 | 16558 Viola Green v. Argent Mtg Co, Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2045 | NDIL | TILA | undated NRTC | Individual |
| 52 | 16561 Deborah H. Jenkins v. Argent Mtg Co, Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 2044 | NDIL | TILA | undated NRTC | Individual |
| 53 | 17261 Beverly Childres v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 12673 | EDMI-Detroit | TILA | insufficient NRTC, one week NRTC, phony discount | Individual |
| 54 | 16508 Dean & Diane Anderson v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1981 | NDIL | TILA | bait & switch, misdated disclosures and NRTC, one week NRTC | Individual |
| 55 | 12322 Rochelle & Sidney Washington v. Ameriquest Mtg Co, Deutsche Bank National Trust, AMC Mtg Serv | 05 C 1007 | NDIL | TILA, ICFA | bait & switch, incorrect disbursements, one week NRTC | Individual |
| 56 | 13899 Earl E. Key v. Ameriquest Mtg Co, Deutsche Bank National Trust, AMC Mtg Serv | 05 C 1077 | NDIL | TILA | bait & switch, incomplete TILA disclosures at closing, misdated TILA disclosure and NRTC | Individual |
| 57 | 14893 Delois Mills v. Ameriquest Mtg Co, Deutsche Bank National Trust, AMC Mtg Serv | 05 C 3976 | NDIL | TILA | no NRTC at closing, incomplete TILA disclosures | Individual |
| 58 | 16519 Kenneth & Linda Thompson v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1546 | NDIL | TILA | undated NRTC, possibly misdated NRTC, one week NRTC | Individual |
| 59 | 16371 Angela Lurry-Payne v. Town & Country Credit Corp, Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1547 | NDIL | TILA | undated NRTC, one week NRTC | Individual |

| ECLG No. | Case Name | Court Number | Venue | Claims | Factual Basis | Class or Individual |
|---|---|---|---|---|---|---|
| 60 | 16249 Charles & Linda Rehbock v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec, HSBC Mtg Services | 06 C 1581 | NDIL | TILA | incorrect disbursements, misdated disclosures, insufficient NRTC | Individual |
| 61 | 16469 Bob & Kellie T. Jude v. Town & Country Credit Corp, Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 1691 | NDIL | TILA, ECOA | undated NRTC, ambiguous NRTC, one week NRTC | Individual |
| 62 | 16521 Nancy Garcia v. Argent Mtg Co, AMC Mtg Serv | 06 C 1829 | NDIL | TILA | undated NRTC | Individual |
| 63 | 15046 William & Sandra Pintsak v. Ameriquest Mtg Co, Washington Mutual Bank, AMC Mtg Serv | 05 C 5035 | NDIL | TILA | incomplete TILA disclosures, no docs at closing | Individual |
| 64 | 15075 Kenneth & Monica Brown v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 05 C 5111 | NDIL | TILA | undated NRTC, insufficient NRTC, one week NRTC, refused to honor cancellation | Individual |
| 65 | 15116 Edward & Babette Doolittle v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 05 C 5033 | NDIL | TILA | undated NRTC, one week NRTC | Individual |
| 66 | 15125 Dorothy Brown v. Ameriquest Mtg Co, Washington Mutual Bank, AMC Mtg Serv | 05 C 4723 | NDIL | TILA | no docs at closing, undated NRTC, one week NRTC, no TILA disclosures at closing | Individual |
| 67 | 15130 Roger R. & Christine J. Luedtke v. Ameriquest Mtg Co, Deutsche Bank National Trust, AMC Mtg Serv | 05 C 4644 | NDIL | TILA, ICFA | undated NRTC, one week NRTC, late disbursements, bait & switch | Individual |
| 68 | 15151 Katrina D. Purdy-Roth & Jerry Roth v. Argent Mtg Co, Ameriquest Mtg Co, AMC Mtg Serv | 05 C 1618 | SDIN-Indianapolis | TILA, common law fraud, civil conspiracy | bait & switch, inflated appraisal, undated NRTC | Individual |
| 69 | 15185 Judy Perry v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 05 C 6172 | NDIL | TILA | bait & switch, undated NRTC, one week NRTC | Individual |
| 70 | 15214 Michael Holzmeister v. Ameriquest Mtg Co, Wells Fargo Bank, Merrill Lynch Credit Corp, PHH Mtg Corp | 05 C 5911 | NDIL | TILA | bait & switch, insufficient and undated NRTC, one week NRTC | Individual |
| 71 | 15526 Jacqueline Buckner v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 05 C 6808 | NDIL | TILA | undated NRTC, one week NRTC | Individual |
| 72 | 13377 Sergio A. & Guadalupe Salazar v. Ameriquest Mtg Co, Deutsche Bank National Trust | 05 C 4162 | NDIL | TILA, HOEPA, ICFA | bait & switch, insufficient NRTC, one week NRTC, incorrect disbursements, incorrect disclosures, points & fees exceed HOEPA, no advance disclosures pursuant to HOEPA | Individual |
| 73 | 13849 Thomas Hubbard v. Ameriquest Mtg Co, Deutsche Bank National Trust, AMC Mtg Serv | 05 C 0389 | NDIL | TILA | bait & switch, incomplete TILA disclosures at closing, one week NRTC | Individual |

