## CERTIFICATE OF SERVICE

      I, Anthony P. Valach, Jr., hereby certify that on July 5, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses as identified by the Court's electronic filing system.

Dated: July 5, 2006                 THE LAW OFFICES OF DANIEL HARRIS

                                           By:      s/ Anthony P. Valach, Jr.

Daniel Harris, Esq.
Anthony Valach, Esq.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 960-1802