UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                                      Case No.: 1:05−cv−07097
                                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 7, 2006:

      MINUTE entry before Judge Marvin E. Aspen : The parties hereto having so stipulated, it is ordered that the bond amount for the issuance of the limited injunction pursuant to the Court's May 30, 2006 Memorandum Opinion and Order shall be $25,000, subject to adjustment in the sound discretion of this Court upon a showing of good cause by any party. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.