## ORDER

The parties hereto having so stipulated, **IT IS ORDERED** that the bond amount for the issuance of the limited injunction pursuant to the Court's May 30, 2006 Memorandum Opinion and Order shall be $25,000, subject to adjustment in the sound discretion of this Court upon a showing of good cause by any party.

**IT IS SO ORDERED.**

Dated: 7/7/06, 2006

THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE