IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF SETTLEMENT AND DISMISSAL OF TRANSFERRED "TAG-ALONG" CASE

**PLEASE TAKE NOTICE** that the Plaintiff and Defendants have reached a settlement in the transferred "tag-along" case *Reese v. Ameriquest Mortgage Co., et al.*, United States District Court for the Middle District of Tennessee, Case No. 05-0793. The action was dismissed, with prejudice, on June 29, 2006. A true and correct copy of the Dismissal Order is attached hereto as Exhibit A.

DATED: July 7, 2006

By: /s/ Bernard E. LeSage
*Attorneys for Defendants Ameriquest Mortgage Company*

Bernard E. LeSage (California Bar No. 61870)
Sarah K. Andrus (California Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RICKIE ANN REESE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No: 3-05-0793 |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | Judge Echols |
| ARGENT MORTGAGE COMPANY, LLC, ) | Magistrate Judge Brown |
| and ACE MORTGAGE FUNDING, INC., ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court from the signatures of counsel for the parties below that the parties have agreed to compromise and settle all claims which were or could have been brought between the parties in this cause. It further appears that the parties agree that this case should be dismissed with prejudice. It further appears that the parties shall bear their own discretionary costs, expenses, and attorney's fess.

It is therefore ORDERED, ADJUDGED, and DECREED that this case be, and hereby is, dismissed with prejudice.

It is further ORDERED that the parties shall bear their own discretionary costs, expenses, and attorney's fees incurred in this litigation.

_____
ROBERT L. ECHOLS, District Court Judge

287722.1/20051186

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 7th day of July 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a true and correct copy was additionally sent via first class mail to all parties listed on the attached service list.

By: /s/ Bernard E. LeSage

BN 905226v1

## MDL SERVICE LIST
## IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

| | |
|---|---|
| Alvin Scot Derrick<br>Phillip P. Welty<br>Gullet, Sanford, Robinson & Martin<br>P.O. Box 198888<br>Nashville, TN 37219-8888 | William Joseph Haynes, III<br>Sam J. McAllester, III<br>Bone, McAllester & Norton, P.C.<br>511 Union Street<br>Suite 1600<br>Nashville, TN 37219 |
| Sharmila L. Murthy<br>Legal Aid Society of Middle Tennessee<br>300 Deaderick Street<br>Nashville, TN 37201 | Clerk of the Panel<br>Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, N.E., Room G-255,<br>North Lobby<br>Washington D.C., 20002-8004 |

BN 905226v1