## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**DECLARATION OF CHARLES DELBAUM AND DANIEL BLINN IN SUPPORT OF APPLICATION FOR APPOINTMENT AS CO-CHAIR OF THE INDIVIDUAL CLAIMS STEERING COMMITTEE**

Charles Delbaum, on behalf of the National Consumer Law Center (NCLC) and Daniel Blinn, on behalf of Consumer Law Group, LLC, (CLG), represent and state as follows:

1.      NCLC and CLG are seeking appointment as Co-Chairs of the Proposed Cooperating Plaintiffs' Individual Consumer Claims Steering Committee ("Steering Committee") in this MDL proceeding. *See*, Plaintiffs' Joint And Agreed Organization And Case Management Plan, p. 8 [Docket No. 162].

2.      NCLC is a non-profit organization located in Boston and Washington D.C. that publishes legal manuals that are indispensable guides to litigating predatory lending cases.  These include:

*The Cost of Credit: Regulation and Legal Challenges, Truth in Lending, Repossessions and Foreclosures,* and *Unfair and Deceptive Acts and Practices*.  These

treatises are supplemented by the newsletter NCLC Reports, issued twenty-four times each year in four separate editions (*Bankruptcy and Foreclosures; Debt Collection & Repossessions; Consumer Credit & Usury;* and *Deceptive Practices & Warranties*). NCLC also publishes a comprehensive guide for advocates fighting predatory lending, *Stop Predatory Lending:  A Guide for Legal Advocates* (2002) and the leading book for consumers on managing debt problems — *The NCLC Guide to Surviving Debt* (6th ed. 2006).

3.     NCLC has also acted as co-counsel in several predatory mortgage class actions, including *Curry v. Fairbanks Capital Corp.*, No. Civ. A 03-10895DPW, 2004 WL 3322609 (D. Mass. 2004) and *Samuel v. Equicredit Corp.*, No. CIV. A 006196, 2002 WL 970396 (E.D. Pa. 2002), and as an expert witness in numerous predatory lending cases.

4.     A true and correct copy of NCLC's firm resume is attached hereto as Exhibit A.

5.     Consumer Law Group is a Connecticut law firm that focuses its practice upon the representation of consumers against business interests.  Daniel Blinn and the other attorneys at his firm represent approximately 225 consumers with individual claims against Ameriquest who are either currently in the MDL litigation or expected to be in the MDL litigation in the near future.

6.     A true and correct copy of Daniel Blinn's resume is attached hereto as Exhibit B.

2

7.     The purpose of the Steering Committee in this MDL litigation is to assist in advancing the individual cases to a favorable resolution as expeditiously as possible.

8.     The Steering Committee's role is to coordinate to the extent feasible the views of individual plaintiffs' counsel who seek to protect the interests of their clients by polling these counsel and working toward a consensus position.

9.     The Steering Committee will not take control of individual cases away from the lawyers who filed them.

10.     The Steering Committee will not and can not speak on behalf of all individual plaintiffs or their counsel on any particular issue unless counsel for such plaintiffs authorize them to do so.

11.     The Steering Committee will not attempt to control or interfere with the conduct of other counsel's individual cases.

12.     By proposing a Steering Committee for the purpose of coordination, the Cooperating Plaintiffs intend to benefit rather than prejudice individual Plaintiffs, including those whose cases remain in the MDL-transfer pipeline.  Coordination would allow, for example, access to a broader pool of discovery materials than might otherwise be available to individual plaintiffs.  In addition, teams of lawyers may seek to jointly pursue summary judgment on particular issues in order to create economies of scale.

We declare under penalty of perjury under the laws of the Commonwealth of Massachusetts, the State of Connecticut and the United States that the foregoing is true and correct.

/s/ Charles Delbaum
Charles Delbaum


/s/ Daniel Blinn
Daniel Blinn