# THE NATIONAL CONSUMER LAW CENTER

The National Consumer Law Center is a national research and advocacy organization focusing on the legal needs of consumers, especially low income and elderly consumers. For 35 years the National Consumer Law Center (NCLC) has been the consumer law resource center to which legal services and private lawyers, state and federal consumer protection officials, public policy makers, consumer and business reporters, and consumer and low-income community organizations across the nation have turned for legal answers, policy analysis, and technical and legal support.

The National Consumer Law Center staff provides a wide range of direct assistance to consumer law attorneys, including consultation on legal issues, co-counseling, expert testimony, legal research, continuing legal education, widely respected treatises, and technical support. NCLC gives priority to providing case assistance and training targeted at legal aid and pro bono attorneys representing low-income clients.

The Center has been a frequent recipient of court-awarded cy pres funds in cases involving consumer frauds and abuses, hidden contract charges, improper financing terms and practices, and other unfair and deceptive acts and practices. Cy pres funds are used for the benefit of low and moderate-income consumers who are victims of unjust business practices.

**About the National Consumer Law Center**

NCLC is a nonprofit corporation founded in 1969 at Boston College School of Law. Under IRS laws, the Center is a 501(c)(3) and legal aid organization. Our staff of 14 attorneys combines over 160 cumulative years of specialized consumer law expertise. We address the legal problems faced daily by low-income and financially distressed families ranging from illicit contract terms and charges, home improvement frauds, repossessions, debt collection abuses, usury, mortgage equity scams, and bankruptcy to utility terminations, fuel assistance benefit programs, utility rate structures, and many others.

NCLC is governed by a volunteer national board of directors that includes a past president of the American Bar Association, a former Arizona Solicitor General, as well as Bar Association representatives and clients from low-income communities.

**NCLC's Legal Treatises**

NCLC is author of the widely praised sixteen-volume <u>Consumer Credit and Sales Legal Practice Series</u>. These treatises on consumer law are sent to most legal aid offices throughout the country, are widely used by the private bar, and are available by subscription. The sixteen volumes include the National Consumer Law Center's *Consumer Discrimination* (3rd ed. 2002) and *Consumer Class Actions* (5th ed. 2002). These treatises are supplemented by <u>NCLC Reports</u>, issued twenty-four times each year in four separate editions (Bankruptcy & Foreclosures; Debt

Collection & Repossessions; Consumer Credit & Usury; and Deceptive Practices & Warranties).

**NCLC Leadership in the Legal Community**

NCLC has provided substantial leadership in the legal community over the years. The American Bar Journal review of NCLC's Consumer Credit and Sales Legal Practice Series of treatises described them as "... a monumental undertaking comparable to but more practical than the Restatement of Laws." NCLC staff has appeared as counsel and amicus curiae before the United States Supreme Court, all of the United States Courts of Appeal, and numerous state courts. Our expert testimony was cited by United States Court of Appeals in Besta v. Beneficial Loan Co., 855 F. 2d 532, 534 (8th Cir. 1988) (expert testimony of K. Keest); our legal expertise was cited in Crossley v. Lieberman, 868 F.2d 566, 569 (3rd Cir. 1989) (citation to Robert Hobbs, "leading commentator").

NCLC was the Federal Trade Commission's designated consumer representative in promulgating its Trade Regulation Rules on Creditor Remedies, 16 C.F.R. 444, and Preservation of Consumers' Claims and Defenses, 16 C.F.R. 433. The Center's Model Consumer Credit Code was the foundation for the Wisconsin, West Virginia, and Iowa credit codes, and the federal Fair Debt Collections Practices Act, 15 U.S.C. § 1692. Our report on abuses in the home improvement and second mortgage industries led to the enactment of the Home Ownership and Equity Protection Act of 1994.

NCLC staff has served on a number of committees of the National Conference of Commissioners on Uniform State Laws, the American Bar Association Business Law Section, and on the Energy and Transportation Task Force of the President's Council on Sustainable Development. More Center staff have been appointed by the Board of Governors of the Federal Reserve System to their statutory Consumer-Industry Advisory Committee than any two other organizations combined. Present and former Center Staff have held or hold public, appointed positions of authority.

