# Daniel S. Blinn

Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Phone: 860 571-0408
Fax: 860 571-7457
Email: dblinn@consumerlawgroup.com

**NATURE OF LEGAL PRACTICE**

Daniel S. Blinn is the founder and managing attorney of Consumer Law Group, LLC, a law firm that represents consumers against business interests in individual and class action litigation. The firm is based in Rocky Hill, CT and has a satellite office in Shelton, CT to service clients in Fairfield County. Blinn handles the full range of consumer claims, including representing consumers in actions involving auto dealer fraud, mortgages, home construction and improvement, creditor and debt collector harassment, credit reporting, auto repossession, auto and consumer product warranty, and rent to own. He has served as lead counsel in sixteen certified class actions and numerous putative class actions and mass actions involving auto financing and repossessions, mortgage lending, health clubs, auto dealer practices, wage claims against the restaurant industry, debt collection practices, and improper collection of sales taxes.

**PROFESSIONAL EXPERIENCE**

1997-Present  **Consumer Law Group, LLC,** Rocky Hill, CT

    Managing Attorney

1987-1997  **Pepe & Hazard, LLP,** Hartford, CT

    1987 Associate Attorney
    1995 Partner

    *Responsibilities*: Assumed primary responsibility for managing and litigating wide range of complex business disputes involving construction, environmental, and contract claims and disputes.

1986  **Dorsey & Whitney,** Minneapolis, MN

    Summer Associate

1985  **Liverant, Senft, & Cohen,** York, PA

    Summer Associate

**EDUCATION**

    **New York University, School of Law,** New York, NY

        1987, Juris Doctor
        Class President

    **Bowling Green State University,** Bowling Green, OH

        1984, Bachelor of Arts, *cum laude*.
        Phi Beta Kappa

**BAR ADMISSION**

    **Connecticut, Massachusetts, District of Connecticut, District of Massachusetts, Second Circuit Court of Appeals, United States Supreme Court.**

**REPRESENTATIVE CASES**

Represented 137 consumers and co-signers who purchased motor vehicles from a car dealership in claims against assignee finance company. Following coordinated litigation in individual and class actions, negotiated settlement involving more than $1.5 million in cash and debt forgiveness.

Represented identity theft victim in litigation against a credit bureau and several companies that had extended credit to the imposter. Following extensive litigation, negotiated settlements with defendants of approximately $450,000.

Served as class counsel in multiple class actions against auto finance companies. Obtained orders certifying classes over objection of the defendants in four of these cases. Secured settlements involving millions of dollars in cash and tens of millions of dollars in debt relief.

Served as class counsel in class actions against businesses that collected sales taxes on non-taxable items. Negotiated refunds of amounts improperly collected.

Served as class counsel in class action against health club chain involving approximately 75,000 class members. Successfully defeated three dispositive motions and, following extensive class certification hearing, negotiated settlement providing cash and debt-relief to class members.

Represented consumer who had initiated an action in small claims court against a car dealership, who transferred the case to the regular docket. Obtained judgment against dealership for more than $105,000 in damages, interest, and attorney's fees.

Following a trial, obtained $5,000 actual damages, $35,000 punitive damages, and $28,000 in attorney's fees on behalf of a consumer against a car dealership that did not allow her to return a motor vehicle for full credit notwithstanding the dealership's exchange guaranty.

Currently representing approximately 225 individuals against a national mortgage company in claims under the Truth in Lending Act.

Currently handling a putative class action against a law firm that sent pay-off letters to foreclosure defendants that overstated litigation expenses.

Successfully represented more than one thousand consumers in individual claims against debt collectors, car dealerships, finance companies, credit reporting agencies, mortgage companies, retailers, and other businesses.

**SEMINARS PRESENTED**

**Connecticut Bar Association**

    **Representing Consumers, Chairman and Presenter –** October, 2000; October, 2004

    **Introduction to Consumer Protection, Pro Bono Volunteers, Chairman and Presenter,** April 2002, October 2003,

    **Handling Auto Dealer Claims, Chairman and Presenter –** January 2003

    **Collecting Debts and Enforcing Judgments, Presenter –** June 2004; June 2005; June 2006.

    **Defending Foreclosure Actions, Chairman and Presenter –**October 2005

    **Litigating Attorney's Fees, Chairman and Presenter-** Annual Meeting, June 2002.

**National Association of Consumer Advocates**

    **Repossessions, Presenter –** September 2004

**National Consumer Law Center**

**Auto Fraud: 100 Tips From the Experts, Presenter** – October 2004

**Ethical Issues in Class Action Litigation, Presenter** – Scheduled October 2006

In-House Seminar and Training

**Organized and Presented In-House Seminars, Presentations, and Training for the Following Organizations:**

Statewide Legal Services of Connecticut
Consumer Credit Counseling Services of Southern New England
Connecticut Legal Services
One-Chane
Mothers for Justice
Bridge House

PROFESSIONAL AFFILIATIONS

**Greater Hartford Legal Aid Foundation**
    **President,** 2005 – present
    **Board of Directors**

**Statewide Legal Services of Connecticut**
    **President,** 2005 - present
    **Secretary/Treasurer,** 2005
    **Board of Directors**

**Connecticut Bar Association**
    **Chair, Consumer Law Section,** 1999 – 2005
    **Taskforce on the Future of the Legal Profession,** 2004 – present

**Connecticut Bar Foundation,**
    **James W. Cooper Fellow**

COMMUNITY SERVICE

**Nutmeg Big Brothers/Big Sisters – Volunteer**
**Glastonbury Basketball Association – Coach**
**Temple Beth Torah – Former President**