**Press Releases**

http://www.ameriquestmortgage.com/releaseArticle.html?news=news20060502

**AMERIQUEST ANNOUNCES NEW RETAIL BUSINESS MODEL**
*Company to centralize retail mortgage operations*

ORANGE, CA – May 2, 2006 – ACC Capital Holdings (ACH) today announced the launching of a new business model for its Ameriquest Mortgage Company and Town and Country Credit retail mortgage subsidiaries, including the centralization of the branch networks into its existing regional production centers and the consolidation of corporate functions. The new centralized operations will improve efficiency and leverage the strengths of the company's retail mortgage origination business. The changes will result in the closure of local branches and a reduction in the company's work force.

"We are launching a new strategy for our retail mortgage business – one that will enable us to offer a broader array of competitively priced products and higher-quality customer service," said Aseem Mital, chief executive officer of ACC Capital Holdings. "We are moving strategically and decisively to remain a leader in an industry that is undergoing fundamental changes."

Under the new retail business model, ACH will centralize its retail branch network into existing regional mortgage production centers in California, Arizona, Illinois and Connecticut. In addition, the company will consolidate many corporate functions at its Orange, CA headquarters. These changes will result in the total workforce reduction of approximately 3,800 associates and the closing of 229 retail branch offices. The branch closures are effective immediately. Through its existing regional production centers, Ameriquest will continue to lend nationwide.

"Although difficult, the decisions announced today are the best strategy for improving our cost structure and increasing our ability to price loans competitively – changes that are critical to our long-term success," said Adam Bass, vice chairman. "We greatly appreciate the contributions of our associates affected by today's announcement and have taken care to assist them in their transition."

The new business model fully adheres to the company's previously announced agreement with the states. "The strategy and business practices of our new retail model are well aligned with our commitment to consumer friendly lending policies and with the business enhancements included in our Multi-State Agreement," said Bass.

Ameriquest's regional production centers will assume the current loan pipeline and use existing capacity to begin originating new loans immediately. The centralization allows Ameriquest to retain and maximize its primary sources of new loans, reduce infrastructure costs and eliminate redundant functions.

"Our new centralized approach creates an extremely efficient and scalable lending platform, which will increase our long-term competitiveness in a very cyclical industry," said Mital.

**About ACC Capital Holdings**
ACC Capital Holdings (ACH) is a national financial services company based in Orange, CA. The ACH family of companies originate, service and securitize a range of mortgage products. With operations nationwide, the ACH companies and their associates share a common mission of helping Americans reach their financial goals and achieve their home ownership dreams. The companies also demonstrate their commitment to communities through a wide array of partnerships, outreach programs and community investments. ACH subsidiaries include Ameriquest Mortgage Company (retail mortgage loan origination), Argent Mortgage Company (wholesale mortgage loan origination) and AMC Mortgage Services (loan servicing and capital markets). For more information about Ameriquest Mortgage Company, Argent Mortgage, and AMC Mortgage Services, please visit: www.ameriquest.com, www.argentmortgage.com, or www.amcmortgageservices.com.