IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

# NOTICE OF FILING

The Cooperating Plaintiffs, by and through undersigned counsel, hereby give notice of filing Exhibit A which was inadvertently omitted from the Declaration of Jill H. Bowman in Support of Cooperating Plaintiffs' Motion for Approval of Case Management Plan and Motion to Lift Stay filed on July 7, 2006.

Dated: July 10, 2006            Respectfully submitted,

                                             /s/ Jill H. Bowman
                                             Terry Smiljanich
                                             Jill Bowman
                                             JAMES, HOYER, NEWCOMBER
                                             & SMILJANICH, P.A.
                                             One Urban Center, Suite 550
                                             4830 West Kennedy Boulevard
                                             Tampa, FL 33609
                                             Telephone: (813) 286-4100
                                             Facsimile: (813) 286-4174
                                             *Proposed Plaintiffs' Co-Lead Counsel*

# EXHIBIT A

# Judicial Panel on Multidistrict Litigation - Case Listing Report

Docket: 1715 - In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation
Status: Transferred on 12/13/2005
Transferee District: ILN    Judge: Aspen, Marvin E.

Printed on 06/29/2006
Page 1
Report is Ordered by District and Case #

Attn: Lafayge Mourtin

| Civil Action | Short Caption | Judge | CTO | Initiation - Date | Transferee Civil # | Disposition - Date | Termination - Date |
|---|---|---|---|---|---|---|---|
| **ALABAMA SOUTHERN** | | | | | | | |
| 1-05-78 | Mitchell, et al. v. Ameriquest Mortgage Co., et al. | DuBose | 1 | CTO Filed 02/27/2006 | | CTO Vacated 03/17/2006 | Closed 03/13/2006 |
| 1-06-215 | Cooley, et al. v. Ameriquest Mortgage, Inc., et al. | Hand | 5 | Suspense 06/05/2006 | | | |
| **CALIFORNIA CENTRAL** | | | | | | | |
| 2-04-9715 | Burggraff v. Ameriquest Capital Corp., et al. | Morrow | 1 | Motion 07/13/2005 | 2005-7499 | Transfer 12/13/2005 | |
| 2-05-1426 | Quartermann v. Ameriquest Capital Corp., et al. | Morrow | 1 | CTO Filed 02/27/2006 | | Transfer 06/16/2006 | |
| 2-05-4982 | Morrison, et al. v. Ameriquest Mortgage Co., et al. | Otero | 1 | CTO Filed 02/27/2006 | 2006-1730 | CTO Vacated 03/15/2006 | Denied 06/15/2006 |
| 8-05-285 | Brown, et al. v. Ameriquest Capital Corp., et al. | Stotler | 1 | CTO Filed 02/27/2006 | 2006-1731 | CTO Final 03/15/2006 | |
| 8-05-907 | Van Goorp, et al. v. Ameriquest Mortgage Co., et al. | Carney | 1 | CTO Filed 02/27/2006 | | CTO Final 03/15/2006 | |
| 8-05-1117 | Juillerat v. Ameriquest Mortgage Co. | Carter | 1 | CTO Filed 02/27/2006 | 2006-1732 | CTO Final 03/15/2006 | |
