**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In Re: Ameriquest Mortgage Company<br>Mortgage Lending Practices Litigation | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File<br>No. 05 C 7097<br><br>MDL #1715<br>Hon. Marvin E. Aspen |

**UNOPPOSED MOTION TO DISMISS AND TRANSFER**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and 28 U.S.C. Section 1404, Defendant Argent Mortgage Company LLC ("Argent") moves this Court to dismiss Argent with prejudice from the action captioned *Raines v. First American Title Insurance Company, et al.*, and to transfer the remaining portions of the action to the United States District Court for the Middle District of Tennessee, Nashville Division for further proceedings. In support of this motion, Argent states as follows:

1. On November 21, 2005, plaintiff Raines filed a complaint against a number of defendants (including Argent), asserting various federal and state law claims. This action was originally pending in a Tennessee state court, but was removed to the United States District Court for the Middle District of Tennessee, Nashville Division.

2. On December 13, 2005, the Judicial Panel on Multidistrict Litigation (the "Panel") transferred five different cases to this Court -- these cases concerned "allegedly predatory lending practices by Ameriquest Mortgage Co., or a related entity, in soliciting and closing residential mortgage transactions . . ." (December 13, 2005 Transfer Order at 1-2). On May 3, 2006, the Panel transferred additional actions, including this action, to this Court. (May

1

3, 2006 Transfer Order). Upon arrival in this district, this action received a docket number of 06-CV-2480.

3. The parties to this action have resolved the claims and issues between them by agreement. The parties have also agreed that: 1) any costs, fees, or expenses borne as a result of this litigation shall be paid by the parties incurring them; 2) any and all claims involving other parties to this action are expressly reserved to the extent not already settled or resolved; 3) this matter should be remanded to the transferring court; and 4) that this Court may take any action it deems necessary to effect the dismissal of this action with prejudice, and transfer to the original court as appropriate. The parties have entered into a stipulation memorializing this agreement, attached as Exhibit A.

4. Once Argent is dismissed from this action, the action will no longer include Ameriquest or Argent as a defendant, and there will be no need for the remaining parties to be involved in multidistrict litigation focused on these companies. Accordingly, this case should be transferred back to the Middle District of Tennessee, Nashville Division, so that plaintiff may pursue her action against the remaining defendants.

5. This motion is unopposed by plaintiff. (*See* Ex. A).

## **CONCLUSION**

For the foregoing reasons, Argent respectfully requests that this Court grant this Motion in its entirety.

Respectfully submitted,

      s/ Greg J. Miarecki
One of the attorneys for Defendant
Argent Mortgage Company LLC

Thomas J. Wiegand
Greg J. Miarecki
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)

**CERTIFICATE OF SERVICE**

I, Greg J. Miarecki, hereby certify that on this 13th day of July, 2006, I electronically filed a true and correct copy of the foregoing Unopposed Motion to Dismiss and Transfer. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via fax and first-class mail to all parties listed on the attached service list.

DATED: July 13, 2006

    s/ Greg J. Miarecki
One of the attorneys for Defendant
Argent Mortgage Company LLC

Thomas J. Wiegand
Greg J. Miarecki
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)

**SERVICE LIST**

**Fletcher Whaley Long**
Law Office of Fletcher Long
607 South Locust Street
Springfield, Tennessee 37172
(615) 382-4468

**Randal Steven Mashburn**
Baker, Donelson, Bearman, Caldwell & Berowitz, PC
211 Commerce Street
Suite 1000
Nashville, Tennessee 37201
(615) 726-5600

**Kevin C. Baltz**
Miller & Martin, LLP
150 Fourth Avenue, N
1200 One Nashville Place
Nashville, Tennessee 37219
(615) 244-9270

**Marcia Meredith Eason**
Miller & Martin
Volunteer Building
832 Georgia Avenue
Suite 1000
Chattanooga, Tennessee 37402
 (423) 785-8480

**Huffaker M. Huffaker**
Lewis, King, Krieg & Waldrop, P.C.
P.O. Box 198615
201 Fourth Avenue, N
Suite 1500
Nashville, Tennessee 37219
(615) 259-1366

**Timothy V. Potter**
Reynolds, Potter, Ragan & Vandivort, PLC
201 E College Street
Dickson, Tennessee 37055
(615) 446-2221