IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINA RAINES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST AMERICAN TITLE INSURANCE )<br>COMPANY; ARGENT MORTGAGE, LLC; )<br>JOYCE JORDAN and ROGER FARLEY, )<br>)<br>Defendants. ) | Case No. 1:06-CV-02480<br>**JURY DEMAND** |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| REGINA RAINES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST AMERICAN TITLE INSURANCE )<br>COMPANY; ARGENT MORTGAGE, LLC; )<br>JOYCE JORDAN and ROGER FARLEY, )<br>)<br>Defendants. ) | Case No. 3-05-1074<br>**JURY DEMAND** |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF DEFENDANT ARGENT MORTGAGE, LLC**

Counsel for Plaintiff Regina Raines and the Defendant Argent Mortgage, LLC state that the claims and issues between them have been resolved by agreement, and the parties hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to the **DISMISSAL OF THIS ACTION WITH PREJUDICE**. The parties agree and stipulate that all costs, fees, and expenses shall be borne by the parties incurring them. The parties agree and stipulate that any and all claims

2979072_2.DOC

involving other parties to this action are expressly reserved to the extent not already settled or resolved, and that the matter should be remanded to the transferring court under the caption <u>Regina Raines v. First American Title Insurance Company; Argent Mortgage, LLC; Joyce Jordan and Roger Farley</u>, Case No. 3-05-1074 in the United States District Court for the Middle District of Tennessee, at Nashville. The parties agree and stipulate that the Court may take any further action it deems necessary to effect the dismissal of this action with prejudice, and transfer to the original court as appropriate.

**ENTERED** this 13th day of July, 2006.

Respectfully submitted:

By: /s/ Fletcher W. Long

Fletcher W. Long, BPR #018775
607 South Locust Street
Springfield, TN 37172
Tele: (615) 382-4468

*Attorney for Plaintiff, Regina Raines*

And By:

**MILLER & MARTIN PLLC**

/s/ Marcia Eason

Marcia M. Eason, BPR #011374
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
and
Kevin C. Baltz, BPR #22669
150 Fourth Avenue North, Suite 1200
Nashville, Tennessee 37219-2433
Telephone: (615) 244-9270
Facsimile: (615) 256-8197

*Attorneys for Defendant Argent Mortgage, LLC*