IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: Ameriquest Mortgage Company<br>Mortgage Lending Practices Litigation | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File<br>No. 05 C 7097<br><br>MDL #1715<br>Hon. Marvin E. Aspen |

**NOTICE OF MOTION**

   PLEASE TAKE NOTICE that on Tuesday, July 18, 2006 at 10:30 A.M., we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present this *Unopposed Motion to Dismiss and Transfer*, a copy of which is hereby served upon you.

                Respectfully submitted,


                 s/ Greg J. Miarecki_____
                One of the attorneys for Defendant
                Argent Mortgage Company LLC

                Thomas J. Wiegand
                Greg J. Miarecki
                WINSTON & STRAWN LLP
                35 West Wacker Drive
                Chicago, Illinois 60601
                (312) 558-5600
                (312) 558-5700 (fax)

**CERTIFICATE OF SERVICE**

I, Greg J. Miarecki, hereby certify that on this 13th day of July, 2006, I electronically filed a true and correct copy of the foregoing Notice of Motion. Notice of these filings will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access these filings through the Court's system. I further certify that true and correct copies were additionally sent via fax and first-class mail to all parties listed on the attached service list.

DATED: July 13, 2006

    s/ Greg J. Miarecki
One of the attorneys for Defendant
Argent Mortgage Company LLC

Thomas J. Wiegand
Greg J. Miarecki
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)

**SERVICE LIST**

**Fletcher Whaley Long**
Law Office of Fletcher Long
607 South Locust Street
Springfield, Tennessee 37172
(615) 382-4468

**Randal Steven Mashburn**
Baker, Donelson, Bearman, Caldwell & Berowitz, PC
211 Commerce Street
Suite 1000
Nashville, Tennessee 37201
(615) 726-5600

**Kevin C. Baltz**
Miller & Martin, LLP
150 Fourth Avenue, N
1200 One Nashville Place
Nashville, Tennessee 37219
(615) 244-9270

**Marcia Meredith Eason**
Miller & Martin
Volunteer Building
832 Georgia Avenue
Suite 1000
Chattanooga, Tennessee 37402
 (423) 785-8480

**Huffaker M. Huffaker**
Lewis, King, Krieg & Waldrop, P.C.
P.O. Box 198615
201 Fourth Avenue, N
Suite 1500
Nashville, Tennessee 37219
(615) 259-1366

**Timothy V. Potter**
Reynolds, Potter, Ragan & Vandivort, PLC
201 E College Street
Dickson, Tennessee 37055
(615) 446-2221