IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

STIPULATION REGARDING REASSIGNMENT OF *ROGERS v. TOWN & COUNTRY CREDIT CORPORATION, et al.*, AND *GBUREK v. ARGENT MORTGAGE COMPANY, et al.*, AND [PROPOSED] ORDER THEREON

WHEREAS, on June 8, 2006, defendants Ameriquest Mortgage Company, Ameriquest Mortgage Securities, AMC Mortgage Services, Ameriquest Capital Corporation, Argent Mortgage Company, LLC, and Town and Country Credit Corporation (collectively, "Defendants") filed and served their Second Motion for Reassignment of Related Cases ("Motion") seeking to reassign certain matters to this Multidistrict Litigation ("MDL") proceeding, including the cases entitled *Rogers v. Town & Country Credit Corporation, et al.*, Northern District of Illinois Case No. 06-2736 ("*Rogers*"), and *Gburek v. Argent Mortgage Company, et al.*, Northern District of Illinois Case No. 06-2639 ("*Gburek*");

WHEREAS, the Motion was noticed for presentment on June 13, 2006;

WHEREAS, counsel for Rogers and Gburek did not appear at the June 13, 2006 hearing or otherwise file a formal objection to the reassignment of *Rogers* or *Gburek* prior to the hearing;

WHEREAS, counsel for Rogers and Gburek contends that he had advised one of Defendants' attorneys that he would object to any reassignment of *Gburek* and that, for the reasons set forth below, he did not receive proper notice of the June 13, 2006 hearing;

WHEREAS the parties present at the June 13, 2006 hearing agreed on the record that a Stipulation and Order would be submitted to the Court, pursuant to which all cases included in the Motion to which no objection was filed would be reassigned to this Court;

WHEREAS, on June 14, 2006, a Stipulation which purported to reassign 26 cases, including *Rogers* and *Gburek,* was filed on behalf of those parties present at the June 13, 2006 hearing, but was not signed by counsel for Rogers and Gburek;

WHEREAS, on or about June 14, 2006, Plaintiff's counsel represented that he did not receive the moving papers until after the June 13, 2006 hearing and that, had he received the moving papers prior to June 13, 2006, he would have objected to the reassignment of *Gburek* to this MDL proceeding;

WHEREAS, the parties met and conferred and agreed to remove the *Gburek* case from the previously filed Stipulation by filing an Amended Stipulation and Order;

WHEREAS, an Amended Stipulation and Order was filed on June 21, 2006 and entered by the Court on June 28, 2006 which removed *Gburek* from the original Stipulation;

WHEREAS, on June 28, 2006 the Court entered a Minute Order granting Defendants' Motion, which appears to include a reassignment of *Gburek* notwithstanding the Amended Stipulation;

WHEREAS, Plaintiff's counsel subsequently stated that he also objects to the reassignment of *Rogers* to this MDL Proceeding;

WHEREAS, the parties have met and conferred regarding the status of *Rogers* and *Gburek* and, subject to the Court's approval, agree as follows:

**IT IS HEREBY STIPULATED** by and between Plaintiffs Truman Rogers and Camille Gburek on the one hand and Defendants on the other, through their respective counsel of record, as follows:

1. The Stipulated Order entered June 28, 2006 pursuant to which *Rogers* was reassigned to this MDL proceeding shall be vacated only to the extent that it reassigns *Rogers* to this MDL proceeding;

2. The Stipulated Order entered June 28, 2006 shall remain in full force and effect in all other respects;

3. The Minute Order dated June 28, 2006 pursuant to which Defendants' Second Motion for Reassignment was granted shall be vacated to the extent that it reassigns *Rogers* and/or *Gburek* to this MDL proceeding;

4. The Minute Order dated June 28, 2006 shall remain in full force and effect in all other respects;

5. Defendants shall, in their discretion, file a new Motion for Reassignment of *Rogers* and *Gburek*, to allow Plaintiff an opportunity to object to and oppose such reassignment; and

6. All parties shall retain the right to assert all arguments for and against reassignment and no party shall be deemed to have made any admissions by entering into this Stipulation.

**IT IS SO STIPULATED.**

Dated: July 19, 2006　　　　　　　　　　　By: /s/ Keith J. Keogh

*Attorneys for Plaintiffs Truman Rogers and Camille Gburek*

Keith J. Keogh
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 West Monroe Street, Suite 2000
Chicago, Illinois 60602
Telephone: (312) 726-1092
Facsimile: (312) 726-1093

DATED: July 19, 2006                By: /s/  Bernard E. LeSage

*Attorneys for Defendants Ameriquest Mortgage Company, Town & Country Credit Corporation, Ameriquest Mortgage Securities, AMC Mortgage Services and Ameriquest Capital Corporation*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: July 19, 2006                By: /s/ Thomas J. Wiegand

*Attorneys for Defendant Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

## ORDER

The parties hereto having so stipulated, **IT IS ORDERED** as follows:

1. The Stipulated Order entered June 28, 2006 pursuant to which *Rogers v. Town & Country Credit Corp., et al.*, Northern District of Illinois Case No. 06-2736 ("*Rogers*"), was reassigned to this Multidistrict Litigation ("MDL") proceeding is hereby vacated only to the extent that it reassigns *Rogers* to this MDL proceeding;

2. The Stipulated Order entered June 28, 2006 remains in full force and effect in all other respects;

3. The Minute Order dated June 28, 2006 pursuant to which Defendants' Second Motion for Reassignment was granted is hereby vacated to the extent that it reassigns *Rogers* and/or *Gburek v. Argent Mortgage Company, et al.*, Northern District of Illinois Case No. 06-2639 ("*Gburek*"), to this MDL proceeding;

4. The Minute Order dated June 28, 2006 remains in full force and effect in all other respects;

5. Defendants shall, in their discretion, file a new Motion for Reassignment of *Rogers* and *Gburek*, to allow Plaintiff an opportunity to object to and oppose such reassignment;

6. All parties retain the right to assert all arguments for and against reassignment and no party shall be deemed to have made any admissions by entering into this Stipulation.

**IT IS SO ORDERED.**


Dated:_____, 2006         _____
                                     THE HONORABLE MARVIN E. ASPEN
                                     UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Bernard E, Lesage, hereby certify that on this 19th day of June 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via first class mail to Keith James Keogh, Law Offices of Keith J. Keogh, 227 West Monroe Street, #2000, Chicago, Illinois 60606.

By: /s/ Bernard E. LeSage