# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES | MDL 1715<br>Lead Case No. 05 C 7097<br>Centralized before |
| This Document Relates To:<br>Fredrich W. Grabs, Plaintiff<br>v.<br>Argent Mortgage Company, LLC, et. al., Defendant | Judge Marvin E. Aspen<br><br>06-CV-2809 |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

Argent Mortgage Company, LLC

| |
|---|
| NAME (Type or print)<br><br>Melinda J. Morales |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>/s/Melinda J. Morales |
| FIRM<br>Much Shelist Freed Denenberg Ament & Rubenstein, P.C. |
| STREET ADDRESS<br>191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6244692 | TELEPHONE NUMBER<br><br>312-521-2434 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