IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 0 3 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ) | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES ) | Lead Case No. 05 C 7097 |
| LITIGATION, ) | |
| ) | Centralized before the |
| ) | Honorable Marvin E. Aspen |

## NOTICE OF FILING

To: Counsel on the Attached Service List

PLEASE TAKE NOTICE that on Wednesday, August 3, 2006, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, the *Appearance of Samuel H. Rudman*, a copy of which is hereby served upon you.

Dated: August 3, 2006

Marvin A. Miller
Dom J. Rizzi
Miller Faucher and Cafferty LLP
30 North LaSalle Street, Suite 3200
Chicago, Illinois 60602
(312) 782-4880

## CERTIFICATE OF SERVICE

I, Marvin A. Miller, one of the attorneys for plaintiff, hereby certify that I caused the *Appearance of Samuel H. Rudman* to be served upon all counsel on the attached service list by placing a copy of the same in the United States Mail at 30 North LaSalle Street, Chicago, Illinois this 3rd day of August, 2006.

Marvin A. Miller

## SERVICE LIST

Sarah K. Andrus
Bernard E. LeSage
Melody A. Petrossian
**Buchalter Nemer**
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Brandon A. Block
**Buchalter Nemer**
501 South Figuerosa Street
Los Angeles, California 90017

James Michael Dash
Stephen Philip Kikoler
Melinda J. Morales
Lorne Todd Saeks
**Much, Shelist, Freed, Denenberg,
 Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 606025

Kelly M. Dermody
**Lieff Cabraser & Heimann**
275 Battery Street, 30th Floor
Embarcadero Center West
San Francisco, California 94111

**Daniel Mark Harris**
150 North Wacker Drive, Suite 3025
Chicago, Illinois 60606

Stanley L. Hill
**Stanley L. Hill & Associates, P.C.**
10 South LaSalle Street, Suite 1301
Chicago, Illinois 60603

Shennan Kavanagh
Gary Edward Klein
**Roddy Klein & Ryan**
727 Atlantic Avenue
Boston, Massachusetts 02111

Craig Allen Varga
Jonathan N. Ledsky
**Varga, Berger, Ledsky, Hayes & Casey**
224 South Michigan Avenue, Suite 350
Chicago, Illinois 60604

Greg J. Miarecki
Thomas Joseph Wiegand
**Winston & Strawn**
35 West Wacker Drive, 41st Floor
Chicago, Illinois 60601

Terry A. Smiljanich
**James Hoyer Newcomer & Smiljanich PA**
4830 West Kennedy Blvd, Suite 550
Tampa, Florida 33609

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 05 C 7097

In re: Ameriquest Mortgage Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Richard A. Madrazo, Plaintiff

KC **FILED**
AUG 0 3 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Samuel H. Rudman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Samuel H Rudman/sm | |
| FIRM <br> Lerach Coughlin Stoia Geller Rudman & Robbins LLP | |
| STREET ADDRESS <br> 58 South Service Road, Suite 200 | |
| CITY/STATE/ZIP <br> Melville, New York 11747 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (631) 367-7100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |