**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 1:05-cv-07097

In Re
AMERIQUEST MORTGAGE COMOPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ADOLPH PETER KURT BURGGRAFF

Note: PHV requirement waived due to MDL transfer.

| NAME (Type or print) |
|---|
| Jill H. Bowman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jill Bowman |
| FIRM |
| James, Hoyer, Newcomer & Smiljanich, P.A. |
| STREET ADDRESS |
| 4830 West Kennedy Blvd., Suite 550 |
| CITY/STATE/ZIP |
| Tampa, Florida 33609 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (813) 286-4100 ext. 4129 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