**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *GBUREK v. ARGENT MORTGAGE CO., LLC, et al.*, N.D. Ill. Case No. 06-2639 | [Notice of Presentment, Memorandum of Law and Declaration of Bernard E. LeSage filed concurrently herewith] |

**DEFENDANTS' RENEWED MOTION FOR REASSIGNMENT OF**
***GBUREK V. ARGENT MORTG. CO., LLC, et al.***

On June 13, 2006, this Court held a hearing on two motions to reassign over 20 cases to this multidistrict litigation ("MDL") proceeding. One of the cases at issue in the motions was *Gburek v. Argent Mortgage Co., LLC, et al.*, Northern District of Illinois Case No. 06-2639 (J. Castillo).

The parties present at the June 13, 2006 hearing stipulated on the record to the reassignment of all of the cases in the motions to this Court. Counsel for plaintiff in *Gburek*, however, did not appear at the June 13, 2006 hearing or otherwise file a formal objection to the reassignment of *Gburek* prior to the hearing. After the hearing, counsel for plaintiff in *Gburek* represented that he did not receive a copy of the motion seeking to reassign *Gburek* until after the June 13, 2006 hearing and that, had he received the motion prior to the hearing, he would have objected to the reassignment of *Gburek*. In an effort to cooperate and because counsel for plaintiff in *Gburek* had previously informally advised Defendants'[1] counsel of his objection to reassignment, Defendants agreed to remove *Gburek* from the previously filed stipulation and renew their motion to reassign to allow Gburek's counsel an opportunity for formal objection.

Pursuant to Northern District of Illinois Local Rule 40.4(c), Defendants now renew their motion (the "Renewed Motion") to reassign *Gburek* to this Court. As detailed in the

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; Ameriquest Mortgage Securities, Inc.; AMC Mortgage Services, Inc.; Ameriquest Capital Corporation; Argent Mortgage Company, LLC ("Argent"); and Town & Country Credit Corporation.

accompanying Memorandum of Law in support of this Renewed Motion, reassignment of *Gburek* is warranted here because: (1) *Gburek* is "related" to certain actions in this MDL proceeding under Local Rule 40.4(a); and (2) reassignment of *Gburek* meets all of the conditions under Local Rule 40.4(b).

This Renewed Motion is based on the Notice of Presentment, this Renewed Motion, the Memorandum of Law in support of the Renewed Motion, the Declaration of Bernard E. LeSage, the pleadings and records on filed herein, such further papers as may be filed in connection with this Renewed Motion and on such further evidence and argument as may be presented at the hearing on this Renewed Motion.

Defendants request an opportunity for oral argument.

WHEREFORE, Defendants respectfully request that this Court grant the Renewed Motion for Reassignment of *Gburek* in its entirety.

DATED: August 15, 2006     Respectfully submitted,

             By: /s/ Bernard E. LeSage

             *Attorneys for Defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

             Bernard E. LeSage
             Sarah K. Andrus
             BUCHALTER NEMER
             A Professional Corporation
             1000 Wilshire Boulevard, Suite 1500
             Los Angeles, California 90017-2457
             Telephone: (213) 891-0700
             Facsimile: (213) 896-0400

DATED: August 15, 2006     By: /s/ Thomas J. Wiegand

             *Attorneys for Argent Mortgage Company, LLC*

             Thomas J. Wiegand
             WINSTON & STRAWN LLP
             35 W. Wacker Drive
             Chicago, Illinois 60601-9703
             Telephone: (312) 558-5600
             Facsimile: (312) 558-5700