IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br> *GBUREK v. ARGENT MORTGAGE CO., LLC, et al.*, N.D. Ill. Case No. 06-2639 | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**CERTIFICATE OF SERVICE**

    I, Bernard E. LeSage, hereby certify that on the 15th day of August 2006, true and correct copy of the foregoing document was filed electronically:

    1.    **DEFENDANTS' RENEWED MOTION FOR REASSIGNMENT OF *GBUREK V. ARGENT MORTG. CO., LLC, et al.*;**

    2.    **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RENEWED MOTION FOR REASSIGNMENT OF *GBUREK V. ARGENT MORTG. CO., LLC, et al.*;**

    3.    **DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR REASSIGNMENT OF *GBUREK V. ARGENT MORTG. CO., LLC, et al.*; and**

    4.    **NOTICE OF FILING RENEWED MOTION FOR REASSIGNMENT OF *GBUREK V. ARGENT MORTG. CO., LLC, et al.*;**

    Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

2

I further certify that a true and correct copy of the above-referenced document also was sent via first class mail to:

>Keith J. Keogh
>Elizabeth Monkus
>Law Offices of Keith J. Keogh, Ltd.
>227 W. Monroe St., Ste. 2000
>Chicago, Illinois 60606

By: /s/ Bernard E. LeSage