IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>*GBUREK v. ARGENT MORTGAGE CO., LLC, et al.*, N.D. Ill. Case No. 06-2639 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**AMENDED CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on the 15th day of August 2006, true and correct copy of the foregoing document was filed electronically:

1. **DEFENDANTS' RENEWED MOTION FOR REASSIGNMENT OF *GBUREK V. ARGENT MORTG. CO., LLC, et al.*;**

2. **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RENEWED MOTION FOR REASSIGNMENT OF *GBUREK V. ARGENT MORTG. CO., LLC, et al.*;**

3. **DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR REASSIGNMENT OF *GBUREK V. ARGENT MORTG. CO., LLC, et al.*; and**

4. **NOTICE OF FILING RENEWED MOTION FOR REASSIGNMENT OF *GBUREK V. ARGENT MORTG. CO., LLC, et al.*;**

Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. True and correct copies of the above-referenced documents also were sent via first class mail to:

Keith J. Keogh
Elizabeth Monkus
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe St., Ste. 2000
Chicago, Illinois 60606

1

2

Patrick Thomas Stanton
Schwartz, Cooper, Greenberg & Krauss
180 North LaSalle Street
Suite 2700
Chicago, IL 60601

William Daniel Kelly, III
Kelly & Karras, Ltd.
619 Enterprise Drive
Suite 205
Oak Brook, IL 60523

Christopher R. Parker
Michael Best & Friedrich
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601

Daniel H. Olswang
Hauselman, Rappin & Olswang, Ltd.
39 S. LaSalle Street, Suite 1105
Chicago, Illinois 60603

                                                By: /s/ Bernard E. LeSage

BN 951580v2