IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br> _____ <br> THIS DOCUMENT RELATES TO: <br> *GBUREK v. ARGENT MORTGAGE CO., LLC, et al.*, N.D. Ill. Case No. 06-2639 | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

### AMENDED NOTICE OF FILING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that, on September 14, 2006 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present: **DEFENDANTS' RENEWED MOTION FOR REASSIGNMENT OF *GBUREK V. ARGENT MORTG. CO., LLC, et al.*,** a copy of which was previously served upon you. This Amended Notice of Filing supersedes Defendants' previous Notice of Filing, which stated that Defendants would present the Renewed Motion on August 31, 2006.

  **[SIGNATURE OF COUNSEL ON FOLLOWING PAGE]**

1

| | |
|---|---|
| DATED: August 18, 2006 | Respectfully submitted, |
| | By: /s/ Bernard E. LeSage |

*Attorneys for Defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

| | |
|---|---|
| DATED: August 18, 2006 | By: /s/ Thomas J. Wiegand |

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

2

BN 950871v2