### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>*GBUREK v. ARGENT MORTGAGE CO., LLC, et al.*, N.D. Ill. Case No. 06-2639 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

### CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on the 18th day of August 2006, true and correct copy of the foregoing document was filed electronically: **AMENDED NOTICE OF FILING RENEWED MOTION FOR REASSIGNMENT OF *GBUREK V. ARGENT MORTG. CO., LLC, et al.*** Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A true and correct copy of the above-referenced document also was sent via first class mail to:

> Keith J. Keogh
> Elizabeth Monkus
> Law Offices of Keith J. Keogh, Ltd.
> 227 W. Monroe St., Ste. 2000
> Chicago, Illinois 60606
>
> Patrick Thomas Stanton
> Schwartz, Cooper, Greenberg & Krauss
> 180 North LaSalle Street
> Suite 2700
> Chicago, IL 60601
>
> William Daniel Kelly, III
> Kelly & Karras, Ltd.
> 619 Enterprise Drive
> Suite 205
> Oak Brook, IL 60523

BN 951580v3

2

Christopher R. Parker
Michael Best & Friedrich
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601

Daniel H. Olswang
Hauselman, Rappin & Olswang, Ltd.
39 S. LaSalle Street, Suite 1105
Chicago, Illinois 60603

By: /s/ Bernard E. LeSage