IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL<br>ACTIONS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |

## ECLG PLAINTIFFS' STATUS REPORT AND MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITIES

Plaintiffs represented by the law firm of Edelman, Combs, Latturner & Goodwin, LLC, respectfully move this Court for leave to cite additional authorities in support of their pending Motion for Appointment as Lead Counsel for the FCRA, non-customer cases and counsel for the individual TILA rescission cases in the-above captioned proceeding. In support of the present motion, the ECLG plaintiffs state as follows:

Plaintiffs represented by ECLG have argued that ECLG is uniquely qualified, pursuant to the factors set forth at Fed. R. Civ. P. 23(g)(1)(C), to be appointed lead counsel for the FCRA cases in this action,[1] in part because ECLG has pioneered the litigation of the non-borrower, "Cole" or FRCA, cases. (See, e.g., ECLG Plaintiffs' Consolidated Response to Other Proposed Organization And Management Plans, pp. 2, 8-9). Since the date of the ECLG plaintiffs' last filing

---

[1] Perhaps confusingly, in some past filings the ECLG plaintiffs have phrased this as a request to be appointed "co-lead counsel for responsibility for both the individual cases and the non-borrower FCRA cases." (See, e.g., "ECLG Plaintiffs' Statement of Concurrence With The Harris Firm's Proposed Compromise," pp. 1-2.) The ECLG plaintiffs wish to make it clear that they are seeking a lead counsel role with respect to the FCRA cases and the individual cases.

1

in support of their Motion For Appointment as Co-Lead Counsel on July 24, 2006 (i.e., "ECLG Plaintiffs' Statement of Concurrence With The Harris Firm's Proposed Compromise"), numerous courts have issued rulings in "Cole" cases in which ECLG represents the plaintiffs, as follows:

1. On July 31, 2006, in Murray v. Sunrise Chevrolet, Inc., et al., 2006 U.S. Dist. LEXIS 55336, *29, 04 C 7668 (N.D.Ill.)(Coar, J.), the Court granted plaintiff's motion for summary judgment in part and denied defendants' motions for summary judgement. A copy of the Court's opinion is attached hereto as Appendix A.

2. On August 4, 2006, in Bonner and Bruce v. Home123, et al., 2006 U.S. Dist. LEXIS 54418, *24-25, 2:05-CV-146 PS (N.D. Ind.)(Simon, J.), the Court granted plaintiffs' motion for class certification. A copy of the Court's opinion is attached hereto as Appendix B.

3. On August 7, 2006, in Bruce v. Keybank National Association, 2006 U.S. Dist. LEXIS 60207, *10, 2:05-CV-330 (N.D. Ind.)(Lozano, J.), the Court granted plaintiff's motion for class certification. A copy of the Court's opinion is attached hereto as Appendix C.

4. Also on August 7, 2006, in Murray v. Indymac Bank, F.S.B., 2006 U.S. Dist. LEXIS 54513, *12, 04 C 7669 (N.Dist. Ill.)(Der-Yeghiayan, J.), the Court granted plaintiff's motion for class certification. A copy of the Court's opinion is attached hereto as Appendix D.

5. On August 16, 2006, in Manning v. Sutton Ford, Inc., 2006 U.S. Dist. LEXIS 61732, *5, 06 C 2512 (N.D.Ill.)(Holderman, J.), the Court denied defendant's motion to dismiss and its motion for a more definite statement. A copy of the Court's opinion is attached hereto as Appendix E.

6. On August 21, 2006, in Murray v. Finance America, 05 C 1255, 1 (N.D.Ill.)(St. Eve., J.), the Court denied defendant's motion for reconsideration of the Court's April

2

4, 2006 Order granting in part plaintiff's motion for summary judgment denying defendant's motion for summary judgment. A copy of the Court's opinion is attached hereto as Appendix F.

7. On August 31, 2006, in Pavone v. Aegis Lending Corp., 05-C-5129 (N.D. Ill.)(Aspen, J.), the Court granted the plaintiff's motion for class certification. A copy of the Pavone decision is attached hereto as Appendix G.

8. In addition, Courts granted preliminary approval of class settlements in the following FCRA cases: Blair, et al. V. Rideway Chevrolet, Inc., 05 C 2461, Dkt. Nos. 64-65 (N.D. Ill., August 1, 2006) (Schenkier, J.); Kudlicki v. Farragut Financial Corp., 05 C 2459, Dkt. Nos. 143-144 (N.D. Ill., August 24, 2006) (Lindberg, J.); Phillips v. National City Bank and National City Corp., 06 C 110, Dkt. Nos. 29-30 (N.D. Ill. August 24, 2006) (Lefkow, J.); and Cechini v. America's Moneyline, Inc., 05 C 4570, Dkt. Nos. 46-47 (N.D. Ill., August 30, 2006) (Leinenweber, J.).

All of the above-cited decisions are directly relevant to this Court's decision, pursuant to the factors stated at Fed. R. Civ. P. 23(g)(1)(C), on whether ECLG is qualified to serve as co-lead counsel with responsibility for the FCRA cases in the Ameriquest MDL proceeding.

In a related vein, the ECLG plaintiffs wish to inform the Court that, since their June 27, 2006 filing with this Court, ECLG has filed at least 20 additional individual TILA rescission cases in Indiana, Michigan and Illinois (for a total of approximately 114 ECLG individual TILA cases against Ameriquest-related parties). ECLG also has approximately 49 cases awaiting filing. Also since ECLG's June 27, 2006 filing with this Court, ECLG has reached settlements with Ameriquest in approximately 14 individual cases, and settlement negotiations are ongoing in approximately 12 additional cases.

WHEREFORE, the ECLG plaintiffs respectfully request that this Court grant them:

(1) leave to cite each of the above decisions as additional authorities in support of their Motion to be Appointed Co-Lead Counsel; and (2) any other or further relief it deems just.

Respectfully submitted,

s/Al Hofeld, Jr.
Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200/(312) 419-0379 (FAX)

I:\case\Ameriuqest16124\pleadings\NoticeAddAuth.wpd

4