IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**COOPERATING PLAINTIFFS' MOTION FOR ENTRY OF A DOCUMENT PRESERVATION ORDER**

Cooperating Plaintiffs,[1] on behalf of all plaintiffs, hereby request that this Court enter an order requiring Defendant Ameriquest Mortgage Company, ("Ameriquest") to preserve the following categories of documents:

1. All documents relevant to the account or claims of any named Plaintiff (or other individual who has rescinded a transaction pursuant to the TILA);

2. All documents in the account file of any loan originated on or after January 1, 1998;

3. All documents responsive to a Request for Production duly served upon Ameriquest in any case now pending in the above referenced proceeding or being considered for transfer;

4. All documents that governed policies or procedures at Ameriquest at any time after September 1, 1996;

5. All documents that Ameriquest has produced to the state Attorneys General for any reason; and

---

[1] On June 13, 2006, Cooperating Plaintiffs' Counsel in this action filed a Joint and Agreed Organization and Case Management Plan. ("Cooperating Plaintiffs' Plan," Docket No. 162.) Twenty-two (22) law firms[1] with cases pending in this proceeding support the Cooperating Plaintiffs' Plan.[1]

  6.  All electronic records, of any kind, presently in existence.

Cooperating Plaintiffs further request that this Court order Ameriquest to communicate the requirements of any Order entered on this motion to all Ameriquest employees. Attached hereto as Exhibit A is Cooperating Plaintiffs' Proposed Order Regarding Preservation.

In support of their motion, Cooperating Plaintiffs state the following:

1. The litigation stay that has been in place in this case since February 2006 has caused delay in adjudicating Cooperating Plaintiffs' claims, and creates a risk that relevant documents will be destroyed or lost;

2. Ameriquest's branch office closings and employee layoffs create a further risk that relevant documents will be inadvertently destroyed or lost;

3. Because of the litigation stay presently in place, transferred cases have not been able to move forward with discovery for a period of up to one year;

4. Based on this Court's May 30, 2006 order, [Docket No. 144], Cooperating Plaintiffs' counsel believed that the litigation stay would be lifted in June, 2006. Cooperating Plaintiffs' counsel's motion to lift the stay remains pending;

5. On August 31, 2006, Cooperating Plaintiffs' counsel contacted Ameriquest's counsel by letter requesting that Ameriquest voluntarily agree to preserve all documents in the categories referred to in this motion, and Ameriquest has not responded to this request;

6. On September 13, 2006, Cooperating Plaintiffs' counsel called Ameriquest's counsel seeking its position on this motion, left a voicemail message, and did not receive a return call.

7. Cooperating Plaintiffs will suffer irreparable harm if a preservation order is not entered; and

8. The relief requested herein will not create an undue burden on any party.

WHEREFORE, Cooperating Plaintiffs respectfully request that this Court enter an order compelling Ameriquest to preserve the categories of documents herein described and to implement the requested document retention program.

Respectfully submitted,

| | |
|---|---|
| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
| Kelly M. Dermody | Gary Klein |
| | |
| Kelly M. Dermody (CA Bar No. 171716) | Gary Klein |
| Caryn Becker (CA Bar No. 196947) | Elizabeth Ryan |
| LIEFF, CABRASER, HEIMANN | Shennan Kavanagh |
|   & BERNSTEIN, LLP | RODDY KLEIN & RYAN |
| 275 Battery Street, 30th Floor | 727 Atlantic Avenue |
| San Francisco, CA  94111-3339 | Boston, MA  02111-2810 |
| Telephone:  (415) 956-1000 | Telephone:  (617) 357-5500 ext. 15 |
| Facsimile:  (415) 956-1008 | Facsimile:  (617) 357-5030 |

     */s/ Jill Bowman*
       Terry Smiljanich

Terry Smiljanich
Jill Bowman
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

                *Proposed Plaintiffs' Co-Lead Counsel*


     */s/ Marvin A. Miller*
       Marvin A. Miller

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL  60602
Telephone:  (312) 782-4880
Facsimile:  (312) 782-4485

                *Proposed Plaintiffs' Liaison Counsel*

Date:   September 15, 2006