**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**[PROPOSED] ORDER CONCERNING DOCUMENT PRESERVATION**

And now this ____ day of _____, 2006, having reviewed Cooperating Plaintiffs' Motion for an order requiring Defendant Ameriquest Mortgage Company, ("Ameriquest") to preserve documents and all filed responses thereto, it is hereby ORDERED that Ameriquest preserve and retain documents in the following categories:

1. All documents relevant to the account or claims of any named Plaintiff (or other individual who has rescinded a transaction pursuant to the TILA);

2. All documents in the account file of any loan originated on or after January 1, 1998;

3. All documents responsive to a Request for Production duly served upon Ameriquest in any case now pending in the above referenced proceeding or being considered for transfer;

4. All documents that governed policies or procedures at Ameriquest at any time after September 1, 1996;

5. All documents that Ameriquest has produced to the state Attorneys General for any reason; and

6. All electronic records, of any kind, presently in existence.

Ameriquest shall immediately implement this order by a memorandum to all its employees that specifically overrides any document destruction policies Ameriquest presently

has in place and shall certify compliance to the Court within ten days.

The Court finds that good cause for this ORDER exists in light of the delays associated with the litigation stay applicable to this matter and Ameriquest's substantial consolidations of its business. This order shall remain in place until the close of the discovery period in any of the transferred cases absent a superceding order of the Court

                                                                                                _____

                                                                                                           J.

Date: