**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois −** **CM/ECF LIVE, Ver 2.5**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 20, 2006:

    MINUTE entry before Judge Marvin E. Aspen dated 9/20/06: Any responees to cooperating plaintiffs' motion for entry of a document preservation order (Dkt. No. 236) are to be filed on or before 10/5/06. Any replies to be filed by 10/13/06.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.