**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                   Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 25, 2006:

      MINUTE entry before Judge Marvin E. Aspen dated 9/25/06: Any response to the Talley plaintiffs motion to lift stay due to overwhelming financial distress (Dkt. No. 242) is to be filed on or before 10/13/06. Any reply is to be filed by 10/20/06. The motion hearing set for September 28, 2006 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.