IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CAMILLE J. GBUREK, | ) | |
| | ) | |
| Plaintiff, | ) | Lead Case 05 C 0797 |
| | ) | |
| v. | ) | JURY DEMANDED |
| ARGENT MORTGAGE, WMC MORTGAGE | ) | |
| GRAND MORTGAGE, RESIDENTIAL PLUS | ) | 06 C 2639 |
| MORTGAGE CORP., ABRAHAM BEDDAOUI | ) | |
| JPMORGAN CHASE BANK, N.A., FV-1 INC. | ) | |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

| **TO** | Jonathan N. Ledsky | Christopher R. Parker |
|---|---|---|
| Patrick T. Stanton | Varga Berger Ledsky | Raymond Krause |
| Edward S. Weil | Hayes & Casey | Michael Best & Friedrich LLP |
| Robert Anguizola | 224 S. Michigan Ave., Ste 350 | 180 N. Stetson, Ste. 2000 |
| Schwartz Cooper Chartered | Chicago, IL 60604 | Chicago, IL. 60601 |
| 180 N. LaSalle, Ste, 2700 | | 312.222.0800 |
| Chicago, Il. 60601 | | |
| 312.346.1300 | | |

_____ **PLEASE TAKE NOTICE** that on September 26, 2006, I filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division **GBUREK'S RESPONSE TO ARGENT'S MOTION TO REASSIGN CASE,** a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,

By: /s/ Keith J. Keogh
Keith J. Keogh

Keith J. Keogh
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2006, I caused a true and correct copy of the foregoing to be served upon the individuals listed above via electronic delivery to the above individuals.

By: /s/ Keith J. Keogh
Keith J. Keogh