# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES LITIGATION | **MDL NO. 1715**<br><br>LEAD CASE NO. 05-C-7097<br><br>JUDGE MARVIN E. ASPEN |
| THIS DOCUMENT RELATES TO:<br><br>CAMILLE J. GBUREK,<br><br>       Plaintiff,<br><br>  v.<br><br>ARGENT MORTGAGE, WMC MORTGAGE, GRAND MORTGAGE, RESIDENTIAL PLUS MORTGAGE CORP., ABRAHAM BEDDAOUI, JPMORGAN CHASE BANK, N.A., FV-1 INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>       Defendants.<br><br>Case No. 06-C-2639 | |

## NOTICE OF FILING

To:    Keith J. Keogh  
        Elizabeth Monkus  
        Law Offices of Keith J. Keogh, Ltd.  
        227 W. Monroe St., Ste. 2000  
        Chicago, IL 60606

        Harold B. Hilborn  
        Jonathan N. Ledsky  
        Craig Allen Varga  
        Varga Berger Ledsky Hayes   & Casey  
        224 S. Michigan Ave., Ste. 350  
        Chicago, IL 60604

        Christopher R. Parker  
        Michael Best & Friedrich  
        180 N. Stetson Ave., Ste. 2000  
        Chicago, IL 60601

        William Daniel Kelly , III  
        Kelly & Karras, Ltd.  
        619 Enterprise Drive  
        Suite 205  
        Oak Brook, IL 60523

387958.1 051860-38121

      PLEASE TAKE NOTICE that on the 29th day of September 2006, the undersigned filed with the Clerk of the United States District Court, the attached ***WMC Mortgage Corp.'s Reply to Plaintiff Gburek's Response to Motion for Reassignment*** , a copy of which is hereby served upon you.

Dated:  September 29, 2006                      Respectfully submitted,

                                                                      WMC MORTGAGE

                                                          By:  /s//Patrick T. Stanton
                                                                     Attorney for Defendant

Patrick T. Stanton (6216899)
Edward S. Weil (61941910)
Robert Anguizola (6270874)
Schwartz Cooper Chartered
180 North La Salle, Suite 2700
Chicago, IL  60601
(312) 346-1300

387958.1 051860-38121

**CERTIFICATE OF SERVICE**

  I, Patrick T. Stanton, an attorney, hereby certify that I served a copy of the foregoing Notice of Filing and document referred to therein to the counsel of record by E-file on September 29, 2006.

                /s//Patrick T. Stanton

387958.1 051860-38121