**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) | MDL No. 1715 <br> Lead Case No. 05-cv-07097 <br><br> Centralized before the <br> Honorable Marvin E. Aspen |

**STIPULATION REGARDING MOTION FOR ENTRY OF A DOCUMENT
PRESERVATION ORDER AND [PROPOSED] ORDER THEREON**

WHEREAS, on September 15, 2006, certain plaintiffs ("Plaintiffs") in this multidistrict litigation proceeding ("MDL Proceeding") filed a Motion for Entry of a Document Preservation Order ("Motion") against defendant Ameriquest Mortgage Company ("Ameriquest");

WHEREAS, on September 20, 2006, the Court issued a Minute Order setting a briefing schedule for Plaintiffs' Motion, pursuant to which any responses to the Motion are to be filed on or before October 5, 2006, and any replies in support of the Motion are to be filed on or before October 13, 2006;

WHEREAS, counsel for Plaintiffs and Ameriquest have been working, and continue to work, in good faith to resolve all differences regarding the issues presented in the Motion;

WHEREAS, the parties believe that most if not all issues will be resolved through their good faith negotiations and they will be able to file a stipulated proposed preservation order;

WHEREAS, even if not fully successful, the parties' efforts will substantially reduce the number of issues, if any, to be resolved by this Court, and the parties will only tender to the Court those issues they are unable to resolve through their good faith negotiations; and

WHEREAS, given the foregoing, the parties believe it is appropriate for the Court to continue the briefing schedule on the Motion, and to delay any ruling on the Motion until the parties can submit a proposed form of stipulated preservation proposed order, with or without points of resolution for the Court.

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Ameriquest, through their respective counsel of record, that, subject to the Court's approval, the following briefing schedule shall apply to the Motion:

1. Any responses to Plaintiffs' Motion must be filed on or before October 16, 2006; and

2. Any replies in support of the Motion must be filed on or before October 24, 2006.

**IT IS SO STIPULATED.**

**[SIGNATURES ON FOLLOWING PAGES]**

| | |
|---|---|
| Dated: October 5, 2006 | By: /s/ Kelly M. Demody |

*Attorneys for Plaintiffs*

Kelly M. Dermody
Caryn Becker
LIEFF, CABRASER, HEIMANN &
BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 021111-2810
Telephone: (617) 357-5500
Facsimile: (617) 357-5030

Terry Smiljanich
Jill H. Bowman
JAMES, HOYER, NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

DATED: October 5, 2006						By: /s/  Bernard E. LeSage

*Attorneys for Defendant Ameriquest Mortgage Company*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## **ORDER**

The parties hereto having so stipulated, **IT IS ORDERED** that:

1. The Court shall delay any ruling on Plaintiffs' Motion for Entry of a Document Preservation Order ("Motion") until the parties can submit a proposed form of stipulated order, with or without points of resolution for the Court.

2. Any responses to the Motion must be filed on or before October 16, 2006; and

3. Any replies in support of the Motion must be filed on or before October 24, 2006.

**IT IS SO ORDERED.**


Dated:_____, 2006

THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

     I, Bernard E, Lesage, hereby certify that on this 5th day of October 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              By: /s/ Bernard E. LeSage