**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**COOPERATING PLAINTIFFS' PROVISIONAL SUPPORT FOR MOTION OF TERRY AND CHERYL TALLEY TO LIFT STAY OR FOR ENTRY OF PRELIMINARY INJUNCTIVE RELIEF**

Cooperating Plaintiffs support the Motion of Terry and Cheryl Talley to Lift the Stay applicable to their case [Docket No. 242], provided that the court also lift the stay for the Plaintiffs and putative class members in other identical cases. For all the reasons stated in Cooperating Plaintiffs' prior filed memoranda on their Motion to Lift Stay [Docket Nos. 179, 199], all Plaintiffs are severely prejudiced due to the ongoing litigation stay that is in place in this matter. Tens of thousands of Ameriquest customers are facing overwhelming financial hardship due to the onerous and illegal terms in their Ameriquest loans and have not been able to move their cases forward due to the litigation stay. Indeed, as reflected in the correspondence attached as Exhibit A, Ameriquest has recently resumed its practice of foreclosing on the homes of individuals in legal circumstances identical to the Talleys even when those borrowers have exercised their right to cancel their transactions pursuant to TILA. Foreclosure of a borrowers' home presents the quintessential case of overwhelming financial hardship.

In the alternative, the Cooperating Plaintiffs request that the Court enter the preliminary

injunction that the Cooperating Plaintiffs requested in February. [Docket No. 12.] That preliminary injunction would prevent foreclosure on the Talleys and all other Plaintiffs who have come forward with the same claim as the Talleys.[1] Attached as Exhibit B is a list of the Cooperating Plaintiffs who have the same claim for rescission as the Talleys.[2]

If the Court does not grant the motion to lift stay previously filed by Cooperating Plaintiffs, but does allow the Talleys' case to go forward with discovery and motion practice, it may result in a decision that has collateral estoppel impact on the Cooperating Plaintiffs' cases because the Cooperating Plaintiffs' have legal claims similar or identical to the Talleys.

WHEREFORE, Cooperating Plaintiffs respectfully request that this Court vacate the litigation stay with respect to the Talleys' case as well as to the other cases that raise TILA issues similar or identical to those raised by the Talleys' case. In the alternative, Cooperating Plaintiffs request that a preliminary injunction be entered to prevent the irreparable harm of foreclosure on class members with TILA rescission claims, including the Talleys.

Respectfully submitted,

---

[1] The Court could also simply stay foreclosure on the Talleys' residence, as it has by agreement for others similarly situated in connection with a prior entered Stipulation for Standstill secured by Cooperating Plaintiffs. Docket No. 54.

[2] Most of the Cooperating Plaintiffs on the attached list have presented their loan documents to the Court with earlier filed declarations in support of preliminary injunctive relief. [Docket Nos. 16, 18, 19, 60-74]. All of the listed Cooperating Plaintiffs have incomplete Notices of Right to Cancel identical to the Talleys. They thus have the same claim for rescission based on 12 C.F.R. § 226.23(b)(1)(v).

2

| | |
|---|---|
|   */s/ Kelly M. Dermody*   <br>Kelly M. Dermody |   */s/ Gary Klein*   <br>Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)  
Caryn Becker (CA Bar No. 196947)  
LIEFF, CABRASER, HEIMANN  
 & BERNSTEIN, LLP  
275 Battery Street, 30th Floor  
San Francisco, CA  94111-3339  
Telephone:  (415) 956-1000  
Facsimile:  (415) 956-1008  

Gary Klein  
Elizabeth Ryan  
Shennan Kavanagh  
RODDY KLEIN & RYAN  
727 Atlantic Avenue  
Boston, MA   02111-2810  
Telephone:  (617) 357-5500 ext. 15  
Facsimile:   (617) 357-5030  

   */s/ Terry Smiljanich*    
Terry Smiljanich  

Terry Smiljanich  
Jill Bowman  
JAMES, HOYER, NEWCOMBER  
 & SMILJANICH, P.A.  
One Urban Center, Suite 550  
4830 West Kennedy Boulevard  
Tampa, FL  33609  
Telephone: (813) 286-4100  
Facsimile:  (813) 286-4174  

*Proposed Plaintiffs' Co-Lead Counsel*

   */s/ Marvin A. Miller*    
Marvin A. Miller  

Marvin A. Miller  
MILLER FAUCHER AND CAFFERTY LLP  
30 N. LaSalle Street, Suite 3200  
Chicago, IL  60602  
Telephone:  (312) 782-4880  
Facsimile:  (312) 782-4485  

*Proposed Plaintiffs' Liaison Counsel*

Date:   October 10, 2006