**Ameriquest Borrowers Who Received Incomplete Notice of Right to Cancel Forms.**

| Borrower(s) Name | Property Address | Closing Date |
|---|---|---|
| Abbatematteo, Joann and Joseph | 279 Oliver Rd<br>Lebanon, CT 06249 | October 24, 2003 |
| Adrian, Humberto | 336 Platt Ave<br>West Haven, CT 06515 | August 04, 2004 |
| Alvarez, Jay & Melissa | 73 Morley Drive<br>Meriden, CT 06450 | October 17, 2003 |
| Anderson, John W. Jr. | 60 Scenic Rd<br>Lebanon, CT 06249 | July 24, 2003 |
| Bailey, Wray & Wendy – 2 loans | 293 Green Manor Terrace<br>Windsor Locks, CT 06096 | February 5, 2003<br>May 08, 2004 |
| Barboza, Benjamin R. & Manuel R. | 55 Cherry Hill Rd<br>Norwich, CT 06360 | April 22, 2003 |
| Belcher, Monique | 13 Harvey Street<br>Bridgeport, CT 06610 | September 13, 2004 |
| Bell, Jervis & Judith | 18 Yerrington Ave.<br>Norwich, CT 06830 | November 18, 2004 |
| Belval, Lyn L. and Roger E. | 63 Colchester Ave.<br>East Hampton, CT 06424 | January 29, 2004 |
| Bessette, Beverley & Kathy | 84 Highland Rd.<br>Mansfield, CT 06250 | September 12, 2003 |
| Booth, Sallie L. | 10-12 Cedar Grove Ave.<br>New London, CT 06320 | March 17, 2003 |
| Bowe, Michael | 38 Spring St.<br>New London, CT 06320 | March 24, 2004 |
| Brickett, Jean & Clarence | 441 East Main Street<br>Jewett City, CT 06531 | May 11, 2004 |
| Buniski, Carolyn F. | 310 Boston Post Road #6<br>Waterford, CT 06385 | August 14, 2003 |
| Carbone, Al | 129 Banard Drive<br>Newington, CT 06111 | February 20, 2004 |
| Cavallo III, Matthew | 249 Prospect Street<br>Norwich, CT 06360 | May 23, 2004 |
| Charette, Richard & Heidi | 44 Nachilly Drive<br>New Britain, CT 06053 | September 07, 2004 |
| Cocchiola, Dean A. | 339 Straits Turnpike<br>Watertown, CT 06795 | February 04, 2004 |
| Coutant, Jeffrey & Sharon | 38 Ferland Drive<br>Dayville, CT 06241 | July 23, 2004 |

| Borrower(s) Name | Property Address | Closing Date |
|---|---|---|
| Cue, Willie Mae | 90 Willis St. New Haven, CT 06511 | December 13, 2002 |
| Damm, Sandra and Richard | 157 Plain Hill Road Norwich, CT 06360 | February 17, 2005 |
| Dell, Simon A. | 112 Elliott Dr. Colchester, CT 06415 | July 03, 2003 |
| Desrosiers, Barbara | 34 Cheshire Road Meriden, CT 06451 | June 23, 2004 |
| DiMaio-Dawkins, Angela | 24 Pebble Court, Newington, CT 06111 | January 14, 2004 |
| Douchette, Jennie | 19 Winthrop Road Ledyard, CT 06339 | August 08, 2003 |
| Douglas-Chisholm, Cheryl | 952-954 Capitol Ave Bridgeport, CT 06606 | January 13, 2004 |
| Dugan, James R. & Donna M. | 34 Miner Ave. Waterford, CT 06385 | August 16, 2004 |
| Duncan, Calvin | 34-36 Hansen St. Bridgeport, CT 06605 | July 20, 2004 |
| Edwards, Janet M. | 45 Parish Lane, Windsor, CT 06095 | August 06, 2004 |
| Fernandez, Joseph & Nadine | 55-7 Lantern Park Naugatuck, CT 06770 | July 07, 2004 |
| Fountain, Annette | 5 Grace Street Middletown, CT 06457 | March 19, 2004 |
| Fournier, Nadejda | 144 Hoadley St. Naugatuck, CT 06067 | April 03, 2003 |
| Garcia, Juan | 56 Black Rock Ave. New Britain, CT 06052 | August 12, 2004 |
| General, Ronald & Gevaisa | 73 Blackhall St. New London, CT 06320 | March 05, 2004 |
| Grammatico, John & Kristen | 57 Serpentine Dr. Bridgeport, CT 06606 | August 18, 2004 |
| Greene, Samuel Jr. | 89 Mapleton St. Hartford, CT 06114 | March 14, 2003 |
| Guzman, Rafaela and Oscar Pena | 13 Charles Avenue Quaker Hill, CT 06375 | July 22, 2004 |
| Hack, Richard & Denise | 34 Harding Avenue Newington, CT 06111 | December 24, 2002 |
| Hall, Elizabeth | 58 Baltic Street Norwich, CT 06360 | December 22, 2003 |

