## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>*APPLEGATE, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4867; *BARLETTA v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4560; *BLACK, et al. v. ARGENT MORTGAGE CO., LLC, et al.*, Case No. 06-4418; *BRICKER, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4528; *CALDER v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5146; *CASHEN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4683; *CLARKE, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4201; *CLEVELAND v. AMERIQUEST MORTGAGE CO.*, Case No. 06-4306; *GAJEWSKI v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-3050; *GELMAN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 0604684; *GERBIG, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4868; *HARRIS, et al. v. TOWN & COUNTRY CREDIT CORP., et al.*, Case No. 06-3048; *KESSLER v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4999; *KING SMITH v. TOWN & COUNTRY CREDIT CORP., et al.*, Case No. 06-3704; *LAPPIN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5147; *LEACH v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5000; *SOLNIN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4866; *THIBODEAU, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5148; and *WARREN v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4415 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>[Notice of Presentment, Memorandum of Law, Appendix of Complaints, Declaration of Bernard E. LeSage and [Proposed] Order filed concurrently herewith] |

**JOINT MOTION FOR REASSIGNMENT OF CASES**

1

BN 1005873v2

Pursuant to Northern District of Illinois Local Rule 40.4(c), Plaintiffs and Defendants (collectively, the "Parties") in the following actions (collectively, the "Actions") hereby seek reassignment of the Actions to this Court for pretrial proceedings along with the other actions in this multidistrict litigation ("MDL") proceeding:[1]

- *Applegate, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4867 (Leinenwever, J.);
- *Barletta v. Ameriquest Mortgage Co., et al.*, Case No. 06-4560 (Kendall, J.);
- *Black, et al. v. Argent Mortgage Co., LLC, et al.*, Case No. 06-4418 (Lefkow, J.);
- *Bricker, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4528 (Manning, J.);
- *Calder v. Ameriquest Mortgage Co., et al.*, Case No. 06-5146 (Grady, J.);
- *Cashen, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4683 (Kennelly, J.);
- *Clarke, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4201 (Manning, J.);
- *Cleveland v. Ameriquest Mortgage Co.*, Case No. 06-4306 (Kendall, J.);
- *Gajewski v. Ameriquest Mortgage Co., et al.*, Case No. 06-3050 (Filip, J.);
- *Gelman, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 0604684 (Conlon, J.);
- *Gerbig, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4868 (Pallmeyer, J.);
- *Harris, et al. v. Town & Country Credit Corp., et al.*, Case No. 06-3048 (Filip, J.);
- *Kessler v. Ameriquest Mortgage Co., et al.*, Case No. 06-4999 (Norgle, J.);
- *King Smith v. Town & Country Credit Corp., et al.*, Case No. 06-3704 (Pallmeyer, J.);
- *Lappin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-5147 (Der-Yeghiayan, J.);
- *Leach v. Ameriquest Mortgage Co., et al.*, Case No. 06-5000 (Gettleman, J.);
- *Solnin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4866 (Conlon, J.);
- *Thibodeau, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-5148 (Darrah, J.); and
- *Warren v. Ameriquest Mortgage Co., et al.*, Case No. 06-4415 (Andersen, J.).

As further detailed in the accompanying Memorandum of Law in support of this Motion, reassignment of the Actions is warranted here because: (1) each of the Actions is "related" to

---

[1] Copies of the operative complaints in the Actions are attached to the Appendix filed concurrently herewith.

2

certain actions in this MDL proceeding under Local Rule 40.4(a); and (2) reassignment of the Actions meets all of the conditions under Local Rule 40.4(b).

This Motion is based on the Notice of Presentment, this Motion, the Memorandum of Law in support of the Motion, the Appendix of Complaints, the Declaration of Bernard E. LeSage, the pleadings and records on filed herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

The Parties request an opportunity for oral argument.

WHEREFORE, the Parties respectfully request that this Court grant this Motion in its entirety.

Dated: October 13, 2006 By:/s/ Daniel Harris

*Attorneys for Certain Plaintiffs*

Daniel Harris, Esq.
LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

| | |
|---|---|
| Dated: October 13, 2006 | By:/s/ Daniel A. Edelman |
| | *Attorneys for Certain Plaintiffs* |
| | Daniel A. Edelman, Esq.<br>EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC<br>120 S. LaSalle Street, 18th floor<br>Chicago, IL 60603-3403 |
| DATED: October 13, 2006 | By:/s/ Bernard E. LeSage |
| | *Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.* |
| | Bernard E. LeSage, Esq.<br>BUCHALTER NEMER, a P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457 |
| DATED: October 13, 2006 | By:/s/ Thomas J. Wiegand |
| | *Attorneys for Argent Mortgage Company, LLC* |
| | Thomas J. Wiegand, Esq.<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703 |