**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>*APPLEGATE, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4867; *BARLETTA v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4560; *BLACK, et al. v. ARGENT MORTGAGE CO., LLC, et al.*, Case No. 06-4418; *BRICKER, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4528; *CALDER v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5146; *CASHEN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4683; *CLARKE, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4201; *CLEVELAND v. AMERIQUEST MORTGAGE CO.*, Case No. 06-4306; *GAJEWSKI v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-3050; *GELMAN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 0604684; *GERBIG, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4868; *HARRIS, et al. v. TOWN & COUNTRY CREDIT CORP., et al.*, Case No. 06-3048; *KESSLER v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4999; *KING SMITH v. TOWN & COUNTRY CREDIT CORP., et al.*, Case No. 06-3704; *LAPPIN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5147; *LEACH v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5000; *SOLNIN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4866; *THIBODEAU, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5148; and *WARREN v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4415 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>[Notice of Presentment, Joint Motion, Memorandum of Law, Appendix of Complaints and [Proposed] Order filed concurrently herewith] |

1

## DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF
## JOINT MOTION FOR REASSIGNMENT OF CASES

I, Bernard E. LeSage, declare as follows:

1. I am a shareholder of the law firm of Buchalter Nemer, a Professional Corporation, counsel for defendants Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Ameriquest Capital Corporation, Argent Mortgage Company, LLC and Town & Country Credit Corporation (collectively, "Defendants") in the above-captioned litigation. I state that the records and documents referred to in this Declaration constitute writings taken or made in the regular or ordinary course of business of Buchalter Nemer at or near the time of the act, condition or event to which they relate by persons employed by Buchalter Nemer who had a business duty to Buchalter to accurately and completely take, make and maintain such records and documents. I make this Declaration in support of the parties' Joint Motion for Reassignment of Cases. I know the following to be true and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

2. There are more than 150 actions in this multidistrict litigation proceeding that involve allegations that Defendants violated the Truth-in-Lending Act, 15 U.S.C. Section 1601, *et seq.*, by failing to provide borrowers with proper notice of their rescission rights.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 13th day of October 2006 at Los Angeles, California.

By: /s/ Bernard E. LeSage

2