IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: *APPLEGATE, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4867; *BARLETTA v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4560; *BLACK, et al. v. ARGENT MORTGAGE CO., LLC, et al.*, Case No. 06-4418; *BRICKER, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4528; *CALDER v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5146; *CASHEN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4683; *CLARKE, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4201; *CLEVELAND v. AMERIQUEST MORTGAGE CO.*, Case No. 06-4306; *GAJEWSKI v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-3050; *GELMAN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 0604684; *GERBIG, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4868; *HARRIS, et al. v. TOWN & COUNTRY CREDIT CORP., et al.*, Case No. 06-3048; *KESSLER v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4999; *KING SMITH v. TOWN & COUNTRY CREDIT CORP., et al.*, Case No. 06-3704; *LAPPIN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5147; *LEACH v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5000; *SOLNIN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4866; *THIBODEAU, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5148; and *WARREN v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4415 | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) <br><br> [Notice of Presentment, Joint Motion, Memorandum of Law, Appendix of Complaints and Declaration of Bernard E. LeSage and [Proposed] Order filed concurrently herewith] |

**[PROPOSED] ORDER ON JOINT MOTION FOR REASSIGNMENT OF CASES**

1

The Joint Motion for Reassignment of Cases (the "Motion") of Plaintiffs and Defendants came on for hearing in the above-entitled Court, the Honorable Marvin E. Aspen presiding. After full consideration of the briefs and arguments presented, and all other matters presented to the Court, **IT IS HEREBY ORDERED** that the Motion **IS GRANTED**. Accordingly, the Court orders that the following actions are reassigned to this Court for pretrial proceedings along with the other actions in this multidistrict litigation proceeding:

- *Applegate, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4867 (Leinenwever, J.);
- *Barletta v. Ameriquest Mortgage Co., et al.*, Case No. 06-4560 (Kendall, J.);
- *Black, et al. v. Argent Mortgage Co., LLC, et al.*, Case No. 06-4418 (Lefkow, J.);
- *Bricker, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4528 (Manning, J.);
- *Calder v. Ameriquest Mortgage Co., et al.*, Case No. 06-5146 (Grady, J.);
- *Cashen, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4683 (Kennelly, J.);
- *Clarke, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4201 (Manning, J.);
- *Cleveland v. Ameriquest Mortgage Co.*, Case No. 06-4306 (Kendall, J.);
- *Gajewski v. Ameriquest Mortgage Co., et al.*, Case No. 06-3050 (Filip, J.);
- *Gelman, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 0604684 (Conlon, J.);
- *Gerbig, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4868 (Pallmeyer, J.);
- *Harris, et al. v. Town & Country Credit Corp., et al.*, Case No. 06-3048 (Filip, J.);
- *Kessler v. Ameriquest Mortgage Co., et al.*, Case No. 06-4999 (Norgle, J.);
- *King Smith v. Town & Country Credit Corp., et al.*, Case No. 06-3704 (Pallmeyer, J.);
- *Lappin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-5147 (Der-Yeghiayan, J.);
- *Leach v. Ameriquest Mortgage Co., et al.*, Case No. 06-5000 (Gettleman, J.);
- *Solnin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4866 (Conlon, J.);
- *Thibodeau, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-5148 (Darrah, J.); and

///

///

///

BN 1006605v1

- *Warren v. Ameriquest Mortgage Co., et al.*, Case No. 06-4415 (Andersen, J.).

**IT IS SO ORDERED**.


DATED:_____, 2006    _____
                                        THE HONORABLE MARVIN E. ASPEN
                                        JUDGE OF THE UNITED STATES
                                        DISTRICT COURT FOR THE NORTHERN
                                        DISTRICT OF ILLINOIS