**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| _____ | |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: | |
| *APPLEGATE, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4867; *BARLETTA v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4560; *BLACK, et al. v. ARGENT MORTGAGE CO., LLC, et al.*, Case No. 06-4418; *BRICKER, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4528; *CALDER v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5146; *CASHEN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4683; *CLARKE, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4201; *CLEVELAND v. AMERIQUEST MORTGAGE CO.*, Case No. 06-4306; *GAJEWSKI v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-3050; *GELMAN, et al. v. AMERIQUEST MORTGAGE CO., et al.* Case No. 0604684; *GERBIG, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4868; *HARRIS, et al. v. TOWN & COUNTRY CREDIT CORP., et al.*, Case No. 06-3048; *KESSLER v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4999; *KING SMITH v. TOWN & COUNTRY CREDIT CORP., et al.*, Case No. 06-3704; *LAPPIN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5147; *LEACH v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5000; *SOLNIN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4866; *THIBODEAU, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5148; and *WARREN v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4415 | [Joint Motion, Memorandum of Law, Notice of Presentment, Declaration of Bernard E. LeSage and [Proposed] Order filed concurrently herewith] |

BN 1006472v1

## APPENDIX OF COMPLAINTS

Pursuant to Local Rule 40.4(c), the Parties hereby submit this Appendix of Complaints cited in their Joint Motion for Reassignment of Cases.

| Exh. No. | Case Name | Case No. | Date Original Complaint Filed | Presiding Judge |
|---|---|---|---|---|
| 1. | Applegate v. Ameriquest Mortgage Co., *et al.* | 06-4867 | 9/08/06 | Leinenweber |
| 2. | Barletta v. Ameriquest Mortage Co., *et al.* | 06-4560 | 8/23/06 | Kendall |
| 3. | Black v. Argent Mortgage Co., *et al.* | 06-4418 | 8/16/06 | Lefkow |
| 4. | Bricker v. Ameriquest Mortgage Co., *et al.* | 06-4528 | 8/21/06 | Manning |
| 5. | Calder v. Ameriquest Mortgage Co., *et al.* | 06-5146 | 9/22/06 | Grady |
| 6. | Cashen v. Ameriquest Mortgage Co., *et al.* | 06-4683 | 8/30/06 | Kennelly |
| 7. | Clarke v. Ameriquest Mortgage Co., *et al.* | 06-4201 | 8/03/06 | Manning |
| 8. | Cleveland v. Ameriquest Mortgage Co., *et al.* | 06-4306 | 8/09/06 | Kendall |
| 9. | Gajewski v. Ameriquest Mortgage Co., *et al.* | 06-3050 | 6/02/06 | Filip |
| 10. | Gelman v. Ameriquest Morgage Co., *et al.* | 06-4684 | 8/30/06 | Conlon |
| 11. | Gerbig v. Ameriquest Mortgage Co., *et al.* | 06-4868 | 9/08/06 | Pallmeyer |
| 12. | Harris v. Town & Country Credit Corp., *et al.* | 06-3048 | 6/02/06 | Filip |
| 13. | Kessler v. Ameriquest Mortgage Co., *et al.* | 06-4999 | 9/15/06 | Norgle |
| 14. | King Smith v. Town & Country Credit Corp., *et al.* | 06-3704 | 7/10/06 | Pallmeyer |
| 15. | Lappin v. Ameriquest Mortgage Co., *et al.* | 06-5147 | 9/22/06 | Der-Yeghiayan |
| 16. | Leach v. Ameriquest Mortgage Co., *et al.* | 06-5000 | 9/15/06 | Gettleman |
| 17. | Solnin v. Ameriquest Mortgage, Co., *et al.* | 06-4866 | 9/08/06 | Conlon |
| 18. | Thibodeau v. Ameriquest Mortgage Co., *et al.* | 06-5148 | 9/22/06 | Darrah |
| 19. | Warren v. Ameriquest Mortgage Co., *et al.* | 06-4415 | 8/16/06 | Andersen |

BN 1006472v1

Dated: October 13, 2006            By:/s/ Daniel Harris

*Attorneys for Certain Plaintiffs*

Daniel Harris, Esq.
LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

Dated: October 13, 2006            By:/s/ Daniel A. Edelman

*Attorneys for Certain Plaintiffs*

Daniel A. Edelman, Esq.
EDELMAN, COMBS, LATTURNER, &
GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603-3403

DATED: October 13, 2006           By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company;
AMC Mortgage Services, Inc.; Town & Country
Credit Corporation; Ameriquest Capital
Corporation; Town & Country Title Services,
Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

DATED: October 13, 2006           By:/s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

BN 1006472v1