# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>*APPLEGATE, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4867; *BARLETTA v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4560; *BLACK, et al. v. ARGENT MORTGAGE CO., LLC, et al.*, Case No. 06-4418; *BRICKER, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4528; *CALDER v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5146; *CASHEN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4683; *CLARKE, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4201; *CLEVELAND v. AMERIQUEST MORTGAGE CO.*, Case No. 06-4306; *GAJEWSKI v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-3050; *GELMAN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 0604684; *GERBIG, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4868; *HARRIS, et al. v. TOWN & COUNTRY CREDIT CORP., et al.*, Case No. 06-3048; *KESSLER v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4999; *KING SMITH v. TOWN & COUNTRY CREDIT CORP., et al.*, Case No. 06-3704; *LAPPIN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5147; *LEACH v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5000; *SOLNIN, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4866; *THIBODEAU, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-5148; and *WARREN v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 06-4415 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>[Joint Motion, Memorandum of Law, Appendix of Complaints and Declaration of Bernard E. LeSage filed concurrently herewith] |

## CERTIFICATE OF SERVICE

1

2

I, Bernard E. LeSage, hereby certify that on the 13th day of October 2006, true and correct copies of the foregoing document were filed electronically:

1. JOINT MOTION FOR REASSIGNMENT OF CASES;

2. MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION FOR REASSIGNMENT OF CASES;

3. DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF JOINT MOTION FOR REASSIGNMENT OF CASES;

4. NOTICE OF PRESENTMENT;

5. APPENDIX OF COMPLAINTS IN SUPPORT OF JOINT MOTION FOR REASSIGNMENT OF CASES; and

6. [PROPOSED] ORDER ON JOINT MOTION FOR REASSIGNMENT OF CASES.

Notice of these filings will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access these filings through the Court's system.

By: /s/  Bernard E. LeSage

BN 1005903v1

2