IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**DECLARATION OF CLARISA GASTELUM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS TERRY TALLEY AND CHERYL TALLEYS' MOTION TO LIFT STAY**

I, Clarisa Gastelum, declare as follows:

1. I am a Foreclosure Liaison for Ameriquest Mortgage Company ("Ameriquest"). My responsibilities as Foreclosure Liaison include minimizing risk exposure by resolving REO title deficiencies, handling cases requiring higher levels of proficiency, mitigating losses in compliance, and providing detailed support to local and outside counsel and assisting in resolution of litigation matters. In my capacity as Foreclosure Liaison, I have access to, and possession, custody and control of the loan file, documents and records related to Terry Talley and Cheryl Talley (collectively, the "Talleys"), and the loan they obtained from Ameriquest secured by the property located at 1577 Deer Path Lane, Franklin Grove, Illinois. I state that the records and documents referred to in this Declaration constitute writings taken or made in the regular or ordinary course of business of Ameriquest at or near the time of the act, condition, or event to which they relate by persons employed by Ameriquest who had a business duty to Ameriquest to accurately and completely take, make and maintain such records and documents. I make this Declaration in support of Ameriquest's Opposition to Plaintiffs Terry Talley and Cheryl Talleys' Motion to Lift Stay due to overwhelming financial distress. I know the following to be true and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

1

2. From my review of Ameriquest's records, I state that the Talleys have not made a mortgage payment since July 31, 2006. The total amount that the Talleys are currently in default on their loan (without penalty and/or late charges) is $11,762.08.

3. Despite their default, the Talleys' loan is not in foreclosure. Rather, on February 3, 2006, Ameriquest placed a stop on any foreclosure activity with respect to the loan.

4. Attached hereto as Exhibit "1" and incorporated herein by reference is a true and correct copy of the Truth in Lending Act ("TILA") Notice of Right to Cancel signed by the Talleys.

5. Attached hereto as Exhibit "2" and incorporated herein by reference is a true and correct copy of the TILA Disclosure statement signed by the Talleys.

6. Attached hereto as Exhibit "3" and incorporated herein by reference is a true and correct copy of the One Week Cancellation Notice signed by the Talleys.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of October 2006 at Orange, California.

        /s/ Clarisa Gastelum

BN 1007570v1

**EXHIBIT 1**

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: September 30, 2003
LOAN NO.: 0057161507 - 7361
TYPE: FIXED RATE

BORROWER(S): Terry C Talley     Cheryl C Talley

ADDRESS: 1577 Deer Path Lane
CITY/STATE/ZIP: Franklin Grove, IL 61031

PROPERTY: 1577 Deer Path Lane
Franklin Grove, IL 61031

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is [ENTER DOCUMENT SIGNING DATE: 9/30/03] ; or
2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN: FUNDING
PHONE: (714)541-9960
FAX: (714)245-0857

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of [ENTER FINAL DATE TO CANCEL: 10/03/03]

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____     _____
SIGNATURE     DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_/s/ Terry C Talley_    9-30-03
BORROWER/OWNER Terry C Talley    Date

_/s/ Cheryl C Talley_    9-30-03
BORROWER/OWNER Cheryl C Talley    Date

_____    _____
BORROWER/OWNER    Date

_____    _____
BORROWER/OWNER    Date

1064-NRC (Rev 6/99)     **LENDER COPY**     09/29/2003 3:06:41 PM

A-0029

**EXHIBIT 2**

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary  ☒ Final

LENDER: Ameriquest Mortgage Company
2300 N. Barrington Rd., # 312
Hoffman Estates, IL 60195
(847)755-9717

Broker License:

Borrowers: Terry C Talley  Cheryl C Talley

Type of Loan: FIXED RATE
Date: September 30, 2003

Address: 1577 Deer Path Lane
City/State/Zip: Franklin Grove, IL 61031

Loan Number: 0057161507 - 7361

Property: 1577 Deer Path Lane, Franklin Grove, IL 61031

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.983 % | $ 659,417.09 | $ 399,161.70 | $ 1,058,578.79 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $2,940.52 | 12/01/2003 | | | |
| 1 | $2,932.11 | 11/01/2033 | | | |

VARIABLE RATE FEATURE: Disclosures about the variable rate feature have been provided to you earlier.
☐ Your loan has a variable rate feature.

SECURITY: You are giving a security interest in the property located at: 1577 Deer Path Lane, Franklin Grove, IL 61031

ASSUMPTION: Someone buying this property
☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES: If a payment is late, you will be charged 5.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
☐ may  ☒ will not
have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____ 9-30-03
Borrower Terry C Talley  Date

_Cheryl C Talley_ 9/30/03
Borrower Cheryl C Talley  Date

_____  _____
Borrower  Date  Borrower  Date

Original

09/29/2003 3:06:41 PM

TIL1 (Rev. 7/01)

A-0020

**EXHIBIT 3**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0057161507 - 7361

Borrower(s): Terry C Talley
Cheryl C Talley

Date: September 30, 2003

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below, or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200  Orange, CA 92868

ATTN: Funding Department
Phone: (714)541-9960
Fax: (714)245-0857

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____   9-30-03
Borrower/Owner Terry C Talley                Date

_____   9-30-03
Borrower/Owner Cheryl C Talley               Date

_____   _____
Borrower/Owner                               Date

_____   _____
Borrower/Owner                               Date

---

**REQUEST TO CANCEL**

I/We want to cancel loan #_____

_____     _____
Borrower/Owner Signature              Date

**LENDER COPY**

850 (10/00)                            09/29/2003 3:06:41 PM

A-0030