IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>[Opposition to Plaintiffs Terry Talley and Cheryl Talley's Motion to Lift Stay; Declarations of Bernard E. LeSage, Jeffrey D. Dahl and Clarisa Gastelum filed concurrently herewith] |

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on the 13th day of October 2006, true and correct copy of the foregoing documents were filed electronically: **1. DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS TERRY TALLEY AND CHERYL TALLEY'S MOTION TO LIFT STAY; 2. DECLARATION OF CLARISA GASTELUM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS TERRY TALLEY AND CHERYL TALLEYS' MOTION TO LIFT STAY; 3. DECLARATION OF JEFFREY D. DAHL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS TERRY TALLEY AND CHERYL TALLEYS' MOTION TO LIFT STAY; AND 4. OPPOSITION TO PLAINTIFFS TERRY TALLEY AND CHERYL TALLEY'S MOTION TO LIFT STAY** Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage