# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) Centralized before Judge ) Marvin E. Aspen ) |

| | |
|---|---|
| TERRY TALLEY and CHERYL TALLEY, | ) ) |
| Plaintiffs, | ) 05 C 1080 ) |
| v. | ) Judge John Darrah ) (Reassigned to Judge Aspen ) for pretrial proceedings) ) |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST and AMC MORTGAGE SERVICES, INC. | ) ) ) ) ) **JURY DEMANDED** |
| Defendants. | ) |

## TERRY AND CHERYL TALLEY'S UNOPPOSED MOTION FOR SHORT EXTENSION TO FILE REPLY IN SUPPORT OF MOTION TO LIFT STAY

Terry and Cheryl Talley respectfully move this Court for an Order granting them an additional seven (7) days - through October 27, 2006 - in which to file a reply in support of their Motion To Lift The Stay as to their individual case. In support of the present motion, the Talleys state as follows:

1. The Court previously set a briefing schedule on the Talleys' Motion To Lift

1

the Stay. Under that schedule, responses were due October 13, 2006. The Talleys' reply, if any, is currently due today, October 20, 2006.

2.    Ameriquest filed its response at 6:15PM Central Standard Time on Friday, October 13, 2006. Counsel for the Talleys were not able to view a copy until Monday.

3.    Ameriquest's response is approximately 250 pages in length, inclusive of affidavits and exhibits. These attachments are cited, summarized or otherwise relied on throughout the response brief. Ameriquest's 13-page brief cites numerous authorities and raises multiple issues of law and fact.

4.    Counsel for Terry and Cheryl Talley need a short amount of additional time in order to prepare an adequate reply to Ameriquest's voluminous response brief.

5.    The Court's briefing schedule may not have contemplated the size of Ameriquest's responsive filing when it gave the Talleys only seven days in which to file a reply.

6.    The Talleys' counsel spoke with counsel for Ameriquest today. Ameriquest does not oppose plaintiff's request for additional time.

WHEREFORE, plaintiffs Terry and Cheryl Talley respectfully request that this Court grant them (1) seven additional days - through October 27, 2006 - in which to file a reply in support of their Motion To Lift The Stay; and (2) any other or further relief the Court deems just.

Respectfully submitted,

s/Al Hofeld, Jr.
Al Hofeld, Jr.

2

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200/(312) 419-0379 (FAX)