IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**REQUEST FOR ORAL ARGUMENT**

On September 20, 2006 and October 6, 2006, the Court issued Minute Orders setting briefing schedules on the "Cooperating Plaintiffs'" Motion for Entry of a Document Preservation Order (the "Motion"). The Court did not set a hearing date on the Motion and it is unclear whether the Court intends to rule on the papers without oral argument. Defendant Ameriquest Mortgage Company would like an opportunity to address certain issues raised in the "Cooperating Plaintiffs'" reply brief and hereby respectfully requests oral argument with respect to the Motion on a date convenient to the Court.

DATED: October 26, 2006          Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, Ameriquest Capital Corporation,* and *Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**CERTIFICATE OF SERVICE**

I, Bernard E, LeSage, hereby certify that on this 26th day of October 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage