# EXHIBIT A

 **experian**

☒ Close

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**CHERYL TALLEY**
Your report number is
**2826917397**
Report date:
**10/27/2006**

Index:
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

🖨 Print repo

Experian collects and organizes information about you and your credit history from public records, your creditors and other relia
sources. Experian makes your credit history available to your current and prospective creditors, employers and others as allowe
law, which can expedite your ability to obtain credit and can make offers of credit available to you. We do not grant or deny cree
credit grantor makes that decision based on its own guidelines.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispu
then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Potentially Negative Items                                                                                    ba

### Credit Items

For your protection, the last few digits of your account numbers do not display.

**ABN AMRO MORTGAGE GROUP**
Address:                         Account Number:
2600 W BIG BEAVER RD             330062004....
TROY, MI 48084
(800) 783-8900
Status: Paid,Closed/Past due 30 days.

Date Opened:          Type:                    Credit Limit/Original Amount:
04/2002               Mortgage                 $355,000
Reported Since:       Terms:                   High Balance:
09/2002               30 Years                 NA
Date of Status:       Monthly Payment:         Recent Balance:
11/2003               $0                       NA
Last Reported:        Responsibility.          Recent Payment:
11/2003               Joint with TERRY TALLEY  NA

Account History:
30 days as of Oct 2003    ← *caused by Ameriquest*

**AMC MORTGAGE SERVICES**
Address:                         Account Number:
505 CITY PKWY W                  874005716....
ORANGE, CA 92868
*No phone number available*

Status: Transferred,closed/Current, was past due 30 days.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 11/2003 | Mortgage | $410,450 |
| Reported Since: | Terms: | High Balance: |
| 12/2003 | 30 Years | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 04/2005 | $0 | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| 04/2005 | Joint with TERRY C TALLEY | NA |

Account History:
30 days as of Sep 2004

AMC MORTGAGE SERVICES
Address:                            Account Number:
505 CITY PKWY SOUTH # 10            874005716....
ORANGE, CA 92868
*No phone number available*
Status: Open/Past due 90 days. $8,821 past due as of Oct 2006.    Status Details:  As of Mar 2013, this account is scheduled
                                                                  to a positive status.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 11/2003 | Mortgage | $410,450 |
| Reported Since: | Terms: | High Balance: |
| 06/2005 | 30 Years | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 10/2006 | $2,941 | $400,542 as of 10/2006 |
| Last Reported: | Responsibility: | Recent Payment: |
| 10/2006 | Joint with TERRY C TALLEY | $0 |

Account History:
90 days as of Oct 2006
60 days as of Sep 2006
30 days as of Jun 2006 to Aug 2006

CHASE
Address:                            Account Number:
800 BROOKSEDGE BLVD                 426683976345....
WESTERVILLE, OH 43081
(800) 955-9900
Status: Closed/Current, was past due 30 days.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 12/1994 | Revolving | $5,900 |
| Reported Since: | Terms: | High Balance: |
| 12/1994 | NA | $5,907 |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 03/2003 | $103 | $2,625 as of 10/2006 |
| Last Reported: | Responsibility: | Recent Payment: |
| 10/2006 | Joint with TERRY TALLEY | $103 |

Creditor's statement:  Account closed at credit grantor's
request.

# EXHIBIT B





Equifax Credit Report as of October 27, 2006

| Name: | Terry C. Talley |
|---|---|

| Section Title | Section Description |
|---|---|
| 1. Personal Information | Personal data, addresses, employment history |
| 2. Credit Summary | Summary of account activity |
| 3. Account Information | Detailed account information |
| 4. Inquiries | Companies that have requested or viewed your credit information |
| 5. Collections | Accounts turned over to collection agencies |
| 6. Public Records | Bankruptcies, liens, garnishments and other judgments |
| 7. Dispute File Information | How to dispute information found on this credit report |
| 8. Summary of Your Rights Under the FCRA | |
| 9. Remedying the Effects of Identity Theft | |
| 10. Your Rights Under State Law | |

Personal Information

## Credit Report for Terry C. Talley as of 10/27/2006

⚠ **Important. Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days, click here.**

If you have questions about your credit report, learn what steps you can take in frequently asked questions (FAQs).

### Personal Information
Name: Terry C. Talley
Social Security Number: XXX-XX-5328
Age or Date of Birth: January 8, 1949

The following information is added to your file either when creditors enter requests to view your credit history, or when you report it to Equifax directly. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report.

Current Address

1577 DEER PATH LN
FRANKLIN GROVE, IL 61031
Date Reported: 09/2001

Previous Address

**Former Address 1**
14621 S ABBOTT RD E
LOCKPORT, IL 60441
Date Reported: 09/1996

**Former Address 2**
PO BOX 1190

ORLAND PARK, IL 60462
Date Reported: 09/1996

**Other Identification**

You have no other identification on file.

