IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | Centralized before Judge Marvin E. Aspen |

| | |
|---|---|
| TERRY TALLEY and CHERYL TALLEY, ) ) | |
| Plaintiffs, ) ) | 05 C 1080 |
| v. ) ) ) ) ) | Judge John Darrah (Reassigned to Judge Aspen for pretrial proceedings) |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST and AMC MORTGAGE SERVICES, INC. ) ) ) ) ) | |
| Defendants. ) | **JURY DEMANDED** |

## NOTICE OF FILING

TO:    SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on October 27, 2006, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **REPLY IN SUPPORT OF TERRY AND CHERYL TALLEY'S MOTION TO LIFT STAY.**

                                              Al Hofeld, Jr.
                                              Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

    I, Al Hofeld, Jr., hereby certify that on October 27, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

*Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton*

Kamran Mashoyekh,
  kamran@tienlawgroup.com

*Fenwick & West LLP*
Emmett C. Stanton, estanton@fenwick.com
Aaron Myers, amyers@fenwick.com
Bryan A. Kohm, bkohn@fenwick.com

*Community Legal Services in East Palo Alto*
Shirley Hochhausen,
  s_hochhausen@hotmail.com

*Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes*

Douglas Bowdoin,
dbowdoin@bowdoinlaw.com

*Kirby Noonan & Sweat*
Jonathan Andrews Boynton,
  jboyton@knlh.com
Sarah Brite Evans, sevans@knlh.com

*James Hoyer Newcoomer & Smiljanich*
Terry Smiljanich,
  tsmiljanich@jameshoyer.com
Kathleen Clark Knight,
  kknight@jameshoyer.com

*Attorneys for Plaintiff Adolph Peter Kurt Burggraff*

*Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert, Daisybel Tolbert, David R. Murphy, David M. Wakefield, Isabell M. Murphy, Janet Wakefield and Lynn Gay*

*Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert*

*Lieff Cabraser Heimann & Berstein, LLP*
Elizabeth J. Cabraser, ecabraser@lchb.com
Kelly M. Dermody, kdermod@lchb.com
Caryn Becker, cbecker@lchb.com
Gena E. Wiltsek, gwiltsek@lchb.com
Rachel German, rgerman@lchb.com

*The Tien Law Firm, LLP*
Lawrence Tien, ltien@tienlawgroup.com

*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company*

*and Town and Country Credit Corporation*

*Attorneys for Defendant Ameriquest Mortgage Company*

R. Bruce Allensworth, ballensworth@klng.com

*Varga Berger Ledsky Hayes & Casey*
Craig Varga, cvarga@vblhc.com

*Dykema Gossett, PLLC*
Harry N. Arger, harger@dykema.com
Todd A. Gale, tgale@dykema.com
Richard E. Gottlieb, rgottlieb@dykema.com
David A. Wheeler, dwheeler@dykema.com

*Stanley Hill &n Associates, P.C.& Associates, P.C.*
Stanley L. Hill, stanhill@megsinet.net
Dalal M. Jarad, dmjarad@aol.com

*The Law Offices of Daniel Harris*
Daniel Harris, lawofficedh@yahoo.com

*Attorneys for Plaintiff Giavone Tammerello*

*Additional Party*

*Roddy Klein & Ryan*
Gary Klein, klein@roddykleinryan.com
Elizabeth Ryan, ryan@roddykleinryan.com
Shennan Kavanagh, kavanagh@roddykleinryan.com

*Horowitz, Horowitz & Associates*
O. Randolph Bragg, rand@horowitzlaw.com

*Law Office of Theresa I. Wigginton*
Theresa I. Wigginton, terri@twiggintonlaw.com

*Buchalter Nemer, A Professional Corp.*
Bernard E. LeSage, blesage@buchalter.com
Sarah K. Andrus, sandrus@buchalter.com
Buchalter Nemer, bnemer@buchalter.com

*Kirkpatrick & Lockhart Nicholson Graham LLP*
Daniel A. Casey, dcasey@klng.com
Jonathan B. Morton, jmorton@klng.com
Jeffery T. Kucerajkucera@klng.com
Brian Mark Forbes, bforbes@klng.com
Ryan M. Tosi, rtosi@klng.com

4

| | |
|---|---|
| *Attorney for Defendants AMC Mortgage Service, Inc. and Ameriquest Mortgage Company* | *Edward P. Grimmer, PC* <br> Edward P. Grimmer, ed@grimmerlaw.com |
| *Attorney for Citifinancial Mortage Company, Inc.* | *Bunger & Robertson* <br> Suzette V. Sims, ssims@lawbr.com |
| *Attorneys for GMAC Mortgage Corporation* | *Wooden & McLaughlin LLP* <br> James M. Boyers, jboyers@woodmclaw.com <br> Jamie A. Young, jyoung@woodenmclaw.com |
| *Registered Agent for AMC Mortgage Service, Inc. and Ameriquest Mortgage Company* | National Registered Agents <br> 320 N. Meridian St. <br> Indianapolis, IN 46204 |
| *Registered Agent for Ameriquest Mortgage Securities, Inc.* | National Registered Agents <br> 2030 Main Street, Suite 1030 <br> Irvine, CA 92614 |

s/ Al Hofeld, Jr.
Al Hofeld, Jr.

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)