Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 11/2/2006 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co. | | |

**DOCKET ENTRY TEXT**

We hold that Ameriquest must notify all borrowers, including those who signed mortgage contracts after January 23, 2006, of potential claims and defenses available to them under the Truth in Lending Act.

■[ For further details see text below.]    Notices mailed by Judicial staff.

# STATEMENT

## ORDER

On May 30, 2006, we issued an Order requiring Ameriquest to provide notice of potential claims and defenses available under the Truth in Lending Act (TILA) to borrowers facing foreclosure. (Docket No. 142) We left it to the parties to determine the timing and delivery method of the required notice. The parties have largely done so by stipulation. (Docket Nos. 147, 155)

The parties do not agree on one issue regarding the scope of the notice. According to Ameriquest, pursuant to a January 23, 2006 settlement agreement Ameriquest reached with the Attorneys General of 49 states ("AG Settlement"), an independent monitor is in place for the purpose of ensuring that Ameriquest complies with both the TILA and the terms of the AG Settlement. (Docket No. 173, at 2) As such, Ameriquest contends, there is no need for Ameriquest to provide notice to individuals whose mortgage contracts closed after January 23, 2006. (*Id.*)

However, Ameriquest has not provided any evidence that the AG Settlement monitor is specifically ensuring compliance with the TILA. (*See* Docket No. 172-1, at 3) The monitor's first official report is not due until December 31, 2006, and plaintiffs represent that have not been given the opportunity to speak with the monitor, nor have they been granted access to the monitor's reports. (*Id.*) In short, at this point, neither plaintiffs nor we have any basis to find that the AG Settlement monitor truncates Ameriquest's responsibility to comply with our May 30, 2006 Order. Therefore, we hold that Ameriquest must notify all borrowers, including those who signed mortgage contracts after January 23, 2006, of potential claims and defenses available to them under the Truth in Lending Act.

It is so ordered.

| STATEMENT |
|---|
| *Marvin E Aspen* (signature) |