UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
Eastern Division

Ameriquest Mortgage Company, et al.
                      Plaintiff,

v.                                                  Case No.: 1:05−cv−07097
                                                 Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2006:

      MINUTE entry before Judge Marvin E. Aspen dated 11/7/06: Enter Memorandum Opinion and Order: On February 7, 2006, we instituted a motion and discovery stay pending further case reassignments and the MDL Panel's completion of the "tag−along&quot; process. Eight months later, the stay remains in place, preventing the parties from going forward with the litigation. However, while discovery should proceed shortly, we do want confirmation that the reassignment of cases has concluded or is nearing conclusion. All parties are required to submit by November 13, 2006, a list of any cases still awaiting reassignment. The litigation may resume at the later of November 13, 2006 or immediately upon resolution of the identified outstanding reassignment issues. Plaintiffs shall file consolidated class action complaints by December 6, 2006. Defendants shall have until January 19, 2007 to respond to those complaints. Plaintiffs will have until FEbruary 9, 2007 to file their opposition to any Rule 12 motions, defendants are allowed until February 23, 2007 to respond, and plaintiffs will then hae until March 1, 2007 to file any corresponding reply. The parties have until November 5, 2007 to conduct discovery. Expert disclosures shall be made within six months from the start of discovery. Motions for class certification will be due by December 20, 2007. Defendants will have until January 1, 2008 to respond to the class certification motions; plaintiffs will then have until February 4, 2008 to file their reply. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.