# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Ameriquest Mortgage Company, et al.

                                                   Plaintiff,

v.                                                                                                   Case No.: 1:05−cv−07097

                                                                                                               Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 8, 2006:

      MINUTE entry before Judge Marvin E. Aspen dated 11/8/06: Through the Case Management Order we entered on November 7, 2006, the discovery stay in place since February 6, 2006 will be lifted on or before November 13, 2006. For this reason, Movant Daniel A. Edelman's motion to lift stay due to overwhelming financial distress (Dkt. No. 242) is denied as moot. Motion terminated. Plaintiffs may serve requests for documents beginning November 13, 2006. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.