## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | MDL No. 1715 Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

## PLAINTIFFS' NOTICE OF CASES PENDING BEFORE
## THE MDL PANEL AND CASES REQUIRING RE-ASSIGNMENT

Pursuant to the Court's Order of November 7, 2006, Plaintiffs hereby file Plaintiffs' Notice of Cases Pending before the MDL Panel and Cases Requiring Reassignment. Based upon the information available to Plaintiffs at the time of this filing, the following cases are still pending before the MDL Panel awaiting transfer or otherwise as stated. *See also* Ex. A.

| Case | Case No. | Jurisdiction of Original Case | Type of Case (Class or Indiv.) | Status |
|---|---|---|---|---|
| Austin v. Ameriquest | 06-1452 | GA Northern | Individual | CTO Opposed |
| Hines, et al v. Ameriquest | 06-133 | GA Northern | Class | CTO Opposed |
| Golden v. Ameriquest | 06-36 | GA Southern | Individual | CTO Opposed |
| Harless v. CitiMortgage | 06-1391 | IN Southern | Individual | CTO Filed |
| Martin, et al. v. Ameriquest | 06-40197 | Massachusetts | Individual | CTO Filed |
| Burgess, et al.v. Ameriquest | 06-13734 | MI Eastern | Individual | CTO Filed |
| Foster v. Argent Mortgage | 06-14206 | MI Eastern | Individual | CTO Filed |
| Robinson, et al. v. Ameriquest | 06-14228 | MI Eastern | Individual | CTO Filed |
| Stafford, et al. v. Ameriquest | 06-14251 | MI Eastern | Individual | CTO Filed |
| Scott v. Ameriquest | 06-422 | MI Western | Individual | CTO Opposed |
| Martinez, et al. v. Ameriquest | 06-590 | MI Western | Individual | CTO Filed |
| VanderPol et al. v. Ameriquest | 06-652 | MI Western | Individual | CTO Filed |
| Skanes v. Ameriquest | 06-688 | MI Western | Individual | CTO Filed |
| Landgren v. Argent Mortgage | 06-696 | MI Western | Individual | CTO Filed |
| King, et al. v. Ameriquest | 06-722 | MI Western | Individual | MDL Suspense |
| Campau, et al. v. Ameriquest | 06-156 | MI Western | Individual | MDL Suspense |
| Heard, et al. v. Argent Mortgage | 06-157 | MI Western | Individual | MDL Suspense |

| Case | Case No. | Jurisdiction of Original Case | Type of Case (Class or Indiv.) | Status |
|------|----------|-------------------------------|-------------------------------|--------|
| Vazquez v. Ameriquest | 05-5983 | NY Eastern | Individual | CTO Opposed |
| Garacia v. Ameriquest | 06-1595 | PA Middle | Individual | CTO Opposed |
| Maltese v. Ameriquest | 06-1596 | PA Middle | Individual | CTO Opposed |
| Morehouse, et al. v. Ameriquest | 05-75 | TX Eastern | Class | CTO Opposed |

All but two of these cases are individual cases, which will likely continue to be identified as potential tag-along cases throughout this proceeding and none of these matters warrant any continuing delay in the process of this proceeding on the schedule identified by the Court's November 7, 2006 Order.

Plaintiffs are not aware of any cases awaiting reassignment, but also receive no notice of the filing of such cases until a Motion for Reassignment is filed by Ameriquest or the Plaintiff's counsel in such matters.

Respectfully submitted,

Dated: November 13, 2006

_/s/ Kelly M. Dermody_
Kelly M. Dermody

Kelly M. Dermody (CA Bar No. 171716)
Caryn Becker (CA Bar No. 196947)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

_/s/ Gary Klein_
Gary Klein

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

_____/s/ Jill H. Bowman_____
    Jill H. Bowman
Terry Smiljanich
Jill Bowman
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*


Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

*Plaintiffs' Liaison Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION
_____

MDL No. 1715

Lead Case No. 05-cv-07097

THIS DOCUMENT RELATES TO: ALL
ACTIONS

(Centralized before the Honorable
Marvin E. Aspen)

## PROOF OF SERVICE

I, Jill Bowman, hereby certify that on this 13th day of November, 2006, a true and correct

copy of the following document was filed electronically:

**PLAINTIFFS' NOTICE OF CASES PENDING BEFORE
THE MDL PANEL AND CASES REQUIRING RE-ASSIGNMENT**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's

electronic filing system. Parties may access this filing through the ECF system.

I further certify that on November 13, 2006, a true and correct copy of this Proof of Service

was filed electronically with the Court.

/s/ Jill H. Bowman_____
JILL H. BOWMAN