# EXHIBIT A

Hon. Nataye Martin

# Judicial Panel on Multidistrict Litigation - Case Listing Report

Docket: 1715 - In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation
Status: Transferred on 12/13/2005
Transferee District: ILN    Judge: Aspen, Marvin E.
Transferee District Master Docket No.: 1:05-cv-7097 (Lead case)

Report is Ordered by District and Case #
Printed on 11/13/2006
Page 1

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **ALABAMA SOUTHERN** | | | | | | | | | | |
| 1-05-78 | Mitchell, et al. v. Ameriquest Mortgage Co., et al. | DuBose | 1 | CTO Filed | 02/27/2006 | | CTO Vacated | 03/13/2006 | Closed | 03/13/2006 |
| 1-06-215 | Cooley, et al. v. Ameriquest Mortgage, Inc., et al. | Hand | 5 | CTO Filed | 06/30/2006 | | CTO Vacated | 10/17/2006 | Denied | 10/17/2006 |
| **ARKANSAS EASTERN** | | | | | | | | | | |
| 4-06-324 | Doecksen, et al. v. Ameriquest Mortgage Co. | Wright | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| **CALIFORNIA CENTRAL** | | | | | | | | | | |
| 2-04-9715 | Burggraff v. Ameriquest Capital Corp., et al. | Morrow | | Motion | 07/13/2005 | 2005-7099 | Transfer | 12/13/2005 | | |
| 2-05-1426 | Quarterman v. Ameriquest Capital Corp., et al. | Morrow | 1 | CTO Filed | 02/27/2006 | 2006-3583 | Transfer | 06/16/2006 | | |
| 2-05-4982 | Moenson, et al. v. Ameriquest Mortgage Co., et al. | Otero | 1 | CTO Filed | 02/27/2006 | | CTO Vacated | 06/15/2006 | Denied | 06/15/2006 |
| 8-05-285 | Brown, et al. v. Ameriquest Capital Corp., et al. | Stotler | 1 | CTO Filed | 02/27/2006 | 2006-1730 | CTO Final | 03/15/2006 | | |
| 8-05-907 | Van Gorp, et al. v. Ameriquest Mortgage Co., et al. | Carney | 1 | CTO Filed | 02/27/2006 | 2006-1731 | CTO Final | 03/15/2006 | | |
| 8-05-1117 | Julkrat v. Ameriquest Mortgage Co. | Carter | 1 | CTO Filed | 02/27/2006 | 2006-1732 | CTO Final | 03/15/2006 | | |
| **CALIFORNIA EASTERN** | | | | | | | | | | |
| 2-04-1855 | Towns v. Ameriquest Mortgage Co., et al. | Damrell | | Motion/Tag | 06/23/2006 | | Denied | 10/17/2006 | Denied | 10/17/2006 |
| **CALIFORNIA NORTHERN** | | | | | | | | | | |
| 3-05-249 | Knox, et al. v. Ameriquest Mortgage Co., et al. | Conti | | Motion | 07/13/2005 | 2005-7100 | Transfer | 12/13/2005 | | |
| 3-06-3427 | Johnson, et al. v. AMC Mortgage Services, Inc. | Conti | 5 | CTO Filed | 06/30/2006 | | CTO Vacated | 07/13/2006 | Closed | 07/07/2006 |
| 5-05-2905 | Medina, et al. v. Argent Mortgage Co., et al. | Seeborg | 1 | CTO Filed | 02/27/2006 | | CTO Vacated | 08/10/2006 | Denied | 06/15/2006 |
| **COLORADO** | | | | | | | | | | |
| 1-05-2364 | Smith, et al. v. Argent Mortgage Co., LLC, et al. | Blackburn | 2 | CTO Filed | 04/03/2006 | | CTO Vacated | 08/10/2006 | Denied | 08/10/2006 |
| **CONNECTICUT** | | | | | | | | | | |
| 3-05-452 | Bailey, et al. v. Ameriquest Mortgage Co. | Droney | 1 | CTO Filed | 02/27/2006 | 2006-1733 | CTO Final | 03/15/2006 | | |
| 3-05-1296 | Sievers, et al. v. Ameriquest Mortgage Co., et al. | Chatigny | 1 | CTO Filed | 02/27/2006 | 2006-1734 | CTO Final | 03/15/2006 | | |
| 3-05-1653 | Sirus v. Alpha Mortgage Lending, LLC, et al. | Chatigny | 1 | CTO Filed | 02/27/2006 | 2006-3584 | Transfer | 06/16/2006 | | |
| 3-05-1831 | Duncan, et al. v. Ameriquest Mortgage Co. | Hall | 2 | CTO Filed | 04/03/2006 | 2006-2467 | CTO Final | 04/19/2006 | | |
| 3-05-1888 | Pasacreta, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | 2 | CTO Filed | 04/03/2006 | 2006-2468 | CTO Final | 04/19/2006 | | |
| 3-06-117 | Belval, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | 2 | CTO Filed | 04/03/2006 | 2006-2469 | CTO Final | 04/19/2006 | | |
| 3-06-118 | Allan, et al. v. Argent Mortgage Co., LLC | Hall | 2 | CTO Filed | 04/03/2006 | 2006-2470 | CTO Final | 04/19/2006 | | |
| 3-06-119 | Bowe, et al. v. Ameriquest Mortgage Co. | Kravitz | 2 | CTO Filed | 04/03/2006 | 2006-2471 | CTO Final | 04/19/2006 | | |
| 3-06-182 | Fitzgerald, et al. v. Ameriquest Mortgage Co. | Thompson | 3 | CTO Filed | 05/02/2006 | 2006-3123 | CTO Final | 05/18/2006 | | |
| 3-06-195 | Belcher, et al. v. Ameriquest Mortgage Co. | Underhill | 3 | CTO Filed | 05/02/2006 | 2006-3124 | CTO Final | 05/18/2006 | | |
| 3-06-209 | Anderson, et al. v. Ameriquest Mortgage Co., et al. | Thompson | 3 | CTO Filed | 05/02/2006 | 2006-3125 | CTO Final | 05/18/2006 | | |
| 3-06-384 | McCall, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | 3 | CTO Filed | 05/02/2006 | 2006-3126 | CTO Final | 05/18/2006 | | |
| 3-06-434 | Damm, et al. v. Ameriquest Mortgage Co., et al. | Eginton | 5 | CTO Filed | 06/30/2006 | 2006-4032 | CTO Final | 07/18/2006 | | |
| 3-06-488 | Veinot, et al. v. Argent Mortgage Co., LLC, et al. | Covello | 5 | CTO Filed | 06/30/2006 | 2006-4034 | CTO Final | 07/18/2006 | | |

