**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715 |
| _____ | | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | Centralized before Judge Marvin E. Aspen |

**ECLG PLAINTIFFS' LIST OF CASES STILL AWAITING TRANSFER/REASSIGNMENT**

Pursuant to the requirement set forth in this Court's Memorandum Opinion and Order of November 7, 2006, (p. 12), the plaintiffs represented by the law firm of Edelman, Combs, Latturner and Goodwin, LLC ("the ECLG plaintiffs"), submit the enclosed list of cases that are still awaiting reassignment to the Ameriquest MDL.

**I.    CASES TRANSFERRED OR REASSIGNED BUT MISSING FROM THE COURT'S LIST**

First, the ECLG plaintiffs respectfully point out to the Court that they are aware of numerous cases that have already been transferred or reassigned to the MDL that were <u>not</u> on the list of cases contained in the Court's November 9, 2006 Memorandum Opinion and Order. (Pp. 2-6). Cases in this category include:

| **CASE NAME** | **CASE NUMBER** | **COURT** |
|---|---|---|
| *Harless v. Ameriquest, et al.* | 1:06cv04718 | NDIL |
| *Krise, et al. v. Ameriquest, et al.* | 1:06-cv-05700 | NDIL |
| *Childres v. Ameriquest, et al.* | 1:06cv04722 | NDIL |

1

| | | |
|---|---|---|
| *Kukla v. Ameriquest, et al.* | 1:06cv04720 | NDIL |
| *Lehr v. Ameriquest, et al.* | 1:06cv04721 | NDIL |
| *Miller v. Ameriquest, et al.* | 1:06cv04717 | NDIL |
| *Nauracy v. Ameriquest, et al.* | 1:06cv03424 | NDIL |
| *Davis v. Ameriquest, et al.* | 1:06cv04725 | NDIL |
| *Meehan v. Ameriquest, et al.* | 1:06cv04727 | NDIL |
| *Addison v. Ameriquest, et al.* | 1:06cv04728 | NDIL |
| *Carney v. Ameriquest, et al.* | 1:06cv02478 | NDIL |
| *Creamer v. Ameriquest, et al.* | 1:06cv01930 | NDIL |
| *Daneau v. Ameriquest, et al.* | 1:06cv01925 | NDIL |
| *Eyre v. Ameriquest, et al.* | 1:06cv1926 | NDIL |
| *Frost v. Ameriquest, et al.* | 1:06cv01928 | NDIL |
| *Gould v. Ameriquest, et al.* | 1:06cv02476 | NDIL |
| *Harris v. Ameriquest, et al.* | 1:06cv4030 | NDIL |
| *Henson v. Ameriquest, et al.* | 1:06cv1876 | NDIL |
| *Leal v. Ameriquest, et al.* | 1:06cv02475 | NDIL |
| *Leclerc v. Ameriquest, et al.* | 1:06cv01931 | NDIL |
| *Parisi v. Ameriquest, et al.* | 1:06cv01927 | NDIL |
| *Horne, et al v. Ameriquest, et al.* | 1:06cv4715 | NDIL |
| *Pena v. Ameriquest, et al.* | 1:06cv01924 | NDIL |
| *Silvia v. Ameriquest, et al.* | 1:06cv02477 | NDIL |
| *Prudy-Roth v. Ameriquest, et al.* | 1:06cv01738 | NDIL |

| | | |
|---|---|---|
| *Gillespie v. Ameriquest, et al.* | 1:06cv03427 | NDIL |
| *Belford v. Ameriquest, et al.* | 1:06cv03426 | NDIL |
| *Carter v. Ameriquest, et al.* | 1:06cv03425 | NDIL |
| *Jeffress v. Ameriquest, et al.* | 1:06cv03423 | NDIL |
| *Nelson v. Ameriquest, et al.* | 1:06cv03422 | NDIL |
| *Graf v. Ameriquest, et al.* | 1:06cv04726 | NDIL |
| *Smith v. Town and Country, et al.* | 1:06cv03704 | NDIL |
| *Walsh v. Ameriquest, et al.* | 1:06cv04723 | NDIL |
| *Bothwell v. Ameriquest, et al.* | 1:06cv04716 | NDIL |
| *Sutton v. Ameriquest, et al.* | 1:06cv04714 | NDIL |

