**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

**NOTICE OF FILING**

TO:    SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on November 13, 2006, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **ECLG PLAINTIFFS' LIST OF CASES STILL AWAITING TRANSFER/REASSIGNMENT**.

                                              s/ Al Hofeld, Jr.
                                              Al Hofeld, Jr.

                                              *Attorneys for Plaintiffs*
                                              Daniel A. Edelman
                                              Cathleen M. Combs
                                              James O. Latturner
                                              Al Hofeld, Jr.
                                              EDELMAN, COMBS, LATTURNER
                                                    & GOODWIN, LLC
                                              120 S. LaSalle Street, 18th Floor
                                              Chicago, Illinois  60603
                                              (312) 739-4200
                                              (312) 419-0379 (FAX)

Dated: November 13, 2006

## **CERTIFICATE OF SERVICE**

I, Al Hofeld, Jr., hereby certify that on November 13, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

| | |
|---|---|
| *Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton* | Caryn Becker, cbecker@lchb.com<br>Gena E. Wiltsek, gwiltsek@lchb.com<br>Rachel German, rgerman@lchb.com<br><br>*The Tien Law Firm, LLP*<br>Lawrence Tien, ltien@tienlawgroup.com<br>Kamran Mashoyekh, kamran@tienlawgroup.com<br><br>*Fenwick & West LLP*<br>Emmett C. Stanton, estanton@fenwick.com<br>Aaron Myers, amyers@fenwick.com |
| *Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes* | Bryan A. Kohm, bkohm@fenwick.com<br><br>*Community Legal Services in East Palo Alto*<br>Shirley Hochhausen, s_hochhausen@hotmail.com<br><br>Douglas Bowdoin, dbowdoin@bowdoinlaw.com |
| *Attorneys for Plaintiff Adolph Peter Kurt Burggraff* | *Kirby Noonan & Sweat*<br>Jonathan Andrews Boynton, jboyton@knlh.com<br>Sarah Brite Evans, sevans@knlh.com<br><br>*James Hoyer Newcoomer & Smiljanich*<br>Terry Smiljanich, tsmiljanich@jameshoyer.com<br>Kathleen Clark Knight, kknight@jameshoyer.com |
| *Lieff Cabraser Heimann & Berstein, LLP*<br>Elizabeth J. Cabraser, ecabraser@lchb.com<br>Kelly M. Dermody, kdermod@lchb.com | *Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert, Daisybel Tolbert, David R. Murphy, David M. Wakefield, Isabell M. Murphy, Janet Wakefield and Lynn Gay* |

*Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert*

*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

*Attorneys for Defendant Ameriquest Mortgage Company*

*Horowitz, Horowitz & Associates*
O. Randolph Bragg, rand@horowitzlaw.com

*Law Office of Theresa I. Wigginton*
Theresa I. Wigginton, terri@twiggintonlaw.com

*Buchalter Nemer, A Professional Corp.*
Bernard E. LeSage, blesage@buchalter.com
Sarah K. Andrus, sandrus@buchalter.com
Buchalter Nemer, bnemer@buchalter.com

*Kirkpatrick & Lockhart Nicholson Graham LLP*
Daniel A. Casey, dcasey@klng.com
Jonathan B. Morton, jmorton@klng.com
Jeffery T. Kucerajkucera@klng.com
Brian Mark Forbes, bforbes@klng.com Ryan M. Tosi, rtosi@klng.com
R. Bruce Allensworth, ballensworth@klng.com

*Varga Berger Ledsky Hayes & Casey*
Craig Varga, cvarga@vblhc.com

*Dykema Gossett, PLLC*
Harry N. Arger, harger@dykema.com
Todd A. Gale, tgale@dykema.com
Richard E. Gottlieb, rgottlieb@dykema.com
David A. Wheeler, dwheeler@dykema.com

*Stanley Hill &n Associates, P.C. & Associates, P.C.*
Stanley L. Hill, stanhill@megsinet.net
Dalal M. Jarad, dmjarad@aol.com

*The Law Offices of Daniel Harris*
Daniel Harris, lawofficedh@yahoo.com

*Attorneys for Plaintiff Giavone Tammerello*

*Additional Party*

*Roddy Klein & Ryan*
Gary Klein, klein@roddykleinryan.com
Elizabeth Ryan, ryan@roddykleinryan.com
Shennan Kavanagh, kavanagh@roddykleinryan.com

| | |
|---|---|
| *Attorney for Defendants AMC Mortgage Service, Inc. and Ameriquest Mortgage Company* | Edward P. Grimmer, PC<br>Edward P. Grimmer, ed@grimmerlaw.com |
| *Attorney for Citifinancial Mortage Company, Inc.* | Bunger & Robertson<br>Suzette V. Sims, ssims@lawbr.com |
| *Attorneys for GMAC Mortgage Corporation* | Wooden & McLaughlin LLP<br>James M. Boyers, jboyers@woodmclaw.com<br>Jamie A. Young, jyoung@woodenmclaw.com |
| *Registered Agent for AMC Mortgage Service, Inc. and Ameriquest Mortgage Company* | National Registered Agents<br>320 N. Meridian St.<br>Indianapolis, IN 46204 |
| *Registered Agent for Ameriquest Mortgage Securities, Inc.* | National Registered Agents<br>2030 Main Street, Suite 1030<br>Irvine, CA 92614 |

s/ Al Hofeld, Jr.
Al Hofeld, Jr.

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)