UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> v. ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> _____) | MDL No. 1715 <br><br> LEAD CASE NO. <br> 1:05-CV-07097 <br> (CENTRALIZED BEFORE THE <br> HONORABLE MARVIN E. ASPEN) <br><br> NOVEMBER 13, 2006 |

**NOTICE OF FILING LIST OF CASES AWAITING REASSIGNMENT TO MDL**

Pursuant to the Memorandum Opinion and Order of The Honorable Marvin E. Aspen dated November 7, 2006, the undersigned counsel, representing the interests of individual Plaintiffs in the cases listed in Section A and Section B below, submit the following information with regard to the reassignment of cases to this court.

A.  **Individual Plaintiffs - cases which have not yet been transferred to MDL docket:**

| USDC – NY COURT | ABBREVIATED CASE NAME | NY CIVIL CASE NO: |
|---|---|---|
| Eastern District of NY | Black, et al v. Ameriquest Mortgage Company | 06-CV-5540 (ERK) |
| Southern District of NY | Brissett, et al v. Ameriquest Mortgage Company | 06-CV-8130 (Koeltl) |
| Eastern District of NY | Punch, et al v. Ameriquest Mortgage Company | 06-CV-4811 (ERK) |

B.  **Individual Plaintiffs – cases which have been transferred to MDL but do not appear on the list made a part of the Memorandum Opinion and Order dated November 7, 2006:**

| ABBREVIATED CASE NAME | CIVIL CASE NO: |
|---|---|
| Allan v. Argent Mortgage Co., LLC | 1:06-CV-2470 |
| Anderson v. Ameriquest Mortgage Company, et al | 1:06-CV-3125 |
| Bailey v. Ameriquest Mortgage Company | 1:06-CV-1733 |
| Belcher v. Ameriquest Mortgage Company | 1:06-CV-3124 |
| Belval v. Ameriquest Mortgage Company, et al | 1:06-CV-2469 |
| Bowe v. Ameriquest Mortgage Company | 1:06-CV-2471 |
| Damm v. Ameriquest Mortgage Company, et al | 1:06-CV-4032 |
| Duncan v. Ameriquest Mortgage Company | 1:06-CV-2467 |
| Fitzgerald v. Ameriquest Mortgage Company | 1:06-CV-3123 |
| Ingham v. Ameriquest Mortgage Company | 1:06-CV-4035 |
| LaCross v. Ameriquest Mortgage Company | 1:06-CV-4036 |

| McCall v. Ameriquest Mortgage Company, et al | 1:06-CV-3126 |
| Pasacreta v. Ameriquest Mortgage Company, et al | 1:06-CV-2468 |
| Veinot v. Argent Mortgage Co., LLC | 1:06-CV-4034 |

Dated: November 13, 2006    Respectfully Submitted,


           By: _____
*Attorneys for all Plaintiffs in Listed cases*
Andrew G. Pizor, ct27015
Daniel S. Blinn, ct02188
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457
apizor@consumerlawgroup.com
dblinn@consumerlawgroup.com



           By: _____
*Attorney for Plaintiffs in New York Listed cases*
Brian Bromberg (NY:6264)
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY  10005
Tel. (212) 248-7906
brian@brianbromberg.com

## CERTIFICATION OF SERVICE

       This is to certify that a copy of the foregoing Notice was mailed, via first class mail, postage prepaid, this ___ day of November 2006, to all counsel as follows:

For Ameriquest, Argent and CitiFinancial:
Patrick Birney
Steven Brown
Brenda Hamilton
Elizabeth Mott Smith
George C. Springer, Jr.
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT  06103

Donald Chase
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

Bernard E. LeSage
Buchalter, Nemer, Fields & Younger
1000 Wilshire Blvd.
Los Angeles, CA  90017-1730

For Countrwide Home Loans, Inc.:
Pierre-Yves Kolakowski
Zeichner, Ellman & Krause
35 Mason Street
Greenwich, CT  06830

For HSBC Mortgage Services, Inc.:
Richard Colbert
Alexandra van Nes Dolger
Day, Berry & Howard
One Canterbury Green
Stamford, CT  06901-2047

                                                                        _____
                                                                          Andrew G. Pizor