## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL CASES | (Centralized before The Honorable Marvin E. Aspen) |

## DEFENDANTS' STATEMENT RE CASES AWAITING REASSIGNMENT
### I.     INTRODUCTION

As requested by the Court in its November 7, 2006 Memorandum Opinion and Order (the "Order"), defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc.; and Argent Mortgage Company, LLC (collectively, "Defendants") hereby submit this statement regarding the cases awaiting reassignment to the above-captioned multidistrict litigation proceeding. In the Order, this Court indicated its desire for "confirmation that the reassignment of cases has concluded or is nearing conclusion," and held that this "litigation may resume at the later of November 13, 2006 or immediately upon resolution of the identified outstanding reassignment issues." [Docket No. 284, p. 12.] As detailed below, the later of these two events has not occurred, as the reassignment issues identified in the Order remain unresolved. Indeed, *164 cases* that are part of this proceeding or likely will be made part of this proceeding through the "tag-along" process are *not* listed in the Order. Of these 164 cases, there are *29 putative class actions*, nine of which seek to assert claims on behalf of a nationwide class. In addition, two of the 29 putative class actions are the subject of motions to vacate Conditional Transfer Orders that have not been heard or ruled upon by the Judicial Panel on Multidistrict Litigation (the "Panel").

Furthermore, Defendants are unsure of the time it will take the Panel to resolve the cases in the "tag-along" process and for the transferee courts to fully effectuate the transfer of any cases to this Court. Based on prior experience, however, Defendants are certain that the outstanding reassignment issues will not be resolved by December 6, 2006, when plaintiffs must file their master class action complaints pursuant to the Order. [Docket No. 284, p. 6] Thus, plaintiffs in actions not presently before this Court will not have the right to participate in the submission of a master class action complaint or any other pleadings prior to their transfer. Rather, they will only have the right to raise objections after the completion of these and other case management issues critical to their cases. [*Id.*, p. 7.] The net effect of this schedule is that counsel for absent plaintiffs, whether in the 29 class actions or the 135 individual actions, may have some valid points to make about the consolidated complaints, but they will not have any input in such complaints prior to their filing. The burden then will be on this Court to work out any disagreements that arise between plaintiffs' counsel, rather than having plaintiffs' counsel work it out among themselves prior to filing the complaints.[1]

In light of the foregoing, this Court should consider continuing all pretrial deadlines set forth in the Order until completion of the transfer of the 164 cases identified in this Statement. As additional support for this continuance, in January 2007, borrowers will receive notice of, and the right to participate in, the $325 Million settlement between defendant Ameriquest Mortgage Company and the Attorneys General of the 49 states in which it has done business over the last six years (the "AG Settlement"). As the Court is aware, the AG Settlement represents years of efforts by the elected chief law enforcement officers of each of the 49 participating states to resolve, on behalf of their constituents, claims entirely similar to those at issue in this proceeding. In addition, to the extent a claim in this proceeding is not covered by the AG Settlement, the AG Settlement is an opt-in settlement and any borrower that accepts the settlement, waives all other claims, including those at issue in this proceeding. Moreover, the terms of the AG Settlement are highly favorable to borrowers in that, among other things, the Attorneys General are solely responsible for the distribution and allocation of funds under the settlement. In fact, Defendants have been informed by the claims administrator that the claims participation rate should exceed 70% of all eligible borrowers. [Docket No. 167, ¶ 9.] This

---

[1] As this Court is well aware, the cooperation amongst plaintiffs' counsel in this proceeding has been far from ideal.

Court may obtain further details regarding the terms of the AG Settlement by reviewing the actual agreement [*see* Docket No. 40-3, Ex. 5], or by viewing http://www.ameriquestmultistatesettlement.com/.

## II.    THE UNRESOLVED REASSIGNMENT ISSUES

In the Order, this Court set forth 84 "Reassigned Cases" that are included in this proceeding. [Docket No. 284, pp. 2-5.] The only cases listed as Reassigned Cases in the Order, however, are the cases from this District that have been reassigned to this Court as "related" cases under Local Rule 40.4. [*See id.*][2] As detailed below, there are many cases that are or likely will be part of this proceeding, but are not listed in the Order.

### A.    Transferred Cases Not Listed In The Order

The following cases have been transferred by the Panel to this Court but are not listed in the Order:[3]

1.  *Addison v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-654 (E.D. Wis.)

2.  *Allan, et al. v. Argent Mortgage Co., LLC*, Case No. 3-06-118 (D. Conn.)

3.  *Almaguer v. Argent Mortgage Co., LLC, et al.,* Case No. 1-05-21103 (S.D. Fla.)

4.  *Ameriquest Mortgage Co v. Lori Mattix, et al.*, Case No. 0-06-1719 (D. Minn.)

5.  *Anderson, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 3-06-209 (D. Conn.)

6.  *Arndt, et al. v. Ameriquest Mortgage Co.*, Case No. 1-05-192 (E.D. Tenn.)

7.  *Bailey, et al. v. Ameriquest Mortgage Co.*, Case No. 3-05-452 (D. Conn.)

8.  *Barber, et al. v. Ameriquest Capital Corp., et al.*, Case No. 3-04-1296 (M.D. Fla.)

9.  *Belcher, et al. v. Ameriquest Mortgage Co.*, Case No. 3-06-195 (D. Conn.)

10. *Belford v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-149 (N.D. Ind.)

11. *Belleveau, et al. v. Ameriquest Mortgage Co.,* Case No. 3-06-30142 (D. Mass.)

12. *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 3-06-117 (D. Conn.)

13. *Bertenshaw, et al. v. Ameriquest Mortgage Co.*, Case No. 1-06-374 (D. R.I.)

14. *Bothwell, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 2-06-175 (N.D. Ind.)

---

[2] There currently are no outstanding motions seeking reassignment of "related" cases in this District to this Court. That being said, Defendants intend to file such motions, as necessary.

[3] Attached hereto as Exhibit 1 is a copy of the November 13, 2006 Case Listing Report (the "Report") prepared by the Panel identifying and detailing the status of all of the cases discussed herein.

15. *Bowe, et al. v. Ameriquest Mortgage Co.,* Case No. 3-06-119 (D. Conn.)

16. *Brown, et al., v. Ameriquest Capital Corp., et al.*, Case No. 8-05-285 (C.D. Cal.)

17. *Burgess, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-13734 (E.D. Mich.)

18. *Burggraff v. Ameriquest Capital Corp., et al.*, Case No. 2-04-9715 (C.D. Cal.)

19. *Butt, et al. v. Ameriquest Mortgage Co.*, Case No. 1-06-11475 (D. Mass.)

20. *Cahalan v. Ameriquest Mortgage Co.*, Case No. 2-05-309 (W.D. Pa.)

21. *Campbell v. Johnnie Ross, et al.*, Case No. 1-05-107 (M.D. Ga.)

22. *Capasso v. Ameriquest Mortgage Co.,* Case No. 2-06-1221 (D. N.J.)

23. *Carlson, et al. v. Ameriquest Mortgage Co.,* Case No. 0-06-3129 (D. Minn.)

24. *Carney v. Ameriquest Mortgage Co.*, Case No. 1-06-68 (D. R.I.)

25. *Carter, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 2-06-137 (N.D. Ind.)

26. *Childres v. Ameriquest Mortgage Co., et al.,* Case No. 2-06-12673 (E.D. Mich.)

27. *Cole, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-135 (N.D. Ind.)

28. *Crane, et al. v. Ameriquest Mortgage Co.*, Case No. 2-05-323 (N.D. Ind.)

29. *Creamer v. Ameriquest Mortgage Co.*, Case No. 1-05-533 (D. R.I.)

