**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| JOSE RODRIGUEZ and ) <br> LYNORE RODRIGUEZ, ) <br> on behalf of themselves and the classes ) <br> defined herein, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TOWN & COUNTRY CREDIT CORP., ) <br> AMC MORTGAGE SERVICES, INC., ) <br> EMC MORTGAGE CORPORATION, ) <br> and DOES 1-5, ) <br> ) <br> Defendants. ) | 06 cv 1950 <br><br> Judge Kennelly <br><br> (temporarily reassigned to Judge Aspen) <br><br> **JURY DEMANDED** |

**PLAINTIFFS' MOTION TO WITHDRAW CLASS ALLEGATIONS**

Plaintiffs respectfully move this Court for an Order withdrawing their class allegations without prejudice.

1. Plaintiffs wish to withdraw the class allegations plead in their complaint under Counts I and II. Their complaint contains no other class allegations.

2. No class has been certified in this action and, therefore, notification to the proposed class is not required under F. R. Civ. P. 23(e).

1

      3.      Further, no putative class member will be bound by the withdrawal of class allegations because plaintiffs are dismissing them without prejudice.

      4.      Finally, no settlement or other agreement whatsoever has been made by the parties in connection with plaintiffs' request to withdraw the class allegations.

      5.      Plaintiffs do not dismiss any of their individual claims, including their individual claims under Count I and II.

WHEREFORE, plaintiffs respectfully request that the Court enter an Order granting plaintiffs' motion to withdraw their class allegations without prejudice and granting any further or other relief.

              Respectfully submitted,

              s/ Al Hofeld, Jr.
              Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)