**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ ) | | Lead Case No. 05-cv-07097 |
| | ) | |
| | ) | Centralized before Judge |
| | ) | Marvin E. Aspen |
| | ) | |

| | | |
|---|---|---|
| MIKE A. KUKLA, | ) | |
| on behalf of himself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 06 cv 4720 |
| | ) | |
| v. | ) | |
| | ) | (transferred from the E. D. MI) |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| AMERIQUEST MORTGAGE SECURITIES, | ) | |
| INC., AMC MORTGAGE SERVICES, | ) | |
| INC., and DOES 1-5, | ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO WITHDRAW CLASS ALLEGATIONS**

Plaintiff respectfully moves this Court for an Order withdrawing his class allegations without prejudice.

1.      Plaintiff wishes to withdraw the class allegations plead in his complaint under Counts II and III.  His complaint contains no other class allegations.

2.      No class has been certified in this action and, therefore, notification to the proposed class is not required under F. R. Civ. P. 23(e).

3.      Further, no putative class member will be bound by the withdrawal of

1

class allegations because plaintiff is dismissing them without prejudice.

4.      Finally, no settlement or other agreement whatsoever has been made by the parties in connection with plaintiff's request to withdraw the class allegations.

5.      Plaintiff does not dismiss any of his individual claims, including his individual claims under Counts II and III.

WHEREFORE, plaintiffs respectfully request that the Court enter an Order granting plaintiffs' motion to withdraw their class allegations without prejudice and granting any further or other relief.

Respectfully submitted,


s/ Al Hofeld, Jr.
Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

2