**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| JAMES BESTERFIELD, on behalf of himself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 06 C 2676 |
| v. | ) ) ) | Judge Lindberg (temporarily reassigned to Judge Aspen) |
| AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., and DOES 1-5, | ) ) ) ) ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Tuesday, November 21, 2006** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION TO WITHDRAW CLASS ALLEGATIONS,** a copy of which is hereby served upon you.

                                                            s/ Al Hofeld, Jr
                                                            Al Hofeld, Jr

Daniel A. Edelman

Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

        I, Al Hofeld, Jr., hereby certify that on November 13, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Craig Allen Varga
cvarga@vblhc.com

Jonathan N. Ledsky
jledsky@vblhc.com

                                                  s/ Al Hofeld, Jr
                                                  Al Hofeld, Jr