**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| SCOTT JEFFRESS; PAMELA JEFFRESS; TAMMY M. GOODS, RITA GUYDON, and KEVIN GUYDON,        Plaintiffs, <br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., and JOHN DOES 1-100, <br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 06 C 3423<br><br>(transferred from the N. D. IN)<br><br>Judge Aspen<br><br>**JURY DEMANDED** |

**PLAINTIFFS' MOTION TO WITHDRAW CLASS ALLEGATIONS**

Plaintiffs respectfully move this Court for an Order withdrawing their class allegations without prejudice.

1. Plaintiffs wish to withdraw the class allegations plead in their complaint under Counts I and III. Their complaint contains no other class allegations.

2. No class has been certified in this action and, therefore, notification to the proposed class is not required under F. R. Civ. P. 23(e).

1

3. Further, no putative class member will be bound by the withdrawal of class allegations because plaintiffs are dismissing them without prejudice.

4. Finally, no settlement or other agreement whatsoever has been made by the parties in connection with plaintiffs' request to withdraw the class allegations.

5. Plaintiffs do not dismiss any of their individual claims, including their individual claim under Count III.

WHEREFORE, plaintiffs respectfully request that the Court enter an Order granting plaintiffs' motion to withdraw their class allegations without prejudice and granting any further or other relief.

Respectfully submitted,

s/ Al Hofeld, Jr.
Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)