**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before Judge Marvin E. Aspen |
| SANDRA HARRIS and NORMAN HARRIS, on behalf of themselves and the classes defined herein, | |
| Plaintiffs, | 06 C 3048 |
| v. | Judge Filip (temporarily reassigned to Judge Aspen) |
| TOWN & COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC., EMC MORTGAGE CORPORATION, and DOES 1-5, | |
| Defendants. | **JURY DEMANDED** |

**PLAINTIFFS' MOTION TO DISMISS COUNTS II AND III OF THEIR COMPLAINT**

Plaintiffs respectfully move this Court for an Order dismissing counts II and III without prejudice.

1. Plaintiffs wish to withdraw the individual and class claims plead in their complaint under Counts II and III.

2. No class has been certified in this action and, therefore, notification to the proposed class is not required under F. R. Civ. P. 23(e).

3. Further, no putative class member will be bound by the withdrawal of class allegations because plaintiffs are dismissing them without prejudice.

       4.       Finally, no settlement or other agreement whatsoever has been made by the parties in connection with plaintiffs' request to withdraw the class allegations.

       5.       Plaintiffs do not dismiss Count I.

WHEREFORE, plaintiffs respectfully request that the Court enter an Order granting plaintiffs' motion to dismiss Counts II and III of their complaint without prejudice and granting any further or other relief.

       Respectfully submitted,

       <u>Al Hofeld, Jr.</u>
       Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)