**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge Marvin E. Aspen |

---

| | |
|---|---|
| SANDRA HARRIS and NORMAN HARRIS, on behalf of themselves and the classes defined herein, <br><br> Plaintiffs, <br><br> v. <br><br> TOWN & COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC., EMC MORTGAGE CORPORATION, and DOES 1-5, <br><br> Defendants. | 06 C 3048 <br><br> Judge Filip <br> (temporarily reassigned to Judge Aspen) <br><br> **JURY DEMANDED** |

<u>**NOTICE OF MOTION**</u>

**TO:** SEE ATTACHED SERVICE LIST

   **PLEASE TAKE NOTICE** that on **Tuesday, November 21, 2006** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION TO DISMISS COUNTS II AND III OF THEIR COMPLAINT,** a copy of which is hereby served upon you.

           <u>s/ Al Hofeld, Jr</u>
           Al Hofeld, Jr

Daniel A. Edelman
Cathleen M. Combs

James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Al Hofeld, Jr., hereby certify that on November 13, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Craig Allen Varga
cvarga@vblhc.com


Jonathan N. Ledsky
jledsky@vblhc.com


Richard E. Gottlieb
rgottlieb@dykema.com

Glenn L. Hara
ghara@dykema.com

Margaret J. Rhiew
mrhiew@dykema.com

               s/ Al Hofeld, Jr
               Al Hofeld, Jr