# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

## PLAINTIFFS' SUPPLEMENTAL NOTICE OF CASES PENDING THAT ARE SUBJECT TO REASSIGNMENT OR TRANSFER

In an effort to reconcile their pleading, filed on November 13, 2006, concerning cases pending for transfer or reassignment (Docket No. 287) with pleadings filed by Ameriquest (Docket No. 291) and Edelman, Combs, Latturner & Goodwin ("ECLG") (Docket No. 288), plaintiffs have undertaken an additional review of the status of pending cases with the following results:

**I.     CASES WITH ACTIVE PROCEEDINGS FOR REASSGNMENT:**

None. All parties agree that there are no cases filed in the Northern District of Illinois with active proceedings for reassignment. Plaintiffs' Report, p. 2; Ameriquest, fn. 2; ECLG, pp. 3-4.

**II.    CASES TRANSFERRED OR REASSIGNED IN ADDITION TO THOSE INCLUDED IN THE PRIOR ORDER OF THE COURT.**

Although the Court did not request this information, Plaintiffs agree with the list submitted by Ameriquest. The MDL panel has ordered transfer of a total of 114 active cases.

Ameriquest, pp. 3-7. In sum, 198 cases have been transferred or reassigned and are pending in this proceeding. Of these, 163 are individual cases. The majority of the individual cases were filed by ECLG.

### III. TOTAL NUMBER OF TRANSFERRED OR REASSIGNED CLASS CASES

There are thirty-five (35) class cases now pending in this proceeding following transfer or reassignment.[1] Plaintiffs note that they have contacted at least one counsel in each of the thirty-five (35) class cases already transferred or reassigned. Co-lead counsel intend to assimilate these pending class claims in the two consolidated and amended complaints mandated by this Court's organization order.

### IV. CASES SUBJECT TO CONDITIONAL TRANSFER ORDER ("CTO")

Ameriquest's list of fifteen (15) cases pending subject to an MDL panel CTO is accurate. Ameriquest, p. 8. Plaintiffs note that the parties agree that there are only two *class* cases subject to a CTO and that in both such cases, there are open proceedings to vacate the CTO. Both cases involve state law claims. If either such action is transferred, the claims can be added to the "borrower" Consolidated and Amended Complaint by amendment. Because there are active proceedings to vacate the CTOs, there is no way to know whether such cases will ever be transferred.

---

[1] Plaintiffs note the ECLG recently moved the Court to withdraw class allegations in six of the thirty-five cases. Plaintiffs will not object to these motions.

2

## V.  CASES NOTICED AS TAG-ALONGS

Ameriquest has listed thirty-five cases as having been identified as potential tag-along cases. Ameriquest, pp. 9-11. No conditional transfer order has yet been issued.[2] Plaintiffs have reviewed these complaints and only one appears to include class allegations (Becker, D. Md.).[3] Virtually all of the individual cases were filed by ECLG and other firms that are working with ECLG, such that counsel is fully apprised of the nature and scope of the MDL proceeding.

Respectfully submitted,

| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
|---|---|
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)  
Caryn Becker (CA Bar No. 196947)  
LIEFF, CABRASER, HEIMANN  
 & BERNSTEIN, LLP  
275 Battery Street, 30th Floor  
San Francisco, CA  94111-3339  
Telephone:  (415) 956-1000  
Facsimile:  (415) 956-1008  

Gary Klein  
Elizabeth Ryan  
Shennan Kavanagh  
RODDY KLEIN & RYAN  
727 Atlantic Avenue  
Boston, MA  02111-2810  
Telephone:  (617) 357-5500 ext. 15  
Facsimile:  (617) 357-5030  

*/s/ Terry Smiljanich*  
Terry Smiljanich  

Terry Smiljanich  
Jill Bowman  
JAMES, HOYER, NEWCOMBER  
 & SMILJANICH, P.A.  
One Urban Center, Suite 550  
4830 West Kennedy Boulevard  
Tampa, FL  33609  
Telephone: (813) 286-4100  
Facsimile:  (813) 286-4174  

*Proposed Plaintiffs' Co-Lead Counsel*

---

[2] Plaintiffs do not get served with copies of these complaints and therefore cannot verify the accuracy of Ameriquest's representations.

[3] Plaintiffs' counsel has contacted counsel in the Becker case to discuss the organization order.

3

    */s/ Marvin A. Miller*
    Marvin A. Miller

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

                *Proposed Plaintiffs' Liaison Counsel*

Date: November 17, 2006