**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**NOTICE OF NON-OPPOSITION TO MOTIONS TO WITHDRAW
CLASS ALLEGATIONS**

On November 7, 2006, this Court issued its Memorandum Opinion and Order (the "Order"), holding that this "litigation may resume at the later of November 13, 2006 or immediately upon resolution of the identified outstanding reassignment issues." [Docket No. 284, p. 12.] As detailed in the Statement Re Cases Awaiting Reassignment, filed by defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc.; and Argent Mortgage Company, LLC (collectively, "Defendants") on November 13, 2006, the reassignment of numerous cases remains unresolved. [Docket No. 291.] Despite the fact that the stay of this litigation remains in place, plaintiffs in certain actions have filed Motions to Withdraw Class Allegations. [Docket Nos. 292, 294, 295, 297, 299 and 301.] While Defendants believe that these motions are procedurally improper in light of the Court's stay, Defendants do not oppose these motions, as they withdraw class allegations in actions where a class could not be certified due to, among other things, the predominance of individual issues of fact and law. Moreover, as briefed by Defendants in this proceeding, certification of a class for rescission under the Truth in Lending Action is improper as a matter of law. [Docket No. 29.] *See, e.g., Jefferson v. Security Pac. Fin. Servs.,* 161 F.R.D. 63, 69 (N.D. Ill. 1995); *Murry v. America's Mortg. Banc, Inc.,* No. 03 C 5811, 03 C 6186, 2005 WL 1323364, at *10-11 (N.D. Ill. May 5, 2005).

DATED: November 17, 2006      By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

DATED: November 17, 2006      By:/s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

## CERTIFICATE OF SERVICE

      I, Bernard E, LeSage, hereby certify that on this 17th day of November 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      By: /s/ Bernard E. LeSage

BN 1041120v1