IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

**JOINT NOTICE CONCERNING SELECTION OF MEDIATOR**

The parties jointly inform the Court that, pursuant to Section VII of this Court's order of November 7, 2006, the parties have conferred and selected the following mediator for this proceeding:

Hon John K. Trotter (ret.)
JAMS
500 North State College Blvd.
Suite 600
Orange, CA 92868
Tel 714-939-1300
Fax 714-939-8710

A copy of Judge Trotter's resume is attached.

Respectfully submitted,

BN 878927v1                                                                 1

Dated: November 20, 2006

| | |
|---|---|
| */s/ Kelly M. Dermody*<br>Kelly M. Dermody | */s/ Gary Klein*<br>Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)
Caryn Becker (CA Bar No. 196947)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

  */s/ Jill Bowman*
Terry Smiljanich

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

  */s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4800
Facsimile: (312) 782-4485

*Plaintiffs' Liaison Counsel*

DATED: November 20, 2006 By: /s/  Bernard E. LeSage

*Attorneys for Defendant Ameriquest Mortgage Company*

Bernard E. LeSage (CA Bar No. 61870)
Sarah K. Andrus (CA Bar No. 174323)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400