**Hon. John K. Trotter (Ret.)** joined JAMS in 1987 upon early retirement from the California Court of Appeal. Justice Trotter has gained a reputation as one of the nation's leading experts in Alternative Dispute Resolution (ADR) and has a thorough knowledge of all ADR hearing formats and procedures.

**ADR Experience and Qualifications**

- Successfully resolved hundreds of cases involving:
    - Bad Faith
    - Construction Defects
    - Contract Disputes
    - Employment
    - Insurance Coverage
    - Personal Injury
    - Professional Liability
    - Toxic Torts
- Served as a Special Master in numerous complex cases in both Federal and State court
- Authored over 500 opinions while on the Court of Appeal
- Served on the Law and Motion, Settlement Conference and Civil Trial Court calendars of the Orange County Superior Court
- Specialized in civil litigation and tried in excess of 100 jury trials in State and Federal Court while in private practice

**Honors, Memberships, and Professional Activities**

- Recognized as a Top 30 California Neutral, Daily Journal, 2006
- Recognized as one of the "500 Leading Judges in America," by Lawdragon Magazine, 2006
- Recognized as a Top 50 California Neutral, Daily Journal, 2003
- Recognized as one of California's "Most Sought After Mediators and Arbitrators," by the Daily Journal, November 2002
- Recognized as one of the "Top 100 Lawyers in California," by the Daily Journal, September 2002
- "Appellate Justice of the Year" Award, California Trial Lawyers Association, 1986
- "Justice of the Year Award", Los Angeles Trial Lawyers Association, 1985
- "Franklin G. West" Award, Orange County Bar Association

- "Award of Appreciation", Mexican-American Bar Association
- Founding President, Robert A. Banyard Inns of Court, 1987
- President, Orange County Bar Association, 1978-1979
- President, American Board of Trial Advocates, 1968
- Disciplinary Hearing Officer, California State Bar Association
- Faculty Member: College of Trial Advocacy, National Institute of Trial Advocacy, and University of Southern California
- Taught Negotiation and Mediation Techniques to judges, attorneys, and business people throughout California

**Background and Education**

- Associate Justice Pro Tem, California State Supreme Court, 1983
- Presiding Justice, California Court of Appeal, Fourth District, Division Three, 1982-1987
- Associate Justice, California Court of Appeal, Fourth District, Division Two, March-December 1982
- Judge, Orange County Superior Court, 1979
- Private practice, 1961-1979
- J.D., University of Southern California Law School, 1961