# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

## PROOF OF SERVICE

I, Gary Klein, hereby certify that on this 20th day of November 2006, true and correct copies of the following document was filed electronically:

1. **JOINT NOTICE CONCERNING SELECTION OF MEDIATOR**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

I further certify that on November 20, 2006, a true and correct copy of this Proof of Service was filed electronically with the Court. True and correct copies of the documents listed above, as well as this Proof of Service, were additionally sent via email or by first class mail, postage prepaid, to the parties on the attached list who do not receive electronic service through the Court's ECF system.

/s/ Gary Klein
Gary Klein

# MDL SERVICE LIST
## IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

Melody A. Petrossian
Sarah K. Andrus
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

Bryan A. Kohm
Emmett C. Stanton
Aaron Myers
Fenwick & West LLP
801 California Street
Mountain View, CA 94041-2008

Shirley Hochhausen
Community Legal Services in East Palo Alto
2117-B University Avenue
East Palo Alto, CA 94303

Douglas Bowdoin
Law Office of Douglas C. Bowdoin
255 South Orange Avenue, Suite 800
Orlando, FL 32801

Jonathan Andrews Boynton
Sarah Brite Evans
Post Kirby Noonan & Sweat
American Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101-3302

Daniel A. Casey
Jonathan B. Morton
Jeffrey T. Kucera
Brian Mark Forbes
R. Bruce Allensworth
Kirkpatrick & Lockhart Nicholson Graham
  LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Daniel A. Edelman
Cathleen Combs
James Latturner
Tara Goodwin
Al Hofeld
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603

O. Randolf Bragg
Horowitz, Horowitz & Assoc.
25 E. Washington St. Suite 900
Chicago, IL 60602

Theresa I. Wigginton
Law Office of Theresa I. Wigginton
915 Oakfield Road, Suite F
Brandon, FL 33511

Lawrence Tien
Kamran Mashoyekh
The Tien Law Firm, LLP
2201 Timberloch, Suite 1100
The Woodlands, TX 77380


Harry N. Arger
Todd A. Gale
Richard E. Gottlieb
David A. Wheeler
Dykema Gossett, PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606


Suzette V. Sims
Bunger & Robertson
226 South College Square
P.O. Box 910
Bloomington, IN 47402

Edward P. Grimmer, PC
603 N. Main Street
Crown Point, IN 46307

James M. Boyers
Jamie A. Young
Wooden & Mclaughlin LLP
211 N. Pennsylvania
One Indiana Square , Suite 1800
Indianapolis, IN  46204

Richard P. Colbert
Alexandra van Nes Dolger
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047