IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

### PLAINTIFFS' NOTIFICATION OF AGREED-UPON MEDIATOR

Pursuant to the requirement set forth in this Court's November 7, 2006 Memorandum Opinion and Order (at page 14), the plaintiffs represented by the law firms of Edelman, Combs, Latturner and Goodwin, LLC ("the ECLG plaintiffs") and The Law Firm of Daniel Harris hereby notify this Court of their selection of a mediator.

Before the Court issued its Memorandum Opinion and Order on November 7, 2006, ECLG, Daniel Harris and the Ameriquest parties had conferred and agreed to have Presiding Magistrate Judge Morton Denlow mediate the individual cases of ECLG plaintiffs, provided Judge Denlow is available and willing to accept the assignment. The primary reason plaintiffs' counsel preferred Judge Denlow is the fact that many individual plaintiffs cannot afford to pay even a portion of the high cost associated with private mediation. Plaintiffs' counsel believed and believe that this requirement would put plaintiffs at a significant disadvantage in mediation.

Nevertheless, since the time this Court issued its Order on November 7, 2006, counsel for the ECLG and Daniel Harris plaintiffs conferred with counsel for the Ameriquest parties and agreed, in the alternative, that, in the event this Court insists upon private mediation, then the parties

agree to have retired Cook County Circuit Court Chief Judge Donald P. O'Connell serve as the outside mediator. A curriculum vitae and biography for Judge O'Connell are attached in Exhibit A. The parties have not yet contacted the Judge to ascertain his availability. However, the ECLG and Daniel Harris plaintiffs remain very concerned about many plaintiffs' ability to afford even a relatively small contribution toward the cost of private mediation.

Respectfully submitted,

s/Al Hofeld, Jr.
Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L Goodwin
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200/(312) 419-0379 (FAX)

Daniel Harris
LAW OFFICES OF DANIEL HARRIS
150 North Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 960-1802/(312) 960-1936 (FAX)

1.

# EXHIBIT A

# O'CONNELL MEDIATION SERVICES | RONALD P. O'CONNELL

HOME    SERVICES    AWARDS    CONTACT US

## Curriculum Vitae

### Education:
Northwestern University School of Law
J.D. 1968

### Bar Admissions:
Supreme Court of Illinois, 1968
Federal District Court for the Northern District of Illinois

### Professional:

*September, 2004 - Present*
Full-Time Private Mediation Practice

*August, 2001 - September, 2004*
Private Mediation Practice and
University of Illinois
Special Counsel - Medical Negligence

*December, 1994 - August, 2001*
Chief Judge and additionally assigned to the
Law Division, Circuit Court of Cook County

*December, 1990 - December, 1994*
Presiding Judge of the Law Division,
Circuit Court of Cook County

*June, 1984 - December, 1990*
Presiding Judge of the First Municipal
District and additionally assigned to the
Law Division, Circuit Court of Cook County

*December, 1978 - June, 1984*
Assigned to the Law Division as a motion and
jury trial judge, Circuit Court of Cook County

### Mediation Training:
Judge O'Connell received his mediation training at the National Judicial College.

### Mediation Experience:
In addition to administrative responsibilities, maintained active Law Division individual motion and mediation calendars of catastrophic injury and commercial cases while also hearing regular Law Division motion calls or trials during entire 22 year tenure as a Circuit Judge.

Successfully conducted voluntary judicial mediation conferences in complex multiple party wrongful death and catastrophic injury products liability, construction, medical malpractice, aviation, railroad and other negligence cases as well as commercial litigation.

Significant experience in mediating multiple injury/wrongful death occurrences such as airplane crashes, explosions and construction site collapses.

Since August 1, 2001 successfully conducted private mediations in catastrophic injury, wrongful death and commercial cases.

### Special Mediation Recognition:

Recognized by the *Chicago Lawyer Magazine* in the "Annual Personal Injury Settlements" edition for consecutive years as the leading judge in the State of Illinois for the most settlements of significant injury and wrongful death cases.

Recognized by the *Leading Lawyers Network* for ADR: Commercial.

In 2006 Judge O'Connell was selected by LawDragon as one of the "LawDragon 500" leading public and private judges in America.

© 2004 O'Connell Mediation Services

# O'CONNELL MEDIATION SERVICES | DONALD P. O'CONNELL

SERVICES | CURRICULUM VITAE | AWARDS | CONTACT US

## Welcome

In 2006 Judge Donald P. O'Connell was selected for his private mediation success as one of the "LawDragon 500" outstanding public and private judges in America. Early in his judicial career, Judge Donald P. O'Connell received his mediation training at the National Judicial College. Since becoming a judge in 1978 and continuing after his retirement from the bench, Judge O'Connell has successfully mediated more than 10,000 complex tort and commercial cases.

Donald P. O'Connell served in the Law Division of the Circuit Court of Cook County for his entire judicial career. Complex tort and commercial cases are filed in the Law Division. No other judge in the history of the court served his entire judicial career in the Law Division. All other judges commenced their careers in divisions hearing traffic, misdemeanor, criminal, minor civil, domestic relations or other divisions of the court before ascending to the Law Division. When Judge O'Connell was asked to administer the 100 judges in the First Municipal District in 1984, that division of the court was besieged with problems. O'Connell agreed to assume administration of the troubled division as its Presiding Judge only if allowed to maintain his Law Division calendar of complex tort and commercial cases.

Retired Chief Judge Donald P. O'Connell has over 25 years experience successfully mediating complex personal injury and commercial cases.

After bringing respect back to the First Municipal District, Judge O'Connell became the Presiding Judge of the 65 judges in the Law division. In that capacity he instituted many reforms including dedicated commercial calendars, court annexed voluntary mediation, local rules to expedite and streamline case management and many other changes resulting in significant reductions in the average age of Law Division cases. He administered the Law Division while continuing to maintain his own calendar of complex Law Division cases.

As Chief Judge of the Circuit Court of Cook County, Judge O'Connell continued to institute improvements in the court. Again, he did so while maintaining his own calendar of complex Law Division cases.

While a judge of the Circuit Court of Cook County, each year O'Connell successfully conducted over 500 mediations of complex tort and commercial cases.

Upon retirement from the court, Judge O'Connell began his private, independent mediation practice designated "O'Connell Mediation Services."

Since his retirement from the court in 2001, O'Connell has successfully mediated in excess of 2000 cases. Donald P. O'Connell achieved special recognition from *Leading Lawyers Network* for: "ADR: Commercial".

(Click on *Leading Lawyers Network*, below).



Leading Lawyers Network, a division of Law Bulletin Publishing Company, surveyed more than 50,000 Illinois lawyers to determine the best lawyers in the state. Survey respondents could not nominate themselves or lawyers at their firm. Only those listed lawyers most recommended by their peers can be called Leading Lawyers, and that number will not exceed 5% of the number of lawyers licensed to practice in the state.

O'Connell Mediation Services  
http://www.oconnellmediationservices.com/  
© 2004 O'Connell Mediation Services  
2 of 2  
11/20/2006 1:41 PM

# O'CONNELL MEDIATION SERVICES | DONALD P. O'CONNELL

HOME | SERVICES | CURRICULUM VITAE | CONTACT US

## Awards

**American Bar Association, Judicial Administration Division, The National Conference of State Trial Judges,**
*Award of Judicial Excellence, 2000*

**Asian American Bar Association of Greater Chicago Area**
*Award of Appreciation for Diversity Program, 2000*

**The Chicago Center for Conflict Resolution,**
*Resolution for Support of Alternative Dispute Resolution, 1999*

**The Chicago Bar Association's Board of Managers,**
*Resolution for outstanding Leadership of the Circuit Court, 1999*

**Women's Bar Association of Illinois and the Black Women Lawyers' Association**
*Vision Award, 1999*

**National Association of Women Lawyers,**
*President's Award for the Advancement of Women in the Profession, 1998*

**Alliance of Bar Associations for Diversity,**
*Vanguard Award Commitment to Diversity on the Bench and the Bar, 1998*

**Illinois State Bar Association**
*Access to Justice Award, 1997*

**West Suburban Bar Association**
*Distinguished Service Award, 1997*

**Cook County Bar Association**
*Albert C. Maule Public Service Award, 1997*

**Phi Alpha Delta Law Fraternity,**
*Judicial Performance Award, 1997*

**The John Marshall Law School Alumni Association**
*Freedom Award, 1996*

**American Judicature Society,**
*Award for Initiatives to Improve the Judicial System, 1996*

**Northwestern University School of Law**
*Leadership Award, 1995*

**Illinois State Bar Association**
*Board of Governors Award, 1995*

**Illinois Judicial Counsel,**
*Chairperson's Special Award, 1995*

**The Women's Bar Association of Illinois,**
*Award recognizing Efforts on Behalf of Women in the Judiciary, 1995*

**Celtic Legal Society,**
*Person of the Year, 1995*

**IVI-IPO,**
*Bill of Rights Bicentennial Award, 1992*

**Chicago Lawyer,**
*Person of the Year Award, 1991*

***Illinois task force on Child Support Award,***
Reforms instituted in the collection of child support award in the Circuit Court of Cook County, 1990

**American Judicature Society,**
*Herbert Harley Award,* Reforms instituted in the First Municipal District, 1989.

***Cook County Court Watching Project Award,***
outstanding Leadership for Initiating Improvements in the First Municipal District, 1989

**Women's Bar Association,**

*Award for Administrative Leadership*, 1986

**Chicago Crime Commission,**
*Distinguished Service Award*, 1985

**Chicago Counsel of Lawyers,**
*Commendation for Administrative Accomplishments in Municipal District One*, 1985

**Cook County Court Watching Project**
*Award for Outstanding Leadership in Initiating Innovative Improvements in the Management of Municipal District One*, 1985

## SEMINAR PRESENTATION AND TEACHING

**Chicago Bar Association,** 1985
Young lawyers Section-Bench/Bar Relations Committee
"Observations Regarding Jurors"

**Chicago Bar Association** 1986
Young Lawyers Section-Bench/Bar Relations Committee
"Recent Developments in the First Municipal District"

**Chicago Bar Association Symposium** 1986
"Ethical Issues Facing the Legal Community"

**Illinois Judicial Conference,** 1985-1986
"Judicial Ethics and Conduct"

**American Bar Association,** 1987
Litigation Section, Products Liability Seminar
"Consumerism in Closing Arguments" Fall Annual Meeting

**Illinois Supreme Court New Judges seminar,** 1983-1988
"Trial Practice"

**National Conference on Metropolitan Courts,** 1989
"Pre-Bench Judicial Training"

**American Bar Association,** 1989

National Conference on Judicial Performance Evaluation

**Chicago Bar Association,**1989
Circuit Court Committee, "Raising the Jurisdictional Limit of the Law Division"

**American Bar Association,**1989
Judiciary Committee, "Judicial Performance Evaluation"

**American Judicature Society/American Arbitration Association,**1989
Mediation Training Program, "Ethics of Judicial Mediation"

**Circuit Court of Cook County, Law Division Judges' Workshop,** 1991
"Improving the Performance of the Circuit Court of Cook County"

**Conference of Chief Judges,** 1991

**Chicago Bar Association,**1991
Continuing Legal Education Seminar,
"Motion Practice in the Law Division"

**Chicago Bar Association,**1992
Civil Practice Committee

**Chicago Bar Association,**1992
Young Lawyers Section-Bench/Bar Committee, "Experience as a Judge"

**Chicago Bar Association,**1992
Young Lawyers Section-Bench/Bar Committee
"Successful Practice in the Law Division"

**Chicago Bar Association,**1993
"Voluntary Mediation"

**Illinois Supreme Court,
Alternative Dispute Resolution Coordinating Committee,** 1993
"Civil Case Mediation Project"

**Chicago Bar Association,**1993
Circuit Court Committee

**Women's Bar Association,**1993

Tort Committee

**Illinois State Bar Association,** 1993
Alternative Dispute Resolution Coordinating Committee

**Chicago Bar Association** 1993
Tort Litigation Committee

**Chicago Bar Association,** 1991-1993
Judiciary Committee

**Illinois State Bar Association, Tort Litigation Committee,** 1985
"Practice in the Law Division"

**Cable Television Program "Law Corner", Northwest Suburban Area,** 1995
"Circuit Court of Cook County"

**West Suburban Bar Association,** 1995
"Practice in the Law Division"

**West Suburban Bar Association,** 1995
"Expansion of Suburban Jurisdiction"

**Society of Trial Lawyers,** 1995
"Practice in the Law Division"

**Northwest Suburban Bar Association,** 1995
"Expanding Jurisdiction of the Suburban Courts"

**National Association of Women Lawyers
and Women's Bar Association of Illinois,** 1996

**Chicago Bar Association, Civil Practice Committee,** 1996

**American Judicature Society, Oak Brook Hills Hotel & Resort,** 1996
"Serving the Public: an Education Module for Court Employees"

**Cook County Bar Association,** 1996
"New Discovery Rules"

**Chicago Bar Association, Tort Litigation Committee,** 1996

"Mandatory Arbitration"

**Chicago Bar Association, Long Range Planning Committee,** 1996
"Court Records"

**North Suburban Bar Association,** 1996
"Successful Practice in the Law Division"

**Women's Bar Association of Illinois,** 1997
Tort Committee

**Chicago Bar Association,** 1997
Annual Pro Bono Service Awards

**Chicago Bar Association,** 1997
Civil Practice Committee

**Circuit Court of Cook County Committee on Racial, Ethnic and Sexual Orientation Awareness in the Courts** 1998

**Illinois Supreme Court Rules Committee,** 1998
"Remote Electronic Access"

© 2004 O'Connell Mediation Services