# EXHIBIT E

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower :   Consuelo G  Perez
            Juan L  Perez

Loan Number :   0080833403 - 5699

| Payee | Amount |
|-------|--------|
| Ameriquest Mortgage 0040404535 | $111,813.09 |
| PROPERTY TAXES                             (W) | $121.90 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total Wire:     $1,282.76

Loan Amount:          119,425.00

Cash/Check from
Borrower:                          —

Borrower Proceeds:       $68.36

| Borrower  Consuelo G  Perez | Date | Borrower  Juan L. Perez | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Title Company Representative Signature | Date | | |

0000080833403030307430707

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower : Consuelo G. Perez
               Juan L. Perez

Loan Number :  0080833403 - 5699

| Payee | | Amount |
|---|---|---|
| Ameriquest Mortgage 0040404535 | | $111,813.09 |
| PROPERTY TAXES | (W) | $121.90 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Wire:    $1,282.76

Loan Amount:          119,425.00

Cash/Check from
Borrower:

Borrower Proceeds:      $68.36

| Borrower  Consuelo G. Perez | Date | Borrower  Juan L. Perez | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Title Company Representative Signature | Date | | |

0000008083340303007430707

# EXHIBIT F

**CLOSING INSTRUCTIONS**
**ITEMIZATION OF SETTLEMENT CHARGES**

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| PLACER TITLE CO /NAT'L CLOSING SOLUTIONS | JUDY L HARP | (916)435-0435 | |

| Borrower(s) | Property Address |
|---|---|
| Consuelo G Perez  Juan L. Perez | 1922 Prospect Avenue SE |
| | GRAND RAPIDS          MI      49507 |
| | Loan Number: 0080833403 |

FROM: Ameriquest Mortgage Company - Portfolio    Phone No. **(916)853-4715**    Fax **(916)853-4885**
Branch Name      Branch Phone No.      Branch Fax Number

**BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .**

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801. Loan origination fee   % to | | |
| 802. Loan discount 3.800 % to  Ameriquest Mortgage Company | | $4,538.15 |
| 803. Apprsl/Prep Val to | | $0.00 |
| 808. Yield Spread Premium to | | |
| 809. | | |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | | $35.00 |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | | $16.00 |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | | $626.00 |
| 813.Admin to Ameriquest Mortgage Company | | $239.00 |
| 814. Doc. Prep. Fee to | | |
| 815. Credit Report Fee to | | |
| 816. Origination Fee   % to | | |
| 817. Application Fee to  Ameriquest Mortgage Company | | $360.00 |
| 818. Underwriting Fee to | | |
| 819. Service Provider Fee to | | |
| 820. Processing Fee  to | | |
| 821. Underwriting Fee to | | |
| 822. Appraisal Fee to | | |
| 901. Interest from 06/21/2004  to  07/01/2004  @  $26.50 per day | | $265.00 |
| 902. Mortgage Insurance premium for          months to | | |
| 903. Hazard Ins prem  to | | $0.00 |
| 904. Flood Ins prem  to | | |
| 1001. Hazard Insurance    months @ $   per month | | |
| 1002. Mortgage insurance    months @ $   per month | | |
| 1003. Earthquake Ins   months @ $   per month | | |
| 1004. County prop taxes    months @ $   per month | | |
| 1005. Annual assess    months @ $   per month | | |
| 1006. Flood    months @ $   per month | | |
| 1007. Windstorm Ins    months @ $   per month | | |
| 1008. | | |
| 1101. Settlement or closing fee to  CA DOC SIGNERS | | $250.00 |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| 1108. Title Insurance to  PLACER TITLE CO./NAT'L | | $472.50 |
| 1109. Lender's coverage | | |
| 1110. Owner's coverage          $ | $472.50 | |
| 1111. Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to PLACER TITLE CO. | | $450.00 |
| 1201. Recording fees | | $125.00 |
| 1202. City/county tax/stamps | | |
| 1203. State tax/ stamps | | |
| 1204. State specific fee | | |
| 1301. Demand to | | |
| 1302. Pest Inspection to | | |
| 1303. Survey Fee | | |
| 1304. Staff Appraiser Fee | | |
| 1305. Reconveyance Fee to | | |
| 1306. | | |
| 1307. Property Val Fee to | | |
| 1308. Courier Fee | | $45.00 |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents
have been prepared unless new loan documents are generated.

| | | | |
|---|---|---|---|
| Borrower  Consuelo G. Perez | Date | Borrower  Juan L. Perez | Date |
| Borrower | Date | Borrower | Date |
| Title Company Representative Signature | Date | | |

## CLOSING INSTRUCTIONS
## ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| PLACER TITLE CO./NAT'L CLOSING SOLUTIONS | JUDY L HARP | (916)435-0435 | |

| Borrower(s) | Property Address |
|---|---|
| Consuelo G Perez  Juan L Perez | 1922 Prospect Avenue SE |
| | GRAND RAPIDS          MI          49507 |
| | Loan Number: 0080833403 |

FROM: <u>Ameriquest Mortgage Company – Portfolio</u>          Phone No. <u>(916)853-4715</u>          Fax <u>(916)853-4885</u>
Branch Name                                          Branch Phone No.                          Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN.  YOU MUST USE
THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT.  YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT
PRIOR WRITTEN AUTHORIZATION FROM  VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801  Loan origination fee     % to | | |
| 802. Loan discount  3.800 % to  Ameriquest Mortgage Company | | $4,538.15 |
| 803. Apprsl/Prop Val to | | $0.00 |
| 808  Yield Spread Premium to | | |
| 809 | | |
| 810  Tax Related Service Fee to  Ameriquest Mortgage | | $35.00 |
| 811  Flood Search Fee to  Ameriquest Mortgage Company | | $16.00 |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | | $626.00 |
| 813.Admin to Ameriquest Mortgage Company | | $239.00 |
| 814  Doc  Prep  Fee to | | |
| 815. Credit Report Fee to | | |
| 816  Origination Fee    % to | | |
| 817  Application Fee to  Ameriquest Mortgage Company | | $360.00 |
| 818. Underwriting Fee to | | |
| 819  Service Provider Fee to | | |
| 820  Processing Fee  to | | |
| 821  Underwriting Fee to | | |
| 822. Appraisal Fee to | | |
| 901  Interest from 06/21/2004  to  07/01/2004  @  $26.50 per day | | $265.00 |
| 902. Mortgage insurance premium for          months to | | |
| 903. Hazard ins prem to | | $0.00 |
| 904. Flood Ins prem  to | | |
| 1001 Hazard insurance    months @ $    per month | | |
| 1002. Mortgage insurance    months @ $    per month | | |
| 1003. Earthquake Ins    months @ $    per month | | |
| 1004  County prop. taxes    months @ $    per month | | |
| 1005  Annual assess    months @ $    per month | | |
| 1006  Flood    months @ $    per month | | |
| 1007  Windstorm Ins    months @ $      per month | | |
| 1008. | | |
| 1101  Settlement or closing fee to  CA DOC SIGNERS | | $250.00 |
| 1102. Abstract or title search to | | |
| 1103  Title examination to | | |
| 1105  Document preparation to | | |
| 1106  Notary fees to | | |
| 1107  Attorney's fees to | | |
| 1108  Title insurance to  PLACER TITLE CO./NAT'L | | $472.50 |
| 1109  Lender's coverage | | |
| 1110  Owner's coverage          $ | $472.50 | |
| 1111  Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to PLACER TITLE CO. | | $450.00 |
| 1201  Recording fees | | $125.00 |
| 1202. City/county tax/stamps | | |
| 1203  State tax/ stamps | | |
| 1204. State specific fee | | |
| 1301  Demand to | | |
| 1302. Pest Inspection to | | |
| 1303  Survey Fee | | |
| 1304  Staff Appraiser Fee | | |
| 1305.  Reconveyance Fee to | | |
| 1306. | | |
| 1307  Property Val Fee to | | |
| 1308. Courier Fee | | $45.00 |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents
have been prepared unless new loan documents are generated.

| Borrower Consuelo G  Perez | Date | Borrower  Juan L  Perez | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Title Company Representative Signature | Date | | |

||||||||||||||||||||||||||||||||||
0080833403408074307060000

# EXHIBIT G

**Ameriquest Mortgage Company**

**Summary of Debts and Disbursements**
(Refinance Loans Only)

Date: June 2, 2004
Branch:
Portfolio Retention 15

Borrower: Consuelo G. Perez   Juan L. Perez

Loan Number: 00B0833403 - 5699

| Fees | | |
|---|---|---|
| Loan Discount Fee | 3.800 | $4,538.15 |
| Lender Retained Fees | | $1,276.00 |
| Prepaid Interest | | $265.00 |
| Fees Paid to Others | | $1,342.50 |

Short to Close

Total Payoffs          $111,934.99

Cash to Borrower        $68.36

Total Points & Fees          $7,421.65

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| CBCS | $0.00 | | $3.00 |
| CBCS | $50.00 | | $2.00 |
| FASHION BUG | $518.00 | | $26.00 |
| CBCS | $70.00 | | $3.00 |
| Ameriquest Mortgage 004040453S | | $111,813.09 | |
| Hfc | $4,628.00 | | $100.00 |
| MCCBG/JCPENN | $618.00 | | $19.00 |
| KEYBANK NA | $3,408.00 | | $102.24 |
| CAPITAL ONE BANK | $86.00 | | $3.00 |
| Caplll 1 Fsb | $698.00 | | $24.00 |
| HB/MENARDS | $745.00 | | $17.00 |
| ALTEGRA CRED | | | |
| Lowes/mccbg | $396.00 | | $15.00 |
| Bk 1 Bestb | $736.00 | | $16.00 |
| CBCS | $55.00 | | $2.00 |
| GMAC | $2,472.00 | | $126.00 |
| Hh Bank | $277.00 | | $15.00 |
| PROPERTY TAXES | | $121.90 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |


0000000808334030204790101

Total Payments:          $473.24

D&D (Rev.01/02)

# EXHIBIT H

## NOTICE OF RIGHT TO CANCEL

JDER:   Ameriquest Mortgage Company

DATE:   June 2, 2004
LOAN NO.:   0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G. Perez      Juan L  Perez

ADDRESS:        1922 PROSPECT AVE SE
CITY/STATE/ZIP:  GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
            GRAND RAPIDS,  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

| ENTER DOCUMENT SIGNING DATE |
|---|
| 6-3-04 |

1.  The date of the transaction, which is          ;

    or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction

You may keep any money or property we have given you until we have done the things mentioned above. but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer. you may keep it without further obligation

---

**HOW TO CANCEL**

f you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company        ATTN:  FUNDING
1600 S Douglass Rd                 PHONE: (714)541-9960
Anaheim, CA 92806                  FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| 6-7-04 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above)  If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time
I WISH TO CANCEL

_____        _____
SIGNATURE                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement. all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

_____  _____   _____  _____
BORROWER/OWNER Consuelo G  Perez  Date    BORROWER/OWNER Juan L. Perez      Date


_____  _____   _____  _____
BORROWER/OWNER                    Date    BORROWER/OWNER                    Date

1064-NRC (Rev 01/04)                                    **BORROWER COPY**

0000008083340304000050101

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

₁DER:  Ameriquest Mortgage Company

DATE:  June 2, 2004
LOAN NO.:  0080833403 - 5699
TYPE:  ADJUSTABLE RATE

BORROWER(S): Consuelo G  Perez      Juan L  Perez

ADDRESS:       1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:  1922 Prospect Avenue SE
               GRAND RAPIDS,  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is   | ENTER DOCUMENT SIGNING DATE |  ;
               _____

or

2.  The date you received your Truth in Lending disclosures;

or

3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                   PHONE: (714)541-9960
Anaheim, CA 92806                    FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must     | ENTER FINAL DATE TO CANCEL |
send the notice no later than MIDNIGHT of            _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

_____      ____      _____      ____
BORROWER/OWNER Consuelo G. Perez    Date       BORROWER/OWNER Juan L. Perez          Date

_____      ____      _____      ____
BORROWER/OWNER                      Date       BORROWER/OWNER                        Date

**BORROWER COPY**

1064-NRC (Rev 01/04)

0000008083340400050101

08/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

\IDER:   Ameriquest Mortgage Company

DATE:   June 2, 2004
LOAN NO.:   0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G. Perez     Juan L. Perez

ADDRESS:        1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
            GRAND RAPIDS,  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE   ;
_____

   or
2   The date you received your Truth in Lending disclosures;
   or
3.   The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                   PHONE: (714)541-9960
Anaheim, CA 92806                    FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL
_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time
I WISH TO CANCEL

_____          _____
SIGNATURE                        DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          Date          _____          Date
BORROWER/OWNER Consuelo G. Perez                BORROWER/OWNER Juan L. Perez

_____          Date          _____          Date
BORROWER/OWNER                                  BORROWER/OWNER

**BORROWER COPY**

1064-NRC (Rev 01/04)          0000000803340304000050101

05/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

)ER:   Ameriquest Mortgage Company

DATE:   June 2, 2004
LOAN NO.:   0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G  Perez        Juan L  Perez

ADDRESS:          1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
            GRAND RAPIDS,  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home  You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1   The date of the transaction, which is

> ENTER DOCUMENT SIGNING DATE

;

or

2.  The date you received your Truth in Lending disclosures;

or

3   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled  Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property  Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  **FUNDING**
PHONE: **(714)541-9960**
FAX:      **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel. or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way. it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____                    _____
SIGNATURE                                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

_____       _____       _____       _____
BORROWER/OWNER Consuelo G  Perez   Date      BORROWER/OWNER Juan L  Perez       Date


_____       _____       _____       _____
BORROWER/OWNER                     Date      BORROWER/OWNER                     Date

**BORROWER COPY**

1064-NRC (Rev 01/04)



0000008083340304000501C1

05/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

:DER: Ameriquest Mortgage Company

DATE: June 2, 2004
LOAN NO : 0080833403 - 5699
TYPE: ADJUSTABLE RATE

BORROWER(S): Consuelo G. Perez      Juan L. Perez

ADDRESS:      1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
            GRAND RAPIDS, MI 49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**
_____

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice. we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled. and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**IOW TO CANCEL**

.if you decide to cancel this transaction. you may do so by notifying us in writing. at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)541-9960
FAX:   (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

**ENTER FINAL DATE TO CANCEL**
_____

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above) If you send or deliver your written notice to cancel some other way. it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                        DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement. all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ _____          _____ _____
BORROWER/OWNER Consuelo G. Perez  Date   BORROWER/OWNER Juan L. Perez    Date

_____ _____          _____ _____
BORROWER/OWNER            Date           BORROWER/OWNER                  Date

**LENDER COPY**

1064-NRC (Rev 01/04)

0000008083340400050101

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

\NDER:   Ameriquest Mortgage Company

DATE:   June 2, 2004
LOAN NO :   0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G. Perez      Juan L. Perez

ADDRESS:        1922 PROSPECT AVE SE
CITY/STATE/ZIP:  GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
            GRAND RAPIDS,  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

**ENTER DOCUMENT SIGNING DATE**

1.   The date of the transaction, which is _____  ;

or

2.   The date you received your Truth in Lending disclosures;

or

3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

´ you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)541-9960**
FAX:      **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____          _____
SIGNATURE                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

_____        _____        _____        _____
BORROWER/OWNER Consuelo G. Perez    Date        BORROWER/OWNER Juan L. Perez        Date

_____        _____        _____        _____
BORROWER/OWNER                      Date        BORROWER/OWNER                      Date



J64-NRC (Rev 01/04)

0000000803340304000050101

**BORROWER COPY**

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

ɹDER:   Ameriquest Mortgage Company

DATE:  June 2, 2004
LOAN NO. :   0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G  Perez       Juan L  Perez

ADDRESS:        1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
            GRAND RAPIDS,  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home  You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is        | ENTER DOCUMENT SIGNING DATE |   ;

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled  Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property  Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer. you may keep it without further obligation

---

**HOW TO CANCEL**

 you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                   PHONE: (714)541-9960
Anaheim, CA 92806                    FAX:   (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must       | ENTER FINAL DATE TO CANCEL |
send the notice no later than MIDNIGHT of

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above)  If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____              _____
SIGNATURE                                    DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

_____  ____       _____  ____
BORROWER/OWNER Consuelo G  Perez   Date       BORROWER/OWNER Juan L  Perez        Date

_____  ____       _____  ____
BORROWER/OWNER                     Date       BORROWER/OWNER                      Date

1064-NRC (Rev 01/04)                          **BORROWER COPY**
0000000808334030400050101

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

`NDER:   Ameriquest Mortgage Company

DATE:   June 2, 2004
LOAN NO :  0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G  Perez      Juan L  Perez

ADDRESS:      1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:  1922 Prospect Avenue SE
GRAND RAPIDS.  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
|  |

;

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled  Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled. and we must return to you any money or property you have given to us or anyone else in connection with this transaction

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

f you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  FUNDING
PHONE: (714)541-9960
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
|  |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above)  If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                      DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

_____          _____              _____          _____
BORROWER/OWNER Consuelo G  Perez      Date                      BORROWER/OWNER  Juan L  Perez                            Date


_____          _____              _____          _____
BORROWER/OWNER                                 Date                      BORROWER/OWNER                                            Date



J44-NRC (Rev 01/04)                        0000008083340304000050101

**BORROWER COPY**

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

DER:  Ameriquest Mortgage Company

DATE:  June 2, 2004
LOAN NO :   0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G  Perez      Juan L  Perez

ADDRESS:        1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:  1922 Prospect Avenue SE
            GRAND RAPIDS,  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost. within THREE BUSINESS DAYS from whichever of the following events occurs last:

1   The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

_____                ;

or
2   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice. we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

'OW TO CANCEL
you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)541-9960
FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time
I WISH TO CANCEL

_____                    _____
SIGNATURE                                            DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

_____          _____          _____          _____
BORROWER/OWNER Consuelo G  Perez      Date          BORROWER/OWNER Juan L. Perez          Date

_____          _____          _____          _____
BORROWER/OWNER                      Date          BORROWER/OWNER                      Date

1064-NRC (Rev 01/04)

0000008083340304000050101

**BORROWER COPY**

06/02/2004 4:42:07 PM

# EXHIBIT I

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699          Borrower(s): Consuelo G. Perez
Date: June 2, 2004                                              Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

　　　　　　　　Ameriquest Mortgage Company
　　　　　　　　1600 S Douglass Rd Anaheim, CA 92806
　　　　　　　　ATTN: Funding Department
　　　　　　　　Phone: (714)541-9960
　　　　　　　　Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Consuelo G. Perez                          Date

_____          _____
Borrower/Owner  Juan L. Perez                                 Date

_____          _____
Borrower/Owner                                                     Date

_____          _____
Borrower/Owner                                                     Date

### REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                                     Date


0000008083340304042220101

E50 (10/00)

06/02/2004 4:42:07 PM

**LENDER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699          Borrower(s): Consuelo G. Perez
Date:  June 2, 2004                                              Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.  This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  Consuelo G. Perez                    Date

---

Borrower/Owner  Juan L. Perez                            Date

---

Borrower/Owner                                                     Date

---

Borrower/Owner                                                     Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____ .

---

Borrower/Owner Signature                                  Date

---


0000000808334030404220101

06/02/2004 4:42:07 PM

**BORROWER COPY**

850 (10/00)

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699                Borrower(s): Consuelo G. Perez
Date: June 2. 2004                                                   Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays

For example. if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends   You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan  The written statement must be signed and dated by any one borrower  Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____          _____
Borrower/Owner  Consuelo G. Perez                            Date


_____          _____
Borrower/Owner  Juan L. Perez                                      Date


_____          _____
Borrower/Owner                                                           Date


_____          _____
Borrower/Owner                                                           Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.


_____          _____
Borrower/Owner Signature                                            Date

---

06/02/2004 4:42:07 PM

**BORROWER COPY**

0000080833403040422010 1

E50 (10/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699
Date: June 2, 2004

Borrower(s): Consuelo G. Perez
Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____     _____
Borrower/Owner  Consuelo G. Perez            Date


_____     _____
Borrower/Owner  Juan L. Perez                Date


_____     _____
Borrower/Owner                               Date


_____     _____
Borrower/Owner                               Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.


_____     _____
Borrower/Owner Signature                     Date

---


0000000083340304042201012

850 (10/00)

06/02/2004 4:42:07 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699
Date: June 2, 2004

Borrower(s): Consuelo G. Perez
Juan L. Perez

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

| | |
|---|---|
| _____ | _____ |
| Borrower/Owner  Consuelo G. Perez | Date |
| _____ | _____ |
| Borrower/Owner  Juan L. Perez | Date |
| _____ | _____ |
| Borrower/Owner | Date |
| _____ | _____ |
| Borrower/Owner | Date |

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____
Borrower/Owner Signature

_____
Date

06/02/2004 4:42:07 PM

**BORROWER COPY**

000000808334030404220101

§50 (10/00)

## ONE WEEK CANCELLATION PERIOD

...mber: 0080833403 - 5699          Borrower(s): Consuelo G. Perez
June 2, 2004                                              Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can
cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have
received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important
financial decisions you can make. To give you more time to study your loan documents, obtain
independent advice and/or shop for a loan that you believe suits you better, **we provide you with
one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to
you**. No money will be disbursed before 10:00 a.m. on the first business day after this period expires.
Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of
the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the
day the cancellation period ends. You may cancel by signing and dating in the request to cancel box
below or by using any other written statement that provides your loan number and states your desire to
cancel your loan. The written statement must be signed and dated by any one borrower. Your request
must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand
what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Consuelo G. Perez          Date

_____          _____
Borrower/Owner  Juan L. Perez               Date

_____          _____
Borrower/Owner                              Date

_____          _____
Borrower/Owner                              Date

---

### REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                    Date

---


0000080833403040042220101
E30 (10/00)

06/02/2004 4:42:07 PM

**BORROWER COPY**

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699          Borrower(s): Consuelo G. Perez
Date: June 2, 2004                                         Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____          _____
Borrower/Owner  Consuelo G. Perez          Date


_____          _____
Borrower/Owner  Juan L. Perez              Date


_____          _____
Borrower/Owner                             Date


_____          _____
Borrower/Owner                             Date

---

### REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                   Date

---

05/02/2004 4:42:07 PM

**BORROWER COPY**

0000000808334030404220101
850 (10/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699
Date: June 2, 2004

Borrower(s): Consuelo G. Perez
Juan L. Perez

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim. CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below

_____        _____
Borrower/Owner  Consuelo G. Perez        Date

_____        _____
Borrower/Owner  Juan L. Perez            Date

_____        _____
Borrower/Owner                           Date

_____        _____
Borrower/Owner                           Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____`

_____        _____
Borrower/Owner Signature                 Date

---


0000080833403040422D101

06/02/2004 4:42:07 PM

**BORROWER COPY**

E50 (10/00)

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699
Date: June 2. 2004

Borrower(s): Consuelo G. Perez
Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel. you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____     _____
Borrower/Owner  Consuelo G. Perez        Date

_____     _____
Borrower/Owner  Juan L. Perez             Date

_____     _____
Borrower/Owner                            Date

_____     _____
Borrower/Owner                            Date

---

### REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____     _____
Borrower/Owner Signature                  Date

---

0000008083340304042220101

06/02/2004 4:42:07 PM

**BORROWER COPY**

139 (10/00)

# EXHIBIT J

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
### 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email:  edcombs@aol.com
### www.edcombs.com

June 21, 2006

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

> Re: Notice of rescission, claim and lien, Juan L. Perez and Consuelo Perez, 1922 Prospect SE, Grand Rapids, MI 49507, loan of June 2 or 3, 2004

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on June 21, 2006.

_____
Daniel A. Edelman