# EXHIBIT D

OMB NO. 2502-0265

| A. | | B. TYPE OF LOAN: | | |
|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. | | | |
| SETTLEMENT STATEMENT | 6. FILE NUMBER: 201026J | 7. LOAN NUMBER: 0055719271-9701 | | |
| | 8. MORTGAGE INS CASE NUMBER: | | | |

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98  (201026J.PFD/201026J/11)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| DARRON BOWDEN and BRENDA BOWDEN 3424 WEST 192ND HOMEWOOD, IL 60430 | | ARGENT MORTGAGE COMPANY LLC 1701 GOLF ROAD ROLLING MEADOWS, IL 60008 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: 36-3871344 | I. SETTLEMENT DATE: |
|---|---|---|
| 3424 WEST 192ND HOMEWOOD, IL 60430 COOK County, Illinois 31-11-217-022 | Law Title Insurance Company, Inc. PLACE OF SETTLEMENT 4747 Lincoln Mall Drive, Suite 604 Matteson, IL 60443 | April 2, 2004 Disburse:04/07/04 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 6,133.03 | 403. | |
| 104. Payoff First Mortgage to LOAN SERVICING CENTER/FA | 352,796.55 | 404. | |
| 105. Payoff Second Mortgage | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. City/Town Taxes               to | | 406. City/Town Taxes               to | |
| 107. County Taxes               to | | 407. County Taxes               to | |
| 108. Assessments               to | | 408. Assessments               to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 358,929.58 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 355,500.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes               to | | 510. City/Town Taxes               to | |
| 211. County Taxes               to | | 511. County Taxes               to | |
| 212. Assessments               to | | 512. Assessments               to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 355,500.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 358,929.58 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 355,500.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| 303. CASH ( X FROM ) ( TO ) BORROWER | 3,429.58 | 603. CASH ( TO ) ( FROM ) SELLER | 0.00 |

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | $ @ % | | | |
| *Division of Commission (line 700) as Follows:* | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. | to | | | |
| **EMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| an Origination Fee 0.7500 % | to 5 STAR FINANCIAL | | 2,666.25 | |
| 802. Loan Discount % | to | | | |
| 803. Appraisal Fee | to POC | | 275.00 | |
| 804. Credit Report | to | | | |
| 805. Application Fee | to | | | |
| 806. Document Prep fee | to | | | |
| 807. Processing Fee | to | | | |
| 808. Broker Fee | | | | |
| 809. Tax Service Fee | to ARGENT MORTGAGE COMPANY LLC | | 70.00 | |
| 810. Flood certification fee | to ARGENT MORTGAGE COMPANY LLC | | 16.00 | |
| 811. Underwriting Fee | to ARGENT MORTGAGE COMPANY LLC | | 375.00 | |
| 812. | | | | |
| 813. Yield Spread Premium | to ARGENT MORTGAGE COMPANY LLC POC $7,110.00L | | | |
| 814. | | | | |
| 815. | | | | |
| 816. | | | | |
| 817. | | | | |
| 818. | | | | |
| 819. | | | | |
| 820. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 04/07/04 to 05/01/04 | @ $ 75.970000/day ( 24 days %) | | 1,823.28 | |
| 902. Mortgage Insurance Premium for | months to | | | |
| 903. Hazard Insurance Premium for | 1.0 years to | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance | months @ $ per month | | | |
| 1002. Mortgage Insurance | months @ $ per month | | | |
| 1003. City/Town Taxes | months @ $ per month | | | |
| 1004. County Taxes | months @ $ per month | | | |
| 1005. Assessments | months @ $ per month | | | |
| 1006. | months @ $ per month | | | |
| 1007. | months @ $ per month | | | |
| 1008. Aggregate Adjustment | months @ $ per month | | | |
| **1100. TITLE CHARGES** | | | | |
| 110' Settlement or Closing Fee | to Law Title Insurance Company, Inc. | | | |
| 1' stract or Title Search | to | | | |
| 1\. lle Examination | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Document Preparation | to | | | |
| 1106. Notary Fees | to | | | |
| 1107. Attorney's Fees | to | | | |
| *(includes above item numbers:* | ) | | | |
| 1108. Title Insurance | to Law Title Insurance Company | | 679.00 | |
| *(includes above item numbers:* | ) | | | |
| 1109. Lender's Coverage | $ | | | |
| 110. Owner's Coverage | $ | | | |
| 111. PAYOFF/ PKG HANDLING FEE | to Law Title MATTESON | | 40.00 | |
| 112. E-MAIL FEE | to Law Title MATTESON | | 50.00 | |
| 113. Patriot Act fee | to Law Title MATTESON | | 25.00 | |
| 114. STATE OF ILLINOIS POLICY FEE | to Law Title JOLIET | | 3.00 | |
| 115. | | | | |
| 116. | | | | |
| 117. | | | | |
| 118. | | | | |
| **200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 201. Recording Fees: Deed $ | ; Mortgage $ 80.50; Releases $ | | 80.50 | |
| 202. City/County Tax/Stamps: Deed | ; Mortgage | | | |
| 203. State Tax/Stamps: Revenue Stamps | ; Mortgage | | | |
| 204. City Transfer Tax | | | | |
| 205. CERTIFICATE OF RELEASE | to Law Title Recording Account | | 30.00 | |
| **300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 301. Survey | to | | | |
| 302. Pest Inspection | to | | | |
| 303. | | | | |
| 304. | | | | |
| 305. | | | | |
| **400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | | 6,133.03 | |

Certified to be a true copy.

{ 201026J / 201026J / 11 }

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

|  |  |
|---|---|
| **Borrower:** | DARRON BOWDEN and BRENDA BOWDEN |
| **Lender:** | ARGENT MORTGAGE COMPANY LLC |
| **Settlement Agent:** | Law Title Insurance Company, Inc. |
|  | (708)747-5513 |
| **Place of Settlement:** | 4747 Lincoln Mall Drive, Suite 604 |
|  | Matteson, IL 60443 |
| **Settlement Date:** | April 2, 2004 |
| **Disbursement Date:** | April 7, 2004 |
| **Property Location:** | 3424 WEST 192ND |
|  | HOMEWOOD, IL 60430 |
|  | COOK County, Illinois |
|  | 31-11-217-022 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

DARRON BOWDEN

BRENDA BOWDEN

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Law Title Insurance Company, Inc.
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(201026J.PFD/201026J/12)

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

|                       |                                              |
|-----------------------|----------------------------------------------|
| Borrower:             | DARRON BOWDEN and BRENDA BOWDEN              |
| Lender:               | ARGENT MORTGAGE COMPANY LLC                   |
| Settlement Agent:     | Law Title Insurance Company, Inc.            |
|                       | (708)747-5513                                |
| Place of Settlement:  | 4747 Lincoln Mall Drive, Suite 604           |
|                       | Matteson, IL 60443                           |
| Settlement Date:      | April 2, 2004                                |
| Disbursement Date:    | April 7, 2004                                |
| Property Location:    | 3424 WEST 192ND                              |
|                       | HOMEWOOD, IL 60430                           |
|                       | COOK County, Illinois                        |
|                       | 31-11-217-022                                |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

DARRON BOWDEN

BRENDA BOWDEN

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Law Title Insurance Company, Inc.
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

# EXHIBIT E

| Settlement Statement<br>Optional Form for<br>Transactions without Sellers | U.S. Department of Housing<br>and Urban Development | | | OMB Approval No. 2502-0491<br>WLI | |
|---|---|---|---|---|---|

| Name & Address of Borrower:<br>DARRON BOWDEN   BRENDA BOWDEN | Name & Address of Lender:<br>Argent Mortgage Company, LLC |
|---|---|
| 3424 W 192ND     HOMEWOOD,IL 60430 | 1701 Golf Road |
| Property Location: (if different from above) | Rolling Meadows, IL 60008 |
| 34 W 192ND, HOMEWOOD, IL 60430 | Settlement Agent: LAW TITLE |
| | Place of Settlement: 4747 LINCOLN HIGHWAY STE 604<br>Matteson,IL 60443 |

**L.    Settlement Charges**

| 800. Items Payable in Connection with Loan | | Loan Number:<br>0056719271 - 9701 | Settlement Date: Estimated<br>04/07/2004 | |
|---|---|---|---|---|
| 801. Loan origination fee    % to | | **M.    Disbursement to Others** | | |
| 802. Loan discount    % to | | | | |
| 803. Apprsl/Prop Val to POC | $275.00 | 1501. | | |
| 804. Credit report to | | LOAN SERVICING CENTER | (W) | $352,796.55 |
| 805. Inspection fee to | | 1502. | | |
| 806. | | | | |
| 807. | | 1503. | | |
| 808. Yield Spread Premium to 5 STAR FINANCIAL         *L $7,110.00 | | | | |
| 809. | | 1504. | | |
| 810. Tax Related Service Fee to Argent Mortgage Company, | $70.00 | | | |
| 811. Flood Search Fee to Argent Mortgage Company, LLC | $16.00 | 1505. | | |
| 812. Lenders Processing Fee to | | | | |
| 813. | | 1506 | | |
| 814. Doc. Prep. Fee to | | | | |
| 815. Credit Report Fee to | $0.00 | 1507. | | |
| 816. Origination Fee  0.750  % to  5 STAR FINANCIAL | $2,666.25 | | | |
| 817. Application Fee to | | 1508. | | |
| 818. Underwriting Fee to | | | | |
| 819. Service Provider Fee to | . | 1509. | | |
| 820. Processing Fee  to | $0.00 | | | |
| 821. Underwriting Fee to  Argent Mortgage Company, LLC | $375.00 | 1510. | | |
| 822. Appraisal Fee to | | | | |
| 900. Items Required by Lender to be Paid in Advance | | 1511. | | |
| 901. Interest from 04/07/2004 to 05/01/2004  @  $75.97 per day | $1,823.28 | | | |
| 902. Mortgage insurance premium for          months to · | | 1512. | | |
| 903. Hazard ins prem  to | $0.00 | | | |
| 904. Flood Ins prem  to | | 1513. | | |
| 1000. Reserves Deposited with Lender | | | | |
| 1001. Hazard insurance    months @ $    per month | | 1514. | | |
| · Mortgage insurance    months @ $    per month | | | | |
| · Earthquake Ins    months @ $    per month | | 1515. | | |
| 1004. County prop. taxes    months @ $    per month | | | | |
| 1005. Annual assess.    months @ $    per month | | 1520. TOTAL DISBURSED (enter on line 1603) | | $352,796.55 |
| 1006. Flood    months @ $    per month | | | | |
| 1007. Windstorm Ins    months @ $    per month | | | | |
| 1008. | | | | |
| 1100. Title Charges | | | | |
| 1101. Settlement or closing fee to  LAW TITLE  ' | $879.00 | | | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | | | | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to | | | | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to | | | | |
| 1108. Title insurance to  LAW TITLE | $300.00 | | | |
| 1109. Lender's coverage      $ | | Total Wire:    $360,325.72 | | |
| 1110. Owner's coverage      $ | | | | |
| 1111. Settlement/Disbursement fee to | | P.O.C. = Paid outside closing | | |
| 1112. Escrow Fee to | | L = Lender Paid | | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Recording fees | | | | |
| 1202. City/county tax/stamps | | **N.    NET SETTLEMENT** | | |
| 1203. State tax/ stamps | | | | |
| 1204. State specific fee | | | | |
| 1205. State specific fee | | 1600. Loan Amount | | 355,500.00 |
| 1300. Additional Settlement Charges | | 1601. Plus Cash/Check from Borrower | | |
| 1301. Demand to | | | | |
| 1302. Pest Inspection to | | 1602. Minus Total Settlement Charges<br>(line 1400) | | $6,454.53 |
| 1303. Survey Fee | | | | |
| 1304. Misc Fees | | 1603. Minus Total Disbursements to Others<br>(line 1520) | | $352,796.55 |
| 1305. Reconveyance Fee to | | | | |
| Apprsl/Prop Val Fee to | | 1604. Equals Disbursements to Borrower<br>(after expiration of any applicable rescission<br>period) | | -$3,751.08 |
| 1305 Courier Fee | $50.00 | | | |
| 1400. Total Settlement Charges (enter on line 1602) | $6,454.53 | | | |

Borrower(s) Signature(s)

X _(signature)_

Approved for Funding By: _(signature)_     Approved: _(signature)_     Branch:  Rolling Meadows, IL 60005

# EXHIBIT F

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary     ☒ Final

`NDER: Argent Mortgage Company, LLC
1701 Golf Road
Rolling Meadows, IL 60008
(847)690-0517

Broker License: M06255

Borrowers: DARRON BOWDEN     BRENDA BOWDEN

Type of Loan: ADJUSTABLE RATE
Date: April 2, 2004

Address:      3424 W 192ND
City/State/Zip: HOMEWOOD, IL 60430

Loan Number: 0056719271 - 9701

Property:    3424 W 192ND, HOMEWOOD, IL 60430

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.919 % | $ 571,669.40 | $ 349,620.47 | $ 921,289.87 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 36 | $2,559.14 | 06/01/2004 | | | |
| 323 | $2,559.14 | 06/01/2007 | | | |
| 1 | $2,558.61 | 05/01/2034 | | | |

**VARIABLE RATE FEATURE:**
☒ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 3424 W 192ND, HOMEWOOD, IL 60430

**ASSUMPTION:** Someone buying this property
☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC

**LATE CHARGES:** If a payment is late, you will be charged 5.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
☐ may    ☒ will not    have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower DARRON BOWDEN     Date 4-2-04

Borrower BRENDA BOWDEN     Date 4/2/04

Borrower     Date

Borrower     Date

TIL1 (Rev. 7/01)

04/02/2004 11:27:02 AM

# EXHIBIT G

Argent Mortgage Company, LLC

## Summary of Debts and Disbursements
(Refinance Loans Only)

Borrower: DARRON BOWDEN    BRENDA BOWDEN

Date:  April 2, 2004
Broker:

Number:   0056719271 - 9701

5 Star Financial Inc
2450 W Jefferson St Ste B5,
Joliet, IL 60435

| Fees | | |
|---|---|---|
| Loan Discount Fee | 0.000% | $0.00 |
| Lender Retained Fees | | $461.00 |
| Prepaid Interest | | $1,823.28 |
| Fees Paid to Others | | $1,229.00 |
| Loan Origination Fee | 0.750% | $2,666.25 |

Short to Close          -$3,751.08

Total Payoffs          $352,796.55

Cash to Borrower

Total Points & Fees          $6,179.53

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| CBUSASEARS | $459.00 | | $12.00 |
| G M A C | $15,353.00 | | $219.00 |
| LOAN SERVICING CENTER | $352,796.55 | $352,796.55 | |
| SHELL/CITI | $94.00 | | $10.00 |
| DISCOVER FINANCIAL SVC | $4,368.00 | | $276.00 |
| FIRST USA BANK N A | $4,170.00 | | $104.00 |
| HARRIS T & S | $1,864.00 | | $36.00 |
| HHLD BANK | $5,944.00 | | $119.00 |
| JEWEL FOOD STOR | $237.00 | | $7.11 |
| MBGA/JC PENNEY | $912.00 | | $27.00 |
| NICOR GAS | $718.00 | | |
| UNVL/CITI | $13,179.00 | | $274.00 |
| HHLD BANK | $202.00 | | $18.00 |
| AT&TCONSVC | $10.00 | | $0.30 |
| CASUAL CORNER/MBGA | $180.00 | | $15.00 |
| CB USA INC | $150.00 | | $4.50 |
| CERTEGY | $131.00 | | $3.93 |
| CITI-BP OIL | $1,094.00 | | $19.00 |
| H F PARK DISTRI | $191.00 | | $5.73 |
| NBGL-CARSONS | $185.00 | | $10.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

D&D (Rev.01/02)

Total Payments:          $1,160.57

# EXHIBIT H

## NOTICE OF RIGHT TO CANCEL

LENDER:   Argent Mortgage Company, LLC

DATE:   April 2, 2004
LOAN NO.:   0056719271 - 9701
TYPE:   ADJUSTABLE RATE

BORROWER(S): DARRON BOWDEN        BRENDA BOWDEN

ADDRESS:        3424 W 192ND
CITY/STATE/ZIP:   HOMEWOOD,IL 60430

PROPERTY:   3424 W 192ND
                HOMEWOOD, IL  60430

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE
_____

; or

2.   The date you received your Truth in Lending disclosures; or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN:  FUNDING
PHONE: (800)-561-4072
FAX:    (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL
_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE

_____
DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____
BORROWER/OWNER DARRON BOWDEN          Date

_____
BORROWER/OWNER  BRENDA BOWDEN          Date

_____
BORROWER/OWNER          Date

_____
BORROWER/OWNER          Date

1054-NRC (Rev 6/99)

**BORROWER COPY**

04/02/2004 11:27:02 AM

## NOTICE OF RIGHT TO CANCEL

.ENDER:   Argent Mortgage Company, LLC

DATE:   April 2, 2004
LOAN NO.:   0056719271 - 9701
TYPE:   ADJUSTABLE RATE

BORROWER(S): DARRON BOWDEN        BRENDA BOWDEN

ADDRESS:        3424 W 192ND
CITY/STATE/ZIP:   HOMEWOOD, IL 60430

PROPERTY:   3424 W 192ND
                HOMEWOOD, IL  60430

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

; or

2.   The date you received your Truth in Lending disclosures; or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN:  FUNDING
PHONE: (800)-561-4072
FAX:     (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

SIGNATURE                                              DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

ROWER/OWNER DARRON BOWDEN          Date          BORROWER/OWNER BRENDA BOWDEN          Date

BORROWER/OWNER          Date          BORROWER/OWNER          Date

1064-NRC (Rev 6/99)

## BORROWER COPY

04/02/2004 11:27:02 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Argent Mortgage Company, LLC

DATE:   April 2, 2004
LOAN NO.:   0056719271 - 9701
TYPE:   ADJUSTABLE RATE

BORROWER(S): DARRON BOWDEN          BRENDA BOWDEN

ADDRESS:          3424 W 192ND
CITY/STATE/ZIP:   HOMEWOOD, IL 60430

PROPERTY:   3424 W 192ND
            HOMEWOOD, IL  60430

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

    **ENTER DOCUMENT SIGNING DATE**
    _April 02 2004_          ; or

2.  The date you received your Truth in Lending disclosures; or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN:  FUNDING
PHONE: (800)-561-4072
FAX:      (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**
_April 06 2004_

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____          _____
SIGNATURE                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_Darron E. Bowden_   _4/2/04_          _Brenda Bowden_   _4/2/04_
BORROWER/OWNER DARRON BOWDEN   Date       BORROWER/OWNER BRENDA BOWDEN   Date

_____          _____
BORROWER/OWNER                 Date      BORROWER/OWNER                 Date

1064-NRC (Rev 6/99)

**BORROWER COPY**                04/02/2004 11:27:02 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Argent Mortgage Company, LLC

BORROWER(S): DARRON BOWDEN          BRENDA BOWDEN

ADDRESS:        3424 W 192ND
CITY/STATE/ZIP:   HOMEWOOD,IL 60430

PROPERTY:   3424 W 192ND
                HOMEWOOD,  IL  60430

DATE:   April 2, 2004
LOAN NO.:   0056719271 - 9701
TYPE:   ADJUSTABLE RATE

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

> ENTER DOCUMENT SIGNING DATE
> *April 02, 2004*                      ; or

2.   The date you received your Truth in Lending disclosures; or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN:  FUNDING
PHONE: (800)-561-4072
FAX:      (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> ENTER FINAL DATE TO CANCEL
> *April 06 2004*

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____  5/2/04          _____  4/2/04
BORROWER/OWNER DARRON BOWDEN   Date      BORROWER/OWNER BRENDA BOWDEN   Date

_____                   _____
BORROWER/OWNER                  Date       BORROWER/OWNER                  Date

1004-NRC (Rev 6/99)

**BORROWER COPY**                              04/02/2004 11:27:02 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Argent Mortgage Company, LLC

DATE:   April 2, 2004
LOAN NO.:   0056719271 - 9701
TYPE:   ADJUSTABLE RATE

BORROWER(S): DARRON BOWDEN          BRENDA BOWDEN

ADDRESS:        3424 W 192ND
CITY/STATE/ZIP:   HOMEWOOD,IL 60430

PROPERTY:   3424 W 192ND
            HOMEWOOD,  IL  60430

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

    ENTER DOCUMENT SIGNING DATE

    *April 02, 2004*                                      ; or

2.  The date you received your Truth in Lending disclosures; or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN:  FUNDING
PHONE: (800)-561-4072
FAX:      (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

    ENTER FINAL DATE TO CANCEL

    *April 06, 2004*

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                                 DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

*Darron E. Bowden*   4/02/04      *Brenda Bowden*  4/02/04
BORROWER/OWNER DARRON BOWDEN    Date      BORROWER/OWNER BRENDA BOWDEN    Date

_____          _____
BORROWER/OWNER              Date      BORROWER/OWNER              Date

1064-NRC (Rev 6/99)

**LENDER COPY**

04/02/2004 11:27:02 AM

# EXHIBIT I

This is a copy of the envelope that Law Title sent the HUD-1 settlement statement in on April 8 after the closing, which was April 1, 2004.

Brenda Bowden

**Law Title**
Insurance Company, Inc.
4747 Lincoln Mall Drive, Suite 604
Matteson, IL 60443

Darran & Brenda Bowden
3484 W. 193rd
Homewood, IL 60430




# EXHIBIT J



5 STAR
FINANCIAL INC.

Date 04/02/04

Borrower: Darron & Brenden Bowden

Property : 3424 W 192nd
            Homewood, IL 60430

This letter is to inform you that you are waiving your escrows. You are entitled
to start an escrow account in most any month after your new lender takes over
your mortgage. You need only contact your new mortgage company to start
this account. Cook county escrows, started in May, require a minimum of six
month reserves. According to your last tax bill, this amount would be 3892.33
for your property taxes. I would be glad to assist you in setting up this account.

 The pay off for your current mortgage used in todays refinancing does not in-
clude your March payment. Thus the amount indicated as needed to be paid is
not correct. You in fact will receive funds from the Law Title Company and or
Five Star Financial adding up to no less than 2352 dollars. Darron and Brenda
Bowden of 3424 W 192nd in Homewood will receive 2352 dollars from this
refinancing.

Thank you for the opportunity to be of service to you.  If you have any ques-
tions concerning this letter, please call our processing dept. or your loan officer
for clarification@ 815 730 0000.

Sincerely,
Robert Rodriquez
Robert Rodriquez

# EXHIBIT K

These are the copies requested
by John per our conversation. Any questions call : 708-798-7717

Thank You

Brenda Bowden



5 STAR FINANCIAL, INC.
324 ALANA DRIVE
NEW LENOX, IL 60451
PH. (815) 730-0000

2213

70-59-719

DATE 4-13-04

Pay to the order of _Darron and Brenda Bowden_ $790.00

SEVEN Hundred NINTY $ ⁰⁰/₁₀₀ DOLLARS

HARRIS BANK
Harris Bank Joliet, N.A.
14831 W. 159th St.
Lockport, Illinois 60441

FOR Final 5 Star payment for refi.

⑈002213⑈ ⑈071900595⑈ 502036630⑈

# EXHIBIT L

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email: edcombs@aol.com
### www.edcombs.com

October 13, 2006

**BY CERTIFIED MAIL**

Argent Mortgage Company, LLC
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

> Re: Notice of rescission, claim and lien, Brenda Bowden and Darron Bowden, 3424 West 192nd Street, Homewood, IL 60430, loan of April 2, 2004

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on October 13, 2006.

Daniel A. Edelman