# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

## NOTICE OF MOTION

To:  See Attached Service List

    **PLEASE TAKE NOTICE** that on **Thursday, December 7 at 10:30 a.m.**, we will appear before Judge Marvin E. Aspen in Room 2568 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and present: **ECLG PLAINTIFFS' (I) MOTION TO CLARIFY COMMENCEMENT OF DISCOVERY AND MOTION PRACTICE (II) MOTION TO COMPEL AND (III) RESPONSE TO DEFENDANTS' MOTION TO ENTER STIPULATION,** copies of which are attached hereto and hereby served upon you.

                                                                                           s/ Al Hofeld
                                                                                           Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on December 4, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail or hand delivery to those parties without email addresses.

*Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton*

*Lieff Cabraser Heimann & Berstein, LLP*
Elizabeth J. Cabraser, ecabraser@lchb.com
Kelly M. Dermody, kdermod@lchb.com
Caryn Becker, cbecker@lchb.com
Gena E. Wiltsek, gwiltsek@lchb.com
Rachel German, rgerman@lchb.com

*The Tien Law Firm, LLP*
Lawrence Tien, ltien@tienlawgroup.com
Kamran Mashoyekh, kamran@tienlawgroup.com

*Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes*

*Fenwick & West LLP*
Emmett C. Stanton, estanton@fenwick.com
Aaron Myers, amyers@fenwick.com
Bryan A. Kohm, bkohn@fenwick.com

*Community Legal Services in East Palo Alto*
Shirley Hochhausen, s_hochhausen@hotmail.com

*Attorneys for Plaintiff Adolph Peter Kurt Burggraff*

Douglas Bowdoin, dbowdoin@bowdoinlaw.com

*Kirby Noonan & Sweat*
Jonathan Andrews Boynton, jboyton@knlh.com
Sarah Brite Evans, sevans@knlh.com

*James Hoyer Newcoomer & Smiljanich*
Terry Smiljanich, tsmiljanich@jameshoyer.com
Kathleen Clark Knight,

2

    kknight@jameshoyer.com          *Additional Party*

*Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert, Daisybel Tolbert, David R. Murphy, David M. Wakefield, Isabell M. Murphy, Janet Wakefield and Lynn Gay*

*Roddy Klein & Ryan*
Gary Klein, klein@roddykleinryan.com
Elizabeth Ryan, ryan@roddykleinryan.com
Shennan Kavanagh, kavanagh@roddykleinryan.com

*Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, William F. Tolbert and Daisybel Tolbert*

*Horowitz, Horowitz & Associates*
O. Randolph Bragg, rand@horowitzlaw.com

*Law Office of Theresa I. Wigginton*
Theresa I. Wigginton, terri@twiggintonlaw.com

*Attorneys for Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Argent Mortgage Company and Town and Country Credit Corporation*

*Buchalter Nemer, A Professional Corp.*
Bernard E. LeSage, blesage@buchalter.com
Sarah K. Andrus, sandrus@buchalter.com
Buchalter Nemer, bnemer@buchalter.com

*Attorneys for Defendant Ameriquest Mortgage Company*

*Kirkpatrick & Lockhart Nicholson Graham LLP*
Daniel A. Casey, dcasey@klng.com
Jonathan B. Morton, jmorton@klng.com
Jeffery T. Kucerajkucera@klng.com
Brian Mark Forbes, bforbes@klng.com
Ryan M. Tosi, rtosi@klng.com
R. Bruce Allensworth, ballensworth@klng.com

*Varga Berger Ledsky Hayes & Casey*
Craig Varga, cvarga@vblhc.com

*Dykema Gossett, PLLC*
Harry N. Arger, harger@dykema.com
Todd A. Gale, tgale@dykema.com
Richard E. Gottlieb, rgottlieb@dykema.com
David A. Wheeler, dwheeler@dykema.com

*Attorneys for Plaintiff Giavone Tammerello*

*Stanley Hill &n Associates, P.C.& Associates, P.C.*
Stanley L. Hill, stanhill@megsinet.net
Dalal M. Jarad, dmjarad@aol.com

| | |
|---|---|
| *The Law Offices of Daniel Harris* <br> Daniel Harris, lawofficedh@yahoo.com | |
| *Attorney for Defendants AMC Mortgage Service, Inc. and Ameriquest Mortgage Company* | *Edward P. Grimmer, PC* <br> Edward P. Grimmer, ed@grimmerlaw.com |
| *Attorney for Citifinancial Mortage Company, Inc.* | *Bunger & Robertson* <br> Suzette V. Sims, ssims@lawbr.com |
| *Attorneys for GMAC Mortgage Corporation* | *Wooden & McLaughlin LLP* <br> James M. Boyers, jboyers@woodmclaw.com <br> Jamie A. Young, jyoung@woodenmclaw.com |
| *Registered Agent for AMC Mortgage Service, Inc., Ameriquest Mortgage Company, Argent Mortgage Company, LLC and Town and Country Credit Corporation* | National Registered Agents (Hand-delivery) <br> 200 W. Adams Street <br> Chicago, IL 60606 |
| *Registered Agent for Ameriquest Mortgage Securities, Inc.* | National Registered Agents (via US Mail) <br> 2030 Main Street, Suite 1030 <br> Irvine, CA 92614 |

<u>s/Al Hofeld, Jr.</u>
Al Hofeld, Jr.