IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

**DEFENDANTS' REQUEST TO CONTINUE HEARING
ON MOTIONS FILED BY ECLG PLAINTIFFS**

On September 18, 2006, this Court scheduled a Status Conference for December 21, 2006. [Docket No. 239.] On November 7, 2006, this Court issued an Order regarding the management of this multidistrict litigation proceeding. [Docket No. 284.]

In anticipation of this Conference, and in response to this Court's November 7, 2006 Order, Defendants filed a Motion to Enter Stipulation to Mediate and Issue Scheduling Order In Accordance with Stipulation ("Defendants' Motion") on November 20, 2006. [Docket No. 308.] Defendants scheduled their Motion for hearing on December 21, 2006 to coincide with the Status Conference. [Docket No. 309.]

On December 4, 2006, plaintiffs represented by Edelman, Combs, Latturner and Goodwin, LLC (the "ECLG Plaintiffs") filed a (I) Motion to Clarify Commencement of Discovery and Motion Practice (II) Motion to Compel and (III) Response to Defendants' Motion to Enter Stipulation (the "ECLG Motions"). [Docket No. 320.] The ECLG Plaintiffs scheduled the hearing on the ECLG Motions for December 7, 2006, in an obvious attempt to undercut Defendants' Motion and prevent Defendants from filing a substantive opposition to the ECLG Plaintiffs' Motions. [Docket No. 321.]

Defendants' Motion and the ECLG Plaintiffs' Motion concern interrelated case management issues, as well as issues raised by this Court's November 7, 2006 Order. Therefore, this Court should hear these motions together on one date so that all necessary briefing and

1

parties are before it.  Accordingly, Defendants respectfully request that this Court reschedule the hearing on the ECLG Plaintiffs' Motions to December 21, 2006.

Respectfully submitted,

DATED: December 5, 2006

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

DATED: December 5, 2006

By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

## CERTIFICATE OF SERVICE

  I, Bernard E, LeSage, hereby certify that on this 5th day of December 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: /s/ Bernard E. LeSage