# EXHIBIT A



**AMERIQUEST**
MORTGAGE COMPANY

4700 Millenia Boulevard, Suite 250
Orlando, FL 32839

*Raymond:*

*I think Ameriquest can really help you. Give me a call at 1-888-753-7146*

*Jack*



**ECRLOT**C-047
Raymond Quarterman
2663 Breezewind Dr
Orlando, FL 32839-7316

Dear Raymond,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan®. To find out how much you qualify for, call us now at (888) 753-7146 or go to www.ameriquestloans.com.

Get a loan built for you. You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to "custom-tailor" a loan with the terms and rates that work best for you.

Slash your monthly payments. Strapped by high-interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

Get an answer in 24 hours. We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

We're right here in Orlando. While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

See how much you qualify for. Just call us toll-free at (888) 753-7146 today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Jack Lima*
Branch Manager

P.S. Call for your No-Stress Home loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Orlando mortgage specialist toll-free at (888) 753-7146 or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary.)*

Raymond Quarterman
2663 Breezewind Dr
Orlando, FL 32839-7316

Phone (_____)_____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

I am interested in:
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out



**AMERIQUEST**
MORTGAGE COMPANY

490496AD337A1AN2AX 006-12A 55971341001673I822

**YOU ARE MORE THAN A CREDIT HISTORY.**

YOU ARE A HOMEOWNER.®

**AMERIQUEST**
MORTGAGE COMPANY

OFFICIAL M... ...GE COMPANY
SPONSOR OF ...E NFL

4700 Millenia Boulevard, Suite 250
Orlando, FL 32839

**ECRLOT**C-047
Raymond Quarterman
2663 Breezewind Dr
Orlando, FL 32839-7316

YOU'VE BEEN PRE-QUALIFIED FOR:

· A NO-STRESS HOME LOAN®
· 30-DAY BREAK FROM PAYMENTS
· A FAST, EASY LOAN – AND, WE DO THE PAPERWORK FOR YOU

### Pre-qualification

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

### Qualification

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 100% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

### Consumer Information

We reserve the right to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension or review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

### Removal from Mail Lists

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

### Fees and Documentation

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, administrative, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax returns and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

### State Legal Disclosures

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. License Number: 5354-MB. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Ameriquest Mortgage Company holds a Lender's License in Rhode Island. |

All loans subject to credit verification.



\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

### 30-day Break From Payments

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 1 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2004 Ameriquest Mortgage Company. 1100 Town and Country Road., Orange, CA 92868. All rights reserved.