# EXHIBIT B

**AMERIQUEST**
MORTGAGE COMPANY

10733 Sunset Office Drive, Suite 260
Sunset Hills, MO 63127

YOU'VE E
TH

*Dear Thomas,*

*I think Ameriquest can really help you. Give me a call at*

*1-888-616-6393*

*Wesley*

Thomas J. Klutho
309 Remington Way Dr
Ballwin, MO 63021-6378

Dear Thomas,

You have accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, if you have ever been disappointed by your experience with other lenders, we invite you to call Ameriquest. In fact, we have already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at 1-888-616-6393 or go to www.ameriquestloans.com.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to find a loan with the terms and rates that work best for you.

**Lower your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car, remodel, even pay property taxes. It is your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we do not take months to close your loan. Plus, you will get one month with no mortgage payment.**

**We are easy to work with.** While we have the strength and resources of a national company, we think of ourselves as a neighborhood business that caters to the community. You will like our helpful and friendly attitude.

**See how much you qualify for.** Just call us toll-free at 1-888-616-6393 today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Wesley Sutterer*
Wesley Sutterer
Branch Manager

P.S. Call for your No-Stress Home Loan today and get relief from financial pressure.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

---

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



**YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.**
For fast service, call your Sunset Hills mortgage specialist toll-free at 1-888-616-6393 or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241, to see how much money you may qualify for.

Thomas J. Klutho
309 Remington Way Dr
Ballwin, MO 63021-6378

Phone (_____) _____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out



**AMERIQUEST**
MORTGAGE COMPANY

0906SRADG0SA1AN2AX  002-03A  5555 17640129262827

**EXHIBIT A**

You have been pre-selected for a mortgage loan with Ameriquest Mortgage.

**PRESCREEN AND OPT-OUT NOTICE**
This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not continue to meet our criteria, including providing acceptable property as collateral. If you do not want to receive prescreened offers of credit from this and other companies, call the consumer reporting agencies toll-free, 888-5OPTOUT (888-567-8688), go to www.optoutprescreen.com or write to the following addresses:

Equifax, Options Equifax, Inc., P.O. Box 740123, Atlanta, GA 30374-0123
Experian, 901 West Bond, Lincoln, NE 68521
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

**30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

Ohio Residents: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

Wisconsin Residents: Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

Qualification
You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

Credit Authorization
You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

Fees and Documentation
You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal Report; Title Report; Credit Report; and, Mortgage Payment History. In addition, Proof of Income, including but not limited to the following documentation, may be required depending on the loan program: Tax Return and/or W-2s; Profit and Loss Statement; and, Payment Stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2006 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1200, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker – New Jersey Department of Banking & Insurance; Licensed Mortgage Banker – NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate—however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com