# EXHIBIT C


**AMERIQUEST**
MORTGAGE COMPANY

2514 S. 102nd Street, Suite 210
West Allis, WI 53227



Mary,

Check out "Three Wishes",
Friday nights on NBC, a new
series sponsored by Ameriquest

Ryan

Mary A. Forrest
1926 S 57th St
Milwaukee, WI 53219-1510

Dear Mary,

For over 25 years, Ameriquest has believed that people should never give up on their dreams. That is why we are now sponsoring "Three Wishes," Friday nights on NBC.

You are fortunate enough to have accomplished something that many wish for—you own your own home. At Ameriquest Mortgage,® we feel you deserve a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.®

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

We're right here in West Allis. While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

See how much you qualify for. Just call us toll-free at 1-888-299-8257 today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

*Ryan Boney*
Ryan Boney
Branch Manager

**P.S.** Remember to tune in to "Three Wishes" sponsored by **Ameriquest Mortgage.** Friday nights on **NBC**, beginning September 23rd.

WITH OVER 250 BRANCHES NATIONWIDE, THERE'S SURE TO BE ONE NEAR YOU.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.



## You've Earned a 30-Day Break From Payments℠

For fast service, call your West Allis mortgage specialist toll-free at 1-888-299-8257 or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

*(Please correct name and address if necessary.)*

Mary A. Forrest
1926 S 57th St
Milwaukee, WI 53219-1510
Phone: (   )

Best time to call _____ a.m. _____ p.m.

E-mail address: _____

I'm interested in:
*(please check all that apply)*
❏ Debt Consolidation
❏ Refinancing
❏ Cash Out
❏ Home Purchase


AMERIQUEST
MORTGAGE COMPANY

PROUD SPONSOR of the
AMERICAN DREAM


37055KA0526A1AN2AX  026-10R 7357 16190115622044

- You have been pre-selected for a mortgage loan with Ameriquest Mortgage.

**PRESCREEN AND OPT-OUT NOTICE**
This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria, including providing acceptable property as collateral. If you do not wish to receive prescreened offers of credit from this and other companies, and if you want your name and address removed from mailing lists obtained from the main consumer credit reporting agencies — TransUnion, Experian, Equifax, and Innovis, go to www.optoutprescreen.com, or call 888-5OPTOUT (888-567-8688), or write to the following addresses:

Equifax, Options Equifax, Inc. P.O. Box 740123, Atlanta, GA 30374-0123
Experian, 901 West Bond, Lincoln, NE 68521
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

**30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

**Qualification**
You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

**Credit Authorization**
You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Fees and Documentation**
You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal report; Title report; Credit report; and, Mortgage payment history. In addition, Proof of income, including but not limited to the following documentation, may be required depending on the loan program: Tax return and/or W-2s; Profit and loss statement; and, Payment stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2005 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1100, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker – New Jersey Department of Banking & Insurance; Licensed Mortgage Banker – NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate—however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com