# EXHIBIT D



**AMERIQUEST**
MORTGAGE COMPANY

2514 S. 102nd Street, Suite 210
West Allis, WI 53227

**Dear Mary,**

**I think Ameriquest
can really help you.
Give me a call at**

**1-866-747-6060**

**Ryan**

Mary A. Forrest
1926 S 57th St
Milwaukee, WI 53219-1510

Dear Mary,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, if you've ever been disappointed by your experience with other lenders, we invite you to call Ameriquest. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-866-747-6060** or go to **www.ameriquestloans.com**.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Lower your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in West Allis.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-866-747-6060** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Ryan Boney*
Ryan Boney
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See PRESCREEN & OPT-OUT NOTICE on reverse side for more information.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST' AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



**⚡ YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠**
For fast service, call your West Allis mortgage specialist toll-free at **1-866-747-6060** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll free to 1-888-422-5241 to see how much money you may qualify for.

*(Enter correct name and address below if necessary)*

Mary A. Forrest
1926 S 57th St
Milwaukee, WI 53219-1510
Phone (_____)_____
Best time to call: _____a.m. _____p.m.
E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY



32052CAD496A1AN2AX 001-09R 7357 16170115622044

LTR-LL-4
N