# EXHIBIT E



2514 S. 102nd Street, Suite 210
West Allis, WI 53227



Mary A. Forrest
1926 S 57th St
Milwaukee, WI 53219-1510

Dear Mary,

Whether your dream is to purchase or refinance your home or to see a Rolling Stones concert in person, Ameriquest® is ready to help you.

You see, as the presenting sponsor of the Rolling Stones On Stage tour, we're excited to give you the opportunity to win concert tickets for two, autographed pieces of merchandise, and the new Rolling Stones CD.

Just visit our Web site to enter—www.ameriquest.com/stones. Everyone receives a FREE Rolling Stones music download just for entering. While you're there you'll see that Ameriquest is ready to help you turn your home equity into cash for home improvements or to lower your monthly payments by hundreds of dollars.

**CALL AMERIQUEST AT 1-866-351-0085 TO DISCOVER THE FINANCIAL ADVANTAGES.**

If you're like millions of other Americans, you have a number of high-interest credit card bills to pay every month. By refinancing with Ameriquest, you can consolidate them into a single significantly lower monthly payment. You'll get out from under those growing credit card balances. And you can turn your equity into cash that you can use for home improvements, a new car, or other financial needs.

**CALL 1-866-351-0085 TO TALK WITH A MORTGAGE SPECIALIST WHO UNDERSTANDS.**

When you call Ameriquest, you'll work with the same mortgage specialist from start to finish. You'll get the respect you deserve as a homeowner. And you'll discover that although Ameriquest is a leading national lender, we have the attitude of a friendly neighborhood business with more than 250 branches nationwide. Over the past 25 years, we've helped millions of homeowners make the most of their American dream.

**CALL 1-866-351-0085 TO TAKE ADVANTAGE OF YOUR PRE-QUALIFIED STATUS.**

Helping you through the process every step of the way is the way we work. That's why you've already been pre-qualified. Call now to see how much you qualify for.

Sincerely,

Ryan Boney
Branch Manager

GO TO WWW.AMERIQUEST.COM/STONES TO GET YOUR REFINANCE STARTED AND FOR YOUR CHANCE TO WIN ROLLING STONES TICKETS AND OTHER EXCITING PRIZES!

P.S. When you refinance, you'll get a one-month vacation from mortgage payments.**
Call **1-866-351-0085** and get started today.

Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible

WITH MORE THAN 250 BRANCHES NATIONWIDE, THERE'S SURE TO BE ONE NEAR YOU.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

Mary A. Forrest
1926 S 57th St
Milwaukee, WI 53219-1510

[X] YES!

**I'M READY TO REFINANCE WITH AMERIQUEST.**
I want to work with my own Ameriquest mortgage specialist to get all the benefits of refinancing—starting with taking a one-month vacation from mortgage payments.**

I'm Interested in:  ☐ Refinancing   ☐ Cash Out
(please check all that apply)  ☐ Home Purchase   ☐ Debt Consolidation

Telephone: (   )
Best time to call: _____  ☐ AM  ☐ PM
E-mail address: _____

If you don't want to wait—call **1-866-351-0085**



AMERIQUEST MORTGAGE COMPANY | PROUD SPONSOR of the AMERICAN DREAM

34054ZAD196A1AN2AX  005-09R 7357 16180115622044

LTR-RS-PCH-1