# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Ameriquest Mortgage Company, et al.

                                  Plaintiff,

v.                                                                Case No.: 1:05−cv−07097
                                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 6, 2006:

      MINUTE entry before Judge Marvin E. Aspen dated 12/6/06: Any responses to plaintiffs' fourth motion for reassignment of related cases (Dkt. No. 313) and ECLG plaintiffs motion to clarify commencement of discovery and motion practice and motion to compel (Dkt. No. 320) are to be filed on or before 12/18/06. Any replies are to be filed by 12/22/06. The motion hearing set for December 7, 2006 is stricken. The status hearing set for December 21, 2006 is reset to December 28, 2006 at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.