IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CAMILLE J. GBUREK, | ) | |
| | ) | |
| Plaintiff, | ) | MDL No. 1715 |
| | ) | |
| v. | ) | Lead Case No. 05-CV-07097 |
| | ) | |
| AMERIQUEST MORTGAGE | ) | (Centralized before the Honorable |
| | ) | Marvin E. Aspen) |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

Elizabeth Monkus, an attorney, respectfully moves to withdraw her appearance as counsel for plaintiff in this matter.

In support of her motion, the undersigned states:

1. I am leaving the employment of the Law Offices of Keith J. Keogh, Ltd., the firm representing plaintiff in this matter.

2. Keith J. Keogh of the Law Offices of Keith J. Keogh, Ltd., will remain as counsel for plaintiff.

WHEREFORE, Elizabeth Monkus requests that the Court grant leave to withdraw her appearance as counsel in this matter.

Respectfully submitted,

 /s/ Elizabeth Monkus
Elizabeth Monkus

Elizabeth Monkus
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe, suite 2000
Chicago, Il 60606
312.726.1092
312.726.1093 (FAX)
Atty. No. 39042