IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CAMILLE J. GBUREK, | ) | |
| | ) | |
| Plaintiff, | ) | MDL No. 1715 |
| | ) | |
| v. | ) | Lead Case No. 05-CV-07097 |
| | ) | |
| AMERIQUEST MORTGAGE | ) | (Centralized before the Honorable |
| | ) | Marvin E. Aspen) |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: Richard E. Gottlieb
Harry N. Arger
David A. Wheeler
DYKEMA GOSSETT PLLC

**PLEASE TAKE NOTICE** that on December 14, 2006, at 10:30 a.m., I shall appear before the Honorable Marvin E. Aspen in Room 2568 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present a **MOTION TO WITHDRAW**, a copy of which is attached hereto.

Respectfully submitted,

By: /s/ Elizabeth Monkus
Elizabeth Monkus

Elizabeth Monkus
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092
312.726.1093 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006, I electronically filed Plaintiff's **Motion to Withdraw** with the Clerk of the Court using the ECF system, which sent electronic notice of the filing on the same day to the above-noticed individuals and to all parties who are filing users.

By: /s/ Elizabeth Monkus