UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>CAUSE NO. 2:06-CV-135-PS (COLE) | LEAD CASE 1:05-cv-07097<br>MDL DOCKET NO. 1715 |

**DEFENDANT GMAC MORTGAGE CORPORATION'S ANSWER TO COMPLAINT**

Defendant, GMAC Mortgage Corporation ("GMACM"), for its answer to the Plaintiff's Complaint, states:

1. It denies the allegations against it in Paragraph 1 of the Complaint. It is without sufficient information or knowledge to admit or deny the truth of the remaining allegations in Paragraph 1 of the Complaint and therefore denies them.

**JURISDICTION AND VENUE**

2. GMACM admits the allegations in Paragraph 2 of the Complaint.

3. GMACM admits that it does business within the Northern District of Indiana. It is without sufficient information or knowledge to admit or deny the remaining allegations in Paragraph 3 of the Complaint.

**PARTIES**

4. Upon information and belief, GMACM admits the allegations in Paragraph 4 of the Complaint.

5. GMACM is without sufficient information or knowledge to admit or deny the truth of the allegations of Paragraph 5 of the Complaint.

6. Upon information and belief, GMACM admits the allegations in Paragraph 6 of the Complaint.

7. Upon information and belief, GMACM admits that Ameriquest makes more than 26 loans per year. To the extent Paragraph 7 states a conclusion of law left to the determination of the Court, no response is required.

8. GMACM is without sufficient information or knowledge to admit or deny the truth of the allegations in Paragraph 8 of the Complaint.

9. Defendant GMACM is without sufficient information or knowledge to admit or deny the truth of the allegations in Paragraph 9 of the Complaint.

10. GMACM is without sufficient information or knowledge to admit or deny the truth of the allegations in Paragraph 10 of the Complaint.

11. GMACM admits that it operates an office in Louisville, Kentucky and that the Plaintiffs are making payments to GMACM on the loan in question. GMACM admits that it claims the right to payments under the Plaintiff's loan. GMACM denies the remaining allegations in Paragraph 11 of the Complaint.

12. GMACM is without sufficient information or knowledge to admit or deny the truth of the allegations in Paragraph 12 of the Complaint.

**FACTS RELATING TO PLAINTIFFS**

13. GMACM is without sufficient information or knowledge to admit or deny the truth of the allegations in Paragraph 13.

14. Upon information and belief, GMACM admits the allegations in Paragraph 14 of the Complaint.

15. GMACM is without sufficient information or knowledge to admit or deny the truth of the allegations in Paragraph 15 of the Complaint.

16. Upon information and belief, GMACM admits the allegations in Paragraph 16 of the Complaint.

17. Exhibit A speaks for itself. To the extent the allegations in Paragraph 17 of the Complaint conflict with Exhibit A, all such allegations are denied.

18. GMACM is without sufficient information or knowledge to admit or deny the truth of the allegations in Paragraph 18 of the Complaint and therefore denies them.

19. Exhibit B speaks for itself. To the extent the allegations in Paragraph 19 conflict with Exhibit B, GMACM denies the allegations.

20. GMACM admits that the Plaintiffs have been directed to make payments to GMACM. It is without sufficient information or knowledge to admit or deny the truth of the remaining allegations in Paragraph 20 of the Complaint.

## COUNT I

21. GMACM incorporates its responses to Paragraphs 1-20 of the Complaint as if fully restated herein.

22. To the extent Paragraph 22 states illegal conclusion left to the determination of the Court, no response is required. Nevertheless, GMACM denies that the Plaintiff's are entitled to rescind the loan at issue.

23. Upon information and belief, the Plaintiffs received Exhibit C and Exhibit D at the time they closed upon the loan. Exhibit C and D speak for themselves. To the extent Plaintiff's allegations conflict with Exhibit C and Exhibit D to the Complaint, GMACM denies the allegations.

24. GMACM denies the allegations in Paragraph 24 of the Complaint.

25. GMACM is without sufficient information or knowledge to admit or deny the truth of the allegations in Paragraph 25 of the Complaint.

26. GMACM denies the allegations in Paragraph 26 of the Complaint.

27. GMACM admits only that copies of the Note and Mortgage at issue are attached to the Complaint as Exhibits E and F. It is without sufficient information or knowledge to admit or deny the truth of the remaining allegations in paragraph 27 of the Complaint.

28. GMACM is without sufficient information or knowledge to admit or deny the truth of the allegations in Paragraph 28 of the Complaint.

WHEREFORE, GMACM requests that the Court enter judgment in its favor and in and against the Plaintiffs and grant it all other proper relief in the premises.

## COUNT II

29. GMACM restates its responses to Paragraphs 1-28 of the Complaint as they fully restated herein.

30. Paragraph 30 fails to state a claim against GMACM and no response is required.

31. Paragraph 31 fails to state a claim against GMACM and no response is required.

32. Paragraph 32 fails to state a claim against GMACM and no response is required.

33. Paragraph 33 fails to state a claim against GMACM and no response is required.

WHEREFORE, GMACM respectfully prays that the Court enter judgment in its favor and against the Plaintiffs and grant it all other proper relief.

## FURTHER ANSWERS

1. Plaintiffs have failed to state a claim for which relief may be granted to the extent they seek a rescission against GMACM because GMACM does not own the loan in question.

2. Plaintiffs have failed to state a claim for which relief may be granted because they have failed to properly serve GMACM with a notice of rescission.

4

Respectfully Submitted,


s/ James M. Boyers
James M. Boyers, #20809-49
Jamie A. Young, #25891-49

Attorneys for Defendant
GMAC Mortgage Company

WOODEN & McLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, Indiana 46204-4208
317.639.6151
317.639.6444 (Facsimile)
jboyers@woodmclaw.com
jyoung@woodmclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006, a copy of the foregoing *Defendant GMAC Mortgage Corporation's Answer to Complaint* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Daniel A. Edeleman
>Cathleen M. Combs
>James O. Latturner
>EDELEMAN COMBS LATTURNER &
>GOODWIN, LLC

>s/ James M. Boyers
>James M. Boyers

WOODEN & McLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, Indiana 46204-4208
317.639.6151
317.639.6444 (Facsimile)
jboyers@woodmclaw.com