IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THE ECLG INDIVIDUAL PLAINTIFFS' MOTION TO CLARIFY COMMENCEMENT OF DISCOVERY**

Plaintiffs in the Class Actions hereby file their memorandum in support of the ECLG individual plaintiffs' motion to clarify Plaintiffs' right to commence discovery. Plaintiffs in the class cases will be prejudiced by further delay and should be given the clear ability to pursue their claims through discovery at this time. Plaintiffs do not believe that this Court's intention to permit discovery to commence was unclear. However, Plaintiffs agree that certain statements in the Court's November 7, 2006 Case Management Order may be interpreted too narrowly by Ameriquest, allowing Ameriquest to take the position that Plaintiffs are not permitted to commence discovery at this time.

As this Court knows, Plaintiffs became increasingly concerned there would be a loss or destruction of relevant documents as the stay in this case extended past June (the original date for the Case Management Conference) and into the early Fall. For this reason, on September 26, 2006, Plaintiffs filed a motion for an entry of a document preservation order. [Docket Entry 236 and 237]. On November 8, 2006, the Court denied this motion stating:

> "Through the Case Management Order we entered on November 7, 2006, the discovery stay in place since February 6, 2006 will be lifted on or before November 13, 2006. For this reason . . . this motion and Ameriquest's request for oral argument are denied.

[Docket Entry 285]. Again, although Plaintiffs do not believe that this Court could have been more clear than it was in its November 8, 2006 Order, some of the Court's statements in the November 7, 2006 Order apparently may be and apparently have been interpreted by Ameriquest to continue to deprive Plaintiffs of the right to commence discovery.

Plaintiffs do not repeat here the statements in this Court's November 7, 2006 Order identified by the ECLG individual plaintiffs that may be resulting in some ambiguity, as such repeat references are unnecessary. Plaintiffs simply join the ECLG individual plaintiffs and request that this Court enter an Order clarifying its intention to permit all Plaintiffs to commence discovery as of November 13, 2006. Plaintiffs have now filed their consolidated complaints [Docket Entries 323 and 325]. Ameriquest has also known of the nature and scope of the claims against it since the initial class cases were filed more than two years ago. Permitting discovery at this time is essential to Plaintiffs' diligent litigation of the class claims against Ameriquest.

Dated: December 13, 2006

Respectfully submitted,

| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
|---|---|
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)  
Caryn Becker (CA Bar No. 196947)  
LIEFF, CABRASER, HEIMANN  
 & BERNSTEIN, LLP  
275 Battery Street, 30th Floor  
San Francisco, CA 94111-3339  
Telephone: (415) 956-1000  
Facsimile: (415) 956-1008  

Gary Klein  
Elizabeth Ryan  
Shennan Kavanagh  
RODDY KLEIN & RYAN  
727 Atlantic Avenue  
Boston, MA 02111-2810  
Telephone: (617) 357-5500 ext. 15  
Facsimile: (617) 357-5030

       */s/ Jill H. Bowman*
          Jill H. Bowman
Terry Smiljanich
Jill Bowman
JAMES, HOYER, NEWCOMBER
   & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

                    *Plaintiffs' Co-Lead Counsel*


       */s/ Marvin Miller*
Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL  60602
Telephone:  (312) 782-4880
Facsimile:   (312) 782-4485

                    *Plaintiffs' Liaison Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715 Lead Case No. 05-cv-07097 (Centralized before the Honorable Marvin E. Aspen) |

## PROOF OF SERVICE

I, Jill Bowman, hereby certify that on this 13th day of December, 2006, a true and correct copy of the following document was filed electronically:

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THE ECLG INDIVIDUAL PLAINTIFFS' MOTION TO CLARIFY COMMENCEMENT OF DISCOVERY**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

I further certify that on December 13, 2006, a true and correct copy of this Proof of Service was filed electronically with the Court.

/s/ Jill H. Bowman
JILL H. BOWMAN