# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Ameriquest Mortgage Company, et al.

Plaintiff,

v.

Case No.: 1:05−cv−07097
Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2006:

     MINUTE entry before Judge Marvin E. Aspen dated 12/13/06: Elizxabeth Monkus' motion to withdraw as counsel for plaintiff Camille J. Gburek (Dkt. No. 327) is granted. Motion terminated. Attorney Elizabeth Monkus terminated. Keith J. Keogh of the Law Offices of Keth J. Keogh, Ltd., will remain as counsel for plaintiff. The motion hearing set for December 14, 2006 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.