# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

## DEFENDANTS' REQUEST TO CONTINUE STATUS HEARING AND RELATED MATTERS DUE TO SCHEDULING CONFLICTS DURING THE WEEK OF DECEMBER 25, 2006

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, Ameriquest Capital Corporation, Town & Country Title Services, Inc., Ameriquest Mortgage Securities, Inc. and Argent Mortgage Company, LLC ("Defendants") hereby request a short continuance of the upcoming Status Hearing, and related matters, created by the recent rescheduling of those matters from December 21 to December 28, 2006.

More specifically, on September 18, 2006, this Court scheduled a Status Hearing for December 21, 2006. [Docket No. 239.] Since that time, the following matters have also been scheduled to be heard on the day of the Status Hearing:

1. Motions to Withdraw Class Allegations [Docket Nos. 292, 294, 295, 297, 299.];
2. Motion to Dismiss Counts II and III of Complaints in Harris, et al. v. Town & Country Credit Corp., et al., Case No. 06-3048 (N.D. Ill.) [Docket No. 301.];
3. Defendant's Motion to Enter Stipulation to Mediate and Issue Scheduling Order [Docket No. 308.];
4. Fourth Motion for Reassignment [Docket No. 313.]; and
5. Motion to Clarify Commencement of Discovery and Motion Practice and to Compel Responses to Discovery [Docket No. 320.].

On December 6, 2006, the Court issued an Order continuing all matters scheduled for hearing on December 21, 2006 for one week, to December 28, 2006. [Docket No. 324.]

1

Unfortunately, the lead attorneys at both Winston & Strawn (counsel for Argent Mortgage Company, LLC) and at Buchalter Nemer (counsel for all other Defendants), as well as the lead attorney at Defendants' local counsel, Varga Berger Ledsky Hayes & Casey, all have pre-scheduled family vacations during the week of the Christmas holiday, making attendance at a hearing on December 28, 2006 exceedingly difficult if not impossible.  Defendants' counsel is informed that the December 28, 2006 date is inconvenient to lead Plaintiffs' counsel as well.  Given the import of the issues to be considered at the Status Hearing, which Defendants expect will determine the roadmap for the conduct of the litigation on a going forward basis, Defendants believe attendance by the primary trial counsel to be critical.

Finally, the Magistrate Judge assigned to this matter, the Honorable Morton Denlow, who Defendants' counsel is informed intends to hold a status conference of his own on the same date that this Court holds its Status Hearing, is likewise not available on December 28, 2006.

Based on the foregoing scheduling difficulties, Defendants seek a short continuance and respectfully request that this Court reschedule the Status Hearing, and all related matters, to the Court's first available date after January 5, 2007.

Respectfully submitted,

DATED: December 14, 2006

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

DATED: December 14, 2006

By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 14th day of December 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 1059961v1