**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | | |

**NOTICE OF OPTING-OUT OF CLASS ACTIONS**

The plaintiffs in the following federal actions and the defendants in the following state actions hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

**FEDERAL ACTIONS**

*Allan et. al v. Argent Mortgage Co., LLC* (N.D. Ill. Case No. 1:06-cv-02470)

*Anderson et. al v. Ameriquest Mortgage Company et. al* (N.D. Ill. Case No. 1:06-cv-03125)

*Bailey et. al v. Ameriquest Mortgage Company* (N.D. Ill. Case No. 1:06-cv-01733)

*Belcher et. al v. Ameriquest Mortgage Company* (N.D. Ill. Case No. 1:06-cv-03124)

*Belval et. al v. Ameriquest Mortgage Co.* (N.D. Ill. Cae No. 1:06-cv-02469)

*Bowe et. al v. Ameriquest Mortgage Co.* (N.D. Ill. Case No. 1:06-cv-02471)

*Damm et. al v. Ameriquest Mortgage Company* (N.D. Ill. Case No. 1:06-cv-04032)

*Duncan et. al v. Ameriquest Mortgage Co.* (N.D. Ill. Case No. 1:06-cv-02467)

*Fitzgerald et. al v. Ameriquest Mortgage Company* (N.D. Ill. Case No. 1:06-cv-03123)

*Ingham et. al v. Ameriquest Mortgage Company* (N.D. Ill. Case No. 1:06-cv-04035)

*McCall et. al v. Ameriquest Mortgage Company* (N.D. Ill. Case No. 1:06-cv-03126)

*Pasacreta et. al v. Ameriquest Mortgage Co*. (N.D. Ill. Case No. 1:06-cv-02468)

*LaCross v. Ameriquest Mortgage Company* (N.D. Ill. Case No. 1:06-cv-04036)

*Veinot v. Argent Mortgage Co., LLC* (N.D. Ill. Case No. 1:06-cv-04034)

*Mangene et. al v. Ameriquest Mortgage Co*. (N.D. Ill. Case No. 1:06-cv-04713)

*Addenbrooke et. al v. Ameriquest Mortgage Co.* (D. Conn. Case No. 3:06-cv-01987)

*Black et. al v. Ameriquest Mortgage Co.* (EDNY Case No. 1:06-cv-5540)

*Brissett et. al v. Ameriquest Mortgage Co.* (SDNY Case No. 1:06-cv-8130)

*Punch et. al v. Ameriquest Mortgage Co.* (EDNY Case No. 1:06-cv-4811)

**STATE ACTIONS**

*Town & Country Credit Corp. v. Andrew Dlugolecki et. al* (Conn. Super., Case No. HHB-CV-06-5002339-S)

*Ameriquest Mortgage Company v. Debra R. Preston* (Conn. Super., Case No. KNL-CV-06-5001148-S)

*Wells Fargo Bank, N.A. for the Benefit of the Certificateholders of Asset-Backed Pass-Through Certificates Series 2004-MCW1 v. Patricia M. Tierney* (Conn. Super., Case No. KNL-CV-06-6000161-S)

Dated: December 18, 2006     Respectfully Submitted,

By: _____
    Daniel S. Blinn, ct02188
    Andrew G. Pizor, ct27015
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, Connecticut 06067
    Tel. (860) 571-0408  Fax (860) 571-7457
    apizor@consumerlawgroup.com
    dblinn@consumerlawgroup.com

## **CERTIFICATION OF SERVICE**

       This is to certify that on this 18th day of December 2006, a true and correct copy of the foregoing document was filed. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              _____
                                              Andrew G. Pizor