IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

### DEFENDANTS' SUPPLEMENTAL STATEMENT REGARDING THE REASSIGNMENT OF CERTAIN CASES IN PLAINTIFFS' FOURTH MOTION FOR REASSIGNMENT OF RELATED CASES

On December 1, 2006, Defendants filed a Statement Regarding the Reassignment of Certain Cases in Plaintiffs' Fourth Motion for Reassignment of Related Cases (the "Statement").[1] [Docket No. 316.] In the Statement, Defendants opposed the reassignment of *Whitsett v. Ameriquest Mortgage Co., et al.*, Case No. 06-5432 (N.D. Ill.) (Gottschall, J.) and *Perez, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 06-5373 (N.D. Ill.) (Gettleman, J.), because Defendants had filed motions with Judges Gottschall and Gettleman challenging the propriety of venue in the Northern District of Illinois.

Defendants hereby supplement their prior Statement to include in their opposition the reassignment of *Manier, et al. v. Argent Mortgage Co., LLC, et al.,* Case No. 06-5344 (N.D. Ill.) (Lefkow, J.), because *Manier* is susceptible to the same venue challenges raised in *Perez* and *Whitsett.*[2] Accordingly, Defendants respectfully request that this Court deny the Reassignment Motion, without prejudice, as to *Perez, Whitsett* and *Manier.*

---

[1] All capitalized terms used herein shall have the meaning ascribed to them in the Statement.

[2] Defendants have not yet filed, but intend to file, a motion seeking the dismissal or transfer of *Manier* before Judge Lefkow for the same reasons raised in the motions filed in *Perez* and *Whitsett.*

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 18, 2006 | By:/s/ Bernard E. LeSage |
|  | *Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.* |
|  | Bernard E. LeSage, Esq.<br>BUCHALTER NEMER, a P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457 |
| DATED: December 18, 2006 | By:/s/ Thomas J. Wiegand |
|  | *Attorneys for Argent Mortgage Company, LLC* |
|  | Thomas J. Wiegand, Esq.<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703 |

3

## CERTIFICATE OF SERVICE

    I, Bernard E, LeSage, hereby certify that on this 18th day of December 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    By: /s/ Bernard E. LeSage