**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| _____ | |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

**NOTICE OF INDIVIDUAL OPT-OUTS OF CLASS ACTIONS**

Plaintiffs in the following pending actions and parties who have not yet filed suit provide notice to this Court that they hereby opt-out of any class or putative class involving their Ameriquest or Argent mortgage:

I. **Plaintiffs Who Filed Suit Prior to 11/13/06 Whose Cases Have Been Reassigned to the MDL**

| | |
|---|---|
| Thomas & Linda Applegate, Brandenton, FL | 06-cv-4867 |
| Pam Barletta, East Leroy, MI | 06-cv-4560 |
| Vicki Calder, Fishkill, NY | 06-cv-5146 |
| Daniel & Donna Cashen, Algonquin, IL | 06-cv-4683 |
| Robert Cleveland, Ilwaco, WA | 06-cv-4306 |
| Scott Dearden, Shoreline, WA | 06-cv-2912 |
| John Dougherty & Geraldine Pomilio-Dougherty, Aldan, PA | 06-cv-2482 |
| Douglas & Evelyn Geis, Sparks, NV | 06-cv-1716 |
| Hope & Carl Gelman, Coral Springs, FL | 06-cv-4684 |

| | |
|---|---|
| Peter Grabowski, Village of Lakewood, IL | 06-cv-2549 |
| Karen Gerbig & Mary Christine Houston, Chicago, IL | 06-cv-4868 |
| Cathleen Kessler, Tamarac, FL | 06-cv-4999 |
| William & Linda Lappin, Brimfield, IL | 06-cv-5147 |
| Glenn Leach, Baltimore, MD | 06-cv-5000 |
| Ralph Rodriguez & Barbara Chapman, Livonia, MI | 06-cv-2187 |
| Jo Lynn & Kelly Sedgwick, Yorkville, IL | 06-cv-2333 |
| Gilbert & Janet Solnin, Plainview, NY | 06-cv-4866 |
| Jeffrey & Chantel Thibodeau, Claremont, NH | 06-cv-5148 |
| Rocco Tieri, Buffalo Grove, IL | 06-cv-1716 |
| Sheila Warren, Portland, OR | 06-cv-4415 |
| Kevin & Sherry Wessel, Carlyle, IL | 06-cv-1899 |
| Rosalind & Randy Van Gorp, Grinnell, IA | 06-cv-1731 |

II. **Plaintiffs Who Filed Suit After 11/13/06 Whose Cases Have Not Yet Been Reassigned**

| | |
|---|---|
| Vernell Ball-Daniel, South Bend, IN | 06-cv-6602 |
| Patricia & Donald Cooper, Perrysburg, OH | 06-cv-6604 |
| Donald & Sharon Green, Indianapolis, IN | 06-cv-6945 |
| Mary Hall, Austin, TX | 06-cv-6607 |
| Jeremy Harrison, Taylor, MI | 06-cv-6947 |
| Preston & DeLana Joyner, Decatur, IL | 06-cv-6784 |
| Shawn & Shari Maldonado, Concord, CA | 06-cv-6609 |
| Dorothy Muller & Joseph Bush, Shoreham, NY | 06-cv-6946 |
| Lori O'Malley, Oxford, OH | 06-cv-6373 |

|  |  |
|---|---|
| Dennis and Rita O'Neil, Centerville, MA | 06-cv-6375 |
| George & Cynthia Scott, Jackson, MS | 06-cv-6786 |
| Judy Shields, Fishers, IN | 06-cv-6787 |

**III.** **Clients Who Have Not Yet Filed Suit**

Clint & Christi Dorn, Toledo, OH

Nancy & Kurt Fuller, Irving, TX

Michael & Lorie Gruhlke, Idaho Falls, ID

Pam Kubia, Irvine, CA

David & Kim Krueger, Toledo, OH

Bronwen Labin, Chico, CA

Mark & Melinda Wellenkamp, Springfield, IL

Respectfully Submitted:

Date: 12/19/06                   /s/ Anthony P. Valach, Jr.
                                  One of their attorneys

Anthony P. Valach, Jr.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

3

**CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 19th day of December 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel off record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By:    /s/ Anthony P. Valach, Jr.