## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 12/20/2006 |
| **CASE TITLE** | In Re: In Re: Ameriquest Mortgage Co. | | |

**DOCKET ENTRY TEXT**

Having reviewed the parties' November 13, 2006 filings, we are reasonably confident that the reassignment of cases is nearing conclusion. Accordingly, the discovery stay is lifted immediately. Plaintiffs' motion for a document preservation order and the Talleys' motion to lift the stay due to overwhelming financial distress (Dkt. Nos. 236 & 242) are denied.

■[ For further details see text below.]  Notices mailed by Judicial staff.

## STATEMENT

(Reserved for use by the Court)

## ORDER

On November 7, 2006, we entered a Case Management Order that in part stated, "while discovery should proceed shortly, we do want confirmation that the reassignment of cases has concluded or is nearing conclusion. All parties are required to submit by November 13, 2006 a list of any cases still awaiting reassignment." (Dkt. No. 284, at 12.) Accordingly, we continued, "[t]he litigation may resume at the later of November 13, 2006 or immediately upon resolution of the identified outstanding reassignment issues." (*Id.*) On the following day, November 8, 2006, we entered two Minute Orders (Dkt. Nos. 286 & 287), denying Plaintiffs' motion for a document preservation order and the Talleys' Motion to Lift the Stay Due to Overwhelming Financial Distress. We indicated in those two orders that each motion was moot because the discovery stay would lift "on or before November 13, 2006." (*Id.*) These November 8, 2006 Minute Orders were issued in error and are hereby vacated.

One purpose of the November 7 Case Management Order was to provide for reasonable assurance that the reassignment of cases was nearing conclusion. To that end, we directed the parties to submit clarifying lists by November 13, 2006. Therefore, the November 8, 2006 Minute Orders should have stated that the discovery stay would lift "on or shortly after" November 13. Docket entries 286 and 287 are hereby vacated.

However, having reviewed the parties' November 13, 2006 filings, we are reasonably confident that the reassignment of cases is nearing conclusion. Accordingly, the discovery stay is lifted immediately. Plaintiffs' motion for a document preservation order and the Talleys' Motion to Lift the Stay Due to Overwhelming Financial Distress (Dkt. Nos. 236 & 242) are denied.

It is so ordered.