IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE Ameriquest Mortgage Co., Mortgage Lending Practices Litigation. | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | | |
| Defendant. | | |

## NOTICE OF OPTING-OUT OF CLASS ACTIONS

The plaintiffs in the following federal actions and the defendants in the following state actions hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

**FEDERAL ACTIONS**

*Rogers v. Town & Country Credit, et. al.,* (N.D. Ill. Case No. 06-cv-02736);

Gburek v. Argent Mortgage, et. al., (N.D. Ill. Case No 06-cv-02639);

Gburek v. Ameriquest Mortgage, (N.D. Ill. Case No. 06-cv-02637).

**STATE ACTIONS**

*FV-1, Inc., v. Gburek, et. al.,* (Circuit Court of Illinois, Case No. 06 CH 07251).

Dated: December 22, 2006              Respectfully Submitted,


                                      By:/s/Keith J. Keogh
                                          Keith J. Keogh

Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois   60606
312.726.1092 (office)
312.726.1093 (fax)
Keith@Keoghlaw.com