IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE Ameriquest Mortgage Co., Mortgage Lending Practices Litigation. | )<br>)<br>)<br>) MDL No. 1715<br>)<br>) Lead Case No. 05-CV-07097<br>) |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | ) Centralized before the Honorable<br>) Marvin E. Aspen<br>) |
| Defendant. | ) |

### NOTICE OF FILING

To: SERVICE LIST

    **PLEASE TAKE NOTICE** that on December 22, 2006, I filed **NOTICE OF OPTING-OUT OF CLASS ACTIONS**, a copy of which is attached hereto.

                                                                                         Respectfully Submitted,

                                                                                         By:<u>Keith J. Keogh</u>
                                                                                            Keith J. Keogh

Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois 60606
312.726.1092 (office)
312.726.1093 (fax)
Keith@Keoghlaw.com

### CERTIFICATION OF SERVICE

    This is to certify that on this 22nd day of December 2006, a true and correct copy of the foregoing document was filed. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

                                                                                       /s/ Keith J. Keogh
                                                                                       _____
                                                                                       Keith J. Keogh