# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Juan L. Perez, et al.

                              Plaintiff,

v.                                              Case No.: 1:06−cv−05373
                                                Honorable Robert W. Gettleman

Ameriquest Mortgage Company, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 5, 2006:

     MINUTE entry before Judge Robert W. Gettleman :Motion hearing held on 12/5/2006 regarding motion to dismiss[17] which is continued to 1/11/2007 at 09:15 AM.Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# EXHIBIT B

Case: 1:05-cv-07097 Document #: 345-2 Filed: 12/22/06 Page 4 of 23 PageID #:8159



# CAREERS

Careers

Log in

Search for Jobs

Create an Account

Help

Click on Search Jobs to find an opening in your desired area and to submit your resume.

Welcome to the job search engine—your key to finding open positions that match your skills, talent and interests. This is the jumping-off point for exploring career opportunities in three organizations within our family of companies:

- **Ameriquest Mortgage Company:** One of the country's premiere mortgage lenders. Ameriquest has been helping people achieve their dreams for over a quarter century.

- **AMC Mortgage Services, Inc.:** Once a mortgage loan funds, this stand-alone company focuses on the selling, servicing and asset management of the loan portfolio. The focus is on providing the highest level of quality in servicing to mortgage loan customers as well as to our banking and investment communities worldwide.

- **ACC Capital Holdings Corporation:** As the parent company for Ameriquest and AMC Mortgage Services, the talented and dedicated team that works in this organization oversees a variety of functions, projects and activities that span across the enterprise.

Although each company has its own area of specialty, we all share a clear belief that to be the best, we have to hire the best. So on behalf of all of us, thank you for your interest and we look forward to speaking with you.

Privacy & Security



Ameriquest Mortgage Company and AMC Mortgage Services, Inc. are subsidiaries of ACC Capital Holdings Corporation and are Equal Housing Lenders.
© 2006 Ameriquest Mortgage Company and AMC Mortgage Services, Inc.
AMC Mortgage Services also doing business as Delaware AMC Mortgage Services, Inc. in the states of Texas, Rhode Island and New Hampshire.
Trade/servicemarks are the property of ACC Capital Holdings Corporation and/or its subsidiaries. All rights reserved.

# EXHIBIT C

CORP/LLC - CERTIFICATE OF GOOD STANDING

12/4/2006 3:07 PM



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

# CORPORATION FILE DETAIL REPORT

| Field | Value | Field | Value |
|---|---|---|---|
| Entity Name | AMERIQUEST MORTGAGE COMPANY | File Number | 57978406 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 09/16/1994 | State | DELAWARE |
| Agent Name | NATIONAL REGISTERED AGENTS INC | Agent Change Date | 05/24/2004 |
| Agent Street Address | 200 WEST ADAMS STREET | President Name & Address | ASEEM MITAL 1100TOWN & COUNTRY ROAD #1100 ORANGE CA 92868 |
| Agent City | CHICAGO | Secretary Name & Address | ADAM J BASS SAME |
| Agent Zip | 60606 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 09/06/2006 | For Year | 2006 |
| Assumed Name | INACTIVE - AMERIQUEST MORTGAGE CORPORATION INACTIVE - LONG BEACH ACCEPTANCE CORP. | | |
| Old Corp Name | 05/01/1997 - LONG BEACH MORTGAGE COMPANY | | |

Return to the Search Screen     Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

1 of 1

# EXHIBIT D

1210V5

**Time of Request:** Friday, December 08, 2006  15:00:19 EST
**Client ID/Project Name:** 430
**Number of Lines:** 1456
**Job Number:**      1821:1203715

Research Information

**Service:**    Terms and Connectors Search
**Print Request:** All Documents 1-39
**Source:** B-FIND Nationwide US and Canadian Public and Private Company ...
**Search Terms:** ameriquest or "amc mortgage" & (il or illinois)

**Send to:**  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

US Business Directory

1 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMC MORTGAGE** CORP
5141 W FULLERTON AVE
CHICAGO, IL 60639-2403 UNITED STATES
TEL: 773-237-7020
ABI-NO: 253748529

**COUNTY:** 17031 COOK

**POPULATION:** 500,000 PLUS FF

**CARRIER-CODE:** C023

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** December 4, 2006

US Business Directory

2 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMC MORTGAGE** SVC
1600 MCCONNOR PKWY
SCHAUMBURG, **IL** 60173-6800 UNITED STATES
TEL: 847-969-0206
ABI-NO: 358514743

**COUNTY:** 17031 COOK

**POPULATION:** 50,000 - 99,999 CC

**CARRIER-CODE:** C040

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** December 4, 2006

US Business Directory

3 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
450 E DEVON AVE
ITASCA, IL 60143-1266 UNITED STATES
TEL: 847-413-8380
ABI-NO: 383528163

**COUNTY:** 17043 DU PAGE

**POPULATION:** 1 - 24,999 AA

**CARRIER-CODE:** C006

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999 CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** December 4, 2006

US Business Directory                .

4 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1020 31ST ST
DOWNERS GROVE, **IL** 60515-5501 UNITED STATES
TEL: 630-663-4880
ABI-NO: 368883815

**COUNTY:** 17043  DU PAGE

**POPULATION:** 25,000 - 49,999    BB

**CARRIER-CODE:** C031

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 -  2,499,999    CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** December 4, 2006

US Business Directory

5 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1900 E GOLF RD # 1105
SCHAUMBURG, **IL** 60173-5036 UNITED STATES
TEL: 847-413-8380   FAX: 847-413-8270
ABI-NO: 969762368

**COUNTY:** 17031  COOK

**POPULATION:** 50,000 - 99,999   CC

**CARRIER-CODE:** C008

**PRI-SIC:** 616201  REAL ESTATE LOANS

**2ND-SIC:** 614101  LOANS

**LOC-SALES:** 2,500,000 -  4,999,999   DD

**LOC-EMPLOYEES:** 15

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** RUSS KELLOG, MANAGER

**AD-SIZE:** BOLD LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** September 18, 2006

US Business Directory

6 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
450 E DEVON AVE
ITASCA, **IL** 60143-1266 UNITED STATES
TEL: 847-413-8380
ABI-NO: 383528163

**COUNTY:** 17043 DU PAGE

**POPULATION:** 1 - 24,999 AA

**CARRIER-CODE:** C006

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** September 18, 2006

Inactive Business Database 9/6/2006 AMERIQUEST MORTGAGE.

7 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

211 FULTON ST
PEORIA, IL  61602-1347  UNITED STATES

TEL: 309-671-9807

ABI-NO: 371960170

9/6/2006

COUNTY: PEORIA

CARRIER-CODE: C034

POPULATION: 100,000 - 249,999   DD

PRI-SIC: 616201   REAL ESTATE LOANS

BUSINESS-ORG: FIRM

SALES: 1,000,000 -  2,499,000   CC

EMPLOYEES: 6

SUBSIDIARY-NO: 971953930

ULTIMATE-NO: 376532743

LANGUAGE: ENGLISH

LOAD-DATE: 9/18/2006

Inactive Business Database 9/6/2006 AMERIQUEST MORTGAGE .

8 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

5215 OLD ORCHARD RD # 420
SKOKIE, **IL**  60077-1043  UNITED STATES

TEL: 847-583-8031  FAX: 847-583-8590

ABI-NO: 518203997

9/6/2006

**CONTACT:** DANIEL  ELLIS  MANAGER

**COUNTY:** COOK

**CARRIER-CODE:** C006

**POPULATION:** 50,000 - 99,999    CC

**PRI-SIC:** 616201   REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 -  4,999,000    DD

**EMPLOYEES:** 16

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 9/18/2006

Inactive Business Database 8/1/2006 AMERIQUEST MORTGAGE -

9 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

2056 WESTINGS AVE
NAPERVILLE, IL 60563-2657 UNITED STATES

TEL: 630-983-0753

ABI-NO: 228479788

8/1/2006

**COUNTY:** DU PAGE

**CARRIER-CODE:** R008

**POPULATION:** 100,000 - 249,999 DD

**PRI-SIC:** 616201 REAL ESTATE LOANS

**2ND-SIC:** 616204 MORTGAGE FEASIBILITY CONSULTANTS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 - 4,999,000 DD

**EMPLOYEES:** 13

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 8/10/2006

Inactive Business Database 8/1/2006 AMERIQUEST MORTGAGE ·

10 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

16345 HARLEM AVE
TINLEY PARK, **IL**  60477-2589  UNITED STATES

TEL: 708-342-0930

ABI-NO: 233042175

8/1/2006

**COUNTY:** COOK

**CARRIER-CODE:** C035

**POPULATION:** 25,000 - 49,999   BB

**PRI-SIC:** 616201   REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 500,000 -  999,000   BB

**EMPLOYEES:** 5

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 8/10/2006

Inactive Business Database 8/1/2006 AMERIQUEST MORTGAGE.

11 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

8750 W BRYN MAWR AVE
CHICAGO, IL  60631-3655  UNITED STATES

TEL: 773-444-0390

ABI-NO: 397297607

8/1/2006

**COUNTY:** COOK

**CARRIER-CODE:** C017

**POPULATION:** 500,000 PLUS   FF

**PRI-SIC:** 616201   REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 8/10/2006

Inactive Business Database 8/1/2006 AMERIQUEST MORTGAGE.

12 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

2300 BARRINGTON RD # 312
HOFFMAN ESTATES, IL  60195-2035  UNITED STATES

TEL: 847-755-9717  FAX: 847-755-9737

ABI-NO: 592990931

8/1/2006

**CONTACT:** RUSS  KELLOG  MANAGER

**COUNTY:** COOK

**CARRIER-CODE:** C016

**POPULATION:** 50,000 - 99,999   CC

**PRI-SIC:** 616201   REAL ESTATE LOANS

**2ND-SIC:** 614101  LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 1,000,000 -  2,499,000   CC

**EMPLOYEES:** 10

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** BOLD LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 8/10/2006

Inactive Business Database 8/1/2006 AMERIQUEST MORTGAGE .

13 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

9501 W 144TH PL # 302
ORLAND PARK, IL  60462-2564  UNITED STATES

TEL: 708-403-0400  FAX: 708-403-2380

ABI-NO: 947410064

8/1/2006

**CONTACT:** JOHN  LESTON  MANAGER

**COUNTY:** COOK

**CARRIER-CODE:** C026

**POPULATION:** 50,000 - 99,999    CC

**PRI-SIC:** 616201   REAL ESTATE LOANS

**2ND-SIC:** 614102  FINANCING
        614101  LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 -  4,999,000    DD

**EMPLOYEES:** 20

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** BOLD LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 8/10/2006

Inactive Business Database 6/29/2006 AMERIQUEST MORTGAGE.

14 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

8501 W HIGGINS RD
CHICAGO, IL 60631-2801 UNITED STATES

TEL: 773-714-0400

ABI-NO: 269647947

6/29/2006

**COUNTY:** COOK

**CARRIER-CODE:** C024

**POPULATION:** 500,000 PLUS FF

**PRI-SIC:** 616201 REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 1,000,000 - 2,499,000 CC

**EMPLOYEES:** 6

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 7/7/2006

US Business Directory                                    .

15 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

AMC MORTGAGE SVC
1600 MCCONNOR PKWY
SCHAUMBURG, IL 60173-6800 UNITED STATES
TEL: 847-969-0206
ABI-NO: 358514743

**COUNTY:** 17031 COOK

**POPULATION:** 50,000 - 99,999 CC

**CARRIER-CODE:** C040

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999 CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** June 8, 2006