US Business Directory

16 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1600 MCCONNOR PKWY
SCHAUMBURG, **IL** 60173-6800 UNITED STATES
TEL: 847-619-3391
ABI-NO: 261749667

**COUNTY:** 17031 COOK

**POPULATION:** 50,000 - 99,999 CC

**CARRIER-CODE:** C040

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999 CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** June 8, 2006

Inactive Business Database 5/30/2006 AMERIQUEST MORTGAGE.

17 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

AMERIQUEST MORTGAGE

1225 CORPORATE BLVD
AURORA, IL  60505-7608  UNITED STATES

TEL: 630-820-6978

ABI-NO: 214431447

5/30/2006

COUNTY: KANE

CARRIER-CODE: C099

POPULATION: 100,000 - 249,999   DD

PRI-SIC: 616201   REAL ESTATE LOANS

BUSINESS-ORG: FIRM

SALES: 1,000,000 -  2,499,000   CC

EMPLOYEES: 6

SUBSIDIARY-NO: 971953930

ULTIMATE-NO: 376532743

AD-SIZE: REGULAR LISTING

LANGUAGE: ENGLISH

LOAD-DATE: 6/6/2006

Inactive Business Database 5/30/2006 AMERIQUEST MORTGAGE.

18 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

AMERIQUEST MORTGAGE

4320 WINFIELD RD
WARRENVILLE, IL  60555-4018  UNITED STATES

TEL: 630-393-0054

ABI-NO: 234227064

5/30/2006

COUNTY: DU PAGE

CARRIER-CODE: R011

POPULATION: 1 - 24,999   AA

PRI-SIC: 616201   REAL ESTATE LOANS

BUSINESS-ORG: FIRM

SALES: 500,000 - 999,000   BB

EMPLOYEES: 5

SUBSIDIARY-NO: 971953930

ULTIMATE-NO: 376532743

AD-SIZE: REGULAR LISTING

LANGUAGE: ENGLISH

LOAD-DATE: 6/6/2006

Inactive Business Database 5/30/2006 AMERIQUEST MORTGAGE

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

AMERIQUEST MORTGAGE

1020 E NEW YORK ST
AURORA, IL  60505-3814  UNITED STATES

TEL: 630-820-5154  FAX: 630-820-5810

ABI-NO: 959965393

5/30/2006

**CONTACT:** KEVIN  RANK  MANAGER

**COUNTY:** KANE

**CARRIER-CODE:** C065

**POPULATION:** 100,000 - 249,999    DD

**PRI-SIC:** 616201   REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 -  4,999,000    DD

**EMPLOYEES:** 15

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 6/6/2006

Case: 1:05-cv-07097 Document #: 345-3 Filed: 12/22/06 Page 5 of 32 PageID #:7922

20 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

1701 GOLF RD
ROLLING MEADOWS, IL  60008-4217  UNITED STATES

TEL: 847-806-7041

ABI-NO: 367758778

4/29/2006

COUNTY: COOK

CARRIER-CODE: C022

POPULATION: 1 - 24,999   AA

PRI-SIC: 616201   REAL ESTATE LOANS

BUSINESS-ORG: FIRM

SALES: 500,000 - 999,000   BB

EMPLOYEES: 5

SUBSIDIARY-NO: 971953930

ULTIMATE-NO: 376532743

LANGUAGE: ENGLISH

LOAD-DATE: 5/5/2006

US Business Directory

21 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
745 MCCLINTOCK DR # 100
BURR RIDGE, IL  60527-3511 UNITED STATES
TEL: 630-455-1049    FAX: 630-887-0931
ABI-NO: 508264538

**COUNTY:** 17043  DU PAGE

**POPULATION:** 1 - 24,999    AA

**CARRIER-CODE:** C073

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 2,500,000 -  4,999,999    DD

**LOC-EMPLOYEES:** 20

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** KEN KIM, MANAGER

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** April 12, 2006

US Business Directory

22 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1 WESTBROOK CORP CTR # 420
WESTCHESTER, **IL** 60154-5710 UNITED STATES
TEL: 708-492-0628   FAX: 708-586-9697
ABI-NO: 949406243

**COUNTY:** 17031  COOK

**POPULATION:** 1 - 24,999   AA

**CARRIER-CODE:** C060

**PRI-SIC:** 616201  REAL ESTATE LOANS

**2ND-SIC:** 614101  LOANS

**LOC-SALES:** 2,500,000 - 4,999,999   DD

**LOC-EMPLOYEES:** 20

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** DUSTIN NATES, MANAGER
        LANCE SHUPE, VP FINANCE
        DUSTIN NATES, VP SALES

**AD-SIZE:** BOLD LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** April 12, 2006

US Business Directory

23 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
500 PARK BLVD
ITASCA, **IL** 60143-3121 UNITED STATES
TEL: 630-773-3152
ABI-NO: 383528171

**COUNTY:** 17043  DU PAGE

**POPULATION:** 1 - 24,999   AA

**CARRIER-CODE:** C007

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999   BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** March 8, 2006

US Business Directory

24 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** TRANSPORTATION
320 S MAIN ST
MORTON, **IL** 61550-1982 UNITED STATES
TEL: 309-263-6141
ABI-NO: 229245550

**COUNTY:** 17179  TAZEWELL

**POPULATION:** 1 - 24,999   AA

**CARRIER-CODE:** C011

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 1,000 -  499,999   AA

**LOC-EMPLOYEES:** 1

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** January 26, 2006

Case: 1:05-cv-07097 Document #: 345-3 Filed: 12/22/06 Page 10 of 32 PageID #:7927

US Business Directory

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1 TOWER LN
OAKBROOK TERRACE, IL 60181-4671 UNITED STATES
TEL: 630-928-3730
ABI-NO: 252800180

**COUNTY:** 17043  DU PAGE

**POPULATION:** 1 - 24,999   AA

**CARRIER-CODE:** C021

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999   BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** January 26, 2006

US Business Directory

26 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1020 31ST ST
DOWNERS GROVE, **IL** 60515-5501 UNITED STATES
TEL: 630-663-4880
ABI-NO: 368883815

**COUNTY:** 17043  DU PAGE

**POPULATION:** 25,000 - 49,999   BB

**CARRIER-CODE:** C031

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999   BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** January 26, 2006

US Business Directory .

27 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
8501 W HIGGINS RD
CHICAGO, **IL** 60631-2801 UNITED STATES
TEL: 773-714-0400
ABI-NO: 269647947

**COUNTY:** 17031 COOK

**POPULATION:** 500,000 PLUS FF

**CARRIER-CODE:** C024

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999 CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 17, 2005

US Business Directory

28 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

AMERIQUEST MORTGAGE CO
1900 SPRING RD # 216
OAK BROOK, IL  60523-1479 UNITED STATES
TEL: 630-586-9670    FAX: 630-586-9697
ABI-NO: 949406243

**COUNTY:** 17043  DU PAGE

**POPULATION:** 1 - 24,999    AA

**CARRIER-CODE:** C052

**PRI-SIC:** 616201  REAL ESTATE LOANS

**2ND-SIC:** 614101  LOANS

**LOC-SALES:** 2,500,000 -  4,999,999    DD

**LOC-EMPLOYEES:** 20

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** LANCE SHUPE, MANAGER
        LANCE SHUPE, VP FINANCE
        LANCE SHUPE, VP SALES

**AD-SIZE:** BOLD LISTING

**CREDIT:** GOOD

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 17, 2005

Case: 1:05-cv-07097 Document #: 345-3 Filed: 12/22/06 Page 14 of 32 PageID #:7931

US Business Directory

29 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
1900 E GOLF RD # 1105
SCHAUMBURG, IL  60173-5036 UNITED STATES
TEL: 847-413-8380    FAX: 847-413-8270
ABI-NO: 969762368

**COUNTY:** 17031  COOK

**POPULATION:** 50,000 - 99,999    CC

**CARRIER-CODE:** C008

**PRI-SIC:** 616201  REAL ESTATE LOANS

**2ND-SIC:** 614101  LOANS

**LOC-SALES:** 2,500,000 -  4,999,999    DD

**LOC-EMPLOYEES:** 15

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** ERIN POLINSKI, MANAGER

**AD-SIZE:** BOLD LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 17, 2005

US Business Directory

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
1600 MCCONNOR PKWY
SCHAUMBURG, **IL** 60173-6800 UNITED STATES
TEL: 847-619-3391
ABI-NO: 261749667

**COUNTY:** 17031  COOK

**POPULATION:** 50,000 - 99,999   CC

**CARRIER-CODE:** C040

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999   CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** August 10, 2005

US Business Directory

31 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

AMERIQUEST MORTGAGE CO
9501 W 144TH PL # 302
ORLAND PARK, IL 60462-2564 UNITED STATES
TEL: 708-403-0400    FAX: 708-403-2380
ABI-NO: 947410064

**COUNTY:** 17031 COOK

**POPULATION:** 50,000 - 99,999    CC

**CARRIER-CODE:** C026

**PRI-SIC:** 614102 FINANCING

**2ND-SIC:** 616201 REAL ESTATE LOANS
614101 LOANS

**LOC-SALES:** UNKNOWN    LL

**LOC-EMPLOYEES:** 20

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** JOHN LESTON, MANAGER
JOHN LESTON, VP FINANCE
JOHN LESTON, VP SALES

**AD-SIZE:** REGULAR LISTING

**CREDIT:** GOOD

**LANGUAGE:** ENGLISH

**LOAD-DATE:** August 10, 2005

US Business Directory

32 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
1020 E NEW YORK ST
AURORA, IL 60505-3814 UNITED STATES
TEL: 630-820-5154   FAX: 630-820-5810
ABI-NO: 959965393

**COUNTY:** 17089  KANE

**POPULATION:** 100,000 - 249,999   DD

**CARRIER-CODE:** C065

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 2,500,000 - 4,999,999   DD

**LOC-EMPLOYEES:** 15

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** KEVIN RANK, MANAGER

**AD-SIZE:** REGULAR LISTING

**CREDIT:** GOOD

**LANGUAGE:** ENGLISH

**LOAD-DATE:** June 8, 2005

Case: 1:05-cv-07097 Document #: 345-3 Filed: 12/22/06 Page 18 of 32 PageID #:7935

US Business Directory

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
16345 HARLEM AVE
TINLEY PARK, **IL** 60477-2589 UNITED STATES
TEL: 708-342-0930
ABI-NO: 233042175

**COUNTY:** 17031 COOK

**POPULATION:** 25,000 - 49,999 BB

**CARRIER-CODE:** C035

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** June 3, 2005

US Business Directory

34 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
4320 WINFIELD RD
WARRENVILLE, IL 60555-4018 UNITED STATES
TEL: 630-393-0054
ABI-NO: 234227064

**COUNTY:** 17043 DU PAGE

**POPULATION:** 1 - 24,999 AA

**CARRIER-CODE:** R011

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** June 3, 2005

35 of 39 DOCUMENTS

Copyright 2004 infoUSA
Inactive Business Database

### AMERIQUEST MORTGAGE CO

8501 W HIGGINS RD # 680
CHICAGO, IL 60631-2809 UNITED STATES

TEL: 773-714-0400 FAX: 773-714-8283

ABI-NO: 975646126

6/4/2004

**CONTACT:** CHAD HEYDA MANAGER

**COUNTY:** COOK

**CARRIER-CODE:** C024

**POPULATION:** 500,000 PLUS FF

**PRI-SIC:** 616201 REAL ESTATE LOANS

**2ND-SIC:** 614101 LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 - 4,999,000 DD

**EMPLOYEES:** 14

**ULTIMATE-NO:** 971953930

**AD-SIZE:** BOLD LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 6/14/2004

Inactive Business Database 2/9/2004 AMERIQUEST MORTGAGE CO

36 of 39 DOCUMENTS

Copyright 2004 infoUSA
Inactive Business Database

AMERIQUEST MORTGAGE CO

19740 GOVERNORS HWY # 120
FLOSSMOOR, IL  60422-2085  UNITED STATES

TEL: 708-647-9741  FAX: 708-647-9764

ABI-NO: 524402831

2/9/2004

CONTACT: MATT  COLLINS  MANAGER

COUNTY: COOK

CARRIER-CODE: R001

POPULATION: 1 - 24,999   AA

PRI-SIC: 616201   REAL ESTATE LOANS

2ND-SIC: 614101  LOANS

BUSINESS-ORG: FIRM

SALES: 2,500,000 - 4,999,000   DD

EMPLOYEES: 15

ULTIMATE-NO: 971953930

AD-SIZE: BOLD LISTING

LANGUAGE: ENGLISH

LOAD-DATE: 2/25/2004

37 of 39 DOCUMENTS

Copyright 2003 infoUSA
Inactive Business Database

**AMERIQUEST** TRANSPORTION

300 HAMILTON BLVD
PEORIA, IL  61602-1234  UNITED STATES

TEL: 309-671-3864

ABI-NO: 598040897

11/5/2003

**COUNTY:** PEORIA

**CARRIER-CODE:** C060

**POPULATION:** 100,000 - 249,999   DD

**PRI-SIC:** 478977   TRANSPORTATION

**BUSINESS-ORG:** FIRM

**SALES:** 500,000 -  999,000   BB

**EMPLOYEES:** 7

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 11/21/2003

38 of 39 DOCUMENTS

Copyright 2003 infoUSA
Inactive Business Database

MORTGAGES **AMERIQUEST** CO

8750 W BRYN MAWR AVE # 250E
CHICAGO, IL  60631-3655  UNITED STATES

TEL: 773-695-1233  FAX: 773-714-8283

ABI-NO: 592941496

10/7/2003

**COUNTY:** COOK

**CARRIER-CODE:** C017

**POPULATION:** 500,000 PLUS    FF

**PRI-SIC:** 616201   REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 - 4,999,000   DD

**EMPLOYEES:** 15

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 10/15/2003

39 of 39 DOCUMENTS

Copyright 1999 infoUSA
Inactive Business Database

INFO **AMERIQUEST**

230 BROADWAY
SPRINGFIELD, IL 62701-1138 UNITED STATES

TEL: 217-522-8950

ABI-NO: 465476117

09/04/98

**CONTACT:** TAMMY KUNTZ MANAGER

**COUNTY:** SANGAMON

**CARRIER-CODE:** C001

**POPULATION:** 100,000 - 249,999  DD

**PRI-SIC:** 873206  RESEARCH SERVICE

**BUSINESS-ORG:** FIRM

**SALES:** 1,000 - 499,000  AA

**EMPLOYEES:** 2

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** February 4, 1999

Ameriquest Cares - Ameriquest Press Release

http://www.ameriquestcares.org/8News/press_releases/2006_08_03.shtml



**AMERIQUEST**
MORTGAGE COMPANY

Press Release

## Ameriquest Community NEWS

## LOCAL NEIGHBORHOOD GETS AN EXTREME MAKEOVER OF THE PLAYFUL KIND:
August 3, 2006

**200 VOLUNTEERS FROM AMC MORTGAGE SERVICES AND THE CHICAGO CHARTER SCHOOL FOUNDATION BUILD NEW KaBOOM! PLAYGROUND IN ONE DAY**

CHICAGO, IL – (August 3, 2006) – Call it an extreme makeover of the playful kind. On August 5, in just six hours, more than 200 volunteers will construct a new, state-of-the-art playground at Chicago International Charter School (CICS), Avalon South Shore Campus, during a one-day large-scale construction event. Volunteers from AMC Mortgage Services (AMC) and the Chicago Charter School Foundation and the local community will make the dream of a safe place to play a reality for this south-side Chicago school. Work begins at 8:30 a.m. and concludes at 2:30 p.m. with a ribbon cutting ceremony to commemorate completion of the new play area.

"There is great enthusiasm and a huge contingent of volunteers for AMC Mortgage Services' signature community project. The efforts of AMC and our students' parents will provide a safe, recreational place for students to enjoy the outdoors," comments Charter School Director Tony Chalmers.

After the one-day construction "blitz," the new 2,500-sq.-ft. playground in Chicago's south-side neighborhood will feature brightly colored slides, climbers and even a rock-climbing wall for the many children in the community who currently have no place to play. The playground design was chosen based on input from the children who drew their dream playgrounds at a Design Day in June.

"AMC has a strong culture of giving back to our communities and helping people achieve their dreams," says local AMC Vice President Susan Crutchfield in Schaumburg, Ill. "Our associates are proud to join KaBOOM! and the Chicago Charter School Foundation in transforming the CICS Avalon South Shore Campus into a positive place for kids and families."

AMC Mortgage Services is providing both financial and volunteer resources for the project. Approximately 150 local employees from AMC and its affiliate companies, Ameriquest Mortgage Company and Argent Mortgage, which have Midwest headquarters in Schaumburg and Rolling Meadows, Ill., have signed on to volunteer for the one-day build. Joining the employees are local fire and police personnel as well as volunteers from the Fraternal Order of Masons.

"The Chicago Charter School Foundation is excited to partner with AMC Mortgage Service and KaBOOM! to make a dream come true for the children who attend CICS Avalon South Shore Campus. This new playground shows what can happen when the community works together with a common goal," says R.J. McMahon, development director, Chicago Charter School Foundation.

The playground build will incorporate the professional guidance of KaBOOM!, a national nonprofit organization that envisions a world in which all children have a great place to play within walking distance of their homes. This is the second playground built by KaBOOM! and AMC Mortgage Services; the first playground was built in Orange, Calif., in February 2006.

"Play is vital to healthy development in children and playgrounds are an integral part of the fabric of our communities," says Darell Hammond, CEO and co-founder, KaBOOM! "AMC and the Chicago Charter School Foundation are setting a great example by working together to give the children a

new, safe playground. In this case, the process—working together to plan and build the new playground—is as important as the product—the playground itself."

**About AMC Mortgage Services and the ACC Capital Holdings family of companies**

AMC Mortgage Services, Ameriquest Mortgage Company and Argent Mortgage are owned and operated by ACC Capital Holdings (ACH), a national financial services company based in Orange, Calif. The ACH family of companies originates, services and securitizes a range of mortgage and other lending products. With operations nationwide and major Midwest facilities in Illinois (Rolling Meadows and Schaumburg), the ACH companies and their associates share a common purpose of helping Americans reach their financial goals and achieve their home ownership dreams. The companies also demonstrate their commitment to communities through a wide array of partnerships, outreach programs and community investments. For more information about AMC Mortgage Services, Ameriquest or Argent, please visit: www.amcmortgageservices.com, www.ameriquest.com, or www.argentmortgage.com.

**KaBOOM!**

Celebrating its ten year anniversary in 2006, KaBOOM! is a national nonprofit organization that envisions a great place to play within walking distance of every child in America. Over the past decade, KaBOOM! has used its innovative community-build model to bring together business and community interests to construct nearly 1,000 new playgrounds, skateparks, sports fields and ice rinks across North America. KaBOOM! also offers a variety of resources, including a web portal and online community, regional and national trainings, grants and publications for communities that wish to plan a new playspace on their own. Headquartered in Washington, D.C., KaBOOM! also has offices in Chicago, Atlanta and San Mateo, CA. For more information, visit www.kaboom.org.

**Chicago Charter School Foundation**

Chicago Charter School Foundation (CCSF), which holds the charter for the Chicago International Charter School (CICS), was incorporated in 1997 as one of the first charter schools in the city of Chicago and is the largest charter school in the state of Illinois. CICS is a network of ten campuses serving grades Pre K – 12 with a collective enrollment of over 5,800 students. The 2006 high school graduation rate for CICS again ranks among the top five non-competitive schools in Chicago. The mission of CICS is to provide, through innovation and choice, an attractive and rigorous college-preparatory education that meets the needs of today's student. For more information, please visit www.ccsfonline.org.

**Contacts:**

| | | | |
|---|---|---|---|
| R.J. McMahon | Dianne Seeber | Chris Orlando | Suzie Lovercheck | Sarah Pinsky |
| Chicago Charter School Foundation | AMC Mortgage Services | AMC Mortgage Services | KaBOOM! | KaBOOM! |
| (312) 455-7890 | (949) 230-7112 | (714) 558-5300 | (312) 617-3632 | (202) 498-5488 |

**AMERIQUEST®**
MORTGAGE COMPANY

CALL FOR A LOAN TODAY: 1-888-251-1313 | Request a Loan Online

Home | Contact Us | Press | Best Practices | ABS Investors | Site Map    EN ESPAÑOL

| Home Refinance | Mortgage Information | About Ameriquest | Manage Your Loan | Business Partners |

**ABOUT AMERIQUEST**

The Ameriquest Difference

Best Practices

Where We're Licensed

Our Privacy Policy

Our Commercials

Special Offers

Sponsorships & Promotions

Ameriquest Field

Ameriquest Racing

Ameriquest in Your Community

Our Mission

Signature Programs

Community Grants

In the News

Job Opportunities

Open Positions

**Press**

▶ Press Releases

Media Contact Info

## Press Releases

**AMERIQUEST IS IN THE NEWS**

**AMERIQUEST MORTGAGE COMPANY AND ARGENT MORTGAGE COMPANY CELEBRATE GRAND OPENING OF NEW SCHAUMBURG FACILITY**

*New Loan Servicing Center Now Operational*

SCHAUMBURG, Ill. – Feb. 1, 2005 – Ameriquest Mortgage Company and Argent Mortgage Company commemorated today the expansion of their affiliated servicing operation in Illinois with the grand opening of a new loan servicing center in Schaumburg: Located in the 11-story office tower at Windy Point, 1600 McConnor Parkway in Schaumburg, company executives and newly hired associates were joined by a host of local officials welcoming them to the community.

Argent already employs more than one thousand associates in Schaumburg. The companies' additional expansion, which will ultimately create 2,100 new jobs over the next three years, was announced at a joint press conference with Gov. Blagojevich in November 2004. The new servicing facility is now operational, with 90 associates hired to date.

Al Larson, Village President of Schaumburg, speaking at the event welcomed the new loan servicing associates to the community, stating, "Ameriquest's and Argent's decision to locate in the Village further underscores our commitment to maintain Schaumburg's reputation as a great place to do business. On behalf of the entire Village Board, I am happy to welcome Ameriquest and Argent to Schaumburg."

Adam Bass, senior executive vice president of Ameriquest, said, "Today we celebrate the beginning of a long and fruitful partnership in Schaumburg. We are pleased 90 people have already joined our company and look forward to welcoming many more professionals from the area to fill planned management and mortgage servicing operations positions."

Ameriquest and Argent are part of Ameriquest Capital Corporation, a national financial services company based in Orange, Calif. Ameriquest is a national retail mortgage company and works directly with consumers. Argent is a national wholesale mortgage lender that provides consumer loans through independent mortgage brokers.

**About Ameriquest Mortgage Company**

Ameriquest Mortgage Company, headquartered in Orange, Calif., is a national mortgage lender committed to helping people achieve their homeownership dreams and financial freedom. To fulfill that mission, Ameriquest originates and services home mortgage loans

through more than 280 branch offices across the United States. Ameriquest and its affiliates employ more than 14,000 associates nationwide. For more information about Ameriquest Mortgage Company or to find out about career opportunities, visit the company's Web site at www.ameriquest.com.

**About Argent Mortgage Company**
Headquartered in Irvine, Calif., Argent Mortgage Company is a leading national mortgage lender. The company works exclusively with independent mortgage brokers and bankers across the country through loan processing centers in California, Illinois and New York. For more information about Argent or to find out about career opportunities, visit the company's Web site at www.argentmortgage.com/.

**Contacts:** Ruth Rosene, Gladstone International, for Ameriquest Mortgage Company, 949-916-4273, ruth.rosene@housewrite.com

Back

⌂ Ameriquest Mortgage Company is an Equal Housing Lender. Licensing | Legal | Privacy & Security

© 2006 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town & Country Rd. Suite 1100, Orange, California 92868. (714) 541-9960.



http://www.amcmortgageservices.com/schaumberg.htm

AMC Mortgage Services, Inc. - Careers



About Us • Contact Us

**Does It Matter Who You Are?**

**Or Does It Matter _WHAT_ You Do?**

HOME • MY AMC LOAN • ABS INVESTORS

## AMC CAREERS

» Capital Markets
» Corporate Image
» Enterprise Networks
» Human Resources
» Information Technology
» Legal
» Loan Origination
» Loan Servicing
» Sales
» Training & Recruiting



**CLICK HERE TO FIND A RECRUITING EVENT** _nearest you!_

ⓘ Find out more about our exciting opportunities and benefits. **Click here.**

## Jobs in Schaumburg, IL.

Located in the heart of Schaumburg, our Customer Care facility will provide career opportunities in the surrounding areas. Our Customer Care representatives combine old-fashioned, person-to-person communication with modern technology. This unique approach allows us to understand and respond quickly to customer needs.

We look to cultivate our Schaumburg site with highly trained associates that can offer a friendly, consultative approach to borrowers in a one-call solution. This gives our associates the opportunity to grow a wealth of knowledge in all areas of loan servicing; e.g. payment options, escrow, tax, and insurance. In our fast pace, dynamic environment we foster a culture that values integrity, respect, and continuous improvement. We achieve this by providing our associates a secure and profitable relationship.

Are you are ready to take your career to the next level? At AMC Mortgage Services we offer you competitive pay, a healthy benefits package, training programs, and great rewards. We encourage you to submit your application for one of the following job openings.

Positions Available:

**DESCRIPTION:**              **LEARN MORE:**

» Mortgage Associate                    ⓘ

* Positions are available in Schaumburg, IL...

ⓒ Click here to view more positions.

AMC Mortgage Services is an equal opportunity employer that values the strength diversity brings to the workplace.

_FIND YOUR_
_DREAM JOB_ ✐

» Schaumburg, IL.

We recognize the competitive advantages that creativity, diverse talents, and varied perspectives bring to our success.

12/22/2006 12:30 PM

Case: 1:05-cv-07097 Document #: 345-3 Filed: 12/22/06 Page 30 of 32 PageID #:7947

http://www.amcmortgageservices.com/schaumberg.htm

AMC Mortgage Services, Inc. - Careers

ᐠ **CAREERS** ᐠ **SITE MAP** ᐠ **NEWS**

⌂ Equal Housing Lender. Licensing | Legal | Security/Privacy
© 2006 AMC Mortgage Services, Inc.℠. All Rights Reserved.



Introducing the
Cingular 8525

• Windows Mobile 5.0
• Access work and
  personal email
• Talk and download data simultaneously
  on Cingular's 3G network

Only from

✕ cingular
raising the bar



**EAST BAY**

# BUSINESS TIMES

HOME | ONLINE EDITION · | PRINT EDITION · | MARKETPLACE · | BUSINESS RESOURCES · | EVENTS & NETWORKING | ABOUT US

Members: Log in
Not Registered? Register for free extra services.

SUBSCRIBE · SUBSCRIBE | MARKETPLACE · | BUSINESS RESOURCES · |
TODAY

Choose Another Market:
East Bay ▼

Search Keywords ____ GO · Search Archive

→ News by Company → News by Industry → People in the News

**LATEST NEWS**

East Bay > News

→ Subscribe to East Bay Business Times

BUSINESS PULSE SURVEY: Will 2007 be a better year for your business?

# Ameriquest closes 229 offices, lays off 3,800

East Bay Business Times - May 3, 2006

📄 Print this Article  ✉ Email this Article   🖨 Reprints  🔗 RSS Feeds   ★ Most Viewed   ✦ Most Emailed

The parent company of **Ameriquest Mortgage Co.** and Town and Country Credit retail mortgage subsidiaries said Tuesday it will launch a new business model that will result in the closing of 229 retail branch offices and the layoffs of about 3,800 workers, effective immediately.

Based in Orange, Ameriquest writes home loans and home equity loans. It makes a market in regular loans and also serves customers with less-than-perfect credit. The company was founded in 1980 as Long Beach Savings and Loan. It changed its name in 1997.

**BUSINESS RESOURCES**

**Entrepreneur**
Sponsored by MasterCard®
Branching into franchising:
They're turning a small, local restaurant into a franchise concept.

**Sales Power**
Sponsored by Hoovers
Selling quality: This family business is built on quality.

**Franchise Center**
Powered by Bison
Browse a comprehensive directory of the nation's fastest-growing franchise opportunities.

**bizwomen**
Life at 60: Councilwoman Ileene S. Wallace hopes her town's 60th anniversary party bring the town together.

**Biz Finance**
Sponsored by Capital One
Tapping close talent: He



Introducing the
Cingular 8525

• Windows Mobile 5.0
• Access work and
  personal email
• Talk and download data simultaneously
  on Cingular's 3G network

BUY IT NOW



Introducing the
Cingular 8525

• Windows Mobile 5.0
• Access work and
  personal email
• Talk and download data simultaneously
  on Cingular's 3G network

BUY IT NOW

Use of, registration on, this site constitutes acceptance of our User Agreement. Please read our Privacy Policy

**ONLINE:** Home | News | Print Edition | Advertise | Marketplace | Business Resources | About Us | Search | RSS Feeds | Site FAQ | Contact Info

**PRINT EDITION:** Subscribe to Print Edition | Advertise | Book of Lists | Download Electronic Version | Article Reprints Rights

**BIZJOURNALS:** bizjournals | BizSpace.com | Jobs | bizwomen.com

Search Engine Optimization by USWeb

© 2006 American City Business Journals, Inc. and its licensors. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of bizjournals.