# EXHIBIT E

Search - 107 Results - county(cook) and lender(Ameriquest) and date is 2/2006      Page 1 of 2

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** Ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✔Select for FOCUS™ or Delivery

☑  1. <u>STEWARD, EDMUND L;</u>, STEWARD, ELZADIA, (Husband and Wife),, Joint Tenancy, 2207 W 107TH ST,, CHICAGO,, IL, 60643, 2/6/2006, 0603716076, 25-18-301-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  2. <u>CRUMBAKER, NORMA A</u>, 5758 W AINSLIE ST,, CHICAGO,, IL, 60630, 2/8/2006, 0603915094, 13-08-425-102, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  3. <u>JACOBS, KENNETH M;</u>, JACOBS, KATHERINE E, 1140 N DERBYSHIRE DR,, ARLINGTON HEIGHTS,, IL, 60004, 2/14/2006, 0604512040, 03-20-420-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  4. <u>USIAK, THOMAS;</u>, USIAK, KATHLEEN M, 1624 KINGSTON LN,, SCHAUMBURG,, IL, 60193, 2/14/2006, 0604512048, 07-29-111-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  5. <u>WEAVER, ANN</u>, 5200 HARRISON ST,, HILLSIDE,, IL, 60162, 2/14/2006, 0604516059, 15-18-109-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  6. <u>LAPORTA, RONALD S;</u>, LAPORTA, LORNA A,, Joint Tenancy, 12624 S CENTRAL AVE,, PALOS HEIGHTS,, IL, 60463, 2/14/2006, 0604517024, 24-29-403-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  7. <u>MYERS, BERNADETTE B</u>, 1722 W ESTES AVE B,, CHICAGO,, IL, 60626, 2/15/2006, 0604622056, 11-31-202-028-1006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  8. <u>KHAN, WASEEM M;</u>, KHAN, MEHVISH, (Husband and Wife),, Joint Tenancy, 5410 N KIMBALL,, CHICAGO,, IL, 60659, 2/15/2006, 0604632111, 13-11-207-035, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  9. <u>MARTINEZ, SALVADOR M</u>, 3931 S CAMPBELL AVE,, CHICAGO,, IL, 60632, 2/16/2006, 0604705003, 19-01-214-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  10. <u>JIMENEZ, STEPHEN R;</u>, JIMENEZ, DEBRA, (Husband and Wife),, Joint

Tenancy, 5556 W WARWICK
AVE,, CHICAGO,, IL, 60641, 2/16/2006, 0604705004, 13-21-116-019, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source:  Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records 
Terms:  **county(cook) and lender(ameriquest) and date is 2/2006**  (Edit Search | Suggest Terms for My Search)
View:  Cite
Date/Time:  Wednesday, December 6, 2006 - 4:32 PM EST

LexisNexis®          About LexisNexis  |  Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Search - 107 Results - county(cook) and lender(Ameriquest) and date is 2/2006      Page 1 of 2

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > <u>IL Mortgage Records</u> [i]

Terms: **county(cook) and lender(ameriquest) and date is 2/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☑    11. <u>ALVAREZ, RENE C;</u>, ALVAREZ, LETICIA, (Husband and Wife),, Tenants By Entireties, 1923 ARTHUR
AVE,, BERKELEY,, IL, 60163, 2/16/2006, 0604705009, 15-07-316-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    12. <u>MYERS, MICHEAL R;</u>, MYERS, EVA F, (Husband and Wife),, Tenants By Entireties, 4110 CLINTON
AVE,, BERWYN, IL, 60402, 2/16/2006, 0604705026, 19-06-115-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    13. <u>DEMERY, JAMES C;</u>, DEMERY, ANNA L, (Husband and Wife),, Joint Tenancy, 7051 MULBERRY ST,, HANOVER PARK,, IL, 60133, 2/16/2006, 0604705030, 06-36-204-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    14. <u>AL SAIGH, MAJED;</u>, AL SAIGH, MARY, (Husband and Wife),, Tenants in Common, 666 W 14TH PL,, CHICAGO
HEIGHTS,, IL, 60411, 2/16/2006, 0604705041, 32-19-305-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    15. <u>CASTILLO, FRANCISCO;</u>, CASTILLO, MAGDELENA,, Tenants By Entireties, 10231 W DICKENS AVE,, MELROSE PARK,, IL, 60164, 2/16/2006, 0604705042, 12-33-122-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    16. <u>BROWN JR, ROLAND;</u>, BROWN, DANNIE, (Husband and Wife),, Joint Tenancy, 5243 W HIRSCH
ST,, CHICAGO,, IL, 60651, 2/16/2006, 0604705049, 16-04-120-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    17. <u>EBEIGBE, LELIA A</u>, 12337 S CARPENTER ST,, CALUMET
PARK,, IL, 60827, 2/16/2006, 0604705051, 25-29-403-043, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    18. <u>AYALA, RICARDO;</u>, ZUNIGA, VERONICA, (Husband and Wife),, Tenants By Entireties, 1761 QUEENSBURY CIR,, HOFFMAN
ESTATES,, IL, 60195, 2/16/2006, 0604705091, 07-08-104-028-1182, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

   19. <u>RUSH, RONALD R;</u>, RUSH, GEORGIA A, (Husband and Wife),, Tenants in

☑    Common, 364 HICKORY ST,, CHICAGO
HEIGHTS,, IL, 60411, 2/16/2006, 0604705092, 32-19-426-022, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    20. KARSTENSEN, ANDREW, (Single or Unmarried Man), 4452 KEENEHAND
CT,, RICHTON PARK,, IL, 60471, 2/16/2006, 0604705100, 31-27-315-016, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records 
Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:32 PM EST

**LexisNexis®**    About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Search - 107 Results - county(cook) and lender(Ameriquest) and date is 2/2006          Page 1 of 2

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records [i]
Terms:  county(cook) and lender(ameriquest) and date is 2/2006  (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☑ 21. KING, EVER, 1521 W 91ST
ST,, CHICAGO,, IL, 60620, 2/16/2006, 0604705113, 25-05-301-064, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 22. GUDANI JR, ARSENIO R;, GUDANI, MYRNA L, (Husband and Wife),, Joint
Tenancy, 5653 N JERSEY
AVE,, CHICAGO,, IL, 60659, 2/16/2006, 0604705121, 13-02-434-024, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 23. WALLACE, MARCUS A, (Single or Unmarried Man), 7125 S TROY
ST,, CHICAGO,, IL, 60629, 2/16/2006, 0604705127, 19-25-101-013, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 24. KUBIK, JEFFREY;, KUBIK, MARIA, (Husband and Wife),, Tenants By
Entireties, 3743 HARVEY
AVE,, BERWYN,, IL, 60402, 2/16/2006, 0604705133, 16-32-319-034, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 25. SCHMIDT, ANTHONY N;, SCHMIDT, VICKY R, (Husband and Wife),, Tenants in
Common, 7607 W 170TH ST,, TINLEY
PARK,, IL, 60477, 2/16/2006, 0604705139, 27-25-217-009, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 26. CAULFIELD, PATRICK A;, CAULFIELD, COLLEEN K,, Joint Tenancy, 17819 65TH
CT,, TINLEY PARK,, IL, 60477, 2/16/2006, 0604705140, 28-31-221-022, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 27. ELAZIER, KENNETH B, 1147
HERBERT,, BERKELEY,, IL, 60163, 2/16/2006, 0604754004, 15-06-307-
014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 28. FRENCH, MARY, (Single or Unmarried Woman);, FRENCH, FRANCIS, (Single or
Unmarried Woman),, Joint Tenancy, 925 E POINT
DR,, SCHAUMBURG,, IL, 60193, 2/17/2006, 0604815017, 07-26-301-012, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 29. JOHNSON, KIM D, 309
AUGUSTA,, MAYWOOD,, IL, 60153, 2/17/2006, 0604815020, 15-02-339-
028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Search - 107 Results - county(cook) and lender(Ameriquest) and date is 2/2006          Page 2 of 2

☑     30. ELLIS, MARY L, (Single or Unmarried Woman), 1517 S 9TH
          AVE,, MAYWOOD,, IL, 60153, 2/21/2006, 0605205035, 15-14-140-013, NON-
          PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
          **AMERIQUEST** MORTGAGE CO

       Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
               Records 
       Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (Edit Search | Suggest Terms for My Search)
        View: Cite
    Date/Time: Wednesday, December 6, 2006 - 4:38 PM EST

          LexisNexis®          About LexisNexis  | Terms & Conditions
                               Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
                               reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > IL Mortgage Records ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☑    31. <u>MILLER, PAUL L:</u>, MILLER, PAMELA K, (Husband and Wife),, Joint Tenancy, 7102 MEADOWBROOK LN,, HANOVER PARK,, IL, 60133, 2/21/2006, 0605205038, 07-31-209-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    32. <u>MASSIE JR, JERRY L</u>, 14929 COOPER AVE,, HARVEY,, IL, 60426, 2/21/2006, 0605205039, 29-07-322-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    33. <u>STARBUCK, ROBERT:</u>, STARBUCK, GAYLE, (Husband and Wife),, Tenants in Common, 3914 N PANAMA AVE,, CHICAGO,, IL, 60634, 2/21/2006, 0605205042, 12-23-205-046, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    34. <u>HARGRAVES, DONALD E:</u>, HARGRAVES, DIANE, (Husband and Wife),, Tenants By Entireties, 8541 S SAWYER AVE,, CHICAGO,, IL, 60652, 2/21/2006, 0605205045, 19-35-421-089, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    35. <u>EYLANDER, GERRIT:</u>, EYLANDER, BARBARA J,, Joint Tenancy, 605 E 164TH PL,, SOUTH HOLLAND,, IL, 60473, 2/21/2006, 0605236087, 29-22-212-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    36. <u>WICKEY, CYNTHIA A</u>, (Surviving Joint Tenant), 3017 N MANGO AVE,, CHICAGO,, IL, 60634, 2/21/2006, 0605236096, 13-29-213-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    37. <u>HOWARD, ROBIN</u>, 7709 S SPAULDING AVE,, CHICAGO,, IL, 60652, 2/21/2006, 0605236105, 19-26-412-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    38. <u>BUBLICH, SHIRLEY</u>, 9137 W MANSFIELD DR,, TINLEY PARK,, IL, 60477, 2/21/2006, 0605236106, 27-34-303-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    39. <u>MASON, LENDA M</u>, 6343 S VERNON AVE,, CHICAGO,, IL, 60637, 2/21/2006, 0605236107, 20-22-201-038, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑     40. IPINA, FRANCISCO G;, IPINA, ANITA, (Husband and Wife),, Joint Tenancy, 2748
          W 47TH ST,, CHICAGO,, IL, 60632, 2/21/2006, 0605236108, 19-01-422-
          038, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
          **AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage
          Records** 
 Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (Edit Search | Suggest Terms for My Search)
  View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:38 PM EST

⚫ LexisNexis®          About LexisNexis  |  Terms & Conditions
                       Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
                       reserved.

Search - 107 Results - county(cook) and lender(Ameriquest) and date is 2/2006     Page 1 of 2

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records [i]
Terms: county(cook) and lender(ameriquest) and date is 2/2006  (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☑   41. HILL, MARVIN;, SHAFFER HILL, DEBORAH JILL, (Husband and Wife),, Tenants By
Entireties, 2165 SOMERSWORTH
PL,, SCHAUMBURG,, IL, 60195, 2/21/2006, 0605236109, 07-07-201-084, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   42. ALLISON, BERNADETTE, (Widow or Widower);, ALLISON, JAMI K, (Single or
Unmarried Woman),, Joint Tenancy, 8419 W CLARA
DR,, NILES,, IL, 60714, 2/21/2006, 0605236110, 09-23-322-020, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   43. MARSHALL, GLORIA JEAN, 7621 S CHAMPLAIN AVE
S,, CHICAGO,, IL, 60619, 2/21/2006, 0605236111, 20-27-413-008, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   44. SLOSAR, CHRIS;, NELSON, RYAN, 1050 N MARSHFIELD AVE
2,, CHICAGO,, IL, 60622, 2/23/2006, 0605406003, 17-06-411-036-1002, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   45. IACOBAZZI, MARK, 5331 GRACE
ST,, CHICAGO,, IL, 60641, 2/23/2006, 0605406006, 13-21-118-010, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   46. PIMENTEL, ALICIA;, PIMENTEL, VINCENT C,, Joint Tenancy, 464 N CARPENTER
ST,, CHICAGO,, IL, 60622, 2/23/2006, 0605422140, 17-248-011-0000, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   47. MARTIN, CAROLYN, 18032 GREENVIEW TER,, COUNTRY CLUB
HILLS,, IL, 60478, 2/3/2006, 0603441077, 28-34-410-021, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   48. LAWSON, IRIS G, 4800 CHICAGO BEACH DR
1814N,, CHICAGO,, IL, 60615, 2/3/2006, 0603441078, 20-12-100-003-
1147, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   49. MORRIS, JEFFREY;, MORRIS, VIRGINIA, (Husband and Wife),, Joint
Tenancy, 16764 BULGER,, HAZEL
CREST,, IL, 60429, 2/3/2006, 0603441079, 29-30-105-029, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   50. <u>RABB, MARY E</u>, 14211 S WABASH
AVE,, RIVERDALE,, IL, 60827, 2/3/2006, 0603441080, 29-04-405-006, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
Records** 
Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:38 PM EST

**LexisNexis**®   <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
<u>Copyright</u> © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** 🛈

Terms: **county(cook) and lender(ameriquest) and date is 2/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☑ 51. <u>GIBSON, LARRY</u>, 3704 W 86TH PL,, CHICAGO,, IL, 60652, 2/3/2006, 0603441081, 19-35-333-054, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 52. <u>MEIER, JOHN F;</u>, MEIER, JULIE A, (Husband and Wife),, Tenants By Entireties, 5522 N NATCHEZ AVE,, CHICAGO,, IL, 60656, 2/3/2006, 0603441086, 13-07-206-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 53. <u>JORDAN, JOYCE G</u>, 5437 S HOYNE ST,, CHICAGO,, IL, 60609, 2/3/2006, 0603441090, 20-07-322-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 54. <u>JURSICH, JAMES A;</u>, JURSICH, ELEANOR M, (Husband and Wife),, Joint Tenancy, 7720 W 87TH ST,, BRIDGEVIEW,, IL, 60455, 2/3/2006, 0603441091, 18-36-323-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 55. <u>JANIA, KELLI M;</u>, JANIA, DANIEL S,, Joint Tenancy, 13239 S BUFFALO AVE,, CHICAGO,, IL, 60633, 2/3/2006, 0603441097, 26-31-220-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 56. <u>MARTIN, TRACEY</u>, (Single or Unmarried Woman), 900 SUNSET DR 308,, GLENWOOD,, IL, 60425, 2/3/2006, 0603441115, 29-33-301-038-1040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 57. <u>FERRERAS, ESDRAS</u>, 3613 S 58TH CT,, CICERO,, IL, 60804, 2/3/2006, 0603441116, 16-32-411-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 58. <u>HARTWELL, ALBERT;</u>, HARTWELL, MARCIA,, Joint Tenancy, 135 E 119TH ST,, CHICAGO,, IL, 60628, 2/3/2006, 0603441117, 25-27-101-060, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 59. <u>ROPER, MICHAEL E;</u>, ROPER, LADONNA M SIMMONS, (Husband and Wife),, Tenants By Entireties, 6006 KATHRYN LN,, MATTESON,, IL, 60443, 2/3/2006, 0603441119, 31-17-325-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 60. <u>TURNER, MARY A</u>, 6528 S WHIPPLE
ST,, CHICAGO,, IL, 60629, 2/3/2006, 0603441124, 19-24-118-027, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
Records** 
Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:38 PM EST

LexisNexis&reg;    <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
<u>Copyright</u> © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records i

Terms: county(cook) and lender(ameriquest) and date is 2/2006  (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☑ 61. HEFFERNAN, MARY ROSE, 3449 S
WESLEY,, BERWYN,, IL, 60402, 2/3/2006, 0603441125, 16-31-232-017, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 62. ABSTON, KATHY A, 3242 W 84TH
PL,, CHICAGO,, IL, 60652, 2/24/2006, 0605505238, 19-35-411-063, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 63. ANGELACOS, GEORGE M;, ANGELACOS, SUSAN M, (Husband and Wife),, Joint
Tenancy, 510 DEERFIELD
DR,, STREAMWOOD,, IL, 60107, 2/24/2006, 0605505223, 06-22-206-012, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 64. ANHEIER JR, HARRY D, (Single or Unmarried Man), 342
GREENWOOD,, GLENVIEW,, IL, 60025, 2/1/2006, 0603241017, 09-11-104-
014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 65. ARAKELIAN, MICHAEL;, ARAKELIAN, KIMBERLY, (Husband and Wife), 5 COURT
OF CHARLWOOD,, NORTHBROOK,, IL, 60062, 2/24/2006, 0605549013, 04-08-
311-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 66. BAUMEISTER, JAMIE L;, BAUMEISTER, JENNIFER L, (Husband and Wife),, Joint
Tenancy, 16027 CENTRAL PARK
AVE,, MARKHAM,, IL, 60426, 2/1/2006, 0603241060, 28-23-208-030, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 67. BROWN, ANTHONY R, 15610 MYRTLE
AVE,, HARVEY,, IL, 60426, 2/1/2006, 0603241063, 29-17-307-025, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 68. BROWN, LAWRENCE ASA;, BROWN, WYNONA T, (Husband and Wife),, Joint
Tenancy, 1925 S 5TH AVE,, MAYWOOD,, IL, 60153, 2/10/2006, 0604121157, 15-
14-312-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 69. CAVIN, ANGELA E, 8752 S MOZART ST,, EVERGREEN
PARK,, IL, 60805, 2/1/2006, 0603241022, 24-01-107-030, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑     70. CONWAY, RAYMOND, 8534 S
              EUCLID,, CHICAGO,, IL, 60617, 2/1/2006, 0603241025, 20-36-322-033, NON-
              PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
              **AMERIQUEST** MORTGAGE CO


      Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage**
              **Records** 
      Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (Edit Search | Suggest Terms for My Search)
       View: Cite
   Date/Time: Wednesday, December 6, 2006 - 4:38 PM EST

LexisNexis®      About LexisNexis | Terms & Conditions
                 Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
                 reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > IL Mortgage
Records [i]

Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☑   71. <u>DIXON, LAJOHN</u>, (Married Person), 14223 S MICHIGAN
AVE,, RIVERDALE,, IL, 60827, 2/27/2006, 0605805036, 29-04-406-012, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   72. <u>DUNLAP, LAWRENCE D;</u>, DUNLAP, MURIEL C, (Husband and Wife), 6210 S
CARPENTER ST,, CHICAGO,, IL, 60621, 2/28/2006, 0605915142, 20-17-426-
022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   73. <u>EMBERY, ALMANGO</u>, 14626 KENWOOD
AVE,, DOLTON,, IL, 60419, 2/1/2006, 0603212098, 29-11-202-054, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   74. <u>FORMANSKI, JEFFERY A;</u>, FORMANSKI, ELIZABETH A, (Husband and
Wife),, Tenants By Entireties, 136 W KENNEDY
DR,, STREAMWOOD,, IL, 60107, 2/10/2006, 0604117046, 06-13-404-022, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   75. <u>FREMMING, SHIRLEY A</u>, 1743 LELAND
AVE,, EVANSTON,, IL, 60201, 2/10/2006, 0604121158, 10-13-121-002, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   76. <u>GREEN, DAVID M</u>, (Single or Unmarried Man), 17950 MICHAEL AVE,, COUNTRY
CLUB HILLS,, IL, 60478, 2/1/2006, 0603241059, 28-34-300-015, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   77. <u>GREENBERG, BOB L;</u>, GREENBERG, JO ANNE,, Joint Tenancy, 2722 N PARKSIDE
AVE,, CHICAGO,, IL, 60639, 2/1/2006, 0603241018, 13-29-406-033, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   78. <u>HALL, MARY JO</u>, (Single or Unmarried Woman), 260 N IRVING
AVE,, HILLSIDE,, IL, 60162, 2/1/2006, 0603241066, 15-18-206-017, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   79. <u>HARRIS, BENNIE TYRONE;</u>, HARRIS, DEBBIE, (Husband and Wife),, Joint
Tenancy, 633 YATES AVE,, CALUMET
CITY,, IL, 60409, 2/1/2006, 0603241028, 29-12-428-002, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑     80. HESKIN, PETER A, (Single or Unmarried Man), 833 FOREST RD,, LA GRANGE
          PARK,, IL, 60526, 2/1/2006, 0603241061, 15-33-219-004, NON-PURCHASE
          MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
          **AMERIQUEST** MORTGAGE CO


       Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
               Records** 
       Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
        View: Cite
   Date/Time: Wednesday, December 6, 2006 - 4:39 PM EST

       LexisNexis    <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
                     <u>Copyright ©</u>  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
                     reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (Edit Search | Suggest Terms for My Search)

✛Select for FOCUS™ or Delivery

☑  81. HORTON JR, STANLEY, 745 E 155TH
PL,, PHOENIX,, IL, 60426, 2/24/2006, 0605505221, 29-16-321-014, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  82. JACKSON, EILEEN, (Single or Unmarried Woman), 2619 W GLADYS
AVE,, CHICAGO,, IL, 60612, 2/1/2006, 0603241078, 16-13-224-016, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  83. JORDAN, CLARENCE E;, JORDAN, PRISCILLA Y, (Husband and Wife),, Tenants By
Entireties, 2921 W SEIPP
ST,, CHICAGO,, IL, 60652, 2/24/2006, 0605505217, 19-36-320-010, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  84. KING, CARLTON, (Widow or Widower), 649 W 43RD
PL,, CHICAGO,, IL, 60609, 2/1/2006, 0603241035, 20-04-306-005, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  85. LEE, CAREY;, LEE, DENISE, (Husband and Wife),, Joint Tenancy, 7233 S
ROCKWELL ST,, CHICAGO,, IL, 60629, 2/10/2006, 0604121159, 19-25-212-
014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  86. MADRID, MARGARET, 537 DOUGLAS AVE,, CALUMET
CITY,, IL, 60409, 2/1/2006, 0603241038, 30-08-408-006, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  87. MARBURY, THOMAS C, (Married Man as his sole and separate property), 16712
ELM ST,, SOUTH HOLLAND,, IL, 60473, 2/1/2006, 0603241074, 29-22-402-
006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  88. MAYER, DOROTHY, 7738 W 159TH,, TINLEY
PARK,, IL, 60477, 2/24/2006, 0605505228, 27-24-101-020-1015, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  89. MCDONALD, ROY;, MCDONALD, CAROLE, (Husband and Wife), 8103 N OSCEOLA
AVE,, NILES,, IL, 60714, 2/27/2006, 0605816034, 09-24-413-040, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  90. MICHELETTO, ANGELO;, MICHELETTO, THERESA K, (Husband and Wife),, Joint

Tenancy, 8331 W 82ND ST,, JUSTICE,, IL, 60458, 2/1/2006, 0603241075, 18-
35-218-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** 

Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:39 PM EST

LexisNexis®    <u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright ©</u> 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Search - 107 Results - county(cook) and lender(Ameriquest) and date is 2/2006    Page 1 of 2

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☑  91. MUELLER, ANDREAS, 9922 S NORMAL
AVE,, CHICAGO,, IL, 60628, 2/27/2006, 0605805037, 25-09-305-024, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  92. PEREZ, RICHARD E;, PEREZ, GUADALUPE, (Husband and Wife),, Joint
Tenancy, 3712 W 57TH PL,, CHICAGO,, IL, 60629, 2/1/2006, 0603241062, 19-
14-118-054, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  93. POMAR, BERNARD L, 1542 CORNELL
CIR,, SCHAUMBURG,, IL, 60194, 2/10/2006, 0604115037, 07-07-400-006-
1141, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  94. RAKOWSKI, MICHAEL J;, RAKOWSKI, MARY J, (Husband and Wife),, Tenants By
Entireties, 668 PRICE ST,, CALUMET
CITY,, IL, 60409, 2/1/2006, 0603241039, 30-08-324-027, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  95. REBELLON, HERNANDO;, REBELLON, AMPARO,, Joint Tenancy, 3637 W 69TH
ST,, CHICAGO,, IL, 60629, 2/1/2006, 0603241067, 19-23-319-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  96. ROBINSON, EUGENE;, ROBINSON, REGINA M, (Husband and Wife),, Joint
Tenancy, 556 N LAWLER,, CHICAGO,, IL, 60644, 2/10/2006, 0604117045, 16-
09-218-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  97. RODRIGUEZ, ABELARDO;, RODRIGUEZ, DARLENE, (Husband and Wife),, Joint
Tenancy, 10524 S SPAULDING
AVE,, CHICAGO,, IL, 60655, 2/24/2006, 0605505218, 24-14-215-022, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  98. SCHULTZ, MICHAEL A;, SCHULTZ, COLLEEN E, (Husband and Wife),, Tenants By
Entireties, 1344 W BRYN MAWR AVE
1E,, CHICAGO,, IL, 60660, 2/10/2006, 0604115040, 14-05-327-042-1001, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  99. SEATON, JERRY J;, SEATON, ANGELA V, (Husband and Wife),, Joint
Tenancy, 9101 S OGLESBY
AVE,, CHICAGO,, IL, 60617, 2/10/2006, 0604117049, 25-01-407-057, NON-

PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    100.  SHELTON, SHEILA, 7716 S PAXTON
AVE,, CHICAGO,, IL, 60649, 2/1/2006, 0603203161, 20-25-419-020, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO



Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records**

Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:39 PM EST

**LexisNexis**   <u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright ©</u> 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☑  101. <u>SULLIVAN, JOHN W</u>, 4722 BUTTERFIELD
RD,, HILLSIDE,, IL, 60162, 2/24/2006, 0605505237, 15-08-320-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  102. <u>TAYLOR, JAMES;</u>, TAYLOR, CAROLYN,, Joint Tenancy, 6136 S ELIZABETH
ST,, CHICAGO,, IL, 60636, 2/1/2006, 0603241076, 20-17-323-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  103. <u>VERSTRATE, CHRISTOPHER J;</u>, VERSTRATE, KADIE JANE, (Husband and Wife),, Tenants By Entireties, 10800 S ARTESIAN
AVE,, CHICAGO,, IL, 60655, 2/1/2006, 0603241023, 24-13-414-088, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  104. <u>VICUNA, BAUDELIO</u>, 846 S LAGRANGE RD,, LA
GRANGE,, IL, 60525, 2/27/2006, 0605805034, 18-09-131-027, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  105. <u>WADE, ROBERT C</u>, 625 E SHERWOOD
LN,, SCHAUMBURG,, IL, 60193, 2/1/2006, 0603212125, 07-23-305-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  106. <u>WHITTED, NEDRA G</u>, 11010 S PARNELL
AVE,, CHICAGO,, IL, 60628, 2/1/2006, 0603241036, 25-16-325-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  107. <u>WILLIAMS, JOHNNIE J</u>, (Single or Unmarried Man);, CRAIG, ANGELA, (Single or Unmarried Woman),, Joint Tenancy, 1129 S MASON
AVE,, CHICAGO,, IL, 60644, 2/10/2006, 0604112011, 16-17-410-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:31 PM EST

 LexisNexis®    <u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright ©</u> 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT F

Search - 146 Results - county(cook) and lender(Ameriquest) and date is 3/2006

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ

Terms: county(cook) and lender(ameriquest) and date is 3/2006  (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐ 1. GRIFFITH, TOSCA R, 451 W 125TH
PL,, CHICAGO,, IL, 60628, 3/1/2006, 0606012082, 25-28-329-011, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 2. LEAHY JR, ROBERT J, 938 CAPRI
DR,, PALATINE,, IL, 60074, 3/1/2006, 0606012084, 02-01-308-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 3. JOHNSON, THERESA, 7610 S
PRAIRIE,, CHICAGO,, IL, 60619, 3/1/2006, 0606013020, 20-27-309-024, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 4. PARCHMAN JR, LUTHER, 2225 S KIRKLAND
AVE,, CHICAGO,, IL, 60623, 3/1/2006, 0606013021, 16-27-201-013, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 5. GARNER, CLARENCE, 11440 S ADA
ST,, CHICAGO,, IL, 60643, 3/1/2006, 0606013022, 25-20-129-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 6. VILLODAS, CONRADO;, VILLODAS, WANDA IVETTE, (Husband and Wife),, Joint
Tenancy, 2441 N LAWNDALE
AVE,, CHICAGO,, IL, 60647, 3/1/2006, 0606013023, 13-26-329-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 7. BATTLE, JACQUELINE, 2563 W 81ST
PL,, CHICAGO,, IL, 60652, 3/1/2006, 0606013024, 19-36-220-009, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 8. BILLUPS, LISA M, 8931 S NORMAL
AVE,, CHICAGO,, IL, 60620, 3/1/2006, 0606013025, 25-04-122-012, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 9. STEWART, CYNTHIA A, (Single Person or Individual), 11443 S ELIZABETH
ST,, CHICAGO,, IL, 60643, 3/1/2006, 0606013026, 25-20-132-005, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 10. ELLISON JR, MACK H;, ELLISON, MARGARET K,, Joint Tenancy, 7126 S

ROCKWELL ST,, CHICAGO,, IL, 60629, 3/1/2006, 0606013027, 19-25-203-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage Records 

Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:41 PM EST

LexisNexis®          About LexisNexis  |  Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ

Terms: county(cook) and lender(ameriquest) and date is 3/2006   (Edit Search | Suggest Terms for My Search)

✒Select for FOCUS™ or Delivery

☐ 11. MAY, JAMES, 6533 S
HERMITAGE,, CHICAGO,, IL, 60636, 3/1/2006, 0606042005, 20-19-221-
012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 12. AUGUSTIN, JOEL;, ROY, PATRICIA, (Husband and Wife), 8641 CENTRAL PARK
AVE,, SKOKIE,, IL, 60076, 3/2/2006, 0606144036, 10-23-207-060, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 13. HAL, THOMAS H;, HAL, BETTY J,, Joint Tenancy, 8328 S PEORIA
ST,, CHICAGO,, IL, 60620, 3/2/2006, 0606144065, 20-32-405-033, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 14. GUTHRIE, WILLIE H, (Single Person or Individual), 5711 S WOLCOTT
AVE,, CHICAGO,, IL, 60636, 3/3/2006, 0606202290, 20-18-218-004, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 15. PRYOR, ANTHONY L;, WALKER JOHNSON, COLLEEN, (Husband and Wife),, Joint
Tenancy, 7808 S
HERMITAGE,, CHICAGO,, IL, 60621, 3/3/2006, 0606202296, 20-30-432-
019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 16. COOPER JR, JOHNNIE W;, COOPER, MELANIE A, (Husband and Wife),, Tenants
By Entireties, 1106 S LOMBARD AVE,, OAK
PARK,, IL, 60304, 3/3/2006, 0606202304, 16-17-320-004, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 17. PIETROWSKI, RICHARD R;, PIETROWSKI, SUSAN M, (Husband and
Wife),, Tenants By Entireties, 4112 W 142ND
ST,, CRESTWOOD,, IL, 60445, 3/3/2006, 0606202310, 28-03-415-015-
1008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 18. JONES, RUTHIE L, 2257 W 156TH
PL,, MARKHAM,, IL, 60426, 3/3/2006, 0606216102, 29-18-309-063, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 19. LYNN, MICHAEL T;, LYNN, CINDY L, (Husband and Wife),, Tenants By
Entireties, 308 3RD ST,, WHEELING,, IL, 60090, 3/3/2006, 0606216104, 03-02-
401-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   20. MATTHEWS, JOHN E;, MATTHEWS, MINNIE HOGSETT, (Husband and
         Wife),, Tenants By Entireties, 1509 S SPENCER
         AVE,, BERKELEY,, IL, 60163, 3/3/2006, 0606216108, 15-08-116-003, NON-
         PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
         **AMERIQUEST** MORTGAGE CO

Source:  Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
         Records 
 Terms:  **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)
  View:  Cite
Date/Time: Wednesday, December 6, 2006 - 4:42 PM EST

       LexisNexis®     About LexisNexis | Terms & Conditions
                       Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
                       reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006**   (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☐ 21. <u>BENSON, ROBERT;</u>, BENSON, MARIAN, (Husband and Wife),, Joint Tenancy, 3470 N LAKE SHORE DR 6A,, CHICAGO,, IL, 60657, 3/3/2006, 0606216112, 14-21-306-038-1007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 22. <u>CHRIST, DEAN;</u>, PHILLIPS, JOAN, (Husband and Wife),, Joint Tenancy, 1120 S SCOVILLE,, OAK PARK,, IL, 60304, 3/3/2006, 0606243275, 16-18-419-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 23. <u>CHARLEY, LEONARD</u>, 24 156TH PL,, CALUMET CITY,, IL, 60409, 3/3/2006, 0606243276, 30-17-209-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 24. <u>BURKS, KEITH</u>, 1861 S CENTRAL PARK AVE,, CHICAGO,, IL, 60623, 3/3/2006, 0606243277, 16-23-400-045, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 25. <u>MCNAMARA, KELLY A</u>, 22510 YATES AVE,, SAUK VILLAGE,, IL, 60411, 3/3/2006, 0606243278, 32-36-109-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 26. <u>GARNER, RONALD F;</u>, GARNER, PAULA R, (Husband and Wife),, Joint Tenancy, 392 W 16TH ST,, CHICAGO HEIGHTS,, IL, 60411, 3/3/2006, 0606243286, 32-19-415-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 27. <u>OAKES, JOSEPH L</u>, (Single or Unmarried Man), 3016 NOTTINGHAM AVE,, MARKHAM,, IL, 60426, 3/3/2006, 0606243287, 28-24-102-045, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 28. <u>ABSTON, KATHY</u>, 1043 W 87TH ST,, CHICAGO,, IL, 60620, 3/3/2006, 0606243288, 25-05-202-054, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 29. <u>MCLORTHAN, DEREK;</u>, MCLORTHAN, JOCELYNE, (Husband and Wife),, Tenants By Entireties, 22510 CRESCENT WAY,, RICHTON PARK,, IL, 60471, 3/3/2006, 0606243289, 31-34-109-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐     30. MITCHELL, BENNY L, 18710 JOHN AVE,, COUNTRY CLUB
           HILLS,, IL, 60478, 3/3/2006, 0606243303, 31-03-306-021, NON-PURCHASE
           MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
           **AMERIQUEST** MORTGAGE CO


   Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage
           Records** 
    Terms: **county(cook) and lender(ameriquest) and date is 3/2006**   (Edit Search | Suggest Terms for My Search)
     View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:42 PM EST

LexisNexis®          About LexisNexis  | Terms & Conditions
                     Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
                     reserved.

Search - 146 Results - county(cook) and lender(Ameriquest) and date is 3/2006          Page 1 of 2

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage**
Records [i]
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☐ 31. <u>CAMARILLO, DANIEL M;</u>, CAMARILLO, MARY ANN, (Husband and Wife),, Joint
Tenancy, 7015 W 72ND ST,, CHICAGO,, IL, 60638, 3/3/2006, 0606243304, 19-
30-105-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 32. <u>SPANICH, JOSEPH G</u>, (Single or Unmarried Man), 14000 GREENBAY
AVE,, BURNHAM,, IL, 60633, 3/3/2006, 0606243305, 30-06-206-032, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 33. <u>PATTERSON, JOHN</u>, 3845 S CALUMET
AVE,, CHICAGO, IL, 60653, 3/3/2006, 0606243307, 17-34-327-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 34. <u>MCGHEE, GREGORY</u>, 11655 S MORGAN
ST,, CHICAGO,, IL, 60643, 3/3/2006, 0606243309, 25-20-409-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 35. <u>MALLETT, CHARLES L</u>, (Single or Unmarried Man), 1618 N LONG
AVE,, CHICAGO,, IL, 60639, 3/3/2006, 0606243311, 13-33-322-034, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 36. <u>BYRD, TRACIE</u>, (Single Person or Individual), 2848 W 140TH PL,, BLUE
ISLAND,, IL, 60406, 3/7/2006, 0606602006, 28-01-321-018, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 37. <u>WYATT, MICHAEL;</u>, WYATT, BRENDA C, (Husband and Wife),, Tenants By
Entireties, 2918 193RD PL,, LANSING,, IL, 60438, 3/7/2006, 0606602014, 33-
06-416-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 38. <u>MURDOCK, ANDRE;</u>, MURDOCK, MELISA, (Husband and Wife),, Tenants in
Common, 5437 W AUGUSTA
BLVD,, CHICAGO,, IL, 60651, 3/7/2006, 0606602016, 16-04-317-041, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 39. <u>WINDMON, LEROY;</u>, WINDMON, ORA, (Husband and Wife),, Joint Tenancy, 16130
MARSHFIELD AVE,, HARVEY,, IL, 60426, 3/7/2006, 0606636044, 29-19-219-
041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

40. <u>STRAVIS, GREGORY;</u>, STRAVIS, HELEN, (Husband and Wife),, Tenants By
    Entireties, 4142 VICTORIA DR,, HOFFMAN
    ESTATES,, IL, 60195, 3/7/2006, 0606636207, 02-19-426-012, NON-PURCHASE
    MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
    **AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > <u>IL Mortgage</u>
<u>Records</u> 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:42 PM EST

LexisNexis·    <u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright ©</u>  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✔Select for FOCUS™ or Delivery

☐  41. <u>LEE, TED W;</u>, LEE, THERESA E, (Husband and Wife), 2830 W 39TH PL,, CHICAGO, IL, 60632, 3/7/2006, 0606636210, 19-01-103-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐  42. <u>SALVANT, CHARDELL</u>, 7714 S EVANS AVE,, CHICAGO,, IL, 60619, 3/7/2006, 0606636215, 20-27-422-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐  43. <u>JANKOWIAK, FRANK M</u>, 8901 S ROBERTS RD 311,, HICKORY HILLS, IL, 60457, 3/7/2006, 0606636218, 23-01-101-019-1033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐  44. <u>ARMSTRONG, MICHAEL</u>, 9738 S HAMLIN AVE,, EVERGREEN PARK,, IL, 60805, 3/7/2006, 0606636226, 24-11-119-054, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐  45. <u>PANTALEON, MIGUEL A;</u>, PANTALEON, AIDA, (Husband and Wife),, Joint Tenancy, 900 N WHEELING RD,, MOUNT PROSPECT,, IL, 60056, 3/7/2006, 0606636227, 03-27-405-041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐  46. <u>STEVENSON, BILLY;</u>, STEVENSON, LYNN,, Joint Tenancy, 3961 S LANGLEY AVE,, CHICAGO,, IL, 60653, 3/7/2006, 0606636232, 20-03-208-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐  47. <u>KOOS, EDWARD R;</u>, GAHAN, SUSAN C, 7720 BRISTOL PARK,, TINLEY PARK,, IL, 60477, 3/8/2006, 0606722123, 27-36-120-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐  48. <u>LAIRD, CARMELLA R;</u>, LAIRD, ALAN R,, Joint Tenancy, 1525 COURTLAND,, PARK RIDGE,, IL, 60068, 3/8/2006, 0606722124, 12-02-223-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐  49. <u>LECONTE, JOSEPH</u>, 1609 DODGE ST,, EVANSTON,, IL, 60201, 3/8/2006, 0606722125, 10-13-400-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐  50. <u>BOLHUIS, ALBERT W;</u>, BOLHUIS, DONNA, (Husband and Wife),, Joint

Tenancy, 15349 ROYAL GEORGE,, ORLAND
PARK,, IL, 60462, 3/21/2006, 0608021170, 27-15-215-014, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage
        Records** 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:42 PM EST

**LexisNexis**   About LexisNexis  |  Terms & Conditions
Copyright ©  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

☙Select for FOCUS™ or Delivery

☐ 51. <u>CROMBIE, KAREN L</u>, 1866 ORCHARD ST,, DES PLAINES,, IL, 60018, 3/23/2006, 0608212219, 09-28-116-041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 52. <u>LOMBARDO, PAUL J;</u>, LOMBARDO, KATHLEEN E, 2542 YARROW LN,, ROLLING MEADOWS,, IL, 60008, 3/23/2006, 0608212229, 02-27-408-104, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 53. <u>DAHL, MICHAEL;</u>, DAHL, LAURA, 806 S TURES LN,, DES PLAINES,, IL, 60018, 3/23/2006, 0608212231, 09-29-105-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 54. <u>AHLINE, JEFFERY H;</u>, AHLINE, KIMERLY A, 1407 OAK AVE,, LEMONT,, IL, 60439, 3/23/2006, 0608212239, 22-27-100-047, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 55. <u>RATHMANN, CAROL;</u>, RATHMANN, LARRY,, Joint Tenancy, 1 ASPEN CT,, STREAMWOOD,, IL, 60107, 3/23/2006, 0608212241, 06-24-314-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 56. <u>SKOPIS, MARIE</u>, 2434 N CALIFORNIA,, CHICAGO,, IL, 60647, 3/23/2006, 0608212249, 13-25-324-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 57. <u>MCELMEEL, ELISA</u>, 221 ACORN DR,, STREAMWOOD,, IL, 60107, 3/23/2006, 0608212250, 06-24-413-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 58. <u>MARTINEZ, HENRIETTA N;</u>, MARTINEZ, ORLANDO, 945 ASPEN ST,, HOFFMAN ESTATES,, IL, 60195, 3/23/2006, 0608215173, 07-14-108-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 59. <u>FLOWERS, JAMES;</u>, FLOWERS, SABRINA, 603 RICE AVE,, BELLWOOD,, IL, 60104, 3/23/2006, 0608215179, 15-09-315-048, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 60. <u>WILSON, JODY B;</u>, WILSON, ROBERT A, 3550 N LAKE SHORE DR 220,, CHICAGO,, IL, 60657, 3/23/2006, 0608215181, 14-21-111-007-

   1018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO


   Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
          Records 
   Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)
    View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:42 PM EST

LexisNexis®          About LexisNexis  | Terms & Conditions
                     Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
                     reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ

Terms: county(cook) and lender(ameriquest) and date is 3/2006  (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐   61. ROSS, DINA, 1409 CLINTON
AVE,, BERWYN,, IL, 60402, 3/23/2006, 0608215187, 16-19-121-004, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   62. HILL, MELVIN L, 9217 S DOBSON
AVE,, CHICAGO,, IL, 60619, 3/24/2006, 0608302198, 25-02-312-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   63. LOCKE, DUDLEY, 1110 W 18TH ST
1E,, BROADVIEW,, IL, 60155, 3/24/2006, 0608302206, 15-22-405-028-
1032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   64. SPENCER, GAIL P, 15235
KILBOURN,, MIDLOTHIAN,, IL, 60445, 3/24/2006, 0608302207, 28-15-107-
017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   65. POWELL, JOSSIE M, 342 MORRIS
AVE,, BELLWOOD,, IL, 60104, 3/24/2006, 0608302209, 15-09-301-038, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   66. VAZQUEZ, JOSE;, VAZQUEZ, ELPIDIA, (Husband and Wife),, Tenants By
Entireties, 9334 S LAWNDALE,, EVERGREEN
PARK,, IL, 60805, 3/24/2006, 0608302210, 24-02-327-042, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   67. MUNOZ, FAUSTINO, 2115 S AUSTIN
BLVD,, CICERO,, IL, 60804, 3/24/2006, 0608302211, 16-20-425-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   68. KNUDTSON, MICHAEL J;, KNUDTSON, ARLENE J, (Husband and Wife),, Joint
Tenancy, 5022 W ALTGELD
ST,, CHICAGO,, IL, 60639, 3/24/2006, 0608302212, 13-28-421-032, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   69. WELLS, DONNIE G;, WELLS, MAE E, (Husband and Wife),, Joint Tenancy, 2702 W
39TH PL,, CHICAGO,, IL, 60632, 3/24/2006, 0608302214, 19-01-200-060, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐     70. ROMERO, ENRIQUE, 2702 W 39TH
PL,, CHICAGO,, IL, 60632, 3/24/2006, 0608302215, 19-01-200-060, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO


Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
Records** 

Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:55 PM EST

LexisNexis®          <u>About LexisNexis</u>  |  <u>Terms & Conditions</u>
<u>Copyright ©</u>  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☐ 71. <u>BULL, JULIE</u>, 8630 CALLIE AVE,, MORTON
GROVE,, IL, 60053, 3/24/2006, 0608302216, 10-20-102-035, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 72. <u>WHITAKER, LAVERNE</u>, 101 N CEDAR
LN,, GLENWOOD,, IL, 60425, 3/24/2006, 0608302222, 32-03-331-020, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 73. <u>JOHNSON, FLORIDA</u>, 706 N LOCKWOOD
AVE,, CHICAGO,, IL, 60644, 3/24/2006, 0608302223, 16-09-104-039, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 74. <u>THOMAS, SONDRA</u>, 8854 S MAY
ST,, CHICAGO,, IL, 60620, 3/24/2006, 0608302224, 25-05-209-029, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 75. <u>NAVARRO, DAVID</u>, 10901 S AVENUE
B,, CHICAGO,, IL, 60617, 3/24/2006, 0608302225, 26-17-213-001, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 76. <u>SUTHERLAND, NONA L</u>, 4916 W BERENICE
AVE,, CHICAGO,, IL, 60641, 3/24/2006, 0608302226, 13-21-210-030, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 77. <u>HAILE, ROBERT</u>, 457 W 129TH
PL,, CHICAGO,, IL, 60628, 3/24/2006, 0608302228, 25-33-117-045, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 78. <u>CALHOUN, KEVIN</u>, 1316 LINCOLN AVE,, CHICAGO
HEIGHTS,, IL, 60411, 3/24/2006, 0608302229, 32-21-117-055, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 79. <u>ESCOBAR, FAUSTINO;</u>, ESCOBAR, PATRICIA,, Tenants in Common, 8828 S
PULASKI RD,, HOMETOWN,, IL, 60456, 3/24/2006, 0608302236, 24-03-205-
041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 80. <u>BALDWIN, ROBERT;</u>, BALDWIN, KAMOLPORN, (Husband and Wife),, Joint
Tenancy, 3829 192ND

ST,, HOMEWOOD,, IL, 60430, 3/10/2006, 0606940222, 31-11-104-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source:  Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** 
Terms:  **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)
View:  Cite
Date/Time:  Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis®          About LexisNexis ¦ Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Search - 146 Results - county(cook) and lender(Ameriquest) and date is 3/2006          Page 1 of 2

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > IL Mortgage
Records ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

☞Select for FOCUS™ or Delivery

☐  81. <u>BANKS, GILFORD</u>, 15135 HALSTED
    ST,, PHOENIX,, IL, 60426, 3/17/2006, 0607620141, 29-16-100-012, NON-
    PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
    **AMERIQUEST** MORTGAGE CO

☐  82. <u>BARFIELD, WARREN</u>, 2643 W HIRSCH ST
    C,, CHICAGO,, IL, 60623, 3/31/2006, 0609004103, 16-01-217-007, NON-
    PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
    **AMERIQUEST** MORTGAGE CO

☐  83. <u>BERNACKI, MARIETTA E</u>, 1935 N 76TH AVE, ELMWOOD
    PARK,, IL, 60707, 3/20/2006, 0607916045, 12-36-400-023, NON-PURCHASE
    MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
    **AMERIQUEST** MORTGAGE CO

☐  84. <u>BIANCHINI, DUTRA;</u>, BIANCHINI, MARISA, (Husband and Wife),, Joint
    Tenancy, 3923 ARTHUR
    AVE,, BROOKFIELD,, IL, 60513, 3/10/2006, 0606940221, 18-03-107-051, NON-
    PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
    **AMERIQUEST** MORTGAGE CO

☐  85. <u>BLAZQUEZ, GLORIA</u>, 1213 W BELMONT
    AVE,, CHICAGO,, IL, 60657, 3/30/2006, 0608922129, 14-29-103-009, NON-
    PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
    **AMERIQUEST** MORTGAGE CO

☐  86. <u>BOULWARE, JEFFERSON H</u>, (Single or Unmarried Man), 2877 E 77TH
    ST,, CHICAGO,, IL, 60649, 3/13/2006, 0607232002, 21-30-412-005, NON-
    PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
    **AMERIQUEST** MORTGAGE CO

☐  87. <u>BRUMFIELD, JESSIE</u>, 1526 N AUSTIN BLVD,, OAK
    PARK,, IL, 60302, 3/31/2006, 0609004077, 16-05-106-020, NON-PURCHASE
    MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
    **AMERIQUEST** MORTGAGE CO

☐  88. <u>CAMPBELL, SUMTER;</u>, BIVINS CAMPBELL, DOROTHY, (Husband and Wife),, Joint
    Tenancy, 11440 S RACINE
    AVE,, CHICAGO,, IL, 60643, 3/30/2006, 0608922133, 25-20-132-009, NON-
    PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
    **AMERIQUEST** MORTGAGE CO

☐  89. <u>CHATMAN, TONY R;</u>, EATON, MARLINA,, Tenants in Common, 11443 S ADA
    ST,, CHICAGO,, IL, 60643, 3/31/2006, 0609004064, 25-20-130-005, NON-
    PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
    **AMERIQUEST** MORTGAGE CO

☐    90. <u>CLARK, ANNETTE</u>, 3105 S LYDIA
AVE,, ROBBINS,, IL, 60472, 3/17/2006, 0607620153, 28-02-424-003, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** 

Terms: **county(cook) and lender(ameriquest) and date is 3/2006**   (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis®    <u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright ©</u> 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Search - 146 Results - county(cook) and lender(Ameriquest) and date is 3/2006          Page 1 of 2

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✔Select for FOCUS™ or Delivery

☐ 91. <u>CROTHERS, KEITH A;</u>, CROTHERS, ELIZABETH A,, Joint Tenancy, 4426 N KENNETH AVE,, CHICAGO,, IL, 60630, 3/31/2006, 0609004101, 13-15-130-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 92. <u>DAVIS, HATTIE M</u>, 6743 S WINCHESTER AVE,, CHICAGO,, IL, 60636, 3/17/2006, 0607620177, 20-19-401-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 93. <u>DEHART, MELODY</u>, 713 N CENTRAL,, CHICAGO,, IL, 60644, 3/27/2006, 0608612037, 16-09-100-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 94. <u>DELATORRE, ORALIA</u>, 3940 W 66TH ST,, CHICAGO,, IL, 60629, 3/31/2006, 0609004076, 19-23-120-049, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 95. <u>EARSERY, TANIKA MATHIS</u>, 1014 BLOUIN DR,, DOLTON,, IL, 60419, 3/31/2006, 0609004107, 29-14-151-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 96. <u>EDWARDS, ELLIOTT</u>, 5950 S LOOMIS BLVD,, CHICAGO,, IL, 60636, 3/17/2006, 0607620143, 20-17-303-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 97. <u>EWERS, MICHAEL J;</u>, EWERS, CATHERINE M,, Tenants By Entireties, 9701 COOK AVE,, OAK LAWN,, IL, 60453, 3/17/2006, 0607620171, 24-09-130-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 98. <u>FAVELA, RAMSES</u>, 5735 S MAYFIELD,, CHICAGO,, IL, 60638, 3/10/2006, 0606940215, 19-17-218-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 99. <u>FRANTA, JODI M</u>, 22319 RIDGE WAY ST,, RICHTON PARK,, IL, 60471, 3/10/2006, 0606926274, 31-35-102-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 100. <u>GARCIA, ELMER;</u>, GARCIA, DIANTHA, (Husband and Wife),, Joint Tenancy, 8041 S FRANCISCO AVE,, CHICAGO,, IL, 60652, 3/10/2006, 0606926273, 19-36-114-

014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis®          <u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright ©</u> 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Search - 146 Results - county(cook) and lender(Ameriquest) and date is 3/2006          Page 1 of 2

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records [i]
Terms: county(cook) and lender(ameriquest) and date is 3/2006  (Edit Search | Suggest Terms for My Search)

⨅Select for FOCUS™ or Delivery

☐ 101. GARVIN, HUBERT R, 19331 OAK AVE,, COUNTRY CLUB
HILLS,, IL, 60478, 3/10/2006, 0606940210, 31-10-200-038-1016, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 102. GLOVER, DAVID R;, DICKENS GLOVER, VERONICA, (Husband and Wife),, Joint
Tenancy, 19 S 17TH AVE,, MAYWOOD,, IL, 60153, 3/29/2006, 0608815061, 15-
10-223-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 103. GREEN, TONY M, 2508 N MONT CLARE
AVE,, CHICAGO,, IL, 60707, 3/17/2006, 0607620163, 13-30-317-030, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 104. GRIFFIN, LARRY;, GRIFFIN, DARLENE,, Tenants in Common, 668 W 117TH
PL,, CHICAGO,, IL, 60628, 3/31/2006, 0609004104, 25-21-318-012, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 105. GUT, STEFAN R;, GUT, DOROTA, (Husband and Wife),, Joint Tenancy, 1713 S
PROSPECT AVE,, PARK RIDGE,, IL, 60068, 3/20/2006, 0607916039, 12-02-230-
008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 106. HAMER, ALONZO, 11821 S.SANGAMON
ST,, CHICAGO,, IL, 60643, 3/31/2006, 0609004102, 25-20-421-008, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 107. HAMILTON, LYNDA J, 945 GLOUCHESTER
CIR,, SCHAUMBURG,, IL, 60193, 3/10/2006, 0606913002, 07-27-425-015-
1044, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 108. HAMPTON, RICKY;, HAMPTON, JEANETTE, (Husband and Wife),, Joint
Tenancy, 10015 S
EMERALD,, CHICAGO,, IL, 60628, 3/10/2006, 0606940220, 25-09-309-
067, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 109. HETHERINGTON, DENISE, 7300 S PAULINA
ST,, CHICAGO,, IL, 60636, 3/20/2006, 0607912165, 20-30-221-024, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐     110. <u>JACKSON, WILLIAM WELDON;</u>, JACKSON, DARLENE ANDERSON, (Husband and
Wife),, Joint Tenancy, 12849 WINCHESTER ST,, BLUE
ISLAND,, IL, 60406, 3/31/2006, 0609004061, 25-31-207-045, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
Records** 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis®     <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
<u>Copyright ©</u>  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > <u>IL Mortgage
Records</u> ⓘ

Terms: county(cook) and lender(ameriquest) and date is 3/2006  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☐   111. <u>JERNIGAN, TITUS;</u>, JERNIGAN, NANCY, (Husband and Wife),, Tenants in
Common, 609 LINDEN
AVE,, BELLWOOD,, IL, 60104, 3/31/2006, 0609004106, 15-09-314-046, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   112. <u>JOHNSON, FRANCESSA;</u>, JOHNSON, GEORGE,, Joint Tenancy, 2831 W WARREN
1,, CHICAGO,, IL, 60612, 3/17/2006, 0607620155, 16-12-331-015, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   113. <u>JOHNSON, SHARROL LYNN</u>, 16409 S TURNER
AVE,, MARKHAM,, IL, 60426, 3/31/2006, 0609004063, 28-23-412-026, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   114. <u>JOHNSON, HELEN M</u>, 706 W 116TH
ST,, CHICAGO,, IL, 60628, 3/31/2006, 0609004087, 25-21-301-008, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   115. <u>JOHNSON, JON R;</u>, JOHNSON, DEBBIE ANN, (Husband and Wife),, Joint
Tenancy, 2600 W 80TH ST,, CHICAGO,, IL, 60652, 3/31/2006, 0609004105, 19-
36-204-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   116. <u>KEMPS, YONNETTA</u>, 14220 S TRACY
AVE,, RIVERDALE,, IL, 60827, 3/17/2006, 0607620166, 29-04-304-030, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   117. <u>KOWAL, STEVEN J;</u>, KOWAL, DONNA, (Husband and Wife),, Joint Tenancy, 128 S
MARILYN AVE,, MELROSE PARK,, IL, 60164, 3/10/2006, 0606926293, 15-05-
111-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   118. <u>LILLIE, EUGENE G</u>, (Single or Unmarried Man), 711 WHISPERING OAKS
DR,, PALATINE,, IL, 60074, 3/20/2006, 0607916058, 02-02-203-064-
1043, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐   119. <u>LINDSEY, INELLA</u>, 10042 S EMERALD
AVE,, CHICAGO,, IL, 60628, 3/10/2006, 0606926272, 25-09-308-035, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐    120. LOVE, DWAYNE, 7330 S SEELEY
        AVE,, CHICAGO,, IL, 60636, 3/10/2006, 0606940213, 20-30-121-037, NON-
        PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
        Records 
 Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)
  View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis®    About LexisNexis  | Terms & Conditions
               Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
               reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > IL Mortgage
Records ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✔Select for FOCUS™ or Delivery

☐ 121. <u>MARCH, PETER O;</u>, MARCH, ANGELLA A, (Husband and Wife),, Tenants in
Common, 1914 FOSTER
ST,, EVANSTON,, IL, 60201, 3/10/2006, 0606926302, 10-13-110-039, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 122. <u>MARIN, BALBINA J</u>, (Single Person or Individual), 7556 BRISTOL LN
1,, HANOVER PARK,, IL, 60133, 3/10/2006, 0606940238, 07-30-300-009-
1022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 123. <u>MARTINEZ, MOISES</u>, (Single or Unmarried Man), 37 LIND AVE
1,, HILLSIDE,, IL, 60162, 3/29/2006, 0608815063, 15-18-231-003, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 124. <u>MAXIE, JEANETTE</u>, 7615 S ABERDEEN
ST,, CHICAGO,, IL, 60620, 3/10/2006, 0606940214, 20-29-410-005, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 125. <u>MCCOY, CLARENCE;</u>, PORTER, TAMARA, 8042 S
SAWYER,, CHICAGO,, IL, 60651, 3/27/2006, 0608642114, 19-35-212-028, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 126. <u>MCCOY, CLARENCE;</u>, PORTER, TAMARA, 8042 S
SAWYER,, CHICAGO,, IL, 60651, 3/27/2006, 0608642115, 19-35-212-028, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 127. <u>MENSAH, GLORIA</u>, 11817 S NORMAL
AVE,, CHICAGO,, IL, 60628, 3/17/2006, 0607620165, 25-21-334-009, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 128. <u>MERONEK, DAVE L</u>, 1321 ASHLAND AVE,, CHICAGO
HEIGHTS,, IL, 60411, 3/31/2006, 0609004055, 32-20-110-030, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 129. <u>MESKILL, JOHN P;</u>, MESKILL, MARY ANN, 9900 S SPAULDING AVE,, EVERGREEN
PARK,, IL, 60805, 3/28/2006, 0608721146, 24-11-402-025, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 130. <u>NERI, VINCENT J;</u>, NERI, PATRICIA A,, Tenants By Entireties, 10106

BELDEN,, MELROSE PARK,, IL, 60164, 3/30/2006, 0608922131, 12-33-106-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source:  Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage Records 
Terms:  **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)
View:  Cite
Date/Time:  Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis®          About LexisNexis  | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > IL Mortgage
**Records** ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

↙Select for FOCUS™ or Delivery

☐  131. <u>NEWELL, JACQUELINE</u>, 8821 S WOOD
ST,, CHICAGO,, IL, 60620, 3/20/2006, 0607912169, 25-06-210-009, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  132. <u>ODONNELL JR, JOHN P;</u>, ODONNELL, KATHLEEN, (Husband and Wife),, Joint
Tenancy, 1301 E 168TH PL,, SOUTH
HOLLAND,, IL, 60473, 3/17/2006, 0607620178, 29-23-404-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  133. <u>OLSON, GREGORY W;</u>, OLSON, DEBORAH LYNN, 3845 N NEW
CASTLE,, CHICAGO,, IL, 60634, 3/20/2006, 0607916042, 13-19-117-005, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  134. <u>PIEKARCZYK, DIANNA J;</u>, WARD, WAYNE W,, Joint Tenancy, 1536 S
KENILWORTH AVE,, BERWYN,, IL, 60402, 3/10/2006, 0606926284, 16-19-129-
036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  135. <u>REESE, DANIEL C;</u>, KLAUS, CHRISTINE MARIE, (Husband and Wife),, Joint
Tenancy, 2008 S 14TH
AVE,, BROADVIEW,, IL, 60155, 3/10/2006, 0606926301, 15-15-418-025, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  136. <u>RIGODON, GABRIEL;</u>, VERDADERO RIGODON, CLARITA B, (Husband and
Wife),, Joint Tenancy, 1626 MAYFAIR
AVE,, WESTCHESTER,, IL, 60154, 3/31/2006, 0609004071, 15-20-304-
006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  137. <u>ROBERTS, LAVALL;</u>, CONWAY, SARAH, (Husband and Wife),, Tenants By
Entireties, 22039 E CHURCHILL DR,, RICHTON
PARK,, IL, 60471, 3/17/2006, 0607620164, 31-27-314-003, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  138. <u>RODRIGUEZ, FRANK M;</u>, RODRIGUEZ, MERCEDES L, (Husband and
Wife),, Tenants By Entireties, 4156 JUDD AVE,, SCHILLER
PARK,, IL, 60176, 3/29/2006, 0608817034, 12-16-314-029, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  139. <u>SILVERBERG, ROSEMARY</u>, 5510 LINCOLN AVE,, MORTON
GROVE,, IL, 60053, 3/20/2006, 0607916049, 10-21-119-112-1080, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

**AMERIQUEST** MORTGAGE CO

☐ 140. <u>SIMKUNAS, RONALD C;</u>, SIMKUNAS, WANDA JOY, 113 N CHARLTON
ST,, WILLOW SPRINGS,, IL, 60480, 3/31/2006, 0609004062, 18-33-318-
014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO



Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
Records** ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

🌐 LexisNexis®    <u>About LexisNexis</u>  |  <u>Terms & Conditions</u>
<u>Copyright ©</u>  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☐ 141. <u>SMITH JR, JOHN LEE;</u>, SMITH, LYNETTA M, (Husband and Wife),, Tenants By Entireties, 6922 S BELL AVE,, CHICAGO,, IL, 60636, 3/17/2006, 0607620168, 20-19-323-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 142. <u>THOMAS, CHARLES;</u>, THOMAS, BETTY R, (Husband and Wife),, Joint Tenancy, 6117 S SANGAMON ST,, CHICAGO,, IL, 60621, 3/17/2006, 0607620179, 20-17-421-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 143. <u>TOUSSAINT, DONALD</u>, 4111 ORCHARD LN,, MATTESON,, IL, 60443, 3/13/2006, 0607208032, 31-15-202-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 144. <u>WELLS, HAROLD L;</u>, WELLS, BELINDA, 216 S 20TH AVE,, MAYWOOD,, IL, 60153, 3/29/2006, 0608817035, 15-10-304-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 145. <u>WILLIAMS, MELISSA A</u>, 8147 S MICHIGAN AVE,, CHICAGO,, IL, 60619, 3/31/2006, 0609004060, 20-34-114-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 146. <u>YOUNG, MARILYN</u>, 27 163RD ST,, CALUMET CITY,, IL, 60409, 3/31/2006, 0609004083, 30-20-402-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

 LexisNexis· <u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright ©</u> 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.