# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 0432 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | Judge Coar |
| AMERIQUEST MORTGAGE SECURITIES, | ) | |
| INC. and AMC MORTGAGE SERVICES. INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT AMC MORTGAGE SERVICES, INC.'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant AMC Mortgage Services, Inc. ("AMC Mortgage Services"), by its attorneys,

answers Plaintiff's amended complaint as follows:

1.    Plaintiff Shirley Jones brings this action against a "subprime" mortgage lender to rescind a mortgage for violation of the Truth in Lending Act, 15 U.S.C. §1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226.

**ANSWER:**    AMC Mortgage Services admits that Plaintiff has filed a lawsuit against it.

AMC Mortgage Services objects to the term "subprime" as vague. AMC Mortgage Services is

without knowledge or information sufficient to form a belief as to the truth of the intended

characterization of the term "subprime." AMC Mortgage Services denies all remaining allegations in

Paragraph 1. AMC Mortgage Services specifically denies that it violated the Truth in Lending Act,

15 U.S.C. § 1601, or implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226.

2.    This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 (general federal question), and 1337 (interstate commerce), and 15 U.S.C. §1640 (TILA). Defendant does business in the District and is deemed to reside here.

**ANSWER:**    AMC Mortgage Services does not contest subject matter jurisdiction,

personal jurisdiction, or venue. AMC Mortgage Services denies any remaining allegations in

Paragraph 2.

3.    Plaintiff owns and resides in a home at 6151 S. Wolcott, Chicago, IL 60636.

**ANSWER:**    AMC Mortgage Services is without knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph 3 and, therefore, denies same.

4.    Defendant Ameriquest Mortgage Company is a Delaware corporation that does business in Illinois. It maintains at least six loan origination offices in the Chicago Metropolitan area. Its registered agent and office are National Registered Agents, 200 W. Adams, Chicago, IL 60606.

**ANSWER:**    AMC Mortgage Services admits the allegations in the first sentence of

Paragraph 4. AMC Mortgage Services is without knowledge or information sufficient to form a

belief as to the truth of the allegations in the second and third sentences of Paragraph 4 and,

therefore, denies same. AMC Mortgage Services denies any remaining allegations in Paragraph 4.

5.    Defendant Ameriquest Mortgage Securities, Inc. ("AMS"), is a Delaware corporation with its principal place of business in Orange, CA. It does business in Illinois. Its registered agent and office are National Registered Agents, Inc., 200 West Adams Street, Chicago, IL, 60606. It is engaged in the business of owning and holding non-prime or "sub-prime" mortgages. Ameriquest and AMS are subsidiaries of the same parent corporation, ACC Capital Holdings Corporation.

**ANSWER:**    AMC Mortgage Services admits that Ameriquest Mortgage Securities, Inc. is

a Delaware corporation with its principal place of business in Orange, CA. AMC Mortgage Services

denies that Ameriquest Mortgage Securities, Inc. does business in Illinois or that its registered agent

and office are National Registered Agents, Inc., 200 West Adams Street, Chicago, IL, 60606. AMC

Mortgage Services objects to the term "subprime" as vague. AMC Mortgage Services is without

knowledge or information sufficient to form a belief as to the truth of the intended characterization

of the term "subprime," and, therefore, denies the allegations in the third sentence of Paragraph 5.

AMC Mortgage Services admits that Ameriquest Mortgage Company is a subsidiary of ACC Capital

Holdings Corporation. AMC Mortgage Services denies that Ameriquest Mortgage Securities, Inc. is

a subsidiary of ACC Capital Holdings Corporation.

6.    Defendant AMC Mortgage Services, Inc. ("AMC"), is a Delaware Corporation with its principal place of business in Orange, CA. It does business in Illinois. Its registered agent and office are National Registered Agents, Inc., 200 West Adams Street, Chicago, IL 60606. AMC is also a subsidiary of ACC Capital Holdings Corporation.

**ANSWER:**    AMC Mortgage Services admits the allegations in Paragraph 6.

7.    Prior to March 12, 2002, plaintiff applied for a loan from Ameriquest.

**ANSWER:**    AMC Mortgage Services admits the allegations in Paragraph 7.

8.    The closing of the loan took place in plaintiff's home on March 12, 2002. The closing was performed by an Ameriquest employee, Nicole Gray.

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 8.

9.    Most of the loan proceeds were used for personal, family or household purposes – refinancing of prior debts obtained for that purpose.

**ANSWER:**    AMC Mortgage Services is without knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph 9 and, therefore, denies same.

10.    At the March 12, 2002 closing, Ameriquest informed plaintiff that the loan would be more expensive than previously quoted, by providing plaintiff the "Borrower's Acknowledgement of Final Loan Terms," attached as Exhibit A.

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 10.

11.    In connection with the March 12, 2002 transaction, plaintiff signed the following documents:

a.    A note, a true an accurate photocopy of which is attached hereto as Exhibit B;

b.    A mortgage, Exhibit C;

c.    A settlement statement on form HUD-1A, Exhibit D;

d.    A Truth in Lending disclosure statement, Exhibit E;

e.    A notice of right to cancel, Exhibit F;

f.    A document entitled "one week cancellation period," Exhibit G.

**ANSWER:**    AMC Mortgage Services admits that Plaintiff entered into a loan transaction

with Ameriquest Mortgage Company. AMC Mortgage Services denies any remaining allegations in

Paragraph 11.

12.    However, Ms. Gray did not give any copies of any of the closing documents to Ms.
Jones to have and keep at the closing on March 12, 2002.

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 12.

13.    Among the copies of documents that Ms. Gray did not leave with Ms. Jones at the
closing were the federal Notice of Right to Cancel (Exhibit F) and the final Truth In Lending
Disclosure Statement (Exhibit E).

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 13.

14.    Instead, a set of the closing documents, including the Notice of Right to Cancel and
TILA Statement were sent to plaintiff via FedEx on April 5, 2002. A copy of the Fedex Envelope is
attached hereto as Exhibit H.

**ANSWER:**    AMC Mortgage Services is without knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph 14 and, therefore, denies same.

15.    Ameriquest subsequently assigned ownership of the loan to defendant AMS. AMS is
the current holder or owner of the loan.

**ANSWER:**    AMC Mortgage Services admits the allegations in Paragraph 15.

16.    Ameriquest assigned the servicing rights over the loan to defendant AMC. AMC
currently services plaintiff's loan. Because it claims the rights of a mortgage loan servicer (i.e., to
collect payments, to report to credit bureaus and to foreclose on the mortgage if necessary), it is
necessary party under F.R.C.P. 19.

**ANSWER:**    AMC Mortgage Services denies that Ameriquest Mortgage Company

assigned servicing rights of the loan to AMC Mortgage Services, but admits that Ameriquest

Mortgage Company transferred servicing rights to AMC Mortgage Services. AMC Mortgage

Services admits that AMC currently services Plaintiff's loan. AMC Mortgage Services denies that

AMC Mortgage Services is a necessary party under F.R.C.P. 19 and denies any remaining allegations

in Paragraph 16.

17.    Because the transaction was secured by plaintiff's home, and was not entered into for purposes of the initial acquisition or construction of that home, it was subject to the right to cancel provided by 15 U.S.C. §1635 and 12 C.F.R. §226.23. Section 226.23 provides:

(a) Consumer's right to rescind.

(1) In a credit transaction in which a security interest is or will be retained or acquired in a consumer's principal dwelling, each consumer whose ownership interest is or will be subject to the security interest shall have the right to rescind the transaction, except for transactions described in paragraph (f) of this section. [fn]47

(2) To exercise the right to rescind, the consumer shall notify the creditor of the rescission by mail, telegram or other means of written communication. Notice is considered given when mailed, when filed for telegraphic transmission or, if sent by other means, when delivered to the creditor's designated place of business.

(3) The consumer may exercise the right to rescind until midnight of the third business day following consummation, delivery of the notice required by paragraph (b) of this section, or delivery of all material disclosures,[fn]48 whichever occurs last. If the required notice or material disclosures are not delivered, the right to rescind shall expire 3 years after consummation, upon transfer of all of the consumer's interest in the property, or upon sale of the property, whichever occurs first. In the case of certain administrative proceedings, the rescission period shall be extended in accordance with section 125(f) of the Act. [15 U.S.C. §1635(f)]

(4) When more than one consumer in a transaction has the right to rescind, the exercise of the right by one consumer shall be effective as to all consumers.

(b) Notice of right to rescind. In a transaction subject to rescission, a creditor shall deliver 2 copies of the notice of the right to rescind to each consumer entitled to rescind. The notice shall be on a separate document that identifies the transaction and shall clearly and conspicuously disclose the following:

(1) The retention or acquisition of a security interest in the consumer's principal dwelling.

(2) The consumer's right to rescind the transaction.

(3) How to exercise the right to rescind, with a form for that purpose, designating the address of the creditor's place of business.

(4) The effects of rescission, as described in paragraph (d) of this section.

(5) The date the rescission period expires. . . .

(f) <u>Exempt transactions.</u>  The right to rescind does not apply to the following:

(1) A residential mortgage transaction [defined in 15 U.S.C. §1602(w) as one where a "security interest is created or retained against the consumer's dwelling to finance the acquisition or initial construction of such dwelling"].
(2) A credit plan in which a state agency is a creditor.

<u>ANSWER:</u>    AMC Mortgage Services is without knowledge or information sufficient to

form a belief as to the truth of the allegations that the transaction was secured by Plaintiff's home.

AMC Mortgage Services denies that 12 C.F.R. §226.23(f)(2) states "(2) A credit plan in which a state

agency is a creditor." AMC Mortgage Services admits that the remaining allegations in Paragraph 17

contain a portion of the text of 12 C.F. R. § 226.23. AMC Mortgage Services denies the allegations

of Paragraph 17 insofar as they purport to make any allegation of wrongdoing by AMC Mortgage

Services under said statute. AMC Mortgage Services denies the remaining allegations in Paragraph

17.

18.    Ameriquest did not provide the TILA Disclosure Statement (<u>Exhibit E</u>) at the time and in the manner required by 15 U.S.C. § 1638(b)(1) and Regulation Z, 12 C.F.R. § 226.17(b).

<u>ANSWER:</u>    AMC Mortgage Services denies the allegations in Paragraph 18.

19.    Plaintiff was provided with a federal Notice of Right to Cancel on April 5, 2002 that stated that her right to cancel expired three weeks earlier, on March 15, 2002.

<u>ANSWER:</u>    AMC Mortgage Services is without knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph 19 and, therefore, denies same.

20.    Further, <u>Exhibit E</u> did not fully and completely disclose the payment schedule, in that the intervals and due dates of the payments are not stated.

<u>ANSWER:</u>    AMC Mortgage Services denies the allegations in Paragraph 20.

21.    <u>Exhibit G</u> detracts from and obfuscates <u>Exhibit F</u>. <u>Exhibit G</u> suggests that the consumer has seven days to rescind under TILA, which is not the case. The provision of an ostensibly longer rescission period may cause a consumer to delay past the statutory three days, without recognizing that the extended period is purely contractual, without benefit of TILA

6

damages, attorney's fees or the procedural protections of § 1635. Exhibit G also provides for a different method of counting days and requires actual receipt of the notice by Ameriquest within the specified time.

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 21.

22.    Plaintiff is entitled to rescind against "any assignee." 15 U.S.C. 1641(c).

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 22.

23.    Plaintiff has given proper notice of her intent to rescind.

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 23.

24.    15 U.S.C. §1635(g) provides:

**Additional relief**

In any action in which it is determined that a creditor has violated this section, in addition to rescission the court may award relief under section 1640 of this title for violations of this subchapter not relating to the right to rescind.

**ANSWER:**    AMC Mortgage Services admits that the allegations in Paragraph 24 contain the text of 15 U.S.C. §1635(g). AMC Mortgage Services denies the allegations in Paragraph 24 insofar as they purport to make any allegation of wrongdoing by AMC Mortgage Services under said statute. AMC Mortgage Services denies the remaining allegations in Paragraph 24.

25.    Plaintiff incorporates ¶¶ 1-24.

**ANSWER:**    AMC Mortgage Services incorporates by reference its answers to Paragraphs 1-24 above as its answers to Paragraph 25.

26.    The failure to provide the TILA disclosure statement "before consummation" violates 15 U.S.C. § 1638(b)(1) and Regulation Z, 12 C.F.R. § 226.17(b).

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 26.

27.    The failure to fully and completely disclose the payment schedule violates 15 U.S.C. §1638 and 12 C.F.R. § 226.28.

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 27.

28.    The provision of an apparently expired notice of right to cancel violates the "clear and conspicuous" disclosure requirement of 15 U.S.C. § 1635 and 12 C.F.R. § 226.23.

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 28.

29.    The provision of two, inconsistent and confusing notices of right to cancel violates the "clear and conspicuous" disclosure requirement" of 15 U.S.C. § 1635 and 12 C.F.R. §226.23.

**ANSWER:**    AMC Mortgage Services denies the allegations in Paragraph 29.

## AFFIRMATIVE DEFENSES

Defendant AMC Mortgage Services states as its affirmative defenses as follows:

1.    Plaintiff's claim under the Truth in Lending Act is barred against AMC Mortgage Services, as AMC Mortgage Services is an alleged servicer of Plaintiff's loan and not a creditor or assignee.

2.    Plaintiff's claim for statutory damages, costs, and attorney's fees for any alleged underlying Truth in Lending Act violation is barred by the one-year statute of limitations for statutory damages, costs and attorney's fees under the Truth in Lending Act.

3.    Plaintiff's purported cause of action fails to state a claim upon which relief may be granted.

4.    If it should be deemed that Plaintiff is entitled to rescission, any obligation on the part of the holder of the loan to rescind the mortgage loan at issue in this lawsuit and release the lien on the subject property must be conditioned upon Plaintiff's reimbursement or other return to the holder of the loan of all funds disbursed on Plaintiff's behalf in connection with the subject mortgage loan, less any finance charges, pursuant to 15 U.S.C. § 1605(b) and/or other rules of law or equity. Any obligation on the part of the holder of the loan to rescind and to release any lien is conditioned upon Plaintiff reimbursing or otherwise returning all funds disbursed on her behalf to the holder of the loan in connection with the subject loan, less any finance charges.

8

WHEREFORE, Defendant AMC Mortgage Services, Inc. requests that this Court enter

judgment in its favor and against Plaintiff, Shirley Jones, award AMC Mortgage Services its costs,

and provide such further and additional relief as it deems just and appropriate.


Dated:  August 24, 2005                    Respectfully submitted,

                                           **AMC MORTGAGE SERVICES, INC.,**
                                           **Defendant**


                                           By:  s/Jonathan N. Ledsky
                                                One of its Attorneys


Craig A. Varga
Jonathan N. Ledsky
Jaime S. Roginski-Kord
VARGA BERGER LEDSKY HAYES & CASEY
224 South Michigan Avenue, Suite 350
Chicago, Illinois  60604
(312) 341-9400

## CERTIFICATE OF SERVICE

        Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the

foregoing, **Defendant AMC Mortgage Services, Inc.'s Answer to Plaintiff's Amended**

**Complaint**, was served electronically via CM/ECF e-Filing upon:

        Daniel M. Edelman
        Cathleen M. Combs
        James O. Latturner
        Albert Hofeld, Jr.
        Edelman Combs Latturner & Goodwin LLC
        120 S. LaSalle Street, 18th Floor
        Chicago, IL  60606

this 24th day of August, 2005, on or before the hour of 5:00 p.m.


                                           s/Jonathan N. Ledsky

# EXHIBIT L

1210V5

Time of Request: Thursday, December 07, 2006  17:12:09 EST
Client ID/Project Name: 430
Number of Lines: 16021
Job Number:      1861:1020132

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-400
Source: IL Public Records, Combined
Search Terms: ameriquest /2 mortgage /2 securit!

Send to:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

Page 412

COOK COUNTY, IL 11342 S EDBROOKE AVE, CHICAGO, IL 60628

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DUGGAN, KEVIN (Individual(s))

**Buyer Mailing Address:** 3116 W 111TH ST, CHICAGO, IL 60655

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Property Address:** 11342 S EDBROOKE AVE, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/18/2005

**Recorded Date:** 9/2/2005

**Sale Price:** $ 72,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 36.00
City Transfer Tax: $ 540.00
Total Transfer Tax: $ 72.00

**Document Number:** 0524532079

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 25-22-112-040

**Legal Description:** LOT: 6; BLOCK: 2; SUBDIVISION: KIONKAS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NW4 S22T37NR14E 3P

Brief Description: LOTS1&2 SUB LOT3 ASSESSORS DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE COMPANY

COOK COUNTY, IL 15855 WABASH, SOUTH HOLLAND, IL 60473

397 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DIXON, BARBARA A (Single or Unmarried Woman); DIXON, ERIC (Single or Unmarried Man); GREENWOOD, LELONI (Married Woman), Joint Tenancy

Buyer Mailing Address: 15855 WABASH, SOUTH HOLLAND, IL 60473

Seller: DEUTSCHE NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 15855 WABASH, SOUTH HOLLAND, IL 60473

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/5/2006

Recorded Date: 10/6/2006

Sale Price: $ 126,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 63.00
Total Transfer Tax: $ 126.00

Document Number: 0627940000

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 29-15-300-035

Legal Description: LOT: 15; SUBDIVISION: SHERWOOD FOREST; SEC/TWN/RNG/MERIDIAN: PART SW4 S15T36NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: FIRST MIDWEST BANK

Type of Mortgage: UNKNOWN

Loan Amount: $ 86,000

Term: 10/1/2036

Title Company: FIRST AMERICAN TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

WINNEBAGO COUNTY, IL 4116 AMHERST LN, ROCKFORD, IL 61109

396 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

Buyer: DICKSON, RICHARD (Individual(s))

Buyer Mailing Address: 4116 AMHERST LN, ROCKFORD, IL 61109

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S

Property Address: 4116 AMHERST LN, ROCKFORD, IL 61109

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 10/11/2005

Recorded Date: 10/25/2005

Sale Price: $ 64,500 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 96.75

Document Number: 0564732

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 16-05-105-010

Legal Description: SEC/TWN/RNG/MERIDIAN: PART W2NW4 S05T43NR02E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: R & E DEVELOPMENT INC

Type of Mortgage: UNKNOWN

Loan Amount: $ 63,000

Term: 4/14/2006

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 527 S 24TH AVE, BELLWOOD, IL 60104

395 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DIAZ, LUIS (Individual(s))

Buyer Mailing Address: 11221 DIVERSEY, MELROSE PARK, IL 60164

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 527 S 24TH AVE, BELLWOOD, IL 60104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 5/13/2006

Recorded Date: 5/30/2006

Sale Price: $ 143,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 71.50
City Transfer Tax: $ 715.00
Total Transfer Tax: $ 143.00

Document Number: 0615032035

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 15-10-309-021

Legal Description: PARTIAL LOT; LOT: 8; BLOCK: 11; SUBDIVISION: WILLIAM B WALRATHS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2 S10T39NR12E 3P

Brief Description: SOUTH40 FT LOT8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: AMERICAN BROKERS CONDUIT

Type of Mortgage: FANNIE MAE/FREDDIE MAC

Loan Amount: $ 114,000

Term: 6/1/2036

Title Company: WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 149 E 114TH PL, CHICAGO, IL 60628 ·

394 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSHCE BANK NATIONAL TRUST; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Seller:** WALTON (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 10827

**Property Address:** 149 E 114TH PL, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/1/2005

**Recorded Date:** 3/15/2005

**Document Number:** 0507434096

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-22-119-018

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 41[40] BLOCK: 2; SUBDIVISION: E STANNWOODS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S2S2SW4NW4 S22T37NR14E 3P

**Brief Description:** WEST16 FT LOT40

WINNEBAGO COUNTY, IL 3242 7TH ST, ROCKFORD, IL 61109

383 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Beneficiary); ASSET BACKED PASS THROUGH CERTIFICATES S (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** STEELE (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 1391

**Property Address:** 3242 7TH ST, ROCKFORD, IL 61109

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/13/2006

**Recorded Date:** 9/29/2006

**Document Number:** 0658727

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-02-477-011

**Legal Description:** LOT: 26; SUBDIVISION: FRANKLIN GARDENS; SEC/TWN/RNG/MERIDIAN: SE4 S02T43NR01E 3P; RECORDER'S MAP REFERENCE: MB20 PG72

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 16153 CAMBRIDGE DR, MARKHAM, IL 60428

382 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** PERRY, JOE (Trustor); PERRY, JOSEPH a/k/a; CASE #05 CH 13615

**Property Address:** 16153 CAMBRIDGE DR, MARKHAM, IL 60428

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/2/2006

**Recorded Date:** 11/6/2006

**Document Number:** 0631045002

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-24-213-006

**Legal Description:** LOT: 49; BLOCK: 3; SUBDIVISION: CANTERBURY GARDENS UNIT #3; SEC/TWN/RNG/MERIDIAN: W2E2 & PART NW4 S24T36NR13E 3P

Brief Description: RESUBDIVISION PART CANTERBURY GARDENS UN #2 W2 E2 & PART NW4 SEC24 TWP36N RNG13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 2338 183RD PL, LANSING, IL 60438

381 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, ORANGE, CA 92868

Seller: DAVID, KATHY D (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); DAVID, KATHY a/k/a; CASE #05 CH 86

Property Address: 2338 183RD PL, LANSING, IL 60438

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 2/24/2006

Recorded Date: 11/6/2006

Document Number: 0631045004

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-36-404-012

Legal Description: LOT: 95; SUBDIVISION: 3RD ADDITION TO FOREST GLEN SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SE4 S36T36NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 504 WASHINGTON ST, DOLTON, IL 60419

380 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: BROOMS, DEDRICK W (Trustor); CASE #05 CH 10722

Property Address: 504 WASHINGTON ST, DOLTON, IL 60419

**************************** SALES INFORMATION ****************************

Sale Date: 4/10/2006

Recorded Date: 10/20/2006

City Transfer Tax: $ 10.00

Document Number: 0629339002

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-03-110-019

Legal Description: PARTIAL LOT; LOT: 10; BLOCK: 1; SUBDIVISION: DOLTON; SEC/TWN/RNG/MERIDIAN: E2E2NW4 S03T36NR14E 3P

Brief Description: EAST45 FT S120 FT LOT10

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

WILL COUNTY, IL 22 W 37TH ST, STEGER, IL 60475

379 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PARK WAY W, UNIT 100, ORANGE, CA 92868

**Seller:** BARBEAU, DEBORAH K (Trustor); BARBEAU, RICHARD (Trustor); CASE #05 CH 1663

**Property Address:** 22 W 37TH ST, STEGER, IL 60475

*************************** SALES INFORMATION ****************************

**Sale Date:** 9/21/2006

**Recorded Date:** 10/3/2006

**Document Number:** R2006166611

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 23-15-05-403-009

**Legal Description:** LOT: 32; BLOCK: 1; SUBDIVISION: STEGER; SEC/TWN/RNG/MERIDIAN: PART S2 S05T34NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 21687 W GREENWOOD DR, KILDEER, IL 60047

377 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** BAUER (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 354

**Property Address:** 21687 W GREENWOOD DR, KILDEER, IL 60047

*************************** SALES INFORMATION ***************************

**Sale Date:** 10/5/2006

**Recorded Date:** 10/23/2006

**Document Number:** 6078892

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 14-22-106-001

**Legal Description:** LOT: 1; SUBDIVISION: FOXBOROUGH ESTATES UNIT 1

**Brief Description:** PART E2 NW4 & PART NE4 SEC22 TWP43N RNG10E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 908 E OLD WILLOW RD, UNIT 202, PROSPECT HEIGHTS, IL 6041

376 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Buyer Mailing Address: C/O DEUTSCHE BANK, 505 CITY PKY, ORANGE, CA 92868

Seller: SOBCZYNSKI, WALDEMAR (Trustor); CASE #05 CH 13412

Property Address: 908 E OLD WILLOW RD, UNIT 202, PROSPECT HEIGHTS, IL 60419

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 5/25/2006

Recorded Date: 10/13/2006

Document Number: 0628610038

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 03-24-202-024-1327 (Multiple APNs appear on the Conveying Instrument)

Legal Description: SUBDIVISION: WILLOW WOODS CONDOMINIUM; SEC/TWN/RNG/MERIDIAN: NE4 S24T42NR11E 3P

Brief Description: UNITS908-202&27-G

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

COOK COUNTY, IL 2305 E 96TH ST, CHICAGO, IL 60617 ·

374 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

Seller: NELSON (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 3669

Property Address: 2305 E 96TH ST, CHICAGO, IL 60617

*************************** SALES INFORMATION ***************************

Sale Date: 10/2/2006

Recorded Date: 10/10/2006

Document Number: 0628322119

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-12-230-001

Legal Description: LOT: 24; BLOCK: 4; SUBDIVISION: MERRIONETTE MANOR FIRST ADDITION; SEC/TWN/RNG/MERIDIAN: PART E2NE4 S12T37NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

COOK COUNTY, IL 3008 SANDY RDG, STEGER, IL 60475 ·

373 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Seller: DAVIS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 8007

Property Address: 3008 SANDY RDG, STEGER, IL 60475

*************************** SALES INFORMATION ****************************

Sale Date: 9/27/2006

Recorded Date: 10/11/2006

Document Number: 0628416118

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 32-33-403-051

Legal Description: LOT: 74; SUBDIVISION: SANDY RIDGE PHASE 3B; SEC/TWN/RNG/MERIDIAN: PART SE4 S33T35NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

COOK COUNTY, IL 14133 S CALHOUN AVE, BURNHAM, IL 60633

371 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Seller: MANUEL (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 8607

Property Address: 14133 S CALHOUN AVE, BURNHAM, IL 60633

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 12/20/2005

Recorded Date: 10/3/2006

Document Number: 0627617047

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-01-216-009

Legal Description: LOT: 24; BLOCK: 7; SUBDIVISION: G GRANK CROISSANTS RIVERSIDE DRIVE ADDITION; SEC/TWN/RNG/MERIDIAN: PART E2 S01T36NR14E 3P; RECORDER'S MAP REFERENCE: MB169 PG12

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE CO

WILL COUNTY, IL 22 W 37TH ST, STEGER, IL 60475

370 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Seller: BARBEAU, DEBORAH K (Trustor); BARBEAU, RICHARD (Trustor); BARBEAU, DEBORAH KAY a/k/a; PIAZZA, DEBORAH a/k/a; KILLIAN, DEBORAH a/k/a; KILLIAN, DEBORAH K a/k/a; BARBEAU, RICHARD M a/k/a

Property Address: 22 W 37TH ST, STEGER, IL 60475

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/19/2006

Recorded Date: 9/15/2006

Sale Price: $ 73,932 (Full Amount)

Document Number: R2006155360

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 23-15-05-403-009

Legal Description: LOT: 32; BLOCK: 1; SUBDIVISION: STEGER; SEC/TWN/RNG/MERIDIAN: PART S2 S05T34NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE