Page 381

WILL COUNTY, IL 526 ONTARIO AVE, JOLIET, IL 60436

369 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Beneficiary)

**Seller:** JOHNSON, DARLENE (Trustor)

**Property Address:** 526 ONTARIO AVE, JOLIET, IL 60436

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 9/1/2006

**Recorded Date:** 9/15/2006

**Sale Price:** $ 81,092 (Full Amount)

**Document Number:** R2006155328

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 07-21-319-010

**Legal Description:** LOT: 81; SUBDIVISION: JAMES J SMILEYS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART S2 S21T35NR10E 3P

Brief Description: PART SOUTH JOLIET & PART SE4 SEC20 TWP35N RNG10E 3P

**************************** **MORTGAGE INFORMATION** ****************************

**Title Company:** NONE AVAILABLE

Page 380

MCHENRY COUNTY, IL 1711 N BROWN, MC HENRY, IL 60050

368 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: RZEPKA, JOHN S (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 812

Seller Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Property Address: 1711 N BROWN, MC HENRY, IL 60050

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/18/2006

Recorded Date: 9/28/2006

Document Number: 2006R0071213

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 09-269-156-005

Legal Description: LOT: 151; SUBDIVISION: MC HENRY LAKES ESTATES UNIT #1; SEC/TWN/RNG/MERIDIAN: PART NE4 S27T45NR08E 3P

Brief Description: NW4 SEC26 TWP45N RNG08E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: COMPREHENSIVE TITLE INC

Page 379

LAKE COUNTY, IL 42168 N 3RD AVE, ANTIOCH, IL 60002 -

367 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD** FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** REIZNER (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 347

**Property Address:** 42168 N 3RD AVE, ANTIOCH, IL 60002

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/13/2006

**Recorded Date:** 9/28/2006

**Document Number:** 6064803

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 01-12-416-115

**Legal Description:** LOT: 98; SUBDIVISION: CALIFORNIA ICE & COAL COMPANYS LAKE MARIE SUB; SEC/TWN/RNG/MERIDIAN: PART SE4SE4 S12T46NR09E 3P; RECORDER'S MAP REFERENCE: MB M PG36

************************** MORTGAGE INFORMATION **************************

**Title Company:** NONE AVAILABLE

Page 378

LAKE COUNTY, IL 936 S PARK AVE, WINTHROP HARBOR, IL 60096

366 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** WILLBANKS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 2026

**Property Address:** 936 S PARK AVE, WINTHROP HARBOR, IL 60096

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/13/2006

**Recorded Date:** 9/28/2006

**Document Number:** 6064800

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 04-10-305-026

**Legal Description:** LOT: 16[17] BLOCK: 4; SUBDIVISION: KELLOGGS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4 S10T46NR12E 3P; RECORDER'S MAP REFERENCE: MB 1 PG73

**Brief Description:** PART N1350 FT LOT7 WINTHROP HARBOR EAST SHERIDAN ROAD

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

KANE COUNTY, IL 750 HOUSTON DR, CARPENTERSVILLE, IL 60110

365 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Beneficiary)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES INC, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** GREEN, TERESA (Trustor); CASE #05 CH K 908

**Property Address:** 750 HOUSTON DR, CARPENTERSVILLE, IL 60110

**************************** SALES INFORMATION ****************************

**Sale Date:** 5/5/2006

**Recorded Date:** 9/11/2006

**Document Number:** 2006K098901

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 03-11-453-022

**Legal Description:** LOT: 25; BLOCK: 2; SUBDIVISION: THE FIRST ADD TO UNIT #6 OF GOLFVIEW HIGHLANDS; SEC/TWN/RNG/MERIDIAN: PART SE4 S11T42NR08E 3P

**Brief Description:** PART NE4 SEC14 TWP42N RNG08E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 3105 SHERWOOD AVE, MARKHAM, IL 60426

364 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD** FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client), Trust

**Seller:** DANIELS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 5277

**Property Address:** 3105 SHERWOOD AVE, MARKHAM, IL 60426

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/14/2006

**Recorded Date:** 9/22/2006

**Document Number:** 0626516095

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-24-102-010

**Legal Description:** LOT: 10; BLOCK: 2; SUBDIVISION: CANTERBURY GARDENS UNIT #1; SEC/TWN/RNG/MERIDIAN: PART NW4 S24T36NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

Page 375

WILL COUNTY, IL 811 UNION DR, UNIVERSITY PARK, IL 60466

363 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC** (Beneficiary)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: HAWKINS, BETTYE J (Trustor); CASE #05 CH 1248

Property Address: 811 UNION DR, UNIVERSITY PARK, IL 60466

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/10/2006

Recorded Date: 9/5/2006

Document Number: R2006148714

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 21-14-13-207-006

Legal Description: LOT: 6; BLOCK: 8; SUBDIVISION: WOOD HILLS RIDGEVIEW SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S12&13T34NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 15526 MILLARD AVE, MARKHAM, IL 60426

361 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

Seller: THOMAS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 7882

Property Address: 15526 MILLARD AVE, MARKHAM, IL 60426

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/30/2006

Recorded Date: 9/5/2006

Document Number: 0624845087

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 28-14-312-029 (Multiple APNs appear on the Conveying Instrument)

Legal Description: LOT: 31[32] BLOCK: 5; SUBDIVISION: CROISSANT PARK MARKHAM 10TH ADDITION; SEC/TWN/RNG/MERIDIAN: SE4SW4 S14T36NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 1506 S 51ST CT, CICERO, IL 60804

360 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** TERRY (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 21937

**Property Address:** 1506 S 51ST CT, CICERO, IL 60804

*************************** SALES INFORMATION ***************************

**Sale Date:** 8/30/2006

**Recorded Date:** 9/5/2006

**Document Number:** 0624845086

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 16-21-224-016

**Legal Description:** LOT: 3; BLOCK: 45; SUBDIVISION: GRANT LOCOMOTIVE WORKS ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: S21T39NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 2001 W 69TH PL, CHICAGO, IL 60636

359 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Seller: STIFF (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 19760

Property Address: 2001 W 69TH PL, CHICAGO, IL 60636

*************************** SALES INFORMATION ****************************

Sale Date: 8/2/2006

Recorded Date: 9/8/2006

Document Number: 0625110071

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-19-330-023

Legal Description: LOT: 461; SUBDIVISION: ALLERTONS ENGLEWOOD ADDITION; SEC/TWN/RNG/MERIDIAN: SW4 S19T36NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

Page 370

COOK COUNTY, IL 5019 S ELIZABETH ST, CHICAGO, IL 60609

358 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MTG SECURITIES INC ASSET BACK** (Beneficiary)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** GUZMAN, MARIA (Trustor); CASE #05 CH 22452

**Property Address:** 5019 S ELIZABETH ST, CHICAGO, IL 60609

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/31/2006

**Recorded Date:** 9/8/2006

**Document Number:** 0625110073

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-08-131-008

**Legal Description:** LOT: 39; BLOCK: 1; SUBDIVISION: YOUNG & CLARKSONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SE4SE4NW4 S08T38NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 578 W MAIN ST, BRAIDWOOD, IL 60408

357 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC SERIE** (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PARK WAY W, ORANGE, CA 92868

**Seller:** BERNARDY, JOSEPH (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 657

**Property Address:** 578 W MAIN ST, BRAIDWOOD, IL 60408

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/31/2006

**Recorded Date:** 8/8/2006

**Document Number:** R2006132582

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 02-24-07-403-017 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 17[18] BLOCK: 1; SUBDIVISION: EUREKA COAL COMPANYS ADDITION TO BRAIDWOOD; SEC/TWN/RNG/MERIDIAN: SE4 S07T32NR09E 3P; RECORDER'S MAP REFERENCE: MB1 PG78

Brief Description: E2 LOT18 EXC N80 FT THEREOF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 261 W 146TH ST, RIVERDALE, IL 60827-

356 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES, 505 CITY PARKWAY W, ORANGE, CA 92868

Seller: DAVIS, GLORIA (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 9602

Property Address: 261 W 146TH ST, RIVERDALE, IL 60827

*************************** SALES INFORMATION ****************************

Sale Date: 4/13/2006

Recorded Date: 8/18/2006

Document Number: 0623039016

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-04-328-054

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 20[21] BLOCK: 81; SUBDIVISION: IVANHOE UNIT #4; SEC/TWN/RNG/MERIDIAN: S2 S04T36NR14E 3P

Brief Description: EAST5 FT LOT21 BRANIGAR BROTHERS SUB

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

Page 367

COOK COUNTY, IL 1858 S CENTRAL PARK AVE, CHICAGO, IL 60623

355 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

Seller: BENNEM, RICKY (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #02 CH 22617

Property Address: 1858 S CENTRAL PARK AVE, CHICAGO, IL 60623

**************************** SALES INFORMATION ****************************

Sale Date: 6/19/2006

Recorded Date: 8/18/2006

Document Number: 0623039064

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 16-23-315-063

Legal Description:  PARTIAL LOT; LOT: 49; SUBDIVISION: J T MATTHEWS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SW4 S23T39NR14E 3P

Brief Description: LOTS1&20 KEDZIE SUB

**************************** MORTGAGE INFORMATION ****************************

Title Company: NONE AVAILABLE

Page 366

COOK COUNTY, IL 7127 W 71ST PL, CHICAGO, IL 60638

354 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Seller: PACKWOOD (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 427

Property Address: 7127 W 71ST PL, CHICAGO, IL 60638

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 7/31/2006

Recorded Date: 8/18/2006

Document Number: 0623039068

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 19-30-102-004

Legal Description: LOT: 86; SUBDIVISION: FRANK DELUGACHS 71ST STREET HIGHLANDS; SEC/TWN/RNG/MERIDIAN: PART W2NW4 S30T38NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

Page 360

COOK COUNTY, IL 7028 S WOODLAWN AVE, CHICAGO, IL 60637

348 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, ORANGE, CA 92868

Seller: DAVIS, DARREN F (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 9679

Property Address: 7028 S WOODLAWN AVE, CHICAGO, IL 60637

*************************** SALES·INFORMATION ****************************

Sale Date: 2/9/2006

Recorded Date: 8/7/2006

Document Number: 0621918015

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-23-409-050

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 68[69] SUBDIVISION: BROOKHAVEN

Brief Description: LOT68 EXC N15 FT THEREOF GROSSS SUB S23.569 AC PART W2 SE4 SEC23 TWP38N RNG14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE CO

WINNEBAGO COUNTY, IL 1508 20TH AVE, ROCKFORD, IL 61104

347 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 93868

**Seller:** TRAWINSKI (Trustor); CASE #05 CH 1166

**Property Address:** 1508 20TH AVE, ROCKFORD, IL 61104

*************************** SALES INFORMATION ***************************

**Sale Date:** 6/22/2006

**Recorded Date:** 7/10/2006

**Document Number:** 0640092

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-36-157-005

**Legal Description:** LOT: 8; BLOCK: 2; SUBDIVISION: UNION SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NW4 S36T44NR01E 3P; RECORDER'S MAP REFERENCE: MB5 PG23

Brief Description: PART NE4 SEC35 TWP44N RNG01E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

Page 358

LAKE COUNTY, IL 32310 PRAIRIE VIEW LN, LAKEMOOR, IL 60051

346 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MTG COM, 505 CITY PARKWAY W, ORANGE, CA 92868

Seller: PODRAZA (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 841

Property Address: 32310 PRAIRIE VIEW LN, LAKEMOOR, IL 60051

**************************** SALES INFORMATION ****************************

Sale Date: 7/17/2006

Recorded Date: 7/25/2006

Document Number: 6033310

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 05-33-302-033

Legal Description: LOT: 34; SUBDIVISION: BURNSIDES LAKEMOOR FARMS PHASE I; SEC/TWN/RNG/MERIDIAN: PART NW4 S04T44NR09E 3P

Brief Description: PART W2 SEC33 TWP45N RNG09E 3P

**************************** MORTGAGE INFORMATION ****************************

Title Company: NONE AVAILABLE

DUPAGE COUNTY, IL 755 CASE DR, ROSELLE, IL 60172 .

344 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** DUPAGE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

Buyer Mailing Address: 525 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: BELLAVIA JR, JOSEPH (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 1510

Property Address: 755 CASE DR, ROSELLE, IL 60172

*************************** SALES INFORMATION ****************************

Sale Date: 7/17/2006

Recorded Date: 7/25/2006

Document Number: R2006-142747

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 02-04-402-006

Legal Description: LOT: 104; SUBDIVISION: SUMMERFIELDS UNIT 1; SEC/TWN/RNG/MERIDIAN: PART S2 S04T40NR10E 3P

*************************** MORTGAGE INFORMATION ****************************

Title Company: NONE AVAILABLE

COOK COUNTY, IL 526 WASHINGTON ST, DOLTON, IL 60419

343 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD** FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** SUTTON, GWENDOLYN N (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); SUTTON, GWENDOLYN NEAL a/k/a; NEAL, GWENDOLYN A a/k/a; SUTTON, GWENDOLYN a/k/a; CASE #04 CH 17241

**Property Address:** 526 WASHINGTON ST, DOLTON, IL 60419

*************************** SALES INFORMATION ****************************

**Sale Date:** 3/16/2006

**Recorded Date:** 7/25/2006

City Transfer Tax: $ 10.00

**Document Number:** 0620631004

**Deed Type:** LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-03-110-024

**Legal Description:** LOT: 6; SUBDIVISION: DOLTON; SEC/TWN/RNG/MERIDIAN: E2E2NW4 S03T36NR14E 3P

Brief Description: SUBDIVISION LOTS1&2 BLK1

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

Page 354

WILL COUNTY, IL 2490 ROYAL TROON DR, AURORA, IL 60504

342 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Beneficiary); AMERIQUEST MORTGAGE CO (Beneficiary)

Seller: ESTATE OF ISIDORE SMITH (Estate); SMITH, DOLLET (Trustor); SMITH, LD (Trustor); SMITH, ROSIE (Trustor); LAKEWOOD VALLEY HOMEOWNERS ASSN (Company/Corporation); LAKEWOOD VALLEY RECREATION CENTER (Company/Corporation)

Property Address: 2490 ROYAL TROON DR, AURORA, IL 60504

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 6/8/2006

Recorded Date: 7/7/2006

Sale Price: $ 333,623 (Full Amount)

Document Number: R2006110540

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 01-07-213-002

Legal Description: LOT: 476; SUBDIVISION: LAKEWOOD VALLEY UNIT 3; SEC/TWN/RNG/MERIDIAN: PART NE4 S07T37NR09E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

Page 350

WINNEBAGO COUNTY, IL 1215 20TH ST, ROCKFORD, IL 61104

338 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Beneficiary); ASSET BACKED PASS THROUGH CERTIFICATES S (Company/Corporation)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: RAINS JR, LUTHER H (Trustor); RAINS, LUTHER a/k/a; RAINS, LUTHER H a/k/a; CASE #05 CH 1002

Property Address: 1215 20TH ST, ROCKFORD, IL 61104

**************************** SALES INFORMATION ****************************

Sale Date: 6/6/2006

Recorded Date: 6/14/2006

Document Number: 0635214

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 11-25-479-020

Legal Description: LOT: 3; BLOCK: 13; SUBDIVISION: GEORGE E SCOTTS AVONDALE ADDITION; RECORDER'S MAP REFERENCE: MB13 PG44

**************************** MORTGAGE INFORMATION ****************************

Title Company: NONE AVAILABLE

Page 346

COOK COUNTY, IL 728 S KARLOV AVE, CHICAGO, IL 60624

334 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** BROOKS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #04 CH 19996

**Property Address:** 728 S KARLOV AVE, CHICAGO, IL 60624

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/26/2006

**Recorded Date:** 6/30/2006

**Document Number:** 0618134090

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 16-15-411-033

**Legal Description:** LOT: 15; BLOCK: 3; SUBDIVISION: MUNSONS ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: E2SE4 S15T39NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

Page 345

COOK COUNTY, IL 318 W 111TH PL, CHICAGO, IL 60628 ·

333 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

Seller: JONES ATKINSON (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 18947

Property Address: 318 W 111TH PL, CHICAGO, IL 60628

*************************** SALES INFORMATION ***************************

Sale Date: 6/26/2006

Recorded Date: 7/3/2006

Document Number: 0618444066

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-21-200-022

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 223[222] SUBDIVISION: ROSELAND ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: W2NW4NE4 S21T37NR14E 3P

Brief Description: W2 LOT222

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

Page 344

COOK COUNTY, IL 6507 S TALMAN AVE, CHICAGO, IL 60629

332 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Seller: TURNER (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 18145

Property Address: 6507 S TALMAN AVE, CHICAGO, IL 60629

*************************** SALES INFORMATION ***************************

Sale Date: 6/26/2006

Recorded Date: 7/3/2006

Document Number: 0618444065

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 19-24-219-002

Legal Description: LOT: 37; SUBDIVISION: CHARLIE HULL EWINGS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NE4 S24T38NR13E 3P

Brief Description: LOTS1-48 BLK3 AVONDALE

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

Page 342

COOK COUNTY, IL 22421 CLYDE AVE, SAUK VILLAGE, IL 60411

330 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

**Seller:** POHL (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 6493

**Property Address:** 22421 CLYDE AVE, SAUK VILLAGE, IL 60411

*************************** SALES INFORMATION ***************************

**Sale Date:** 6/15/2006

**Recorded Date:** 6/23/2006

**Document Number:** 0617444046

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 32-36-108-015

**Legal Description:** LOT: 547; SUBDIVISION: INDIAN HILL SUBDIVISION UNIT 3; SEC/TWN/RNG/MERIDIAN: PART S36T35NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

Page 341

KANE COUNTY, IL 618 W GALENA BLVD, AURORA, IL 60506

329 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** GOMEZ, ESTEBAN (Trustor); DEUTSCHE BANK NATIONAL TRUST CO (Beneficiary); CASE #05 CH K 747

**Property Address:** 618 W GALENA BLVD, AURORA, IL 60506

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/7/2006

**Recorded Date:** 6/7/2006

**Document Number:** 2006K061278

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-21-181-002

**Legal Description:** PARTIAL LOT; LOT: 2; BLOCK: 2; CITY: AURORA; SUBDIVISION: THEODORE LAKES SECOND ADDITION TO AURORA

Brief Description: WESTERLY38 FT E99.7 FT LOT2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE