COOK COUNTY, IL 11607 S YALE AVE, CHICAGO, IL 60628

328 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: BROOKS WELLS, PAMELA L (Trustor); WELLS, PAMELA a/k/a; BROOKS, PAMELA a/k/a; CASE #05 CH 12536

Property Address: 11607 S YALE AVE, CHICAGO, IL 60628

*************************** SALES INFORMATION ***************************

Sale Date: 6/14/2006

Recorded Date: 6/21/2006

Document Number: 0617234067

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-21-411-003 (Multiple APNs appear on the Conveying Instrument)

Legal Description: LOT: 45[46] BLOCK: 4; SUBDIVISION: DANIEL J FALLIS ADDITION TO PULLMAN; SEC/TWN/RNG/MERIDIAN: E2NW4SE4 S21T37NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

Page 339

COOK COUNTY, IL 600 OLD WILLOW RD, PROSPECT HEIGHTS, IL 60070

327 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O DEUTSCHE BANK, 505 CITY PKY W, ORANGE, CA 92868

Seller: VALLADARES, FERNANDO (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #05 CH 1216

Property Address: 600 OLD WILLOW RD, PROSPECT HEIGHTS, IL 60070

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 5/26/2006

Recorded Date: 6/7/2006

Document Number: 0615834063

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 03-24-102-013-1312

Legal Description: UNIT: 181; CITY: WHEELING; SUBDIVISION: QUINCY PARK CONDOMINIUM; SEC/TWN/RNG/MERIDIAN: PART SE4NW4 S24T42NR11E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

COOK COUNTY, IL 10841 S FOREST AVE, CHICAGO, IL 60628

326 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** NEWMAN (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 17230

**Property Address:** 10841 S FOREST AVE, CHICAGO, IL 60628

***************************** SALES INFORMATION *****************************

**Sale Date:** 6/7/2006

**Recorded Date:** 6/12/2006

**Document Number:** 0616318011

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-15-314-013

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 30[31] BLOCK: 6; SUBDIVISION: THIRD MANUAL TRAINING SCHOOL ADDITION TO PULLMAN; SEC/TWN/RNG/MERIDIAN: NE4SW4 S15T37NR14E 3P

**Brief Description:** LOTS30&31 EXC N11 FT THEREOF

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

Page 337

COOK COUNTY, IL 888 WENTWORTH AVE, CALUMET CITY, IL 60409

325 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Seller: HARTKE (Trustor); CASE #05 CH 15516

Property Address: 888 WENTWORTH AVE, CALUMET CITY, IL 60409

*************************** SALES INFORMATION ***************************

Sale Date: 6/7/2006

Recorded Date: 6/13/2006

Document Number: 0616418090

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 30-17-131-029

Legal Description: PARTIAL LOT; LOT: 15; BLOCK: 5; SUBDIVISION: WEST PARK MANOR; SEC/TWN/RNG/MERIDIAN: S17T36NR15E 3P

Brief Description: SOUTH19 FT LOT15

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

Page 336

LAKE COUNTY, IL 22706 W RIDGE DR, ANTIOCH, IL 60002.

324 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary), Trust

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** JOHNSON (Trustor); CASE #05 CH 1275

**Property Address:** 22706 W RIDGE DR, ANTIOCH, IL 60002

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/24/2006

**Recorded Date:** 6/13/2006

**Document Number:** 6008507

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 02-09-302-001 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 32[33] SUBDIVISION: SECOND ADDITION TO SILVER LAKE PARK; SEC/TWN/RNG/MERIDIAN: SW4 S09T46NR10E 3P; RECORDER'S MAP REFERENCE: MB R PG57

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

DUPAGE COUNTY, IL 242 PINE LN, BENSENVILLE, IL 60106

323 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: OLSON, JEFFREY (Trustor); OLSON, KAREN (Trustor); CASE #04 CH 345

Property Address: 242 PINE LN, BENSENVILLE, IL 60106

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 5/17/2006

Recorded Date: 6/1/2006

Document Number: R2006-103366

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 03-15-214-023

Legal Description: LOT: 1; SUBDIVISION: RICHARD D MILLERS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: S10 11 14&15T40NR11E 3P

Brief Description: S2 LOT2 BLK47 FIRST ADD PERCY WILSONS IRVING PARK MANOR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

Page 334

WILL COUNTY, IL 811 UNION DR, UNIVERSITY PARK, IL 60466

322 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary), Trust

Seller: HAWKINS, BETTYE J (Trustor); HAWKINS, DON (Trustor); HAWKINS, BETTYE a/k/a; UNITED STATES OF AMERICA (Government); NO 05 CH 1248

Property Address: 811 UNION DR, UNIVERSITY PARK, IL 60466

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 4/13/2006

Recorded Date: 5/11/2006

Sale Price: $ 88,669 (Full Amount)

Document Number: R2006076563

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 14-13-207-006

Legal Description: LOT: 6; BLOCK: 8; SUBDIVISION: WOOD HILLS RIDGEVIEW SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S12&13T34NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

WILL COUNTY, IL 20202 S JONQUIL LN, FRANKFORT, IL 60423

321 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Beneficiary)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** KELLY, MICHAEL J (Trustor); KELLY, KELLIE C (Trustor); CASE #05 CH 1485

**Property Address:** 20202 S JONQUIL LN, FRANKFORT, IL 60423

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/3/2006

**Recorded Date:** 5/18/2006

**Document Number:** R2006081946

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 19-09-13-103-007

**Legal Description:** LOT: 10; BLOCK: 6; SUBDIVISION: FRANKFORT SQUARE UNIT 2; SEC/TWN/RNG/MERIDIAN: NW4 S13T35NR12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

Page 332

WILL COUNTY, IL 622 CENTRAL AVE, JOLIET, IL 60436 ·

320 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: SCHNEIDER, WILLIAM S (Trustor); CASE #05 CH 938

Property Address: 622 CENTRAL AVE, JOLIET, IL 60436

*************************** SALES INFORMATION ***************************

Sale Date: 4/7/2006

Recorded Date: 5/9/2006

Document Number: R2006075145

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 07-17-322-002

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 139[140] SUBDIVISION: MONT CLAIRE; SEC/TWN/RNG/MERIDIAN: PART S17&26T35NR10E 3P

Brief Description: LOTS139&140 EXC N81 FT SD LOTS

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

COOK COUNTY, IL 5744 S WINCHESTER, CHICAGO, IL 60619

319 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC SERIE** (Company/Corporation)

**Seller:** EPPS (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 18816

**Property Address:** 5744 S WINCHESTER, CHICAGO, IL 60619

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/30/2006

**Recorded Date:** 5/31/2006

**Document Number:** 0615132050

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-18-216-036

**Legal Description:** LOT: 16; BLOCK: 12; SUBDIVISION: JOHN B LYONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2W2NE4 S18T38NR14E 3P

Brief Description: RESUBDIVISION BLKS3-6 11&12 SUB BLKS1-8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 527 24TH AVE, BELLWOOD, IL 60104 .

318 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client), Trust

Seller: WILLIAMS, MUSHUNNE (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); WILLIAMS, MUSHUNNE M a/k/a; CASE #04 CH 14042

Property Address: 527 24TH AVE, BELLWOOD, IL 60104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 11/21/2005

Recorded Date: 5/30/2006

City Transfer Tax: $ 10.00

Document Number: 0615032034

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 15-10-309-021

Legal Description: PARTIAL LOT; LOT: 8; BLOCK: 11; SUBDIVISION: WILLIAM B WALRATHS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2 S10T39NR12E 3P

Brief Description: SOUTH40 FT LOT8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 15714 DANTE DR, SOUTH HOLLAND, IL 60473

317 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD** FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O DEUTSCHE BANK, 505 CITY PKY W, ORANGE, CA 92868

Seller: ANDREWS, PATRICIA LEWIS (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #04 CH 3211

Property Address: 15714 DANTE DR, SOUTH HOLLAND, IL 60473

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 1/26/2006

Recorded Date: 5/19/2006

Document Number: 0613939009

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-14-228-006

Legal Description:  LOT: 126; SUBDIVISION: PASQUINELLIS FAIR MEADOW FOURTH ADDITION

Brief Description: PART NE4 & PART E2 SE4 SEC14 TWP36N RNG14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

LAKE COUNTY, IL 2117 HERMON AVE, ZION, IL 60099 ·

316 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** UHLEAN (Trustor); AMERIQUEST (Beneficiary); CASE #04 CH 1360

**Property Address:** 2117 HERMON AVE, ZION, IL 60099

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/3/2006

**Recorded Date:** 5/15/2006

**Document Number:** 5992645

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 04-20-206-009

**Legal Description:** LOT: 9; BLOCK: 13; SUBDIVISION: ZION CITY SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S20T46NR12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 3854 GRAND AVE, GURNEE, IL 60031 ·

315 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** ORTIZ (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 18

**Property Address:** 3854 GRAND AVE, GURNEE, IL 60031

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/4/2006

**Recorded Date:** 5/12/2006

**Document Number:** 5991635

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 07-13-320-009

**Legal Description:** LOT: 40; CITY: GURNEE; SUBDIVISION: VILLA HILL SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART S2SW4 S13T45NR11E 3P; RECORDER'S MAP REFERENCE: MB M PG108

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 13825 KANAWHA, DOLTON, IL 60419 ·

314 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD** FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Beneficiary); QUEST TRUST 2002-X1 ASSET BACKED CERTIFI (Beneficiary), Trust

**Seller:** MCNEAL (Trustor); CASE #02 CH 14232

**Property Address:** 13825 KANAWHA, DOLTON, IL 60419

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/26/2003

**Recorded Date:** 4/9/2003

**Sale Price:** $ 58,000 (Full Amount)

**Document Number:** 0030480328

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-03-105-007

**Legal Description:** LOT: 7; BLOCK: 1; SUBDIVISION: CENTER AVENUE SUBDIVISION

Brief Description: NORTH18.0 AC E2 E2 NW4 SEC03 TWP36N RNG14E 3P

COOK COUNTY, IL 5346 S HERMITAGE ST, CHICAGO, IL 60609

313 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES, 505 CITY PKY, UNIT 100, ORANGE, CA 92868

Seller: HERRON, ORETHA (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); HERRON, ARETHA a/k/a; CASE #04 CH 19957

Property Address: 5346 S HERMITAGE ST, CHICAGO, IL 60609

*************************** SALES INFORMATION ***************************

Sale Date: 5/12/2006

Recorded Date: 5/12/2006

Document Number: 0613234082

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-07-420-020

Legal Description: LOT: 19; BLOCK: 3; SUBDIVISION: HEDENBERGS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: NW4SE4SE4 S07T38NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATHLAND TITLE

COOK COUNTY, IL 14147 S SCHOOL ST, RIVERDALE, IL 60827

312 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: SMITH, CURTIS (Trustor); SMITH SR, CURTIS a/k/a; CASE #05 CH 14365

Property Address: 14147 S SCHOOL ST, RIVERDALE, IL 60827

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 5/3/2006

Recorded Date: 5/10/2006

Document Number: 0613045061

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-04-115-046

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 23[22] BLOCK: 7; SUBDIVISION: CROCKER & HARPERS RIVERDALE ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: SE4NW4 S04T36NR14E 3P

Brief Description: NORTH3 FT 11" LOT22

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 1619 W 107TH ST, CHICAGO, IL 60643 ·

311 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary), Trust

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: STEWARD, CALVIN (Trustor); CASE #05 CH 15014

Property Address: 1619 W 107TH ST, CHICAGO, IL 60643

**************************** SALES INFORMATION ****************************

Sale Date: 4/26/2006

Recorded Date: 5/3/2006

Document Number: 0612332098

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-18-405-032

Legal Description: LOT: 6; SUBDIVISION: WILLIAM J WIGHTMANS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: SE4 S18T37NR14E 3P

Brief Description: LOTS1-4 HOPKINSONS SUB LOTS4&8-10 BLK13 BLUE ISLAND LAND & BUILDING COMPANY KNOWN AS WASHINGTON HEIG

************************** MORTGAGE INFORMATION **************************

Title Company: NONE AVAILABLE

COOK COUNTY, IL 13221 S HOUSTON AVE, CHICAGO, IL 60633

307 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD** FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

Buyer Mailing Address: C/O IRA T NEVEL, 175 N FRANKLIN ST, UNIT 201, CHICAGO, IL 60606

Seller: TURES, EDWARD (Trustor); CASE #05 CH 14139

Property Address: 13221 S HOUSTON AVE, CHICAGO, IL 60633

*************************** SALES INFORMATION ****************************

Sale Date: 4/13/2006

Recorded Date: 4/27/2006

Document Number: 0611739041

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 26-31-216-009

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 40[39] BLOCK: 3; SUBDIVISION: HEGEWISCH SUBDIVISION

Brief Description: N2 LOT39 PART SW4 NE4 & W165.88 FT N1152.3 FT SE4 NE4 SEC31 TWP37N RNG15E 3P

*************************** MORTGAGE INFORMATION ****************************

Title Company: NONE AVAILABLE

Page 318

WINNEBAGO COUNTY, IL 721 S 3RD ST, ROCKFORD, IL 61102

306 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: TRAWINSKI (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 793

Property Address: 721 S 3RD ST, ROCKFORD, IL 61102

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 2/23/2006

Recorded Date: 4/21/2006

Document Number: 0623199

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 11-26-178-019

Legal Description: LOT: 4; SUBDIVISION: ELEC OPPENHEIMS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NW4 S26T44NR01E 3P

Brief Description: PART LOT2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

WILL COUNTY, IL 34315 PINEGROVE AVE, WILMINGTON, IL 60481

305 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Seller:** RITTER, SCOTT J (Trustor); RITTER, VENITA M (Trustor)

**Property Address:** 34315 PINEGROVE AVE, WILMINGTON, IL 60481

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/29/2006

**Recorded Date:** 3/31/2006

**Sale Price:** $ 115,547 (Full Amount)

**Document Number:** R2006054777

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 08-24-13-209-054

**Legal Description:** LOT: 1-11&26-28; BLOCK: 3; SUBDIVISION: REST HAVEN BEACH SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NE4 S13T32NR09E 3P; RECORDER'S MAP REFERENCE: MB17 PG68

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

Page 316

WILL COUNTY, IL 20202 S JONQUIL LN, FRANKFORT, IL 60423

304 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Seller:** KELLY, MICHAEL J (Trustor); KELLY, KELLIE C (Trustor); KELLY, MICHAEL JOHN a/k/a; KELLY, KELLIE CHRISTINE a/k/a; KELLY, KELLIE a/k/a; BALERO, KELLIE a/k/a

**Property Address:** 20202 S JONQUIL LN, FRANKFORT, IL 60423

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 3/28/2006

**Recorded Date:** 3/31/2006

**Sale Price:** $ 194,007 (Full Amount)

**Document Number:** R2006054781

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 19-09-13-103-007

**Legal Description:** LOT: 10; BLOCK: 6; SUBDIVISION: FRANKFORT SQUARE UNIT 2; SEC/TWN/RNG/MERIDIAN: NW4 S13T35NR12E 3P

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 1320 EASTVIEW DR, WAUKEGAN, IL ·

303 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client), Trust

Buyer Mailing Address: 505 CITY PARKWAY W, UNIT 100, ORANGE, CA 92868

Seller: CLAY (Company/Corporation); CASE #05 CH 1352

Property Address: 1320 EASTVIEW DR, WAUKEGAN, IL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 4/13/2006

Recorded Date: 4/28/2006

Document Number: 5984802

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 08-16-212-007

Legal Description: LOT: 22; SUBDIVISION: RAVINE GARDENS; SEC/TWN/RNG/MERIDIAN: PART NE4 S16T45NR12E 3P; RECORDER'S MAP REFERENCE: MB N PG48

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 310 W 118TH ST, CHICAGO, IL 60628 ·

302 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK & NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Company/Corporation)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

Seller: MOSLEY (Trustor); AMERIQUEST MORTGAGE

Property Address: 310 W 118TH ST, CHICAGO, IL 60628

**************************** SALES INFORMATION ****************************

Sale Date: 4/11/2006

Recorded Date: 4/20/2006

Document Number: 0611032089

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-21-415-037

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 28[29] BLOCK: 3; SUBDIVISION: GAZZAM GANOS ADDITION TO PULLMAN; SEC/TWN/RNG/MERIDIAN: SW4NW4SE4SE4 S21T37NR14E 3P

Brief Description: LOT28 EXC W6 FT & W12 FT LOT29

**************************** MORTGAGE INFORMATION ****************************

Title Company: NONE AVAILABLE

COOK COUNTY, IL 16425 S TURNER AVE, MARKHAM, IL 60426

301 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC SERIE** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC, 505 CITY PKY, ORANGE, CA 92868

**Seller:** YOUNG (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 18895

**Property Address:** 16425 S TURNER AVE, MARKHAM, IL 60426

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/16/2005

**Recorded Date:** 4/10/2006

**Document Number:** 0610010101

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-23-412-007

**Legal Description:** LOT: 18; BLOCK: 51; SUBDIVISION: H W ELMORES KEDZIE AVENUE RIDGE; SEC/TWN/RNG/MERIDIAN: NE4SE4 S23T36NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE CO

MCHENRY COUNTY, IL 4903 MCCULLOM LAKE RD, MC HENRY, IL 60050

300 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** MCHENRY COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: 505 CITY PKY W, ORANGE, CA 92868

Seller: THOMPSON (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 704

Property Address: 4903 MCCULLOM LAKE RD, MC HENRY, IL 60050

*************************** SALES INFORMATION ***************************

Sale Date: 3/21/2006

Recorded Date: 4/4/2006

Document Number: 2006R0023684

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 09-22-102-017 (Multiple APNs appear on the Conveying Instrument)

Legal Description: LOT: 19[20] BLOCK: 14; SUBDIVISION: MCCULLOM LAKE ESTATES; SEC/TWN/RNG/MERIDIAN: PART NE4 S21T45NR08E 3P; RECORDER'S MAP REFERENCE: MB6 PG90&91

Brief Description: N2 SEC22 TWP45N RNG08E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

LAKE COUNTY, IL 8102 RFD, LONG GROVE, IL 60047

299 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client), Trust

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: MAZZA (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 1115

Property Address: 8102 RFD, LONG GROVE, IL 60047

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 3/23/2006

Recorded Date: 4/11/2006

Document Number: 5975776

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 10-35-307-002

Legal Description: LOT: 111; SUBDIVISION: INDIAN CREEK CLUB UNIT #5; SEC/TWN/RNG/MERIDIAN: PART S2 S35T44NR10E 3P

Brief Description: OUTLOT B INDIAN CREEK UN1A & ALSO PART NW4 SEC02 TWP44N RNG10E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

Page 310

KENDALL COUNTY, IL 20 S BEREMAN RD, MONTGOMERY, IL 60538

298 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR KENDALL COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: CAMACHO, MICHELLE (Trustor); CITIFINANCIAL SERVICES INC (Company/Corporation); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 211

Property Address: 20 S BEREMAN RD, MONTGOMERY, IL 60538

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 2/15/2006

Recorded Date: 2/28/2006

Document Number: 200600005944

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 10-05-430-008

Legal Description: LOT: 54; CITY: OSWEGO; SUBDIVISION: BOULDER HILL UNIT 6

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 2517 221ST ST, SAUK VILLAGE, IL 60411

297 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

Seller: WAISE (Trustor); DEUTSCHE (Beneficiary); CASE #05 CH12343

Property Address: 2517 221ST ST, SAUK VILLAGE, IL 60411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 3/27/2006

Recorded Date: 4/5/2006

Document Number: 0609531150

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 32-25-405-009

Legal Description: LOT: 14; SUBDIVISION: INDIAN HILLS SUBDIVISION UNIT #1; SEC/TWN/RNG/MERIDIAN: S25T35NR14E 3P; RECORDER'S MAP REFERENCE: MB493 PG49

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 1301 W 73RD PL, CHICAGO, IL 60636 ·

296 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** POUNCIL, DEIDRE (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #05 CH 8754

**Property Address:** 1301 W 73RD PL, CHICAGO, IL 60636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/5/2006

**Recorded Date:** 4/5/2006

**Document Number:** 0609531135

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-29-128-013

**Legal Description:** LOT: 1; SUBDIVISION: WILLIAM B BLOSS & COMPANYS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2 S29T38NR13E 3P

Brief Description: RESUBDIVISION LOTS31-34 BLK9 JONES SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 651 HIRSCH AVE, CALUMET CITY, IL 60409

295 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 1W, ORANGE, CA 92868

Seller: TITUS, MARY E (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); TITUS, MARY a/k/a; CASE #05 CH 1218

Property Address: 651 HIRSCH AVE, CALUMET CITY, IL 60409

*************************** SALES INFORMATION ***************************

Sale Date: 9/22/2005

Recorded Date: 4/5/2006

Document Number: 0609544068

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 30-08-324-007

Legal Description: LOT: 39[40] BLOCK: 6; SUBDIVISION: BURNHAMS WEST HAMMOND SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4SW4S2SE4SW4 S08T36NR15E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

WINNEBAGO COUNTY, IL 1911 PIERCE AVE, ROCKFORD, IL 61103

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O WALTER R HONGSERMEIER, 1911 PIERCE AVE, ROCKFORD, IL 61103

**Seller:** BEASLEY, JAMES A (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 460

**Property Address:** 1911 PIERCE AVE, ROCKFORD, IL 61103

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/23/2005

**Recorded Date:** 3/7/2006

**Document Number:** 0613046

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-11-129-029

**Legal Description:** LOT: 32; BLOCK: 7; SUBDIVISION: HUFFMAN BOULEVARD SUBDIVISION; SEC/TWN/RNG/MERIDIAN: N2NW4 S11T44NR01E 3P; RECORDER'S MAP REFERENCE: MB19 PG122

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

MCHENRY COUNTY, IL 319 CROYDEN ST, SPRING GROVE, IL 60081

293 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, GRANGE, CA 90868

Seller: LADA (Trustor); CASE #05 CH 494

Property Address: 319 CROYDEN ST, SPRING GROVE, IL 60081

*************************** SALES INFORMATION ***************************

Sale Date: 3/17/2006

Recorded Date: 3/30/2006

Document Number: 2006R0022366

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 10-05-277-004

Legal Description:  LOT: 7; SUBDIVISION: O W HOWELLS THIRD ADDITION TO DU BELL PARK; SEC/TWN/RNG/MERIDIAN: PART S05T45NR09E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

LAKE COUNTY, IL 2140 PROSPECT AVE, NORTH CHICAGO, IL 60064

292 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD** FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** WYNN (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 236

**Property Address:** 2140 PROSPECT AVE, NORTH CHICAGO, IL 60064

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/28/2006

**Recorded Date:** 4/6/2006

**Document Number:** 5974103

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 12-05-111-028

**Legal Description:** LOT: 7-10; BLOCK: 130; SUBDIVISION: SOUTH WAUKEGAN; RECORDER'S MAP REFERENCE: MB C PG56&57

Brief Description: SW4 NW4 & PART NW4 SW4 SEC05 TWP44N RNG12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 15855 WABASH, SOUTH HOLLAND, IL 60473

291 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Seller: JONES (Trustor); CASE #05 CH 11607

Property Address: 15855 WABASH, SOUTH HOLLAND, IL 60473

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 3/9/2006

Recorded Date: 3/22/2006

Document Number: 0608118097

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-15-300-035

Legal Description: LOT: 15; SUBDIVISION: SHERWOOD FOREST; SEC/TWN/RNG/MERIDIAN: PART SW4 S15T36NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 12223 S MAY, CHICAGO, IL 60643

290 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES, 505 CITY PARKWAY LN, ORANGE, CA 92868

Seller: JACKSON, REGINALD (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 20571

Property Address: 12223 S MAY, CHICAGO, IL 60643

**************************** SALES INFORMATION ****************************

Sale Date: 8/12/2005

Recorded Date: 3/21/2006

Document Number: 0608018149

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-29-212-055

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 39[40] BLOCK: 10; SUBDIVISION: FIRST ADDITION TO WEST PULLMAN; SEC/TWN/RNG/MERIDIAN: NE4 S29T37NR14E 3P

Brief Description: LOT39 EXC S5 FT THEREOF & S15 FT LOT40 RESUB BLKS9-16 EXC E141 FT BLK9&16

**************************** MORTGAGE INFORMATION ****************************

Title Company: WHEATLAND TITLE

LAKE COUNTY, IL 815 LENOX AVE, WAUKEGAN, IL 60085

289 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC** (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** FIGUEROA, EDUARDO M (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); FIGUEROA, EDUARDO a/k/a; CASE #04 CH 1920

**Property Address:** 815 LENOX AVE, WAUKEGAN, IL 60085

*************************** SALES INFORMATION ***************************

**Sale Date:** 8/23/2005

**Recorded Date:** 3/15/2006

**Document Number:** 5961442

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 08-28-416-005 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 52[53] SUBDIVISION: WADSWORTH SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SE4 S28T45NR12E 3P; RECORDER'S MAP REFERENCE: MB H PG7

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE