LAKE COUNTY, IL 1519 NORTH AVE, ROUND LAKE BEACH, IL 60073

288 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client), Trust

Buyer Mailing Address: C/O AMERIQUEST MTG LOAN, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: JOHNS (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 1388

Property Address: 1519 NORTH AVE, ROUND LAKE BEACH, IL 60073

*************************** SALES INFORMATION ****************************

Sale Date: 3/13/2006

Recorded Date: 3/15/2006

Document Number: 5961957

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 06-16-406-013

Legal Description: LOT: 22; BLOCK: 321; SUBDIVISION: ROUND LAKE BEACH RIDGEWOOD ADDITION UNIT #2; SEC/TWN/RNG/MERIDIAN: S16T45NR10E 3P; RECORDER'S MAP REFERENCE: MB1041 PG467

Brief Description: PART LOTS11&13 SCHOOL TRUSTEES SUB

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

WINNEBAGO COUNTY, IL 7911 ELM AVE, MACHESNEY PARK, IL 61115

287 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC** (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: BLOYER (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 446

Property Address: 7911 ELM AVE, MACHESNEY PARK, IL 61115

*************************** SALES INFORMATION ****************************

Sale Date: 12/15/2005

Recorded Date: 2/13/2006

Document Number: 0608202

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 08-31-202-016

Legal Description: LOT: 7; SUBDIVISION: C W PATTERSON SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NE4 S31T45NR02E 3P

Brief Description: LOTS8&9 ROCKFORD SUBURBAN FARMS SUB

************************** MORTGAGE INFORMATION **************************

Title Company: NONE AVAILABLE

WILL COUNTY, IL 2587 TAHOE CT, AURORA, IL 60504

286 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: ZAVAT, LISA M (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 1891

Seller Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Property Address: 2587 TAHOE CT, AURORA, IL 60504

**************************** SALES INFORMATION ****************************

Sale Date: 2/23/2006

Recorded Date: 3/1/2006

Document Number: R2006036603

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 07-01-07-212-010

Legal Description: LOT: 424; SUBDIVISION: LAKEWOOD VALLEY UNIT 3; SEC/TWN/RNG/MERIDIAN: PART NE4 S07T37NR09E 3P

**************************** MORTGAGE INFORMATION ****************************

Title Company: NONE AVAILABLE

DUPAGE COUNTY, IL 644 N CRAIG, ADDISON, IL 60101 ·

283 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** THIEBEN, HARRY W (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 0491

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 644 N CRAIG, ADDISON, IL 60101

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 1/6/2006

**Recorded Date:** 3/6/2006

**Document Number:** R2006-039744

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 03-20-415-005

**Legal Description:** LOT: 101; SUBDIVISION: BOESKE KLOCK ADDITION TO ADDISON UNIT #2; SEC/TWN/RNG/MERIDIAN: PART S20&21T40NR11E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

Page 294

COOK COUNTY, IL 2737 S OXFORD DR, MARKHAM, IL 60426

282 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMC MTG, 505 CITY PKY, ORANGE, CA 92868

Seller: WARD, KIMBERLEE C (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 9170

Property Address: 2737 S OXFORD DR, MARKHAM, IL 60426

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 4/15/2005

Recorded Date: 3/8/2006

Document Number: 0606744097

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 28-24-422-005

Legal Description: LOT: 96; BLOCK: 1; SUBDIVISION: CANTERBURY GARDENS UNIT #3; SEC/TWN/RNG/MERIDIAN: W2E2 & PART NW4 S24T36NR13E 3P

Brief Description: PART CANTERBURY GARDENS UN #2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE CO

MCHENRY COUNTY, IL 57 HOLLY LN, CRYSTAL LAKE, IL 60014

281 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: AHLSTROM (Trustor); DEUTSCHE BANK NATIONAL TRUST (Beneficiary); CASE #05 CH 415

Property Address: 57 HOLLY LN, CRYSTAL LAKE, IL 60014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 3/2/2006

Recorded Date: 3/6/2006

Document Number: 2006R0015360

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 18-01-127-007

Legal Description: LOT: 20; BLOCK: 20; SUBDIVISION: R A CEPEKS CRYSTAL VISTA; SEC/TWN/RNG/MERIDIAN: PART S01T43NR07E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: COMPREHENSIVE TITLE DRIVE

COOK COUNTY, IL 570 FORSYTHE, CALUMET CITY, IL 60409

280 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

Seller: URQUHART (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 1262

Property Address: 570 FORSYTHE, CALUMET CITY, IL 60409

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 11/2/2005

Recorded Date: 2/15/2006

Document Number: 0604627111

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 30-08-406-026

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 20[21] BLOCK: 11; SUBDIVISION: EDWARD G UIHLEINS SUBDIVISION

Brief Description: S2 LOT20 BLK11 & S3/4 BLK12 SNYDACKER & AMBS ILLINOIS ADD HAMMOND PART N2 SE4 & PART NE4 SEC08 TWP36

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

WILL COUNTY, IL 622 CENTRAL AVE, JOLIET, IL 60436 ·

279 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Seller: SCHNEIDER, WILLIAM S (Trustor)

Property Address: 622 CENTRAL AVE, JOLIET, IL 60436

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 1/19/2006

Recorded Date: 2/2/2006

Sale Price: $ 103,628 (Full Amount)

Document Number: R2006021455

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 07-17-322-002

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 139[140] SUBDIVISION: MONT CLAIRE; SEC/TWN/RNG/MERIDIAN: PART S17&26T35NR10E 3P

Brief Description: LOTS139&140 EXC N81 FT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

LAKE COUNTY, IL 1746 ELIZABETH AVE, NORTH CHICAGO, IL 60064

278 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Company/Corporation); AMERIQUEST MORTGAGE
SECURITIES INC ASSET (Company/Corporation)

Buyer Mailing Address: 505 CITY PKY, UNIT 100, ORANGE, CA 92868

Seller: ECHEVARRIA (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 603

Property Address: 1746 ELIZABETH AVE, NORTH CHICAGO, IL 60064

*************************** SALES INFORMATION ****************************

Sale Date: 8/23/2005

Recorded Date: 2/21/2006

Document Number: 5950089

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 08-32-427-039

Legal Description: LOT: 22-24; BLOCK: 38; SUBDIVISION: WASHBURN PARK; SEC/TWN/RNG/MERIDIAN:
PART SE4 S32T45NR12E 3P; RECORDER'S MAP REFERENCE: MB B PG55&56

*************************** MORTGAGE INFORMATION ****************************

Title Company: WHEATLAND TITLE

LAKE COUNTY, IL 135 DARTMOOR DR, ROUND LAKE, IL 60073

274 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** ATWOOD (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 1798

**Property Address:** 135 DARTMOOR DR, ROUND LAKE, IL 60073

*************************** SALES INFORMATION ***************************

**Sale Date:** 1/25/2006

**Recorded Date:** 2/2/2006

**Document Number:** 5940375

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 06-29-228-001

**Legal Description:** LOT: 99; SUBDIVISION: THE WILLOWS AT GREENWOOD UNIT 1; SEC/TWN/RNG/MERIDIAN: PART E2NE4 S29T45NR10E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

MCHENRY COUNTY, IL 512 S EMERALD DR, MCHENRY, IL 60051

273 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** MCHENRY COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES INC, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: TARENSKI, KIMBERLY A (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); TARENSKI, KIMBERLY H a/k/a; HARMANEK, KIMBERLY A a/k/a; TARENSKI, A a/k/a; CASE #04 CH 919

Property Address: 512 S EMERALD DR, MCHENRY, IL 60051

**************************** SALES INFORMATION ****************************

Sale Date: 10/18/2005

Recorded Date: 1/26/2006

Document Number: 2006R0006026

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 14-01-176-006

Legal Description: LOT: 5; SUBDIVISION: SUTTONS ANNEX TO EMERALD PARK; SEC/TWN/RNG/MERIDIAN: NW4 S01T44NR08E 3P; RECORDER'S MAP REFERENCE: MB5 PG89

Brief Description: PART LOT1

************************** MORTGAGE INFORMATION **************************

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 2349 E 70TH PL, CHICAGO, IL 60649

272 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O ARC MORTGAGE SERVICES INC, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: MCCLURE, CARTER B (Trustor); ARGENT MORTGAGE CO (Beneficiary); MCCLURE, CARTER a/k/a; CASE #05 CH 2236

Property Address: 2349 E 70TH PL, CHICAGO, IL 60649

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 1/31/2006

Recorded Date: 2/1/2006

Document Number: 0603234095

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-24-430-011-1025 (Multiple APNs appear on the Conveying Instrument)

Legal Description: UNIT: 446; SUBDIVISION: SOUTH SHORE DIVISION #5; SEC/TWN/RNG/MERIDIAN: E2SE4 S24T38NR14E 3P

Brief Description: LAKESHORE POINTS CONDOS RESUB BLK4 & RESUB BLK5 RESUB BLKS10&11 & PART BLK12

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE CO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

LAKE COUNTY, IL 355 FARMINGDALE, VERNON HILLS, IL 60061

270 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 39 MILL ST, MONTGOMERY, IL 60538

**Seller:** LYONS, BYRON (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 134

**Property Address:** 355 FARMINGDALE, VERNON HILLS, IL 60061

*************************** SALES INFORMATION ***************************

**Sale Date:** 12/21/2005

**Recorded Date:** 1/31/2006

**Document Number:** 5939034

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-05-303-018

**Legal Description:** UNIT: 3002; SUBDIVISION: PLYMOUTH FARMS PHASE 1A

**Brief Description:** PLYMOUTH FARMS PHASE 1 CONDO EXC OUTLOT1 THEREOF & PLYMOUTH FARMS PHASE 1B EXC OUTLOTS1&2 THEREOF

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 22163 BROOKWOOD DR, SAUK VILLAGE, IL 60411

269 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: BETTRESS, LONNIE G (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 5173

Property Address: 22163 BROOKWOOD DR, SAUK VILLAGE, IL 60411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 1/16/2006

Recorded Date: 1/19/2006

Document Number: 0601910060

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 33-30-304-011

Legal Description: LOT: 11; SUBDIVISION: INDIAN HILL SUBDIVISION UNIT #8; SEC/TWN/RNG/MERIDIAN: PART S2SW4 S30T35NR15E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 2115 E 216TH ST, SAUK VILLAGE, IL 60411

268 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client), Trust

Seller: MEEKER (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 7765

Property Address: 2115 E 216TH ST, SAUK VILLAGE, IL 60411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 1/11/2006

Recorded Date: 1/24/2006

Document Number: 0602418058

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 32-25-204-013

Legal Description: LOT: 13; BLOCK: 11; SUBDIVISION: SOUTHDALE SUBDIVISION UNIT #1; SEC/TWN/RNG/MERIDIAN: PART S25T35NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 621 S PLYMOUTH CT, UNIT 208, CHICAGO, IL 60605

267 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC SERIE** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PARKWAY W, UNIT 100, ORANGE, CA 92868

**Seller:** HAYES, LARRY D (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #03 CH 18511

**Property Address:** 621 S PLYMOUTH CT, UNIT 208, CHICAGO, IL 60605

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/2/2005

**Recorded Date:** 1/26/2006

**Document Number:** 0602641093

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 17-16-408-035-1008

**Legal Description:** LOT: 21-25; UNIT: 208; SUBDIVISION: BRANDS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S16T39NR14E 3P

Brief Description: MOSER BLDG CONDO BLK136 SCHOOL SEC ADD CHICAGO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM

Page 278

COOK COUNTY, IL 6212 S ELIZABETH ST, CHICAGO, IL 60636

266 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUS CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client), Trust

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: CHOE, TAE HYEON (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CHOE, TAEHYEON a/k/a; CASE #05 CH 4821

Property Address: 6212 S ELIZABETH ST, CHICAGO, IL 60636

*************************** SALES INFORMATION ***************************

Sale Date: 1/23/2006

Recorded Date: 1/25/2006

Document Number: 0602527039

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-17-331-002

Legal Description: LOT: 48; SUBDIVISION: R H DOCKHILLS SUBDIVISION

Brief Description: N2 S 14.3322 CHAINS E 10.466 CHAINS E2 SW4 SEC17 TWP38N RNG14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

COOK COUNTY, IL 15817 HOYNE AVE, HARVEY, IL 60426·

265 of 875 DOCUMENTS

### *** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

### PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

Seller: DEAN, CHERYL D (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); SIMMONS, CHERYL a/k/a; CASE #04 CH 18494

Property Address: 15817 HOYNE AVE, HARVEY, IL 60426

*************************** SALES INFORMATION ***************************

Sale Date: 10/31/2005

Recorded Date: 1/24/2006

Document Number: 0602434064

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-18-329-022

Legal Description: LOT: 11; BLOCK: 2; SUBDIVISION: COHENS JO LEE MANOR SUBDIVISION

Brief Description: S2 PART N2 S2 SW4 & PART S2 S2 SW4 SEC18 TWP36N RNG14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

LAKE COUNTY, IL 1305 JACKSON ST, NORTH CHICAGO, IL 60064

264 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: ANDERSON (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 1006

Seller Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Property Address: 1305 JACKSON ST, NORTH CHICAGO, IL 60064

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 5/18/2005

Recorded Date: 1/19/2006

Document Number: 5933504

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 08-33-123-003

Legal Description: LOT: 36; BLOCK: 14; SUBDIVISION: DREYERS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NW4 S33T45NR12E 3P; RECORDER'S MAP REFERENCE: MB C PG26&27

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

KANE COUNTY, IL 907 LIBERTY ST, AURORA, IL 60505 ·

263 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** BENNETT, CHARLES E (Trustor); ARGENT MORTGAGE CO (Beneficiary); CASE #05 CH K 54

**Property Address:** 907 LIBERTY ST, AURORA, IL 60505

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/16/2005

**Recorded Date:** 1/4/2006

**Document Number:** 2006K000904

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-23-326-022

**Legal Description:** PARTIAL LOT; LOT: 16; CITY: AURORA; SUBDIVISION: WOODRUFFS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART W2 S23T38NR08E 3P

**Brief Description:** EASTERLY38.90 FT W118.90 FT N105 FT LOT16

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 5704 S CAMPBELL AVE, CHICAGO, IL 60629

262 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE, 505 CITY PKY, ORANGE, CA 92868

Seller: MCBRIDE, RHONDA (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 19758

Seller Mailing Address: 505 CITY PKY, ORANGE, CA 92868

Property Address: 5704 S CAMPBELL AVE, CHICAGO, IL 60629

*************************** SALES INFORMATION ***************************

Sale Date: 7/22/2005

Recorded Date: 1/18/2006

Document Number: 0601818013

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 19-13-217-021

Legal Description: LOT: 2; BLOCK: 3; SUBDIVISION: COBE & MCKINNONS 59TH STREET & WESTERN AVENUE SUB; SEC/TWN/RNG/MERIDIAN: SE4NE4NE4SE4 S13T38NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE CO

COOK COUNTY, IL 10906 S HERMOSA, CHICAGO, IL 60643

261 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Minor/Ward/Client)

Seller: MONTGOMERY, ROBERT M (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); MONTGOMERY, ROBERT a/k/a; CASE #04 CH 20919

Property Address: 10906 S HERMOSA, CHICAGO, IL 60643

*************************** SALES INFORMATION ***************************

Sale Date: 11/10/2005

Recorded Date: 1/18/2006

Document Number: 0601818012

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-18-411-016

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 3[4] BLOCK: 36; SUBDIVISION: WASHINGTON HEIGHTS; SEC/TWN/RNG/MERIDIAN: S18&19T37NR14E 3P

Brief Description: N2 LOT4 RESUB LOTS1&2 BLK13 ALL BLK14 LOTS7-63 BLK20 LOTS1-3 BLK21 & ALL BLKS24 25 28&29 W2 NW4 SEC2

************************* MORTGAGE INFORMATION *************************

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 79 E 151ST ST, HARVEY, IL 60426

260 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: DOTSON, NEELY (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 17680

Property Address: 79 E 151ST ST, HARVEY, IL 60426

**************************** SALES INFORMATION ****************************

Sale Date: 9/27/2005

Recorded Date: 1/6/2006

Document Number: 0600618013

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-08-320-042

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 35[36] BLOCK: 39; SUBDIVISION: JACKSONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S17T36NR14E 3P

Brief Description: E2 LOT35 BLKS36 37&39 SOUTH LAWN S2 SEC08 TWP36N RNG14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

LAKE COUNTY, IL 8 RED HAW, LAKE ZURICH, IL 60047 ·

258 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation)

Buyer Mailing Address: 505 CITY PKY W, UNIT 50, ORANGE, CA 92168

Seller: GUTIERREZ, GUILLERMO (Trustor); AMERIQUEST MORTGAGE CO LLC (Beneficiary); CASE #05 CH 115

Property Address: 8 RED HAW, LAKE ZURICH, IL 60047

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 10/25/2005

Recorded Date: 1/9/2006

Document Number: 5927005

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 14-21-108-001

Legal Description: LOT: 1; BLOCK: 6; SUBDIVISION: OLD MILL GROVE UNIT 2; SEC/TWN/RNG/MERIDIAN: N2 S21T43NR10E 3P; RECORDER'S MAP REFERENCE: MB46 PG62

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

LAKE COUNTY, IL 1313 HICKORY AVE, ROUND LAKE BEACH, IL 60073

257 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: ZAVALA (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 413

Property Address: 1313 HICKORY AVE, ROUND LAKE BEACH, IL 60073

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 12/22/2005

Recorded Date: 1/9/2006

Document Number: 5927061

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 06-16-324-025

Legal Description: LOT: 32; BLOCK: 275; SUBDIVISION: ROUND LAKE BEACH SHOREWOOD GOLF COURSE ADDITION; SEC/TWN/RNG/MERIDIAN: PART SW4 S16T45NR10E 3P

DUPAGE COUNTY, IL 5 N 733RD SANTA FE TRL, BLOOMINGDALE, IL 60108

256 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** DUPAGE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: CARUSO, GAIL M (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 1296

Seller Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Property Address: 5 N 733RD SANTA FE TRL, BLOOMINGDALE, IL 60108

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 12/27/2005

Recorded Date: 1/3/2006

Document Number: R2006-000432

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 02-17-206-031

Legal Description: LOT: 19[33] SUBDIVISION: BRANIGARS CONESTOGA LAKE ESTATES

Brief Description: WEST50 AC E2 NE4 SEC17 TWP40N RNG10E 3P

COOK COUNTY, IL 10820 S PROSPECT, CHICAGO, IL 60643·

255 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

Seller: WILLIAMS, DARRYL (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 12005

Property Address: 10820 S PROSPECT, CHICAGO, IL 60643

*************************** SALES INFORMATION ***************************

Sale Date: 11/10/2005

Recorded Date: 12/27/2005

Document Number: 0536119053

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-18-405-023

Legal Description: LOT: 5; SUBDIVISION: HOPKINS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: E2SE4 S18T37NR14E 3P

Brief Description: LOTS11-14 RESUB LOTS4&8-10 BLK13 TOGETHER W/ LOTS11-15

LAKE COUNTY, IL 11 LINDEN AVE, FOX LAKE, IL 60020 -

254 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MTG COM, 505 CITY PKY W, ORANGE, CA 92808

**Seller:** CHURCH (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 607

**Property Address:** 11 LINDEN AVE, FOX LAKE, IL 60020

**************************** SALES INFORMATION ****************************

**Sale Date:** 12/14/2005

**Recorded Date:** 12/28/2005

**Document Number:** 5921161

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 05-10-211-005

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 92[91] SUBDIVISION: BROPHY FARM SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART S10T45NR09E 3P; RECORDER'S MAP REFERENCE: MB I PG77-79

**Brief Description:** S2 LOT92 J L SHAWS 3RD SUB FOX LAKE

Page 265

WINNEBAGO COUNTY, IL 3222 NEW ENGLAND DR, ROCKFORD, IL 61109

253 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: BREWINGTON II, ALFRED (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 737

Property Address: 3222 NEW ENGLAND DR, ROCKFORD, IL 61109

**************************** SALES INFORMATION ****************************

Sale Date: 11/29/2005

Recorded Date: 12/8/2005

Document Number: 0573940

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 16-05-331-014

Legal Description: LOT: 65; SUBDIVISION: PLAT #2 OF SCHAIDERS COLONIAL CREST; SEC/TWN/RNG/MERIDIAN: PART E2SW4 S05T43NR02E 3P; RECORDER'S MAP REFERENCE: MB35 PG325

COOK COUNTY, IL 16807 ANTHONY AVE, HAZEL CREST, IL 60429

251 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

Seller: JACKSON (Trustor); TOWN & COUNTRY CREDIT (Beneficiary); CASE #05 CH 6952

Property Address: 16807 ANTHONY AVE, HAZEL CREST, IL 60429

**************************** SALES INFORMATION ****************************

Sale Date: 12/7/2005

Recorded Date: 12/12/2005

Document Number: 0534626203

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-30-110-002

Legal Description: LOT: 2; BLOCK: 11; SUBDIVISION: HAZEL CREST PARK; SEC/TWN/RNG/MERIDIAN: N2NW4 S30T30NR14E 3P

WINNEBAGO COUNTY, IL 13783 COUNTRY MEADOW DR, WINNEBAGO, IL 61088

230 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC** (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** LANDIN, CHAD N (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); LANDIN, CHAN a/k/a; CASE #04 CH 1062

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 13783 COUNTRY MEADOW DR, WINNEBAGO, IL 61088

*************************** SALES INFORMATION ***************************

**Sale Date:** 8/12/2005

**Recorded Date:** 8/19/2005

**Document Number:** 0548904

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 09-25-128-003

**Legal Description:** LOT: 139; SUBDIVISION: PLAT #1 OF WESTLAKE VILLAGE; SEC/TWN/RNG/MERIDIAN: S25&36T02NR10E 4P; RECORDER'S MAP REFERENCE: MB41 PG2A

**Brief Description:** PART SEC31 TWP27N RNG11E 4P

WINNEBAGO COUNTY, IL 2017 VAN WIE AVE, ROCKFORD, IL 61103

250 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE
SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA
92868

Seller: GRIFFIN, JOHN D (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 850

Seller Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Property Address: 2017 VAN WIE AVE, ROCKFORD, IL 61103

**************************** SALES INFORMATION ****************************

Sale Date: 10/12/2005

Recorded Date: 11/22/2005

Document Number: 0571072

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 11-11-378-009

Legal Description: LOT: 19; BLOCK: 3; SUBDIVISION: DRIVING PARK SUBDIVISION;
SEC/TWN/RNG/MERIDIAN: PART SW4 S11T44NR01E 3P; RECORDER'S MAP REFERENCE: MB19 PG120