WINNEBAGO COUNTY, IL 806 19TH ST, ROCKFORD, IL 61104

249 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PARKWAY W, UNIT 100, ORANGE, CA 92868

**Seller:** BARKER, AUDREY (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); BARKER, AUDREY A a/k/a; CASE #05 CH 248

**Property Address:** 806 19TH ST, ROCKFORD, IL 61104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 11/21/2005

**Recorded Date:** 12/2/2005

**Document Number:** 0572806

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-25-427-002

**Legal Description:** LOT: 15; BLOCK: 5; SUBDIVISION: GEORGE E SCOTTS AVONDALE ADDITION; RECORDER'S MAP REFERENCE: MB13 PG44

COOK COUNTY, IL 141 W 158TH PL, HARVEY, IL 60426

246 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Minor/Ward/Client)

Buyer Mailing Address: C/O AMC MORTGAGE, 505 CITY PKY W, ORANGE, CA 92868

Seller: BELL, DON (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 84

Seller Mailing Address: 505 CITY PKY, ORANGE, CA 92868

Property Address: 141 W 158TH PL, HARVEY, IL 60426

***************************** SALES INFORMATION *****************************

Sale Date: 12/7/2005

Recorded Date: 12/8/2005

Document Number: 0534210122

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-18-424-020

Legal Description: PARTIAL LOT; LOT: 5; BLOCK: 7; SUBDIVISION: ROBERTSON & YOUNGS FIRST ADDITION TO HARVEY; SEC/TWN/RNG/MERIDIAN: W2NW4SW4SE4 S18T36NR14E 3P

Brief Description: W2 LOT5

**************************** MORTGAGE INFORMATION ****************************

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 11412 S CALUMET AVE, CHICAGO, IL 60628

245 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK TRUST SERVICES (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

Seller: EWING (Trustor); DEUTSCEH BANK (Beneficiary); CASE #05 CH 3168

Property Address: 11412 S CALUMET AVE, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 11/28/2005

Recorded Date: 12/8/2005

Document Number: 0534219029

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-22-116-053

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 6[7] BLOCK: 3; SUBDIVISION: WILLIAM C WOODS SIXTH PARK ADDITION; SEC/TWN/RNG/MERIDIAN: S22T37NR14E 3P

Brief Description: LOT6 EXC N7 FT THEREOF & N11 FT LOT7 E191 FT W332.31 FT BLK3 EXC S165 FT THEREOF PULLMAN PARK ADD PU

COOK COUNTY, IL 675 S WAYNE PL, WHEELING, IL 60090.

244 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: MALICKI, PAUL E (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 15983

Property Address: 675 S WAYNE PL, WHEELING, IL 60090

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 11/30/2005

Recorded Date: 12/5/2005

Document Number: 0533918086

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 03-10-214-016

Legal Description: LOT: 4; BLOCK: 9; SUBDIVISION: DUNHURST SUBDIVISION UNIT 2; SEC/TWN/RNG/MERIDIAN: PART NE4 S10T42NR11E 3P

COOK COUNTY, IL 2025 GROVE ST, BLUE ISLAND, IL 60406

243 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: VALADEZ, ALVARO (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 20922

Property Address: 2025 GROVE ST, BLUE ISLAND, IL 60406

*************************** SALES INFORMATION ***************************

Sale Date: 8/12/2005

Recorded Date: 12/6/2005

Document Number: 0534018072

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-31-315-002

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 13[14] SUBDIVISION: THE ORIGINAL TOWN OF BLUE ISLAND; SEC/TWN/RNG/MERIDIAN: E2SW4 S31T37NR14E 3P; RECORDER'S MAP REFERENCE: MB68 PG49

Brief Description: LOT13 EXC E10 FT THEREOF & LOT14 EXC W5 FT THEREOF RESUB BLK25 FORMERLY PORTLAND

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 3737 BLACKSTONE AVE, DIXMOOR, IL 60426

242 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Buyer Mailing Address: 505 CITY PKY, UNIT 100, ORANGE, CA 92868

Seller: KING, TREVOR D (Trustor); CASE #05 CH 2517; KING, TREVOR a/k/a

Property Address: 3737 BLACKSTONE AVE, DIXMOOR, IL 60426

***************************** SALES INFORMATION *****************************

Sale Date: 10/18/2005

Recorded Date: 11/23/2005

Document Number: 0532732023

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 28-23-119-004

Legal Description: LOT: 6; BLOCK: 8; SUBDIVISION: ARTHUR T MCINTOSH & COMPANYS SOUTHTOWN MANOR UN #2; SEC/TWN/RNG/MERIDIAN: NW4 S23T36NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 6545 S CLAREMONT AVE, CHICAGO, IL 60636

241 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary), Trust

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES INC, 505 CITY PKY W, UNIT 1C, ORANGE, CA 92868

Seller: MARSH, DOROTHY (Trustor); CASE #05 CH 1477

Property Address: 6545 S CLAREMONT AVE, CHICAGO, IL 60636

**************************** SALES INFORMATION ****************************

Sale Date: 10/13/2005

Recorded Date: 11/17/2005

Document Number: 0532132001

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-19-116-018

Legal Description: LOT: 30; BLOCK: 47; SUBDIVISION: SOUTH LYNNE; SEC/TWN/RNG/MERIDIAN: N2 S19T38NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

WILL COUNTY, IL 521 SPRINGWOOD DR, JOLIET, IL 60431-

240 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** SMITH, RAYNA R (Trustor); SMITH, MICHAEL J (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 2076

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 521 SPRINGWOOD DR, JOLIET, IL 60431

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/22/2005

**Recorded Date:** 10/18/2005

**Document Number:** R2005182122

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 05-06-14-301-015

**Legal Description:** LOT: B8; SUBDIVISION: SPRINGWOOD RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SW4 S14T35NR09E 3P

**Brief Description:** RESUBDIVISION LOTS3&4 SPRINGWOOD

WILL COUNTY, IL 818 W BONNIE LN, PEOTONE, IL 60468 -

239 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, ORANGE, CA 92868

**Seller:** WICHTENDAHL, BRUCE H (Trustor); WICHTENDAHL, CHRISTINA D (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 1631

**Property Address:** 818 W BONNIE LN, PEOTONE, IL 60468

***************************** SALES INFORMATION *****************************

**Sale Date:** 10/7/2005

**Recorded Date:** 10/28/2005

**Sale Price:** $ 189,499 (Full Amount)

**Document Number:** R2005189341

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 17-20-23-407-011

**Legal Description:** LOT: 2; SUBDIVISION: THE MEADOWS; SEC/TWN/RNG/MERIDIAN: PART S2SE4 S23T33NR12E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

DUPAGE COUNTY, IL 6N284 MEDINAH RD, MEDINAH, IL 60157

238 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** ZASTAWNIK, OREST (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #04-CH-1642

**Property Address:** 6N284 MEDINAH RD, MEDINAH, IL 60157

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/20/2005

**Recorded Date:** 11/7/2005

**Document Number:** R2005-248135

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 02-11-407-020

**Legal Description:** LOT: 35; SUBDIVISION: BRANIGARS MEDINAH SPRING VALLEY UNIT #1; SEC/TWN/RNG/MERIDIAN: PART SE4 S11T40NR10E 3P

COOK COUNTY, IL 5348 W 87TH ST, BURBANK, IL 60459 ·

237 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Seller: RIVERA (Trustor); ARGENT MORTGAGE (Beneficiary); CASE #05 CH6950

Property Address: 5348 W 87TH ST, BURBANK, IL 60459

**************************** SALES INFORMATION ****************************

Sale Date: 10/31/2005

Recorded Date: 11/7/2005

Document Number: 0531139043

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 19-33-303-047

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 3[4] SUBDIVISION: 87TH & LONG AVENUE ADDITION; SEC/TWN/RNG/MERIDIAN: W2SW4SE4SW4 S33T38NR13E 3P

Brief Description: EAST7 1/2 FT LOT3 & LOT4 EXC E2 1/2 FT THEREOF

COOK COUNTY, IL 838 MCINTOSH CT, UNIT 107, PROSPECT HEIGHTS, IL 60070

236 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** GONZALEZ, MAXIMILIANO (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 18545

**Property Address:** 838 MCINTOSH CT, UNIT 107, PROSPECT HEIGHTS, IL 60070

***************************** SALES INFORMATION *****************************

**Sale Date:** 11/4/2005

**Recorded Date:** 11/8/2005

**Document Number:** 0531203034

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 03-24-202-054-1321

**Legal Description:** UNIT: 15-107; SUBDIVISION: RIVER TRAILS CONDOMINIUM; SEC/TWN/RNG/MERIDIAN: NE4 S24T42NR11E 3P

***************************** PROPERTY DESCRIPTION *****************************

**Land Use:** CONDOMINIUM

LAKE COUNTY, IL 12110 W WADSWORTH RD, BEACH PARK, IL-60087

235 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: PARHAM (Trustor); TOWN & COUNTRY (Beneficiary); CASE #04 CH 981

Property Address: 12110 W WADSWORTH RD, BEACH PARK, IL 60087

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/31/2005

Recorded Date: 11/2/2005

Document Number: 5889097

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 04-30-431-002

Legal Description:  PARTIAL LOT; LOT: 2; BLOCK: 35; SUBDIVISION: FREDERICK H BARTLETTS NORTH SHORE HILLS; SEC/TWN/RNG/MERIDIAN: PART S2 S30T46NR12E 3P; RECORDER'S MAP REFERENCE: MB S PG85

Brief Description: LOT2 EXC N300 FT THEREOF

KANE COUNTY, IL 526 MARGUERITE ST, ELGIN, IL 60123.

234 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES INC, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** BONTA, KIRSTEN A (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary)

**Property Address:** 526 MARGUERITE ST, ELGIN, IL 60123

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/29/2005

**Recorded Date:** 10/26/2005

**Document Number:** 2005K129636

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 06-23-154-011

**Legal Description:** LOT: 7; BLOCK: 1; CITY: ELGIN; SUBDIVISION: STRACHANS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NW4 S23T41NR08E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 6301 N SHERIDAN RD, UNIT 6-C, CHICAGO, IL 60660

233 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

Seller: TAVEERASERT (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 16067

Property Address: 6301 N SHERIDAN RD, UNIT 6-C, CHICAGO, IL 60660

*************************** SALES INFORMATION ***************************

Sale Date: 10/13/2005

Recorded Date: 11/2/2005

Document Number: 0530639032

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 14-05-203-011-1057

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 9-12; BLOCK: 1; UNIT: 6C; SUBDIVISION: COCHRANS SECOND ADDITION TO EDGEWATER; SEC/TWN/RNG/MERIDIAN: S05T40NR14E 3P

Brief Description: SHORELINE TOWERS CONDO

*************************** PROPERTY DESCRIPTION ***************************

Land Use: CONDOMINIUM

COOK COUNTY, IL 8018 S SHORE DR, CHICAGO, IL 60617 ·

232 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: POWELL, ORA (Trustor); CASE #04 CH 14188

Property Address: 8018 S SHORE DR, CHICAGO, IL 60617

**************************** SALES INFORMATION ****************************

Sale Date: 10/17/2005

Recorded Date: 10/24/2005

Document Number: 0529710015

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 21-31-214-049

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 8[7] BLOCK: 4; SUBDIVISION: C L HAMMONDS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S2NE4NE4 S31T38NR15E 3P

Brief Description: SOUTH2 FT LOT7

COOK COUNTY, IL 323 156TH ST, CALUMET CITY, IL 60409

231 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: COCHRAN, TIFFANY (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #04 CH 19179

Property Address: 323 156TH ST, CALUMET CITY, IL 60409

**************************** SALES INFORMATION ****************************

Sale Date: 8/8/2005

Recorded Date: 10/24/2005

Document Number: 0529710018

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 30-17-118-013 (Multiple APNs appear on the Conveying Instrument)

Legal Description: LOT: 11[12] BLOCK: 28; SUBDIVISION: WEST HAMMOND

Brief Description: NORTH1896 FT SEC17 TWP36N RNG15E 3P

MCHENRY COUNTY, IL 139 CARMELLA DR, CRYSTAL LAKE, IL 60012

229 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CORP, 505 CITY PKY W, UNIT 100, ORANGE, CA 62868

Seller: DENEGA (Company/Corporation); ARGENT MORTGAGE (Beneficiary); CASE #04 CH 565

Property Address: 139 CARMELLA DR, CRYSTAL LAKE, IL 60012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 10/5/2005

Recorded Date: 10/12/2005

Document Number: 2005R0086693

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 14-32-180-001

Legal Description: LOT: 27; SUBDIVISION: CRYSTAL RIDGE UNIT ONE

Brief Description: PART SW4 NE4 & SE4 NW4 SEC32 TWP44N RNG08E 3P

COOK COUNTY, IL 19000 JOHN AVE, COUNTRY CLUB HILLS, IL-60478

228 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Seller: WALLACE, THOMAS M (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 963

Property Address: 19000 JOHN AVE, COUNTRY CLUB HILLS, IL 60478

**************************** SALES INFORMATION ****************************

Sale Date: 5/13/2005

Recorded Date: 10/21/2005

Document Number: 0529410039

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 31-03-314-026

Legal Description: LOT: 99; SUBDIVISION: COUNTRY CLUB HILLS UNIT #7; SEC/TWN/RNG/MERIDIAN: S2SW4 S03T35NR13E 3P

**************************** MORTGAGE INFORMATION ****************************

Title Company: WHEATLAND TITLE

WILL COUNTY, IL 527 HICKOK LN, UNIVERSITY PARK, IL 60466

227 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** GREGORY, GRIFFITH (Trustor); GREGORY, JANICE L (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary)

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 527 HICKOK LN, UNIVERSITY PARK, IL 60466

***************************** SALES INFORMATION *****************************

**Sale Date:** 6/27/2005

**Recorded Date:** 9/6/2005

**Document Number:** R2005152866

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 21-14-13-217-018

**Legal Description:** LOT: 12; BLOCK: 12; SUBDIVISION: WOODHILLS RIDGEVIEW SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SE4 S12T34NR13E 3P

**Brief Description:** NE4 SEC13 TWP34N RNG13E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

WINNEBAGO COUNTY, IL 3115 VINTON AVE, ROCKFORD, IL 61101

224 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Company/Corporation); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Seller: RUSH, ROBIN R (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 407

Seller Mailing Address: 505 CITY PARKWAY WEST, UNIT 100, ORANGE, CT 92868

Property Address: 3115 VINTON AVE, ROCKFORD, IL 61101

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 7/20/2005

Recorded Date: 7/21/2005

Document Number: 0542230

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 11-10-128-002 (Multiple APNs appear on the Conveying Instrument)

Legal Description:  PARTIAL LOT; LOT: 49; SEC/TWN/RNG/MERIDIAN: PART NW4 S10T44NR01E 3P; RECORDER'S MAP REFERENCE: MB20 PG220

LAKE COUNTY, IL 804 TOMAHAWK TRL, ROUND LAKE, IL 60073

223 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, ORANGE, CA 92868

**Seller:** FIGURA, NICOLETTE (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 824; JOHNSON FIGURA, NICOLETTE a/k/a

**Property Address:** 804 TOMAHAWK TRL, ROUND LAKE, IL 60073

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/25/2005

**Recorded Date:** 10/7/2005

**Document Number:** 5872821

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 06-18-206-023

**Legal Description:** LOT: 12; BLOCK: 242; SUBDIVISION: ROUND LAKE BEACH INDIAN HILL ADDITION; SEC/TWN/RNG/MERIDIAN: W2NW4 S17T45NR10E 3P; RECORDER'S MAP REFERENCE: MB30 PG21&22

**Brief Description:** SE4 NE4 SEC18 TWP45N RNG10E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

LAKE COUNTY, IL 25170 W PARK DR, ANTIOCH, IL 60002

222 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** SIMONS (Trustor); TOWN & COUNTRY CREDIT (Beneficiary); CASE #04 CH 1280

**Property Address:** 25170 W PARK DR, ANTIOCH, IL 60002

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/27/2005

**Recorded Date:** 10/17/2005

**Document Number:** 5876763

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 01-01-411-016 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 108[109] SUBDIVISION: MORELYS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: E2 S01T46NR09E 3P; RECORDER'S MAP REFERENCE: MB M PG76

COOK COUNTY, IL 8359 S OGLESBY AVE, CHICAGO, IL 60617

221 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation), Trust

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** CHANDLER (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 1295

**Property Address:** 8359 S OGLESBY AVE, CHICAGO, IL 60617

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/26/2005

**Recorded Date:** 10/7/2005

**Document Number:** 0528003024

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-36-406-021

**Legal Description:** LOT: 48; SUBDIVISION: E B SHOGREN & COMPANYS JEFFREY HIGHLANDS; SEC/TWN/RNG/MERIDIAN: S36T38NR14E 3P

COOK COUNTY, IL 10042 S LAFAYETTE AVE, CHICAGO, IL 60628

218 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** WILLIAMSON, LILLIAN (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); WILLIAMSON, LILLIAN M a/k/a; CASE #04 CH 12979

**Property Address:** 10042 S LAFAYETTE AVE, CHICAGO, IL 60628

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/16/2005

**Recorded Date:** 9/27/2005

**Document Number:** 0527019107

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-09-414-035

**Legal Description:** LOT: 15; BLOCK: 2; SUBDIVISION: SECOND COTTAGE GROVE ADDITION TO ROSELAND; SEC/TWN/RNG/MERIDIAN: SE4 S09T37NR14E 3P

COOK COUNTY, IL 8229 S EAST END AVE, CHICAGO, IL 60617

217 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

Seller: DEAN (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 14297

Property Address: 8229 S EAST END AVE, CHICAGO, IL 60617

**************************** SALES INFORMATION ****************************

Sale Date: 9/16/2005

Recorded Date: 9/20/2005

Document Number: 0526332036

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-36-120-010

Legal Description: LOT: 10; BLOCK: 5; SUBDIVISION: STONY ISLAND PARK; SEC/TWN/RNG/MERIDIAN: PART NW4 S36T38NR14E 3P

Brief Description: SUBDIVISION LOTS1-24 BLK6 & LOTS25-48 BLK5

COOK COUNTY, IL 3441 N KILPATRICK, CHICAGO, IL 60641

216 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation), Trust

Buyer Mailing Address: 505 CITY PKY, ORANGE, CA 92868

Seller: RIVERA, JOSE ANTONIO (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 6556

Property Address: 3441 N KILPATRICK, CHICAGO, IL 60641

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 4/14/2005

Recorded Date: 9/19/2005

Document Number: 0526227040

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 13-22-309-010

Legal Description:  MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 34[35] BLOCK: 2; SUBDIVISION: E L SMITHS ADDITION TO IRVING PARK

Brief Description: NORTH9 FT LOT34 N2 E40 AC W2 SW4 SEC22 TWP40N RNG13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE CO

MCHENRY COUNTY, IL 813 BRENTWOOD DR, CARY, IL 60013

214 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Buyer Mailing Address: 505 CITY PKY W, ORANGE, CA 92613

Seller: LAURITZEN, GREGORY W (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 344

Property Address: 813 BRENTWOOD DR, CARY, IL 60013

**************************** SALES INFORMATION ****************************

Sale Date: 2/14/2005

Recorded Date: 9/1/2005

Document Number: 2005R0073568

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-07-406-006

Legal Description: LOT: 175; SUBDIVISION: CANDLEWOOD TRAILS UNIT TWO; SEC/TWN/RNG/MERIDIAN: PART S2 S07T43NR09E 3P

Brief Description: OUTLOT C CANDLEWOOD TRAILS UN1

**************************** MORTGAGE INFORMATION ****************************

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 14208 S EDBROOKE AVE, RIVERDALE, IL 60827

213 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: HARRIS, LINDA (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 7262

Property Address: 14208 S EDBROOKE AVE, RIVERDALE, IL 60827

**************************** SALES INFORMATION ****************************

Sale Date: 9/2/2005

Recorded Date: 9/6/2005

Document Number: 0524945045

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-04-406-019

Legal Description: LOT: 5; BLOCK: 58; SUBDIVISION: IVANHOE UNIT #3

Brief Description: PART N2 SE4 & N2 SW4 & S2 NE4 SEC04 TWP36N RNG14E 3P

WINNEBAGO COUNTY, IL 4116 AMHERST LN, ROCKFORD, IL 61109

212 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S (Company/Corporation)

Buyer Mailing Address: C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: LARA (Company/Corporation); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #04 CH 1086

Property Address: 4116 AMHERST LN, ROCKFORD, IL 61109

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 5/20/2005

Recorded Date: 6/27/2005

Document Number: 0535904

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 16-05-105-010

Legal Description: SEC/TWN/RNG/MERIDIAN: PART W2NW4 S05T43NR02E 3P

WILL COUNTY, IL 3206 E FORESTVIEW TRL, CRETE, IL 60417

211 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC SERIE** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PARKWAY W, UNIT 100, ORANGE, CA 92868

**Seller:** JOHNSON, GERALDINE (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #03 CH 1867

**Seller Mailing Address:** 505 CITY PARKWAY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 3206 E FORESTVIEW TRL, CRETE, IL 60417

**************************** SALES INFORMATION ****************************

**Sale Date:** 12/10/2004

**Recorded Date:** 7/28/2005

**Document Number:** R2005127706

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-04-06-106-041

**Legal Description:** PARTIAL LOT; LOT: 91; SUBDIVISION: WILLOWBROOK ESTATES UNIT #6; SEC/TWN/RNG/MERIDIAN: NE4 S07T34NR15E 3P

**Brief Description:** W2 LOT91 RESUB LOTS9&16 & PART LOT17 ASSESSORS SUB & SEC08 TWP34N RNG15E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** WHEATLAND TITLE

MCHENRY COUNTY, IL 1735 ROUTE 176, CRYSTAL LAKE, IL 60014

210 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 103, ORANGE, CA 92868

Seller: WYMAN (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 542

Property Address: 1735 ROUTE 176, CRYSTAL LAKE, IL 60014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/18/2005

Recorded Date: 8/22/2005

Document Number: 2005R0069675

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 15-19-331-046

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 17[20] BLOCK: 1; SUBDIVISION: FRANK E MERRILL & COMPANYS 1ST ADD BURTON BDG BCH; SEC/TWN/RNG/MERIDIAN: S19T44NR09E 3P; RECORDER'S MAP REFERENCE: MB5 PG47

Brief Description: N2 LOT20

COOK COUNTY, IL 40 FOREST AVE, CHICAGO HEIGHTS, IL 60411

209 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Buyer Mailing Address: 505 CITY PKY W, ORANGE, CA 92868

Seller: POSTACCHINI (Trustor); ARGENT MORTGAGE (Beneficiary); CASE #04 CH 839

Property Address: 40 FOREST AVE, CHICAGO HEIGHTS, IL 60411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 11/12/2004

Recorded Date: 8/17/2005

Document Number: 0522918065

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 32-29-206-044

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 38[37] SUBDIVISION: OAK RIDGE; SEC/TWN/RNG/MERIDIAN: PART S29T35NR14E 3P

Brief Description: E16 2/3 FT LOT38 & W16 2/3 FT LOT37 PART LOTS20&21 COUNTY CLERKS DIVISION ALSO LOTS13-17 BLK2 JOHN W

COOK COUNTY, IL 7622 S UNION AVE, CHICAGO, IL 60620.

208 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NA (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Beneficiary)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** HENDERSON, OLIVER (Trustor); CASE #04 CH 19398

**Property Address:** 7622 S UNION AVE, CHICAGO, IL 60620

**************************** SALES INFORMATION ****************************

**Sale Date:** 7/29/2005

**Recorded Date:** 8/1/2005

**Document Number:** 0521344017

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-28-308-037

**Legal Description:** PARTIAL LOT; LOT: 6; BLOCK: 11; SUBDIVISION: STORKES SUBDIVISION OF AUBURN; SEC/TWN/RNG/MERIDIAN: W2SW4 S28T38NR14E 3P

**Brief Description:** LOT6 EXC N9.74 FT RESUB BLKS1-16

COOK COUNTY, IL 1038 N LOREL AVE, CHICAGO, IL 60651

207 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** TAYLOR, CAROLYN D (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #04 CH 2256

**Property Address:** 1038 N LOREL AVE, CHICAGO, IL 60651

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/17/2005

**Recorded Date:** 5/20/2005

**Document Number:** 0514003036

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 16-04-312-025

**Legal Description:** LOT: 30; SUBDIVISION: HOGENSONS FIRST ADDITION

**Brief Description:** S2 W2 NE4 SW4 & S2 NW4 SW4 W1290-2 FT THEREOF SEC04 TWP39N RNG13E 3P

COOK COUNTY, IL 1428 W 110TH PL, CHICAGO, IL 60643 ·

206 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

**Seller:** BROWN (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #04 CH 13921

**Property Address:** 1428 W 110TH PL, CHICAGO, IL 60643

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/22/2005

**Recorded Date:** 7/27/2005

**Document Number:** 0520827014

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-17-328-018

**Legal Description:** LOT: 19; BLOCK: 9; SUBDIVISION: WEAGES SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4SW4 S17T37NR14E 3P

COOK COUNTY, IL 422 BERNARD DR, BUFFALO GROVE, IL 60089

205 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Seller: CAMARGO (Trustor); TOWN & COUNTRY CREDIT (Beneficiary); CASE #04 CH 19088

Property Address: 422 BERNARD DR, BUFFALO GROVE, IL 60089

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 7/20/2005

Recorded Date: 7/28/2005

Document Number: 0520903089

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 03-05-203-049

Legal Description: LOT: 381; SUBDIVISION: BUFFALO GROVE UNIT #5; SEC/TWN/RNG/MERIDIAN: W2 S04T42NR11E 3P

Brief Description: NE4 SEC05 TWP42N RNG11E 3P

KANE COUNTY, IL 536 GATES ST, AURORA, IL 60505

203 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: DECLUE, PAUL L (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #04 CH K 466 (Company/Corporation)

Property Address: 536 GATES ST, AURORA, IL 60505

***************************** SALES INFORMATION *****************************

Sale Date: 3/18/2004

Recorded Date: 7/7/2005

Document Number: 2005K077787

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 15-26-302-004

Legal Description: LOT: 17; CITY: AURORA; SUBDIVISION: SCHOMERS SUBDIVISION

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 213 S 14TH AVE, MAYWOOD, IL 60153 ·

202 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, ORANGE, CA 92868

**Seller:** GIVENS (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 11351

**Property Address:** 213 S 14TH AVE, MAYWOOD, IL 60153

***************************** SALES INFORMATION *****************************

**Sale Date:** 3/29/2005

**Recorded Date:** 7/7/2005

**Document Number:** 0518839057

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-10-403-005

**Legal Description:** LOT: 233[234] SUBDIVISION: MADISON STREET ADDITION; SEC/TWN/RNG/MERIDIAN: PART S10T39NR12E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 12321 S STATE ST, CHICAGO, IL 60628·

201 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

Seller: JORDAN (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 17243

Property Address: 12321 S STATE ST, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 7/7/2005

Recorded Date: 7/11/2005

Document Number: 0519245019

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-27-131-007

Legal Description: PARTIAL LOT; LOT: 6; BLOCK: 1; SUBDIVISION: KENSINGTON HEIGHTS; SEC/TWN/RNG/MERIDIAN: S27T37NR14E 3P

Brief Description: N2 N2 LOT6 SUB BLKS21&22 FIRST ADD KENSINGTON

KANE COUNTY, IL 809 ROBERT ST, AURORA, IL 60506

200 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: OSBORNE, CHRISTINA L (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #04 CHK 1026

Property Address: 809 ROBERT ST, AURORA, IL 60506

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 6/17/2005

Recorded Date: 6/28/2005

Document Number: 2005K073752

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 15-16-176-013

Legal Description: LOT: 20; CITY: AURORA; SUBDIVISION: PEARL GARDENS SECOND ADDITION

COOK COUNTY, IL 5521 W CORTEZ, CHICAGO, IL 60651

199 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation)

Seller: ROBINSON (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 19381

Property Address: 5521 W CORTEZ, CHICAGO, IL 60651

***************************** SALES INFORMATION *****************************

Sale Date: 6/23/2005

Recorded Date: 6/30/2005

Document Number: 0518126269

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 16-04-310-008

Legal Description: LOT: 5; BLOCK: 9; SEC/TWN/RNG/MERIDIAN: PART S2NW4SW4 S04T39NR13E 3P

COOK COUNTY, IL 271 E 161ST PL, SOUTH HOLLAND, IL 60473

198 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

Seller: HALLER (Company/Corporation); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH16069

Property Address: 271 E 161ST PL, SOUTH HOLLAND, IL 60473

**************************** SALES INFORMATION ****************************

Sale Date: 6/21/2005

Recorded Date: 6/30/2005

Document Number: 0518117051

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-15-308-018

Legal Description: LOT: 4; SUBDIVISION: ARIE GOUWENS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SE4SW4 S15T36NR14E 3P

Page 209

COOK COUNTY, IL 11342 S EDBROOKE AVE, CHICAGO, IL 60628

197 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary), Trust

Seller: IRWIN (Trustor); CASE #04 CH 17044

Property Address: 11342 S EDBROOKE AVE, CHICAGO, IL 60628

**************************** SALES INFORMATION ****************************

Sale Date: 6/13/2005

Recorded Date: 6/22/2005

Document Number: 0517339056

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-22-112-040

Legal Description: LOT: 6; BLOCK: 2; SUBDIVISION: KIONKAS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NW4 S22T37NR14E 3P

Brief Description: LOTS1&2 SUB LOT3 ASSESSORS DIVISION

COOK COUNTY, IL 7133 S WINCHESTER, CHICAGO, IL 60636

196 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary)

Seller: SANDERS (Trustor); CASE #04 CH 17043

Property Address: 7133 S WINCHESTER, CHICAGO, IL 60636

**************************** SALES INFORMATION ****************************

Sale Date: 6/13/2005

Recorded Date: 6/22/2005

Document Number: 0517339054

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-30-201-018

Legal Description: LOT: 40; BLOCK: 1; SUBDIVISION: B F JACOBS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NE4 S30T38NR14E 3P

DUPAGE COUNTY, IL 3S170 BROOKSIDE CT, WARRENVILLE, IL 60555

195 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: TURUCZ, RICHARD (Trustor); MCGINTY, CASSANDRA (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #CH 1637

Property Address: 3S170 BROOKSIDE CT, WARRENVILLE, IL 60555

**************************** SALES INFORMATION ****************************

Sale Date: 6/3/2005

Recorded Date: 6/16/2005

Document Number: R2005-125212

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 04-33-209-005

Legal Description: LOT: 883; SUBDIVISION: HURLINGHAM UNIT NINE; SEC/TWN/RNG/MERIDIAN: PARTS S28 33&34T39NR09E 3P

COOK COUNTY, IL 1200 S 2ND AVE, MAYWOOD, IL 60153 ·

194 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O AMQ MTH SERVICES, 509 CITY PKY W, ORANGE, CA 92868

**Seller:** MOSS, BYRON K (Trustor); ARGENT MORTGAGE CO (Beneficiary); CASE #04 CH 7635

**Property Address:** 1200 S 2ND AVE, MAYWOOD, IL 60153

***************************** SALES INFORMATION *****************************

**Sale Date:** 4/7/2005

**Recorded Date:** 6/7/2005

**Document Number:** 0515844014

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-14-122-016

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 18-20; BLOCK: 149; SUBDIVISION: MAYWOOD; SEC/TWN/RNG/MERIDIAN: S02 11&14T39NR12E 3P

**Brief Description:** NORTH6.6 FT LOT18

***************************** MORTGAGE INFORMATION *****************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 2120 EMERSON ST, EVANSTON, IL 60201

193 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client), Trust

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 1W, ORANGE, CA 92868

Seller: WOODFORK, LAWRENCE J (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 10298

Seller Mailing Address: 505 CITY PKY W, UNIT 1W, ORANGE, CA 92868

Property Address: 2120 EMERSON ST, EVANSTON, IL 60201

*************************** SALES INFORMATION ***************************

Sale Date: 3/28/2005

Recorded Date: 6/7/2005

Document Number: 0515844026

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 10-13-116-005

Legal Description: LOT: 5[6] BLOCK: 4; SUBDIVISION: J S HOVLANDS EVANSTON SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SE4NW4 S13T41NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 3916 W ARTHINGTON ST, CHICAGO, IL 60624

192 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: BINION, NED (Trustor); ARGENT MORTGAGE CO (Beneficiary); BINION SR, NED a/k/a; CASE #04 CH 10202

Property Address: 3916 W ARTHINGTON ST, CHICAGO, IL 60624

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 3/24/2005

Recorded Date: 6/8/2005

Document Number: 0515927126

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 16-14-313-041

Legal Description: LOT: 75; SUBDIVISION: CUMMINGS GARFIELD BOULEVARD ADDITION; SEC/TWN/RNG/MERIDIAN: W2SW4 S14T39NR13E 3P

Brief Description: LOT2 BLK3 & LOT2 BLK4 CIRCUIT COURT PARTITION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 5112 S WOODLAWN AVE, UNIT 3-I, CHICAGO, IL 60615

191 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Company/Corporation)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: COLEMAN, ALLAN J (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 11065; COLEMAN, ALAN J a/k/a

Property Address: 5112 S WOODLAWN AVE, UNIT 3-I, CHICAGO, IL 60615

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 6/6/2005

Recorded Date: 6/9/2005

Document Number: 0516039039

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-11-305-016-1030

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 1,4,5[8] BLOCK: 1; UNIT: 3-I; SUBDIVISION: EGANDALE

Brief Description: LOT1 EXC N17 FT THEREOF & N2 LOT8 E118 AC SW4 SEC11 TWP38N RNG14E 3P

WILL COUNTY, IL 1710 SIERRA HIGHLANDS CT, PLAINFIELD, IL 60544

190 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

Buyer Mailing Address: 505 CITY PKY W, ORANGE, CA 92868

Seller: HARPER KEITH & CARMEN (Company/Corporation); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 1429

Property Address: 1710 SIERRA HIGHLANDS CT, PLAINFIELD, IL 60544

*************************** SALES INFORMATION ***************************

Sale Date: 4/26/2005

Recorded Date: 5/9/2005

Document Number: R2005076576

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 06-03-33-311-001

Legal Description: LOT: 609; SUBDIVISION: WESMERE SUBDIVISION AREA 9 UNIT 2A; SEC/TWN/RNG/MERIDIAN: PART SE4 S32T36NR09E 3P

Brief Description: SW4 SEC33 TWP36N RNG09E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE GUARANTY CO