COOK COUNTY, IL 9518 S UNIVERSITY AVE, CHICAGO, IL 60628

189 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

Seller: BERNARD (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 12960

Property Address: 9518 S UNIVERSITY AVE, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 5/24/2005

Recorded Date: 6/2/2005

Document Number: 0515334016

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-11-103-026

Legal Description: LOT: 39; BLOCK: 32; SUBDIVISION: COTTAGE GROVE HEIGHTS ADDITION; SEC/TWN/RNG/MERIDIAN: PART N2 S11T37NR14E 3P

COOK COUNTY, IL 1127 W 110TH PL, CHICAGO, IL 60643

188 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** JOHNSON, CALVIN (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 14415

**Property Address:** 1127 W 110TH PL, CHICAGO, IL 60643

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/31/2005

**Recorded Date:** 6/2/2005

**Document Number:** 0515334013

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-17-414-011

**Legal Description:** LOT: 36; SUBDIVISION: C E EDWARDS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2SE4 S17T37NR14E 3P

**Brief Description:** BLOCK15 GEORGE J STREETS SUB N20 AC NW4 NE4 SEC20 TWP37N RNG14E 3P

COOK COUNTY, IL 6614 S HERMITAGE AVE, CHICAGO, IL 60636

187 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation), Trust

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, ORANGE, CA 92868

**Seller:** PALMORE, PAMELA (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 9911

**Property Address:** 6614 S HERMITAGE AVE, CHICAGO, IL 60636

**************************** SALES INFORMATION ****************************

**Sale Date:** 4/7/2005

**Recorded Date:** 6/3/2005

**Document Number:** 0515439018

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-19-228-025

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 6[7] BLOCK: 61; SUBDIVISION: DREXEL PARK; SEC/TWN/RNG/MERIDIAN: N2 S19T38NR14E 3P

**Brief Description:** LOT6 EXC N15 FT THEREOF & N20 FT LOT7

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 805 N SCHOENBECK RD, PROSPECT HEIGHTS, IL 60070

186 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation), Trust

**Buyer Mailing Address:** C/O A SCHUSTEFF, 120 W MADISON ST, CHICAGO, IL 60602

**Seller:** RIVERA, RAFAEL T (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 7987

**Property Address:** 805 N SCHOENBECK RD, PROSPECT HEIGHTS, IL 60070

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/18/2005

**Recorded Date:** 6/3/2005

**Document Number:** 0515439014

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 03-15-302-028

**Legal Description:** LOT: 1; SUBDIVISION: GIANNINI SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4 S15T42NR11E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE GUARANTY CO

KANE COUNTY, IL 420 WOODLYN DR, AURORA, IL 60504 ·

184 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST; **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** BURGNER, ROBERT A (Trustor); ARGENT MORTGAGE CO (Beneficiary); CASE #04 CH K 341

**Property Address:** 420 WOODLYN DR, AURORA, IL 60504

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 12/9/2004

**Recorded Date:** 5/13/2005

**Document Number:** 2005K054489

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-10-226-004

**Legal Description:** LOT: 3; BLOCK: 7; SUBDIVISION: SHERWOOD GLEN SUBDIVISION; SEC/TWN/RNG/MERIDIAN: NE4 S10T38NR08E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 5735 S DAMEN AVE, CHICAGO, IL 60636

183 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation), Trust

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** GERALD (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 12162

**Property Address:** 5735 S DAMEN AVE, CHICAGO, IL 60636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/13/2005

**Recorded Date:** 5/16/2005

**Document Number:** 0513634034

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-18-216-012

**Legal Description:** LOT: 29; BLOCK: 12; SUBDIVISION: JOHN B LYONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NE4 S18T38NR14E 3P

**Brief Description:** RESUBDIVISION BLKS3-6 11&12 SUB BLK1-8

COOK COUNTY, IL 7440 S EVANS AVE, CHICAGO, IL 60619

182 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC SERIE** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** WILLIAMS (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #03 CH 10273

**Property Address:** 7440 S EVANS AVE, CHICAGO, IL 60619

*************************** SALES INFORMATION ***************************

**Sale Date:** 5/9/2005

**Recorded Date:** 5/18/2005

**Document Number:** 0513839035

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-27-230-029

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 4[5] BLOCK: 2; SUBDIVISION: ASHFORD SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SE4 S27T38NR14E 3P

**Brief Description:** S2 LOT4 S2 BLK4 BROOKLINE

COOK COUNTY, IL 6228 S PAULINA ST, CHICAGO, IL 60636

181 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

Seller: MILLER (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 12789

Property Address: 6228 S PAULINA ST, CHICAGO, IL 60636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 5/9/2005

Recorded Date: 5/18/2005

Document Number: 0513839038

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-18-429-029

Legal Description: LOT: 12; BLOCK: 6; SUBDIVISION: ENGLEWOOD ON THE HILL; SEC/TWN/RNG/MERIDIAN: SE4SE4 S18T38NR14E 3P

COOK COUNTY, IL 105 GRAYMOOR LN, OLYMPIA FIELDS, IL 60461

180 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

**Seller:** STRONG (Trustor); ARGENT MORTGAGE (Beneficiary); CASE #04 CH 13553

**Property Address:** 105 GRAYMOOR LN, OLYMPIA FIELDS, IL 60461

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/11/2005

**Recorded Date:** 5/13/2005

**Document Number:** 0513318058

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 32-18-107-001

**Legal Description:** LOT: 29; SUBDIVISION: GRAYMOOR ADDITION

**Brief Description:** S2 LOT2

Deutsche Bank National Trust Co, et al. v. Mid America Bank, et al.

179 of 875 DOCUMENTS

Law Bulletin Publishing Company

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

CIRCUIT COURT OF COOK COUNTY, ILLINOIS - CHANCERY DIVISION

PLAINTIFF: Deutsche Bank National Trust Co
   **Ameriquest Mortgage Securities Inc**

DEFENDANT: Mid America Bank
      Joyner;Jermel
      Joyner;Delesia
      Also Known As Kindle;Deesia

ASSESSORS PARCEL NUMBER: 16-16-104-041-0000

PROPERTY ADDRESS: 5442 W Adams Street
      Chicago, IL 60644-4064

CASE NAME: Deutsche Bank National Trust Co, et al. v. Mid America Bank, et al.

CASE NUMBER: 06CH 0007922

FILING DATE: 4/20/2006

TYPE: FORECLOSURE ACTION - Mortgage

NOTE AMOUNT: $ 166,000.00

BALANCE OWED: $ 165,895.70

ATTORNEY: Pierce & Assocs
      Telephone No.:312-346-9088

KANE COUNTY, IL 2S375 CREEKSIDE CT, ELBURN, IL 60119

178 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation), Trust

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** MUCKER, MOLLIE C (Trustor); THE WILLOW CREEK HOMEOWNERS ASSN (Company/Corporation); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #03 CH K 1142

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 2S375 CREEKSIDE CT, ELBURN, IL 60119

**************************** SALES INFORMATION ****************************

**Sale Date:** 4/16/2005

**Recorded Date:** 5/5/2005

**Document Number:** 2005K050401

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 11-29-151-008

**Legal Description:** LOT: 39; CITY: BLACKBERRY; SUBDIVISION: UNIT 10 WILLOW CREEK

COOK COUNTY, IL 8559 S MARYLAND, CHICAGO, IL 60649

177 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD** FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

Seller: WRIGHT (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #03 CH 18236

Property Address: 8559 S MARYLAND, CHICAGO, IL 60649

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 4/25/2005

Recorded Date: 5/4/2005

Document Number: 0512403147

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-35-310-057

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 25[26] BLOCK: 4; SUBDIVISION: ASHTONS SUBDIVISION

Brief Description: S8 1/3 FT LOT26 W30 AC S60 AC W2 SW4 SEC35 TWP38N RNG14E 3P

COOK COUNTY, IL 1536 S KEDZIE, CHICAGO, IL 60623

176 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client), Trust

Seller: CARTER (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 3345

Property Address: 1536 S KEDZIE, CHICAGO, IL 60623

*************************** SALES INFORMATION ***************************

Sale Date: 4/18/2005

Recorded Date: 5/4/2005

Document Number: 0512403146

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 16-23-229-032

Legal Description: LOT: 10

Brief Description: SUBDIVISION BLK8 CIRCUIT COURT PARTITION E2 NE4 & PART E2 SE4 SEC23 TWP39N RNG13E 3P

WILL COUNTY, IL 24624 W MATTHEW CT, CHANNAHON, IL 60410

175 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** DALLAS DUNAVAN (Company/Corporation); AMERIQUEST MORTGAGE CO (Beneficiary)

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 24624 W MATTHEW CT, CHANNAHON, IL 60410

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/28/2004

**Recorded Date:** 4/13/2005

**Document Number:** R2005061267

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 10-09-304-002

**Legal Description:** LOT: 10; SUBDIVISION: RITTOF SPRINGBROOK ESTATES UNIT ONE; SEC/TWN/RNG/MERIDIAN: PART SW4 S09T34NR09E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE GUARANTY CO

LAKE COUNTY, IL 525 WHITE BIRCH RD, LINDENHURST, IL 60046

173 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE, 500 CITY PKY W, ORANGE, CA 92868

**Seller:** STICKNEY, TODD A (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 746

**Seller Mailing Address:** 500 CITY PKY W, ORANGE, CA 92868

**Property Address:** 525 WHITE BIRCH RD, LINDENHURST, IL 60046

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 2/21/2005

**Recorded Date:** 4/26/2005

**Document Number:** 5770899

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 02-36-101-083

**Legal Description:** LOT: 17; BLOCK: 4; SUBDIVISION: WATERFORD WOODS UNIT 2; SEC/TWN/RNG/MERIDIAN: PART W2NW4 S36T46NR10E 3P

Brief Description: PART E2 NE4 SEC35 TWP46N RNG10E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE GUARANTY CO

MCHENRY COUNTY, IL 208 SYDENHAM ST, SPRING GROVE, IL 60081

172 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** EWIG (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 133

**Property Address:** 208 SYDENHAM ST, SPRING GROVE, IL 60081

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/21/2005

**Recorded Date:** 4/4/2005

**Document Number:** 2005R0024779

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 10-05-281-002

**Legal Description:** LOT: 49-52; SUBDIVISION: DU BELL PARK SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SE4NE4 S05T45NR09E 3P; RECORDER'S MAP REFERENCE: MB6 PG6

KANE COUNTY, IL 262 JEWETT ST, ELGIN, IL 60123

169 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** 262 JEWETT ST, ELGIN, IL 60123

**Seller:** SANCHEZ, RAMON (Trustor); ARGENT MORTGAGE CO (Beneficiary); CASE #04 CH K 379

**Property Address:** 262 JEWETT ST, ELGIN, IL 60123

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 12/17/2004

**Recorded Date:** 4/5/2005

**Document Number:** 2005K037592

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 06-23-127-006

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 1[2] BLOCK: 15; SUBDIVISION: J C & W H KIMBALLS ADDITION; SEC/TWN/RNG/MERIDIAN: N2 S23T41NR08E 3P

**Brief Description:** SOUTH58 FT LOTS1&2 S2 SEC14 TWP41N RNG08E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

WILL COUNTY, IL 49 HARMONY LN, ROMEOVILLE, IL 60446

168 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: DEUTSCHE BANK TRUST SERVICES (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Minor/Ward/Client)

Buyer Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: KAMRADT, SUSAN K (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #04 CH 155

Property Address: 49 HARMONY LN, ROMEOVILLE, IL 60446

**************************** SALES INFORMATION ****************************

Sale Date: 3/10/2005

Recorded Date: 3/14/2005

Document Number: R2005042282

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 11-04-07-203-075

Legal Description: PARTIAL LOT; LOT: 5; SUBDIVISION: HOMETOWN HIGHPOINT CARRIAGE HOME FIRST RESUB; SEC/TWN/RNG/MERIDIAN: PART NE4 S07T36NR10E 3P

Brief Description: RESUBDIVISION LOTS1-18 INC LOTS A-H INC HOMETOWN HIGHPOINT CARRIAGE HOMES & RESUB LOTS1-81 INC & LOT

WILL COUNTY, IL 1018 MC CAMERON AVE, LOCKPORT, IL 60441

167 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** KOVALCIK, JUDITH M (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #04 CH 1372

**Property Address:** 1018 MC CAMERON AVE, LOCKPORT, IL 60441

**************************** SALES INFORMATION ****************************

**Sale Date:** 3/10/2005

**Recorded Date:** 3/14/2005

**Document Number:** R2005042281

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 11-04-13-307-009

**Legal Description:** LOT: 31; BLOCK: 1; SUBDIVISION: UNIT #1 OF BONNIE BRAE; SEC/TWN/RNG/MERIDIAN: PART S2 S13T36NR10E 3P

KENDALL COUNTY, IL 13087 CHURCH RD, YORKVILLE, IL 60560

166 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KENDALL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC SERIE** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** NELSON, THOMAS (Trustor); NELSON, RACHEL (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #03 CH 200

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 13087 CHURCH RD, YORKVILLE, IL 60560

*************************** SALES INFORMATION ***************************

**Sale Date:** 2/1/2005

**Recorded Date:** 2/22/2005

**Document Number:** 200500005127

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 08-11-226-002

**Legal Description:** CITY: LISBON; SEC/TWN/RNG/MERIDIAN: PART NE4 S11T35NR07E 3P

COOK COUNTY, IL 1040 SCHILLING AVE, CHICAGO HEIGHTS, IL 60411

165 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** BANK NATI (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

Seller: WILLIAMS, MARK (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); WILLIAMS, MARK FITZGERALD a/k/a; CASE #04 CH 11175

Property Address: 1040 SCHILLING AVE, CHICAGO HEIGHTS, IL 60411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 3/2/2005

Recorded Date: 4/1/2005

Document Number: 0509116001

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 32-20-104-058

Legal Description: LOT: 9; SUBDIVISION: PARKVIEW TERRACE

Brief Description: PART NE4 NW4 NW4 NE4 SEC20 TWP35N RNG14E 3P

KANE COUNTY, IL 282 W HARVARD CIR, SOUTH ELGIN, IL 60177

164 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: CAMINITTI, MICHAEL J (Trustor); CAMINITTI, LISA R (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CHK 29

Seller Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Property Address: 282 W HARVARD CIR, SOUTH ELGIN, IL 60177

*************************** SALES INFORMATION ***************************

Sale Date: 3/11/2005

Recorded Date: 3/18/2005

Document Number: 2005K030451

Deed Type: SHERIFF'S DEED

Assessor's Parcel Number: 06-34-327-050

Legal Description: LOT: 749; SUBDIVISION: WILDMEADOW UNIT ONE; SEC/TWN/RNG/MERIDIAN: PART SW4 S34T41NR08E 3P

COOK COUNTY, IL 3127 MORGAN ST, STEGER, IL 60475

163 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** RYPSTRA, ROBERT (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); RYPSTRA, ROBERT CLARENCE a/k/a; RYPSTRA, ROBERT C a/k/a; CASE #04 CH 17056

**Property Address:** 3127 MORGAN ST, STEGER, IL 60475

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/21/2005

**Recorded Date:** 3/24/2005

**Document Number:** 0508303004

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 32-32-408-012 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 35[36] BLOCK: 15; SUBDIVISION: KEENEYS SECOND ADDITION TO COLUMBIA HEIGHTS; SEC/TWN/RNG/MERIDIAN: N2SE4 S32T35NR14E 3P

**Brief Description:** NW4 SW4 SEC33 TWP35N RNG14E 3P

KANE COUNTY, IL 299 SHERMAN AVE, MONTGOMERY, IL 60538

162 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client), Trust

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** MARTINEZ, HECTOR (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CHK 692

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 299 SHERMAN AVE, MONTGOMERY, IL 60538

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/4/2004

**Recorded Date:** 3/10/2005

**Document Number:** 2005K027060

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 15-33-426-033

**Legal Description:** CITY: MONTGOMERY; SEC/TWN/RNG/MERIDIAN: PART SE4 S33T38NR08E 3P

COOK COUNTY, IL 5317 S RACINE, CHICAGO, IL 60609

161 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Company/Corporation)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY, UNIT 100, ORANGE, CA 92868

**Seller:** HAIRE, FANNIE (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); HAIRE, FINNIE L a/k/a; CASE #03 CH 17941

**Seller Mailing Address:** 505 CITY PKY, UNIT 100, ORANGE, CA 92868

**Property Address:** 5317 S RACINE, CHICAGO, IL 60609

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 1/10/2005

**Recorded Date:** 3/14/2005

**Document Number:** 0507318050

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-08-415-007

**Legal Description:** LOT: 42; BLOCK: 4; SUBDIVISION: GAYLORDS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4SE4 S08T38NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEAT LAND TITLE

COOK COUNTY, IL 741 S HALSTED ST, CHICAGO HEIGHTS, IL 60411

160 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** FRANKLIN (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 1340

**Property Address:** 741 S HALSTED ST, CHICAGO HEIGHTS, IL 60411

**************************** SALES INFORMATION ****************************

**Sale Date:** 10/26/2004

**Recorded Date:** 3/15/2005

**Document Number:** 0507403080

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 32-16-306-060

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 21-23; BLOCK: 44; SUBDIVISION: PERCY WILSONS SOUTHGATE ADDITION TO ARTERIAL HILL; SEC/TWN/RNG/MERIDIAN: PART NW4SW4 S16T35NR14E 3P

**Brief Description:** LOT21 EXC N20 FT THEREOF & N15 FT LOT23

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 5940 S MORGAN ST, CHICAGO, IL 60621

159 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD** FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Seller: BEST (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 12415

Property Address: 5940 S MORGAN ST, CHICAGO, IL 60621

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 3/8/2005

Recorded Date: 3/15/2005

Document Number: 0507434062

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 20-17-403-037

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 21[22] SUBDIVISION: J W BORDENS SUBDIVISION

Brief Description: BLOCK2 THOMPSON & HOLMES SUB E45 AC N60 AC SE4 SEC17 TWP38N RNG14E 3P

COOK COUNTY, IL 10645 S RACINE AVE, CHICAGO, IL 60643

158 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MORTAGAGE CO, 505 CITY PKY W, ORANGE, CA 92868

Seller: BROWN, HARRY (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #04 CH 149

Property Address: 10645 S RACINE AVE, CHICAGO, IL 60643

*************************** SALES INFORMATION ****************************

Sale Date: 1/19/2005

Recorded Date: 3/3/2005

Document Number: 0506239016

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-17-223-012

Legal Description: LOT: 15; SUBDIVISION: BAKER & MCGOUNS ADDITION TO WASHINGTON HEIGHTS; SEC/TWN/RNG/MERIDIAN: SW4NE4 S17T37NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

WILL COUNTY, IL 503 DUBOIS CIR, BOLINGBROOK, IL 60440

157 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO: **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O ARI J ROSENTHAL, 1001 E CHICAGO AVE, UNIT 103, NAPERVILLE, IL 60540

**Seller:** RHODES, THOMAS G (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #03 CH 2220

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 503 DUBOIS CIR, BOLINGBROOK, IL 60440

**************************** SALES INFORMATION ****************************

**Sale Date:** 11/10/2004

**Recorded Date:** 2/16/2005

**Document Number:** R2005027596

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 02-02-312-051

**Legal Description:** LOT: 2; SEC/TWN/RNG/MERIDIAN: PART SW4 S02T37NR10E 3P

**Brief Description:** AREA6 CENTEX WINSTON CORPORATION BOLINGBROOK TOWNHOMES UN5 NW4 SEC11 TWP37N RNG10E 3P

************************** MORTGAGE INFORMATION **************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 13521 S KOSTNER AVE, CRESTWOOD, IL 60445

156 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Seller:** BUSH (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 12978

**Property Address:** 13521 S KOSTNER AVE, CRESTWOOD, IL 60445

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 2/14/2005

**Recorded Date:** 2/16/2005

**Document Number:** 0504734057

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-03-200-028

**Legal Description:** LOT: 1; SUBDIVISION: BUSHS RESUBDIVISION

**Brief Description:** SOUTH447 FT 9 1/2" LOT2 ARTHUR T MCINTOSH & COMPANYS 135TH STREET FARMS W2 W2 NE4 E60 AC NW4 SEC03 T

LAKE COUNTY, IL 43 N ORCHARD AVE, WAUKEGAN, IL 60085

155 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Buyer Mailing Address: C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Seller: MUHAMMED (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 759

Seller Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Property Address: 43 N ORCHARD AVE, WAUKEGAN, IL 60085

**************************** SALES INFORMATION ****************************

Sale Date: 1/26/2005

Recorded Date: 2/10/2005

Document Number: 5732576

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 08-20-301-087

Legal Description: LOT: 6; SUBDIVISION: LINCOLN HEIGHTS ADDITION #1; SEC/TWN/RNG/MERIDIAN: PART SW4 S20T45NR12E 3P; RECORDER'S MAP REFERENCE: MB M PG77

COOK COUNTY, IL 3600 N LAKE SHORE DR, UNIT 2722, CHICAGO, IL 60613

106 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DESTEFANO, BASIL (Single or Unmarried Man)

Buyer Mailing Address: PO BOX 397, LAKE ZURICH, IL 60047

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Property Address: 3600 N LAKE SHORE DR, UNIT 2722, CHICAGO, IL 60613

**************************** SALES INFORMATION ****************************

Sale Date: 2/24/2005

Recorded Date: 4/18/2005

Sale Price: $ 118,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 59.00
City Transfer Tax: $ 885.00
Total Transfer Tax: $ 118.00

Document Number: 0510845050

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 14-21-110-020-1610

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 4-7; BLOCK: 7; UNIT: 2722; SUBDIVISION: HUNDLEYS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S21T40NR14E 3P

Brief Description: LOT4 EXC THEREFROM N20 FT THEREOF & EXC THEREFROM W125 FT & 3/4" THEREOF LOT5 EXC THEREFROM W125 FT

**************************** MORTGAGE INFORMATION ****************************

Lender: ROSE MORTGAGE CORP

Type of Mortgage: FANNIE MAE/FREDDIE MAC

Loan Amount: $ 114,400

Term: 3/1/2035

Title Company: WHEATLAND TITLE GUARANTY CO

**************************** PROPERTY DESCRIPTION ****************************

Land Use: CONDOMINIUM

WILL COUNTY, IL 521 SPRINGWOOD DR, JOLIET, IL 60431·

104 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: DELGADILLO, PAULO F (Individual(s)); RAMIREZ, RUTH M (Single Person), Joint Tenancy

Buyer Mailing Address: 521 SPRINGWOOD DR, JOLIET, IL 60431

Seller: DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC SERIE** (Minor/Ward/Client)

Property Address: 521 SPRINGWOOD DR, JOLIET, IL 60431

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 12/12/2005

Recorded Date: 1/3/2006

Sale Price: $ 170,000 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 510.00
Total Transfer Tax: $ 255.00

Document Number: R2006000855

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 06-14-301-015

Legal Description: LOT: B8; SUBDIVISION: SPRINGWOOD RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SW4 S14T35NR09E 3P

Brief Description: RESUBDIVISION LOTS3&4 SPRINGWOOD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: TCF NATIONAL BANK

Type of Mortgage: UNKNOWN

Loan Amount: $ 158,301

Term: 12/28/2045

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 1301 W 73RD PL, CHICAGO, IL 60636

100 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DAS DEVELOPMENT CO (Company/Corporation)

**Buyer Mailing Address:** 47 W POLK ST, CHICAGO, IL 60605

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

**Property Address:** 1301 W 73RD PL, CHICAGO, IL 60636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/7/2006

**Recorded Date:** 4/26/2006

**Sale Price:** $ 100,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 50.00
City Transfer Tax: $ 750.00
Total Transfer Tax: $ 100.00

**Document Number:** 0611617109

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 20-29-128-013

**Legal Description:** LOT: 1; SUBDIVISION: S M BLOSS & COMPANYS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2 S29T38NR14E 3P

Brief Description: RESUBDIVISION LOTS31-34 BLK9 JONES SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE GUARANTY

WINNEBAGO COUNTY, IL 3222 NEW ENGLAND, ROCKFORD, IL·61109

99 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

**Buyer:** CROMBIE, RYAN J (Single or Unmarried Man)

**Buyer Mailing Address:** 4325 MAJESTY CT, ROCKFORD, IL 61109

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Property Address:** 3222 NEW ENGLAND, ROCKFORD, IL 61109

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 2/7/2006

**Recorded Date:** 2/17/2006

**Sale Price:** $ 84,000 (Full Amount Computed From Transfer Tax)

**Total Transfer Tax:** $ 126.00

**Document Number:** 0609156

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 16-05-331-014

**Legal Description:** LOT: 65; SUBDIVISION: PLAT #2 OF SCHAIDERS COLONIAL CREST; SEC/TWN/RNG/MERIDIAN: PART E2SW4 S05T43NR02E 3P; RECORDER'S MAP REFERENCE: MB35 PG325

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** CMF MORTGAGE CO

**Type of Mortgage:** BALLOON

**Loan Amount:** $ 83,500

**Term:** 8/10/2006

**Title Company:** WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

LAKE COUNTY, IL 299 MAINSAIL DR, THIRD LAKE, IL 60030

98 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: COX, MICHAEL J; COX, JULIE C (Husband and Wife), Joint Tenancy

Buyer Mailing Address: 1632 BELLE HAVEN DR, GRAYSLAKE, IL 60030

Seller: DEUTSCHE BANK TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 299 MAINSAIL DR, THIRD LAKE, IL 60030

*************************** SALES INFORMATION ****************************

Sale Date: 1/19/2005

Recorded Date: 2/7/2005

Sale Price: $ 265,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 397.50

Document Number: 5730637

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 06-24-204-065

Legal Description: LOT: 208; SUBDIVISION: MARINERS COVE UNIT #3

Brief Description: PART SE4 & PART NE4 SEC24 TWP45N RNG10E 3P

*************************** MORTGAGE INFORMATION ***************************

Lender: GUARANTEED RATE INC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 212,000

Rate: 4.62 %

Term: 2/1/2035

Title Company: WHEATLAND TITLE

*************************** PROPERTY DESCRIPTION ***************************

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 3255 CUMBERLAND TRL, OLYMPIA FIELDS, IL 60461

95 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: COLLINS OLIVER, DIANE (Individual(s))

Buyer Mailing Address: 8213 S ABERDEEN, CHICAGO, IL 60620

Seller: WELLS FARGO BANK MINNESOTA NA (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC FLOAT (Minor/Ward/Client)

Property Address: 3255 CUMBERLAND TRL, OLYMPIA FIELDS, IL 60461

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 6/28/2005

Recorded Date: 8/2/2005

Sale Price: $ 366,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 183.25
Total Transfer Tax: $ 366.50

Document Number: 0521427028

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 31-14-205-006

Legal Description: LOT: 45; SUBDIVISION: THE TRAILS OF OLYMPIA FIELDS PHASE ONE; SEC/TWN/RNG/MERIDIAN: PART NE4'S14T35NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ACOUSTIC HOME LOANS LLC

Type of Mortgage: FANNIE MAE/FREDDIE MAC; ADJUSTABLE RATE

Loan Amount: $ 311,185

Rate: 7.40 %

Term: 8/1/2035

Title Company: WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: PLANNED UNIT DEVELOPMENT

COOK COUNTY, IL 12223 S MAY, CHICAGO, IL 60643   -

92 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: COHEN, SHELDON I (Individual(s))

Buyer Mailing Address: 1334 W 32ND PL, CHICAGO, IL 60608

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 12223 S MAY, CHICAGO, IL 60643

**************************** SALES INFORMATION ****************************

Sale Date: 3/27/2006

Recorded Date: 4/27/2006

Sale Price: $ 84,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 42.00
City Transfer Tax: $ 630.00
Total Transfer Tax: $ 84.00

Document Number: 0611731038

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 25-29-212-055

Legal Description:  MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 39[40] BLOCK: 10; SUBDIVISION: FIRST ADDITION TO WEST PULLMAN; SEC/TWN/RNG/MERIDIAN: NE4 S29T37NR14E 3P

Brief Description: LOT39 EXC S5 FT THEREOF & S15 FT LOT40 RESUB BLKS9-16 EXC E141 FT BLKS9&16

**************************** MORTGAGE INFORMATION ****************************

Lender: WASHINGTON MUTUAL BANK FA

Type of Mortgage: FANNIE MAE/FREDDIE MAC; FIXED RATE/CONVENTIONAL

Loan Amount: $ 58,730

Rate: 7.00 %

Term: 5/1/2036

Title Company: WHEATLAND TITLE GUARANTY

**************************** PROPERTY DESCRIPTION ****************************

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 651 HIRSCH AVE, CALUMET CITY, IL 60409-4129

91 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CITY OF CALUMET CITY (Government)

Buyer Mailing Address: 204 PULASKI RD, CALUMET CITY, IL 60409-4115

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Seller Mailing Address: 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

Property Address: 651 HIRSCH AVE, CALUMET CITY, IL 60409-4129

*************************** SALES INFORMATION ***************************

Sale Date: 3/23/2006

Recorded Date: 4/5/2006

Document Number: 0609544070

Deed Type: QUIT CLAIM DEED

Assessor's Parcel Number: 30-08-324-007

Legal Description: LOT: 39[40] BLOCK: 6; SUBDIVISION: BURNHAMS WEST HAMMOND SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4SW4S2SE4SW4 S08T36NR15E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 7028 S WOODLAWN, CHICAGO, IL 60637

88 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** CHICAGO TITLE; TRUST #8002346754 (Company/Corporation), Trust

**Buyer Mailing Address:** C/O ELB CAPITAL LLC, PO BOX 2277, GLENVIEW, IL 60026

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

**Property Address:** 7028 S WOODLAWN, CHICAGO, IL 60637

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/9/2006

**Recorded Date:** 8/18/2006

**Sale Price:** $ 85,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 42.75
City Transfer Tax: $ 641.25
Total Transfer Tax: $ 85.50

**Document Number:** 0623039015

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 20-23-409-050

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 68[69] SUBDIVISION: BROOKHAVEN

Brief Description: LOT68 EXC N15 FT THEREOF SOUTHEAST GROSSS SUB S23.569 AC PART W2 SE4 SEC23 TWP38N RNG14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEAT LAND TITLE CO

LAKE COUNTY, IL 8 RED HAW LN, LAKE ZURICH, IL 60047-2646

87 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: CHICAGO TITLE LAND TRUST CO; TRUST #1105258 (Company/Corporation), Trust

Buyer Mailing Address: C/O RICHARD LEAVITT, 20952 MIDDLETON, KILDEER, IL 60047

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 8 RED HAW LN, LAKE ZURICH, IL 60047-2646

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 11/21/2005

Recorded Date: 1/9/2006

Sale Price: $ 246,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 369.00

Document Number: 5927006

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 14-21-108-001

Legal Description: LOT: 1; BLOCK: 6; SUBDIVISION: OLD MILL GROVE UNIT 2; SEC/TWN/RNG/MERIDIAN: N2 S21T43NR10E 3P; RECORDER'S MAP REFERENCE: MB46 PG62

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

Case: 1:05-cv-07097 Document #: 345-11 Filed: 12/22/06 Page 42 of 46 PageID #:8260

COOK COUNTY, IL 3620 W 140TH ST, ROBBINS, IL 60472 ·

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CHICAGO TITLE & TRUST; TRUST #17535 (Company/Corporation), Trust

Buyer Mailing Address: C/O JEFFREY BLACKSON, PO BOX 771, WORTH, IL 60482

Seller: US BANK NA (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC FLOAT (Minor/Ward/Client)

Property Address: 3620 W 140TH ST, ROBBINS, IL 60472

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 10/25/2005

Recorded Date: 11/2/2005

Sale Price: $ 40,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 20.00
City Transfer Tax: $ 25.00
Total Transfer Tax: $ 40.00

Document Number: 0530639047

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 28-02-308-028

Legal Description: LOT: 13; BLOCK: 2; SUBDIVISION: GREENWOOD SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART E2SW4 S02T36NR13E 3P

Brief Description: HENRY E ROBBINS 4TH SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE GUARANTY CO

COOK COUNTY, IL 7440 S EVANS AVE, CHICAGO, IL 60619

85 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** CHICAGO TITLE LAND TRUST CO; LASALLE BANK (Company/Corporation); TRUST #117801-03 (Company/Corporation), Trust

**Buyer Mailing Address:** C/O DAVID GOLDMAN, 523 S PLYMOUTH CT, UNIT 204, CHICAGO, IL 60605

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC SERIE** (Minor/Ward/Client)

**Property Address:** 7440 S EVANS AVE, CHICAGO, IL 60619

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/21/2005

**Recorded Date:** 11/2/2005

**Sale Price:** $ 83,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 41.75
City Transfer Tax: $ 626.25
Total Transfer Tax: $ 83.50

**Document Number:** 0530639037

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 20-27-230-029

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 4[5] BLOCK: 2; SUBDIVISION: ASHFORD SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SE4 S27T38NR14E 3P

Brief Description: S2 LOT4 S2 LOT4 BROOKLINE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 10042 S LAFAYETTE, CHICAGO, IL 60628

84 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** CHICAGO TITLE & TRUST CO; TRUST #17478 (Company/Corporation), Trust

**Buyer Mailing Address:** 8659 W 95TH, HICKORY HILLS, IL 60457

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC** (Minor/Ward/Client)

**Property Address:** 10042 S LAFAYETTE, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/24/2005

**Recorded Date:** 10/28/2005

**Sale Price:** $ 80,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 40.00
City Transfer Tax: $ 600.00
Total Transfer Tax: $ 80.00

**Document Number:** 0530145056

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 25-09-414-035

**Legal Description:** LOT: 15; BLOCK: 2; SUBDIVISION: SECOND COTTAGE GROVE ADDITION TO ROSELAND; SEC/TWN/RNG/MERIDIAN: SE4 S09T37NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE CO

COOK COUNTY, IL 8559 S MARYLAND, CHICAGO, IL 60649

83 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** CHICAGO TITLE LAND TRUST CO; TRUST #17478 (Company/Corporation), Trust

**Buyer Mailing Address:** C/O FRONREIT PROPERTIES LLC, 393 E MONTROSE, UNIT 1, WOOD DALE, IL 60191

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Company/Corporation)

**Property Address:** 8559 S MARYLAND, CHICAGO, IL 60649

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/26/2005

**Recorded Date:** 9/13/2005

**Sale Price:** $ 110,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 55.00
City Transfer Tax: $ 825.00
Total Transfer Tax: $ 110.00

**Document Number:** 0525618007

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 20-35-310-057

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 25[26] BLOCK: 4; SUBDIVISION: ASHTONS SUBDIVISION

Brief Description: S8 1/3 FT LOT26 W30 AC S60 AC W2 SW4 SEC35 TWP38N RNG14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE CO

COOK COUNTY, IL 6614 S HERMITAGE AVE, CHICAGO, IL 60636

82 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** CHICAGO TITLE; TRUST #17478 (Company/Corporation), Trust

**Buyer Mailing Address:** 8659 W 95TH ST, HICKORY HILLS, IL 60457

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Property Address:** 6614 S HERMITAGE AVE, CHICAGO, IL 60636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/25/2005

**Recorded Date:** 6/3/2005

**Sale Price:** $ 80,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 40.00
City Transfer Tax: $ 600.00
Total Transfer Tax: $ 80.00

**Document Number:** 0515439019

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 20-19-228-025

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 6[7] BLOCK: 61; SUBDIVISION: DREXEL PARK; SEC/TWN/RNG/MERIDIAN: N2 S19T38NR14E 3P

Brief Description: LOT6 EXC N15 FT THEREOF & N20 FT LOT7

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE GUARANTY CO