Page 88

COOK COUNTY, IL 4258 W CAROL, CHICAGO, IL 60624  ·

80 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CHICAGO LAND DEVELOPERS GROUP INC (Company/Corporation)

Buyer Mailing Address: 640 N CICERO LN, CHICAGO, IL 60644

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

Property Address: 4258 W CAROL, CHICAGO, IL 60624

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 2/23/2005

Recorded Date: 3/15/2005

Sale Price: $ 90,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 45.00
City Transfer Tax: $ 675.00
Total Transfer Tax: $ 90.00

Document Number: 0507403084

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 16-10-401-019

Legal Description: LOT: 25; SEC/TWN/RNG/MERIDIAN: S2 S10T39NR13E 3P

Brief Description: RESUBDIVISION BLK 3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE CO

COOK COUNTY, IL 8542 S SEELEY, CHICAGO, IL 60620 ·

79 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** CHICAGO TITLE & TRUST CO; TRUST #17535 (Company/Corporation), Trust

**Buyer Mailing Address:** 10350 S OAK PARK AVE, CHICAGO RIDGE, IL 60415

**Seller:** DEUTSCHE BANK (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC FLOAT (Minor/Ward/Client); **BANKERS TRUST CO OF CALIFORNIA** f/k/a

**Property Address:** 8542 S SEELEY, CHICAGO, IL 60620

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 1/26/2005

**Recorded Date:** 2/9/2005

**Sale Price:** $ 108,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 54.00
City Transfer Tax: $ 810.00
Total Transfer Tax: $ 108.00

**Document Number:** 0504018069

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 20-31-319-023

**Legal Description:** LOT: 15; BLOCK: 10; SUBDIVISION: H O STONE & COS ROBEY STREET SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SW4 S31T38NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE CO

COOK COUNTY, IL 8010 S HARVARD AVE, CHICAGO, IL 60620

78 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CHICAGO TITLE & TRUST CO; TRUST #17172 (Company/Corporation), Trust

Buyer Mailing Address: C/O UNLIMITED OPTIONS INC, 3101 W 95TH ST, EVERGREEN PARK, IL 60805

Seller: US BANK NA (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC FLOAT (Minor/Ward/Client)

Property Address: 8010 S HARVARD AVE, CHICAGO, IL 60620

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/13/2003

Recorded Date: 1/14/2005

Document Number: 0501447154

Deed Type: RE-RECORDED DOCUMENT TO CORRECT NAME, DESC., ETC.

Assessor's Parcel Number: 20-33-208-027

Legal Description: LOT: 4; SUBDIVISION: FREDRICK H BARTLETTS STEWART AVENUE SUBDIVISION

Brief Description: PRIOR REF 0323719104 08/25/2003: RESUB LOTS1-5 BLK5 N25 AC W2 NE4 SEC33 TWP38N RNG14E 3P ALSO LOTS2-

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 8320 S DOBSON, UNIT G, CHICAGO, IL 60617

81 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CHICAGO TITLE & LAND TRUST CO; TRUST #1113113 (Company/Corporation), Trust

Buyer Mailing Address: 6666 N WESTERN AVE, CHICAGO, IL 60645

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S

Property Address: 8320 S DOBSON, UNIT G, CHICAGO, IL 60617

**************************** SALES INFORMATION ****************************

Sale Date: 3/8/2005

Recorded Date: 3/16/2005

Sale Price: $ 47,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 23.50
City Transfer Tax: $ 352.50
Total Transfer Tax: $ 47.00

Document Number: 0507518038

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 20-35-124-194

Legal Description: PARTIAL LOT; LOT: 1; SUBDIVISION: SANGERS RESUDBVISION

Brief Description: EAST13 FT 3" W70 FT 1" LOT1 LOTS1-3 LOTS20-27 BLK139 & LOTS1-7 & N2 LOTS1-6 BLK140 CORNELL W2 SEC26

**************************** MORTGAGE INFORMATION ****************************

Title Company: WHEATLAND TITLE GUARANTY CO

Page 84

KENDALL COUNTY, IL 13087 CHURCH RD, YORKVILLE, IL 60560

76 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KENDALL COUNTY, IL

**Buyer:** CHASE, WILLIAM; CHASE, MARY (Husband and Wife), Joint Tenancy

**Buyer Mailing Address:** 13087 CHURCH RD, YORKVILLE, IL 60560

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

**Property Address:** 13087 CHURCH RD, YORKVILLE, IL 60560

*************************** SALES INFORMATION ***************************

**Sale Date:** 5/17/2005

**Recorded Date:** 5/23/2005

**Sale Price:** $ 410,000 (Full Amount Computed From Transfer Tax)

**County Transfer Tax:** $ 205.00
**Total Transfer Tax:** $ 410.00

**Document Number:** 200500014187

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 08-11-226-002

**Legal Description:** CITY: LISBON; SEC/TWN/RNG/MERIDIAN: PART NE4 S11T35NR07E 3P

*************************** MORTGAGE INFORMATION ***************************

**Lender:** HARRIS TRUST & SAVINGS BANK

**Type of Mortgage:** FANNIE MAE/FREDDIE MAC; ADJUSTABLE RATE

**Loan Amount:** $ 328,000

**Rate:** 4.37 %

**Term:** 6/1/2035

**Title Company:** WHEATLAND TITLE

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

DUPAGE COUNTY, IL 3S170 S BROOKSIDE, WARRENVILLE, IL 60555

75 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

Buyer: CHANDLER JR, RALPH; CHANDLER, ERIKA (Husband and Wife), Joint Tenancy

Buyer Mailing Address: 3S170 S BROOKSIDE, WARRENVILLE, IL 60555

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Property Address: 3S170 S BROOKSIDE, WARRENVILLE, IL 60555

**************************** SALES INFORMATION ****************************

Sale Date: 9/21/2005

Recorded Date: 9/30/2005

Sale Price: $ 233,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 349.50

Document Number: R2005-218137

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 04-33-209-005

Legal Description: LOT: 883; SUBDIVISION: HURLINGHAM UNIT NINE; SEC/TWN/RNG/MERIDIAN: PART S28 33&34T39NR09E 3P

**************************** MORTGAGE INFORMATION ****************************

Lender: FIRST MAGNUS FINANCIAL CORP

Type of Mortgage: FANNIE MAE/FREDDIE MAC

Loan Amount: $ 209,700

Term: 10/1/2035

Title Company: WHEATLAND TITLE GUARANTY

**************************** PROPERTY DESCRIPTION ****************************

Land Use: PLANNED UNIT DEVELOPMENT

COOK COUNTY, IL 149 E 114TH PL, CHICAGO, IL 60643  ·

74 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CARSON, MARK (Single or Unmarried Man)

Buyer Mailing Address: 10904 S LOWE, CHICAGO, IL 60628

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 149 E 114TH PL, CHICAGO, IL 60643

**************************** SALES INFORMATION ****************************

Sale Date: 6/21/2005

Recorded Date: 6/29/2005

Sale Price: $ 85,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 42.50
City Transfer Tax: $ 637.50
Total Transfer Tax: $ 85.00

Document Number: 0518027067

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 25-22-119-018

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 41[40] BLOCK: 2; SUBDIVISION: E STANNWOODS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S2S2SW4NW4 S22T37NR14E 3P

Brief Description: WEST16 FT LOT40

**************************** MORTGAGE INFORMATION ****************************

Lender: MORTGAGE INVESTMENT LENDING ASSOC INC

Type of Mortgage: FANNIE MAE/FREDDIE MAC; ADJUSTABLE RATE

Loan Amount: $ 85,000

Rate: 6.35 %

Term: 7/1/2035

Title Company: WHEATLAND TITLE

**************************** PROPERTY DESCRIPTION ****************************

Land Use: SINGLE FAMILY RESIDENTIAL

MCHENRY COUNTY, IL 1735 ROUTE 176, CRYSTAL LAKE, IL 60014

72 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

Buyer: CARLANDER, JOHN M (Single Person)

Buyer Mailing Address: 1735 ROUTE 176, CRYSTAL LAKE, IL 60014

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Seller Mailing Address: 505 CITY PKY W, ORANGE, CA 92868

Property Address: 1735 ROUTE 176, CRYSTAL LAKE, IL 60014

**************************** SALES INFORMATION ****************************

Sale Date: 10/24/2005

Recorded Date: 11/3/2005

Sale Price: $ 160,000 (Full Amount)

Total Transfer Tax: $ 240.00

Document Number: 2005R0093626

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 15-19-331-046

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 17[20] BLOCK: 1; SEC/TWN/RNG/MERIDIAN: S19T44NR09E 3P; RECORDER'S MAP REFERENCE: MB5 PG47

Brief Description: N2 LOT20 FRANK E MERRILL & COMPANYS 1ST ADD BURTON BRIDGE BEACH

*************************** MORTGAGE INFORMATION ***************************

Lender: LIBERTYVILLE BANK & TRUST CO

Type of Mortgage: UNKNOWN; VARIABLE RATE

Loan Amount: $ 127,920

Rate: 4.14 %

Term: 11/1/2035

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 1038 N LOREL AVE, CHICAGO, IL 60651

71 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** CAPOBIANCO, JOE (Individual(s))

**Buyer Mailing Address:** 195 PEACHTREE LN, WEST CHICAGO, IL 60185

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

**Property Address:** 1038 N LOREL AVE, CHICAGO, IL 60651

*************************** SALES INFORMATION ***************************

**Sale Date:** 12/7/2005

**Recorded Date:** 12/12/2005

**Sale Price:** $ 135,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 67.50
City Transfer Tax: $ 1,012.50
Total Transfer Tax: $ 135.00

**Document Number:** 0534619008

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 16-04-312-025

**Legal Description:** LOT: 30; SUBDIVISION: HOGENSONS FIRST ADDITION

**Brief Description:** S2 W2 NE4 SW4 & S2 NW4 SW4 SEC04 TWP39N RNG13E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE GUARANTY CO

LAKE COUNTY, IL 2404 JOPPA AVE, ZION, IL 60099-2132 -

68 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: CANDELARIA, SANTOS (Individual(s))

Buyer Mailing Address: 2404 JOPPA AVE, ZION, IL 60099-2132

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC SERIE** (Company/Corporation)

Property Address: 2404 JOPPA AVE, ZION, IL 60099-2132

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 11/18/2004

Recorded Date: 1/21/2005

Sale Price: $ 139,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 208.50

Document Number: 5721475

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 04-20-222-010

Legal Description: PARTIAL LOT; LOT: 10; BLOCK: 50; SUBDIVISION: ZION CITY SUBDIVISION #9; SEC/TWN/RNG/MERIDIAN: S20T46NR12E 3P; RECORDER'S MAP REFERENCE: MB F PG36&37

Brief Description: NORTH50 FT LOT10

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: AMERICAS WHOLESALE LENDER

Type of Mortgage: NEW CONVENTIONAL LOAN

Loan Amount: $ 139,000

Term: 2/1/2035

Title Company: WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 3916 W ARTHINGTON ST, CHICAGO, IL 60624

67 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CALENDAR PROPERTIES LLC (Company/Corporation)

Buyer Mailing Address: PO BOX 1562, MELROSE PARK, IL 60161

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 3916 W ARTHINGTON ST, CHICAGO, IL 60624

**************************** SALES INFORMATION ****************************

Sale Date: 6/15/2005

Recorded Date: 6/29/2005

Sale Price: $ 162,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 81.00
City Transfer Tax: $ 1,215.00
Total Transfer Tax: $ 162.00

Document Number: 0518027070

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 16-14-313-041

Legal Description: LOT: 75; SUBDIVISION: CUMMINGS GARFIELD BOULEVARD ADDITION; SEC/TWN/RNG/MERIDIAN: W2SW4 S14T39NR13E 3P

Brief Description: LOT2 BLK3 & LOT2 BLK4 CIRCUIT COURT PARTITION

**************************** MORTGAGE INFORMATION ****************************

Lender: GEORGE WASHINGTON SAVINGS BANK

Type of Mortgage: UNKNOWN; VARIABLE RATE

Loan Amount: $ 159,900

Term: 6/1/2006

Title Company: WHEATLAND TITLE

DUPAGE COUNTY, IL 6N284 MEDINAH RD, MEDINAH, IL 60157

65 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

Buyer: BYS, ZDZISLAW (Individual(s))

Buyer Mailing Address: 22W217 BROKER RD, MEDINAH, IL 60157

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE
SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 6N284 MEDINAH RD, MEDINAH, IL 60157

**************************** SALES INFORMATION ****************************

Sale Date: 12/12/2005

Recorded Date: 12/15/2005

Sale Price: $ 282,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 423.00

Document Number: R2005-277496

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 02-11-407-020

Legal Description: LOT: 35; SUBDIVISION: BRANIGARS MEDINAH SPRING VALLEY UNIT #1;
SEC/TWN/RNG/MERIDIAN: PART SE4 S11T40NR10E 3P

**************************** MORTGAGE INFORMATION ****************************

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 600 E OLD WILLOW RD, UNIT 18, PROSPECT HEIGHTS, IL 60070

62 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BUKOWSKI, PETER (Single or Unmarried Man)

Buyer Mailing Address: 600 E OLD WILLOW RD, PROSPECT HEIGHTS, IL 60070

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 600 E OLD WILLOW RD, UNIT 18, PROSPECT HEIGHTS, IL 60070

*************************** SALES INFORMATION ***************************

Sale Date: 5/13/2006

Recorded Date: 6/7/2006

Sale Price: $ 148,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 74.00
Total Transfer Tax: $ 148.00

Document Number: 0615834064

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 03-24-102-013-1312

Legal Description: UNIT: 181; CITY: WHEELING; SUBDIVISION: QUINCY PARK CONDOMINIUM; SEC/TWN/RNG/MERIDIAN: PART SE4NW4 S24T42NR11E 3P

*************************** MORTGAGE INFORMATION ***************************

Lender: GREENPOINT MORTGAGE FUNDING INC

Type of Mortgage: FANNIE MAE/FREDDIE MAC; ADJUSTABLE RATE

Loan Amount: $ 118,300

Rate: 7.87 %

Term: 7/1/2036

Title Company: WHEATLAND TITLE

*************************** PROPERTY DESCRIPTION ***************************

Land Use: CONDOMINIUM

COOK COUNTY, IL 261 W 146TH ST, RIVERDALE, IL 60827-

61 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BUDA, ELENA (Married Woman)

Buyer Mailing Address: 2846 N LOTUS, CHICAGO, IL 60641

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client); AMC MORTGAGE SERVICES INC (Personal Representative)

Property Address: 261 W 146TH ST, RIVERDALE, IL 60827

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 7/25/2006

Recorded Date: 8/18/2006

Sale Price: $ 77,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 38.50
Total Transfer Tax: $ 77.00

Document Number: 0623039017

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 29-04-328-054

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 20[21] BLOCK: 81; SUBDIVISION: IVANHOE UNIT #4; SEC/TWN/RNG/MERIDIAN: S2 S04T36NR14E 3P

Brief Description: EAST5 FT LOT21 BRANIGAR BROTHERS SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: AMERICAS WHOLESALE LENDER

Type of Mortgage: NEW CONVENTIONAL LOAN

Loan Amount: $ 61,600

Term: 9/1/2036

Title Company: WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 7721 S HERMITAGE AVE, CHICAGO, IL 60620

59 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BROWN, MILLAUN M (Single or Unmarried Man)

Buyer Mailing Address: 7721 S HERMITAGE AVE, CHICAGO, IL 60620

Seller: WELLS FARGO BANK MINNESOTA NA (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation); FLOATING RATE PASS THROUGH CERTIFICATES (Company/Corporation)

Property Address: 7721 S HERMITAGE AVE, CHICAGO, IL 60620

*************************** SALES INFORMATION ***************************

Sale Date: 3/28/2005

Recorded Date: 4/18/2005

Sale Price: $ 260,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 130.00
City Transfer Tax: $ 1,950.00
Total Transfer Tax: $ 260.00

Document Number: 0510803098

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 20-25-216-010

Legal Description: PARTIAL LOT; LOT: 16; BLOCK: 1; SUBDIVISION: SOUTH BRYN MAWR; SEC/TWN/RNG/MERIDIAN: NE4 S25T38NR14E 3P

Brief Description: LOT16 EXC N5 FT THEREOF LOTS1-5&16-20 BLK6 STAVE & KLEMMS SUBUB

*************************** MORTGAGE INFORMATION ***************************

Lender: ABN AMRO MORTGAGE GROUP INC

Type of Mortgage: FANNIE MAE/FREDDIE MAC

Loan Amount: $ 208,000

Term: 4/1/2035

Title Company: WHEATLAND TITLE GUARANTY CO

*************************** PROPERTY DESCRIPTION ***************************

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 4627 S LANGLEY, CHICAGO, IL 60653 .

57 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** BROWN, EUGENE (Individual(s))

**Buyer Mailing Address:** 129 VALLEYWOOD, STEGER, IL 60475

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Company/Corporation)

**Property Address:** 4627 S LANGLEY, CHICAGO, IL 60653

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 1/24/2005

**Recorded Date:** 4/26/2005

**Sale Price:** $ 225,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 112.50
City Transfer Tax: $ 1,687.50
Total Transfer Tax: $ 225.00

**Document Number:** 0511644046

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 20-03-427-010

**Legal Description:** LOT: 34; BLOCK: 2; SUBDIVISION: CIRCUIT COURT PARTITION SUBDIVISION

**Brief Description:** EAST 15.08 CHAINS S2 SE4 SEC03 TWP38N RNG14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** BAUMAN MORTGAGE CORP

**Type of Mortgage:** UNKNOWN

**Loan Amount:** $ 360,000

**Term:** 7/24/2005

**Title Company:** WHEATLAND TITLE GUARANTY CO

COOK COUNTY, IL 14147 S SCHOOL ST, RIVERDALE, IL 60827

52 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BRASSEL, SAMUEL (Individual(s))

Buyer Mailing Address: 518 OGLESBY, CALUMET CITY, IL 60409

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 14147 S SCHOOL ST, RIVERDALE, IL 60827

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/22/2006

Recorded Date: 8/31/2006

Sale Price: $ 58,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 29.00
Total Transfer Tax: $ 58.00

Document Number: 0624332035

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 29-04-115-046

Legal Description:  MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 23[22] BLOCK: 7; SUBDIVISION: CROCKER & HARPERS RIVERDALE ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: SE4NW4 S04T36NR14E 3P

Brief Description: NORTH3 FT 11" LOT22

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: NEW CENTURY MORTGAGE CORP

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 52,200

Rate: 9.77 %

Term: 9/1/2036

Title Company: WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

MCHENRY COUNTY, IL 4903 MCCULLOM LAKE RD, MC HENRY, IL 60050

51 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

Buyer: BRAND, RYAN J (Individual(s))

Buyer Mailing Address: 4903 MCCULLOM LAKE RD, MC HENRY, IL 60050

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Seller Mailing Address: 505 CITY PKY W, ORANGE, CA 92868

Property Address: 4903 MCCULLOM LAKE RD, MC HENRY, IL 60050

**************************** SALES INFORMATION ****************************

Sale Date: 6/21/2006

Recorded Date: 7/10/2006

Sale Price: $ 155,000 (Full Amount)

Total Transfer Tax: $ 232.50

Document Number: 2006R0049917

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 09-22-102-017 (Multiple APNs appear on the Conveying Instrument)

Legal Description: LOT: 19; BLOCK: 14; SUBDIVISION: MCCULLOM LAKE ESTATES; SEC/TWN/RNG/MERIDIAN: PART NE4 S21T45NR08E 3P; RECORDER'S MAP REFERENCE: MB6 PG90&91

Brief Description: N2 SEC22 TWP45N RNG08E 3P

*************************** MORTGAGE INFORMATION ***************************

Lender: SOVEREIGN BANK

Type of Mortgage: UNKNOWN

Loan Amount: $ 142,000

Term: 7/1/2036

Title Company: WHEATLAND TITLE

*************************** PROPERTY DESCRIPTION ***************************

Land Use: SINGLE FAMILY RESIDENTIAL

LAKE COUNTY, IL 32310 PRAIRIE VIEW LN, LAKEMOOR, IL 60051

50 of 875 DOCUMENTS

### \*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

### PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: BRADY, MOLLY (Individual(s))

Buyer Mailing Address: 32310 PRAIRIE VIEW LN, LAKEMOOR, IL 60051

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S (Company/Corporation)

Property Address: 32310 PRAIRIE VIEW LN, LAKEMOOR, IL 60051

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 10/26/2006

Recorded Date: 11/8/2006

Sale Price: $ 200,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 300.00

Document Number: 6087598

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 05-33-302-033

Legal Description: LOT: 34; SUBDIVISION: BURNSIDES LAKEMOOR FARMS PHASE 1; SEC/TWN/RNG/MERIDIAN: PART NW4 S04T44NR09E 3P

Brief Description: PART W2 SEC33 TWP45N RNG09E 3P & PART E2 SEC32 TWP45N RNG09E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE

COOK COUNTY, IL 519 N LARAMIE, CHICAGO, IL 60644 ·

48 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BOATRIGHT, MONTY; THE 2005 LARAMIE TRUST (Minor/Ward/Client), Trust

Buyer Mailing Address: 4653 N MILWAUKEE, CHICAGO, IL 60630

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 519 N LARAMIE, CHICAGO, IL 60644

*************************** SALES INFORMATION ***************************

Sale Date: 2/10/2005

Recorded Date: 6/7/2005

Sale Price: $ 126,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 63.25
City Transfer Tax: $ 948.75
Total Transfer Tax: $ 126.50

Document Number: 0515844030

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 16-09-216-017

Legal Description: LOT: 29; BLOCK: 2; SUBDIVISION: WALLERS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NE4 S09T39NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE GUARANTY

COOK COUNTY, IL 19000 JOHN AVE, COUNTRY CLUB HILLS, IL-60478

47 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BLAIN, MARK (Single or Unmarried Man)

Buyer Mailing Address: 19000 JOHN AVE, COUNTRY CLUB HILLS, IL 60478

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

Property Address: 19000 JOHN AVE, COUNTRY CLUB HILLS, IL 60478

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 10/6/2005

Recorded Date: 10/21/2005

Sale Price: $ 125,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 62.50
City Transfer Tax: $ 675.00
Total Transfer Tax: $ 125.00

Document Number: 0529410040

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 31-03-314-026

Legal Description: LOT: 99; SUBDIVISION: COUNTRY CLUB HILLS UNIT #7; SEC/TWN/RNG/MERIDIAN: S2SW4 S03T35NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: FIFTH THIRD MORTGAGE CO

Type of Mortgage: FANNIE MAE/FREDDIE MAC

Loan Amount: $ 118,750

Term: 11/1/2035

Title Company: WHEATLAND TITLE CO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 741 S HALSTED ST, CHICAGO HEIGHTS, IL 60411

44 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BEASLEY, TOMMIE L (Married Person)

Buyer Mailing Address: 741 S HALSTED ST, CHICAGO HEIGHTS, IL 60411

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Property Address: 741 S HALSTED ST, CHICAGO HEIGHTS, IL 60411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 2/9/2005

Recorded Date: 3/15/2005

Sale Price: $ 83,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 41.75
City Transfer Tax: $ 360.00
Total Transfer Tax: $ 83.50

Document Number: 0507403081

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 32-16-306-060

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 21-23; BLOCK: 44; SUBDIVISION: PERCY WILSONS SOUTHGATE ADDITION TO ARTERIAL HILL; SEC/TWN/RNG/MERIDIAN: PART NW4SW4 S16T35NR14E 3P

Brief Description: LOT21 EXC N20 FT THEREOF & N15 FT LOT23

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: COLDWELL BANKER MORTGAGE

Type of Mortgage: UNKNOWN

Loan Amount: $ 83,500

Term: 3/1/2035

Title Company: WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 14202 S SPRINGFIELD, CRESTWOOD, IL 60445

36 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** BANKERS TRUST CO OF CALIFORNIA NA (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC FLOAT (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, ORANGE, CA 92868

**Seller:** OVERMAN, ROBERT (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #03 CH 5736

**Property Address:** 14202 S SPRINGFIELD, CRESTWOOD, IL 60445

**************************** SALES INFORMATION ****************************

**Sale Date:** 5/19/2006

**Recorded Date:** 10/2/2006

**Document Number:** 0627531074

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-02-319-012

**Legal Description:** LOT: 1; BLOCK: 3; SUBDIVISION: A T MCINTOSHS MIDLOTHIAN MANOR; SEC/TWN/RNG/MERIDIAN: W2NW4 S11T36NR13E 3P

**Brief Description:** SW4 SW4 SEC02 TWP36N RNG13E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE CO

WILL COUNTY, IL 503 DUBOIS CIR, BOLINGBROOK, IL 60440

20 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

Buyer: B&R HOMES INC (Company/Corporation)

Buyer Mailing Address: PO BOX 1219, BOLINGBROOK, IL 60440

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

Property Address: 503 DUBOIS CIR, BOLINGBROOK, IL 60440

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 1/25/2005

Recorded Date: 2/16/2005

Sale Price: $ 130,500 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 982.50
Total Transfer Tax: $ 195.75

Document Number: R2005027597

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 12-02-02-312-051

Legal Description: LOT: 2; SEC/TWN/RNG/MERIDIAN: PART SW4 S02T37NR10E 3P

Brief Description: AREA46 CENTEX WINSTON CORPORATION BOLINGBROOK TOWNHOMES UN5 NW4 SEC11 TWP37N RNG10E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: WHEATLAND TITLE GUARANTY

COOK COUNTY, IL 5112 S WOODLAWN, UNIT 3I, CHICAGO, IL 60615

16 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: ATCIL, ABDURRAHMAN (Individual(s))

Buyer Mailing Address: 5112 S WOODLAWN, UNIT 3I, CHICAGO, IL 60615

Seller: DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

Property Address: 5112 S WOODLAWN, UNIT 3I, CHICAGO, IL 60615

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 1/4/2006

Recorded Date: 2/1/2006

Sale Price: $ 145,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 72.50
City Transfer Tax: $ 1,087.50
Total Transfer Tax: $ 145.00

Document Number: 0603234098

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 20-11-305-016-1030

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 1,4,5[8] BLOCK: 1; UNIT: 3-I; SUBDIVISION: EGANDALE

Brief Description: LOT1 EXC N17 FT THEREOF & N2 LOT8 E118 AC SW4 SEC11 TWP38N RNG14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: COUNTRYWIDE HOME LOANS INC

Type of Mortgage: NEW CONVENTIONAL LOAN; ADJUSTABLE RATE

Loan Amount: $ 130,410

Rate: 8.62 %

Term: 2/1/2036

Title Company: WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

COOK COUNTY, IL 13521 S KOSTNER AVE, CRESTWOOD, IL 60445

15 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** ANNERINO, MICHAEL (Individual(s)); DIMIS, LOUIE (Individual(s))

**Buyer Mailing Address:** 5914 W 90TH PL, OAK LAWN, IL 60453

**Seller:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC SERIE (Minor/Ward/Client)

**Property Address:** 13521 S KOSTNER AVE, CRESTWOOD, IL 60445

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/16/2005

**Recorded Date:** 3/24/2005

**Sale Price:** $ 126,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 63.00
Total Transfer Tax: $ 126.00

**Document Number:** 0508318013

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 28-03-200-028

**Legal Description:** LOT: 1; SUBDIVISION: BUSHS RESUBDIVISION

Brief Description: SOUTH447 FT 9 1/2" LOT2 ARTHUR MCINTOSH & COMPANYS 135TH STREET FARMS W2 W2 NE4 & E60 AC NW4 SEC36 T

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE GUARANTY CO

Case: 1:05-cv-07097 Document #: 345-12 Filed: 12/22/06 Page 27 of 33 PageID #:7793

COOK COUNTY, IL 15548 S ELM AVE, SOUTH HOLLAND, IL 60473

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer: AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S (Company/Corporation)

**Seller: DABROWSKI** (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 16858

Property Address: 15548 S ELM AVE, SOUTH HOLLAND, IL 60473

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 2/27/2006

Recorded Date: 4/4/2006

Document Number: 0609431067

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 29-15-204-001

Legal Description: LOT: 46; SUBDIVISION: PARK TERRACE SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S10&15T36NR14E 3P

Brief Description: PART VAN VURENS SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

Case: 1:05-cv-07097 Document #: 345-12 Filed: 12/22/06 Page 28 of 33 PageID #:7794

COOK COUNTY, IL 6228 S PAULINA, CHICAGO, IL 60636 ·

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** ALVAREZ SONS INC (Company/Corporation)

**Buyer Mailing Address:** C/O ANTHONY N PANZILA, 3604 W IRVING PARK, CHICAGO, IL 60613

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Property Address:** 6228 S PAULINA, CHICAGO, IL 60636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/10/2005

**Recorded Date:** 8/17/2005

**Sale Price:** $ 65,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 32.50
City Transfer Tax: $ 487.50
Total Transfer Tax: $ 65.00

**Document Number:** 0522932074

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 20-18-429-029

**Legal Description:** LOT: 12; BLOCK: 6; SUBDIVISION: ENGLEWOOD ON THE HILL; SEC/TWN/RNG/MERIDIAN: SE4SE4 S18T38NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 3127 MORGAN, STEGER, IL 60475-1074-

7 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** ALEMAN, JUAN P (Single or Unmarried Man)

**Buyer Mailing Address:** 3127 MORGAN, STEGER, IL 60475

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation)

**Property Address:** 3127 MORGAN, STEGER, IL 60475-1074

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/17/2005

**Recorded Date:** 7/7/2005

**Sale Price:** $ 133,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 66.50
Total Transfer Tax: $ 133.00

**Document Number:** 0518839055

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 32-32-408-012 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 35[36] BLOCK: 15; SUBDIVISION: KEENEYS SECOND ADDITION TO COLUMBIA HEIGHTS; SEC/TWN/RNG/MERIDIAN: N2SE4 S32T35NR14E 3P

Brief Description: NW4 SW4 SEC33 TWP35N RNG14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** AMERICAS WHOLESALE LENDER

**Type of Mortgage:** NEW CONVENTIONAL LOAN; ADJUSTABLE RATE

**Loan Amount:** $ 132,900

**Rate:** 6.80 %

**Term:** 7/1/2035

**Title Company:** WHEATLAND TITLE GUARANTY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 3441 N KILPATRICK, CHICAGO, IL 60641

5 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD** FOR COOK COUNTY, IL

Buyer: ALANIS, EDILIA (Individual(s))

Buyer Mailing Address: 3441 N KILPATRICK, CHICAGO, IL 60641

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

Property Address: 3441 N KILPATRICK, CHICAGO, IL 60641

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/20/2005

Recorded Date: 10/5/2005

Sale Price: $ 324,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 162.00
City Transfer Tax: $ 2,430.00
Total Transfer Tax: $ 324.00

Document Number: 0527818022

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 13-22-309-010

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 34[35] BLOCK: 2; SUBDIVISION: E L SMITHS ADDITION TO IRVING PARK

Brief Description: NORTH9 FT LOT34 N2 E40 AC W2 SW4 SEC22 TWP40N RNG13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: TAYLOR BEAN & WHITAKER MORTGAGE CORP

Type of Mortgage: FANNIE MAE/FREDDIE MAC

Loan Amount: $ 307,800

Term: 10/1/2035

Title Company: WHEATLAND TITLE GUARANTY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

Page 3

KANE COUNTY, IL 282 W HARVARD CIR, SOUTH ELGIN, IL 60177

3 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

Buyer: ADDISON, STEPHAN W (Single Person)

Buyer Mailing Address: 22W410 GLENDALE TER, MEDINAH, IL 60157

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC (Company/Corporation)

Property Address: 282 W HARVARD CIR, SOUTH ELGIN, IL 60177

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 5/27/2005

Recorded Date: 6/6/2005

Sale Price: $ 250,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 375.00

Document Number: 2005K063356

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 06-34-327-050

Legal Description:  LOT: 749; SUBDIVISION: WILDMEADOW UNIT ONE; SEC/TWN/RNG/MERIDIAN: PART SW4 S34T41NR08E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: JPMORGAN CHASE BANK NA

Type of Mortgage: FANNIE MAE/FREDDIE MAC; ADJUSTABLE RATE

Loan Amount: $ 224,820

Term: 6/1/2035

Title Company: WHEATLAND TITLE GUARANTY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 22163 BROOKWOOD DR, SAUK VILLAGE, IL 60411

2 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: ADAMS, STEVE (Individual(s))

Buyer Mailing Address: 22163 BROOKWOOD DR, SAUK VILLAGE, IL 60411

Seller: DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

Property Address: 22163 BROOKWOOD DR, SAUK VILLAGE, IL 60411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 3/17/2006

Recorded Date: 3/31/2006

Sale Price: $ 92,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 46.25
Total Transfer Tax: $ 92.50

Document Number: 0609018087

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 33-30-304-011

Legal Description: LOT: 11; SUBDIVISION: INDIAN HILL SUBDIVISION UNIT #8; SEC/TWN/RNG/MERIDIAN: PART S2SW4 S30T35NR15E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: WMC MORTGAGE CORP

Type of Mortgage: FANNIE MAE/FREDDIE MAC; ADJUSTABLE RATE

Loan Amount: $ 74,000

Rate: 7.77 %

Term: 4/1/2036

Title Company: WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 8359 S OGLESBY AVE, CHICAGO, IL 60617

1 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD** FOR COOK COUNTY, IL

Buyer: ABRAMS, ROBERT (Individual(s))

Buyer Mailing Address: 281 FOX HILL DR, BUFFALO GROVE, IL 60089

Seller: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE MORTGAGE SECURITIES** (Minor/Ward/Client)

Property Address: 8359 S OGLESBY AVE, CHICAGO, IL 60617

*************************** SALES INFORMATION ****************************

Sale Date: 1/6/2006

Recorded Date: 1/13/2006

Sale Price: $ 111,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 55.75
City Transfer Tax: $ 836.25
Total Transfer Tax: $ 111.50

Document Number: 0601303034

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 20-36-406-021

Legal Description: LOT: 48; SUBDIVISION: E B SHOGREN & COMPANYS JEFFREY HIGHLANDS; SEC/TWN/RNG/MERIDIAN: S36T38NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

Title Company: WHEATLAND TITLE GUARANTY