# EXHIBIT R

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ABDULLAH, NAJLA B (Single or Unmarried Woman)

**Buyer Mailing Address:** 5303 S WINCHESTER, CHICAGO, IL 60649

**Seller:** SURRATT, MARIETTA (Single or Unmarried Woman)

**Property Address:** 5303 S WINCHESTER, CHICAGO, IL 60649

**************************** **SALES INFORMATION** *****************************

**Sale Date:** 9/11/2006

**Recorded Date:** 9/13/2006

**Sale Price:** $ 143,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 71.50
City Transfer Tax: $ 1,072.50
Total Transfer Tax: $ 143.00

**Document Number:** 0625642125

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 20-07-417-002

**Legal Description:** LOT: 47; BLOCK: 1; SUBDIVISION: POLLACKS GARFIELD BOULEVARD ADDITION; SEC/TWN/RNG/MERIDIAN: W2SE4 S06T38NR14E 3P

Brief Description: SUBDIVISION BLKS46&47 STONE & WHITNEYS SUB & N2 W2 SE4 SEC07 TWP38N RNG14E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 114,400

**Rate:** 9.05 %

**Term:** 10/1/2036

**Title Company:** CHICAGO TITLE INSURANCE CO

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ABDULLAH, MAJED (Married Man)

**Buyer Mailing Address:** 6232 W 157TH ST, OAK FOREST, IL 60452

**Seller:** HAMDAN, REEM

**Property Address:** 5332 S HERMITAGE AVE, CHICAGO, IL 60609

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 9/15/2006

**Recorded Date:** 10/13/2006

**Sale Price:** $ 180,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 90.00
City Transfer Tax: $ 1,350.00
Total Transfer Tax: $ 180.00

**Document Number:** 0628657010

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 20-07-420-014

**Legal Description:** PARTIAL LOT; LOT: 13; BLOCK: 2; SUBDIVISION: HEDENBERGS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: NW4SE4SE4 S07T38NR14E 3P

Brief Description: LOT13 EXC N1 FT THEREOF

************************** **MORTGAGE INFORMATION** **************************

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN

**Loan Amount:** $ 162,000

**Term:** 10/1/2036

**Title Company:** LAW TITLE INSURANCE

************************** **PROPERTY DESCRIPTION** **************************

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ABRAHAM, NINOS A (Single or Unmarried Man)

**Buyer Mailing Address:** 5549 N KIMBALL, CHICAGO, IL 60059

**Seller:** 3731 N ST LOUIS LLC (Company/Corporation)

**Property Address:** 2150 N CENTRAL PARK, UNIT 2S, CHICAGO, IL 60647

**************************** **SALES INFORMATION** *****************************

**Sale Date:** 9/18/2006

**Recorded Date:** 9/22/2006

**Sale Price:** $ 215,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 107.50
City Transfer Tax: $ 1,612.50
Total Transfer Tax: $ 215.00

**Document Number:** 0626540208

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 13-35-120-022

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 1[2] SUBDIVISION: HENRY B FARGOS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: E2NW4 S35T40NR13E 3P

Brief Description: UNIT2150-2S 2148-50 N CENTRAL PARK CONDO & E2 LOT2 & N2 BLK5 HAMBLETONS SUB

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 172,000

**Rate:** 8.80 %

**Term:** 10/1/2036

**Title Company:** NONE AVAILABLE

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** CONDOMINIUM

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ADENIJI, GABRIEL (Single Person)

**Buyer Mailing Address:** 943 OLIVE RD, UNIT 1B, HOMEWOOD, IL 60430

**Seller:** STROHMEIER, MICHAEL G; STROHMEIER, MARIA M (Husband and Wife)

**Property Address:** 943 OLIVE RD, UNIT 1B, HOMEWOOD, IL 60430

**************************** **SALES INFORMATION** ******************************

**Sale Date:** 9/8/2006

**Recorded Date:** 10/5/2006

**Sale Price:** $ 74,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 37.00
Total Transfer Tax: $ 74.00

**Document Number:** 0627805033

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 29-32-407-032-1038

**Legal Description:** UNIT: 943-1B; SUBDIVISION: THE HOMEWOOD TERRACE CONDOMINIUMS I; SEC/TWN/RNG/MERIDIAN: SE4 S32T36NR14E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 70,300

**Rate:** 7.35 %

**Term:** 10/1/2036

**Title Company:** FIRST AMERICAN TITLE INS CO

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** CONDOMINIUM

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ADENIYI, MICHAEL (Married Man)

**Buyer Mailing Address:** 619 E 87TH ST, CHICAGO, IL 60621

**Seller:** RICHARD, IDELLA M (Widow/Widower)

**Property Address:** 619 E 87TH ST, CHICAGO, IL 60621

**************************** **SALES INFORMATION** *****************************

**Sale Date:** 8/17/2006

**Recorded Date:** 9/21/2006

**Sale Price:** $ 195,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 97.50
City Transfer Tax: $ 1,462.50
Total Transfer Tax: $ 195.00

**Document Number:** 0626440187

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 25-03-202-008

**Legal Description:** LOT: 8; BLOCK: 12; SUBDIVISION: L E CRANDALLS ADDITION TO DAUPHIN PARK; SEC/TWN/RNG/MERIDIAN: E2NE4 S03T37NR14E 3P

Brief Description: SUBDIVISION BLKS11-14 DAUPHIN PARK ADD

**************************** **MORTGAGE INFORMATION** ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 156,000

**Rate:** 8.70 %

**Term:** 9/1/2036

**Title Company:** ATG

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** AGUAYO, MARIO A (Married Man)

**Buyer Mailing Address:** 3700 W 86TH PL, CHICAGO, IL 60652

**Seller:** AGUAYO, MARIO A (Married Man); PEREZ, HUGO (Single or Unmarried Man)

**Seller Mailing Address:** 3700 W 86TH PL, CHICAGO, IL 60652

**Property Address:** 3700 W 86TH PL, CHICAGO, IL 60652

****************************** SALES INFORMATION ******************************

**Sale Date:** 7/26/2006

**Recorded Date:** 9/5/2006

**Document Number:** 0624848024

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 19-35-333-055

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 243[244] SUBDIVISION: 87TH & CRAWFORD HIGHLANDS; SEC/TWN/RNG/MERIDIAN: S2SW4 S35T38NR13E 3P

Brief Description: EAST10 FT LOT244 LOTS1-3 HATLEY & ROYERS SUB

***************************** MORTGAGE INFORMATION *****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE; ADJUSTABLE RATE

**Loan Amount:** $ 186,400

**Rate:** 7.80 %

**Term:** 8/1/2036

**Title Company:** LAW TITLE OAK BROOK

***************************** PROPERTY DESCRIPTION *****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

**MORTGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** AGUIRRE, LUIS F (Single or Unmarried Man)

**Property Address:** 1085 VALLEY LN 114, HOFFMAN ESTATES, IL 60194

**Property Use:** CONDOMINIUM UNIT

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/18/2006

**Document Number:** 0626102060

**Assessor's Parcel Number:** 07-16-200-046-1231

**Legal Description:** LOT: 1; UNIT: 8-114; SUBDIVISION: HOFFMAN ESTATES APARTMENTS; SEC/TWN/RNG/MER: NE4 S16T41NR10E 3P

Brief Description: STEEPLE HILL CONDO

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 75,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 9.17 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** **RIDER INFORMATION** **********

ADJUSTABLE RATE RIDER: ATTACHED

********** **GEOGRAPHICAL INFORMATION** **********

Page 11

AGUIRRE, LUIS F

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)
Cook County, Illinois (FIPS=17031)
(14160017031)

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

**MORTGAGE RECORD FOR** MADISON COUNTY, IL

**Borrower(s):** AHART, VICTOR J

**Property Address:** 225 PINE ST, EDWARDSVILLE, IL 62025

**Property Use:** SINGLE FAMILY RESIDENCE

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/27/2006

**Document Number:** 2006R51338

**Assessor's Parcel Number:** 14-2-15-11-13-302-002

**Legal Description:** LOT: 42; SUBDIVISION: JACOB W TERRYS ADDITION TO EDWARDSVILLE

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 50,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 8.80 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** **RIDER INFORMATION** **********

ADJUSTABLE RATE RIDER: ATTACHED

********** **GEOGRAPHICAL INFORMATION** **********

**MSA:** St Louis, MO-IL MSA (7040)
Madison County, Illinois (FIPS=17119)
(704017119)

Page 13

AHART, VICTOR J

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** AHMANN, DAVID (Married Man); QUINLAN, CYRIL (Married Man); AHMANN, JOSEPH (Married Man), Tenants in Common

**Buyer Mailing Address:** 1409 ELK TRL, CARY, IL 60013

**Seller:** REGATTA LLC (Company/Corporation)

**Seller Mailing Address:** 303 E WACKER DR, UNIT 2750, CHICAGO, IL 60601

**Property Address:** 420 E WATERSIDE DR, UNIT 505, CHICAGO, IL 60601

**************************** **SALES INFORMATION** *****************************

**Sale Date:** 9/11/2006

**Recorded Date:** 9/21/2006

**Sale Price:** $ 322,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 161.25
City Transfer Tax: $ 2,418.75
Total Transfer Tax: $ 322.50

**Document Number:** 0626405172

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 17-10-318-048 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 6[5] UNIT: 505; SUBDIVISION: LAKESHORE EAST SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4 S10T39NR14E 3P

Brief Description: REGATTA CONDO & E20 FT LOT5

*************************** **MORTGAGE INFORMATION** **************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 291,485

**Rate:** 7.80 %

**Term:** 10/1/2036

**Title Company:** NEAR NORTH NATIONAL TITLE

*************************** **PROPERTY DESCRIPTION** **************************

Page 15

COOK COUNTY, IL 420 E WATERSIDE DR, UNIT 505, CHICAGO, IL 60601

**Land Use:** GENERAL RESIDENTIAL

10 of 901 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ALBA, CARLOS; OLVERA, NILDA (Husband and Wife), Joint Tenancy

**Buyer Mailing Address:** 9349 MCVICKER AVE, OAK LAWN, IL 60453

**Seller:** ALBA, CARLOS (Married Man)

**Seller Mailing Address:** 9349 MCVICKER AVE, OAK LAWN, IL 60453

**Property Address:** 9349 MCVICKER AVE, OAK LAWN, IL 60453

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 8/14/2006

**Recorded Date:** 9/6/2006

**Document Number:** 0624948002

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 24-05-304-018 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 20[21] BLOCK: 2; SUBDIVISION: RICHARD GOLDMANS OAK LAWN MANOR; SEC/TWN/RNG/MERIDIAN: E2SE4SW4 S05T37NR13E 3P

************************** **MORTGAGE INFORMATION** **************************

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE; ADJUSTABLE RATE

**Loan Amount:** $ 262,200

**Rate:** 7.99 %

**Term:** 9/1/2036

**Title Company:** LAW TITLE OAK BROOK

************************** **PROPERTY DESCRIPTION** **************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ALBA, CARLOS; OLVERA, NILDA (Husband and Wife), Joint Tenancy

**Buyer Mailing Address:** 9349 S MCVICKER, OAK LAWN, IL 60453

**Seller:** ALBA, CARLOS (Married Man)

**Seller Mailing Address:** 9349 S MCVICKER, OAK LAWN, IL 60453

**Property Address:** 8243 S COLES AVE, CHICAGO, IL 60617

**************************** **SALES INFORMATION** *****************************

**Sale Date:** 8/23/2006

**Recorded Date:** 9/20/2006

**Document Number:** 0626347194

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 21-31-232-018

**Legal Description:** LOT: 18; BLOCK: 7; SUBDIVISION: A B MEEKERS ADDITION TO HYDE PARK; SEC/TWN/RNG/MERIDIAN: SE4NE4 S31T38NR15E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE; ADJUSTABLE RATE

**Loan Amount:** $ 122,400

**Rate:** 8.80 %

**Term:** 9/1/2036

**Title Company:** LAW TITLE INSURANCE

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

***** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY *****

**MORTGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** ALVAREZ, JUAN E

**Property Address:** 3007 S CENTRAL PARK, CHICAGO, IL 60623

**Property Use:** SINGLE FAMILY RESIDENCE

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/19/2006

**Document Number:** 0626249065

**Assessor's Parcel Number:** 16-26-424-003

**Legal Description:** LOT: 94; SUBDIVISION: STEELS SUBDIVISION; SEC/TWN/RNG/MER: SE4E2SW4 S26T39NR13E 3P

Brief Description: SUBDIVISION BLK21

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 210,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 8.80 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** **RIDER INFORMATION** **********

ADJUSTABLE RATE RIDER: ATTACHED

********** **GEOGRAPHICAL INFORMATION** **********

Page 19

ALVAREZ, JUAN E

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)
Cook County, Illinois (FIPS=17031)
(14160017031)

***** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY *****

**MORTGAGE RECORD FOR** KANE COUNTY, IL

**Borrower(s):** AMAYA, FRANUEL

**Property Address:** 927 DUNCAN AVE, ELGIN, IL 60120

**Property Use:** SINGLE FAMILY RESIDENCE

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/27/2006

**Document Number:** 2006K105680

**Assessor's Parcel Number:** 06-12-252-004

**Legal Description:** LOT: 7; BLOCK: 2; CITY: ELGIN; SUBDIVISION: GRAND VIEW ADDITION TO ELGIN

Brief Description: PRIOR REF 2005K036186 04/01/2005

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 180,336

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 7.90 %

**Due Date:** 3/1/2035

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.00 %

********** **RIDER INFORMATION** **********

ADJUSTABLE RATE RIDER: ATTACHED

********** **GEOGRAPHICAL INFORMATION** **********

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)
Kane County, Illinois (FIPS=17089)
(14160017089)

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** DUPAGE COUNTY, IL

**Buyer:** ANASTASI, JAMES; ANASTASI, KIMBERLY (Husband and Wife)

**Buyer Mailing Address:** 1436 COLLEGE LN S, WHEATON, IL 60187

**Seller:** LINDEMULDER, MICHELLE M (Single or Unmarried Woman)

**Seller Mailing Address:** 1436 COLLEGE LN S, WHEATON, IL 60187

**Property Address:** 1436 COLLEGE LN S, WHEATON, IL 60187

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 9/5/2006

**Recorded Date:** 10/13/2006

**Sale Price:** $ 280,000 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 700.00
Total Transfer Tax: $ 420.00

**Document Number:** R2006-198476

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 05-27-310-004

**Legal Description:** LOT: 458; SUBDIVISION: BRIARCLIFFE UNIT #2; SEC/TWN/RNG/MERIDIAN: PART S2 S27T39NR10E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 224,000

**Rate:** 7.40 %

**Term:** 10/1/2036

**Title Company:** BAIRD & WARNER TITLE SERVICE

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** DUPAGE COUNTY, IL

**Buyer:** ANDERS, SANDORA (Single or Unmarried Woman)

**Buyer Mailing Address:** 1123 S EDGEWOOD AVE, LOMBARD, IL 60148

**Seller:** GMAC GLOBAL RELOCATION SERVICES INC (Company/Corporation)

**Property Address:** 1123 S EDGEWOOD AVE, LOMBARD, IL 60148

***************************** **SALES INFORMATION** *****************************

**Sale Date:** 9/19/2006

**Recorded Date:** 11/8/2006

**Sale Price:** $ 600,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 900.00

**Document Number:** R2006-217217

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 06-17-405-034

**Legal Description:** LOT: 2; SUBDIVISION: VANESSAS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SE4 S17T39NR11E 3P

Brief Description: LOT11 HOEPNERS SUB

**************************** **MORTGAGE INFORMATION** ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 479,920

**Rate:** 6.32 %

**Term:** 11/1/2036

**Title Company:** GAT

**************************** **PROPERTY DESCRIPTION** ****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** DUPAGE COUNTY, IL

**Buyer:** ANZALDI, SHARON A (Single or Unmarried Woman)

**Buyer Mailing Address:** 201 LAKE HINSDALE DR, UNIT 306, WILLOWBROOK, IL 60527

**Seller:** SIRVA RELOCATION LLC (Company/Corporation)

**Property Address:** 201 LAKE HINSDALE DR, UNIT 306, WILLOWBROOK, IL 60527

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 9/13/2006

**Recorded Date:** 11/3/2006

**Sale Price:** $ 315,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 472.50

**Document Number:** R2006-213005

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 09-23-108-028

**Legal Description:** LOT: 3; UNIT: 306; SUBDIVISION: LAKE HINSDALE VILLAGE; SEC/TWN/RNG/MERIDIAN: PART NW4 S23T38NR11E 3P

Brief Description: LAKE HINSDALE VILLAGE CONDO BLDG J-C CLUSTERS I&J

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 299,250

**Rate:** 10.90 %

**Term:** 11/1/2036

**Title Company:** STEWART TITLE COMPANY

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** CONDOMINIUM

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** DUPAGE COUNTY, IL

**Buyer:** APREZA, MARCOS (Married Man)

**Buyer Mailing Address:** 308 KIMBERLY CT, AURORA, IL 60504

**Seller:** AHMED, MARIA (Single or Unmarried Woman); GAYOSO, AMINA (Single or Unmarried Woman)

**Property Address:** 308 KIMBERLY CT, AURORA, IL 60504

**************************** **SALES INFORMATION** *****************************

**Sale Date:** 9/20/2006

**Recorded Date:** 9/27/2006

**Sale Price:** $ 195,000 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 585.00
Total Transfer Tax: $ 292.50

**Document Number:** R2006-187867

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 07-20-411-009

**Legal Description:** LOT: 4; SUBDIVISION: FOX VALLEY EAST REGION I UNIT #15; SEC/TWN/RNG/MERIDIAN: PART SE4 S20T38NR09E 3P

Brief Description: RESUBDIVISION LOT4 & PART SW4 SEC21 TWP38N RNG09E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN

**Loan Amount:** $ 156,000

**Term:** 10/1/2036

**Title Company:** CHICAGO TITLE INSURANCE CO

************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** PLANNED UNIT DEVELOPMENT

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ARCHIE, ROBERT D (Single Person)

**Buyer Mailing Address:** 23 E 116TH ST, CHICAGO, IL 60628

**Seller:** DARR, LINDA (Married Woman)

**Seller Mailing Address:** 1515 LINDEN RD, HOMEWOOD, IL 60430

**Property Address:** 38 E WELLS AVE, HARVEY, IL 60426

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 9/22/2006

**Recorded Date:** 11/3/2006

**Sale Price:** $ 150,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 75.00
Total Transfer Tax: $ 150.00

**Document Number:** 0630757177

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 29-08-106-036

**Legal Description:** LOT: 15; SUBDIVISION: BELLAIRE ANNEX #1; SEC/TWN/RNG/MERIDIAN: PART W2NW4 S08T36NR14E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 149,900

**Rate:** 9.90 %

**Term:** 10/1/2036

**Title Company:** NONE AVAILABLE

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

19 of 901 DOCUMENTS

**Law Bulletin Publishing Company**

***** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY *****

**CIRCUIT COURT OF** COOK COUNTY, ILLINOIS - CHANCERY DIVISION

**PLAINTIFF:** Argent Mortgage Co

**DEFENDANT:** Brom; Jiri
2125-29 W Washington Condominiums Inc

**ASSESSORS PARCEL NUMBER:** 17-07-326-007-0000

**PROPERTY ADDRESS:** 2129 W Washington Blvd Unit A
Chicago, IL 60612-2368

**CASE NAME:** Argent Mortgage Co v. Brom; Jiri, et al.

**CASE NUMBER:** 06CH 0019618

**FILING DATE:** 9/20/2006

**TYPE:** FORECLOSURE ACTION - Mortgage

**NOTE AMOUNT:** $ 256,500.00

**BALANCE OWED:** $ 256,500.00

**ATTORNEY:** Ira T Nevel
Telephone No.:312-357-1125

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** KANE COUNTY, IL

**Buyer:** ARIZA, MARIA (Individual(s))

**Buyer Mailing Address:** 158 SIOUX AVE, CARPENTERSVILLE, IL 60110

**Seller:** WALTERS, LESTER L (Widow/Widower)

**Property Address:** 158 SIOUX AVE, CARPENTERSVILLE, IL 60110

***************************** **SALES INFORMATION** *****************************

**Sale Date:** 9/15/2006

**Recorded Date:** 10/23/2006

**Sale Price:** $ 140,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 210.00

**Document Number:** 2006K115362

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 03-12-252-009

**Legal Description:** LOT: 30; BLOCK: 25; CITY: CARPENTERSVILLE; SUBDIVISION: GOLF VIEW HIGHLANDS ADDITION TO MEADOWDALE UNIT #5; SEC/TWN/RNG/MERIDIAN: SW4NE4 PART NW4 S12T42NR08E 3P

Brief Description: SUBDIVISION OUTLOTS B&A

**************************** **MORTGAGE INFORMATION** ****************************

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 112,000

**Rate:** 9.30 %

**Term:** 10/1/2036

**Title Company:** ATTORNEYS TITLE GUARANTY FUN

**************************** **PROPERTY DESCRIPTION** ****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**MORTGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** ARMSTRONG, KENNETH (Married Man as his sole and separate property)

**Property Address:** 532 WENTWORTH AVE, CALUMET CITY, IL 60409

**Property Use:** SINGLE FAMILY RESIDENCE

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/29/2006

**Document Number:** 0627242020

**Assessor's Parcel Number:** 30-08-307-017

**Legal Description:** LOT: 1[2] SUBDIVISION: FREITAGS SECOND OAK ADD TO VILLAGE OF WEST HAMMOND; SEC/TWN/RNG/MER: PART SW4 S08T35NR15E 3P

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 189,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 7.65 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** **RIDER INFORMATION** **********

ADJUSTABLE RATE RIDER: ATTACHED

********** **GEOGRAPHICAL INFORMATION** **********

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)

Page 30

ARMSTRONG, KENNETH

Cook County, Illinois (FIPS=17031)
(14160017031)

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**MORTGAGE RECORD FOR** WILL COUNTY, IL

**Borrower(s):** ARROYO, CLAUDIA (Married Person)

**Property Address:** 307 HICKORY AVE, ROMEOVILLE, IL 60446

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/25/2006

**Document Number:** R2006161140

**Assessor's Parcel Number:** 04-04-207-021

**Legal Description:** LOT: 21; BLOCK: 2; SUBDIVISION: HAMPTON PARK SUBDIVISION #10; SEC/TWN/RNG/MER: NE4 S04T36NR10E 3P

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 39,700

**Loan Type:** STAND ALONE SECOND

**Due Date:** 10/1/2036

********** **GEOGRAPHICAL INFORMATION** **********

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)
Will County, Illinois (FIPS=17197)
(14160017197)

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** ARROYO, CLAUDIA (Married Person)

**Buyer Mailing Address:** 307 HICKORY, ROMEOVILLE, IL 60446

**Seller:** HULVEY, NANCY E (Single Person); SALYERS, MELISSA (Single Person)

**Property Address:** 307 HICKORY, ROMEOVILLE, IL 60446

**************************** **SALES INFORMATION** ******************************

**Sale Date:** 8/25/2006

**Recorded Date:** 9/25/2006

**Sale Price:** $ 198,500 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 695.00
Total Transfer Tax: $ 297.75

**Document Number:** R2006161138

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 04-04-207-021

**Legal Description:** LOT: 21; BLOCK: 2; SUBDIVISION: HAMPTON PARK SUBDIVISION #10; SEC/TWN/RNG/MERIDIAN: NE4 S04T36NR10E 3P

**************************** **MORTGAGE INFORMATION** ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 158,800

**Rate:** 8.05 %

**Term:** 10/1/2036

**Title Company:** FIRST AMERICAN TITLE

**************************** **PROPERTY DESCRIPTION** ****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ARTEAGA, ALEJANDRO (Married Man)

**Buyer Mailing Address:** 4830 WOLFRAM, CHICAGO, IL 60641

**Seller:** ARTEAGA, DANIEL; ARTEAGA, ALEJANDRO

**Seller Mailing Address:** 4830 WOLFRAM, CHICAGO, IL 60641

**Property Address:** 4830 WOLFRAM, CHICAGO, IL 60641

*************************** **SALES INFORMATION** ****************************

**Sale Date:** 8/23/2006

**Recorded Date:** 9/19/2006

**Document Number:** 0626201150

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 13-28-227-025

**Legal Description:** LOT: 16; BLOCK: 3; SUBDIVISION: FALCONERS SECOND ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: S2NE4 S28T40NR13E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE; ADJUSTABLE RATE

**Loan Amount:** $ 405,000

**Rate:** 9.10 %

**Term:** 9/1/2036

**Title Company:** CHICAGO TITLE INSURANCE CO

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

25 of 901 DOCUMENTS

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ASHLEY, PHILLIP; ASHLEY, VICKIE R (Husband and Wife)

**Buyer Mailing Address:** 1125 E 90TH ST, CHICAGO, IL 60619

**Seller:** CHICAGO TITLE LAND TRUST CO (Trustee/Conservator); TRUST #1112891

**Seller Mailing Address:** 181 W MADISON ST 17TH FLR, CHICAGO, IL 60602

**Property Address:** 1125 E 90TH ST, CHICAGO, IL 60619

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 9/21/2006

**Recorded Date:** 11/14/2006

**Sale Price:** $ 105,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 52.50
City Transfer Tax: $ 787.50
Total Transfer Tax: $ 105.00

**Document Number:** 0631820179

**Deed Type:** DEED

**Assessor's Parcel Number:** 25-02-117-009

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 1[2] BLOCK: 4; SUBDIVISION: BAIRD & ROWLANDS SUBDIVISION

Brief Description: E2 LOT2 BLKS1-8 CALUMET & CHICAGO CANAL & DOCK COMPANYS SUB W3/4 S2 SE4 NW4 PART NW4 SW4 & W3/4 N2 &

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 116,250

**Rate:** 7.40 %

**Term:** 11/1/2036

**Title Company:** NONE AVAILABLE

*************************** **PROPERTY DESCRIPTION** ***************************

COOK COUNTY, IL 1125 E 90TH ST, CHICAGO, IL 60619

**Land Use:** SINGLE FAMILY RESIDENTIAL

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

**Buyer:** ASHMORE, JEANETTE M (Married Person)

**Buyer Mailing Address:** 27 N POINT PL, FOX LAKE, IL 60020

**Seller:** MAJEWSKI, RICHARD A (Married Person)

**Property Address:** 27 N POINT PL, FOX LAKE, IL 60020

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 8/25/2006

**Recorded Date:** 9/22/2006

**Sale Price:** $ 258,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 387.00

**Document Number:** 6062084

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 05-11-221-009

**Legal Description:** LOT: 11; SUBDIVISION: POINT PLACE SUBDIVISION; SEC/TWN/RNG/MERIDIAN: N2 S11T46NR09E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 232,200

**Rate:** 8.70 %

**Term:** 9/1/2036

**Title Company:** REPUBLIC TITLE COMPANY

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** AVILES, JULIAN; AVILES, SAMANTHA (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 465 MAJOR, NORTHLAKE, IL 60164

**Seller:** SCHMIDT, DOUGLAS B; SCHMIDT, ESTHER J (Husband and Wife)

**Property Address:** 465 MAJOR, NORTHLAKE, IL 60164

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 9/11/2006

**Recorded Date:** 11/6/2006

**Sale Price:** $ 278,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 139.00
Total Transfer Tax: $ 278.00

**Document Number:** 0631002022

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 12-32-205-020

**Legal Description:** LOT: 17; BLOCK: 2; SUBDIVISION: WILLIAM HABER DEVELOPMENT

Brief Description: SOUTH20 AC E2 NE4 SEC32 TWP40N RNG12E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN

**Loan Amount:** $ 222,400

**Term:** 10/1/2036

**Title Company:** PREMIER TITLE

************************** **PROPERTY DESCRIPTION** **************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

***** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY *****

**MORTGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** BAASANKHUU, DELEGPIL (Single Person or Individual)

**Property Address:** 2604 W GLENLAKE AVE 2, CHICAGO, IL 60659

**Property Use:** CONDOMINIUM UNIT

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/29/2006

**Document Number:** 0627240036

**Assessor's Parcel Number:** 13-01-219-049-1009

**Legal Description:** LOT: 17[18] BLOCK: 3; UNIT: 2604-2; SUBDIVISION: THOMAS J GRADYS GREEN BRIAR ADD TO NORTH EDGEWATER

Brief Description: PARKING SPACE P-1 ROCKWELL CORNERS CONDO E20 AC E2W2 NE4 SEC01 TWP40N RNG13E 3P

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 34,800

**Loan Type:** STAND ALONE SECOND

**Due Date:** 10/1/2036

********** **GEOGRAPHICAL INFORMATION** **********

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)
Cook County, Illinois (FIPS=17031)
(14160017031)

***** THIS DATA IS FOR INFORMATION PURPOSES ONLY *****

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** BAASANKHUU, DELEGPIL (Single Person)

**Buyer Mailing Address:** 2604 W GLENLAKE, UNIT 2, CHICAGO, IL 60659

**Seller:** ROCKWELL PARTNERS LLC (Company/Corporation)

**Property Address:** 2604 W GLENLAKE, UNIT 2, CHICAGO, IL 60659

****************************** **SALES INFORMATION** ******************************

**Sale Date:** 9/14/2006

**Recorded Date:** 9/29/2006

**Sale Price:** $ 174,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 87.00
City Transfer Tax: $ 1,305.00
Total Transfer Tax: $ 174.00

**Document Number:** 0627240034

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 13-01-219-049-1009 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 17[18] BLOCK: 3; UNIT: 2604-2; SUBDIVISION: THOMAS J GRADYS GREEN BRIAR ADD TO NORTH EDGEWATER

Brief Description: PARKING SPACE P-1 ROCKWELL CORNERS CONDO E20 AC E2 W2 NE4 SEC01 TWP40N RNG13E 3P

**************************** **MORTGAGE INFORMATION** ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 139,200

**Rate:** 8.30 %

**Term:** 10/1/2036

**Title Company:** PNTN

**************************** **PROPERTY DESCRIPTION** ****************************

**Land Use:** CONDOMINIUM