BAGEANIS, LOUIS

30 of 901 DOCUMENTS

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

**MORTGAGE RECORD FOR** WINNEBAGO COUNTY, IL

**Borrower(s):** BAGEANIS, LOUIS

**Property Address:** 2619 YONGE ST, ROCKFORD, IL 61101

**Property Use:** MULTI-FAMILY DWELLING (2-4 UNIT) BUILDING

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/26/2006

**Document Number:** 0657710

**Assessor's Parcel Number:** 11-15-276-050

**Legal Description:** LOT: 10; BLOCK: 1; SUBDIVISION: PLAT OF GLENNY & UPSONS SUBDIVISION; SEC/TWN/RNG/MER: PART NE4 S15T44NR01E 3P

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 65,577

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 9.30 %

**Due Date:** 10/1/2036

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** **RIDER INFORMATION** **********

ADJUSTABLE RATE RIDER: ATTACHED

********** **GEOGRAPHICAL INFORMATION** **********

**MSA:** Rockford, IL MSA (6880)
   Winnebago County, Illinois (FIPS=17201)
   (688017201)

LAKE COUNTY, IL 1009 HELM HOLZ AVE, WAUKEGAN, IL 60086

31 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: BAHENA, AUGUSTIN (Individual(s)); HINOJOSA, RAQUEL (Individual(s)); BAHENA, AGUSTIN a/k/a

Buyer Mailing Address: 1009 HELM HOLZ AVE, WAUKEGAN, IL 60086

Seller: BAHENA, JESUS

Property Address: 1009 HELM HOLZ AVE, WAUKEGAN, IL 60086

*************************** SALES INFORMATION ****************************

Sale Date: 8/23/2006

Recorded Date: 9/1/2006

Document Number: 6052543

Deed Type: QUIT CLAIM DEED

Assessor's Parcel Number: 08-28-302-048

Legal Description: LOT: 16-18; SUBDIVISION: COUNTY CLERKS PLAT; SEC/TWN/RNG/MERIDIAN: SW4 S28T45NR12E 3P; RECORDER'S MAP REFERENCE: MB K PG70

*************************** MORTGAGE INFORMATION ***************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 144,000

Rate: 9.05 %

Term: 9/1/2036

Title Company: NATIONS TITLE AGENCY OF MISS

*************************** PROPERTY DESCRIPTION ***************************

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 4941 N HARLEM AVE, UNIT 3, CHICAGO, IL 60656

32 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BAJREKTAREVIC, IZUDIN (Individual(s))

Buyer Mailing Address: 4941 N HARLEM AVE, UNIT 3, CHICAGO, IL 60656

Seller: POTOK, KRZYSZTOF (Married Man)

Property Address: 4941 N HARLEM AVE, UNIT 3, CHICAGO, IL 60656

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/8/2006

Recorded Date: 9/13/2006

Sale Price: $ 248,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 124.00
City Transfer Tax: $ 1,860.00
Total Transfer Tax: $ 248.00

Document Number: 0625645003

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 13-07-335-031-1045

Legal Description: LOT: 4-11; UNIT: 4941-3; SUBDIVISION: FIRST ADDITION TO KATHERINE MILLERS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SW4SW4 S07T40NR13E 3P

Brief Description: AVENUE CONDOS HARLEM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 198,400

Rate: 8.80 %

Term: 10/1/2036

Title Company: ALLIANCE TITLE COMPANY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

LAKE COUNTY, IL 2417 PHILLIP DR, ZION, IL 60099

33 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: BALAY SR, ROLANDO C; BALAY, BELINDA (Husband and Wife), Tenants By Entireties

Buyer Mailing Address: 2417 PHILLIP DR, ZION, IL 60099

Seller: BALAY SR, ROLANDO C (Married Person); BALAY JR, ROLANDO P (Single Person)

Seller Mailing Address: 2417 PHILLIP DR, ZION, IL 60099

Property Address: 2417 PHILLIP DR, ZION, IL 60099

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/18/2006

Recorded Date: 10/23/2006

Document Number: 6078421

Deed Type: INTRA-FAMILY TRANSACTION

Assessor's Parcel Number: 04-19-204-013

Legal Description: LOT: 24; SUBDIVISION: SHEPHERDS CROSSING PHASE ONE;
SEC/TWN/RNG/MERIDIAN: NE4 S19T46NR12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: **ARGENT MORTGAGE** COMPANY LLC

Type of Mortgage: STAND ALONE REFINANCE

Loan Amount: $ 214,000

Term: 10/1/2036

Title Company: PRIME TITLE AGENCY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 2558 W HURON, CHICAGO, IL 60612

34 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BARAN, GALINA (Married Person)

Buyer Mailing Address: 2427 W ERIE ST, CHICAGO, IL 60612

Seller: 2558 W HURON INC (Company/Corporation)

Property Address: 2558 W HURON, CHICAGO, IL 60612

*************************** SALES INFORMATION ***************************

Sale Date: 9/29/2006

Recorded Date: 10/6/2006

Sale Price: $ 630,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 315.00
City Transfer Tax: $ 4,725.00
Total Transfer Tax: $ 630.00

Document Number: 0627931015

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 16-12-206-023

Legal Description: LOT: 76; SUBDIVISION: WRIGHT & WEBSTERS SUBDIVISION;
SEC/TWN/RNG/MERIDIAN: NE4 S12T39NR13E 3P

Brief Description: SUBDIVISION BLK2

*************************** MORTGAGE INFORMATION ***************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 504,000

Rate: 7.50 %

Term: 10/1/2036

Title Company: CTIC

*************************** PROPERTY DESCRIPTION ***************************

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

BARNES, IRMA J

35 of 901 DOCUMENTS

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

**MORGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** BARNES, IRMA J (Single or Unmarried Woman)

**Property Address:** 419 S EAST AVE 1C, OAK PARK, IL 60302

**Property Use:** CONDOMINIUM UNIT

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/29/2006

**Document Number:** 0627246036

**Assessor's Parcel Number:** 16-07-420-018-1003

**Legal Description:** LOT: 4; UNIT: 1C; SUBDIVISION: D J KENNEDYS RESUBDIVISION; SEC/TWN/RNG/MER: SW4SE4 S07T39NR13E 3P

Brief Description: EVERGREEN EAST CONDO LOTS2 4&6 FRINK & COLEMANS SUB BLK6 OGDEN & JONES SUB

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 109,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 8.07 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** **RIDER INFORMATION** **********

ADJUSTABLE RATE RIDER: ATTACHED

BARNES, IRMA J

\*\*\*\*\*\*\*\*\*\* **GEOGRAPHICAL INFORMATION** \*\*\*\*\*\*\*\*\*\*

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Cook County, Illinois (FIPS=17031)
     (14160017031)

BARRERA, GERARDO

36 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

MORTGAGE RECORD FOR COOK COUNTY, IL

Borrower(s): BARRERA, GERARDO (Single or Unmarried Man)

Property Address: 3253 W LELAND AVE 3, CHICAGO, IL 60625

Property Use: CONDOMINIUM UNIT

********** RECORDER'S INFORMATION **********

Recording Date: 9/29/2006

Document Number: 0627213091

Assessor's Parcel Number: 13-14-207-036-1003

Legal Description: LOT: 18; BLOCK: 13; UNIT: 3; SUBDIVISION: NORTHWEST LAND ASSOCIATION SUBDIVISION; SEC/TWN/RNG/MER: E2NE4 S14T40NR13E 3P

Brief Description: 3253 E LELAND CONDO

********** MORTGAGE INFORMATION **********

Mortgage Type: NON-PURCHASE MONEY

Lender: **ARGENT MORTGAGE** COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 248,000

Loan Type: UNDETERMINED

Type of Financing: ADJUSTABLE RATE

Interest Rate: 8.65 %

Due Date: 9/1/2036

Adjustable Index: LONDON INTER-BANK OFFER RATE (LIBOR)

Rate Change: SIX MONTHS OR SEMI-ANNUALLY

Change Index: 4.50 %

********** RIDER INFORMATION **********

ADJUSTABLE RATE RIDER: ATTACHED

********** GEOGRAPHICAL INFORMATION **********

BARRERA, GERARDO

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)
Cook County, Illinois (FIPS=17031)
(14160017031)

BARRERA, GERARDO

37 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\*

MORTGAGE RECORD FOR COOK COUNTY, IL

Borrower(s): BARRERA, GERARDO (Single or Unmarried Man)

Property Address: 3253 W LELAND AVE 3, CHICAGO, IL 60625

Property Use: CONDOMINIUM UNIT

\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*

Recording Date: 9/29/2006

Document Number: 0627213092

Assessor's Parcel Number: 13-14-207-036-1003

Legal Description: LOT: 18; BLOCK: 13; UNIT: 3; SUBDIVISION: NORTHWEST LAND ASSOCIATION SUBDIVISION; SEC/TWN/RNG/MER: E2NE4 S14T40NR13E 3P

Brief Description: 3253 E LELAND CONDO

\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*

Mortgage Type: NON-PURCHASE MONEY

Lender: ARGENT MORTGAGE COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 62,000

Loan Type: STAND ALONE SECOND

Due Date: 9/1/2036

\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*

MSA: Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Cook County, Illinois (FIPS=17031)
      (14160017031)

COOK COUNTY, IL 3300 W IRVING PARK RD, UNIT J-2, CHICAGO, IL 60618

38 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** BECKER, MIKE (Single or Unmarried Man); BUCKLEY, NICOLE (Single or Unmarried Woman), Joint Tenancy

**Buyer Mailing Address:** 3300 W IRVING PARK RD, UNIT J-2, CHICAGO, IL 60618

**Seller:** DIVERSEY LLC (Company/Corporation)

**Property Address:** 3300 W IRVING PARK RD, UNIT J-2, CHICAGO, IL 60618

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/1/2006

**Recorded Date:** 9/15/2006

**Sale Price:** $ 285,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 142.50
City Transfer Tax: $ 2,137.50
Total Transfer Tax: $ 285.00

**Document Number:** 0625826175

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 13-14-429-043

**Legal Description:** LOT: 25-32; BLOCK: 8; UNIT: J-2; SUBDIVISION: WILLIAM H CONDONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2E2SE4 S14T40NR13E 3P

Brief Description: UNIT G-47 IRVING PLACE CONDOS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 227,920

**Rate:** 7.25 %

**Term:** 10/1/2036

**Title Company:** MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 14733 RIVERSIDE DR, SOUTH HOLLAND, IL 60473

39 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BEEKS, LILLIAN (Married Person)

Buyer Mailing Address: 14733 RIVERSIDE DR, SOUTH HOLLAND, IL 60473

Seller: MORGAN, LILLIAN

Property Address: 14733 RIVERSIDE DR, SOUTH HOLLAND, IL 60473

*************************** SALES INFORMATION ***************************

Sale Date: 8/25/2006

Recorded Date: 9/21/2006

Document Number: 0626405096

Deed Type: QUIT CLAIM DEED

Assessor's Parcel Number: 29-09-306-036

Legal Description:  PARTIAL LOT; LOT: 4; SUBDIVISION: ROBERTSONS RIVERSIDE SUBDIVISION; SEC/TWN/RNG/MERIDIAN: POR SW4 S09T36NR14E 3P

Brief Description: LOT4 EXC N10 FT THEREOF

*************************** MORTGAGE INFORMATION ***************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 96,000

Rate: 9.85 %

Term: 9/1/2036

Title Company: FIRST AMERICAN TITLE INS CO

*************************** PROPERTY DESCRIPTION ***************************

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 454 HYDE PARK, HILLSIDE, IL 60162

40 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** BELMONTE, ANTONIO; BELMONTE, MARTHA (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 454 HYDE PARK, HILLSIDE, IL 60162

**Seller:** CEDILLO, SERVANDO P; CEDILLO, IRMA A (Husband and Wife)

**Property Address:** 454 HYDE PARK, HILLSIDE, IL 60162

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/19/2006

**Recorded Date:** 9/25/2006

**Sale Price:** $ 196,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 98.25
City Transfer Tax: $ 1,473.75
Total Transfer Tax: $ 196.50

**Document Number:** 0626808015

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 15-08-433-024

**Legal Description:** PARTIAL LOT; LOT: 25; SUBDIVISION: J H WHITESIDE & COMPANYS MADISON STREET ADDITION; SEC/TWN/RNG/MERIDIAN: PART SE4 S08T39NR12E 3P

Brief Description: LOT25 EXC S250 FT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 157,200

**Rate:** 7.37 %

**Term:** 10/1/2036

**Title Company:** TICOR TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

WILL COUNTY, IL 2446 WALSH WAY, UNIT 3A, JOLIET, IL 60435

41 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** BERRYMAN, EUGENE (Single or Unmarried Man)

**Buyer Mailing Address:** 2446 WALSH WAY, UNIT 3A, JOLIET, IL 60435

**Seller:** GOLIMOWSKI, STEPHEN E; GOLIMOWSKI, KATHLEEN A (Husband and Wife)

**Seller Mailing Address:** 419 TOWN PLACE CIR, BUFFALO GROVE, IL

**Property Address:** 2446 WALSH WAY, UNIT 3A, JOLIET, IL 60435

*************************** SALES INFORMATION ***************************

**Sale Date:** 8/30/2006

**Recorded Date:** 9/18/2006

**Sale Price:** $ 97,500 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 294.00
Total Transfer Tax: $ 146.25

**Document Number:** R2006156585

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 05-06-12-222-035-1022

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 1-3; UNIT: 304-B; SUBDIVISION: GLENWAY SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NE4 S12T35NR09E 3P

Brief Description: INWOOD MANOR CONDOS & W11 FT LOT3

*************************** MORTGAGE INFORMATION ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 97,500

**Rate:** 11.65 %

**Term:** 9/1/2036

**Title Company:** NONE AVAILABLE

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 10030 S VAN VLISSINGEN, CHICAGO, IL 60617

42 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** BOWEN, ANGELA (Single Person)

**Buyer Mailing Address:** 10030 S VAN VLISSINGEN, CHICAGO, IL 60617

**Seller:** WILLIAMS, LEE

**Property Address:** 10030 S VAN VLISSINGEN, CHICAGO, IL 60617

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/16/2006

**Recorded Date:** 9/5/2006

**Sale Price:** $ 135,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 67.50
City Transfer Tax: $ 1,012.50
Total Transfer Tax: $ 135.00

**Document Number:** 0624820250

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 25-12-449-023

**Legal Description:** LOT: 23; SUBDIVISION: VANS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2SE4 S12T37NR14E 3P

Brief Description: BLOCK15 CALUMETS TRUSTS SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 128,250

**Rate:** 9.95 %

**Term:** 9/1/2036

**Title Company:** AGTF INC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 5219 W RACE AVE, CHICAGO, IL 60644

43 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BRANSON, OTIS; RAMSEY, ROSIE L (Husband and Wife); RAMSEY, MARVA R (Individual(s)), Joint Tenancy

Buyer Mailing Address: 5219 W RACE AVE, CHICAGO, IL 60644

Seller: RAMSEY, ROSIE L (Married Woman); RAMSEY, MARVA R (Single or Unmarried Woman)

Seller Mailing Address: 5219 W RACE AVE, CHICAGO, IL 60644

Property Address: 5219 W RACE AVE, CHICAGO, IL 60644

**************************** SALES INFORMATION ****************************

Sale Date: 9/14/2006

Recorded Date: 9/27/2006

Document Number: 0627049060

Deed Type: INTRA-FAMILY TRANSACTION

Assessor's Parcel Number: 16-09-120-014

Legal Description: LOT: 38; BLOCK: 2; SUBDIVISION: STEVENS ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: E2SE4NW4 S09T39NR13E 3P

**************************** MORTGAGE INFORMATION ****************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: STAND ALONE REFINANCE; ADJUSTABLE RATE

Loan Amount: $ 187,000

Rate: 9.20 %

Term: 10/1/2036

Title Company: ACQT

**************************** PROPERTY DESCRIPTION ****************************

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 1253 W 115TH ST, CHICAGO, IL 60643

44 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** BRAZZILLE, HENRY B (Single or Unmarried Man)

**Buyer Mailing Address:** 1253 W 115TH ST, CHICAGO, IL 60643

**Seller:** BRAZZILLE, MARIE (Widow/Widower); BRAZZILLE, HENRY B (Single or Unmarried Man)

**Seller Mailing Address:** 1253 W 115TH ST, CHICAGO, IL 60643

**Property Address:** 1253 W 115TH ST, CHICAGO, IL 60643

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/18/2006

**Recorded Date:** 9/14/2006

**Document Number:** 0625746110

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 25-20-306-003

**Legal Description:** LOT: 8; BLOCK: 1; SUBDIVISION: FREDERICK H BARTLETTS GREATER CALUMET SUB CHICAGO; SEC/TWN/RNG/MERIDIAN: S2 S20T37NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE

**Loan Amount:** $ 79,000

**Term:** 9/1/2036

**Title Company:** MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 4929 W VAN BUREN, CHICAGO, IL 60624

45 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BRIM, JUSTIN (Individual(s))

Buyer Mailing Address: 4929 W VAN BUREN, CHICAGO, IL 60624

Seller: BOSTON, RAYMOND (Single or Unmarried Man)

Property Address: 4929 W VAN BUREN, CHICAGO, IL 60624

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/18/2006

Recorded Date: 10/20/2006

Sale Price: $ 326,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 163.25
City Transfer Tax: $ 2,448.75
Total Transfer Tax: $ 326.50

Document Number: 0629320158

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 16-16-220-009

Legal Description: LOT: 30; SUBDIVISION: CARTER H HARRISONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART S16T39NR13E 3P

Brief Description: LOTS20&21 SCHOOL TRUSTEES SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 326,500

Rate: 9.90 %

Term: 10/1/2036

Title Company: NONE AVAILABLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

BROOKS, BARBARA J

46 of 901 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** \*\*\*

**MORTGAGE RECORD FOR** COOK COUNTY, IL

Borrower(s): BROOKS, BARBARA J (Single Person or Individual)

Property Address: 5152 ARQUILLA DR, RICHTON PARK, IL 60471

Property Use: SINGLE FAMILY RESIDENCE

\*\*\*\*\*\*\*\*\*\* **RECORDER'S INFORMATION** \*\*\*\*\*\*\*\*\*\*

Recording Date: 9/18/2006

Document Number: 0626105036

Assessor's Parcel Number: 31-33-208-011

Legal Description: LOT: 210; SUBDIVISION: BURNSIDES LAKEWOOD MANOR UNIT #6; SEC/TWN/RNG/MER: NE4 & PART NW4 S33T35NR13E 3P

\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*

Mortgage Type: NON-PURCHASE MONEY

Lender: ARGENT MORTGAGE COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 120,250

Loan Type: UNDETERMINED

Type of Financing: ADJUSTABLE RATE

Interest Rate: 8.90 %

Due Date: 10/1/2036

Adjustable Index: LONDON INTER-BANK OFFER RATE (LIBOR)

Rate Change: SIX MONTHS OR SEMI-ANNUALLY

Change Index: 4.50 %

\*\*\*\*\*\*\*\*\*\* **RIDER INFORMATION** \*\*\*\*\*\*\*\*\*\*

ADJUSTABLE RATE RIDER: ATTACHED

\*\*\*\*\*\*\*\*\*\* **GEOGRAPHICAL INFORMATION** \*\*\*\*\*\*\*\*\*\*

MSA: Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)

BROOKS, BARBARA J

Cook County, Illinois (FIPS=17031)
 (14160017031)

COOK COUNTY, IL 1539 S KOMENSKY, CHICAGO, IL 60618

47 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** BROWN, ALONZO; BROWN, SHEILA H (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 1539 S KOMENSKY, CHICAGO, IL 60618

**Seller:** MARTINEZ, OLIVIA (Married Woman)

**Property Address:** 1539 S KOMENSKY, CHICAGO, IL 60618

**************************** SALES INFORMATION ****************************

**Sale Date:** 6/23/2006

**Recorded Date:** 9/15/2006

**Sale Price:** $ 235,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 117.50
City Transfer Tax: $ 1,762.50
Total Transfer Tax: $ 235.00

**Document Number:** 0625802206

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 16-22-230-013

**Legal Description:** LOT: 34; BLOCK: 8; SUBDIVISION: OUR HOME ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: E2NE4 S22T39NR13E 3P

**************************** MORTGAGE INFORMATION ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 223,250

**Rate:** 8.45 %

**Term:** 7/1/2036

**Title Company:** MULTIPLE

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 326 TODD, PARK FOREST, IL 60466

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** BROWN, LEWIS; BROWN, VALENCIA (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 326 TODD, PARK FOREST, IL 60466

**Seller:** JACKSON, CLAUDIA (Single or Unmarried Woman)

**Property Address:** 326 TODD, PARK FOREST, IL 60466

*************************** SALES INFORMATION ***************************

**Sale Date:** 9/26/2006

**Recorded Date:** 10/20/2006

**Sale Price:** $ 165,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 82.50
City Transfer Tax: $ 825.00
Total Transfer Tax: $ 165.00

**Document Number:** 0629335091

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 31-24-436-016

**Legal Description:** LOT: 13; BLOCK: 6; SUBDIVISION: LINCOLNWOOD SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SE4 S24T35NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 148,500

**Rate:** 9.15 %

**Term:** 10/1/2036

**Title Company:** FIRST AMERICAN TITLE

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

BROWN, TIMOTHY;

49 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** MCHENRY COUNTY, IL

Borrower(s): BROWN, TIMOTHY; BROWN, GAIL T (Husband and Wife), Tenants By Entireties

Property Address: 627 GRACE DR, LAKE IN THE HILLS, IL 60156

Property Use: SINGLE FAMILY RESIDENCE

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

Recording Date: 9/15/2006

Document Number: 2006R0067670

Assessor's Parcel Number: 19-21-454-027

Legal Description: LOT: 271; SUBDIVISION: HIDDEN VALLEY UNIT 3; SEC/TWN/RNG/MER: PART NE4 S28T43NR08E 3P

Brief Description: PART SE4 SEC21 TWP43N RNG08E 3P

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

Mortgage Type: NON-PURCHASE MONEY

Lender: **ARGENT MORTGAGE** COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 270,000

Loan Type: UNDETERMINED

Type of Financing: ADJUSTABLE RATE

Interest Rate: 9.10 %

Due Date: 10/1/2036

Adjustable Index: LONDON INTER-BANK OFFER RATE (LIBOR)

Rate Change: SIX MONTHS OR SEMI-ANNUALLY

Change Index: 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

BROWN, TIMOTHY;

MSA: Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     McHenry County, Illinois (FIPS=17111)
      (14160017111)

COOK COUNTY, IL 2945 W SEIPP, CHICAGO, IL 60629

50 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** BROWNING SR, THEODORE (Single Person); BROWNING, THEODORE (Single Person), Joint Tenancy

**Buyer Mailing Address:** 2945 W SEIPP, CHICAGO, IL 60629

**Seller:** LIPINSKI, CATHERINE R (Widow/Widower)

**Property Address:** 2945 W SEIPP, CHICAGO, IL 60629

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/30/2006

**Recorded Date:** 9/18/2006

**Sale Price:** $ 188,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 94.25
City Transfer Tax: $ 1,413.75
Total Transfer Tax: $ 188.50

**Document Number:** 0626105292

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 19-36-320-004

**Legal Description:** LOT: 55; SUBDIVISION: WILBERT L SEVERS SUBDIVISION

Brief Description: WEST15 AC E35 AC S60 AC SW4 SEC36 TWP38N RNG13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 150,800

**Rate:** 8.57 %

**Term:** 10/1/2036

**Title Company:** MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

BRUCKEN, THOMAS;

51 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

MORTGAGE RECORD FOR WILL COUNTY, IL

**Borrower(s):** BRUCKEN, THOMAS; BRUCKEN, SARAH (Husband and Wife), Joint Tenancy

**Property Address:** 123 SEABURY RD, BOLINGBROOK, IL 60440

**Property Use:** SINGLE FAMILY RESIDENCE

********** RECORDER'S INFORMATION **********

**Recording Date:** 9/5/2006

**Document Number:** R2006148843

**Assessor's Parcel Number:** 02-11-407-016

**Legal Description:** LOT: 12; BLOCK: 35; SUBDIVISION: BOLINGBROOK SUBDIVISION UNIT #6; SEC/TWN/RNG/MER: S11&12T37NR10E 3P

**Brief Description:** LOT12 EXC W4 FT THEREOF

********** MORTGAGE INFORMATION **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 120,250

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 8.45 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** RIDER INFORMATION **********

ADJUSTABLE RATE RIDER: ATTACHED

********** GEOGRAPHICAL INFORMATION **********

BRUCKEN, THOMAS;

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Will County, Illinois (FIPS=17197)
      (14160017197)

COOK COUNTY, IL 6846 W LODE, UNIT 1A, WORTH, IL 60457

52 of 901 DOCUMENTS

### *** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

### PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** BUKOWSKI, STANISLAW (Individual(s))

**Buyer Mailing Address:** 6846 W LODE, UNIT 1A, WORTH, IL 60457

**Seller:** GROSSMANN, JAMES (Married Man); GROSSMAN, ROBERT EDWIN (Married Man)

**Property Address:** 6846 W LODE, UNIT 1A, WORTH, IL 60457

*************************** SALES INFORMATION ****************************

**Sale Date:** 9/11/2006

**Recorded Date:** 9/25/2006

**Sale Price:** $ 93,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 46.50
Total Transfer Tax: $ 93.00

**Document Number:** 0626808035

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 24-18-317-014-1012

**Legal Description:** LOT: 20-22; SUBDIVISION: LODES PLEASANT VIEW ADDITION; SEC/TWN/RNG/MERIDIAN: NE4SW4 S18T37NR13E 3P

Brief Description: UNIT #6846-1A LODE PARK WEST CONDO

*************************** MORTGAGE INFORMATION ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 88,350

**Rate:** 10.40 %

**Term:** 10/1/2036

**Title Company:** TICOR TITLE INS CO 2002

*************************** PROPERTY DESCRIPTION ****************************

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 705 REBA PL, EVANSTON, IL 60202

53 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** BURANDA, SCHONA; BURANDA, TICHATYEI (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 705 REBA PL, EVANSTON, IL 60202

**Seller:** REBA PLACE FELLOWSHIP INC (Company/Corporation); THE TRUSTEES OF REBA PLACE FELLOWSHIP IN f/k/a

**Property Address:** 705 REBA PL, EVANSTON, IL 60202

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/28/2006

**Recorded Date:** 9/11/2006

**Sale Price:** $ 330,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 165.00
City Transfer Tax: $ 1,650.00
Total Transfer Tax: $ 330.00

**Document Number:** 0625433144

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 11-19-315-016

**Legal Description:** LOT: 3; SUBDIVISION: MOYERS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S2SW4 S19T41NR14E 3P

**Brief Description:** LOTS1&2 BLK1 GREEN & HUBBARDS SUB N12.46 AC LOT9 ASSESSORS DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 297,000

**Rate:** 9.55 %

**Term:** 9/1/2036

**Title Company:** CTI

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 7417 S LANGLEY AVE, CHICAGO, IL 60619

54 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: BYRD, LYNDA (Individual(s))

Buyer Mailing Address: 1142 E 44TH ST, CHICAGO, IL 60653

Seller: PACE, RUANA (Married Woman); PACE BELL, RUANA a/k/a

Property Address: 7417 S LANGLEY AVE, CHICAGO, IL 60619

*************************** SALES INFORMATION ***************************

Sale Date: 9/29/2006

Recorded Date: 11/8/2006

Sale Price: $ 265,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 132.50
City Transfer Tax: $ 1,987.50
Total Transfer Tax: $ 265.00

Document Number: 0631220025

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 20-27-230-007

Legal Description: LOT: 18; BLOCK: 2; SUBDIVISION: BOOKLINE; SEC/TWN/RNG/MERIDIAN: SE4NE4 S27T38NR14E 3P

Brief Description: SUBDIVISION N2 BLK4

*************************** MORTGAGE INFORMATION ***************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 212,000

Rate: 7.40 %

Term: 10/1/2036

Title Company: FATIC

*************************** PROPERTY DESCRIPTION ***************************

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 4103 S JOLIET, UNIT 1-B, LYONS, IL 60534

55 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CABRERA, JOSE J (Single or Unmarried Man)

Buyer Mailing Address: 4103 S JOLIET, UNIT 1-B, LYONS, IL 60534

Seller: ROE, JOHN L; ROE, CATHY (Husband and Wife)

Property Address: 4103 S JOLIET, UNIT 1-B, LYONS, IL 60534

**************************** SALES INFORMATION ****************************

Sale Date: 9/26/2006

Recorded Date: 10/25/2006

Sale Price: $ 140,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 70.00
Total Transfer Tax: $ 140.00

Document Number: 0629835107

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 18-01-110-043-1003

Legal Description: LOT: 1[2] BLOCK: 1; UNIT: 1B; SUBDIVISION: VAN HORNES LYONS BRIDGE ADDITION

Brief Description: LYONS CONDO W24.47 AC W2 SW4 NW4 SEC01 TWP38N RNG12E 3P

**************************** MORTGAGE INFORMATION ****************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 133,000

Rate: 9.15 %

Term: 10/1/2036

Title Company: PNTN

**************************** PROPERTY DESCRIPTION ****************************

Land Use: GENERAL RESIDENTIAL

CAGAMPANG, QUIRL JUN;

56 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

## MORTGAGE RECORD FOR WILL COUNTY, IL

**Borrower(s):** CAGAMPANG, QUIRL JUN; CAGAMPANG, JACQUELINE T (Husband and Wife), Tenants By Entireties

**Property Address:** 1555 SCHUMACHER DR, BOLINGBROOK, IL 60490

**Property Use:** SINGLE FAMILY RESIDENCE

********** RECORDER'S INFORMATION **********

**Recording Date:** 9/6/2006

**Document Number:** R2006149173

**Assessor's Parcel Number:** 02-19-104-006

**Legal Description:** LOT: 256; CITY: BOLINGBROOK; SUBDIVISION: BLOOMFIELD WEST UNIT 3B; SEC/TWN/RNG/MER: PART NW4 S19T37NR10E 3P

********** MORTGAGE INFORMATION **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 326,800

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 8.80 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** RIDER INFORMATION **********

ADJUSTABLE RATE RIDER: ATTACHED

********** GEOGRAPHICAL INFORMATION **********

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)

CAGAMPANG, QUIRL JUN;

Chicago, IL PMSA (1600)
  Will County, Illinois (FIPS=17197)
   (14160017197)

COOK COUNTY, IL 2747 PERRY RD, FLOSSMOOR, IL 60422-2117

57 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CALDWELL, DEON; CALDWELL, KATRINA (Husband and Wife), Joint Tenancy

Buyer Mailing Address: 2747 PERRY RD, FLOSSMOOR, IL 60422-2117

Seller: KIZART, ANNETTE (Single or Unmarried Woman)

Property Address: 2747 PERRY RD, FLOSSMOOR, IL 60422-2117

*************************** SALES INFORMATION ***************************

Sale Date: 9/29/2006

Recorded Date: 11/9/2006

Sale Price: $ 315,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 157.50
Total Transfer Tax: $ 315.00

Document Number: 0631348000

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 31-12-405-024

Legal Description: LOT: 34; SUBDIVISION: FLOSSMOOR DELLS SUBDIVISION

Brief Description: SOUTH1371.55 FT E4 SW4 & S1371.55 FT W2 SE4 SEC12 TWP35N RNG13E 3P

*************************** MORTGAGE INFORMATION ***************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 299,250

Rate: 10.10 %

Term: 10/1/2036

Title Company: CHICAGO TITLE INSURANCE CO

*************************** PROPERTY DESCRIPTION ***************************

Land Use: SINGLE FAMILY RESIDENTIAL

CAMPBELL, MICHAEL

58 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** WINNEBAGO COUNTY, IL

**Borrower(s):** CAMPBELL, MICHAEL (Married Man as his sole and separate property)

**Property Address:** 2109 N ALPINE RD, ROCKFORD, IL 61107

**Property Use:** MULTI-FAMILY DWELLING (2-4 UNIT) BUILDING

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/25/2006

**Document Number:** 0657308

**Assessor's Parcel Number:** 12-17-253-011

**Legal Description:** LOT: 8; BLOCK: 6; SUBDIVISION: JOHNSON & RICHARDS RE SUBDIVISION; SEC/TWN/RNG/MER: E2SW4 S30T44NR02E 3P

Brief Description: BLOCK6 STOCKHOLM PARK SUB

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 71,725

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 8.50 %

**Due Date:** 10/1/2036

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 6.00 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

**MSA:** Rockford, IL MSA (6880)

CAMPBELL, MICHAEL

Winnebago County, Illinois (FIPS=17201)
 (688017201)

COOK COUNTY, IL 21916 OLIVIA, SAUK VILLAGE, IL 60411

59 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** CANNAMORE, TRACEY (Single or Unmarried Woman)

**Buyer Mailing Address:** 21916 OLIVIA, SAUK VILLAGE, IL 60411

**Seller:** ROBINSON, BELINDA A a/k/a; STANFORD, BELINDA A (Widow/Widower)

**Property Address:** 21916 OLIVIA, SAUK VILLAGE, IL 60411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/28/2006

**Recorded Date:** 9/28/2006

**Sale Price:** $ 135,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 67.50
Total Transfer Tax: $ 135.00

**Document Number:** 0627157102

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 32-25-315-013

**Legal Description:** LOT: 3; BLOCK: 27; SUBDIVISION: SOUTHDALE SUBDIVISION UNIT 11;
SEC/TWN/RNG/MERIDIAN: PART S25T35NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 108,000

**Rate:** 8.42 %

**Term:** 9/1/2036

**Title Company:** NONE AVAILABLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

LAKE COUNTY, IL 1305 PAUL ST, WAUKEGAN, IL 60085

60 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: CANSINO, GILBERTO (Individual(s))

Buyer Mailing Address: 1305 PAUL ST, WAUKEGAN, IL 60085

Seller: AGUILAR, ROSALBA; CORTEZ, JESUS (Husband and Wife)

Property Address: 1305 PAUL ST, WAUKEGAN, IL 60085

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/31/2006

Recorded Date: 9/13/2006

Sale Price: $ 170,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 255.00

Document Number: 6056647

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 08-20-209-016

Legal Description: LOT: 40; CITY: WAUKEGAN; SUBDIVISION: PAUL DEALINDS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NE4NE4 S20T45NR12E 3P; RECORDER'S MAP REFERENCE: MB K PG84

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN

Loan Amount: $ 135,920

Term: 9/1/2036

Title Company: TICOR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

CAPSA, ANTONIO M;

61 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** DUPAGE COUNTY, IL

**Borrower(s):** CAPSA, ANTONIO M; CAPSA, LODIVINA P (Husband and Wife), Tenants By Entireties

**Property Address:** 1458 PRESIDENT ST, GLENDALE HEIGHTS, IL 60139

**Property Use:** SINGLE FAMILY RESIDENCE

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/21/2006

**Document Number:** R2006-184328

**Assessor's Parcel Number:** 02-33-202-008

**Legal Description:** LOT: 52; SUBDIVISION: GLENDALE LAKES UNIT 2; SEC/TWN/RNG/MER: PART E2NE4 S33T40NR10E 3P

Brief Description: W2 NW4 SEC34 TWP40N RNG10E 3P

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 267,750

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 7.65 %

**Due Date:** 8/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

CAPSA, ANTONIO M;

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Dupage County, Illinois (FIPS=17043)
      (14160017043)