WILL COUNTY, IL 2331 TWILIGHT, AURORA, IL 60504

62 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: CAPUTO, DOMINICK (Single or Unmarried Man)

Buyer Mailing Address: 2331 TWILIGHT, AURORA, IL 60504

Seller: MOLARO, ANTHONY (Single or Unmarried Man); CAPUTO, DOMINICK (Single or Unmarried Man); SMITH, JAIMIE (Single or Unmarried Woman)

Seller Mailing Address: 2331 TWILIGHT, AURORA, IL 60504

Property Address: 2331 TWILIGHT, AURORA, IL 60504

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/25/2006

Recorded Date: 10/25/2006

Document Number: R2006178360

Deed Type: INTRA-FAMILY TRANSACTION

Assessor's Parcel Number: 01-06-304-034-1001

Legal Description: SUBDIVISION: OGDEN POINTE CONDOMINIUM; SEC/TWN/RNG/MERIDIAN: SW4 S06T37NR09E 3P

Brief Description: UNIT29-1-713-2331

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: STAND ALONE REFINANCE; ADJUSTABLE RATE

Loan Amount: $ 202,500

Rate: 8.65 %

Term: 10/1/2036

Title Company: FIRST AMERICAN TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

CARLSON, LAWRENCE

63 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\*

## MORTGAGE RECORD FOR COOK COUNTY, IL

Borrower(s): CARLSON, LAWRENCE (Single or Unmarried Man)

Property Address: 2506 HARVEY AVE, BERWYN, IL 60402

Property Use: SINGLE FAMILY RESIDENCE

\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\*

Recording Date: 9/19/2006

Document Number: 0626202067

Assessor's Parcel Number: 16-29-126-018

Legal Description: LOT: 3; BLOCK: 27; SUBDIVISION: WINSLOWS 2ND SUBDIVISION OF BLOCKS 21 27 & 28; SEC/TWN/RNG/MER: NW4 S29T39NR13E 3P

\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*

Mortgage Type: NON-PURCHASE MONEY

Lender: __ARGENT MORTGAGE__ COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 223,250

Loan Type: UNDETERMINED

Type of Financing: ADJUSTABLE RATE

Interest Rate: 8.50 %

Due Date: 9/1/2036

Adjustable Index: LONDON INTER-BANK OFFER RATE (LIBOR)

Rate Change: SIX MONTHS OR SEMI-ANNUALLY

Change Index: 4.50 %

\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\*

ADJUSTABLE RATE RIDER: ATTACHED

\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\*

MSA: Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
        Chicago, IL PMSA (1600)

CARLSON, LAWRENCE

Cook County, Illinois (FIPS=17031)
 (14160017031)

CARRILLO, EDUARDO;

64 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\*

MORTGAGE RECORD FOR COOK COUNTY, IL

**Borrower(s):** CARRILLO, EDUARDO; CARRILLO, HORTENCIA (Husband and Wife), Tenants By Entireties

**Property Address:** 6211 S SACRAMENTO AVE, CHICAGO, IL 60629

**Property Use:** SINGLE FAMILY RESIDENCE

\*\*\*\*\*\*\*\*\* **RECORDER'S INFORMATION** \*\*\*\*\*\*\*\*\*

**Recording Date:** 9/18/2006

**Document Number:** 0626148004

**Assessor's Parcel Number:** 19-13-328-004

**Legal Description:** LOT: 37; BLOCK: 13; SUBDIVISION: COBE & MCKINNONS 63RD STREET & SACRAMENTO AVE SUB; SEC/TWN/RNG/MER: E2SW4 S13T38NR13E 3P

\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 200,800

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 7.80 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

\*\*\*\*\*\*\*\*\* **RIDER INFORMATION** \*\*\*\*\*\*\*\*\*

ADJUSTABLE RATE RIDER: ATTACHED

\*\*\*\*\*\*\*\*\* **GEOGRAPHICAL INFORMATION** \*\*\*\*\*\*\*\*\*

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)

CARRILLO, EDUARDO;

Cook County, Illinois (FIPS=17031)
 (14160017031)

COOK COUNTY, IL 10147 S PARNELL, CHICAGO, IL 60628

65 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** CARTER, STEVEN (Single or Unmarried Man)

**Buyer Mailing Address:** 10147 S PARNELL, CHICAGO, IL 60628

**Seller:** HUDSON, DONNA J (Single or Unmarried Woman)

**Property Address:** 10147 S PARNELL, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/23/2006

**Recorded Date:** 9/6/2006

**Sale Price:** $ 160,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 80.00
City Transfer Tax: $ 1,200.00
Total Transfer Tax: $ 160.00

**Document Number:** 0624905031

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 25-09-321-014

**Legal Description:** LOT: 29[30] BLOCK: 35; SUBDIVISION: EAST WASHINGTON HEIGHTS; SEC/TWN/RNG/MERIDIAN: W2NW4SW4 S09T37NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 144,000

**Rate:** 8.05 %

**Term:** 9/1/2036

**Title Company:** PNTN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 9150 S LUELLA AVE, CHICAGO, IL 60617

66 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** CASCO, ENRIQUE (Single or Unmarried Man)

**Buyer Mailing Address:** 4937 W EDDY ST, CHICAGO, IL 60641

**Seller:** ABRAMS, ROBERT (Married Man)

**Property Address:** 9150 S LUELLA AVE, CHICAGO, IL 60617

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/18/2006

**Recorded Date:** 9/5/2006

**Sale Price:** $ 115,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 57.50
City Transfer Tax: $ 862.50
Total Transfer Tax: $ 115.00

**Document Number:** 0624820114

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 25-01-404-043

**Legal Description:** LOT: 21; BLOCK: 4; SUBDIVISION: S E GROSS CALUMET HEIGHTS ADD TO SOUTH CHICAGO; SEC/TWN/RNG/MERIDIAN: SE4 S01T37NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 115,000

**Rate:** 10.47 %

**Term:** 9/1/2036

**Title Company:** TICOR TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 18169 SEMMLER DR, TINLEY PARK, IL 60487

67 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CASTALDO, KATHLEEN (Single or Unmarried Woman)

Buyer Mailing Address: 18169 SEMMLER DR, TINLEY PARK, IL 60487

Seller: CHICAGO TITLE LAND TRUST CO (Trustee/Conservator); FIFTH THIRD BANK (Company/Corporation); TRUST #7573

Seller Mailing Address: 8659 W 95TH ST, HICKORY HILLS, IL 60457

Property Address: 18169 SEMMLER DR, TINLEY PARK, IL 60487

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/22/2006

Recorded Date: 9/25/2006

Sale Price: $ 441,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 220.75
Total Transfer Tax: $ 441.50

Document Number: 0626846024

Deed Type: DEED

Assessor's Parcel Number: 27-35-300-005

Legal Description: LOT: 173; SUBDIVISION: TOWN POINTE SINGLE FAMILY UNIT 5; SEC/TWN/RNG/MERIDIAN: PART SW4 S35T36NR12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 100,000

Rate: 7.00 %

Term: 10/1/2036

Title Company: TICOR TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

CASTILLO, THOMAS J;

68 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

MORTGAGE RECORD FOR KANE COUNTY, IL

**Borrower(s):** CASTILLO, THOMAS J; CASTILLO, KRISTI L, Tenants By Entireties

**Property Address:** 1134 GRIFFITH AVE, ELBURN, IL 60119

**Property Use:** SINGLE FAMILY RESIDENCE

********** RECORDER'S INFORMATION **********

**Recording Date:** 9/26/2006

**Document Number:** 2006K105535

**Assessor's Parcel Number:** 11-09-110-002

**Legal Description:** LOT: 351; SUBDIVISION: BLACKBERRY CREEK SUBDIVISION UNIT #9; SEC/TWN/RNG/MER: PART NE4 S08T39NR07E 3P

**Brief Description:** NW4 SEC09 TWP39N RNG07E 3P

********** MORTGAGE INFORMATION **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 328,500

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 10.12 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** RIDER INFORMATION **********

ADJUSTABLE RATE RIDER: ATTACHED

********** GEOGRAPHICAL INFORMATION **********

CASTILLO, THOMAS J;

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
  Chicago, IL PMSA (1600)
    Kane County, Illinois (FIPS=17089)
      (14160017089)

COOK COUNTY, IL 6628 S KILDARE AVE, CHICAGO, IL 60629

69 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CASTRO, JOSE E (Individual(s))

Buyer Mailing Address: 6628 S KILDARE AVE, CHICAGO, IL 60629

Seller: GUZMAN, RAFAEL (Married Man); GUZMAN, BALTASAR (Single or Unmarried Man)

Property Address: 6628 S KILDARE AVE, CHICAGO, IL 60629

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/14/2006

Recorded Date: 9/7/2006

Sale Price: $ 242,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 121.00
City Transfer Tax: $ 1,822.50
Total Transfer Tax: $ 242.00

Document Number: 0625041035

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 19-22-228-025

Legal Description: LOT: 30; SUBDIVISION: FOURTH ADDITION TO PRINCE BUILDERS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2SW4NE4 S22T38NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 217,800

Rate: 9.10 %

Term: 9/1/2036

Title Company: MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 2300 ENLUND DR, UNIT 2, PALATINE, IL 60074

70 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** CATOTAL, FERDINAND; CATOTAL, MARIA (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 2300 ENLUND DR, UNIT 2, PALATINE, IL 60074

**Seller:** KHERANI, NOORALI P (Married Person)

**Seller Mailing Address:** 2300 ENLUND DR, UNIT 2, PALATINE, IL 60074

**Property Address:** 2300 ENLUND DR, UNIT 2, PALATINE, IL 60074

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/29/2006

**Recorded Date:** 10/10/2006

**Sale Price:** $ 170,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 85.00
Total Transfer Tax: $ 170.00

**Document Number:** 0628320036

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 02-01-101-013-1074

**Legal Description:** UNIT: 1803-2; SUBDIVISION: DEERPATH MANOR CONDOMINIUM;
SEC/TWN/RNG/MERIDIAN: NE4NW4NW4NE4 S01T42NR10E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>**ARGENT MORTGAGE**</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 161,500

**Rate:** 8.25 %

**Term:** 10/1/2036

**Title Company:** STEWART TITLE OF ILLINOIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** GENERAL RESIDENTIAL

COOK COUNTY, IL 7801 MONITOR AVE, BURBANK, IL 60459

71 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** CEJA, RODRIGO (Single Person); ORTIZ, RODRIGO CEJA a/k/a

**Buyer Mailing Address:** 7801 MONITOR AVE, BURBANK, IL 60459

**Seller:** QUIROZ, LUIS I (Single Person)

**Property Address:** 7801 MONITOR AVE, BURBANK, IL 60459

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 9/22/2006

**Recorded Date:** 11/2/2006

**Sale Price:** $ 284,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 142.00
City Transfer Tax: $ 1,420.00
Total Transfer Tax: $ 284.00

**Document Number:** 0630648017

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 19-29-412-001

**Legal Description:** LOT: 36; BLOCK: 19; SUBDIVISION: FREDERICK H BARTLETTS GREATER 79TH STREET SUB; SEC/TWN/RNG/MERIDIAN: SW4SE4SE4SE4 S29T38NR13E 3P

**Brief Description:** SW4 SW4 SEC28 TWP38N RNG13E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 284,000

**Rate:** 10.15 %

**Term:** 10/1/2036

**Title Company:** LAW TITLE OAK BROOK

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

CERDA, HILDA

72 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

MORTGAGE RECORD FOR COOK COUNTY, IL

**Borrower(s):** CERDA, HILDA (Married Woman as her sole and separate property)

**Property Address:** 4141 W HIRSCH ST, CHICAGO, IL 60651

**Property Use:** MULTI-FAMILY DWELLING (2-4 UNIT) BUILDING

********** RECORDER'S INFORMATION **********

**Recording Date:** 9/20/2006

**Document Number:** 0626320233

**Assessor's Parcel Number:** 16-03-222-007

**Legal Description:** LOT: 7; SUBDIVISION: DEMAREST & KAMERLINGS GRAND AVENUE SUBDIVISION; SEC/TWN/RNG/MER: N2SE4NE4 S03T39NR13E 3P

Brief Description: SUBDIVISION LOTS16-24 & LOT15 EXC E5 FT THEREOF

********** MORTGAGE INFORMATION **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 315,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 9.80 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** RIDER INFORMATION **********

ADJUSTABLE RATE RIDER: ATTACHED

********** GEOGRAPHICAL INFORMATION **********

CERDA, HILDA

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Cook County, Illinois (FIPS=17031)
     (14160017031)

CERVANTES JR, ABEL

73 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\*

MORTGAGE RECORD FOR COOK COUNTY, IL

**Borrower(s):** CERVANTES JR, ABEL (Single or Unmarried Man)

**Property Address:** 720 W GORDON TER 8G, CHICAGO, IL 60613

**Property Use:** CONDOMINIUM UNIT

\*\*\*\*\*\*\*\*\* **RECORDER'S INFORMATION** \*\*\*\*\*\*\*\*\*

**Recording Date:** 9/29/2006

**Document Number:** 0627234034

**Assessor's Parcel Number:** 14-16-303-035-1122

**Legal Description:** LOT: 5-7; BLOCK: 3; UNIT: 8G; SUBDIVISION: WALLERS ADDITION TO BUENA PARK; SEC/TWN/RNG/MER: S16T40NR14E 3P

Brief Description: 720 GORDON TERRACE & SUB LOTS26&27 WALLERS SUB LOT7 BLK4 & LOTS5-8 & PART LOT25 SIMMONS & GORDONS AD

\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 111,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 10.15 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

\*\*\*\*\*\*\*\*\* **RIDER INFORMATION** \*\*\*\*\*\*\*\*\*

ADJUSTABLE RATE RIDER: ATTACHED

CERVANTES JR, ABEL

********** GEOGRAPHICAL INFORMATION **********

MSA: Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)
Cook County, Illinois (FIPS=17031)
(14160017031)

COOK COUNTY, IL 11025 S KEATING, UNIT 203, OAK LAWN, IL 60452

74 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** CERVANTEZ, ZULI K (Single Person)

**Buyer Mailing Address:** 11025 S KEATING, UNIT 203, OAK LAWN, IL 60452

**Seller:** BARAKAT, MAHDI A (Single or Unmarried Man)

**Seller Mailing Address:** 11025 S KEATING, UNIT 203, OAK LAWN, IL 60452

**Property Address:** 11025 S KEATING, UNIT 203, OAK LAWN, IL 60452

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/26/2006

**Recorded Date:** 10/2/2006

**Sale Price:** $ 130,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 65.00
City Transfer Tax: $ 650.00
Total Transfer Tax: $ 130.00

**Document Number:** 0627508075

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 24-15-319-025-1007 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** PARTIAL LOT; LOT: 16; BLOCK: 23; UNIT: 203; SUBDIVISION: FREDERICK H BARTLETTS HIGHWAY ACRES; SEC/TWN/RNG/MERIDIAN: S2W2NW4W2SW4 S15T37NR13E 3P

Brief Description: PARKING SPACE11 TWELVE OAKS CONDO LOT16 EXC N30 FT THEREOF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN

**Loan Amount:** $ 104,000

**Term:** 10/1/2036

**Title Company:** TICOR TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM

Page 112

COOK COUNTY, IL 9515 S AVALON AVE, CHICAGO, IL 60628

75 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** CHAMBLISS, WILLIE (Married Man)

**Buyer Mailing Address:** 15656 PRINCE DR, SOUTH HOLLAND, IL 60473

**Seller:** PIONEER SERVICES LLC (Company/Corporation)

**Property Address:** 9515 S AVALON AVE, CHICAGO, IL 60628

**************************** SALES INFORMATION ****************************

**Sale Date:** 6/28/2006

**Recorded Date:** 9/11/2006

**Sale Price:** $ 255,000 (Sales Price Computed From Transfer Tax. No Indication Whether Tax Was Paid On Full Or Partial Consideration.)

County Transfer Tax: $ 127.50
City Transfer Tax: $ 1,912.50
Total Transfer Tax: $ 255.00

**Document Number:** 0625441024

**Deed Type:** QUIT CLAIM DEED

**Assessor's Parcel Number:** 25-11-201-009

**Legal Description:** LOT: 9; BLOCK: 36; SUBDIVISION: COTTAGE GROVE HEIGHTS ADDITION; SEC/TWN/RNG/MERIDIAN: PART N2 S11T37NR14E 3P

**************************** MORTGAGE INFORMATION ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 255,000

**Rate:** 9.75 %

**Term:** 7/1/2036

**Title Company:** TRISTAR TITLE LLC

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 1965 GROVE ST, BLUE ISLAND, IL 60406

76 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CHAVEZ, FERNANDO; CHAVEZ, RAQUEL (Husband and Wife), Tenants By Entireties

Buyer Mailing Address: 1965 GROVE ST, BLUE ISLAND, IL 60406

Seller: RUBINO HERSCHMAN, CHERYL A (Married Woman); RUBINO, CHERYL A a/k/a

Property Address: 1965 GROVE ST, BLUE ISLAND, IL 60406

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/18/2006

Recorded Date: 9/21/2006

Sale Price: $ 118,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 59.00
Total Transfer Tax: $ 118.00

Document Number: 0626402226

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 25-31-407-001

Legal Description: BLOCK: 26; SUBDIVISION: BLUE ISLAND; SEC/TWN/RNG/MERIDIAN: NW4SE4
S31T37NR14E 3P

Brief Description: WEST100 FT EXC E40 FT THEREOF NW4 BLK26

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 117,900

Rate: 10.90 %

Term: 9/1/2036

Title Company: STEWART TITLE OF ILLINOIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 6812 W FOREST PRESERVE DR, HARWOOD HEIGHTS, IL 60706

77 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CHILICKI, EDWARD (Individual(s))

Buyer Mailing Address: 6812 W FOREST PRESERVE DR, HARWOOD HEIGHTS, IL 60706

Seller: ZYSK, BARBARA; CHILICKI, EDWARD

Seller Mailing Address: 6812 W FOREST PRESERVE DR, HARWOOD HEIGHTS, IL 60706

Property Address: 6812 W FOREST PRESERVE DR, HARWOOD HEIGHTS, IL 60706

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/23/2006

Recorded Date: 9/11/2006

City Transfer Tax: $ 50.00

Document Number: 0625446009

Deed Type: INTRA-FAMILY TRANSACTION

Assessor's Parcel Number: 13-18-307-058

Legal Description: PARTIAL LOT; LOT: 13; BLOCK: 5; SUBDIVISION: VOLK BROTHERS MONTROSE & OAK PARK AVENUE SUB; SEC/TWN/RNG/MERIDIAN: E2 S18T40NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: STAND ALONE REFINANCE; ADJUSTABLE RATE

Loan Amount: $ 215,000

Rate: 8.50 %

Term: 9/1/2036

Title Company: NATIONS TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 319 NEW SALEM, PARK FOREST, IL 60466

78 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** CHRISTIANA BANK & TRUST CO; SEQUOIA FUNDING TRUST (Minor/Ward/Client), Trust

**Seller:** WEBB (Trustor); **ARGENT MORTGAGE** (Beneficiary); CASE #04 CH 16860

**Property Address:** 319 NEW SALEM, PARK FOREST, IL 60466

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/22/2006

**Recorded Date:** 10/10/2006

**Document Number:** 0628322122

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 31-24-322-010

**Legal Description:** LOT: 10; BLOCK: 22; SUBDIVISION: LINCOLNWOOD CENTER

**Brief Description:** PART SE4 & PART SW4 SEC24 TWP35N RNG13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 9350 S SAGINAW AVE, CHICAGO, IL 60617

79 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** CHRISTINA BANK & TRUST CO; SEQUOIA FUNDING TRUST (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O SN SERVICING CORP, 323 5TH ST, EUREKA, CA 95501

**Seller:** ADAMS, JAMES E (Trustor); <u>ARGENT MORTGAGE</u> CO LLC (Beneficiary); CASE #04 CH 21201

**Property Address:** 9350 S SAGINAW AVE, CHICAGO, IL 60617

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** <u>9/</u>21/2006

**Recorded Date:** 11/21/2006

**Document Number:** 0632517073

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 26-06-318-036

**Legal Description:** LOT: 6; BLOCK: 99; SUBDIVISION: G M POSNERS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: S05&06T37NR15E 3P

**Brief Description:** LOTS23-33 BLK99 & LOTS29-33 BLK98 & LOTS19-29 BLK97 CALUMET & CHICAGO CANAL & DOCK COMPANYS SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 3310 N PITTSBURGH, CHICAGO, IL 60634

80 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CICCHINO, ROSARIA (Individual(s))

Buyer Mailing Address: 3310 N PITTSBURGH, CHICAGO, IL 60634

Seller: CICCHINO, ANTONIO

Property Address: 3310 N PITTSBURGH, CHICAGO, IL 60634

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/13/2006

Recorded Date: 9/1/2006

Sale Price: $ 280,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 140.00
City Transfer Tax: $ 2,100.00
Total Transfer Tax: $ 280.00

Document Number: 0624411046

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 12-23-418-037

Legal Description: LOT: 27; BLOCK: 8; SUBDIVISION: GEORGE GAUNTLETTS FOREST DRIVE SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2SE4 S23T40NR12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 224,000

Rate: 8.30 %

Term: 9/1/2036

Title Company: TICOR TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

CITIFINANCIAL, INC v. CITY OF AURORA, et al.

81 of 901 DOCUMENTS

Law Bulletin Publishing Company

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

CIRCUIT COURT OF KANE COUNTY, ILLINOIS - CHANCERY DIVISION

PLAINTIFF: CITIFINANCIAL, INC

DEFENDANT: CITY OF AURORA
         MARTINEZ;PEDRO
         DESMOND;NICK
         ARGENT MORTGAGE COMPANY, LLC
         Doing Business As DND SERVICES OF ILLINOIS, INC

ASSESSORS PARCEL NUMBER: 1516454022

PROPERTY ADDRESS: 648 HAMMOND AVE
         AURORA, IL 60506-2916

CASE NAME: CITIFINANCIAL, INC v. CITY OF AURORA, et al.

CASE NUMBER: 06CH 0001389

FILING DATE: 9/26/2006

TYPE: FORECLOSURE ACTION - Mortgage

NOTE AMOUNT: $ 10,800,000.00

BALANCE OWED: $ 106,105.46

ATTORNEY: HAUSELMAN, RAPPIN & OLSWANG, LTD
         Telephone No.:312-372-2020

CITIMORTGAGE, INC v. ARGENT MORTGAGE COMPANY, LLC, et al.

82 of 901 DOCUMENTS

Law Bulletin Publishing Company

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

CIRCUIT COURT OF DUPAGE COUNTY, ILLINOIS - CHANCERY DIVISION

PLAINTIFF: CITIMORTGAGE, INC

DEFENDANT: <u>ARGENT MORTGAGE</u> COMPANY, LLC
WOODRIDGE COUNTRY CLUB CONDO ASSOCIATION NO. 9
KASLAUSKAS;MINDAUGAS
WOODRIDGE COUNTRY CLUB HOMEOWNER"S ASSOCIATION

PROPERTY ADDRESS: 2025 COUNTRY CLUB DR UNIT 22
WOODRIDGE, IL 60517-3090

CASE NAME: CITIMORTGAGE, INC v. <u>ARGENT MORTGAGE</u> COMPANY, LLC, et al.

CASE NUMBER: 06CH 0001757

FILING DATE: 9/29/2006

TYPE: FORECLOSURE ACTION - Mortgage

NOTE AMOUNT: $ 81,600.00

BALANCE OWED: $ 80,301.68

ATTORNEY: HAUSELMAN, RAPPIN & OLSWANG, LTD
Telephone No.:312-372-2020

CLARK, SAMUEL L

83 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

MORTGAGE RECORD FOR COOK COUNTY, IL

**Borrower(s):** CLARK, SAMUEL L (Married Man as his sole and separate property)

**Property Address:** 3931 S PRAIRIE AVE, CHICAGO, IL 60653

**Property Use:** SINGLE FAMILY RESIDENCE

********** RECORDER'S INFORMATION **********

**Recording Date:** 9/20/2006

**Document Number:** 0626305155

**Assessor's Parcel Number:** 20-03-104-017

**Legal Description:** LOT: 10; BLOCK: 2; SUBDIVISION: SPRINGERS SUBDIVISION; SEC/TWN/RNG/MER: NW4NE4NW4 S03T38NR14E 3P

**Brief Description:** S2 LOT10

********** MORTGAGE INFORMATION **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 250,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 7.81 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** RIDER INFORMATION **********

ADJUSTABLE RATE RIDER: ATTACHED

********** GEOGRAPHICAL INFORMATION **********

CLARK, SAMUEL L

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Cook County, Illinois (FIPS=17031)
      (14160017031)

LAKE COUNTY, IL 6765 CREEKSIDE DR, LONG GROVE, IL 60047

84 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: COLEITE, JASON; COLEITE, TONYA (Husband and Wife)

Buyer Mailing Address: 6765 CREEKSIDE DR, LONG GROVE, IL 60047

Seller: COLETTE, JASON A (Married Person)

Seller Mailing Address: 6765 CREEKSIDE DR, LONG GROVE, IL 60047

Property Address: 6765 CREEKSIDE DR, LONG GROVE, IL 60047

***************************** SALES INFORMATION *****************************

Sale Date: 9/1/2006

Recorded Date: 10/2/2006

Document Number: 6066003

Deed Type: INTRA-FAMILY TRANSACTION

Assessor's Parcel Number: 14-01-302-004

Legal Description: LOT: 24; SUBDIVISION: CREEKSIDE OF LONG GROVE; SEC/TWN/RNG/MERIDIAN: E2SW4 S01T43NR10E 3P

***************************** MORTGAGE INFORMATION *****************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: STAND ALONE REFINANCE; ADJUSTABLE RATE

Loan Amount: $ 700,000

Rate: 8.00 %

Term: 10/1/2036

Title Company: NONE AVAILABLE

***************************** PROPERTY DESCRIPTION *****************************

Land Use: SINGLE FAMILY RESIDENTIAL

COLEMAN, MICHAEL;

85 of 901 DOCUMENTS

### *** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

### MORTGAGE RECORD FOR WILL COUNTY, IL

Borrower(s): COLEMAN, MICHAEL; COLEMAN, LETITIA (Husband and Wife)

Property Address: 3107 ARBORSEDGE DR, JOLIET, IL 60436

Property Use: SINGLE FAMILY RESIDENCE

### ********** RECORDER'S INFORMATION **********

Recording Date: 9/7/2006

Document Number: R2006149827

Assessor's Parcel Number: 06-24-103-006

Legal Description: LOT: 192; SUBDIVISION: SPRINGWOOD SOUTH UNIT 1; SEC/TWN/RNG/MER: PART W2W2 S24T35NR09E 3P

### ********** MORTGAGE INFORMATION **********

Mortgage Type: NON-PURCHASE MONEY

Lender: ARGENT MORTGAGE COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 201,600

Loan Type: UNDETERMINED

Type of Financing: ADJUSTABLE RATE

Interest Rate: 8.05 %

Due Date: 9/1/2036

Adjustable Index: LONDON INTER-BANK OFFER RATE (LIBOR)

Rate Change: SIX MONTHS OR SEMI-ANNUALLY

Change Index: 4.50 %

### ********** RIDER INFORMATION **********

ADJUSTABLE RATE RIDER: ATTACHED

### ********** GEOGRAPHICAL INFORMATION **********

MSA: Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
  Chicago, IL PMSA (1600)

COLEMAN, MICHAEL;

Will County, Illinois (FIPS=17197)
 (14160017197)

COOK COUNTY, IL 7408 S PRAIRIE, CHICAGO, IL 60619

86 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: COLEMAN, DIMITRIUS (Single Person)

Buyer Mailing Address: 7408 S PRAIRIE, CHICAGO, IL 60619

Seller: BOONE BOYD, DORETHA (Single Person); YOUNG, PATSY (Single Person)

Property Address: 7408 S PRAIRIE, CHICAGO, IL 60619

*************************** SALES INFORMATION ***************************

Sale Date: 8/24/2006

Recorded Date: 9/27/2006

Sale Price: $ 256,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 128.00
City Transfer Tax: $ 1,920.00
Total Transfer Tax: $ 256.00

Document Number: 0627035133

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 20-27-121-018

Legal Description: PARTIAL LOT; LOT: 1; BLOCK: 10; SUBDIVISION: PRESCOTTS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: E2NW4 S27T38NR14E 3P

Brief Description: SOUTH30 FT LOT1

*************************** MORTGAGE INFORMATION ***************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 204,800

Rate: 6.75 %

Term: 9/1/2036

Title Company: NONE AVAILABLE

*************************** PROPERTY DESCRIPTION ***************************

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

WILL COUNTY, IL 153 RICHTON RD, STEGER, IL 60475

87 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** COLEMAN, REGINA M (Married Person)

**Buyer Mailing Address:** 153 RICHTON RD, STEGER, IL 60475

**Seller:** MCDONALD, SHAWN M; MCDONALD, HELEN M (Husband and Wife)

**Property Address:** 153 RICHTON RD, STEGER, IL 60475

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/1/2006

**Recorded Date:** 10/10/2006

**Sale Price:** $ 160,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 240.00

**Document Number:** R2006169403

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 23-15-05-303-015

**Legal Description:** LOT: 12; SUBDIVISION: STEGER PARK SECOND ADDITION; SEC/TWN/RNG/MERIDIAN: PART S2 S05T34NR14E 3P

Brief Description: PART BLKS8&9 STEGER SUB

**************************** MORTGAGE INFORMATION ****************************

**Lender:** __ARGENT MORTGAGE__ COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 152,000

**Rate:** 9.65 %

**Term:** 9/1/2036

**Title Company:** AMERITITLE INC

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 21 HOWARD AVE, HILLSIDE, IL 60162

88 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: COLLINS, LARRY; COLLINS, CASANDRA (Husband and Wife)

Buyer Mailing Address: C/O MARY PETERSON, 33 N DEARBORN ST, UNIT 803, CHICAGO, IL 60602

Seller: COLLINS, LARRY

Property Address: 21 HOWARD AVE, HILLSIDE, IL 60162

*************************** **SALES INFORMATION** ****************************

Sale Date: 9/8/2006

Recorded Date: 10/2/2006

Document Number: 0627535141

Deed Type: INTRA-FAMILY TRANSACTION

Assessor's Parcel Number: 15-18-228-007

Legal Description: LOT: 18; BLOCK: 7; SUBDIVISION: VENDLEY & COMPANYS SECOND ADD TO HILLSIDE ACRES; SEC/TWN/RNG/MERIDIAN: PART S18T39NR12E 3P

*************************** **MORTGAGE INFORMATION** ***************************

Lender: **ARGENT MORTGAGE** COMPANY LLC

Type of Mortgage: STAND ALONE REFINANCE; ADJUSTABLE RATE

Loan Amount: $ 223,250

Rate: 9.00 %

Term: 10/1/2036

Title Company: NONE AVAILABLE

*************************** **PROPERTY DESCRIPTION** ***************************

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 4950 S KING DR, UNIT 2E, CHICAGO, IL 60615

89 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: COLLINS, CASEY (Single or Unmarried Man)

Buyer Mailing Address: 4950 S KING DR, UNIT 2E, CHICAGO, IL 60615

Seller: L & P DEVELOPMENT LLC (Company/Corporation)

Property Address: 4950 S KING DR, UNIT 2E, CHICAGO, IL 60615

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/22/2006

Recorded Date: 10/18/2006

Sale Price: $ 148,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 74.00
City Transfer Tax: $ 1,110.00
Total Transfer Tax: $ 148.00

Document Number: 0629140119

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 20-10-117-022-1013 (Multiple APNs appear on the Conveying Instrument)

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 4[5] BLOCK: 1; UNIT: 2E&P-6; SUBDIVISION: HARDINS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S2N2SE4NW4 S10T38NR14E 3P

Brief Description: 4950 SOUTH KING DRIVE CONDOS & N2 LOT5

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 118,400

Term: 11/1/2036

Title Company: ATTORNEYS TITLE GUARANTY FUN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

Page 130

LAKE COUNTY, IL 1693 W TURTLE CREEK LN, ROUND LAKE, IL 60073

90 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: COLON, LOOCAINSS (Individual(s)); COLOMB, ERESE (Individual(s)), Joint Tenancy

Buyer Mailing Address: 1693 W TURTLE CREEK LN, ROUND LAKE, IL 60073

Seller: PASQUINELLI-HERON BAY LLC (Company/Corporation)

Property Address: 1693 W TURTLE CREEK LN, ROUND LAKE, IL 60073

*************************** SALES INFORMATION ***************************

Sale Date: 6/21/2006

Recorded Date: 9/11/2006

Sale Price: $ 181,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 271.50

Document Number: 6054860

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 05-24-406-001

Legal Description: LOT: 1-3; SUBDIVISION: PASQUINELLI HERON BAY SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SE4 S24T45NR09E 3P

Brief Description: UNIT3201004 PASQUINELLIS HERON BAY CONDO & PART SW4 & NW4 SEC19 TWP45N RNG10E 3P

*************************** MORTGAGE INFORMATION ***************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 171,556

Rate: 9.90 %

Term: 7/1/2036

Title Company: NONE AVAILABLE

*************************** PROPERTY DESCRIPTION ***************************

Land Use: CONDOMINIUM

MCHENRY COUNTY, IL 4932 ABINGTON DR, MC HENRY, IL 60050

91 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** MCHENRY COUNTY, IL

**Buyer:** CONNORS, JEFFREY (Married Man)

**Buyer Mailing Address:** PO BOX 608, LIBERTYVILLE, IL 60048

**Seller:** KWIATT, ANTHONY; KWIATT, LAURA (Husband and Wife)

**Seller Mailing Address:** 4932 ABBINGTON DR, MC HENRY, IL 60050

**Property Address:** 4932 ABINGTON DR, MC HENRY, IL 60050

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/14/2006

**Recorded Date:** 10/12/2006

**Sale Price:** $ 237,000 (Full Amount)

Total Transfer Tax: $ 355.50

**Document Number:** 2006R0075233

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 09-34-351-020

**Legal Description:** LOT: 26; BLOCK: 39; SUBDIVISION: BOONE VALLEY UNIT #10; SEC/TWN/RNG/MERIDIAN: PART S33&34T45NR08E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 213,300

**Rate:** 8.15 %

**Term:** 10/1/2036

**Title Company:** NEW FRONTIER LAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

LAKE COUNTY, IL 8 WOODLAND AVE, FOX LAKE, IL 60020

92 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** CONTINO, CATHLEEN (Single Person)

**Buyer Mailing Address:** 8 WOODLAND AVE, FOX LAKE, IL 60020

**Seller:** STEWARD, CYNTHIA (Married Person); ANDERSON, NANCY (Single Person)

**Seller Mailing Address:** 8 WOODLAND AVE, FOX LAKE, IL 60020

**Property Address:** 8 WOODLAND AVE, FOX LAKE, IL 60020

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/15/2006

**Recorded Date:** 10/9/2006

**Sale Price:** $ 195,000 (Full Amount Computed From Transfer Tax)

**Total Transfer Tax:** $ 292.50

**Document Number:** 6069678

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 05-10-302-014

**Legal Description:** LOT: 167; SUBDIVISION: WILLIAM T SULLIVANS HILLCREST SUB ON FOX LAKE; SEC/TWN/RNG/MERIDIAN: PART SW4 S10T45NR09E 3P; RECORDER'S MAP REFERENCE: MB L PG1

**************************** MORTGAGE INFORMATION ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 195,000

**Rate:** 10.40 %

**Term:** 10/1/2036

**Title Company:** FIRST AMERICAN TITLE

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL