LAKE COUNTY, IL 837 PRESCOTT AVE, WAUKEGAN, IL 60085

93 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

Buyer: CORTEZ, JESUS (Single Person); CORTEZ, ISAURO G (Single Person), Joint Tenancy

Buyer Mailing Address: 837 PRESCOTT AVE, WAUKEGAN, IL 60085

Seller: SANDOVAL, ELIEZAR; SANDOVAL, GUADALUPE (Husband and Wife)

Property Address: 837 PRESCOTT AVE, WAUKEGAN, IL 60085

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/1/2006

Recorded Date: 10/4/2006

Sale Price: $ 199,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 298.50

Document Number: 6067342

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 08-28-317-013

Legal Description: LOT: 16; BLOCK: 13; SUBDIVISION: WASHBURN SPRINGS; SEC/TWN/RNG/MERIDIAN: SW4 S28T45NR12E 3P; RECORDER'S MAP REFERENCE: MB B PG61&62

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 159,120

Rate: 7.77 %

Term: 10/1/2036

Title Company: MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

MCHENRY COUNTY, IL 2703 COBBLESTONE, PRAIRIE GROVE, IL 60012

94 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

**PROPERTY TRANSFER RECORD FOR** MCHENRY COUNTY, IL

Buyer: COTNER, RANDY; COTNER, MONICA (Husband and Wife), Tenants By Entireties

Buyer Mailing Address: 2703 COBBLESTONE, PRAIRIE GROVE, IL 60012

Seller: SEVERS, RUTH J (Single or Unmarried Woman)

Seller Mailing Address: 2703 COBBLESTONE, UNIT B, PRAIRIE GROVE, IL 60012

Property Address: 2703 COBBLESTONE, PRAIRIE GROVE, IL 60012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/14/2006

Recorded Date: 9/22/2006

Sale Price: $ 210,000 (Full Amount)

Total Transfer Tax: $ 315.00

Document Number: 2006R0069757

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 14-16-430-019

Legal Description: LOT: 2; SUBDIVISION: COBBLESTONE HOMES DEVELOPMENT PHASE 1; SEC/TWN/RNG/MERIDIAN: PART SE4 S16T44NR08E 3P

Brief Description: UNIT31-2703-B COBBLESTONE WOODS TOWNHOUSE CONDO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: **ARGENT MORTGAGE** COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 210,000

Rate: 10.50 %

Term: 10/1/2036

Title Company: FIRST AMERICAN TITLE INS CO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

COX, JACK;

95 of 901 DOCUMENTS

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

**MORTGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** COX, JACK; COX, SUSAN (Husband and Wife), Joint Tenancy

**Property Address:** 2723 THAYER ST, EVANSTON, IL 60201

**Property Use:** SINGLE FAMILY RESIDENCE

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/29/2006

**Document Number:** 0627249030

**Assessor's Parcel Number:** 05-34-309-015

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 480,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 8.10 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** **RIDER INFORMATION** **********

ADJUSTABLE RATE RIDER: ATTACHED

********** **GEOGRAPHICAL INFORMATION** **********

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
   Chicago, IL PMSA (1600)
    Cook County, Illinois (FIPS=17031)
     (14160017031)

COOK COUNTY, IL 6830 RIDGEPOINT DR, UNIT 3C, OAK FOREST, IL 60452

96 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: COYLE, KEVIN (Single or Unmarried Man)

Buyer Mailing Address: 6830 RIDGEPOINT DR, UNIT 3C, OAK FOREST, IL 60452

Seller: OLDENBURG, PETER R (Married Man)

Property Address: 6830 RIDGEPOINT DR, UNIT 3C, OAK FOREST, IL 60452

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/19/2006

Recorded Date: 10/4/2006

Sale Price: $ 176,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 88.25
Total Transfer Tax: $ 176.50

Document Number: 0627735057

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 28-18-101-044-1035

Legal Description: LOT: 1; UNIT: 3-3C; SUBDIVISION: MURDEN MEADOWS

Brief Description: GARAGE UN G-3-3C RIDGE POINT CONDOS N5 AC S10 AC N20 AC E2 NW4 NW4 SEC18 TWP36N RNG13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN

Loan Amount: $ 141,200

Term: 10/1/2036

Title Company: ATTORNEYS TITLE GUARANTY FUN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

COOK COUNTY, IL 4949 W RACE AVE, CHICAGO, IL 60644

97 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** CROWDER, DETOGA (Married Woman)

**Buyer Mailing Address:** 4949 W RACE AVE, CHICAGO, IL 60644

**Seller:** ELIOPOULOS, BILL (Married Man); TSELOS, KONSTANTINOS (Married Man)

**Property Address:** 4949 W RACE AVE, CHICAGO, IL 60644

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/14/2006

**Recorded Date:** 10/12/2006

**Sale Price:** $ 274,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 137.00
City Transfer Tax: $ 2,055.00
Total Transfer Tax: $ 274.00

**Document Number:** 0628533048

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 16-09-222-003

**Legal Description:** LOT: 20; BLOCK: 3; SUBDIVISION: CRAFTS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SE4NE4 S09T39NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN

**Loan Amount:** $ 219,200

**Term:** 10/1/2036

**Title Company:** MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 14200 S SCHOOL ST, RIVERDALE, IL 60827

98 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: CURRY, ALICE M (Married Woman)

Buyer Mailing Address: 14200 S SCHOOL ST, RIVERDALE, IL 60827

Seller: MARTINEZ, IVONNE (Single or Unmarried Woman)

Property Address: 14200 S SCHOOL ST, RIVERDALE, IL 60827

**************************** SALES INFORMATION ****************************

Sale Date: 8/21/2006

Recorded Date: 9/5/2006

Sale Price: $ 145,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 72.50
Total Transfer Tax: $ 145.00

Document Number: 0624802064

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 29-04-305-007

Legal Description: LOT: 1; BLOCK: 1; SUBDIVISION: IVANHOE; SEC/TWN/RNG/MERIDIAN: PART E2SE4 S05T36NR14E 3P

Brief Description: BRANIGAR BROTHERS SUB & PART SW4 SEC04 TWP36N RNG14E 3P

**************************** MORTGAGE INFORMATION ****************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 130,500

Rate: 9.45 %

Term: 9/1/2036

Title Company: RESIDENTIAL TITLE SERVICES

**************************** PROPERTY DESCRIPTION ****************************

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 68 W 141ST ST, DIXMOOR, IL 60426

99 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: CURRY, ALICE (Married Woman)

Buyer Mailing Address: 68 W 141ST ST, DIXMOOR, IL 60426

Seller: CASEY, LOUIS (Married Man)

Property Address: 68 W 141ST ST, DIXMOOR, IL 60426

**************************** **SALES INFORMATION** ****************************

Sale Date: 9/8/2006

Recorded Date: 9/27/2006

Sale Price: $ 84,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 42.00
Total Transfer Tax: $ 84.00

Document Number: 0627041010

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 29-06-424-017

Legal Description: LOT: 21; BLOCK: 5; SUBDIVISION: FOREST MANOR

Brief Description: SOUTH40 AC E2 SE4 SEC06 TWP36N RNG14E 3P

*************************** **MORTGAGE INFORMATION** ***************************

Lender: **ARGENT MORTGAGE** COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 75,600

Rate: 9.45 %

Term: 10/1/2036

Title Company: COUNSELORS TITLE CO LLC

*************************** **PROPERTY DESCRIPTION** ***************************

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

DUPAGE COUNTY, IL 624 N WESTMORE AVE, VILLA PARK, IL 60181

100 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** DUPAGE COUNTY, IL

**Buyer:** DABLER, BRIAN; DABLER, LINDA (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 624 N WESTMORE AVE, VILLA PARK, IL 60181

**Seller:** HAUSER, MARK C; KNEPSHIELD, LISA JOY (Husband and Wife)

**Seller Mailing Address:** 624 N WESTMORE, VILLA PARK, IL 60181

**Property Address:** 624 N WESTMORE AVE, VILLA PARK, IL 60181

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/13/2006

**Recorded Date:** 9/26/2006

**Sale Price:** $ 237,500 (Full Amount Computed From Transfer Tax)

**Total Transfer Tax:** $ 356.25

**Document Number:** R2006-186921

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 06-04-105-018

**Legal Description:** LOT: 1; BLOCK: 4; SUBDIVISION: C G RESKINS FIRST ADDITION TO VILLA PARK; SEC/TWN/RNG/MERIDIAN: W2 S04T39NR11E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 190,000

**Rate:** 8.10 %

**Term:** 10/1/2036

**Title Company:** FIRST AMERICAN TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

WILL COUNTY, IL 701 BIRCHWOOD DR, BOLINGBROOK, IL 60490

101 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DAS PURKAYASTHA, JAYANTA KUMAR (Single or Unmarried Man)

**Buyer Mailing Address:** 701 BIRCHWOOD DR, BOLINGBROOK, IL 60490

**Seller:** VAN HOOK, TRACY (Married Person)

**Property Address:** 701 BIRCHWOOD DR, BOLINGBROOK, IL 60490

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/28/2006

**Recorded Date:** 9/21/2006

**Sale Price:** $ 255,000 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 1,912.50
Total Transfer Tax: $ 382.50

**Document Number:** R2006159974

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 02-19-209-011

**Legal Description:** LOT: 32; CITY: BOLINGBROOK; SUBDIVISION: MAPLE BROOK ESTATES PHASE I; SEC/TWN/RNG/MERIDIAN: NE4 S19T37NR10E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 204,000

**Rate:** 8.25 %

**Term:** 8/1/2036

**Title Company:** ATG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

DAVIS, JUNE M

102 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** DAVIS, JUNE M (Single or Unmarried Woman)

**Property Address:** 5519 W POTOMAC AVE, CHICAGO, IL 60651

**Property Use:** MULTI-FAMILY DWELLING (2-4 UNIT) BUILDING

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/19/2006

**Document Number:** 0626205025

**Assessor's Parcel Number:** 16-04-125-011

**Legal Description:** LOT: 4[5] BLOCK: 6; SUBDIVISION: CHANNING M COLEMANS ADDITION TO AUSTIN

**Brief Description:** LOT4 EXC E32 1/2 FT & E15 FT LOT5 W26.82 AC S2 NW4SEC04 TWP39N RNG13E 3P

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 240,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 7.80 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

DAVIS, JUNE M

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Cook County, Illinois (FIPS=17031)
     (14160017031)

DAVIS, NORA

103 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

MORTGAGE RECORD FOR COOK COUNTY, IL

Borrower(s): DAVIS, NORA

Property Address: 40 E 9TH ST 901, CHICAGO, IL 60605

Property Use: CONDOMINIUM UNIT

********** RECORDER'S INFORMATION **********

Recording Date: 9/29/2006

Document Number: 0627242024

Assessor's Parcel Number: 17-15-304-052-1282

Legal Description: LOT: 5,8[9] BLOCK: 18; UNIT: 901; SUBDIVISION: SECTION 15 ADDITION TO CHICAGO; SEC/TWN/RNG/MER: S15T39NR14E 3P

Brief Description: BURNHAM PARK PLAZA CONDOS PART SUB LOTS1&2 LOTS5&8 & LOT9 EXC W15 FT THEREOF

********** MORTGAGE INFORMATION **********

Mortgage Type: NON-PURCHASE MONEY

Lender: **ARGENT MORTGAGE** COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 270,000

Loan Type: UNDETERMINED

Type of Financing: ADJUSTABLE RATE

Interest Rate: 8.35 %

Due Date: 9/1/2036

Adjustable Index: LONDON INTER-BANK OFFER RATE (LIBOR)

Rate Change: SIX MONTHS OR SEMI-ANNUALLY

Change Index: 4.50 %

********** RIDER INFORMATION **********

ADJUSTABLE RATE RIDER: ATTACHED

DAVIS, NORA

********** **GEOGRAPHICAL INFORMATION** **********

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Cook County, Illinois (FIPS=17031)
     (14160017031)

COOK COUNTY, IL 440 N AVERS AVE, CHICAGO, IL 60624

104 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DAVIS, RASHEEDA (Married Woman)

**Buyer Mailing Address:** 4-V FERNWOOD DR, BOLINGBROOK, IL 60440

**Seller:** TAYLOR, SHERMAN; TAYLOR, ANTOINETTE (Husband and Wife)

**Seller Mailing Address:** 1833 W NORWOOD, CHICAGO, IL

**Property Address:** 440 N AVERS AVE, CHICAGO, IL 60624

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/29/2006

**Recorded Date:** 10/24/2006

**Sale Price:** $ 185,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 92.50
City Transfer Tax: $ 1,387.50
Total Transfer Tax: $ 185.00

**Document Number:** 0629735078

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 16-11-128-031

**Legal Description:** LOT: 8; SUBDIVISION: HOWARDS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NW4 S11T39NR13E 3P

Brief Description: BLOCK15 HARDINGS SUB

**************************** MORTGAGE INFORMATION ****************************

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN

**Loan Amount:** $ 175,750

**Term:** 10/1/2036

**Title Company:** MULTIPLE

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

DEL BOSQUE, SILVESTRE;

105 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** LAKE COUNTY, IL

**Borrower(s):** DEL BOSQUE, SILVESTRE; DEL BOSQUE, ROSA (Husband and Wife), Joint Tenancy

**Property Address:** 19358 W HOAG CT, MUNDELEIN, IL 60060

**Property Use:** SINGLE FAMILY RESIDENCE

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/1/2006

**Document Number:** 6052132

**Assessor's Parcel Number:** 10-36-411-029

**Legal Description:** LOT: 84[85] SUBDIVISION: JOHN WIECHS FIRST ADDITION TO OAK TERRACE SUB; SEC/TWN/RNG/MER: PART SE4 S36T44NR10E 3P

Brief Description: PART LOT85 LYG SE LINE 25 FT NW & // NW LINE LOT84

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 173,600

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 7.30 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

DEL BOSQUE, SILVESTRE;

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Lake County, Illinois (FIPS=17097)
     (14160017097)

KENDALL COUNTY, IL 2440 SUMMERWIND LN, MONTGOMERY, IL 60538

106 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KENDALL COUNTY, IL

**Buyer:** DELATORRE, JOSE A (Married Man), Tenants By Entireties

**Buyer Mailing Address:** 2440 SUMMERWIND LN, MONTGOMERY, IL 60538

**Seller:** SALGADO, DANIEL G; SALGADO, MICHELLE (Husband and Wife)

**Property Address:** 2440 SUMMERWIND LN, MONTGOMERY, IL 60538

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/20/2006

**Recorded Date:** 10/16/2006

**Sale Price:** $ 183,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 91.75
Total Transfer Tax: $ 183.50

**Document Number:** 200600033313

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 02-02-405-054

**Legal Description:** LOT: 362; SUBDIVISION: MONTGOMERY CROSSINGS UNIT 4;
SEC/TWN/RNG/MERIDIAN: PART SW4 S02T37NR07E 3P

*************************** MORTGAGE INFORMATION ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 165,105

**Rate:** 7.67 %

**Term:** 10/1/2036

**Title Company:** CHICAGO TITLE INSURANCE CO

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** PLANNED UNIT DEVELOPMENT

DELOZANO, JOHN PHILLIP;

107 of 901 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** \*\*\*

**MORTGAGE RECORD FOR** DUPAGE COUNTY, IL

**Borrower(s):** DELOZANO, JOHN PHILLIP; LAPALERMO DELOZANO, LYNN, Tenants By Entireties

**Property Address:** 1030 BRAEMOOR DR, DOWNERS GROVE, IL 60515

**Property Use:** CONDOMINIUM UNIT

\*\*\*\*\*\*\*\*\*\* **RECORDER'S INFORMATION** \*\*\*\*\*\*\*\*\*\*

**Recording Date:** 9/20/2006

**Document Number:** R2006-183295

**Assessor's Parcel Number:** 06-32-110-038

**Legal Description:** UNIT: 1030-B; SUBDIVISION: MISTWOOD RESUBDIVISION; SEC/TWN/RNG/MER: PART W2NW4 S32T39NR11E 3P

Brief Description: MISTWOOD CONDO

\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 382,500

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 8.99 %

**Due Date:** 7/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

\*\*\*\*\*\*\*\*\*\* **RIDER INFORMATION** \*\*\*\*\*\*\*\*\*\*

ADJUSTABLE RATE RIDER: ATTACHED

\*\*\*\*\*\*\*\*\*\* **GEOGRAPHICAL INFORMATION** \*\*\*\*\*\*\*\*\*\*

DELOZANO, JOHN PHILLIP;

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
   Chicago, IL PMSA (1600)
    Dupage County, Illinois (FIPS=17043)
     (14160017043)

Deutsche Bank National Trust Comp, et al. v. Noonan;Nadine P, et al.

108 of 901 DOCUMENTS

**Law Bulletin Publishing Company**

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

**CIRCUIT COURT OF** COOK COUNTY, ILLINOIS - CHANCERY DIVISION

**PLAINTIFF:** Deutsche Bank National Trust Comp
**Argent Mortgage** Comp

**DEFENDANT:** Noonan;Nadine P
Greencastle Homeowner"s Assoc

**ASSESSORS PARCEL NUMBER:** 2710421020

**PROPERTY ADDRESS:** 9166 Greencastle Lane
Orland Park, IL 60462-3235

**CASE NAME:** Deutsche Bank National Trust Comp, et al. v. Noonan;Nadine P, et al.

**CASE NUMBER:** 06CH 0019319

**FILING DATE:** 9/18/2006

**TYPE:** FORECLOSURE ACTION - Mortgage

**NOTE AMOUNT:** $ 144,000.00

**BALANCE OWED:** $ 143,274.59

**ATTORNEY:** Law Offices Ira T Nevel
Telephone No.:312-357-1125

Deutsche Bank National Trust Comp, et al. v. Webster;Thomas C, et al.

109 of 901 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

CIRCUIT COURT OF COOK COUNTY, ILLINOIS - CHANCERY DIVISION

**PLAINTIFF:** Deutsche Bank National Trust Comp
  **Argent Mortgage** Comp

**DEFENDANT:** Webster;Thomas C
  Webster;Betty J

**ASSESSORS PARCEL NUMBER:** 2823413032

**PROPERTY ADDRESS:** 16437 S Spaulding Ave
  Markham, IN 60426-5522

**CASE NAME:** Deutsche Bank National Trust Comp, et al. v. Webster;Thomas C, et al.

**CASE NUMBER:** 06CH 0019322

**FILING DATE:** 9/18/2006

**TYPE:** FORECLOSURE ACTION - Mortgage

**NOTE AMOUNT:** $ 93,600.00

**BALANCE OWED:** $ 93,018.22

**ATTORNEY:** Law Offices Ira T Nevel
  Telephone No.:312-357-1125

Deutsche Bank National Trust Comp, et al. v. Harris Bank Argo, et al.

110 of 901 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**CIRCUIT COURT OF** COOK COUNTY, ILLINOIS - CHANCERY DIVISION

**PLAINTIFF:** Deutsche Bank National Trust Comp
  **Argent Mortgage** Comp

**DEFENDANT:** Harris Bank Argo
  Abunaim;Regina
  Abunaim;Eyad M

**ASSESSORS PARCEL NUMBER:** 2311413013

**PROPERTY ADDRESS:** 8244 W 103rd Street
  Palos Hills, IL 60465-1873

**CASE NAME:** Deutsche Bank National Trust Comp, et al. v. Harris Bank Argo, et al.

**CASE NUMBER:** 06CH 0019323

**FILING DATE:** 9/18/2006

**TYPE:** FORECLOSURE ACTION

**NOTE AMOUNT:** $ 200,000.00

**BALANCE OWED:** $ 195,658.45

**ATTORNEY:** Law Offices Ira T Nevel
  Telephone No.:312-357-1125

Deutsche Bank National Trust Co, et al. v. Land;Kathleen

111 of 901 DOCUMENTS

**Law Bulletin Publishing Company**

\*\*\* **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** \*\*\*

**CIRCUIT COURT OF** COOK COUNTY, ILLINOIS - CHANCERY DIVISION

**PLAINTIFF:** Deutsche Bank National Trust Co
    <u>Argent Mortgage</u> Securities Inc

**DEFENDANT:** Land;Kathleen

**ASSESSORS PARCEL NUMBER:** 29-12-118-023-0000

**PROPERTY ADDRESS:** 402 Madison Ave
    Calumet City, IL 60409-2107

**CASE NAME:** Deutsche Bank National Trust Co, et al. v. Land;Kathleen

**CASE NUMBER:** 06CH 0019450

**FILING DATE:** <u>9</u>/19/2006

**TYPE:** FORECLOSURE ACTION - Mortgage

**NOTE AMOUNT:** $ 218,500.00

**BALANCE OWED:** $ 212,295.67

**ATTORNEY:** Thompson Rosenthal & Watts
    Telephone No.:630-369-3535

Deutsche Bank National Trust Co, et al. v. Nichols; Erik

112 of 901 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

CIRCUIT COURT OF COOK COUNTY, ILLINOIS - CHANCERY DIVISION

**PLAINTIFF:** Deutsche Bank National Trust Co
     **Argent Mortgage** Co

**DEFENDANT:** Nichols; Erik

**ASSESSORS PARCEL NUMBER:** 16-16-308-007-0000

**PROPERTY ADDRESS:** 5245 W Lexington Street
     Chicago, IL 60644-5247

**CASE NAME:** Deutsche Bank National Trust Co, et al. v. Nichols; Erik

**CASE NUMBER:** 06CH 0019615

**FILING DATE:** 9/20/2006

**TYPE:** FORECLOSURE ACTION - Mortgage

**NOTE AMOUNT:** $ 188,782.91

**BALANCE OWED:** $ 188,782.91

**ATTORNEY:** Ira T Nevel
     Telephone No.:312-357-1125

113 of 901 DOCUMENTS

**Law Bulletin Publishing Company**

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

**CIRCUIT COURT OF** DUPAGE COUNTY, ILLINOIS - CHANCERY DIVISION

**PLAINTIFF:** DEUTSCHE BANK NATIONAL TRUST COMPANY

**DEFENDANT:** <u>ARGENT MORTGAGE</u> COMPANY, LLC
    BLASE;CHRISTINE

**PROPERTY ADDRESS:** 1225 HAVERVILLE CIRCLE
    NAPERVILLE, IL 60563

**CASE NAME:** DEUTSCHE BANK NATIONAL TRUST COMPANY v. <u>**ARGENT MORTGAGE**</u> COMPANY, LLC, et al.

**CASE NUMBER:** 06CH 0001702

**FILING DATE:** <u>9/</u>22/2006

**TYPE:** FORECLOSURE ACTION - Mortgage

**NOTE AMOUNT:** $ 219,200.00

**BALANCE OWED:** $ 218,657.80

**ATTORNEY:** LAW OFFICES OF IRA T. NEVEL
    Telephone No.:312-357-1125

COOK COUNTY, IL 2306 N LAWNDALE AVE, CHICAGO, IL 60647

114 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO; **ARGENT MORTGAGE** LOAN TRUST ASET BACKED P (Minor/Ward/Client), Trust

Seller: RUIZ (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 478

Property Address: 2306 N LAWNDALE AVE, CHICAGO, IL 60647

*************************** SALES INFORMATION ***************************

Sale Date: 8/28/2006

Recorded Date: 9/7/2006

Document Number: 0625045085

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 13-35-105-033

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 30-32; SUBDIVISION: MRS SARAH J STALEYS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: E2NW4 S35T40NR13E 3P

Brief Description: N2 1/2 FT LOT30 & S2 1/2 FT LOT32 BLK2 HAMBLETONS SUB

*************************** MORTGAGE INFORMATION ***************************

Title Company: NONE AVAILABLE

COOK COUNTY, IL 8246 S HARPER AVE, CHICAGO, IL 60619

115 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **ARGENT MORTGAGE** LOAN TRUST ASSET BACKED (Minor/Ward/Client)

**Seller:** ROBINSON (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 1936

**Property Address:** 8246 S HARPER AVE, CHICAGO, IL 60619

*************************** SALES INFORMATION ****************************

**Sale Date:** 8/28/2006

**Recorded Date:** 9/5/2006

**Document Number:** 0624816006

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-35-230-028

**Legal Description:** LOT: 13; BLOCK: 2; SEC/TWN/RNG/MERIDIAN: S2SE4NE4 S35T38NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 14714 S KIMBARK AVE, DOLTON, IL 60419

116 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **ARGENT MORTGAGE** SECURITIES INC ASSET BAC (Minor/Ward/Client)

**Seller:** DRAKE (Trustor); CASE #05 CH 18095

**Property Address:** 14714 S KIMBARK AVE, DOLTON, IL 60419

**************************** SALES INFORMATION ****************************

**Sale Date:** 8/30/2006

**Recorded Date:** 9/12/2006

**Document Number:** 0625516119

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-11-210-018

**Legal Description:** LOT: 24; BLOCK: 6; SUBDIVISION: SHEPARDS MICHIGAN AVENUE #2; SEC/TWN/RNG/MERIDIAN: PART NE4 S11T36NR14E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 301 W 145TH PL, RIVERDALE, IL 60827

117 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); ARGENT SECURITIES INC ASSET BACKED PASS (Minor/Ward/Client)

**Seller:** RICHARDSON (Trustor); **ARGENT MORTGAGE** (Beneficiary); CASE #04 CH 19973

**Property Address:** 301 W 145TH PL, RIVERDALE, IL 60827

***************************** SALES INFORMATION *****************************

**Sale Date:** 9/5/2006

**Recorded Date:** 9/12/2006

**Document Number:** 0625516118

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-04-326-028

**Legal Description:** LOT: 10[11] BLOCK: 82; SUBDIVISION: IVANHOE UNIT #4; SEC/TWN/RNG/MERIDIAN: PART S2S2 S04T36NR14E 3P

Brief Description: BRANIGAR BROTHERS SUB

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 3414 W OHIO ST, CHICAGO, IL 60624

118 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **ARGENT MORTGAGE** LOAN TRUST ASSET BACKED (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

Seller: CERASOLI (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 19899

Property Address: 3414 W OHIO ST, CHICAGO, IL 60624

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/5/2006

Recorded Date: 9/12/2006

Document Number: 0625518057

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 16-11-211-024

Legal Description: LOT: 6; SUBDIVISION: B L ANDERSONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NE4 S11T39NR13E 3P

Brief Description: SUBDIVISION LOTS25&28 BLK9 HARDINGS SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 7340 S OAKLEY AVE, CHICAGO, IL 60636

119 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **ARGENT MORTGAGE** SECURITIES INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client), Trust

**Seller:** EDWARDS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 9589

**Property Address:** 7340 S OAKLEY AVE, CHICAGO, IL 60636

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/19/2006

**Recorded Date:** 9/22/2006

**Document Number:** 0626516093

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 05-32-641-010

**Legal Description:** LOT: 17; BLOCK: 11; SUBDIVISION: DEWEY & HOGGS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NW4NW4 S30T38NR14E 3P

Brief Description: BLOCK1 2 6-11&14

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 320 OAK ST, WAUKEGAN, IL 60085

120 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); REGISTERED HOLDERS OF **ARGENT MORTGAGE** LO (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** SMITH (Trustor); CASE #06 CH 17

**Property Address:** 320 OAK ST, WAUKEGAN, IL 60085

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/13/2006

**Recorded Date:** 9/28/2006

**Document Number:** 6064802

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 08-28-210-015

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 4[5] BLOCK: 5; SUBDIVISION: MCKAYS ADDITION TO LITTLE FORT; SEC/TWN/RNG/MERIDIAN: N2NE4 S28T45NR12E 3P

Brief Description: SOUTH24 FT LOT4 & N22 FT LOT5

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 7340 S OAKLEY AVE, CHICAGO, IL 60636

121 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **ARGENT MORTGAGE** SECURITIES INC ASSET BAC (Minor/Ward/Client)

**Seller:** EDWARDS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 9589

**Property Address:** 7340 S OAKLEY AVE, CHICAGO, IL 60636

*************************** SALES INFORMATION ****************************

**Sale Date:** 9/19/2006

**Recorded Date:** 10/2/2006

**Document Number:** 0627517096

**Deed Type:** RE-RECORDED DOCUMENT TO CORRECT NAME, DESC., ETC.

**Assessor's Parcel Number:** 20-30-117-038

**Legal Description:** LOT: 116; SUBDIVISION: PEPPERWOOD SUBDIVISION PHASE 2; SEC/TWN/RNG/MERIDIAN: E2SW4 S22T36NR12E 3P

Brief Description: PRIOR REF 0626516093 09/22/2006

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 8822 S WABASH AVE, CHICAGO, IL 60619

122 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **ARGENT MORTGAGE** SECURITIES INC ASSET BAC (Minor/Ward/Client)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

Seller: MORRIS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 1707

Property Address: 8822 S WABASH AVE, CHICAGO, IL 60619

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/27/2006

Recorded Date: 10/3/2006

Document Number: 0627626148

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 25-03-106-032

Legal Description: LOT: 93; SUBDIVISION: GARDEN HOMES; SEC/TWN/RNG/MERIDIAN: NW4NW4 S03T37NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

COOK COUNTY, IL 114 W CENTER ST, GLENWOOD, IL 60425

123 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **ARGENT MTG** SECURITIES INC ASSET BACKED P (Beneficiary), Trust

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** NEIL, JASON (Trustor); CASE #06 CH 4277

**Property Address:** 114 W CENTER ST, GLENWOOD, IL 60425

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/28/2006

**Recorded Date:** 10/10/2006

**Document Number:** 0628322123

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 32-03-334-011

**Legal Description:** LOT: 606; SUBDIVISION: THE EIGHTH ADDITION TO GLENWOOD GARDENS

**Brief Description:** PART W2 SE4 & PART E2 SW4 SEC03 TWP35N RNG14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

KANE COUNTY, IL 101 JUNIPER DR, NORTH AURORA, IL 60542

124 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** KANE COUNTY, IL

**Buyer:** DIAZ, ROGELIO (Single Person); TORRES, NANCY D (Single Person)

**Buyer Mailing Address:** 101 JUNIPER DR, NORTH AURORA, IL 60542

**Seller:** DIAZ, ROGELIO (Single or Unmarried Man); TORRES, NANCY D (Single or Unmarried Woman); TORRES, JULIO C (Single or Unmarried Man)

**Seller Mailing Address:** 101 JUNIPER DR, NORTH AURORA, IL 60542

**Property Address:** 101 JUNIPER DR, NORTH AURORA, IL 60542

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 8/16/2006

**Recorded Date:** 9/13/2006

**Document Number:** 2006K100148

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 15-05-228-034

**Legal Description:** LOT: 158; CITY: NORTH AURORA; SUBDIVISION: RANDALL HILLS SUBDIVISION UNIT #2

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE; ADJUSTABLE RATE

**Loan Amount:** $ 227,800

**Rate:** 8.05 %

**Term:** 9/1/2036

**Title Company:** MULTIPLE

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

KENDALL COUNTY, IL 1694 FREDERICKSBURG LN, AURORA, IL 60503

125 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** KENDALL COUNTY, IL

**Buyer:** DISCIANNO, JAMES (Single or Unmarried Man)

**Buyer Mailing Address:** 188 ROBERT CT, UNIT A, BARTLETT, IL 60103

**Seller:** MULCADY, DORIS M (Widow/Widower)

**Property Address:** 1694 FREDERICKSBURG LN, AURORA, IL 60503

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/30/2006

**Recorded Date:** 9/1/2006

**Sale Price:** $ 176,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 88.00
City Transfer Tax: $ 528.00
Total Transfer Tax: $ 176.00

**Document Number:** 200600027786

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 03-01-327-037

**Legal Description:** UNIT: 6; SUBDIVISION: GRAND POINT TRAILS CONDOMINIUM

**Brief Description:** BUILDING8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 140,800

**Rate:** 8.50 %

**Term:** 9/1/2036

**Title Company:** MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM

ST CLAIR COUNTY, IL 305 E WASHINGTON ST, OFALLON, IL 62269

126 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

**PROPERTY TRANSFER RECORD FOR** ST CLAIR COUNTY, IL

Buyer: DISNEY, RICHARD C; DISNEY, GULER (Husband and Wife), Tenants By Entireties

Buyer Mailing Address: 305 E WASHINGTON ST, OFALLON, IL 62269

Seller: DISNEY, RICHARD C (Married Man)

Seller Mailing Address: 305 E WASHINGTON ST, OFALLON, IL 62269

Property Address: 305 E WASHINGTON ST, OFALLON, IL 62269

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/13/2006

Recorded Date: 10/4/2006

Document Number: A02005432

Deed Type: INTRA-FAMILY TRANSACTION

Assessor's Parcel Number: 04-29-0-127-003

Legal Description: LOT: 88; SUBDIVISION: PENNS ADDITION TO OFALLON; RECORDER'S MAP REFERENCE: MB G PG1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: STAND ALONE REFINANCE

Loan Amount: $ 108,000

Term: 10/1/2036

Title Company: NONE AVAILABLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL