DIXON, BARBARA;

127 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** DIXON, BARBARA; ALLEN, NICOLE, Joint Tenancy

**Property Address:** 16835 LUELLA AVE, SOUTH HOLLAND, IL 60473

**Property Use:** SINGLE FAMILY RESIDENCE

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/29/2006

**Document Number:** 0627205002

**Assessor's Parcel Number:** 29-24-405-011

**Legal Description:** LOT: 70; SUBDIVISION: CALUMET SERVICE CORPORATION SUBDIVISION; SEC/TWN/RNG/MER: PART SE4 S243T36NR14E 3P

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 221,600

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 7.60 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)

DIXON, BARBARA;

Cook County, Illinois (FIPS=17031)
(14160017031)

DIXON, BARBARA;

128 of 901 DOCUMENTS

### *** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

### MORTGAGE RECORD FOR COOK COUNTY, IL

Borrower(s): DIXON, BARBARA; ALLEN, NICOLE, Joint Tenancy

Property Address: 16835 LUELLA AVE, SOUTH HOLLAND, IL 60473

### ********** RECORDER'S INFORMATION **********

Recording Date: 9/29/2006

Document Number: 0627205013

Assessor's Parcel Number: 29-24-405-011

Legal Description: LOT: 70; SUBDIVISION: CALUMET SERVICE CORPORATION SUBDIVISION; SEC/TWN/RNG/MER: PART SE4 S243T36NR14E 3P

### ********** MORTGAGE INFORMATION **********

Mortgage Type: NON-PURCHASE MONEY

Lender: <u>ARGENT MORTGAGE</u> COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 55,400

Loan Type: STAND ALONE SECOND

Due Date: 10/1/2036

### ********** GEOGRAPHICAL INFORMATION **********

MSA: Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
      Cook County, Illinois (FIPS=17031)
       (14160017031)

DOOSE, JEFFREY C

129 of 901 DOCUMENTS

### *** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

### MORTGAGE RECORD FOR MCHENRY COUNTY, IL

**Borrower(s):** DOOSE, JEFFREY C (Single or Unmarried Man)

**Property Address:** 8602 ELM ST, WONDER LAKE, IL 60097

**Property Use:** SINGLE FAMILY RESIDENCE

### ********** RECORDER'S INFORMATION **********

**Recording Date:** 9/18/2006

**Document Number:** 2006R0068106

**Assessor's Parcel Number:** 08-13-377-014

**Legal Description:** LOT: 7; BLOCK: 3; SUBDIVISION: HIGHLAND SHORES WONDER LAKE UNIT #3; SEC/TWN/RNG/MER: S2 S13T45NR07E 3P

Brief Description: PRIOR REF 0617941062 06/28/2006

### ********** MORTGAGE INFORMATION **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 108,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 8.55 %

**Due Date:** 7/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

### ********** RIDER INFORMATION **********

ADJUSTABLE RATE RIDER: ATTACHED

### ********** GEOGRAPHICAL INFORMATION **********

DOOSE, JEFFREY C

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     McHenry County, Illinois (FIPS=17111)
      (14160017111)

COOK COUNTY, IL 2622 W CORTEZ, UNIT 1, CHICAGO, IL 60622

130 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DOUVLIS, PETROS P; DOUVLIS, STACY ANN (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 2622 W CORTEZ, UNIT 1, CHICAGO, IL 60622

**Seller:** 2 B HOMES INC (Company/Corporation)

**Property Address:** 2622 W CORTEZ, UNIT 1, CHICAGO, IL 60622

*************************** SALES INFORMATION ***************************

**Sale Date:** 9/21/2006

**Recorded Date:** 11/7/2006

**Sale Price:** $ 429,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 214.50
City Transfer Tax: $ 3,217.50
Total Transfer Tax: $ 429.00

**Document Number:** 0631149106

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 16-01-409-040

**Legal Description:** LOT: 37; BLOCK: 4; UNIT: 1; SUBDIVISION: WATRISSS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S2NW4SE4 S01T39NR13E 3P

Brief Description: 2622 W CORTEZ CONDO

*************************** MORTGAGE INFORMATION ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 407,550

**Rate:** 9.60 %

**Term:** 10/1/2036

**Title Company:** MULTIPLE

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 11419 S RACINE AVE, CHICAGO, IL

131 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

Buyer: DOWD, LA SHAWN (Single or Unmarried Man)

Buyer Mailing Address: 7142 W 32ND ST, UNIT 20, BERWYN, IL 60402

Seller: BRIDGES, JAMES

Property Address: 11419 S RACINE AVE, CHICAGO, IL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/24/2006

Recorded Date: 9/7/2006

Sale Price: $ 165,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 82.50
City Transfer Tax: $ 1,237.50
Total Transfer Tax: $ 165.00

Document Number: 0625005294

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 25-20-218-019

Legal Description: LOT: 25; BLOCK: 16; SUBDIVISION: JERNBERGS SUBDIVISION;
SEC/TWN/RNG/MERIDIAN: S20T37NR14E 3P

Brief Description: BLOCKS2&5-8 & BLKS11-28 & RESUB BLK4 ROOD & WESTONS ADD MORGAN PARK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: <u>ARGENT MORTGAGE</u> COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 156,750

Rate: 10.00 %

Term: 9/1/2036

Title Company: TICOR TITLE INS CO 1998

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

DREXLER, STEVEN M;

132 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** LAKE COUNTY, IL

**Borrower(s):** DREXLER, STEVEN M; DREXLER, INA L (Husband and Wife), Tenants By Entireties

**Property Address:** 108 LILAC LN, BUFFALO GROVE, IL 60089

**Property Use:** SINGLE FAMILY RESIDENCE

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/20/2006

**Document Number:** 6060919

**Assessor's Parcel Number:** 15-33-411-025

**Legal Description:** LOT: 35; SUBDIVISION: NORTHWOOD AT BUFFALO GROVE UNIT ONE; SEC/TWN/RNG/MER: PART SW4 S34T43NR11E 3P

Brief Description: PART SW4 SEC34 TWP43N RNG11E 3P

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 331,500

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 9.05 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

DREXLER, STEVEN M;

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Lake County, Illinois (FIPS=17097)
      (14160017097)

KENDALL COUNTY, IL 57 RIVERVIEW CT, OSWEGO, IL 60543

133 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** KENDALL COUNTY, IL

**Buyer:** DUERDOTH, DAN; DUERDOTH, JULIE (Husband and Wife), Joint Tenancy

**Buyer Mailing Address:** 57 RIVERVIEW CT, OSWEGO, IL 60543

**Seller:** AGUILAR, JENNIFER L (Single or Unmarried Woman)

**Property Address:** 57 RIVERVIEW CT, OSWEGO, IL 60543

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 9/29/2006

**Recorded Date:** 10/20/2006

**Sale Price:** $ 214,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 107.25
Total Transfer Tax: $ 214.50

**Document Number:** 200600034041

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 03-18-379-004

**Legal Description:** LOT: 94; CITY: OSWEGO; SUBDIVISION: RIVERVIEW HEIGHTS

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 192,895

**Rate:** 9.80 %

**Term:** 10/1/2036

**Title Company:** TICOR TITLE

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 5326 S MICHIGAN, UNIT 1, CHICAGO, IL 60615

134 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DUPART, OLUFEMI (Married Person)

**Buyer Mailing Address:** 5326 S MICHIGAN, UNIT 1, CHICAGO, IL 60615

**Seller:** FRONREIT PROPERTIES LLC (Company/Corporation)

**Property Address:** 5326 S MICHIGAN, UNIT 1, CHICAGO, IL 60615

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/18/2006

**Recorded Date:** 9/20/2006

**Sale Price:** $ 260,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 130.00
City Transfer Tax: $ 1,950.00
Total Transfer Tax: $ 260.00

**Document Number:** 0626341045

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 20-10-309-043 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 12[13] BLOCK: 2; UNIT: 1; SUBDIVISION: HUNDLEYS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: N2SW4SW4 S10T38NR14E 3P

Brief Description: 5326 SOUTH MICHIGAN CONDO S20 FT LOT12 & N15 FT LOT13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 207,920

**Rate:** 7.99 %

**Term:** 10/1/2036

**Title Company:** MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM

DUPAGE COUNTY, IL 2301 WATERFALL LN, HANOVER PARK, IL 60133

135 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** DUPAGE COUNTY, IL

**Buyer:** EGARGUE, JOSEPH; EGARGUE, JAYZEL (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 2301 WATERFALL LN, HANOVER PARK, IL 60133

**Seller:** AGGARWAL, KAPIL

**Seller Mailing Address:** 9057 W EMERSON ST, DES PLAINES, IL 60016

**Property Address:** 2301 WATERFALL LN, HANOVER PARK, IL 60133

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 9/27/2006

**Recorded Date:** 10/5/2006

**Sale Price:** $ 260,000 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 780.00
Total Transfer Tax: $ 390.00

**Document Number:** R2006-194183

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 01-13-306-005

**Legal Description:** LOT: 19; BLOCK: 8; SUBDIVISION: HANOVER ARMY TRAIL UNIT #2;
SEC/TWN/RNG/MERIDIAN: PART SW4 S13T40NR09E 3P

**************************** **MORTGAGE INFORMATION** ****************************

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 208,000

**Rate:** 7.10 %

**Term:** 11/1/2036

**Title Company:** TICOR TITLE

**************************** **PROPERTY DESCRIPTION** ****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

ELLENS, TRAKA J

136 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** DUPAGE COUNTY, IL

**Borrower(s):** ELLENS, TRAKA J

**Property Address:** 1524 NORMANTOWN RD, NAPERVILLE, IL 60564

**Property Use:** CONDOMINIUM UNIT

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/19/2006

**Document Number:** R2006-181853

**Assessor's Parcel Number:** 07-32-417-066

**Legal Description:** UNIT: 392; SUBDIVISION: THE COURTS OF EAGLE POINT CONDOMINIUM; SEC/TWN/RNG/MER: SE4 S32T38NR09E 3P

Brief Description: GARAGE UN392

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 153,900

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 9.75 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

ELLENS, TRAKA J

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Dupage County, Illinois (FIPS=17043)
      (14160017043)

COOK COUNTY, IL 10638 S HOXIE, CHICAGO, IL 60617

137 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** ELLIOTT JR, WILLIE J (Married Man)

**Buyer Mailing Address:** 10638 S HOXIE, CHICAGO, IL 60617

**Seller:** WILLIAMS, JOSEFINA R (Single or Unmarried Woman)

**Property Address:** 10638 S HOXIE, CHICAGO, IL 60617

**************************** SALES INFORMATION ****************************

**Sale Date:** 8/30/2006

**Recorded Date:** 9/18/2006

**Sale Price:** $ 130,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 65.00
City Transfer Tax: $ 975.00
Total Transfer Tax: $ 130.00

**Document Number:** 0626120125

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 25-13-202-035

**Legal Description:** LOT: 36[37] BLOCK: 2; SUBDIVISION: IRONDALE; SEC/TWN/RNG/MERIDIAN: E2 S13T37NR14E 3P

**************************** MORTGAGE INFORMATION ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 129,900

**Rate:** 10.40 %

**Term:** 9/1/2036

**Title Company:** ATG

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 10830 S KEELER AVE, OAK LAWN, IL 60453

138 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** ELLIS, COREY (Single Person)

**Buyer Mailing Address:** 10830 S KEELER AVE, OAK LAWN, IL 60453

**Seller:** SHEBELSKI, MARYANN (Trustee/Conservator); LILLIAN B SHEBELSKI LIVING TRUST (Living Trust)

**Seller Mailing Address:** 3108 HAMPSHIRE LN, WAUKEGAN, IL 60087

**Property Address:** 10830 S KEELER AVE, OAK LAWN, IL 60453

**************************** SALES INFORMATION ****************************

**Sale Date:** 8/14/2006

**Recorded Date:** 9/1/2006

**Sale Price:** $ 223,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 111.50
City Transfer Tax: $ 1,115.00
Total Transfer Tax: $ 223.00

**Document Number:** 0624420225

**Deed Type:** DEED

**Assessor's Parcel Number:** 24-15-402-020

**Legal Description:** LOT: 19; BLOCK: 4; SUBDIVISION: RANCH MANOR SECOND ADDITION; SEC/TWN/RNG/MERIDIAN: PART E2SE4 S15T37NR13E 3P

**************************** MORTGAGE INFORMATION ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 178,400

**Rate:** 7.40 %

**Term:** 9/1/2036

**Title Company:** PNTN

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

LAKE COUNTY, IL 1383 REMINGTON DR, UNIT 247-1, VOLO, IL 60020

139 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

**Buyer:** ELUMBA JR, JOSE L (Married Person)

**Buyer Mailing Address:** 1383 REMINGTON DR, UNIT 247-1, VOLO, IL 60020

**Seller:** HOVNANIAN T&C HOMES AT ILLINOIS LLC (Company/Corporation)

**Property Address:** 1383 REMINGTON DR, UNIT 247-1, VOLO, IL 60020

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 9/18/2006

**Recorded Date:** 10/18/2006

**Sale Price:** $ 169,500 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 254.25

**Document Number:** 6076145

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 05-27-400-009

**Legal Description:** SUBDIVISION: REMINGTON POINTE UNIT 3; SEC/TWN/RNG/MERIDIAN: PART SE4 S27T45NR09E 3P

Brief Description: UNIT #247-1383-60 TOWNES AT REMINGTON POINTE CONDOASSOCIATION & OUTLOTS N-Q

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 135,552

**Rate:** 8.50 %

**Term:** 10/1/2036

**Title Company:** CHICAGO TITLE INSURANCE CO

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** CONDOMINIUM

KANE COUNTY, IL 393 S BELMONT, UNIT C, ELGIN, IL 60123

140 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

Buyer: ESQUIVEL, MARTHA A (Individual(s))

Buyer Mailing Address: 393 S BELMONT, ELGIN, IL 60123

Seller: MALDONADO, MARGARITA (Single Person)

Property Address: 393 S BELMONT, UNIT C, ELGIN, IL 60123

**************************** SALES INFORMATION ****************************

Sale Date: 9/29/2006

Recorded Date: 10/16/2006

Sale Price: $ 139,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 208.50

Document Number: 2006K112831

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 06-21-276-063

Legal Description:  MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 11-13; UNIT: C; CITY: ELGIN; SUBDIVISION: BURNIDGE BROS INDUSTRIAL PARK COLLEGE VIEW; SEC/TWN/RNG/MERIDIAN: PART S21T41NR08E 3P

Brief Description: NORTH25.67 FT LOT11

**************************** MORTGAGE INFORMATION ****************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 111,120

Rate: 8.40 %

Term: 10/1/2036

Title Company: ATTORNEYS TITLE GUARANTY FUN

**************************** PROPERTY DESCRIPTION ****************************

Land Use: CONDOMINIUM

COOK COUNTY, IL 398 SAGINAW, CALUMET CITY, IL 60409

141 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** FANNING, KENYAELE (Married Person)

**Buyer Mailing Address:** 398 SAGINAW, CALUMET CITY, IL 60409

**Seller:** WILSON, KYLA L (Single or Unmarried Woman)

**Seller Mailing Address:** 12123 S WENTWORTH, CHICAGO, IL

**Property Address:** 398 SAGINAW, CALUMET CITY, IL 60409

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/15/2006

**Recorded Date:** 9/7/2006

**Sale Price:** $ 185,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 92.50
City Transfer Tax: $ 1,200.00
Total Transfer Tax: $ 185.00

**Document Number:** 0625046120

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 30-17-117-047

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 31[32] BLOCK: 8; SUBDIVISION: FORD HOMES; SEC/TWN/RNG/MERIDIAN: SW4NW4 S07T36NR15E 3P

Brief Description: LOT31 EXC S25 FT THEREOF & S30 FT LOT32

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 150,000

**Rate:** 9.20 %

**Term:** 9/1/2036

**Title Company:** TICOR TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 398 SAGINAW, CALUMET CITY, IL 60409

FARINA, MICHAEL R;

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** FARINA, MICHAEL R; FARINA, MICHELLE M (Husband and Wife)

**Property Address:** 214 KAZWELL ST, WILLOW SPRINGS, IL 60480

**Property Use:** SINGLE FAMILY RESIDENCE

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/18/2006

**Document Number:** 0626102006

**Assessor's Parcel Number:** 18-33-205-003

**Legal Description:** LOT: 32[33] BLOCK: 2; SUBDIVISION: MOUNT FOREST

Brief Description: SE4 & PART E2 SW4 & NE4 & NW4 SEC33 TWP38N RNG12E 3P

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 350,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 9.99 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

FARINA, MICHAEL R;

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Cook County, Illinois (FIPS=17031)
     (14160017031)

Page 200

FELLNER, PATTI;

143 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** LAKE COUNTY, IL

**Borrower(s):** FELLNER, PATTI; FELLNER, ALLAN (Husband and Wife), Tenants By Entireties

**Property Address:** 24 LINDEN AVE, BUFFALO GROVE, IL 60089

**Property Use:** SINGLE FAMILY RESIDENCE

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/1/2006

**Document Number:** 6052135

**Assessor's Parcel Number:** 15-35-308-015

**Legal Description:** LOT: 16; BLOCK: 5; SUBDIVISION: UNIT #1 OF COLUMBIAN GARDENS; SEC/TWN/RNG/MER: S35T43NR11E 3P

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 270,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 7.40 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)

FELLNER, PATTI;

Lake County, Illinois (FIPS=17097)
(14160017097)

DUPAGE COUNTY, IL 6067 MILLBRIDGE LN, LISLE, IL 60532

144 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** DUPAGE COUNTY, IL

**Buyer:** FERGUS, TIMOTHY J; ANDERSON FERGUS, PATRICE L (Husband and Wife), Joint Tenancy

**Buyer Mailing Address:** 6067 MILLBRIDGE LN, LISLE, IL 60532

**Seller:** ANDERSON FERGUS, PATRICE L (Trustee/Conservator); PATRICE L ANDERSON FERGUS DECLARATION TR

**Seller Mailing Address:** 6067 MILLBRIDGE LN, LISLE, IL 60532

**Property Address:** 6067 MILLBRIDGE LN, LISLE, IL 60532

**************************** SALES INFORMATION ****************************

**Sale Date:** 1/26/2006

**Recorded Date:** 9/14/2006

**Document Number:** R2006-179051

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 08-15-305-024

**Legal Description:** LOT: 34; SUBDIVISION: HERITAGE FARMS OF GREEN TRAILS UNIT #5; SEC/TWN/RNG/MERIDIAN: PART SW4 S15T38NR10E 3P

**Brief Description:** SE4 SEC16 TWP38N RNG10E 3P

**************************** MORTGAGE INFORMATION ****************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE; ADJUSTABLE RATE

**Loan Amount:** $ 504,000

**Rate:** 9.75 %

**Term:** 2/1/2036

**Title Company:** COUNSELORS TITLE CO LLC

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 7719 WESTWOOD, ELMWOOD PARK, IL 60707

145 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** FIORE, MICHELLE (Single Person)

**Buyer Mailing Address:** 7719 WESTWOOD, ELMWOOD PARK, IL 60707

**Seller:** DOHERTY, NANCY (Widow/Widower)

**Property Address:** 7719 WESTWOOD, ELMWOOD PARK, IL 60707

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 9/28/2006

**Recorded Date:** 10/30/2006

**Sale Price:** $ 270,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 135.00
City Transfer Tax: $ 1,350.00
Total Transfer Tax: $ 270.00

**Document Number:** 0630335114

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 12-25-316-061

**Legal Description:** LOT: 13; BLOCK: 51; SUBDIVISION: WESTWOOD; SEC/TWN/RNG/MERIDIAN: W2 S25T40NR12E 3P

Brief Description: MILLS & SONS SUB

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 216,000

**Rate:** 8.31 %

**Term:** 10/1/2036

**Title Company:** CHICAGO TITLE INSURANCE CO

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 14228 S SAGINAW AVE, BURNHAM, IL 60633

146 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** FISHER, BARON (Single or Unmarried Man)

**Buyer Mailing Address:** 14228 S SAGINAW AVE, BURNHAM, IL 60633

**Seller:** BARUCH TORO, MARIA D C (Single Person)

**Property Address:** 14228 S SAGINAW AVE, BURNHAM, IL 60633

*************************** SALES INFORMATION ***************************

**Sale Date:** 9/26/2006

**Recorded Date:** 10/25/2006

**Sale Price:** $ 156,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 78.00
City Transfer Tax: $ 779.50
Total Transfer Tax: $ 156.00

**Document Number:** 0629802076

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 30-06-300-077

**Legal Description:** LOT: 20; BLOCK: 4; SUBDIVISION: MICHIGAN CENTRAL ADDITION; SEC/TWN/RNG/MERIDIAN: NW4SW4 S06T36NR15E 3P

*************************** MORTGAGE INFORMATION ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 155,900

**Rate:** 10.60 %

**Term:** 10/1/2036

**Title Company:** PNTN

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 6620 S STEWART AVE, CHICAGO, IL 60621

147 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** FLORENCE, DILLARD (Single or Unmarried Man)

**Buyer Mailing Address:** 4333 W 17TH ST, CHICAGO, IL 60623

**Seller:** WILLINGHAM, CAROLYN D (Single or Unmarried Woman)

**Property Address:** 6620 S STEWART AVE, CHICAGO, IL 60621

**************************** SALES INFORMATION ****************************

**Sale Date:** 8/29/2006

**Recorded Date:** 9/8/2006

**Sale Price:** $ 175,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 87.50
City Transfer Tax: $ 1,312.50
Total Transfer Tax: $ 175.00

**Document Number:** 0625145016

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 20-21-129-020

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 22[23] SUBDIVISION: INGERBER & JARETTS SUBDIVISION

Brief Description: SOUTH12 FT LOT22 LOTS5&8 EXC W25 FT THEREOF BLK19 & LOTS5-8 BLK20 LINDEN GROVE S90 AC & W25 AC N70 A

**************************** MORTGAGE INFORMATION ****************************

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 140,000

**Rate:** 8.70 %

**Term:** 9/1/2036

**Title Company:** ALLIANCE TITLE COMPANY

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 13935 W LEAMINGTON DR, UNIT 910, CRESTWOOD, IL 60445

148 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** FLORIAN, CHESTER; FLORIAN, ELIZABETH (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 13935 W LEAMINGTON DR, UNIT 910, CRESTWOOD, IL 60445

**Seller:** MC GINTY DEVELOPMENT INC (Company/Corporation)

**Property Address:** 13935 W LEAMINGTON DR, UNIT 910, CRESTWOOD, IL 60445

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/21/2006

**Recorded Date:** 9/8/2006

**Sale Price:** $ 194,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 97.00
Total Transfer Tax: $ 194.00

**Document Number:** 0625140099

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 28-04-400-076 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 9[8] UNIT: 910; SUBDIVISION: CRESTPOINT PHASE 2; SEC/TWN/RNG/MERIDIAN: PART W2SE4 S04T36NR13E 3P

Brief Description: GARAGE UN110 CRESTPOINT CONDOS & S20 FT W52.00 FT LOT8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 133,919

**Rate:** 8.62 %

**Term:** 9/1/2036

**Title Company:** PNTN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 2340 W CHARLESTON, CHICAGO, IL 60647

149 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** FLYNN, LISA M (Married Woman)

**Buyer Mailing Address:** 2340 W CHARLESTON, CHICAGO, IL 60647

**Seller:** OTTO, GARY T (Married Person)

**Property Address:** 2340 W CHARLESTON, CHICAGO, IL 60647

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/4/2006

**Recorded Date:** 9/7/2006

**Sale Price:** $ 455,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 227.50
City Transfer Tax: $ 3,412.50
Total Transfer Tax: $ 455.00

**Document Number:** 0625053050

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 14-31-124-024

**Legal Description:** LOT: 46; BLOCK: 13; SUBDIVISION: HOLSTEIN; SEC/TWN/RNG/MERIDIAN: NW4 S31T40NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 409,500

**Rate:** 9.95 %

**Term:** 8/1/2036

**Title Company:** MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

KANE COUNTY, IL 907 SOLFISBURG, AURORA, IL 60505

150 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** KANE COUNTY, IL

**Buyer:** FONSECA, MARICELIA (Individual(s))

**Buyer Mailing Address:** 907 SOLFISBURG, AURORA, IL 60505

**Seller:** FONSECA, JUAN M; FONSECA, MARICELIA

**Seller Mailing Address:** 907 SOLFISBURG, AURORA, IL 60505

**Property Address:** 907 SOLFISBURG, AURORA, IL 60505

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 9/29/2006

**Recorded Date:** 10/17/2006

**Document Number:** 2006K113373

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 15-23-128-002

**Legal Description:** PARTIAL LOT; LOT: 5; BLOCK: 1; CITY: AURORA; SUBDIVISION: SOLFISBURGS ADDITION TO AURORA

Brief Description: LOT5 EXC E5 FT THEREOF

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE; ADJUSTABLE RATE

**Loan Amount:** $ 127,500

**Rate:** 8.45 %

**Term:** 11/1/2036

**Title Company:** TRISTAR TITLE LLC

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 3617 PARTHENON WAY, OLYMPIA FIELDS, IL 60461

151 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** FOSTER, RICHARD W (Single Person)

**Buyer Mailing Address:** 3617 PARTHENON WAY, OLYMPIA FIELDS, IL 60461

**Seller:** BURRUS, ANTHONY (Executor/Administrator); ESTATE OF SHIRLEY BURRUS CHASE (Estate)

**Property Address:** 3617 PARTHENON WAY, OLYMPIA FIELDS, IL 60461

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/27/2006

**Recorded Date:** 10/12/2006

**Sale Price:** $ 304,000 (Full Amount)

County Transfer Tax: $ 152.00
Total Transfer Tax: $ 304.00

**Document Number:** 0628540192

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 31-14-303-026

**Legal Description:** LOT: 2; BLOCK: 7; SUBDIVISION: A G BRIGGS & SONS ARCADIA; SEC/TWN/RNG/MERIDIAN: S14T35NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 243,200

**Rate:** 8.75 %

**Term:** 10/1/2036

**Title Company:** STEWART TITLE OF ILLINOIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 4633 BUTTERFIELD RD, HILLSIDE, IL 60162

152 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** FRANCO, MIGUEL (Single Person)

**Buyer Mailing Address:** 4633 BUTTERFIELD RD, HILLSIDE, IL 60162

**Seller:** DESOR, HARIKRISHAN L (Single Person); DESOR, JAGDISH C (Single Person)

**Property Address:** 4633 BUTTERFIELD RD, HILLSIDE, IL 60162

*************************** **SALES INFORMATION** ****************************

**Sale Date:** 9/20/2006

**Recorded Date:** 10/31/2006

**Sale Price:** $ 262,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 131.00
City Transfer Tax: $ 1,964.25
Total Transfer Tax: $ 262.00

**Document Number:** 0630426170

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 15-08-325-025

**Legal Description:** LOT: 34[35] SUBDIVISION: HILLSIDE GARDENS; SEC/TWN/RNG/MERIDIAN: W2SW4 S08T39NR12E 3P

************************** **MORTGAGE INFORMATION** **************************

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 209,520

**Rate:** 8.10 %

**Term:** 10/1/2036

**Title Company:** PNTN

************************** **PROPERTY DESCRIPTION** **************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

FRATANTION JR, SAM J;

153 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

### MORTGAGE RECORD FOR WILL COUNTY, IL

**Borrower(s):** FRATANTION JR, SAM J; FRATANTION, MARIA L (Husband and Wife), Joint Tenancy

**Property Address:** 1903 ARBOR FIELDS DR, PLAINFIELD, IL 60544

**Property Use:** PLANNED UNIT DEVELOPMENT

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/5/2006

**Document Number:** R2006148838

**Assessor's Parcel Number:** 06-03-32-411-020

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 240,000

**Loan Type:** UNDETERMINED

**Due Date:** 9/1/2036

********** **GEOGRAPHICAL INFORMATION** **********

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
  Chicago, IL PMSA (1600)
    Will County, Illinois (FIPS=17197)
      (14160017197)