COOK COUNTY, IL 2839 S HARVEY, BERWYN, IL 60402

154 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** FREYTES, ZACARIAS M (Single or Unmarried Man)

**Buyer Mailing Address:** 2839 S HARVEY, BERWYN, IL 60402

**Seller:** MELECIO, NEREIDA (Single or Unmarried Woman)

**Property Address:** 2839 S HARVEY, BERWYN, IL 60402

*************************** SALES INFORMATION ***************************

**Sale Date:** 9/28/2006

**Recorded Date:** 10/31/2006

**Sale Price:** $ 255,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 127.50
Total Transfer Tax: $ 255.00

**Document Number:** 0630426133

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 16-29-319-018

**Legal Description:** LOT: 23; BLOCK: 8; SUBDIVISION: GREELEYS ADDITION TO BERWYN; SEC/TWN/RNG/MERIDIAN: SW4 S29T39NR13E 3P

Brief Description: SUBDIVISION BLKS7&8

*************************** MORTGAGE INFORMATION ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 242,250

**Rate:** 8.75 %

**Term:** 10/1/2036

**Title Company:** PNTN

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 4848 N SHERIDAN AVE, UNIT 203, CHICAGO, IL 60640

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** FRISCH, DAN (Individual(s)); CRAFTS FRISCH, CAROLYN (Individual(s))

**Buyer Mailing Address:** 4848 N SHERIDAN AVE, UNIT 203, CHICAGO, IL 60640

**Seller:** SHERIDAN GRANDE PARTNERS LLC (Company/Corporation)

**Property Address:** 4848 N SHERIDAN AVE, UNIT 203, CHICAGO, IL 60640

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 8/21/2006

**Recorded Date:** 9/15/2006

**Sale Price:** $ 209,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 104.50
City Transfer Tax: $ 1,567.50
Total Transfer Tax: $ 209.00

**Document Number:** 0625842065

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 14-08-416-018 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 2-8; UNIT: 203; SUBDIVISION: GEORGE LILLS SHERIDAN ROAD ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: SE4 S08T40NR14E 3P

Brief Description: SHERIDAN GRANDE CONDO & N15.00 FT LOT8

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 188,100

**Rate:** 9.74 %

**Term:** 9/1/2036

**Title Company:** CTI

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Land Use:** GENERAL RESIDENTIAL

COOK COUNTY, IL 2172 N MAJOR, CHICAGO, IL 60639

156 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GALDAMEZ, PEDRO (Individual(s))

**Buyer Mailing Address:** 2172 N MAJOR, CHICAGO, IL 60639

**Seller:** ALMAZAN, FRANCISCO (Single Person)

**Property Address:** 2172 N MAJOR, CHICAGO, IL 60639

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 8/8/2006

**Recorded Date:** 9/5/2006

**Sale Price:** $ 223,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 111.50
City Transfer Tax: $ 1,672.50
Total Transfer Tax: $ 223.00

**Document Number:** 0624841160

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 13-32-216-005

**Legal Description:** LOT: 1; BLOCK: 10; SUBDIVISION: GRAND AVENUE SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART E2NE4 S32T40NR13E 3P

Brief Description: BLOCKS2-4 COMMISSIONERS SUB

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 222,600

**Rate:** 9.47 %

**Term:** 9/1/2036

**Title Company:** TRISTAR TITLE LLC

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 2127 N LAVERGEN AVE, CHICAGO, IL 60639

157 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GARCIA, ALMA D (Married Woman)

**Buyer Mailing Address:** 2127 N LAVERGEN AVE, CHICAGO, IL 60639

**Seller:** SCHMIDT, JOSE A; GARCIA, MARIA (Husband and Wife)

**Property Address:** 2127 N LAVERGEN AVE, CHICAGO, IL 60639

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/22/2006

**Recorded Date:** 10/13/2006

**Sale Price:** $ 333,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 166.50
City Transfer Tax: $ 2,497.50
Total Transfer Tax: $ 333.00

**Document Number:** 0628657000

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 13-33-219-010

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 35[36] BLOCK: 13; SUBDIVISION: CHICAGOLAND INVESTMENT COMPANYS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: NE4 S33T40NR13E 3P

Brief Description: S2 LOT36

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 266,400

**Rate:** 8.37 %

**Term:** 10/1/2036

**Title Company:** LAW TITLE INSURANCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 1161 HECKER CT, ELGIN, IL 60120

158 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GARCIA, GERARDO (Single or Unmarried Man); LOPEZ, MARICELA (Single or Unmarried Woman), Joint Tenancy

**Buyer Mailing Address:** 1161 HECKER CT, ELGIN, IL 60120

**Seller:** HEARD, ROBERT C

**Property Address:** 1161 HECKER CT, ELGIN, IL 60120

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 9/11/2006

**Recorded Date:** 9/15/2006

**Sale Price:** $ 214,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 107.00
Total Transfer Tax: $ 214.00

**Document Number:** 0625853074

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 06-18-212-007

**Legal Description:** LOT: 287; SUBDIVISION: PARKWOOD UNIT #3; SEC/TWN/RNG/MERIDIAN: PART NE4 S18T41NR09E 3P

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 171,200

**Rate:** 8.25 %

**Term:** 10/1/2036

**Title Company:** LAW TITLE JOLIET

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Land Use:** SINGLE FAMILY RESIDENTIAL

Page 222

WILL COUNTY, IL 1009 SUMMIT ST, JOLIET, IL 60435

159 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: GARCIA, MELISSA A (Single or Unmarried Woman)

Buyer Mailing Address: 1007-1009 SUMMIT ST, JOLIET, IL 60435

Seller: HUERTA, MARTIN (Married Man)

Property Address: 1009 SUMMIT ST, JOLIET, IL 60435

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/25/2006

Recorded Date: 10/20/2006

Document Number: R2006176238

Deed Type: QUIT CLAIM DEED

Assessor's Parcel Number: 30-07-04-407-024

Legal Description: LOT: 4; SUBDIVISION: P R BANNONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART N2S2 S04T35NR10E 3P; RECORDER'S MAP REFERENCE: MB5 PG49

Brief Description: SOUTH264 FT SUB LOT6 LOT7 HUTCHINS SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 118,500

Rate: 7.45 %

Term: 10/1/2036

Title Company: LAW TITLE INSURANCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 1108 185TH PL, HOMEWOOD, IL 60430

160 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GARLAND, ANNIE (Individual(s))

**Seller:** CUMMINGS, TRAVIS (Single or Unmarried Man)

**Seller Mailing Address:** 1108 W 185TH PL, HOMEWOOD, IL 60430

**Property Address:** 1108 185TH PL, HOMEWOOD, IL 60430

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/18/2006

**Recorded Date:** 10/3/2006

**Sale Price:** $ 290,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 145.00
Total Transfer Tax: $ 290.00

**Document Number:** 0627602127

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 32-05-226-011

**Legal Description:** LOT: 149; SUBDIVISION: TOWN & COUNTRY SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S05T35NR14E 3P

Brief Description: FLOSSMOOR HTS J C MERCARTNEYS SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 275,500

**Rate:** 8.72 %

**Term:** 10/1/2036

**Title Company:** TRISTAR TITLE LLC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 11308 S NATOMA, WORTH, IL 60482

161 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GARVEY, JAMES; GARVEY, SELENA (Husband and Wife), Joint Tenancy

**Buyer Mailing Address:** 11308 S NATOMA, WORTH, IL 60482

**Seller:** GARVEY, JAMES

**Seller Mailing Address:** 11308 S NATOMA, WORTH, IL 60482

**Property Address:** 11308 S NATOMA, WORTH, IL 60482

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 8/26/2006

**Recorded Date:** 9/15/2006

**Document Number:** 0625840146

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 24-19-218-014

**Legal Description:** LOT: 2; BLOCK: 18; SUBDIVISION: BEVERLY FIELDS; SEC/TWN/RNG/MERIDIAN: W2NE4 S19T37NR13E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE

**Loan Amount:** $ 281,250

**Term:** 9/1/2036

**Title Company:** TRISTAR TITLE LLC

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 8714 NILES CENTER RD, SKOKIE, IL 60077

162 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GEORGE, DENSY (Individual(s))

**Buyer Mailing Address:** 8714 NILES CENTER RD, SKOKIE, IL 60077

**Seller:** SILVERMAN, DAVID M (Trustee/Conservator); SIDNEY H & FREDA R SILVERMAN REVOCABLE L (Revocable Living Trust)

**Property Address:** 8714 NILES CENTER RD, SKOKIE, IL 60077

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/30/2006

**Recorded Date:** 9/28/2006

**Sale Price:** $ 205,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 102.50
City Transfer Tax: $ 615.00
Total Transfer Tax: $ 205.00

**Document Number:** 0627101056

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 10-21-207-074

**Legal Description:** PARTIAL LOT; LOT: 9; SEC/TWN/RNG/MERIDIAN: NE4 S21T41NR13E 3P

Brief Description: SOUTH18.50 FT N107.83 FT LOT9 SUB PART LOT2 ASSESSORS DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 184,500

**Rate:** 8.60 %

**Term:** 9/1/2036

**Title Company:** CHICAGO TITLE INSURANCE CO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 8970 N PARKSIDE, UNIT 112, DES PLAINES, IL 60016

163 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GEORGE, SHARLIT (Single Person)

**Buyer Mailing Address:** 8970 N PARKSIDE, UNIT 112, DES PLAINES, IL 60016

**Seller:** GEORGE, SHARLIT (Single Person); MIKHAIL, ALAN (Single Person)

**Seller Mailing Address:** 8970 N PARKSIDE, UNIT 112, DES PLAINES, IL 60016

**Property Address:** 8970 N PARKSIDE, UNIT 112, DES PLAINES, IL 60016

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/14/2006

**Recorded Date:** 10/16/2006

**Document Number:** 0628949085

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 09-14-308-016-1155

**Legal Description:** SUBDIVISION: BALLARD POINT CONDOMINIUM; SEC/TWN/RNG/MERIDIAN: PART SW4SW4 S14T41NR12E 3P

**************************** MORTGAGE INFORMATION ****************************

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE; ADJUSTABLE RATE

**Loan Amount:** $ 185,250

**Rate:** 9.50 %

**Term:** 10/1/2036

**Title Company:** TICOR TITLE INSURANCE COMPAN

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** CONDOMINIUM

GIBBS SR, CONLEY;

164 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** GIBBS SR, CONLEY; GIBBS, LORRAINE (Husband and Wife), Tenants By Entireties

**Property Address:** 2131 W 53RD PL, CHICAGO, IL 60609

**Property Use:** MULTI-FAMILY DWELLING (2-4 UNIT) BUILDING

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/18/2006

**Document Number:** 0626105066

**Assessor's Parcel Number:** 20-07-315-043

**Legal Description:** LOT: 31-33; SUBDIVISION: MCKAYS GARFIELD BOULEVARD ADDITION; SEC/TWN/RNG/MER: SW4 S07T38NR14E 3P

Brief Description: LOT31 EXC E24 FT THEREOF & E4 FT LOT33 PART BLK21

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 234,500

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 9.00 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

GIBBS SR, CONLEY;

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
   Chicago, IL PMSA (1600)
    Cook County, Illinois (FIPS=17031)
     (14160017031)

COOK COUNTY, IL 7753 VAN BUREN ST, UNIT 201, FOREST PARK, IL 60130

165 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GIBSON, PERCY L (Single Person)

**Buyer Mailing Address:** 7753 VAN BUREN ST, UNIT 201, FOREST PARK, IL 60130

**Seller:** FOREST PARK GROVE LLC (Company/Corporation)

**Property Address:** 7753 VAN BUREN ST, UNIT 201, FOREST PARK, IL 60130

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 9/25/2006

**Recorded Date:** 10/24/2006

**Sale Price:** $ 273,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 136.75
Total Transfer Tax: $ 273.50

**Document Number:** 0629705243

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 15-13-109-028 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** PARTIAL LOT; LOT: 1; UNIT: 201; SUBDIVISION: THE RESIDENCES AT THE GROVE; SEC/TWN/RNG/MERIDIAN: PART NW4 S13T39NR12E 3P

Brief Description: RESIDENCES AT GROVE MIDRISE CONDO

************************** **MORTGAGE INFORMATION** **************************

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 216,792

**Rate:** 7.70 %

**Term:** 10/1/2036

**Title Company:** TICOR TITLE INSURANCE

************************** **PROPERTY DESCRIPTION** **************************

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 8500 S MAJOR, BURBANK, IL 60454

166 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GIL, ADAM (Single or Unmarried Man)

**Buyer Mailing Address:** 8500 S MAJOR, BURBANK, IL 60454

**Seller:** KLIEM, DAVID J; KLIEM, JANICE R (Husband and Wife)

**Property Address:** 8500 S MAJOR, BURBANK, IL 60454

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/28/2006

**Recorded Date:** 10/19/2006

**Sale Price:** $ 155,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 77.50
City Transfer Tax: $ 775.00
Total Transfer Tax: $ 155.00

**Document Number:** 0629246098

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 19-32-410-021

**Legal Description:** LOT: 40; BLOCK: 2; SUBDIVISION: HIGHLANDS SUBDIVISION;
SEC/TWN/RNG/MERIDIAN: W3/4SE4SE4 S32T38NR13E 3P

************************** MORTGAGE INFORMATION **************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 147,250

**Rate:** 10.62 %

**Term:** 10/1/2036

**Title Company:** MULTIPLE

************************** PROPERTY DESCRIPTION **************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

WILL COUNTY, IL 610 COCHISE, BOLINGBROOK, IL 60440

167 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

Buyer: GILLIGAN, TOM; GILLIGAN, GEORGIA (Husband and Wife), Tenants By Entireties

Buyer Mailing Address: 610 COCHISE, BOLINGBROOK, IL 60440

Seller: ENGEL, STEPHEN J; ENGEL, MONICA J (Husband and Wife)

Property Address: 610 COCHISE, BOLINGBROOK, IL 60440

*************************** SALES INFORMATION ***************************

Sale Date: 8/17/2006

Recorded Date: 9/12/2006

Sale Price: $ 229,500 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 1,721.25
Total Transfer Tax: $ 344.25

Document Number: R2006153261

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 02-09-422-017

Legal Description: LOT: 6; BLOCK: 31; SUBDIVISION: INDIAN OAKS UNIT 7; SEC/TWN/RNG/MERIDIAN: W2SE4 S09T37NR10E 3P

*************************** MORTGAGE INFORMATION ***************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 229,500

Rate: 9.30 %

Term: 9/1/2036

Title Company: COUNSELORS TITLE CO LLC

*************************** PROPERTY DESCRIPTION ***************************

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 3704 W GRENSHAW, CHICAGO, IL 60624

168 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GILMORE, JOSEPH (Single or Unmarried Man)

**Buyer Mailing Address:** 3704 W GRENSHAW, CHICAGO, IL 60624

**Seller:** WOODS, ARCHIE; WOODS, MARY (Husband and Wife); LUCAS, VERA (Single or Unmarried Woman)

**Property Address:** 3704 W GRENSHAW, CHICAGO, IL 60624

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 9/19/2006

**Recorded Date:** 10/12/2006

**Sale Price:** $ 297,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 148.75
City Transfer Tax: $ 2,231.25
Total Transfer Tax: $ 297.50

**Document Number:** 0628520041

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 16-14-325-019

**Legal Description:** LOT: 24; SUBDIVISION: EDWARD CASEYS ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: E2SW4 S14T39NR13E 3P

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 297,100

**Rate:** 11.27 %

**Term:** 10/1/2036

**Title Company:** STEWART TITLE OF ILLINOIS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 539 HOMAN AVE, PARK FOREST, IL 60466

169 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GOGGINS, SALENEA (Individual(s))

**Buyer Mailing Address:** 20717 SPARTA CT, OLYMPIA FIELDS, IL 60461

**Seller:** CARR, JOHN W; CARR, JANICE G (Husband and Wife)

**Property Address:** 539 HOMAN AVE, PARK FOREST, IL 60466

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/28/2006

**Recorded Date:** 9/12/2006

**Sale Price:** $ 169,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 84.75
City Transfer Tax: $ 850.00
Total Transfer Tax: $ 169.50

**Document Number:** 0625540008

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 31-23-427-022

**Legal Description:** LOT: 22; BLOCK: 45; SUBDIVISION: LINCOLNWOOD WEST; SEC/TWN/RNG/MERIDIAN: PART SW4 S24T35NR13E 3P

Brief Description: PART SE4 SEC23 TWP35N RNG13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 169,500

**Rate:** 10.40 %

**Term:** 10/1/2036

**Title Company:** CHICAGO TITLE INSURANCE CO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 3207 S GREEN ST, CHICAGO, IL 60608

170 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GOMEZ, MIGUEL (Individual(s)); GOMEZ, ISABELLE (Individual(s)), Joint Tenancy

**Buyer Mailing Address:** 3207 S GREEN ST, CHICAGO, IL 60608

**Seller:** GOMEZ, MIGUEL (Married Man)

**Seller Mailing Address:** 3207 S GREEN ST, CHICAGO, IL 60608

**Property Address:** 3207 S GREEN ST, CHICAGO, IL 60608

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/26/2006

**Recorded Date:** 10/12/2006

**Document Number:** 0628557134

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 17-32-215-003

**Legal Description:** LOT: 3; SUBDIVISION: EGANS SOUTH ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: E2NE4 S32T39NR14E 3P

Brief Description: SUBDIVISION LOTS29&30 & LOT41 STADELMANS SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>**ARGENT MORTGAGE**</u> COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE; ADJUSTABLE RATE

**Loan Amount:** $ 174,000

**Rate:** 8.45 %

**Term:** 10/1/2036

**Title Company:** NONE AVAILABLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

GONZALES, SANDRO

171 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** WILL COUNTY, IL

Borrower(s): GONZALES, SANDRO (Single or Unmarried Man)

Property Address: 159 THORNHURST RD, BOLINGBROOK, IL 60440

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

**Recording Date:** 9/5/2006

**Document Number:** R2006149058

**Assessor's Parcel Number:** 02-11-406-020

**Legal Description:** LOT: 20; BLOCK: 34; SUBDIVISION: BOLINGBROOK SUBDIVISION UNIT 6; SEC/TWN/RNG/MER: S11&12T37NR10E 3P

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 39,800

**Loan Type:** STAND ALONE SECOND

**Due Date:** 6/1/2036

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
Chicago, IL PMSA (1600)
Will County, Illinois (FIPS=17197)
(14160017197)

WILL COUNTY, IL 159 THORNHURST, BOLINGBROOK, IL 60440

172 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** GONZALES, SANDRO (Single or Unmarried Man)

**Buyer Mailing Address:** 159 THORNHURST, BOLINGBROOK, IL 60440

**Seller:** COYLE, ERIC; COYLE, BONNIE (Husband and Wife)

**Property Address:** 159 THORNHURST, BOLINGBROOK, IL 60440

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 5/31/2006

**Recorded Date:** 9/5/2006

**Sale Price:** $ 199,000 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 1,492.50
Total Transfer Tax: $ 298.50

**Document Number:** R2006149056

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 02-11-406-020

**Legal Description:** LOT: 20; BLOCK: 34; SUBDIVISION: BOLINGBROOK SUBDIVISION UNIT 6;
SEC/TWN/RNG/MERIDIAN: S11&12T37NR10E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 159,200

**Rate:** 9.57 %

**Term:** 6/1/2036

**Title Company:** BAIRD & WARNER TITLE SERVICE

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

Graf; Herbert J v. Argent Mortgage Co

173 of 901 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

UNITED STATES DISTRICT COURT

**COUNTY:** COOK COUNTY, ILLINOIS

**PLAINTIFF:** Graf; Herbert J JR

**DEFENDANT:** <u>Argent Mortgage</u> Co

**CASE NAME:** Graf; Herbert J v. <u>Argent Mortgage</u> Co

**CASE NUMBER:** 06C 0004726

**FILING DATE:** <u>9/</u>1/2006

**TYPE:** CIVIL SUIT - Other Statutes - 890 Other Statutory Actions

**ATTORNEY:** Pro Se

**JUDGE:** ASPEN; MARVIN E

COOK COUNTY, IL 2323 W PERSHING RD, UNIT 124, CHICAGO, IL 60609

174 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GRANAT, ROBERT M (Married Man)

**Buyer Mailing Address:** 5114 S NEWLAND, CHICAGO, IL 60638

**Seller:** MCKINLEY PARK DEVELOPMENT LLC (Company/Corporation)

**Property Address:** 2323 W PERSHING RD, UNIT 124, CHICAGO, IL 60609

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/14/2006

**Recorded Date:** 9/25/2006

**Sale Price:** $ 220,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 110.00
City Transfer Tax: $ 1,650.00
Total Transfer Tax: $ 220.00

**Document Number:** 0626802156

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 20-06-100-042 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** UNIT: 124; SUBDIVISION: MCKINLEY PARK LOFTS CONDOMINIUM;
SEC/TWN/RNG/MERIDIAN: PART NW4 S06T38NR14E 3P

Brief Description: PARKING SPACE PS-55 PART NW4 NW4 & PART NW4 SEC06 TWP38N RNG14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 197,622

**Rate:** 9.95 %

**Term:** 10/1/2036

**Title Company:** NEAR NORTH NATIONAL TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** GENERAL RESIDENTIAL

GREEN, ANDRE B;

175 of 901 DOCUMENTS

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

**MORTGAGE RECORD FOR** COOK COUNTY, IL

**Borrower(s):** GREEN, ANDRE B; GREEN, FELICIA (Husband and Wife), Tenants By Entireties

**Property Address:** 6341 CORNFIELD RD, MATTESON, IL 60443

**Property Use:** SINGLE FAMILY RESIDENCE

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/19/2006

**Document Number:** 0626248037

**Assessor's Parcel Number:** 31-20-113-020

**Legal Description:** LOT: 33; SUBDIVISION: GLENEAGLE TRAIL; SEC/TWN/RNG/MER: PART W2NW4 S20T35NR13E 3P

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** **ARGENT MORTGAGE** COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 280,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 7.85 %

**Due Date:** 9/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** **RIDER INFORMATION** **********

ADJUSTABLE RATE RIDER: ATTACHED

********** **GEOGRAPHICAL INFORMATION** **********

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
       Chicago, IL PMSA (1600)

GREEN, ANDRE B;

Cook County, Illinois (FIPS=17031)
  (14160017031)

COOK COUNTY, IL 18408 DARTRY DR, COUNTRY CLUB HILLS, IL 60478

176 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

**PROPERTY TRANSFER RECORD** FOR COOK COUNTY, IL

**Buyer:** GREEN, DONALD H (Married Man), Married man as his sole and separate property

**Buyer Mailing Address:** 18408 DARTRY DR, COUNTRY CLUB HILLS, IL 60478

**Seller:** MUNOZ CONSTRUCTION INC (Company/Corporation)

**Property Address:** 18408 DARTRY DR, COUNTRY CLUB HILLS, IL 60478

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/26/2006

**Recorded Date:** 10/25/2006

**Sale Price:** $ 533,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 266.75
City Transfer Tax: $ 2,666.00
Total Transfer Tax: $ 533.50

**Document Number:** 0629835130

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 31-04-209-005

**Legal Description:** LOT: 124; SUBDIVISION: CASTLE DARGAN LAKES ESTATES PHASE 2

Brief Description: PART LOTS10&11 MARYCREST PART NE4 & PART SE4 SEC04TWP35N RNG13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 479,970

**Rate:** 8.20 %

**Term:** 10/1/2036

**Title Company:** PNTN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

DUPAGE COUNTY, IL 1513-3 BRISTOL LN, WOOD DALE, IL 60191

177 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** DUPAGE COUNTY, IL

**Buyer:** GUMMADI, RAMAKRISHNA (Married Man)

**Buyer Mailing Address:** 1513-3 BRISTOL LN, WOOD DALE, IL 60191

**Seller:** PULTE HOMES (Company/Corporation); PULTE HOME CORP f/k/a

**Property Address:** 1513-3 BRISTOL LN, WOOD DALE, IL 60191

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/15/2006

**Recorded Date:** 10/10/2006

**Sale Price:** $ 349,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 523.50

**Document Number:** R2006-196039

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 03-04-200-004 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** UNIT: 13-3; SUBDIVISION: BRISTOL PARK SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NE4 S04T40NR11E 3P

Brief Description: BRISTOL PARK CONDO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 331,307

**Rate:** 10.35 %

Term: 10/1/2036

**Title Company:** PULTE MIDWEST TITLE SOUTH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM

GURBISZ, MAREK;

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

### MORTGAGE RECORD FOR COOK COUNTY, IL

**Borrower(s):** GURBISZ, MAREK; GURBISZ, MALGORZATA (Husband and Wife), Tenants By Entireties

**Property Address:** 3233 N OAK PARK AVE, CHICAGO, IL 60634

**Property Use:** SINGLE FAMILY RESIDENCE

********** **RECORDER'S INFORMATION** **********

**Recording Date:** 9/29/2006

**Document Number:** 0627241289

**Assessor's Parcel Number:** 13-19-426-008

**Legal Description:** LOT: 25; SUBDIVISION: SCHORSCH VILLA; SEC/TWN/RNG/MER: SE4 S19T40NR13E 3P

Brief Description: RESUBDIVISION LOTS111-145 HINKAMP & COMPANYS BELMONT AVENUE SUB PART OLIVER L WATSONS BELMONT HEIGHT

********** **MORTGAGE INFORMATION** **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** <u>**ARGENT MORTGAGE**</u> COMPANY LLC

**Lender Type:** MORTGAGE COMPANY

**Loan Amount:** $ 200,000

**Loan Type:** UNDETERMINED

**Type of Financing:** ADJUSTABLE RATE

**Interest Rate:** 10.05 %

**Due Date:** 10/1/2036

**Adjustable Index:** LONDON INTER-BANK OFFER RATE (LIBOR)

**Rate Change:** SIX MONTHS OR SEMI-ANNUALLY

**Change Index:** 4.50 %

********** **RIDER INFORMATION** **********

ADJUSTABLE RATE RIDER: ATTACHED

********** **GEOGRAPHICAL INFORMATION** **********

GURBISZ, MAREK;

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Cook County, Illinois (FIPS=17031)
      (14160017031)

COOK COUNTY, IL 3111 ATLANTIC ST, FRANKLIN PARK, IL 60131

179 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GUTIERREZ, BERTHA (Married Woman)

**Buyer Mailing Address:** 3111 ATLANTIC ST, FRANKLIN PARK, IL 60131

**Seller:** MARTINO, DOMENICO (Married Man)

**Property Address:** 3111 ATLANTIC ST, FRANKLIN PARK, IL 60131

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/19/2006

**Recorded Date:** 9/13/2006

**Sale Price:** $ 240,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 120.00
Total Transfer Tax: $ 240.00

**Document Number:** 0625602004

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 12-28-207-015 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 15[16] BLOCK: 4; SUBDIVISION: FIRST ADDITION TO FRANKLIN PARK;
SEC/TWN/RNG/MERIDIAN: E2NE4 S28T40NR12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 192,000

**Rate:** 9.37 %

**Term:** 8/1/2036

**Title Company:** PREMIER TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 2114 E 99TH ST, UNIT 69, CHICAGO, IL 60617

180 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GUTIERREZ, AMBROSIO (Married Man)

**Buyer Mailing Address:** 4741 S KEELER, CHICAGO, IL 60632

**Seller:** PIONEER SERVICES LLC (Company/Corporation)

**Seller Mailing Address:** 7303 N CICERO AVE, UNIT B, LINCOLNWOOD, IL 60712

**Property Address:** 2114 E 99TH ST, UNIT 69, CHICAGO, IL 60617

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/18/2006

**Recorded Date:** 10/11/2006

**Sale Price:** $ 120,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 60.00
City Transfer Tax: $ 900.00
Total Transfer Tax: $ 120.00

**Document Number:** 0628405244

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 25-12-217-057

**Legal Description:** LOT: 223; SUBDIVISION: JEFFREY MANOR; SEC/TWN/RNG/MERIDIAN: E2W2NE4 S12T37NR14E 3P

Brief Description: RESUBDIVISION PART BLK1 ALL BLKS2-10 & PART BLK11 HUGH MAGINNIS 95TH STREET SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 108,000

**Rate:** 10.80 %

**Term:** 10/1/2036

**Title Company:** TRISTAR TITLE LLC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COOK COUNTY, IL 2114 E 99TH ST, UNIT 69, CHICAGO, IL 60617

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

WILL COUNTY, IL 3352 ROSECROFT, NAPERVILLE, IL 60564

181 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** GUZMAN, PETER; JUAREZ GUZMAN, STELLE (Husband and Wife), Joint Tenancy

**Buyer Mailing Address:** 3352 ROSECROFT, NAPERVILLE, IL 60564

**Seller:** ADCOCK, BILLY; ADCOCK, JEAN A (Husband and Wife)

**Property Address:** 3352 ROSECROFT, NAPERVILLE, IL 60564

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/6/2006

**Recorded Date:** 10/17/2006

**Sale Price:** $ 285,000 (Full Amount Computed From Transfer Tax)

City Transfer Tax: $ 855.00
Total Transfer Tax: $ 427.50

**Document Number:** R2006174001

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 01-04-409-022

**Legal Description:** PARTIAL LOT; LOT: 155; SUBDIVISION: HEATHERSTONE UNIT 2; SEC/TWN/RNG/MERIDIAN: PART SW4SE4 S04T37NR09E 3P

************************** MORTGAGE INFORMATION **************************

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN

**Loan Amount:** $ 242,250

**Term:** 10/1/2036

**Title Company:** NONE AVAILABLE

************************** PROPERTY DESCRIPTION **************************

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 7113 S MARTIN LUTHER KING DR, CHICAGO, IL 60619

182 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** HALL, MARILYN (Single Person)

**Buyer Mailing Address:** 7113 S MARTIN LUTHER KING DR, CHICAGO, IL 60619

**Seller:** HALL, BETTY B (Single or Unmarried Woman)

**Property Address:** 7113 S MARTIN LUTHER KING DR, CHICAGO, IL 60619

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/5/2006

**Recorded Date:** 9/25/2006

**Sale Price:** $ 155,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 77.50
City Transfer Tax: $ 1,162.50
Total Transfer Tax: $ 155.00

**Document Number:** 0626820195

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 20-27-200-004

**Legal Description:** LOT: 43; BLOCK: 4; SUBDIVISION: WALTER DRAYS ADDITION TO PARK MANOR; SEC/TWN/RNG/MERIDIAN: N2NW4NE4 S27T38NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** <u>ARGENT MORTGAGE</u> COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 139,500

**Rate:** 8.99 %

**Term:** 9/1/2036

**Title Company:** MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL