COOK COUNTY, IL 9702 S PERRY AVE, CHICAGO, IL 60628

183 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: HALL, QUENTIN (Individual(s)); HALL, CATHY LOUISE (Married Person), Joint Tenancy

Buyer Mailing Address: 9702 S PERRY AVE, CHICAGO, IL 60628

Seller: HALL, QUENTIN; HALL, CATHY LOUIS

Seller Mailing Address: 9702 S PERRY AVE, CHICAGO, IL 60628

Property Address: 9702 S PERRY AVE, CHICAGO, IL 60628

**************************** SALES INFORMATION ****************************

Sale Date: 8/24/2006

Recorded Date: 9/15/2006

Document Number: 0625840113

Deed Type: INTRA-FAMILY TRANSACTION

Assessor's Parcel Number: 25-09-221-022

Legal Description: LOT: 2; BLOCK: 8; SUBDIVISION: FREDERICK H BARTLETTS UNIVERSITY HIGHLANDS; SEC/TWN/RNG/MERIDIAN: NE4 S09T37NR14E 3P

**************************** MORTGAGE INFORMATION ****************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: STAND ALONE REFINANCE; ADJUSTABLE RATE

Loan Amount: $ 136,000

Rate: 8.00 %

Term: 9/1/2036

Title Company: TRISTAR TITLE LLC

**************************** PROPERTY DESCRIPTION ****************************

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

WILL COUNTY, IL 1749 REBECCA DR, ROMEOVILLE, IL 60446

184 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** HALLOCK, LISA M (Single or Unmarried Woman)

**Buyer Mailing Address:** 1749 REBECCA DR, ROMEOVILLE, IL 60446

**Seller:** HALLOCK, LISA M (Single or Unmarried Woman); HALLOCK, GEORGE W; HALLOCK, LINDA B (Husband and Wife)

**Seller Mailing Address:** 1749 REBECCA DR, ROMEOVILLE, IL 60446

**Property Address:** 1749 REBECCA DR, ROMEOVILLE, IL 60446

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/4/2006

**Recorded Date:** 9/21/2006

**Document Number:** R2006159761

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 06-03-12-413-056

**Legal Description:** PARTIAL LOT; LOT: 135; SUBDIVISION: LAKEWOOD FALLS UNIT 5 POD 22; SEC/TWN/RNG/MERIDIAN: PART SE4 S12T36NR09E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** STAND ALONE REFINANCE; ADJUSTABLE RATE

**Loan Amount:** $ 148,000

**Rate:** 8.10 %

**Term:** 10/1/2036

**Title Company:** LAW TITLE INSURANCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** PLANNED UNIT DEVELOPMENT

COOK COUNTY, IL 10315 S 81ST CT, PALOS HILLS, IL 60465

185 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** HAMMAD, ABDELFATTAH (Married Person)

**Buyer Mailing Address:** 10307 S 82ND AVE, PALOS HILLS, IL

**Seller:** ATA, HANA (Married Woman)

**Property Address:** 10315 S 81ST CT, PALOS HILLS, IL 60465

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/11/2006

**Recorded Date:** 9/28/2006

**Sale Price:** $ 260,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 130.00
Total Transfer Tax: $ 260.00

**Document Number:** 0627148023

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 23-14-221-003

**Legal Description:** LOT: 63; SUBDIVISION: LANSDOWNES HICKORY HILLS; SEC/TWN/RNG/MERIDIAN: NE4NE4 S14T37NR12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 260,000

**Rate:** 9.90 %

**Term:** 10/1/2036

**Title Company:** MULTIPLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

HANNA, CONNIE

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** LAKE COUNTY, IL

Borrower(s): HANNA, CONNIE

Property Address: 1300 PARK AVE, WINTHROP HARBOR, IL 60096

Property Use: SINGLE FAMILY RESIDENCE

**\*\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\*\***

Recording Date: 9/21/2006

Document Number: 6061739

Assessor's Parcel Number: 04-15-105-015

Legal Description: LOT: 5; BLOCK: 9; SUBDIVISION: KELLOGGS RESUBDIVISION; SEC/TWN/RNG/MER: S10&15T46NR12E 3P

Brief Description: LOT5 EXC W105 FT BLKS23-28&30-33 KELLOGGS SUB

**\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\***

Mortgage Type: NON-PURCHASE MONEY

Lender: **ARGENT MORTGAGE** COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 142,250

Loan Type: UNDETERMINED

Type of Financing: ADJUSTABLE RATE

Interest Rate: 8.10 %

Due Date: 10/1/2036

Adjustable Index: LONDON INTER-BANK OFFER RATE (LIBOR)

Rate Change: SIX MONTHS OR SEMI-ANNUALLY

Change Index: 4.50 %

**\*\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\*\***

HANNA, CONNIE

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
      Lake County, Illinois (FIPS=17097)
       (14160017097)

HANNON, JAMES P;

187 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

MORTGAGE RECORD FOR LAKE COUNTY, IL

Borrower(s): HANNON, JAMES P; HANNON, SANDRA A

Property Address: 702 LAKE SHORE DR, WAUCONDA, IL 60084

Property Use: SINGLE FAMILY RESIDENCE

********** RECORDER'S INFORMATION **********

Recording Date: 9/20/2006

Document Number: 6060451

Assessor's Parcel Number: 09-24-429-009

Legal Description: LOT: 26; SUBDIVISION: MAIMANS LAKESIDE SUBDIVISION

Brief Description: SE4 SE4 EXC E400 FT SEC24 TWP44N RNG09E 3P

********** MORTGAGE INFORMATION **********

Mortgage Type: NON-PURCHASE MONEY

Lender: ARGENT MORTGAGE COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 212,000

Loan Type: UNDETERMINED

Due Date: 9/1/2036

********** GEOGRAPHICAL INFORMATION **********

MSA: Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Lake County, Illinois (FIPS=17097)
      (14160017097)

HANNON, JAMES P;

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

MORTGAGE RECORD FOR LAKE COUNTY, IL

Borrower(s): HANNON, JAMES P; HANNON, SANDRA A

Property Address: 702 LAKE SHORE DR, WAUCONDA, IL 60084

********** RECORDER'S INFORMATION **********

Recording Date: 9/20/2006

Document Number: 6060452

Assessor's Parcel Number: 09-24-429-009

Legal Description: LOT: 26; SUBDIVISION: MAIMANS LAKESIDE SUBDIVISION

Brief Description: SE4 SE4 EXC E400 FT SEC24 TWP44N RNG09E 3P

********** MORTGAGE INFORMATION **********

Mortgage Type: NON-PURCHASE MONEY

Lender: __ARGENT MORTGAGE__ COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 53,000

Loan Type: STAND ALONE SECOND

Due Date: 9/1/2036

********** GEOGRAPHICAL INFORMATION **********

MSA: Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
    Lake County, Illinois (FIPS=17097)
    (14160017097)

ST CLAIR COUNTY, IL 408 GREENHAVEN DR, SWANSEA, IL 62226

189 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR ST CLAIR COUNTY, IL

Buyer: HARDEN, DAVID E (Single Person); BRADLEY, PATRICIA D (Single Person), Joint Tenancy

Buyer Mailing Address: 408 GREENHAVEN DR, SWANSEA, IL 62226

Seller: SCHOTZ, JOHN; SCHOTZ, MARCIA (Husband and Wife)

Property Address: 408 GREENHAVEN DR, SWANSEA, IL 62226

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/31/2006

Recorded Date: 9/5/2006

Sale Price: $ 170,000 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 255.00

Document Number: A01999414

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 08-04-0-230-003

Legal Description: LOT: 149; SUBDIVISION: 5TH ADDITION TO MEADOWLAKE ACRES; RECORDER'S MAP REFERENCE: MB78 PG97

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 136,000

Rate: 8.48 %

Term: 9/1/2036

Title Company: FATIC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: SINGLE FAMILY RESIDENTIAL

KENDALL COUNTY, IL 8214 WATERBURY DR, JOLIET, IL 60431

190 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KENDALL COUNTY, IL

Buyer: HARDY, MARY J (Married Woman)

Buyer Mailing Address: 8214 WATERBURY DR, JOLIET, IL 60431

Seller: GREYWALL CLUB LLC (Company/Corporation); LENNAR CHICAGO INC (Company/Corporation)

Seller Mailing Address: 2300 BARRINGTON RD, UNIT 600, HOFFMAN ESTATES, IL 60195

Property Address: 8214 WATERBURY DR, JOLIET, IL 60431

**************************** SALES INFORMATION ****************************

Sale Date: 7/26/2006

Recorded Date: 9/5/2006

Sale Price: $ 259,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 129.75
City Transfer Tax: $ 780.00
Total Transfer Tax: $ 259.50

Document Number: 200600027991

Deed Type: SPECIAL WARRANTY DEED

Assessor's Parcel Number: 06-35-201-025

Legal Description: LOT: 25; SUBDIVISION: GREYWALL CLUB SUBDIVISION UNIT 1; SEC/TWN/RNG/MERIDIAN: PART NW4W2NE4 S35T36NR08E 3P

**************************** MORTGAGE INFORMATION ****************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 246,083

Rate: 9.85 %

Term: 8/1/2036

Title Company: NAT

**************************** PROPERTY DESCRIPTION ****************************

Land Use: PLANNED UNIT DEVELOPMENT

COOK COUNTY, IL 913 163RD ST, CALUMET CITY, IL 60409

191 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: HARPER, LANNELL; CALATAYOD, LAURA (Husband and Wife)

Buyer Mailing Address: 20381 JOY LN, CHICAGO HEIGHTS, IL 60411

Seller: AIFUWA, CHRISTOPHER; AIFUWA, DORIS

Seller Mailing Address: 2204 RIDGEWOOD ST, HIGHLAND, IL

Property Address: 913 163RD ST, CALUMET CITY, IL 60409

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 7/5/2006

Recorded Date: 9/19/2006

Sale Price: $ 90,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 45.00
City Transfer Tax: $ 720.00
Total Transfer Tax: $ 90.00

Document Number: 0626220156

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 30-19-219-074

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 15[16] SUBDIVISION: GOLD COAST MANOR UNIT #3; SEC/TWN/RNG/MERIDIAN: PART NE4 S19T36NR15E 3P

Brief Description: LOT15 EXC E6.76 FT & E6.76 FT LOT16

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 81,000

Rate: 9.50 %

Term: 9/1/2036

Title Company: 1ST AMERICAN TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 913 163RD ST, CALUMET CITY, IL 60409

COOK COUNTY, IL 1416 W ROSEMONT, UNIT 2, CHICAGO, IL 60660

192 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: HAUKEDAHL, ELIZABETH (Individual(s))

Buyer Mailing Address: 1416 W ROSEMONT, UNIT 2, CHICAGO, IL 60660

Seller: BUSHELON, ANN O D (Single or Unmarried Woman)

Property Address: 1416 W ROSEMONT, UNIT 2, CHICAGO, IL 60660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/11/2006

Recorded Date: 9/26/2006

Sale Price: $ 294,500 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 147.25
City Transfer Tax: $ 2,208.75
Total Transfer Tax: $ 294.50

Document Number: 0626926100

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 14-05-103-044-1002

Legal Description: LOT: 5; UNIT: 1416-2; SUBDIVISION: EDGEWATER PARK; SEC/TWN/RNG/MERIDIAN: W2NW4 S05T40NR14E 3P

Brief Description: 1416-18 WEST ROSEMONT CONDO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 147,250

Rate: 8.95 %

Term: 10/1/2036

Title Company: FORT DEARBORN LAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

COOK COUNTY, IL 2940 N NEENAH AVE, CHICAGO, IL 60634

193 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** HAVLIK, PAVEL (Single or Unmarried Man)

**Buyer Mailing Address:** 2940 N NEENAH AVE, CHICAGO, IL 60634

**Seller:** FIALOVA, LIBUSE (Single or Unmarried Woman)

**Property Address:** 2940 N NEENAH AVE, CHICAGO, IL 60634

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/8/2006

**Recorded Date:** 9/20/2006

**Sale Price:** $ 450,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 225.00
City Transfer Tax: $ 3,375.00
Total Transfer Tax: $ 450.00

**Document Number:** 0626317146

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 13-30-220-005

**Legal Description:** PARTIAL LOT; LOT: 81; SUBDIVISION: SECOND ADDITION TO MONT CLARE GARDENS; SEC/TWN/RNG/MERIDIAN: E2NE4 S30T40NR13E 3P

Brief Description: N2 S2 LOT81

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 450,000

**Rate:** 10.40 %

**Term:** 10/1/2036

**Title Company:** NATIONAL TITLE CENTER INC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 6970 S ANTHONY AVE, CHICAGO, IL 60637

194 of 901 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** HAWKINS, DELORES (Single or Unmarried Woman)

**Buyer Mailing Address:** 6970 S ANTHONY AVE, CHICAGO, IL 60637

**Seller:** VESTED GOLD MANAGEMENT LLC (Company/Corporation)

**Property Address:** 6970 S ANTHONY AVE, CHICAGO, IL 60637

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/6/2006

**Recorded Date:** 9/22/2006

**Sale Price:** $ 200,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 100.00
City Transfer Tax: $ 1,500.00
Total Transfer Tax: $ 200.00

**Document Number:** 0626505078

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 20-22-416-017

**Legal Description:** LOT: 13; BLOCK: 12; SUBDIVISION: JOHNSTON & CLEMENTS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2SE4 S22T38NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** ARGENT MORTGAGE COMPANY LLC

**Type of Mortgage:** UNKNOWN; ADJUSTABLE RATE

**Loan Amount:** $ 179,000

**Rate:** 10.30 %

**Term:** 10/1/2036

**Title Company:** RESIDENTIAL TITLE SERVICES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 9321 S MANISTEE AVE, CHICAGO, IL 60617

195 of 901 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: HAYNIE, PAMELA (Married Woman)

Buyer Mailing Address: 9321 S MANISTEE AVE, CHICAGO, IL 60617

Seller: FLORENCE, MELISSA R (Single or Unmarried Woman)

Seller Mailing Address: 1464 E 69TH PL, CHICAGO, IL 60637

Property Address: 9321 S MANISTEE AVE, CHICAGO, IL 60617

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 9/19/2006

Recorded Date: 11/15/2006

Sale Price: $ 175,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 87.50
City Transfer Tax: $ 1,312.50
Total Transfer Tax: $ 175.00

Document Number: 0631920123

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 26-06-321-013

Legal Description: LOT: 42; BLOCK: 96; SUBDIVISION: SOUTH CHICAGO; SEC/TWN/RNG/MERIDIAN:
PART S05&06T37NR15E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lender: **ARGENT MORTGAGE** COMPANY LLC

Type of Mortgage: UNKNOWN

Loan Amount: $ 139,920

Term: 10/1/2036

Title Company: RESIDENTIAL TITLE SERVICES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PROPERTY DESCRIPTION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

MCHENRY COUNTY, IL 111 HUNTERS PATH, LAKE IN THE HILLS, IL 60156

196 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** MCHENRY COUNTY, IL

Buyer: HEDRICK, TIMOTHY J (Single or Unmarried Man)

Buyer Mailing Address: 111 HUNTERS PATH, LAKE IN THE HILLS, IL 60156

Seller: CAROLAN, PATRICK J; CAROLAN, CHRISTIANNE M (Husband and Wife)

Seller Mailing Address: 1440 COMMONS DR, UNIT 1F, WOODSTOCK, IL 60098

Property Address: 111 HUNTERS PATH, LAKE IN THE HILLS, IL 60156

**************************** **SALES INFORMATION** ****************************

Sale Date: 9/29/2006

Recorded Date: 10/3/2006

Sale Price: $ 210,000 (Full Amount)

Total Transfer Tax: $ 315.00

Document Number: 2006R0072835

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 19-29-133-017

Legal Description: LOT: 17; BLOCK: 15; SUBDIVISION: LAKE IN THE HILLS ESTATES UNIT #1; SEC/TWN/RNG/MERIDIAN: PART S20&29T43NR08E 3P; RECORDER'S MAP REFERENCE: MB10 PG56

**************************** **MORTGAGE INFORMATION** ****************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 168,000

Rate: 7.35 %

Term: 10/1/2036

Title Company: MULTIPLE

**************************** **PROPERTY DESCRIPTION** ****************************

Land Use: SINGLE FAMILY RESIDENTIAL

COOK COUNTY, IL 4719 W JACKSON BLVD, CHICAGO, IL 60644

197 of 901 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: HENDRICKS, ERIC (Individual(s))

Buyer Mailing Address: 4719 W JACKSON BLVD, CHICAGO, IL 60644

Seller: KING, FRED D; KING, SANDRA J (Husband and Wife)

Seller Mailing Address: 9019 S COMMERCIAL AVE, CHICAGO, IL

Property Address: 4719 W JACKSON BLVD, CHICAGO, IL 60644

*************************** SALES INFORMATION ***************************

Sale Date: 9/6/2006

Recorded Date: 9/15/2006

Sale Price: $ 348,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 174.00
City Transfer Tax: $ 2,610.00
Total Transfer Tax: $ 348.00

Document Number: 0625842176

Deed Type: WARRANTY DEED

Assessor's Parcel Number: 16-15-112-015

Legal Description: LOT: 33; BLOCK: 2; SUBDIVISION: GUNDERSONS 2ND ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: NW4SW4NW4 S15T39NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

Lender: ARGENT MORTGAGE COMPANY LLC

Type of Mortgage: UNKNOWN; ADJUSTABLE RATE

Loan Amount: $ 278,400

Rate: 7.45 %

Term: 10/1/2036

Title Company: CTIC

*************************** PROPERTY DESCRIPTION ***************************

Land Use: MULTI-FAMILY DWELLING (2-4 UNITS)

Page 274

HERNANDEZ, JOSE F

198 of 901 DOCUMENTS

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

MORTGAGE RECORD FOR COOK COUNTY, IL

Borrower(s): HERNANDEZ, JOSE F

Property Address: 3917 W 65TH PL, CHICAGO, IL 60629

Property Use: SINGLE FAMILY RESIDENCE

********** **RECORDER'S INFORMATION** **********

Recording Date: 9/18/2006

Document Number: 0626148020

Assessor's Parcel Number: 19-23-120-016

Legal Description: LOT: 9; BLOCK: 4; SUBDIVISION: MANDELLS SUBDIVISION; SEC/TWN/RNG/MER: N2S2NW4 S23T38NR13E 3P

Brief Description: E2 NW4 LOT9

********** **MORTGAGE INFORMATION** **********

Mortgage Type: NON-PURCHASE MONEY

Lender: **ARGENT MORTGAGE** COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 225,000

Loan Type: UNDETERMINED

Due Date: 9/1/2036

********** **GEOGRAPHICAL INFORMATION** **********

MSA: Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Cook County, Illinois (FIPS=17031)
      (14160017031)

Page 275

HERNANDEZ, JON NICHOLAS

199 of 901 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**MORTGAGE RECORD FOR** COOK COUNTY, IL

Borrower(s): HERNANDEZ, JON NICHOLAS

Property Address: 811 S LYTLE ST 218, CHICAGO, IL 60607

Property Use: CONDOMINIUM UNIT

**\*\*\*\*\*\*\*\*\* RECORDER'S INFORMATION \*\*\*\*\*\*\*\*\***

Recording Date: 9/19/2006

Document Number: 0626248003

Assessor's Parcel Number: 17-17-314-040-1030

Legal Description: LOT: 1-8; BLOCK: 8; UNIT: 218; SUBDIVISION: VERNON PARK ADDITION TO CHICAGO; SEC/TWN/RNG/MER: W2W2NE4 S17T39NR14E 3P

Brief Description: UNIT B1-55 COLUMBUS PARK CONDO BLKS38 39 44&45 CANAL TRUSTEES SUB

**\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\***

Mortgage Type: NON-PURCHASE MONEY

Lender: <u>ARGENT MORTGAGE</u> COMPANY LLC

Lender Type: MORTGAGE COMPANY

Loan Amount: $ 221,000

Loan Type: UNDETERMINED

Type of Financing: ADJUSTABLE RATE

Interest Rate: 9.35 %

Due Date: 10/1/2036

Adjustable Index: LONDON INTER-BANK OFFER RATE (LIBOR)

Rate Change: SIX MONTHS OR SEMI-ANNUALLY

Change Index: 4.50 %

**\*\*\*\*\*\*\*\*\* RIDER INFORMATION \*\*\*\*\*\*\*\*\***

ADJUSTABLE RATE RIDER: ATTACHED

**\*\*\*\*\*\*\*\*\* GEOGRAPHICAL INFORMATION \*\*\*\*\*\*\*\*\***

HERNANDEZ, JON NICHOLAS

**MSA:** Chicago-Gary-Kenosha, IL-IN-WI CMSA (14)
    Chicago, IL PMSA (1600)
     Cook County, Illinois (FIPS=17031)
      (14160017031)