# EXHIBIT S

Case 1:05-cv-07097   Document 190   Filed 06/28/2006   Page 1 of 6

Case 1:05-cv-07097   Document 175   Filed 06/21/2006   Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 1715 <br> Lead Case No. 05-cv-07097 <br><br> Centralized before the <br> Honorable Marvin E. Aspen |

### AMENDED STIPULATION AND [PROPOSED] ORDER THEREON GRANTING DEFENDANTS' SECOND AND PLAINTIFFS' THIRD MOTIONS FOR REASSIGNMENT OF RELATED CASES

WHEREAS, on June 6, 2006, certain plaintiffs ("Plaintiffs") in this multidistrict litigation proceeding ("MDL Proceeding") filed their Third Motion for Reassignment of Related Cases seeking to reassign 22 matters to this Court;

WHEREAS, on June 8, 2006, defendants Ameriquest Mortgage Company ("Ameriquest"), Ameriquest Mortgage Securities ("AMS"), AMC Mortgage Services ("AMC"), Ameriquest Capital Corporation ("ACC"), Argent Mortgage Company ("Argent") and Town and Country Credit Corporation ("Town and Country") (collectively, "Defendants") filed their Second Motion for Reassignment of Related Cases seeking to reassign four matters to this Court;

WHEREAS, counsel for Plaintiffs and counsel for Defendants, on behalf of their respective clients, have met and conferred regarding, among other things, the reassignment of the 25 matters to this Court;

WHEREAS, on June 13, 2006 this Court instructed counsel for Plaintiffs and counsel Defendants to submit a Stipulation and Proposed Order granting the Motions to the extent Plaintiffs and Defendants could agree as to which cases should be reassigned; and

WHEREAS, Plaintiffs and Defendants agree that all cases which are the subject of Plaintiffs' Third Motion for Reassignment and Defendants' Second Motion for Reassignment,

BN 888568v1                                                       1

including those cases to which Defendants initially opposed reassignment, should be reassigned to this Court.

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, through their respective counsel of record, that the following matters from Plaintiffs' Third and Defendants' Second Motions for Reassignment be reassigned to this Court:

1. *Geis v. Ameriquest Mortgage Company, et al.* (06-1716)
2. *Wessel, et al. v. Ameriquest Mortgage Company, et al.* (06-1899)
3. *Rodriguez, et al. v. Ameriquest Mortgage Company, et al.* (06-2187)
4. *Sedgwick, et al. v. Ameriquest Mortgage Company, et al.* (06-2333)
5. *Spencer v. Ameriquest Mortgage Company, et al.* (06-2396)
6. *Jones v. Ameriquest Mortgage Company, et al.* (06-2397)
7. *Balark, et al. v. Ameriquest Mortgage Company, et al.* (06-2430)
8. *Dougherty, et al. v. Ameriquest Mortgage Company, et al.* (06-2482)
9. *Mormon v. Ameriquest Mortgage Company, et al.* (06-2514)
10. *Grabowski v. Ameriquest Mortgage Company, et al.* (06-2549)
11. *Besterfield v. Ameriquest Mortgage Company, et al.* (06-2676)
12. *Tieri v. Ameriquest Mortgage Company, et al.* (06-2683)
13. *Wisniewski v. Town & Country Credit Corp., et al.* (06-2697)
14. *Jiles v. Argent Company, et al.* (06-2771)
15. *Walker, et al. v. Ameriquest Mortgage Company, et al.* (06-2807)
16. *Grabs v. Argent Mortgage Company, et al.* (06-2809)
17. *Filian, et al. v. Ameriquest Mortgage Company, et al.* (06-2826)
18. *Smith, et al. v. Ameriquest Mortgage Company, et al.* (06-2828)
19. *Eson, et al. v. Argent Mortgage Company, et al.* (06-2829)
20. *Brown, et al. v. Ameriquest Mortgage Company, et al.* (06-2830)
21. *Melecio, et al. v. Town & Country Credit Corporation, et al.* (06-2832)
22. *Dearden v. Ameriquest Mortgage Company, et al.* (06-2912)
23. *Gburek v. Ameriquest Mortgage* (06-2637)
24. *Rocco, et al. v. Ameriquest Mortgage Co., et al.* (06-2897)

25. *Rogers v. Town & Country Credit, et al.* (06-2736)

**IT IS SO STIPULATED.**

Dated: June 21, 2006                    By: /s/ Daniel A. Edelman
                                                    *Attorneys for Plaintiffs*

                                                    Daniel A. Edelman
                                                    Cathleen Combs
                                                    James O. Latturner
                                                    Al Hofeld, Jr.
                                                    EDELMAN, COMBS, LATTURNER 7
                                                    GOODWIN, LLC
                                                    120 S. LaSalle Street, 18th Floor
                                                    Chicago, Illinois 60603
                                                    Telephone: (312) 739-4200
                                                    Facsimile: (312) 419-0379

DATED: June 21, 2006                    By: /s/ Bernard E. LeSage

                                                    *Attorneys for Defendant Ameriquest*
                                                    *Mortgage Company*

                                                    Bernard E. LeSage (CA Bar No. 61870)
                                                    Sarah K. Andrus (CA Bar No. 174323)
                                                    BUCHALTER NEMER
                                                    A Professional Corporation
                                                    1000 Wilshire Boulevard, Suite 1500
                                                    Los Angeles, CA 90017-2457
                                                    Telephone: (213) 891-0700
                                                    Facsimile: (213) 896-0400

Case: 1:05-cv-07097 Document #: 345-21 Filed: 12/22/06 Page 5 of 6 PageID #:8115

Case 1:05-cv-07097  Document 190  Filed 06/28/2006  Page 4 of 6
Case 1:05-cv-07097  Document 175  Filed 06/21/2006  Page 4 of 6

## ORDER

The parties hereto having so stipulated, **IT IS ORDERED** that Plaintiffs' Third and Defendants' Second Motions for Reassignment of Related Cases are granted and the following matters will be reassigned to this Court:

1. *Geis v. Ameriquest Mortgage Company, et al.* (06-1716)
2. *Wessel, et al. v. Ameriquest Mortgage Company, et al.* (06-1899)
3. *Rodriguez, et al. v. Ameriquest Mortgage Company, et al.* (06-2187)
4. *Sedgwick, et al. v. Ameriquest Mortgage Company, et al.* (06-2333)
5. *Spencer v. Ameriquest Mortgage Company, et al.* (06-2396)
6. *Jones v. Ameriquest Mortgage Company, et al.* (06-2397)
7. *Balark, et al. v. Ameriquest Mortgage Company, et al.* (06-2430)
8. *Dougherty, et al. v. Ameriquest Mortgage Company, et al.* (06-2482)
9. *Mormon v. Ameriquest Mortgage Company, et al.* (06-2514)
10. *Grabowski v. Ameriquest Mortgage Company, et al.* (06-2549)
11. *Besterfield v. Ameriquest Mortgage Company, et al.* (06-2676)
12. *Tieri v. Ameriquest Mortgage Company, et al.* (06-2683)
13. *Wisniewski v. Town & Country Credit Corp., et al.* (06-2697)
14. *Jiles v. Argent Company, et al.* (06-2771)
15. *Walker, et al. v. Ameriquest Mortgage Company, et al.* (06-2807)
16. *Grabs v. Argent Mortgage Company, et al.* (06-2809)
17. *Filian, et al. v. Ameriquest Mortgage Company, et al.* (06-2826)
18. *Smith, et al. v. Ameriquest Mortgage Company, et al.* (06-2828)
19. *Eson, et al. v. Argent Mortgage Company, et al.* (06-2829)
20. *Brown, et al. v. Ameriquest Mortgage Company, et al.* (06-2830)
21. *Melecio, et al. v. Town & Country Credit Corporation, et al.* (06-2832)
22. *Dearden v. Ameriquest Mortgage Company, et al.* (06-2912)
23. *Gburek v. Ameriquest Mortgage* (06-2637)
24. *Rocco, et al. v. Ameriquest Mortgage Co., et al.* (06-2897)

Case 1:05-cv-07097    Document 190    Filed 06/28/2006    Page 5 of 6

Case 1:05-cv-07097    Document 175    Filed 06/21/2006    Page 5 of 6

25. *Rogers v. Town & Country Credit, et al.* (06-2736)

**IT IS SO ORDERED.**

Dated: 6/27/, 2006

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE