IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | ) ) ) ) Centralized before Judge ) Marvin E. Aspen ) |

## NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that, on December 22, 2006, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **REPLY IN SUPPORT OF ECLG PLAINTIFFS' FOURTH MOTION FOR REASSIGNMENT OF RELATED CASES; ALTERNATIVELY, PLAINTIFFS' MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY**.

                s/ Al Hofeld, Jr.
                Al Hofeld, Jr.

                *Attorneys for Plaintiffs*
                Daniel A. Edelman
                Cathleen M. Combs
                James O. Latturner
                Al Hofeld, Jr.
                EDELMAN, COMBS, LATTURNER
                      & GOODWIN, LLC
                120 S. LaSalle Street, 18th Floor
                Chicago, Illinois 60603
                (312) 739-4200
                (312) 419-0379 (FAX)

Dated: December 22, 2006

## CERTIFICATE OF SERVICE

I, Al Hofeld, Jr., hereby certify that on December 22, 2006, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

| | |
|---|---|
| Andrew G. Pizor<br>apizor@consumerlawgroup.com | Lorne Todd Saeks<br>lsaeks@muchshelist.com |
| Dominic J. Rizzi<br>drizzi@millerfaucher.com | Terry A. Smiljanich<br>tsmiljanich@jameshoyer.com,<br>dstephens@jameshoyer.com,<br>jbowman@jameshoyer.com,<br>lmartin@jameshoyer.com |
| Samuel H. Rudman<br>srudman@lerachlaw.com | |
| Craig Allan Varga<br>cvarga@vblhc.com | Kristina M. Van Buskirk<br>Kvanbuskirk@ngelaw.com |
| Thomas Joseph Wiegand<br>twiegand@winston.com,<br>ECF_CH@winston.com | |

                                                    s/ Al Hofeld, Jr.
                                                    Al Hofeld, Jr.

                                                    *Attorneys for Plaintiffs*
                                                    Daniel A. Edelman
                                                    Cathleen M. Combs
                                                    James O. Latturner
                                                    Al Hofeld, Jr.
                                                    EDELMAN, COMBS, LATTURNER
                                                           & GOODWIN, LLC
                                                    120 S. LaSalle Street, 18th Floor
                                                    Chicago, Illinois 60603
                                                    (312) 739-4200
                                                    (312) 419-0379 (FAX)