**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST RE MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |

**NOTICE OF OPTING-OUT OF CLASS ACTIONS**

The defendants and counter-claimants, Lori Mattix and Ivory Ford, in the action entitled Ameriquest v. Mattix, *et al*, Case No. 06-cv-04043, through their undersigned attorney, hereby opt-out of participation in any pending class action lawsuit in this multi-district litigation that may relate to them.

Dated: December 28, 2006

/s/ Anne Bergman
Anne Bergman
1434 Triangle Drive
Houlton, WI 54082
(715)549-6313
aabergman@aol.com

## CERTIFICATE OF SERVICE

      This is to certify that on this 28th day of December, 2006, a true and correct copy of the foregoing document was filed. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Anne Bergman
Anne Bergman