# EXHIBIT L

# TO EXHIBIT 4

# EXHIBIT L

(Printed on May 10 2005 @ 11 24)  US Department of Housing and Urban Development  OMB No 2502-0491

## SETTLEMENT STATEMENT (Transactions Without Sellers)

| File Number: 35-01642060 | Loan Number: 0120324967 | Mortgage Ins. Case #: |
|---|---|---|

NAME AND ADDRESS OF BORROWER: JANET DIGGINS 19 E 144TH ST RIVERDALE IL 60827-2802

NAME AND ADDRESS OF LENDER: AMERIQUEST MORTGAGE COMPANY 10600 WHITE ROCK RD STE 200-18 SUITE 200-18 RANCHO CORDOVA CA, 95670-6032

PROPERTY LOCATION: 19 E 144TH ST RIVERDALE IL 60827-2802

SETTLEMENT AGENT: LENDERS FIRST CHOICE

PLACE OF SETTLEMENT: 3803 PARKWOOD BLVD, SUITE 100, FRISCO, TX 75034

| SETTLEMENT DATE: | DISBURSEMENT DATE: |
|---|---|

| L. SETTLEMENT CHARGES | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|
| 800. Items Payable In Connection With Loan | | 1501 Payoff Estimated Acct# 0091594127 | |
| 801. Loan Origination Fee | | Ameriquest Mortgage Co | $96,302.83 |
| 802. Loan Discount To Ameriquest Mortgage Co | $3,286.68 | 1502 Pay Creditor Acct# | |
| 803. Appraisal Fee reimbursed to lender | $350.00 | American General Fin | $840.00 |
| 804. Credit Report | | 1503 Pay Creditor Acct# | |
| 805. Lender's Inspection Fee | | Evans | $308.00 |
| 806. Mortgage Insurance Application Fee | | 1504 Pay Est Taxes NEED TAX CERT | |
| 807. Tax Related Service Fee to Ameriquest Mortgage | $35.00 | County | $1,199.82 |
| 808. Flood Search Fee to Ameriquest Mortgage | $9.00 | 1505 WAITING FOR COMMITMENT | |
| 809. Lender's Processing Fee to Ameriquest Mortgage | $626.00 | | |
| 810. Admin to Ameriquest Mortgage | $239.00 | 1506 | |
| 811. Application Fee to Ameriquest Mortgage | $360.00 | | |
| 900. Items Required By Lender To Be Paid In Advance | | 1507 | |
| 901. Interest from 05/18/2005 TO 06/01/2005 @$23.65/DAY | $331.10 | | |
| 902. Mortgage Insurance Premium for | | 1508 | |
| 903. Hazard Insurance Premium for | | | |
| 904. | | 1509 | |
| 905. | | | |
| 1000. Reserves Deposited With Lender | | 1510 | |
| 1001. Hazard Insurance 7 months @ $50.08 per month | $350.56 | | |
| 1002. Mortgage Insurance | | 1511 | |
| 1003. City property taxes | | | |
| 1004. County property taxes 1 month @ $199.97 per month | $199.97 | 1512 | |
| 1005. Annual assessments | | | |
| 1006. | | 1513 | |
| 1007. | | | |
| 1008. Aggregate Adjustment | $0.00 | 1514 | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee LENDERS FIRST CHOICE | $450.00 | 1515 | |
| 1102. Abstract or title search LENDERS FIRST CHOICE | $175.00 | | |
| 1103. Title examination | | 1516 | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | 1517 | |
| 1106. Signing Fee UDX | $225.00 | | |
| 1107. Attorney's Fee | | 1518 | |
| (Includes above Item numbers:   ) | | | |
| 1108. Title Insurance LENDERS FIRST CHOICE | $426.00 | 1519 | |
| (Includes above Item numbers:   ) | | | |
| 1109. Lender's coverage | | 1520 TOTAL DISBURSED (enter on line 1603) | |
| 1110. Owner's coverage | | | $98,650.65 |
| 1111. Wire Fee LENDERS FIRST CHOICE | $25.00 | | |
| 1112. Delivery Fee LENDERS FIRST CHOICE | $30.00 | | |
| 1113. ALTA 8.1, 9 TO LENDERS FIRST CHOICE | $100.00 | N Net Settlement | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording fees: EST | $62.00 | 1600 Loan Amount | $111 375 00 |
| 1202. City/county tax/stamps: | | | |
| 1203. State tax/stamps: | | 1601 Plus Check/Cash from Borrower | $0 00 |
| 1204. State of Illinois-DFI Policy Fee | $3.00 | | |
| 1205. | | 1602 Minus total settlement charges | $7,283 31 |
| 1300. Additional Settlement Charges | | (Line 1400) | |
| 1301. Survey | | 1603 Minus total Disbursements to | $98 650 65 |
| 1302. Pest inspection | | Others (line 1520) | |
| 1303. | | 1604 Equals disbursements to borrower | $5,441.04 |
| 1304. | | | |
| 1305. | | | |
| 1400. Total settlement charges (enter on line 1602) | $7,283.31 | | |

The undersigned hereby acknowledges receipt of a completed copy of this statement. To the best of my knowledge the HUD-1A ref RESPA Settlement Statement is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction

X_____  LENDERS FIRST CHOICE

X_____  JANET DIGGINS

*Second one 5-2005 ~~Friday~~*

# EXHIBIT M

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower : JANET DIGGINS

Loan Number : 0120324967 - 7401

| Payee | | Amount |
|---|---|---|
| AMERICAN GENERAL FINANCE | (W) | $840.00 |
| Ameriquest Mortgage/0091594127 | | $96,302.83 |
| EVANS | (W) | $308.00 |
| CURRENT TAXES | (W) | $1,199.82 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Wire: $9,059.86

Loan Amount: 111,375 00

Funds Held By Lender:

Deposit at Escrow/Title: $0 00

Borrower Proceeds: (W) $5,441 04

(W) = Included in Wire

**IMPORTANT: THE DATE OF SETTLEMENT MUST EQUAL THE CLOSING DATE**

_____          _____
Title Company Representative Signature                Date

i95    14/2005)



0000012032496703074307707

# EXHIBIT N

Ameriquest Mortgage Company

Summary of Debts and Disbursements
(Refinance Loans Only)

Borrower: JANET DIGGINS

Date: May 11, 2005
Branch:
Portfolio Retention 18

Loan Number: 0120324967 - 7401

| | Fees | | | |
|---|---|---|---|---|
| Loan Discount Fee | 2.951 | $3,286.68 | Short to Close | |
| Lender Retained Fees | | $1,269.00 | | |
| Prepaid Interest | | $331.10 | | |
| Fees Paid to Others | | $2,396.53 | Total Payoffs | $98,650.65 |

| | | | Cash to Borrower | $5,441.04 |
|---|---|---|---|---|
| Total Points & Fees | | $7,283.31 | | |

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| AMERICAN GENERAL FINANCE | $840.00 | $840.00 | |
| Ameriquest Mortgage/0091594127 | $96,022.00 | $96,302.83 | |
| CAPITAL 1 BK | | | |
| CAPITAL 1 BK | $1,957.00 | | |
| CITIFINANC | $7,544.00 | | $58.71 |
| CITIFINANCIA | $5,794.00 | | $227.00 |
| CITIFINANCIAL | $4,261.00 | | $227.00 |
| CITIFINANCIAL | $1,460.00 | | $127.83 |
| ENCORE RECEIVABLE MANA | $392.00 | | $43.80 |
| EVANS | $308.00 | $308.00 | $11.76 |
| NICOR GAS | $211.00 | | $6.33 |
| NISSAN MOTOR ACCEPTANC | $2,506.00 | | $294.00 |
| VERIZON WIRELESS/GREAT | $549.00 | | $16.47 |
| CURRENT TAXES | $0.00 | $1,199.82 | |



0000012032496702042790101

Total Payments:                    $1,012.90

# EXHIBIT O

## CLOSING INSTRUCTIONS
## ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| LENDERS FIRST CHOICE | SIRI HALL | (800)803-2658 | |

| Borrower(s) | Property Address |
|---|---|
| JANET DIGGINS | 19 E 144th street |
| | RIVERDALE          IL          60827 |
| | Loan Number: 0120324967 |

FROM: Ameriquest Mortgage Company - Portfolio    Phone No (916)853-4718    Fax (916)853-4887
Branch Name        Branch Phone No        Branch Fax Number

**BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .**

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | | AMOUNT |
|---|---|---|---|
| 801 Loan origination fee     % to | | | |
| 802. Loan discount 2.951 % to Ameriquest Mortgage Company | | | $3,286.68 |
| 803 Apprsl/Prep Val to Reimbursed to Lender | | | $350.00 |
| 804 Credit Report fee | | | |
| 805 Inspection fee | | | |
| 806 Yield Spread Premium to | | | |
| 809 | | | |
| 810 Tax Related Service Fee to Ameriquest Mortgage | | | $35.00 |
| 811 Flood Search Fee to Ameriquest Mortgage Company | | | $9.00 |
| 812 Lenders Processing Fee to Ameriquest Mortgage | | | $626.00 |
| 813 Admin to Ameriquest Mortgage Company | | | $239.00 |
| 814. Doc. Prep Fee to | | | |
| 815. Credit Report Fee to | | | |
| 816. Origination Fee     % to | | | |
| 817 Application Fee to Ameriquest Mortgage Company | | | $360.00 |
| 818. Underwriting Fee to | | | |
| 819. Service Provider Fee to | | | |
| 820. Processing Fee  to | | | |
| 821. Underwriting Fee to | | | |
| 822. Appraisal Fee to | | | |
| 901 Interest from 05/18/2005  to 06/01/2005  @ $23.65 per day | | | $331.10 |
| 902. Mortgage insurance premium for          months to | | | |
| 903 Hazard Ins prem to | | | |
| 904. Flood Ins prem to | | | |
| 1001 Hazard Insurance 7 months @ $ 50.08 per month | | | $350.56 |
| 1002 Mortgage insurance     months @ $     per month | | | |
| 1003 Earthquake Ins   months @ $    per month | | | |
| 1004 County prop taxes 1 months @ $ 199.97 per month | | | $199.97 |
| 1005 Annual assess   months @ $     per month | | | |
| 1006 Flood   months @ $     per month | | | |
| 1007 Windstorm Ins   months @ $     per month | | | |
| 1008. | | | |
| 1101 Settlement or closing fee to udx | | | $225.00 |
| 1102 Abstract or title search to LENDERS | | (W) | $175.00 |
| 1103 Title examination to | | | |
| 1105 Document preparation to | | | |
| 1106 Notary fees to | | | |
| 1107 Attorney's fees to | | | |
| 1108 Title Insurance to LENDERS FIRST CHOICE | | (W) | $526.00 |
| 1109 Lender's coverage | | | |
| 1110 Owner's coverage          $ | | | |
| 1111 Settlement/Disbursement fee to LENDERS | | (W) | $450.00 |
| 1112. Escrow Fee to | | | |
| 1201 Recording fees | | (W) | $65.00 |
| 1202 City/county tax/stamps | | | |
| 1203 State tax/ stamps | | | |
| 1204. State specific fee | | | |
| 1301 Demand to | | | |
| 1302 Pest Inspection to | | | |
| 1303 Survey Fee | | | |
| 1304 Staff Appraiser Fee | | | |
| 1305 Reconveyance Fee to | | | |
| 1306 | | | |
| 1307 Property Val Fee to | | | |
| 1308. Courier Fee | | (W) | $55.00 |

**\*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.**

_____
...mpany Representative Signature      Date



000001203249670307430706

# EXHIBIT P

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

[ ] Preliminary  [X] Final

LENDER: Ameriquest Mortgage Company
10600 White Rock Road, Suite 200-18
Rancho Cordova, CA 95670
(916)853-4718

Broker License:

Borrowers: JANET DIGGINS

Type of Loan: ADJUSTABLE RATE
Date: May 11, 2005

Address: 19 E 144TH STREET
City/State/Zip: RIVERDALE, IL 60827

Loan Number: 0120324967 - 7401

Property: 19 E 144th street. RIVERDALE, IL 60827

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 8.261 % | $ 181,481.08 | $ 105,758.22 | $ 287,239.30 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $797.91 | 07/01/2005 | | | |
| 1 | $789.61 | 06/01/2035 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 19 E 144th street, RIVERDALE, IL 60827

ASSUMPTION: Someone buying this property [X] cannot assume the remaining balance due under original terms
[ ] may assume. subject to lender s conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

LATE CHARGES: If a payment is late, you will be charged 5.000% of the overdue payment .

PREPAYMENT: If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty
See your contract documents for any additional information regarding non-payment. default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

_____      _____      _____      _____
Borrower: JANET DIGGINS         Date         Borrower                        Date

_____      _____      _____      _____
Borrower                        Date         Borrower                        Date



7/01)    0000012032496700305750101    **ORIGINAL COPY**

05/10/2005 12:26:19 PM

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary   ☒ Final

LENDER: Ameriquest Mortgage Company
    10600 White Rock Road, Suite 200-18
    Rancho Cordova, CA 95670
    (916)853-4718

Borrowers: JANET DIGGINS

Broker License:

Type of Loan: ADJUSTABLE RATE
Date: May 11. 2005

Address:    19 E 144TH STREET
City/State/Zip:  RIVERDALE,IL 60827

Loan Number: 0120324957 - 7401

Property:    19 E 144th street, RIVERDALE, IL 60827

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 8.261 % | $ 181,481.08 | $ 105,758.22 | $ 287,239.30 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $797.91 | 07/01/2005 | | | |
| 1 | $789.61 | 06/01/2035 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

ECURITY:   You are giving a security interest in the property located at: 19 E 144th street, RIVERDALE, IL 60827

SSUMPTION:  Someone buying this property  ☒ cannot assume the remaining balance due under original terms.
        ☐ may assume, subject to lender's conditions. the remaining balance due under original terms.

ROPERTY INSURANCE:   You may obtain property insurance from anyone you want that is acceptable to
        Ameriquest Mortgage Company

ATE CHARGES:  If a payment is late, you will be charged 5.000% of the overdue payment .

PREPAYMENT: If you pay off your loan early, you
☐ may  ☒ will not   have to pay a penalty

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

Borrower JANET DIGGINS        Date        Borrower        Date

Borrower        Date        Borrower        Date


0000012032495703057S0101

BORROWER COPY

05/10/2005 12:26:19 PM

# EXHIBIT Q

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  May 11. 2005
LOAN NO :  0120324967 - 7401
TYPE:  ADJUSTABLE RATE

BORROWER(S): JANET DIGGINS

ADDRESS:  19 E 144TH STREET
CITY/STATE/ZIP:  RIVERDALE.IL 60827

PROPERTY:  19 E 144th street
RIVERDALE. IL  60827

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost. within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction. which is

```
ENTER DOCUMENT SIGNING DATE
_____
```
;

or
2   The date you received your Truth in Lending disclosures;
or
3   The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice. we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel. or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you
send the notice no later than MIDNIGHT of

```
ENTER FINAL DATE TO CANCEL
_____
```

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way. it must be delivered to the above address no later than that time .
**I WISH TO CANCEL**

SIGNATURE _____

DATE _____

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement. all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER JANET DIGGINS _____ Date      BORROWER/OWNER _____ Date

BORROWER/OWNER _____ Date      BORROWER/OWNER _____ Date

(Rev 11/93)
0000012032496704000050101

**BORROWER COPY**

05/10/2005 12:26:19 PM

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  May 11, 2005
LOAN NO.:  0120324967 - 7401
TYPE:  ADJUSTABLE RATE

BORROWER(S): JANET DIGGINS

ADDRESS:          19 E 144TH STREET
CITY/STATE/ZIP:   RIVERDALE,IL 60827

PROPERTY:  19 E 144th street
                RIVERDALE,  IL  60827

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction. without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1    The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

;

_____

or

2.   The date you received your Truth in Lending disclosures;

or

3.   The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice. we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled. and we must return to you any money or property you have given to us or anyone else in connection with this transaction

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation

---

### HOW TO CANCEL

If you decide to cancel this transaction. you may do so by notifying us in writing. at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE                                                      DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

_____                         _____
BORROWER/OWNER JANET DIGGINS          Date     BORROWER/OWNER                    Date

_____                         _____
BORROWER/OWNER                          Date     BORROWER/OWNER                    Date

(Rev 11/03)

00000120324967040050101

BORROWER COPY

05/10/2005 12:26:19 PM

# EXHIBIT R

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0120324967 - 7401
Date: May 11, 2005

Borrower(s): JANET DIGGINS

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____      _____
Borrower/Owner  JANET DIGGINS        Date

_____      _____
Borrower/Owner        Date

_____      _____
Borrower/Owner        Date

_____      _____
Borrower/Owner        Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____      _____
Borrower/Owner Signature        Date

---

0000012032496704042201
E56 (10/00)

05/10/2005 12:26:19 PM

**BORROWER COPY**

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0120324967 - 7401          Borrower(s): JANET DIGGINS
Date: May 11, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better. **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday. excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel. you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below. it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  JANET DIGGINS          Date

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature          Date

---

0000012032496704042201D1          05/10/2005 12:26:19 PM

850 (10/00)

**BORROWER COPY**

# EXHIBIT S

**EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.**
**120 S. LaSalle Street, 18th floor**
**Chicago, Illinois 60603-3403**
**(312) 739-4200**
**(800) 644-4673**
**(312) 419-0379 (FAX)**
**Email: edcombs@aol.com**
**www.edcombs.com**

May 24, 2006

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
c/o registered agent
National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Re:  Notice of rescission, claim and lien, Janet Diggins, 19 E. 144th
Streeet, Riverdale, IL 60827, loans of September 3, 2004 and May 11,
2005

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loans for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loans is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on May 24, 2006.

_____
Daniel A. Edelman