# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | | |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

   **PLEASE TAKE NOTICE** that, on Tuesday, January 9, 2007, at 10:30 a.m., we will appear before Judge Marvin E. Asepn in Room 2568 of the Dirksen Federal Building, 210 S. Dearborn Street, Chicago, IL 60604, and present **PLAINTIFFS' FIFTH MOTION FOR REASSIGNMENT OF RELATED CASES**. copies of which are attached and are hereby served upon you.

                s/ Daniel A. Edelman
                Daniel A. Edelman

                *Attorneys for Plaintiffs*
                Daniel A. Edelman
                Cathleen M. Combs
                James O. Latturner
                Al F. Hofeld, Jr.
                EDELMAN, COMBS, LATTURNER
                  & GOODWIN, LLC
                120 S. LaSalle Street, 18th Floor
                Chicago, Illinois 60603
                (312) 739-4200
                (312) 419-0379 (FAX)

Dated: January 3, 2007

**CERTIFICATE OF SERVICE**

        I, Daniel A. Edelman, hereby certify that on January 3, 2006, a true and correct copy of the foregoing document and PLAINTIFF'S FIFTH MOTION FOR REASSISNTMENT were filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Those not registered were mailed copies by U.S. mail.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

| | |
|---|---|
| Samuel H. Rudman<br>srudman@lerachlaw.com | Lorne Todd Saeks<br>lsaeks@muchshelist.com |
| Craig Allan Varga<br>cvarga@vblhc.com | Terry A. Smiljanich<br>tsmiljanich@jameshoyer.com,<br>dstephens@jameshoyer.com,<br>jbowman@jameshoyer.com,<br>lmartin@jameshoyer.com |
| Thomas Joseph Wiegand<br>twiegand@winston.com,<br>ECF_CH@winston.com | |
| | Kristina M. Van Buskirk<br>Kvanbuskirk@ngelaw.com |
| Deutsche Bank National Trust Company, N.A.<br>60 Wall St.<br>New York, NY 10005 | |
| | Litton Loan Servicing, LP<br>c/o Registered Agent<br>CSC- Lawyers Incorporating Service<br>601 Abbott Road<br>East Lansing, MI 48823 |
| HSBC Mortgage Services<br>c/o Registered Agent CT Corp. System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 | |

s/ Daniel A. Edelman
Daniel A. Edelman


*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al F. Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)