### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF INDIVIDUAL OPT-OUTS OF CLASS ACTIONS

The following parties who have not yet filed suit provide notice to this Court that they hereby opt-out of any class or putative class involving their Ameriquest or Argent mortgage:

Harvey Clark, Lake Havasu City, AZ

Susan Ferrara, Marcus Hook, PA

John Kruger, Lancaster, PA.

Also, David & Kim Krueger of Toledo, OH who on December 19, 2006 informed the Court that they opt-out of any class or putative class involving their Ameriquest mortgage, hereby inform the Court that no longer wish to opt-out of any class or putative class.

Respectfully Submitted:

Date:   1/3/07

_____/s/ Anthony P. Valach, Jr._____
One of their attorneys

Anthony P. Valach, Jr.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

<u>**CERTIFICATE OF SERVICE**</u>

I, Anthony P. Valach, Jr., hereby certify that on this 3rd day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel off record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


By:      /s/ Anthony P. Valach, Jr.