## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  _____  THIS DOCUMENT RELATES TO ALL CASES | MDL No. 1715  Lead case No. 05-7097  Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF INDIVIDUAL OPT-OUT OF CLASS ACTIONS

The following parties who have not yet filed suit provide notice to this Court that they hereby opt-out of any class or putative class involving their Ameriquest or Argent mortgage:

Emma Jean & Allen Rodarmel, Byers, CO.

Respectfully Submitted:

Date: 1/4/07                                                                /s/ Anthony P. Valach, Jr.
                                                                                    One of their attorneys

Anthony P. Valach, Jr.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 4th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel off record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By:    /s/ Anthony P. Valach, Jr.