# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 1/4/2007 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co., et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to compel (Dkt. No. 320) is referred to Magistrate Judge Denlow. The parties should direct this and all future discovery disputes to Magistrate Judge Denlow, although we note that all individual plaintiffs should make every practicable effort to coordinate discovery through the individual Claims Steering Committee.

■ [ For further details see text below.]   Notices mailed by Judicial staff.

## STATEMENT

(Reserved for use by the Court)

## ORDER

As part of their December 4, 2006 motion to clarify commencement, the ECLG plaintiffs included a Motion to Compel. (Dkt. No. 320). ECLG requests that we: a) compel defendants to answer all written discovery requests by December 22, 2006; b) declare that defendants' responsive pleadings to plaintiffs' complaints in the individual cases were due December 3, 2006; and c) set or declare a due date for responsive pleadings to third-party complaints. (*Id.*)

As to ECLG's first request, we referred discovery disputes to Magistrate Judge Denlow in our November 7, 2006 Case Management Order. The parties should direct this and all future discovery disputes to Judge Denlow, although we note that all individual plaintiffs should make every practicable effort to coordinate discovery through the Individual Claims Steering Committee.

Second, defendants have 45 days from the later of the filing of an individual complaint or January 5, 2007 to file responsive pleadings.

Third, any answers or Rule 12 motions to cross-claims, third-party claims, and counterclaims shall be filed within 45 days of the later of service of the claim or January 5, 2007. The non-moving party shall have 21 days to respond to any Rule 12 motions, and the movant shall have 14 days thereafter to reply.

It is so ordered.

*Marvin E Aspen*