UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LANDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized Before the Honorable Marvin E. Aspen |

NOTICE OF INDIVIDUAL PLAINTIFF OPT-OUTS
OF PARTICIPATION IN CLASS ACTIONS

Plaintiffs in the following pending federal actions hereby opt out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

**I.** **Plaintiffs Whose Cases Have Already Been Transferred to this District in Connection with MDL No. 1715:**

George Willis Jones, Jr., Plaintiff in <u>Jones v. Argent Mortgage Co.</u>, No. 06-cv-4038

Lynn Julien and Denise Julien, Plaintiffs in <u>Julien v. Ameriquest Mortgage Co.</u>, No. 06-cv-4037

**II.** **Plaintiff Whose Case May Be Transferred to this District in Connection with MDL No. 1715:**

Annette M. Lindsey, Plaintiff in <u>Lindsey v. Ameriquest Mortgage Co.</u>, No. 1:06-cv-02710-TCB-CCH (N.D. Ga.)

(Signature follows.)

Respectfully submitted on January 05, 2007,

                                                          s/Charles M. Baird

Attorney at Law                             Charles M. Baird
235 Peachtree Street, Suite 400         Georgia Bar No. 032500
Atlanta, Georgia 30303-1400
(404) 287-2383
Direct Line: (404) 522-9485
Fax: (404) 627-7056
E-mail: charlesmbaird@att.net           Attorney for Above Plaintiffs

CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2007, I electronically filed the foregoing document with this Court. Notice of this filing will be sent by electronic mail to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                        s/Charles M. Baird
                                                         Charles M. Baird