**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> INDIVIDUAL ACTIONS ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br><br> Centralized before Judge <br> Marvin E. Aspen |

**NOTICE OF INDIVIDUAL OPT-OUTS FROM CLASS ACTIONS**

Plaintiffs in the following pending actions and parties who have not yet filed suit hereby provide notice to this Court that they opt-out of participation in any class or putative class action or settlement involving Ameriquest Mortgage Company, Argent Mortgage Company, LLC, or Town and Country Credit Corporation:

**I. Plaintiffs Whose Cases Have Been Reassigned to the MDL**

| | | |
|---|---|---|
| 1 | Eric Smith and Guillermina Yanong, Cicero, IL | 05cv0648 |
| 2 | Castella Williams Harris, Chicago, IL | 05cv4025 |
| 3 | Kenneth and Monica Brown, Rolling Meadows, IL | 05cv5111 |
| 4 | Delois Mills, Calumet Park, IL | 05cv3976 |
| 5 | Edward and Babette Doolittle, Chicago, IL | 05cv5033 |
| 6 | Brett and Yvonne Wertepny, Des Plaines, IL | 05cv1042 |
| 7 | Dorothy Brown, Chicago, IL | 05cv4723 |
| 8 | Gilbert and Genelle Treadwell, Chicago, IL | 05cv1078 |

| | | |
|---|---|---|
| 9 | Jacqueline Buckner, Hazel Crest, IL | 05cv6808 |
| 10 | Jerry Roth and Katrina Purdy-Roth, Plainfield, IN | 05cv1738 |
| 11 | Marie Furgeson, Springfield, IL | 04cv7627 |
| 12 | Michael Holzmeister, Bloomingdale, IL | 05cv5911 |
| 13 | Nelson and Melinda Jimenez, Romeoville, IL | 05cv1009 |
| 14 | Roger and Christine Luedtke, Chicago, IL | 05cv4644 |
| 15 | Sergio and Guadalupe Salazar, Bellwood, IL | 05cv4162 |
| 16 | Terry and Cheryl Talley, Franklin Grove, IL | 05cv1080 |
| 17 | Sarah Hamm, Markham, IL | 05cv0227 |
| 18 | Shirley Jones, Chicago, IL | 05cv0432 |
| 19 | Thomas Hubbard, Chicago, IL | 05cv0389 |
| 20 | Earl E. Key, Chicago, IL | 05cv1077 |
| 21 | William and Sandra Pintsak, Geneva, IL | 05cv5035 |
| 22 | | |
| 23 | Rochelle and Sidney Washington, Evanston, IL | 05cv1007 |
| 24 | Judy Perry, Chicago, IL | 05cv6172 |
| 25 | Lucille Abercrombie, Chicago, IL | 05cv1687 |
| 26 | Sandra Bergquist, Buffalo Grove, IL | 06cv1438 |
| 27 | Charles and Linda Rehbock, Mundelein, IL | 06cv1581 |
| 28 | Scott and Pamela Jeffress, Portgage, IN | 06cv3423 |
| 29 | Donald and Linda Eskra, Blue Island, IL | 06cv1879 t |
| 30 | Joseph and Geraldine Nauracy, East Chicago, IN | 06cv3424 |
| 31 | Derek W. Nelson, Fort Wayne, IN | 06cv3422 |
| 32 | Christopher E. Almond, Fort Wayne, IN | 06cv3422 |

| | | |
|---|---|---|
| 33 | Angela Lurry-Payne, Chicago, IL | 06cv1547 |
| 34 | Tammy Goods, Gary, IN | 06cv3423 |
| 35 | Jacob and Taylor Billings, Fox Lake, IL | 06cv1849 |
| 36 | James and Evie Carter, Gary, IN | 06cv3425 |
| 37 | Cindy Gillespie, Michigan City, IN | 06cv3427 |
| 38 | Dennis Belford, Lowell, IN | 06cv3426 |
| 39 | Bobby Jude, Jr. and Kellie T. Jude, Calumet City, IL | 06cv1691 |
| 40 | Robert and Brenda Cole, Gary, IN | 06cv6043 |
| 41 | Mike J. Magliano and Judith Magliano, Chicago, IL | 06cv1945 |
| 42 | Spyros and Betty Polydoros, Gurnee, IL | 05cv6517 |
| 43 | Dean and Diane Anderson, Elgin, IL | 06cv1981 |
| 44 | Kenneth and Linda Thompson, Maywood, IL | 06cv1546 |
| 45 | Nancy Garcia, Cicero, IL | 06cv1829 |
| 46 | Eric Balark and Michelle McMiller, Chicago, IL | 06cv2430 |
| 47 | Terry and Cheryl Bothwell, Portage, IN | 06cv4716 |
| 48 | Randall and Cindy Smith, Westfield, IN | 06cv4719 |
| 49 | Viola Green, Chicago, IL | 06cv2045 |
| 50 | Deborah Jenkins, Chicago, IL | 06cv2044 |
| 51 | Johnny Martin, Berkeley, IL | 06cv1947 |
| 52 | Kimberly Hall, New Lenox, IL | 06cv1944 |
| 53 | Daniel and Jeanie Sutton, Granite City, IL | 06cv4714 |
| 54 | Joseph and Patricia Mikowski, LaPorte, IN | 06cv1737 |
| 55 | Nile Hawkins, Chicago, IL | 06cv1848 |

| | | |
|---|---|---|
| 56 | Sandra R. McGowan, Chicago, IL | 06cv1831 |
| 57 | Joseph and Lynore Rodgriguez, Chicago, IL | 06cv1950 |
| 58 | Tezell Henson, Chicago, IL | 06cv1876 |
| 59 | Carlos and Alicia Margarita Filian, Vernon Hills, IL | 06cv2826 |
| 60 | Joseph A. and Tasha Wisniewski, Wauconda, IL | 06cv2697 |
| 61 | Joseph S. and Nancy Rocco, Schaumburg, IL | 06cv2897 |
| 62 | Mildred and Cynthia Mormon, Chicago, IL | 06cv2514 |
| 63 | Bryan L. and Karen Eson, Oak Forest, IL | 06cv2829 |
| 64 | James Besterfield, Homewood, IL | 06cv2676 |
| 65 | Veronica Carney, Pawtucket, RI | 06cv2478 |
| 66 | Joseph Creamer, Coventry, RI | 06cv1930 |
| 67 | Richard Daneau, Pawtucket, RI | 06cv1925 |
| 68 | Maria S. Eyre, Middletown, RI | 06cv1926 |
| 69 | Karleen Frost, Coventry, RI | 06cv1928 |
| 70 | Jason E. Gould, Warwick, RI | 06cv2476 |
| 71 | Patricia Leal, Exeter, RI | 06cv2475 |
| 72 | Renee LeClerc, West Greenwich, RI | 06cv1931 |
| 73 | Charles Parisi, Warwick, RI | 06cv1927 |
| 74 | Eddy G. Pena, Warwick, RI | 06cv1924 |
| 75 | Richard Silvia, Warwick, RI | 06cv2477 |
| 76 | Fredrich Grabs, Joliet, IL | 06cv2809 |
| 77 | Melissa Harris, Rock Island, IL | 06cv4030 |
| 78 | Suzette Addison, Milwaukee, WI | 06cv4728 |

| | | |
|---|---|---|
| 79 | Calvin and Dora Brown, Calumet City, IL | 06cv2830 |
| 80 | Velma Jean Jiles, Chicago, IL | 06cv2771 |
| 81 | Anne Parker and Mary Anne Horne, Alton, IL | 06cv4715 |
| 82 | Barbara J. Skanes, Grand Rapids, MI | 06cv6765 |
| 83 | Renaldo Jones, Chicago, IL | 06cv2397 |
| 84 | Gail and Edward Smith, Skokie, IL | 06cv2828 |
| 85 | King Smith, Harvey, IL | 06cv3704 |
| 86 | Tyrone and Betty Walker, Chicago, IL | 06cv2807 |
| 87 | Anthony Bricker, Round Lake, IL | 06cv4528 |
| 88 | William and Donna Miller, Munster, IN | 06cv4717 |
| 89 | Sandra Harris, Riverdale, IL | 06cv3048 |
| 90 | Ernest and Peggy Burgess, Rockwood, MI | 06cv6748 |
| 91 | Sarah Chaumley, Southfield, MI | 06cv6748 |
| 92 | David Duchene, Allen Park, MI | 06cv6750 |
| 93 | George Krise and Dayna Haynes, Grand Rapids, MI | 06cv5700 |
| 94 | Mark and Patricia Lehr, Royal Oak, MI | 06cv4721 |
| 95 | Mike Kukla, Base City, MI | 06cv4720 |
| 96 | Oscar and Marianne Freeberg, Calumet City, IL | 06cv6717 |
| 97 | Cecilia Rowan, Howard City, MI | 06cv6717 |
| 98 | Richard D. Silvia, Warwick, RI | 06cv1929 |
| 99 | Keith and Yvonne Walsh, Clawson, MI | 06cv4723 |
| 100 | Beverly Childres, Detroit, MI | 06cv4722 |
| 101 | Charles B. Foster, Inkster, MI | 06cv6762 |

| | | |
|---|---|---|
| 102 | Alfred Davis, Pawtucket, RI | 06cv4725 |
| 103 | William Meehan, East Providence, RI | 06cv4727 |
| 104 | Herbert Graf, Cranston, RI | 06cv4726 |
| 105 | Rita and Kevin Guydon, Gary, IN | 06cv3423 |
| 106 | Christopher and Karie Clarke, Tinley Park, IL | 06cv4201 |
| 107 | Rose and David Black, Third City, MI | 06cv4418 |

**II. Plaintiffs Whose Cases Are Filed But Have Not Yet Been Reassigned to the MDL**

| | | |
|---|---|---|
| 1 | Sherry and James F. Adkins, Glendale Heights, IL | 06cv4741 (NDIL) |
| 2 | Janet Diggins, Riverdale, IL | 06cv7017 (NDIL) |
| 3 | Renza and Glories Heard, Detroit, MI | 06cv0157 (WDMI) |
| 4 | Brenda and Darron Bowden, Homewood, IL | 06cv5991 (NDIL) |
| 5 | Juan and Consuela Perez, Grand Rapids, MI | 06cv5373 (NDIL) |
| 6 | Lamar Gray, Sr. and Verna Gray | 5:06cv0180 (WDMI) |
| 7 | Brett M. and Christina Burris, Essexville, MI | 5:06cv0166 (WDMI) |
| 8 | Michael and Connie Igaz, Bay City, MI | 5:06cv0173 (WDMI) |
| 9 | Michael and Michelle M. Montgomery, Charlotte, MI | 5:06cv0198 (WDMI) |
| 10 | James and Karen Stafford, Warren, MI | 2:06cv14251 (EDMI) |
| 11 | Virginia and Robert Beane, Redford, MI | 05:06cv0217 (WDMI) |
| 12 | Nancy and Terry Hayden, Owosso, MI | 5:06cv0165 (WDMI) |
| 13 | Joseph and Sherry Blackburn, Indianapolis, IN | 1:06cv1086 (SDIN) |
| 14 | Thomas and Kathryn Campau, West Bloomfield, MI | 5:06cv0156 (WDMI) |
| 15 | Patrick and Violata Lewis, Parma, MI | 05:06cv0158 (EDMI) |
| 16 | David Landgren, Ada, MI | 1:06-cv-0696 (WDMI) |

| | | |
|---|---|---|
| 17 | William and Trudy VanderPol, Grand Rapids, MI | 1:06cv0652 (WDMI) |
| 18 | Daniel L. Vincer, Jackson, MI | 06cv13735 (EDMI) |
| 19 | Christopher and Christina King, Niles, MI | 1:06cv0722 (WDMI) |
| 20 | Barbara and Andrew Johnson, Union, MI | 5:06cv0172 (WDMI) |
| 21 | Dale and Kelley Churchill, Hastings, MI | 5:06cv0209 (WDMI) |
| 22 | Cherie and Douglas Conner, Cassopolis, MI | 5:06cv0163 (WDMI) |
| 23 | Shree and James Robinson, Lathrup Village, MI | 2:06cv14228 (EDMI) |
| 24 | Marlon and Tanya Manier, Inkster, MI | 06cv5344 (NDIL) |
| 25 | Floyd E. Dumas II and Brenda Dumas, Gary, IN | 02:06cv352 (NDIN) |
| 26 | Norman and Christine Martin, Southfield, MI | 5:06cv0194 (WDMI) |
| 27 | Steven B. and Valerie L. Hodor, Westland, MI | 5:06cv181 (WDMI) |
| 28 | Shalese Whitsett, Detroit, MI | 06cv5432 (NDIL) |
| 29 | Yvonne Nimox, Detroit, MI | 5:06cv0177 (WDMI) |
| 30 | Terrance and Barbara Shepard, Taylor, MI | 5:06cv0183 (WDMI) |
| 31 | Clarence Wayland, Detroit, MI | 5:06cv182 (WDMI) |
| 32 | Jacqueline Titus-Ashford, Hazel Crest, MI | 06cv7062 (NDIL) |
| 33 | Jeffrey and Deborah Bush, Benton Harbor, MI | 5:06cv184 (WDMI) |
| 34 | Maria S. and Arturo Martinez, Grand Rapids, MI | 1:06cv0590 (WDMI) |
| 35 | Joel K. And Lana Orrison, Owosso, MI | 5:06cv0175 (WDMI) |
| 36 | Everett K. and Graundia Rosemon, Chicago, IL | 06cv6441 (NDIL) |
| 37 | Evelyn Wright and Mary T. Battle, Jenison, MI | 5:06cv0210 (WDMI) |
| 38 | Donald and Kathy Roelofs, Grand Rapids, MI | 5:06cv0176 (WDMI) |
| 39 | Babatunde and Seidat Ishmael, Chicago, IL | 06cv6872 (NDIL) |

| | | |
|---|---|---|
| 40 | Carlos and Carolyn Archer, Niles, MI | 5:06cv202 (WDMI) |
| 41 | Lori Ann Dussia, Delton, MI | 5:06cv196 (WDMI) |
| 42 | Monica Jones and Everett Washington, Detroit, MI | 5:06cv0201 (WDMI) |
| 43 | Ira C. Thompson, Dearborn Heights, MI | 5:06cv189 (WDMI) |
| 44 | Donald Sturgis, Clarkston, MI | 5:06cv185 (WDMI) |
| 45 | Yvette and Jesstin Williams, Detroit, MI | 5:06cv0174 (WDMI) |
| 46 | Nancy and Tom Murray, Joliet, IL | 05cv1218 (NDIL) |
| 47 | Frank Hernandez, Darien, IL | 05cv1218 (NDIL) |
| 48 | Larry Crane, West Lafayette, IN | 05cv0323 (NDIL) |
| 49 | Daniece Bonner, Gary, IN | 05cv0323 (NDIL) |
| 50 | Perrie Bonner, Gary, IN | 05cv0323 (NDIL) |
| 51 | Darrell Bruce, Hobart, IN | 05cv0323 (NDIL) |
| 52 | Johnny Tremble, Bellwood, IL | 05cv2625 (NDIL) |
| 53 | Rose Mayfield, Chicago, IL | 05cv6158 (NDIL) |

**III. Clients Who Have Not Yet Filed Suit**

1 Robert and Tammy Britt, McHenry, IL

2 Jose, Jaunita, and Ruth Salinas, Gurnee, IL

3 Derek and Patrina Anthony, Pontiac, MI

4 Tregg E. Howze and Wanda L. Howze, Detroit, MI

5 Stuart and Marianne Belfeld, Taylor, MI

6 Samuel and Christina Stratford, Trenton, MI

7 Estelle Patterson, Chicago, IL

8 Joe Winters, Belleville, IL

9  Terry and Margie Everhart, Springfield, OH

10  Cliff and Debora Fonseca, Taylor, MI

11  John and Johnnette Eggert, Madison Heights, MI

12  Christine and Joseph Kosla, White Cloud, MI

13  Jane and Alan Kanter, Middleville, MI

14  Angelique and Ernie McKimmy, Litchfield, MI

15  Michael and Myra Gullett, Flint, MI

16  Stephen Booher, Bethalto, IL

17  Virginia and Robert Bean, Redford, MI

18  Christopher and Sarah Roop, Taylor, MI

19  Philip and Lisa Johnson, Ypsilanti, MI

20  Michael and Janice Davis, Grand Rapids, MI

21  Kurt Wilson, Sr., and Teresa Wilson, Clinton Township, MI

22  Beverly Mathews, Park Forest, IL

23  Daniel Larcey, Fremont, OH

24  Byron and Vicki Fleming, South Roxana, IL

25  Oliver and Kathryn Bondy, Indianapolis, IN

26  Kim Wright, Sebring, OH

27  Thelma and Terry Cowles, Muskegon, MI

28  Stuart and Marianne Belfeld, Taylor, MI

29  Benjamin and Katherine Miller, Springfield, IL

30  Glenn and Laverne Adams, Redford, MI

31  Joseph and Myra Onesimus, Hanover Park, IL

32  Dorothy Adams, Troy, MI

33  Randy and Carolyn Parker, Muskegon, MI

34  Samuel Thornton, Sr., Evergreen Park, IL

35  Sonja and Donya Davis, Maywood, IL

36  Kenneth and Marcey Scott, Streetsboro, OH

37  Shirley and Glenn Parks, Rockford, IL

38  John and Deanna Seger, Granite City, IL

39  Alma Mooty, Chicago, IL

40  Karen and Stanley Johnson, Chicago, IL

41  Jack and Deborah Preimesberger, New Haven, MI

42  Sherri Starzyk, Bethalto, IL

43  William and Elizabeth McMenimen, White Lake, MI

44  Steven and Mariana Kopacz, Poplar Grove, IL

45  Elijah Green, Champaign, IL

46  Jorge A. Fragoso and Marciela Rios, Aurora, IL

47  Leon Frazier, Cincinnati, OH

48  Steven and Carolyn Conrad, Greenview, WI

49  Gertrude and Rel Orange, Aurora, IL

50  Henry and Elizabeth Bumpers, Chicago, IL

51  Jose Rodriguez and Virginia Albarron, Berwyn, IL

52  Joseph Jones, Detroit, MI

53  David Karlin, Rolling Meadows, IL

54  Michael and Jennifer Pierce, Greenwood, IN

55   Claudia Albano, Berea, OH

56   Brett Schneider, Ostego, MI

57   Carmencita Simpson, Chicago, IL

58   Johnny Tremble, Bellwood, IL

59   Melissa Murray, Joliet, IL

60   David Cechini, Bensonville, IL

61   Anthony Lukas, Chicago, IL

62   Darcy Bobo, Calumet City, IL

63   Julie Rhodes, Chicago, IL

64   Margaret Collins, Lansing, IL

65   Larry Drane, Joliet, IL

66   Annette Bracy, Chicago, IL

67   Jeff Rhodes, Chicago, IL

68   Fernando Hernandez, Lockport, IL

69   Gary Griner, Mishawaka, IN

70   Lakinya Wynn, Hazel Crest, IL

71   Ronald Mihalcean, Chicago, IL

72   Loretta Wiesjahn, Valparaiso, IN

Date: 01/05/2007

Respectfully Submitted:


s/ Al Hofeld, Jr.



Daniel A. Edelman
James O. Latturner
Cathleen M. Combs
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)