# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> INDIVIDUAL ACTIONS ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

## NOTICE OF FILING

TO: SEE ATTACHED SERVICE LIST

  **PLEASE TAKE NOTICE** that, on January 5, 2007, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **NOTICE OF INDIVIDUAL OPT-OUTS FROM CLASS ACTIONS**.

            s/ Al Hofeld, Jr.
            Al Hofeld, Jr.

            *Attorneys for Plaintiffs*
            Daniel A. Edelman
            Cathleen M. Combs
            James O. Latturner
            Al Hofeld, Jr.
            EDELMAN, COMBS, LATTURNER
              & GOODWIN, LLC
            120 S. LaSalle Street, 18th Floor
            Chicago, Illinois 60603
            (312) 739-4200
            (312) 419-0379 (FAX)

Dated: January 5, 2007

## **CERTIFICATE OF SERVICE**

        I, Al Hofeld, Jr., hereby certify that on January 5, 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

| | |
|---|---|
| Craig Allan Varga<br>cvarga@vblhc.com | Lorne Todd Saeks<br>lsaeks@muchshelist.com |
| Thomas Joseph Wiegand<br>twiegand@winston.com,<br>ECF_CH@winston.com | Terry A. Smiljanich<br>tsmiljanich@jameshoyer.com,<br>dstephens@jameshoyer.com,<br>jbowman@jameshoyer.com,<br>lmartin@jameshoyer.com |
| | Kristina M. Van Buskirk<br>Kvanbuskirk@ngelaw.com |

                                        s/ Al Hofeld, Jr.
                                        Al Hofeld, Jr.

                                          *Attorneys for Plaintiffs*
                                          Daniel A. Edelman
                                          Cathleen M. Combs
                                          James O. Latturner
                                          Al Hofeld, Jr.
                                          EDELMAN, COMBS, LATTURNER
                                                & GOODWIN, LLC
                                          120 S. LaSalle Street, 18th Floor
                                          Chicago, Illinois  60603
                                          (312) 739-4200
                                          (312) 419-0379 (FAX)