IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO ALL ) INDIVIDUAL ACTIONS ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |

### NOTICE OF INDIVIDUAL OPT-OUTS FROM CLASS ACTIONS

Plaintiffs in the following pending actions and parties who have not yet filed suit hereby provide notice to this Court that they opt-out of participation in any class or putative class action or settlement involving their Ameriquest Mortgage Company, Argent Mortgage Company, LLC, or Town and Country Credit Corporation:

### I. RHODE ISLAND PLAINTIFFS:

    A. Rhode Island Plaintiffs pertaining to Illinois Case No. 06-C-4727:
        WILLIAM MEEHAN
        DEBRA JONES
        FRANCES HENNESSEY
        JACQUELINE ARCHAMBAULT
        THOMAS MAY
        JOAN FORTIN
        KATHLEEN SOUSA
        RICHARD PEYTON
        GERALD LAFONTAINE
        KIMBERLY O'GRADY
        THOMASINA TURNER
        DONALD DESLAURIERS
        TINA VALLIERIE

  KEVIN MORGAN
  MARK FAZIO
  ROLAND VADENAIS
  LINDA SILVA
  CHARLES SULLIVAN
  LISA REBELLO
  TRACY BUTLER

B. Rhode Island Plaintiffs pertaining to Illinois Case No. 06-05707:
  ROSS D. HARTINGTON
  DANIEL J. BOYLE
  BETTY J. FARIZER
  BARBARA A. BURKE
  EILEEN R. EMERSON
  DINA MELUCCI
  BARBARA SHERMAN
  DIANE L. AND THEODORE G. RACINE
  MICHAEL P. AND MARIA M. KELLEY
  KARI L. CORVENO

C. Rhode Island Plaintiffs pertaining to Illinois Case No. 06-05705:
  SANDRA DUHAMEL
  DARLENE L. MANDEVILLE
  LINDA BARRETT
  KRYSTYNA KUDYBA
  JAMES H. BAILEY
  RICHARD LENAHAN
  KENNETH G. BURTON
  MICHAEL L. PEPPER
  JAMES E. DORNEY
  PAUL M. And GUILHERMINA AGUIAR
  ANTHONY N. LEPORE
  DENNIS and LISA ISOM

D. Rhode Island Plaintiffs pertaining to Illinois Case No. 06-05708
  JAMIE M. BERTENSHAW
  JOHN P. LANG
  STACY-ANN and GEORGE A. MCNAMEE
  JOHN A. and CHERYL MARINO
  RACHEL and DAVID M. NASON
  DEBORAH J. & ROBERT W. KENNY

    RITA T. and BRUCE E. CORREIA

E. Rhode Island Plaintiffs pertaining to Rhode Island Case No. 06-388:
    FRANK J. REGINE
    LORI J. DANIS
    LOUISE and ROBERT J. FERNANDES
    HOLLY DUPUIS,
    LUANN SINGLETON
    LINDA L. RITA
    RONALD J. BENOIT
    RICHARD J. And KERRY L. GABORIAULT

F. Rhode Island Plaintiffs pertaining to Rhode Island Case No. 06-425:
    SIGISMUND I. OGUN
    MARIE L. WARREN
    ZENAIDA PENA

G. Rhode Island Plaintiffs pertaining to Rhode Island Case No. 06-6754:
    CHARLES C. MOSS
    HERBERT J. GRAF JR.
    THOMASINA L. TURNER
    LAURIE NEGRI

H. Rhode Island Plaintiffs pertaining to Rhode Island Case No. 06-494:
    JAMES TOWNES
    RICHARD FAGNANT

I. Rhode Island Plaintiffs pertaining to Rhode Island Case No. 06-511:
    DAVID L'HEUREUX
    MICHELLE FARRELL
    PETER AND DONNA GAYAUSKI
    ANGEL RAMIREZ
    BRENDA VILLEGAS
    STEVEN SILVA

J. Rhode Island Plaintiffs pertaining to Rhode Island Case No. 06-494:
    RICHARD FAGNANT
    JAMES TOWNES

K. Rhode Island Plaintiffs pertaining to Rhode Island Case No. 06-495:
    ANNA KIELCZESKI

L. Rhode Island Plaintiffs pertaining to Rhode Island Case No. 06-434
    NANCI PATRIE

M. Rhode Island Plaintiffs pertaining to Rhode Island Case No. 06-480:
    CAROL BEAUDION

N. Rhode Island Plaintiffs pertaining to Rhode Island Case No. 06-554:
    DAWN DEMERS
    DEBORAH/ROBER KENNY

O. Other Rhode Island Cases already transferred to Illinois:
    JONES : Illinois C.A. No. 06- 04725
    ALFRED DAVIS : Illinois C.A. No. 06- 04725
    HERBERT GRAF: Illinois C.A. No. 06-0
    VERONICA CARNEY : Illinois C.A. No. 06-02478
    JOSEPH CREAMER: Illinois C.A. No. 06-01930
    RICHARD DANEAU: Illinois C.A. No. 06-01925
    MARIA EYRE : Illinois C.A. No. 06-01926
    VERONICA FROST: Illinois C.A. No. 06-01928
    JASON GOULD: Illinois C.A. No. 06-02476
    STEPHEN KOLARCKI: Illinois C.A. No. 06-05704
    PATRICIA LEAL: Illinois C.A. No. 06-02475
    RENEE LECLERC : Illinois C.A. No. 06-01931
    CHARLES PARISI: Illinois C.A. No. 06-01927
    EDDY PENA: Illinois C.A. No. 06-01924
    RICHARD SILVIA: Illinois C.A. No. 06-01929
    RICHARD SILVIA: Illinois C.A. No. 06-02477

## II. MASSACHUSETTS PLAINTIFFS:

A. Plaintiffs pertaining to Massachusetts Case No. 06-11507:
    MARIA PENA
    INGRID B. SALES
    GERDA LAPORTE
    ANTOINETTE GRAHAM,
    ANTHONY IBARRONDO
    JOHN F. DELGADO
    DOROTHY M. And JOSEPH J. GAETA
    LEO ROSSI
    JAMES F. PACHECO
    STEVEN M. And KAREN L. DUTRA

    MICHAEL D. And SUSAN G. CORREIA
    CHARLENE M. And RONALD J. HAWKINS
    ERRICK And CAROL JONES
    ROBERT A. And SUSAN J. CLEVELAND
    CALVIN DUNN JR.
    DAVID P. CROCKER

B. Plaintiffs pertaining to Massachusetts Case No. 06-11475:
    STEPHANIE &JAMES H. BUTT
    LEONOR C. RAMOS
    JOSHUA U. AISIKU
    BRIAN M. O'DONNELL
    GARY BRAZ
    KAREN A. BOWLES

C. Plaintiffs pertaining to Massachusetts Case No. 06-30142:
    RONALD & BARBARA A. BELLIVEAU
    IRVING ZIVIAK,

D. Plaintiffs pertaining to Massachusetts Case No. 06-40197:
    JOSEPH W. and SHELLY A. MARTIN
    GARY R. CRANDALL
    MICHAEL P. CHAMPAGNE

E. Plaintiffs pertaining to Massachusetts Case No. 06-12261:
    MICHELLE AND MICHAEL GUILLEMMETTE
    PAUL AND ALAINE SPENCER

F. Plaintiffs pertaining to Massachusetts Case No. 06-11779:
    JENNIFER CHANDLER
    MACKENZIE WILLIMAS
    ANTHONY AND LORRAINE RAIA

G. Plaintiffs pertaining to Massachusetts Case No. 06-12262:
    MARY WRIGHT
    DENISE RITTER

H. Plaintiffs pertaining to Massachusetts Case No. 06-30216:
    JACQUELINE AND JOSEPH PECOR
    ROBERT AND KARI COVINO
    EDWIN VAZQUEZ AND DENISE GONZALEZ
    FRANCES AND HAROLD MCCRAY

I. Other Cases involving only **one** plaintiff :

    GAYLE ANDERHOLM: Massachusetts C.A. No. 06-30174
    ANDREA MACSWAIN: Massachusetts C.A. No. 06-11776
    MICHAEL AND SUSAN CORREIA: Massachusetts C.A. No. 06-11772
    ANDREW SZURLEY :Massachusetts C.A. No. 06-30175
    CONSTANCE WHITHALL: Massachusetts C.A. No. 06-11777
    EDWARD GIUDITTA: Massachusetts C.A. No. 06-11778
    ERRICK AND CAROL JONES: Massachusetts C.A. No. 06-11462
    VICENT KELLEHER: Massachusetts C.A. No. 06-12069
    GARY AND LINDA LYNESS: Massachusetts C.A. No. 06-40275
    DEBORAH DAVIS :Massachusetts C.A. No. 06-40247
    DAVID AND DOROTHY LACASSE: Massachusetts C.A. No. 06-30200

### III. RHODE ISLAND BANKRUPTCY COURT:

    EDWARD SIMMONS: A.P. No. 06-1092

    LINDA PACHECO: A. P. No. 06-1093

### IV. MASSCHUSETTS BANKRUPTCY COURT:

    ISHA ETTIENE : A.P. No. 06-01401

    KELSEY KELLIE: A. P. No. 06-01424

### V. CASES NOT FILED IN COURT YET BUT RESCINDED:

    TIMOTHY MORINE of 50 Blood St., Pepperell, MA
    IDALIA MARTINEZ aka Idalia Montalvo of 275-277 Grove St., Providence, RI
    FRANCIS CORRIGAN of 22 Gould St., Walpole, MA
    BRIAN & CINTHYA DIXON OF 141 Pinecrest Dr., Pawtucket, RI
    MARION FITZSIMMONS of 15 Lake St., Leicester, MA
    STACEY AND RAYMOND MAIHOT of 18 Griffith Dr., Riverside, RI
    NANCY SULLIVAN of 36 Johnswood Rd., Roslindale, MA

ANTONIO OLIVERA of 38 Holy Oke Ave., Warwick, RI
CHRISTOPHER LANCASTER of 198 Pine Rd., Richmond, RI
RICHARD CHUDZIKIEWICZ of 59 Peltier St., Marlborough, MA
GILBERTA HOWES of 3 Cornell Ct., Coventry RI
PATRICIA CURTIS of 284 Plantation St., Worcester, MA
MICHAEL THOMPSON of 109 Willow Street, Woonsocket, RI
BARBARA HOLLAND of 67 Prospect St., Ashland, MA
KAREN E. GRIFFIN of 48 Coolidge St., Everett, MA

Respectfully Submitted,
Attorney for the Plaintiffs,

s/ Christopher M. Lefebvre
Christopher M. Lefebvre
CLAUDE LEFEBVRE
CHRISTOPHER LEFEBVRE, P.C
Two Dexter Street
P.O. Box 479

Date: January 5, 2007      Pawtucket, Rhode Island 02862
(401) 728-6060
(401) 728-6534 (FAX)
Lefeblaw@aol.com
RI Bar #4019
MA Bar #629056

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS ) ) ) ) ) | Centralized before Judge Marvin E. Aspen |

## NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

     **PLEASE TAKE NOTICE** that, on January 5, 2007, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **NOTICE OF INDIVIDUAL OPT-OUTS FROM CLASS ACTIONS**.

                              Attorney for the Plaintiffs,

                              s/ Christopher M. Lefebvre
                              Christopher M. Lefebvre
                              CLAUDE LEFEBVRE
                              CHRISTOPHER LEFEBVRE, P.C
                              Two Dexter Street
                              P.O. Box 479
                              Pawtucket, Rhode Island  02862
                              (401) 728-6060
                              (401) 728-6534 (FAX)
                              Lefeblaw@aol.com

Dated: January 5, 2007

## CERTIFICATE OF SERVICE

I, Christopher M. Lefebvre, hereby certify that on January 5, 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Lorne Todd Saeks
lsaeks@muchshelist.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

Attorney for the Plaintiffs,

s/ Christopher M. Lefebvre
Christopher M. Lefebvre
CLAUDE LEFEBVRE
CHRISTOPHER LEFEBVRE, P.C
Two Dexter Street
P.O. Box 479
Pawtucket, Rhode Island 02862
(401) 728-6060
(401) 728-6534 (FAX)
Lefeblaw@aol.com