IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN - 3 2007
Jan. 3, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) |
| | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | ) ) ) ) |
| | Centralized before Judge Marvin E. Aspen |

## NOTICE OF OPTING-OUT OF CLASS ACTIONS

Lisa M. Garacia, the plaintiff in the following federal action, hereby states that she opts-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to her:

*Garacia v. Ameriquest Mortgage Co.*, No. 1:06-1595 (Middle District of Pennsylvania).

Please note that this matter is currently before the Panel under CTO-8, but the Plaintiff's Motion to Vacate Conditional Transfer Order is pending.

Dated: December 27, 2006

Respectfully Submitted,

By: _____
Joseph K. Goldberg, Esquire
2080 Linglestown Road
Harrisburg, PA 17110
(717) 703-3600
(717) 635-2065 (Fax)
jgoldberg@ssbc-law.com
Attorney for Lisa M. Garacia

1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 27th day of December, 2006, I served a copy of the foregoing Plaintiff's Notice of Opting-Out of Class Actions, by first-class mail, postage prepaid, upon the individuals contained in the Attorney's list in the PACER record for this case, which includes counsel for the Defendant.

Joseph K. Goldberg, Esquire