**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**FILED**

JAN - 3 2007 WH
Jan. 3, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION | )<br>)<br>) |
| | )<br>) |
| THIS DOCUMENT RELATES TO ALL<br>INDIVIDUAL ACTIONS | )<br>)<br>)<br>) |

MDL No. 1715

Lead Case No. 05-cv-07097

Centralized before Judge
Marvin E. Aspen

<u>**NOTICE OF OPTING-OUT OF CLASS ACTIONS**</u>

Mary A. Maltese, the plaintiff in the following federal action, hereby states that she opts-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to her:

*Maltese v. Ameriquest Mortgage Co.*, No. 1:06-1596 (Middle District of Pennsylvania).

Please note that this matter is currently before the Panel under CTO-8, but the Plaintiff's Motion to Vacate Conditional Transfer Order is pending.

Dated: December 27, 2006      Respectfully Submitted,

By:

Joseph K. Goldberg, Esquire
2080 Linglestown Road
Harrisburg, PA 17110
(717) 703-3600
(717) 635-2065 (Fax)
jgoldberg@ssbc-law.com
Attorney for Lisa M. Garacia

1

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 27th day of _December_, 2006, I

served a copy of the foregoing Plaintiff's Notice of Opting-Out of Class Actions, by first-

class mail, postage prepaid, upon the individuals contained in the Attorney's list in the

PACER record for this case, which includes counsel for the Defendant.

Joseph K. Goldberg, Esquire