IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

### MOTION FOR LEAVE TO FILE RESPONSIVE PLEADINGS IN EXCESS OF FIFTEEN PAGES

Pursuant to Northern District of Illinois Local Rule 7.1, Defendants[1] request leave of this Court to file pleadings in excess of 15 pages in response to the Borrowers' Consolidated Class Action Complaint (the "Borrowers' Complaint") [Docket No. 325] and the Consolidated Complaint For Claims Of Non-Borrowers (the "Non-Borrowers' Complaint") [Docket No. 323] (collectively, the "Complaints").

As detailed in the accompanying Memorandum of Law, there is good cause to grant this request because Defendants have determined that there are bases for filing a motion pursuant to rule 12 of the Federal Rules of Civil Procedure to both Complaints, at this pleading stage. Defendants have also determined that they cannot adequately present these issues in 15 pages. In good faith, Defendants request that the Court expand the page limit for Defendants' Motion to Dismiss the Borrowers' Complaint to 30 pages and for Defendants' Motion to Dismiss the Non-Borrowers' Complaint to 40 pages.

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc.; and Argent Mortgage Co., LLC.

1

/ / /

                                                  Respectfully submitted,

DATED: January 8, 2007              By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: January 8, 2007              By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

2

3

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 8th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 1091219v1