IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**NOTICE OF PRESENTMENT OF MOTION FOR LEAVE TO FILE RESPONSIVE PLEADINGS IN EXCESS OF FIFTEEN PAGES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 11, 2007 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present Defendants' Motion For Leave To File Responsive Pleadings In Excess of Fifteen Pages, a copy of which is concurrently being served upon you. Defendants recognize that this Court's November 7, 2006 Memorandum Opinion and Order requires a briefing period of no less than 51 days prior to a hearing on a motion. However, given that Defendants' responsive pleadings to the master class complaints are due on January 19, 2007, and the issues raised in the Motion are straightforward and non-controversial, Defendants have noticed the Motion to be presented in accordance with Local Rule 78.1.

DATED: January 8, 2007　　　　　　　By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: January 8, 2007　　　　　　　By:/s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

BN 1089724v1

3

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 8th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:/s/  Bernard E. LeSage

BN 1089724v1