JH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**FILED**
Jan. 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE AMERIQUEST RE MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br>Centralized before Judge Marvin E. Aspen |

## NOTICE OF OPTING OUT OF CLASS ACTIONS

Defendant Jennifer VanFossen, in the action styled Alaska Seaboard Partners, Limited Partnership v. Jennifer Vanfossen, et al, Case No. 16-2006-CA-00325, pending in the Circuit Court of the Fourth Judicial Circuit, in and for Clay County, Florida, through her undersigned attorneys, hereby opts out of participation in any pending class action lawsuit in this multi-district litigation that may relate to her.

DATED: January 4, 2007



Lynn Drysdale
Fl. Bar No. 508489
126 W. Adams Street
Jacksonville, Florida 32202
Telephone: (904) 356-8371, ext. 373
Facsimile: (904) 224-7050

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this document has been sent via U. S. Mail to Roger D. Bear, Echevarria, Codilis & Stawiarski, P.O. Box 25108, Tampa, Fl 33622, Attorney for Plaintiff this 4th day of January, 2007. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

JACKSONVILLE AREA LEGAL AID, INC.,

Lynn Drysdale
Fl. Bar No. 508489
126 W. Adams Street
Jacksonville, Florida 32202
Telephone: (904) 356-8371, ext. 373
Facsimile: (904) 224-7050