JH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST RE MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br>Centralized before Judge Marvin E. Aspen |

FILED
JAN - 5 2007
Jan. 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF OPTING OUT OF CLASS ACTIONS

Defendant, Carolyn Pittman, in the action styled Ameriquest Mortgage Securities et al. v. Carolyn Pittman, Case No. 16-2005-CA-004268, pending in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, through her undersigned attorneys, hereby opts out of participation in any pending class action lawsuit in this multi-district litigation that may relate to her.

DATED: January 4, 2007

Lynn Drysdale
Fl. Bar No. 508489
126 W. Adams Street
Jacksonville, Florida 32202
Telephone: (904) 356-8371, ext. 373
Facsimile: (904) 224-7050

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this document has been sent via U. S. Mail to Steven Ellison Esq., Attorney for Plaintiff, Broad and Cassel, 1 North Clematis Street, Suite 500, West Palm Beach, Florida 33401, and to Michelle Glass, Esq., Attorney for Plaintiff, Law Offices of Marshall C. Watson, P.A., 1800 N.W. 49th Street, Suite 120, Fort Lauderdale, Florida 33309, this 4th day of January, 2007. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

JACKSONVILLE AREA LEGAL AID, INC.,

Lynn Drysdale
Fl. Bar No. 508489
126 W. Adams Street
Jacksonville, Florida 32202
Telephone: (904) 356-8371, ext. 373
Facsimile: (904) 224-7050