IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Damm, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-4032 | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

On December 11, 2006, plaintiffs in *Damm, et al. v. Ameriquest Mortgage Co., et al.* (Case No. 06-4032), filed a Motion For Leave to Amend Complaint seeking to add Wells Fargo Bank, N.A. as an additional defendant to the action. Defendant Ameriquest Mortgage Company ("Ameriquest") does not oppose this motion. Ameriquest continues to dispute the merits of the claims in this action, regardless of the parties, and does not concede that Wells Fargo Bank, N.A. is a proper party, however, Ameriquest does not oppose the relief sought in plaintiffs' motion.

DATED: January 10, 2007

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

1

## CERTIFICATE OF SERVICE

    I, Bernard E, LeSage, hereby certify that on this 10th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                        By: /s/  Bernard E. LeSage

BN 1093689v1