

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: AMERIQUEST MORTGAGE CO.  MDL No. 1715
MORTGAGE LENDING PRACTICES
LITIGATION  Lead Case No. 05-cv-07097

(Centralized before the Honorable Marvin E. Aspen)

FILED
DEC 18 2006
Dec. 18, 2006
UNITED STATES DISTRICT COURT

December 18, 2006

### PLAINTIFF'S NOTICE TO OPT OUT OF CLASS ACTION.

Pursuant to Memorandum Opinion and Order dated November 7, 2006 (Aspen, J.) Plaintiffs in the case entitled *Sievers v. Ameriquest Mortgage Company, et al.* MDL Docket No. 06-cv-01734 hereby gives notice that they will opt out of the class action.

BY _____

Peter Lachmann Fed Bar No. ct23757
Plachmann@Peoplepc.com
250 West Main Street Room 210
Branford, CT 06405
Tel. (203) 488-6793 Fax (203) 488-6814

### CERTIFICATION

This is to certify that on this 18th day of December, 2006, a true and correct copy of the foregoing document was filed. Notice of this filing will be sent by email to all counsel of record by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

_____
Peter Lachmann