# BROWN & SCOCCIMARO
### TRIAL LAWYERS
#### A PROFESSIONAL CORPORATION

1801 GILLIONVILLE ROAD
P. O. BOX 1646
ALBANY, GEORGIA 31702
TELEPHONE 229-432-9310
FACSIMILE 229-436-6302
INTERNET: www.bspclaw.com
EMAIL: help@bspclaw.com

JIMMIE H. BROWN
RALPH O. SCOCCIMARO*
ALEXANDER R. NEMAJOVSKY

*ALSO ADMITTED IN CALIFORNIA
& DISTRICT OF COLUMBIA

January 5, 2007

*FILED*
*Jan. 11, 2007*
JAN 11 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

Clerk of Court - ECF
U.S. District Court
Room 2050
219 South Dearborn
Chicago, IL   60604

IN RE:    Ameriquest Mortgage Company Mortgage Lending Practices Litigation
          MDL No. 1715
          Lead Case No.   05-cv-07097
          ***ATTORNEY APPEARANCE FORM(S)***

Dear Clerk:

Enclosed are two original U.S. District Court for the Northern District of Illinois Attorney Appearance Forms completed and executed by (1) Jimmie H. Brown and (2) Ralph O. Scoccimaro in reference to the case stated above.   It is my understanding that no other document is required  in order for us to receive all pleadings, notices, orders and other papers related to this case through the electronic filing system.   If I am in fact mistaken, please contact the undersigned as soon as possible.

With best regards, I am

Sincerely yours,

Velma Anderson
Velma Anderson, Legal Assistant to
Jimmie H. Brown

va
encl. - as stated above