## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

*JH*

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
In Re AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES LITIGATION

*FILED*
*Jan. 11, 2007*
*JAN 1 1 2007*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

Case Number:
MDL No.   1715
Lead Case No. 05-cv-07097
Centralized before the
Honorable Marvin E. Aspen

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third Party Plaintiffs Johnnie Ross, Tamyka Meadows, Joseph Riggins

and Nicole Riggins

| | |
|---|---|
| NAME (Type or print)<br>Ralph Scoccimaro | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>Brown & Scoccimaro, P.C. | |
| STREET ADDRESS<br>1801 Gillionville Road | |
| CITY/STATE/ZIP<br>Albany, GA    31707 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(229)  432-9310 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. N/A

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