# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | |
| All Actions. | |

MDL No. 1715

Lead Case No. 05 C 7097

Centralized before the
Honorable Marvin E. Aspen

## MOTION TO WITHDRAW APPEARANCE

You are hereby notified that Dom J. Rizzi hereby withdraws his appearance as attorney of record for all plaintiffs with the firm Cafferty Faucher LLP (f/k/a Miller Faucher and Cafferty LLP) effective immediately. Withdrawal of counsel will not cause any prejudice to plaintiffs as the following remain counsel for plaintiffs:

Marvin A. Miller
Miller Law LLC
101 North Wacker Drive, Suite 2010
Chicago, Illinois 60606
(312) 525-8318

Dated: January 18, 2007    By:    s/    *Dom J. Rizzi*
                                   Dom J. Rizzi
                                   **CAFFERTY FAUCHER LLP**
                                   30 North LaSalle Street, Suite 3200
                                   Chicago, Illinois 60602
                                   Telephone: (312) 782-4880
                                   Facsimile: (312) 782-4485

## **CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Dom J. Rizzi, one of the attorneys for Plaintiffs, hereby certify that on January 18, 2007, service of the ***Motion to Withdraw Appearance*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                    *s/    Dom J. Rizzi*
                    Dom J. Rizzi