**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: THE BORROWERS' CONSOLIDATED CLASS ACTION COMPLAINT [DOCKET NO. 325] and THE CONSOLIDATED COMPLAINT FOR CLAIMS OF NON-BORROWERS [DOCKET NO. 323] | |

**DEFENDANTS'[1] MOTION TO COMPEL FILING OF AMENDED MASTER CLASS COMPLAINTS IN COMPLIANCE WITH COURT'S ORDER[2]**

By this Motion, Defendants respectfully request that this Court enter an Order compelling Co-Lead Counsel to file amended master class complaints in compliance with this Court's November 7, 2006 Case Management Order (the "Order").[3] As further detailed in the accompanying Memorandum of Law, the Motion is made on the grounds that the purported master class complaints filed by Co-Lead Counsel [Docket Nos. 323 and 325] do not comply with the Order because, among other things, they are not filed on behalf of all named plaintiffs in this multidistrict litigation proceeding (the "Proceeding"). To the contrary, the alleged master

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

[2] Defendants have concurrently filed responses to the master class complaints attacking the claims in the complaints. The instant Motion does not challenge the substantive elements of the master class complaint, but rather asks this Court to rule that, on their face, the master class complaints fail to meet this Court's requirements for such pleadings.

[3] Unless otherwise noted, all capitalized terms shall have the meaning ascribed to them in the Order.

1

class complaints purport to be filed on behalf of only 69 named plaintiffs, a minute fraction (less than 10%) of the 814 named plaintiffs in this Proceeding. The named plaintiffs apparently were selected over the absent plaintiffs strictly according to their counsel of record prior to this Court's Order, as the master class complaints were filed on behalf of the self-termed "Cooperating Plaintiffs." This Court, however, made clear in the Order that participation in the master class complaints was an absolute right to be accorded to all named plaintiffs in this Proceeding, not one to be given to a select few plaintiffs based on counsels' choice. Accordingly, this Court should require Co-Lead Counsel to file amended master class complaints on behalf of all named plaintiffs in compliance with the Order.

The Motion is based on this Motion, the accompanying Memorandum of Law in Support of the Motion, the accompanying Declaration of Bernard E. LeSage, the pleadings and records on filed herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

Defendants request an opportunity for oral argument.

WHEREFORE, Defendants respectfully request that this Court grant the Motion in its entirety.

                                                Respectfully submitted,

DATED: January 19, 2007          By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 19th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage