IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>THE BORROWERS' CONSOLIDATED CLASS ACTION COMPLAINT [DOCKET NO. 325] and THE CONSOLIDATED COMPLAINT FOR CLAIMS OF NON-BORROWERS [DOCKET NO. 323] | |

**DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL FILING OF AMENDED MASTER CLASS COMPLAINTS IN COMPLIANCE WITH COURT'S ORDER**

I, Bernard E. LeSage, declare as follows:

1. I am a shareholder of the law firm of Buchalter Nemer, a Professional Corporation, counsel for defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc. (collectively, "Defendants") in this multidistrict litigation proceeding ("Proceeding"). I make this Declaration in support of Defendants' Motion to Compel Filing of Amended Master Class Complaints in Compliance with Court's Order. Except where stated on information and belief, I know the following to be true of my own personal knowledge, and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

2. At my direction, associates and paralegals of Buchalter Nemer reviewed, among other things, the following documents: the operative underlying complaints in all of the cases

1

presently in this Proceeding, the Borrowers' Consolidated Class Action Complaint (the "Borrowers' Complaint") [Docket No. 325], the Consolidated Complaint for Claims of Non-Borrowers (the "Non-Borrowers' Complaint") [Docket No. 323], and each of the notices of opt-out filed by plaintiffs in this Proceeding. Based upon this review, I am informed and believe that the following statistics are true and correct as of the date of this Declaration:

- This Proceeding consists of 261 cases brought by 814 named plaintiffs.

- Of the 261 cases presently in this Proceeding, 253 are brought by 801 named plaintiffs alleging to be borrowers of Defendants.

- Of the 261 cases presently in this Proceeding, 8 cases are brought by 13 plaintiffs alleging to be non-borrowers of Defendants who assert claims under the Fair Credit Reporting Act, 15 U.S.C. Section 1681, *et seq*.

- All of the cases brought by non-borrowers in this Proceeding are putative class actions.

- Co-Lead Counsel excluded 233 cases brought by 736 alleged borrowers of Defendants from the Borrowers' Complaint.

- The Fourteenth Cause of Action in the Borrowers' Complaint contains claims on behalf of 29 persons who are not parties to any underlying lawsuit in this Proceeding.

- Co-Lead Counsel excluded 4 putative class actions brought by alleged non-borrowers from the Non-Borrowers' Complaint.

- 705 plaintiffs in 210 cases have elected to opt-out of the master class complaints.

- Of these 210 cases, 11 are putative class actions. As pled in the operative complaints, the claims in 2 of these 11 class actions—*Murray v. Ameriquest Mortgage Company* (N.D. Ill. Case No. 1-05-1218) and *Crane v. Ameriquest Mortgage Co.* (N.D. Ind. Case No. 2-05-323)—overlap with the claims in the Non-Borrowers' Complaint.

///

///

///

2

- 40 named plaintiffs in 27 cases excluded from the two master class complaints in this Proceeding have not expressed a desire to formally opt-out of the master class complaints.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 19th day of January 2007 at Los Angeles, California.

By: /s/ Bernard E. LeSage

**CERTIFICATE OF SERVICE**

    I, Bernard E, LeSage, hereby certify that on this 19th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    By: /s/ Bernard E. LeSage