**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>THE BORROWERS' CONSOLIDATED CLASS ACTION COMPLAINT [DOCKET NO. 325] and THE CONSOLIDATED COMPLAINT FOR CLAIMS OF NON-BORROWERS [DOCKET NO. 323] | |

**ARGENT MORTGAGE COMPANY, LLC'S JOINDER IN DEFENDANTS' MOTION TO COMPEL FILING OF AMENDED MASTER CLASS COMPLAINTS IN COMPLIANCE WITH COURT'S ORDER**

Defendant Argent Mortgage Company, LLC hereby joins in the Motion to Compel Filing of Amended Master Class Complaints in Compliance with Court's Order filed by defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

Respectfully submitted,

DATED: January 19, 2007        By:/s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

1

## CERTIFICATE OF SERVICE

I, Thomas J. Wiegand, hereby certify that on this 19th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Thomas J. Wiegand