**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) | |
| | ) | MDL 1715 |
| _____ | ) | Lead Case No. 05 CV 07097 |
| | ) | (Centralized before the Honorable |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) | Marvin E. Aspen) |
| | ) ) | |

**NOTICE OF CHANGE OF FIRM  AFFILIATION**

PLEASE TAKE NOTICE THAT effective immediately Marvin A. Miller is no longer affiliated with Miller Faucher and Cafferty LLP.   He is now affiliated with

Miller Law LLC
101 North Wacker Drive
Suite 2010
Chicago, Illinois 60606
Office Telephone: (312) 525-8316

Dated: January 19, 2007                          Respectfully submitted,


s/*Marvin A. Miller*_____
Marvin A. Miller
**MILLER LAW LLC**
101 North Wacker Drive, Suite 2010
Chicago, IL 60606
TEL: (312) 525-8316

*Local Counsel for Plaintiff*

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Lori A. Fanning, an attorney, hereby certify that on January 19, 2007, service of the *Notice of Change of Firm Affiliation* was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

*s/ Lori A. Fanning*
LORI A. FANNING