**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before <br> The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday February 8, 2007 at 10:30 am., we shall appear before the Honorable Marvin E. Aspen in room 2568 in the United States District court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, and then and there present: **INDIVIDUAL CLAIMANTS' STEERING COMMITTEE NOTICE REGARDING MEDIATION**, a copy of which is hereby served upon you.

Dated: January 19, 2007        Respectfully Submitted, The Individual Claims Steering Committee


By: _____
      Daniel S. Blinn Fed Bar No. ct02188
      dblinn@consumerlawgroup.com
      Consumer Law Group, LLC
      35 Cold Spring Road, Suite 512
      Rocky Hill, CT  06067
      Tel. (860) 571-0408  Fax. (860) 571-7457

## CERTIFICATION

I hereby certify that on **this 19th day of January, 2007**, a copy of foregoing **Notice of Motion** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Daniel S. Blinn