IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED COMPLAINT FOR CLAIMS OF NON-BORROWERS [DOCKET NO. 323] | |

**DEFENDANTS' MOTION TO DISMISS CERTAIN COUNTS OF THE NON-BORROWER COMPLAINT AND MOTION FOR A MORE DEFINITE STATEMENT**

By this Motion, defendants Ameriquest Capital Corporation and Ameriquest Mortgage Company ("Defendants") respectfully request that this Court enter an Order (1) dismissing the Second, Third, and Forth Counts of the Non-Borrowers' Consolidated Class Action Complaint (the "Complaint") in their entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), and/or (2) requiring plaintiffs (collectively, the "Non-Borrower Plaintiffs") to provide a more definite statement pursuant to FRCP 12(e) as to their class allegations. As detailed in the accompanying Memorandum of Law, the Motion is made on the grounds that: (1) there is no private right of action under FCRA for the alleged "clear and conspicuous" disclosure violation; (2) FCRA and ECOA do not require adverse action notices to be sent for failure to offer the best available rate; and (3) the class allegations lack specificity and are improper.

The Motion is based on this Motion, the accompanying Memorandum of Law in Support of the Motion, the concurrently-filed Request for Judicial Notice, the pleadings and records on file herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

Defendants request an opportunity for oral argument.

WHEREFORE, Defendants respectfully request that this Court grant the Motion in its entirety.

Respectfully submitted,

DATED: January 19, 2007

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

**CERTIFICATE OF SERVICE**

I, Bernard E, LeSage, hereby certify that on this 19th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage