## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED COMPLAINT FOR CLAIMS OF NON-BORROWERS [DOCKET NO. 323] | |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CERTAIN COUNTS OF THE NON-BORROWER COMPLAINT AND MOTION FOR A MORE DEFINITE STATEMENT**

Defendants by and through their counsel of record, hereby respectfully request that the Court take judicial notice of the following pursuant to Rule 201 of the Federal Rules of Evidence:

Exhibit No.

1. *Quarterman, et al. v. Ameriquest Capital Corporation, et al.*, Complaint, Case No. CV05-1426 CAS (RCx), (C.D. Ca. February 25, 2005).

2. Federal Trade Commission Letter from Laura Berger to Elias Latour of June 28, 2001.

3. Federal Trade Commission Letter from Ronald Isaac to Don Gowen of April 29, 1999.

4. Federal Trade Commission Letter from Christopher Keller to Ryan Stinneford of July 14, 2000.

5. *The Fair Credit Reporting Act and Issues Presented by Reauthorization of the Expiring Preemption Provisions: Hearings Before the S. Comm. on Banking,*

1

<u>Exhibit No.</u>

        *Housing, & Urban Affairs,* 108th Cong. 95-96 (2003) (testimony of J. Howard Beales, III, Director of Consumer Protections, Federal Trade Commission Bureau), p.22.

6.        *The Fair Credit Reporting Act and Issues Presented by Reauthorization of the Expiring Preemption Provisions: Hearings Before the Senate Comm. on Banking, Housing, and Urban Affairs*, 108th Cong. 108-579 (2003) (testimony of Joel Winston, Associate Director, Bureau of Consumer Protection, Federal Trade Commission Bureau), p. 379.

7.        *Burgraff, et al. v. Ameriquest Capital Corporation*, Complaint, Case No. CV04-9715 MMM (MCx) (C.D. Ca. November 30, 2004).


DATED: January 19, 2007          Respectfully submitted,

        By: /s/ Bernard E. LeSage

        *Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

        Bernard E. LeSage, Esq.
        Sarah K. Andrus, Esq.
        BUCHALTER NEMER, a P.C.
        1000 Wilshire Boulevard, Suite 1500
        Los Angeles, CA 90017-2457

**CERTIFICATE OF SERVICE**

    I, Bernard E, LeSage, hereby certify that on this 19th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage