**Exhibit 1**



1  Jonathan A. Boynton (174910)
   Sara Brite Evans (210980)
2  **POST KIRBY NOONAN & SWEAT LLP**
   One America Plaza
3  600 West Broadway, Suite 1100
   San Diego, California  92101-3387
4  Telephone (619) 231-8666
   Facsimile (619) 231-9593
5
   Terry Smiljanich
6  Kathleen Clark Knight
   **JAMES HOYER NEWCOMER**
7  **& SMILJANICH, P.A.**
   4830 West Kennedy Boulevard, Ste. 550
8  Tampa, FL 33609
   Telephone (813) 286-4100
9  Facsimile (813) 286-4174

10 Douglas Bowdoin
   **DOUGLAS BOWDOIN, P.A.**
11 255 South Orange Ave., Ste. 800
   Orlando, FL 32801
12 Telephone (407) 422-0025
   Facsimile (407) 843-2448
13
   Attorneys for Plaintiff
14

15              **UNITED STATES DISTRICT COURT**
16
           **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**
17

18 RAYMOND QUARTERMAN, JR.,          CASE NO. CV05-1426 CAS (RCx)
19 on behalf of himself and those
   similarly situated,              **CLASS ACTION**
20
              Plaintiff,            **COMPLAINT FOR VIOLATION OF**
21                                  **THE FAIR CREDIT REPORTING**
        vs.                         **ACT**
22
   AMERIQUEST CAPITAL
23 CORPORATION and                  **DEMAND FOR JURY TRIAL**
   AMERIQUEST MORTGAGE
24 COMPANY,
25              Defendants.
26
27 ///
28 ///

PKNS\572215.2

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

ORIGINAL

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

## CLASS ACTION COMPLAINT

Plaintiff, Raymond Quarterman, Jr., brings this action, individually and on behalf of the class of persons defined below, against Defendants, Ameriquest Capital Corporation and Ameriquest Mortgage Company. Plaintiff alleges the following on information and belief, formed after a reasonable inquiry under the circumstances.

### PARTIES

1.     Plaintiff, Raymond Quarterman, Jr., is a resident of Orlando, Florida.

2.     Defendant Ameriquest Mortgage Company is a wholly owned subsidiary of Ameriquest Capital Corporation and has its principal place of business in Orange, California.

3.     Defendant Ameriquest Capital Corporation is a privately held Delaware corporation with its principal place of business in Orange, California.

4.     Defendant Ameriquest Mortgage Company has more than 270 offices nationwide.

5.     Defendants (hereinafter collectively sometimes referred to as "Ameriquest") obtain credit reports on individuals and use such information to solicit individuals throughout the United States to enter credit transactions with Ameriquest, including the refinancing of home equity loans.  Credit reports are consumer reports as that term is used in the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a(d)

6.     Ameriquest is a user of consumer reports as that term is used in the FCRA, 15 U.S.C. § 1681m.

7.     At all times mentioned herein, Defendants, and each of them, were an agent or joint venturer of the other Defendant and, in doing the acts alleged herein, were acting within the course and scope of such agency.

Jan-12-08   04:51pm   From-Buchalter Nemer        Y        2139960401        T-621   P.004/023   F-070

1  Each Defendant had actual or constructive knowledge of the acts of the

2  other Defendant, and ratified, approved, joined in, acquiesced, and

3  authorized the wrongful acts of each co-Defendant, and retained the benefits

4  of said wrongful acts.

5      8.    Defendants, and each of them, aided, abetted, encouraged, and

6  rendered substantial assistance to the other Defendant in the wrongful acts

7  and other wrongdoings complained of herein, and each of the Defendants

8  acted with an awareness of its primary wrongdoing and realized that its

9  conduct would substantially assist the accomplishment of the wrongful

10  conduct, wrongful goals, and wrongdoing.

11              **JURISDICTION AND VENUE**

12     9.    The Court has subject matter jurisdiction pursuant to 28 U.S.C. §

13  1331 based upon claims brought pursuant to the FCRA, 15 U.S.C. § 1681p.

14     10.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a).

15            **THE FAIR CREDIT REPORTING ACT**

16     11.    The FCRA, 15 U.S.C. §§ 1681 - 1681t, is a consumer protection

17  statute which regulates the activities of credit reporting agencies and users

18  of credit reports, and which provides certain rights to consumers affected by

19  use of the collected information about them.

20     12.    Congress designed the FCRA to preserve the consumer's right

21  to privacy by safeguarding the confidentiality of the information maintained

22  by the consumer reporting agencies.  Congress stated in the opening

23  section of the FCRA, "There is a need to insure that consumer reporting

24  agencies exercise their grave responsibilities with fairness, impartiality, and

25  a respect for the consumer's right to privacy." 15 U.S.C. §1681(a)(4).

26     13.    Congress has chosen to protect the consumer's right to privacy

27  by prohibiting any release of consumer reports unless the release is for one

28  of the permissible purposes listed in 15 U.S.C. §1681b.

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE I 00
SAN DIEGO, CALIFORNIA 92101-3367

PKNS\372215.2

-3-

14.    Under the FCRA, the term "consumer report" means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's creditworthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in the underwriting of credit transactions involving the consumer.  Credit reports and prescreening lists provided by credit reporting agencies are consumer reports.  15 U.S.C. § 1681a(d).

15.    Section 1681b(f) in turn provides, "A person shall not use or obtain a consumer report for any purpose unless - (1) the consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under this section [1681b]."

16.    The permissible purposes listed in 1681b usually arise only in connection with transactions initiated by the consumer.  See §1681b(a)(3)(A)-(F) (authorizing the use of consumer reports when the consumer has applied for credit, employment, or insurance).

17.    One of the few circumstances in which the FCRA allows the use of a consumer report in the absence of a consumer-initiated transaction is when the recipient of the information undertakes to extend to the consumer a "firm offer of credit."  See §1681b(c)(1)(B).

18.    Because a prescreening user is obtaining access to the consumer's private and confidential information in a transaction not initiated by the consumer, the FCRA imposes strict conditions on the offers that qualify such use as a permissible purpose.  The "firm offer of credit" must be one that "will be honored" if the consumer meets specific criteria used to select the consumer for such offer.  See §1681a(l).  The "firm offer of credit"
///

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

1   Ameriquest for credit, including refinanced home equity loans. Ameriquest

2   also trains its agents to not make an offer to the individuals during

3   solicitation calls. Further, Ameriquest trains its agents to not disclose

4   essential terms of the credit transaction, such as an interest rate, during

5   solicitation calls.

6        24.    Ameriquest also requires its agents to follow a script in telephone

7   calls to individuals on the prescreening lists. Ameriquest's script reinforces

8   Ameriquest's training of its agents to not make an offer of credit or even

9   disclose an interest rate which Ameriquest would charge the individuals.

10       25.    Ameriquest mails written solicitations to many of the individuals

11  on the prescreening lists which Ameriquest purchases from consumer

12  reporting agencies.

13       26.    Ameriquest's written solicitations to individuals on the

14  prescreening lists do not make or extend any offer or even provide any of

15  the essential terms of a credit transaction, such as an interest rate.

16       27.    Ameriquest's written solicitations sent to individuals on the

17  prescreening lists do not provide in a clear and conspicuous manner the

18  disclosures required by the FCRA.

19                    **INDIVIDUAL FACTUAL ALLEGATIONS**

20                     **OF RAYMOND QUARTERMAN, JR.**

21       28.    Ameriquest obtained numerous consumer reports on Raymond

22  Quarterman, Jr., during the period of February 10, 2004, through December

23  9, 2004, all without his consent or knowledge.

24       29.    Raymond Quarterman, Jr., did not initiate any transactions with

25  Ameriquest.

26       30.    After Ameriquest obtained the consumer reports on Raymond

27  Quarterman, Jr., Ameriquest mailed Raymond Quarterman, Jr., a

28  standardized written solicitation, a copy of which is attached as Exhibit A.

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

PKNS\372215.2                            -6-

31.    Ameriquest's solicitation to Raymond Quarterman, Jr., is merely a sham solicitation that makes no firm offer.  The solicitation merely urges Raymond Quarterman, Jr., to "call us now."

32.    The solicitation fails to state any amount of credit to be extended, fails to state the rate of interest to be charged, and fails to state the method of computing interest and the length of the repayment period.  The solicitation is so devoid of terms that neither the lender nor Raymond Quarterman, Jr., can determine whether it is advantageous to extend or accept the "offer."

33.    Ameriquest's solicitation does not contain or qualify as a "firm offer of credit" under the FCRA.

34.    Ameriquest's solicitation to Raymond Quarterman, Jr., is too vague to have any value to Raymond Quarterman, Jr.  Although the solicitation states that "we've already pre-qualified you for The No-Stress Home Loan," the small print on the reverse side of the solicitation states that, "The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home."

35.    Ameriquest's solicitation also fails to make the disclosures required by §1681m(d) in a clear and conspicuous manner.  Ameriquest places the disclosures on the reverse side of the solicitation and makes no reference to the small print disclosures on the front of the solicitation.  Rather than make the disclosures conspicuous by using bold print or capital letters, Ameriquest uses a reduced size print in the disclosures.

## CLASS REPRESENTATION ALLEGATIONS

36.    Plaintiff brings this action under the FCRA on behalf of himself and as representative of the following proposed class:

///

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

> All individuals throughout the United States whose consumer reports were obtained or used by Ameriquest in connection with a credit transaction not initiated by them and who did not receive a firm offer of credit from Ameriquest.

37.     Plaintiff brings this action under the FCRA on behalf of himself and as representative of the following proposed sub-class:

> All individuals throughout the United States whose consumer reports were obtained or used by Ameriquest in connection with a credit transaction not initiated by them, and who received from Ameriquest a written solicitation to enter a credit transaction which did not provide the clear and conspicuous disclosures required by 15 U.S.C. §1681m(d).

38.     Pursuant to Rule 23 and the FCRA, Plaintiff believes this action may be maintained as a class action because all procedural elements are satisfied, as set forth below:

## 1. Numerosity

39.     Ameriquest is in the business of obtaining consumer reports relating to consumers throughout the United States and using credit reports in mass marketing of credit terms nationwide. The number of consumers nationwide with respect to whom Ameriquest obtained consumer reports and solicited the consumer to enter a credit transaction all without undertaking to make a firm offer of credit as required under the FCRA is in excess of several thousand.  The exact number and identity of Class members is unknown to Plaintiff but can easily be determined from the records of Ameriquest.

40.     The Class is so numerous that it would be impractical to join all of the members of the Class within the meaning of Rule 23(a)(1).

/// 

/// 

/// 

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

PKNS\372215.2                                  -8-

## 2. Commonality

41.    On behalf of the Class, the representative Plaintiff brings claims which raise questions of law and fact common to all members of the Class, as contemplated by Rule 23(a)(2).  Common issues include:

(a)    Whether Ameriquest violated the FCRA by failing, as a matter of practice, to make a firm offer of credit to Plaintiff and other consumers after obtaining or using consumer reports on Plaintiff and other consumers in connection with credit transactions not initiated by Plaintiff and other consumers;

(b)    Whether Ameriquest violated the FCRA when, after obtaining or using consumer reports on Plaintiff and other consumers in connection with credit transactions not initiated by them, Ameriquest, as a matter of practice, sent Plaintiff and other consumers written solicitations which did not also provide the disclosures required by 15 U.S.C. §1681m(d) in a clear and conspicuous manner;

(c)    Whether Ameriquest was a user of consumer reports when it obtained consumer reports relating to Plaintiff and other consumers;

(d)    Whether Ameriquest's practice of obtaining consumer reports in connection with credit transactions not initiated by the consumer and then failing to undertake to make a firm offer of credit to the consumer as required by the FCRA was willful;

(e)    Whether Ameriquest's practice of obtaining consumer reports in connection with credit transactions not initiated by the consumer and then failing to undertake to make a firm offer of credit to the consumer as required by the FCRA was in reckless disregard of Plaintiff's and other consumers' rights;

(f)    Whether Ameriquest's practice of obtaining consumer reports in connection with credit transactions not initiated by the consumer and

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3357

PKN6\372216.2

-9-

then failing to undertake to make a firm offer of credit to the consumer

as required by the FCRA was in conscious disregard of Plaintiff's and

other consumers' rights;

(g)     Whether Ameriquest's practice of obtaining consumer reports in

connection with credit transactions not initiated by the consumer and

then providing the consumer with a written solicitation without clear

and conspicuous disclosures as required by the FCRA was willful;

(h)     Whether Ameriquest's practice of obtaining consumer reports in

connection with credit transactions not initiated by the consumer and

then providing the consumer with a written solicitation without clear

and conspicuous disclosures as required by the FCRA was in reckless

disregard of Plaintiff's and other consumers' rights;

(i)     Whether Ameriquest's actions in obtaining consumer reports in

connection with credit transactions not initiated by the consumer and

then providing the consumer with a written solicitation without clear

and conspicuous disclosures as required by the FCRA were in

conscious disregard of Plaintiff's and other consumers' rights; and

(j)     Whether members of the Class are entitled to recover statutory

and punitive damages as a result of Ameriquest's actions in violating

the FCRA.

### 3. Typicality

42.     In accordance with the requirements of Rule 23(a)(3), the

representative Plaintiff's claims are typical of the claims of all other members

of the Class, and the representative Plaintiff has no interests which are

adverse or antagonistic to the interests of the Class.  The representative

Plaintiff's claims are typical of the claims of the Class because all such

claims arise from a series of identical business practices, or a common

course of conduct, involving Ameriquest's practice of obtaining and using

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3367

45.    Most individual Class members have little ability to prosecute an individual action due to the complexity of the issues involved in this litigation, the significant costs attendant to litigation on this scale, and the comparatively small, although significant, statutory damages available to individual Class members.

46.    This action will result in an orderly and expeditious administration of Class claims. Economies of time, effort, and expense will be fostered and uniformity of decisions will be insured.

47.    This action presents no difficulty that would impede its management by the Court as a class action. In addition, a willful violation of the law may be remedied by the Court through imposition of a fine based upon each violation of the FCRA. A class action is superior to other available methods for the fair and efficient adjudication of each Class member's claim.

48.    The questions of fact common to the claims of each member of the Class, relating to the uniform failure to make a firm offer of credit after obtaining or using consumer reports relating to Plaintiff and other consumers, predominate over any facts affecting only individual members of the Class. Individual reliance is not a requirement to establish liability under the FCRA.

49.    The questions of law common to the claims of each member of the Class, relating to Ameriquest's uniform practice of obtaining consumer reports on individuals in connection with credit transactions not initiated by the individuals and then providing the individual with a written solicitation which does not also provide the clear and conspicuous disclosures by the FCRA, predominate over any questions of law affecting only individual members of the Class.

///

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

PKNS\372215.2

-12-

## NOTICE TO THE CLASS

50.   Notice may be given by a combination of mailed and published notice, which notice is properly paid for by Defendants.

### FIRST CAUSE OF ACTION

### VIOLATION OF FAIR CREDIT REPORTING ACT
#### (No Permissible Purpose)

51.   Plaintiff realleges and incorporates herein the allegations of Paragraphs 1 to 50.

52.   Ameriquest has a corporate policy and business practice of obtaining and using consumer reports in connection with soliciting individuals to enter credit transactions not initiated by the individuals and failing to undertake to extend to the individuals firm offers of credit.

53.   In its nationwide practice of obtaining consumer reports on individuals in connection with credit transactions not initiated by them and then refraining from making a firm offer of credit to such individuals, Ameriquest has willfully ignored the requirements of the FCRA, and has made a business decision to fail or refuse to comply with the requirements of the FCRA.

54.   Ameriquest's adoption of its policy and Ameriquest's nationwide practice of obtaining consumer reports on individuals in connection with credit transactions not initiated by the individuals, and then failing to undertake to make firm offers of credit to such individuals as required by the FCRA, is in conscious disregard of those individuals' rights.

55.   Ameriquest's adoption of its policy and Ameriquest's practice of obtaining consumer reports on individuals in connection with credit transactions not initiated by the individuals, and then failing to undertake to make a firm offer of credit to such individuals as required by the FCRA, is in reckless disregard of those individuals' rights.

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

PKNS\372215.2

-13-

56. The actions of Ameriquest constitute willful noncompliance with the requirements of the FCRA. 15 U.S.C. § 1681b(c). Specifically, Ameriquest's use and acquisition of consumer reports, as described in the preceding paragraphs, is not for a permissible purpose under the FCRA.

57. Plaintiff and Class members have suffered damages as a result of Ameriquest's willful violation of the FCRA, including statutory damages, nominal damages, punitive damages, costs, and their attorneys' fees herein.

## SECOND CAUSE OF ACTION

### VIOLATION OF FAIR CREDIT REPORTING ACT
### (Absence Of Clear And Conspicuous Disclosures)

58. Plaintiff realleges and incorporates herein the allegations of Paragraphs 1 to 50.

59. Ameriquest has a corporate policy and practice of obtaining and using consumer reports in connection with soliciting consumers to enter credit transactions not initiated by the consumers and then sending the consumers written solicitations to enter the credit transaction without providing in a clear and conspicuous manner the disclosures required to be provided by the FCRA.

60. Ameriquest's adoption of its policy and its practice and procedure of obtaining consumer reports on individuals in connection with credit transactions not initiated by the individuals, and then failing to provide with each written solicitation made to the individuals regarding the transactions the clear and conspicuous disclosures required by the FCRA, is in conscious disregard of those individuals' rights.

61. Ameriquest's adoption of its policy and Ameriquest's practice and procedure of obtaining consumer reports on individuals in connection with credit transactions not initiated by the individuals, and then failing to provide with each written solicitation made to the individuals regarding the

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

1   transactions the statutorily mandated clear and conspicuous disclosures

2   required by the FCRA, is in reckless disregard of those individuals' rights.

3        62.    Plaintiff and Class members have suffered damages as a result

4   of Ameriquest's willful violation of the FCRA, including statutory damages,

5   nominal damages, punitive damages, costs, and their attorneys' fees herein.

6                    **THIRD CAUSE OF ACTION**

7                      **DECLARATORY RELIEF**
                     **(No Permissible Purpose)**

8

9        63.    Plaintiff realleges and incorporates herein the allegations of

10  Paragraphs 1 to 50.

11       64.    Pursuant to 28 U.S.C. §2201, Plaintiff asks the Court to declare

12  the rights of the parties herein regarding Ameriquest's obligation to make

13  firm offers of credit to individuals whose consumer reports were obtained by

14  Ameriquest in connection with credit transactions not initiated by the

15  individuals, and specifically whether Ameriquest's practice complies with or

16  violates the FCRA.

17                   **FOURTH CAUSE OF ACTION**

18                      **DECLARATORY RELIEF**
                     **(Inadequate Disclosures)**

19

20       65.    Plaintiff realleges and incorporates herein the allegations of

21  Paragraphs 1 to 50.

22       66.    Pursuant to 28 U.S.C. §2201, Plaintiff asks the Court to declare

23  the rights of the parties herein regarding Ameriquest's obligation to provide

24  clear and conspicuous disclosures when making a written solicitation in

25  connection with a credit transaction not initiated by the individual after

26  obtaining a credit report on such individual, and specifically whether

27  Ameriquest's practice complies with or violates the FCRA.

28  ///

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

## FIFTH CAUSE OF ACTION

### INJUNCTIVE RELIEF
### (No Permissible Purpose)

67.   Plaintiff realleges and incorporates herein the allegations of Paragraphs 1 to 50.

68.   Ameriquest continues to violate the rights of individuals by obtaining consumer reports on the individuals in connection with credit transactions not initiated by the individuals and failing to undertake to make a firm offer of credit to such individuals, and, if not enjoined from such violations by this Court, Ameriquest will continue to engage in conduct which disregards the rights of consumers.

69.   Plaintiff has no full and complete adequate remedy at law and, absent the issuance of injunctive relief, will suffer irreparable harm.

70.   Plaintiff has a clear legal right to the relief sought and public policy and the respective equities weigh heavily in favor of granting injunctive relief.

## SIXTH CAUSE OF ACTION

### INJUNCTIVE RELIEF
### (Inadequate Disclosures)

71.   Plaintiff realleges and incorporates herein the allegations of Paragraphs 1 to 50, 69, and 70.

72.   Ameriquest continues to violate the rights of individuals whose consumer reports are obtained by Ameriquest in connection with credit transactions not initiated by the individuals and to whom Ameriquest sends written solicitations which do not provide in a clear and conspicuous manner the disclosures required by the FCRA, and, if not enjoined from such violations by the Court, Ameriquest will continue to engage in conduct which disregards the rights of consumers.

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

PKNS\372215.2

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, demands judgment against Ameriquest as follows:

1.     Certify this as a class action pursuant to Rule 23 and designate Plaintiff as adequate representative of the Class;

2.     Award Plaintiff and other Class members statutory damages within the Court's discretion of not more than $1,000.00 for each separate violation, together with punitive damages for Ameriquest's willful violations of the FCRA;

3.     Declare Ameriquest's practice of obtaining consumer reports on individuals in connection with credit transactions not initiated by such individuals and then failing to undertake to make a firm offer of credit to such individuals violates the FCRA;

4.     Declare that Ameriquest's practice of obtaining consumer reports on individuals in connection with credit transactions not initiated by the individuals and then sending the individuals solicitations which do not provide in a clear and conspicuous manner the disclosures required by the FCRA violates the FCRA;

5.     Permanently enjoin Ameriquest from obtaining consumer reports on individuals in connection with credit transactions not initiated by the individual unless Ameriquest makes a firm offer of credit to each such individual, and ordering Ameriquest to establish and maintain appropriate procedures adequate to ensure compliance with the FCRA;

6.     Permanently enjoin Ameriquest from obtaining consumer reports on individuals in connection with credit transactions not initiated by the individuals and then sending such individuals written solicitations which do not include in a clear and conspicuous manner the disclosures required by the FCRA;

PKNS\372215.2

-17-

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

Jan-12-06   04:56pm   From-Buchalter Nemer   Y   2138960401   T-621   P.018/023   F-070



7.      Award Plaintiff reasonable attorneys' fees, prejudgment interest, and the costs and expenses incurred in this action, including experts' fees; and

8.      Grant such other relief as may be appropriate under the circumstances.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

Jan-12-06   04:56pm   From-Buchalter Nemer      Y        2138060401         T-621   P.020/023   F-070

## TRIAL BY JURY

Plaintiff demands trial by jury of all issues so triable in this action.

DATED: February 24, 2005        POST KIRBY NOONAN & SWEAT LLP

By: _____
Jonathan A. Boynton
Sarah Brite Evans

**JAMES, HOYER, NEWCOMER
& SMILJANICH, P.A.**
Terry A. Smiljanich
Kathleen Clark Knight

**DOUGLAS BOWDOIN, P.A.**
Douglas Bowdoin

**LAW OFFICES OF J. CRAIG
BOURNE**
J. Craig Bourne
1520 East Livingston Street
Orlando, FL 32803
Telephone (407) 894-6750
Facsimile (407) 894-4735

**THE TIEN LAW GROUP P.L.L.C.**
Laurence G. Tien
Kamran Mashayekh
10235 West Little York Rd, Ste. 470
Houston, TX 77040
Telephone: (713) 937-0223
Facsimile: (713) 937-0220

**DARBY, PEELE, BOWDOIN
& PAYNE**
W. Roderick Bowdoin
P. O. Drawer 1707
Lake City, FL 32056
Telephone: (386) 752-4120
Facsimile: (386) 755-4569

Attorneys for Plaintiff

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

PKNS\372215.2

-19-

**AMERIQUEST**
MORTGAGE COMPANY

4700 Millenia Boulevard, Suite 250
Orlando, FL 32839



*Raymond:*

*I think Ameriquest can really help you.*
*Give me a call at*
*1-888-753-7146*

*Jack*

**ECRLOT**C-047
Raymond Quarterman
2663 Breezewind Dr
Orlando, FL 32839-7316

Dear Raymond,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan™. To find out how much you qualify for, call us now at (888) 753-7146 or go to www.ameriquestloans.com.

Get a loan built for you. You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to "custom-tailor" a loan with the terms and rates that work best for you.

Slash your monthly payments. Strapped by high-interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

Get an answer in 24 hours. We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

We're right here in Orlando. While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

See how much you qualify for. Just call us toll-free at (888) 753-7146 today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Jack Lima*

Jack Lima
Branch Manager

P.S. Call for your No-Stress Home loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



**YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.**

For fast service, call your Orlando mortgage specialist toll-free at (888) 753-7146 or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

Raymond Quarterman
2663 Breezewind Dr
Orlando, FL 32839-7316

Phone (_____)_____

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____

I am interested in:
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY

Jan-12-06  04:57pm  From-Buchalter Nemer  Y  2136960401  T-621  P.022/023  F-070

**YOU ARE MORE THAN A CREDIT HISTORY.**

YOU ARE A HOMEOWNER.

**AMERIQUEST**
MORTGAGE COMPANY

OFFICIAL M... ...GE COMPANY
SPONSOR OF ...E NFL

4700 Millenia Boulevard, Suite 250
Orlando, FL 32839

**YOU'VE BEEN PRE-QUALIFIED FOR:**

- A NO-STRESS HOME LOAN*
- 30-DAY BREAK FROM PAYMENTS
- A FAST, EASY LOAN – AND, WE DO THE PAPERWORK FOR YOU

**ECRLOT**C-047
Raymond Quarterman
2663 Breezewind Dr
Orlando, FL 32839-7116

Jan-12-06    04:57pm    From-Buchalter Nemer        Y              2136960401          T-621    P.023/023    F-070

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select you for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our criteria. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed ___ (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

We will obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit or the periodic collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.

All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-1501

**Fees and/or Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, administrative, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ    License Number BK-15194.
CA    Loans will be made pursuant to a California Finance Lenders License.
GA    Georgia Residential Mortgage Licensee. License Number: 6877.
IL    Illinois Residential Mortgage Licensee.
MA    Massachusetts Mortgage Lender License Number ML0702.
MN    No ___ offer to enter an interest rate lock-in agreement under Minnesota law.
MS    Mississippi Supervised Mortgage Company.
NH    Licensed by the New Hampshire Banking Department. License Number: 5354-MB.
NJ    Licensed Mortgage Banker – New Jersey Department of Banking.
NY    Licensed Mortgage Banker – NYS Banking Department.
PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.
RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

**30-day Break From Payments**

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

©2004 Ameriquest Mortgage Company. 1100 Town and Country Road., Orange, CA 92868. All rights reserved.