**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> ) <br> *IN RELATION TO THE* ) <br> *ACTIONS LISTED BELOW* ) | MDL No. 1715 <br><br> Lead Case No. 05 C 7097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

| | |
|---|---|
| THOMAS A. MURRAY, ) <br> NANCY R. MURRAY, ) <br> and FRANK N. HERNANDEZ, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> ) <br> Defendant. ) | Case No. 05 C 1218 (N.D.Ill.) |

| | |
|---|---|
| JOHNNY TREMBLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOWN & COUNTRY CREDIT ) <br> CORPORATION, ) <br> ) <br> Defendant. ) | Case No. 05 C 2625 (N.D.Ill.) |

1

| | |
|---|---|
| ROSE MAYFIELD, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>TOWN & COUNTRY CREDIT )<br>CORPORATION, )<br>)<br>        Defendant. ) | Case No. 05 C 6158 (N.D.Ill.) |

| | |
|---|---|
| LARRY CRANE, )<br>DARRELL BRUCE, )<br>DANIECE W. BONNER, and )<br>PERRIE K. BONNER, )<br>)<br>        Plaintiffs, )<br>)<br>   v. )<br>)<br>AMERIQUEST MORTGAGE COMPANY, )<br>)<br>        Defendant. ) | Case No. 2:05 CV 323 (N.D.Ind.) |

**MOTION TO WITHDRAW CLASS ALLEGATIONS**
**FROM FAIR CREDIT REPORTING ACT COMPLAINTS**

The plaintiffs in *Murray et al v. Ameriquest Mortgage Co.*, *Tremble v. Town & Country Credit Corp.*, *Mayfield v. Town & Country Credit Corp.*, and *Crane et al v. Ameriquest Mortgage Co.*, respectfully request leave to withdraw the class allegations made in their respective complaints, each of which allege that the defendants willfully violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*.

                                                      Respectfully submitted,

                                                      s/ Daniel A. Edelman
                                                      Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com