# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> INDIVIDUAL ACTIONS ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br><br> Centralized before Judge <br> Marvin E. Aspen |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that, on Thursday, January 25, 2007, at 10:30 a.m., we will appear before Judge Marvin E. Aspen in Room 2568 of the Dirksen Federal Building, 210 S. Dearborn Street, Chicago, IL 60604, and present **MOTION TO WITHDRAW CLASS ALLEGATIONS FROM FAIR CREDIT REPORTING ACT COMPLAINTS**, copies of which are attached and are hereby served upon you.

                                            s/ Daniel A. Edelman
                                            Daniel A. Edelman

                                            *Attorneys for Plaintiffs*
                                            Daniel A. Edelman
                                            Cathleen M. Combs
                                            James O. Latturner
                                            Al F. Hofeld, Jr.
                                            EDELMAN, COMBS, LATTURNER
                                                & GOODWIN, LLC
                                            120 S. LaSalle Street, 18th Floor
                                            Chicago, Illinois 60603
                                            (312) 739-4200
                                            (312) 419-0379 (FAX)

Dated: January 19, 2007

**CERTIFICATE OF SERVICE**

        I, Daniel A. Edelman, hereby certify that on January 19, 2007, a true and correct copy of the foregoing document and MOTION TO WITHDRAW CLASS ALLEGATIONS FROM FAIR CREDIT REPORTING ACT COMPLAINTS were filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Those not registered were mailed copies by U.S. mail.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com,

kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Deutsche Bank National Trust Company, N.A.
60 Wall St.
New York, NY 10005

HSBC Mortgage Services
c/o Registered Agent CT Corp. System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Lorne Todd Saeks
lsaeks@muchshelist.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

Litton Loan Servicing, LP
c/o Registered Agent
CSC- Lawyers Incorporating Service
601 Abbott Road
East Lansing, MI 48823

s/ Daniel A. Edelman
Daniel A. Edelman

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al F. Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)