## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: THE BORROWERS' CONSOLIDATED CLASS ACTION COMPLAINT [DOCKET NO. 325] | |

## DEFENDANTS'[1] MOTION TO DISMISS BORROWERS' COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT[2]

By this Motion, Defendants respectfully request that this Court enter an Order (1) dismissing the Borrowers' Consolidated Class Action Complaint (the "Complaint") in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "FRCP"), or (2) to the extent this Court permits any portion of the Complaint to survive dismissal, requiring plaintiffs therein (collectively, the "Borrower Plaintiffs") to provide a more definite statement pursuant to FRCP 12(e). As detailed in the accompanying Memorandum of Law, the Motion is made on the

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

[2] Defendants have concurrently filed a Motion to Compel Filing of Amended Master Class Complaints in Compliance With Court's Order ("Motion to Compel"). The Motion to Compel is made on the grounds that, in contravention of this Court's November 7, 2006 Case Management Order (the "November 7 Order"), the master class complaints were filed on behalf of only a small fraction of the named plaintiffs in this multidistrict litigation proceeding. If the Motion to Compel is granted, Co-Lead Counsel must file amended master class complaints. Thus, this Court should rule on the Motion to Compel prior to considering the pleadings filed in response to the master class complaints.

grounds that (1) Borrower Plaintiffs fail to establish their standing to pursue any of the claims asserted in the Complaint, (2) certain claims for relief in the Complaint are barred as a matter of law and cannot be amended to state a claim upon which relief may be granted, and (3) the Complaint contains only legal conclusions and absolutely no facts supporting these conclusions.

The Motion is based on this Motion, the accompanying Memorandum of Law in Support of the Motion, the concurrently-filed Request for Judicial Notice, the pleadings and records on file herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

Defendants request an opportunity for oral argument.

WHEREFORE, Defendants respectfully request that this Court grant the Motion in its entirety.

Respectfully submitted,

DATED: January 19, 2007                    By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company;*
*AMC Mortgage Services, Inc.; Town & Country*
*Credit Corporation; Ameriquest Capital*
*Corporation; Town & Country Title Services,*
*Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

## <u>CERTIFICATE OF SERVICE</u>

I, Bernard E, LeSage, hereby certify that on this 19th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: <u>/s/ Bernard E. LeSage</u>