IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: THE BORROWERS' CONSOLIDATED CLASS ACTION COMPLAINT [DOCKET NO. 325] | |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS BORROWERS' COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Defendants[1] by and through their counsel of record, hereby respectfully request that this Court take judicial notice of the following pursuant to Rule 201 of the Federal Rules of Evidence:

1. United States Senate Report No. 93-278 (1973), a true and correct copy of which is attached hereto as Exhibit 1.

2. California Assembly Bill No. 292, 1970 Regular Session (as initially proposed January 21, 1970), a true and correct copy of which is attached hereto as Exhibit 2.

3. California Assembly Bill No. 292, 1970 Regular Session (as amended August 7, 1970), a true and correct copy of which is attached hereto as Exhibit 3.

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

1

4. Mortgage between Ameriquest Mortgage Company and George A. Barber and Crisella J. Barber for real property located at Route 8, Box 385, Lake City, Florida 32055, dated January 15, 2003, a true and correct copy of which is attached hereto as Exhibit 4.

5. Deed of Trust between Ameriquest Mortgage Company and Barbara Ann Becker for real property located at 3612 Mary Avenue, Baltimore, Maryland 21206, dated August 23, 2005, a true and correct copy of which is attached hereto as Exhibit 5.

6. Security Deed between Ameriquest Mortgage Company and Tonya Brown for real property located at 948 Belle Glade Road, Stone Mountain, Georgia 30083, dated April 22, 2004, a true and correct copy of which is attached hereto as Exhibit 6.

7. Mortgage between Ameriquest Mortgage Company and Yvette Campbell for real property located at 6311 Carl Avenue, Cleveland, Ohio 44103, dated October 24, 2001, a true and correct copy of which is attached hereto as Exhibit 7.

8. Mortgage between Ameriquest Mortgage Company and Raymond Carlson and Rebecca Carlson for real property located at 1980 East Larpenteur, Saint Paul, Minnesota 55109, dated May 13, 2003, a true and correct copy of which is attached hereto as Exhibit 8.

9. Mortgage between Ameriquest Mortgage Company and Craig J. D'Ambrogi and Michelle R. D'Ambrogi for real property located at 9 Saint Rene Lane, Hanover, Pennsylvania 17331, dated December 11, 2004, a true and correct copy of which is attached hereto as Exhibit 9.

10. Mortgage between Town and Country Credit Corp. and Thomas B. Doherty and Elvie Doherty for real property located at 5917 Hackman Avenue, Fridley, Minnesota 55432, dated December 24, 2002, a true and correct copy of which is attached hereto as Exhibit 10.

11. Mortgage between Ameriquest Mortgage Company and Mary A. Harless for real property located at 904 Isabelle Drive, Anderson, Indiana 46013, dated September 14, 2005, a true and correct copy of which is attached hereto as Exhibit 11.

12. Mortgage between Ameriquest Mortgage Company and James C. Jewell, Jr. and Jennifer J. Mullen nka Jennifer J. Jewell for real property located at 333 Sturgeon Street, Springfield, Ohio 45506, dated June 21, 2005, a true and correct copy of which is attached hereto as Exhibit 12.

13. Mortgage between Ameriquest Mortgage Company and Deborah J. Juillerat for real property located at 743 Sumter Avenue South, Minneapolis, Minnesota 55426, dated January 24, 2002, a true and correct copy of which is attached hereto as Exhibit 13.

14. Mortgage between Ameriquest Mortgage Company and Charles T. Kahrer and Karen M. Kahrer for real property located at 313 E. Edgewood, New Castle, Pennsylvania 16105, dated June 21, 2004, a true and correct copy of which is attached hereto as Exhibit 14.

15. Deed of Trust between Ameriquest Mortgage Company and Albert Knox and Nona M. Knox for real property located at 770 Schembri Lane, East Palo Alto, California 94303, dated May 10, 2002, a true and correct copy of which is attached hereto as Exhibit 15.

16. Mortgage between Ameriquest Mortgage Company and Richard A. Madrazo and Margie Madrazo for real property located at 136 Greenfield Avenue, Staten Island, New York 10304, dated November 5, 2004, a true and correct copy of which is attached hereto as Exhibit 16.

17. Mortgage between Ameriquest Mortgage Company and Yamil Montanez for real property located at 874 Chicopee Street, Chicopee, Massachusetts 01013, dated December 10, 2003, a true and correct copy of which is attached hereto as Exhibit 17.

18. Mortgage between Ameriquest Mortgage Company and David R. Murphy and Isabelle M. Murphy for real property located at 13 Crescent Street, Plympton, Massachusetts 02367, dated April 22, 2004, a true and correct copy of which is attached hereto as Exhibit 18.

19. Mortgages between Ameriquest Mortgage Company and Pegi Saunders for real property located at 5215 Thomas Street, Maple Heights, Ohio 44137, dated June 18, 2004 and December 23, 2002, true and correct copies of which are attached hereto as Exhibit 19.

20. Mortgage between Ameriquest Mortgage Company and Steven H. Ungar for real property located at 1030 S. Venice Boulevard, Venice, Florida 34293, dated May 24, 2005, a true and correct copy of which is attached hereto as Exhibit 20.

21. Mortgage between Ameriquest Mortgage Company and Cheryl Williams for real property located at 2611 Frederick Douglas Boulevard, New York, New York 10030, dated May 20, 2003, a true and correct copy of which is attached hereto as Exhibit 21.

22. Mortgage between Ameriquest Mortgage Company and Duwayne Williams and Latonya Williams for real property located at 2325 29th Street South, Saint Petersburg, Florida 33712, dated January 15, 2004, a true and correct copy of which is attached hereto as Exhibit 22.

DATED: January 19, 2007

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 19th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage