**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**DEFENDANTS' NOTICE OF SELECTION OF PROPOSED MEDIATORS**

On December 20, 2006, this Court issued an Order, in which it stated that if the parties were unable to agree on the selection of a mediator by January 18, 2007, the Court would appoint one in accordance with the format set forth on page 14 of the November 7, 2006 Memorandum Opinion and Order. [Docket No. 341.] Defendants[1] hereby submit their list of five proposed mediators:

1. Hon. John K. Trotter (Ret.);
2. Hon. Donald P. O'Connell (Ret.);
3. Hon. Richard E. Neville (Ret.);
4. John B. Simon, Esq.; and
5. William E. Hartgering, Esq.

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

Respectfully submitted,

DATED: January 19, 2007

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

2

3

**CERTIFICATE OF SERVICE**

  I, Bernard E, LeSage, hereby certify that on this 19th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: /s/  Bernard E. LeSage