# EXHIBIT C

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
5215 Old Orchard Rd., # 410
Skokie, IL 60077
(847)583-8031

[ ] Preliminary    [X] Final

Broker License:

Borrowers: Jacqueline Buckner

Type of Loan: ADJUSTABLE RATE
Date: June 23, 2004

Address: 5 E. Carriageway Drive, Apt. 210
City/State/Zip: HAZEL CREST, IL 60429

Loan Number: 0083227264 - 7302

Property: 5 E. Carriageway Drive Apt./Unit210, HAZEL CREST, IL 60429

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.622 % | $ 173,967.54 | $ 96,456.78 | $ 270,424.32 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $742.60 | 08/01/2004 | | | |
| 335 | $751.81 | 08/01/2006 | | | |
| 1 | $745.57 | 07/01/2034 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 5 E. Carriageway Drive Apt./Unit210, HAZEL CREST, IL 60429

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower Jacqueline Buckner _____ Date _____    Borrower _____ Date _____

Borrower _____ Date _____    Borrower _____ Date _____

TIL1 (Rev. 7/01)


0000008322726403057S0101

**ORIGINAL COPY**

06/23/2004 10:35:44 AM

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

[ ] Preliminary    [X] Final

LENDER: Ameriquest Mortgage Company
5215 Old Orchard Rd., # 410
Skokie, IL 60077
(847)583-8031

Broker License:

Borrowers: Jacqueline Buckner

Type of Loan: ADJUSTABLE RATE
Date: June 23, 2004

Address: 5 E. Carriageway Drive, Apt. 210
City/State/Zip: HAZEL CREST, IL 60429

Loan Number: 0083227264 - 7302

Property: 5 E. Carriageway Drive Apt./Unit210, HAZEL CREST, IL 60429

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.622 % | $ 173,967.54 | $ 96,456.78 | $ 270,424.32 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $742.60 | 08/01/2004 | | | |
| 335 | $751.81 | 08/01/2006 | | | |
| 1 | $745.57 | 07/01/2034 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 5 E. Carriageway Drive Apt./Unit210, HAZEL CREST, IL 60429

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 5.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower Jacqueline Buckner _____ Date _____    Borrower _____ Date _____

Borrower _____ Date _____    Borrower _____ Date _____



TIL1 (Rev. 7/01)    00000083227264305750101

**BORROWER COPY**

06/23/2004 10:35:44 AM

# EXHIBIT D

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: June 23, 2004
LOAN NO.: 0083227264 - 7302
TYPE: ADJUSTABLE RATE

BORROWER(S): Jacqueline Buckner

ADDRESS: 5 E. Carriageway Drive APT./UNIT 210
CITY/STATE/ZIP: HAZEL CREST,IL 60429

PROPERTY: 5 E. Carriageway Drive Apt./Unit210
HAZEL CREST, IL 60429

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
| _____ |

;

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| _____ |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Jacqueline Buckner _____ Date

BORROWER/OWNER _____ Date

BORROWER/OWNER _____ Date

BORROWER/OWNER _____ Date


1064-NRC (Rev 01/04)
0000008322726400000050101

**LENDER COPY**

06/23/2004 10:35:44 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  June 23, 2004
LOAN NO.:  0083227264 - 7302
TYPE:   ADJUSTABLE RATE

BORROWER(S): Jacqueline Buckner

ADDRESS:     5 E. Carriageway Drive APT./UNIT 210
CITY/STATE/ZIP:  HAZEL CREST,IL 60429

PROPERTY:  5 E. Carriageway Drive Apt./Unit210
              HAZEL CREST, IL 60429

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE
_____  ;

    or
2. The date you received your Truth in Lending disclosures;
    or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL
_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____    _____    _____    _____
BORROWER/OWNER Jacqueline Buckner    Date    BORROWER/OWNER    Date

_____    _____    _____    _____
BORROWER/OWNER    Date    BORROWER/OWNER    Date

1054-NRC (Rev 01/04)


0000008322726404000050101

**BORROWER COPY**

06/23/2004 10:35:44 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  June 23, 2004
LOAN NO.:   0083227264 - 7302
TYPE:   ADJUSTABLE RATE

BORROWER(S): Jacqueline Buckner

ADDRESS:        5 E. Carriageway Drive APT./UNIT 210
CITY/STATE/ZIP:   HAZEL CREST,IL 60429

PROPERTY:   5 E. Carriageway Drive Apt./Unit210
            HAZEL CREST,  IL  60429

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
| _____ |

; 

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| _____ |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____              _____
SIGNATURE                                                     DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____   _____      _____   _____
BORROWER/OWNER Jacqueline Buckner         Date      BORROWER/OWNER                                          Date

_____   _____      _____   _____
BORROWER/OWNER                                        Date      BORROWER/OWNER                                          Date

1064-NRC (Rev 01/04)

0000008322726404000S0101

**BORROWER COPY**

06/23/2004 10:35:44 AM

# EXHIBIT E

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0083227264 - 7302          Borrower(s): Jacqueline Buckner

Date: June 23, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Jacqueline Buckner          Date

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature          Date



0000008322726404042201101

850 (10/00)

06/23/2004 10:35:44 AM

LENDER COPY

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0083227264 - 7302          Borrower(s): Jacqueline Buckner
Date: June 23, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Jacqueline Buckner                Date

_____          _____
Borrower/Owner                                    Date

_____          _____
Borrower/Owner                                    Date

_____          _____
Borrower/Owner                                    Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                          Date



0000008322726404042220101

850 (10/00)

06/23/2004 10:35:44 AM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0083227264 - 7302      Borrower(s): Jacqueline Buckner

Date: June 23, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

         Ameriquest Mortgage Company
         1600 S Douglass Rd Anaheim, CA 92806
         ATTN: Funding Department
         Phone: (714)541-9960
         Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____      _____

Borrower/Owner   Jacqueline Buckner        Date


_____      _____

Borrower/Owner        Date


_____      _____

Borrower/Owner        Date


_____      _____

Borrower/Owner        Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____      _____

Borrower/Owner Signature        Date

---



00000083227264040422010 1

850 (10/00)

06/23/2004 10:35:44 AM

**BORROWER COPY**

# EXHIBIT F

**FROM:**
PRICE-RITE APPRAISAL INC.
2815 W. DIVERSEY AVE.
CHICAGO, IL 60647

Telephone Number: 773-278-6959     Fax Number:

# INVOICE

**INVOICE NUMBER**

**DATE**
JUNE 30, 2004

**REFERENCE**

Internal Order #:
Lender Case #:
Client File #:
Main File # on form:   04060064
Other File # on form:
Federal Tax ID:
Employer ID:

**TO:**
AMERIQUEST MORTGAGE

Telephone Number:      Fax Number:
Alternate Number:       E-Mail:

## DESCRIPTION

| | |
|---|---|
| Lender: AMERIQUEST | Client: |
| Purchaser/Borrower: BUCKNER | |
| Property Address: 5 E. CARRIAGEWAY DRIVE | |
| City: HAZEL CREST | |
| County: COOK | State: IL     Zip: 60429 |
| Legal Description: SEE ADDENDUM IF AVAILABLE | |

| FEES | AMOUNT |
|---|---:|
| | 450.00 |
| **SUBTOTAL** | 450 |

| PAYMENTS | AMOUNT |
|---|---:|
| Check #:     Date:     Description: | |
| Check #:     Date:     Description: | |
| Check #:     Date:     Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** | $      450 |

A-0172

**Price-Rite Appraisal, Inc.**
2815 West Diversey Avenue
Chicago, IL 60647
773-278-6959

| INVOICE | 06-30-04 | 04060064 |
|---------|----------|----------|
|         | DATE     | NUMBER   |

Lender or Client: AMERIQUEST
9501 W. 144 TH PL. ORLAND PARK IL.

| Item | Total |
|------|-------|
| APPRAISAL FEE FOR SERVICES RENDERED | $ 450.00 |

Borrower: BUCKNER
5 E. CARRIAGEWAY DRIVE, #210
HAZEL CREST, IL 60429
SEE ADDENDUM IF AVAILABLE

|  | Total | $ | 450.00 |

Please detach and include the bottom portion with your payment... Thank You!

| Inv Date | Insp Date | Appraiser | Client Case # | File # | Client Phone # |
|----------|-----------|-----------|---------------|--------|----------------|
| 06-30-04 | 06-28-04 | GREG DARLING | | 04060064 | |

**FROM:**
AMERIQUEST
9501 W. 144 TH PL. ORLAND PARK IL.

**PROPERTY:**
Borrower: BUCKNER
5 E. CARRIAGEWAY DRIVE, #210
HAZEL CREST, IL 60429

**Amount Due**
$ 450.00

**TO:**
Attention:

Price-Rite Appraisal, Inc.
2815 West Diversey Avenue
Chicago, IL 60647

**Amount Enclosed**
$

Balance Due upon receipt of Invoice
Please return this portion with your payment. Thank You!

Price-Rite Appraisal, Inc.

A-0173

Cor ... te Appraisal Analysis – Summary Appraisal Rer
IN ... UAL CONDOMINIUM UNIT APPRAISAL REPORT    File No. 04060064

| | |
|---|---|
| Property Address 5 E. CARRIAGEWAY DRIVE | City HAZEL CREST    State IL    Zip Code 60429 |
| Legal Description SEE ADDENDUM IF AVAILABLE | County COOK    Unit No. 210 |
| Assessor's Parcel No. 28-36-101-017-1022 | Tax Year 2002    R.E. Taxes $ 655.04    Special Assessments $    NONE |
| Project Name/Phase No. | Map Reference SMSA 1600    Census Tract 8255036 |

| Borrower BUCKNER | Current Owner OWNER OF RECORD | Occupant [X] Owner    Tenant    Vacant |

| Property rights appraised | [X] Fee Simple    Leasehold | Monthly Home Owners' Association Unit Charge    $    213.00 |
| Sales Price $ REFINANCE | Date of Sale N/A | Description and $ amount of loan charges/concessions to be paid by seller    N/A |
| Lender/Client AMERIQUEST | Address 9501 W. 144 TH PL. ORLAND PARK IL. | |
| Appraiser GREG DARLING | Address 2815 W. DIVERSEY AVE. CHICAGO IL 60647 | |

| Location | Urban | [X] Suburban | Rural | | Predominant Single Family Occupancy | Single family housing | | Predominant Condominium Occupancy | Condominium housing | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PRICE $ (000) | AGE (yrs) | | PRICE $ (000) | AGE (yrs) | |
| Built up | [X] Over 75% | 25-75% | Under 25% | [X] Owner | 70 | Low | NEW | [X] Owner | 40 | Low | NEW |
| Growth rate | Rapid | [X] Stable | Slow | Tenant | 514 | High | 130 | Tenant | 290 | High | 75 |
| Property Values | Increasing | [X] Stable | Declining | [X] Vacant (0-5%) | | Predominant | | [X] Vacant (0-5%) | | Predominant | |
| Demand/supply | Shortage | [X] In balance | Over supply | Vacant (over 5%) | 131 | | 75 | Vacant (over 5%) | 120 | | 35 |
| Marketing time | Under 3 mos. | [X] 3-6 mos. | Over 6 mos. | | | | | | | | |

| Present land use % | One Family 40 | 2-4 Family 10 | Apartments 10 | Condominium 32 | Commercial 3 | Industrial | Vacant | Other 1 |
| Land use change: | [X] Not likely | Likely | In process to | | | | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: SUBJECT IS BOUNDED BY 175TH STREET TO THE NORTH, KEDZIE TO THE EAST, TO THE SOUTH AND 183RD. ST. TO THE WEST CALIFORNIA AVE.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): SUBJECT IS LOCATED IN THE WESTERN SECTION OF HAZEL CREST. AREA IS COMPRISED OF A VARIETY OF STYLE AND SIZE SINGLE AND MULTI FAMILY RESIDENCES. MOST AMENITIES ARE IN CLOSE PROXIMITY.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time - - such as data on competitive properties for sale in the project and neighborhood, description of the prevalence of sales and financing concessions, etc.): GENERAL MARKET CONDITIONS ARE STABLE CONVENTIONAL FINANCING IS READILY AVAILABLE AT CURRENT RATES FINANCING CONCESSIONS ARE NOT TYPICAL.

| | | | |
|---|---|---|---|
| Specific zoning classification and description R-2A CONDO AND TOWNHOUSE | | Topography | GENERALLY LEVEL |
| Zoning compliance [X] Legal    Legal nonconforming (Grandfathered use)    Illegal    No zoning | | Size | TYPICAL FOR AREA |
| Highest & best use as improved: [X] Present use    Other use (explain) | | Density | AVERAGE |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | View | AVERAGE |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | 100 AMP CB | Street | ASPHALT | [X] | | Drainage | AVERAGE |
| Gas | [X] | | Curb/gutter | CONCRETE | [X] | | Apparent easements | UTILITY |
| Water | [X] | | Sidewalk | CONCRETE | [X] | | FEMA Special Flood Hazard Area    Yes [X] No | |
| Sanitary sewer | [X] | | Street lights | YES | [X] | | FEMA Zone ZONE C    Map Date 11/06/2000 | |
| Storm sewer | [X] | | Alley | NONE | [X] | | FEMA Map No. 17031C0729F | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): NO ADVERSE BASEMENTS OR ENCROACHMENTS WERE NOTED.

| No. of Stories | FIVE | Exterior Walls | BRICK | If Project Completed: | | If Project Incomplete: | | Subject Phase: | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Elevator(s) | NONE | Roof Surface | ASPHLT | Total No. of Phases | 1 | Total No. of Planned Phases | NA | Total No. of Units | NA |
| Existing/Proposed | EXIST | Total No. Parking | NONE | Total No. of Units | 64 | Total No. of Planned Units | NA | Total No. of Units Completed | NA |
| If conversion, orig. use | N/A | Ratio (spaces/units) | NONE | Total No. of Units for Sale | 0 | Total No. of Units for Sale | NA | Total No. of Units for Sale | NA |
| Date of Conversion | N/A | Type | NONE | Total No. of Units Sold | 64 | Total No. of Units Sold | NA | Total No. of Units Sold | NA |
| Age (Yrs.) | 32YRS | Guest Parking | STREET | Total No. of Units Rented | 0 | Total No. of Units Rented | NA | Total No. of Units Rented | NA |
| Effective Age (Yrs.) | 2-3 | | | Data Source LINCOLNWAY | | Data Source NA | | Data Source NA | |

| Project Type [X] Primary Residence    Second Home or Recreational    Row or Townhouse    Garden [X] Midrise    Highrise |

Condition of the project (quality of construction, unit mix, appeal to market, etc.): SUBJECT COMPLEX IS IN GOOD CONDITION WITH NO IMMEDIATE REPAIRS NEEDED. THE APPEAL AND MARKETABILITY OF THE COMPLEX IS GOOD.

Are the heating and cooling for the individual units separately metered? [X] Yes    No    If no, describe and comment on compatibility to other projects in market area and market acceptance: *** See Additional Comments ***

Describe common elements and recreational facilities: COMMON AREAS

Are the common elements completed? [X] Yes    No    Is the Builder/Developer in control of the Home Owners' Association?    Yes [X] No
Are any common elements leased to or by the Home Owners' Association?    Yes    No    If yes, attach addendum describing rental terms and options.

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | |
| Level 1 | X | 1 | 1 | 1 | | | | 2 | 2 | | | 966 |
| Level 2 | | | | | | | | | | | | |

Finished area above grade contains: 5 Rooms; 2 Bedroom(s); 2.00 Bath(s); 966 Square Feet of Gross Living Area For Unit

| GENERAL DESCRIPTION | | HEATING | | KITCHEN EQUIP. | | AMENITIES | | CAR STORAGE: | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floor No. | 2ND FLOOR | Type | FA | Refrigerator | [X] | Fireplace(# NONE | | None | [X] | Roof | CONC [X] |
| No. of Levels | ONE LEVEL | Fuel | GAS | Range/Oven | [X] | Patio | NONE | Garage | | Ceiling | CONC [X] |
| INTERIOR | Materials/Condition | Condition | AVERAGE | Disposal | | Balcony | CONCRETE | No. of Cars | | Walls | CONC [X] |
| Flooring | CARPET | COOLING | | Dishwasher | | Deck | NONE | Open | | Floor | CONC [X] |
| Walls | DRYWALL | Central | YES | Fan/Hood | | Porch | NONE | No. of Cars | | None | |
| Bath Floor | CERAMIC | Other | NONE | Microwave | | Fence | NONE | Parking Spaces No. | | Unknown CONC [X] |
| Bath Wainscot | CERAMIC | Condition | AVERAGE | Washer/Dryer | | | | Assigned/Owned | | TYPICAL | |

Condition of the unit, depreciation, repairs needed, quality of construction, remodeling/modernization, additional features (special energy efficient items, etc.): AT TIME OF INSPECTION THE SUBJECT WAS IN GOOD CONDITION.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: *** See Additional Comments ***

Co_ _te Appraisal Analysis - Summary Appraisal Re_ _ +
IN _UAL CONDOMINIUM UNIT APPRAISAL REPORT    File No. 04060064

**PROJECT ANALYSIS**

| | |
|---|---|
| Unit Charge $ 213.00 per mo. x 12 = $ 2,556.00 | Annual Assessment charge per year/square feet of gross living area = $ 2.65 |

Is the project subject to ground rent?  ☐ Yes ☒ No  If yes, $ _____ per year.
Utilities included in unit charge:  ☐ None ☐ Heat ☐ Air Conditioning ☐ Electricity ☐ Gas ☒ Water ☒ Sewer
Note any fees, other than regular HOA charges, for use of facilities    N/A
Compared to other competitive projects of similar quality and design, the subject unit charge appears:  ☐ High ☒ Typical ☐ Low
To properly maintain the project and provide the services anticipated, the budget appears:  ☒ Adequate ☐ Inadequate ☐ Unknown
Management Group:  ☒ Home Owners' Association ☐ Developer ☐ Management Agent (identify) _____
Quality of Management and its enforcement of Rules and Regulations based on general appearance of project appears:  ☒ Adequate ☐ Inadequate
Special or unusual characteristics in the Condominium Documents or other information known to the appraiser that would affect marketability (if none, so state)
NONE KNOWN

**SALES COMPARISON ANALYSIS**

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address, Unit #, and Project Name | 5 E. CARRIAGEWAY 18600 S. VILLAGE DR.204 | | | 18600 S. VILLAGE DR.,305 | | 18600 S. VILLAGE DR.,309 | |
| | HAZEL CREST | HAZEL CREST | | HAZEL CREST | | HAZEL CREST | |
| Proximity to Subject | | 10 BLOCKS SOUTH | | 10 BLOCKS SOUTH | | 10 BLOCKS SOUTH | |
| Sales Price | $ REFINANCE | $ 118,000 | | $ 114,000 | | $ 118,000 | |
| Price/Gross Liv. Area | $ ☑ | $ 139.64☑ | | $ 100.44☑ | | $ 137.53☑ | |
| Data and/or | INSPECTION | MLS#0027385 | | MLS# 03140592 | | MLS#03241930 | |
| Verification Sources | RECORDER | RECORDER | | RECORDER | | RECORDER | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | CONVENTIONAL | | CONVENTIONAL | | CONVENTIONAL | |
| Concessions | | NO CONCESSIONS | | NO CONCESSIONS | | NO CONCESSIONS | |
| Date of Sale/Time | | 06/04 | | 01/04 | | 11/03 | |
| Location | SUBURBAN | SUBURBAN | | SUBURBAN | | SUBURBAN | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| HOA Mo. Assessment | 213.00 | 225.00 | | 239.00 | | 243.00 | |
| Common Elements and Rec. Facilities | COMMON AREA | COMMON AREA | | COMMON AREA | | COMMON AREA | |
| Project Size/Type | LOW-RISE | LOW-RISE | | LOW-RISE | | LOW-RISE | |
| Floor Location | TWO | TWO | | THREE | | THREE | |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design and Appeal | CONDO | CONDO | | CONDO | | CONDO | |
| Quality of Construction | BRICK | BRICK | | BRICK | | BRICK | |
| Age | 32 YRS. | 11 YRS. | | 11 YRS. | | 11 YRS. | |
| Condition | GOOD | GOOD | | GOOD | | GOOD | |
| Above Grade | Total 5 Bdrms 2 Baths 2.0 | Total 5 Bdrms 2 Baths 2.0 | | Total 6 Bdrms 2 Baths 2.0 | | Total 7 Bdrms 2 Baths 2.0 | |
| Room Count | | | | | | | |
| Gross Living Area | 966 Sq.Ft. | 845 Sq.Ft. | | 1,135 Sq.Ft. | -840 | 858 Sq.Ft. | |
| Basement & Finished Rooms Below Grade | NO BASEMENT | NO BASEMENT | | NO BASEMENT | | NO BASEMENT | |
| | NO BATH | NO BATH | | NO BATH | | NO BATH | |
| Functional Utility | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Heating/Cooling | FA/CA | FA/CA | | FA/CA | | FA/CA | |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Car Storage | NO GARAGE | 1 CAR GARAGE | -2,500 | 1 CAR GARAGE | -2,500 | 1 CAR GARAGE | -2,500 |
| Balcony, Patio, | BALCONY | NONE | +2,000 | NONE | +2,000 | NONE | +2,000 |
| Fireplace(s), etc. | NO FIREPLACE | NO FIREPLACE | | NO FIREPLACE | | NO FIREPLACE | |
| UPGRADES | GOOD | GOOD | | GOOD | | GOOD | |
| Net Adj. (total) | | ☐ + ☒ - $ | -500 | ☐ + ☒ - $ | -1,340 | ☐ + ☒ - $ | -500 |
| Adjusted Sales Price of Comparable | | Gross 3.8% Net -0.4% $ | 117,500 | Gross 4.7% Net -1.2% $ | 112,660 | Gross 3.8% Net -0.4% $ | 117,500 |

Comments on Sales Comparison (including the subject property's compatibility to other condominium units in the neighborhood, etc.)

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | NO PRIOR SALES OR LISTINGS IN PAST 36 MONTHS | PURCHASED FOR$96,000 ON 09/01/02 | PURCHASED FOR$96,000 ON 09/01/02 | NO LIST OR SALE IN PAST 36 MONTHS |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal
RESEARCH INDICATES NO CURRENT OR PRIOR LISTINGS OR SALES HISTORY FOR THE SUBJECT AND COMPARABLE SALES AT THIS TIME.

INDICATED VALUE BY SALES COMPARISON APPROACH ........................................................ 117,000
INDICATED VALUE BY INCOME APPROACH (if Applicable) Estimated Market Rent $ _____ N/A /Mo. x Gross Rent Multiplier _____ NA = $ NA
INDICATED VALUE BY COST APPROACH (Attach if Applicable) ...........................................................

This appraisal is made ☒ "as is"  ☐ subject to the repairs, alterations, inspections, or conditions listed below ☐ subject to completion per plans and specifications
Conditions of Appraisal:  ESTIMATED VALUE ASSUMES A MARKETING TIME NOT TO EXCEED 180 DAYS.

**RECONCILIATION**

Final Reconciliation:  ESTIMATED VALUE APPROACHED SOLELY ON MARKET APPROACH. COST APPR. INAPPLICABLE DUE TO SHARED OWNERSHIP OF SITE & COMMON AREAS. *** See Additional Comments ***
The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6-93  )
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF JUNE 28, 2004
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 117,000

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Gregory L. Darl___ | Signature _____  ☐ Did ☐ Did Not |
| Name GREG DARLING | Name _____  Inspect Property |
| Date Report Signed June 30, 2004 | Date Report Signed _____ |
| State Certification # 156.0003342   State IL | State Certification # _____  State _____ |
| Or State License # | Or State License # |

Freddie Mac Form 465 10-94        10 CH.        PAGE 2 OF 2        Fannie Mae Form 1073 10-94

Price-Rite Appraisal, Inc.

A-0175

File No. 04060064

| Borrower or Owner | BUCKNER | | | | |
| Property Address | 5 E. CARRIAGEWAY DRIVE, #210 | | | | |
| City | HAZEL CREST | County | COOK | State | IL | Zip Code | 60429 |
| Lender or Client | AMERIQUEST | | | | |

ADDENDUM;

ALL THE COMPARABLE USED IN THIS REPORT WERE CHOSEN BECAUSE THEY OFFERED THE BEST AND MOST MEANINGFUL DATA TO MAKE GOOD WITH THE SUBJECT PROPERTY. NO MORE MEANINGFUL SALES COULD BE FOUND.

COMPARABLE 2 HAS MORE GROSS LIVING AREA THAN SUBJECT PROPERTY.

ALL COMPARABLES WERE GIVEN EQUAL CONSIDERATION IN THE FINAL ESTIMATE OF VALUE.

FOR LACK OF DATA THE SIX MONTH DATE OF SALE AND OR THE ONE MILE RADIUS GUIDELINES WAS EXCEEDED.

NO ADJUSTMENT WAS MADE FOR THE NUMBER OF ROOMS OR BEDROOMS BECAUSE OF VARYING SIZE OR USE.

NO ADJUSTMENT WAS MADE FOR DESIGN DUE TO SIMILAR FUNCTIONAL UTILITY.

CONDITIONS OF APPRAISAL:

THE SUBJECT PROPERTY IS APPRAISED IN FEE SIMPLE TITLE AND ASSUMES NO LIENS OR ENCUMBRANCES OTHER THAN NORMAL EASEMENTS AND USE RESTRICTIONS. THIS APPRAISAL REPORT IS A SUMMARY APPRAISAL REPORT PREPARED IN COMPLIANCE WITH USPAP. ADDITIONALLY, I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF, THAT THE REPORTED ANALYSES, OPINIONS AND CONCLUSIONS WERE DEVELOPED, AND PREPARED IN CONFORMITY WITH THE REQUIREMENTS OF THE CODE OF PROFESSIONAL ETHICS AND THE STANDARDS OF PROFESSIONAL PRACTICE OF USPAP. THIS ADDENDUM SHOULD BE CONSIDERED AN INTEGRAL PART OF THIS REPORT AND IS ESSENTIAL TO ANY DECISION MAKING RELATED TO THE SUBJECT PROPERTY. THE APPRAISAL REPORT HAS BEEN PREPARED FOR AND ITS SUBSEQUENT CLIENTS AND FOR THE PURPOSE OF MORTGAGE FINANCING UNLESS OTHERWISE STATED IN THE REPORT.

ADDITIONAL COMMENTS:

APPRAISALS THAT CONTAIN THE APPRAISER'S OR SUPERVISORY APPRAISER'S DIGITAL SIGNATURE ARE UTILIZED FOR TRANSMISSION OF THE REPORT VIA E-MAIL. THESE SIGNATURES ARE PASSWORD PROTECTED AND THE APPRAISAL CAN NOT BE ALTERED BY ANYONE OTHER THAN AUTHORIZED PERSONNEL.

THE DIGITAL PHOTOS USED IN THIS REPORT HAVE NOT BEEN ENHANCED OR ALTERED IN ANY WAY AND SOME DIGITAL PHOTOS USED FOR COMPARABLES WERE IN THE LIBRARIES AND OR THE MULTIPLE LISTING SERVICE.

A-0176

Price-Rite Appraisal, Inc.

04060064

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concessions but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. The separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

A-0177

04060064

## APPRAISER'S CERTIFICATION:   The Appraiser certifies and agrees that:

1.   I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2.   I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3.   I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4.   I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5.   I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6.   I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7.   I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8.   I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9.   I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

## SUPERVISORY APPRAISER'S CERTIFICATION:   If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

## ADDRESS OF PROPERTY APPRAISED:   5 E. CARRIAGEWAY DRIVE, #210, HAZEL CREST, IL  60429

**APPRAISER:**

Signature: *Gregory L. Darling*
Name: GREG DARLING
Date Signed:  June 30, 2004
State Certification #:  156.0003342
or State License #:
State:  IL
Expiration Date of Certification or License:   09/30/2005

**SUPERVISORY APPRAISER**   (only if required):

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____
☐ Did    ☐ Did Not Inspect Property

Price-Rite Appraisal, Inc.

A-0178



## LOCATION MAP

File No. 04060064

| | |
|---|---|
| Borrower or Owner | BUCKNER |
| Property Address | 5 E. CARRIAGEWAY DRIVE, #210 |
| City HAZEL CREST | County COOK | State IL | Zip Code 60429 |
| Lender or Client | AMERIQUEST |

Price-Rite Appraisal, Inc.

A-0179

File No. 04060064

## SKETCH ADDENDUM

| | |
|---|---|
| Borrower or Owner | BUCKNER |
| Property Address | 5 B. CARRIAGEWAY DRIVE, #210 |
| City HAZEL CREST | County COOK | State IL | Zip Code 60429 |
| Lender or Client | AMERIQUEST |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 966.00 | 966.00 |
| | | | |
| TOTAL LIVABLE (rounded) | | | 966 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 23.0 x 42.0 | 966.00 |
| | |
| 1 Calculation Total (rounded) | 966 |

A-0180

## PHOTOGRAPH ADDENDUM

File No. 04060064

Borrower or Owner  BUCKNER
Property Address  5 E. CARRIAGEWAY DRIVE, #210
City  HAZEL CREST  County  COOK  State  IL  Zip Code  60429
Lender or Client  AMERIQUEST



FRONT VIEW OF
SUBJECT PROPERTY



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE OF
SUBJECT PROPERTY

A-0181

Price-Rite Appraisal, Inc.

File No. 04060064

## PHOTOGRAPH ADDENDUM

| Borrower or Owner | BUCKNER | | | | |
|---|---|---|---|---|---|
| Property Address | 5 E. CARRIAGEWAY DRIVE, #210 | | | | |
| City HAZEL CREST | County COOK | | State IL | | Zip Code 60429 |
| Lender or Client AMERIQUEST | | | | | |



**COMPARABLE #1**

18600 S. VILLAGE DR. 204
HAZEL CREST

| | |
|---|---|
| Price | $118,000 |
| Price/SF | $139.64 |
| Date | 06/04 |
| Age | 11 YRS. |
| Room Count | 5-2-2.0 |
| Living Area | 845 |
| | |
| Value Indication | $117,500 |



**COMPARABLE #2**

18600 S. VILLAGE DR., 305
HAZEL CREST

| | |
|---|---|
| Price | $114,000 |
| Price/SF | $100.44 |
| Date | 01/04 |
| Age | 11 YRS. |
| Room Count | 6-2-2.0 |
| Living Area | 1,135 |
| | |
| Value Indication | $112,660 |



**COMPARABLE #3**

18600 S. VILLAGE DR., 309
HAZEL CREST

| | |
|---|---|
| Price | $118,000 |
| Price/SF | $137.53 |
| Date | 11/03 |
| Age | 11 YRS. |
| Room Count | 7-2-2.0 |
| Living Area | 858 |
| | |
| Value Indication | $117,500 |

A-0182

# EXHIBIT G

## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☒ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☒ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other (explain): <br> ☐ FHA  ☐ USDA/Rural Housing Service | | Agency Case Number | Lender Case Number <br> 0083227264 |
|---|---|---|---|---|
| Amount <br> $ 101,300.00 | Interest Rate <br> 7.990 % | No. of Months <br> 360 | Amortization Type: | ☐ Fixed Rate  ☐ Other (explain): <br> ☐ GPM  ☒ ARM (type): |

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) <br> 5 E. Carriageway Drive Apt./Unit210. HAZEL CREST, IL  60429 | No. of Units <br> 1 |
|---|---|
| Legal Description of Subject Property (attach description if necessary) | Year Built <br> 1968 |

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain): <br> ☒ Refinance  ☐ Construction-Permanent | Property will be: <br> ☐ Primary Residence  ☒ Secondary Residence  ☐ Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost <br> $ | Amount Existing Liens <br> $ | (a) Present Value of Lot <br> $ | (b) Cost of Improvements <br> $ | Total (a + b) <br> $ |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.

| Year Acquired <br> 1998 | Original Cost <br> $59,000.00 | Amount Existing Liens <br> $ 77,208.00 | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made <br> Cost: $ 0.00 |
|---|---|---|---|---|

| Title will be held in what Name(s)  Jacqueline Buckner | Manner in which Title will be held | Estate will be held in <br> ☒ Fee Simple <br> ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

### III. BORROWER INFORMATION

| | Borrower | Co-Borrower | |
|---|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) <br> Jacqueline  Buckner | | Co-Borrower's Name (include Jr. or Sr. if applicable) | |

| Social Security Number <br> 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 | Home Phone (incl. area code) <br> (708)957-4315 | DOB(MM/DD/YYYY) <br> 03/18/1942 | Yrs. School <br> 16 | Social Security Number | Home Phone (incl. area code) | DOB(MM/DD/YYYY) | Yrs. Scho |
|---|---|---|---|---|---|---|---|

| ☒ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) <br> no. 0  ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) <br> no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☒ Own  ☐ Rent  No. Yrs. 6 <br> 5 E. Carriageway Drive, Apt. 210 <br><br> HAZEL CREST,IL 60429 | Present Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. <br> 5 E. CARRIAGEWAY DRIVE , APT 210 <br><br> HAZEL CREST,IL 60429 | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs |
|---|---|

### IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Name & Address of Employer  ☐ Self Employed <br> University of Illinois at Chicago <br><br> Chicago,IL 60612 | | Yrs. on this job <br> 17 <br> Yrs. employed in this line of work/profession | Name & Address of Employer  ☐ Self Employed | Yrs. on this job <br><br> Yrs. employed in this line of work/profession |
| Position/Title/Type of Business <br> Administrator | | Business Phone (incl. area code) <br> (312)996-2716 | Position/Title/Type of Business | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer  ☐ Self Employed | Dates (from - to) | Name & Address of Employer  ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income <br> $ | | Monthly Income <br> $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer  ☐ Self Employed | Dates (from - to) | Name & Address of Employer  ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income <br> $ | | Monthly Income <br> $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

0083227264

A-0112

Freddie Mac Form 65 01/04 <br>
Fannie Mae Form 1003 01/04 <br>
Page 1 of 4 <br>
VMP®-21N (0305)  VMP Mortgage Solutions (800)521-7291

Initials:

| Borrower's cell | Borrower's pager |
|---|---|
| Co-Borrower's cell | Co-Borrower's pager |

00000083227264060599 0691

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 2,469.37 | $ | $ 2,469.37 | Rent | $ -.00 | |
| Overtime | 0.00 | | 0.00 | First Mortgage (P&I) | 700.00 | $ 742.8 |
| Bonuses | 0.00 | | 0.00 | Other Financing (P&I) | 0.00 | 0.0 |
| Commissions | 0.00 | | 0.00 | Hazard Insurance | 0.00 | 0.0 |
| Dividends/Interest | 0.00 | | 0.00 | Real Estate Taxes | 54.17 | 54.5 |
| Net Rental Income | 0.00 | | 0.00 | Mortgage Insurance | 0.00 | 0.0 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 213.00 | 213.0 |
| | | | | Other: | 0.00 | 0. |
| Total | $ 2,469.37 | $ | $ 2,469.37 | Total | $ 967.17 | $ 1,010. |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income | Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|---|
| B | | | $ 0 |
| B | | | 0 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☐ Jointly ☒ Not Joi

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Description | | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
| Cash deposit toward purchase held by: | $ 0.00 | Name and address of Company | $ Payment/Months | $ |
| | | *** SEE ADDENDUM *** | | |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| Vested 401k Retirement · Aggregated | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ 62,312.00 | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| Checking/Savings · Aggregated | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ 234.00 | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ | | | |
| Stocks & Bonds (Company name/number & description) /0 | $ 0.00 | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ 0.00 | | | |
| Face amount: $ 0.00 | | | | |
| Subtotal Liquid Assets | $ 62,546.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 115,000.00 | Acct. no. | | |
| Vested interest in retirement fund | $ 0.00 | Name and address of Company | $ Payment/Months | $ |
| Net worth of business(es) owned (attach financial statement) | $ 0.00 | | | |
| Automobiles owned (make and year) | $ | | | A-0113 |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 10.00 | |
| Total Assets a. | $ 177,546.00 | Net Worth (a minus b) ▶ $ 177,429.00 | Total Liabilities b. | $ 11 |

0083227264

Initials: _____

Page 2 of 4

Freddie Mac Form
Fannie Mae Form 1C

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 5 E. Carriageway Drive Apt./Unit210 | H COND | $ 115000 | $ 77208 | $ 0 | $ 700 | $ 267 | $ |
| | | | | | | | |
| | | | | | | | |
| **Totals** | | $ 115000 | $ 77208 | $ 0 | $ 700 | $ 267 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ 0.00 |
| b. Alterations, improvements, repairs | 0.00 |
| c. Land (if acquired separately) | 0.00 |
| d. Refinance (incl. debts to be paid off) | 94,253.63 |
| e. Estimated prepaid items | 250.40 |
| f. Estimated closing costs | 2,396.50 |
| g. PMI, MIP, Funding Fee | 0.00 |
| h. Discount (if Borrower will pay) | 1,653.24 |
| i. Total costs (add items a through h) | 98,553.77 |
| j. Subordinate financing | 0.00 |
| k. Borrower's closing costs paid by Seller | 0.00 |
| l. Other Credits (explain) | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 101,300.00 |
| n. PMI, MIP, Funding Fee financed | 0.00 |
| o. Loan amount (add m & n) | 101,300.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -2,746.23 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | | Borrower Yes / No | Co-Borrower Yes / No |
|---|---|---|---|
| a. | Are there any outstanding judgments against you? | Y | |
| b. | Have you been declared bankrupt within the past 7 years? | Y | |
| c. | Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | Y | |
| d. | Are you a party to a lawsuit? | Y | |
| e. | Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | Y | |
| f. | Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | Y | |
| g. | Are you obligated to pay alimony, child support, or separate maintenance? | Y | |
| h. | Is any part of the down payment borrowed? | Y | |
| i. | Are you a co-maker or endorser on a note? | Y | |
| j. | Are you a U.S. citizen? | Y | Y |
| k. | Are you a permanent resident alien? | Y | Y |
| l. | Do you intend to occupy the property as your primary residence? If "Yes," complete question below. | Y | |
| m. | Have you had an ownership interest in a property in the last three years? | Y | |
| | (1) What type of property did you own - - principal residence (PR), second home (SH), or investment property (IP)? | PR | |
| | (2) How did you hold title to the home - - solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *Jacqueline Buckner* | 10/3/04 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. If you must check the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information. | CO-BORROWER | ☐ I do not wish to furnish this information. |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino  ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☒ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☒ White | Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| Sex: | ☒ Female  ☐ Male | Sex: | ☐ Female  ☐ Male |

| To be Completed by Interviewer This application was taken by: | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview | Eric Clay | Ameriquest Mortgage Company. |
| ☐ Mail | Interviewer's Signature / Date | 5215 Old Orchard Rd., # 410 |
| ☒ Telephone | *Eric Clay* / 6/4/04 | Skokie, IL 60077 |
| ☐ Internet | Interviewer's Phone Number (incl. area code) (714) 541-9960 | |

0083227264

VMP®-21N (0305)

Page 3 of 4

Freddie Mac Form 65
Fannie Mae Form 1003

A-0114

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: Buckner, Jacqueline | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: 0083227264 |

A-0115

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X *Jacqueline Buckner* | 01/27/04 | X | |

0083227264

(MW)-21N (2305)



Page 4 of 4

Freddie Mac Form 6
Fannie Mae Form 100

# EXHIBIT H

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
### 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email: edcombs@aol.com
### www.edcombs.com

November 10, 2005

**BY CERTIFIED MAIL**

Ameriquest Mortgage Corporation
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606.

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

        Re:    Notice of rescission, claim and lien, Jacqueline Buckner, 5 E.
               Carriageway Dr., #210, Hazel Crest, IL 60429 .
               Loan of June 23, 2004

Ladies/ Gentlemen:

        Jacqueline Bruckner hereby gives notice that she rescinds her June 23, 2004 mortgage originated by Ameriquest Mortgage Company for noncompliance with the Truth in Lending Act. Among other things, she received a right to cancel notice that failed to disclose the date on which the three day rescission period expired.

        Please be further advised that we have been retained by Ms. Bruckner to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

        If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: Jacqueline Bruckner

I, Daniel A. Edelman, under penalty of perjury, as provided by 28 U.S.C. § 1746, certify that I had a copy of the foregoing document sent to the listed addresses on November 10, 2005.

Daniel A. Edelman