# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>*HOWARD, et al. v. AMERIQUEST MORTGAGE CO., et al.*, Case No. 1:07-cv-0095 | |

## NOTICE OF PRESENTMENT OF JOINT MOTION FOR REASSIGNMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on February 8, 2007, at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present the parties' Joint Motion for Reassignment, a copy of which is concurrently being served upon you.

BN 1103602v1

                                                          Respectfully submitted,

DATED: January 23, 2007                      By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

                                                          Respectfully submitted,

DATED: January 23, 2007                      By: /s/ Keith J. Keogh

*Attorneys for Plaintiffs*

Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe St., Ste 2000
Chicago, IL 60606

BN 1103602v1

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 23rd day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 1103602v1