# EXHIBIT 5

FILED
NOV 3 0 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARY HALL, )
)
    Plaintiff, )
)
vs. )
)
AMERIQUEST MORTGAGE COMPANY, )
AMC MORTGAGE SERVICES, INC., )
DEUTSCHE BANK NATIONAL TRUST )
COMPANY, and CITIMORTGAGE, INC., )
)
    Defendants. )

No.
06CV6607
JUDGE GETTLEMAN
MAG. JUDGE KEYS

JURY TRIAL DEMAND

## COMPLAINT

### INTRODUCTION

1. Plaintiff Mary Hall charges defendants with violation of the Truth in Lending Act through failure to honor a valid rescission request in violation of 15 U.S.C. § 1635. Plaintiff also charges defendants with violation of Texas law.

### JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to Title 28 of the United States Code, Sections 1331 and 1337 because plaintiff's claim under the Truth in Lending Act arises under federal law. This Court has supplemental jurisdiction over plaintiff's claim under state law pursuant to the Judicial Improvements Act of 1990, Pub.L.No. 101-650, 104 Stat. 5089, 28 U.S.C. § 1367.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(c) because the defendants do business in this district. Also, the Judicial Panel on Multi-District Litigation has issued an order centralizing predatory lending litigation against Ameriquest in this district before Judge Aspen.

## PARTIES

4. Defendant Ameriquest Mortgage Company is a leading sub-prime mortgage lender. The company's main offices are in Orange, California, but it does business in this district. Defendant AMC Mortgage Services, Inc. was the servicer of plaintiff's mortgage and does business in this district. Defendant Deutsche Bank National Trust Company was the owner of plaintiff's mortgage and also does business in this district. Defendant CitiMortgage, Inc. is the servicer of plaintiff's mortgage and does business in this district.

5. Plaintiff Mary Hall is a resident of Texas.

## BACKGROUND

6. Mary Hall lives at 8004 Cutler Ridge Road, Austin, Texas. In or about October 2005, she began talking to Ameriquest about refinancing the mortgage on her home. Ms. Hall spoke repeatedly by telephone to an Ameriquest representative named Paul. He asked her whether she was interested in a mortgage for investment purposes. She said no, that she was refinancing the mortgage on her home.

7. The closing took place in February 2006. Ms. Hall glanced at the closing booklet prepared by Ameriquest but did not read it before signing and initialing various documents. Ms. Hall did not notice that some of the documents prepared by Ameriquest said the loan secured by her home at 8004 Cutler Ridge Place Austin, Texas was not a loan on her primary residence but rather was for investment purposes.

8. In fact, the loan was a mortgage on Ms. Hall's primary residence. This is evident from a number of the documents in the Ameriquest closing booklet, attached hereto. Exhibit A is the Settlement Statement, which lists Mary Hall's address as "8004 Cutler Ridge Pl. Austin, TX, 78749-2850." Exhibit B is a page from a tax form, which list Mary Hall's address as "8004 Cutler Ridge Place Austin, TX 78749". Exhibit C is a Payment Draft Authorization Form, which lists Mary Hall's "Home Address" as "8004 Cutler Ridge Place Austin TX 78749". Exhibit D is a Request for Verification of Employment, which lists Mary J. Hall's address as "8004 Cutler Ridge Place Austin, TX 78749". Exhibit E is the Uniform Residential Loan Application, which

2

lists Mary Hall's "Present Address" as "8004 Cutler Ridge Place Austin, TX 78749".

9. Ameriquest did not provide Ms. Hall with a Notice of Right to Cancel form in connection with her mortgage refinancing transaction. Ameriquest also failed to provide Ms. Hall with the disclosures required by Article 16, Section 50(a)(6) of the Texas Constitution. Ameriquest also violated Ms. Hall's rights under Article 16, Section 50(a)(6)(M) of the Texas Constitution.

10. Ameriquest also deceived plaintiff in connection with her home mortgage refinancing transaction. Ms. Hall had been paying a mortgage interest rate of 6.25% prior to the refinancing. Ameriquest convinced Ms. Hall that she would get a lower rate from Ameriquest. In fact, plaintiff's mortgage provides for an interest rate of 7.5%.

### COUNT ONE -- TRUTH IN LENDING ACT

11. Plaintiff incorporates paragraphs one through ten above.

12. Ameriquest's failure to provide plaintiff with a Notice of Right to Cancel form violated the Truth in Lending Act.

13. Under the Truth in Lending Act, if the rescission disclosures or material TILA disclosures are deficient, then the rescission period is extended for up to three years. See 12 C.F.R. § 226.23(a)(3) ("If the required notice or material disclosures are not delivered, the right to rescind shall expire 3 years after consummation, upon transfer of all of the consumer's interest in the property, or upon sale of the property, whichever occurs first").

14. Ameriquest's rescission and material TILA disclosures were defective. Accordingly, plaintiff sent a rescission notice to Ameriquest, AMC Mortgage Services and to Deutsche Bank National Trust Company on June 20, 2006. Plaintiff sent a rescission notice to defendant CitiMortgage on September 19, 2006.

15. Within twenty days of receiving the rescission notice, defendants should have released their security interest in plaintiff's home and paid back to plaintiff any money or property that plaintiff has paid to them in connection with the loan. See 12 C.F.R. § 226.23(d)(2). Defendants have not done either.

3

16. Defendants' failure to honor the rescission request is a violation of the Truth in Lending Act. Plaintiff is entitled to rescission plus statutory damages and other relief.

## COUNT TWO -- VIOLATION OF TEXAS LAW

17. Plaintiff incorporates paragraphs one through sixteen above.

18. In connection with trade or commerce, Ameriquest made false and misleading statements to plaintiff intending to induce reliance. More specifically, Ameriquest engaged in a bait and switch by baiting plaintiff into the mortgage transaction by offering a relatively favorable set of terms and then switching to more expensive terms.

19. Ameriquest's false and misleading statements to plaintiff violated plaintiff's rights under Texas statutory and common law.

20. Ameriquest's false and misleading statements deceived plaintiff and proximately caused her injury.

21. It was also a violation of the Texas Constitution for Ameriquest not to make the disclosures required by the Texas Constitution. Furthermore, defendants should have taken corrective action, as prescribed by the Texas Constitution, when the violation was called to their attention.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff requests that the Court grant judgment against defendants as follows:

a. canceling defendants' security interest in plaintiff's home and ordering defendants to provide plaintiff with the money to which plaintiff is entitled to under 12 C.F.R. § 226.23(d)(2);

b. awarding plaintiff actual damages proximately caused by defendants' failure to comply with 12 C.F.R. § 226.23(d)(2);

c. awarding appropriate statutory damages;

d. ordering defendants to pay costs, penalties, and attorneys fees;

e. awarding plaintiff actual and punitive damages;

4

f. ordering forfeiture of principal as prescribed by the Texas Constitution

g. granting such other relief as the Court deems just and proper.

Respectfully submitted by:

_____
Counsel for the Plaintiff

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 960-1802

5

# EXHIBIT A

printed on Feb 21, 2006 @ 14:59) Case: 1:05-cv-07097 Document #: 467-6 Filed: 01/23/07 Page 8 of 17 PageID #:9731
U.S. Department of Housing and Urban Development   OMB No. 2502-0491
SETTLEMENT STATEMENT (Transactions Without Sellers)

| Number: 36-01910687 | Loan Number: 0144510583 | Mortgage Ins. Case #: | |
|---|---|---|---|
| NAME AND ADDRESS OF BORROWER: MARY J HALL, 8004 CUTLER RIDGE PL AUSTIN TX, 78749-2850 | | | |
| NAME AND ADDRESS OF LENDER: AMERIQUEST MORTGAGE - SAN ANTONIO 1 85 NE LOOP 410 STE 130 SAN ANTONIO, TX, 78216-5852 | | | |
| PROPERTY LOCATION: 8004 CUTLER RIDGE PL AUSTIN TX, 78749-2850 | | | |
| SETTLEMENT AGENT: LENDERS FIRST CHOICE AGENCY, INC. | | | |
| PLACE OF SETTLEMENT: 3803 PARKWOOD BLVD. SUITE 100 FRISCO TX, 75034 | | | |
| SETTLEMENT DATE: 02/22/2006 | | DISBURSEMENT DATE: 03/01/2006 | |

| L. SETTLEMENT CHARGES | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|
| 800. Items Payable In Connection With Loan | | 1501. PAYOFF LN#770579339 thru 04/01/06 CITIMORTGAGE | $185,424.41 |
| Loan Origination Fee | | | |
| Loan Discount TO: AMERIQUEST MORTGAGE COMPANY | $7,773.75 | 1502. CREDITOR ACCOUNT AMEX | $4,290.00 |
| Appraisal Fee TO: AMERIQUEST MORTGAGE COMPANY | $425.00 | | |
| Credit Report | | 1503. CREDITOR ACCOUNT DISCOVER FIN SVS LLC | $8,796.00 |
| Lender's Inspection Fee | | | |
| Mortgage Insurance Application Fee | | 1504. CREDITOR ACCOUNT MBNA AMERICA | $11,881.00 |
| APPLICATION FEE TO: AMERIQUEST MORTGAGE COMP | $360.00 | | |
| TAX RELATED SERVICE TO: AMERIQUEST MORTGAGE C | $70.00 | 1505. | |
| FLOOD SEARCH FEE TO: AMERIQUEST MORTGAGE CO | $9.00 | | |
| LENDERS PROCESSING FEE TO: AMERIQUEST MORTG | $626.00 | 1506. | |
| ADMIN FEE TO: AMERIQUEST MORTGAGE COMPANY | $239.00 | | |
| 900. Items Required By Lender To Be Paid In Advance | | 1507. | |
| Interest from 03/01/2006 TO 04/01/2006 @$46.23/DAY | $1,433.13 | | |
| Mortgage Insurance Premium for | | 1508. | |
| Hazard Insurance Premium for | | | |
| | | 1509. | |
| 1000. Reserves Deposited With Lender | | 1510. | |
| Hazard Insurance | | | |
| Mortgage Insurance | | 1511. | |
| City property taxes | | | |
| County property taxes | | 1512. | |
| Annual assessments | | | |
| | | 1513. | |
| 7. | | | |
| Aggregate Adjustment | $0.00 | 1514. | |
| 1100. Title Charges | | | |
| Settlement or closing fee / Escrow fee LENDERS FIRST CH | $505.00 | 1515. | |
| Abstract or title search | | | |
| Title examination | | 1516. | |
| Title insurance binder | | | |
| Document preparation LENDERS FIRST CHOICE AGENCY | | 1517. | |
| Signing Fee LENDERS FIRST CHOICE AGENCY, INC. | | | |
| Attorney's Fees | | 1518. | |
| (fees above item numbers: ) | | | |
| Title Insurance LENDERS FIRST CHOICE AGENCY, INC. | $1,560.00 | 1519. | |
| (includes above item numbers: 100% UNITED TITLE AUSTIN ) | | | |
| Lender's coverage | | 1520. TOTAL DISBURSED (enter on line 1603) | $210,391.41 |
| Owner's coverage | | | |
| Wire Fee LENDERS FIRST CHOICE AGENCY, INC. | | | |
| Delivery Fee LENDERS FIRST CHOICE AGENCY, INC. | | | |
| Endorsements T17, T-19 T-30, T-33 & T-36 LENDERS FIRS | $168.00 | N. Net Settlement | |
| 1200. Government Recording and Transfer Charges | | | |
| Recording fees: | $132.00 | 1600. Loan Amount | $225,000.00 |
| City/county tax/stamps: | | | |
| State tax/stamps: | | 1601. Plus Check/Cash from Borrower | $0.00 |

Case: 1:05-cv-07097 Document #: 407-6 Filed: 01/23/07 Page 9 of 17 PageID #:9732
Case 7:06-cv-06007 Document 1 Filed 11/30/2006 Page 69 of 76

# EXHIBIT B

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

MARY HALL
8004 Cutler Ridge Place Austin, TX 78749

4  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

**CAUTION:** *Lines 6 and 7 must be completed if the third party requires you to complete Form 4506. Do not sign Form 4506 if the third party requests that you sign Form 4506 and lines 6 and 7 are blank.*

6  Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ **1040 All Schedules/W2 Forms**

Note: *If the copies must be certified for court or administrative proceedings, check here* ............ ☐

7  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506.

| 2005 | 2004 | 2003 | |

8  Fee. There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

a  Cost for each return ............................................................................................  $ 39.00
b  Number of returns requested on line 7 ..................................................................
c  Total cost. Multiply line 8a by line 8b ....................................................................  $

9  If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here ...... ☐

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a

Sign Here
▶ *Mary Q Hall*    Date 12/22/2006
Signature (see instructions)

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature    Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 41721E   Form **4506** (Rev. 1-2004)

0144510583

-9046 (0402).01    Page 1 of 2    VMP Mortgage Solutions (800)521-7291

00000144510583040213040l

Form 4506 (Rev. 1-2004)     Page 2

## Changes To Note

*Section references are to the Internal Revenue Code.*

● Form 4506, Request for Copy of Tax Return, is now used to request copies of tax returns. Use new Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

● The fee for a photocopy of a tax return has increased to $39.

## Instructions

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate a third party to receive the tax return. See line 5.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

**Note:** *If you are requesting more than one return and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.*

### Chart for individual returns (Form 1040 series)

| If you lived in and filed an individual return: | Mail to the Internal Revenue Service at: |
|---|---|
| Maine, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team 310 Lowell St. Stop 679 Andover, MA 01810 |
| Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina, West Virginia, Rhode Island | RAIVS Team 4800 Buford Hwy. Stop 91 Chamblee, GA 30341 |
| Arkansas, Colorado, Kentucky, Louisiana, New Mexico, Oklahoma, Tennessee, Texas | RAIVS Team 3651 South Interregional Hwy. Stop 6716 Austin, TX 78741 |
| Alaska, Arizona, California, Hawaii, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming | RAIVS Team Stop 38101 Fresno, CA 93888 |
| Delaware, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota, Wisconsin | RAIVS Team Stop 641-6700 Kansas City, MO 64999 |
| Ohio, Virginia | RAIVS Team 5333 Getwell Rd. Stop 2826 Memphis, TN 38118 |
| Connecticut, District of Columbia, Maryland, New Jersey, Pennsylvania, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team DP SE 135 Philadelphia, PA 19255-0695 |

### Chart for all other returns

| If you lived in: | Mail to the Internal Revenue Service at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming | RAIVS Team Mail Stop 6734 Ogden, UT 84201 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800F Cincinnati, OH 46250 |

**Line 1b.** Enter your employer identification number if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 60 days of the date signed by the taxpayer or it will be rejected.

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to Federal and state agencies to enforce Federal nontax criminal laws and to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 16 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to the Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. Do not send the form to this address. Instead, see Where to file on this page.

  

0144510583

Page 2 of 2

# EXHIBIT C

**Ameriquest Mortgage Company**

**Payment Draft Authorization Form**

Please read the accompanying Payment Draft Disclosure Information before completing this form.

Mail this completed form and a voided check to: Ameriquest Mortgage Company
Attn: Cashiering Department
P.O. Box 51382,
Los Angeles, CA 90051-5682

| 1 | Ameriquest Mortgage Company Loan Number: | 0144510583 |
| 2 | Name of Financial Institution: | Wells Fargo ABA 111900659 |
| 3 | Checking Account Number: | 9320809552 |
| 4 | Checking Account Name(s): | Mary J Hall |
| 5 | Home Address: | 8004 Cutler Ridge Place, Austin TX 78749 |
| 6 | Daytime Telephone: | (512) 288 3669 |
| 7 | E-mail Address (optional): | MJH042345@YAHOO.COM |

[8] I select the following Payment Draft option:

☐ **Monthly.** The full amount of my regular monthly payment will be transferred from the above checking account on the same date (or first business day thereafter) every month

☒ **Biweekly.** 50% of my regular monthly payment will be transferred from the above checking account every 14 days (or the first business day thereafter). I understand that this will result in 26 drafts annually, for a total of 13 complete payments. In each month that a third draft occurs, the amount of the third draft will be credited as a payment of additional principal.

[9] Circle a date of the month on which to begin drafting. For MONTHLY payments, drafting will begin on the date chosen following your payment due date. For BIWEEKLY drafts, your first 50% draft will occur on the chosen date prior to your payment due date.

1   2   3   4   5   6   7   8   9   (10)   11   12

If a draft date is not selected, or a date specified is other than the 1st through the 12th, we will be unable to process your request.

| 10 | Optional amount added to every draft to pay principal: | |
| 11 | Signature(s) of account holder(s): | Mary J Hall |
| 12 | Today's Date: | 2 1 22 1 2004 | Continue to make your payment until you receive notification from us indicating the date that your Payment Draft Service will begin. |

**Please attach a voided check to this Payment Draft Authorization Form.**

0000014451058304044110303

# EXHIBIT D

## FannieMae — Request for Verification of Employment

**Privacy Act Notice:** This information is to be used by the agency collecting it or its assignees in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et. seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD); and Title 42 USC, 1471 et. seq., or 7 USC, 1921 et. seq. (if USDA/FmHA).

**Instructions:** Lender - Complete items 1 through 7. Have applicant complete item 8. Forward directly to employer named in item 1.
Employer - Please complete either Part II or Part III as applicable. Complete Part IV and return directly to lender named in item 2.
The form is to be transmitted directly to the lender and is not to be transmitted through the applicant or any other party.

### Part I - Request

**1. To (Name and address of employer)**
retired

**2. From (Name and address of lender)** (210)524-2300
Ameriquest Mortgage Company
85 N.E. Loop 410, # 130
San Antonio, TX 78216

I certify that this verification has been sent directly to the employer and has not passed through the hands of the applicant or any other interested party.

**3. Signature of Lender**

**4. Title**

**5. Date** 02/22/2006

**6. Lender's No. (Optional)** 0144510583 - 7355

I have applied for a mortgage loan and stated that I am now or was formerly employed by you. My signature below authorizes verification of this information.

**7. Name and Address of Applicant (include employee or badge number)**
MARY J HALL
xxx-xx-1677
8004 Cutler Ridge Place
Austin, TX 78749

**8. Signature of Applicant**
X Mary J Hall

### Part II - Verification of Present Employment

**9. Applicant's Date of Employment**

**10. Present Position**

**11. Probability of Continued Employment**

**12A. Current Gross Base Pay (Enter Amount and Check Period)**
☐ Annual ☐ Monthly ☐ Weekly ☐ Hourly ☐ Other (Specify)
$

**13. For Military Personnel Only**
Pay Grade
Type / Monthly Amount
Base Pay
Rations
Flight or Hazard
Clothing
Quarters
Pro Pay
Overseas or Combat
Variable Housing Allowance

**14. If Overtime or Bonus is Applicable, Is Its Continuance Likely?**
Overtime ☐ Yes ☐ No    Bonus ☐ Yes ☐ No

**12B. Gross Earnings**

| Type | Year To Date | Past Year | Past Year |
|---|---|---|---|
| Base Pay | Thru _____ $ | $ | $ |
| Overtime | $ | $ | $ |
| Commissions | $ | $ | $ |
| Bonus | $ | $ | $ |
| Total | $ | $ | $ |

**15. If paid hourly - average hours per week**

**16. Date of applicant's next pay increase**

**17. Projected amount of next pay increase**

**18. Date of applicant's last pay increase**

**19. Amount of last pay increase**

**20. Remarks** (If employee was off work for any length of time, please indicate time period and reason)

### Part III - Verification of Previous Employment

**21. Date Hired**

**22. Date Terminated**

**23. Salary/Wage at Termination Per (Year) (Month) (Week)**
Base _____ Overtime _____ Commissions _____ Bonus _____

**24. Reason for Leaving**

**25. Position Held**

### Part IV - Authorized Signature
Federal statutes provide severe penalties for any fraud, intentional misrepresentation, or criminal connivance or conspiracy purposed to influence the issuance of any guaranty or insurance by the VA Secretary, the USDA, FmHA/FHA Commissioner, or the HUD/CPD Assistant Secretary.

**26. Signature of Employer**

**27. Title (Please print or type)**

**28. Date**

**29. Print or type name signed in Item 26**

0144510583

**30. Phone No.**

Fannie Mae
Form 1005 July 96

VMP MORTGAGE FORMS - (800)521-7291

# EXHIBIT E

## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or [X] the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_Mary J Hall_ Borrower

Co-Borrower

| Mortgage Applied for: | ☐ VA [X] Conventional ☐ Other (explain): ☐ FHA ☐ USDA/Rural Housing Service | | Agency Case Number | Lender Case Number 0144510683 |
|---|---|---|---|---|
| Amount $225,000.00 | Interest Rate 7.500 % | No. of Months 360 | Amortization Type: [X] Fixed Rate ☐ GPM ☐ Other (explain): ☐ ARM (type): | |

Subject Property Address (street, city, state & ZIP)
8004 Cutler Ridge Place, Austin, TX 78749
No. of Units: 1

Legal Description of Subject Property (attach description if necessary)
Year Built: 1985

Purpose of Loan: ☐ Purchase ☐ Construction ☐ Other (explain): [X] Refinance ☐ Construction-Permanent
Property will be: ☐ Primary Residence ☐ Secondary Residence [X] Investment

Complete this line if construction or construction-permanent loan.
| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a + b) $ |

Complete this line if this is a refinance loan.
| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
| 1985 | $107,000.00 | $0.00 | | Cost: $0.00 |

Title will be held in what Name(s) Mary J. Hall
Manner in which Title will be held
Estate will be held in: [X] Fee Simple ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain)

### Borrower Information

Borrower's Name (include Jr. or Sr. if applicable)
MARY J HALL

| Social Security Number XXX-XX-1677 | Home Phone (incl. area code) (512)796-9065 | DOB (mm/dd/yyyy) 04/23/1945 | Yrs. School |

☐ Married [X] Unmarried (include single, divorced, widowed) ☐ Separated
Dependents (not listed by Co-Borrower) no. 0 ages

Present Address (street, city, state, ZIP) [X] Own ☐ Rent 25 No. Yrs.
8004 Cutler Ridge Place
Austin, TX 78749

Mailing Address, if different from Present Address

If residing at present address for less than two years, complete the following:
Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs.
8004 CUTLER RIDGE PL
AUSTIN, TX 78749

### Employment Information

Name & Address of Employer ☐ Self Employed
retired
Yrs. on this job: 5
Yrs. employed in this line of work/profession

Position/Title/Type of Business
retired
Business Phone (incl. area code) (512)288-3669

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

Name & Address of Employer [X] Self Employed
independent counselor
Dates (from - to)
Monthly Income $0.00

Position/Title/Type of Business
independent counselor
Business Phone (incl. area code)

Name & Address of Employer ☐ Self Employed
Dates (from - to)
Monthly Income $

Position/Title/Type of Business
Business Phone (incl. area code)

0144510683
Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/05
21N 10407
Page 1 of 4
VMP Mortgage Solutions, Inc. (800)521-7291
Initials: _MJH_

Borrower's cell 512-796-9065
Borrower's pager
Co-Borrower's cell
Co-Borrower's pager

00000144510583060500001