# EXHIBIT 8

**FILED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV 3 0 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SHAWN and SHARI MALDONADO, ) | |
| ) | |
| Plaintiffs, ) | 06CV6609 |
| ) | JUDGE FILIP |
| vs. ) | MAG.JUDGE NOLAN |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| AMC MORTGAGE SERVICES, INC. ) | |
| and DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, ) | JURY TRIAL DEMAND |
| ) | |
| Defendants. ) | |

## COMPLAINT

### INTRODUCTION

1. Plaintiffs Shawn and Shari Maldonado charge defendants with violation of 15 U.S.C. § 1635 through failure to honor a valid rescission request.

### JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to Title 28 of the United States Code, Sections 1331 and 1337 because plaintiffs' claim under the Truth in Lending Act arises under federal law.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(c) because the defendants do business in this district. Also, the Judicial Panel on Multi-District Litigation has issued an order centralizing predatory lending litigation against Ameriquest in this district before Judge Aspen.

### PARTIES

4. Defendant Ameriquest Mortgage Company is a leading sub-prime mortgage lender. The company's main offices are in Orange, California, but it does business in this district. Defendant AMC Mortgage Services, Inc. was the servicer of plaintiffs' mortgage, and also does business in this district. Defendant Deutsche Bank National Trust Company was the

owner of plaintiffs' mortgage and also does business in this district.

5. Plaintiffs Shawn and Shari Maldonado are residents of California.

## TRUTH IN LENDING VIOLATION

6. Plaintiffs Shawn and Shari Maldonado own a home in Concord, California. The Maldonados refinanced their mortgage with Ameriquest in September 2005. In connection with the transaction, the Maldonados were not given a final Truth In Lending Act Disclosure. Rather, the Truth in Lending Act disclosure given to them at the closing was marked "Preliminary". See Exhibit A. Also, on a document entitled **BORROWER'S ACKNOWLEDGEMENT OF FINAL LOAN TERMS**, it was stated that

> These "Final Loan Terms" may change prior to loan settlement if Lender subsequently determines or becomes aware of any changes in these material facts.

See Exhibit B. This statement reinforces the impression that the loan terms are still preliminary.

7. The failure to provide plaintiffs with a final Truth in Lending Act disclosure violated 12 C.F.R. § 226.18. Also, because the material TILA disclosures had not been provided at the closing on September 14, 2005, the rescission period did not expire on September 17, 2005 and it was a violation of 12 C.F.R. § 226.23(b)(1)(v) for the Notice of Right to Cancel forms given to the Maldonados at the closing to say that it did.

8. Also, the Maldonados' mortgage transaction was not consummated on September 14, 2005 because the settlement statement provided to plaintiffs on that day said that they would receive $47,586.39, see Exhibit C, whereas in fact plaintiffs received only $43,598.79. See Exhibit D. For this reason as well, the rescission period did not expire on September 17, 2005 and it was a violation of 12 C.F.R. § 226.23(b)(1)(v) for the Notice of Right to Cancel forms given to the Maldonados at the closing to say that it did.

9. As a result, the borrowers' rescission period was extended from three days to three years. See 12 C.F.R. § 226.23(a)(3) ("If the required notice or material disclosures are not delivered, the right to rescind shall expire 3 years after consummation, upon transfer of all of the consumer's interest in the property, or upon sale of the property, whichever occurs first").

2

10. On September 5, 2006, plaintiffs sent a rescission notice to defendants. Within twenty days of receiving the rescission notice, defendants should have paid back to plaintiffs any money or property that plaintiffs have paid to them in connection with the loan. See 12 C.F.R. § 226.23(d)(2). Defendants have not done so.

11. Defendants' failure to honor the rescission request is a violation of the Truth in Lending Act. Plaintiffs are entitled to rescission plus statutory damages and other relief.

### PRAYER FOR RELIEF

WHEREFORE, plaintiffs request that the Court grant judgment against defendants as follows:

a. ordering defendants to provide plaintiffs with the money to which plaintiffs are entitled to under 12 C.F.R. § 226.23(d)(2);

b. awarding plaintiffs actual damages proximately caused by defendants' failure to comply with 12 C.F.R. § 226.23(d)(2);

c. awarding appropriate statutory damages;

d. ordering defendants to pay costs, penalties, and attorneys fees;

e. granting such other relief as the Court deems just and proper.

Respectfully submitted by:

_____
Counsel for the Plaintiffs

THE LAW OFFICES OF DANIEL HARRIS
Anthony Valach
Daniel Harris
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936

3

# EXHIBIT A

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

[X] Preliminary  [ ] Final

LENDER: Ameriquest Mortgage Company
2300 Clayton Rd., # 470
Concord, CA 94520
(925)827-0491
License # 605-1858

Broker License:

Borrowers: Shawn Maldonado   Shari Maldonado

Type of Loan: ADJUSTABLE RATE
Date: September 14, 2005

Address: 5433K Clayton Rd, Apt. 353
City/State/Zip: Clayton, CA 94517

Loan Number: 0133470260 - 5698

Property: 2301 Hess Road, CONCORD, CA 94521

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| (e) 9.448 % | $ 1,593,853.72 (e) | $ 759,520.30 (e) | $ 2,353,374.02 (e) |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | (e) $5,284.37 | 11/01/2005 | | | |
| 6 | (e) $6,334.15 | 11/01/2007 | | | |
| 329 | (e) $6,631.99 | 05/01/2008 | | | |
| 1 | (e) $6,619.53 | 10/01/2035 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 2301 Hess Road, CONCORD, CA 94521

**ASSUMPTION:** Someone buying this property
[X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

(e) = estimate

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____ 9-14-05    _____ 9-14-05
Borrower Shawn Maldonado   Date    Borrower Shari Maldonado   Date

_____ _____    _____ _____
Borrower   Date    Borrower   Date

TIL1 (Rev. 7/01)      **ORIGINAL COPY**   09/14/2005 6:29:24 PM

# EXHIBIT B

Ameriquest Mortgage Company
2300 Clayton Rd., # 470
Concord, CA 94520

(925)827-0491

# BORROWER'S ACKNOWLEDGMENT OF FINAL LOAN TERMS

Shawn Maldonado
Shari Maldonado

Date: September 14, 2005
Notice: [X] Delivered   [ ] Mailed
Loan Number: 0133470260 - 5698
Description of Credit Request:

5433K Clayton Rd APT./UNIT 353
Clayton, CA 94517

[X] 1st Trust Deed/Mortgage   [ ] 2nd Trust Deed/Mortgage
[ ] Other: _____

Property Address: 2301 Hess Road
CONCORD, CA 94521        County of CONTRA COSTA

## TYPE OF TRANSACTION:
[ ] Purchase   [X] Refinance   Other _____

| ORIGINAL LOAN TERMS REQUESTED | FINAL LOAN TERMS: |
|---|---|
| [ ] Fixed Rate Loan [X] Adjustable Rate Loan | [ ] Fixed Rate Loan [X] Adjustable Rate Loan |
| Amount Financed: $ 732,639.98 | Amount Financed: $ 759,520.30 * |
| Settlement Charges: $ 36,594.02 (Includes all Prepaid Finance Charges) | Settlement Charges: $ 20,582.08 * (Includes all Prepaid Finance Charges) |
| Loan Amount: $ 768,034.00 | Loan Amount: $ 778,500.00 |
| Annual Percentage Rate: 9.592 % | Annual Percentage Rate: 9.448 %* |
| Term: 360 | Term: 360 |
| Initial Interest Rate: 7.150 % | Initial Interest Rate: 7.200 % |
| Margin: 5.750 % | Margin: 5.750 % |
| Prepayment Penalty: [ ] YES [X] NO | Prepayment Penalty: [X] YES [ ] NO |

Borrower(s) and Ameriquest Mortgage Company hereby acknowledge that "Final Loan Terms" stated above are based exclusively on information, statements, and representations (all material facts) which have been provided by the borrower(s) which the Lender has relied upon to make this acknowledgement. These "Final Loan Terms" may change prior to loan settlement if Lender subsequently determines or becomes aware of any changes in these material facts. Borrower(s) also acknowledges that if the "Final Loan Terms" change due to a change of material facts, that Lender may require new loan documents to be executed by the borrower(s).

_____ 9-14-05        _____ 9-14-05
Borrower Shawn Maldonado    Date          Borrower Shari Maldonado    Date

_____ _____          _____ _____
Borrower                   Date           Borrower                  Date

*These amounts may change due to any final adjustments made to the prepaid interest amount collected on your loan at funding.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any rights under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the: FEDERAL TRADE COMMISSION, EQUAL CREDIT OPPORTUNITY, ROOM 4037, WASHINGTON DC, 20580.



STMTCO (Rev. 3/99)

# EXHIBIT C

# CLOSING INSTRUCTIONS
## ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| NORTH AMERICAN TITLE COMPANY | ALAN POOLE | (209)545-9676 | 55614735 |

| Borrower(s) | Property Address |
|---|---|
| Shawn Maldonado  Shari Maldonado | 2301 Hess Road<br>CONCORD    CA    94521<br>Loan Number: 0133470266 |

FROM: Ameriquest Mortgage Company – Concord, CA    Phone No. (925)827-8491    Fax (925)827-8686
Branch Name                                          Branch Phone No.              Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS. IMPORTANT: THE DATE OF SETTLEMENT MUST EQUAL THE CLOSING DATE.

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801. Loan origination fee   % to | | |
| 802. Loan discount 2.000 % to Ameriquest Mortgage Company | | $15,670.00 |
| 803. Apprsl/Prop Val to Reimbursed to Lender | *L $425.00 *  $0.00 | |
| 804. Credit Report fee | | |
| 805. Inspection fee | | |
| 806. Yield Spread Premium to | | |
| 809. | | |
| 810. Tax Related Service Fee to Ameriquest Mortgage | | $70.00 |
| 811. Flood Search Fee to Ameriquest Mortgage Company | | $9.00 |
| 812. Lenders Processing Fee to Ameriquest Mortgage | | $626.00 |
| 813. Admin to Ameriquest Mortgage Company | | $239.00 |
| 814. Doc. Prep. Fee to | | |
| 815. Credit Report Fee to | | |
| 816. Origination Fee   % to | | |
| 817. Application Fee to Ameriquest Mortgage Company | | $360.00 |
| 818. Underwriting Fee to | | |
| 819. Service Provider Fee to | | |
| 820. Processing Fee to | | |
| 821. Underwriting Fee to | | |
| 822. Appraisal Fee to | | |
| 901. Interest from 09/21/2005 to 10/01/2005 @ $153.57 per day | | $1,535.70 |
| 902. Mortgage insurance premium for    months to | | |
| 903. Hazard ins prem to | | |
| 904. Flood ins prem to | | |
| 1001. Hazard insurance   months @ $   per month | | |
| 1002. Mortgage insurance   months @ $   per month | | |
| 1003. Earthquake Ins   months @ $   per month | | |
| 1004. County prop. taxes   months @ $   per month | | |
| 1005. Annual asses.   months @ $   per month | | |
| 1006. Flood   months @ $   per month | | |
| 1007. Windstorm Ins   months @ $   per month | | |
| 1008. | | |
| 1101. Settlement or closing fee to | | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to KATHERINE FAVOGNANO | | $175.00 |
| 1107. Attorney's fees to | | |
| 1108. Title Insurance to NORTH AMERICAN TITLE | | (W) $1,507.38 |
| 1109. Lender's coverage | | |
| 1110. Owner's coverage    $ | | |
| 1111. Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to NORTH AMERICAN TITLE COMPANY | | (W) $395.00 |
| 1201. Recording fees | | (W) $95.00 |
| 1202. City/county tax/stamps | | |
| 1203. State tax/ stamps | | |
| 1204. State specific fee | | |
| 1301. Demand to | | |
| 1302. Pest Inspection to | | |
| 1303. Survey Fee | | |
| 1304. Staff Appraiser Fee | | |
| 1305. Reconveyance Fee to | | |
| 1306. | | |
| 1307. Property Val Fee to | | |
| 1308. Courier Fee | | |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.



Title Company Representative Signature            Date

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower: Shawn Maldonado
Shari Maldonado

Loan Number: 0133470260 - 5696

| Payee | | Amount |
|---|---|---|
| CAPITAL 1 BK | (W) | $2,072.00 |
| DIRECT MERCHANTS BAN | (W) | $589.00 |
| INDYMAC BANK | (W) | $673,100.53 |
| DAIMLERCHRYS | (W) | $20,834.00 |
| GEMB/FUNANCING | (W) | $9,946.00 |
| MBNA AMERICA | (W) | $3,790.00 |

Total Wire: $759,915.30

Loan Amount: 776,500.00

L = Lender Paid

Funds Held By Lender:

Deposit at Escrow/Title: $0.00

Borrower Proceeds: (W)$47,586.39

(W) = Included in Wire

**IMPORTANT: THE DATE OF SETTLEMENT MUST EQUAL THE CLOSING DATE.**

Title Company Representative Signature    Date



895-7UNV (4/2005)

# EXHIBIT D

Aug 31 06 12:34p    Shawn_Maldonado                    9254326565              p.2
Case: 1:05-cv-07097 Document #: 407-9 Filed: 01/23/07 Page 13 of 13 PageID #:9703
Case 1:06-cv-06009 Document 1 Filed 11/30/2006 Page 13 of 13

**NORTH AMERICAN TITLE COMPANY**

4230 Kiernan Ave., Suite 170
Modesto, CA 95356

Phone: (209) 545-0676
Fax: (209) 545-9765

Ameriquest Mortgage
Sana / Susy
2300 Clayton Road #470
Concord, CA 94520

Date: September 23, 2005
Escrow No. 58201-55614735-AGB
Borrower: Shawn Maldonado and Shari Maldonado
Loan No.: 0133470260
Property: 2301 Hess Road
Clayton, CA 94517

The above referenced escrow closed on September 23, 2005. In connection therewith, the following items are enclosed:

Refund check in the amount of $43,598.79.
HUD/Closing Statement(s)
Consumer account checks please put your account number on each check.

We appreciate having the opportunity of working with you.

Sincerely,

North American Title Company


Angela Blandon,
Escrow Officer