# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| _____ | |
| THIS DOCUMENT RELATES TO: *BALL-DANIEL v. ARGENT MORTGAGE COMPANY, et al.*, Case No. 06-6602;, *COOPER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6604; *FULLER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 07-0291; *GREEN et al., v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6945; *HALL v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6607; *HARRISON v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6947; *JOYNER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6784; *MALDONADO, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6609; *MULLER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6946; *O'MALLEY v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6373; *O'NEIL, et al., v. ARGENT MORTGAGE COMPANY, LLC, et al.*, Case No. 06-6375; *SCOTT, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6786; *SHIELDS v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6787 | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF MOTION

**TO: All Parties and Their Attorneys of Record**

    **PLEASE TAKE NOTICE** that on **Tuesday, January 30, 2007**, at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and there present plaintiffs' **MOTION FOR REASSIGNMENT OF RELATED CASES**, a copy of which is currently being served upon you.

Dated: January 23, 2007            Respectfully submitted by:

                                         s/ Anthony P. Valach, Jr
                                         Counsel for the Plaintiff

                                         THE LAW OFFICES OF DANIEL HARRIS
                                         Anthony Valach
                                         Daniel Harris
                                         150 N. Wacker Dr., Suite 3000
                                         Chicago, IL 60606
                                         Telephone: (312) 960-1802
                                         Facsimile: (312) 960-1936

## CERTIFICATE OF SERVICE

      I, Anthony P. Valach, Jr., hereby certify that on this 23rd day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel off record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                            s/ Anthony P. Valach, Jr._____