UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| _____<br><br>THIS DOCUMENT RELATES TO:<br>*BALL-DANIEL v. ARGENT MORTGAGE COMPANY, et al.*, Case No. 06-6602;, *COOPER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6604; *FULLER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 07-0291; *GREEN et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6945; *HALL v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6607; *HARRISON v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6947; *JOYNER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6784; *MALDONADO, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6609; *MULLER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6946; *O'MALLEY v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6373; *O'NEIL, et al., v. ARGENT MORTGAGE COMPANY, LLC, et al.,* Case No. 06-6375; *SCOTT, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6786; *SHIELDS v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6787 | Centralized before the<br>Honorable Marvin E. Aspen |

## CERTIFICATE OF SERVICE

    I, Anthony P. Valach, Jr., hereby certify that on this 23rd day of January 2007, a true and correct copy of **PLAINTIFFS' MOTION FOR REASSIGNMENT OF RELATED CASES** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel off record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

2

Date:  January 23, 2007                           s/ Anthony P. Valach, Jr.
                                                                             One of their attorneys

Anthony P. Valach, Jr.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net