# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: PLAINTIFFS' FIFTH MOTION FOR REASSIGNMENT [DOCKET NO. 350.] | Centralized before The Honorable Marvin E. Aspen |

### DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO THE REASSIGNMENT OF CERTAIN CASES IN PLAINTIFFS' FIFTH MOTION FOR REASSIGNMENT OF RELATED CASES

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. and Ameriquest Mortgage Securities, Inc. (collectively, "Defendants"), by and through their counsel of record, hereby respectfully request that the Court take judicial notice of the following pursuant to Rule 201 of the Federal Rules of Evidence:

| **Exhibit No.** | **Document** |
|---|---|
| 1. | January 4, 2007, Order by the United States District Court for the Northern District of Illinois, Honorable Marvin E. Aspen. |
| 2. | *Clay v. Ameriquest Mortgage Co., et al.*, Case No. 06-7191 (N.D. Ill.), Complaint. |
| 3. | *Freeberg, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-6717 (N.D. Ill.), Complaint. |

BN 1106516v1

DATED: January 24, 2007

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

2

3

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 24th day of January 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 1106516v1