# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 1/4/2007 |
| **CASE TITLE** | In Re: In re: Ameriquest Mortgage | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Fourth Motion for reassignment of related cases (Dkt. No. 313) is granted in part and denied in part. We grant plaintiffs' motion as to Bowden and Rosemon (Case Nos. 06 C 5991 & 06 C 6441), but decline to reassign Whitsett, Perez, and Manier (Case Nos. 06 C 5432, 06 C 5344, 06 C 5373).

■[ For further details see text below.]   Notices mailed by Judicial staff.

## STATEMENT

(Reserved for use by the Court)

## ORDER

A collection of individual plaintiffs represented by Edelman, Combs, Latturner & Goodwin, LLC (ECLG) now files a Fourth Motion for Reassignment of Related Cases. ECLG moves to reassign *Whitsett v. Ameriquest Mortgage Co., et al.*, No. 06-cv-5432; *Manier v. Ameriquest Mortgage Co., et al.*, No. 06-cv-5344; *Perez v. Ameriquest Mortgage Co., et al.*, No. 06-cv-5373; *Bowden v. Argent Mortgage Co., et al.*, No. 06-cv-5991; and *Rosemon v. Ameriquest Mortgage Co., et al.*, No. 06-cv-6441.

In *Whitsett* and *Perez*, defendants have filed motions to dismiss/transfer for lack of venue. Judges Gottschall and Gettleman have continued those motions pending our reassignment decision; defendants have represented that they will file a similar motion with Judge Lefkow in *Manier*. Given this procedural posture, we grant plaintiffs' motion as to *Bowden* and *Rosemon,* but decline to reassign *Whitsett*, *Perez*, and *Manier* until the pending motions – and the motion defendants have represented they will file as soon as possible in *Manier* – have been resolved.

It is so ordered.

*/s/ Marvin E. Aspen*