IN THE ~~U.S.~~ ILLINOIS DISTRICT COURT FOR COOK COUNTY

FILED
JAN 2 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AMC Mortgage Services
(Ameriquest Mortgage Services)

vs.

Elmer E. Evans
Respondent/Defendant

Case No. MDL 1715
Lead Case No. 05-CV-7097

---

Whereas, Elmer Evans did receive a notice of a right to cancel this mortgage;
Whereas, Elmer Evans did notify the court and AMC Mortgage of the desire to cancel;
Whereas, AMC Mortgage responded that the cancellation was not valid;
And the Northern District Court had not sought court action; and the foreclosure
Sale is scheduled for January 18, 2007, 11:00am. We are requesting the court to
Determine if our rights have been violated and to determine if the cancellation is
Authorized under this court order.

Your actioin in this case are important and would action to cease all actions until this determination is made.

Elmer E. Evans or Connie Evans
1137 13th Street
Des Moines, Iowa 50314
515-288-9870 or 515-554-4291

Notice of other party's attorney

Signature _Elmer B. Evans_
Date _1-16-07_

September 27, 2006

AMC Mortgage Services
PO Box 11000
Santa Ana, CA 92711-1000
and
And United States District Court
Northern District of Illinois – Eastern Division
MDL No. 1715
Lead Case No. 05-CV-7097

Attention: Honorable Marvin E. Aspen, District Judge

Please be advised that under the notice from AMC Mortgage Services, I am a borrower Who did not receive Notice of Right to Cancel and have a right to cancel the mortgage transaction.

We are requesting that the mortgage be cancelled pursuant to the instructions noted in the Letter from AMC. We have obtained preliminary legal advice and need further instruction on the court determination proceedings.

Thank you,

/s/

Elmer E. Evans
1137 13th Street
Des Moines, IA 50314
Loan No. 0059616409

January 16, 2007

To the Clerk of Court
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION
MDL NO. 1715
219 S. DEARBORN STREET
CHICAGO, ILLINOIS

ATTENTION CLERK OF COURT:

Please take the appropriate action to file this motion with Judge Aspen at your Earliest opportunity.

Sincerely,

Elmer E. Evans