FILED

JAN 11 2007

Jan. 11, 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRY A. BOTHWELL and <br> CHERYL A. BOTHWELL <br> Plaintiffs, <br><br> vs. <br><br> AMERIQUEST MORTGAGE COMANY, <br> CITIFINANCIAL MORTGAGE COMPANY, <br> et al., <br> Defendants. | 05C 7097 <br><br> MDL 1715 <br> USDC NO.: 06 cv 4716 <br><br> formerly USDC – No. Dist. Indiana <br> CASE NO. 2:06:-CV-00175 |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now Samuel R. Ardery as counsel for Defendant, Citifinancial Mortgage Company, and for his Motion to Withdraw as Counsel of Record, states as follows:

1. Samuel R. Ardery has been counsel of record for Defendant Citifinancial Mortgage Company in this matter.

2. Jonathon N. Ledsky, counsel for Defendant Ameriquest Mortgage Company, is now assuming the defense on behalf of Citifinancial Mortgage Company and on November 3, 2006 filed an Appearance on behalf of Citifinancial Mortgage Company.

3. Samuel R. Ardery is no longer representing Citifinancial Mortgage Company in this matter and is filing this motion with the knowledge and consent of Citifinancial Mortgage Company.

WHEREFORE, Samuel R. Ardery, hereby requests to be withdrawn as counsel of record on behalf of Defendant, Citifinancial Mortgage Company.

Respectfully submitted,

Date: January 11, 2007

By: _____
Samuel R. Ardery, #4145-53
Bunger & Robertson
226 S. College Square
PO Box 910
Bloomington, Indiana 47402-0910
Phone: (812) 332-9295
Fax: (812) 331-8808
E-mail: sardery@lawbr.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11th, 2007, I mailed the foregoing with the Clerk of the Court by mailing same First Class, United States mail. Additionally, I sent notice to the following counsel of record via electronic mail:

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
EDELMAN COMBS LATTURNER &
    GOODWIN
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
Email: dedelman@edcombs.com
       courtecl@aol.com
       ccombs@edcombs.com
       jlatturner@edcombs.com


Jonathan N. Ledsky
Craig A. Varga
VARGA BERGER LEDSKY HAYES & CASEY
224 S. Michigan Avenue, Ste. 350
Chicago, IL 60604
Email: jledsky@vblhc.com
      cvarga@vblhc.com

By: _____
Samuel R. Ardery, #4145-53
Bunger & Robertson
226 S. College Square
PO Box 910
Bloomington, Indiana 47402-0910
Phone: (812) 332-9295
Fax: (812) 331-8808
E-mail: sardery@lawbr.com