# EXHIBIT 5

## PART 2

# EXHIBIT C

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. |
|---|---|---|
| **6.766** % | $ **283,817.17** | $ **210,414.21** |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS |
|---|---|---|---|---|
| 24 | $1,306.83 | 09/01/2004 | | |
| 335 | $1,377.61 | 09/01/2006 | | |
| 1 | $1,368.11 | 08/01/2034 | | |

**VARIABLE RATE FEATURE:**

[X] Your loan has a variable rate feature .  Disclosures about the variable rate feature have been provided ' yo

**SECURITY:**     You are giving a security interest in the property located at: 9115 Lafitte Blvd, North Benton, OH  44

**ASSUMPTION:**   Someone buying this property    [X] cannot assume the remaining balance due under origin

[ ] may assume, subject to lender's conditions, the remaini terms.

**PROPERTY INSURANCE:**     You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:**   If a payment is late, you will be charged  **5.000%**  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you

[X] may   [ ] will not   have to pay a penalty.

**See your contract documents for any additional information regarding non-payment, default, required repayı date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower Robert C Wayne                          Date

Borrower Twila L Wayne

Borrower                                         Date

Borrower

TIL1 (Rev. 7/01)


0000008720132330305750101

**BORROWER COPY**

# EXHIBIT D

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower :  Robert C Wayne
Twila L Wayne

Loan Number :   0087201323 - 5535

| Payee | | Amount |
|---|---|---|
| CIT GROUP SALES FIN | (W) | $188,791.12 |
| insurance | (W) | $899.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Wire:   $210,331.76

Loan Amount:          215,650.00

Cash/Check from
Borrower:                                              —

Borrower Proceeds:      $18,223.64

| Borrower  Robert C Wayne | Date | Borrower  Twila L Wayne | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Title Company Representative Signature | Date | | |



0000008720132303074306707

# EXHIBIT E

## CLOSING INSTRUCTIONS
### ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| TOWNE & COUNTRY LAND TITLE AGENCY, INC | SCOTT RUDNICK | (937)547-0412 | |

| Borrower(s) | Property Address |
|---|---|
| Robert C Wayne   Twila L Wayne | 9115 Lafitte Blvd<br>North Benton        OH        44449<br>Loan Number: 0087201323 |

FROM: Ameriquest Mortgage Company - Beachwood, OH   Phone No. (216)591-9970   Fax (216)591-9972
Branch Name                                                    Branch Phone No.                Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801. Loan origination fee     % to | | |
| 802. Loan discount  1.500  % to  Ameriquest Mortgage Company | | $3,234.75 |
| 803. Apprs/Prop Val to staff | | $350.00 |
| 808. Yield Spread Premium to | | |
| 809. | | |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | | $70.00 |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | | $16.00 |
| 812 Lenders Processing Fee to  Ameriquest Mortgage | | $626.00 |
| 813.Admin to Ameriquest Mortgage Company | | $239.00 |
| 814. Doc. Prep. Fee to | | |
| 815. Credit Report Fee to | | |
| 816. Origination Fee     % to | | |
| 817. Application Fee to  Ameriquest Mortgage Company | | $360.00 |
| 818. Underwriting Fee to | | |
| 819. Service Provider Fee to | | |
| 820. Processing Fee to | | |
| 821. Underwriting Fee to | | |
| 822. Appraisal Fee to | | |
| 901. Interest from 07/31/2004  to 08/01/2004  @  $36.04  per day | | $36.04 |
| 902. Mortgage insurance premium for          months to | | $0.00 |
| 903. Hazard ins prem to | | |
| 904. Flood Ins prem to | | |
| 1001. Hazard insurance  2  months @ $ 74.92  per month | | $149.84 |
| 1002. Mortgage insurance     months @ $     per month | | |
| 1003. Earthquake Ins     months @ $     per month | | |
| 1004. County prop. taxes  3  months @ $ 78.87  per month | | $236.61 |
| 1005. Annual assess.     months @ $     per month | | |
| 1006. Flood     months @ $     per month | | |
| 1007. Windstorm Ins     months @ $     per month | | |
| 1008. | | |
| 1101. Settlement or closing fee to  town and country | | $238.00 |
| 1102. Abstract or title search to  town and country | | $189.00 |
| 1103. Title examination to  town and country | | $216.00 |
| 1105. Document preparation to  town and country | | $119.00 |
| 1106. Notary fees to  mark shelton | | $350.00 |
| 1107. Attorney's fees to | | |
| 1108. Title insurance to  town and country | | $1,100.00 |
| 1109. Lender's coverage | | |
| 1110. Owner's coverage           $ | $1,100.00 | |
| 1111. Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to | | |
| 1201. Recording fees | | $140.00 |
| 1202. City/county tax/stamps | | |
| 1203. State tax/ stamps | | |
| 1204. State specific fee | | |
| 1301. Demand to | | |
| 1302. Pest Inspection to | | |
| 1303. Survey Fee | | |
| 1304. Staff Appraiser Fee | | |
| 1305. Reconveyance Fee to | | |
| 1306. | | |
| 1307. Property Val Fee to | | |
| 1308. Courier Fee | | $66.00 |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.

| Borrower  Robert C Wayne | Date | Borrower  Twila L Wayne | Date |
|---|---|---|---|

| Borrower | Date | Borrower | Date |
|---|---|---|---|

| Title Company Representative Signature | Date |
|---|---|



# EXHIBIT F

**Ameriquest Mortgage Company**

Summary of Debts and Disbursements
(Refinance Loans Only)

Borrower: Robert C Wayne    Twila L Wayne

Date:  July 24, 2004
Branch:
Beachwood, OH

Loan Number:   0087201323 - 5535

| Fees | | |
|---|---|---|
| Loan Discount Fee | 1.500 | $3,234.75 |
| Lender Retained Fees | | $1,311.00 |
| Prepaid Interest | | $36.04 |
| Fees Paid to Others | | $3,154.45 |

Short to Close

Total Payoffs          $189,690.12

Cash to Borrower       $18,223.64

Total Points & Fees            $7,736.24

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| SECOND NATIONAL BANK | $6,031.00 | | $160.00 |
| CITI | $3,182.00 | | $66.00 |
| MBNA AMERICA BANK NA | $7,941.00 | | $146.00 |
| BANK OF AMERICA | $6,393.00 | | $43.00 |
| BANK OF AMERICA | $1,250.00 | | $24.00 |
| YOUNGS WATER | $90.00 | | $4.50 |
| CHASE NA | $236.00 | | $10.00 |
| FRD MOTOR CR | $23,739.00 | | $450.00 |
| CITI-BP OIL | $38.00 | | $10.00 |
| CIT GROUP SALES FIN | | $188,791.12 | |
| LOWES/MBGA | $404.00 | | $15.00 |
| MBNA AMERICA BANK NA | $9,646.00 | | $15.00 |
| BANK ONE-OHIO | $36.00 | | $10.00 |
| MBNA AMERICA BANK NA | $3,267.00 | | $55.00 |
| CHASE NA | $8,955.00 | | $179.00 |
| insurance | | $899.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Payments:                              $1,187.50

D&D (Rev 01/02)
00000087201323020479D101

# EXHIBIT G

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  July 24, 2004
LOAN NO.:  0087201323 - 5535
TYPE:  ADJUSTABLE RATE

BORROWER(S): Robert C Wayne       Twila L Wayne

ADDRESS:        9115 Lafitte Blvd
CITY/STATE/ZIP:  NORTH BENTON,OH 44449

PROPERTY:  9115 Lafitte Blvd
           North Benton, OH  44449

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

        **ENTER DOCUMENT SIGNING DATE**

        _____  ;

    or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**          ATTN:  FUNDING
**1600 S Douglass Rd**                    PHONE: (714)634-3494
**Anaheim, CA 92806**                     FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must        **ENTER FINAL DATE TO CANCEL**
send the notice no later than MIDNIGHT of
                                                   _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                                          _____
                                                   DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          _____          _____          _____
BORROWER/OWNER Robert C Wayne                 Date             BORROWER/OWNER Twila L Wayne                     Da

_____          _____          _____          _____
BORROWER/OWNER                                Date             BORROWER/OWNER                                   Date

1064-NRC (Rev 01/04)          
                              00000087201323040005O101

**LENDER COPY**

07/24/2004 10:25:22 AM

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   July 24, 2004
LOAN NO.:   0087201323 - 5535
TYPE:   ADJUSTABLE RATE

BORROWER(S): Robert C Wayne        Twila L Wayne

ADDRESS:        9115 Lafitte Blvd
CITY/STATE/ZIP:   NORTH BENTON,OH 44449

PROPERTY:   9115 Lafitte Blvd
              North Benton, OH  44449

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| _____ |

;

   or
2.   The date you received your Truth in Lending disclosures;
   or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| _____ |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____

SIGNATURE _____        DATE _____

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

---

BORROWER/OWNER Robert C Wayne                Date        BORROWER/OWNER Twila L Wayne                Date

BORROWER/OWNER                Date        BORROWER/OWNER                Date

1064-NRC (Rev 01/04)

0000008720132304000050101

**BORROWER COPY**

07/24/2004 10:25:22 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   July 24, 2004
LOAN NO.:   0087201323 - 5535
TYPE:   ADJUSTABLE RATE

BORROWER(S): Robert C Wayne          Twila L Wayne

ADDRESS:            9115 Lafitte Blvd
CITY/STATE/ZIP:   NORTH BENTON,OH 44449

PROPERTY:  9115 Lafitte Blvd
                    North Benton, OH  44449

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
| _____ |

;

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| _____ |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____         _____         _____         ___
BORROWER/OWNER  Robert C Wayne                      Date              BORROWER/OWNER  Twila L Wayne                         Da'

_____         _____         _____         ___
BORROWER/OWNER                                          Date              BORROWER/OWNER                                               Date

1064-NRC (Rev 01/04)

**BORROWER COPY**

0000008720132304000050101

07/24/2004 10:25:22 AM

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: July 24, 2004
LOAN NO.: 0087201323 - 5535
TYPE: ADJUSTABLE RATE

BORROWER(S): Robert C Wayne     Twila L Wayne

ADDRESS:     9115 Lafitte Blvd
CITY/STATE/ZIP:   NORTH BENTON,OH 44449

PROPERTY:   9115 Lafitte Blvd
          North Benton, OH 44449

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   **ENTER DOCUMENT SIGNING DATE**
   _____ ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**
_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____      _____
BORROWER/OWNER Robert C Wayne        Date     BORROWER/OWNER Twila L Wayne           Date

_____      _____
BORROWER/OWNER                         Date     BORROWER/OWNER                         Date

1064-NRC (Rev 01/04)


0000008720132304000050101

**BORROWER COPY**

07/24/2004 10:25:22 AM

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: July 24, 2004
LOAN NO.: 0087201323 - 5535
TYPE: ADJUSTABLE RATE

BORROWER(S): Robert C Wayne          Twila L Wayne

ADDRESS:          9115 Lafitte Blvd
CITY/STATE/ZIP:   NORTH BENTON,OH 44449

PROPERTY:   9115 Lafitte Blvd
            North Benton, OH 44449

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   **ENTER DOCUMENT SIGNING DATE**

   _____  ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN: **FUNDING**
PHONE: **(714)634-3494**
FAX:   **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                  DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ _____      _____ _____
BORROWER/OWNER Robert C Wayne          Date       BORROWER/OWNER Twila L Wayne          Date

_____ _____      _____ _____
BORROWER/OWNER                         Date       BORROWER/OWNER                        Date

1064-NRC (Rev 01/04)


0000008720132304000501O1

**BORROWER COPY**

07/24/2004 10:25:22 AM

# EXHIBIT H

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0087201323 - 5535          Borrower(s): Robert C Wayne
Date: July 24, 2004                              Twila L Wayne

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Robert C Wayne                    Date

_____          _____
Borrower/Owner  Twila L Wayne                        Date

_____          _____
Borrower/Owner                                            Date

_____          _____
Borrower/Owner                                            Date

---

## REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                            Date

---

00000087201323040422Q101
850 (10/00)

07/24/2004 10:25:22 AM

**LENDER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0087201323 - 5535          Borrower(s): Robert C Wayne
Date: July 24, 2004                                          Twila L Wayne

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____          _____
Borrower/Owner  Robert C Wayne            Date


_____          _____
Borrower/Owner  Twila L Wayne             Date


_____          _____
Borrower/Owner                            Date


_____          _____
Borrower/Owner                            Date

---

### REQUEST TO CANCEL

I/We want to cancel loan # _____.

_____          _____
Borrower/Owner Signature                  Date

---



00000087201323040422010t

850 (10/00)

07/24/2004 10:25:22 AM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0087201323 - 5535          Borrower(s): Robert C Wayne
Date: July 24, 2004                                      Twila L Wayne

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner  Robert C Wayne _____     Date _____

Borrower/Owner  Twila L Wayne _____     Date _____

Borrower/Owner _____     Date _____

Borrower/Owner _____     Date _____

---

## REQUEST TO CANCEL
I/We want to cancel loan # _____.

Borrower/Owner Signature _____     Date _____

000000872013230404220101
550 (10/00)

07/24/2004 10:25:22 AM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0087201323 - 5535          Borrower(s): Robert C Wayne
Date: July 24, 2004                                         Twila L Wayne

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

>   Ameriquest Mortgage Company
>   1600 S Douglass Rd Anaheim, CA 92806
>   ATTN: Funding Department
>   Phone: (714)541-9960
>   Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____          _____
Borrower/Owner  Robert C Wayne                              Date


_____          _____
Borrower/Owner  Twila L Wayne                                 Date


_____          _____
Borrower/Owner                                                     Date


_____          _____
Borrower/Owner                                                     Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                                     Date



07/24/2004 10:25:22 AM

**BORROWER COPY**

850 (10/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0087201323 - 5535          Borrower(s): Robert C Wayne
Date: July 24, 2004                                      Twila L Wayne

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

       Ameriquest Mortgage Company
       1600 S Douglass Rd Anaheim, CA 92806
       ATTN: Funding Department
       Phone: (714)541-9960
       Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Robert C Wayne                                  Date

_____          _____
Borrower/Owner  Twila L Wayne                                     Date

_____          _____
Borrower/Owner                                                          Date

_____          _____
Borrower/Owner                                                          Date

---

## REQUEST TO CANCEL
I/We want to cancel loan # _____.

_____          _____
Borrower/Owner Signature                                          Date

---



07/24/2004 10:25:22 AM

**BORROWER COPY**

# EXHIBIT I

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
### 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email: edcombs@aol.com
### www.edcombs.com

December 11, 2006

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

Deutsche Bank National Trust Company, N.A.
60 Wall Street
New York, NY

<div style="margin-left:2em">

Re:    Notice of rescission, claim and lien, Robert Wayne and Twila Wayne,
9115 Lafitte Blvd., North Benton, OH 44449, loan of July 24, 2004

</div>

Ladies/Gentlemen:

       Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

       Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman





I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on December 11, 2006.

_____

Daniel A. Edelman

# EXHIBIT J

Ameriquest Mortgage Company
23250 Chagrin Blvd., # 375
Beachwood, OH 44122

(216)591-9970

# BORROWER'S ACKNOWLEDGMENT OF FINAL LOAN TERMS

Robert C Wayne
Twila L Wayne

Date: July 24, 2004

Notice: [X] Delivered    [ ] Mailed

Loan Number: 0087201323 - 5535

Description of Credit Request:

9115 Lafitte Blvd
NORTH BENTON, OH 44449

[X] 1st Trust Deed/Mortgage    [ ] 2nd Trust Deed/Mortgage

[ ] Other: _____

Property Address: 9115 Lafitte Blvd

North Benton, OH 44449      County of PORTAGE

## TYPE OF TRANSACTION:

[ ] Purchase    [X] Refinance    Other _____

| ORIGINAL LOAN TERMS REQUESTED | FINAL LOAN TERMS: |
|---|---|
| [ ] Fixed Rate Loan   [X] Adjustable Rate Loan | [ ] Fixed Rate Loan   [X] Adjustable Rate Loan |
| Amount Financed: $ 190,061.54 | Amount Financed: $ 210,414.21   * |
| Settlement Charges: $ 8,878.46 (Includes all Prepaid Finance Charges) | Settlement Charges: $ 7,736.24   * (Includes all Prepaid Finance Charges) |
| Loan Amount: $ 197,116.00 | Loan Amount: $ 215,650.00 |
| Annual Percentage Rate: 6.801 % | Annual Percentage Rate: 6.766 %* |
| Term: 360 | Term: 360 |
| Initial Interest Rate: 5.750 % | Initial Interest Rate: 6.100 % |
| Margin: 4.750 % | Margin: 4.750 % |
| Prepayment Penalty: [X] YES [ ] NO | Prepayment Penalty: [X] YES [ ] NO |

Borrower(s) and Ameriquest Mortgage Company hereby acknowledge that "Final Loan Terms" stated above are based exclusively on information, statements, and representations (all material facts) which have been provided by the borrower(s) which the Lender has relied upon to make this acknowledgement. These "Final Loan Terms" may change prior to loan settlement if Lender subsequently determines or becomes aware of any changes in these material facts. Borrower(s) also acknowledges that if the "Final Loan Terms" change due to a change of material facts, that Lender may require new loan documents to be executed by the borrower(s).

Borrower Robert C Wayne      Date      Borrower Twila L Wayne      Date

Borrower      Date      Borrower      Date

*These amounts may change due to any final adjustments made to the prepaid interest amount collected on your loan at funding.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any rights under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the: FEDERAL TRADE COMMISSION, EQUAL CREDIT OPPORTUNITY, ROOM 4037, WASHINGTON DC, 20580.



0000008720132304046501
STMTCO (Rev. 3/99)

# EXHIBIT K

**Ameriquest Mortgage Company**

Borrower Name: Robert C Wayne

Borrower Name: Twila L Wayne

Loan Number: 0087201323 - 5535

Property Address: 9115 Lafitte Blvd
North Benton, OH 44449

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND DISCOUNT POINTS

The interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are related to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the interest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by taking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount points. The following example shows how your options work.



**STARTING LOAN TERMS SCENARIO***

**In this example, the base rate is 7% and points are 1.6%, which is $1,600:**

| | |
|---|---|
| Loan amount: | $100,000 |
| Interest rate: | 7% |
| Discount points: | 1.6% ($1,600) |



**LOWER RATE SCENARIO**

**To receive a lower interest rate, you can take a loan with an additional 1.6 discount points:**

| | |
|---|---|
| Loan amount: | $100,000 |
| Interest rate: | 6% |
| Discount points: | 3.2% ($3,200) |



**REDUCED DISCOUNT POINT SCENARIO**

**To reduce your discount points by 1.6, your interest rate would be 1 percentage point higher:**

| | |
|---|---|
| Loan amount: | $100,000 |
| Interest rate: | 8% |
| Discount points: | 0% (0) |

* The terms of your loan may be different from the above example. Other factors influence rate, such as how much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but n⌐ necessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for som⌐ time. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soc⌐ Your account executive can give you more information about the options available to you and the exact terms of yc⌐ loan.

0000008720132304059301
BS4 (Rev. 09/24/03)

# Ameriquest Mortgage Company

Borrower Name: Robert C Wayne
Borrower Name: Twila L Wayne

Loan Number: 0087201323 - 5535
Property Address: 9115 Lafitte Blvd
North Benton, OH 44449

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND PREPAYMENT CHARGES

Ameriquest Mortgage Company offers its customers the option to choose a prepayment charge on their loan in exchange for a lower interest (or lower initial interest rate in the case of an adjustable rate mortgage). A "prepayment" is any amount you pay in excess of your regularly scheduled monthly payments of principal and interest that Ameriquest Mortgage Company applies to reduce the outstanding principal balance of your loan. Prepayment charges in OH only apply to payments made during the first 3 Years of a mortgage loan.

## EXAMPLE:

The following example shows how a "prepayment charge exchange ratio" (the amount by which a prepayment charge affects the interest rate) of one-half of one percent (50 basis points) would affect a sample set of loan terms. By choosing to add a prepayment charge to your loan, your interest rate, in this example, would be reduced by one-half of one percent (50 basis points). The following example shows how your options work.



| No Prepayment Charge Scenario* | Adding a Prepayment Charge Scenario* |
|---|---|
| *If you plan to sell or refinance your home within 3 Years , you may not want a prepayment charge on your loan. Your interest rate will be higher without a prepayment charge:* | *To reduce your interest rate, you can take a loan with a prepayment charge:* |
| Loan amount: $100,000 | Loan amount: $100,000 |
| Interest rate: 7% | Interest rate: 6.50% |
| Discount points: 2.75% ($2,750) | Discount points: 2.75% ($2,750) |
| Prepayment Charge: NO | Prepayment Charge: YES |

* The terms of your loan may be different from the above example. Other factors influence interest rate, such as your credit score and credit history, the type of income documentation you provide, whether you choose a fixed or adjustable interest rate, etc.

**Please ask your Ameriquest Mortgage Company account executive how the presence or absence of a prepayment charge would affect the interest rate on your loan.**

If you decide to include a prepayment charge on your loan, you can make additional principal payments up to a certain limit within a 12-month period; the specific terms of the prepayment charge are provided below. These terms will be included in the Note (legal document) you will sign at closing.

---

You may repay all or any part of the principal balance of this Note in accordance with the terms of this Section. A "prepayment" is any amount that you pay in excess of your regularly scheduled payments of principal and interest that the Lender will apply to reduce the outstanding principal balance on this Note in accordance with this Section.

**(A) Prepayment Made Three (3.00) year(s) After the Date of this Note**
If you make a prepayment commencing on or after the Three (3.00) year anniversary of the date of this Note, you may make that prepayment in full or in part, without the imposition of a prepayment charge by the Lender.

**(B) Prepayment Made Within Three (3.00) year(s) of the Date of this Note**
You agree to pay Lender a prepayment charge if you make a prepayment before the Three (3.00) year(s) anniversary of the date of this Note is executed. The prepayment charge you will pay will be equal to one percent (1%) of the original principal balance of this loan, if within any 12-month period, you prepay any amount which exceeds twenty percent (20%) of the original principal amount of the loan.

**(C) Application of Funds**
You agree that when you indicate in writing that you are making a prepayment, the Lender shall apply funds it receives first to pay any prepayment charge and next in accordance with the order of application of payments set forth in Section 2 of the Security Instrument.

**(D) Monthly Payments**
If you make a prepayment of an amount less than the amount needed to completely repay all amounts due under this Note and Security Instrument, your regularly scheduled payments of principal and interest will not change as a result.

---

Think carefully about what you want to do and consult a financial advisor. Adding a prepayment charge in exchange for a lower interest rate may be a good choice if you do not plan to sell or refinance your home for some time. On the other hand, you might not want to have a prepayment charge if you think you will sell or refinance soon. **Your Ameriquest Mortgage Company account executive can give you more information about the options available to you and the exact terms of your loan.**

E54-P (Rev. 09/24/03)



000000872013230405940101