# EXHIBIT 7

## PART 2

# EXHIBIT D

| | 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. INS. |
|---|---|---|---|---|---|

.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

SETTLEMENT STATEMENT

| 6. FILE NUMBER: TTC04-09118 | 7. LOAN NUMBER: 0109545704 |
|---|---|
| 8. MORTGAGE INS CASE NUMBER: | |

. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1.0  3/98   (TTC04-09118.PFD/TTC04-09118/9)

| E. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| :OBERT BRITT and TAMMY M BRITT 605 RUSSET DR McHENRY , IL | | Ameriquest Mortgage 175 E. Hawthorn Parkway, Suite 300 Vernon Hills, IL 60061 |

| E. PROPERTY LOCATION: 605 RUSSET DR MCHENRY, IL MCHENRY County, Illinois | H. SETTLEMENT AGENT: Tristar Title, LLC PLACE OF SETTLEMENT 1301 W 22nd St Ste 101 Oak Brook, Illinois 60523 | I. SETTLEMENT DATE: December 16, 2004 Disburse:12/23/04 |
|---|---|---|

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **00. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 01. Contract Sales Price | | 401. Contract Sales Price | |
| 02. Personal Property | | 402. Personal Property | |
| 03. Settlement Charges to Borrower (Line 1400) | 11,608.14 | 403. | |
| 04. Payoff to Chase Manhattan Mortgage | 125,642.02 | 404. | |
| 05. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 06. City/Town Taxes          to | | 406. City/Town Taxes          to | |
| 07. County Taxes          to | | 407. County Taxes          to | |
| 08. Assessments          to | | 408. Assessments          to | |
| 09. | | 409. | |
| 10. | | 410. | |
| 11. | | 411. | |
| 12. | | 412. | |
| **20. GROSS AMOUNT DUE FROM BORROWER** | 137,250.16 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **00. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 01. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 02. Principal Amount of New Loan(s) | 161,500.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 03. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 04. | | 504. Payoff of first Mortgage | |
| 0' | | 505. Payoff of second Mortgage | |
| 3. | | 506. | |
| :07. | | 507. | |
| :08. | | 508. | |
| :09. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| :10. City/Town Taxes          to | | 510. City/Town Taxes          to | |
| :11. County Taxes          to | | 511. County Taxes          to | |
| :12. Assessments          to | | 512. Assessments          to | |
| :13. | | 513. | |
| :14. | | 514. | |
| :15. | | 515. | |
| :16. | | 516. | |
| :17. | | 517. | |
| :18. | | 518. | |
| :19. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 161,500.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT TO/FROM BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 137,250.16 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 161,500.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| **303. CASH ( FROM ) ( X TO ) BORROWER** | 24,249.84 | **603. CASH ( TO ) ( FROM ) SELLER** | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein. I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower                                                                 Seller

ROBERT BRITT

TAMMY M BRITT

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

Tristar Title, LLC
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

SETTLEMENT CHARGES

| | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 00. TOTAL COMMISSION Based on Price | $ | @ | % | | |
| Division of Commission (line 700) as Follows: | | | | | |
| 01. $ to | | | | | |
| 02. $ to | | | | | |
| 03. Commission Paid at Settlement | | | | | |
| 04. | | to | | | |
| **00. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | | |
| 01. Loan Origination Fee % | to | | | | |
| 02. Loan Discount 2.1260 % | to Ameriquest Mortgage | | | 3,433.49 | |
| 03. Appraisal Fee | to Ameriquest Mortgage | | | 400.00 | |
| 04. Tax Related Service Fee | to Ameriquest Mortgage | | | 70.00 | |
| 05. Flood Search Fee | to Ameriquest Mortgage | | | 16.00 | |
| 06. Lenders Processing Fee | to Ameriquest Mortgage | | | 625.00 | |
| 07. Admin | to Ameriquest Mortgage | | | 238.00 | |
| 08. Application Fee | to Ameriquest Mortgage | | | 360.00 | |
| 09. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| **00. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | |
| 01. Interest From 12/23/04 to 01/01/05 @ $ 45.350000/day ( 9 days %) | | | | 408.15 | |
| 02. Mortgage Insurance Premium for months to | | | | | |
| 03. Hazard Insurance Premium for 1.0 years to | | | | | |
| 04. | | | | | |
| 05. | | | | | |
| **000. RESERVES DEPOSITED WITH LENDER** | | | | | |
| 001. Hazard Insurance | months @ $ | per month | | | |
| 002. Mortgage Insurance | months @ $ | per month | | | |
| 003. City/Town Taxes | months @ $ | per month | | | |
| 004. County Taxes | months @ $ | per month | | | |
| 005. Assessments | months @ $ | per month | | | |
| 006. | months @ $ | per month | | | |
| 007. | months @ $ | per month | | | |
| 008. | months @ $ | per month | | | |
| **100. TITLE CHARGES** | | | | | |
| 101. Settlement or Closing Fee | to Tristar Title, LLC | | | 100.00 | |
| 102. Abstract or Title Search | to | | | | |
| 103. Title Examination | to | | | | |
| 104. Title Insurance Binder | to | | | | |
| 105. Document Preparation | to | | | | |
| 106. Notary Fees | to | | | | |
| 107. Attorney's Fees | to | | | | |
| (includes above item numbers: ) | | | | | |
| 108. Title Insurance | to Ticor Title Insurance Company | | | 1,332.00 | |
| (includes above item numbers: ) | | | | | |
| 109. Lender's Coverage | $ 161,500.00 | | | | |
| 110. Owner's Coverage | $ | | | | . |
| 111. | | | | | |
| 112. | | | | | |
| 113. | | | | | |
| **200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | | |
| 201. Recording Fees: Deed $ ; Mortgage $ 38.50; Releases $ | | | | 38.50 | |
| 202. City/County Tax/Stamps: Deed ; Mortgage | | | | | |
| 203. State Tax/Stamps: Revenue Stamps ; Mortgage | | | | | |
| 204. | | | | | |
| 205. | | | | | |
| **300. ADDITIONAL SETTLEMENT CHARGES** | | | | | |
| 301. Survey | to | | | | |
| 302. Pest Inspection | to | | | | |
| 303. | | | | | |
| 304. | | | | | |
| 305. See addit'l disb. exhibit | to | | | 4,585.00 | |
| 400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | | | 11,806.14 | |

Tristar Title, LLc
Settlement Agent

Certified to be a true copy.
The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower                                                    Seller

ROBERT BRITT


TAMMY M BRITT

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

Tristar Title, LLc
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

## ADDITIONAL DISBURSEMENTS EXHIBIT

| | |
|---|---|
| Borrower: | ROBERT BRITT and TAMMY M BRITT |
| Lender: | Ameriquest Mortgage |
| Settlement Agent: | Tristar Title, LLC |
| | (630)954-4000 |
| Place of Settlement: | 1301 W 22nd St Ste 101 |
| | Oak Brook, Illinois 60523 |
| Settlement Date: | December 16, 2004 |
| Disbursement Date: | December 23, 2004 |
| Property Location: | 2605 RUSSET DR |
| | MCHENRY, IL |
| | MCHENRY County, Illinois |

| PAYEE/DESCRIPTION | NOTE/REF NO | BORROWER | SELLER |
|---|---|---|---|
| NCO Fin Sys<br>Payoff | | 643.00 | |
| AR Concepts Inc<br>Payoff | | 56.00 | |
| CBE Group<br>Payoff | | 90.00 | |
| Merchants Credit Guide<br>Payoff | | 425.00 | |
| Tri County Accounts<br>Payoff | | 61.00 | |
| Unifund<br>Payoff | | 1,563.00 | |
| A R Concepts Inc<br>Payoff | | 67.00 | |
| Medclr Inc / NCO<br>Payoff | | 54.00 | |
| OSI Collection Svc<br>Payoff | | 155.00 | |
| Amer Coll Co<br>Payoff | | 299.00 | |
| TCm Inc<br>Payoff | | 50.00 | |
| Dept. Of Education<br>Payoff | | 1,122.00 | |

Total Additional Disbursements shown on Line 1305   $   4,585.00   $   0.00

(TTC04-08118.PFD/TTC04-08118/5)

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

| | |
|---|---|
| Borrower: | ROBERT BRITT and TAMMY M BRITT |
| Lender: | Ameriquest Mortgage |
| Settlement Agent: | Tristar Title, LLC |
| | (630)954-4000 |
| Place of Settlement: | 1301 W 22nd St Ste 101 |
| | Oak Brook, Illinois 60523 |
| Settlement Date: | December 16, 2004 |
| Disbursement Date: | December 23, 2004 |
| Property Location: | 2605 RUSSET DR |
| | MCHENRY, IL |
| | MCHENRY County, Illinois |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____
ROBERT BRITT

_____
TAMMY M BRITT

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Tristar Title, LLC
Settlement Agent

RNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(TTC04-08118.PFD/TTC04-08118/5)

**EXHIBIT E**

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Preliminary ☐    Final ☒

LENDER: Ameriquest Mortgage Company
175 E. Hawthorne Parkway, # 355
Vernon Hills, IL 60061
(847)362-8171

Broker License:

Borrowers: ROBERT BRITT    TAMMY M BRITT

Type of Loan:  ADJUSTABLE RATE
Date:  December 16, 2004

Address:      2605 RUSSET DR.
City/State/Zip:  McHenry,IL 60050

Loan Number:  0100645704 - 5550

Property:    2605 RUSSET DR., McHenry, IL  60050

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.621  % | $ 364,732.96 | $ 156,247.36 | $ 520,980.32 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,447.21 | 02/01/2005 | | | |
| 1 | $1,431.93 | 01/01/2035 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature.  Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:    You are giving a security interest in the property located at: 2605 RUSSET DR., McHenry, IL 60050

ASSUMPTION:  Someone buying this property ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:   You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES:   If a payment is late, you will be charged  5.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
☐ may  ☒ will not    have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____    _____
Borrower ROBERT BRITT         Date

_____    _____
Borrower TAMMY M BRITT        Date

_____    _____
Borrower               Date

_____    _____
Borrower               Date

TIL1 (Rev. 7/01)        0000010054570403057501 01    ORIGINAL COPY

12/16/2004 2:02:15 PM

**EXHIBIT F**

ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower : ROBERT BRITT
TAMMY M BRITT

Close Date:                    12/16/2004

Loan Number :   0100645704 - 5550

| Payee | | Amount |
|-------|---|--------|
| NCO FIN SYS | (W) | $643.00 |
| A R CONCEPTS INC. | (W) | $56.00 |
| CBE GROUP | (W) | $90.00 |
| MERCHANTS CREDIT GUIDE | (W) | $425.00 |
| TRI-COUNTY ACCOUNTS | (W) | $61.00 |
| UNIFUND | (W) | $1,563.00 |
| CHASE MORT | (W) | $125,642.02 |
| A R CONCEPTS INC. | (W) | $67.00 |
| MEDCLR INC / NCO | (W) | $54.00 |
| OSI Collection SVC | (W) | $155.00 |
| AMER COLL CO | (W) | $299.00 |
| TCM INC | (W) | $50.00 |
| US DEPT OF EDUCATION | (W) | $1,122.00 |

Total Wire:   $155,947.36

Loan Amount:              161,500.00

Cash/Check from
Borrower:

Borrower Proceeds:        $24,249.84

Estimated Funding Date:        12/23/2004

Title Company Representative Signature            Date

Print Date:        12/16/2004        02:02PM

895-7UnV (2/2004)

0000010064570403074307707

# EXHIBIT G

CLOSING INSTRUCTIONS
## ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| TRISTAR TITLE, LLC | KELLY SLEETER | (630)954-4000 | TTC04-08118 |

| Borrower(s) | Property Address |
|---|---|
| ROBERT BRITT  TAMMY M BRITT | 2605 RUSSET DR. |
| | McHenry            IL        60050 |
| | Loan Number: 0100645704 |

FROM: Ameriquest Mortgage Company - Vernon Hills, IL    Phone No. (847)362-8171     Fax (847)362-8132
Branch Name                                                      Branch Phone No.                          Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN.  YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT.  YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM  VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801. Loan origination fee     % to | | |
| 802. Loan discount  2.126 % to  Ameriquest Mortgage Company | | $3,433.49 |
| 803. Apprsl/Prop Val to Reimbursed to Lender | | $400.00 |
| 808. Yield Spread Premium to | | |
| 809. | | |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | | $70.00 |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | | $16.00 |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | | $626.00 |
| 813.Admin to Ameriquest Mortgage Company | | $239.00 |
| 814. Doc. Prep. Fee to | | |
| 815. Credit Report Fee to | | |
| 816.  Origination Fee    % to | | |
| 817. Application Fee to  Ameriquest Mortgage Company | | $360.00 |
| 818. Underwriting Fee to | | |
| 819. Service Provider Fee to | | |
| 820. Processing Fee  to | | |
| 821. Underwriting Fee to | | |
| 822. Appraisal Fee to | | |
| 901. Interest from 12/23/2004  to 01/01/2005  @  $45.35 per day | | $408.15 |
| 902. Mortgage insurance premium for          months to | | |
| 903. Hazard Ins prem  to | | $0.00 |
| 904. Flood Ins prem  to | | |
| 1001. Hazard insurance     months @ $     per month | | |
| 1002. Mortgage insurance    months @ $   per month | | |
| 1003. Earthquake Ins    months @ $   per month | | |
| 1004. County prop. taxes    months @ $   per month | | |
| 1005. Annual assess.   months @ $    per month | | |
| 1006. Flood    months @ $     per month | | |
| 1007.  Windstorm Ins   months @ $     per month | | |
| 1008. | | |
| 1101. Settlement or closing fee to  TRISTAR TITLE, LLC | | $100.00 |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| 1108. Title insurance to  TRISTAR TITLE, LLC | | $1,332.00 |
| 1109. Lender's coverage | | |
| 1110. Owner's coverage         $ | $1,332.00 | |
| 1111. Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to | | |
| 1201. Recording fees | | $38.50 |
| 1202. City/county tax/stamps | | |
| 1203. State tax/ stamps | | |
| 1204. State specific fee | | |
| 1301. Demand to | | |
| 1302. Pest Inspection to | | |
| 1303. Survey Fee | | |
| 1304. Staff Appraiser Fee | | |
| 1305. Reconveyance Fee to | | |
| 1306. | | |
| 1307. Property Val Fee to | | |
| 1308. Courier Fee | | |

Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.

_____        _____
Title Company Representative Signature        Date



00000100645704030743070S

# EXHIBIT H

Ameriquest Mortgage Company

Summary of Debts and Disbursements
(Refinance Loans Only)

Borrower: ROBERT BRITT    TAMMY M BRITT

Date: December 16, 2004
Branch:
Vernon Hills, IL

L... Number: 0100645704 - 5550

| | Fees | | |
|---|---|---|---|
| Loan Discount Fee | 2.126 | $3,433.49 | Short to Close |
| Lender Retained Fees | | $1,311.00 | |
| Prepaid Interest | | $408.15 | |
| Fees Paid to Others | | $1,870.50 | Total Payoffs $130,227.02 |
| | | | |
| | | | Cash to Borrower $24,249.84 |

Total Points & Fees          $7,023.14

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| NCO FIN SYS | | $643.00 | |
| COLORADO CAPITAL INV | | | |
| A R CONCEPTS INC. | | .$56.00 | |
| CBE GROUP | | $90.00 | |
| MERCHANTS CREDIT GUIDE | | $425.00 | |
| TRI-COUNTY ACCOUNTS | | $61.00 | |
| MIDLAND CREDIT MANAG | | | |
| NICOR GAS | $148.00 | | $5.00 |
| UNIFUND | | $1,563.00 | |
| CHASE MORT | | $125,642.02 | |
| Credit Protection | $82.00 | | $3.00 |
| CROSS CNTY BK | | | |
| A R CONCEPTS INC. | | $67.00 | |
| MIDLAND CREDIT | | | |
| MEDCLR INC / NCO | | $54.00 | |
| OSI Collection SVC | | $155.00 | |
| COLORADO CAP | | | |
| NICOR GAS | $14.00 | | $1.00 |
| AMER COLL CO | | $299.00 | |
| TCM INC | | $50.00 | |
| US DEPT OF EDUCATION | | $1,122.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

0000010054570402047590101

D5D (Rev.01/02)

Total Payments:          $9.00

**EXHIBIT I**

# NOTICE OF RIGHT TO CANCEL

ENDER:   Ameriquest Mortgage Company

DATE:  December 16, 2004
LOAN NO.:  0100645704 - 5550
TYPE:  ADJUSTABLE RATE

BORROWER(S): ROBERT BRITT      TAMMY M BRITT

ADDRESS:       2605 RUSSET DR.
CITY/STATE/ZIP:  McHenry,IL 60050

PROPERTY:  2605 RUSSET DR.
             McHenry,  IL  60050

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
| ; |

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE:  (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
|  |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          ____          _____          ____
BORROWER/OWNER ROBERT BRITT                   Date          BORROWER/OWNER  TAMMY M BRITT                   Date

_____          ____          _____          ____
BORROWER/OWNER                                Date          BORROWER/OWNER                                 Date

1064-NRC (Rev 11/03)

**BORROWER COPY**

0000010064570404000050101

12/16/2004 2:02:15 PM

## NOTICE OF RIGHT TO CANCEL

=NDER:   Ameriquest Mortgage Company

DATE:   December 16, 2004
LOAN NO.:   0100645704 - 5550
TYPE:   ADJUSTABLE RATE

BORROWER(S): ROBERT BRITT        TAMMY M BRITT

ADDRESS:        2605 RUSSET DR.
CITY/STATE/ZIP:    McHenry,IL 60050

PROPERTY:   2605 RUSSET DR.
                   McHenry,  IL  60050

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

> ENTER DOCUMENT SIGNING DATE

:

   or
2.   The date you received your Truth in Lending disclosures;
   or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:        (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____
BORROWER/OWNER ROBERT BRITT                    Date

_____
BORROWER/OWNER TAMMY M BRITT                   Date

_____
BORROWER/OWNER                                               Date

_____
BORROWER/OWNER                                               Date

1064-NRC (Rev 11/03)


0000010064570404000501 01

BORROWER COPY

12/16/2004 2:02:15 PM

## NOTICE OF RIGHT TO CANCEL

ENDER:   Ameriquest Mortgage Company

DATE:   December 16, 2004
LOAN NO.:   0100645704 - 5550
TYPE:   ADJUSTABLE RATE

BORROWER(S): ROBERT BRITT          TAMMY M BRITT

ADDRESS:          2605 RUSSET DR.
CITY/STATE/ZIP:   McHenry,IL 60050

PROPERTY:   2605 RUSSET DR.
            McHenry, IL  60050

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| ———————————— |

;

or

2.   The date you received your Truth in Lending disclosures;
     or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| ———————————— |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE                                        DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          _____
BORROWER/OWNER ROBERT BRITT          Date          BORROWER/OWNER  TAMMY M BRITT          Date

_____          _____
BORROWER/OWNER          Date          BORROWER/OWNER          Date

1064-NRC (Rev 11/03)

0000010064570404000050101

BORROWER COPY

12/16/2004 2:02:15 PM

## NOTICE OF RIGHT TO CANCEL

\NDER:   Ameriquest Mortgage Company

DATE:   December 16, 2004
LOAN NO.:   0100645704 - 5550
TYPE:   ADJUSTABLE RATE

BORROWER(S): ROBERT BRITT       TAMMY M BRITT

ADDRESS:       2605 RUSSET DR.
CITY/STATE/ZIP:   McHenry,IL 60050

PROPERTY:   2605 RUSSET DR.
                    McHenry,  IL  60050

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
|  |

;

or

2.   The date you received your Truth in Lending disclosures;
     or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
|  |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          _____
BORROWER/OWNER ROBERT BRITT         Date    BORROWER/OWNER TAMMY M BRITT         Date

_____          _____
BORROWER/OWNER                          Date    BORROWER/OWNER                          Date

1064-NRC (Rev 11/03)

0000010064570404000050101

LENDER COPY

12/16/2004 2:02:15 PM

# NOTICE OF RIGHT TO CANCEL

NDER:  Ameriquest Mortgage Company

DATE:   December 16, 2004
LOAN NO.:   0100645704 - 5550
TYPE:   ADJUSTABLE RATE

BORROWER(S): ROBERT BRITT        TAMMY M BRITT

ADDRESS:        2605 RUSSET DR.
CITY/STATE/ZIP:   McHenry,IL 60050

PROPERTY:   2605 RUSSET DR.
              McHenry, IL  60050

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
|  |

;

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## IOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
|  |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                                                  DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          _____
BORROWER/OWNER ROBERT BRITT        Date        BORROWER/OWNER TAMMY M BRITT        Date

_____          _____
BORROWER/OWNER                            Date        BORROWER/OWNER                            Date

1064-NRC (Rev 11/03)


0000010064570404005010

BORROWER COPY

12/16/2004 2:02:15 PM

## NOTICE OF RIGHT TO CANCEL

ˉNDER:   Ameriquest Mortgage Company

DATE:   December 16, 2004
LOAN NO.:   0100645704 - 5550
TYPE:   ADJUSTABLE RATE

BORROWER(S): ROBERT BRITT        TAMMY M BRITT

ADDRESS:        2605 RUSSET DR.
CITY/STATE/ZIP:   McHenry,IL 60050

PROPERTY:   2605 RUSSET DR.
                   McHenry,  IL  60050

   You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is    | ENTER DOCUMENT SIGNING DATE |   ;

      or
2. The date you received your Truth in Lending disclosures;
      or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

ˌOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must    | ENTER FINAL DATE TO CANCEL |
send the notice no later than MIDNIGHT of

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

SIGNATURE                                           DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER ROBERT BRITT                    Date        BORROWER/OWNER  TAMMY M BRITT                    Date

BORROWER/OWNER                                        Date        BORROWER/OWNER                                        Date

1054-NRC (Rev 11/03)

0000010064570404000050101

BORROWER COPY

12/16/2004 2:02:15 PM

# NOTICE OF RIGHT TO CANCEL

DER:  Ameriquest Mortgage Company

DATE:  December 16, 2004
LOAN NO.:  0100645704 - 5550
TYPE:  ADJUSTABLE RATE

BORROWER(S): ROBERT BRITT       TAMMY M BRITT

ADDRESS:       2605 RUSSET DR.
CITY/STATE/ZIP:  McHenry,IL 60050

PROPERTY:  2605 RUSSET DR.
                McHenry,  IL  60050

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

> ENTER DOCUMENT SIGNING DATE
>
> _____

;

or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> ENTER FINAL DATE TO CANCEL
>
> _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____       _____
BORROWER/OWNER ROBERT BRITT              Date

_____       _____
BORROWER/OWNER TAMMY M BRITT             Date

_____       _____
BORROWER/OWNER                           Date

_____       _____
BORROWER/OWNER                           Date

1064-NRC (Rev 11/03)

0000010064570404050101

**BORROWER COPY**

12/16/2004 2:02:15 PM

**EXHIBIT J**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0100645704 - 5550          Borrower(s): ROBERT BRITT
Date: December 16, 2004                               TAMMY M BRITT

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  ROBERT BRITT                                      Date

_____          _____
Borrower/Owner  TAMMY M BRITT                                   Date

_____          _____
Borrower/Owner                                                                Date

_____          _____
Borrower/Owner                                                                Date

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                                              Date



0000010064570404220101

12/16/2004 2:02:15 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0100645704 - 5550

Date: December 16, 2004

Borrower(s): ROBERT BRITT
TAMMY M BRITT

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  ROBERT BRITT

Date

---

Borrower/Owner  TAMMY M BRITT

Date

---

Borrower/Owner

Date

---

Borrower/Owner

Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

---

Borrower/Owner Signature

Date

---



0000010064570404042201 01

850 (10/00)

12/16/2004 2:02:15 PM

LENDER COPY

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0100645704 - 5550          Borrower(s): ROBERT BRITT
Date: December 16, 2004                                    TAMMY M BRITT

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____          _____
Borrower/Owner  ROBERT BRITT                                          Date


_____          _____
Borrower/Owner  TAMMY M BRITT                                       Date


_____          _____
Borrower/Owner                                                               Date


_____          _____
Borrower/Owner                                                               Date

| REQUEST TO CANCEL |
| --- |
| I/We want to cancel loan #_____. |
| |
| _____          _____ |
| Borrower/Owner Signature                                Date |



0000010064570404042201011

850 (10/00)

12/16/2004 2:02:15 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0100645704 - 5550                    Borrower(s): ROBERT BRITT
Date: December 16, 2004                                           TAMMY M BRITT

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  ROBERT BRITT                                     Date

_____          _____
Borrower/Owner  TAMMY M BRITT                                   Date

_____          _____
Borrower/Owner                                                          Date

_____          _____
Borrower/Owner                                                          Date

---

## REQUEST TO CANCEL

I/We want to cancel loan # _____.

_____          _____
Borrower/Owner Signature                                        Date

---



00000100645704040422010 1

Ε50 (10/00)

12/16/2004 2:02:15 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0100645704 - 5550       Borrower(s): ROBERT BRITT
Date: December 16, 2004                      TAMMY M BRITT

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

 

_____    _____

Borrower/Owner  ROBERT BRITT                         Date

_____    _____

Borrower/Owner  TAMMY M BRITT                      Date

_____    _____

Borrower/Owner                                    Date

_____    _____

Borrower/Owner                                    Date

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____    _____

Borrower/Owner Signature                      Date



00000100645704040422010 1

850 (10/00)

12/16/2004 2:02:15 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0100645704 - 5550          Borrower(s): ROBERT BRITT
Date:  December 16, 2004                              TAMMY M BRITT

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

>Ameriquest Mortgage Company
>1600 S Douglass Rd Anaheim, CA 92806
>ATTN: Funding Department
>Phone: (714)541-9960
>Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  ROBERT BRITT                                        Date

_____          _____
Borrower/Owner  TAMMY M BRITT                                     Date

_____          _____
Borrower/Owner                                                                Date

_____          _____
Borrower/Owner                                                                Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                                             Date

---


0000010064570404220101

12/16/2004 2:02:15 PM

**BORROWER COPY**

850 (10/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0100645704 - 5550          Borrower(s): ROBERT BRITT
Date: December 16, 2004                          TAMMY M BRITT

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  ROBERT BRITT                      Date

_____          _____
Borrower/Owner  TAMMY M BRITT                    Date

_____          _____
Borrower/Owner                                          Date

_____          _____
Borrower/Owner                                          Date

---

## REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                           Date



00000100645704040422010 1

850 (10/00)

12/16/2004 2:02:15 PM

**BORROWER COPY**

# EXHIBIT K

**Ameriquest Mortgage Company**

Borrower Name: ROBERT BRITT                    Loan Number: 0100645704 - 5550

Borrower Name: TAMMY M BRITT                   Property Address: 2605 RUSSET DR.
                                                                 McHenry, IL  60050

### UNDERSTANDING YOUR OPTIONS REGARDING
### INTEREST RATES AND DISCOUNT POINTS

The interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are related to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the interest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by taking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount points. The following example shows how your options work.







   * The terms of your loan may be different from the above example. Other factors influence rate, such as how much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but *not* necessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for some time. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon. Your account executive can give you more information about the options available to you and the exact terms of your loan.



854 (Rev. 09/24/03)

# EXHIBIT L

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
### 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email: edcombs@aol.com
### www.edcombs.com

November 13, 2006

BY CERTIFIED MAIL

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

      Re:    Notice of rescission, claim and lien, Robert Britt and Tammy Britt,
              2605 Russet Drive, McHenry, Illinois 60050, loan of December 16,
              2004

Ladies/Gentlemen:

        Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

        Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

        If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on November 13, 2006.

Daniel A. Edelman