**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                                    Plaintiff,

v.                                                   Case No.: 1:05−cv−07097
                                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 30, 2007:

MINUTE entry before Judge Marvin E. Aspen dated 1/30/07: Defendant Citifinancial Mortgage Company's Motion to withdraw Samuel R. Ardery anhd Suzette M. Sims as counsel for Citifinancial (Dkt. No. 415) is granted. Motion terminated. Jonathan N. Ledsky, counsel for defendant Ameriquest Mortgage Co., is now assuming the defense on behalf of Citifinancial Mortgage Co. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.