UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH A. NAURACY and <br> GERALDINE NAURACY <br> Plaintiffs, <br><br> AMERIQUEST MORTGAGE COMANY, <br> CITIFINANCIAL MORTGAGE COMPANY, <br> et al., <br> Defendants. | ) <br> ) <br> ) <br> ) MDL 1715 <br> ) USDC NO.: 06 cv 3424 <br> ) <br> ) formerly USDC – No. Dist. Indiana <br> ) CASE NO. 2:06:-CV-00130-PPS-APR <br> ) <br> ) |

## ORDER TO WITHDRAW AS COUNSEL

The Court, having examined Samuel R. Ardery and Suzette V. Sims' Motion to Withdraw as Counsel of Record on behalf of Citifinancial Mortgage Company and being duly advised in the premises, now grants same and hereby withdraws Samuel R. Ardery and Suzette V. Sims as counsel of record on behalf of Citifinancial Mortgage Company and further direct the parties to remove Samuel R. Ardery and Suzette V. Sims as counsel of record in this matter.

SO ORDERED this 30 day of January, 2007.

_____, Judge

Distribution:
dedelman@edcombs.com
courteck@aol.com
ecombs@edcombs.com
jlatturner@edcombs.com
jledsky@vblhc.com
cvarga@vblhc.com
sardery@lawbr.com

Samuel R. Ardery
Bunger & Robertson
PO Box 910
Bloomington, Indiana 47404