# EXHIBIT A





# CAREERS

Careers

Log in

Search for Jobs

Create an Account

Help

Click on Search Jobs to find an opening in your desired area and to submit your resume.

Welcome to the job search engine—your key to finding open positions that match your skills, talent and interests. This is the jumping-off point for exploring career opportunities in three organizations within our family of companies:

- **Ameriquest Mortgage Company:** One of the country's premiere mortgage lenders. Ameriquest has been helping people achieve their dreams for over a quarter century.

- **AMC Mortgage Services, Inc.:** Once a mortgage loan funds, this stand-alone company focuses on the selling, servicing and asset management of the loan portfolio. The focus is on providing the highest level of quality in servicing to mortgage loan customers as well as to our banking and investment communities worldwide.

- **ACC Capital Holdings Corporation:** As the parent company for Ameriquest and AMC Mortgage Services, the talented and dedicated team that works in this organization oversees a variety of functions, projects and activities that span across the enterprise.

Although each company has its own area of specialty, we all share a clear belief that to be the best, we have to hire the best. So on behalf of all of us, thank you for your interest and we look forward to speaking with you.

Privacy & Security



Ameriquest Mortgage Company and AMC Mortgage Services, Inc. are subsidiaries of ACC Capital Holdings Corporation and are Equal Housing Lenders.
© 2006 Ameriquest Mortgage Company and AMC Mortgage Services, Inc. in the states of Texas, Rhode Island and New Hampshire.
AMC Mortgage Services also doing business as Delaware AMC Mortgage Services, Inc. and/or its subsidiaries. All rights reserved.
Trade/servicemarks are the property of ACC Capital Holdings Corporation and/or its subsidiaries.

# EXHIBIT B

# CYBERDRIVEILLINOIS

**JESSE WHITE**
SECRETARY OF STATE

SERVICES  PROGRAMS  PRESS  PUBLICATIONS  DEPARTMENTS  CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | AMERIQUEST MORTGAGE COMPANY | File Number | 57978406 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 09/16/1994 | State | DELAWARE |
| Agent Name | NATIONAL REGISTERED AGENTS INC | Agent Change Date | 05/24/2004 |
| Agent Street Address | 200 WEST ADAMS STREET | President Name & Address | ASEEM MITAL 1100TOWN & COUNTRY ROAD #1100 ORANGE CA 92868 |
| Agent City | CHICAGO | Secretary Name & Address | ADAM J BASS SAME |
| Agent Zip | 60606 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 09/06/2006 | For Year | 2006 |
| Assumed Name | INACTIVE - AMERIQUEST MORTGAGE CORPORATION INACTIVE - LONG BEACH ACCEPTANCE CORP. | | |
| Old Corp Name | 05/01/1997 - LONG BEACH MORTGAGE COMPANY | | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT C

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > <u>IL Mortgage Records</u> ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 2/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

☞Select for FOCUS™ or Delivery

☑ 1. <u>STEWARD, EDMUND L</u>;, STEWARD, ELZADIA, (Husband and Wife),, Joint Tenancy, 2207 W 107TH ST,, CHICAGO,, IL, 60643, 2/6/2006, 0603716076, 25-18-301-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 2. <u>CRUMBAKER, NORMA A</u>, 5758 W AINSLIE ST,, CHICAGO,, IL, 60630, 2/8/2006, 0603915094, 13-08-425-102, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 3. <u>JACOBS, KENNETH M</u>;, JACOBS, KATHERINE E, 1140 N DERBYSHIRE DR,, ARLINGTON HEIGHTS,, IL, 60004, 2/14/2006, 0604512040, 03-20-420-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 4. <u>USIAK, THOMAS</u>;, USIAK, KATHLEEN M, 1624 KINGSTON LN,, SCHAUMBURG,, IL, 60193, 2/14/2006, 0604512048, 07-29-111-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 5. <u>WEAVER, ANN</u>, 5200 HARRISON ST,, HILLSIDE,, IL, 60162, 2/14/2006, 0604516059, 15-18-109-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 6. <u>LAPORTA, RONALD S</u>;, LAPORTA, LORNA A,, Joint Tenancy, 12624 S CENTRAL AVE,, PALOS HEIGHTS,, IL, 60463, 2/14/2006, 0604517024, 24-29-403-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 7. <u>MYERS, BERNADETTE B</u>, 1722 W ESTES AVE B,, CHICAGO,, IL, 60626, 2/15/2006, 0604622056, 11-31-202-028-1006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 8. <u>KHAN, WASEEM M</u>;, KHAN, MEHVISH, (Husband and Wife),, Joint Tenancy, 5410 N KIMBALL,, CHICAGO,, IL, 60659, 2/15/2006, 0604632111, 13-11-207-035, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 9. <u>MARTINEZ, SALVADOR M</u>, 3931 S CAMPBELL AVE,, CHICAGO,, IL, 60632, 2/16/2006, 0604705003, 19-01-214-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 10. <u>JIMENEZ, STEPHEN R</u>;, JIMENEZ, DEBRA, (Husband and Wife),, Joint

Tenancy, 5556 W WARWICK
AVE,, CHICAGO,, IL, 60641, 2/16/2006, 0604705004, 13-21-116-019, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
Records** 
Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:32 PM EST

LexisNexis

<u>About LexisNexis</u>  | <u>Terms & Conditions</u>
<u>Copyright ©</u> 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 2/2006** (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☑ 11. ALVAREZ, RENE C;, ALVAREZ, LETICIA, (Husband and Wife),, Tenants By Entireties, 1923 ARTHUR AVE,, BERKELEY,, IL, 60163, 2/16/2006, 0604705009, 15-07-316-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 12. MYERS, MICHEAL R;, MYERS, EVA F, (Husband and Wife),, Tenants By Entireties, 4110 CLINTON AVE,, BERWYN,, IL, 60402, 2/16/2006, 0604705026, 19-06-115-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 13. DEMERY, JAMES C;, DEMERY, ANNA L, (Husband and Wife),, Joint Tenancy, 7051 MULBERRY ST,, HANOVER PARK,, IL, 60133, 2/16/2006, 0604705030, 06-36-204-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 14. AL SAIGH, MAJED;, AL SAIGH, MARY, (Husband and Wife),, Tenants in Common, 666 W 14TH PL,, CHICAGO HEIGHTS,, IL, 60411, 2/16/2006, 0604705041, 32-19-305-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 15. CASTILLO, FRANCISCO;, CASTILLO, MAGDELENA,, Tenants By Entireties, 10231 W DICKENS AVE,, MELROSE PARK,, IL, 60164, 2/16/2006, 0604705042, 12-33-122-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 16. BROWN JR, ROLAND;, BROWN, DANNIE, (Husband and Wife),, Joint Tenancy, 5243 W HIRSCH ST,, CHICAGO,, IL, 60651, 2/16/2006, 0604705049, 16-04-120-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 17. EBEIGBE, LELIA A, 12337 S CARPENTER ST,, CALUMET PARK,, IL, 60827, 2/16/2006, 0604705051, 25-29-403-043, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 18. AYALA, RICARDO;, ZUNIGA, VERONICA, (Husband and Wife),, Tenants By Entireties, 1761 QUEENSBURY CIR,, HOFFMAN ESTATES,, IL, 60195, 2/16/2006, 0604705091, 07-08-104-028-1182, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

19. RUSH, RONALD R;, RUSH, GEORGIA A, (Husband and Wife),, Tenants in

☑ Common, 364 HICKORY ST,, CHICAGO HEIGHTS,, IL, 60411, 2/16/2006, 0604705092, 32-19-426-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 20. KARSTENSEN, ANDREW, (Single or Unmarried Man), 4452 KEENEHAND CT,, RICHTON PARK,, IL, 60471, 2/16/2006, 0604705100, 31-27-315-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** 
Terms: **county(cook) and lender(ameriquest) and date is 2/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:32 PM EST

<u>About LexisNexis</u> | <u>Terms & Conditions</u>
●LexisNexis® <u>Copyright</u> © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ℹ️
Terms: county(cook) and lender(ameriquest) and date is 2/2006 (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☑ 21. KING, EVER, 1521 W 91ST
ST,, CHICAGO,, IL, 60620, 2/16/2006, 0604705113, 25-05-301-064, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 22. GUDANI JR, ARSENIO R;, GUDANI, MYRNA L, (Husband and Wife),, Joint
Tenancy, 5653 N JERSEY
AVE,, CHICAGO,, IL, 60659, 2/16/2006, 0604705121, 13-02-434-024, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 23. WALLACE, MARCUS A, (Single or Unmarried Man), 7125 S TROY
ST,, CHICAGO,, IL, 60629, 2/16/2006, 0604705127, 19-25-101-013, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 24. KUBIK, JEFFREY;, KUBIK, MARIA, (Husband and Wife),, Tenants By
Entireties, 3743 HARVEY
AVE,, BERWYN,, IL, 60402, 2/16/2006, 0604705133, 16-32-319-034, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 25. SCHMIDT, ANTHONY N;, SCHMIDT, VICKY R, (Husband and Wife),, Tenants in
Common, 7607 W 170TH ST,, TINLEY
PARK,, IL, 60477, 2/16/2006, 0604705139, 27-25-217-009, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 26. CAULFIELD, PATRICK A;, CAULFIELD, COLLEEN K,, Joint Tenancy, 17819 65TH
CT,, TINLEY PARK,, IL, 60477, 2/16/2006, 0604705140, 28-31-221-022, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 27. ELAZIER, KENNETH B, 1147
HERBERT,, BERKELEY,, IL, 60163, 2/16/2006, 0604754004, 15-06-307-
014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 28. FRENCH, MARY, (Single or Unmarried Woman);, FRENCH, FRANCIS, (Single or
Unmarried Woman),, Joint Tenancy, 925 E POINT
DR,, SCHAUMBURG,, IL, 60193, 2/17/2006, 0604815017, 07-26-301-012, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 29. JOHNSON, KIM D, 309
AUGUSTA,, MAYWOOD,, IL, 60153, 2/17/2006, 0604815020, 15-02-339-
028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 30. <u>ELLIS, MARY L</u>, (Single or Unmarried Woman), 1517 S 9TH AVE,, MAYWOOD,, IL, 60153, 2/21/2006, 0605205035, 15-14-140-013, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > <u>IL Mortgage Records</u> 
Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:38 PM EST

🛞 LexisNexis®   <u>About LexisNexis</u>  |  <u>Terms & Conditions</u>
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records i

Terms: county(cook) and lender(ameriquest) and date is 2/2006 (Edit Search | Suggest Terms for My Search)

↰Select for FOCUS™ or Delivery

☑ 31. MILLER, PAUL L;, MILLER, PAMELA K, (Husband and Wife),, Joint Tenancy, 7102
MEADOWBROOK LN,, HANOVER PARK, IL, 60133, 2/21/2006, 0605205038, 07-
31-209-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 32. MASSIE JR, JERRY L, 14929 COOPER
AVE,, HARVEY,, IL, 60426, 2/21/2006, 0605205039, 29-07-322-014, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 33. STARBUCK, ROBERT;, STARBUCK, GAYLE, (Husband and Wife),, Tenants in
Common, 3914 N PANAMA
AVE,, CHICAGO,, IL, 60634, 2/21/2006, 0605205042, 12-23-205-046, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 34. HARGRAVES, DONALD E;, HARGRAVES, DIANE, (Husband and Wife),, Tenants By
Entireties, 8541 S SAWYER
AVE,, CHICAGO,, IL, 60652, 2/21/2006, 0605205045, 19-35-421-089, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 35. EYLANDER, GERRIT;, EYLANDER, BARBARA J,, Joint Tenancy, 605 E 164TH
PL,, SOUTH HOLLAND,, IL, 60473, 2/21/2006, 0605236087, 29-22-212-
010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 36. WICKEY, CYNTHIA A, (Surviving Joint Tenant), 3017 N MANGO
AVE,, CHICAGO,, IL, 60634, 2/21/2006, 0605236096, 13-29-213-014, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 37. HOWARD, ROBIN, 7709 S SPAULDING
AVE,, CHICAGO,, IL, 60652, 2/21/2006, 0605236105, 19-26-412-003, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 38. BUBLICH, SHIRLEY, 9137 W MANSFIELD DR,, TINLEY
PARK,, IL, 60477, 2/21/2006, 0605236106, 27-34-303-010, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 39. MASON, LENDA M, 6343 S VERNON
AVE,, CHICAGO,, IL, 60637, 2/21/2006, 0605236107, 20-22-201-038, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   40. IPINA, FRANCISCO G;, IPINA, ANITA, (Husband and Wife),, Joint Tenancy, 2748
        W 47TH ST,, CHICAGO,, IL, 60632, 2/21/2006, 0605236108, 19-01-422-
        038, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

Source:  Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
         Records ⓘ
Terms:  county(cook) and lender(ameriquest) and date is 2/2006  (Edit Search | Suggest Terms for My Search)
View:  Cite
Date/Time:  Wednesday, December 6, 2006 - 4:38 PM EST

About LexisNexis  |  Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

⟨(((⟩ LexisNexis®

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ℹ️

Terms: **county(cook) and lender(ameriquest) and date is 2/2006** (Edit Search | Suggest Terms for My Search)

⌁Select for FOCUS™ or Delivery

☑ 41. HILL, MARVIN;, SHAFFER HILL, DEBORAH JILL, (Husband and Wife),, Tenants By
Entireties, 2165 SOMERSWORTH
PL,, SCHAUMBURG,, IL, 60195, 2/21/2006, 0605236109, 07-07-201-084, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 42. ALLISON, BERNADETTE, (Widow or Widower);, ALLISON, JAMI K, (Single or
Unmarried Woman),, Joint Tenancy, 8419 W CLARA
DR,, NILES,, IL, 60714, 2/21/2006, 0605236110, 09-23-322-020, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 43. MARSHALL, GLORIA JEAN, 7621 S CHAMPLAIN AVE
S,, CHICAGO,, IL, 60619, 2/21/2006, 0605236111, 20-27-413-008, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 44. SLOSAR, CHRIS;, NELSON, RYAN, 1050 N MARSHFIELD AVE
2,, CHICAGO,, IL, 60622, 2/23/2006, 0605406003, 17-06-411-036-1002, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 45. IACOBAZZI, MARK, 5331 GRACE
ST,, CHICAGO,, IL, 60641, 2/23/2006, 0605406006, 13-21-118-010, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 46. PIMENTEL, ALICIA;, PIMENTEL, VINCENT C,, Joint Tenancy, 464 N CARPENTER
ST,, CHICAGO,, IL, 60622, 2/23/2006, 0605422140, 17-248-011-0000, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 47. MARTIN, CAROLYN, 18032 GREENVIEW TER,, COUNTRY CLUB
HILLS,, IL, 60478, 2/3/2006, 0603441077, 28-34-410-021, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 48. LAWSON, IRIS G, 4800 CHICAGO BEACH DR
1814N,, CHICAGO,, IL, 60615, 2/3/2006, 0603441078, 20-12-100-003-
1147, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 49. MORRIS, JEFFREY;, MORRIS, VIRGINIA, (Husband and Wife),, Joint
Tenancy, 16764 BULGER,, HAZEL
CREST,, IL, 60429, 2/3/2006, 0603441079, 29-30-105-029, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   50. RABB, MARY E, 14211 S WABASH
AVE,, RIVERDALE,, IL, 60827, 2/3/2006, 0603441080, 29-04-405-006, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
Records** 

Terms: **county(cook) and lender(ameriquest) and date is 2/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:38 PM EST

LexisNexis®

<u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright</u> © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

✓Select for FOCUS™ or Delivery

☑ 51. GIBSON, LARRY, 3704 W 86TH
PL,, CHICAGO,, IL, 60652, 2/3/2006, 0603441081, 19-35-333-054, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 52. MEIER, JOHN F;, MEIER, JULIE A, (Husband and Wife),, Tenants By
Entireties, 5522 N NATCHEZ
AVE,, CHICAGO,, IL, 60656, 2/3/2006, 0603441086, 13-07-206-031, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 53. JORDAN, JOYCE G, 5437 S HOYNE
ST,, CHICAGO,, IL, 60609, 2/3/2006, 0603441090, 20-07-322-012, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 54. JURSICH, JAMES A;, JURSICH, ELEANOR M, (Husband and Wife),, Joint
Tenancy, 7720 W 87TH
ST,, BRIDGEVIEW,, IL, 60455, 2/3/2006, 0603441091, 18-36-323-018, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 55. JANIA, KELLI M;, JANIA, DANIEL S,, Joint Tenancy, 13239 S BUFFALO
AVE,, CHICAGO,, IL, 60633, 2/3/2006, 0603441097, 26-31-220-016, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 56. MARTIN, TRACEY, (Single or Unmarried Woman), 900 SUNSET DR
308,, GLENWOOD,, IL, 60425, 2/3/2006, 0603441115, 29-33-301-038-
1040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 57. FERRERAS, ESDRAS, 3613 S 58TH
CT,, CICERO,, IL, 60804, 2/3/2006, 0603441116, 16-32-411-006, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 58. HARTWELL, ALBERT;, HARTWELL, MARCIA,, Joint Tenancy, 135 E 119TH
ST,, CHICAGO,, IL, 60628, 2/3/2006, 0603441117, 25-27-101-060, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 59. ROPER, MICHAEL E;, ROPER, LADONNA M SIMMONS, (Husband and
Wife),, Tenants By Entireties, 6006 KATHRYN
LN,, MATTESON,, IL, 60443, 2/3/2006, 0603441119, 31-17-325-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    60. <u>TURNER, MARY A</u>, 6528 S WHIPPLE
ST,, CHICAGO,, IL, 60629, 2/3/2006, 0603441124, 19-24-118-027, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > <u>IL Mortgage Records</u> 
Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:38 PM EST

LexisNexis®    <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
<u>Copyright ©</u>  2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records [i]

Terms: **county(cook) and lender(ameriquest) and date is 2/2006** (Edit Search | Suggest Terms for My Search)

⌕Select for FOCUS™ or Delivery

☑ 61. HEFFERNAN, MARY ROSE, 3449 S
WESLEY,, BERWYN,, IL, 60402, 2/3/2006, 0603441125, 16-31-232-017, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 62. ABSTON, KATHY A, 3242 W 84TH
PL,, CHICAGO,, IL, 60652, 2/24/2006, 0605505238, 19-35-411-063, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 63. ANGELACOS, GEORGE M;, ANGELACOS, SUSAN M, (Husband and Wife),, Joint
Tenancy, 510 DEERFIELD
DR,, STREAMWOOD,, IL, 60107, 2/24/2006, 0605505223, 06-22-206-012, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 64. ANHEIER JR, HARRY D, (Single or Unmarried Man), 342
GREENWOOD,, GLENVIEW,, IL, 60025, 2/1/2006, 0603241017, 09-11-104-
014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 65. ARAKELIAN, MICHAEL;, ARAKELIAN, KIMBERLY, (Husband and Wife), 5 COURT
OF CHARLWOOD,, NORTHBROOK,, IL, 60062, 2/24/2006, 0605549013, 04-08-
311-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 66. BAUMEISTER, JAMIE L;, BAUMEISTER, JENNIFER L, (Husband and Wife),, Joint
Tenancy, 16027 CENTRAL PARK
AVE,, MARKHAM,, IL, 60426, 2/1/2006, 0603241060, 28-23-208-030, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 67. BROWN, ANTHONY R, 15610 MYRTLE
AVE,, HARVEY,, IL, 60426, 2/1/2006, 0603241063, 29-17-307-025, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 68. BROWN, LAWRENCE ASA;, BROWN, WYNONA T, (Husband and Wife),, Joint
Tenancy, 1925 S 5TH AVE,, MAYWOOD,, IL, 60153, 2/10/2006, 0604121157, 15-
14-312-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 69. CAVIN, ANGELA E, 8752 S MOZART ST,, EVERGREEN
PARK,, IL, 60805, 2/1/2006, 0603241022, 24-01-107-030, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   70. <u>CONWAY, RAYMOND</u>, 8534 S
        EUCLID,, CHICAGO,, IL, 60617, 2/1/2006, 0603241025, 20-36-322-033, NON-
        PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:38 PM EST

LexisNexis®   About LexisNexis  | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records [i]

Terms: county(cook) and lender(ameriquest) and date is 2/2006 (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☑ 71. DIXON, LAJOHN, (Married Person), 14223 S MICHIGAN
AVE,, RIVERDALE,, IL, 60827, 2/27/2006, 0605805036, 29-04-406-012, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 72. DUNLAP, LAWRENCE D;, DUNLAP, MURIEL C, (Husband and Wife), 6210 S
CARPENTER ST,, CHICAGO,, IL, 60621, 2/28/2006, 0605915142, 20-17-426-
022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 73. EMBERY, ALMANGO, 14626 KENWOOD
AVE,, DOLTON,, IL, 60419, 2/1/2006, 0603212098, 29-11-202-054, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 74. FORMANSKI, JEFFERY A;, FORMANSKI, ELIZABETH A, (Husband and
Wife),, Tenants By Entireties, 136 W KENNEDY
DR,, STREAMWOOD,, IL, 60107, 2/10/2006, 0604117046, 06-13-404-022, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 75. FREMMING, SHIRLEY A, 1743 LELAND
AVE,, EVANSTON,, IL, 60201, 2/10/2006, 0604121158, 10-13-121-002, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 76. GREEN, DAVID M, (Single or Unmarried Man), 17950 MICHAEL AVE,, COUNTRY
CLUB HILLS,, IL, 60478, 2/1/2006, 0603241059, 28-34-300-015, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 77. GREENBERG, BOB L;, GREENBERG, JO ANNE,, Joint Tenancy, 2722 N PARKSIDE
AVE,, CHICAGO,, IL, 60639, 2/1/2006, 0603241018, 13-29-406-033, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 78. HALL, MARY JO, (Single or Unmarried Woman), 260 N IRVING
AVE,, HILLSIDE,, IL, 60162, 2/1/2006, 0603241066, 15-18-206-017, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 79. HARRIS, BENNIE TYRONE;, HARRIS, DEBBIE, (Husband and Wife),, Joint
Tenancy, 633 YATES AVE,, CALUMET
CITY,, IL, 60409, 2/1/2006, 0603241028, 29-12-428-002, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑    80. <u>HESKIN, PETER A</u>, (Single or Unmarried Man), 833 FOREST RD,, LA GRANGE
PARK,, IL, 60526, 2/1/2006, 0603241061, 15-33-219-004, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
Records** 
Terms: **county(cook) and lender(ameriquest) and date is 2/2006**  (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:39 PM EST

LexisNexis    <u>About LexisNexis</u>  |  <u>Terms & Conditions</u>
<u>Copyright ©</u>  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ
Terms: county(cook) and lender(ameriquest) and date is 2/2006 (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☑ 81. HORTON JR, STANLEY, 745 E 155TH PL,, PHOENIX,, IL, 60426, 2/24/2006, 0605505221, 29-16-321-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 82. JACKSON, EILEEN, (Single or Unmarried Woman), 2619 W GLADYS AVE,, CHICAGO,, IL, 60612, 2/1/2006, 0603241078, 16-13-224-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 83. JORDAN, CLARENCE E;, JORDAN, PRISCILLA Y, (Husband and Wife),, Tenants By Entireties, 2921 W SEIPP ST,, CHICAGO,, IL, 60652, 2/24/2006, 0605505217, 19-36-320-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 84. KING, CARLTON, (Widow or Widower), 649 W 43RD PL,, CHICAGO,, IL, 60609, 2/1/2006, 0603241035, 20-04-306-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 85. LEE, CAREY;, LEE, DENISE, (Husband and Wife),, Joint Tenancy, 7233 S ROCKWELL ST,, CHICAGO,, IL, 60629, 2/10/2006, 0604121159, 19-25-212-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 86. MADRID, MARGARET, 537 DOUGLAS AVE,, CALUMET CITY,, IL, 60409, 2/1/2006, 0603241038, 30-08-408-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 87. MARBURY, THOMAS C, (Married Man as his sole and separate property), 16712 ELM ST,, SOUTH HOLLAND,, IL, 60473, 2/1/2006, 0603241074, 29-22-402-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 88. MAYER, DOROTHY, 7738 W 159TH,, TINLEY PARK,, IL, 60477, 2/24/2006, 0605505228, 27-24-101-020-1015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 89. MCDONALD, ROY;, MCDONALD, CAROLE, (Husband and Wife), 8103 N OSCEOLA AVE,, NILES,, IL, 60714, 2/27/2006, 0605816034, 09-24-413-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑ 90. MICHELETTO, ANGELO;, MICHELETTO, THERESA K, (Husband and Wife),, Joint

Tenancy, 8331 W 82ND ST,, JUSTICE,, IL, 60458, 2/1/2006, 0603241075, 18-35-218-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** 
Terms: **county(cook) and lender(ameriquest) and date is 2/2006** (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:39 PM EST

LexisNexis®    About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records [i]

Terms: county(cook) and lender(ameriquest) and date is 2/2006 (Edit Search | Suggest Terms for My Search)

⌐Select for FOCUS™ or Delivery

☑  91. MUELLER, ANDREAS, 9922 S NORMAL
AVE,, CHICAGO,, IL, 60628, 2/27/2006, 0605805037, 25-09-305-024, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  92. PEREZ, RICHARD E;, PEREZ, GUADALUPE, (Husband and Wife),, Joint
Tenancy, 3712 W 57TH PL,, CHICAGO,, IL, 60629, 2/1/2006, 0603241062, 19-
14-118-054, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  93. POMAR, BERNARD L, 1542 CORNELL
CIR,, SCHAUMBURG,, IL, 60194, 2/10/2006, 0604115037, 07-07-400-006-
1141, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  94. RAKOWSKI, MICHAEL J;, RAKOWSKI, MARY J, (Husband and Wife),, Tenants By
Entireties, 668 PRICE ST,, CALUMET
CITY,, IL, 60409, 2/1/2006, 0603241039, 30-08-324-027, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  95. REBELLON, HERNANDO;, REBELLON, AMPARO,, Joint Tenancy, 3637 W 69TH
ST,, CHICAGO,, IL, 60629, 2/1/2006, 0603241067, 19-23-319-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  96. ROBINSON, EUGENE;, ROBINSON, REGINA M, (Husband and Wife),, Joint
Tenancy, 556 N LAWLER,, CHICAGO,, IL, 60644, 2/10/2006, 0604117045, 16-
09-218-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  97. RODRIGUEZ, ABELARDO;, RODRIGUEZ, DARLENE, (Husband and Wife),, Joint
Tenancy, 10524 S SPAULDING
AVE,, CHICAGO,, IL, 60655, 2/24/2006, 0605505218, 24-14-215-022, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  98. SCHULTZ, MICHAEL A;, SCHULTZ, COLLEEN E, (Husband and Wife),, Tenants By
Entireties, 1344 W BRYN MAWR AVE
1E,, CHICAGO,, IL, 60660, 2/10/2006, 0604115040, 14-05-327-042-1001, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑  99. SEATON, JERRY J;, SEATON, ANGELA V, (Husband and Wife),, Joint
Tenancy, 9101 S OGLESBY
AVE,, CHICAGO,, IL, 60617, 2/10/2006, 0604117049, 25-01-407-057, NON-

PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☑   100. SHELTON, SHEILA, 7716 S PAXTON
AVE,, CHICAGO,, IL, 60649, 2/1/2006, 0603203161, 20-25-419-020, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source:  Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage
         Records** ⓘ
Terms:  **county(cook) and lender(ameriquest) and date is 2/2006**  (Edit Search | Suggest Terms for My Search)
View:  Cite
Date/Time:  Wednesday, December 6, 2006 - 4:39 PM EST

 LexisNexis⁑   About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage Records ⓘ

Terms: county(cook) and lender(ameriquest) and date is 2/2006 (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☑ 101. SULLIVAN, JOHN W, 4722 BUTTERFIELD RD,, HILLSIDE,, IL, 60162, 2/24/2006, 0605505237, 15-08-320-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 102. TAYLOR, JAMES;, TAYLOR, CAROLYN,, Joint Tenancy, 6136 S ELIZABETH ST,, CHICAGO,, IL, 60636, 2/1/2006, 0603241076, 20-17-323-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 103. VERSTRATE, CHRISTOPHER J;, VERSTRATE, KADIE JANE, (Husband and Wife),, Tenants By Entireties, 10800 S ARTESIAN AVE,, CHICAGO,, IL, 60655, 2/1/2006, 0603241023, 24-13-414-088, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 104. VICUNA, BAUDELIO, 846 S LAGRANGE RD,, LA GRANGE,, IL, 60525, 2/27/2006, 0605805034, 18-09-131-027, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 105. WADE, ROBERT C, 625 E SHERWOOD LN,, SCHAUMBURG,, IL, 60193, 2/1/2006, 0603212125, 07-23-305-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 106. WHITTED, NEDRA G, 11010 S PARNELL AVE,, CHICAGO,, IL, 60628, 2/1/2006, 0603241036, 25-16-325-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☑ 107. WILLIAMS, JOHNNIE J, (Single or Unmarried Man);, CRAIG, ANGELA, (Single or Unmarried Woman),, Joint Tenancy, 1129 S MASON AVE,, CHICAGO,, IL, 60644, 2/10/2006, 0604112011, 16-17-410-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage Records ⓘ

Terms: county(cook) and lender(ameriquest) and date is 2/2006 (Edit Search | Suggest Terms for My Search)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:31 PM EST

 LexisNexis®    About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

EXHIBIT D

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⅰ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)

↙Select for FOCUS™ or Delivery

☐ 1. GRIFFITH, TOSCA R, 451 W 125TH
PL,, CHICAGO,, IL, 60628, 3/1/2006, 0606012082, 25-28-329-011, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 2. LEAHY JR, ROBERT J, 938 CAPRI
DR,, PALATINE,, IL, 60074, 3/1/2006, 0606012084, 02-01-308-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 3. JOHNSON, THERESA, 7610 S
PRAIRIE,, CHICAGO,, IL, 60619, 3/1/2006, 0606013020, 20-27-309-024, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 4. PARCHMAN JR, LUTHER, 2225 S KIRKLAND
AVE,, CHICAGO,, IL, 60623, 3/1/2006, 0606013021, 16-27-201-013, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 5. GARNER, CLARENCE, 11440 S ADA
ST,, CHICAGO,, IL, 60643, 3/1/2006, 0606013022, 25-20-129-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 6. VILLODAS, CONRADO;, VILLODAS, WANDA IVETTE, (Husband and Wife),, Joint
Tenancy, 2441 N LAWNDALE
AVE,, CHICAGO,, IL, 60647, 3/1/2006, 0606013023, 13-26-329-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 7. BATTLE, JACQUELINE, 2563 W 81ST
PL,, CHICAGO,, IL, 60652, 3/1/2006, 0606013024, 19-36-220-009, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 8. BILLUPS, LISA M, 8931 S NORMAL
AVE,, CHICAGO,, IL, 60620, 3/1/2006, 0606013025, 25-04-122-012, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 9. STEWART, CYNTHIA A, (Single Person or Individual), 11443 S ELIZABETH
ST,, CHICAGO,, IL, 60643, 3/1/2006, 0606013026, 25-20-132-005, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 10. ELLISON JR, MACK H;, ELLISON, MARGARET K,, Joint Tenancy, 7126 S

ROCKWELL ST,, CHICAGO,, IL, 60629, 3/1/2006, 0606013027, 19-25-203-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** 

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (Edit Search | Suggest Terms for My Search)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:41 PM EST

About LexisNexis | Terms & Conditions

Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐ 11. MAY, JAMES, 6533 S
HERMITAGE,, CHICAGO,, IL, 60636, 3/1/2006, 0606042005, 20-19-221-
012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 12. AUGUSTIN, JOEL;, ROY, PATRICIA, (Husband and Wife), 8641 CENTRAL PARK
AVE,, SKOKIE,, IL, 60076, 3/2/2006, 0606144036, 10-23-207-060, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 13. HAL, THOMAS H;, HAL, BETTY J,, Joint Tenancy, 8328 S PEORIA
ST,, CHICAGO,, IL, 60620, 3/2/2006, 0606144065, 20-32-405-033, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 14. GUTHRIE, WILLIE H, (Single Person or Individual), 5711 S WOLCOTT
AVE,, CHICAGO,, IL, 60636, 3/3/2006, 0606202290, 20-18-218-004, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 15. PRYOR, ANTHONY L;, WALKER JOHNSON, COLLEEN, (Husband and Wife),, Joint
Tenancy, 7808 S
HERMITAGE,, CHICAGO,, IL, 60621, 3/3/2006, 0606202296, 20-30-432-
019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 16. COOPER JR, JOHNNIE W;, COOPER, MELANIE A, (Husband and Wife),, Tenants
By Entireties, 1106 S LOMBARD AVE,, OAK
PARK,, IL, 60304, 3/3/2006, 0606202304, 16-17-320-004, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 17. PIETROWSKI, RICHARD R;, PIETROWSKI, SUSAN M, (Husband and
Wife),, Tenants By Entireties, 4112 W 142ND
ST,, CRESTWOOD,, IL, 60445, 3/3/2006, 0606202310, 28-03-415-015-
1008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 18. JONES, RUTHIE L, 2257 W 156TH
PL,, MARKHAM,, IL, 60426, 3/3/2006, 0606216102, 29-18-309-063, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 19. LYNN, MICHAEL T;, LYNN, CINDY L, (Husband and Wife),, Tenants By
Entireties, 308 3RD ST,, WHEELING,, IL, 60090, 3/3/2006, 0606216104, 03-02-
401-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 20. <u>MATTHEWS, JOHN E;</u>, MATTHEWS, MINNIE HOGSETT, (Husband and Wife),, Tenants By Entireties, 1509 S SPENCER AVE,, BERKELEY,, IL, 60163, 3/3/2006, 0606216108, 15-08-116-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** 

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:42 PM EST

LexisNexis®

<u>About LexisNexis</u> | <u>Terms & Conditions</u>
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (Edit Search | Suggest Terms for My Search)

✓Select for FOCUS™ or Delivery

☐ 21. BENSON, ROBERT;, BENSON, MARIAN, (Husband and Wife),, Joint Tenancy, 3470
N LAKE SHORE DR 6A,, CHICAGO,, IL, 60657, 3/3/2006, 0606216112, 14-21-
306-038-1007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 22. CHRIST, DEAN;, PHILLIPS, JOAN, (Husband and Wife),, Joint Tenancy, 1120 S
SCOVILLE,, OAK PARK,, IL, 60304, 3/3/2006, 0606243275, 16-18-419-
008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 23. CHARLEY, LEONARD, 24 156TH PL,, CALUMET
CITY,, IL, 60409, 3/3/2006, 0606243276, 30-17-209-024, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 24. BURKS, KEITH, 1861 S CENTRAL PARK
AVE,, CHICAGO,, IL, 60623, 3/3/2006, 0606243277, 16-23-400-045, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 25. MCNAMARA, KELLY A, 22510 YATES AVE,, SAUK
VILLAGE,, IL, 60411, 3/3/2006, 0606243278, 32-36-109-015, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 26. GARNER, RONALD F;, GARNER, PAULA R, (Husband and Wife),, Joint
Tenancy, 392 W 16TH ST,, CHICAGO
HEIGHTS,, IL, 60411, 3/3/2006, 0606243286, 32-19-415-004, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 27. OAKES, JOSEPH L, (Single or Unmarried Man), 3016 NOTTINGHAM
AVE,, MARKHAM,, IL, 60426, 3/3/2006, 0606243287, 28-24-102-045, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 28. ABSTON, KATHY, 1043 W 87TH
ST,, CHICAGO,, IL, 60620, 3/3/2006, 0606243288, 25-05-202-054, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 29. MCLORTHAN, DEREK;, MCLORTHAN, JOCELYNE, (Husband and Wife),, Tenants By
Entireties, 22510 CRESCENT WAY,, RICHTON
PARK,, IL, 60471, 3/3/2006, 0606243289, 31-34-109-004, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

30. MITCHELL, BENNY L, 18710 JOHN AVE,, COUNTRY CLUB HILLS,, IL, 60478, 3/3/2006, 0606243303, 31-03-306-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:42 PM EST

LexisNexis    About LexisNexis  |  Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (Edit Search | Suggest Terms for My Search)

↵Select for FOCUS™ or Delivery

☐ 31. CAMARILLO, DANIEL M;, CAMARILLO, MARY ANN, (Husband and Wife),, Joint
Tenancy, 7015 W 72ND ST,, CHICAGO,, IL, 60638, 3/3/2006, 0606243304, 19-
30-105-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 32. SPANICH, JOSEPH G, (Single or Unmarried Man), 14000 GREENBAY
AVE,, BURNHAM,, IL, 60633, 3/3/2006, 0606243305, 30-06-206-032, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 33. PATTERSON, JOHN, 3845 S CALUMET
AVE,, CHICAGO,, IL, 60653, 3/3/2006, 0606243307, 17-34-327-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 34. MCGHEE, GREGORY, 11655 S MORGAN
ST,, CHICAGO,, IL, 60643, 3/3/2006, 0606243309, 25-20-409-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 35. MALLETT, CHARLES L, (Single or Unmarried Man), 1618 N LONG
AVE,, CHICAGO,, IL, 60639, 3/3/2006, 0606243311, 13-33-322-034, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 36. BYRD, TRACIE, (Single Person or Individual), 2848 W 140TH PL,, BLUE
ISLAND,, IL, 60406, 3/7/2006, 0606602006, 28-01-321-018, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 37. WYATT, MICHAEL;, WYATT, BRENDA C, (Husband and Wife),, Tenants By
Entireties, 2918 193RD PL,, LANSING,, IL, 60438, 3/7/2006, 0606602014, 33-
06-416-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 38. MURDOCK, ANDRE;, MURDOCK, MELISA, (Husband and Wife),, Tenants in
Common, 5437 W AUGUSTA
BLVD,, CHICAGO,, IL, 60651, 3/7/2006, 0606602016, 16-04-317-041, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 39. WINDMON, LEROY;, WINDMON, ORA, (Husband and Wife),, Joint Tenancy, 16130
MARSHFIELD AVE,, HARVEY,, IL, 60426, 3/7/2006, 0606636044, 29-19-219-
041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

40. STRAVIS, GREGORY;, STRAVIS, HELEN, (Husband and Wife),, Tenants By
Entireties, 4142 VICTORIA DR,, HOFFMAN
ESTATES,, IL, 60195, 3/7/2006, 0606636207, 02-19-426-012, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:42 PM EST

About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

LexisNexis®

Search - 146 Results - county(cook) and lender(Ameriquest) and date is 3/2006

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records [i]
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐ 41. LEE, TED W;, LEE, THERESA E, (Husband and Wife), 2830 W 39TH
PL,, CHICAGO, IL, 60632, 3/7/2006, 0606636210, 19-01-103-034, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 42. SALVANT, CHARDELL, 7714 S EVANS
AVE,, CHICAGO,, IL, 60619, 3/7/2006, 0606636215, 20-27-422-026, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 43. JANKOWIAK, FRANK M, 8901 S ROBERTS RD 311,, HICKORY
HILLS,, IL, 60457, 3/7/2006, 0606636218, 23-01-101-019-1033, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 44. ARMSTRONG, MICHAEL, 9738 S HAMLIN AVE,, EVERGREEN
PARK,, IL, 60805, 3/7/2006, 0606636226, 24-11-119-054, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 45. PANTALEON, MIGUEL A;, PANTALEON, AIDA, (Husband and Wife),, Joint
Tenancy, 900 N WHEELING RD,, MOUNT
PROSPECT,, IL, 60056, 3/7/2006, 0606636227, 03-27-405-041, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 46. STEVENSON, BILLY;, STEVENSON, LYNN,, Joint Tenancy, 3961 S LANGLEY
AVE,, CHICAGO,, IL, 60653, 3/7/2006, 0606636232, 20-03-208-023, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 47. KOOS, EDWARD R;, GAHAN, SUSAN C, 7720 BRISTOL PARK,, TINLEY
PARK,, IL, 60477, 3/8/2006, 0606722123, 27-36-120-019, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 48. LAIRD, CARMELLA R;, LAIRD, ALAN R,, Joint Tenancy, 1525 COURTLAND,, PARK
RIDGE,, IL, 60068, 3/8/2006, 0606722124, 12-02-223-007, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 49. LECONTE, JOSEPH, 1609 DODGE
ST,, EVANSTON,, IL, 60201, 3/8/2006, 0606722125, 10-13-400-007, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 50. BOLHUIS, ALBERT W;, BOLHUIS, DONNA, (Husband and Wife),, Joint

Tenancy, 15349 ROYAL GEORGE,, ORLAND
PARK,, IL, 60462, 3/21/2006, 0608021170, 27-15-215-014, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:42 PM EST

LexisNexis         About LexisNexis  | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > <u>IL Mortgage Records</u> [i]

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✦Select for FOCUS™ or Delivery

☐ 51. <u>CROMBIE, KAREN L</u>, 1866 ORCHARD ST,, DES PLAINES,, IL, 60018, 3/23/2006, 0608212219, 09-28-116-041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 52. <u>LOMBARDO, PAUL J</u>;, LOMBARDO, KATHLEEN E, 2542 YARROW LN,, ROLLING MEADOWS,, IL, 60008, 3/23/2006, 0608212229, 02-27-408-104, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 53. <u>DAHL, MICHAEL</u>;, DAHL, LAURA, 806 S TURES LN,, DES PLAINES,, IL, 60018, 3/23/2006, 0608212231, 09-29-105-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 54. <u>AHLINE, JEFFERY H</u>;, AHLINE, KIMERLY A, 1407 OAK AVE,, LEMONT,, IL, 60439, 3/23/2006, 0608212239, 22-27-100-047, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 55. <u>RATHMANN, CAROL</u>;, RATHMANN, LARRY,, Joint Tenancy, 1 ASPEN CT,, STREAMWOOD,, IL, 60107, 3/23/2006, 0608212241, 06-24-314-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 56. <u>SKOPIS, MARIE</u>, 2434 N CALIFORNIA,, CHICAGO,, IL, 60647, 3/23/2006, 0608212249, 13-25-324-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 57. <u>MCELMEEL, ELISA</u>, 221 ACORN DR,, STREAMWOOD,, IL, 60107, 3/23/2006, 0608212250, 06-24-413-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 58. <u>MARTINEZ, HENRIETTA N</u>;, MARTINEZ, ORLANDO, 945 ASPEN ST,, HOFFMAN ESTATES,, IL, 60195, 3/23/2006, 0608215173, 07-14-108-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 59. <u>FLOWERS, JAMES</u>;, FLOWERS, SABRINA, 603 RICE AVE,, BELLWOOD,, IL, 60104, 3/23/2006, 0608215179, 15-09-315-048, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 60. <u>WILSON, JODY B</u>;, WILSON, ROBERT A, 3550 N LAKE SHORE DR 220,, CHICAGO,, IL, 60657, 14-21-111-007-

1018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** 

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:42 PM EST

LexisNexis®

<u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright ©</u> 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > <u>IL Mortgage</u> <u>Records</u> ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✔Select for FOCUS™ or Delivery

☐ 61. <u>ROSS, DINA</u>, 1409 CLINTON AVE,, BERWYN,, IL, 60402, 3/23/2006, 0608215187, 16-19-121-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 62. <u>HILL, MELVIN L</u>, 9217 S DOBSON AVE,, CHICAGO,, IL, 60619, 3/24/2006, 0608302198, 25-02-312-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 63. <u>LOCKE, DUDLEY</u>, 1110 W 18TH ST 1E,, BROADVIEW,, IL, 60155, 3/24/2006, 0608302206, 15-22-405-028-1032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 64. <u>SPENCER, GAIL P</u>, 15235 KILBOURN,, MIDLOTHIAN,, IL, 60445, 3/24/2006, 0608302207, 28-15-107-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 65. <u>POWELL, JOSSIE M</u>, 342 MORRIS AVE,, BELLWOOD,, IL, 60104, 3/24/2006, 0608302209, 15-09-301-038, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 66. <u>VAZQUEZ, JOSE;</u>, VAZQUEZ, ELPIDIA, (Husband and Wife),, Tenants By Entireties, 9334 S LAWNDALE,, EVERGREEN PARK,, IL, 60805, 3/24/2006, 0608302210, 24-02-327-042, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 67. <u>MUNOZ, FAUSTINO</u>, 2115 S AUSTIN BLVD,, CICERO,, IL, 60804, 3/24/2006, 0608302211, 16-20-425-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 68. <u>KNUDTSON, MICHAEL J;</u>, KNUDTSON, ARLENE J, (Husband and Wife),, Joint Tenancy, 5022 W ALTGELD ST,, CHICAGO,, IL, 60639, 3/24/2006, 0608302212, 13-28-421-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 69. <u>WELLS, DONNIE G;</u>, WELLS, MAE E, (Husband and Wife),, Joint Tenancy, 2702 W 39TH PL,, CHICAGO,, IL, 60632, 3/24/2006, 0608302214, 19-01-200-060, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 70. ROMERO, ENRIQUE, 2702 W 39TH
PL,, CHICAGO,, IL, 60632, 3/24/2006, 0608302215, 19-01-200-060, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage
Records** 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:55 PM EST

About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

LexisNexis®

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ

Terms: county(cook) and lender(ameriquest) and date is 3/2006 (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐ 71. BULL, JULIE, 8630 CALLIE AVE,, MORTON
GROVE,, IL, 60053, 3/24/2006, 0608302216, 10-20-102-035, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
AMERIQUEST MORTGAGE CO

☐ 72. WHITAKER, LAVERNE, 101 N CEDAR
LN,, GLENWOOD,, IL, 60425, 3/24/2006, 0608302222, 32-03-331-020, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
AMERIQUEST MORTGAGE CO

☐ 73. JOHNSON, FLORIDA, 706 N LOCKWOOD
AVE,, CHICAGO,, IL, 60644, 3/24/2006, 0608302223, 16-09-104-039, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
AMERIQUEST MORTGAGE CO

☐ 74. THOMAS, SONDRA, 8854 S MAY
ST,, CHICAGO,, IL, 60620, 3/24/2006, 0608302224, 25-05-209-029, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
AMERIQUEST MORTGAGE CO

☐ 75. NAVARRO, DAVID, 10901 S AVENUE
B,, CHICAGO,, IL, 60617, 3/24/2006, 0608302225, 26-17-213-001, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
AMERIQUEST MORTGAGE CO

☐ 76. SUTHERLAND, NONA L, 4916 W BERENICE
AVE,, CHICAGO,, IL, 60641, 3/24/2006, 0608302226, 13-21-210-030, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
AMERIQUEST MORTGAGE CO

☐ 77. HAILE, ROBERT, 457 W 129TH
PL,, CHICAGO,, IL, 60628, 3/24/2006, 0608302228, 25-33-117-045, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
AMERIQUEST MORTGAGE CO

☐ 78. CALHOUN, KEVIN, 1316 LINCOLN AVE,, CHICAGO
HEIGHTS,, IL, 60411, 3/24/2006, 0608302229, 32-21-117-055, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
AMERIQUEST MORTGAGE CO

☐ 79. ESCOBAR, FAUSTINO;, ESCOBAR, PATRICIA,, Tenants in Common, 8828 S
PULASKI RD,, HOMETOWN,, IL, 60456, 3/24/2006, 0608302236, 24-03-205-
041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
AMERIQUEST MORTGAGE CO

☐ 80. BALDWIN, ROBERT;, BALDWIN, KAMOLPORN, (Husband and Wife),, Joint
Tenancy, 3829 192ND

ST,, HOMEWOOD,, IL, 60430, 3/10/2006, 0606940222, 31-11-104-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** [i]
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis  About LexisNexis ¦ Terms & Conditions  Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage Records ⓘ

Terms: county(cook) and lender(ameriquest) and date is 3/2006 (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐ 81. BANKS, GILFORD, 15135 HALSTED ST,, PHOENIX,, IL, 60426, 3/17/2006, 0607620141, 29-16-100-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 82. BARFIELD, WARREN, 2643 W HIRSCH ST C,, CHICAGO,, IL, 60623, 3/31/2006, 0609004103, 16-01-217-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 83. BERNACKI, MARIETTA E, 1935 N 76TH AVE,, ELMWOOD PARK,, IL, 60707, 3/20/2006, 0607916045, 12-36-400-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 84. BIANCHINI, DUTRA;, BIANCHINI, MARISA, (Husband and Wife),, Joint Tenancy, 3923 ARTHUR AVE,, BROOKFIELD,, IL, 60513, 3/10/2006, 0606940221, 18-03-107-051, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 85. BLAZQUEZ, GLORIA, 1213 W BELMONT AVE,, CHICAGO,, IL, 60657, 3/30/2006, 0608922129, 14-29-103-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 86. BOULWARE, JEFFERSON H, (Single or Unmarried Man), 2877 E 77TH ST,, CHICAGO,, IL, 60649, 3/13/2006, 0607232002, 21-30-412-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 87. BRUMFIELD, JESSIE, 1526 N AUSTIN BLVD,, OAK PARK,, IL, 60302, 3/31/2006, 0609004077, 16-05-106-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 88. CAMPBELL, SUMTER;, BIVINS CAMPBELL, DOROTHY, (Husband and Wife),, Joint Tenancy, 11440 S RACINE AVE,, CHICAGO,, IL, 60643, 3/30/2006, 0608922133, 25-20-132-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 89. CHATMAN, TONY R;, EATON, MARLINA,, Tenants in Common, 11443 S ADA ST,, CHICAGO,, IL, 60643, 3/31/2006, 0609004064, 25-20-130-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 90. CLARK, ANNETTE, 3105 S LYDIA
AVE,, ROBBINS,, IL, 60472, 3/17/2006, 0607620153, 28-02-424-003, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
Records** 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

<u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright</u> © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

LexisNexis®

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage Records [i]

Terms: county(cook) and lender(ameriquest) and date is 3/2006 (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐ 91. CROTHERS, KEITH A;, CROTHERS, ELIZABETH A,, Joint Tenancy, 4426 N KENNETH AVE,, CHICAGO,, IL, 60630, 3/31/2006, 0609004101, 13-15-130-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 92. DAVIS, HATTIE M, 6743 S WINCHESTER AVE,, CHICAGO,, IL, 60636, 3/17/2006, 0607620177, 20-19-401-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 93. DEHART, MELODY, 713 N CENTRAL,, CHICAGO,, IL, 60644, 3/27/2006, 0608612037, 16-09-100-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 94. DELATORRE, ORALIA, 3940 W 66TH ST,, CHICAGO,, IL, 60629, 3/31/2006, 0609004076, 19-23-120-049, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 95. EARSERY, TANIKA MATHIS, 1014 BLOUIN DR,, DOLTON,, IL, 60419, 3/31/2006, 0609004107, 29-14-151-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 96. EDWARDS, ELLIOTT, 5950 S LOOMIS BLVD,, CHICAGO,, IL, 60636, 3/17/2006, 0607620143, 20-17-303-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 97. EWERS, MICHAEL J;, EWERS, CATHERINE M,, Tenants By Entireties, 9701 COOK AVE,, OAK LAWN,, IL, 60453, 3/17/2006, 0607620171, 24-09-130-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 98. FAVELA, RAMSES, 5735 S MAYFIELD,, CHICAGO,, IL, 60638, 3/10/2006, 0606940215, 19-17-218-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 99. FRANTA, JODI M, 22319 RIDGE WAY ST,, RICHTON PARK,, IL, 60471, 3/10/2006, 0606926274, 31-35-102-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 100. GARCIA, ELMER;, GARCIA, DIANTHA, (Husband and Wife),, Joint Tenancy, 8041 S FRANCISCO AVE,, CHICAGO,, IL, 60652, 3/10/2006, 0606926273, 19-36-114-

014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** 

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (Edit Search | Suggest Terms for My Search)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis

About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage Records ⓘ

Terms: county(cook) and lender(ameriquest) and date is 3/2006 (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐ 101. GARVIN, HUBERT R, 19331 OAK AVE,, COUNTRY CLUB HILLS,, IL, 60478, 3/10/2006, 0606940210, 31-10-200-038-1016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 102. GLOVER, DAVID R;, DICKENS GLOVER, VERONICA, (Husband and Wife),, Joint Tenancy, 19 S 17TH AVE,, MAYWOOD, IL, 60153, 3/29/2006, 0608815061, 15-10-223-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 103. GREEN, TONY M, 2508 N MONT CLARE AVE,, CHICAGO,, IL, 60707, 3/17/2006, 0607620163, 13-30-317-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 104. GRIFFIN, LARRY;, GRIFFIN, DARLENE,, Tenants in Common, 668 W 117TH PL,, CHICAGO,, IL, 60628, 3/31/2006, 0609004104, 25-21-318-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 105. GUT, STEFAN R;, GUT, DOROTA, (Husband and Wife),, Joint Tenancy, 1713 S PROSPECT AVE,, PARK RIDGE,, IL, 60068, 3/20/2006, 0607916039, 12-02-230-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 106. HAMER, ALONZO, 11821 S SANGAMON ST,, CHICAGO,, IL, 60643, 3/31/2006, 0609004102, 25-20-421-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 107. HAMILTON, LYNDA J, 945 GLOUCHESTER CIR,, SCHAUMBURG,, IL, 60193, 3/10/2006, 0606913002, 07-27-425-015-1044, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 108. HAMPTON, RICKY;, HAMPTON, JEANETTE, (Husband and Wife),, Joint Tenancy, 10015 S EMERALD,, CHICAGO,, IL, 60628, 3/10/2006, 0606940220, 25-09-309-067, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 109. HETHERINGTON, DENISE, 7300 S PAULINA ST,, CHICAGO,, IL, 60636, 3/20/2006, 0607912165, 20-30-221-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

110. JACKSON, WILLIAM WELDON;, JACKSON, DARLENE ANDERSON, (Husband and Wife),, Joint Tenancy, 12849 WINCHESTER ST,, BLUE ISLAND,, IL, 60406, 3/31/2006, 0609004061, 25-31-207-045, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis®

About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > <u>IL Mortgage</u> Records ⓘ

Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

↙Select for FOCUS™ or Delivery

☐ 111. <u>JERNIGAN, TITUS;</u>, JERNIGAN, NANCY, (Husband and Wife),, Tenants in Common, 609 LINDEN AVE,, BELLWOOD,, IL, 60104, 3/31/2006, 0609004106, 15-09-314-046, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 112. <u>JOHNSON, FRANCESSA;</u>, JOHNSON, GEORGE,, Joint Tenancy, 2831 W WARREN 1,, CHICAGO,, IL, 60612, 3/17/2006, 0607620155, 16-12-331-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 113. <u>JOHNSON, SHARROL LYNN</u>, 16409 S TURNER AVE,, MARKHAM,, IL, 60426, 3/31/2006, 0609004063, 28-23-412-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 114. <u>JOHNSON, HELEN M</u>, 706 W 116TH ST,, CHICAGO,, IL, 60628, 3/31/2006, 0609004087, 25-21-301-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 115. <u>JOHNSON, JON R;</u>, JOHNSON, DEBBIE ANN, (Husband and Wife),, Joint Tenancy, 2600 W 80TH ST,, CHICAGO,, IL, 60652, 3/31/2006, 0609004105, 19-36-204-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 116. <u>KEMPS, YONNETTA</u>, 14220 S TRACY AVE,, RIVERDALE,, IL, 60827, 3/17/2006, 0607620166, 29-04-304-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 117. <u>KOWAL, STEVEN J;</u>, KOWAL, DONNA, (Husband and Wife),, Joint Tenancy, 128 S MARILYN AVE,, MELROSE PARK,, IL, 60164, 3/10/2006, 0606926293, 15-05-111-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 118. <u>LILLIE, EUGENE G</u>, (Single or Unmarried Man), 711 WHISPERING OAKS DR,, PALATINE,, IL, 60074, 3/20/2006, 0607916058, 02-02-203-064-1043, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

☐ 119. <u>LINDSEY, INELLA</u>, 10042 S EMERALD AVE,, CHICAGO,, IL, 60628, 3/10/2006, 0606926272, 25-09-308-035, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

120. LOVE, DWAYNE, 7330 S SEELEY
AVE,, CHICAGO,, IL, 60636, 3/10/2006, 0606940213, 20-30-121-037, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis®

About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > IL Mortgage
Records ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 3/2006** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✔Select for FOCUS™ or Delivery

☐ 121. <u>MARCH, PETER O</u>;, MARCH, ANGELLA A, (Husband and Wife),, Tenants in
Common, 1914 FOSTER
ST,, EVANSTON,, IL, 60201, 3/10/2006, 0606926302, 10-13-110-039, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 122. <u>MARIN, BALBINA J</u>, (Single Person or Individual), 7556 BRISTOL LN
1,, HANOVER PARK,, IL, 60133, 3/10/2006, 0606940238, 07-30-300-009-
1022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 123. <u>MARTINEZ, MOISES</u>, (Single or Unmarried Man), 37 LIND AVE
1,, HILLSIDE,, IL, 60162, 3/29/2006, 0608815063, 15-18-231-003, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 124. <u>MAXIE, JEANETTE</u>, 7615 S ABERDEEN
ST,, CHICAGO,, IL, 60620, 3/10/2006, 0606940214, 20-29-410-005, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 125. <u>MCCOY, CLARENCE</u>;, PORTER, TAMARA, 8042 S
SAWYER,, CHICAGO,, IL, 60651, 3/27/2006, 0608642114, 19-35-212-028, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 126. <u>MCCOY, CLARENCE</u>;, PORTER, TAMARA, 8042 S
SAWYER,, CHICAGO,, IL, 60651, 3/27/2006, 0608642115, 19-35-212-028, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 127. <u>MENSAH, GLORIA</u>, 11817 S NORMAL
AVE,, CHICAGO,, IL, 60628, 3/17/2006, 0607620165, 25-21-334-009, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 128. <u>MERONEK, DAVE L</u>, 1321 ASHLAND AVE,, CHICAGO
HEIGHTS,, IL, 60411, 3/31/2006, 0609004055, 32-20-110-030, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 129. <u>MESKILL, JOHN P</u>;, MESKILL, MARY ANN, 9900 S SPAULDING AVE,, EVERGREEN
PARK,, IL, 60805, 3/28/2006, 0608721146, 24-11-402-025, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐ 130. <u>NERI, VINCENT J</u>;, NERI, PATRICIA A,, Tenants By Entireties, 10106

BELDEN,, MELROSE PARK,, IL, 60164, 3/30/2006, 0608922131, 12-33-106-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMERIQUEST** MORTGAGE CO

Source: <u>Public Records</u> > <u>Public Records</u> > Real <u>Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage Records** 
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis®    <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
<u>Copyright</u> © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

↵Select for FOCUS™ or Delivery

☐  131. NEWELL, JACQUELINE, 8821 S WOOD
        ST,, CHICAGO,, IL, 60620, 3/20/2006, 0607912169, 25-06-210-009, NON-
        PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

☐  132. ODONNELL JR, JOHN P;, ODONNELL, KATHLEEN, (Husband and Wife),, Joint
        Tenancy, 1301 E 168TH PL,, SOUTH
        HOLLAND,, IL, 60473, 3/17/2006, 0607620178, 29-23-404-007, NON-
        PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

☐  133. OLSON, GREGORY W;, OLSON, DEBORAH LYNN, 3845 N NEW
        CASTLE,, CHICAGO,, IL, 60634, 3/20/2006, 0607916042, 13-19-117-005, NON-
        PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

☐  134. PIEKARCZYK, DIANNA J;, WARD, WAYNE W,, Joint Tenancy, 1536 S
        KENILWORTH AVE,, BERWYN,, IL, 60402, 3/10/2006, 0606926284, 16-19-129-
        036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

☐  135. REESE, DANIEL C;, KLAUS, CHRISTINE MARIE, (Husband and Wife),, Joint
        Tenancy, 2008 S 14TH
        AVE,, BROADVIEW,, IL, 60155, 3/10/2006, 0606926301, 15-15-418-025, NON-
        PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

☐  136. RIGODON, GABRIEL;, VERDADERO RIGODON, CLARITA B, (Husband and
        Wife),, Joint Tenancy, 1626 MAYFAIR
        AVE,, WESTCHESTER,, IL, 60154, 3/31/2006, 0609004071, 15-20-304-
        006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

☐  137. ROBERTS, LAVALL;, CONWAY, SARAH, (Husband and Wife),, Tenants By
        Entireties, 22039 E CHURCHILL DR,, RICHTON
        PARK,, IL, 60471, 3/17/2006, 0607620164, 31-27-314-003, NON-PURCHASE
        MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

☐  138. RODRIGUEZ, FRANK M;, RODRIGUEZ, MERCEDES L, (Husband and
        Wife),, Tenants By Entireties, 4156 JUDD AVE,, SCHILLER
        PARK,, IL, 60176, 3/29/2006, 0608817034, 12-16-314-029, NON-PURCHASE
        MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMERIQUEST** MORTGAGE CO

☐  139. SILVERBERG, ROSEMARY, 5510 LINCOLN AVE,, MORTON
        GROVE,, IL, 60053, 3/20/2006, 0607916049, 10-21-119-112-1080, NON-
        PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

**AMERIQUEST** MORTGAGE CO

140. <u>SIMKUNAS, RONALD C</u>;, SIMKUNAS, WANDA JOY, 113 N CHARLTON
     ST,, WILLOW SPRINGS,, IL, 60480, 3/31/2006, 0609004062, 18-33-318-
     014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
     **AMERIQUEST** MORTGAGE CO



Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage**
          **Records** ⓘ
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

LexisNexis®    <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
              <u>Copyright ©</u>  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
              reserved.

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage Records [i]
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐  141. SMITH JR, JOHN LEE;, SMITH, LYNETTA M, (Husband and Wife),, Tenants By Entireties, 6922 S BELL
AVE,, CHICAGO,, IL, 60636, 3/17/2006, 0607620168, 20-19-323-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  142. THOMAS, CHARLES;, THOMAS, BETTY R, (Husband and Wife),, Joint Tenancy, 6117 S SANGAMON
ST,, CHICAGO,, IL, 60621, 3/17/2006, 0607620179, 20-17-421-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  143. TOUSSAINT, DONALD, 4111 ORCHARD
LN,, MATTESON,, IL, 60443, 3/13/2006, 0607208032, 31-15-202-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  144. WELLS, HAROLD L;, WELLS, BELINDA, 216 S 20TH
AVE,, MAYWOOD,, IL, 60153, 3/29/2006, 0608817035, 15-10-304-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  145. WILLIAMS, MELISSA A, 8147 S MICHIGAN
AVE,, CHICAGO,, IL, 60619, 3/31/2006, 0609004060, 20-34-114-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

☐  146. YOUNG, MARILYN, 27 163RD ST,, CALUMET
CITY,, IL, 60409, 3/31/2006, 0609004083, 30-20-402-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMERIQUEST** MORTGAGE CO

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage Records [i]
Terms: **county(cook) and lender(ameriquest) and date is 3/2006**  (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Wednesday, December 6, 2006 - 4:56 PM EST

 LexisNexis    About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.