# EXHIBIT E

.

1210V5

**Time of Request:** Friday, December 08, 2006   15:00:19 EST
**Client ID/Project Name:** 430
**Number of Lines:** 1456
**Job Number:**       1821:1203715

Research Information

**Service:**    Terms and Connectors Search
**Print Request:** All Documents 1-39
**Source:** B-FIND Nationwide US and Canadian Public and Private Company ...
**Search Terms:** ameriquest or "amc mortgage" & (il or illinois)

**Send to:**  EDELMAN, DAN
              EDELMAN COMBS & LATTURNER
              120 S LA SALLE ST FL 18
              CHICAGO, IL 60603-3593

US Business Directory

1 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMC MORTGAGE** CORP
5141 W FULLERTON AVE
CHICAGO, **IL** 60639-2403 UNITED STATES
TEL: 773-237-7020
ABI-NO: 253748529

**COUNTY:** 17031 COOK

**POPULATION:** 500,000 PLUS FF

**CARRIER-CODE:** C023

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** December 4, 2006

US Business Directory

2 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMC MORTGAGE** SVC
1600 MCCONNOR PKWY
SCHAUMBURG, IL 60173-6800 UNITED STATES
TEL: 847-969-0206
ABI-NO: 358514743

**COUNTY:** 17031 COOK

**POPULATION:** 50,000 - 99,999 CC

**CARRIER-CODE:** C040

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** December 4, 2006

US Business Directory

3 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
450 E DEVON AVE
ITASCA, **IL** 60143-1266 UNITED STATES
TEL: 847-413-8380
ABI-NO: 383528163

**COUNTY:** 17043 DU PAGE

**POPULATION:** 1 - 24,999 AA

**CARRIER-CODE:** C006

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999 CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** December 4, 2006

Case: 1:05-cv-07097 Document #: 425-3 Filed: 02/02/07 Page 6 of 41 PageID #:10492

US Business Directory

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1020 31ST ST
DOWNERS GROVE, **IL** 60515-5501 UNITED STATES
TEL: 630-663-4880
ABI-NO: 368883815

**COUNTY:** 17043 DU PAGE

**POPULATION:** 25,000 - 49,999 BB

**CARRIER-CODE:** C031

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999 CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** December 4, 2006

US Business Directory

5 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1900 E GOLF RD # 1105
SCHAUMBURG, IL 60173-5036 UNITED STATES
TEL: 847-413-8380 FAX: 847-413-8270
ABI-NO: 969762368

**COUNTY:** 17031 COOK

**POPULATION:** 50,000 - 99,999 CC

**CARRIER-CODE:** C008

**PRI-SIC:** 616201 REAL ESTATE LOANS

**2ND-SIC:** 614101 LOANS

**LOC-SALES:** 2,500,000 - 4,999,999 DD

**LOC-EMPLOYEES:** 15

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** RUSS KELLOG, MANAGER

**AD-SIZE:** BOLD LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** September 18, 2006

US Business Directory

6 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
450 E DEVON AVE
ITASCA, IL 60143-1266 UNITED STATES
TEL: 847-413-8380
ABI-NO: 383528163

**COUNTY:** 17043 DU PAGE

**POPULATION:** 1 - 24,999 AA

**CARRIER-CODE:** C006

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** September 18, 2006

Inactive Business Database 9/6/2006 AMERIQUEST MORTGAGE

.

7 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

211 FULTON ST
PEORIA, IL  61602-1347  UNITED STATES

TEL: 309-671-9807

ABI-NO: 371960170

9/6/2006

**COUNTY:** PEORIA

**CARRIER-CODE:** C034

**POPULATION:** 100,000 - 249,999   DD

**PRI-SIC:** 616201   REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 1,000,000 -  2,499,000   CC

**EMPLOYEES:** 6

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 9/18/2006

8 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

5215 OLD ORCHARD RD # 420
SKOKIE, IL  60077-1043  UNITED STATES

TEL: 847-583-8031  FAX: 847-583-8590

ABI-NO: 518203997

9/6/2006

**CONTACT:** DANIEL  ELLIS  MANAGER

**COUNTY:** COOK

**CARRIER-CODE:** C006

**POPULATION:** 50,000 - 99,999   CC

**PRI-SIC:** 616201   REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 -  4,999,000   DD

**EMPLOYEES:** 16

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 9/18/2006

9 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

2056 WESTINGS AVE
NAPERVILLE, IL  60563-2657  UNITED STATES

TEL: 630-983-0753

ABI-NO: 228479788

8/1/2006

**COUNTY:** DU PAGE

**CARRIER-CODE:** R008

**POPULATION:** 100,000 - 249,999   DD

**PRI-SIC:** 616201   REAL ESTATE LOANS

**2ND-SIC:** 616204  MORTGAGE FEASIBILITY CONSULTANTS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 -  4,999,000   DD

**EMPLOYEES:** 13

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 8/10/2006

10 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

16345 HARLEM AVE
TINLEY PARK, **IL** 60477-2589 UNITED STATES

TEL: 708-342-0930

ABI-NO: 233042175

8/1/2006

**COUNTY:** COOK

**CARRIER-CODE:** C035

**POPULATION:** 25,000 - 49,999 BB

**PRI-SIC:** 616201 REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 500,000 - 999,000 BB

**EMPLOYEES:** 5

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 8/10/2006

Case: 1:05-cv-07097 Document #: 425-3 Filed: 02/02/07 Page 13 of 41 PageID #:10499

11 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

8750 W BRYN MAWR AVE
CHICAGO, **IL**  60631-3655  UNITED STATES

TEL: 773-444-0390

ABI-NO: 397297607

8/1/2006

**COUNTY:** COOK

**CARRIER-CODE:** C017

**POPULATION:** 500,000 PLUS   FF

**PRI-SIC:** 616201   REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 8/10/2006

Inactive Business Database 8/1/2006 AMERIQUEST MORTGAGE

12 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

2300 BARRINGTON RD # 312
HOFFMAN ESTATES, **IL**  60195-2035  UNITED STATES

TEL: 847-755-9717  FAX: 847-755-9737

ABI-NO: 592990931

8/1/2006

**CONTACT:** RUSS  KELLOG  MANAGER

**COUNTY:** COOK

**CARRIER-CODE:** C016

**POPULATION:** 50,000 - 99,999    CC

**PRI-SIC:** 616201   REAL ESTATE LOANS

**2ND-SIC:** 614101  LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 1,000,000 -  2,499,000    CC

**EMPLOYEES:** 10

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** BOLD LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 8/10/2006

Inactive Business Database 8/1/2006 AMERIQUEST MORTGAGE

13 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

9501 W 144TH PL # 302
ORLAND PARK, IL 60462-2564 UNITED STATES

TEL: 708-403-0400 FAX: 708-403-2380

ABI-NO: 947410064

8/1/2006

**CONTACT:** JOHN LESTON MANAGER

**COUNTY:** COOK

**CARRIER-CODE:** C026

**POPULATION:** 50,000 - 99,999 CC

**PRI-SIC:** 616201 REAL ESTATE LOANS

**2ND-SIC:** 614102 FINANCING
614101 LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 - 4,999,000 DD

**EMPLOYEES:** 20

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** BOLD LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 8/10/2006

14 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

8501 W HIGGINS RD
CHICAGO, **IL** 60631-2801 UNITED STATES

TEL: 773-714-0400

ABI-NO: 269647947

6/29/2006

**COUNTY:** COOK

**CARRIER-CODE:** C024

**POPULATION:** 500,000 PLUS FF

**PRI-SIC:** 616201 REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 1,000,000 - 2,499,000 CC

**EMPLOYEES:** 6

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 7/7/2006

Case: 1:05-cv-07097 Document #: 425-3 Filed: 02/02/07 Page 17 of 41 PageID #:10503

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMC MORTGAGE** SVC
1600 MCCONNOR PKWY
SCHAUMBURG, **IL** 60173-6800 UNITED STATES
TEL: 847-969-0206
ABI-NO: 358514743

**COUNTY:** 17031 COOK

**POPULATION:** 50,000 - 99,999 CC

**CARRIER-CODE:** C040

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999 CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** June 8, 2006

US Business Directory

16 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1600 MCCONNOR PKWY
SCHAUMBURG, **IL** 60173-6800 UNITED STATES
TEL: 847-619-3391
ABI-NO: 261749667

**COUNTY:** 17031 COOK

**POPULATION:** 50,000 - 99,999 CC

**CARRIER-CODE:** C040

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999 CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** June 8, 2006

Inactive Business Database 5/30/2006 AMERIQUEST MORTGAGE

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

1225 CORPORATE BLVD
AURORA, **IL** 60505-7608 UNITED STATES

TEL: 630-820-6978

ABI-NO: 214431447

5/30/2006

**COUNTY:** KANE

**CARRIER-CODE:** C099

**POPULATION:** 100,000 - 249,999   DD

**PRI-SIC:** 616201   REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 1,000,000 -  2,499,000   CC

**EMPLOYEES:** 6

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 6/6/2006

Inactive Business Database 5/30/2006 AMERIQUEST MORTGAGE

18 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

4320 WINFIELD RD
WARRENVILLE, **IL** 60555-4018 UNITED STATES

TEL: 630-393-0054

ABI-NO: 234227064

5/30/2006

**COUNTY:** DU PAGE

**CARRIER-CODE:** R011

**POPULATION:** 1 - 24,999 AA

**PRI-SIC:** 616201 REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 500,000 - 999,000 BB

**EMPLOYEES:** 5

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 6/6/2006

19 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

1020 E NEW YORK ST
AURORA, IL 60505-3814 UNITED STATES

TEL: 630-820-5154 FAX: 630-820-5810

ABI-NO: 959965393

5/30/2006

**CONTACT:** KEVIN RANK MANAGER

**COUNTY:** KANE

**CARRIER-CODE:** C065

**POPULATION:** 100,000 - 249,999 DD

**PRI-SIC:** 616201 REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 - 4,999,000 DD

**EMPLOYEES:** 15

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 6/6/2006

Inactive Business Database 4/29/2006 AMERIQUEST MORTGAGE

20 of 39 DOCUMENTS

Copyright **YEAR** infoUSA.com, Inc.
Inactive Business Database

**AMERIQUEST** MORTGAGE

1701 GOLF RD
ROLLING MEADOWS, IL  60008-4217  UNITED STATES

TEL: 847-806-7041

ABI-NO: 367758778

4/29/2006

**COUNTY:** COOK

**CARRIER-CODE:** C022

**POPULATION:** 1 - 24,999   AA

**PRI-SIC:** 616201   REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 500,000 - 999,000   BB

**EMPLOYEES:** 5

**SUBSIDIARY-NO:** 971953930

**ULTIMATE-NO:** 376532743

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 5/5/2006

US Business Directory

21 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
745 MCCLINTOCK DR # 100
BURR RIDGE, IL  60527-3511 UNITED STATES
TEL: 630-455-1049   FAX: 630-887-0931
ABI-NO: 508264538

**COUNTY:** 17043  DU PAGE

**POPULATION:** 1 - 24,999   AA

**CARRIER-CODE:** C073

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 2,500,000 -  4,999,999   DD

**LOC-EMPLOYEES:** 20

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** KEN KIM, MANAGER

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** April 12, 2006

US Business Directory

22 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1 WESTBROOK CORP CTR # 420
WESTCHESTER, **IL** 60154-5710 UNITED STATES
TEL: 708-492-0628   FAX: 708-586-9697
ABI-NO: 949406243

**COUNTY:** 17031  COOK

**POPULATION:** 1 - 24,999   AA

**CARRIER-CODE:** C060

**PRI-SIC:** 616201  REAL ESTATE LOANS

**2ND-SIC:** 614101  LOANS

**LOC-SALES:** 2,500,000 - 4,999,999   DD

**LOC-EMPLOYEES:** 20

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** DUSTIN NATES, MANAGER
      LANCE SHUPE, VP FINANCE
      DUSTIN NATES, VP SALES

**AD-SIZE:** BOLD LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** April 12, 2006

US Business Directory

23 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
500 PARK BLVD
ITASCA, **IL** 60143-3121 UNITED STATES
TEL: 630-773-3152
ABI-NO: 383528171

**COUNTY:** 17043  DU PAGE

**POPULATION:** 1 - 24,999   AA

**CARRIER-CODE:** C007

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 500,000 -  999,999   BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** March 8, 2006

US Business Directory

24 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** TRANSPORTATION
320 S MAIN ST
MORTON, **IL** 61550-1982 UNITED STATES
TEL: 309-263-6141
ABI-NO: 229245550

**COUNTY:** 17179  TAZEWELL

**POPULATION:** 1 - 24,999   AA

**CARRIER-CODE:** C011

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 1,000 - 499,999   AA

**LOC-EMPLOYEES:** 1

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** January 26, 2006

US Business Directory

25 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1 TOWER LN
OAKBROOK TERRACE, **IL** 60181-4671 UNITED STATES
TEL: 630-928-3730
ABI-NO: 252800180

**COUNTY:** 17043  DU PAGE

**POPULATION:** 1 - 24,999   AA

**CARRIER-CODE:** C021

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 500,000 -  999,999   BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** January 26, 2006

US Business Directory

26 of 39 DOCUMENTS

Copyright 2006 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE
1020 31ST ST
DOWNERS GROVE, **IL** 60515-5501 UNITED STATES
TEL: 630-663-4880
ABI-NO: 368883815

**COUNTY:** 17043 DU PAGE

**POPULATION:** 25,000 - 49,999 BB

**CARRIER-CODE:** C031

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**CREDIT:** SATISFACTORY

**LANGUAGE:** ENGLISH

**LOAD-DATE:** January 26, 2006

US Business Directory

27 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
8501 W HIGGINS RD
CHICAGO, **IL** 60631-2801 UNITED STATES
TEL: 773-714-0400
ABI-NO: 269647947

**COUNTY:** 17031 COOK

**POPULATION:** 500,000 PLUS FF

**CARRIER-CODE:** C024

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999 CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 17, 2005

US Business Directory

28 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
1900 SPRING RD # 216
OAK BROOK, **IL** 60523-1479 UNITED STATES
TEL: 630-586-9670   FAX: 630-586-9697
ABI-NO: 949406243

**COUNTY:** 17043  DU PAGE

**POPULATION:** 1 - 24,999   AA

**CARRIER-CODE:** C052

**PRI-SIC:** 616201  REAL ESTATE LOANS

**2ND-SIC:** 614101  LOANS

**LOC-SALES:** 2,500,000 - 4,999,999   DD

**LOC-EMPLOYEES:** 20

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** LANCE SHUPE, MANAGER
LANCE SHUPE, VP FINANCE
LANCE SHUPE, VP SALES

**AD-SIZE:** BOLD LISTING

**CREDIT:** GOOD

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 17, 2005

US Business Directory

29 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
1900 E GOLF RD # 1105
SCHAUMBURG, **IL**  60173-5036 UNITED STATES
TEL: 847-413-8380   FAX: 847-413-8270
ABI-NO: 969762368

**COUNTY:** 17031  COOK

**POPULATION:** 50,000 - 99,999   CC

**CARRIER-CODE:** C008

**PRI-SIC:** 616201  REAL ESTATE LOANS

**2ND-SIC:** 614101  LOANS

**LOC-SALES:** 2,500,000 -  4,999,999   DD

**LOC-EMPLOYEES:** 15

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** ERIN POLINSKI, MANAGER

**AD-SIZE:** BOLD LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** October 17, 2005

US Business Directory

30 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
1600 MCCONNOR PKWY
SCHAUMBURG, **IL** 60173-6800 UNITED STATES
TEL: 847-619-3391
ABI-NO: 261749667

**COUNTY:** 17031 COOK

**POPULATION:** 50,000 - 99,999 CC

**CARRIER-CODE:** C040

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 1,000,000 - 2,499,999 CC

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** August 10, 2005

US Business Directory

31 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
9501 W 144TH PL # 302
ORLAND PARK, **IL** 60462-2564 UNITED STATES
TEL: 708-403-0400   FAX: 708-403-2380
ABI-NO: 947410064

**COUNTY:** 17031  COOK

**POPULATION:** 50,000 - 99,999   CC

**CARRIER-CODE:** C026

**PRI-SIC:** 614102  FINANCING

**2ND-SIC:** 616201  REAL ESTATE LOANS
614101  LOANS

**LOC-SALES:** UNKNOWN   LL

**LOC-EMPLOYEES:** 20

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** JOHN LESTON, MANAGER
JOHN LESTON, VP FINANCE
JOHN LESTON, VP SALES

**AD-SIZE:** REGULAR LISTING

**CREDIT:** GOOD

**LANGUAGE:** ENGLISH

**LOAD-DATE:** August 10, 2005

US Business Directory

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
1020 E NEW YORK ST
AURORA, **IL** 60505-3814 UNITED STATES
TEL: 630-820-5154   FAX: 630-820-5810
ABI-NO: 959965393

**COUNTY:** 17089  KANE

**POPULATION:** 100,000 - 249,999   DD

**CARRIER-CODE:** C065

**PRI-SIC:** 616201  REAL ESTATE LOANS

**LOC-SALES:** 2,500,000 -  4,999,999   DD

**LOC-EMPLOYEES:** 15

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**EXECUTIVES:** KEVIN RANK, MANAGER

**AD-SIZE:** REGULAR LISTING

**CREDIT:** GOOD

**LANGUAGE:** ENGLISH

**LOAD-DATE:** June 8, 2005

US Business Directory

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
16345 HARLEM AVE
TINLEY PARK, IL 60477-2589 UNITED STATES
TEL: 708-342-0930
ABI-NO: 233042175

**COUNTY:** 17031 COOK

**POPULATION:** 25,000 - 49,999 BB

**CARRIER-CODE:** C035

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** June 3, 2005

US Business Directory

34 of 39 DOCUMENTS

Copyright 2005 infoUSA.com, Inc.
US Business Directory

**AMERIQUEST** MORTGAGE CO
4320 WINFIELD RD
WARRENVILLE, **IL** 60555-4018 UNITED STATES
TEL: 630-393-0054
ABI-NO: 234227064

**COUNTY:** 17043 DU PAGE

**POPULATION:** 1 - 24,999 AA

**CARRIER-CODE:** R011

**PRI-SIC:** 616201 REAL ESTATE LOANS

**LOC-SALES:** 500,000 - 999,999 BB

**LOC-EMPLOYEES:** 5 - 9

**PAR-EMPLOYEES:** UNKNOWN

**BUSINESS-ORG:** FIRM

**AD-SIZE:** REGULAR LISTING

**CREDIT:** UNKNOWN

**LANGUAGE:** ENGLISH

**LOAD-DATE:** June 3, 2005

Inactive Business Database 6/4/2004 AMERIQUEST MORTGAGE CO

35 of 39 DOCUMENTS

Copyright 2004 infoUSA
Inactive Business Database

**AMERIQUEST** MORTGAGE CO

8501 W HIGGINS RD # 680
CHICAGO, **IL** 60631-2809 UNITED STATES

TEL: 773-714-0400 FAX: 773-714-8283

ABI-NO: 975646126

6/4/2004

**CONTACT:** CHAD HEYDA MANAGER

**COUNTY:** COOK

**CARRIER-CODE:** C024

**POPULATION:** 500,000 PLUS FF

**PRI-SIC:** 616201 REAL ESTATE LOANS

**2ND-SIC:** 614101 LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 - 4,999,000 DD

**EMPLOYEES:** 14

**ULTIMATE-NO:** 971953930

**AD-SIZE:** BOLD LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 6/14/2004

Inactive Business Database 2/9/2004 AMERIQUEST MORTGAGE CO

36 of 39 DOCUMENTS

Copyright 2004 infoUSA
Inactive Business Database

**AMERIQUEST** MORTGAGE CO

19740 GOVERNORS HWY # 120
FLOSSMOOR, **IL**  60422-2085  UNITED STATES

TEL: 708-647-9741  FAX: 708-647-9764

ABI-NO: 524402831

2/9/2004

**CONTACT:** MATT  COLLINS  MANAGER

**COUNTY:** COOK

**CARRIER-CODE:** R001

**POPULATION:** 1 - 24,999   AA

**PRI-SIC:** 616201   REAL ESTATE LOANS

**2ND-SIC:** 614101  LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 - 4,999,000   DD

**EMPLOYEES:** 15

**ULTIMATE-NO:** 971953930

**AD-SIZE:** BOLD LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 2/25/2004

37 of 39 DOCUMENTS

Copyright 2003 infoUSA
Inactive Business Database

### AMERIQUEST TRANSPORTION

300 HAMILTON BLVD
PEORIA, IL  61602-1234  UNITED STATES

TEL: 309-671-3864

ABI-NO: 598040897

11/5/2003

**COUNTY:** PEORIA

**CARRIER-CODE:** C060

**POPULATION:** 100,000 - 249,999   DD

**PRI-SIC:** 478977  TRANSPORTATION

**BUSINESS-ORG:** FIRM

**SALES:** 500,000 -  999,000   BB

**EMPLOYEES:** 7

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 11/21/2003

38 of 39 DOCUMENTS

Copyright 2003 infoUSA
Inactive Business Database

MORTGAGES **AMERIQUEST** CO

8750 W BRYN MAWR AVE # 250E
CHICAGO, **IL** 60631-3655 UNITED STATES

TEL: 773-695-1233 FAX: 773-714-8283

ABI-NO: 592941496

10/7/2003

**COUNTY:** COOK

**CARRIER-CODE:** C017

**POPULATION:** 500,000 PLUS FF

**PRI-SIC:** 616201 REAL ESTATE LOANS

**BUSINESS-ORG:** FIRM

**SALES:** 2,500,000 - 4,999,000 DD

**EMPLOYEES:** 15

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** 10/15/2003

Inactive Business Database 09/04/98 INFO AMERIQUEST

39 of 39 DOCUMENTS

Copyright 1999 infoUSA
Inactive Business Database

INFO **AMERIQUEST**

230 BROADWAY
SPRINGFIELD, **IL**  62701-1138  UNITED STATES

TEL: 217-522-8950

ABI-NO: 465476117

09/04/98

**CONTACT:** TAMMY  KUNTZ  MANAGER

**COUNTY:** SANGAMON

**CARRIER-CODE:** C001

**POPULATION:** 100,000 - 249,999   DD

**PRI-SIC:** 873206   RESEARCH SERVICE

**BUSINESS-ORG:** FIRM

**SALES:** 1,000 -  499,000   AA

**EMPLOYEES:**  2

**AD-SIZE:** REGULAR LISTING

**LANGUAGE:** ENGLISH

**LOAD-DATE:** February 4, 1999