EXHIBIT F

CORP/LLC - CERTIFICATE OF GOOD STANDING

http://www.ilsos.gov/corporatellc/CorporateLlcController



SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| Entity Name | AMC MORTGAGE SERVICES, INC. | File Number | 62491213 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 10/23/2002 | State | DELAWARE |
| Agent Name | NATIONAL REGISTERED AGENTS INC | Agent Change Date | 05/24/2004 |
| Agent Street Address | 200 WEST ADAMS STREET | President Name & Address | ASEEM MITAL, 1100 TOWN & COUNTRY RD STE ORANGE,CA92868 |
| Agent City | CHICAGO | Secretary Name & Address | THOMAS J NOTO SAME |
| Agent Zip | 60606 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 09/27/2006 | For Year | 2006 |
| Old Corp Name | 12/26/2002 - AMERIQUEST NEWCO, INC. 06/27/2003 - PPC MORTGAGE COMPANY 01/03/2005 - BEDFORD HOME LOANS, INC. | | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

12/4/2006 3:07 PM

1 of 1

# EXHIBIT G

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage Records [i]

Terms: **county(cook) and lender(amc mortgage services, inc.) and date is 2/2006** (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☑ 1. RECKLAUS, DENNIS R;, RECKLAUS, DEANNE JOY, (Husband and Wife),, Tenants By Entireties, 10005 MARION AVE,, OAK LAWN,, IL, 60453, 2/14/2006, 0604516058, 24-08-310-045, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑ 2. GAFFNEY, JAMES;, GAFFNEY, KAREN, (Husband and Wife),, Joint Tenancy, 665 W ELIZABETH LN,, DES PLAINES,, IL, 60018, 2/28/2006, 0605915140, 08-24-314-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑ 3. JOHNS, SARAH A, 5261 W GLADYS AVE,, CHICAGO,, IL, 60644, 2/28/2006, 0605915141, 16-16-116-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑ 4. OCONNELL, EDWARD J;, OCONNELL, SHEILA B, (Husband and Wife),, Tenants By Entireties, 3517 N OKETO AVE,, CHICAGO,, IL, 60634, 2/10/2006, 0604117044, 12-24-404-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑ 5. SAUNDERS, DARLENE, (Widow or Widower), 1366 S FAIRFIELD,, CHICAGO,, IL, 60608, 2/27/2006, 0605812115, 16-24-206-074, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > **IL Mortgage Records** [i]

Terms: **county(cook) and lender(amc mortgage services, inc.) and date is 2/2006** (Edit Search | Suggest Terms for My Search)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:14 PM EST

 **LexisNexis**®

About LexisNexis | Terms & Conditions

Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT H

Source: Public Records > Public Records > Real Property Locator > Mortgage Records by State > IL Mortgage
Records ⓘ

Terms: **county(cook) and lender(amc mortgage services, inc.) and date is 3/2006** (Edit Search | Suggest Terms for
My Search)

✔Select for FOCUS™ or Delivery

☑    1. WOODARD, JERRY LEWIS, (Single Person or Individual), 121 W 125TH
ST,, CHICAGO,, IL, 60628, 3/2/2006, 0606121094, 25-28-413-009, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑    2. BAKER, ALISIA, 7802 S
WOODLAWN,, CHICAGO,, IL, 60619, 3/7/2006, 0606636042, 20-26-323-
091, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑    3. RUDOLPH, KENNETH M;, RUDOLPH, JANET LEE, (Husband and Wife),, Joint
Tenancy, 115 E STREAMWOOD
BLVD,, STREAMWOOD,, IL, 60107, 3/7/2006, 0606636224, 06-23-112-
057, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑    4. HAWKINS, EUGENE, 643 W 59TH
ST,, CHICAGO,, IL, 60621, 3/7/2006, 0606636258, 20-16-301-027, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑    5. POWELL, FREDERICK;, POWELL, JOYCE H, (Husband and Wife),, Joint
Tenancy, 1913 E 93RD ST,, CHICAGO,, IL, 60617, 3/7/2006, 0606636272, 25-
01-322-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑    6. SHELL, ANTHONY;, SHELL, CYNTHIA, (Husband and Wife), 8047 S MUSKEGON
AVE,, CHICAGO,, IL, 60617, 3/21/2006, 0608021177, 21-31-209-043, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑    7. RUKAVINA, ANNEMARIE, 333 W HUBBARD ST
509,, CHICAGO,, IL, 60610, 3/23/2006, 0608221034, 17-09-257-025-
1078, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑    8. RODRIGUEZ JR, JUAN, (Single Person or Individual), 1634 W 18TH
PL,, CHICAGO,, IL, 60608, 3/23/2006, 0608221256, 17-19-411-029, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑    9. CHLADEK, ARTHUR E;, CHLADEK, MARY J, (Husband and Wife),, Tenants By
Entireties, 3930 W 85TH PL,, CHICAGO,, IL, 60652, 3/23/2006, 0608221326, 19-
35-320-054, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMC MORTGAGE SERVICES INC**

☑    10. <u>WOOLFOLK, THOMASINE N</u>, 4560 SOUTHWEST HWY,, OAK
        LAWN,, IL, 60453, 3/29/2006, 0608821013, 24-03-304-051-1009, NON-
        PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
        **AMC MORTGAGE SERVICES INC**

Source: <u>Public Records</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>Mortgage Records by State</u> > **IL Mortgage
Records** 

Terms: **county(cook) and lender(amc mortgage services, inc.) and date is 3/2006**  (<u>Edit Search</u> | <u>Suggest Terms
for My Search</u>)

View: Cite

Date/Time: Wednesday, December 6, 2006 - 4:01 PM EST

(LexisNexis logo) LexisNexis°    <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
<u>Copyright ©</u>  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

EXHIBIT I

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties [i]
Terms: amc /2 mortgage /2 services  (Edit Search | Suggest Terms for My Search)

✓Select for FOCUS™ or Delivery

☐    1. AMC MORTGAGE SERVICES, 502 CLIFTON DR, ROUND LAKE, IL 60073, 6/6/2005, Lake County, Illinois, ILSALE
**AMC MORTGAGE SERVICES** (Company/Corporation)

☐    2. AMC MORTGAGE SERVICES INC; BEDFORD HOME LOANS INC, 2132 WINTER AVE, NORTH CHICAGO, IL 60064, 11/28/2005, Lake County, Illinois, ILSALE
**AMC MORTGAGE SERVICES** INC (Company/Corporation); ...

☐    3. AMERIQUEST FUNDING TO REO SUBSIDIARY, 220 W 105TH ST, CHICAGO, IL 60628, 11/8/2005, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES**, 505 CITY PKY ...

☐    4. ARGENT MORTGAGE CO LLC, 7831 S SAINT LAWRENCE, CHICAGO, IL 60619, 7/19/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES**, PO BOX 11000, ...

☐    5. BATES, STEVEN E, 12833 S SAGINAW AVE,, CHICAGO,, IL, 60633, 5/4/2006, 0612417068, 26-30-317-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐    6. BAX, PAUL A;, BAX, PAMELA F, (Husband and Wife),, Tenants By Entireties, 35 CHURN 35,, MATTESON,, IL, 60443, 7/26/2006, 0620721090, 31-17-111-010-1003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐    7. BLANKENSHIP SR, WAYNE DAVID;, BLANKENSHIP, PATRICIA M, (Husband and Wife),, Joint Tenancy, 120 BRIGGS,, JOLIET,, IL, 60433, 10/12/2006, R2006171364, 30-07-13-109-010, NON-PURCHASE MONEY, WILL COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐    8. BUDA, ELENA, 261 W 146TH ST, RIVERDALE, IL 60827, 8/18/2006, Cook County, Illinois, ILSALE
... Minor/Ward/Client); **AMC MORTGAGE SERVICES** INC (Personal Representative)

☐    9. BYKOWICZ, PAUL A;, BYKOWICZ II, PAUL,, Joint Tenancy, 20006 ARROYO AVE,, CHICAGO HEIGHTS,, IL, 60411, 10/4/2006, 0627721025, 33-07-314-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐    10. CASSARA, GARY T;, CASSARA, DENISE A,, Joint Tenancy, 402 JOREN TRL,, ANTIOCH,, IL, 60002, 8/9/2006, 6040681, 02-05-309-053, NON-PURCHASE MONEY, LAKE COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

Source:   Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
          Assessor Records and Mortgage Records - Selected Counties 
Terms:    amc /2 mortgage /2 services  (Edit Search | Suggest Terms for My Search)
View:     Cite
Date/Time: Friday, December 8, 2006 - 11:03 AM EST

LexisNexis®          About LexisNexis  | Terms & Conditions
                     Copyright ©  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
                     reserved.

Search - 154 Results - AMC /2 Mortgage /2 Services                                    Page 1 of 2

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties [i]
Terms: amc /2 mortgage /2 services  (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐   11. COUNTRYWIDE HOME LOANS INC, 502 CLIFTON DR, ROUND LAKE PARK, IL
         60073, 2/16/2006, Lake County, Illinois, ILSALE
         **AMC MORTGAGE SERVICES** (Company/Corporation)

☐   12. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
         INC ASSET, 6614 S HERMITAGE AVE, CHICAGO, IL 60636, 6/3/2005, Cook
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY  ...

☐   13. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
         INC; ASSET BACKED PASS THROUGH CERTIFICATES S, 4116 AMHERST LN,
         ROCKFORD, IL 61109, 6/27/2005, Winnebago County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY  ...

☐   14. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC; ASSET
         BACKED PASS THROUGH CERTIFICATES S, 402 S HIGHLAND AVE, ROCKFORD, IL
         61104, 8/30/2005, Winnebago County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY  ...

☐   15. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
         BACKED PASS, 601 BLUFF CITY BLVD, ELGIN, IL 60120, 10/26/2005, Kane
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES** INC, 505 CITY  ...

☐   16. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
         INC ASSET, 526 MARGUERITE ST, ELGIN, IL 60123, 10/26/2005, Kane
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES** INC, 505 CITY  ...

☐   17. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT MORTGAGE SECURITIES INC
         ASSET BAC, 10340 S UNION AVE, CHICAGO, IL 60628, 11/17/2005, Cook
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY  ...

☐   18. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
         INC ASSET, 6545 S CLAREMONT AVE, CHICAGO, IL 60636, 11/17/2005, Cook
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES** INC, 505 CITY  ...

☐   19. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC, 7510 S
         HONORE, CHICAGO, IL 60647, 12/2/2005, Cook County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES** INC, 505 CITY  ...

☐   20. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
         BACKED PASS, 11 MCELDOWNEY LN, CHICAGO HEIGHTS, IL
         60411, 12/6/2005, Cook County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY  ...

Source:   Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > **IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties** 
Terms:    **amc /2 mortgage /2 services**  (Edit Search | Suggest Terms for My Search)
View:     Cite
Date/Time: Friday, December 8, 2006 - 11:03 AM EST

LexisNexis·   About LexisNexis  | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source:    Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
           Assessor Records and Mortgage Records - Selected Counties [i]
Terms:  amc /2 mortgage /2 services  (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐    21. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
         INC ASSET, 2025 GROVE ST, BLUE ISLAND, IL 60406, 12/6/2005, Cook
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY  ...

☐    22. DEUTSCHE BANK NATIONAL TRUST CO, 15428 S LOOMIS, HARVEY, IL
         60426, 12/8/2005, Cook County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES** INC, 505 CITY  ...

☐    23. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
         BACKED PASS, 284 MCCREEY AVE, GLEN ELLYN, IL 60137, 1/13/2006, Dupage
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 505 CITY PARKWAY  ...

☐    24. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
         INC SERIE, 621 S PLYMOUTH CT, UNIT 208, CHICAGO, IL
         60605, 1/26/2006, Cook County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 505 CITY PARKWAY  ...

☐    25. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
         INC ASSET, 355 FARMINGDALE, VERNON HILLS, IL 60061, 1/31/2006, Lake
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 39 MILL ST,  ...

☐    26. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
         INC ASSET, 512 S EMERALD DR, MCHENRY, IL 60051, 1/26/2006, McHenry
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES** INC, 505 CITY  ...

☐    27. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
         BACKED PASS, 4805 12TH AVE, MOLINE, IL 61265, 10/25/2005, Rock Island
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES** INC, 505 CITY  ...

☐    28. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
         BACKED PASS, 4501 WINDSOR CT, RICHTON PARK, IL 60471, 3/7/2006, Cook
         County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY  ...

☐    29. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
         BACKED PASS, 851 BLOSSOM LN, PROSPECT HEIGHTS, IL
         60070, 3/7/2006, Cook County, Illinois, ILSALE
         C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY,  ...

☐    30. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
         INC; ASSET BACKED PASS THROUGH CERTIFICATES S, 815 LENOX AVE,
         WAUKEGAN, IL 60085, 3/15/2006, Lake County, Illinois, ILSALE

C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

Source:  <u>Legal</u> > <u>States Legal - U.S.</u> > <u>Illinois</u> > <u>Public Records</u> > <u>Real Property Locator</u> > <u>IL Deed Transfers, Tax
      Assessor Records and Mortgage Records - Selected Counties</u> 
Terms:  **amc /2 mortgage /2 services**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View:  Cite
Date/Time:  Friday, December 8, 2006 - 11:03 AM EST

LexisNexis®    <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties ⓘ

Terms: **amc /2 mortgage /2 services** (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐ 21. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET, 2025 GROVE ST, BLUE ISLAND, IL 60406, 12/6/2005, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 22. DEUTSCHE BANK NATIONAL TRUST CO, 15428 S LOOMIS, HARVEY, IL 60426, 12/8/2005, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐ 23. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET BACKED PASS, 284 MCCREEY AVE, GLEN ELLYN, IL 60137, 1/13/2006, Dupage County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PARKWAY ...

☐ 24. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC SERIE, 621 S PLYMOUTH CT, UNIT 208, CHICAGO, IL 60605, 1/26/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PARKWAY ...

☐ 25. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET, 355 FARMINGDALE, VERNON HILLS, IL 60061, 1/31/2006, Lake County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 39 MILL ST, ...

☐ 26. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET, 512 S EMERALD DR, MCHENRY, IL 60051, 1/26/2006, McHenry County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐ 27. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET BACKED PASS, 4805 12TH AVE, MOLINE, IL 61265, 10/25/2005, Rock Island County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐ 28. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET BACKED PASS, 4501 WINDSOR CT, RICHTON PARK, IL 60471, 3/7/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 29. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET BACKED PASS, 851 BLOSSOM LN, PROSPECT HEIGHTS, IL 60070, 3/7/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY, ...

☐ 30. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC; ASSET BACKED PASS THROUGH CERTIFICATES S, 815 LENOX AVE, WAUKEGAN, IL 60085, 3/15/2006, Lake County, Illinois, ILSALE

C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

Source: <u>Legal</u> > <u>States Legal - U.S.</u> > <u>Illinois</u> > <u>Public Records</u> > <u>Real Property Locator</u> > **IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties** 
Terms: **amc /2 mortgage /2 services**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Friday, December 8, 2006 - 11:03 AM EST

LexisNexis·      <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties ⓘ
Terms: amc /2 mortgage /2 services  (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐ 31. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
INC ASSET, 12223 S MAY, CHICAGO, IL 60643, 3/21/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PARKWAY ...

☐ 32. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
BACKED PASS, 811 RANDALL RD, UNIT B, AURORA, IL 60506, 3/28/2006, Kane
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** PO BOX 11000, ...

☐ 33. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
INC ASSET, 651 HIRSCH AVE, CALUMET CITY, IL 60409, 4/5/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 34. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
BACKED PASS, 7237 S MORGAN, CHICAGO, IL 60621, 4/5/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 35. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
INC, 1301 W 73RD PL, CHICAGO, IL 60636, 4/5/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 36. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
BACKED PASS, 4934 N MOODY AVE, CHICAGO, IL 60630, 4/5/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 37. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
BACKED PASS, 5620 S OAKLEY AVE, CHICAGO, IL 60636, 4/5/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 38. DEUTSCHE BANK NATIONAL TRUST; AMERIQUEST MORTGAGE SECURITIES INC
SERIE, 20 S BEREMAN RD, MONTGOMERY, IL 60538, 2/28/2006, Kendall
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 39. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
BACKED PASS, 438 CLYDE AVE, CALUMET CITY, IL 60409, 4/12/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 40. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
BACKED PASS, 7119 S INDIANA, CHICAGO, IL 60629, 4/13/2006, Cook

County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

Source:  Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties [i]
Terms:  amc /2 mortgage /2 services (Edit Search | Suggest Terms for My Search)
View:  Cite
Date/Time:  Friday, December 8, 2006 - 11:03 AM EST



About LexisNexis  |  Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties ⓘ
Terms: amc /2 mortgage /2 services  (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐ 41. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
BACKED PASS, 13008 S AVENUE N, CHICAGO, IL 60633, 4/19/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 42. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
BACKED PASS, 6508 S ELLIS AVE, UNIT 3, CHICAGO, IL 60637, 4/19/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐ 43. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
INC; ASSET BACKED PASS THROUGH CERTIFICATES S, 2620 HODGES ST,
GRANITE CITY, IL 62040, 3/31/2006, Madison County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 44. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC; ASSET
BACKED PASS THROUGH CERTIFICATES S; POOLING & SERVICING AGREEMENT;
ARGENT MORTGAGE CO LLC, 1416 QUEENS WAY, CHAMPAIGN, IL
61821, 5/17/2006, Champaign County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** PO BOX 11000, ...

☐ 45. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
INC ASSET, 5346 S HERMITAGE ST, CHICAGO, IL 60609, 5/12/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY, ...

☐ 46. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUST MORTGAGE SECURITIES
INC ASSET, 1801 W LARCHMONT, UNIT 208, CHICAGO, IL
60613, 5/8/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 47. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
BACKED PASS, 26336 S EVERGREEN LN, CHANNAHON, IL 60410, 5/12/2006, Will
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐ 48. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET
BACKED PASS, 1126 JACKSON ST, ROCKFORD, IL 61107, 5/17/2006, Winnebago
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐ 49. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES
INC; ASSET BACKED PASS THROUGH CERTIFICATES S, 647 18 AVE, EAST
MOLINE, IL 61244-2030, 6/22/2006, Rock Island County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐ 50. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET

BACKED PASS, 406 SUDBURY CIR, OSWEGO, IL 60543, 6/6/2006, Kendall
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES**, 505 CITY PKY  ...



Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > **IL Deed Transfers, Tax
         Assessor Records and Mortgage Records - Selected Counties** [i]
 Terms: **amc /2 mortgage /2 services**  (Edit Search | Suggest Terms for My Search)
  View: Cite
Date/Time: Friday, December 8, 2006 - 11:05 AM EST

**LexisNexis**   About LexisNexis  | Terms & Conditions
                 Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
                 reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties ⓘ
Terms: **amc /2 mortgage /2 services** (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐   51. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET, 7028 S WOODLAWN AVE, CHICAGO, IL 60637, 8/7/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐   52. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT MORTGAGE SECURITIES INC ASSET BAC, 939 W MADISON ST, UNIT 301, CHICAGO, IL 60607, 8/22/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐   53. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET, 261 W 146TH ST, RIVERDALE, IL 60827, 8/18/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PARKWAY ...

☐   54. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC ASSET BACKED PASS, 741 N HUMPHREY AVE, OAK PARK, IL 60302, 8/28/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY, ...

☐   55. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET, 750 HOUSTON DR, CARPENTERSVILLE, IL 60110, 9/11/2006, Kane County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐   56. DEUTSCHE BANK NATIONAL TRUST CO; ARGENT SECURITIES INC, 361 GATEWOOD LN, GRAYSLAKE, IL 60030, 10/31/2006, Lake County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐   57. DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET, 2338 183RD PL, LANSING, IL 60438, 11/6/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

☐   58. ERVIN, JERRY V, 1924 S SPRINGFIELD,, CHICAGO,, IL, 60623, 9/18/2006, 0626106111, 16-23-318-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐   59. GAFFNEY, JAMES;, GAFFNEY, KAREN, (Husband and Wife),, Joint Tenancy, 665 W ELIZABETH LN,, DES PLAINES,, IL, 60018, 2/28/2006, 0605915140, 08-24-314-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐   60. GERBER, DOUGLAS I;, GERBER, SALLY B, (Husband and Wife),, Joint Tenancy, 141 S BOTHWELL,, PALATINE,, IL, 60067, 10/3/2006, 0627621018, 02-

Case: 1:05-cv-07097 Document #: 425-4 Filed: 02/02/07 Page 22 of 40 PageID #:10900

22-219-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

Source:  Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > **IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties** 
Terms:  **amc /2 mortgage /2 services**  (Edit Search | Suggest Terms for My Search)
View:  Cite
Date/Time:  Friday, December 8, 2006 - 10:58 AM EST

LexisNexis®    About LexisNexis  | Terms & Conditions
Copyright ©  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties [i]
Terms: **amc /2 mortgage /2 services** (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐ 61. GILLESPIE, OSCAR J;, GILLESPIE, PATRICIA, (Husband and Wife),, Joint Tenancy, 5713 N KOONLAND AVE,, PEORIA,, IL, 61614, 5/25/2006, 06-016414, 14-17-355-008, NON-PURCHASE MONEY, PEORIA COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 62. HANSON, RUTH A, (Single Person or Individual), 320 N MADISON ST,, LEBANON,, IL, 62254, 5/23/2006, 4335/2015, A01979436, 05-19-0-203-001, NON-PURCHASE MONEY, ST CLAIR COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 63. HARRIS, ROCHELLE C, (Married Person), 701 SILVER ROCK LN,, BUFFALO GROVE,, IL, 60089, 4/28/2006, 5984581, 15-32-205-017, NON-PURCHASE MONEY, LAKE COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 64. HERNANDEZ, YSIDRO;, HERNANDEZ, ELLENA M, (Husband and Wife),, Joint Tenancy, 1126 RANCHWOOD,, SHOREWOOD,, IL, 60431, 8/10/2006, R2006134145, 05-06-16-306-008, NON-PURCHASE MONEY, WILL COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 65. HOLDEN, EDWARD; HOLDEN, MARILYN, 5231 S PAULINA ST, CHICAGO, IL 60609-5757, 4/20/2006, Cook County, Illinois, ILSALE
**AMC MORTGAGE SERVICES** INC

☐ 66. HOWARD JR, WILLIE;, HOWARD, ORA L, (Husband and Wife),, Tenants By Entireties, 1818 HARTREY AVE,, EVANSTON,, IL, 60201, 7/26/2006, 0620717115, 10-13-115-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 67. JENKINS, CATHY, (Single or Unmarried Woman), 132 WEBB ST,, CALUMET CITY,, IL, 60409, 5/31/2006, 0615115004, 30-17-212-044, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 68. JOHNS, SARAH A, 5261 W GLADYS AVE,, CHICAGO,, IL, 60644, 2/28/2006, 0605915141, 16-16-116-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 69. KEILMAN, MARY ANN, 67 DEVONSHIRE CIR,, ELGIN,, IL, 60123, 10/10/2006, 2006K110356, 06-03-103-005, NON-PURCHASE MONEY, KANE COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐  70. <u>KIEFER, CHADWICK</u>, 22706 RIDGE, ANTIOCH, IL 60002, 8/25/2006, Lake
       County, Illinois, ILSALE
       ... Minor/Ward/Client); **AMC MORTGAGE SERVICES** INC (Personal
       Representative)

Source: <u>Legal</u> > <u>States Legal - U.S.</u> > <u>Illinois</u> > <u>Public Records</u> > <u>Real Property Locator</u> > **IL Deed Transfers, Tax
       Assessor Records and Mortgage Records - Selected Counties** 
 Terms: amc /2 mortgage /2 services  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
  View: Cite
Date/Time: Friday, December 8, 2006 - 10:58 AM EST

LexisNexis®    <u>About LexisNexis</u> | <u>Terms & Conditions</u>
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties ⓘ

Terms: **amc /2 mortgage /2 services**  (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐ 71. MALLORY, WINTA F, (Married Woman as her sole and separate property), 16611 HONORE AVE,, MARKHAM,, IL, 60426, 8/21/2006, 0623335106, 29-19-427-047, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 72. MARTIN, DAWN M, 9531 S EUCLID AVE, CHICAGO, IL 60617, 9/8/2006, Cook County, Illinois, ILSALE **AMC MORTGAGE SERVICES** INC

☐ 73. MARTINEZ, JAVIER;, MARTINEZ, SAYDA,, Joint Tenancy, 2623 N RUTHERFORD,, ELMWOOD PARK,, IL, 60707, 9/18/2006, 0626115191, 13-30-403-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 74. MCCAIN, STEVEN B, 237 RICE,, BELLWOOD,, IL, 60104, 6/9/2006, 0616015038, 15-09-115-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 75. MCCOY, CHAD, 460 PARK DR, BETHALTO, IL 62010, 9/28/2005, Madison County, Illinois, ILSALE C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐ 76. OCONNELL, EDWARD J;, OCONNELL, SHEILA B, (Husband and Wife),, Tenants By Entireties, 3517 N OKETO AVE,, CHICAGO,, IL, 60634, 2/10/2006, 0604117044, 12-24-404-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 77. OMALLEY, MICHAEL, 611 N LONG, CHICAGO, IL 60644, 8/7/2006, Cook County, Illinois, ILSALE ... LLC (Company/Corporation); **AMC MORTGAGE SERVICES** INC (Personal Representative)

☐ 78. POWERS, ERIN M, 1313 HICKORY, ROUND LAKE BEACH, IL 60073, 7/14/2006, Lake County, Illinois, ILSALE ... S (Company/Corporation); **AMC MORTGAGE SERVICES** INC (Personal Representative)

☐ 79. RHONE, DEBRA, 355 MERRILL AVE,, CALUMET CITY,, IL, 60409, 10/25/2006, 0629817100, 29-12-115-057, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 80. RICHARDSON, JOHN W;, RICHARDSON, EMMA, (Husband and Wife),, Joint Tenancy, 8112 S HOUSTON

AVE,, CHICAGO,, IL, 60617, 6/1/2006, 0615212047, 21-31-221-006, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

Source: <u>Legal</u> > <u>States Legal - U.S.</u> > <u>Illinois</u> > <u>Public Records</u> > <u>Real Property Locator</u> > **IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties** 
Terms: **amc /2 mortgage /2 services** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Friday, December 8, 2006 - 10:59 AM EST

LexisNexis® About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties ⓘ
Terms: amc /2 mortgage /2 services  (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐  81. SAUNDERS, DARLENE, (Widow or Widower), 1366 S
FAIRFIELD,, CHICAGO,, IL, 60608, 2/27/2006, 0605812115, 16-24-206-
074, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐  82. SHUMAC, JANIS, 239 WILLOW RD, MATTESON, IL 60443, 8/1/2006, Cook
County, Illinois, ILSALE
**AMC MORTGAGE SERVICES** INC

☐  83. SOTO, RAFAEL; SOTO, MARIA I, 2132 WINTER AVE, NORTH CHICAGO, IL
60064, 11/28/2005, Lake County, Illinois, ILSALE
**AMC MORTGAGE SERVICES** INC (Company/Corporation); ...

☐  84. VERBLE, ANDREW J; KOT, JOHN, 14151 KEELER AVE, CRESTWOOD, IL
60445, 10/20/2006, Cook County, Illinois, ILSALE
... LLC (Company/Corporation); **AMC MORTGAGE SERVICES** INC (Personal
Representative)

☐  85. WAGGONER, JEFFREY D;, WAGGONER, DEBORAH E,, Joint Tenancy, 286
STONEGATE,, CLARENDON HILLS,, IL, 60514, 3/20/2006, R2006-050409, 09-02-
300-001, NON-PURCHASE MONEY, DUPAGE COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐  86. WARREN, YVETTE, 18146 CHERRYWOOD LN, HOMEWOOD, IL
60430, 6/29/2006, Cook County, Illinois, ILSALE
**AMC MORTGAGE SERVICES** INC

☐  87. WELLS FARGO BANK MINNESOTA NA; SALOMON BROTHERS SECURITIES VII INC
ASSE, 113 W 113TH ST, CHICAGO, IL 60628, 6/6/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 W PARKWAY ...

☐  88. WM SPECIALTY MORTGAGE LLC, 16022 S RICHMOND, MARKHAM, IL
60426, 11/2/2005, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐  89. WM SPECIALTY MORTGAGE LLC, 5929 S HERMITAGE AVE, CHICAGO, IL
60621, 12/7/2005, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐  90. WM SPECIALTY MORTGAGE CO LLC, 3051 SHENANDOAH, CARPENTERSVILLE, IL
60110, 1/17/2006, Kane County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > **IL Deed Transfers, Tax**

Case: 1:05-cv-07097 Document #: 425-4 Filed: 02/02/07 Page 28 of 40 PageID #:10906

**Assessor Records and Mortgage Records - Selected Counties** 
Terms: **amc /2 mortgage /2 services**  (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Friday, December 8, 2006 - 10:59 AM EST

LexisNexis®

About LexisNexis  | Terms & Conditions
Copyright ©  2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties [i]
Terms: amc /2 mortgage /2 services  (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐ 81. SAUNDERS, DARLENE, (Widow or Widower), 1366 S
FAIRFIELD,, CHICAGO,, IL, 60608, 2/27/2006, 0605812115, 16-24-206-
074, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 82. SHUMAC, JANIS, 239 WILLOW RD, MATTESON, IL 60443, 8/1/2006, Cook
County, Illinois, ILSALE
**AMC MORTGAGE SERVICES** INC

☐ 83. SOTO, RAFAEL; SOTO, MARIA I, 2132 WINTER AVE, NORTH CHICAGO, IL
60064, 11/28/2005, Lake County, Illinois, ILSALE
**AMC MORTGAGE SERVICES** INC (Company/Corporation); ...

☐ 84. VERBLE, ANDREW J; KOT, JOHN, 14151 KEELER AVE, CRESTWOOD, IL
60445, 10/20/2006, Cook County, Illinois, ILSALE
... LLC (Company/Corporation); **AMC MORTGAGE SERVICES** INC (Personal
Representative)

☐ 85. WAGGONER, JEFFREY D;, WAGGONER, DEBORAH E,, Joint Tenancy, 286
STONEGATE,, CLARENDON HILLS,, IL, 60514, 3/20/2006, R2006-050409, 09-02-
300-001, NON-PURCHASE MONEY, DUPAGE COUNTY, IL, MORTGAGE
RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 86. WARREN, YVETTE, 18146 CHERRYWOOD LN, HOMEWOOD, IL
60430, 6/29/2006, Cook County, Illinois, ILSALE
**AMC MORTGAGE SERVICES** INC

☐ 87. WELLS FARGO BANK MINNESOTA NA; SALOMON BROTHERS SECURITIES VII INC
ASSE, 113 W 113TH ST, CHICAGO, IL 60628, 6/6/2006, Cook
County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 W PARKWAY ...

☐ 88. WM SPECIALTY MORTGAGE LLC, 16022 S RICHMOND, MARKHAM, IL
60426, 11/2/2005, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐ 89. WM SPECIALTY MORTGAGE LLC, 5929 S HERMITAGE AVE, CHICAGO, IL
60621, 12/7/2005, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

☐ 90. WM SPECIALTY MORTGAGE CO LLC, 3051 SHENANDOAH, CARPENTERSVILLE, IL
60110, 1/17/2006, Kane County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > **IL Deed Transfers, Tax**

Case: 1:05-cv-07097 Document #: 425-4 Filed: 02/02/07 Page 30 of 40 PageID #:10908

**Assessor Records and Mortgage Records - Selected Counties** 
Terms: **amc /2 mortgage /2 services**  (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Friday, December 8, 2006 - 10:59 AM EST

LexisNexis®        About LexisNexis  | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties [i]
Terms: amc /2 mortgage /2 services (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

91. WM SPECIALTY MORTGAGE LLC, 9714 S HOMAN AVE, EVERGREEN PARK, IL
60805, 2/14/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKWY ...

92. WM SPECIALTY MORTGAGE LLC, 1046 JACKSON ST, NORTH CHICAGO, IL
60064, 3/15/2006, Lake County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

93. WM SPECIALTY MORTGAGE CO LLC, 327 BEVIER PL, AURORA, IL
60505, 3/23/2006, Kane County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

94. WM SPECIALTY MORTGAGE LLC, 408 MAIN ST, NEWARK, IL
60541, 3/13/2006, Kendall County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

95. WM SPECIALTY MORTGAGE LLC, 9331 WOODLAWN, CHICAGO, IL
60619, 4/19/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

96. WM SPECIALTY MORTGAGE CO LLC, 639 S CALHOUN AVE, AURORA, IL
60505, 5/9/2006, Kane County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY ...

97. WM SPECIALTY MORTGAGE LLC, 160 N DEAN DR, PALATINE, IL
60067, 5/30/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

98. WM SPECIALTY MORTGAGE LLC, 110 W 111TH PL, CHICAGO, IL
60628, 6/6/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

99. WM SPECIALTY MORTGAGE LLC, 10555 S CALUMET, CHICAGO, IL
60628, 6/16/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

100. WM SPECIALTY MORTGAGE LLC, 22155 S SCOTT DR, RICHTON PARK, IL
60471, 7/18/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY ...

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties [i]
Terms: amc /2 mortgage /2 services (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Friday, December 8, 2006 - 10:59 AM EST

 LexisNexis®

About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties [i]
Terms: **amc /2 mortgage /2 services**  (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

☐  101.  WM SPECIALTY MORTGAGE LLC, 18002 CRAWFORD, COUNTRY CLUB HILLS, IL
60477, 7/21/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PKY  ...

☐  102.  WM SPECIALTY MORTGAGE LLC, 897 CAROL LN, CRETE, IL
60417, 8/3/2006, Will County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES** INC, 505 CITY  ...

☐  103.  WM SPECIALTY MORTGAGE LLC, 14304 S EMERALD, RIVERDALE, IL
60827, 11/7/2006, Cook County, Illinois, ILSALE
C/O **AMC MORTGAGE SERVICES,** 505 CITY PARKWAY  ...

☐  104.  WOOLFOLK, THOMASINE N, 4560 SOUTHWEST HWY,, OAK
LAWN,, IL, 60453, 3/29/2006, 0608821013, 24-03-304-051-1009, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐  105.  WORTHON, PAUL, 15415 HANEY RD, SOUTH HOLLAND, IL 60473-
1031, 1/17/2006, Cook County, Illinois, ILSALE
**AMC MORTGAGE SERVICES** INC

☐  106.  MENDOZA, JUAN C;, MENDOZA, LISA M,, Joint Tenancy, 5213 S NEVA
AVE,, CHICAGO,, IL, 60638, 1/19/2006, 0601912017, 19-07-308-021, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐  107.  RECKLAUS, DENNIS R;, RECKLAUS, DEANNE JOY, (Husband and Wife),, Tenants
By Entireties, 10005 MARION AVE,, OAK
LAWN,, IL, 60453, 2/14/2006, 0604516058, 24-08-310-045, NON-PURCHASE
MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐  108.  WOODARD, JERRY LEWIS, (Single Person or Individual), 121 W 125TH
ST,, CHICAGO,, IL, 60628, 3/2/2006, 0606121094, 25-28-413-009, NON-
PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐  109.  BAKER, ALISIA, 7802 S
WOODLAWN,, CHICAGO,, IL, 60619, 3/7/2006, 0606636042, 20-26-323-
091, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐  110.  RUDOLPH, KENNETH M;, RUDOLPH, JANET LEE, (Husband and Wife),, Joint
Tenancy, 115 E STREAMWOOD
BLVD,, STREAMWOOD,, IL, 60107, 3/7/2006, 0606636224, 06-23-112-
057, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

Case: 1:05-cv-07097 Document #: 425-4 Filed: 02/02/07 Page 34 of 40 PageID #:10912

Source: <u>Legal</u> > <u>States Legal - U.S.</u> > <u>Illinois</u> > <u>Public Records</u> > <u>Real Property Locator</u> > **IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties** 
Terms: **amc /2 mortgage /2 services** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Friday, December 8, 2006 - 10:59 AM EST

LexisNexis

About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax
  Assessor Records and Mortgage Records - Selected Counties [i]
Terms: **amc /2 mortgage /2 services** (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐  111. HAWKINS, EUGENE, 643 W 59TH
      ST,, CHICAGO,, IL, 60621, 3/7/2006, 0606636258, 20-16-301-027, NON-
      PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
      **AMC MORTGAGE SERVICES** INC

☐  112. POWELL, FREDERICK;, POWELL, JOYCE H, (Husband and Wife),, Joint
      Tenancy, 1913 E 93RD ST,, CHICAGO,, IL, 60617, 3/7/2006, 0606636272, 25-
      01-322-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
      RECORD, ILMORT
      **AMC MORTGAGE SERVICES** INC

☐  113. SHELL, ANTHONY;, SHELL, CYNTHIA, (Husband and Wife), 8047 S MUSKEGON
      AVE,, CHICAGO,, IL, 60617, 3/21/2006, 0608021177, 21-31-209-043, NON-
      PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
      **AMC MORTGAGE SERVICES** INC

☐  114. RUKAVINA, ANNEMARIE, 333 W HUBBARD ST
      509,, CHICAGO,, IL, 60610, 3/23/2006, 0608221034, 17-09-257-025-
      1078, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
      **AMC MORTGAGE SERVICES** INC

☐  115. RODRIGUEZ JR, JUAN, (Single Person or Individual), 1634 W 18TH
      PL,, CHICAGO,, IL, 60608, 3/23/2006, 0608221256, 17-19-411-029, NON-
      PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
      **AMC MORTGAGE SERVICES** INC

☐  116. CHLADEK, ARTHUR E;, CHLADEK, MARY J, (Husband and Wife),, Tenants By
      Entireties, 3930 W 85TH
      PL,, CHICAGO,, IL, 60652, 3/23/2006, 0608221326, 19-35-320-054, NON-
      PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
      **AMC MORTGAGE SERVICES** INC

☐  117. JONES, EDWARD, 17117 MAGNOLIA DR,, HAZEL
      CREST,, IL, 60429, 4/5/2006, 0609516004, 28-26-301-019, NON-PURCHASE
      MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
      **AMC MORTGAGE SERVICES** INC

☐  118. HARRELL, MICHAEL, (Married Man as his sole and separate property);, HARRELL,
      ROSETTA, 20122 OAK LN,, LYNWOOD,, IL, 60411, 4/5/2006, 0609521003, 33-
      07-317-005-1006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
      RECORD, ILMORT
      **AMC MORTGAGE SERVICES** INC

☐  119. CAIRA, PASQUALE;, CAIRA, EVA, (Husband and Wife),, Tenants By
      Entireties, 7508 LOCUST
      LN,, PLAINFIELD,, IL, 60544, 3/8/2006, 200600006822, 06-25-375-003, NON-
      PURCHASE MONEY, KENDALL COUNTY, IL, MORTGAGE RECORD, ILMORT
      **AMC MORTGAGE SERVICES** INC

☐ 120. <u>DERUS, JANET HATCHKO</u>, 639 DARLINGTON LN,, CRYSTAL
LAKE,, IL, 60014, 4/27/2006, 2006R0030112, 19-08-177-001, NON-PURCHASE
MONEY, MCHENRY COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

Source: <u>Legal</u> > <u>States Legal - U.S.</u> > <u>Illinois</u> > <u>Public Records</u> > <u>Real Property Locator</u> > IL Deed Transfers, Tax
Assessor Records and Mortgage Records - Selected Counties 
Terms: amc /2 mortgage /2 services  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Friday, December 8, 2006 - 10:59 AM EST

LexisNexis®      <u>About LexisNexis</u>  | <u>Terms & Conditions</u>
<u>Copyright</u> © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties [i]

Terms: amc /2 mortgage /2 services  (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐ 121. KERES, FRANK E;, KERES, CATHERINE G, (Husband and Wife), 28638 ISLEWORTH CT,, LAKE BLUFF,, IL, 60044, 5/18/2006, 5994679, 11-24-202-017, NON-PURCHASE MONEY, LAKE COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 122. OHMAN, OLAF;, OHMAN, ARLENE J, (Husband and Wife),, Joint Tenancy, 1246 ROBIN DR,, ELK GROVE VILLAGE,, IL, 60007, 6/14/2006, 0616512056, 07-36-211-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 123. DUNLEAVY, DANA J, (Single Person or Individual), 591 MIDNIGHT PASS,, ANTIOCH,, IL, 60002, 6/22/2006, 6014664, 02-08-202-016, NON-PURCHASE MONEY, LAKE COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 124. NOWACZYK, MICHAEL A;, NOWACZYK, JULIE L,, Joint Tenancy, 3848 W 82ND PL,, CHICAGO,, IL, 60652, 7/3/2006, 0618415003, 19-35-122-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 125. GRAY SR, TOM LOUIS W;, GRAY, JUANITA, (Husband and Wife), 12242 S NORMAL AVE,, CHICAGO,, IL, 60628, 7/19/2006, 0620017033, 25-28-129-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 126. PFISTER, JAN L, 346 N BATAVIA AVE,, BATAVIA,, IL, 60510, 6/29/2006, 2006K070355, 12-15-326-055, NON-PURCHASE MONEY, KANE COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 127. HODEK, YVETTE E, 413 KENYON AVE,, ROMEOVILLE,, IL, 60446, 7/3/2006, R2006108701, 02-33-404-012, NON-PURCHASE MONEY, WILL COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 128. MCAVOY, DONALD J;, MCAVOY, SALLY,, Joint Tenancy, 3641 W 114TH PL,, CHICAGO,, IL, 60655, 7/27/2006, 0620827059, 24-23-107-091, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 129. FICARELLI, CHRISTINA Z;, FICARELLI, CHRISTINA, a/k/a (also known as), 1020 S 6TH AVE,, LA GRANGE,, IL, 60525, 7/31/2006, 0621217094, 18-09-404-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
**AMC MORTGAGE SERVICES** INC

☐ 130. NEWELL, RUTH MAE, (Single or Unmarried Woman), 380 INGLESIDE

DR,, BOLINGBROOK,, IL, 60490, 7/11/2006, R2006112642, 12-02-17-305-002, NON-PURCHASE MONEY, WILL COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties i
Terms: **amc /2 mortgage /2 services** (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Friday, December 8, 2006 - 10:59 AM EST

 LexisNexis®

About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties ⓘ
Terms: **amc /2 mortgage /2 services** (Edit Search | Suggest Terms for My Search)

✔Select for FOCUS™ or Delivery

☐ 131. OUSLEY, LORRAINE, (Single or Unmarried Woman), 2366 E 71ST ST,, CHICAGO,, IL, 60649, 9/5/2006, 0624821130, 20-24-430-011-1014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 132. WINDHAM, EDDIE E;, PRZESPOLEWSKI, MARI,, Joint Tenancy, 313 GENEVA,, BELLWOOD,, IL, 60104, 9/6/2006, 0624917033, 15-08-232-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 133. GENTILE, CONNIE L, (Single or Unmarried Woman), 82 WOODCREST LN,, ELK GROVE VILLAGE,, IL, 60007, 9/12/2006, 0625517066, 08-21-413-025, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 134. GEORGE, KATHRYN A, (Married Woman as her sole and separate property), 915 N JACKSON ST,, WAUKEGAN,, IL, 60085, 9/26/2006, 6063177, 08-16-321-005, NON-PURCHASE MONEY, LAKE COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

Source: Legal > States Legal - U.S. > Illinois > Public Records > Real Property Locator > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties ⓘ
Terms: **amc /2 mortgage /2 services** (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Friday, December 8, 2006 - 11:00 AM EST



LexisNexis®    About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: <u>Legal</u> > <u>States Legal - U.S.</u> > <u>Illinois</u> > <u>Public Records</u> > <u>Real Property Locator</u> > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties ⓘ
Terms: **amc /2 mortgage /2 services** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

✔Select for FOCUS™ or Delivery

☐ 131. <u>OUSLEY, LORRAINE</u>, (Single or Unmarried Woman), 2366 E 71ST ST,, CHICAGO,, IL, 60649, 9/5/2006, 0624821130, 20-24-430-011-1014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 132. <u>WINDHAM, EDDIE E;</u>, PRZESPOLEWSKI, MARI,, Joint Tenancy, 313 GENEVA,, BELLWOOD,, IL, 60104, 9/6/2006, 0624917033, 15-08-232-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 133. <u>GENTILE, CONNIE L</u>, (Single or Unmarried Woman), 82 WOODCREST LN,, ELK GROVE VILLAGE,, IL, 60007, 9/12/2006, 0625517066, 08-21-413-025, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

☐ 134. <u>GEORGE, KATHRYN A</u>, (Married Woman as her sole and separate property), 915 N JACKSON ST,, WAUKEGAN,, IL, 60085, 9/26/2006, 6063177, 08-16-321-005, NON-PURCHASE MONEY, LAKE COUNTY, IL, MORTGAGE RECORD, ILMORT **AMC MORTGAGE SERVICES** INC

Source: <u>Legal</u> > <u>States Legal - U.S.</u> > <u>Illinois</u> > <u>Public Records</u> > <u>Real Property Locator</u> > IL Deed Transfers, Tax Assessor Records and Mortgage Records - Selected Counties ⓘ
Terms: **amc /2 mortgage /2 services** (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: Cite
Date/Time: Friday, December 8, 2006 - 11:00 AM EST



⦿ LexisNexis®    <u>About LexisNexis</u> | <u>Terms & Conditions</u>
<u>Copyright ©</u> 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.