# EXHIBIT L

1210V5

Time of Request: Thursday, December 07, 2006  17:12:09 EST
Client ID/Project Name: 430
Number of Lines: 16021
Job Number:      1861:1020132

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-400
Source: IL Public Records, Combined
Search Terms: ameriquest /2 mortgage /2 securit!

Send to:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

COOK COUNTY, IL 11342 S EDBROOKE AVE, CHICAGO, IL 60628

400 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DUGGAN, KEVIN (Individual(s))

**Buyer Mailing Address:** 3116 W 111TH ST, CHICAGO, IL 60655

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Property Address:** 11342 S EDBROOKE AVE, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/18/2005

**Recorded Date:** 9/2/2005

**Sale Price:** $ 72,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 36.00
City Transfer Tax: $ 540.00
Total Transfer Tax: $ 72.00

**Document Number:** 0524532079

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 25-22-112-040

**Legal Description:** LOT: 6; BLOCK: 2; SUBDIVISION: KIONKAS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NW4 S22T37NR14E 3P

Brief Description: LOTS1&2 SUB LOT3 ASSESSORS DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE COMPANY

COOK COUNTY, IL 15855 WABASH, SOUTH HOLLAND, IL 60473

397 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DIXON, BARBARA A (Single or Unmarried Woman); DIXON, ERIC (Single or Unmarried Man); GREENWOOD, LELONI (Married Woman), Joint Tenancy

**Buyer Mailing Address:** 15855 WABASH, SOUTH HOLLAND, IL 60473

**Seller:** DEUTSCHE NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Property Address:** 15855 WABASH, SOUTH HOLLAND, IL 60473

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/5/2006

**Recorded Date:** 10/6/2006

**Sale Price:** $ 126,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 63.00
Total Transfer Tax: $ 126.00

**Document Number:** 0627940000

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 29-15-300-035

**Legal Description:** LOT: 15; SUBDIVISION: SHERWOOD FOREST; SEC/TWN/RNG/MERIDIAN: PART SW4 S15T36NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** FIRST MIDWEST BANK

**Type of Mortgage:** UNKNOWN

**Loan Amount:** $ 86,000

**Term:** 10/1/2036

**Title Company:** FIRST AMERICAN TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

WINNEBAGO COUNTY, IL 4116 AMHERST LN, ROCKFORD, IL 61109

396 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DICKSON, RICHARD (Individual(s))

**Buyer Mailing Address:** 4116 AMHERST LN, ROCKFORD, IL 61109

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S

**Property Address:** 4116 AMHERST LN, ROCKFORD, IL 61109

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/11/2005

**Recorded Date:** 10/25/2005

**Sale Price:** $ 64,500 (Full Amount Computed From Transfer Tax)

Total Transfer Tax: $ 96.75

**Document Number:** 0564732

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 16-05-105-010

**Legal Description:** SEC/TWN/RNG/MERIDIAN: PART W2NW4 S05T43NR02E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** R & E DEVELOPMENT INC

**Type of Mortgage:** UNKNOWN

**Loan Amount:** $ 63,000

**Term:** 4/14/2006

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 527 S 24TH AVE, BELLWOOD, IL 60104

395 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DIAZ, LUIS (Individual(s))

**Buyer Mailing Address:** 11221 DIVERSEY, MELROSE PARK, IL 60164

**Seller:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Property Address:** 527 S 24TH AVE, BELLWOOD, IL 60104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/13/2006

**Recorded Date:** 5/30/2006

**Sale Price:** $ 143,000 (Full Amount Computed From Transfer Tax)

County Transfer Tax: $ 71.50
City Transfer Tax: $ 715.00
Total Transfer Tax: $ 143.00

**Document Number:** 0615032035

**Deed Type:** SPECIAL WARRANTY DEED

**Assessor's Parcel Number:** 15-10-309-021

**Legal Description:** PARTIAL LOT; LOT: 8; BLOCK: 11; SUBDIVISION: WILLIAM B WALRATHS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2 S10T39NR12E 3P

Brief Description: SOUTH40 FT LOT8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Lender:** AMERICAN BROKERS CONDUIT

**Type of Mortgage:** FANNIE MAE/FREDDIE MAC

**Loan Amount:** $ 114,000

**Term:** 6/1/2036

**Title Company:** WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** MULTI-FAMILY DWELLING (2-4 UNITS)

COOK COUNTY, IL 149 E 114TH PL, CHICAGO, IL 60628

394 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSHCE BANK NATIONAL TRUST; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Seller:** WALTON (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 10827

**Property Address:** 149 E 114TH PL, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/1/2005

**Recorded Date:** 3/15/2005

**Document Number:** 0507434096

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-22-119-018

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 41[40] BLOCK: 2; SUBDIVISION: E STANNWOODS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S2S2SW4NW4 S22T37NR14E 3P

**Brief Description:** WEST16 FT LOT40

WINNEBAGO COUNTY, IL 3242 7TH ST, ROCKFORD, IL 61109

383 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Beneficiary); ASSET BACKED PASS THROUGH CERTIFICATES S (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** STEELE (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 1391

**Property Address:** 3242 7TH ST, ROCKFORD, IL 61109

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/13/2006

**Recorded Date:** 9/29/2006

**Document Number:** 0658727

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-02-477-011

**Legal Description:** LOT: 26; SUBDIVISION: FRANKLIN GARDENS; SEC/TWN/RNG/MERIDIAN: SE4 S02T43NR01E 3P; RECORDER'S MAP REFERENCE: MB20 PG72

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 16153 CAMBRIDGE DR, MARKHAM, IL 60428

382 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** PERRY, JOE (Trustor); PERRY, JOSEPH a/k/a; CASE #05 CH 13615

**Property Address:** 16153 CAMBRIDGE DR, MARKHAM, IL 60428

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/2/2006

**Recorded Date:** 11/6/2006

**Document Number:** 0631045002

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-24-213-006

**Legal Description:** LOT: 49; BLOCK: 3; SUBDIVISION: CANTERBURY GARDENS UNIT #3; SEC/TWN/RNG/MERIDIAN: W2E2 & PART NW4 S24T36NR13E 3P

Brief Description: RESUBDIVISION PART CANTERBURY GARDENS UN #2 W2 E2 & PART NW4 SEC24 TWP36N RNG13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 2338 183RD PL, LANSING, IL 60438

381 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, ORANGE, CA 92868

**Seller:** DAVID, KATHY D (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); DAVID, KATHY a/k/a; CASE #05 CH 86

**Property Address:** 2338 183RD PL, LANSING, IL 60438

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 2/24/2006

**Recorded Date:** 11/6/2006

**Document Number:** 0631045004

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-36-404-012

**Legal Description:** LOT: 95; SUBDIVISION: 3RD ADDITION TO FOREST GLEN SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SE4 S36T36NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 504 WASHINGTON ST, DOLTON, IL 60419

380 of 875 DOCUMENTS

### *** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

### PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** BROOMS, DEDRICK W (Trustor); CASE #05 CH 10722

**Property Address:** 504 WASHINGTON ST, DOLTON, IL 60419

***************************** SALES INFORMATION *****************************

**Sale Date:** 4/10/2006

**Recorded Date:** 10/20/2006

City Transfer Tax: $ 10.00

**Document Number:** 0629339002

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-03-110-019

**Legal Description:** PARTIAL LOT; LOT: 10; BLOCK: 1; SUBDIVISION: DOLTON; SEC/TWN/RNG/MERIDIAN: E2E2NW4 S03T36NR14E 3P

Brief Description: EAST45 FT S120 FT LOT10

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

WILL COUNTY, IL 22 W 37TH ST, STEGER, IL 60475

379 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PARK WAY W, UNIT 100, ORANGE, CA 92868

**Seller:** BARBEAU, DEBORAH K (Trustor); BARBEAU, RICHARD (Trustor); CASE #05 CH 1663

**Property Address:** 22 W 37TH ST, STEGER, IL 60475

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/21/2006

**Recorded Date:** 10/3/2006

**Document Number:** R2006166611

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 23-15-05-403-009

**Legal Description:** LOT: 32; BLOCK: 1; SUBDIVISION: STEGER; SEC/TWN/RNG/MERIDIAN: PART S2 S05T34NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 21687 W GREENWOOD DR, KILDEER, IL 60047

377 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** BAUER (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 354

**Property Address:** 21687 W GREENWOOD DR, KILDEER, IL 60047

*************************** SALES INFORMATION ***************************

**Sale Date:** 10/5/2006

**Recorded Date:** 10/23/2006

**Document Number:** 6078892

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 14-22-106-001

**Legal Description:** LOT: 1; SUBDIVISION: FOXBOROUGH ESTATES UNIT 1

Brief Description: PART E2 NW4 & PART NE4 SEC22 TWP43N RNG10E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 908 E OLD WILLOW RD, UNIT 202, PROSPECT HEIGHTS, IL 6041

376 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O DEUTSCHE BANK, 505 CITY PKY, ORANGE, CA 92868

**Seller:** SOBCZYNSKI, WALDEMAR (Trustor); CASE #05 CH 13412

**Property Address:** 908 E OLD WILLOW RD, UNIT 202, PROSPECT HEIGHTS, IL 60419

**************************** SALES INFORMATION ****************************

**Sale Date:** 5/25/2006

**Recorded Date:** 10/13/2006

**Document Number:** 0628610038

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 03-24-202-024-1327 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** SUBDIVISION: WILLOW WOODS CONDOMINIUM; SEC/TWN/RNG/MERIDIAN: NE4 S24T42NR11E 3P

Brief Description: UNITS908-202&27-G

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** WHEATLAND TITLE

**************************** PROPERTY DESCRIPTION ****************************

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 2305 E 96TH ST, CHICAGO, IL 60617

374 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Seller:** NELSON (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 3669

**Property Address:** 2305 E 96TH ST, CHICAGO, IL 60617

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/2/2006

**Recorded Date:** 10/10/2006

**Document Number:** 0628322119

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-12-230-001

**Legal Description:** LOT: 24; BLOCK: 4; SUBDIVISION: MERRIONETTE MANOR FIRST ADDITION; SEC/TWN/RNG/MERIDIAN: PART E2NE4 S12T37NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 3008 SANDY RDG, STEGER, IL 60475

373 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** DAVIS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 8007

**Property Address:** 3008 SANDY RDG, STEGER, IL 60475

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/27/2006

**Recorded Date:** 10/11/2006

**Document Number:** 0628416118

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 32-33-403-051

**Legal Description:** LOT: 74; SUBDIVISION: SANDY RIDGE PHASE 3B; SEC/TWN/RNG/MERIDIAN: PART SE4 S33T35NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 14133 S CALHOUN AVE, BURNHAM, IL 60633

371 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** MANUEL (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 8607

**Property Address:** 14133 S CALHOUN AVE, BURNHAM, IL 60633

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 12/20/2005

**Recorded Date:** 10/3/2006

**Document Number:** 0627617047

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-01-216-009

**Legal Description:** LOT: 24; BLOCK: 7; SUBDIVISION: G GRANK CROISSANTS RIVERSIDE DRIVE ADDITION; SEC/TWN/RNG/MERIDIAN: PART E2 S01T36NR14E 3P; RECORDER'S MAP REFERENCE: MB169 PG12

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE CO

WILL COUNTY, IL 22 W 37TH ST, STEGER, IL 60475

370 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Seller:** BARBEAU, DEBORAH K (Trustor); BARBEAU, RICHARD (Trustor); BARBEAU, DEBORAH KAY a/k/a; PIAZZA, DEBORAH a/k/a; KILLIAN, DEBORAH a/k/a; KILLIAN, DEBORAH K a/k/a; BARBEAU, RICHARD M a/k/a

**Property Address:** 22 W 37TH ST, STEGER, IL 60475

*************************** SALES INFORMATION ***************************

**Sale Date:** 8/19/2006

**Recorded Date:** 9/15/2006

**Sale Price:** $ 73,932 (Full Amount)

**Document Number:** R2006155360

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 23-15-05-403-009

**Legal Description:** LOT: 32; BLOCK: 1; SUBDIVISION: STEGER; SEC/TWN/RNG/MERIDIAN: PART S2 S05T34NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 526 ONTARIO AVE, JOLIET, IL 60436

369 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Seller:** JOHNSON, DARLENE (Trustor)

**Property Address:** 526 ONTARIO AVE, JOLIET, IL 60436

***************************** **SALES INFORMATION** *****************************

**Sale Date:** 9/1/2006

**Recorded Date:** 9/15/2006

**Sale Price:** $ 81,092 (Full Amount)

**Document Number:** R2006155328

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 07-21-319-010

**Legal Description:** LOT: 81; SUBDIVISION: JAMES J SMILEYS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART S2 S21T35NR10E 3P

Brief Description: PART SOUTH JOLIET & PART SE4 SEC20 TWP35N RNG10E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Title Company:** NONE AVAILABLE

MCHENRY COUNTY, IL 1711 N BROWN, MC HENRY, IL 60050

368 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** RZEPKA, JOHN S (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 812

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 1711 N BROWN, MC HENRY, IL 60050

*************************** SALES INFORMATION ***************************

**Sale Date:** 9/18/2006

**Recorded Date:** 9/28/2006

**Document Number:** 2006R0071213

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 09-269-156-005

**Legal Description:** LOT: 151; SUBDIVISION: MC HENRY LAKES ESTATES UNIT #1; SEC/TWN/RNG/MERIDIAN: PART NE4 S27T45NR08E 3P

Brief Description: NW4 SEC26 TWP45N RNG08E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** COMPREHENSIVE TITLE INC

LAKE COUNTY, IL 42168 N 3RD AVE, ANTIOCH, IL 60002

367 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES INC ASSET** (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** REIZNER (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 347

**Property Address:** 42168 N 3RD AVE, ANTIOCH, IL 60002

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/13/2006

**Recorded Date:** 9/28/2006

**Document Number:** 6064803

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 01-12-416-115

**Legal Description:** LOT: 98; SUBDIVISION: CALIFORNIA ICE & COAL COMPANYS LAKE MARIE SUB; SEC/TWN/RNG/MERIDIAN: PART SE4SE4 S12T46NR09E 3P; RECORDER'S MAP REFERENCE: MB M PG36

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 936 S PARK AVE, WINTHROP HARBOR, IL 60096

366 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** WILLBANKS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 2026

**Property Address:** 936 S PARK AVE, WINTHROP HARBOR, IL 60096

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/13/2006

**Recorded Date:** 9/28/2006

**Document Number:** 6064800

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 04-10-305-026

**Legal Description:** LOT: 16[17] BLOCK: 4; SUBDIVISION: KELLOGGS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4 S10T46NR12E 3P; RECORDER'S MAP REFERENCE: MB 1 PG73

**Brief Description:** PART N1350 FT LOT7 WINTHROP HARBOR EAST SHERIDAN ROAD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

KANE COUNTY, IL 750 HOUSTON DR, CARPENTERSVILLE, IL 60110

365 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES INC, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** GREEN, TERESA (Trustor); CASE #05 CH K 908

**Property Address:** 750 HOUSTON DR, CARPENTERSVILLE, IL 60110

*************************** SALES INFORMATION ***************************

**Sale Date:** 5/5/2006

**Recorded Date:** 9/11/2006

**Document Number:** 2006K098901

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 03-11-453-022

**Legal Description:** LOT: 25; BLOCK: 2; SUBDIVISION: THE FIRST ADD TO UNIT #6 OF GOLFVIEW HIGHLANDS; SEC/TWN/RNG/MERIDIAN: PART SE4 S11T42NR08E 3P

Brief Description: PART NE4 SEC14 TWP42N RNG08E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 3105 SHERWOOD AVE, MARKHAM, IL 60426

364 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client), Trust

**Seller:** DANIELS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 5277

**Property Address:** 3105 SHERWOOD AVE, MARKHAM, IL 60426

*************************** SALES INFORMATION ***************************

**Sale Date:** 9/14/2006

**Recorded Date:** 9/22/2006

**Document Number:** 0626516095

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-24-102-010

**Legal Description:** LOT: 10; BLOCK: 2; SUBDIVISION: CANTERBURY GARDENS UNIT #1; SEC/TWN/RNG/MERIDIAN: PART NW4 S24T36NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 811 UNION DR, UNIVERSITY PARK, IL 60466

363 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Beneficiary)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** HAWKINS, BETTYE J (Trustor); CASE #05 CH 1248

**Property Address:** 811 UNION DR, UNIVERSITY PARK, IL 60466

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/10/2006

**Recorded Date:** 9/5/2006

**Document Number:** R2006148714

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 21-14-13-207-006

**Legal Description:** LOT: 6; BLOCK: 8; SUBDIVISION: WOOD HILLS RIDGEVIEW SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S12&13T34NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 15526 MILLARD AVE, MARKHAM, IL 60426

361 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Minor/Ward/Client)

**Seller:** THOMAS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 7882

**Property Address:** 15526 MILLARD AVE, MARKHAM, IL 60426

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/30/2006

**Recorded Date:** 9/5/2006

**Document Number:** 0624845087

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-14-312-029 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 31[32] BLOCK: 5; SUBDIVISION: CROISSANT PARK MARKHAM 10TH ADDITION; SEC/TWN/RNG/MERIDIAN: SE4SW4 S14T36NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 1506 S 51ST CT, CICERO, IL 60804

360 of 875 DOCUMENTS

### \*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

### PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** TERRY (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 21937

**Property Address:** 1506 S 51ST CT, CICERO, IL 60804

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/30/2006

**Recorded Date:** 9/5/2006

**Document Number:** 0624845086

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 16-21-224-016

**Legal Description:** LOT: 3; BLOCK: 45; SUBDIVISION: GRANT LOCOMOTIVE WORKS ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: S21T39NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 2001 W 69TH PL, CHICAGO, IL 60636

359 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** STIFF (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 19760

**Property Address:** 2001 W 69TH PL, CHICAGO, IL 60636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/2/2006

**Recorded Date:** 9/8/2006

**Document Number:** 0625110071

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-19-330-023

**Legal Description:** LOT: 461; SUBDIVISION: ALLERTONS ENGLEWOOD ADDITION; SEC/TWN/RNG/MERIDIAN: SW4 S19T36NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 5019 S ELIZABETH ST, CHICAGO, IL 60609

358 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MTG SECURITIES INC ASSET BACK** (Beneficiary)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** GUZMAN, MARIA (Trustor); CASE #05 CH 22452

**Property Address:** 5019 S ELIZABETH ST, CHICAGO, IL 60609

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/31/2006

**Recorded Date:** 9/8/2006

**Document Number:** 0625110073

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-08-131-008

**Legal Description:** LOT: 39; BLOCK: 1; SUBDIVISION: YOUNG & CLARKSONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SE4SE4NW4 S08T38NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 578 W MAIN ST, BRAIDWOOD, IL 60408

357 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PARK WAY W, ORANGE, CA 92868

**Seller:** BERNARDY, JOSEPH (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 657

**Property Address:** 578 W MAIN ST, BRAIDWOOD, IL 60408

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/31/2006

**Recorded Date:** 8/8/2006

**Document Number:** R2006132582

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 02-24-07-403-017 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 17[18] BLOCK: 1; SUBDIVISION: EUREKA COAL COMPANYS ADDITION TO BRAIDWOOD; SEC/TWN/RNG/MERIDIAN: SE4 S07T32NR09E 3P; RECORDER'S MAP REFERENCE: MB1 PG78

Brief Description: E2 LOT18 EXC N80 FT THEREOF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE