COOK COUNTY, IL 261 W 146TH ST, RIVERDALE, IL 60827

356 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PARKWAY W, ORANGE, CA 92868

**Seller:** DAVIS, GLORIA (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 9602

**Property Address:** 261 W 146TH ST, RIVERDALE, IL 60827

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/13/2006

**Recorded Date:** 8/18/2006

**Document Number:** 0623039016

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-04-328-054

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 20[21] BLOCK: 81; SUBDIVISION: IVANHOE UNIT #4; SEC/TWN/RNG/MERIDIAN: S2 S04T36NR14E 3P

**Brief Description:** EAST5 FT LOT21 BRANIGAR BROTHERS SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 1858 S CENTRAL PARK AVE, CHICAGO, IL 60623

355 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Seller:** BENNEM, RICKY (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #02 CH 22617

**Property Address:** 1858 S CENTRAL PARK AVE, CHICAGO, IL 60623

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/19/2006

**Recorded Date:** 8/18/2006

**Document Number:** 0623039064

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 16-23-315-063

**Legal Description:** PARTIAL LOT; LOT: 49; SUBDIVISION: J T MATTHEWS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SW4 S23T39NR14E 3P

Brief Description: LOTS1&20 KEDZIE SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 7127 W 71ST PL, CHICAGO, IL 60638

354 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** PACKWOOD (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 427

**Property Address:** 7127 W 71ST PL, CHICAGO, IL 60638

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 7/31/2006

**Recorded Date:** 8/18/2006

**Document Number:** 0623039068

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 19-30-102-004

**Legal Description:** LOT: 86; SUBDIVISION: FRANK DELUGACHS 71ST STREET HIGHLANDS; SEC/TWN/RNG/MERIDIAN: PART W2NW4 S30T38NR13E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 7028 S WOODLAWN AVE, CHICAGO, IL 60637

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, ORANGE, CA 92868

**Seller:** DAVIS, DARREN F (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 9679

**Property Address:** 7028 S WOODLAWN AVE, CHICAGO, IL 60637

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 2/9/2006

**Recorded Date:** 8/7/2006

**Document Number:** 0621918015

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-23-409-050

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 68[69] SUBDIVISION: BROOKHAVEN

Brief Description: LOT68 EXC N15 FT THEREOF GROSSS SUB S23.569 AC PART W2 SE4 SEC23 TWP38N RNG14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE CO

WINNEBAGO COUNTY, IL 1508 20TH AVE, ROCKFORD, IL 61104

347 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 93868

**Seller:** TRAWINSKI (Trustor); CASE #05 CH 1166

**Property Address:** 1508 20TH AVE, ROCKFORD, IL 61104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/22/2006

**Recorded Date:** 7/10/2006

**Document Number:** 0640092

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-36-157-005

**Legal Description:** LOT: 8; BLOCK: 2; SUBDIVISION: UNION SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NW4 S36T44NR01E 3P; RECORDER'S MAP REFERENCE: MB5 PG23

Brief Description: PART NE4 SEC35 TWP44N RNG01E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 32310 PRAIRIE VIEW LN, LAKEMOOR, IL 60051

346 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MTG COM, 505 CITY PARKWAY W, ORANGE, CA 92868

**Seller:** PODRAZA (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 841

**Property Address:** 32310 PRAIRIE VIEW LN, LAKEMOOR, IL 60051

**************************** SALES INFORMATION ****************************

**Sale Date:** 7/17/2006

**Recorded Date:** 7/25/2006

**Document Number:** 6033310

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 05-33-302-033

**Legal Description:** LOT: 34; SUBDIVISION: BURNSIDES LAKEMOOR FARMS PHASE I; SEC/TWN/RNG/MERIDIAN: PART NW4 S04T44NR09E 3P

Brief Description: PART W2 SEC33 TWP45N RNG09E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

Page 356

DUPAGE COUNTY, IL 755 CASE DR, ROSELLE, IL 60172

344 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD** FOR DUPAGE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** 525 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** BELLAVIA JR, JOSEPH (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 1510

**Property Address:** 755 CASE DR, ROSELLE, IL 60172

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 7/17/2006

**Recorded Date:** 7/25/2006

**Document Number:** R2006-142747

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 02-04-402-006

**Legal Description:** LOT: 104; SUBDIVISION: SUMMERFIELDS UNIT 1; SEC/TWN/RNG/MERIDIAN: PART S2 S04T40NR10E 3P

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Title Company:** NONE AVAILABLE

Page 355

COOK COUNTY, IL 526 WASHINGTON ST, DOLTON, IL 60419

343 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** SUTTON, GWENDOLYN N (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); SUTTON, GWENDOLYN NEAL a/k/a; NEAL, GWENDOLYN A a/k/a; SUTTON, GWENDOLYN a/k/a; CASE #04 CH 17241

**Property Address:** 526 WASHINGTON ST, DOLTON, IL 60419

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/16/2006

**Recorded Date:** 7/25/2006

City Transfer Tax: $ 10.00

**Document Number:** 0620631004

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-03-110-024

**Legal Description:** LOT: 6; SUBDIVISION: DOLTON; SEC/TWN/RNG/MERIDIAN: E2E2NW4 S03T36NR14E 3P

Brief Description: SUBDIVISION LOTS1&2 BLK1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

WILL COUNTY, IL 2490 ROYAL TROON DR, AURORA, IL 60504

342 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary); AMERIQUEST MORTGAGE CO (Beneficiary)

**Seller:** ESTATE OF ISIDORE SMITH (Estate); SMITH, DOLLET (Trustor); SMITH, LD (Trustor); SMITH, ROSIE (Trustor); LAKEWOOD VALLEY HOMEOWNERS ASSN (Company/Corporation); LAKEWOOD VALLEY RECREATION CENTER (Company/Corporation)

**Property Address:** 2490 ROYAL TROON DR, AURORA, IL 60504

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/8/2006

**Recorded Date:** 7/7/2006

**Sale Price:** $ 333,623 (Full Amount)

**Document Number:** R2006110540

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 01-07-213-002

**Legal Description:** LOT: 476; SUBDIVISION: LAKEWOOD VALLEY UNIT 3; SEC/TWN/RNG/MERIDIAN: PART NE4 S07T37NR09E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

WINNEBAGO COUNTY, IL 1215 20TH ST, ROCKFORD, IL 61104

338 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Beneficiary); ASSET BACKED PASS THROUGH CERTIFICATES S (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** RAINS JR, LUTHER H (Trustor); RAINS, LUTHER a/k/a; RAINS, LUTHER H a/k/a; CASE #05 CH 1002

**Property Address:** 1215 20TH ST, ROCKFORD, IL 61104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/6/2006

**Recorded Date:** 6/14/2006

**Document Number:** 0635214

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-25-479-020

**Legal Description:** LOT: 3; BLOCK: 13; SUBDIVISION: GEORGE E SCOTTS AVONDALE ADDITION; RECORDER'S MAP REFERENCE: MB13 PG44

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 728 S KARLOV AVE, CHICAGO, IL 60624

334 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** BROOKS (Trustor); DEUTSCHE BANK (Beneficiary); CASE #04 CH 19996

**Property Address:** 728 S KARLOV AVE, CHICAGO, IL 60624

**************************** SALES INFORMATION ****************************

**Sale Date:** 6/26/2006

**Recorded Date:** 6/30/2006

**Document Number:** 0618134090

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 16-15-411-033

**Legal Description:** LOT: 15; BLOCK: 3; SUBDIVISION: MUNSONS ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: E2SE4 S15T39NR13E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 318 W 111TH PL, CHICAGO, IL 60628

333 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** JONES ATKINSON (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 18947

**Property Address:** 318 W 111TH PL, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/26/2006

**Recorded Date:** 7/3/2006

**Document Number:** 0618444066

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-21-200-022

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 223[222] SUBDIVISION: ROSELAND ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: W2NW4NE4 S21T37NR14E 3P

**Brief Description:** W2 LOT222

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 6507 S TALMAN AVE, CHICAGO, IL 60629

332 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** TURNER (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 18145

**Property Address:** 6507 S TALMAN AVE, CHICAGO, IL 60629

***************************** SALES INFORMATION *****************************

**Sale Date:** 6/26/2006

**Recorded Date:** 7/3/2006

**Document Number:** 0618444065

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 19-24-219-002

**Legal Description:** LOT: 37; SUBDIVISION: CHARLIE HULL EWINGS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NE4 S24T38NR13E 3P

Brief Description: LOTS1-48 BLK3 AVONDALE

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

Page 342

COOK COUNTY, IL 22421 CLYDE AVE, SAUK VILLAGE, IL 60411

330 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

**Seller:** POHL (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 6493

**Property Address:** 22421 CLYDE AVE, SAUK VILLAGE, IL 60411

**************************** SALES INFORMATION ****************************

**Sale Date:** 6/15/2006

**Recorded Date:** 6/23/2006

**Document Number:** 0617444046

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 32-36-108-015

**Legal Description:** LOT: 547; SUBDIVISION: INDIAN HILL SUBDIVISION UNIT 3; SEC/TWN/RNG/MERIDIAN: PART S36T35NR14E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

KANE COUNTY, IL 618 W GALENA BLVD, AURORA, IL 60506

329 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** GOMEZ, ESTEBAN (Trustor); DEUTSCHE BANK NATIONAL TRUST CO (Beneficiary); CASE #05 CH K 747

**Property Address:** 618 W GALENA BLVD, AURORA, IL 60506

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/7/2006

**Recorded Date:** 6/7/2006

**Document Number:** 2006K061278

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-21-181-002

**Legal Description:** PARTIAL LOT; LOT: 2; BLOCK: 2; CITY: AURORA; SUBDIVISION: THEODORE LAKES SECOND ADDITION TO AURORA

Brief Description: WESTERLY38 FT E99.7 FT LOT2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 11607 S YALE AVE, CHICAGO, IL 60628

328 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** BROOKS WELLS, PAMELA L (Trustor); WELLS, PAMELA a/k/a; BROOKS, PAMELA a/k/a; CASE #05 CH 12536

**Property Address:** 11607 S YALE AVE, CHICAGO, IL 60628

*************************** SALES INFORMATION ***************************

**Sale Date:** 6/14/2006

**Recorded Date:** 6/21/2006

**Document Number:** 0617234067

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-21-411-003 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 45[46] BLOCK: 4; SUBDIVISION: DANIEL J FALLIS ADDITION TO PULLMAN; SEC/TWN/RNG/MERIDIAN: E2NW4SE4 S21T37NR14E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 600 OLD WILLOW RD, PROSPECT HEIGHTS, IL 60070

327 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O DEUTSCHE BANK, 505 CITY PKY W, ORANGE, CA 92868

**Seller:** VALLADARES, FERNANDO (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #05 CH 1216

**Property Address:** 600 OLD WILLOW RD, PROSPECT HEIGHTS, IL 60070

*************************** SALES INFORMATION ***************************

**Sale Date:** 5/26/2006

**Recorded Date:** 6/7/2006

**Document Number:** 0615834063

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 03-24-102-013-1312

**Legal Description:** UNIT: 181; CITY: WHEELING; SUBDIVISION: QUINCY PARK CONDOMINIUM; SEC/TWN/RNG/MERIDIAN: PART SE4NW4 S24T42NR11E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 10841 S FOREST AVE, CHICAGO, IL 60628

326 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** NEWMAN (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 17230

**Property Address:** 10841 S FOREST AVE, CHICAGO, IL 60628

**************************** SALES INFORMATION ****************************

**Sale Date:** 6/7/2006

**Recorded Date:** 6/12/2006

**Document Number:** 0616318011

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-15-314-013

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 30[31] BLOCK: 6; SUBDIVISION: THIRD MANUAL TRAINING SCHOOL ADDITION TO PULLMAN; SEC/TWN/RNG/MERIDIAN: NE4SW4 S15T37NR14E 3P

Brief Description: LOTS30&31 EXC N11 FT THEREOF

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 888 WENTWORTH AVE, CALUMET CITY, IL 60409

325 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Seller:** HARTKE (Trustor); CASE #05 CH 15516

**Property Address:** 888 WENTWORTH AVE, CALUMET CITY, IL 60409

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/7/2006

**Recorded Date:** 6/13/2006

**Document Number:** 0616418090

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 30-17-131-029

**Legal Description:** PARTIAL LOT; LOT: 15; BLOCK: 5; SUBDIVISION: WEST PARK MANOR; SEC/TWN/RNG/MERIDIAN: S17T36NR15E 3P

Brief Description: SOUTH19 FT LOT15

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 22706 W RIDGE DR, ANTIOCH, IL 60002

324 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary), Trust

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** JOHNSON (Trustor); CASE #05 CH 1275

**Property Address:** 22706 W RIDGE DR, ANTIOCH, IL 60002

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/24/2006

**Recorded Date:** 6/13/2006

**Document Number:** 6008507

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 02-09-302-001 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 32[33] SUBDIVISION: SECOND ADDITION TO SILVER LAKE PARK; SEC/TWN/RNG/MERIDIAN: SW4 S09T46NR10E 3P; RECORDER'S MAP REFERENCE: MB R PG57

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

Page 335

DUPAGE COUNTY, IL 242 PINE LN, BENSENVILLE, IL 60106

323 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** OLSON, JEFFREY (Trustor); OLSON, KAREN (Trustor); CASE #04 CH 345

**Property Address:** 242 PINE LN, BENSENVILLE, IL 60106

**************************** SALES INFORMATION ****************************

**Sale Date:** 5/17/2006

**Recorded Date:** 6/1/2006

**Document Number:** R2006-103366

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 03-15-214-023

**Legal Description:** LOT: 1; SUBDIVISION: RICHARD D MILLERS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: S10 11 14&15T40NR11E 3P

Brief Description: S2 LOT2 BLK47 FIRST ADD PERCY WILSONS IRVING PARK MANOR

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 811 UNION DR, UNIVERSITY PARK, IL 60466

322 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary), Trust

**Seller:** HAWKINS, BETTYE J (Trustor); HAWKINS, DON (Trustor); HAWKINS, BETTYE a/k/a; UNITED STATES OF AMERICA (Government); NO 05 CH 1248

**Property Address:** 811 UNION DR, UNIVERSITY PARK, IL 60466

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/13/2006

**Recorded Date:** 5/11/2006

**Sale Price:** $ 88,669 (Full Amount)

**Document Number:** R2006076563

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 14-13-207-006

**Legal Description:** LOT: 6; BLOCK: 8; SUBDIVISION: WOOD HILLS RIDGEVIEW SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S12&13T34NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 20202 S JONQUIL LN, FRANKFORT, IL 60423

321 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** KELLY, MICHAEL J (Trustor); KELLY, KELLIE C (Trustor); CASE #05 CH 1485

**Property Address:** 20202 S JONQUIL LN, FRANKFORT, IL 60423

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/3/2006

**Recorded Date:** 5/18/2006

**Document Number:** R2006081946

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 19-09-13-103-007

**Legal Description:** LOT: 10; BLOCK: 6; SUBDIVISION: FRANKFORT SQUARE UNIT 2; SEC/TWN/RNG/MERIDIAN: NW4 S13T35NR12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 622 CENTRAL AVE, JOLIET, IL 60436

.

320 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** SCHNEIDER, WILLIAM S (Trustor); CASE #05 CH 938

**Property Address:** 622 CENTRAL AVE, JOLIET, IL 60436

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/7/2006

**Recorded Date:** 5/9/2006

**Document Number:** R2006075145

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 07-17-322-002

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 139[140] SUBDIVISION: MONT CLAIRE; SEC/TWN/RNG/MERIDIAN: PART S17&26T35NR10E 3P

Brief Description: LOTS139&140 EXC N81 FT SD LOTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 5744 S WINCHESTER, CHICAGO, IL 60619

319 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Company/Corporation)

**Seller:** EPPS (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 18816

**Property Address:** 5744 S WINCHESTER, CHICAGO, IL 60619

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/30/2006

**Recorded Date:** 5/31/2006

**Document Number:** 0615132050

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-18-216-036

**Legal Description:** LOT: 16; BLOCK: 12; SUBDIVISION: JOHN B LYONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2W2NE4 S18T38NR14E 3P

Brief Description: RESUBDIVISION BLKS3-6 11&12 SUB BLKS1-8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 527 24TH AVE, BELLWOOD, IL 60104

318 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Seller:** WILLIAMS, MUSHUNNE (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); WILLIAMS, MUSHUNNE M a/k/a; CASE #04 CH 14042

**Property Address:** 527 24TH AVE, BELLWOOD, IL 60104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 11/21/2005

**Recorded Date:** 5/30/2006

City Transfer Tax: $ 10.00

**Document Number:** 0615032034

**Deed Type:** LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 15-10-309-021

**Legal Description:** PARTIAL LOT; LOT: 8; BLOCK: 11; SUBDIVISION: WILLIAM B WALRATHS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2 S10T39NR12E 3P

Brief Description: SOUTH40 FT LOT8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

Page 329

COOK COUNTY, IL 15714 DANTE DR, SOUTH HOLLAND, IL 60473

317 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O DEUTSCHE BANK, 505 CITY PKY W, ORANGE, CA 92868

**Seller:** ANDREWS, PATRICIA LEWIS (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #04 CH 3211

**Property Address:** 15714 DANTE DR, SOUTH HOLLAND, IL 60473

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 1/26/2006

**Recorded Date:** 5/19/2006

**Document Number:** 0613939009

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-14-228-006

**Legal Description:** LOT: 126; SUBDIVISION: PASQUINELLIS FAIR MEADOW FOURTH ADDITION

Brief Description: PART NE4 & PART E2 SE4 SEC14 TWP36N RNG14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

LAKE COUNTY, IL 2117 HERMON AVE, ZION, IL 60099

316 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** UHLEAN (Trustor); AMERIQUEST (Beneficiary); CASE #04 CH 1360

**Property Address:** 2117 HERMON AVE, ZION, IL 60099

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/3/2006

**Recorded Date:** 5/15/2006

**Document Number:** 5992645

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 04-20-206-009

**Legal Description:** LOT: 9; BLOCK: 13; SUBDIVISION: ZION CITY SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S20T46NR12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 3854 GRAND AVE, GURNEE, IL 60031

315 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** ORTIZ (Trustor); DEUTSCHE BANK (Beneficiary); CASE #06 CH 18

**Property Address:** 3854 GRAND AVE, GURNEE, IL 60031

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/4/2006

**Recorded Date:** 5/12/2006

**Document Number:** 5991635

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 07-13-320-009

**Legal Description:** LOT: 40; CITY: GURNEE; SUBDIVISION: VILLA HILL SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART S2SW4 S13T45NR11E 3P; RECORDER'S MAP REFERENCE: MB M PG108

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 13825 KANAWHA, DOLTON, IL 60419

314 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Beneficiary); QUEST TRUST 2002-X1 ASSET BACKED CERTIFI (Beneficiary), Trust

**Seller:** MCNEAL (Trustor); CASE #02 CH 14232

**Property Address:** 13825 KANAWHA, DOLTON, IL 60419

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/26/2003

**Recorded Date:** 4/9/2003

**Sale Price:** $ 58,000 (Full Amount)

**Document Number:** 0030480328

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-03-105-007

**Legal Description:** LOT: 7; BLOCK: 1; SUBDIVISION: CENTER AVENUE SUBDIVISION

**Brief Description:** NORTH18.0 AC E2 E2 NW4 SEC03 TWP36N RNG14E 3P

COOK COUNTY, IL 5346 S HERMITAGE ST, CHICAGO, IL 60609

313 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY, UNIT 100, ORANGE, CA 92868

**Seller:** HERRON, ORETHA (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); HERRON, ARETHA a/k/a; CASE #04 CH 19957

**Property Address:** 5346 S HERMITAGE ST, CHICAGO, IL 60609

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/12/2006

**Recorded Date:** 5/12/2006

**Document Number:** 0613234082

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-07-420-020

**Legal Description:** LOT: 19; BLOCK: 3; SUBDIVISION: HEDENBERGS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: NW4SE4SE4 S07T38NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATHLAND TITLE

COOK COUNTY, IL 14147 S SCHOOL ST, RIVERDALE, IL 60827

312 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** SMITH, CURTIS (Trustor); SMITH SR, CURTIS a/k/a; CASE #05 CH 14365

**Property Address:** 14147 S SCHOOL ST, RIVERDALE, IL 60827

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/3/2006

**Recorded Date:** 5/10/2006

**Document Number:** 0613045061

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-04-115-046

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 23[22] BLOCK: 7; SUBDIVISION: CROCKER & HARPERS RIVERDALE ADDITION TO CHICAGO; SEC/TWN/RNG/MERIDIAN: SE4NW4 S04T36NR14E 3P

Brief Description: NORTH3 FT 11" LOT22

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 1619 W 107TH ST, CHICAGO, IL 60643

311 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary), Trust

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** STEWARD, CALVIN (Trustor); CASE #05 CH 15014

**Property Address:** 1619 W 107TH ST, CHICAGO, IL 60643

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/26/2006

**Recorded Date:** 5/3/2006

**Document Number:** 0612332098

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-18-405-032

**Legal Description:** LOT: 6; SUBDIVISION: WILLIAM J WIGHTMANS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: SE4 S18T37NR14E 3P

Brief Description: LOTS1-4 HOPKINSONS SUB LOTS4&8-10 BLK13 BLUE ISLAND LAND & BUILDING COMPANY KNOWN AS WASHINGTON HEIG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 13221 S HOUSTON AVE, CHICAGO, IL 60633

307 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O IRA T NEVEL, 175 N FRANKLIN ST, UNIT 201, CHICAGO, IL 60606

**Seller:** TURES, EDWARD (Trustor); CASE #05 CH 14139

**Property Address:** 13221 S HOUSTON AVE, CHICAGO, IL 60633

**************************** SALES INFORMATION ****************************

**Sale Date:** 4/13/2006

**Recorded Date:** 4/27/2006

**Document Number:** 0611739041

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 26-31-216-009

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 40[39] BLOCK: 3; SUBDIVISION: HEGEWISCH SUBDIVISION

Brief Description: N2 LOT39 PART SW4 NE4 & W165.88 FT N1152.3 FT SE4 NE4 SEC31 TWP37N RNG15E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

WINNEBAGO COUNTY, IL 721 S 3RD ST, ROCKFORD, IL 61102

306 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** TRAWINSKI (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 793

**Property Address:** 721 S 3RD ST, ROCKFORD, IL 61102

*************************** SALES INFORMATION ***************************

**Sale Date:** 2/23/2006

**Recorded Date:** 4/21/2006

**Document Number:** 0623199

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-26-178-019

**Legal Description:** LOT: 4; SUBDIVISION: ELEC OPPENHEIMS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NW4 S26T44NR01E 3P

**Brief Description:** PART LOT2

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 34315 PINEGROVE AVE, WILMINGTON, IL 60481

305 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Seller:** RITTER, SCOTT J (Trustor); RITTER, VENITA M (Trustor)

**Property Address:** 34315 PINEGROVE AVE, WILMINGTON, IL 60481

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/29/2006

**Recorded Date:** 3/31/2006

**Sale Price:** $ 115,547 (Full Amount)

**Document Number:** R2006054777

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 08-24-13-209-054

**Legal Description:** LOT: 1-11&26-28; BLOCK: 3; SUBDIVISION: REST HAVEN BEACH SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NE4 S13T32NR09E 3P; RECORDER'S MAP REFERENCE: MB17 PG68

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 20202 S JONQUIL LN, FRANKFORT, IL 60423

304 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Seller:** KELLY, MICHAEL J (Trustor); KELLY, KELLIE C (Trustor); KELLY, MICHAEL JOHN a/k/a; KELLY, KELLIE CHRISTINE a/k/a; KELLY, KELLIE a/k/a; BALERO, KELLIE a/k/a

**Property Address:** 20202 S JONQUIL LN, FRANKFORT, IL 60423

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/28/2006

**Recorded Date:** 3/31/2006

**Sale Price:** $ 194,007 (Full Amount)

**Document Number:** R2006054781

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 19-09-13-103-007

**Legal Description:** LOT: 10; BLOCK: 6; SUBDIVISION: FRANKFORT SQUARE UNIT 2; SEC/TWN/RNG/MERIDIAN: NW4 S13T35NR12E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 1320 EASTVIEW DR, WAUKEGAN, IL

303 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** 505 CITY PARKWAY W, UNIT 100, ORANGE, CA 92868

**Seller:** CLAY (Company/Corporation); CASE #05 CH 1352

**Property Address:** 1320 EASTVIEW DR, WAUKEGAN, IL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/13/2006

**Recorded Date:** 4/28/2006

**Document Number:** 5984802

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 08-16-212-007

**Legal Description:** LOT: 22; SUBDIVISION: RAVINE GARDENS; SEC/TWN/RNG/MERIDIAN: PART NE4 S16T45NR12E 3P; RECORDER'S MAP REFERENCE: MB N PG48

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 310 W 118TH ST, CHICAGO, IL 60628

302 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK & NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Company/Corporation)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

**Seller:** MOSLEY (Trustor); AMERIQUEST MORTGAGE

**Property Address:** 310 W 118TH ST, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/11/2006

**Recorded Date:** 4/20/2006

**Document Number:** 0611032089

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-21-415-037

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 28[29] BLOCK: 3; SUBDIVISION: GAZZAM GANOS ADDITION TO PULLMAN; SEC/TWN/RNG/MERIDIAN: SW4NW4SE4SE4 S21T37NR14E 3P

**Brief Description:** LOT28 EXC W6 FT & W12 FT LOT29

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 16425 S TURNER AVE, MARKHAM, IL 60426

301 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC, 505 CITY PKY, ORANGE, CA 92868

**Seller:** YOUNG (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 18895

**Property Address:** 16425 S TURNER AVE, MARKHAM, IL 60426

***************************** SALES INFORMATION *****************************

**Sale Date:** 9/16/2005

**Recorded Date:** 4/10/2006

**Document Number:** 0610010101

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-23-412-007

**Legal Description:** LOT: 18; BLOCK: 51; SUBDIVISION: H W ELMORES KEDZIE AVENUE RIDGE; SEC/TWN/RNG/MERIDIAN: NE4SE4 S23T36NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE CO

MCHENRY COUNTY, IL 4903 MCCULLOM LAKE RD, MC HENRY, IL 60050

300 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** MCHENRY COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, ORANGE, CA 92868

**Seller:** THOMPSON (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 704

**Property Address:** 4903 MCCULLOM LAKE RD, MC HENRY, IL 60050

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/21/2006

**Recorded Date:** 4/4/2006

**Document Number:** 2006R0023684

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 09-22-102-017 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 19[20] BLOCK: 14; SUBDIVISION: MCCULLOM LAKE ESTATES; SEC/TWN/RNG/MERIDIAN: PART NE4 S21T45NR08E 3P; RECORDER'S MAP REFERENCE: MB6 PG90&91

**Brief Description:** N2 SEC22 TWP45N RNG08E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE