LAKE COUNTY, IL 8102 RFD, LONG GROVE, IL 60047

299 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** MAZZA (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 1115

**Property Address:** 8102 RFD, LONG GROVE, IL 60047

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/23/2006

**Recorded Date:** 4/11/2006

**Document Number:** 5975776

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 10-35-307-002

**Legal Description:** LOT: 111; SUBDIVISION: INDIAN CREEK CLUB UNIT #5; SEC/TWN/RNG/MERIDIAN: PART S2 S35T44NR10E 3P

Brief Description: OUTLOT B INDIAN CREEK UN1A & ALSO PART NW4 SEC02 TWP44N RNG10E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

KENDALL COUNTY, IL 20 S BEREMAN RD, MONTGOMERY, IL 60538

298 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** KENDALL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** CAMACHO, MICHELLE (Trustor); CITIFINANCIAL SERVICES INC (Company/Corporation); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 211

**Property Address:** 20 S BEREMAN RD, MONTGOMERY, IL 60538

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 2/15/2006

**Recorded Date:** 2/28/2006

**Document Number:** 200600005944

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 10-05-430-008

**Legal Description:** LOT: 54; CITY: OSWEGO; SUBDIVISION: BOULDER HILL UNIT 6

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 2517 221ST ST, SAUK VILLAGE, IL 60411

297 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Seller:** WAISE (Trustor); DEUTSCHE (Beneficiary); CASE #05 CH12343

**Property Address:** 2517 221ST ST, SAUK VILLAGE, IL 60411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/27/2006

**Recorded Date:** 4/5/2006

**Document Number:** 0609531150

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 32-25-405-009

**Legal Description:** LOT: 14; SUBDIVISION: INDIAN HILLS SUBDIVISION UNIT #1; SEC/TWN/RNG/MERIDIAN: S25T35NR14E 3P; RECORDER'S MAP REFERENCE: MB493 PG49

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 1301 W 73RD PL, CHICAGO, IL 60636

296 of 875 DOCUMENTS

### \*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

### PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** POUNCIL, DEIDRE (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #05 CH 8754

**Property Address:** 1301 W 73RD PL, CHICAGO, IL 60636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/5/2006

**Recorded Date:** 4/5/2006

**Document Number:** 0609531135

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-29-128-013

**Legal Description:** LOT: 1; SUBDIVISION: WILLIAM B BLOSS & COMPANYS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2 S29T38NR13E 3P

Brief Description: RESUBDIVISION LOTS31-34 BLK9 JONES SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 651 HIRSCH AVE, CALUMET CITY, IL 60409

295 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 1W, ORANGE, CA 92868

**Seller:** TITUS, MARY E (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); TITUS, MARY a/k/a; CASE #05 CH 1218

**Property Address:** 651 HIRSCH AVE, CALUMET CITY, IL 60409

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/22/2005

**Recorded Date:** 4/5/2006

**Document Number:** 0609544068

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 30-08-324-007

**Legal Description:** LOT: 39[40] BLOCK: 6; SUBDIVISION: BURNHAMS WEST HAMMOND SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4SW4S2SE4SW4 S08T36NR15E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

WINNEBAGO COUNTY, IL 1911 PIERCE AVE, ROCKFORD, IL 61103

294 of 875 DOCUMENTS

### *** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

### PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O WALTER R HONGSERMEIER, 1911 PIERCE AVE, ROCKFORD, IL 61103

**Seller:** BEASLEY, JAMES A (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 460

**Property Address:** 1911 PIERCE AVE, ROCKFORD, IL 61103

*************************** SALES INFORMATION ***************************

**Sale Date:** 8/23/2005

**Recorded Date:** 3/7/2006

**Document Number:** 0613046

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-11-129-029

**Legal Description:** LOT: 32; BLOCK: 7; SUBDIVISION: HUFFMAN BOULEVARD SUBDIVISION; SEC/TWN/RNG/MERIDIAN: N2NW4 S11T44NR01E 3P; RECORDER'S MAP REFERENCE: MB19 PG122

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

MCHENRY COUNTY, IL 319 CROYDEN ST, SPRING GROVE, IL 60081

293 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, GRANGE, CA 90868

**Seller:** LADA (Trustor); CASE #05 CH 494

**Property Address:** 319 CROYDEN ST, SPRING GROVE, IL 60081

**************************** SALES INFORMATION ****************************

**Sale Date:** 3/17/2006

**Recorded Date:** 3/30/2006

**Document Number:** 2006R0022366

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 10-05-277-004

**Legal Description:** LOT: 7; SUBDIVISION: O W HOWELLS THIRD ADDITION TO DU BELL PARK; SEC/TWN/RNG/MERIDIAN: PART S05T45NR09E 3P

************************** MORTGAGE INFORMATION **************************

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 2140 PROSPECT AVE, NORTH CHICAGO, IL 60064

292 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** WYNN (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 236

**Property Address:** 2140 PROSPECT AVE, NORTH CHICAGO, IL 60064

**************************** SALES INFORMATION ****************************

**Sale Date:** 3/28/2006

**Recorded Date:** 4/6/2006

**Document Number:** 5974103

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 12-05-111-028

**Legal Description:** LOT: 7-10; BLOCK: 130; SUBDIVISION: SOUTH WAUKEGAN; RECORDER'S MAP REFERENCE: MB C PG56&57

Brief Description: SW4 NW4 & PART NW4 SW4 SEC05 TWP44N RNG12E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 15855 WABASH, SOUTH HOLLAND, IL 60473

291 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Seller:** JONES (Trustor); CASE #05 CH 11607

**Property Address:** 15855 WABASH, SOUTH HOLLAND, IL 60473

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/9/2006

**Recorded Date:** 3/22/2006

**Document Number:** 0608118097

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-15-300-035

**Legal Description:** LOT: 15; SUBDIVISION: SHERWOOD FOREST; SEC/TWN/RNG/MERIDIAN: PART SW4 S15T36NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 12223 S MAY, CHICAGO, IL 60643

290 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PARKWAY LN, ORANGE, CA 92868

**Seller:** JACKSON, REGINALD (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 20571

**Property Address:** 12223 S MAY, CHICAGO, IL 60643

*************************** SALES INFORMATION ***************************

**Sale Date:** 8/12/2005

**Recorded Date:** 3/21/2006

**Document Number:** 0608018149

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-29-212-055

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 39[40] BLOCK: 10; SUBDIVISION: FIRST ADDITION TO WEST PULLMAN; SEC/TWN/RNG/MERIDIAN: NE4 S29T37NR14E 3P

Brief Description: LOT39 EXC S5 FT THEREOF & S15 FT LOT40 RESUB BLKS9-16 EXC E141 FT BLK9&16

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

LAKE COUNTY, IL 815 LENOX AVE, WAUKEGAN, IL 60085

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** FIGUEROA, EDUARDO M (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); FIGUEROA, EDUARDO a/k/a; CASE #04 CH 1920

**Property Address:** 815 LENOX AVE, WAUKEGAN, IL 60085

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 8/23/2005

**Recorded Date:** 3/15/2006

**Document Number:** 5961442

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 08-28-416-005 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 52[53] SUBDIVISION: WADSWORTH SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SE4 S28T45NR12E 3P; RECORDER'S MAP REFERENCE: MB H PG7

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Title Company:** WHEATLAND TITLE

LAKE COUNTY, IL 1519 NORTH AVE, ROUND LAKE BEACH, IL 60073

288 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O AMERIQUEST MTG LOAN, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** JOHNS (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 1388

**Property Address:** 1519 NORTH AVE, ROUND LAKE BEACH, IL 60073

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/13/2006

**Recorded Date:** 3/15/2006

**Document Number:** 5961957

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 06-16-406-013

**Legal Description:** LOT: 22; BLOCK: 321; SUBDIVISION: ROUND LAKE BEACH RIDGEWOOD ADDITION UNIT #2; SEC/TWN/RNG/MERIDIAN: S16T45NR10E 3P; RECORDER'S MAP REFERENCE: MB1041 PG467

Brief Description: PART LOTS11&13 SCHOOL TRUSTEES SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

WINNEBAGO COUNTY, IL 7911 ELM AVE, MACHESNEY PARK, IL 61115

287 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** BLOYER (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 446

**Property Address:** 7911 ELM AVE, MACHESNEY PARK, IL 61115

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 12/15/2005

**Recorded Date:** 2/13/2006

**Document Number:** 0608202

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 08-31-202-016

**Legal Description:** LOT: 7; SUBDIVISION: C W PATTERSON SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NE4 S31T45NR02E 3P

Brief Description: LOTS8&9 ROCKFORD SUBURBAN FARMS SUB

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 2587 TAHOE CT, AURORA, IL 60504

286 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** ZAVAT, LISA M (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 1891

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 2587 TAHOE CT, AURORA, IL 60504

**************************** SALES INFORMATION ****************************

**Sale Date:** 2/23/2006

**Recorded Date:** 3/1/2006

**Document Number:** R2006036603

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 07-01-07-212-010

**Legal Description:** LOT: 424; SUBDIVISION: LAKEWOOD VALLEY UNIT 3; SEC/TWN/RNG/MERIDIAN: PART NE4 S07T37NR09E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** NONE AVAILABLE

DUPAGE COUNTY, IL 644 N CRAIG, ADDISON, IL 60101

283 of 875 DOCUMENTS

### *** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

### PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** THIEBEN, HARRY W (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 0491

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 644 N CRAIG, ADDISON, IL 60101

**************************** SALES INFORMATION ****************************

**Sale Date:** 1/6/2006

**Recorded Date:** 3/6/2006

**Document Number:** R2006-039744

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 03-20-415-005

**Legal Description:** LOT: 101; SUBDIVISION: BOESKE KLOCK ADDITION TO ADDISON UNIT #2; SEC/TWN/RNG/MERIDIAN: PART S20&21T40NR11E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 2737 S OXFORD DR, MARKHAM, IL 60426

282 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MTG, 505 CITY PKY, ORANGE, CA 92868

**Seller:** WARD, KIMBERLEE C (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 9170

**Property Address:** 2737 S OXFORD DR, MARKHAM, IL 60426

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 4/15/2005

**Recorded Date:** 3/8/2006

**Document Number:** 0606744097

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-24-422-005

**Legal Description:** LOT: 96; BLOCK: 1; SUBDIVISION: CANTERBURY GARDENS UNIT #3; SEC/TWN/RNG/MERIDIAN: W2E2 & PART NW4 S24T36NR13E 3P

Brief Description: PART CANTERBURY GARDENS UN #2

*************************** **MORTGAGE INFORMATION** ***************************

**Title Company:** WHEATLAND TITLE CO

MCHENRY COUNTY, IL 57 HOLLY LN, CRYSTAL LAKE, IL 60014

281 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** MCHENRY COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** AHLSTROM (Trustor); DEUTSCHE BANK NATIONAL TRUST (Beneficiary); CASE #05 CH 415

**Property Address:** 57 HOLLY LN, CRYSTAL LAKE, IL 60014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/2/2006

**Recorded Date:** 3/6/2006

**Document Number:** 2006R0015360

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 18-01-127-007

**Legal Description:** LOT: 20; BLOCK: 20; SUBDIVISION: R A CEPEKS CRYSTAL VISTA; SEC/TWN/RNG/MERIDIAN: PART S01T43NR07E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** COMPREHENSIVE TITLE DRIVE

COOK COUNTY, IL 570 FORSYTHE, CALUMET CITY, IL 60409

280 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** URQUHART (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 1262

**Property Address:** 570 FORSYTHE, CALUMET CITY, IL 60409

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 11/2/2005

**Recorded Date:** 2/15/2006

**Document Number:** 0604627111

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 30-08-406-026

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 20[21] BLOCK: 11; SUBDIVISION: EDWARD G UIHLEINS SUBDIVISION

**Brief Description:** S2 LOT20 BLK11 & S3/4 BLK12 SNYDACKER & AMBS ILLINOIS ADD HAMMOND PART N2 SE4 & PART NE4 SEC08 TWP36

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

WILL COUNTY, IL 622 CENTRAL AVE, JOLIET, IL 60436

279 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Seller:** SCHNEIDER, WILLIAM S (Trustor)

**Property Address:** 622 CENTRAL AVE, JOLIET, IL 60436

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 1/19/2006

**Recorded Date:** 2/2/2006

**Sale Price:** $ 103,628 (Full Amount)

**Document Number:** R2006021455

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 07-17-322-002

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 139[140] SUBDIVISION: MONT CLAIRE; SEC/TWN/RNG/MERIDIAN: PART S17&26T35NR10E 3P

**Brief Description:** LOTS139&140 EXC N81 FT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

LAKE COUNTY, IL 1746 ELIZABETH AVE, NORTH CHICAGO, IL 60064

278 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Company/Corporation); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY, UNIT 100, ORANGE, CA 92868

**Seller:** ECHEVARRIA (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 603

**Property Address:** 1746 ELIZABETH AVE, NORTH CHICAGO, IL 60064

*************************** SALES INFORMATION ***************************

**Sale Date:** 8/23/2005

**Recorded Date:** 2/21/2006

**Document Number:** 5950089

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 08-32-427-039

**Legal Description:** LOT: 22-24; BLOCK: 38; SUBDIVISION: WASHBURN PARK; SEC/TWN/RNG/MERIDIAN: PART SE4 S32T45NR12E 3P; RECORDER'S MAP REFERENCE: MB B PG55&56

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

LAKE COUNTY, IL 135 DARTMOOR DR, ROUND LAKE, IL 60073

274 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** ATWOOD (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 1798

**Property Address:** 135 DARTMOOR DR, ROUND LAKE, IL 60073

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 1/25/2006

**Recorded Date:** 2/2/2006

**Document Number:** 5940375

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 06-29-228-001

**Legal Description:** LOT: 99; SUBDIVISION: THE WILLOWS AT GREENWOOD UNIT 1; SEC/TWN/RNG/MERIDIAN: PART E2NE4 S29T45NR10E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

MCHENRY COUNTY, IL 512 S EMERALD DR, MCHENRY, IL 60051

273 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** MCHENRY COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES INC, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** TARENSKI, KIMBERLY A (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); TARENSKI, KIMBERLY H a/k/a; HARMANEK, KIMBERLY A a/k/a; TARENSKI, A a/k/a; CASE #04 CH 919

**Property Address:** 512 S EMERALD DR, MCHENRY, IL 60051

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/18/2005

**Recorded Date:** 1/26/2006

**Document Number:** 2006R0006026

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 14-01-176-006

**Legal Description:** LOT: 5; SUBDIVISION: SUTTONS ANNEX TO EMERALD PARK; SEC/TWN/RNG/MERIDIAN: NW4 S01T44NR08E 3P; RECORDER'S MAP REFERENCE: MB5 PG89

Brief Description: PART LOT1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 2349 E 70TH PL, CHICAGO, IL 60649

272 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O ARC MORTGAGE SERVICES INC, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** MCCLURE, CARTER B (Trustor); ARGENT MORTGAGE CO (Beneficiary); MCCLURE, CARTER a/k/a; CASE #05 CH 2236

**Property Address:** 2349 E 70TH PL, CHICAGO, IL 60649

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 1/31/2006

**Recorded Date:** 2/1/2006

**Document Number:** 0603234095

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-24-430-011-1025 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** UNIT: 446; SUBDIVISION: SOUTH SHORE DIVISION #5; SEC/TWN/RNG/MERIDIAN: E2SE4 S24T38NR14E 3P

Brief Description: LAKESHORE POINTS CONDOS RESUB BLK4 & RESUB BLK5 RESUB BLKS10&11 & PART BLK12

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE CO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM