LAKE COUNTY, IL 355 FARMINGDALE, VERNON HILLS, IL 60061

270 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 39 MILL ST, MONTGOMERY, IL 60538

**Seller:** LYONS, BYRON (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 134

**Property Address:** 355 FARMINGDALE, VERNON HILLS, IL 60061

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 12/21/2005

**Recorded Date:** 1/31/2006

**Document Number:** 5939034

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-05-303-018

**Legal Description:** UNIT: 3002; SUBDIVISION: PLYMOUTH FARMS PHASE 1A

Brief Description: PLYMOUTH FARMS PHASE 1 CONDO EXC OUTLOT1 THEREOF & PLYMOUTH FARMS PHASE 1B EXC OUTLOTS1&2 THEREOF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM

COOK COUNTY, IL 22163 BROOKWOOD DR, SAUK VILLAGE, IL 60411

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** BETTRESS, LONNIE G (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 5173

**Property Address:** 22163 BROOKWOOD DR, SAUK VILLAGE, IL 60411

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 1/16/2006

**Recorded Date:** 1/19/2006

**Document Number:** 0601910060

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 33-30-304-011

**Legal Description:** LOT: 11; SUBDIVISION: INDIAN HILL SUBDIVISION UNIT #8; SEC/TWN/RNG/MERIDIAN: PART S2SW4 S30T35NR15E 3P

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 2115 E 216TH ST, SAUK VILLAGE, IL 60411

268 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Seller:** MEEKER (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 7765

**Property Address:** 2115 E 216TH ST, SAUK VILLAGE, IL 60411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 1/11/2006

**Recorded Date:** 1/24/2006

**Document Number:** 0602418058

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 32-25-204-013

**Legal Description:** LOT: 13; BLOCK: 11; SUBDIVISION: SOUTHDALE SUBDIVISION UNIT #1; SEC/TWN/RNG/MERIDIAN: PART S25T35NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 621 S PLYMOUTH CT, UNIT 208, CHICAGO, IL 60605

267 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PARKWAY W, UNIT 100, ORANGE, CA 92868

**Seller:** HAYES, LARRY D (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #03 CH 18511

**Property Address:** 621 S PLYMOUTH CT, UNIT 208, CHICAGO, IL 60605

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/2/2005

**Recorded Date:** 1/26/2006

**Document Number:** 0602641093

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 17-16-408-035-1008

**Legal Description:** LOT: 21-25; UNIT: 208; SUBDIVISION: BRANDS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S16T39NR14E 3P

Brief Description: MOSER BLDG CONDO BLK136 SCHOOL SEC ADD CHICAGO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Title Company: NONE AVAILABLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Land Use: CONDOMINIUM

COOK COUNTY, IL 6212 S ELIZABETH ST, CHICAGO, IL 60636

266 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUS CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** CHOE, TAE HYEON (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CHOE, TAEHYEON a/k/a; CASE #05 CH 4821

**Property Address:** 6212 S ELIZABETH ST, CHICAGO, IL 60636

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 1/23/2006

**Recorded Date:** 1/25/2006

**Document Number:** 0602527039

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-17-331-002

**Legal Description:** LOT: 48; SUBDIVISION: R H DOCKHILLS SUBDIVISION

Brief Description: N2 S 14.3322 CHAINS E 10.466 CHAINS E2 SW4 SEC17 TWP38N RNG14E 3P

*************************** **MORTGAGE INFORMATION** ***************************

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 15817 HOYNE AVE, HARVEY, IL 60426

265 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Seller:** DEAN, CHERYL D (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); SIMMONS, CHERYL a/k/a; CASE #04 CH 18494

**Property Address:** 15817 HOYNE AVE, HARVEY, IL 60426

**************************** SALES INFORMATION ****************************

**Sale Date:** 10/31/2005

**Recorded Date:** 1/24/2006

**Document Number:** 0602434064

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-18-329-022

**Legal Description:** LOT: 11; BLOCK: 2; SUBDIVISION: COHENS JO LEE MANOR SUBDIVISION

Brief Description: S2 PART N2 S2 SW4 & PART S2 S2 SW4 SEC18 TWP36N RNG14E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

LAKE COUNTY, IL 1305 JACKSON ST, NORTH CHICAGO, IL 60064

264 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD** FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** ANDERSON (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 1006

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 1305 JACKSON ST, NORTH CHICAGO, IL 60064

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/18/2005

**Recorded Date:** 1/19/2006

**Document Number:** 5933504

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 08-33-123-003

**Legal Description:** LOT: 36; BLOCK: 14; SUBDIVISION: DREYERS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NW4 S33T45NR12E 3P; RECORDER'S MAP REFERENCE: MB C PG26&27

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

KANE COUNTY, IL 907 LIBERTY ST, AURORA, IL 60505

263 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** BENNETT, CHARLES E (Trustor); ARGENT MORTGAGE CO (Beneficiary); CASE #05 CH K 54

**Property Address:** 907 LIBERTY ST, AURORA, IL 60505

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/16/2005

**Recorded Date:** 1/4/2006

**Document Number:** 2006K000904

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-23-326-022

**Legal Description:** PARTIAL LOT; LOT: 16; CITY: AURORA; SUBDIVISION: WOODRUFFS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART W2 S23T38NR08E 3P

**Brief Description:** EASTERLY38.90 FT W118.90 FT N105 FT LOT16

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 5704 S CAMPBELL AVE, CHICAGO, IL 60629

262 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE, 505 CITY PKY, ORANGE, CA 92868

**Seller:** MCBRIDE, RHONDA (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 19758

**Seller Mailing Address:** 505 CITY PKY, ORANGE, CA 92868

**Property Address:** 5704 S CAMPBELL AVE, CHICAGO, IL 60629

**************************** SALES INFORMATION ****************************

**Sale Date:** 7/22/2005

**Recorded Date:** 1/18/2006

**Document Number:** 0601818013

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 19-13-217-021

**Legal Description:** LOT: 2; BLOCK: 3; SUBDIVISION: COBE & MCKINNONS 59TH STREET & WESTERN AVENUE SUB; SEC/TWN/RNG/MERIDIAN: SE4NE4NE4SE4 S13T38NR13E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE CO

COOK COUNTY, IL 10906 S HERMOSA, CHICAGO, IL 60643

261 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

**Seller:** MONTGOMERY, ROBERT M (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); MONTGOMERY, ROBERT a/k/a; CASE #04 CH 20919

**Property Address:** 10906 S HERMOSA, CHICAGO, IL 60643

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 11/10/2005

**Recorded Date:** 1/18/2006

**Document Number:** 0601818012

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-18-411-016

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 3[4] BLOCK: 36; SUBDIVISION: WASHINGTON HEIGHTS; SEC/TWN/RNG/MERIDIAN: S18&19T37NR14E 3P

**Brief Description:** N2 LOT4 RESUB LOTS1&2 BLK13 ALL BLK14 LOTS7-63 BLK20 LOTS1-3 BLK21 & ALL BLKS24 25 28&29 W2 NW4 SEC2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 79 E 151ST ST, HARVEY, IL 60426

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** DOTSON, NEELY (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 17680

**Property Address:** 79 E 151ST ST, HARVEY, IL 60426

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/27/2005

**Recorded Date:** 1/6/2006

**Document Number:** 0600618013

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-08-320-042

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 35[36] BLOCK: 39; SUBDIVISION: JACKSONS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S17T36NR14E 3P

Brief Description: E2 LOT35 BLKS36 37&39 SOUTH LAWN S2 SEC08 TWP36N RNG14E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** WHEATLAND TITLE

LAKE COUNTY, IL 8 RED HAW, LAKE ZURICH, IL 60047

258 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 50, ORANGE, CA 92168

**Seller:** GUTIERREZ, GUILLERMO (Trustor); AMERIQUEST MORTGAGE CO LLC (Beneficiary); CASE #05 CH 115

**Property Address:** 8 RED HAW, LAKE ZURICH, IL 60047

**************************** SALES INFORMATION ****************************

**Sale Date:** 10/25/2005

**Recorded Date:** 1/9/2006

**Document Number:** 5927005

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 14-21-108-001

**Legal Description:** LOT: 1; BLOCK: 6; SUBDIVISION: OLD MILL GROVE UNIT 2; SEC/TWN/RNG/MERIDIAN: N2 S21T43NR10E 3P; RECORDER'S MAP REFERENCE: MB46 PG62

************************** MORTGAGE INFORMATION **************************

**Title Company:** WHEATLAND TITLE

LAKE COUNTY, IL 1313 HICKORY AVE, ROUND LAKE BEACH, IL 60073

257 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** ZAVALA (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 413

**Property Address:** 1313 HICKORY AVE, ROUND LAKE BEACH, IL 60073

*************************** SALES INFORMATION ***************************

**Sale Date:** 12/22/2005

**Recorded Date:** 1/9/2006

**Document Number:** 5927061

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 06-16-324-025

**Legal Description:** LOT: 32; BLOCK: 275; SUBDIVISION: ROUND LAKE BEACH SHOREWOOD GOLF COURSE ADDITION; SEC/TWN/RNG/MERIDIAN: PART SW4 S16T45NR10E 3P

DUPAGE COUNTY, IL 5 N 733RD SANTA FE TRL, BLOOMINGDALE, IL 60108

256 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** CARUSO, GAIL M (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 1296

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 5 N 733RD SANTA FE TRL, BLOOMINGDALE, IL 60108

***************************** SALES INFORMATION *****************************

**Sale Date:** 12/27/2005

**Recorded Date:** 1/3/2006

**Document Number:** R2006-000432

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 02-17-206-031

**Legal Description:** LOT: 19[33] SUBDIVISION: BRANIGARS CONESTOGA LAKE ESTATES

**Brief Description:** WEST50 AC E2 NE4 SEC17 TWP40N RNG10E 3P

COOK COUNTY, IL 10820 S PROSPECT, CHICAGO, IL 60643

255 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** WILLIAMS, DARRYL (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 12005

**Property Address:** 10820 S PROSPECT, CHICAGO, IL 60643

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 11/10/2005

**Recorded Date:** 12/27/2005

**Document Number:** 0536119053

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-18-405-023

**Legal Description:** LOT: 5; SUBDIVISION: HOPKINS RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: E2SE4 S18T37NR14E 3P

Brief Description: LOTS11-14 RESUB LOTS4&8-10 BLK13 TOGETHER W/ LOTS11-15

LAKE COUNTY, IL 11 LINDEN AVE, FOX LAKE, IL 60020

254 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MTG COM, 505 CITY PKY W, ORANGE, CA 92808

**Seller:** CHURCH (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #05 CH 607

**Property Address:** 11 LINDEN AVE, FOX LAKE, IL 60020

**************************** SALES INFORMATION ****************************

**Sale Date:** 12/14/2005

**Recorded Date:** 12/28/2005

**Document Number:** 5921161

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 05-10-211-005

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 92[91] SUBDIVISION: BROPHY FARM SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART S10T45NR09E 3P; RECORDER'S MAP REFERENCE: MB I PG77-79

Brief Description: S2 LOT92 J L SHAWS 3RD SUB FOX LAKE

WINNEBAGO COUNTY, IL 3222 NEW ENGLAND DR, ROCKFORD, IL 61109

253 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** BREWINGTON II, ALFRED (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 737

**Property Address:** 3222 NEW ENGLAND DR, ROCKFORD, IL 61109

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 11/29/2005

**Recorded Date:** 12/8/2005

**Document Number:** 0573940

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 16-05-331-014

**Legal Description:** LOT: 65; SUBDIVISION: PLAT #2 OF SCHAIDERS COLONIAL CREST; SEC/TWN/RNG/MERIDIAN: PART E2SW4 S05T43NR02E 3P; RECORDER'S MAP REFERENCE: MB35 PG325

COOK COUNTY, IL 16807 ANTHONY AVE, HAZEL CREST, IL 60429

251 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Seller:** JACKSON (Trustor); TOWN & COUNTRY CREDIT (Beneficiary); CASE #05 CH 6952

**Property Address:** 16807 ANTHONY AVE, HAZEL CREST, IL 60429

**************************** SALES INFORMATION ****************************

**Sale Date:** 12/7/2005

**Recorded Date:** 12/12/2005

**Document Number:** 0534626203

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-30-110-002

**Legal Description:** LOT: 2; BLOCK: 11; SUBDIVISION: HAZEL CREST PARK; SEC/TWN/RNG/MERIDIAN: N2NW4 S30T30NR14E 3P

WINNEBAGO COUNTY, IL 13783 COUNTRY MEADOW DR, WINNEBAGO, IL 61088

230 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client); ASSET BACKED PASS THROUGH CERTIFICATES S (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** LANDIN, CHAD N (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); LANDIN, CHAN a/k/a; CASE #04 CH 1062

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 13783 COUNTRY MEADOW DR, WINNEBAGO, IL 61088

**************************** SALES INFORMATION ****************************

**Sale Date:** 8/12/2005

**Recorded Date:** 8/19/2005

**Document Number:** 0548904

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 09-25-128-003

**Legal Description:** LOT: 139; SUBDIVISION: PLAT #1 OF WESTLAKE VILLAGE; SEC/TWN/RNG/MERIDIAN: S25&36T02NR10E 4P; RECORDER'S MAP REFERENCE: MB41 PG2A

**Brief Description:** PART SEC31 TWP27N RNG11E 4P

Page 262

WINNEBAGO COUNTY, IL 2017 VAN WIE AVE, ROCKFORD, IL 61103

250 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** GRIFFIN, JOHN D (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 850

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 2017 VAN WIE AVE, ROCKFORD, IL 61103

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/12/2005

**Recorded Date:** 11/22/2005

**Document Number:** 0571072

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-11-378-009

**Legal Description:** LOT: 19; BLOCK: 3; SUBDIVISION: DRIVING PARK SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SW4 S11T44NR01E 3P; RECORDER'S MAP REFERENCE: MB19 PG120

WINNEBAGO COUNTY, IL 806 19TH ST, ROCKFORD, IL 61104

249 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PARKWAY W, UNIT 100, ORANGE, CA 92868

**Seller:** BARKER, AUDREY (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); BARKER, AUDREY A a/k/a; CASE #05 CH 248

**Property Address:** 806 19TH ST, ROCKFORD, IL 61104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 11/21/2005

**Recorded Date:** 12/2/2005

**Document Number:** 0572806

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-25-427-002

**Legal Description:** LOT: 15; BLOCK: 5; SUBDIVISION: GEORGE E SCOTTS AVONDALE ADDITION; RECORDER'S MAP REFERENCE: MB13 PG44

COOK COUNTY, IL 141 W 158TH PL, HARVEY, IL 60426

246 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE, 505 CITY PKY W, ORANGE, CA 92868

**Seller:** BELL, DON (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #05 CH 84

**Seller Mailing Address:** 505 CITY PKY, ORANGE, CA 92868

**Property Address:** 141 W 158TH PL, HARVEY, IL 60426

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 12/7/2005

**Recorded Date:** 12/8/2005

**Document Number:** 0534210122

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-18-424-020

**Legal Description:** PARTIAL LOT; LOT: 5; BLOCK: 7; SUBDIVISION: ROBERTSON & YOUNGS FIRST ADDITION TO HARVEY; SEC/TWN/RNG/MERIDIAN: W2NW4SW4SE4 S18T36NR14E 3P

Brief Description: W2 LOT5

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 11412 S CALUMET AVE, CHICAGO, IL 60628

245 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK TRUST SERVICES (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** EWING (Trustor); DEUTSCEH BANK (Beneficiary); CASE #05 CH 3168

**Property Address:** 11412 S CALUMET AVE, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 11/28/2005

**Recorded Date:** 12/8/2005

**Document Number:** 0534219029

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-22-116-053

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 6[7] BLOCK: 3; SUBDIVISION: WILLIAM C WOODS SIXTH PARK ADDITION; SEC/TWN/RNG/MERIDIAN: S22T37NR14E 3P

Brief Description: LOT6 EXC N7 FT THEREOF & N11 FT LOT7 E191 FT W332.31 FT BLK3 EXC S165 FT THEREOF PULLMAN PARK ADD PU

COOK COUNTY, IL 675 S WAYNE PL, WHEELING, IL 60090

244 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** MALICKI, PAUL E (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 15983

**Property Address:** 675 S WAYNE PL, WHEELING, IL 60090

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 11/30/2005

**Recorded Date:** 12/5/2005

**Document Number:** 0533918086

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 03-10-214-016

**Legal Description:** LOT: 4; BLOCK: 9; SUBDIVISION: DUNHURST SUBDIVISION UNIT 2; SEC/TWN/RNG/MERIDIAN: PART NE4 S10T42NR11E 3P

COOK COUNTY, IL 2025 GROVE ST, BLUE ISLAND, IL 60406

243 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** VALADEZ, ALVARO (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 20922

**Property Address:** 2025 GROVE ST, BLUE ISLAND, IL 60406

**************************** SALES INFORMATION ****************************

**Sale Date:** 8/12/2005

**Recorded Date:** 12/6/2005

**Document Number:** 0534018072

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-31-315-002

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 13[14] SUBDIVISION: THE ORIGINAL TOWN OF BLUE ISLAND; SEC/TWN/RNG/MERIDIAN: E2SW4 S31T37NR14E 3P; RECORDER'S MAP REFERENCE: MB68 PG49

Brief Description: LOT13 EXC E10 FT THEREOF & LOT14 EXC W5 FT THEREOF RESUB BLK25 FORMERLY PORTLAND

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 3737 BLACKSTONE AVE, DIXMOOR, IL 60426

242 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** 505 CITY PKY, UNIT 100, ORANGE, CA 92868

**Seller:** KING, TREVOR D (Trustor); CASE #05 CH 2517; KING, TREVOR a/k/a

**Property Address:** 3737 BLACKSTONE AVE, DIXMOOR, IL 60426

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/18/2005

**Recorded Date:** 11/23/2005

**Document Number:** 0532732023

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 28-23-119-004

**Legal Description:** LOT: 6; BLOCK: 8; SUBDIVISION: ARTHUR T MCINTOSH & COMPANYS SOUTHTOWN MANOR UN #2; SEC/TWN/RNG/MERIDIAN: NW4 S23T36NR13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 6545 S CLAREMONT AVE, CHICAGO, IL 60636

241 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary), Trust

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES INC, 505 CITY PKY W, UNIT 1C, ORANGE, CA 92868

**Seller:** MARSH, DOROTHY (Trustor); CASE #05 CH 1477

**Property Address:** 6545 S CLAREMONT AVE, CHICAGO, IL 60636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/13/2005

**Recorded Date:** 11/17/2005

**Document Number:** 0532132001

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-19-116-018

**Legal Description:** LOT: 30; BLOCK: 47; SUBDIVISION: SOUTH LYNNE; SEC/TWN/RNG/MERIDIAN: N2 S19T38NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

WILL COUNTY, IL 521 SPRINGWOOD DR, JOLIET, IL 60431

240 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** SMITH, RAYNA R (Trustor); SMITH, MICHAEL J (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 2076

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 521 SPRINGWOOD DR, JOLIET, IL 60431

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/22/2005

**Recorded Date:** 10/18/2005

**Document Number:** R2005182122

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 05-06-14-301-015

**Legal Description:** LOT: B8; SUBDIVISION: SPRINGWOOD RESUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SW4 S14T35NR09E 3P

Brief Description: RESUBDIVISION LOTS3&4 SPRINGWOOD

WILL COUNTY, IL 818 W BONNIE LN, PEOTONE, IL 60468

239 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, ORANGE, CA 92868

**Seller:** WICHTENDAHL, BRUCE H (Trustor); WICHTENDAHL, CHRISTINA D (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 1631

**Property Address:** 818 W BONNIE LN, PEOTONE, IL 60468

**************************** SALES INFORMATION ****************************

**Sale Date:** 10/7/2005

**Recorded Date:** 10/28/2005

**Sale Price:** $ 189,499 (Full Amount)

**Document Number:** R2005189341

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 17-20-23-407-011

**Legal Description:** LOT: 2; SUBDIVISION: THE MEADOWS; SEC/TWN/RNG/MERIDIAN: PART S2SE4 S23T33NR12E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** WHEATLAND TITLE

DUPAGE COUNTY, IL 6N284 MEDINAH RD, MEDINAH, IL 60157

238 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** ZASTAWNIK, OREST (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #04-CH-1642

**Property Address:** 6N284 MEDINAH RD, MEDINAH, IL 60157

**************************** SALES INFORMATION ****************************

**Sale Date:** 10/20/2005

**Recorded Date:** 11/7/2005

**Document Number:** R2005-248135

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 02-11-407-020

**Legal Description:** LOT: 35; SUBDIVISION: BRANIGARS MEDINAH SPRING VALLEY UNIT #1; SEC/TWN/RNG/MERIDIAN: PART SE4 S11T40NR10E 3P

COOK COUNTY, IL 5348 W 87TH ST, BURBANK, IL 60459

.

237 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** RIVERA (Trustor); ARGENT MORTGAGE (Beneficiary); CASE #05 CH6950

**Property Address:** 5348 W 87TH ST, BURBANK, IL 60459

**************************** SALES INFORMATION ****************************

**Sale Date:** 10/31/2005

**Recorded Date:** 11/7/2005

**Document Number:** 0531139043

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 19-33-303-047

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 3[4] SUBDIVISION: 87TH & LONG AVENUE ADDITION; SEC/TWN/RNG/MERIDIAN: W2SW4SE4SW4 S33T38NR13E 3P

**Brief Description:** EAST7 1/2 FT LOT3 & LOT4 EXC E2 1/2 FT THEREOF

COOK COUNTY, IL 838 MCINTOSH CT, UNIT 107, PROSPECT HEIGHTS, IL 60070

236 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** GONZALEZ, MAXIMILIANO (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 18545

**Property Address:** 838 MCINTOSH CT, UNIT 107, PROSPECT HEIGHTS, IL 60070

*************************** SALES INFORMATION ****************************

**Sale Date:** 11/4/2005

**Recorded Date:** 11/8/2005

**Document Number:** 0531203034

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 03-24-202-054-1321

**Legal Description:** UNIT: 15-107; SUBDIVISION: RIVER TRAILS CONDOMINIUM; SEC/TWN/RNG/MERIDIAN: NE4 S24T42NR11E 3P

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** CONDOMINIUM