LAKE COUNTY, IL 12110 W WADSWORTH RD, BEACH PARK, IL 60087

235 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** PARHAM (Trustor); TOWN & COUNTRY (Beneficiary); CASE #04 CH 981

**Property Address:** 12110 W WADSWORTH RD, BEACH PARK, IL 60087

*************************** SALES INFORMATION ***************************

**Sale Date:** 8/31/2005

**Recorded Date:** 11/2/2005

**Document Number:** 5889097

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 04-30-431-002

**Legal Description:** PARTIAL LOT; LOT: 2; BLOCK: 35; SUBDIVISION: FREDERICK H BARTLETTS NORTH SHORE HILLS; SEC/TWN/RNG/MERIDIAN: PART S2 S30T46NR12E 3P; RECORDER'S MAP REFERENCE: MB S PG85

Brief Description: LOT2 EXC N300 FT THEREOF

KANE COUNTY, IL 526 MARGUERITE ST, ELGIN, IL 60123

234 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES INC, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** BONTA, KIRSTEN A (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary)

**Property Address:** 526 MARGUERITE ST, ELGIN, IL 60123

*************************** SALES INFORMATION ***************************

**Sale Date:** 7/29/2005

**Recorded Date:** 10/26/2005

**Document Number:** 2005K129636

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 06-23-154-011

**Legal Description:** LOT: 7; BLOCK: 1; CITY: ELGIN; SUBDIVISION: STRACHANS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART NW4 S23T41NR08E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 6301 N SHERIDAN RD, UNIT 6-C, CHICAGO, IL 60660

233 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

Buyer: DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); AMERIQUEST MORTGAGE SECURITIES INC ASSET (Company/Corporation)

Buyer Mailing Address: C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

Seller: TAVEERASERT (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 16067

Property Address: 6301 N SHERIDAN RD, UNIT 6-C, CHICAGO, IL 60660

*************************** SALES INFORMATION ***************************

Sale Date: 10/13/2005

Recorded Date: 11/2/2005

Document Number: 0530639032

Deed Type: LEGAL ACTION/COURT ORDER

Assessor's Parcel Number: 14-05-203-011-1057

Legal Description: MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 9-12; BLOCK: 1; UNIT: 6C; SUBDIVISION: COCHRANS SECOND ADDITION TO EDGEWATER; SEC/TWN/RNG/MERIDIAN: S05T40NR14E 3P

Brief Description: SHORELINE TOWERS CONDO

*************************** PROPERTY DESCRIPTION ***************************

Land Use: CONDOMINIUM

COOK COUNTY, IL 8018 S SHORE DR, CHICAGO, IL 60617

232 of 875 DOCUMENTS

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** POWELL, ORA (Trustor); CASE #04 CH 14188

**Property Address:** 8018 S SHORE DR, CHICAGO, IL 60617

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 10/17/2005

**Recorded Date:** 10/24/2005

**Document Number:** 0529710015

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 21-31-214-049

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 8[7] BLOCK: 4; SUBDIVISION: C L HAMMONDS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: S2NE4NE4 S31T38NR15E 3P

**Brief Description:** SOUTH2 FT LOT7

COOK COUNTY, IL 323 156TH ST, CALUMET CITY, IL 60409

231 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** COCHRAN, TIFFANY (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #04 CH 19179

**Property Address:** 323 156TH ST, CALUMET CITY, IL 60409

**************************** SALES INFORMATION ****************************

**Sale Date:** 8/8/2005

**Recorded Date:** 10/24/2005

**Document Number:** 0529710018

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 30-17-118-013 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 11[12] BLOCK: 28; SUBDIVISION: WEST HAMMOND

Brief Description: NORTH1896 FT SEC17 TWP36N RNG15E 3P

MCHENRY COUNTY, IL 139 CARMELLA DR, CRYSTAL LAKE, IL 60012

229 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR MCHENRY COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CORP, 505 CITY PKY W, UNIT 100, ORANGE, CA 62868

**Seller:** DENEGA (Company/Corporation); ARGENT MORTGAGE (Beneficiary); CASE #04 CH 565

**Property Address:** 139 CARMELLA DR, CRYSTAL LAKE, IL 60012

*************************** SALES INFORMATION ***************************

**Sale Date:** 10/5/2005

**Recorded Date:** 10/12/2005

**Document Number:** 2005R0086693

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 14-32-180-001

**Legal Description:** LOT: 27; SUBDIVISION: CRYSTAL RIDGE UNIT ONE

Brief Description: PART SW4 NE4 & SE4 NW4 SEC32 TWP44N RNG08E 3P

COOK COUNTY, IL 19000 JOHN AVE, COUNTRY CLUB HILLS, IL 60478

228 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Seller:** WALLACE, THOMAS M (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 963

**Property Address:** 19000 JOHN AVE, COUNTRY CLUB HILLS, IL 60478

**************************** SALES INFORMATION ****************************

**Sale Date:** 5/13/2005

**Recorded Date:** 10/21/2005

**Document Number:** 0529410039

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 31-03-314-026

**Legal Description:** LOT: 99; SUBDIVISION: COUNTRY CLUB HILLS UNIT #7; SEC/TWN/RNG/MERIDIAN: S2SW4 S03T35NR13E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** WHEATLAND TITLE

WILL COUNTY, IL 527 HICKOK LN, UNIVERSITY PARK, IL 60466

227 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** GREGORY, GRIFFITH (Trustor); GREGORY, JANICE L (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary)

**Seller Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 527 HICKOK LN, UNIVERSITY PARK, IL 60466

**************************** SALES INFORMATION ****************************

**Sale Date:** 6/27/2005

**Recorded Date:** 9/6/2005

**Document Number:** R2005152866

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 21-14-13-217-018

**Legal Description:** LOT: 12; BLOCK: 12; SUBDIVISION: WOODHILLS RIDGEVIEW SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SE4 S12T34NR13E 3P

Brief Description: NE4 SEC13 TWP34N RNG13E 3P

*************************** MORTGAGE INFORMATION ***************************

**Title Company:** WHEATLAND TITLE

WINNEBAGO COUNTY, IL 3115 VINTON AVE, ROCKFORD, IL 61101

224 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Company/Corporation); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Seller:** RUSH, ROBIN R (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 407

**Seller Mailing Address:** 505 CITY PARKWAY WEST, UNIT 100, ORANGE, CT 92868

**Property Address:** 3115 VINTON AVE, ROCKFORD, IL 61101

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/20/2005

**Recorded Date:** 7/21/2005

**Document Number:** 0542230

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-10-128-002 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** PARTIAL LOT; LOT: 49; SEC/TWN/RNG/MERIDIAN: PART NW4 S10T44NR01E 3P; RECORDER'S MAP REFERENCE: MB20 PG220

LAKE COUNTY, IL 804 TOMAHAWK TRL, ROUND LAKE, IL 60073

223 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, ORANGE, CA 92868

**Seller:** FIGURA, NICOLETTE (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 824; JOHNSON FIGURA, NICOLETTE a/k/a

**Property Address:** 804 TOMAHAWK TRL, ROUND LAKE, IL 60073

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/25/2005

**Recorded Date:** 10/7/2005

**Document Number:** 5872821

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 06-18-206-023

**Legal Description:** LOT: 12; BLOCK: 242; SUBDIVISION: ROUND LAKE BEACH INDIAN HILL ADDITION; SEC/TWN/RNG/MERIDIAN: W2NW4 S17T45NR10E 3P; RECORDER'S MAP REFERENCE: MB30 PG21&22

Brief Description: SE4 NE4 SEC18 TWP45N RNG10E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

LAKE COUNTY, IL 25170 W PARK DR, ANTIOCH, IL 60002

222 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** LAKE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** SIMONS (Trustor); TOWN & COUNTRY CREDIT (Beneficiary); CASE #04 CH 1280

**Property Address:** 25170 W PARK DR, ANTIOCH, IL 60002

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 9/27/2005

**Recorded Date:** 10/17/2005

**Document Number:** 5876763

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 01-01-411-016 (Multiple APNs appear on the Conveying Instrument)

**Legal Description:** LOT: 108[109] SUBDIVISION: MORELYS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: E2 S01T46NR09E 3P; RECORDER'S MAP REFERENCE: MB M PG76

COOK COUNTY, IL 8359 S OGLESBY AVE, CHICAGO, IL 60617

221 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation), Trust

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** CHANDLER (Trustor); DEUTSCHE BANK (Beneficiary); CASE #05 CH 1295

**Property Address:** 8359 S OGLESBY AVE, CHICAGO, IL 60617

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/26/2005

**Recorded Date:** 10/7/2005

**Document Number:** 0528003024

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-36-406-021

**Legal Description:** LOT: 48; SUBDIVISION: E B SHOGREN & COMPANYS JEFFREY HIGHLANDS; SEC/TWN/RNG/MERIDIAN: S36T38NR14E 3P

COOK COUNTY, IL 10042 S LAFAYETTE AVE, CHICAGO, IL 60628

218 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** WILLIAMSON, LILLIAN (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); WILLIAMSON, LILLIAN M a/k/a; CASE #04 CH 12979

**Property Address:** 10042 S LAFAYETTE AVE, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/16/2005

**Recorded Date:** 9/27/2005

**Document Number:** 0527019107

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-09-414-035

**Legal Description:** LOT: 15; BLOCK: 2; SUBDIVISION: SECOND COTTAGE GROVE ADDITION TO ROSELAND; SEC/TWN/RNG/MERIDIAN: SE4 S09T37NR14E 3P

COOK COUNTY, IL 8229 S EAST END AVE, CHICAGO, IL 60617

217 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

**Seller:** DEAN (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 14297

**Property Address:** 8229 S EAST END AVE, CHICAGO, IL 60617

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/16/2005

**Recorded Date:** 9/20/2005

**Document Number:** 0526332036

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-36-120-010

**Legal Description:** LOT: 10; BLOCK: 5; SUBDIVISION: STONY ISLAND PARK; SEC/TWN/RNG/MERIDIAN: PART NW4 S36T38NR14E 3P

Brief Description: SUBDIVISION LOTS1-24 BLK6 & LOTS25-48 BLK5

COOK COUNTY, IL 3441 N KILPATRICK, CHICAGO, IL 60641

216 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation), Trust

**Buyer Mailing Address:** 505 CITY PKY, ORANGE, CA 92868

**Seller:** RIVERA, JOSE ANTONIO (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 6556

**Property Address:** 3441 N KILPATRICK, CHICAGO, IL 60641

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/14/2005

**Recorded Date:** 9/19/2005

**Document Number:** 0526227040

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 13-22-309-010

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 34[35] BLOCK: 2; SUBDIVISION: E L SMITHS ADDITION TO IRVING PARK

Brief Description: NORTH9 FT LOT34 N2 E40 AC W2 SW4 SEC22 TWP40N RNG13E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE CO

MCHENRY COUNTY, IL 813 BRENTWOOD DR, CARY, IL 60013

214 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** MCHENRY COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, ORANGE, CA 92613

**Seller:** LAURITZEN, GREGORY W (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 344

**Property Address:** 813 BRENTWOOD DR, CARY, IL 60013

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 2/14/2005

**Recorded Date:** 9/1/2005

**Document Number:** 2005R0073568

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-07-406-006

**Legal Description:** LOT: 175; SUBDIVISION: CANDLEWOOD TRAILS UNIT TWO; SEC/TWN/RNG/MERIDIAN: PART S2 S07T43NR09E 3P

Brief Description: OUTLOT C CANDLEWOOD TRAILS UN1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 14208 S EDBROOKE AVE, RIVERDALE, IL 60827

213 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** HARRIS, LINDA (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 7262

**Property Address:** 14208 S EDBROOKE AVE, RIVERDALE, IL 60827

**************************** SALES INFORMATION ****************************

**Sale Date:** 9/2/2005

**Recorded Date:** 9/6/2005

**Document Number:** 0524945045

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-04-406-019

**Legal Description:** LOT: 5; BLOCK: 58; SUBDIVISION: IVANHOE UNIT #3

Brief Description: PART N2 SE4 & N2 SW4 & S2 NE4 SEC04 TWP36N RNG14E 3P

WINNEBAGO COUNTY, IL 4116 AMHERST LN, ROCKFORD, IL 61109

212 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WINNEBAGO COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation); ASSET BACKED PASS THROUGH CERTIFICATES S (Company/Corporation)

**Buyer Mailing Address:** C/O AMC MORTGAGE SERVICES, 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** LARA (Company/Corporation); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #04 CH 1086

**Property Address:** 4116 AMHERST LN, ROCKFORD, IL 61109

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/20/2005

**Recorded Date:** 6/27/2005

**Document Number:** 0535904

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 16-05-105-010

**Legal Description:** SEC/TWN/RNG/MERIDIAN: PART W2NW4 S05T43NR02E 3P

WILL COUNTY, IL 3206 E FORESTVIEW TRL, CRETE, IL 60417

211 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** WILL COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PARKWAY W, UNIT 100, ORANGE, CA 92868

**Seller:** JOHNSON, GERALDINE (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #03 CH 1867

**Seller Mailing Address:** 505 CITY PARKWAY W, UNIT 100, ORANGE, CA 92868

**Property Address:** 3206 E FORESTVIEW TRL, CRETE, IL 60417

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date:** 12/10/2004

**Recorded Date:** 7/28/2005

**Document Number:** R2005127706

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 11-04-06-106-041

**Legal Description:** PARTIAL LOT; LOT: 91; SUBDIVISION: WILLOWBROOK ESTATES UNIT #6; SEC/TWN/RNG/MERIDIAN: NE4 S07T34NR15E 3P

**Brief Description:** W2 LOT91 RESUB LOTS9&16 & PART LOT17 ASSESSORS SUB & SEC08 TWP34N RNG15E 3P

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Title Company:** WHEATLAND TITLE

MCHENRY COUNTY, IL 1735 ROUTE 176, CRYSTAL LAKE, IL 60014

210 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** MCHENRY COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O AMERIQUEST MORTGAGE CO, 505 CITY PKY W, UNIT 103, ORANGE, CA 92868

**Seller:** WYMAN (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 542

**Property Address:** 1735 ROUTE 176, CRYSTAL LAKE, IL 60014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 8/18/2005

**Recorded Date:** 8/22/2005

**Document Number:** 2005R0069675

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-19-331-046

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 17[20] BLOCK: 1; SUBDIVISION: FRANK E MERRILL & COMPANYS 1ST ADD BURTON BDG BCH; SEC/TWN/RNG/MERIDIAN: S19T44NR09E 3P; RECORDER'S MAP REFERENCE: MB5 PG47

**Brief Description:** N2 LOT20

COOK COUNTY, IL 40 FOREST AVE, CHICAGO HEIGHTS, IL 60411

209 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, ORANGE, CA 92868

**Seller:** POSTACCHINI (Trustor); ARGENT MORTGAGE (Beneficiary); CASE #04 CH 839

**Property Address:** 40 FOREST AVE, CHICAGO HEIGHTS, IL 60411

*************************** SALES INFORMATION ***************************

**Sale Date:** 11/12/2004

**Recorded Date:** 8/17/2005

**Document Number:** 0522918065

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 32-29-206-044

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 38[37] SUBDIVISION: OAK RIDGE; SEC/TWN/RNG/MERIDIAN: PART S29T35NR14E 3P

**Brief Description:** E16 2/3 FT LOT38 & W16 2/3 FT LOT37 PART LOTS20&21 COUNTY CLERKS DIVISION ALSO LOTS13-17 BLK2 JOHN W

COOK COUNTY, IL 7622 S UNION AVE, CHICAGO, IL 60620

208 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NA (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC SERIE (Beneficiary)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** HENDERSON, OLIVER (Trustor); CASE #04 CH 19398

**Property Address:** 7622 S UNION AVE, CHICAGO, IL 60620

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/29/2005

**Recorded Date:** 8/1/2005

**Document Number:** 0521344017

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-28-308-037

**Legal Description:** PARTIAL LOT; LOT: 6; BLOCK: 11; SUBDIVISION: STORKES SUBDIVISION OF AUBURN; SEC/TWN/RNG/MERIDIAN: W2SW4 S28T38NR14E 3P

Brief Description: LOT6 EXC N9.74 FT RESUB BLKS1-16

COOK COUNTY, IL 1038 N LOREL AVE, CHICAGO, IL 60651

207 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, UNIT 1300, CHICAGO, IL 60602

**Seller:** TAYLOR, CAROLYN D (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #04 CH 2256

**Property Address:** 1038 N LOREL AVE, CHICAGO, IL 60651

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 5/17/2005

**Recorded Date:** 5/20/2005

**Document Number:** 0514003036

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 16-04-312-025

**Legal Description:** LOT: 30; SUBDIVISION: HOGENSONS FIRST ADDITION

Brief Description: S2 W2 NE4 SW4 & S2 NW4 SW4 W1290-2 FT THEREOF SEC04 TWP39N RNG13E 3P

COOK COUNTY, IL 1428 W 110TH PL, CHICAGO, IL 60643

206 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client), Trust

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

**Seller:** BROWN (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #04 CH 13921

**Property Address:** 1428 W 110TH PL, CHICAGO, IL 60643

**************************** SALES INFORMATION ****************************

**Sale Date:** 7/22/2005

**Recorded Date:** 7/27/2005

**Document Number:** 0520827014

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-17-328-018

**Legal Description:** LOT: 19; BLOCK: 9; SUBDIVISION: WEAGES SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4SW4 S17T37NR14E 3P

COOK COUNTY, IL 422 BERNARD DR, BUFFALO GROVE, IL 60089

205 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Company/Corporation)

**Seller:** CAMARGO (Trustor); TOWN & COUNTRY CREDIT (Beneficiary); CASE #04 CH 19088

**Property Address:** 422 BERNARD DR, BUFFALO GROVE, IL 60089

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/20/2005

**Recorded Date:** 7/28/2005

**Document Number:** 0520903089

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 03-05-203-049

**Legal Description:** LOT: 381; SUBDIVISION: BUFFALO GROVE UNIT #5; SEC/TWN/RNG/MERIDIAN: W2 S04T42NR11E 3P

Brief Description: NE4 SEC05 TWP42N RNG11E 3P

KANE COUNTY, IL 536 GATES ST, AURORA, IL 60505

203 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** DECLUE, PAUL L (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #04 CH K 466 (Company/Corporation)

**Property Address:** 536 GATES ST, AURORA, IL 60505

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 3/18/2004

**Recorded Date:** 7/7/2005

**Document Number:** 2005K077787

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-26-302-004

**Legal Description:** LOT: 17; CITY: AURORA; SUBDIVISION: SCHOMERS SUBDIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 213 S 14TH AVE, MAYWOOD, IL 60153

202 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, ORANGE, CA 92868

**Seller:** GIVENS (Trustor); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH 11351

**Property Address:** 213 S 14TH AVE, MAYWOOD, IL 60153

**************************** SALES INFORMATION ****************************

**Sale Date:** 3/29/2005

**Recorded Date:** 7/7/2005

**Document Number:** 0518839057

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 15-10-403-005

**Legal Description:** LOT: 233[234] SUBDIVISION: MADISON STREET ADDITION; SEC/TWN/RNG/MERIDIAN: PART S10T39NR12E 3P

**************************** MORTGAGE INFORMATION ****************************

**Title Company:** WHEATLAND TITLE

COOK COUNTY, IL 12321 S STATE ST, CHICAGO, IL 60628

201 of 875 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN, CHICAGO, IL 60602

**Seller:** JORDAN (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 17243

**Property Address:** 12321 S STATE ST, CHICAGO, IL 60628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 7/7/2005

**Recorded Date:** 7/11/2005

**Document Number:** 0519245019

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-27-131-007

**Legal Description:** PARTIAL LOT; LOT: 6; BLOCK: 1; SUBDIVISION: KENSINGTON HEIGHTS; SEC/TWN/RNG/MERIDIAN: S27T37NR14E 3P

**Brief Description:** N2 N2 LOT6 SUB BLKS21&22 FIRST ADD KENSINGTON

KANE COUNTY, IL 809 ROBERT ST, AURORA, IL 60506

200 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR KANE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** OSBORNE, CHRISTINA L (Trustor); TOWN & COUNTRY CREDIT CORP (Beneficiary); CASE #04 CHK 1026

**Property Address:** 809 ROBERT ST, AURORA, IL 60506

**************************** SALES INFORMATION ****************************

**Sale Date:** 6/17/2005

**Recorded Date:** 6/28/2005

**Document Number:** 2005K073752

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 15-16-176-013

**Legal Description:** LOT: 20; CITY: AURORA; SUBDIVISION: PEARL GARDENS SECOND ADDITION

COOK COUNTY, IL 5521 W CORTEZ, CHICAGO, IL 60651

199 of 875 DOCUMENTS

*** **THIS DATA IS FOR INFORMATION PURPOSES ONLY** ***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation)

**Seller:** ROBINSON (Trustor); AMERIQUEST MORTGAGE (Beneficiary); CASE #04 CH 19381

**Property Address:** 5521 W CORTEZ, CHICAGO, IL 60651

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 6/23/2005

**Recorded Date:** 6/30/2005

**Document Number:** 0518126269

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 16-04-310-008

**Legal Description:** LOT: 5; BLOCK: 9; SEC/TWN/RNG/MERIDIAN: PART S2NW4SW4 S04T39NR13E 3P

COOK COUNTY, IL 271 E 161ST PL, SOUTH HOLLAND, IL 60473

198 of 875 DOCUMENTS

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Minor/Ward/Client)

**Buyer Mailing Address:** C/O PIERCE & ASSOCIATES, 1 N DEARBORN ST, CHICAGO, IL 60602

**Seller:** HALLER (Company/Corporation); AMERIQUEST MORTGAGE CO (Beneficiary); CASE #04 CH16069

**Property Address:** 271 E 161ST PL, SOUTH HOLLAND, IL 60473

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 6/21/2005

**Recorded Date:** 6/30/2005

**Document Number:** 0518117051

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 29-15-308-018

**Legal Description:** LOT: 4; SUBDIVISION: ARIE GOUWENS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: PART SE4SW4 S15T36NR14E 3P

COOK COUNTY, IL 11342 S EDBROOKE AVE, CHICAGO, IL 60628

197 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; AMERIQUEST MORTGAGE SECURITIES INC ASSET (Beneficiary), Trust

**Seller:** IRWIN (Trustor); CASE #04 CH 17044

**Property Address:** 11342 S EDBROOKE AVE, CHICAGO, IL 60628

**************************** SALES INFORMATION ****************************

**Sale Date:** 6/13/2005

**Recorded Date:** 6/22/2005

**Document Number:** 0517339056

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 25-22-112-040

**Legal Description:** LOT: 6; BLOCK: 2; SUBDIVISION: KIONKAS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NW4 S22T37NR14E 3P

**Brief Description:** LOTS1&2 SUB LOT3 ASSESSORS DIVISION

COOK COUNTY, IL 7133 S WINCHESTER, CHICAGO, IL 60636

196 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC ASSET (Beneficiary)

**Seller:** SANDERS (Trustor); CASE #04 CH 17043

**Property Address:** 7133 S WINCHESTER, CHICAGO, IL 60636

*************************** SALES INFORMATION ***************************

**Sale Date:** 6/13/2005

**Recorded Date:** 6/22/2005

**Document Number:** 0517339054

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 20-30-201-018

**Legal Description:** LOT: 40; BLOCK: 1; SUBDIVISION: B F JACOBS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: W2NE4 S30T38NR14E 3P

DUPAGE COUNTY, IL 3S170 BROOKSIDE CT, WARRENVILLE, IL 60555

195 of 875 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR DUPAGE COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO (Trustee/Conservator); **AMERIQUEST MORTGAGE SECURITIES** INC (Company/Corporation)

**Buyer Mailing Address:** 505 CITY PKY W, UNIT 100, ORANGE, CA 92868

**Seller:** TURUCZ, RICHARD (Trustor); MCGINTY, CASSANDRA (Trustor); ARGENT MORTGAGE CO LLC (Beneficiary); CASE #CH 1637

**Property Address:** 3S170 BROOKSIDE CT, WARRENVILLE, IL 60555

**************************** SALES INFORMATION ****************************

**Sale Date:** 6/3/2005

**Recorded Date:** 6/16/2005

**Document Number:** R2005-125212

**Deed Type:** SHERIFF'S DEED

**Assessor's Parcel Number:** 04-33-209-005

**Legal Description:** LOT: 883; SUBDIVISION: HURLINGHAM UNIT NINE; SEC/TWN/RNG/MERIDIAN: PARTS S28 33&34T39NR09E 3P