**EXHIBIT Q**

1. Applegate et al v. Ameriquest Mortgage Company, et al., 06-4867, Brandenton, Florida

2. Barletta v. AmeriQuest Mortgage Company, et al., 06-4560, East Leroy, MI

3. Calder v. Ameriquest Mortgage Company, et al., 06-5146, Fishkill, NY

4. Cashen et al v. AmeriQuest Mortgage Company, et al., 06-4683, Algonquin, IL

5. Cleveland v. Ameriquest Mortgage Company, et al., 06-4306, Illwaco, WA

6. Dearden v. Ameriquest Mortgage Company, et al., 06-2912, Shoreline, WA

7. Dougherty et al v. Ameriquest Mortgage Company, et al., 06-2482, Aldan, PA

8. Geis et al v. Ameriquest Mortgage Company, et al., 06-1716, Sparks, NV

9. Gelman et al v. Ameriquest Mortgage Company, et al., 06-4684, Coral Springs, FL

10. Grabowski v. Ameriquest Mortgage Company, et al., 06-2549, Village of Lakewood, IL

11. Jewell v. Ameriquest Mortgage Company, et al., 06-269, Springfield, OH

12. Kessler v. Ameriquest Mortgage Company, et al., 06-4999, Tamarac, FL

13. Lappin v. Ameriquest Mortgage Company, et al., 06-5147, Brimfield, IL

14. Leach v. Ameriquest Mortgage Company, et al., 06-5000, Baltimore, MD

15. Rodriguez v. Ameriquest Mortgage Company, et al., 06-2187, Livonia, MI

16. Solnin v. Ameriquest Mortgage Company, et al., 06-4866, Plainview, NY

17. Thibodeau v. Ameriquest Mortgage Company, et al., 06-5148, Claremont, NH

18. Warren v. Ameriquest Mortgage Company, et al., 06-4415, Portland, OR

19. Wessel v. Ameriquest Mortgage Company, et al., 06-1899, Carlyle, IL