UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                Case No.: 1:05−cv−07097
                                                  Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, February 5, 2007:


    MINUTE entry before Judge Marvin E. Aspen dated 2/5/07: Any responses to the plaintiffs motion (Dkt. No. 389) to withdraw class allegations from Fair Credit Reporting Act Complaints (in the Murray, et al v. Ameriquest Mortgage Co., Tremble v. Town & Country Credit Corp., Mayfiled v. Town & Country Credit Corp., and Crane, et al v. Ameriquest Mortgage Co.) are to be filed on or before 2/21/07. Any replies are to be filed by 2/28/07. The motion hearing set for February 6, 2007 is stricken. :Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.