IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Terrazas, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 06-7176 (C.D. Cal.) | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. Proc. 41(a), plaintiffs Nathan R. Terrazas and Janie L. Terrazas have voluntarily dismissed the above-captioned action, *Terrazas, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 06-7176 (C.D. Cal.). The action was dismissed on January 10, 2007. A true and correct copy of the Notice of Dismissal is attached hereto as Exhibit 1.

DATED: February 5, 2007

Respectfully submitted,

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 5th day of February 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

# EXHIBIT 1

Robert A. Bartosh
HATHAWAY PERRETT WEBSTER POWERS
CHRISMAN & GUTIERREZ
5450 Telegraph Road, Suite 200
Ventura, CA 93003
(805) 644-7111

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATHAN R. TERRAZAS and JANIE L. TERRAZAS, Plaintiff(s), v. AMERIQUEST MORTGAGE COMPANY, and DOES 1 through 20, Defendant(s). | CASE NUMBER CV 06-7176 GAF (CWx) NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (Check one)        "BY FAX"

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____
is/are dismissed from (check one) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

January 9, 2007
Date                                    Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-9 (07/01)        NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF VENTURA      )

I am employed in the County of Ventura, State of California. I am over the age of eighteen (18) years and not a party to the within action.

On **January 9, 2007**, I served the foregoing document described as:

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) or (c) F.R.Civ.P.**

on the interested parties in said action at the following addresses:

Sarah K. Andrus, Esq.              *Attorneys for Defendant*
BUCHALTER, NEMER, FIELDS &
YOUNG
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 900172-5704

[XX]  **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Ventura California in the ordinary course of business.

[ ]   **(VIA OVERNIGHT MAIL)** by using express mail service and causing to be delivered overnight next day delivery a true copy thereof to the person(s) at the address set forth above.

[ ]   **(PERSONAL SERVICE)** I caused such documents to be delivered by hand to the offices of the addressee.

[ ]   **(BY FACSIMILE)** I caused such document to be facsimile transmitted to the fax numbers listed above on said date listed above. A copy of the facsimile transmission sheet is attached to this Proof of Service declaring that such transmission reported complete and without error.

[XX]  **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ]   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 9, 2007**, at Ventura, California.

MISTY LAMBERSON