# EXHIBIT D

HUD-1A OMB NO. 2502-0491

## A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
### SETTLEMENT STATEMENT
Optional Form for Transactions without Sellers

| NAME AND ADDRESS OF BORROWER: | NAME AND ADDRESS OF LENDER: |
|---|---|
| DAVID E. BLACK, SR. AND<br>SE J. BLACK HIS WIFE<br>) HELEN ST.<br>GARDEN CITY, MI 48135 | ARGENT MORTGAGE CO., LLC ISAOA<br>2550 GOLF ROAD EAST TOWER 10TH FLOOR<br>ROLLING MEADOWS, IL 60005 |

| PROPERTY LOCATION: | | |
|---|---|---|
| 415 HELEN ST.<br>GARDEN CITY, MI 48135<br>Wayne County, Michigan | SETTLEMENT AGENT: | SEARCH2CLOSE |
| | PLACE OF SETTLEMENT: | 3000 Corporate Exchange Drive, Suite 401<br>Columbus, OH 43231 |
| | SETTLEMENT DATE: | August 12, 2004    Disburse:08/17/04 |
| | LOAN NUMBER: | 0061763852-9703 |

| L. SETTLEMENT CHARGES | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | 1501. SUMMER 2004 TAXES  to | |
| 801. Loan Origination Fee 3.0030% to AMERICAN ELITE FINANCIAL | 4,275.52 | GARDEN CITY TREASU | 1,518.99 |
| 802. Loan Discount       % to | | 1502. PAYMENT ON ACCOUNT | |
| 803. Appraisal Fee     to HERITAGE PROPERTIES | 275.00 | | |
| 804. Credit Report     to | | 1503. PAYMENT ON ACCOUNT | |
| 805. YIELDSPREAD PREMIUM    to AMERICAN ELITE FINANCIAL    POC:B1423.75 | | | |
| 806. TAX RELATED SERVICE FEE to ARGENT MORTGAGE CO., LLC IS | 70.00 | 1504. PAYMENT ON ACCOUNT | |
| 807. FLOOD SEARCH FEE    to ARGENT MORTGAGE CO., LLC IS | 16.00 | | |
| 808. ADMIN FEE    to ARGENT MORTGAGE CO., LLC IS | 175.00 | 1505. PAYMENT ON ACCOUNT | |
| 809. PROCESSING FEE    to AMERICAN ELITE FINANCIAL | 950.00 | | |
| 810. UNDERWRITING FEE    to ARGENT MORTGAGE CO., LLC IS | 375.00 | 1506. PAYMENT ON ACCOUNT | |
| 811. | | | |
| 812. | | 1507. PAYMENT ON ACCOUNT | |
| 813. | | | |
| 814. | | 1508. PAYMENT ON ACCOUNT | |
| 815. | | | |
| 816. | | 1509. PAYMENT ON ACCOUNT | |
| 817. | | | |
| 818. | | 1510. PAYMENT ON ACCOUNT | |
| 819. | | | |
| 820. | | 1511. PAYMENT ON ACCOUNT | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest  08/17/04  to  09/01/04  @ $  28.670000/day | 430.05 | 1512. COUNTY TAXES | |
| 902. Mortgage Insurance Premi for      months to | | | |
| 903. Hazard Insurance Prem for   1.0 yr to ALLSTATE INSURANCE | 3,456.00 | 1513. Payoff first mortgage   to<br>HOMECOMING FINAN | 115,836.24 |
| 904. | | | |
| 905. | | 1514. | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard Insurance   1.000 months @ $   144.00 per month | 144.00 | 1520. TOTAL DISBURSED<br>(enter on line 1603) | 117,355.23 |
| 1002. Mortgage Insurance    months @ $    per month | | | |
| 1003. City/Town Taxes    months @ $    per month | | | |
| 1004. County Taxes   4.000 months @ $   172.10 per month | 688.40 | | |
| 1005. Assessments    months @ $    per month | | | |
| 1006.     months @ $    per month | | | |
| 1008.     months @ $    per month | 0.00 | | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement Fee    to SEARCH2CLOSE | 400.00 | | |
| 1102. Title Search    to | | | |
| 1103. DISBURSEMENT FEE    to SEARCH2CLOSE | 125.00 | | |
| 1104. TAX SERVICE FEE    to SEARCH2CLOSE | 25.00 | | |
| 1105. Document Prep.    to | | | |
| 1106. Notary Fees    to | | | |
| 1107. Deed Prep    to LARRY BAISDEN | | | |
| (includes above item numbers:    ) | | | |
| 1108. Title Insurance    to SEARCH2CLOSE | 370.25 | | |
| (includes above item numbers:    ) | | | |
| 1109. Lender's Coverage  $   142,375.00    370.25 | | | |
| 1110. Owner's Coverage  $ | | | |
| 1111. EPA ENDORSEMENT    TICOR TITLE INSURANCE COMPA POC:B0.00 | | | |
| 1112. COMPREHENSIVE ENDORS    TICOR TITLE INSURANCE COMPA POC:B0.00 | | N. NET SETTLEMENT | |
| 1113. ARM ENDORSEMENT    TICOR TITLE INSURANCE COMPA POC:B0.00 | | | |
| 1114. SHIPPING AND HANDLING F to SEARCH2CLOSE | 45.00 | | |
| 1115. WIRE FEE    to SEARCH2CLOSE | 20.00 | 1600. Loan Amount | $  142,375.00 |
| 1116. FILING FEE    to SEARCH2CLOSE | 90.00 | | |
| 1117. | | 1601. Plus Cash/Check from<br>Borrower | $  0.00 |
| 1118. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees: Mortgage $    ; Releases $ | | 1602. Minus Total Settlement<br>Charges (line 1400) | $  11,930.22 |
| 1202. City/County Tax/Stamps:  Mortgage    $ | | | |
| 1203. State Tax/Stamps:    Mortgage    $ | | | |
| 1204. | | 1603. Minus Total Disbursements<br>to Others (line 1520) | $  117,355.23 |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | 1604. Equals Disbursements to<br>Borrower (after expiration<br>of any applicable rescission<br>period required by law) | $  13,089.55 |
| 1302. Pest Inspection | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on line 1602) | 11,930.22 | | |

Certified to be a true copy.

HUD-1A OMB NO. 2502-0491

## A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
### SETTLEMENT STATEMENT
Optional Form for Transactions without Sellers

| NAME AND ADDRESS OF BORROWER: | NAME AND ADDRESS OF LENDER: |
|---|---|
| DAVID E. BLACK, SR. AND<br>?E J. BLACK HIS WIFE<br>HELEN ST.<br>.RDEN CITY, MI 48135 | ARGENT MORTGAGE CO., LLC ISAOA<br>2550 GOLF ROAD EAST TOWER 10TH FLOOR<br>ROLLING MEADOWS, IL 60008 |

| PROPERTY LOCATION: | SETTLEMENT AGENT: | SEARCH2CLOSE | |
|---|---|---|---|
| 415 HELEN ST.<br>GARDEN CITY, MI 48135<br>Wayne County, Michigan | PLACE OF SETTLEMENT: | 3000 Corporate Exchange Drive, Suite 401<br>Columbus, OH 43231 | |
| | SETTLEMENT DATE: | August 12, 2004 | Disburse: 08/17/04 |
| | LOAN NUMBER: | 0051763852-9703 | |

| L. SETTLEMENT CHARGES | | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|---|
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | 1501. SUMMER 2004 TAXES   to | |
| 801. Loan Origination Fee 3.0030% to AMERICAN ELITE FINANCIAL | | 4,275.52 | GARDEN CITY TREASU | 1,518.99 |
| 802. Loan Discount    % to | | | 1502. PAYMENT ON ACCOUNT | |
| 803. Appraisal Fee    to HERITAGE PROPERTIES | | 275.00 | | |
| 804. Credit Report    to | | | 1503. PAYMENT ON ACCOUNT | |
| 805. YIELDSPREAD PREMIUM    to AMERICAN ELITE FINANCIAL   POC:B1423.75 | | | | |
| 806. TAX RELATED SERVICE FEE to ARGENT MORTGAGE CO., LLC IS | | 70.00 | 1504. PAYMENT ON ACCOUNT | |
| 807. FLOOD SEARCH FEE    to ARGENT MORTGAGE CO., LLC IS | | 16.00 | | |
| 808. ADMIN FEE    to ARGENT MORTGAGE CO., LLC IS | | 175.00 | 1505. PAYMENT ON ACCOUNT | |
| 809. PROCESSING FEE    to AMERICAN ELITE FINANCIAL | | 950.00 | | |
| 810. UNDERWRITING FEE    to ARGENT MORTGAGE CO., LLC IS | | 375.00 | 1506. PAYMENT ON ACCOUNT | |
| 811. | | | | |
| 812. | | | 1507. PAYMENT ON ACCOUNT | |
| 813. | | | | |
| 814. | | | 1508. PAYMENT ON ACCOUNT | |
| 815. | | | | |
| 816. | | | 1509. PAYMENT ON ACCOUNT | |
| 817. | | | | |
| 818. | | | 1510. PAYMENT ON ACCOUNT | |
| 819. | | | | |
| 820. | | | 1511. PAYMENT ON ACCOUNT | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. Interest 08/17/04 to 09/01/04 @ $ 28.670000/day | | 430.05 | 1512. COUNTY TAXES | |
| 902. Mortgage Insurance Premi for    months to | | | | |
| 903. Hazard Insurance Prem for  1.0 yr to ALLSTATE INSURANCE | | 3,456.00 | 1513. Payoff first mortgage   to<br>HOMECOMING FINAN | 115,835.24 |
| 904. | | | 1514. | |
| 905. | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | | |
| 1001. Hazard Insurance   1.000 months @ $ 144.00 per month | | 144.00 | 1520. TOTAL DISBURSED | 117,355.23 |
| 1002. Mortgage Insurance    months @ $    per month | | | (enter on line 1603) | |
| City/Town Taxes    months @ $    per month | | | | |
| County Taxes   4.000 months @ $ 172.10 per month | | 688.40 | | |
| 1005. Assessments    months @ $    per month | | | | |
| 1006.    months @ $    per month | | | | |
| 1008.    months @ $    per month | | 0.00 | | |
| 1100. TITLE CHARGES | | | | |
| 1101. Settlement Fee    to SEARCH2CLOSE | | 400.00 | | |
| 1102. Title Search    to | | | | |
| 1103. DISBURSEMENT FEE    to SEARCH2CLOSE | | 125.00 | | |
| 1104. TAX SERVICE FEE    to SEARCH2CLOSE | | 25.00 | | |
| 1105. Document Prep.    to | | | | |
| 1106. Notary Fees    to | | | | |
| 1107. Deed Prep    to LARRY BAISDEN | | | | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance    to SEARCH2CLOSE | | 370.25 | | |
| (includes above item numbers: ) | | | | |
| 1109. Lender's Coverage $ 142,375.00   370.25 | | | | |
| 1110. Owner's Coverage $ | | | | |
| 1111. EPA ENDORSEMENT   TICOR TITLE INSURANCE COMPA   POC:B0.00 | | | | |
| 1112. COMPREHENSIVE ENDORS   TICOR TITLE INSURANCE COMPA   POC:B0.00 | | | N. NET SETTLEMENT | |
| 1113. ARM ENDORSEMENT   TICOR TITLE INSURANCE COMPA   POC:B0.00 | | | | |
| 1114. SHIPPING AND HANDLING F to SEARCH2CLOSE | | 45.00 | | |
| 1115. WIRE FEE    to SEARCH2CLOSE | | 20.00 | 1600. Loan Amount | $ 142,375.00 |
| 1116. FILING FEE    to SEARCH2CLOSE | | 90.00 | | |
| 1117. | | | 1601. Plus Cash/Check from<br>Borrower | $ 0.00 |
| 1118. | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. Recording fees: Mortgage $    ; Releases $ | | | 1602. Minus Total Settlement<br>Charges (line 1400) | $ 11,930.22 |
| 1202. City/County Tax/Stamps:   Mortgage   $ | | | | |
| 1203. State Tax/Stamps:   Mortgage   $ | | | | |
| 1204. | | | 1603. Minus Total Disbursements<br>to Others (line 1520) | $ 117,355.23 |
| 1205. | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. Survey | | | | |
| 1302. Pest Inspection | | | 1604. Equals Disbursements to<br>Borrower (after expiration<br>of any applicable rescission<br>period required by law) | $ 13,089.55 |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on line 1602) | | 11,930.22 | | |

Certified to be a true copy.

Form HUD-1A (2/94) ref. RESPA

1.0 04.98  ( 4085693 / 4085693 / 5 )

# EXHIBIT E

**Settlement Statement**
**Optional Form for Transactions without Sellers**

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0491
WLI

Name & Address of Borrower:
DAVID E BLACK, Sr.
415 HELEN ST    GARDEN CITY, MI 48135

Property Location: (if different from above)
LEN ST, GARDEN CITY, MI 48135

Name & Address of Lender:
Argent Mortgage Company, LLC
2550 Golf Road, East Tower, 10th Floor
Rolling Meadows, IL 60008

Settlement Agent: SEARCH 2 CLOSE
Place of Settlement: 3000 CORPORATE EXCHANGE
Columbus, OH 43231

Loan Number: 0061763652 - 9703
Settlement Date: Estimated 08/17/2004

## L. Settlement Charges

| | | |
|---|---|---|
| 800. Items Payable in Connection with Loan | | |
| 801. Loan origination fee    % to | | |
| 802. Loan discount    % to | | |
| 803. Apprsl/Prop Val to HERITAGE PROPERTIES | $275.00 | |
| 804. Credit report to | | |
| 805. Inspection fee to | | |
| 806. | | |
| 807. | | |
| 808. Yield Spread Premium to AMERICAN ELITE    *L $1,423.75 | | |
| 809. | | |
| 810. Tax Related Service Fee to Argent Mortgage Company, | $70.00 | |
| 811. Flood Search Fee to Argent Mortgage Company, LLC | $16.00 | |
| 812. Lenders Processing Fee to | | |
| 813. Admin to Argent Mortgage Company, LLC | $175.00 | |
| 814. Doc. Prep. Fee to | | |
| 815. Credit Report Fee to | $0.00 | |
| 816. Origination Fee 3.003 % to AMERICAN ELITE | $4,275.52 | |
| 817. Application Fee to | | |
| 818. Underwriting Fee to | | |
| 819. Service Provider Fee to | | |
| 820. Processing Fee to AMERICAN ELITE | $950.00 | |
| 821. Underwriting Fee to Argent Mortgage Company, LLC | $375.00 | |
| 822. Appraisal Fee to | | |
| 900. Items Required by Lender to be Paid in Advance | | |
| 901. Interest from 08/17/2004 to 09/01/2004 @ $28.67 per day | $430.05 | |
| 902. Mortgage insurance premium for    months to | | |
| 903. Hazard ins prem to ALLSTATE INSURANCE | $3,456.00 | |
| 904. Flood Ins prem to | | |
| 1000. Reserves Deposited with Lender | | |
| Hazard insurance 1 months @ $ 144.00 per month | $144.00 | |
| Mortgage insurance    months @ $    per month | | |
| 1003. Earthquake Ins    months @ $    per month | | |
| 1004. County prop. taxes 4 months @ $ 172.10 per month | $688.40 | |
| 1005. Annual assess.    months @ $    per month | | |
| 1006. Flood    months @ $    per month | | |
| 1007. Windstorm Ins    months @ $    per month | | |
| 1008. | | |
| 1100. Title Charges | | |
| 1101. Settlement or closing fee to SEARCH 2 CLOSE | $350.00 | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| 1108. Title insurance to SEARCH 2 CLOSE | $400.00 | |
| 1109. Lender's coverage    $ | | |
| 1110. Owner's coverage    $ | | |
| 1111. Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to | | |
| 1200. Government Recording and Transfer Charges | | |
| 1201. Recording fees | $50.00 | |
| 1202. City/county tax/stamps | | |
| 1203. State tax/ stamps | | |
| 1204. State specific fee | | |
| 1205. State specific fee | | |
| 1300. Additional Settlement Charges | | |
| 1301. Demand to | | |
| 1302. Pest Inspection to | | |
| 1303. Survey Fee | | |
| 1304. Misc Fees | | |
| 1305. Reconveyance Fee to | | |
| ... Apprsl/Prop Val Fee to | | |
| 1308. Courier Fee | $35.00 | |
| 1400. Total Settlement Charges (enter on line 1602) | $11,689.97 | |

## M. Disbursement to Others

| | | |
|---|---|---|
| 1501. HOME COMING FUNDING NE | (W) | $115,024.80 |
| 1502. 2004 SUMMER TAXES DUE | (W) | $1,518.99 |
| 1503. | | |
| 1504. | | |
| 1505. | | |
| 1506. | | |
| 1507. | | |
| 1508. | | |
| 1509. | | |
| 1510. | | |
| 1511. | | |
| 1512. | | |
| 1513. | | |
| 1514. | | |
| 1515. | | |
| 1520. TOTAL DISBURSED (enter on line 1603) | | $116,543.79 |

Total Wire: $141,900.30

L = Lender Paid

## N. NET SETTLEMENT

| | |
|---|---|
| 1600. Loan Amount | 142,375.00 |
| 1601. Plus Cash/Check from Borrower | |
| 1602. Minus Total Settlement Charges (line 1400) | $11,689.97 |
| 1603. Minus Total Disbursements to Others (line 1520) | $116,543.79 |
| 1604. Equals Disbursements to Borrower (after expiration of any applicable rescission period) | $14,141.24 |

Borrower(s) Signature(s):

X _____

Approved for Funding By:    Approved:    Branch: Rolling Meadows, IL 60008

# EXHIBIT F

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary  [X] Final

LENDER: Argent Mortgage Company, LLC
2550 Golf Road, East Tower, 10th Floor
Rolling Meadows, IL 60008
(800)369-5117

Broker License: FL 2154

Borrowers: DAVID E BLACK, Sr.

Type of Loan: ADJUSTABLE RATE
Date: August 12, 2004

Address: 415 HELEN ST
City/State/Zip: GARDEN CITY, MI 48135

Loan Number: 0061763652 - 9703

Property: 415 HELEN ST, GARDEN CITY, MI 48135

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.344 % | $ 238,033.71 | $ 135,698.43 | $ 373,732.14 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $980.93 | 10/01/2004 | | | |
| 335 | $1,042.25 | 10/01/2006 | | | |
| 1 | $1,036.07 | 09/01/2034 | | | |

VARIABLE RATE FEATURE:
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 415 HELEN ST, GARDEN CITY, MI 48135

ASSUMPTION: Someone buying this property
[X] cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC

LATE CHARGES: If a payment is late, you will be charged 5.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
[X] may  ☐ will not  have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____  _____    _____  _____
Borrower DAVID E BLACK, Sr.   Date     Borrower ROSE J BLACK       Date

_____  _____    _____  _____
Borrower                      Date     Borrower                    Date

TIL1 (Rev. 7/01)                                              08/12/2004 10:52:58 AM

# EXHIBIT G

## NOTICE OF RIGHT TO CANCEL

NDER: Argent Mortgage Company, LLC

DATE: August 12, 2004
LOAN NO.: 0061763652 - 9703
TYPE: ADJUSTABLE RATE

BORROWER(S): DAVID E BLACK, Sr.

ADDRESS: 415 HELEN ST
CITY/STATE/ZIP: GARDEN CITY, MI 48135

PROPERTY: 415 HELEN ST
GARDEN CITY, MI 48135

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| DOCUMENT SIGNING DATE |
|---|
| 08/12/2004 |

; or

2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### .OW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN: FUNDING
PHONE: (800)561-4072
FAX: (714)347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| FINAL DATE TO CANCEL |
|---|
| 08/16/2004 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____    _____
SIGNATURE                          DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____    Date    _____    Date
RROWER/OWNER DAVID E BLACK, Sr.            BORROWER/OWNER ROSE J BLACK

_____    Date    _____    Date
BORROWER/OWNER                             BORROWER/OWNER

1054-NRC (Rev 6/99)                                              08/12/2004 10:52:58 AM

## NOTICE OF RIGHT TO CANCEL

NDER: Argent Mortgage Company, LLC

DATE: August 12, 2004
LOAN NO.: 0061763652 - 9703
TYPE: ADJUSTABLE RATE

BORROWER(S): DAVID E BLACK, Sr.

ADDRESS: 415 HELEN ST
CITY/STATE/ZIP: GARDEN CITY, MI 48135

PROPERTY: 415 HELEN ST
GARDEN CITY, MI 48135

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| DOCUMENT SIGNING DATE |
|---|
| 08/12/2004 |

; or

2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### .OW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN: FUNDING
PHONE: (800)561-4072
FAX: (714)347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| FINAL DATE TO CANCEL |
|---|
| 08/16/2004 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

RROWER/OWNER DAVID E BLACK, Sr.          Date          BORROWER/OWNER ROSE J BLACK          Date

BORROWER/OWNER          Date          BORROWER/OWNER          Date

1054-NRC (Rev 6/99)          08/12/2004 10:52:58 AM

## NOTICE OF RIGHT TO CANCEL

NDER: Argent Mortgage Company, LLC

DATE: August 12, 2004
LOAN NO.: 0061763652 - 9703
TYPE: ADJUSTABLE RATE

BORROWER(S): DAVID E BLACK, Sr.

ADDRESS: 415 HELEN ST
CITY/STATE/ZIP: GARDEN CITY, MI 48135

PROPERTY: 415 HELEN ST
GARDEN CITY, MI 48135

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   | DOCUMENT SIGNING DATE |
   |---|
   | 08/12/2004 |

   ; or

2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### OW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN: FUNDING
PHONE: (800)561-4072
FAX: (714)347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| FINAL DATE TO CANCEL |
|---|
| 08/16/2004 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____   _____
SIGNATURE                         DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ Date   BORROWER/OWNER ROSE J BLACK _____ Date
ROWER/OWNER DAVID E BLACK, Sr.

_____ Date   _____ Date
BORROWER/OWNER                          BORROWER/OWNER

1054-NRC (Rev 6/99)                                    08/12/2004 10:52:58 AM

# EXHIBIT H

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
## Chicago, Illinois 60603-3403
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email: edcombs@aol.com
## www.edcombs.com

August 16, 2006

Argent Mortgage Company, L.L.C.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

HomEq Servicing Corporation
c/o registered agent
Illinois Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

      Re:    Notice of rescission, claim and lien, Rose J. Black, David E. Black, Sr., 415 Helen, Third City, MI 48135, loan of August 12-17, 2004

Ladies/Gentlemen:

The above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Argent Mortgage Company, L.L.C. or HomEq Servicing Corporation, please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on August 16, 2006.

_____
Daniel A. Edelman