# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.

                                    Plaintiff,

v.                                                          Case No.: 1:05−cv−07097
                                                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 6, 2007:

      MINUTE entry before Judge Marvin E. Aspen dated 2/6/07: The plaintiffs' motion in Murray, et al v. Ameriquest Mortgage Co., Tremble v. Town & Country Credit Corp., Mayfiled v. Town & Country Credit Corp., and Crane, et al v. Ameriquest Mortgage Co., to withdraw class allegations from fair credit reporting act complaints (Dkt. No. 389) is granted. Motion terminated. The briefing schedule set in this court's order of February 5, 2007, (Dkt. No. 428) relating to the plaintiffs motion to withdraw class allegations from fair credit reporting act complaints, is vacated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.