**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ ) | | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| JOEL K. ORRISON and LANA S. ORRISON, | ) ) | 5:06-cv-00175 |
| Plaintiffs, | ) ) | (W.D.MI) |
| v. | ) ) | 07 C 128 (N.D.Ill.) (transferred for pre-trial |
| ARGENT MORTGAGE COMPANY, L.L.C.; AMERIQUEST MORTGAGE COMPANY; COUNTRYWIDE HOME LOANS, L.L.C.; and DOES 1-5, | ) ) ) ) | proceedings to MDL No. 1715, Lead Case No. 05 C 7097) |
| | ) | Judge Marvin E. Aspen |
| Defendants. | ) | **DEMAND FOR JURY TRIAL** |

<u>NOTICE OF MOTION</u>

**TO:    SEE ATTACHED SERVICE LIST**

        **PLEASE TAKE NOTICE** that on **Thursday, February 15, 2007** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT,** *INSTANTER*, a copy of which is hereby served upon you.

                                s/ Al Hofeld, Jr
                                Al Hofeld, Jr

1

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)