# CERTIFICATE OF SERVICE

I, Al Hofeld, Jr., hereby certify that on February 6, 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com,
Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com,
kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com,
ppratt@winston.com,
ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com,
jramirez@millerfaucher.com,
snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com,
linda@keoghlaw.com

Melinda J. Morales

3

mmorales@muchshelist.com,
rmclarney@muchshelist.com

| | |
|---|---|
| Andrew G. Pizor<br>apizor@consumerlawgroup.com | Lorne Todd Saeks<br>lsaeks@muchshelist.com |
| Dominic J. Rizzi<br>drizzi@millerfaucher.com | Terry A. Smiljanich<br>tsmiljanich@jameshoyer.com,<br>dstephens@jameshoyer.com,<br>jbowman@jameshoyer.com,<br>lmartin@jameshoyer.com |
| Samuel H. Rudman<br>srudman@lerachlaw.com | |
| Craig Allan Varga<br>cvarga@vblhc.com | Kristina M. Van Buskirk<br>Kvanbuskirk@ngelaw.com |

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Deutsche Bank National Trust Company, N.A.
60 Wall St.
New York, NY 10005


                                                             s/ Al Hofeld, Jr
                                                             Al Hofeld, Jr