# EXHIBIT C

Settlement Statement
Optional Form for
Transactions without Sellers

U.S. Department of Housing
and Urban Development

OMB Approval No. 2502-0491

WLI

| | |
|---|---|
| Name & Address of Borrower:<br>THOMAS B. BLAIN<br><br>10417 COOLEY LAKE RD     COMMERCE TOWNSHIP,MI 48382 | Name & Address of Lender:<br>Argent Mortgage Company, LLC<br>2550 Golf Road, East Tower, 10th Floor<br>Rolling Meadows, IL 60008 |

| | |
|---|---|
| Property Location: (if different from above)<br>10417 COOLEY LAKE RD, COMMERCE TOWNSHIP, MI  48382 | Settlement Agent:<br>SEARCH2CLOSE |
| | Place of Settlement: 3000 CORPORATE EXCHANGE DR STE 401<br>Columbus,OH 43231 |

**L.   Settlement Charges**

| 800.  Items Payable in Connection with Loan | | Loan Number:<br>0057018558 - 9703 | | Settlement Date: Estimated<br>03/22/2004 |
|---|---|---|---|---|
| 801.  Loan origination fee    % to | | | | |
| 802.  Loan discount    % to | | **M.    Disbursement to Others** | | |
| 803.  Apprsl/Prop Val to ACCURATE APPRAISAL GROUP | $275.00 | 1501.<br>HOME COMING FUNDING NE     (W) | | $166,538.80 |
| 804.  Credit report to  · | | | | |
| 805.  Inspection fee to | | 1502. | | |
| 806. | | | | |
| 807. | | 1503. | | |
| 808.  Yield Spread Premium to AMERICAN ELITE FINANCIAL    *L $1,735.00 | | | | |
| 809. | | 1504. | | |
| 810. Tax Related Service Fee to  Argent Mortgage Company, | $70.00 | | | |
| 811. Flood Search Fee to  Argent Mortgage Company, LLC | $16.00 | 1505. | | |
| 812. Lenders Processing Fee to | | | | |
| 813.Admin to Argent Mortgage Company, LLC | $175.00 | 1506. | | |
| 814. Doc. Prep. Fee to | | | | |
| 815. Credit Report Fee to | $0.00 | 1507. | | |
| 816. Origination Fee  1.500  % to  American Elite Financial Inc | $2,602.50 | | | |
| 817. Application Fee to | | 1508. | | |
| 818. Underwriting Fee to | | | | |
| 819. Service Provider Fee to | | 1509. | | |
| 820. Processing Fee  to  AMERICAN ELITE FINANCIAL | $850.00 | | | |
| 821. Underwriting Fee to  Argent Mortgage Company, LLC | $375.00 | 1510. | | |
| 822. Appraisal Fee to | | | | |
| 900.  Items Required by Lender to be Paid in Advance | | 1511. | | |
| 901.  Interest from 03/22/2004  to 04/01/2004  @  $31.37  per day | $313.70 | | | |
| 902.  Mortgage insurance premium for          months to | | 1512. | | |
| 903.  Hazard ins prem  to | $0.00 | | | |
| 904.  Flood Ins prem  to              · | | 1513. | | |
| 1000.  Reserves Deposited with Lender | | | | |
| 1001. Hazard Insurance      months @ $     per month | | 1514. | | |
| 1002. Mortgage insurance      months @ $     per month | | | | |
| 1003. Earthquake Ins      months @ $     per month | | 1515. | | |
| 1004. County prop. taxes      months @ $     per month | | | | |
| 1005. Annual assess.      months @ $     per month | | 1520. TOTAL DISBURSED (enter on line 1603) | | $166,538.80 |
| 1006. Flood      months @ $     per month | | | | |
| 1007. Windstorm Ins      months @ $     per month | | | | |
| 1008. | | | | |
| 1100. Title Charges | | | | |
| 1101. Settlement or closing fee to  SEARCH2CLOSE | $600.00 | | | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | | | | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to             · | | | | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to | | | | |
| 1108. Title insurance to  SEARCH2CLOSE            · | $425.00 | Total Wire:     $174,285.30 | | |
| 1109. Lender's coverage        $ | | | | |
| 1110. Owner's coverage        $ | | | | |
| 1111. Settlement/Disbursement fee to  SEARCH2CLOSE | $145.00 | L = Lender Paid | | |
| 1112. Escrow Fee to | | | | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Recording fees | | **N.   NET SETTLEMENT** | | |
| 1202. City/county tax/stamps | | | | |
| 1203. State tax/ stamps | | | | |
| 1204. State specific fee            ·             · | | 1600. Loan Amount | | 173,500.00 |
| 1205. State specific fee              · | | | | |
| 1300. Additional Settlement Charges | | 1601. Plus Cash/Check from Borrower | | |
| 1301. Demand to | | | | |
| 1302. Pest Inspection to | | 1602. Minus Total Settlement Charges<br>(line 1400) | | $6,007.20 |
| 1303. Survey Fee | | | | |
| 1304. Misc Fees | $115.00 | 1603. Minus Total Disbursements to Others<br>(line 1520) | | $166,538.80 |
| 1305. Reconveyance Fee to          · | | | | |
| 1306. | | 1604. Equals Disbursements to Borrower<br>(after expiration of any applicable rescission<br>period) | | $954.00 |
| 1307. Apprsl/Prop Val Fee to | | | | |
| 1308. Courier Fee | $45.00 | | | |
| 1400. Total Settlement Charges (enter on line 1602) | $6,007.20 | | | |

Borrower(s) Signature(s):

X _____

| Approved for Funding By: | Approved: | Branch:  Rolling Meadows, IL 60008 |
|---|---|---|

# EXHIBIT D

| NAME AND ADDRESS OF BORROWER: | NAME AND ADDRESS OF LENDER: |
|---|---|
| THOMAS B. BLAIN<br>10417 COOLEY LAKE RD<br>COMMERCE TWP., MI 48382 | ARGENT MORTGAGE CO., LLC ISAOA |

| PROPERTY LOCATION:<br>10417 COOLEY LAKE RD<br>COMMERCE TWP., MI 48382<br>OAKLAND County, Michigan. | SETTLEMENT AGENT: SEARCH2CLOSE |
|---|---|
| | PLACE OF SETTLEMENT: 3000 Corporate Exchange Drive, Suite 401<br>Columbus, OH 43231 |
| | SETTLEMENT DATE: March 16, 2004    Disburse:03/22/04 |
| | LOAN NUMBER: 0057018566-9703 |

| L. SETTLEMENT CHARGES | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | 1501. PAYMENT ON ACCOUNT | |
| 801. Loan Origination Fee 1.4524% to AMERICAN ELITE FINANCIAL | 2,502.50 | | |
| 802. Loan Discount     % to | | 1502. PAYMENT ON ACCOUNT | |
| 803. Appraisal Fee          to ACCURATE APPRAISAL GROUP | 275.00 | | |
| 804. Credit Report       to | | 1503. PAYMENT ON ACCOUNT | |
| 805. Lender's Inspection Fee          to | | | |
| 806. Mortgage Ins. App. Fee        to | | 1504. PAYMENT ON ACCOUNT | |
| 807. YIELDSPREAD PREMIUM    to AMERICAN ELITE FINANCIAL  POC $1,735.00) | | | |
| 808. TAX RELATED SERVICE FEE to ARGENT MORTGAGE CO., LLC IS | 70.00 | 1505. PAYMENT ON ACCOUNT | |
| 809. FLOOD SEARCH FEE       to ARGENT MORTGAGE CO., LLC IS | 16.00 | | |
| 810. ADMIN FEE              to ARGENT MORTGAGE CO., LLC IS | 175.00 | 1506. PAYMENT ON ACCOUNT | |
| 811. PROCESSING FEE         to AMERICAN ELITE FINANCIAL | 650.00 | | |
| 812. UNDERWRITING FEE       to ARGENT MORTGAGE CO., LLC IS | 375.00 | 1507. PAYMENT ON ACCOUNT | |
| 813. | | | |
| 814. | | 1508. PAYMENT ON ACCOUNT | |
| 815. | | | |
| 816. | | 1509. PAYMENT ON ACCOUNT | |
| 817. | | | |
| 818. | | 1510. PAYMENT ON ACCOUNT | |
| 819. | | | |
| 820. | | 1511. PAYMENT ON ACCOUNT | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest 03/22/04  to 04/01/04  @ $  31.37000/day | 313.70 | 1512. COUNTY TAXES | |
| 902. Mortgage Insurance Premium          months to | | | |
| 903. Hazard Insurance Prem for  1.0 yr to | | 1513. Payoff 1rst mortgage      to | |
| 904. | | HOMECOMINGS FINA | 166,720.37 |
| 905. | | 1514. | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard Insurance       months @ $       per month | | 1520. TOTAL DISBURSED | 166,720.37 |
| 1002. Mortgage Insurance     months @ $       per month | | (enter on line 1603) | |
| 1003. City/Town Taxes        months @ $       per month | | | |
| 1004. County Taxes           months @ $       per month | | | |
| 1005. Assessments            months @ $       per month | | | |
| 1006.                        months @ $       per month | | | |
| 1007.                        months @ $       per month | 0.00 | | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement Fee         to SEARCH2CLOSE | 400.00 | | |
| 1102. Title Search            to | | | |
| 1103. DISBURSEMENT FEE       to SEARCH2CLOSE | 125.00 | | |
| 1104. TAX SERVICE FEE        to SEARCH2CLOSE | 25.00 | | |
| 1105. Document Prep.          to | | | |
| 1106. Notary Fees            to | | | |
| 1107. Deed Prep              to LARRY SEISDEN | | | |
| (includes above item numbers: | | | |
| 1108. Title Insurance        to SEARCH2CLOSE | 424.50 | | |
| (includes above item numbers: | | | |
| 1109. Lender's Coverage   $  173,500.00    424.50 | | | |
| 1110. Owner's Coverage    $ | | | |
| 1111. EPA ENDORSEMENT | | | |
| 1112. COMPREHENSIVE ENDORS | | N.  NET SETTLEMENT | |
| 1113. SURVEY COVERAGE | | | |
| 1114. SHIPPING AND HANDLING F to SEARCH2CLOSE | 46.00 | 1600. Loan Amount | $  173,500.00 |
| 1115. WIRE FEE               to SEARCH2CLOSE | 20.00 | | |
| 1116. FILING FEE             to SEARCH2CLOSE | 90.00 | | |
| 1117. | | 1601. Plus Cash/Check from | |
| 1118. | | Borrower | $  0.00 |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees: Mortgage $       ; Releases $ | | 1602. Minus Total Settlement | |
| 1202. City/County Tax/Stamps:   Mortgage      $ | | Charges (line 1400) | $  5,808.70 |
| 1203. State Tax/Stamps:    Mortgage         $ | | | |
| 1204. | | 1603. Minus Total Disbursements | |
| 1205. | | to Others (line 1520) | $  166,720.37 |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | 1604. Equals Disbursements to | |
| 1302. Pest Inspection | | Borrower (after expiration | |
| 1303. | | of any applicable rescission | |
| 1304. | | period required by law) | $  972.93 |
| 1305. | | | |
| 1400. TOTAL SETTLEMENT CHARGES  (enter on line 1602) | 5,808.70 | | |

Certified to be a true copy.

Form HUD-1A (2/94) ref. RESPA

# EXHIBIT E

## NOTICE OF RIGHT TO CANCEL

LENDER: Argent Mortgage Company, LLC

DATE: March 16, 2004
LOAN NO.: 0057018558 - 9703
TYPE: ADJUSTABLE RATE

BORROWER(S): THOMAS B. BLAIN

ADDRESS: 10417 COOLEY LAKE RD
CITY/STATE/ZIP: COMMERCE TOWNSHIP,MI 48382

PROPERTY: 10417 COOLEY LAKE RD
COMMERCE TOWNSHIP, MI 48382

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a leg:
right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of th
following events occurs last:

1. The date of the transaction, which is

<u>ENTER DOCUMENT SIGNING DATE</u>
_____

; or

2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after v
receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on yo
home has been cancelled, and we must return to you any money or property you have given to us or anyone else
connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you mu
then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer
reasonable value. You may offer to return the property at your home or at the location of the property. Money must I
returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of yc
offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN: FUNDING
PHONE: (800)-561-4072
FAX: (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may u
this notice by dating and signing below. Keep one copy of this notice because it contains important information abc
your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

<u>ENTER FINAL DATE TO CANCEL</u>
_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deli
your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                        DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy o
Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification
Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowe

_____          Date          _____
BORROWER/OWNER THOMAS B. BLAIN                   BORROWER/OWNER CHRISTENA BLAIN

_____          Date          _____
BORROWER/OWNER                                   BORROWER/OWNER

1064-NRC (Rev 6/99)

LENDER COPY

03/16/2004 10:45:02 A

## NOTICE OF RIGHT TO CANCEL

LENDER:  Argent Mortgage Company, LLC

DATE:  March 16, 2004
LOAN NO.:  0057018558 - 9703
TYPE:  ADJUSTABLE RATE

BORROWER(S): THOMAS B. BLAIN

ADDRESS:  10417 COOLEY LAKE RD
CITY/STATE/ZIP:  COMMERCE TOWNSHIP,MI 48382

PROPERTY:  10417 COOLEY LAKE RD
COMMERCE TOWNSHIP,  MI  48382

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
| 3-16-04 |

; or

2.  The date you received your Truth in Lending disclosures; or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN:  FUNDING
PHONE:  (800)-561-4072
FAX:  (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| 3-19-04 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____                    _____
SIGNATURE                                        DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

| _Thomas B Bl_ | 3-16-04 | _Christena Blain_ | 3/16/04 |
| --- | --- | --- | --- |
| BORROWER/OWNER THOMAS B. BLAIN | Date | BORROWER/OWNER CHRISTENA BLAIN | Date |

| _____ | | _____ | |
| --- | --- | --- | --- |
| BORROWER/OWNER | Date | BORROWER/OWNER | Date |

1664-NRC (Rev 6/99)                    **BORROWER COPY**                    03/16/2004 10:45:02 AM

# NOTICE OF RIGHT TO CANCEL

LENDER:  Argent Mortgage Company, LLC

DATE:  March 16, 2004
LOAN NO.:  0057018558 - 9703
TYPE:  ADJUSTABLE RATE

BORROWER(S): THOMAS B. BLAIN

ADDRESS:        10417 COOLEY LAKE RD
CITY/STATE/ZIP:   COMMERCE TOWNSHIP,MI 48382

PROPERTY:   10417 COOLEY LAKE RD
            COMMERCE TOWNSHIP,  MI  48382

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

> ENTER DOCUMENT SIGNING DATE
> 3-16-04                                  ; or

2.  The date you received your Truth in Lending disclosures; or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN:  FUNDING
PHONE: (800)-561-4072
FAX:     (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> ENTER FINAL DATE TO CANCEL
> 3-19-04

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____                    _____
SIGNATURE                                            DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

| _Thomas B Bl_ 3-16-03 | _Christena Blain_ 3/16/04 |
|---|---|
| BORROWER/OWNER THOMAS B. BLAIN          Date | BORROWER/OWNER CHRISTENA BLAIN          Date |
| | |
| BORROWER/OWNER          Date | BORROWER/OWNER          Date |

1064-NRC (Rev 6/99)          **BORROWER COPY**          03/16/2004 10:45:02 AM

## NOTICE OF RIGHT TO CANCEL

LENDER: Argent Mortgage Company, LLC

DATE: March 16, 2004
LOAN NO.: 0057018558 - 9703
TYPE: ADJUSTABLE RATE

BORROWER(S): THOMAS B. BLAIN

ADDRESS: 10417 COOLEY LAKE RD
CITY/STATE/ZIP: COMMERCE TOWNSHIP,MI 48382

PROPERTY: 10417 COOLEY LAKE RD
COMMERCE TOWNSHIP, MI 48382

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

; or

2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN: FUNDING
PHONE: (800)-561-4072
FAX: (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE                                    DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____                    _____
BORROWER/OWNER THOMAS B. BLAIN      Date   BORROWER/OWNER CHRISTENA BLAIN      Date

_____                    _____
BORROWER/OWNER                       Date   BORROWER/OWNER                      Date

1054-NRC (Rev 6/99)                    **BORROWER COPY**                    03/16/2004 10:45:02 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Argent Mortgage Company, LLC

DATE:   March 16, 2004
LOAN NO.:   0057018558 - 9703
TYPE:   ADJUSTABLE RATE

BORROWER(S): THOMAS B. BLAIN

ADDRESS:       10417 COOLEY LAKE RD
CITY/STATE/ZIP:   COMMERCE TOWNSHIP,MI 48382

PROPERTY:   10417 COOLEY LAKE RD
COMMERCE TOWNSHIP,  MI  48382

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**
_____      ; or

2.   The date you received your Truth in Lending disclosures; or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN:  FUNDING
PHONE: (800)-561-4072
FAX:    (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**
_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                                                       DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____   _____   _____   _____
BORROWER/OWNER THOMAS B. BLAIN          Date      BORROWER/OWNER CHRISTENA BLAIN          Date

_____   _____   _____   _____
BORROWER/OWNER                                    Date      BORROWER/OWNER                                    Date

1064-NRC (Rev 6/99)

**BORROWER COPY**                                    03/16/2004 10:45:02 AM

# EXHIBIT F

LENDER: Argent Mortgage Company, LLC
2550 Golf Road, East Tower, 10th Floor
Rolling Meadows, IL 60008
(800)369-5117

| | Preliminary |
|---|---|
| X | Final |

Broker License: FL 2154

Borrowers: THOMAS B. BLAIN

Type of Loan: ADJUSTABLE RATE
Date: March 16, 2004

Address: 10417 COOLEY LAKE RD
City/State/Zip: COMMERCE TOWNSHIP, MI 48382

Loan Number: 0057018558 - 9703

Property: 10417 COOLEY LAKE RD, COMMERCE TOWNSHIP, MI 48382

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.884 % | $ 230,708.16 | $ 168,192.80 | $ 398,900.96 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,108.08 | 05/01/2004 | | | |
| 335 | $1,108.08 | 05/01/2006 | | | |
| 1 | $1,100.24 | 04/01/2034 | | | |

VARIABLE RATE FEATURE:
| X | Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 10417 COOLEY LAKE RD, COMMERCE TOWNSHIP, MI 48382

ASSUMPTION: Someone buying this property | X | cannot assume the remaining balance due under original terms.
| | may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC

LATE CHARGES: If a payment is late, you will be charged 5.000% of the overdue payment .

PREPAYMENT: If you pay off your loan early, you
| X | may | | will not | have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower THOMAS B. BLAIN _____ Date _____

Borrower CHRISTENA BLAIN _____ Date _____

Borrower _____ Date _____

Borrower _____ Date _____

TIL1 (Rev. 7/01)

03/16/2004 10:45:02 AM

# EXHIBIT G

JOINT NOTIFICATION LETTER
NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

THOMAS B. BLAIN
10417 COOLEY LAKE RD
`OMMERCE TOWNSHIP,MI 48382

re: Loan Number 0057018558-9703

re: Property located at 10417 COOLEY LAKE RD, COMMERCE TOWNSHIP, MI  48382

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you is being assigned, sold or transferred from Argent Mortgage Company, LLC to Ameriquest Mortgage Company, effective March 16, 2004 .

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your Lender either send you this notice at least 15 days before the effective date of transfer, or provide it to you at closing.  Your new servicer must also send you this notice no later than 15 days after the effective date of the transfer or after the closing.

Your Lender is Argent Mortgage Company, LLC.  If you have any questions relating to the transfer of servicing from your Lender, call the Lender at the following toll free number: (888)311-4721 between 8:00 am and 5:00 pm (Pacific Time).

Your new servicer will be Ameriquest Mortgage Company .
The business address for your new servicer is:

| CORRESPONDENCE | PAYMENTS |
|---|---|
| P.O. Box 14131, | P.O. Box 51382, |
| Orange, CA 92863-1530 | Los Angeles, CA |

The toll-free telephone number of your new servicer is (800)430-5262. If you have any questions relating to the transfer of servicing to your new servicer, call Customer Service between 7:00 a.m. and 6:00 p.m. Pacific Time, Monday through Friday.

Your next loan payment is due on 05/01/2004.  Send all payments on your loan to your new servicer.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your Lender before its due date may not be treated by the new loan servicer as late, and a fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 business days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request.  If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address:  Ameriquest Mortgage Company P.O. Box 14131,  Orange, CA 92863-1530 .

Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute.  During this 60-business day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.  However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section.  You should seek legal advice if you believe your rights have been violated.

LENDER:  Argent Mortgage Company, LLC

March 16, 2004
Date

NEW SERVICER:  Ameriquest Mortgage Company

March 16, 2004
Date

Service3.txt (7/02)

# EXHIBIT H

**AMERIQUEST**®
MORTGAGE COMPANY

March 23, 2004

Thomas B Blain
10417 Cooley Lake Rd
Commerce Township, MI 48382-3637

I.I.II.I..II.I.II.I.II..II.I..II.I.II.II.I.II

Loan Number: 0057018558

## JOINT NOTIFICATION LETTER
## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you is being assigned, sold or transferred from Argent Mortgage Company, LLC to Ameriquest Mortgage Company, effective 03/22/04.

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your Lender either send you this notice at least 15 days before the effective date of transfer, or provide it to you at closing. Your new servicer must also send you this notice no later than 15 days after the effective date of transfer or after the closing.

Your Lender is Argent Mortgage Company, LLC. If you have any questions relating to the transfer of servicing from your Lender, call the Lender at the following toll free number: (888) 311-4721 between 8:00 a.m. and 5:00 p.m. Pacific Time, Monday through Friday.

Your new servicer will be Ameriquest Mortgage Company.

The business address for your new servicer is:

CORRESPONDENCE
PO Box 11000
Santa Ana, CA 92711-1000

PAYMENTS
PO Box 5138

# EXHIBIT I

17690

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
### 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
Email: edcombs@aol.com
www.edcombs.com

August 29, 2006

**BY CERTIFIED MAIL**

Argent Mortgage Company, L.L.C.
c/o registered agent
National Registered Agents
712 Abbott Road
East Lansing, MI 48823

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents
712 Abbott Road
East Lansing, MI 48823

Countrywide Home Loans, Inc.
c/o registered agent
Prentice-Hall Corporation System, Inc.
601 Abbott Road
East Lansing, MI 48823

Re:  Notice of rescission, claim and lien, Christena Blain, Thomas B.
Blain, 10417 Cooley Lake Road, Commerce Township, MI 48382,
loan of March 16, 2004

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on August 29, 2006.

_____
Daniel A. Edelman