**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| CHRISTENA BLAIN and THOMAS B. BLAIN, | ) ) | 5:00-cv-00170RHB |
| Plaintiffs, | ) ) | (W.D.MI) |
| v. | ) ) | 07 C 124 (N.D.Ill.) (transferred for pre-trial pro- |
| ARGENT MORTGAGE COMPANY, L.L.C.; AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST CO., and DOES 1-5, | ) ) ) ) ) | ceedings) Judge Marvin E. Aspen |
| Defendants. | ) | **DEMAND FOR JURY TRIAL** |

**NOTICE OF MOTION**

**TO:  SEE ATTACHED SERVICE LIST**

      **PLEASE TAKE NOTICE** that on **Thursday, February 15, 2007** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

                              s/ Al Hofeld, Jr
                              Al Hofeld, Jr

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

    I, Al Hofeld, Jr., hereby certify that on February 6, 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com,
Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com,
kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com,
ppratt@winston.com,
ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com,
jramirez@millerfaucher.com,
snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com,
linda@keoghlaw.com

Melinda J. Morales

mmorales@muchshelist.com,
rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Deutsche Bank National Trust Company, N.A.
60 Wall St.
New York, NY 10005

Lorne Todd Saeks
lsaeks@muchshelist.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

s/ Al Hofeld, Jr
Al Hofeld, Jr