# EXHIBIT 2

## PART 2

# EXHIBIT C

Settlement Statement U.S. Department of Housing
Optional Form for and Urban Development
Transactions without Sellers

WLI

| Name & Address of Borrower: | Name & Address of Lender: |
|---|---|
| ELIZABETH BUMPERS | Ameriquest Mortgage Company |
| | One Westbrook Corporate Center, # 420 |
| 8637 S ABERDEEN   CHICAGO,IL 60620 | Westchester, IL 60154 |
| Property Location: (if different from above) | Settlement Agent: NATION'S TITLE AGENCY OF ILLINOIS |
| ?7 S ABERDEEN, CHICAGO, IL 60620 | Place of Settlement: 246 E. JANATA BLVD #300 LOMBARD, IL 60148 |

| Settlement Charges | | | Loan Number: 0070729785 - 7301 | Settlement Date: Estimated 03/05/2004 |
|---|---|---|---|---|
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Loan origination fee  % to | | | **M.   Disbursement to Others** | |
| 802. Loan discount  3.034  % to  Ameriquest Mortgage Company | $2,639.58 | | 1501. | |
| 803. Apprsl/Prop Val to AMC for FNIS | $215.00 | | CHASE MANHATTAN MORT         (W) | $74,032.97 |
| 804. Credit report to | | | 1502. | |
| 805. Inspection fee to | | | | |
| 806. | | | | |
| 807. | | | 1503. | |
| 808. Yield Spread Premium to | | | | |
| 809. | | | 1504. | |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | $70.00 | | | |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | $16.00 | | 1505. | |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | $626.00 | | | |
| 813.Admin to Ameriquest Mortgage Company | $239.00 | | 1506. | |
| 814. Doc. Prep. Fee to | | | | |
| 815. Credit Report Fee to | | | 1507. | |
| 816. Origination Fee    % to | | | | |
| 817. Application Fee to  Ameriquest Mortgage Company | $360.00 | | 1508. | |
| 818. Underwriting Fee to | | | | |
| 819. Service Provider Fee to | | | 1509. | |
| 820. Processing Fee to | | | | |
| 821. Underwriting Fee to | | | 1510. | |
| 822. Appraisal Fee to | | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | 1511. | |
| 901. Interest from 03/05/2004  to 04/01/2004  @  $18.23  per day | $492.21 | | | |
| 902. Mortgage insurance premium for        months to | | | 1512. | |
| 903. Hazard ins prem  to | $0.00 | | | |
| 904. Flood Ins prem  to | | | 1513. | |
| **1000. Reserves Deposited with Lender** | | | | |
| 1001. Hazard insurance     months @ $     per month | | | 1514. | |
| 1002. Mortgage insurance   months @ $     per month | | | | |
| 1003. Earthquake Ins   months @ $     per month | | | 1515. | |
| 1004. County prop. taxes   months @ $     per month | | | | |
| 1005. Annual assess.   months @ $     per month | | | 1520. TOTAL DISBURSED (enter on line 1603) | $74,032 |
| 1006. Flood    months @ $     per month | | | | |
| 1007. Windstorm Ins   months @ $     per month | | | Total Wire:     $82,217.21 | |
| 1008. | | | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement or closing fee to | | | | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | | | | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to | | | | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to | | | | |
| 1108. Title insurance to  NATION'S TITLE AGENCY OF | $846.50 | | | |
| 1109. Lender's coverage | $846.50 | | | |
| 1110. Owner's coverage          $ | | | | |
| 1111. Settlement/Disbursement fee to | | | | |
| 1112. Escrow Fee to | | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Recording fees | | | | |
| 1202. City/county tax/stamps | | | **N.  NET SETTLEMENT** | |
| 1203. State tax/ stamps | | | | |
| 1204. State specific fee | | | 1600. Loan Amount | 8 |
| 1205. State specific fee | | | | |
| **1300. Additional Settlement Charges** | | | 1601. **Plus** Cash/Check from Borrower | |
| 1301. Demand to | | | | |
| 1302. Pest Inspection to | | | 1602. **Minus** Total Settlement Charges (line 1400) | $ |
| 1303. Survey Fee | | | | |
| 1304. Staff Appraiser Fee | | | 1603. **Minus** Total Disbursements to Others (line 1520) | $7 |
| 1305. Reconveyance Fee to | | | | |
| 1306. | | | 1604. **Equals** Disbursements to Borrower (after expiration of any applicable rescission period) | |
| 1307. Property Val Fee to AMC for FNIS | $125.00 | | | |
| 1308. Courier Fee | | | | |
| **1400. Total Settlement Charges (enter on line 1602)** | $5,629.29 | | | |

0000000707297850305170201

Borrower(s) Signature(s):

x Elizabeth Bumpers

(Approved for Funding By:)          Approved:          Branch:  Westchester, IL 60154

EXHIBIT D

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | Preliminary | X | Final |

LENDER: Ameriquest Mortgage Company
One Westbrook Corporate Center, # 420
Westchester, IL 60154
(708)492-0628

Broker License:

Borrowers: ELIZABETH BUMPERS

Type of Loan: FIXED RATE
Date: February 27, 2004

Address:      8637 S ABERDEEN
City/State/Zip:  CHICAGO, IL 60620

Loan Number: 0070729785 - 7301

Property:    8637 S ABERDEEN, CHICAGO, IL 60620

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.150        % | $  139,785.07 | $  82,432.21 | $  222,217.28 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $617.28 | 05/01/2004 | | | |
| 1 | $613.76 | 04/01/2034 | | | |

**VARIABLE RATE FEATURE:**

| | Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier. |

SECURITY:   You are giving a security interest in the property located at: 8637 S ABERDEEN, CHICAGO, IL 60620

ASSUMPTION:   Someone buying this property  [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:   You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES:   If a payment is late, you will be charged 5.000% of the overdue payment.

PREPAYMENT:   If you pay off your loan early, you
[ ] may  [X] will not  have to pay a penalty.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____
Borrower ELIZABETH BUMPERS                    Date

_____
Borrower                              Date

_____
Borrower                              Date

_____
Borrower                              Date



TIL1 (Rev./7/01)
00\0007072978503005750101

**BORROWER COPY**

02/27/2004 12:54:22 PM

# EXHIBIT E

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: February 27, 2004
LOAN NO.: 0070729785 - 7301
TYPE: FIXED RATE

BORROWER(S): ELIZABETH BUMPERS

ADDRESS: 8637 S ABERDEEN
CITY/STATE/ZIP: CHICAGO,IL 60620

PROPERTY: 8637 S ABERDEEN
CHICAGO, IL 60620

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   ENTER DOCUMENT SIGNING DATE

   _____

   ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN: FUNDING
PHONE: (714)541-9960
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE

_____
DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____
BORROWER/OWNER ELIZABETH BUMPERS          Date

_____
BORROWER/OWNER          Date

_____
BORROWER/OWNER          Date

_____
BORROWER/OWNER          Date

1064-NRC (Rev 11/03)

0000007072978504000050101

**BORROWER COPY**

02/27/2004 12:54:22 PM

# NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  February 27, 2004
LOAN NO.:  0070729785 - 7301
TYPE:  FIXED RATE

BORROWER(S): ELIZABETH BUMPERS

ADDRESS:  8637 S ABERDEEN
CITY/STATE/ZIP:  CHICAGO,IL 60620

PROPERTY:  8637 S ABERDEEN
CHICAGO,  IL  60620

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

_____

;

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN:  FUNDING
PHONE: (714)541-9960
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____
BORROWER/OWNER  ELIZABETH BUMPERS          Date

_____
BORROWER/OWNER          Date

_____
BORROWER/OWNER          Date

_____
BORROWER/OWNER          Date

1064-NRC (Rev 11/03)

0000007072978504000050101

**BORROWER COPY**

02/27/2004 12:54:22 PM

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   February 27, 2004
LOAN NO.:   0070729785 - 7301
TYPE:   FIXED RATE

BORROWER(S): ELIZABETH BUMPERS

ADDRESS:        8637 S ABERDEEN
CITY/STATE/ZIP:  CHICAGO,IL 60620

PROPERTY:    8637 S ABERDEEN
                   CHICAGO, IL 60620

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

> **ENTER DOCUMENT SIGNING DATE**
> _____ ;

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN:  FUNDING
PHONE: (714)541-9960
FAX:       (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> **ENTER FINAL DATE TO CANCEL**
> _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

*Elizabeth Bumpers*    3-27-04
BORROWER/OWNER ELIZABETH BUMPERS    Date

*Henry Bumpers* ~ 2/27/04
BORROWER/OWNER   *Henry R Bumpers*    Date

_____
BORROWER/OWNER    Date

_____
BORROWER/OWNER    Date

**LENDER COPY**

1064-NRC (Rev 11/03)



0000000707297850400050101

02/27/2004 12:54:22 PM

# EXHIBIT F

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0070729785 - 7301          Borrower(s): ELIZABETH BUMPERS
Date: February 27, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200  Orange, CA 92868
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner  ELIZABETH BUMPERS _____          Date _____

Borrower/Owner _____          Date _____

Borrower/Owner _____          Date _____

Borrower/Owner _____          Date _____

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

Borrower/Owner Signature _____          Date _____

---



850 (10/00)

02/27/2004 12:54:22 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0070729785 - 7301          Borrower(s): ELIZABETH BUMPERS
Date: February 27, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200  Orange, CA 92868
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

| | |
|---|---|
| *Elizabeth Bumpers* | *2-27-04* |
| Borrower/Owner  ELIZABETH BUMPERS | Date |
| *Henry P. Bumpers* | *2/27/04* |
| Borrower/Owner  Henry P. Bumpers | Date |
| | |
| Borrower/Owner | Date |
| | |
| Borrower/Owner | Date |

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                          Date


0000007072978504204220101

850 (10/00)

02/27/2004 12:54:22 PM

**LENDER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0070729785 - 7301          Borrower(s): ELIZABETH BUMPERS
Date: February 27, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

    Ameriquest Mortgage Company
     1100 Town and Country Road, Suite 200  Orange, CA 92868
    ATTN: Funding Department
    Phone: (714)541-9960
    Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  ELIZABETH BUMPERS                     Date

_____          _____
Borrower/Owner                                        Date

_____          _____
Borrower/Owner                                        Date

_____          _____
Borrower/Owner                                        Date

| REQUEST TO CANCEL |
| --- |
| I/We want to cancel loan #_____. |
| Borrower/Owner Signature                          Date |


0000007072978504042201O1

850 (10/00)

# EXHIBIT G

**Ameriquest Mortgage Company**

Borrower Name: ELIZABETH BUMPERS

Loan Number: 0070729785 - 7301

Borrower Name:

Property Address: 8637 S ABERDEEN
CHICAGO, IL 60620

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND DISCOUNT POINTS

The interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are related to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the interest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by taking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount points. The following example shows how your options work.



| STARTING LOAN TERMS SCENARIO* |
| --- |

In this example, the base rate is 7% and points are 1.6%, which is $1,600:

| | |
| --- | --- |
| Loan amount: | $100,000 |
| Interest rate: | 7% |
| Discount points: | 1.6% ($1,600) |

| LOWER RATE SCENARIO |
| --- |

To receive a lower interest rate, you can take a loan with an additional 1.6 discount points:

| | |
| --- | --- |
| Loan amount: | $100,000 |
| Interest rate: | 6% |
| Discount points: | 3.2% ($3,200) |



| REDUCED DISCOUNT POINT SCENARIO |
| --- |

To reduce your discount points by 1.6, your interest rate would be 1 percentage point higher:

| | |
| --- | --- |
| Loan amount: | $100,000 |
| Interest rate: | 8% |
| Discount points: | 0% (0) |

    * The terms of your loan may be different from the above example. Other factors influence rate, such as how much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but *not* necessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for some time. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon. Your account executive can give you more information about the options available to you and the exact terms of your loan.

0000007072978504055930101

854 (Rev. 09/24/03)

# EXHIBIT H

Ameriquest Mortgage Company
One Westbrook Corporate Center, # 420
Westchester, IL 60154

(708)492-0628

## BORROWER'S ACKNOWLEDGMENT OF FINAL LOAN TERMS

⌐BETH BUMPERS

Date: February 27, 2004

Notice: [X] Delivered    [ ] Mailed

Loan Number: 0070729785 - 7301

Description of Credit Request:

8637 S ABERDEEN
CHICAGO, IL 60620

[X] 1st Trust Deed/Mortgage    [ ] 2nd Trust Deed/Mortgage

[ ] Other: _____

Property Address: 8637 S ABERDEEN

CHICAGO, IL 60620      County of COOK

### TYPE OF TRANSACTION:

[ ] Purchase    [X] Refinance    Other _____

| ORIGINAL LOAN TERMS REQUESTED | FINAL LOAN TERMS: |
|---|---|
| [X] Fixed Rate Loan   [ ] Adjustable Rate Loan | [X] Fixed Rate Loan   [ ] Adjustable Rate Loan |
| Amount Financed: $ 91,633.09 | Amount Financed: $ 82,432.21    * |
| Settlement Charges: $ 5,365.91<br>(Includes all Prepaid Finance Charges) | Settlement Charges: $ 5,629.29    *<br>(Includes all Prepaid Finance Charges) |
| Loan Amount: $ 95,999.00 | Loan Amount: $ 87,000.00 |
| Annual Percentage Rate: 8.062   % | Annual Percentage Rate: 8.150    %* |
| Term: 360 | Term: 360 |
| Initial Interest Rate: 7.600   % | Initial Interest Rate: 7.650   % |
| Margin: 0.000   % | Margin: 0.000   % |
| Prepayment Penalty: [ ] YES [X] NO | Prepayment Penalty: [ ] YES [X] NO |

Borrower(s) and Ameriquest Mortgage Company hereby acknowledge that "Final Loan Terms" stated above are based exclusively on information, statements, and representations (all material facts) which have been provided by the borrower(s) which the Lender has relied upon to make this acknowledgement. These "Final Loan Terms" may change prior to loan settlement if Lender subsequently determines or becomes aware of any changes in these material facts. Borrower(s) also acknowledges that if the "Final Loan Terms" change due to a change of material facts, that Lender may require new loan documents to be executed by the borrower(s).



Borrower) ELIZABETH BUMPERS      Date 2-27-04

_____ Borrower      Date

_____ Borrower      Date

_____ Borrower      Date

*These amounts may change due to any final adjustments made to the prepaid interest amount collected on your loan at funding.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any rights under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the: FEDERAL TRADE COMMISSION, EQUAL CREDIT OPPORTUNITY, ROOM 4037, WASHINGTON DC, 20580.

000000707 297850404650101

STMTCO (Rev. 3/99)

# EXHIBIT I

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
## Chicago, Illinois 60603-3403
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email: edcombs@aol.com
## www.edcombs.com

January 4, 2007

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

Deutsche Bank National Trust Company, N.A.
60 Wall Street
New York, NY 10005

> Re: Notice of rescission, claim and lien, Henry Bumpers, Elizabeth Bumpers, 8637 S. Aberdeen, Chicago, IL 60620, loan of February 27, 2004

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on January 4, 2007.

_____

Daniel A. Edelman