| | ECLG No. | Case Name | Court Number | Venue | Claims | Factual Basis | Class or Individual |
|---|---|---|---|---|---|---|---|
| 74 | 13857 | Lucille Abercrombie v. Argent Mtg Co, Ameriquest Mtg Co | 05 C 1687 | NDIL | TILA | incomplete TILA disclosures at closing | Individual |
| 75 | 13888 | Nelson & Melinda Jimenez v. Ameriquest Mtg Co, Washington Mutual Bank, AMC Mtg Serv | 05 C 1009 | NDIL | TILA | one week NRTC, incomplete TILA disclosures at closing | Individual |
| 76 | 13891 | Terry & Cheryl Talley v. Ameriquest Mtg Co, Deutsch Bank National Trust, AMC Mtg Serv | 05 C 1080 | NDIL | TILA | incomplete TILA disclosures at closing, undated NRTC, one week NRTC | Individual |
| 77 | 13897 | Gilbert & Ganelle Treadwell v. Ameriquest Mtg Co, Deutsche Bank National Trust, AMC Mtg Serv | 05 C 1078 | NDIL | TILA | incomplete TILA disclosures at closing, one week NRTC, misdated docs | Individual |
| 78 | 13871 | Eric Smith & Gullermina Yanong v. Ameriquest Mtg Co, Deutsche Bank National Trust, AMC Mtg Serv | 05 C 0648 | NDIL | TILA | incomplete TILA disclosures at closing, one week NRTC | Individual |
| 79 | 13924 | Bret & Yvonne Wertepny v. Ameriquest Mtg Co, Washington Mutual Bank, AMC Mtg Serv | 05 C 1042 | NDIL | TILA | incomplete TILA disclosures at closing; undated NRTC | Individual |
| 80 | 15077 | James & Tracy Lemmons v. Ameriquest Mtg Co, Washington Mutual Bank, AMC Mtg Serv | 05 C 4709 | NDIL | TILA | one week NRTC | Individual |
| 81 | 15124 | Ramon Zarate v. Ameriquest Mtg Co, AMC Mtg Serv, Deutsche Bank National Trust | 05 C 4696 | NDIL | TILA | incomplete disclosures at closing | Individual |
| 82 | 13134 | Marie Furgeson v. Ameriquest Mtg Co, Washington Mutual Bank | 04 C 7627 | NDIL | TILA | 2-day NRTC instead of 3-day, incomplete TILA disclosures at closing | Individual |
| 83 | 13520 | Shirley Jones v. Ameriquest Mtg Co | 05 C 0432 | NDIL | TILA | incomplete TILA disclosures at closing, one week NRTC | Individual |
| 84 | 15076 | James Payne v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 05 C 5024 | NDIL | TILA | failure to provide required disclosures | Individual |
| 85 | 13147 | Minnie Price v. Ameriquest Mtg Co | 04 C 6667 | NDIL | TILA | undated NRTC | Individual |
| 86 | 16746 | Richard Daneau v. Ameriquest Mtg Co | C.A. 05-528 T | DRI | TILA | undated NRTC, one week NRTC, refusal to honor cancellation | Individual |
| 87 | 16747 | Richard Silvia v. Ameriquest Mtg Co | C.A. 06-67 ML | DRI | TILA | undated NRTC, one week NRTC, refusal to honor cancellation | Individual |
| 88 | 16748 | Patricia Leal v. Ameriquest Mtg Co | C.A. 06-040T | DRI | TILA | undated NRTC, one week NRTC, refusal to honor cancellation | Individual |
| 89 | 16749 | Karleen Frost v. Ameriquest Mtg Co | C.A. 05-531 S | DRI | TILA | undated NRTC, one week NRTC, refusal to honor cancellation | Individual |

| ECLG No. | Case Name | Court Number | Venue | Claims | Factual Basis | Class or Individual |
|---|---|---|---|---|---|---|
| 90 | 16750 Maria S. Eyre v. Ameriquest Mtg Co | C.A. 05-529 ML | DRI | TILA | undated NRTC, one week NRTC, refusal to honor cancellation | Individual |
| 91 | 16756 Eddy G. Pena v. Ameriquest Mtg Co | C.A. 05-527S | DRI | TILA | undated NRTC, one week NRTC, refusal to honor cancellation | Individual |
| 92 | 16765 Melissa D. Harris v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 06 C 4030 | CDIL-Rock Island | TILA | undated NRTC, one week NRTC | Individual |
| 93 | 17197 Richard D. Silvia v. Ameriquest Mtg Co | C.A. 05-532 ML | DRI | TILA | undated NRTC, one week NRTC, refusal to honor | Individual |
| 94 | 13848 Sarah Hamm v. Ameriquest Mtg Co, AMC Mtg Serv, Ameriquest Mtg Sec | 05 C 0227 | NDIL | TILA | no docs at closing, insufficient NRTC, one week NRTC, incomplete TILA disclosures | Individual |