NCLC staff has provided scores of continuing legal education courses to thousands of attorneys over twenty-five years at national events and in most States. The Center's own annual National Consumer Rights Litigation Conference is the primary source of consumer protection continuing legal education for attorneys representing low and moderate clients. The Center helped design and evaluate affordable, low-income energy programs in Rhode Island, Wisconsin, Pennsylvania, and other states, and sponsors an annual industry/consumer advocate conference on affordable energy issues.

The Center's funders have included the Field Foundation, the Ford Foundation, The Open Society Institute, the Boston Foundation, the Boston Bar Foundation, the Energy Foundation, the Fannie Mae Foundation, Freddie Mac, the Joyce Mertz-Gilmore Foundation, the National Association of Insurance Commissioners, the Rockefeller Family Fund, the United Methodists, Wisconsin Gas Company, AT&T Consumer Credit Education Fund, the Federal Trade

Commission, the Federal Reserve Board, the FDIC, the National Association of Public Interest Law, the Sandler Family Supporting Foundation, the United States Departments of Energy and Housing and Urban Development, the American Association of Retired Persons, Consumers Union, and numerous cy pres awards.

**Benefitting Financially Distressed Consumers**

*Providing Government Officials Information About Low Income Consumers*

NCLC is recognized nationally as a preeminent expert in consumer credit legal analysis, and has drawn on this expertise to provide information, analysis and market insights to federal and state legislatures, administrative agencies and the courts for nearly 30 years.

Examples of legislative areas where NCLC has provided such assistance include:

<The Home Ownership Equity Protection Act of 1994 (HOEPA) (effective October 1, 1995) was the Congressional response to the increased incidence of "equity-skimming" -- using abusive terms in credit transactions as a means of tapping the equity in the homes of financially unsophisticated consumers. NCLC participated the drafting of the original bill and its amendments and provided analysis to staff and testimony to Congressional committees.

<The Truth in Lending Act Amendments of 1995, Pub. L. 104-29, enacted September 30, 1995, included provisions giving more mortgage lenders some retroactive immunity from liability for certain Truth in Lending errors, and a sizeable increase in the tolerance for error in disclosing the finance charge, applicable both retroactively and prospectively. NCLC provided Congressional staff with alternatives to wholesale gutting of Truth in Lending to protect lenders from liability for technical violations and small over charges.

<The Fair Debt Collection Practices Act, 15 U.S.C.''1692, enacted in 1978 and amended since, responded to widespread and notorious debt collection practices by setting forth national standards for third party debt collection activities. The final version relied heavily upon language drafted by Center staff and, like other later chapters of the federal Consumer Credit Protection Act, reflects the testimony and expert comments of the Center.

*Amicus Curiae Briefs*

In view of its widely recognized expertise, NCLC is frequently asked to appear as amicus curiae in consumer law cases before trial and appellate courts and does so in appropriate circumstances. Among the many cases in which NCLC has prepared briefs amicus curiae or appeared as counsel, the most notable include:

<Kawaauhau v. Geiger, 118 S.Ct. 974 (1998) (only torts done with intent to cause injury are non-dischargeable in bankruptcy);

<Heintz v. Jenkins, 115 S.Ct. 1489, 131 L.Ed.2d 395 (1995) (federal Fair Debt Collection Practices Act requires that bank's attorney not misrepresent the amount of the debt);

<Taylor v. Freeland & Kronz, 112 S.Ct. 1644 (1992) (debtor exemption allowed by operation of law);

<Pennsylvania Dep't of Public Assistance v. Davenport, 110 S.Ct. 2126 (1990)(meaning of "debt" within the bankruptcy code);

<Memphis Light, Gas & Water Division v. Craft, 431 U.S. 1 (1978) (establishing due process right to notice prior to termination of municipal utility service);

<Fuentes v. Shevin, 409 U.S. 902 (1972) (recognizing due process rights and protections in the repossession of consumer property where state action is involved);

<Swarb v. Lennox, 403 U.S. 928 (1971) (due process rights relating to confession of judgment clauses in consumer credit contracts).

*Litigation Co-counseling*

NCLC's litigation efforts are intended to preserve and expand the ability of low income and elderly consumers to gain access to the justice system and help to meet the chronic and vast unmet legal needs of elderly and low income Americans. NCLC seeks to promote the availability of additional resources for this constituency in the form of high quality *pro bono* and traditional representation by private attorneys, legal services programs and other public service organizations. Litigation is restricted to consumer law matters only, specifically in areas where high quality legal representation is not presently available for low income or elderly consumers or in cases where such consumers may benefit from NCLC's specialized expertise. Currently, NCLC's expertise focuses primarily on issues of consumer sales and services, credit, bankruptcy, and the provision of services to low income utility users and potential users.

Recent examples of NCLC's class action cases include Cason v. Nissan Motor Acceptance Corp., C.A. No. 3-98-0223, U.S. D. Ct. Middle District of Tennessee; Coleman v. General Motors Acceptance Corp., C.A. No. 3-98-0211, U.S. D. Ct. Middle District of Tennessee; Morkavage v. Morgan Stanley Dean Witter, C.A. 99-40114, U.S. D. Ct. Central District of Massachusetts; Follansbee v. Discover Financial Services, C.A. N. 99-C-3827, U.S. D. Ct. Northern District of Tennessee; and Chilson v. Associates National Bank, C.A. 2000-0776, Worcester Superior Court; Samuel v. EquiCredit, C.A. No. 00-6196, U.S. D. Ct. Eastern

District of Pennsylvania; Wilborn v. Bank One Corporation, Case No. 03 CV 02674 Common Pleas Court of Mahoning County, Ohio ; Baltimore v. Toyota Motor Credit Corp., C.A. No CV-01-05564 NM, U.S. D. Ct. Central District of California; Jones v. Ford Motor Credit Co., Case No. 00-Civ-8330, U.S. D. Ct. Southern District of New York; Smith v. Chrysler Financial Company, Civil Action No. 00-6003, U.S. D. Ct. of New Jersey; In Re Washington Mutual Overdraft Protection Litigation Master File No. 03-2566 ABC (RCx) U.S. D. Ct. Central District of California; Zipperer v. Supportkids, Inc., Case No. 02 CV 233, Circuit Court Manitowoc County Wisconsin; Mulcahy v. Washington Mutual Inc., A.P. No. 02-1009 U.S. Bankruptcy Ct. of Rhode Island; Hood v. Santa Barbara Bank & Trust, Superior Court of the State of California for the County of Santa Barbara; Curry v. Fairbanks Capital Corporation, Case No. 03-10895-DPW, U.S. D. Ct. District of Massachusetts; Pettway v. Harmon Law Offices, P.C., Case No. 03-10932-RCL, U.S. D. Ct. District of Massachusetts.

NCLC recently was honored as a Finalist for the prestigious Trial Lawyers for Public Justice 2004 Trial Lawyers of the Year Award for its participation in the ground breaking Coleman v. GMAC case.

*Training*

NCLC provides consumer law training for legal services programs, pro bono and other bar association sponsored programs, and government agencies. The Center develops appropriate continuing legal education sessions on consumer law after exploring the needs in the consumer attorney community. Scholarships are sometimes provided for attorneys representing low income consumers to attend the annual National Consumer Rights Litigation Conference sponsored by NCLC to be held this year in Atlanta, Georgia, and to enable attorneys to participate in NCLC teleconferences on consumer banking law issues such as Truth in Lending, Truth in Leasing, consumer bankruptcy and debt collection. NCLC just completed on behalf of the federal government an extensive round of cross-country trainings for HUD-funded housing counselors in over 11 cities.

*Technical Assistance for Consumer Education Efforts*

With funding from the US Administration on Aging and other sources, the Center develops consumer education brochures on consumer frauds and abuses and consumer law rights, for distribution by local agencies, programs, and community groups. Surviving Debt: A Guide for Consumers, a book of practical advice for families struggling to overcome indebtedness, is provided to debt counselors and consumers and is available nationwide.

Through all of its activities, NCLC is committed to promoting equal access to justice for consumers. Funding received by the Center is used for the benefit of consumers, especially low income consumers, who have suffered unfairly in the consumer marketplace and for whom effective consumer protection is necessary. The Center's considerable expertise is made available to public officials, attorneys and other advocates nationwide concerned with consumer rights of Americans.

January 2006