| **CALIFORNIA EASTERN** | | | | | | | |
| 2-04-1855 | Towns v. Ameriquest Mortgage Co., et al. | Damrell | | Motion/Tag 06/23/2006 | | | |
| **CALIFORNIA NORTHERN** | | | | | | | |
| 3-05-240 | Knox, et al. v. Ameriquest Mortgage Co., et al. | Conti | | Motion 07/13/2005 | 2005-7110 | Transfer 12/13/2005 | |
| 3-06-3427 | Johnson, et al. v. AMC Mortgage Services, Inc. | Conti | 5 | Suspense 06/07/2006 | | | |
| 5-05-2905 | Medina, et al. v. Argent Mortgage Co., et al. | Seeborg | 1 | CTO Filed 02/27/2006 | | CTO Vacated 06/15/2006 | Denied 06/15/2006 |
| **COLORADO** | | | | | | | |
| 1-05-2364 | Smith, et al. v. Argent Mortgage Co., LLC, et al. | Blackburn | 2 | CTO Filed 04/03/2006 | | CTO Opposed 04/18/2006 | |
| **CONNECTICUT** | | | | | | | |
| 3-05-452 | Bailey, et al. v. Ameriquest Mortgage Co. | Droney | 1 | CTO Filed 02/23/2006 | 2006-1733 | CTO Final 03/15/2006 | |
| 3-05-1296 | Sievers, et al. v. Ameriquest Mortgage Co., et al. | Chatigny | 1 | CTO Filed 02/27/2006 | 2006-1734 | CTO Final 03/15/2006 | |
| 3-05-1653 | Surin v. Alpha Mortgage Lending, LLC, et al. | Chatigny | 1 | CTO Filed 02/27/2006 | | Transfer 06/16/2006 | |
| 3-05-1831 | Duncan, et al. v. Ameriquest Mortgage Co. | Hall | 2 | CTO Filed 04/03/2006 | 2006-2467 | CTO Final 04/19/2006 | |
| 3-05-1868 | Pascarella, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | 2 | CTO Filed 04/03/2006 | 2006-2468 | CTO Final 04/19/2006 | |
| 3-06-117 | Belval, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | 2 | CTO Filed 04/03/2006 | 2006-2469 | CTO Final 04/19/2006 | |
| 3-06-118 | Allan, et al. v. Argent Mortgage Co., LLC | Hall | 2 | CTO Filed 04/03/2006 | 2006-2470 | CTO Final 04/19/2006 | |
| 3-06-119 | Bowe, et al. v. Ameriquest Mortgage Co. | Kravitz | 2 | CTO Filed 04/03/2006 | 2006-2471 | CTO Final 04/19/2006 | |
| 3-06-182 | Fitzgerald, et al. v. Ameriquest Mortgage Co. | Thompson | 3 | CTO Filed 05/02/2006 | | CTO Final 05/18/2006 | |
| 3-06-195 | Belcher, et al. v. Ameriquest Mortgage Co. | Underhill | 3 | CTO Filed 05/02/2006 | | CTO Final 05/18/2006 | |
| 3-06-209 | Anderson, et al. v. Ameriquest Mortgage Co., et al. | Thompson | 3 | CTO Filed 05/02/2006 | | CTO Final 05/18/2006 | |
| 3-06-384 | McCall, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | 3 | Suspense 06/05/2006 | | | |
| 3-06-434 | Damm, et al. v. Ameriquest Mortgage Co., et al. | Eginton | 5 | Suspense 06/05/2006 | | | |
| 3-06-488 | Veinot, et al. v. Argent Mortgage Co., LLC, et al. | Covello | 5 | Suspense 06/05/2006 | | | |
| 3-06-571 | Ingham, et al. v. Ameriquest Mortgage Co. | Kravitz | 5 | Suspense 06/05/2006 | | | |
| 3-06-662 | LaCross v. Ameriquest Mortgage Co., et al. | Hall | 5 | Suspense 06/07/2006 | | | |

*(Docket 1,715 Case Listing Cont'd)*

| Civil Action | Short Caption | Judge | CTO Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|
| **FLORIDA MIDDLE** | | | | | | | | |
| 3-04-1296 | Barber, et al. v. Ameriquest Capital Corp., et al. | Corrigan | 1 | CTO Filed | 02/27/2006 | 2006-1735 | CTO Final | 03/15/2006 |
| 8-05-1036 | Williams, et al. v. Ameriquest Mortgage Co. | Kovachevich | | Motion | 07/13/2005 | 2005-7098 | Transfer | 12/13/2005 |
| 8-05-1849 | Unger v. Ameriquest Mortgage Co. | Whittemore | 1 | CTO Filed | 02/27/2006 | 2006-1736 | CTO Final | 03/15/2006 |
| 8-06-477 | Faison v. Argent Mortgage Co., LLC | Whittemore | 3 | CTO Filed | 05/02/2006 | | CTO Final | 05/18/2006 |
| **FLORIDA SOUTHERN** | | | | | | | | |
| 1-05-21103 | Almaguer v. Argent Mortgage Co., LLC, et al. | Jordan | 1 | CTO Filed | 02/27/2006 | 2006-2024 | CTO Final | 04/03/2006 |
| **GEORGIA MIDDLE** | | | | | | | | |
| 1-05-107 | Campbell v. Johnnie Ross, et al. | Sands | 1 | CTO Filed | 02/27/2006 | | Transfer | 06/16/2005 |
| **GEORGIA NORTHERN** | | | | | | | | |
| 1-06-320 | Julien, et al. v. Ameriquest Mortgage Co. | Pannell | 5 | Suspense | 06/12/2006 | | | |
| 1-06-830 | Jones v. Argent Mortgage Co., LLC, et al. | Camp | 5 | Suspense | 06/13/2006 | | | |
| **HAWAII** | | | | | | | | |
| 1-06-131 | DaMate v. AMC Mortgage Services, Inc., et al. | Ezra | 3 | CTO Filed | 05/02/2006 | | CTO Final | 05/18/2006 |
| **ILLINOIS CENTRAL** | | | | | | | | |
| 1-06-1113 | Mulvaney v. Town & Country Credit Corp., et al. | McDade | 5 | Suspense | 06/12/2006 | | | |
| 4-06-4030 | Harris v. Ameriquest Mortgage Co., et al. | McDade | 5 | Suspense | 06/12/2006 | | | |
| **ILLINOIS NORTHERN** | | | | | | | | |
| 1-04-7627 | Ferguson v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-389 | Hibbard v. Ameriquest Mortgage Co., et al. | Filip | | XYZ Case | 01/30/2006 | | NTN | 01/30/2006 | |
| 1-05-432 | Jones v. Ameriquest Mortgage Co. | Coar | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-466 | Tammerello v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | 03/31/2006 | | NTN | 03/31/2006 | |
| 1-05-648 | Smith, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1007 | Washington, et al. v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1009 | Jimenez, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-1077 | Key v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1078 | Treatwell, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1080 | Talley, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-1218 | Murray, et al. v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1402 | Wedepay, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 03/31/2006 | | NTN | 03/31/2006 | |
| 1-05-1687 | Abercrombie v. Argent Mortgage Co., LLC, et al. | Filip | | XYZ Case | 03/15/2006 | | NTN | 03/15/2006 | |
| 1-05-2625 | Tremble v. Town & Country Credit Corp. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | Closed 11/18/2005 |
| 1-05-3531 | Phillips v. Ameriquest Mortgage Co., et al. | Bucklo | | XYZ Case | 03/15/2006 | | NTN | 03/15/2006 | |
| 1-05-3976 | Mills v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 03/31/2006 | | NTN | 03/31/2006 | |
| 1-05-4025 | Harris v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-4162 | Salazar, et al. v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-4644 | Luedtke, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/30/2006 | | NTN | 01/30/2006 | |
| 1-05-4696 | Zarate v. Ameriquest Mortgage Co., et al. | Conlon | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-4709 | Lemmons v. Ameriquest Mortgage Co., et al. | St. Eve | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-4723 | Brown v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-5024 | Payne v. Ameriquest Mortgage Co., et al. | Lindberg | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-5033 | Doolittle, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |

(Docket 1,715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|
| 1-05-5035 | Piotisak, et al. v. Ameriquest Mortgage Co., et al. | Aspen | XYZ Case | 01/27/2006 | NTN | | 01/27/2006 | |
| 1-05-5111 | Brown, et al. v. Ameriquest Mortgage Co., et al. | Aspen | XYZ Case | 01/26/2006 | NTN | | 01/26/2006 | |
| 1-05-5614 | Jackson, et al. v. Ameriquest Mortgage Co., et al. | Shadur | No Action Taken | 01/20/2006 | No Action Taken | | 01/20/2006 | 01/20/2006 |
| 1-05-5911 | Holzmeister v. Ameriquest Mortgage Co., et al. | Aspen | XYZ Case | 01/26/2006 | NTN | | 01/26/2006 | |
| 1-05-6158 | Mayfield v. Town & Country Credit Corp. | Aspen | XYZ Case | 03/15/2006 | NTN | | 03/15/2006 | |
| 1-05-6172 | Perry v. Ameriquest Mortgage Co., et al. | Aspen | XYZ Case | 01/26/2006 | NTN | | 01/26/2006 | |
| 1-05-6517 | Polydoros, et al. v. Town & Country Credit Corp., et al. | Aspen | XYZ Case | 01/27/2006 | NTN | | 01/27/2006 | |
| 1-05-6808 | Buckner v. Ameriquest Mortgage Co., et al. | Aspen | XYZ Case | 01/26/2006 | NTN | | 01/26/2006 | |
| 1-06-269 | Jewell, et al. v. Ameriquest Mortgage Co. | Aspen | XYZ Case | 05/10/2006 | NTN | | 05/10/2006 | |
| 1-06-1438 | Bergquist v. Ameriquest Mortgage Co., et al. | Aspen | XYZ Case | 04/19/2006 | NTN | Closed | 04/19/2006 | |
| 1-06-1546 | Thompson, et al. v. Ameriquest Mortgage Co., et al. | Aspen | XYZ Case | 05/10/2006 | NTN | | 05/10/2006 | |
| 1-06-1547 | Lurry-Payne v. Town & Country Credit Corp., et al. | Aspen | XYZ Case | 05/10/2006 | NTN | | 05/10/2006 | |
| 1-06-1581 | Relihock, et al. v. Ameriquest Mortgage Co., et al. | Aspen | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1691 | Jude, et al. v. Town & Country Credit Corp., et al. | Aspen | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1716 | Geis, et al. v. Ameriquest Mortgage Co., et al. | St. Eve | XYZ Case | 01/26/2006 | NTN | | 01/26/2006 | |
| 1-06-1829 | Garcia v. Argent Mortgage Co., LLC, et al. | Coar | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1831 | McGowan v. Ameriquest Mortgage Co., et al. | Manning | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1848 | Hawkins v. Ameriquest Mortgage Co., et al. | Grady | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1849 | Billings, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1876 | Hansen v. Ameriquest Mortgage Co., et al. | Holderman | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1879 | Eskra, et al. v. Ameriquest Mortgage Co., et al. | Grady | XYZ Case | 04/19/2006 | NTN | | 04/19/2006 | |
| 1-06-1899 | Wessel, et al. v. Ameriquest Mortgage Co., et al. | Kocoras | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1944 | Hall v. Ameriquest Mortgage Co., et al. | Manning | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1945 | Magliano, et al. v. Ameriquest Mortgage Co., et al. | Leinenweber | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1947 | Martin v. Argent Mortgage Co., LLC, et al. | Plunkett | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1950 | Rodriguez, et al. v. Town & Country Credit Corp., et al. | Kennelly | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-1981 | Anderson, et al. v. Ameriquest Mortgage Co., et al. | Moran | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-2044 | Jenkins v. Argent Mortgage Co., LLC, et al. | Conlon | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-2045 | Green v. Argent Mortgage Co., LLC, et al. | Zagel | XYZ Case | 05/03/2006 | NTN | | 05/03/2006 | |
| 1-06-2187 | Rodriguez, et al. v. Ameriquest Mortgage Co., et al. | Lefkow | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2133 | Sedgwick, et al. v. Ameriquest Mortgage Co., et al. | Grady | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2396 | Spencer v. Ameriquest Mortgage Co., et al. | Filip | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2397 | Jones v. Ameriquest Mortgage Co., et al. | Lindberg | XYZ Case | 06/07/2006 | NTN | | 06/07/2006 | |
| 1-06-2434 | Balark, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | XYZ Case | 06/07/2006 | NTN | | 06/07/2006 | |
| 1-06-2482 | Dougherty, et al. v. Ameriquest Mortgage Co., et al. | Andersen | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2549 | Grabowski v. Ameriquest Mortgage Co., et al. | Castillo | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2637 | Ghurek v. Ameriquest Mortgage Co. | Kennelly | XYZ Case | 06/07/2006 | NTN | | 06/07/2006 | |
| 1-06-2676 | Besterfield v. Ameriquest Mortgage Co., et al. | Lindberg | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2683 | Tien v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2697 | Wisniewski, et al. v. Town & Country Credit Corp., et al. | Kennelly | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2736 | Rogers v. Ameriquest Mortgage Co., et al. | Coar | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2771 | Jiles v. Argent Mortgage Co., LLC, et al. | Aspen | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2807 | Walker, et al. v. Ameriquest Mortgage Co., LLC, et al. | Kennelly | XYZ Case | 06/08/2006 | NTN | | 06/08/2006 | |
| 1-06-2809 | Grabs v. Argent Mortgage Co., LLC, et al. | Lefkow | XYZ Case | 06/07/2006 | NTN | | 06/07/2006 | |

(Docket 1,715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| 1-06-2828 | Smith, et al. v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2829 | Eson, et al. v. Argent Mortgage Co., LLC, et al. | Gettleman | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2830 | Brown, et al. v. Ameriquest Mortgage Co., et al. | Lefkow | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2897 | Rocco, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2912 | Dearden v. Ameriquest Mortgage Co., et al. | Darrah | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| **INDIANA NORTHERN** | | | | | | | | | |
| 1-06-154 | Nelson, et al. v. Ameriquest Mortgage Co., et al. | Lee | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | |
| 2-05-323 | Crane, et al. v. Ameriquest Mortgage Co. | Simon | 2 | CTO Filed | 04/03/2006 | 2006-2472 | CTO Final | 04/19/2006 | |
| 2-05-411 | Mikowski, et al. v. Ameriquest Mortgage Co., et al. | Simon | 1 | CTO Filed | 02/27/2006 | 2006-1737 | CTO Final | 03/15/2006 | |
| 2-06-102 | Jeffress, et al. v. Ameriquest Mortgage Co., et al. | Lozano | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | |
| 2-06-130 | Naraney, et al. v. Ameriquest Mortgage Co., et al. | Simon | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | |
| 2-06-135 | Cole, et al. v. Ameriquest Mortgage Co., et al. | Simon | 4 | CTO Filed | 05/31/2006 | | CTO Opposed | 06/16/2006 | |
| 2-06-137 | Carter, et al. v. Ameriquest Mortgage Co., et al. | Moody | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | |
| 2-06-149 | Belford v. Ameriquest Mortgage Co., et al. | Lozano | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | |
| 3-06-220 | Gillespie v. Ameriquest Mortgage Co., et al. | Sharp | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | |
| **INDIANA SOUTHERN** | | | | | | | | | |
| 1-05-1618 | Purdy-Roth, et al. v. Argent Mortgage Co., LLC, et al. | Hamilton | 1 | CTO Filed | 02/27/2006 | 2006-1738 | CTO Final | 03/15/2006 | |
| **LOUISIANA EASTERN** | | | | | | | | | |
| 2-05-3067 | Powell, et al. v. Ameriquest Mortgage Co. | Lemmon | 1 | CTO Filed | 02/27/2006 | | Transfer | 06/16/2006 | |
| **MASSACHUSETTS** | | | | | | | | | |
| 1-04-12651 | Murphy, et al. v. Ameriquest Mortgage Co. | Zobel | 2 | Motion | 07/13/2005 | 2005-7101 | Transfer | 12/13/2005 | |
| 1-06-10244 | Montanarez v. Ameriquest Mortgage Co. | Zobel | 2 | CTO Filed | 04/03/2006 | 2006-2473 | CTO Final | 04/19/2006 | |
| **MICHIGAN EASTERN** | | | | | | | | | |
| 2-05-73963 | Tocco v. Argent Mortgage Co., LLC, et al. | Cohn | 2 | CTO Filed | 04/03/2006 | | CTO Opposed | 04/17/2006 | |
| **MICHIGAN WESTERN** | | | | | | | | | |
| 1-06-315 | Fitzner, et al. v. Ameriquest Mortgage Co., et al. | Quist | 5 | Suspense | 06/13/2006 | | No Action Taken | 06/22/2006 | Closed |
| 5-06-56 | Reagan, et al. v. Argent Mortgage Co., LLC | Quist | | No Action Taken | 06/22/2006 | | | | |
| **MINNESOTA** | | | | | | | | | |
| 0-05-589 | Doherty, et al. v. Town & Country Credit Corp. | Tunheim | 1 | CTO Filed | 02/27/2006 | 2006-1739 | CTO Final | 03/15/2006 | |
| 0-05-1214 | Ricci, et al. v. Ameriquest Mortgage Co. | Tunheim | | No Action Taken | 02/08/2006 | | No Action Taken | 02/08/2006 | State Court |
| 0-06-1719 | Ameriquest Mortgage Co. v. Lori Mattix, et al. | Davis | 5 | Suspense | 06/13/2006 | | | | |
| **MISSOURI EASTERN** | | | | | | | | | |
| 4-06-746 | Klutho v. Ameriquest Mortgage Co., et al. | Perry | 5 | Suspense | 06/12/2006 | | | | 05/25/2006 |
| **NEW JERSEY** | | | | | | | | | |
| 2-06-1221 | Capasso v. Ameriquest Mortgage Co. | Lifland | 5 | Suspense | 06/05/2006 | | | | |
| **NEW YORK EASTERN** | | | | | | | | | |
| 1-05-4715 | Overton v. Ameriquest Mortgage Co., et al. | Johnson | 3 | CTO Filed | 05/03/2006 | | CTO Opposed | 05/18/2006 | |
| 2-05-2605 | Miles, et al. v. Argent Mortgage Co., LLC, et al. | Platt | 2 | CTO Filed | 04/03/2006 | | CTO Opposed | 04/19/2006 | |
| 2-05-3987 | Mulcazo v. Ameriquest Mortgage Co. | Korman | 1 | CTO Filed | 02/27/2006 | 2006-1740 | CTO Final | 03/15/2006 | 01/31/2006 |

Page 4

*(Docket 1,715 Case Listing Cont'd)*

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| **NEW YORK SOUTHERN** | | | | | | | | | |
| 1-05-6189 | Williams, et al. v. Ameriquest Mortgage Co. | Swain | | Motion | 07/13/2005 | 2005-7102 | Transfer | 12/13/2005 | |
| 7-06-2135 | Harding, et al. v. Ameriquest Mortgage Co. | McMahon | 5 | Suspense | 06/05/2006 | | | | |
| **OHIO NORTHERN** | | | | | | | | | |
| 1-05-1126 | Saunders, et al. v. Ameriquest Mortgage Co., et al. | Boyko | 1 | CTO Filed | 02/27/2006 | | CTO Final | 03/15/2006 | |
| **OKLAHOMA WESTERN** | | | | | | | | | |
| 5-05-862 | Hooley, et al. v. Argent Mortgage Co., LLC, et al. | Heaton | | Awaiting Info | 03/31/2006 | | | | |
| 5-05-863 | Davis, et al. v. Argent Mortgage Co., et al. | Cauthron | | Awaiting Info | 03/31/2006 | | | | |
| **PENNSYLVANIA EASTERN** | | | | | | | | | |
| 2-05-1096 | Reuter, et al. v. WM Specialty Mortgage, LLC, et al. | Fullam | 1 | CTO Filed | 02/27/2006 | 2006-1924 | CTO Vacated | 06/15/2006 | Denied |
| 2-05-4427 | D'Ambrogi, et al. v. Ameriquest Mortgage Co. | Rufe | 1 | CTO Filed | 02/27/2006 | 2006-1742 | CTO Final | 03/15/2006 | |
| 2-05-6112 | Godwin v. Argent Mortgage Co., LLC, et al. | DuBois | 1 | CTO Filed | 02/27/2006 | | CTO Vacated | 06/15/2006 | Closed 06/01/2006 |
| 2-06-944 | Laswsa, et al. v. Ameriquest Mortgage Co., et al. | Robreno | 5 | Suspense | 06/13/2006 | | | | |
| **PENNSYLVANIA MIDDLE** | | | | | | | | | |
| 3-06-697 | Jobe, et al. v. Argent Mortgage Co., LLC | Vanaskie | 5 | Suspense | 06/05/2006 | | | | |
| **PENNSYLVANIA WESTERN** | | | | | | | | | |
| 2-05-309 | Cahalan v. Ameriquest Mortgage Co. | Lancaster | 2 | CTO Filed | 04/03/2006 | 2006-2474 | CTO Final | 04/19/2006 | |
| 2-05-391 | Kaiveer v. Ameriquest Mortgage Co. | Standish | 1 | CTO Filed | 02/27/2006 | | Transfer | 06/16/2006 | |
| **RHODE ISLAND** | | | | | | | | | |
| 1-05-153 | Melendez v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | | CTO Vacated | 03/09/2006 | Closed 02/27/2006 |
| 1-05-527 | Pena v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | 2006-1924 | CTO Final | 03/28/2006 | |
| 1-05-528 | Daneau v. Ameriquest Mortgage Co. | Torres | 1 | CTO Filed | 02/27/2006 | 2006-1925 | CTO Final | 03/28/2006 | |
| 1-05-529 | Byre v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | 2006-1926 | CTO Final | 03/28/2006 | |
| 1-05-530 | Parisi v. Ameriquest Mortgage Co. | Torres | 1 | CTO Filed | 02/27/2006 | 2006-1927 | CTO Final | 03/28/2006 | |
| 1-05-531 | Frost v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | 2006-1928 | CTO Final | 03/28/2006 | |
| 1-05-532 | Silvia v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | 2006-1929 | CTO Final | 03/28/2006 | |
| 1-05-533 | Creamer v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | 2006-1930 | CTO Final | 03/28/2006 | |
| 1-05-538 | Leclerc v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | 2006-1931 | CTO Final | 03/28/2006 | |
| 1-06-40 | Leal v. Ameriquest Mortgage Co. | Torres | 2 | CTO Filed | 04/03/2006 | 2006-2475 | CTO Final | 04/19/2006 | |
| 1-06-41 | Gould v. Ameriquest Mortgage Co. | Smith | 2 | CTO Filed | 04/03/2006 | 2006-2476 | CTO Final | 04/19/2006 | |
| 1-06-67 | Silvia v. Ameriquest Mortgage Co. | Lisi | 2 | CTO Filed | 04/03/2006 | 2006-2477 | CTO Final | 04/19/2006 | |
| 1-06-68 | Caney v. Ameriquest Mortgage Co. | Smith | 2 | CTO Filed | 04/03/2006 | 2006-2478 | CTO Final | 04/19/2006 | |
| **TENNESSEE EASTERN** | | | | | | | | | |
| 1-05-192 | Arnold, et al. v. Ameriquest Mortgage Co. | Mattice | 2 | CTO Filed | 04/03/2006 | 2006-2479 | CTO Final | 04/19/2006 | |
| **TENNESSEE MIDDLE** | | | | | | | | | |
| 3-05-793 | Reese v. Ameriquest Mortgage Co., et al. | Echols | 1 | CTO Filed | 02/27/2006 | | Transfer | 06/16/2006 | |
| 3-05-1074 | Raines v. First American Title Insurance Co., et al. | Trauger | 2 | CTO Filed | 04/03/2006 | 2006-2480 | CTO Final | 04/19/2006 | |
| **TENNESSEE WESTERN** | | | | | | | | | |
| 1-06-1051 | Jones, et al. v. Thomas L. Lewis, et al. | Todd | 2 | CTO Filed | 04/03/2006 | | CTO Opposed | 04/18/2006 | |

(Docket 1,715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO | CTO Initiation - Date | Transferee Civil # | Disposition - Date | Termination - Date |
|---|---|---|---|---|---|---|---|
| WISCONSIN EASTERN | | | | | | | |
| 2-06-12 | Forrest v. Ameriquest Mortgage Co. | Stadtmueller | 2 | CTO Filed 04/03/2006 | | CTO Opposed 04/18/2006 | |

## REPORT SUMMARY and FILTERS

Docket: 1715 - Ameriquest Mortgage Co. Mortgage
Lending Practices
For All Cases

There are 167 Cases on this Report.

- 72 XYZ Actions
- 17 Suspense Actions
- 59 Transferred Actions
- 7 Terminated Actions

Page 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715 Lead Case No. 05-cv-07097 (Centralized before the Honorable Marvin E. Aspen) |

**PROOF OF SERVICE**

I, Jill Bowman, hereby certify that on this 10th day of July 2006, a true and correct copy of the following document was filed electronically:

**NOTICE OF FILING**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

I further certify that on July 10, 2006, a true and correct copy of this Proof of Service was filed electronically with the Court. True and correct copies of the document listed above, as well as this Proof of Service, were additionally sent via email or by first class mail, postage prepaid, to the parties on the attached list who do not receive electronic service through the Court's ECF system.

/s/ Jill H. Bowman

JILL H. BOWMAN

2