| Borrower(s) Name | Property Address | Closing Date |
|---|---|---|
| Hasapes, Jason W. | 460 Merrow Road<br>Tolland, CT 06084 | January 08, 2004 |
| Holloway, Colon J.B. | 35 Skyline Drive<br>Farmington, CT 06032 | June 03, 2004 |
| Holmes, Dennis A. & Brenda L. | 337 Water Street<br>Canterbury, CT 06331 | February 11, 2003 |
| Howlett, Beverly | 41 Redfield St.<br>New Haven, CT 06519 | August 23, 2004 |
| Huggins, Maurice & Pearl | 13 Midian Ave.<br>Windsor, CT 06095 | August 24, 2003 |
| Humphrey, Charles loan 1 of 2 | 152 Torringford West St.<br>Torrington, CT 06790 | October 29, 2003 |
| Inzitari, Frank | 62 Morris Avenue<br>West Haven, CT 06516 | October 21, 2003 |
| Iulo, Laurie & Robert | 95 Noble Street<br>West Haven, CT 06516 | July 07, 2004 |
| Iwanczenko, John W. Sr & Maryann E. | 94 Mill Lane<br>Salem, CT 06420 | January 15, 2003 |
| Jennings, Shawn & Yvonne | 71 Haystack Road<br>Milford, CT 06460 | June 03, 2004 |
| Jensen, Keith D. | 9 Darling Lane<br>Waterford, CT 06385 | December 10, 2004 |
| Jones, Kyle A. & Kathleen D. | 12 Caulkins Road<br>Norwich, CT 06360 | April 23, 2003 |
| Juano, Mylani & Charlie | 845 Bank Street<br>New London, CT 06320 | October 01, 2004 |
| Justus, Carolyn | 18 Nonquit Street<br>West Haven, CT 06516 | December 23, 2003 |
| Kach, Sharon & Ronald | 11 Shari Drive<br>Seymour, CT 06483 | May 23, 2003 |
| Kobialka, Edward & Ruth | 381 Lloyd Street<br>Newington, CT 06111 | November 20, 2002 |
| Kollar, Michael | 700 May Street<br>Naugatuck, CT 06770 | February 27, 2004 |
| Kozlowski, Jeffrey & Ellen | 517 Merrow Rd.<br>Tolland, CT 06084 | June 02, 2004 |
| Ladd, Thomas & Shannon | 145 Merchants Ave.<br>Norwich, CT 06380 | September 09, 2004 |
| Lallier, David C. Jr. | 260 East Washington Rd.<br>Terryville, CT 06786 | January 30, 2004 |

| Borrower(s) Name | Property Address | Closing Date |
|---|---|---|
| Lauzier, Bruce & Deborah | 13 Kent Street<br>Plainville, CT 06062 | August 20, 2004 |
| LeBlanc, Scott | 73 Phedon Parkway<br>Middletown, CT 06457 | March 20, 2004 |
| Lee, Carla D. & Gregory | 26 Dellwood Road<br>Norwich, CT 06360 | September 25, 2004 |
| Lehan, Timothy | 37 Cook St.<br>Manchester, CT 06040 | June 24, 2003 |
| Lemire, Jean R. | 75 Williams St.<br>Norwich, CT 06360 | March 03, 2004 |
| Levesque, Albert J. | 43 Gale Avenue<br>Meriden, CT 06450 | December 09, 2004 |
| Lowman, Jo-Ann rosemary | 34 Richards Street<br>Milford, CT 06460 | March 18, 2004 |
| Lukas, Stephen & Correna | 23 Columbia Drive<br>Manchester, CT 06040 | January 09, 2004 |
| Lyles, Audrey | 80 North Main Street<br>Ansonia, CT 06401 | March 22, 2004 |
| Martinez, Carlos | 180 Knowlton Street<br>Stratford, CT 06615 | June 03, 2004 |
| Mauro, Carol A. | 76 E. Main St.<br>Jewett City, CT | March 24, 2004 |
| Milardo, David & Lucinda | 25 Garfield Ave.<br>Middletown, CT 06457 | March 24, 2004 |
| Morin, Anthony & Deborah<br>*Note: borrower had no copies of NRTC therefore copies are not made a part of Exhibit B | 176 Hackmatack St.<br>Manchester, CT 06040 | April 21, 2004 |
| Mumford, Leigh & Wayne Mumford | 65 Vineyard Rd<br>North Haven, CT 06473 | September 27, 2004 |
| Muro, Robert | 18 Kimberly Drive<br>Manchester, CT 06040 | May 16, 2003 |
| Murphy, Franklin & Denise | 6 Fox Glen Road<br>Burlington, CT 06013 | January 16, 2004 |
| Niese, Catherine | 18 Oxbow Drive<br>Vernon, CT 06066 | March 19, 2004 |
| Nordquist, Nels | 915 Glastonbury Turnpike<br>Portland, CT 06480 | October 16, 2002 |
| Oliver, Roosevelt & Pearl | 457 East Main Street<br>Norwich, CT 06360 | January 21, 2004 |

| Borrower(s) Name | Property Address | Closing Date |
|---|---|---|
| Olschefski, Kristin & Frank | 52 Douglas Drive<br>Meriden, CT 06451 | August 24, 2004 |
| Olynciw, Michael | 119 Ledyard Street<br>New London, CT 06320 | November 13, 2002 |
| Osten, Michael & Maria | 13 Reynolds Street<br>Norwich, CT 06360 | April 23, 2003 |
| Owen, Henry & Joan | 86 Tremont Street<br>Meriden, CT 06450 | December 9, 2003 |
| Owen, Jamie S. & Shane D. | 13 Mark Twain Drive<br>East Hampton, CT 06424 | August 11, 2004 |
| Pascoe, Dwuith & Tanya | 49 Charles St.<br>Naugatuck, CT 06770 | May 10, 2004 |
| Passarello, Guy T. and Pauline M. | 165 Huntington Rd.<br>Scotland, CT 06264 | December 19, 2002 |
| Patterson, Norma & Winston | 149 Virginia Ave.<br>New Britain, CT 06052 | January 26, 2004 |
| Pehowdy, Georgette F. | 118 Plains Road<br>Windham, CT 06280 | July 21, 2004 |
| Peterson, Harold and Zevallos, Elizabeth | 36 Alicia Lane<br>Middletown, CT 06457 | August 04, 2004 |
| Pokorny, John Jr. | 104 Warrenville Road<br>Mansfield Center, CT 06250 | July 20, 2004 |
| Potter, Lisa M. and John L. | 46 Alger Place<br>New London, CT 06320 | May 24, 2003 |
| Proudfoot, William A. | 81 Cedar Street<br>Norwich, CT 06360 | May 26, 2004 |
| Rainville, Maureen & Richard A. Sylvia | 79 Old Colchester Road<br>Quaker Hill, CT 06375 | August 19, 2004 |
| Randall, Herbert C. & Anne | 109 Marlboro Street<br>Hamden, CT 06517 | February 26, 2004 |
| Rankin, Nicole | 1507 Summer Hill Dr.<br>South Windsor, CT 06074 | September 16, 2004 |
| Richards, Ricardo & Young, Twinewa | 367 Beachwood Avenue<br>Bridgeport, CT 06604 | August 04, 2004 |
| Roberts, Mark A. & Nancy | 8 Eagle Ridge Drive<br>Ledyard, CT 06335 | May 21, 2003 |
| Rodino, Joseph A. | 34 Butlertown Road<br>Waterford, CT 06385 | December 12, 2003 |
| Rogers, Glen A. Jr., & Patricia | 61 Concord Road<br>Torrington, CT 06790 | July 8, 2004 |

| Borrower(s) Name | Property Address | Closing Date |
|---|---|---|
| Rondeau, Mathias & Jan | 324 Fay Road<br>Pomfret, CT 06259 | September 30, 2004 |
| Safferstein, Gary R & Tricia A. | 52 Pearson Ave.<br>Milford, CT 06460 | July 21, 2004 |
| Santiago, Luz | 106 East Steet<br>New Britain, CT 06051 | November 15, 2004 |
| Saucier, Mark & Heather | 241 Pinch Street<br>Hampton, CT 06247 | October 07, 2003 |
| Shelton, Roger | 351-53 Clinton Ave.<br>Bridgeport, CT 06605 | November 30, 2004 |
| Sherman, Thomas | 32 River Road<br>Clinton, CT 06413 | June 23, 2004 |
| Sibley, Lorraine P. | 53 Brushey Plain Road, Unit 2C<br>Branford, CT 06405 | June 27, 2003 |
| Silva, Sandra & Carlos | 139 Magnolia Street<br>Bridgeport, CT 06610 | June 08, 2004 |
| Smail, Michael F. Sr. | 115 Clemaitis Ave.<br>Waterbury, CT 06708 | June 18, 2004 |
| Smayda, Gregory & Kelly | 47 Austin Drive<br>Tolland, CT 06084 | September 18, 2003 |
| Soto, Jose & Joanne | 69 Foxon Place<br>New Britain, CT 06053 | June 24, 2004 |
| Spence-English, Sonia | 40 Hickory Lane<br>Waterford, CT 06385 | August 08, 2003 |
| Spillane, Deborah H. | 9 Mathers Crossing<br>Simsbury, CT 06070 | August 14, 2003 |
| Steinmiller, Gary W. & Kelly | 13 Cards Mill Road<br>Columbia, CT 06237 | March 21, 2003 |
| Stewart, Donna (Stewart-Eagles) | 324 Truman Street<br>Bridgeport, CT 06606 | July 30, 2004 |
| Stripling, Constance | 100 Oswegatchie Road<br>Waterford, CT 06385 | May 23, 2003 |
| Sulinski, Peter & Victoria | 34 Riverview Street<br>Portland, CT 06480 | September 22, 2003 |
| Sullivan, David M. and Drucie Bathin | 62 Bloomingdale Road<br>Waterford, CT 06385 | April 08, 2003 |
| Taylor, Lorenzo & Johanna | 126 Chamberlain Place<br>Bridgeport, CT 06606 | June 23, 2004 |
| Therrien, Gloria J. loan 1 of 3 (Ameriquest) | 5 Winthrop Boulevard<br>Cromwell, CT 06416 | July 18, 2003 |

| Borrower(s) Name | Property Address | Closing Date |
|---|---|---|
| Thompson, Cynthia & Justin | 63 Henry Street<br>New Britain, CT 06051 | November 17, 2004 |
| Tierney, Patricia M. | 8 Thames Street<br>New London, CT 06320 | July 23, 2004 |
| Todd, Nancy & Ocie | 1656 Chopsey Hill Road<br>Bridgeport, CT 06606 | November 21, 2002 |
| Tofil, Todd & Robar, Corrine | 322 Country Club Road<br>South Glastonbury, CT 06073 | June 17, 2004 |
| Troetti, Mauro | 87 Green Pasture Road<br>Bethel, CT 06801 | September 03, 2004 |
| Valeriano, Armando & Anne | 155 Russell Street<br>Middletown, CT 06457 | June 18, 2004 |
| Vaughn, Joseph & Bonita A. | 365 West Spring Street<br>West Haven, CT 06516 | November 03, 2003 |
| Vincent, Gail L. | 1886 Center Groton Road<br>Ledyard, CT 06339 | August 08, 2003 |
| Vitti, Sharon J. | 37 Ridge Road<br>Hamden, CT 06517 | September 23, 2003 |
| Vose, Matthew | 127 Coventry Road<br>Mansfield, CT 06250 | August 21, 2003 |
| Walz, Suellen A. & Steven A. | 197 Glenwood Ave<br>New London, CT 06320 | October 17, 2003 |
| Williams, Leebert & Evelyn<br>*Note: borrower had no copies of NRTC therefore copies are not made a part of Exhibit B | 4 Phillips Terrace<br>West Haven, CT 06516 | December 03, 2003 |
| Wilson, Stephen | 210 Chestnut Rd<br>New Milford, CT 06776 | August 23, 2003 |
| Witham, Leon & Beth | 18 Chelsea Lane<br>Windsor, CT 06095 | December 15, 2003 |
| York, Duane & Lois | 139 Browning Road<br>Griswold, CT 06351 | February 10, 2004 |
| Zilli, Edward | 143-145 Quinn Street<br>Naugatuck, CT 06770 | April 06, 2004 |

| Borrower(s) Name | Property Address | Closing Date |
|---|---|---|
| David M. and Janet Wakefield | 303 Marion Road<br>Wareham, MA 02571 | April 2, 2004 |
| Harriet Holder | 86 Standard Street<br>Mattapan, MA 02126 | May 12, 2004 |
| Frank L. and Martha A. White | 8 Ruskindale Road<br>Mattapan, MA 02126 | December 17, 2003 |
| Daisybel and William Tolbert | 2506 19th Street South<br>Saint Petersburg, FL 33712 | January 7, 2004 |
| Christopher C. Bourassa | 67 Delano Street<br>New Bedford, MA 02744 | October 15, 2004 |
| Latonya Williams | 2325 29th Street South<br>St. Petersburg, FL 33712 | January 15, 2004 |
| James W. Devlin | 98A Esta Road<br>Plymouth, MA 02360 | February 17, 2004 |
| Victor L. Correia | 1012 Warren Avenue<br>Brockton, MA 02301 | March 12, 2003 |
| Patricia J. Masson | 64 Mission Road<br>Tyngsboro, MA 01879 | April 23, 2005 |
| Duval H. Naughton | 938 Bushwick Ave.<br>Brooklyn, NY 11221 | September 14, 2004 |
| Maria Robinson | 1517 Washington Ave S.<br>Clearwater, FL 33756 | December 8, 2003 |
| Lawrence T. Osten | 311 SW Cain Glen<br>Fort White, FL 32038 | February 4, 2004 |
| Ms. Terry Baumgartner | 3410 Kolstad Avenue<br>Duluth, MN 55803 | September 5, 2003 |
| Sharon Ann Burton | 401 South Park<br>Cortez, Colorado 81321 | October 23, 2003 |
| Guadalupe Hernandez | 2005 El Cielo Street<br>Brownsville, TX 78520 | January 28, 2004 |
| Develin D. Lyons | 2806 Palmadelia Avenue<br>Sarasota, FL 34234 | July 16, 2004 |
| Amanda J. Lokker | 7430 Birch Street West<br>Webster, WI 54893 | April 13, 2004 |
| Asa Mandate | 1632 Cabrillo Avenue<br>Santa Clara, CA 95050 | August 27, 2004 |
| Darin W. Smith | 3804 Harriet Ave.<br>Minneapolis, MN 55409 | October 10, 2003 |
| Wendy G. Allender | 415 Lott road<br>Monticello, FL 32344 | July 23, 2004 |
| Patrick Martin representative of the estate of borrower William Martin (deceased) | 904 Broadway Drive<br>Euless, TX 76040 | May 22, 2003 (refinanced June 4, 2004) |
| Glenn D. Reed | 12580 Union Street<br>Milton, Delaware 19968 | March 2003 (refinanced February 25, 2005) |
| Rochelle M. Dygert | 5629 39th Avenue South<br>Minneapolis, MN 55417 | April 22, 2004 |
| Vaughn DeBold (Florida) | 6241 Golfview Ave.<br>Cocoa, FL 32927 | November 24, 2003 |
| Kenneth Sawyer | 3 Prescott Road<br>Sharon, MA 02067 | June 9, 2003 |
| John and Kathleen O'Callaghan | 94 Alrick Road | October 12, 2004 |

| Borrower(s) Name | Property Address | Closing Date |
|---|---|---|
|  | Quincy, MA 02169 |  |
| Timothy and Francis Adamowicz | 2630 Mill Creek Wilmington, DE 19808 | December 22, 2003 |
| Michael Russo | 12 Fairview Street Leominster, MA 01453 | December 27, 2004 |
| Karen Dudeck | 55 1st Street Unit 3 Boston, MA 02127 | February 12, 2004 |
| Timothy and Cynthia Dion | 375 Main Street, Bridgewater, MA 02324 | January 9, 2004 |
| Joshua Wilgoren | 73 Nicholas Road, Framingham, MA 01701 | September 8, 2005 |
| Frank and Linda Shea | 41 Riverdale Street, Methuen, MA 01844 | July 7, 2004 |