**Employment History**

**Last Reported Employment:**
COM ED

**Alert(s)**

You have no Alerts on file.

**Consumer Statement**

You have no Consumer Statement on file.

⬆ Back to Top

**Credit Summary**

The following information is a summary of the Account Information in this report. To view your accounts in full detail, see the Account Information section. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report. This information is a snapshot in time and reflects account statuses and balances as of the date shown above.

| Type of Account | Number of Accounts | Total Balance of Accounts |
|---|---|---|
| Mortgage 🔲 | 4 | $400,542 |
| Installment 🔲 | 10 | $11,907 |
| Revolving 🔲 | 24 | $37,927 |
| Other | 1 | $0 |
| Total Accounts | 39 | $450,376 |
| Number of Open Accounts | 16 | |
| Number of Closed Accounts | 23 | |
| Total Accounts in Good Standing 🔲 | 36 | |
| Accounts Currently Past Due 🔲 | 3 | |
| Negative Account History 🔲 | 2 | |
| Inquiries in Last 12 Months 🔲 | 2 | |

⬆ Back to Top

**Account Information**

| Account Name | Account Type | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|---|
| ABN AMRO MORTGAGE GR | Installment | 330062004XXXX | 04/2002 | $0 | 11/2003 | $0 | PAYS AS AGREED | $0 |
| ABN AMRO MORTGAGE GR | Installment | 330000581XXXX | 09/1998 | $0 | 09/2001 | $0 | PAYS AS AGREED | $0 |
| ADS/SERVICE MERCHADI | Revolving | 7000075XXXX | 06/1998 | $0 | 07/2000 | $0 | PAYS AS AGREED | $0 |
| | | | | | | | PAYS AS | |

| AES/PHEAA | Installment | 1359941797PA0XXXX | 07/2004 | $7,501 | 09/2006 | $0 | AGREED | $0 |
|---|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | Revolving | 03514375101259XXXX | 03/1995 | $1,448 | 10/2006 | $252 | CHARGE-OFF | $0 |
| AMERICAN EXPRESS | Open | 03514375101239XXXX | 03/1995 | $728 | 10/2006 | $728 | CHARGE-OFF | $0 |
| AMERICAN GENERAL FIN | Revolving | 1201244600688XXXX | 12/2001 | $0 | 12/2003 | $0 | PAYS AS AGREED | $0 |
| AMERIQUEST MORTGAGE | Mortgage | 874005716XXXX | 11/2003 | $400,542 | 10/2006 | $8,821 | PAYS 91-120 DAYS | $0 |
| BANK OF AMERICA MBNA | Revolving | 549099344403XXXX | 05/1998 | $7,367 | 09/2006 | $0 | PAYS AS AGREED | $10,200 |
| BANK ONE | Installment | I94901001600XXXX | 08/1995 | $0 | 10/2000 | $0 | PAYS AS AGREED | $0 |
| BANK ONE, NA | Installment | 41451113XXXX | 09/2000 | $0 | 10/2002 | $0 | PAYS AS AGREED | $0 |
| BENEFICIAL/HFC | Line of Credit | 411718-1850XXXX | 10/1989 | $9,228 | 10/2006 | $0 | PAYS AS AGREED | $0 |
| CAPITAL ONE | Revolving | 438864185017XXXX | 01/2001 | $921 | 09/2006 | $0 | PAYS AS AGREED | $0 |
| CAPITAL ONE | Revolving | 529107138675XXXX | 09/1996 | $686 | 09/2006 | $0 | PAYS AS AGREED | $0 |
| CAPITAL ONE | Revolving | 412174192994XXXX | 03/1995 | $1,062 | 09/2006 | $0 | PAYS AS AGREED | $0 |
| CAPITAL ONE | Revolving | 517805246296XXXX | 08/2004 | $811 | 09/2006 | $0 | PAYS AS AGREED | $0 |
| CHASE BANK USA, NA | Revolving | 426683976345XXXX | 12/1994 | $2,625 | 10/2006 | $0 | PAYS AS AGREED | $5,900 |
| CIT | Installment | 12132XXXX | 03/1996 | $0 | 04/2005 | $0 | PAYS AS AGREED | $0 |
| CITIFINANCIAL | Revolving | 603259015813XXXX | 03/2000 | $0 | 04/2003 | $0 | PAYS AS AGREED | $5,500 |
| DISCOVER FINANCIAL S | Revolving | 601100764014XXXX | 05/1996 | $7,023 | 10/2006 | $0 | PAYS AS AGREED | $8,100 |
| EMPIRE/GEMB | Revolving | 601921003401XXXX | 09/1998 | $0 | 10/2006 | $0 | PAYS AS AGREED | $5,000 |
| GEMB/JC PENNEY | Revolving | -367512XXXX | 09/1977 | $698 | 10/2006 | $0 | PAYS AS AGREED | $1,300 |
| GEMB/WALMART | Revolving | 603220747068XXXX | 09/1977 | $0 | 10/2006 | $0 | PAYS AS AGREED | $3,350 |
| GRANTS WEST/GEMB | Revolving | 603459024400XXXX | 11/2001 | $0 | 12/2004 | $0 | PAYS AS AGREED | $6,000 |
| HSBC MENARDS | Revolving | 226604-090669XXXX | 08/2001 | $1,030 | 10/2006 | $0 | PAYS AS AGREED | $0 |
| HSBC RETAIL SERVICES | Revolving | 77601-110141XXXX | 12/2000 | $0 | 11/2001 | $0 | PAYS AS AGREED | $0 |
| MAZDA AMERICAN CREDI | Installment | 3165XXXX | 08/2002 | $4,406 | 10/2006 | $0 | PAYS AS AGREED | $0 |
| MERCANTILE NATIONAL | Installment | 308000265XXXX | 02/2001 | $0 | 05/2003 | $0 | PAYS AS AGREED | $0 |
| SEARS/CBSD | Revolving | 504994800585XXXX | 11/1981 | $2,852 | 05/2006 | $0 | PAYS AS AGREED | $2,780 |
| THE HOME DEPOT/CBSD | Revolving | 603532007651XXXX | 07/2001 | $310 | 10/2006 | $0 | PAYS AS AGREED | $11,000 |
| THE HONOR STATE BANK | Installment | 800XXXX | 02/2001 | $0 | 06/2001 | $0 | PAYS AS AGREED | $0 |
| UNIVERSAL CARD/CBSDN | Revolving | 549113035010XXXX | 03/2001 | $1,338 | 10/2006 | $0 | PAYS AS AGREED | $1,870 |
| US BANCORP | Installment | 39598XXXX | 01/1999 | $0 | 09/2000 | $0 | PAYS AS AGREED | $0 |
| VERIZON SOUTH INC | Open | 336417XXXX | 08/2001 | $0 | 04/2006 | $0 | PAYS AS AGREED | $0 |

| WELLS FARGO FINANCIA | Installment | 227-3086XXXX | 07/2002 | $0 | 05/2003 | $0 | PAYS AS AGREED | $0 |
|---|---|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIA | Installment | 227-4948XXXX | 05/2000 | $0 | 08/2001 | $0 | PAYS AS AGREED | $0 |
| WELLS FARGO FINANCIA | Installment | 227-5224XXXX | 02/2000 | $0 | 04/2000 | $0 | TOO NEW TO RATE | $0 |
| WELLS FARGO FINANCIA | Revolving | 227-7477XXXX | 11/2001 | $0 | 03/2005 | $0 | PAYS AS AGREED | $6,000 |
| WELLS FARGO FINANCIA | Revolving | 227-0750XXXX | 09/1999 | $0 | 03/2002 | $0 | PAYS AS AGREED | $0 |

↑ Back to Top

Mortgage Accounts

---

ABN AMRO MORTGAGE GROUP

Mall Code MO904-470
2600 W Big Beaver Rd
Troy, MI 480843323

| Account Number: | 330062004XXXX | Current Status: | PAYS AS AGREED |
|---|---|---|---|
| Account Owner: | Joint Account | High Credit: | $355,000 |
| Type of Account 🔲: | Installment | Credit Limit: | $0 |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 04/2002 | Balance: | $0 |
| Date Reported: | 11/2003 | Amount Past Due: | $0 |
| Date of Last Payment: | 08/2003 | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $2,463 | Date of Last Activity: | 08/2003 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 14 |
| Creditor Classification: | | Activity Description: | Paid and Closed |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Conventional RE Mortage |
| Comments: | | | |

81-Month Payment History

No 81-Month Payment Data available for display.

ABN AMRO MORTGAGE GROUP

Mall Code MO904-470
2600 W Big Beaver Rd
Troy, MI 480843323

| Account Number: | 330000581XXXX | Current Status: | PAYS AS AGREED |
|---|---|---|---|
| Account Owner: | Joint Account | High Credit: | $176,000 |
| Type of Account 🔲: | Installment | Credit Limit: | $0 |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 09/1998 | Balance: | $0 |

| Date Reported: | 09/2001 | Amount Past Due: | $0 |
|---|---|---|---|
| Date of Last Payment: | | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $1,694 | Date of Last Activity: | 08/2001 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 29 |
| Creditor Classification: | | Activity Description: | n/a |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | |
| Comments: | Freddie Mac account, Closed account | | |

81-Month Payment History

| No 81-Month Payment Data available for display. |
|---|

AMERIQUEST MORTGAGE COMPAN

505 S Main St Ste 6000
Orange, CA 928684516
(714) 543-5262

| Account Number: | 874005716XXXX | Current Status: | PAYS 91-120 DAYS |
|---|---|---|---|
| Account Owner: | Joint Account | High Credit: | $410,450 |
| Type of Account 🔲: | Mortgage | Credit Limit: | $0 |
| Term Duration: | 30 Years | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 11/2003 | Balance: | $400,542 |
| Date Reported: | 10/2006 | Amount Past Due: | $8,821 |
| Date of Last Payment: | 07/2006 | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $2,941 | Date of Last Activity: | n/a |
| Date Major Delinquency First Reported: | | Months Reviewed: | 34 |
| Creditor Classification: | | Activity Description: | n/a |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Conventional RE Mortgage |
| Comments: | | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | * | * | * | * | * | 30 | 30 | 60 | | | | |
| 2005 | * | * | * | * | * | * | * | * | * | | * | * |
| 2004 | * | * | * | * | * | * | * | * | 30 | * | * | * |
| 2003 | | | | | | | | | | | * | * |

THE HONOR STATE BANK

2254 Henry St
PO Box 67
Honor, MI 496400067

| | | | | PAYS AS |
|---|---|---|---|---|

# EXHIBIT C

1

1           IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION

3   IN RE AMERIQUEST MORTGAGE      )      MDL No. 1715
    CO. MORTGAGE LENDING           )
4   PRACTICES LITIGATION           )
                                   )
5                                  )
                                   )
                                   )      Chicago, Illinois
6                                  )      June 13, 2006.
                                   )      10:30 o'clock a.m.
7

8              TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE MARVIN E. ASPEN
9

10  APPEARANCES:

11                           DYKEMA GOSSETT, PLLC
                             BY:  MR. HARRY ARGER
12                           10 South Wacker Drive
                             Suite 2300
13                           Chicago, Illinois 60606

14                           LAW OFFICES OF DANIEL HARRIS
                             BY:  MR. DANIEL HARRIS
15                                MR. ANTHONY P. VALACH, JR.
                             150 North Wacker Street
16                           Suite 3000
                             Chicago, Illinois 60606
17
                             EDELMAN COMBS LATTURNER &
18                           GOODWIN, LLC
                             BY:  MR. DANIEL A. EDELMAN
19                                MR. AL HOFELD, JR.
                                  MR. JAMES LATTURNER
20                           120 South LaSalle Street
                             18th Floor
21                           Chicago, Illinois 60603

22                           VARGA BERGER LEDSKY
                             HAYES & CASEY
23                           BY:  MR. JONATHAN N. LEDSKY
                                  MR. CRAIG A. VARGA
24                           224 South Michigan Avenue
                             Suite 350
25                           Chicago, Illinois 60604

2

1  APPEARANCES:  (continued)

2                                    BUCHALTER NEMER, PLC
                                     BY:  MR. BERNARD E. LE SAGE
3                                    1000 Wilshire Boulevard
                                     Suite 1500
4                                    Los Angeles, California 90017

5                                    WINSTON & STRAWN, LLP
                                     BY:  MR. GREGORY J. MIARECKI
6                                    35 West Wacker Drive
                                     Chicago, Illinois 60601

7                                    MILLER FAUCHER & CAFFERTY, LLP
                                     BY:  MR. MARVIN A. MILLER
8                                         MR. DOM J. RIZZI
                                     30 North LaSalle Street
9                                    Suite 3200
                                     Chicago, Illinois 60602
10

11

12                          MARY M. HACKER
                         Official Court Reporter
13              219 South Dearborn Street, Suite 1426
                       Chicago, Illinois 60604
14                          312 663-0049

15

16

17

18

19

20

21

22

23

24

25

3

1       THE CLERK:  05 C 7097, in re: Ameriquest Mortgage

2  Company.

3       THE COURT:  Why don't you identify yourselves for the

4  record, if you would.

5       MR. EDELMAN:  Good morning, your Honor.  Daniel A.

6  Edelman for certain plaintiffs.

7       MR. HOFELD:  Good morning, your Honor.  Al Hofeld,

8  Jr., the same plaintiffs.

9       MR. LATTURNER:  James Latturner for the same

10  plaintiffs.

11       MR. HARRIS:  Daniel Harris for various plaintiffs in

12  related cases.

13       MR. VALACH:  Anthony Valach for various plaintiffs in

14  related cases also.

15       MR. LE SAGE:  Good morning, your Honor.  Bernard

16  LaSage of the Buchalter firm representing defendants.

17       MR. VARGA:  Good morning, your Honor.  Craig Varga

18  representing defendants.

19       MR. MIARECKI:  Good morning, your Honor.  Greg

20  Miarecki of Winston & Strawn representing Defendant Argent.

21       MR. LEDSKY:  Good morning, your Honor.  Jonathan

22  Ledsky representing defendants.

23       MR. MILLER:  Good morning, your Honor.  Marvin Miller

24  on behalf Richard Madrazo plaintiff.

25       MR. RIZZI:  Dom Rizzi on behalf of Madrazo also.

4

1    MR. ARGER:  Good morning, your Honor.  Harry Arger

2  for Ameriquest and AMC in some of the related cases that are

3  being reassigned.

4    THE COURT:  Okay.  Well, we have a lot of stuff on

5  the agenda.  Let me go through what I have, and if I've missed

6  anything you will let me know and we will deal with it, all

7  right?

8    The first thing I have are the status on the eight

9  cases where we've had reassignment motions in the past, and we

10  were going to check today to see whether these cases are still

11  viable for reassignment or whether they have been resolved in

12  the transferor courts.  The first was Abercrombie versus

13  Argent.  Does anyone know anything about that?

14    MR. VARGA:  Yes, your Honor.  That case is still

15  pending.  Cross-motions for summary judgment before Judge

16  Filip have not been decided.  We don't know where he's at in

17  that process or if he has started.

18    THE COURT:  Okay.  And the same with Hubbard, is that

19  correct?

20    MR. VARGA:  Yes.

21    MR. HOFELD:  Yes, your Honor.

22    Same also, your Honor, with Washington.  Jones by

23  contrast has been decided on summary judgment in favor of the

24  plaintiff.

25    MR. VARGA:  It has been, your Honor, on one issue,

5

1   but as to then -- the implementation of the judgment for

2   plaintiff on one of three claims in the case has produced

3   competing orders for how to implement the rescission that was

4   granted --

5           THE COURT:  Competing orders?

6           MR. VARGA:  Competing orders presented to Judge Coar

7   for determination --

8           THE COURT:  Oh, okay.  It looks like it's been

9   resolved --

10          MR. VARGA:  They are before him.

11          THE COURT:  All right.  So I am going to deny the

12  motion to reassign Jones.  Okay.

13          How about Lemmons?

14          MR. VARGA:  Your Honor, Lemmons was a case that the

15  parties settled, but then there was a dispute about one of the

16  terms of the settlement agreement.

17          THE COURT:  I will deny the motion for reassignment

18  as far as that's concerned.  We'll let Judge Kendall sort that

19  out.

20          How about Payne?

21          MR. HOFELD:  Payne was also settled, your Honor, and

22  --

23          MR. VARGA:  Payne is gone.

24          MR. LEDSKY:  It's been dismissed, your Honor.

25          THE COURT:  Okay.  That's gone.

6

1      Zarate?

2      MR. HOFELD:  The parties have a settlement agreement

3  in principal.

4      THE COURT:  Okay, so that one is gone.

5      Tammerello?

6      MR. LEDSKY:  Your Honor, Judge Coar has a pending

7  motion for summary judgment by the defendant in that case

8  still pending.

9      THE COURT:  All right.  So the only four of that

10  group that are still pending are Abercrombie, Hubbard,

11  Washington and Tammerello.  And I take it the best thing to do

12  would be to continue the motions for reassignment as far as

13  those.  Do you agree?

14      MR. LE SAGE:  Your Honor, either continue them and

15  allow them to go through or, like anything else, you can

16  assign them to yourself, your Honor.  We have other cases that

17  are pending along the same lines and --

18      THE COURT:  I know, and --

19      MR. LE SAGE:  -- there may be disparitive rulings.

20      THE COURT:  I will as soon as we get a handle on this

21  case and get some management order.  But until we do that, I

22  think I'm going to continue the motions.

23      MR. LE SAGE:  Okay.

24      THE COURT:  And I certainly will rule on them at the

25  time we come up with a management order, all right?

7

1          MR. LE SAGE:   Thank you, your Honor.

2          MR. VARGA:   Okay.

3          THE COURT:   The second matter, which we can get rid

4   of very quickly, are the defendants' agreed or unopposed

5   motions for extension of time to file responsive pleadings,

6   again obviously until we get a management order.  And they

7   cover Bergquist, Thompson versus Town & Country, Lurry-Payne,

8   Rehbock, Jude versus Town & Country, McGowan versus

9   Ameriquest, Hawkins, Billings, Henson, Eskra, Hall, Magliano,

10  Rodriguez versus Town & Country and Anderson.   Let's see if

11  I've got any more.

12          Okay.   Unless anybody has any objections, I will

13  allow those motions.

14          MR. HOFELD:   No objections from plaintiffs, your

15  Honor.

16          MR. VARGA:   Your Honor, with respect to one of those

17  cases, McGowan, Judge Manning had inadvertently, after your

18  Honor had granted the relatedness of transfer motion but

19  before the Executive Committee had signed the order, had

20  entered a default for failure to plead.

21          THE COURT:   I will vacate that motion.

22          MR. VARGA:   We had that as a subject of a motion, I

23  believe up for today, to vacate that.

24          THE COURT:   That motion will be allowed.

25          MR. VARGA:   Thank you.

8

1          THE COURT:  Okay.  Next let's deal with the

2     defendants' second motion for reassignment of related cases

3     and plaintiffs' third motion for reassignment of related

4     cases.

5          We can do one of two things.  I can allow the other

6     parties to respond to those motions or we can continue them

7     generally, along with the prior reassignment motions, and deal

8     with them when we prepare our management order.  The latter

9     seems to make sense, does it not?

10          MR. LE SAGE:  It does, your Honor.

11          THE COURT:  All right.  I will enter and continue

12     those motions until our next court date as well.

13          Another issue, there's been some questions,

14     apparently, asked of my clerk as to the scope of the stay and

15     I didn't think there was any controversy.  I thought we had if

16     not an explicit but an implicit understanding that everything

17     is going to be stayed in the transferor courts that deal with

18     matters that might be disposed of by us in our management

19     order.  Is that correct?

20          MR. LE SAGE:  That's correct, your Honor.

21          THE COURT:  If there's any ambiguity, let's thrash it

22     out now.

23          (No response.)

24          THE COURT:  Okay.  Next is the stipulation as to the

25     security for the injunction.  I think there was an agreement

9

1  of the $25,000 bond, and I will enter an order reflecting

2  that.

3         The last is the filings that are due today.  The

4  proposed management order -- and I take it you have an agreed

5  one or you don't have an agreed one?

6         MR. LE SAGE:  We don't have an agreed one, your

7  Honor.  As I understood this Court's order, is that both

8  parties were to file today, which we are prepared to do a

9  little later today after it gets approved --

10        THE COURT:  Okay.  Let me just take a quick look and

11 make sure that I have --

12     (Brief pause.)

13        MR. LE SAGE:  The order of 5-31 gives --

14        THE COURT:  Yes.  All right.

15        MR. LE SAGE:  -- each party to submit their

16 submissions -- because you had different items on your order

17 that you wanted --

18        THE COURT:  You're absolutely correct.

19        MR. LE SAGE:  And then we have a subsequent date

20 later in June that week to have responsive pleadings and --

21        THE COURT:  Respective responsive pleadings.

22        MR. LE SAGE:  Right.

23        THE COURT:  That's correct.

24        Then we will schedule another date which will allow

25 me to have you come back here, and I will set a date long

10

1   enough so that you'll have a chance to review my order and we

2   can have another status call shortly thereafter in terms of

3   implementing it, all right?

4           MR. LE SAGE:  Okay.

5           May I, your Honor?  I can give you a status of what's

6   going on in the MDL court, if it would be of interest to you.

7           THE COURT:  Sure.

8           MR. LE SAGE:  We have so far, together with the cases

9   that you have assigned us related and the MDL, 75 cases

10  currently pending before your Honor.  There are 36 additional

11  cases that are in one stage of proceeding or another in the

12  MDL.  There have been some opposition motions to vacate, of

13  which there are 16 so far.  There are ten in the suspense

14  category, which means that a CTO will be issued very shortly.

15  And there are ten awaiting information, so that's a little bit

16  longer, a few motions that are set for the July calendar.

17          So with those cases, there's 36 that will at least

18  through August, it seems to me, be in some state -- probably

19  be --

20          THE COURT:  Some state of limbo.

21          MR. LE SAGE:  -- in some state of limbo until then.

22  But I assume most, if not all, of those will be transferred.

23          There are the 26 cases that we have now postponed

24  which are pending before your Honor that are Northern District

25  cases for assignment as related cases.  And then you disposed

11

1  of the six cases that we had on calendar for today.  So --

2         THE COURT:  So realistically we're talking about not

3  being able to really come up with a management until probably

4  September or October sometime?

5         MR. LE SAGE:  That would be my estimation, your

6  Honor.

7         THE COURT:  All right.  Let's set a date of October

8  the 26th at 10:30, and if there's any reason for us to meet

9  beforehand, you know, let me know and we'll do that

10  beforehand.

11         If there's any reason why we should continue the 26th

12  date, please let me know beforehand because I don't want you

13  all to come in to tell me simply that we can't do anything yet

14  because we still have some cases before the MDL panel.  All

15  right?

16         MR. LE SAGE:  We will do so, your Honor.

17         MR. LEDSKY:  Your Honor, if I could make one point.

18         If we're not meeting again until October 26th -- I

19  know you have just entered and continued plaintiffs' and

20  defendants' various motions for relatedness.  What we have

21  been doing in cases, anticipating motions for relatedness, is

22  asking for extensions of time, for an indefinite time in the

23  future until your Honor has dealt with relatedness motions.

24  Well, some judges here in the Northern District are hesitant

25  to do that and they have been setting responsive pleading

12

1  dates.  And so --

2        THE COURT:  I think you really have to deal with them

3  because the case is not here yet.  I really don't have --

4        MR. LEDSKY:  What I was suggesting is, perhaps, your

5  Honor, a shorter time to decide some of the relatedness

6  motions that have just been filed so that at least I can tell

7  them it's not going to be three or four months into the

8  future.

9        THE COURT:  Sure.  What do you suggest?

10        MR. EDELMAN:  For example, the opposition we had

11  received from Ameriquest last night, of the 16 cases in the

12  third motion for reassignment, they object only to three --

13  I'm sorry, they object to three and 19 are not opposed.  So if

14  it's --

15        THE COURT:  Well, of all that are -- is that correct?

16        MR. LE SAGE:  That is correct, your Honor.

17        THE COURT:  Well, I have no problem if we, in effect,

18  have an agreement that there are a group of related cases that

19  belong here.

20        MR. LE SAGE:  We can submit a stipulation, your

21  Honor, and that might be the easiest thing to do.

22        THE COURT:  That makes sense.  Why don't you submit a

23  stipulation.  I will enter an order based on that stipulation.

24        MR. EDELMAN:  Very well, your Honor.  And I will --

25  we can address the plaintiffs' third motion and the

13

defendants' second motion?

     MR. LE SAGE:  Yes.

     MR. EDELMAN:  Yes.

     MR. LE SAGE:  We will do that all in the same stipulation.

     MR. EDELMAN:  Very well.

     THE COURT:  But we still need an earlier date for you.

     MR. LEDSKY:  Maybe not then, your Honor.  If 90 percent of them are taken care of, we can deal with that --

     THE COURT:  If you do need an earlier date, please let me know.

     MR. LEDSKY:  Okay.

     MR. EDELMAN:  There is one possible need for an earlier date.  In some of the individual cases, plaintiffs may be experiencing financial distress which may require some action.

     THE COURT:  Like what?

     MR. EDELMAN:  For example, if --

     MR. HOFELD:  Well, we have a number of cases, your Honor, where the plaintiffs are caught in adjustable rate loans, and part of the allegations in the complaints is that they were deceived about the terms of the loan.  And because the interest rates are rising generally, payment -- monthly payment amounts are starting to exceed their monthly budgets.

14

1    THE COURT:  I'm not sure what kind of relief I can

2  give you.  My suggestion is that if you have those situations,

3  you deal with them on an ad hoc basis; you don't need a status

4  call for that.  File the appropriate motion and give the

5  defendant a chance to respond and we will deal with it.

6    MR. EDELMAN:  Very well, your Honor.

7    THE COURT:  Okay.  Anything else?

8    MR. EDELMAN:  There also are a couple of cases where

9  amendment of the pleadings was required.  In some cases it

10  doesn't matter if your Honor stays it.  In other cases, if it

11  is necessary, for example, to join someone --

12    THE COURT:  Have you talked about stipulations as far

13  as that's concerned?

14    MR. EDELMAN:  Well, the problem is that the -- if,

15  for example, the amendment is to join a defendant, the

16  defendant would have to waive the statute of limitations.

17  That would be the nature of the problem.

18    THE COURT:  Those are pending motions, motions to

19  amend?

20    MR. LE SAGE:  There is only one, your Honor.  My

21  concern about getting into a motion practice, even if it's a

22  motion to amend, is we have motions to dismiss, we have

23  motions -- various other motions that similarly might impact

24  other parties who are not yet before the Court, other

25  plaintiffs who may want to take advantage of the proposed

15

1  amendment.  There's class action allegations which may --

2          THE COURT:  I agree with you.  I prefer not to deal

3  with them, but if you feel it has to be dealt with, you know,

4  we will take a look at it and I may decide to do nothing.

5          MR. EDELMAN:  Very well, your Honor.

6          MR. LE SAGE:  I have one other issue that's of

7  importance, your Honor, and that's with regard to the entry of

8  the order, not only of the bond, but also we stipulated to the

9  notice and the form of notice, the delivery of notice.  And so

10  --

11          THE COURT:  Yes.

12          MR. LE SAGE:  That's all agreed to.

13          There was only one issue left outstanding, which was

14  defendants' request that the loans originated by Ameriquest

15  post January 23, 2006, which really doesn't impact the

16  implementation of the notice since there are none of those in

17  foreclosure yet.  But that's the date not only of the agreed

18  upon settlement with the Attorney Generals of the 49 states

19  but also the date that the monitor, who's the agent for the 49

20  Attorney Generals, is in place at Ameriquest monitoring all

21  aspects of the loan processes at Ameriquest, ensuring

22  compliance with every law, ensuring compliance with the

23  settlement agreement, ensuring compliance with best practices,

24  interviewing third parties, interviewing appraisers, taking an

25  active role on behalf of the 49 Attorney Generals and

16

1  supervising the loan process, which if there is any inference

2  that notices or proper notices weren't given before that date,

3  which, of course, Ameriquest objects to, nevertheless, post

4  that date there's a good basis to imply that there is no

5  systemic failure to give proper notices to Ameriquest

6  borrowers post-that.

7          And, therefore, the notice telling borrowers yet

8  again that they have a right to rescind is not something that

9  I think should be part of this order.  Plaintiffs disagree

10  with that and we have agreed to brief that to your Honor on or

11  before June the 20th, and then your Honor can either set a

12  hearing date or --

13          THE COURT:  Sure.

14          MR. LE SAGE:  -- or not, depending on how you feel

15  it's been properly briefed or not, whether you need additional

16  information and make an appropriate ruling.

17          It's obvious -- we would like to get the main order

18  -- I mean, the order as we proposed and stipulated entered as

19  well as the bond amount so that --

20          THE COURT:  All right.  Well, I will enter an order

21  approving all those matters.  When your filings are in by June

22  20th, I will rule promptly on the one matter in dispute.

23          MR. LE SAGE:  Thank you, your Honor.

24          MR. MILLER:  Your Honor, just as a point of

25  clarification, are you intending to defer ruling on the

17

1   management filing submissions that are going to be made today

2   until October 26th?

3           THE COURT:  No -- well --

4           MR. MILLER:  Otherwise --

5           THE COURT:  I can't settle the management claim until

6   I have got all the filings, all right?

7           MR. MILLER:  Well, I'm --

8           THE COURT:  Everything won't be filed until when,

9   June 20th?

10          MR. LE SAGE:  That is correct, your Honor.

11          MR. MILLER:  I thought you were going to wait until

12  the judicial panel sends some other cases here.  I don't --

13  because I don't think you have to wait that long, otherwise

14  there will always be cases in the pipeline.

15          THE COURT:  No, I'm not sure.  Let's see how many we

16  get rid of -- well, my thought was -- and I would if there's

17  some concensus that we need not wait and I can rule a lot

18  quicker.

19          MR. LE SAGE:  Your Honor, I think, with 36 cases

20  pending in the MDL, many of which will be related and subject

21  to whatever orders this Court makes, should have an

22  opportunity to participate in those orders, and you've got 26

23  related cases which we can stipulate very quickly are before

24  you.  But still, if you look at the total aggregate number, 36

25  cases is roughly a third of what you already have, or half of

18

1    what you already have --

2            THE COURT:  See, the problem with doing the

3    management order before those other cases arrive here is that

4    those attorneys will be, in effect, shut out of the

5    management.  And I think if you were representing one of them,

6    you would take great umbrage with that.

7            MR. MILLER:  I've been in that position before.

8            THE COURT:  Yes, I know.  And I don't like to do that

9    unless it's necessary.  If it's necessary I will do it, but I

10   think we can wait.

11           If something comes up -- as I said before, if there's

12   any reason we have to discuss any acceleration of anything or

13   any matter, you don't have to wait until October; I am going

14   to be here all the time and just get ahold of me.

15           MR. LE SAGE:  All right.

16           THE COURT:  Anything else?

17           MR. LE SAGE:  No, your Honor.  Thank you very much.

18           MR. ARGER:  For the record, Harry Arger.

19           There were two other cases that -- just so the record

20   is clear, in the Hall and Rodriguez cases there is a company

21   called EMC Mortgage that's a defendant.  I assume the motions

22   for enlargement will apply to that?

23           THE COURT:  Yes.

24           MR. ARGER:  Great.  Thank you.

25           MR. VARGA:  And also related to one of those cases,

19

1  Hall versus Ameriquest, there's a substitution of attorneys

2  motion that was noticed for today.

3          THE COURT:  That motion will be allowed.

4          MR. VARGA:  Our firm for his firm.

5          THE COURT:  Motion will be allowed.

6          MR. VARGA:  Thank you.

7          THE COURT:  Okay.  Thank you very much.

8          MR. LE SAGE:  Thank you, your Honor.

9          MR. LEDSKY:  Thank you, your Honor.

10     (Which were all the proceedings had at the hearing of the

11  within cause on the day and date hereof.)

12                      CERTIFICATE

13          I HEREBY CERTIFY that the foregoing is a true,

14  correct and complete transcript of the proceedings had at the

15  hearing of the aforementioned cause on the day and date

16  hereof.

17

18  _____              6/20/06
    Official Court Reporter                  Date
19  U.S. District Court
    Northern District of Illinois
20  Eastern Division

21

22

23

24

25