Case 2:05-cv-07097 Document #1287-2 Filed: 10/13/06 Page 3 of 9 PageID #:6700
Fax sent by : 12022480307                    JPML-PA                    10-09-06 12:27    2/8
Page 2

(Docket 1,715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| 3-06-571 | Ingham, et al. v. Ameriquest Mortgage Co. | Kravitz | 5 | CTO Filed | 06/30/2006 | 2006-4035 | CTO Final | 07/18/2006 | |
| 3-06-662 | LeCross v. Ameriquest Mortgage Co., et al. | Hall | 5 | CTO Filed | 06/30/2006 | 2006-4036 | CTO Final | 07/18/2006 | |
| 3-06-1140 | Margene, et al. v. Ameriquest Mortgage Co. | Thompson | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| **FLORIDA MIDDLE** | | | | | | | | | |
| 3-04-1296 | Barber, et al. v. Ameriquest Capital Corp., et al. | Corrigan | 1 | CTO Filed | 02/27/2006 | 2006-1735 | CTO Final | 03/15/2006 | |
| 8-05-1036 | Williams, et al. v. Ameriquest Mortgage Co. | Kovachevich | | Motion | 07/13/2005 | 2005-7098 | Transfer | 12/13/2005 | |
| 8-05-1849 | Ungar v. Ameriquest Mortgage Co. | Whittemore | 1 | CTO Filed | 02/27/2006 | 2006-1736 | CTO Final | 03/15/2006 | |
| 8-06-477 | Faison v. Argent Mortgage Co., LLC | Whittemore | 3 | CTO Filed | 05/02/2006 | 2006-3127 | CTO Final | 05/18/2006 | |
| **FLORIDA SOUTHERN** | | | | | | | | | |
| 1-05-21103 | Almaguer v. Argent Mortgage Co., LLC, et al. | Jordan | 1 | CTO Filed | 02/27/2006 | 2006-2024 | CTO Final | 04/03/2006 | |
| 1-06-21814 | Villagram v. Ameriquest Mortgage Co. | King | 8 | CTO Filed | 09/26/2006 | 2006-5699 | CTO Final | 10/12/2006 | |
| **GEORGIA MIDDLE** | | | | | | | | | |
| 1-05-107 | Campbell v. Johnnie Ross, et al. | Sands | 1 | CTO Filed | 02/27/2006 | | Transfer | 06/16/2006 | |
| **GEORGIA NORTHERN** | | | | | | | | | |
| 1-06-320 | Julien, et al. v. Ameriquest Mortgage Co. | Pannell | 5 | CTO Filed | 06/30/2006 | 2006-4037 | CTO Final | 07/18/2006 | |
| 1-06-830 | Jones v. Argent Mortgage Co., LLC, et al. | Camp | 5 | CTO Filed | 06/30/2006 | 2006-4038 | CTO Final | 07/18/2006 | |
| 1-06-1452 | Austin v. Ameriquest Mortgage Co., et al. | Carnes | 9 | CTO Filed | 10/16/2006 | | CTO Opposed | 10/30/2006 | |
| 4-06-133 | Hires, et al. v. Ameriquest Mortgage Co. | Murphy | 6 | CTO Filed | 08/08/2006 | | CTO Opposed | 08/23/2006 | |
| **GEORGIA SOUTHERN** | | | | | | | | | |
| 4-06-36 | Goldea v. Ameriquest Mortgage Co. | Edenfield | 9 | CTO Filed | 10/16/2006 | | CTO Opposed | 10/30/2006 | |
| **HAWAII** | | | | | | | | | |
| 1-06-131 | DaMate v. AMC Mortgage Services, Inc., et al. | Ezra | 3 | CTO Filed | 05/02/2006 | 2006-3128 | CTO Final | 05/18/2006 | |
| **ILLINOIS CENTRAL** | | | | | | | | | |
| 1-06-1113 | Mulvaney v. Town & Country Credit Corp., et al. | McDade | 5 | CTO Filed | 06/30/2006 | 2006-4039 | CTO Final | 07/18/2006 | |
| 4-06-4030 | Harris v. Ameriquest Mortgage Co., et al. | McDade | 5 | CTO Filed | 06/30/2006 | 2006-4040 | CTO Final | 07/18/2006 | |
| **ILLINOIS NORTHERN** | | | | | | | | | |
| 3-04-7627 | Furgeson v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2005 | | NTN | 01/26/2005 | |
| 1-05-389 | Hubbard v. Ameriquest Mortgage Co., et al. | Filip | | XYZ Case | 01/30/2006 | | NTN | 01/30/2006 | |
| 1-05-432 | Jones v. Ameriquest Mortgage Co. | Coar | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-466 | Tarantorello v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | 03/31/2006 | | No Action Taken | 03/31/2006 | No Action Taken 08/23/2006 |
| 1-05-648 | Smith, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1097 | Washington, et al. v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | 01/26/2006 | | No Action Taken | 01/27/2006 | No Action Taken 08/23/2006 |
| 1-05-1009 | Jimenez, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-1077 | Key v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 3-05-1078 | Treadwell, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1080 | Talley, et al. v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-1218 | Murray, et al. v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1402 | Westpray, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1687 | Abercrombie v. Argent Mortgage Co., LLC, et al. | Filip | | XYZ Case | 03/31/2006 | | No Action Taken | 03/31/2006 | No Action Taken 08/23/2006 |
| 1-05-2625 | Tremble v. Town & Country Credit Corp. | Aspen | | XYZ Case | 03/15/2006 | | NTN | 03/15/2006 | |
| 1-05-3531 | Phillips v. Ameriquest Mortgage Co., et al. | BuckJo | | XYZ Case | 03/15/2006 | | NTN | 03/15/2006 | Closed 11/18/2005 |
| 1-05-3976 | Mills v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |

(Docket 1,715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-05-4025 | Harris v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 03/31/2006 | | NTN | 03/31/2006 | | |
| 1-05-4162 | Salazar, et al. v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | | |
| 1-05-4644 | Luedtke, et al. v. Ameriquest Mortgage Co., et al | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | | |
| 1-05-4696 | Zarate v. Ameriquest Mortgage Co., et al. | Conlon | | XYZ Case | 01/30/2006 | | NTN | 01/30/2006 | Closed | 03/08/2006 |
| 1-05-4723 | Brown v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | | |
| 1-05-5024 | Payne v. Ameriquest Mortgage Co., et al. | Lindberg | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | | |
| 1-05-5033 | Doolittle, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | Closed | 05/10/2006 |
| 1-05-5035 | Finisak, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | | |
| 1-05-5111 | Brown, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | | |
| 1-05-5614 | Jackson, et al. v. Ameriquest Mortgage Co., et al. | Shadur | | No Action Taken | 01/20/2006 | | No Action Taken | 01/20/2006 | Closed | 01/20/2006 |
| 1-05-5911 | Holzmeister v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | | |
| 1-05-6158 | Mayfield v. Town & Country Credit Corp. | Aspen | | XYZ Case | 03/15/2006 | | NTN | 03/15/2006 | | |
| 1-05-6172 | Perry v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | | |
| 1-05-6517 | Polydoros, et al. v. Town & Country Credit Corp., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | | |
| 1-05-6808 | Buckner v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | | |
| 1-06-269 | Jewel, et al. v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 05/10/2006 | | NTN | 05/10/2006 | | |
| 1-06-1438 | Bergquist v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 04/19/2006 | | NTN | 04/19/2006 | | |
| 1-06-1546 | Thompson, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 05/10/2006 | | NTN | 05/10/2006 | | |
| 1-06-1547 | Larry-Payne v. Town & Country Credit Corp., et al. | Aspen | | XYZ Case | 05/10/2006 | | NTN | 05/10/2006 | | |
| 1-06-1581 | Reibock, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 05/10/2006 | | NTN | 05/10/2006 | | |
| 1-06-1691 | Jude, et al. v. Town & Country Credit Corp., et al. | Aspen | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | | |
| 1-06-1716 | Greis, et al. v. Ameriquest Mortgage Co., et al. | St. Eve | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | | |
| 1-06-1829 | Garcia v. Argent Mortgage Co., LLC, et al. | Coar | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | | |
| 1-06-1831 | McGowan v. Ameriquest Mortgage Co., et al. | Manning | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | | |
| 1-06-1848 | Hawkins v. Ameriquest Mortgage Co., et al. | Grady | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | | |
| 1-06-1849 | Billings, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | | |
| 1-06-1876 | Henson v. Ameriquest Mortgage Co., et al. | Holderman | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | | |
| 1-06-1879 | Eskra, et al. v. Ameriquest Mortgage Co., et al. | Grady | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | | |
| 1-06-1899 | Wessel, et al. v. Ameriquest Mortgage Co., et al. | Kocoras | | XYZ Case | 04/19/2006 | | NTN | 04/19/2006 | | |
| 1-06-1934 | Hall v. Ameriquest Mortgage Co., et al. | Manning | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | | |
| 1-06-1945 | Jenkins v. Argent Mortgage Co., LLC, et al. | Conlon | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | | |
| 1-06-1947 | Green v. Argent Mortgage Co., LLC, et al. | Zagel | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | | |
| 1-06-1950 | Rodriguez, et al. v. Ameriquest Mortgage Co., et al. | Lefkow | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | | |
| 1-06-1981 | Sedgwick, et al. v. Ameriquest Mortgage Co., et al. | Grady | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | | |
| 1-06-2044 | Spencer v. Ameriquest Mortgage Co., et al. | Filip | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | | |
| 1-06-2045 | Jones v. Ameriquest Mortgage Co., et al. | Lindberg | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | | |
| 1-06-2183 | Balark, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | | |
| 1-06-2333 | Dougherty, et al. v. Ameriquest Mortgage Co., et al. | Andersen | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | | |
| 1-06-2396 | Mormon, et al. v. Ameriquest Mortgage Co., et al. | Pallmeyer | | XYZ Case | 07/03/2006 | | NTN | 07/03/2006 | | |
| 1-06-2397 | Grabowski v. Ameriquest Mortgage Co., et al. | Castillo | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | | |

Fax sent by : 2025024833    JUDICIAL PANEL - MDL    11-10-06 12:28    Pg: 4/8
Case: 1:05-cv-07097 Document #: 287-2 Filed: 11/13/06 Page 5 of 9 PageID #:6702
Page 4

(Docket 1,715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| 1-06-2637 | Gburek v. Ameriquest Mortgage Co. | Kennelly | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2639 | Gburek v. Argent Mortgage Co., et al. | Castillo | | XYZ Case | 07/03/2006 | | NTN | 07/03/2006 | |
| 1-06-2676 | Besterfield v. Ameriquest Mortgage Co., et al. | Lindberg | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2683 | Tieri v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2697 | Wisniewski, et al. v. Town & Country Credit Corp., et al. | Kennelly | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2736 | Rogers v. Town & Country Credit Corp., et al. | Coar | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2771 | Jiles v. Argent Mortgage Co., LLC, et al. | Aspen | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2807 | Walker, et al. v. Ameriquest Mortgage Co., et al. | Kennelly | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2809 | Grabs v. Argent Mortgage Co., LLC, et al. | Lefkow | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2826 | Filian, et al. v. Ameriquest Mortgage Co., et al. | Shadur | | XYZ Case | 07/03/2006 | | NTN | 07/03/2006 | |
| 1-06-2828 | Smith, et al. v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2829 | Esson, et al. v. Argent Mortgage Co., LLC, et al. | Gettleman | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2830 | Brown, et al. v. Ameriquest Mortgage Co., et al. | Lefkow | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2832 | Meleeo, et al. v. Town & Country Credit Corp., et al. | Nordberg | | XYZ Case | 07/03/2006 | | NTN | 07/03/2006 | |
| 1-06-2897 | Rocco, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2912 | Dearden v. Ameriquest Mortgage Co., et al. | Darrah | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-3048 | Harris, et al. v. Town & Country Credit Corp., et al. | Filip | | XYZ Case | 07/13/2006 | | NTN | 07/13/2006 | |
| 1-06-3050 | Gajewski v. Ameriquest Mortgage Co., et al. | Filip | | XYZ Case | 07/03/2006 | | NTN | 07/03/2006 | |
| 1-06-3704 | Smith v. Town & County Credit Corp., et al. | Pallmeyer | | XYZ Case | 09/11/2006 | | NTN | 09/11/2006 | |
| 1-06-4201 | Clarke, et al. v. Ameriquest Mortgage Co., et al. | Manning | | XYZ Case | 09/18/2006 | | NTN | 09/18/2006 | |
| 1-06-4306 | Cleveland v. Ameriquest Mortgage Co., et al. | Kendall | | XYZ Case | 09/11/2006 | | NTN | 09/11/2006 | |
| 1-06-4415 | Warren v. Ameriquest Mortgage Co., et al. | Andersen | | XYZ Case | 10/02/2006 | | NTN | 10/02/2006 | |
| 1-06-4418 | Black, et al. v. Argent Mortgage Co., LLC, et al. | Lefkow | | XYZ Case | 09/18/2006 | | NTN | 09/18/2006 | |
| 1-06-4528 | Bricker, et al. v. Ameriquest Mortgage Co., et al. | Manning | | XYZ Case | 09/18/2006 | | NTN | 09/18/2006 | |
| 1-06-4560 | Barletta v. Ameriquest Mortgage Co., et al. | Kendall | | XYZ Case | 09/18/2006 | | NTN | 09/18/2006 | |
| 1-06-4683 | Casten, et al. v. Ameriquest Mortgage Co., et al. | Kennelly | | XYZ Case | 10/02/2006 | | NTN | 10/02/2006 | |
| 1-06-4684 | Gellman, et al. v. Ameriquest Mortgage Co., et al. | Coolon | | XYZ Case | 10/02/2006 | | NTN | 10/02/2006 | |
| 1-06-4866 | Soluri, et al. v. Ameriquest Mortgage Co., et al. | Coolon | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-4867 | Applegate, et al. v. Ameriquest Mortgage Co., et al. | Leinenweber | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-4868 | Girbig, et al. v. Ameriquest Mortgage Co., et al. | Pallmeyer | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-4999 | Kessler v. Ameriquest Mortgage Co., et al. | Norgle | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-5060 | Leach v. Ameriquest Mortgage Co., et al. | Gettleman | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-5146 | Calder v. Ameriquest Mortgage Co., et al. | Grady | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-5147 | Lappin, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-5148 | Thibodean, et al. v. Ameriquest Mortgage Co., et al. | Darrah | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |

**ILLINOIS SOUTHERN**

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| 3-06-497 | Sutton, et al. v. Ameriquest Mortgage Co., et al. | Stiehl | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 3-06-423 | Horne, et al. v. Ameriquest Mortgage Co., et al. | Stiehl | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |

**INDIANA NORTHERN**

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| 1-06-154 | Nelson, et al. v. Ameriquest Mortgage Co., et al. | Lee | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | |
| 2-05-333 | Crane, et al. v. Ameriquest Mortgage Co. | Simon | 2 | CTO Filed | 04/03/2006 | 2006-2472 | CTO Final | 04/19/2006 | |
| 2-05-411 | Mikowski, et al. v. Ameriquest Mortgage Co., et al. | Simon | 1 | CTO Filed | 02/27/2006 | 2006-1737 | CTO Final | 03/15/2006 | |
| 2-06-102 | Jeffress, et al. v. Ameriquest Mortgage Co., et al. | Lozano | 4 | CTO Filed | 05/31/2006 | 2006-3423 | CTO Final | 06/16/2006 | |

Fax sent by : 2025824837  JUDICIAL PANEL - MDL  11-09-06  12:28  5/8
Case: 1:05-cv-07097 Document #: 287-2 Filed: 11/13/06 Page 6 of 9 PageID #:6708
Page 5

(Docket 1.715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-06-130 | Nauracy, et al. v. Ameriquest Mortgage Co., et al. | Simon | 4 | CTO Filed | 05/31/2006 | 2006-3424 | CTO Final | 06/16/2006 | | |
| 2-06-135 | Cole, et al. v. Ameriquest Mortgage Co., et al. | Simon | 4 | CTO Filed | 05/31/2006 | | Transfer | 10/18/2006 | | |
| 2-06-137 | Carter, et al. v. Ameriquest Mortgage Co., et al. | Moody | 4 | CTO Filed | 05/31/2006 | 2006-3425 | CTO Final | 06/16/2006 | | |
| 2-06-149 | Belford, et al. v. Ameriquest Mortgage Co., et al. | Lozano | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | | |
| 2-06-175 | Bellwell, et al. v. Ameriquest Mortgage Co., et al. | Simon | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 2-06-189 | Miller, et al. v. Ameriquest Mortgage Co., et al. | Lozano | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 3-06-220 | Gillespie v. Ameriquest Mortgage Co., et al. | Sharp | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | | |

### INDIANA SOUTHERN

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-05-1618 | Purdy-Roth, et al. v. Argent Mortgage Co., LLC, et al. | Hamilton | 1 | CTO Filed | 02/27/2006 | 2006-1738 | CTO Final | 03/15/2006 | | |
| 1-06-695 | Harless v. Ameriquest Mortgage Co. | McKinney | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 1-06-785 | Smith, et al. v. Ameriquest Mortgage Co., et al. | Tinder | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 1-06-1391 | Harless v. CitiMortgage, Inc. | Barker | 10 | CTO Filed | 11/07/2006 | | | | | |

### LOUISIANA EASTERN

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-05-3067 | Powell, et al. v. Ameriquest Mortgage Co. | Lemmon | 1 | CTO Filed | 02/27/2006 | 2006-3585 | Transfer | 06/16/2006 | | |

### MASSACHUSETTS

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-04-12651 | Murphy, et al. v. Ameriquest Mortgage Co. | Zobel | | Motion | 07/13/2005 | 2005-7101 | Transfer | 12/13/2005 | | |
| 1-06-10244 | Montanez v. Ameriquest Mortgage Co. | Zobel | 2 | CTO Filed | 04/03/2006 | 2006-2473 | CTO Final | 04/19/2006 | Denied | 08/10/2006 |
| 1-06-11462 | Jones, et al. v. Ameriquest Mortgage Co. | Lasker | 9 | CTO Filed | 10/16/2006 | | CTO Vacated | 08/10/2006 | | |
| 1-06-11475 | Butt, et al. v. Ameriquest Mortgage Co. | Gorton | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| 1-06-11507 | Pena, et al. v. Ameriquest Mortgage Co. | Gertner | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| 3-06-30142 | Belliveau, et al. v. Ameriquest Mortgage Co. | Ponsor | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| 4-06-40197 | Martin, et al. v. Ameriquest Mortgage Co. | Saylor | 10 | CTO Filed | 11/07/2006 | | | | | |

### MICHIGAN EASTERN

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-06-12466 | Kukla v. Ameriquest Mortgage Co., et al. | Edmunds | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 2-05-73963 | Tocco v. Argent Mortgage Co., LLC, et al. | Cohn | 2 | CTO Filed | 04/03/2006 | | CTO Vacated | 08/10/2006 | | |
| 2-06-12466 | Kukla v. Ameriquest Mortgage Co., et al. | Edmunds | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| 2-06-12477 | Lehr, et al. v. Ameriquest Mortgage Co., et al. | Battani | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 2-06-12673 | Childres v. Ameriquest Mortgage Co., et al. | Edmunds | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 2-06-13256 | Walsh, et al. v. Ameriquest Mortgage Co., et al. | Rosen | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 2-06-13734 | Burgess, et al. v. Ameriquest Mortgage Co., et al. | Zatkoff | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| 2-06-13735 | Vincer v. Ameriquest Mortgage Co., et al. | Roberts | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| 2-06-13778 | Ducalene v. Ameriquest Mortgage Co., et al. | Cohn | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| 2-06-14206 | Foster v. Argent Mortgage Co., LLC, et al. | Rosen | 10 | CTO Filed | 11/07/2006 | | | | | |
| 2-06-14228 | Robinson, et al. v. Ameriquest Mortgage Co., et al. | Taylor | 10 | CTO Filed | 11/07/2006 | | | | | |
| 2-06-14251 | Stafford, et al. v. Ameriquest Mortgage Co., et al. | Cox | 10 | CTO Filed | 11/07/2006 | | | | | |

### MICHIGAN WESTERN

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-06-315 | Fitzner, et al. v. Ameriquest Mortgage Co., et al. | Quist | 5 | CTO Filed | 06/30/2006 | 2006-4042 | CTO Final | 07/18/2006 | | |
| 1-06-422 | Scott v. Ameriquest Mortgage Co., et al. | Bell | 6 | CTO Filed | 08/08/2006 | | CTO Opposed | 08/24/2006 | | |
| 1-06-529 | Krise, et al. v. Ameriquest Mortgage Co., et al. | Enslen | 8 | CTO Filed | 09/26/2006 | 2006-5700 | CTO Final | 10/12/2006 | | |
| 1-06-590 | Martinez, et al. v. Ameriquest Mortgage Co., et al. | Enslen | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| 1-06-618 | Parker, et al. v. Ameriquest Mortgage Co. | Bell | 8 | CTO Filed | 09/26/2006 | 2006-5701 | CTO Final | 10/12/2006 | | |
| 1-06-652 | VanderPol, et al. v. Ameriquest Mortgage Co., et al. | Quist | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| 1-06-688 | Skanes v. Ameriquest Mortgage Co., et al. | Bell | 10 | CTO Filed | 11/07/2006 | | | | | |

(Docket 1,715 Case Listing Cont'd)                                                                                     Page 6

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-06-696 | Lundgren v. Argent Mortgage Co., LLC, et al. | Miles | 10 | CTO Filed | 11/07/2006 | | | | | |
| 1-06-722 | King, et al. v. Ameriquest Mortgage Co., et al. | Miles | | Suspense | 11/07/2006 | | | | | |
| 5-06-56 | Reagan, et al. v. Argent Mortgage Co., LLC | Quist | | No Action Taken | 06/22/2006 | | No Action Taken | 06/22/2006 | Closed | 05/25/2006 |
| 5-06-156 | Campau, et al. v. Ameriquest Mortgage Co., et al. | Quist | | Suspense | 11/07/2006 | | | | | |
| 5-06-157 | Heard, et al. v. Argent Mortgage Co., LLC, et al. | Miles | | Suspense | 11/07/2006 | | | | | |
| **MINNESOTA** | | | | | | | | | | |
| 0-05-589 | Doherty, et al. v. Town & Country Credit Corp. | Tunheim | 1 | CTO Filed | 02/27/2006 | 2006-1739 | CTO Final | 03/15/2006 | | |
| 0-05-1214 | Ricci, et al. v. Ameriquest Mortgage Co. | Tunheim | | No Action Taken | 02/08/2006 | | No Action Taken | 02/08/2006 | State Court | 01/31/2006 |
| 0-06-1719 | Ameriquest Mortgage Co. v. Lori Mattix, et al. | Davis | 5 | CTO Filed | 06/30/2006 | 2006-4043 | CTO Final | 07/18/2006 | | |
| 0-06-3129 | Carlson, et al. v. Ameriquest Mortgage Co. | Magnuson | 8 | CTO Filed | 09/26/2006 | 2006-5702 | CTO Final | 10/12/2006 | | |
| **MISSOURI EASTERN** | | | | | | | | | | |
| 4-06-746 | Klutho v. Ameriquest Mortgage Co., et al. | Perry | 5 | CTO Filed | 06/30/2006 | | CTO Final | 08/16/2006 | | |
| 4-06-928 | Poehl v. Countrywide Home Loans, Inc., et al. | Perry | | No Action Taken | 08/08/2006 | | No Action Taken | 08/08/2006 | Not Related | 08/08/2006 |
| **NEW JERSEY** | | | | | | | | | | |
| 2-06-1221 | Capasso v. Ameriquest Mortgage Co. | Lifland | 5 | CTO Filed | 06/30/2006 | 2006-4044 | CTO Final | 07/18/2006 | | |
| 3-06-3220 | Farmer v. Ameriquest Mortgage Co., et al. | Cooper | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| **NEW YORK EASTERN** | | | | | | | | | | |
| 1-05-4715 | Overton v. Ameriquest Mortgage Co., et al. | Johnson | 3 | CTO Filed | 05/02/2006 | | CTO Vacated | 08/10/2006 | Denied | 08/10/2006 |
| 1-06-5983 | Vazquez v. Ameriquest Mortgage Co. | Townes | 6 | CTO Filed | 08/08/2006 | | CTO Opposed | 08/21/2006 | | |
| 1-06-4811 | Punch, et al. v. Ameriquest Mortgage Co. | Keenan | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| 2-05-2605 | Miles, et al. v. Argent Mortgage Co., LLC, et al. | Platt | 2 | CTO Filed | 04/03/2006 | | CTO Vacated | 08/10/2006 | Denied | 08/10/2006 |
| 2-05-3987 | Madrazo v. Ameriquest Mortgage Co. | Korman | 1 | CTO Filed | 02/27/2006 | 2006-1740 | CTO Final | 03/15/2006 | | |
| **NEW YORK SOUTHERN** | | | | | | | | | | |
| 1-05-6189 | Williams, et al. v. Ameriquest Mortgage Co. | Swain | | Motion | 07/13/2005 | 2005-7102 | Transfer | 12/13/2005 | | |
| 7-06-2135 | Harding, et al. v. Ameriquest Mortgage Co. | McMahon | 5 | CTO Filed | 06/30/2006 | 2006-4045 | CTO Final | 07/18/2006 | | |
| **OHIO NORTHERN** | | | | | | | | | | |
| 1-05-1126 | Saunders, et al. v. Ameriquest Mortgage Co., et al. | Boyko | 1 | CTO Filed | 02/27/2006 | 2006-1741 | CTO Final | 03/15/2006 | | |
| **OHIO SOUTHERN** | | | | | | | | | | |
| 3-06-245 | Miller v. Ameriquest Mortgage Co. | Rose | 8 | CTO Filed | 09/26/2006 | 2006-5703 | CTO Final | 10/12/2006 | | |
| **OKLAHOMA WESTERN** | | | | | | | | | | |
| 5-05-862 | Hooley, et al. v. Argent Mortgage Co., LLC, et al. | Heaton | | No Action Taken | 08/16/2006 | | No Action Taken | 08/16/2006 | No Action Taken | 08/16/2006 |
| 5-05-863 | Davis, et al. v. Argent Mortgage Co., et al. | Cauthron | | No Action Taken | 08/16/2006 | | No Action Taken | 08/16/2006 | No Action Taken | 08/16/2006 |
| **PENNSYLVANIA EASTERN** | | | | | | | | | | |
| 2-05-1096 | Reuter, et al. v. WM Specialty Mortgage, LLC, et al. | Fullam | 1 | CTO Filed | 02/27/2006 | | CTO Vacated | 06/15/2006 | Denied | 06/15/2006 |
| 2-05-4427 | D'Ambrogi, et al. v. Ameriquest Mortgage Co. | Rufe | 1 | CTO Filed | 02/27/2006 | 2006-1742 | CTO Final | 03/15/2006 | | |
| 2-05-6112 | Godwin v. Argent Mortgage Co., LLC, et al. | DuBois | 1 | CTO Filed | 02/27/2006 | | CTO Vacated | 06/15/2006 | Closed | 06/01/2006 |
| 2-06-944 | Lasorsa, et al. v. Ameriquest Mortgage Co., et al. | Robreno | 5 | CTO Filed | 06/30/2006 | | CTO Vacated | 10/17/2006 | Denied | 10/17/2006 |
| **PENNSYLVANIA MIDDLE** | | | | | | | | | | |
| 1-06-1595 | Garacia v. Ameriquest Mortgage Co. | Kane | 8 | CTO Filed | 09/26/2006 | | CTO Opposed | 10/12/2006 | | |
| 1-06-1596 | Maltese v. Ameriquest Mortgage Co. | Conner | 8 | CTO Filed | 09/26/2006 | | CTO Opposed | 10/12/2006 | | |
| 3-06-697 | Jobe, et al. v. Argent Mortgage Co., LLC | Vanaskie | 5 | CTO Filed | 06/30/2006 | | CTO Vacated | 10/17/2006 | Denied | 10/17/2006 |

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **PENNSYLVANIA WESTERN** | | | | | | | | | | |
| 2-05-309 | Callahan v. Ameriquest Mortgage Co. | Lancaster | 2 | CTO Filed | 04/03/2006 | 2006-2474 | CTO Final | 04/19/2006 | | |
| 2-05-391 | Kaheer v. Ameriquest Mortgage Co. | Standish | 1 | CTO Filed | 02/27/2006 | 2006-3586 | Transfer | 06/16/2006 | | |
| **RHODE ISLAND** | | | | | | | | | | |
| 1-05-153 | Melendez v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | | CTO Vacated | 03/09/2006 | Closed | 02/27/2006 |
| 1-05-527 | Pena v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | 2006-1924 | CTO Final | 03/28/2006 | | |
| 1-05-528 | Daneau v. Ameriquest Mortgage Co. | Torres | 1 | CTO Filed | 02/27/2006 | 2006-1925 | CTO Final | 03/28/2006 | | |
| 1-05-529 | Eyre v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | 2006-1926 | CTO Final | 03/28/2006 | | |
| 1-05-530 | Parisi v. Ameriquest Mortgage Co. | Torres | 1 | CTO Filed | 02/27/2006 | 2006-1927 | CTO Final | 03/28/2006 | | |
| 1-05-531 | Frost v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | 2006-1928 | CTO Final | 03/28/2006 | | |
| 1-05-532 | Silvia v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | 2006-1929 | CTO Final | 03/28/2006 | | |
| 1-05-533 | Creamer v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | 2006-1930 | CTO Final | 03/28/2006 | | |
| 1-05-538 | Leclerc v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | 2006-1931 | CTO Final | 03/28/2006 | | |
| 1-06-40 | Leal v. Ameriquest Mortgage Co. | Torres | 2 | CTO Filed | 04/03/2006 | 2006-2475 | CTO Final | 04/19/2006 | | |
| 1-06-41 | Gould v. Ameriquest Mortgage Co. | Smith | 2 | CTO Filed | 04/03/2006 | 2006-2476 | CTO Final | 04/19/2006 | | |
| 1-06-67 | Silvia v. Ameriquest Mortgage Co. | Lisi | 2 | CTO Filed | 04/03/2006 | 2006-2477 | CTO Final | 04/19/2006 | | |
| 1-06-68 | Carney v. Ameriquest Mortgage Co. | Smith | 2 | CTO Filed | 04/03/2006 | 2006-2478 | CTO Final | 04/19/2006 | | |
| 1-06-231 | Korlacki v. Ameriquest Mortgage Co. | Smith | 8 | CTO Filed | 09/26/2006 | 2006-5704 | CTO Final | 10/12/2006 | | |
| 1-06-278 | Davis v. Ameriquest Mortgage Co. | Lisi | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 1-06-283 | Graf v. Argent Mortgage Co., LLC | Smith | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 1-06-345 | Meehan, et al. v. Ameriquest Mortgage Co. | Lisi | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| 1-06-347 | Duhamel, et al. v. Ameriquest Mortgage Co. | Torres | 8 | CTO Filed | 09/26/2006 | 2006-5705 | CTO Final | 10/12/2006 | | |
| 1-06-353 | Monteiro v. Ameriquest Mortgage Co. | Smith | 8 | CTO Filed | 09/26/2006 | 2006-5706 | CTO Final | 10/12/2006 | | |
| 1-06-365 | Hartington, et al. v. Ameriquest Mortgage Co. | Smith | 8 | CTO Filed | 09/26/2006 | 2006-5707 | CTO Final | 10/12/2006 | | |
| 1-06-374 | Bettenshaw, et al. v. Ameriquest Mortgage Co. | Smith | 8 | CTO Filed | 09/26/2006 | 2006-5708 | CTO Final | 10/12/2006 | | |
| 1-06-389 | Moss, et al. v. Argent Mortgage Co., LLC | Smith | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/03/2006 | | |
| **SOUTH CAROLINA** | | | | | | | | | | |
| 3-06-2493 | Smith v. Ameriquest Mortgage Co. | Currie | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| **TENNESSEE EASTERN** | | | | | | | | | | |
| 1-05-192 | Arndt, et al. v. Ameriquest Mortgage Co. | Mattice | 2 | CTO Filed | 04/03/2006 | 2006-2479 | CTO Final | 04/19/2006 | | |
| **TENNESSEE MIDDLE** | | | | | | | | | | |
| 3-05-793 | Reese v. Ameriquest Mortgage Co., et al. | Echols | 1 | CTO Filed | 02/27/2006 | 2006-3587 | Transfer | 06/16/2006 | | |
| 3-05-1074 | Raines v. First American Title Insurance Co., et al. | Trauger | 2 | CTO Filed | 04/03/2006 | 2006-2480 | CTO Final | 04/19/2006 | | |
| **TENNESSEE WESTERN** | | | | | | | | | | |
| 1-06-1051 | Jones, et al. v. Thomas L. Lewis, et al. | Todd | 2 | CTO Filed | 04/03/2006 | | CTO Vacated | 08/10/2006 | Denied | 08/10/2006 |
| **TEXAS EASTERN** | | | | | | | | | | |
| 9-05-75 | Morehouse, et al. v. Ameriquest Mortgage Co. | Heartfield | 7 | CTO Filed | 08/16/2006 | | CTO Opposed | 08/25/2006 | | |
| **WISCONSIN EASTERN** | | | | | | | | | | |
| 2-06-12 | Forrest v. Ameriquest Mortgage Co. | Stadtmueller | 2 | CTO Filed | 04/03/2006 | | Transfer | 08/10/2006 | | |
| 2-06-654 | Addison v. Ameriquest Mortgage Co., et al. | Stadtmueller | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |

REPORT SUMMARY and FILTERS

Docket: 1715 - Ameriquest Mortgage Co. Mortgage
Lending Practices
For All Cases

There are 248 Cases on this Report.

94 XYZ Actions
3 Suspense Actions
114 Transferred Actions
10 Terminated Actions