**II.     CASES STILL AWAITING TRANSFER/REASSIGNMENT**

In the following cases, ECLG has filed tag along notices but the cases have not yet been transferred by the Judicial Panel on Multidistrict Litigation:

| **CASE NAME** | **CASE NUMBER** | **COURT** |
|---|---|---|
| *Skanes v. Ameriquest, et al.* | 1:06cv00688 | WDMI |
| *Foster v. Argent, et al.* | 2:06cv14206 | EDMI |
| *Harless v. Citimortgage* | 1:06-cv-01391 | SDIN |
| *Landgren v. Argent, et al.* | 1:06cv0696 | WDMI |
| *Stafford v. Ameriquest, et al.* | 2:06cv14251 | EDMI |
| *Robinson v. Ameriquest, et al.* | 2:06cv14428 | EDMI |
| *Heard v. Argent, et al.* | 5:06cv0157 | WDMI |
| *Campau v. Ameriquest, et al.* | 5:06cv0156 | WDMI |

| | | |
|---|---|---|
| *King v. Ameriquest, et al.* | 1:06cv0722 | WDMI |
| *Martinez v. Ameriquest, et al.* | 1:06cv590 | WDMI |
| *VanderPol v. Ameriquest, et al.* | 1:06cv0652 | WDMI |
| *Duchene v. Ameriquest, et al.* | 2:06cv13778 | EDMI |
| *Martinez v. Ameriquest, et al.* | 1:06cv0590 | WDMI |
| *Vincer v. Ameriquest, et al.* | 2:06cv13735 | EDMI |
| *Burgess, et al v. Ameriquest, et al.* | 2:06cv13734 | EDMI |
| *Cole v. Ameriquest, et al.* | 06 C 135 | SDIN |

Finally, ECLG has recently filed the following cases that it anticipates will eventually be transferred or reassigned to the MDL. ECLG is in the process of filing the appropriate tag along notices and motions to reassign.

| **CASE NAME** | **CASE NUMBER** | **COURT** |
|---|---|---|
| *Lewis v. Ameriquest, et al.* | 5:06cv0158 | WDMI |
| *Burris v. Ameriquest, et al.* | 5:06 cv0166 | WDMI |
| *Hayden v. Ameriquest, et al.* | 5:06cv0165 | WDMI |
| *Johnson v. Ameriquest, et al.* | 5:06cv0172 | WDMI |
| *Conner v. Argent, et al.* | 5:06cv0163 | WDMI |
| *Williams v. Ameriquest, et al.* | 5:06cv0174 | WDMI |
| *Blain v. Ameriquest, et al.* | 5:06cv0170 | WDMI |
| *Nimox v. Ameriquest, et al.* | 5:06cv0177 | WDMI |
| *Orrison v. Argent, et al.* | 5:06cv0175 | WDMI |

4

| | | |
|---|---|---|
| *Igaz v. Ameriquest, et al.* | 5:06cv0173 | WDMI |
| *Dumas v. Ameriquest, et al.* | 2:06cv352 | NDIN |
| *Roelofs v. Argent, et al.* | 5:06cv0176 | WDMI |
| *Shepard v. Ameriquest, et al.* | 5:06cv0183 | WDMI |
| *Bowden v. Argent, et al.* | 1:06cv5991 | NDIL |
| *Blackburn v. Ameriquest, et al.* | 1:06cv01086 | SDIN |
| *Perez v. Ameriquest, et al.* | 1:06cv5373 | NDIL |
| *Smith v. Ameriquest, et al.* | 1:06cv0785 | SDIN |
| *Whitsett v. Ameriquest, et al.* | 1:06cv5432 | NDIL |
| *Hubbard v. Ameriquest, et al.* | 1:05cv0389 | NDIL |
| *Washington v. Ameriquest, et al.* | 1:05cv1007 | NDIL |
| *Abercrombie v. Ameriquest, et al.* | 1:05cv3815 | NDIL |
| *Manier v. Ameriquest, et al.* | 1:06cv05344 | NDIL |

### III.     ECLG ANTICIPATES FILING ADDITIONAL INDIVIDUAL CASES

Lastly, to comply with the spirit of the Court's request for a list of cases still awaiting transfer/reassignment, the ECLG plaintiffs also wish to apprise the Court of three groups of cases that ECLG will file shortly.

ECLG has individual, TILA rescission cases on behalf of about 40 borrowers that are now being prepared for filing.

In addition, ECLG anticipates filing additional, individual TILA rescission actions in the coming weeks. ECLG has continued to receive a large volume of inquiries from potential clients who may have individual claims against an Ameriquest party. Since October 24, 2006,

5

ECLG has received approximately 780 such inquiries.

Finally, in the near future, ECLG also anticipates filing at least one, non-borrower/FCRA, individual action against Ameriquest or Ameriquest affiliates.

        Respectfully submitted,

        s/Al Hofeld, Jr.
        Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L Goodwin
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200/(312) 419-0379 (FAX)