30. *DaMate v. AMC Mortgage Services, Inc., et al.*, Case No. 1-06-131 (Haw.)

31. *D'Ambrogi, et al. v. Ameriquest Mortgage Co.*, Case No. 2-05-4427 (E.D. Pa.)

32. *Damm, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 3-06-434 (D. Conn.)

33. *Daneau v. Ameriquest Mortgage Co.*, Case No. 1-05-528 (D. R.I.)

34. *Davis v. Ameriquest Mortgage Co.*, Case No. 1-06-278 (D. R.I.)

35. *Dercksen, et al. v. Ameriquest Mortgage Co.*, Case No. 4 06-324 (E.D. Ark.)

36. *Doherty, et al. v. Town & Country Credit Corp.*, Case No. 0-05-589 (D. Minn.)

37. *Duchene v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-13778 (E.D. Mich.)

38. *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 1-06-347 (D. R.I.)

39. *Duncan, et al. v. Ameriquest Mortgage Co.*, Case No. 3-05-1831 (D. Conn.)

40. *Eyre v. Ameriquest Mortgage Co.*, Case No. 1-05-529 (D. R.I.)

41. *Faison v. Argent Mortgage Co., LLC,* Case No. 8-06-477 (M.D. Fla.)

42. *Farmer v. Ameriquest Mortgage Co., et al.*, Case No. 3-06-3220 (D. N.J.)

43. *Fitzgerald, et al. v. Ameriquest Mortgage Co.*, Case No. 3-06-182 (D. Conn.)

44. *Fitzner, et al. v. Ameriquest Mortgage Co., et al.* Case No. 1-06-315 (W.D. Mich.)

45. *Forrest v. Ameriquest Mortgage Co.*, Case No. 2-06-12 (E.D. Wis.)

46. *Frost v. Ameriquest Mortgage Co.*, Case No. 1-05-531 (D. R.I.)

47. *Gburek v. Ameriquest Mortgage Co.*, Case No. 1-06-2637 (N.D. Ill.)

48. *Gillespie v. Ameriquest Mortgage Co., et al.*, Case No. 3-06-220 (N.D. Ind.)

49. *Gould v. Ameriquest Mortgage Co.,* Case No. 1-06-41 (D. R.I.)

50. *Graf v. Argent Mortgage Co., LLC,* Case No. 1-06-283 (R.I)

51. *Harding, et al. v. Ameriquest Mortgage Co.,* Case No. 7-06-2135 (S.D. N.Y.)

52. *Harless v. Ameriquest Mortgage Co.*, Case No. 1-06-695 (S.D. Ind.)

53. *Harris v. Ameriquest Mortgage Co., et al.*, Case No. 4-06-4030 (C.D. Ill.)

54. *Hartington, et al. v. Ameriquest Mortgage Co.*, Case No. 1-06-365 (D. R.I.)

55. *Horne, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 3-06-423 (S.D. Ill.)

56. *Ingham, et al. v. Ameriquest Mortgage Co.,* Case No. 3-06-571 (D. Conn.)

57. *Jeffress, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-102 (N.D. Ind.)

58. *Jones v. Argent Mortgage Co., LLC, et al.*, Case No. 1-06-830 (N.D. Ga.)

59. *Jones, et al. v. Ameriquest Mortgage Co.*, Case No. 1-06-11462 (D. Mass.)

60. *Juillerat v. Ameriquest Mortgage Co.*, Case No. 8-05-907 (C.D. Cal.)

61. *Julien, et al. v. Ameriquest Mortgage Co.*, Case No. 1-06-320 (N.D. Ga.)

62. *Kahrer v. Ameriquest Mortgage Co.*, Case No. 2-05-391 (W.D. Pa.)

63. *Klutho v. Ameriquest Mortgage Co., et al.*, Case No. 4-06-746 (E.D. Mo.)

64. *Knox, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 3-05-240 (N.D. Cal.)

65. *Korlacki v. Ameriquest Mortgage Co.*, Case No. 1-06-231 (D. R.I.)

66. *Krise, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1-06-529 (W.D. Mich.)

67. *Kukla v. Ameriquest Mortgage Co., et al.,* Case No. 1-06-12466 (E.D. Mich.)

68. *Kukla v. Ameriquest Mortgage Co., et al.,* Case No. 2-06-12466 (E.D. Mich.)

69. *LaCross v. Ameriquest Mortgage Co., et al.*, Case No. 3-06-662 (D. Conn.)

70. *Leal v. Ameriquest Mortgage Co.*, Case No. 1-06-40 (D. R.I.)

71. *Leclerc v. Ameriquest Mortgage Co.*, Case No. 1-05-538 (D. R.I.)

72. *Lehr, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-12477 (D. Mass.)

73. *Madrazo v. Ameriquest Mortgage Co.,* Case No. 2-05-3987 (E.D. N.Y.)

74. *Mangene, et al. v. Ameriquest Mortgage Co.*, Case No. 3-06-1140 (D. Conn.)

75. *Martinez, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1-06-590 (W.D. Mich.)

76. *McCall, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 3-06-384 (D. Conn.)

77. *Meehan, et al. v. Ameriquest Mortgage Co.*, Case No. 1-06-345 (D. R.I.)

78. *Mikowski, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2-05-411 (N.D. Ind.)

79. *Miller, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-189 (N.D. Ind.)

80. *Miller v. Ameriquest Mortgage Co.,* Case No. 3-06-245 (S.D. Ohio)

81. *Montanez v. Ameriquest Mortgage Co.*, Case No. 1-05-10244 (D. Mass.)

82. *Monteiro v. Ameriquest Mortgage Co.*, Case No. 1-06-353 (D. R.I.)

83. *Moss, et al. v. Argent Mortgage Co., LLC,* Case No. 1-06-389 (D. R.I.)

84. *Mulvaney v. Town & Country Credit Corp., et al.,* Case No. 1-06-1113 (C.D. Ill.)

85. *Murphy, et al. v. Ameriquest Mortgage Co.*, Case No. 1-04-12651 (D. Mass.)

86. *Nauracy, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-130 (N.D. Ind.)

87. *Nelson, et al. v. v. Ameriquest Mortgage Co., et al.,* Case No. 1-06-154 ( N.D. Ind.)

88. *Parisi v. Ameriquest Mortgage Co.*, Case No. 1-05-530 (D. R.I.)

89. *Parker, et al. v. Ameriquest Mortgage Co.,* Case No. 1-06-618 (W.D. Mich.)

90. *Pasacreta, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 3-05-1888 (D. Conn.)

91. *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 1-06-11507 (D. Mass.)

92. *Pena v. Ameriquest Mortgage Co.*, Case No. 1-05-527 (D. R.I.)

93. *Powell, et al. v. Ameriquest Mortgage Co.,* Case No. 2-05-3067 (E.D. La.)

94. *Punch, et al. v. Ameriquest Mortgage Co.,* Case No. 1-06-4811 (E.D. N.Y.)

95. *Purdy-Roth, et al. v. Argent Mortgage Co., LLC, et al.,* Case No. 1-05-1618 (S.D. Ind.)

96. *Quarterman v. Ameriquest Capital Corp., et al.,* Case No. 2-05-1426 (C.D. Cal.)

97. *Rogers v. Town & Country Credit Corp., et al.*, Case No. 1-06-2736 (N.D. Ill.)

98. *Saunders, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1-05-1126 (N.D. Ohio)

99.   *Sievers, et al. v. Ameriquest Mortgage Co.,* Case No. 3-05-1296 (D. Conn.)

100.  *Silvia v. Ameriquest Mortgage Co.*, Case No. 1-05-532 (D. R.I.)

101.  *Silvia v. Ameriquest Mortgage Co.* Case No. 1-06-67 (D. R.I.)

102.  *Smith, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1-06-785 (S.D. Ind.)

103.  *Smith v. Ameriquest Mortgage Co.*, Case No. 3-06-2493 (S.C.)

104.  *Surin v. Alpha Mortgage Lending, LLC, et al.,* Case No.3-05-1653 (D. Conn.)

105.  *Sutton, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 3-06-407 (S.D. Ill.)

106.  *Ungar v. Ameriquest Mortgage Co.*, Case No. 8-05-1849 (M.D. Fla.)

107.  *VanderPol, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1-06-652 (W.D. Mich.)

108.  *Van Gorp, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 8-05-907 (C.D. Cal.)

109.  *Veinot, et al. v. Argent Mortgage Co., LLC, et al.,* Case No. 3-06-488 (D. Conn.)

110.  *Villagran v. Ameriquest Mortgage Co.*, Case No. 1-06-21814 (S.D. Fla.)

111.  *Vincer v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-13735 (E.D. Mich.)

112.  *Walsh, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 2-06-13256 (E.D. Mich.)

113.  *Williams, Latonya, et al. v. Ameriquest Mortgage Co.*, Case No. 8-05-1036 (M.D. Fla.)

114.  *Williams, Cheryl, et al. v. Ameriquest Mortgage Co.*,  Case No. 1-05-6189 (S.D. N.Y.)

Of the foregoing 114 cases, the following cases are putative nationwide class actions: *Burggraff, Brown, Carlson, Doherty, Kahrer, Knox, Quarterman, Van Gorp* and *Williams* (S.D. N.Y.). The following cases seek relief on behalf of putative state classes: *Barber* (Florida); *Campbell* (Georgia); *Capasso* (New Jersey); *Crane* (Indiana); *D'Ambrogi* (Pennsylvania); *Forrest* (Wisconsin); *Harless* (Indiana); *Jeffress* (Indiana); *Juillerat* (Minnesota); *Klutho* (Missouri); *Kukla* (Michigan); *Madrazo* (New York); *Montanez* (Massachusetts); *Murphy* (Massachusetts); *Saunders* (Ohio); *Ungar* (Florida); *Vincer* (Michigan); and *Williams* (M.D. Fla.) (Florida).

///

///

**B.** **Cases Subject To Conditional Transfer Orders**

In addition to the foregoing, there are 50 cases not listed in the Order that still are in the "tag-along" process and likely will be made part of this proceeding. Of these 50 cases, the following cases are subject to a Conditional Transfer Order, but either the Conditional Transfer Order has not become final or parties have moved to vacate it as to their action:

1. *Austin v. Ameriquest Mortgage Co., et al.*, Case No. 1-06-1452 (N.D. Ga.)

2. *Foster v. Argent Mortgage Co., LLC, et al.*, Case No. 2-06-14206 (E.D. Mich.)

3. *Garacia v. Ameriquest Mortgage Co.*, Case No. 1-06-1595 (M.D. Pa.)

4. *Golden v. Ameriquest Mortgage Co.*, Case No. 4-06-36 (S.D. Ga.)

5. *Harless v. CitiMortgage, Inc.*, Case No. 1-06-1391 (S.D. Ind.)

6. *Hines, et al. v. Ameriquest Mortgage Co.*, Case No. 4-06-133 (N.D. Ga.)

7. *Landgren v. Argent Mortgage Co., LLC, et al.*, Case No. 1-06-695 (W.D. Mich.)

8. *Maltese v. Ameriquest Mortgage Co.*, Case No. 1-06-1596 (M.D. Pa.)

9. *Martin, et al. v. Ameriquest Mortgage Co.*, Case No. 4-06-40197 (D. Mass.)

10. *Morehouse, et al. v. Ameriquest Mortgage Co.*, Case No. 9-05-75 (E.D. Tex.)

11. *Robinson, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-14228 (E.D. Mich.)

12. *Scott v. Ameriquest Mortgage Co., et al.*, Case No. 1-06-422 (W.D. Mich.)

13. *Skanes v. Ameriquest Mortgage Co., et al.*, Case No. 1-06-688 (W.D. Mich.)

14. *Stafford, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2-06-14251 (E.D. Mich.)

15. *Vazquez v. Ameriquest Mortgage Co.*, Case No. 1-05-5983 (E.D. N.Y.)

In *Hines* (a putative class action), *Scott*, *Vazquez* and *Morehouse* (a putative class action), parties have moved to vacate the applicable Conditional Transfer Order as to their respective actions. The Panel is scheduled to hear these motions on November 30, 2006.

In *Garacia* and *Maltese*, parties have moved to vacate the Conditional Transfer Order as to their respective actions. The Panel has yet to schedule a hearing date on these motions.

In *Austin* and *Golden*, parties have until November 14, 2006 to file any motions to vacate the Conditional Transfer Order governing these cases. If no motion is filed by that date as to a particular case, the Conditional Transfer Order will become final as to that case.

In *Harless*, *Hines*, *Landgren*, *Martin*, *Robinson*, *Skanes* and *Stafford*, parties have until November 23, 2006 to notify the Panel that they intend move to vacate the Conditional Transfer Order governing these cases. If a party indicates its intention to file a motion to vacate the Conditional Transfer Order as to a particular case by that date, the Panel will set a briefing schedule and hearing on the motion in accordance with the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. In the event that no party indicates its intention to file a motion to vacate the Conditional Transfer Order in a particular case, the Conditional Transfer Order will become final on November 23, 2006 as to that case.

## C. Other Cases In The "Tag-Along" Process

In addition to the foregoing, the following cases have been identified by Defendants as potential "tag-along" cases and are listed on the Panel's Report, but the Panel has not yet ruled as to whether these cases will be subject to a Conditional Transfer Order:[4]

1.   *Adkins v. Ameriquest Mortgage Co, et al.*, Case No. 06-CV-04741 (N.D. Ill.)
2.   *Anderholm v. Ameriquest Mortgage Co.,* Case No. 06-CV-30174 (D. Mass.)
3.   *Beaudoin v. Ameriquest Mortgage Co.,* Case No. 06-CV-00480 (D. R.I.)
4.   *Becker v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-02810 (D. Md.)
5.   *Black, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05540 (E.D. N.Y.)
6.   *Blain v. Argent Mortgage Company, LLC, et al.,* Case No. 06-CV-0170 (W.D. Mich.)
7.   *Bowden v. Argent Mortgage Company, LLC, et al.*, Case No. 06-CV-5991 (N.D. Ill.)
8.   *Brissett, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-08130 (S.D. N.Y.)
9.   *Burris v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-0166 (W.D. Mich.)
10.   *Campau, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5-06-156 (W.D. Mich.)
11.   *Conner. v. Argent Mortgage Company, LLC, et al.,* Case No. 06-CV-0163 (W.D. Mich.)
12.   *Correia, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-11772 (D. Mass.)
13.   *Dumas v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-352 (N.D. Ind.)

---

[4] Some of these cases are not reflected in the Panel's Report attached as Exhibit 1 because they were only recently identified as potential "tag-along" cases.

14. *Etienne v. Ameriquest Mortgage Co.,* Case No. 06-ap-01401 (Bankr. D. Mass.)

15. *Giuditta v. Ameriquest Mortgage Co.,* Case No. 06-CV-11778 (D. Mass.)

16. *Hayden. v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-0165 (W.D. Mich.)

17. *Heard, et al. v. Argent Mortgage Co., LLC, et al.,* Case No. 5-06-157 (W.D. Mich.)

18. *Igaz v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-00173 (W.D. Mich.)

19. *Johnson v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-00172 (W.D. Mich.)

20. *King, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1-06-722 (W.D. Mich.)

21. *Lewis, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-00158 (W.D. Mich.)

22. *Macswain v. Ameriquest Mortgage Co.,* Case No. 06-CV-11776 (D. Mass.)

23. *Orrison v. Argent Mortgage Company, LLC, et al.,* Case No. 06-CV-00175 (W.D. Mich.)

24. *Pacheco v. AMC Mortgage Services, Inc., et al.,* Case No. 06-ap-01093 (Bankr. D. R.I.)

25. *Patrie v. Ameriquest Mortgage Co.,* Case No. 06-CV-00434 (D. R.I.)

26. *Perez, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-05373 (W.D. Mich.)

27. *Regine, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-00388 (D. R.I.)

28. *Simmons v. AMC Mortgage Services, Inc. et al.,* Case No. 06-ap-01092 (Bankr. D. R.I.)

29. *Sorah v. Deutsch Bank National Trust Co., et al.,* Case No. 06-CV-14427 (E.D. Mich.)

30. *Szurley v. Ameriquest Mortgage Co.,* Case No. 06-CV-30175 (D. Mass.)

31. *Terrazas v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-7176 (C.D. Cal.)

32. *Whitsett v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-05342 (W.D. Mich.)

33. *Whittall v. Ameriquest Mortgage Co.,* Case No. 06-CV-11777 (D. Mass.)

///

///

34.  *Williams v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-0174 (W.D. Mich.)

35.  *Zaremba, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-30176 (D. Mass.)

Respectfully submitted,

DATED: November 13, 2006

By: /s/ Bernard E. LeSage

*Attorneys for Defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: November 13, 2006

By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

BN 1037155v1

# Exhibit 1

**Judicial Panel on Multidistrict Litigation – Case Listing Report**

Report is Ordered by District and Case #

Docket: 1715 - In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Status: Transferred on 12/13/2005

Printed on 11/13/2006

Transferee District: ILN    Judge: Aspen, Marvin E.

Transferee District Master Docket No.: 1:05-cv-7097 (Lead case)

Page 1

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **ARKANSAS EASTERN** | | | | | | | | | | |
| 4-06-324 | Davidson, et al. v. Ameriquest Mortgage Co. | Wright | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | | |
| **CALIFORNIA CENTRAL** | | | | | | | | | | |
| 2-04-9715 | Burgzorff v. Ameriquest Capital Corp., et al. | Morrow | | Motion | 07/13/2005 | 2005-7099 | Transfer | 12/13/2005 | | |
| 2-05-1426 | Quartermas v. Ameriquest Capital Corp., et al. | Morrow | 1 | CTO Filed | 02/27/2006 | 2006-1583 | Transfer | 06/16/2006 | | |
| 8-05-285 | Brown, et al. v. Ameriquest Capital Corp., et al. | Stotler | 1 | CTO Filed | 02/27/2006 | 2006-1730 | CTO Final | 03/15/2006 | | |
| 8-05-907 | Van Gerp, et al. v. Ameriquest Capital Corp., et al. | Carney | 1 | CTO Filed | 02/27/2006 | 2006-1731 | CTO Final | 03/15/2006 | | |
| 8-05-1117 | Jallerat v. Ameriquest Mortgage Co. | Carter | 1 | CTO Filed | 02/27/2006 | 2006-1732 | CTO Final | 03/15/2006 | | |
| **CALIFORNIA NORTHERN** | | | | | | | | | | |
| 3-05-240 | Knox, et al. v. Ameriquest Mortgage Co., et al. | Conti | | Motion | 07/13/2005 | 2005-7100 | Transfer | 12/13/2005 | | |
| **CONNECTICUT** | | | | | | | | | | |
| 3-05-452 | Bailey, et al. v. Ameriquest Mortgage Co. | Droney | 1 | CTO Filed | 02/27/2006 | 2006-1733 | CTO Final | 03/15/2006 | | |
| 3-05-1296 | Stevens, et al. v. Ameriquest Mortgage Co., et al. | Chatigny | 1 | CTO Filed | 02/27/2006 | 2006-1734 | CTO Final | 03/15/2006 | | |
| 3-05-1653 | Surin v. Alpha Mortgage Lending, LLC, et al. | Chatigny | 1 | CTO Filed | 02/27/2006 | 2006-3584 | Transfer | 06/16/2006 | | |
| 3-05-1831 | Duncan, et al. v. Ameriquest Mortgage Co. | Hall | 2 | CTO Filed | 04/03/2006 | 2006-2467 | CTO Final | 04/19/2006 | | |
| 3-05-1889 | Pastacron, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | 2 | CTO Filed | 04/03/2006 | 2006-2468 | CTO Final | 04/19/2006 | | |
| 3-06-417 | Beloal, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | 2 | CTO Filed | 04/03/2006 | 2006-2469 | CTO Final | 04/19/2006 | | |
| 3-06-418 | Allan, et al. v. Argent Mortgage Co., LLC | Hall | 2 | CTO Filed | 04/03/2006 | 2006-2470 | CTO Final | 04/19/2006 | | |
| 3-06-419 | Bowe, et al. v. Ameriquest Mortgage Co. | Kravitz | 2 | CTO Filed | 04/03/2006 | 2006-2471 | CTO Final | 04/19/2006 | | |
| 3-06-182 | Fitzgerald, et al. v. Ameriquest Mortgage Co. | Thompson | 3 | CTO Filed | 05/02/2006 | 2006-3123 | CTO Final | 05/18/2006 | | |
| 3-06-195 | Belcher, et al. v. Ameriquest Mortgage Co. | Underhill | 3 | CTO Filed | 05/02/2006 | 2006-3124 | CTO Final | 05/18/2006 | | |
| 3-06-209 | Anderson, et al. v. Ameriquest Mortgage Co., et al. | Thompson | 3 | CTO Filed | 05/02/2006 | 2006-3125 | CTO Final | 05/18/2006 | | |
| 3-06-384 | McCall, et al. v. Ameriquest Mortgage Co., et al. | Kravitz | 3 | CTO Filed | 05/02/2006 | 2006-3126 | CTO Final | 05/18/2006 | | |
| 3-06-434 | Dunn, et al. v. Ameriquest Mortgage Co., et al. | Eginton | 5 | CTO Filed | 06/30/2006 | 2006-4032 | CTO Final | 07/18/2006 | | |
| 3-06-488 | Veford, et al. v. Argent Mortgage Co., LLC, et al. | Covello | 5 | CTO Filed | 06/30/2006 | 2006-4034 | CTO Final | 07/18/2006 | | |
| 3-06-571 | Ingham, et al. v. Ameriquest Mortgage Co. | Kravitz | 5 | CTO Filed | 06/30/2006 | 2006-4035 | CTO Final | 07/18/2006 | | |
| 3-06-662 | LaCross v. Ameriquest Mortgage Co., et al. | Hall | 5 | CTO Filed | 06/30/2006 | 2006-4036 | CTO Final | 07/18/2006 | | |
| 3-06-1140 | Mangus, et al. v. Ameriquest Mortgage Co. | Thompson | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | | |
| **FLORIDA MIDDLE** | | | | | | | | | | |
| 3-04-1296 | Barber, et al. v. Ameriquest Capital Corp., et al. | Corrigan | 1 | CTO Filed | 02/27/2006 | 2006-1735 | CTO Final | 03/15/2006 | | |
| 8-05-1036 | Williams, et al. v. Ameriquest Mortgage Co. | Kovachevich | | Motion | 09/13/2005 | 2005-7098 | Transfer | 12/13/2005 | | |
| 8-05-1869 | Ungaro v. Ameriquest Mortgage Co. | Whittemore | 1 | CTO Filed | 02/27/2006 | 2006-1736 | CTO Final | 03/15/2006 | | |
| 8-06-477 | Falson v. Argent Mortgage Co., LLC | Whittemore | 3 | CTO Filed | 05/02/2006 | 2006-3127 | CTO Final | 05/18/2006 | | |

*(Docket 1,715 Case Listing Cont'd)*  
Page 2

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| **FLORIDA SOUTHERN** | | | | | | | | | |
| 1-05-21103 | Almaguer v. Argent Mortgage Co., LLC, et al. | Jordan | 1 | CTO Filed | 02/27/2006 | 2005-2024 | CTO Final | 04/03/2006 | |
| 1-06-21814 | Villagran v. Ameriquest Mortgage Co. | King | 8 | CTO Filed | 09/26/2006 | 2005-5699 | CTO Final | 10/12/2006 | |
| **GEORGIA MIDDLE** | | | | | | | | | |
| 1-05-107 | Campbell v. Islamic Ross, et al. | Sands | 1 | CTO Filed | 02/27/2006 | | Transfer | 06/16/2006 | |
| **GEORGIA NORTHERN** | | | | | | | | | |
| 1-06-320 | Julien, et al. v. Ameriquest Mortgage Co. | Pannell | 5 | CTO Filed | 06/30/2006 | 2006-4037 | CTO Final | 07/18/2006 | |
| 1-06-830 | Jones v. Argent Mortgage Co., LLC, et al. | Camp | 5 | CTO Filed | 06/30/2006 | 2006-4038 | CTO Final | 07/18/2006 | |
| 1-06-1432 | Austin v. Ameriquest Mortgage Co., et al. | Carnes | 9 | CTO Filed | 10/16/2006 | | CTO Opposed | 10/30/2006 | |
| 4-06-133 | Hines, et al. v. Ameriquest Mortgage Co. | Murphy | 6 | CTO Filed | 08/08/2006 | | CTO Opposed | 08/23/2006 | |
| **GEORGIA SOUTHERN** | | | | | | | | | |
| 4-06-36 | Golden v. Ameriquest Mortgage Co. | Edenfield | 9 | CTO Filed | 10/16/2006 | | CTO Opposed | 10/30/2005 | |
| **HAWAII** | | | | | | | | | |
| 1-06-151 | DaMate v. AMC Mortgage Services, Inc., et al. | Ezra | 3 | CTO Filed | 05/02/2006 | 2006-3128 | CTO Final | 05/18/2006 | |
| **ILLINOIS CENTRAL** | | | | | | | | | |
| 1-06-1113 | Molvaney v. Town & Country Credit Corp., et al. | McDade | 5 | CTO Filed | 06/30/2006 | 2006-4039 | CTO Final | 07/18/2006 | |
| 4-06-4030 | Harris v. Ameriquest Mortgage Co., et al. | McDade | 5 | CTO Filed | 06/30/2006 | 2006-4040 | CTO Final | 07/18/2006 | |
| **ILLINOIS NORTHERN** | | | | | | | | | |
| 1-04-7627 | Forgaten v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2005 | |
| 1-05-389 | Hubbard v. Ameriquest Mortgage Co., et al. | Filip | | XYZ Case | 01/30/2006 | | NTN | 01/30/2005 | |
| 1-05-432 | Jones v. Ameriquest Mortgage Co. | Coar | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-648 | Smith, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1909 | Jimenez, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-1977 | Key v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-1978 | Trendwell, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1080 | Talley, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-1218 | Murray, et al. v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-1492 | Wettreyn, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-2625 | Tremble v. Town & Country Credit Corp. | Aspen | | XYZ Case | 03/15/2006 | | NTN | 03/15/2006 | |
| 1-05-3976 | Mills v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-4025 | Harris v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 03/31/2006 | | NTN | 03/31/2006 | |
| 1-05-4162 | Salaazj, et al. v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-4644 | Luedde, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-4723 | Brown v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-5033 | Doolittle, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-5035 | Platsek, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-5111 | Brown, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-5911 | Holzmeister v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-6158 | Mayfield v. Town & Country Credit Corp. | Aspen | | XYZ Case | 03/15/2006 | | NTN | 03/15/2006 | |
| 1-05-6172 | Perry v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |
| 1-05-6517 | Polydoros, et al. v. Town & Country Credit Corp., et al. | Aspen | | XYZ Case | 01/27/2006 | | NTN | 01/27/2006 | |
| 1-05-6808 | Buchner v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 01/26/2006 | | NTN | 01/26/2006 | |

(Docket 1.715 Case Listing Cont'd)

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| 1-06-269 | Jewell, et al. v. Ameriquest Mortgage Co. | Aspen | | XYZ Case | 05/10/2006 | | NTN | 05/10/2006 | |
| 1-06-1438 | Bergquist v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 04/19/2006 | | NTN | 04/19/2006 | |
| 1-06-1546 | Thompson, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 05/10/2006 | | NTN | 05/10/2006 | |
| 1-06-1547 | Lurry-Payne v. Town & Country Credit Corp., et al. | Aspen | | XYZ Case | 05/10/2006 | | NTN | 05/10/2006 | |
| 1-06-1581 | Rehbock, et al. v. Ameriquest Mortgage Co., et al. | Aspen | | XYZ Case | 05/10/2006 | | NTN | 05/10/2006 | |
| 1-06-1691 | Jude, et al. v. Town & Country Credit Corp., et al. | Aspen | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | |
| 1-06-1716 | Geis, et al. v. Ameriquest Mortgage Co., et al. | St. Eve | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-1829 | Garcia v. Argent Mortgage Co., LLC, et al. | Coar | | XYZ Case | 05/03/2005 | | NTN | 05/03/2005 | |
| 1-06-1831 | McGowan v. Ameriquest Mortgage Co., et al. | Manning | | XYZ Case | 05/03/2005 | | NTN | 05/03/2005 | |
| 1-06-1848 | Hawkins v. Ameriquest Mortgage Co., et al. | Grady | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | |
| 1-06-1849 | Billings, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | |
| 1-06-1876 | Henson v. Ameriquest Mortgage Co., et al. | Holderman | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | |
| 1-06-1879 | Eaton, et al. v. Ameriquest Mortgage Co., et al. | Grady | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | |
| 1-06-1899 | Wessel, et al. v. Ameriquest Mortgage Co., et al. | Kocoras | | XYZ Case | 04/19/2006 | | NTN | 04/19/2006 | |
| 1-06-1944 | Hall v. Ameriquest Mortgage Co., et al. | Manning | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | |
| 1-06-1945 | Magliano, et al. v. Ameriquest Mortgage Co., et al. | Leinenweber | | XYZ Case | 05/03/2005 | | NTN | 05/03/2006 | |
| 1-06-1947 | Martin v. Argent Mortgage Co., LLC, et al. | Plunkett | | XYZ Case | 05/03/2005 | | NTN | 05/03/2006 | |
| 1-06-1950 | Rodriguez, et al. v. Town & Country Credit Corp., et al. | Kennelly | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | |
| 1-06-1951 | Anderson, et al. v. Ameriquest Mortgage Co., et al. | Moran | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | |
| 1-06-2044 | Jenkins v. Argent Mortgage Co., LLC, et al. | Conlon | | XYZ Case | 05/03/2006 | | NTN | 05/03/2005 | |
| 1-06-2045 | Green v. Argent Mortgage Co., LLC, et al. | Zagel | | XYZ Case | 05/03/2006 | | NTN | 05/03/2006 | |
| 1-06-2187 | Rodriguez, et al. v. Ameriquest Mortgage Co., et al. | Lefkow | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2233 | Sedgwick, et al. v. Ameriquest Mortgage Co., et al. | Grady | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2396 | Spencer v. Ameriquest Mortgage Co., et al. | Filip | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2397 | Jones v. Ameriquest Mortgage Co., et al. | Lindberg | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2430 | Balark, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2482 | Dougherty, et al. v. Ameriquest Mortgage Co., et al. | Andersen | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2514 | Mormon, et al. v. Ameriquest Mortgage Co., et al. | Pallmeyer | | XYZ Case | 07/03/2006 | | NTN | 07/03/2006 | |
| 1-06-2549 | Grabowski v. Ameriquest Mortgage Co., et al. | Castillo | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2637 | Glusak v. Ameriquest Mortgage Co. | Kennelly | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2639 | Church v. Argent Mortgage Co., et al. | Castillo | | XYZ Case | 07/03/2006 | | NTN | 07/03/2006 | |
| 1-06-2676 | Besterfield v. Ameriquest Mortgage Co., et al. | Lindberg | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2683 | Tieri v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2697 | Wisniewski, et al. v. Town & Country Credit Corp., et al. | Kennelly | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2756 | Rogers v. Town & Country Credit Corp., et al. | Coar | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2771 | Jiles v. Argent Mortgage Co., LLC, et al. | Aspen | | XYZ Case | 06/06/2006 | | NTN | 06/08/2006 | |
| 1-06-2807 | Walker, et al. v. Ameriquest Mortgage Co., et al. | Kennelly | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2809 | Graba v. Argent Mortgage Co., LLC, et al. | Lefkow | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2826 | Fillan, et al. v. Ameriquest Mortgage Co., et al. | Shadur | | XYZ Case | 07/03/2006 | | NTN | 07/03/2006 | |
| 1-06-2828 | Smith, et al. v. Ameriquest Mortgage Co., et al. | Coar | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |
| 1-06-2829 | Eton, et al. v. Argent Mortgage Co., LLC, et al. | Gettleman | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2830 | Brown, et al. v. Ameriquest Mortgage Co., et al. | LeBow | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-2832 | Melecio, et al. v. Town & Country Credit Corp., et al. | Nordberg | | XYZ Case | 07/03/2006 | | NTN | 07/03/2006 | |
| 1-06-2897 | Rocco, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 06/08/2006 | | NTN | 06/08/2006 | |

*(Docket 1,715 Case Listing Cont'd)*

Page 4

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| 1-06-2912 | Deardem v. Ameriquest Mortgage Co., et al. | Darrah | | XYZ Case | 06/07/2006 | | NTN | 06/07/2006 | |
| 1-06-3088 | Harris, et al. v. Town & Country Credit Corp., et al. | Filip | | XYZ Case | 07/13/2006 | | NTN | 07/13/2006 | |
| 1-06-3050 | Gajewski v. Ameriquest Mortgage Co., et al. | Filip | | XYZ Case | 07/03/2006 | | NTN | 07/03/2006 | |
| 1-06-3784 | Smith v. Town & County Credit Corp., et al. | Pallmeyer | | XYZ Case | 09/11/2006 | | NTN | 09/11/2006 | |
| 1-06-4201 | Clarke, et al. v. Ameriquest Mortgage Co., et al. | Manning | | XYZ Case | 09/11/2006 | | NTN | 09/11/2006 | |
| 1-06-4306 | Cleveland v. Ameriquest Mortgage Co., et al. | Kendall | | XYZ Case | 09/11/2006 | | NTN | 09/11/2006 | |
| 1-06-4415 | Warren v. Ameriquest Mortgage Co., et al. | Andersen | | XYZ Case | 10/02/2006 | | NTN | 10/02/2006 | |
| 1-06-4418 | Black, et al. v. Argent Mortgage Co., LLC, et al. | Lefkow | | XYZ Case | 09/18/2006 | | NTN | 09/18/2006 | |
| 1-06-4528 | Bricker, et al. v. Ameriquest Mortgage Co., et al. | Manning | | XYZ Case | 09/18/2006 | | NTN | 09/18/2006 | |
| 1-06-4560 | Burtetta v. Ameriquest Mortgage Co., et al. | Kendall | | XYZ Case | 09/18/2006 | | NTN | 09/18/2006 | |
| 1-06-4683 | Carlsen, et al. v. Ameriquest Mortgage Co., et al. | Kennelly | | XYZ Case | 10/02/2006 | | NTN | 10/02/2006 | |
| 1-06-4684 | Gelman, et al. v. Ameriquest Mortgage Co., et al. | Conlon | | XYZ Case | 10/02/2006 | | NTN | 10/02/2006 | |
| 1-06-4866 | Solnin, et al. v. Ameriquest Mortgage Co., et al. | Conlon | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-4867 | Applegate, et al. v. Ameriquest Mortgage Co., et al. | Leinenweber | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-4868 | Gerbig, et al. v. Ameriquest Mortgage Co., et al. | Pallmeyer | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-4999 | Kessler v. Ameriquest Mortgage Co., et al. | Norgle | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-5090 | Letask v. Ameriquest Mortgage Co., et al. | Gettleman | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-5146 | Calder v. Ameriquest Mortgage Co., et al. | Grady | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-5147 | Luppla, et al. v. Ameriquest Mortgage Co., et al. | Der-Yeghiayan | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| 1-06-5148 | Thibodeau, et al. v. Ameriquest Mortgage Co., et al. | Darrah | | XYZ Case | 10/19/2006 | | NTN | 10/19/2006 | |
| **ILLINOIS SOUTHERN** | | | | | | | | | |
| 3-06-407 | Sutton, et al. v. Ameriquest Mortgage Co., et al. | Stiehl | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 3-06-423 | Horne, et al. v. Ameriquest Mortgage Co., et al. | Stiehl | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| **INDIANA NORTHERN** | | | | | | | | | |
| 1-06-154 | Nelson, et al. v. Ameriquest Mortgage Co., et al. | Lee | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | |
| 2-05-323 | Crane, et al. v. Ameriquest Mortgage Co. | Simon | 2 | CTO Filed | 04/03/2006 | 2005-2472 | CTO Final | 04/19/2006 | |
| 2-05-411 | Milkowski, et al. v. Ameriquest Mortgage Co., et al. | Simon | 1 | CTO Filed | 02/27/2006 | 2005-1737 | CTO Final | 03/15/2006 | |
| 2-06-102 | Jefferts, et al. v. Ameriquest Mortgage Co., et al. | Lozano | 4 | CTO Filed | 05/31/2006 | 2005-3423 | CTO Final | 06/16/2006 | |
| 2-06-130 | Neuracy, et al. v. Ameriquest Mortgage Co., et al. | Simon | 4 | CTO Filed | 05/31/2006 | 2005-3424 | CTO Final | 06/16/2006 | |
| 2-06-135 | Cole, et al. v. Ameriquest Mortgage Co., et al. | Simon | 4 | CTO Filed | 05/31/2006 | | Transfer | 10/18/2006 | |
| 2-06-137 | Carter, et al. v. Ameriquest Mortgage Co., et al. | Moody | 4 | CTO Filed | 05/31/2006 | 2006-5/25 | CTO Final | 06/16/2006 | |
| 2-06-149 | Belford v. Ameriquest Mortgage Co., et al. | Lozano | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | |
| 2-06-175 | Bodiwell, et al. v. Ameriquest Mortgage Co., et al. | Simon | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 2-06-189 | Miller, et al. v. Ameriquest Mortgage Co., et al. | Lozano | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 3-06-220 | Gillespie v. Ameriquest Mortgage Co., et al. | Sharp | 4 | CTO Filed | 05/31/2006 | | CTO Final | 06/16/2006 | |
| **INDIANA SOUTHERN** | | | | | | | | | |
| 1-05-1618 | Purdy-Roth, et al. v. Argent Mortgage Co., LLC, et al. | Hamilton | 1 | CTO Filed | 02/27/2006 | 2006-1738 | CTO Final | 03/15/2006 | |
| 1-06-695 | Harless v. Ameriquest Mortgage Co. | McKinney | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 1-06-785 | Smith, et al. v. Ameriquest Mortgage Co., et al. | Tinder | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 1-06-1391 | Harluss v. CitiMortgage, Inc. | Barker | 10 | CTO Filed | 11/07/2006 | | | | |
| **LOUISIANA EASTERN** | | | | | | | | | |
| 2-05-3067 | Powell, et al. v. Ameriquest Mortgage Co. | Lemmon | 1 | CTO Filed | 02/27/2006 | 2006-3585 | Transfer | 06/16/2006 | |

*(Docket 1,715 Case Listing Cont'd)*

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| **MASSACHUSETTS** | | | | | | | | | |
| 1-04-12051 | Murphy, et al. v. Ameriquest Mortgage Co. | Zobel | | Motion | 07/13/2005 | 2005-7101 | Transfer | 12/13/2005 | |
| 1-05-10244 | Montanez v. Ameriquest Mortgage Co. | Zobel | 2 | CTO Filed | 04/03/2006 | 2006-2473 | CTO Final | 04/19/2006 | |
| 1-05-11462 | Jones, et al. v. Ameriquest Mortgage Co. | Lasker | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 1-05-11475 | Bret, et al. v. Ameriquest Mortgage Co. | Gorton | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 1-05-11507 | Pena, et al. v. Ameriquest Mortgage Co. | Gertner | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 3-05-30142 | Belliveau, et al. v. Ameriquest Mortgage Co. | Ponsor | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 4-05-40197 | Martin, et al. v. Ameriquest Mortgage Co. | Saylor | 10 | CTO Filed | 11/07/2006 | | | | |
| **MICHIGAN EASTERN** | | | | | | | | | |
| 1-05-12466 | Kubla v. Ameriquest Mortgage Co., et al. | Edmunds | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 2-05-12466 | Kubla v. Ameriquest Mortgage Co., et al. | Edmunds | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 2-05-12477 | Lehr, et al. v. Ameriquest Mortgage Co., et al. | Battani | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 2-06-12673 | Childress v. Ameriquest Mortgage Co., et al. | Edmunds | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 2-06-13356 | Walsh, et al. v. Ameriquest Mortgage Co., et al. | Rosen | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 2-06-13734 | Burgess, et al. v. Ameriquest Mortgage Co., et al. | Zatkoff | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 2-06-13735 | Vincer v. Ameriquest Mortgage Co., et al. | Roberts | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 2-06-13778 | Duchene v. Ameriquest Mortgage Co., et al. | Cohn | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 2-06-14206 | Foster v. Argent Mortgage Co., LLC, et al. | Rosen | 10 | CTO Filed | 11/07/2006 | | | | |
| 2-06-14328 | Robinson, et al. v. Ameriquest Mortgage Co., et al. | Taylor | 10 | CTO Filed | 11/07/2006 | | | | |
| 2-06-14351 | Stafford, et al. v. Ameriquest Mortgage Co., et al. | Cox | 10 | CTO Filed | 11/07/2006 | | | | |
| **MICHIGAN WESTERN** | | | | | | | | | |
| 1-06-313 | Flezner, et al. v. Ameriquest Mortgage Co., et al. | Quist | 5 | CTO Filed | 06/30/2006 | 2006-4042 | CTO Final | 07/18/2006 | |
| 1-06-422 | Scott v. Ameriquest Mortgage Co., et al. | Bell | 6 | CTO Filed | 08/08/2006 | | CTO Opposed | 08/24/2006 | |
| 1-06-529 | Krise, et al. v. Ameriquest Mortgage Co., et al. | Enslen | 8 | CTO Filed | 09/26/2006 | 2006-5700 | CTO Final | 10/12/2006 | |
| 1-06-590 | Martinez, et al. v. Ameriquest Mortgage Co., et al. | Enslen | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 1-06-618 | Parker, et al. v. Ameriquest Mortgage Co. | Bell | 8 | CTO Filed | 09/26/2006 | 2006-5701 | CTO Final | 10/12/2006 | |
| 1-06-652 | VanderPol, et al. v. Ameriquest Mortgage Co., et al. | Quist | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 1-06-688 | Shanes v. Ameriquest Mortgage Co., et al. | Bell | 10 | CTO Filed | 11/07/2006 | | | | |
| 1-06-696 | Lundgren v. Argent Mortgage Co., LLC, et al. | Miles | 10 | CTO Filed | 11/07/2006 | | | | |
| 1-06-722 | King, et al. v. Ameriquest Mortgage Co., et al. | Miles | | Suspense | 11/07/2006 | | | | |
| 5-06-156 | Campau, et al. v. Ameriquest Mortgage Co., et al. | Quist | | Suspense | 11/07/2006 | | | | |
| 5-06-157 | Heard, et al. v. Argent Mortgage Co., LLC, et al. | Miles | | Suspense | 11/07/2006 | | | | |
| **MINNESOTA** | | | | | | | | | |
| 0-05-589 | Doherty, et al. v. Town & Country Credit Corp. | Tunheim | 1 | CTO Filed | 02/27/2006 | 2006-1739 | CTO Final | 03/15/2006 | |
| 0-05-1719 | Ameriquest Mortgage Co. v. Lori Mattix, et al. | Davis | 5 | CTO Filed | 06/30/2006 | 2006-4043 | CTO Final | 07/18/2006 | |
| 0-06-3129 | Carlton, et al. v. Ameriquest Mortgage Co. | Magnuson | 8 | CTO Filed | 09/26/2006 | 2006-5702 | CTO Final | 10/12/2006 | |
| **MISSOURI EASTERN** | | | | | | | | | |
| 4-06-746 | Khales v. Ameriquest Mortgage Co., et al. | Perry | 5 | CTO Filed | 06/30/2006 | | CTO Final | 08/10/2006 | |
| **NEW JERSEY** | | | | | | | | | |
| 2-06-1221 | Capasso v. Ameriquest Mortgage Co. | Lifland | 5 | CTO Filed | 06/30/2006 | 2006-4044 | CTO Final | 07/18/2006 | |
| 3-06-3220 | Farmer v. Ameriquest Mortgage Co., et al. | Cooper | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |

*(Docket 1,715 Cases Listing Cont'd)* 

Page 6

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| **NEW YORK EASTERN** | | | | | | | | | |
| 1-05-5983 | Vazquez, v. Ameriquest Mortgage Co. | Townes | 6 | CTO Filed | 08/08/2006 | | CTO Opposed | 08/21/2006 | |
| 1-06-4811 | Punch, et al. v. Ameriquest Mortgage Co. | Korman | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| 2-05-3987 | Madiazo v. Ameriquest Mortgage Co. | Korman | 1 | CTO Filed | 02/17/2006 | 2006-1740 | CTO Final | 03/15/2006 | |
| **NEW YORK SOUTHERN** | | | | | | | | | |
| 1-05-6189 | Williams, et al. v. Ameriquest Mortgage Co. | Swain | | Motion | 07/13/2005 | 2005-7102 | Transfer | 12/13/2005 | |
| 7-06-2135 | Harding, et al. v. Ameriquest Mortgage Co. | McMahon | 5 | CTO Filed | 06/30/2006 | 2006-4045 | CTO Final | 07/18/2006 | |
| **OHIO NORTHERN** | | | | | | | | | |
| 1-05-1126 | Saunders, et al. v. Ameriquest Mortgage Co., et al. | Boyko | 1 | CTO Filed | 02/27/2006 | 2006-1741 | CTO Final | 03/15/2006 | |
| **OHIO SOUTHERN** | | | | | | | | | |
| 3-06-245 | Miller v. Ameriquest Mortgage Co. | Rose | 8 | CTO Filed | 09/26/2006 | 2006-5703 | CTO Final | 10/12/2006 | |
| **PENNSYLVANIA EASTERN** | | | | | | | | | |
| 2-05-4427 | D'Ambrogi, et al. v. Ameriquest Mortgage Co. | Rufe | 1 | CTO Filed | 02/27/2006 | 2006-1742 | CTO Final | 03/15/2006 | |
| **PENNSYLVANIA MIDDLE** | | | | | | | | | |
| 1-06-1595 | Garcia v. Ameriquest Mortgage Co. | Kane | 8 | CTO Filed | 09/26/2006 | | CTO Opposed | 10/12/2006 | |
| 1-06-1596 | Maltese v. Ameriquest Mortgage Co. | Conner | 8 | CTO Filed | 09/26/2006 | | CTO Opposed | 10/12/2006 | |
| **PENNSYLVANIA WESTERN** | | | | | | | | | |
| 2-05-309 | Calnhan v. Ameriquest Mortgage Co. | Lancaster | 2 | CTO Filed | 04/03/2006 | 2005-2474 | CTO Final | 04/19/2006 | |
| 2-05-391 | Kaltex v. Ameriquest Mortgage Co. | Standish | 1 | CTO Filed | 02/27/2006 | 2005-3586 | Transfer | 05/16/2006 | |
| **RHODE ISLAND** | | | | | | | | | |
| 1-05-527 | Pena v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | 2006-1924 | CTO Final | 03/28/2006 | |
| 1-05-528 | Duncan v. Ameriquest Mortgage Co. | Torres | 1 | CTO Filed | 02/27/2006 | 2006-1925 | CTO Final | 03/28/2006 | |
| 1-05-529 | Eyre v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | 2006-1926 | CTO Final | 03/28/2006 | |
| 1-05-530 | Parisi v. Ameriquest Mortgage Co. | Torres | 1 | CTO Filed | 02/27/2006 | 2006-1927 | CTO Final | 03/28/2006 | |
| 1-05-531 | Frost v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | 2006-1928 | CTO Final | 03/28/2006 | |
| 1-05-532 | Silvia v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | 2006-1929 | CTO Final | 03/28/2006 | |
| 1-05-533 | Creanze v. Ameriquest Mortgage Co. | Lisi | 1 | CTO Filed | 02/27/2006 | 2006-1930 | CTO Final | 03/28/2006 | |
| 1-05-538 | Leclere v. Ameriquest Mortgage Co. | Smith | 1 | CTO Filed | 02/27/2006 | 2006-1931 | CTO Final | 03/28/2006 | |
| 1-06-40 | Leal v. Ameriquest Mortgage Co. | Torres | 2 | CTO Filed | 04/03/2006 | 2006-2475 | CTO Final | 04/19/2006 | |
| 1-06-41 | Gould v. Ameriquest Mortgage Co. | Smith | 2 | CTO Filed | 04/03/2006 | 2006-2476 | CTO Final | 04/19/2006 | |
| 1-06-67 | Silvia v. Ameriquest Mortgage Co. | Lisi | 2 | CTO Filed | 04/03/2006 | 2006-2477 | CTO Final | 04/19/2006 | |
| 1-06-68 | Carney v. Ameriquest Mortgage Co. | Smith | 2 | CTO Filed | 04/03/2006 | 2006-2478 | CTO Final | 04/19/2006 | |
| 1-06-231 | Korlucki v. Ameriquest Mortgage Co. | Smith | 8 | CTO Filed | 09/26/2006 | 2006-5704 | CTO Final | 10/12/2006 | |
| 1-06-278 | Davis v. Ameriquest Mortgage Co. | Lisi | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 1-06-283 | Graf v. Argent Mortgage Co., LLC | Smith | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 1-06-345 | Meehan, et al. v. Ameriquest Mortgage Co. | Lisi | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |
| 1-06-347 | Dahmen, et al. v. Ameriquest Mortgage Co. | Torres | 8 | CTO Filed | 09/26/2006 | 2006-5705 | CTO Final | 10/12/2006 | |
| 1-06-353 | Montello v. Ameriquest Mortgage Co. | Smith | 8 | CTO Filed | 09/26/2006 | 2006-5706 | CTO Final | 10/12/2006 | |
| 1-06-365 | Harfington, et al. v. Ameriquest Mortgage Co. | Smith | 8 | CTO Filed | 09/26/2006 | 2006-5707 | CTO Final | 10/12/2006 | |
| 1-06-374 | Bertenshaw, et al. v. Ameriquest Mortgage Co. | Smith | 8 | CTO Filed | 09/26/2006 | 2006-5708 | CTO Final | 10/12/2006 | |
| 1-06-389 | Moss, et al. v. Argent Mortgage Co., LLC. | Smith | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |

*(Docket 1.715 Case Listing Cont'd)*

Page 7

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination - Date |
|---|---|---|---|---|---|---|---|---|---|
| **SOUTH CAROLINA** | | | | | | | | | |
| 3-06-2493 | Smith v. Ameriquest Mortgage Co. | Currie | 9 | CTO Filed | 10/16/2006 | | CTO Final | 11/01/2006 | |
| **TENNESSEE EASTERN** | | | | | | | | | |
| 1-06-192 | Arnold, et al. v. Ameriquest Mortgage Co. | Mattice | 2 | CTO Filed | 04/03/2006 | 2006-2479 | CTO Final | 04/19/2006 | |
| **TENNESSEE MIDDLE** | | | | | | | | | |
| 3-05-793 | Reese v. Ameriquest Mortgage Co., et al. | Echols | 1 | CTO Filed | 02/27/2006 | 2006-3587 | Transfer | 06/16/2006 | |
| 3-05-1074 | Raines v. First American Title Insurance Co., et al. | Trauger | 2 | CTO Filed | 04/03/2006 | 2006-2480 | CTO Final | 04/19/2006 | |
| **TEXAS EASTERN** | | | | | | | | | |
| 9-05-75 | Morehouse, et al. v. Ameriquest Mortgage Co. | Heartfield | 7 | CTO Filed | 08/16/2006 | | CTO Opposed | 08/25/2006 | |
| **WISCONSIN EASTERN** | | | | | | | | | |
| 2-06-12 | Forrest v. Ameriquest Mortgage Co. | Stadtmueller | 2 | CTO Filed | 04/03/2006 | | Transfer | 08/10/2006 | |
| 2-06-654 | Addison v. Ameriquest Mortgage Co., et al. | Stadtmueller | 6 | CTO Filed | 08/08/2006 | | CTO Final | 08/24/2006 | |

**REPORT SUMMARY and FILTERS**

Docket: 1715 - Ameriquest Mortgage Co. Mortgage.
Lending Practices
For Open Cases

There are 220 Cases on this Report.

| | | | |
|---|---|---|---|
| 88 XYZ Actions | 114 Transferred Actions | | |
| 3 Suspense Actions | 0 Terminated Actions | | |

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 13th day of November 2006, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage