# EXHIBIT 3

## PART 2

# EXHIBIT D

## CLOSING INSTRUCTIONS
## ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| CRESENT TITLE AGENCY, LLC | STEVE VOGLEY | (330)266-0176 | 04070077 |

| Borrower(s) | Property Address |
|---|---|
| Kim Wright | 531 W Georgia Ave |
| | SEBRING    OH    44672 |

Loan Number: 0085868602

FROM: **Ameriquest Mortgage Company - Beachwood, OH**   Phone No. **(216)591-9970**          Fax **(216)591-9972**

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN.  YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT.  YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM  VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801. Loan origination fee    % to | | |
| 802. Loan discount  4.525  %  to  Ameriquest Mortgage Company | | $4,276.13 |
| 803. Apprsl/Prop Val to | | $0.00 |
| 808. Yield Spread Premium to | | |
| 809. | | |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | | $70.00 |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | | $16.00 |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | | $626.00 |
| 813.Admin to Ameriquest Mortgage Company | | $239.00 |
| 814. Doc. Prep. Fee to | | |
| 815. Credit Report Fee to | | |
| 816.  Origination Fee    % to | | |
| 817. Application Fee to  Ameriquest Mortgage Company | | $360.00 |
| 818. Underwriting Fee to | | |
| 819. Service Provider Fee to | | |
| 820. Processing Fee  to | | |
| 821. Underwriting Fee to | | |
| 822. Appraisal Fee to | | |
| 901. Interest from 07/26/2004  to  08/01/2004  @  $21.23 per day | | $127.38 |
| 902. Mortgage insurance premium for          months to | | |
| 903. Hazard ins prem  to | | $0.00 |
| 904. Flood ins prem  to | | |
| 1001. Hazard insurance     months @ $     per month | | |
| 1002. Mortgage insurance     months @ $     per month | | |
| 1003. Earthquake Ins     months @ $     per month | | |
| 1004. County prop. taxes     months @ $     per month | | |
| 1005. Annual assess.     months @ $     per month | | |
| 1006. Flood     months @ $     per month | | |
| 1007. Windstorm Ins     months @ $     per month | | |
| 1008. | | |
| 1101. Settlement or closing fee to  CRESENT TITLE | | $275.00 |
| 1102. Abstract or title search  to  cresent | | $275.00 |
| 1103. Title examination to  cresent | | $100.00 |
| 1105. Document preparation to | | |
| 1106. Notary fees to  MARK SHELTON | | $350.00 |
| 1107. Attorney's fees to | | |
| 1108. Title insurance to  CRESENT TITLE AGENCY, LLC | | $624.00 |
| 1109. Lender's coverage | | |
| 1110. Owner's coverage          $ | $624.00 | |
| 1111. Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to | | |
| 1201. Recording fees | | $140.00 |
| 1202. City/county tax/stamps | | |
| 1203. State tax/ stamps | | |
| 1204. State specific fee | | |
| 1301. Demand to | | |
| 1302. Pest inspection to | | |
| 1303. Survey Fee | | |
| 1304. Staff Appraiser Fee | | |
| 1305. Reconveyance Fee to | | $350.00 |
| 1306. | | |
| 1307. Property Val Fee to | | |
| 1308. Courier Fee | | $45.00 |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.

Borrower  Kim Wright                  Date          Borrower                  Date

Borrower                  Date          Borrower                  Date

Title Company Representative Signature          Date

# EXHIBIT E

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | Preliminary | [X] Final |
|---|---|---|

LENDER:Ameriquest Mortgage Company
23250 Chagrin Blvd., # 375
Beachwood, OH 44122
(216)591-9970

Broker License:

Borrowers:Kim Wright

Type of Loan:  ADJUSTABLE RATE
Date:  July 17, 2004

Address:        531 W Georgia Ave
City/State/Zip:  SEBRING,OH 44672

Loan Number:  0085868602 - 5535

Property:     531 W Georgia Ave, SEBRING, OH  44672

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.946 % | $ 166,268.14 | $ 88,115.49 | $ 254,383.63 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $706.63 | 09/01/2004 | | | |
| 1 | $703.46 | 08/01/2034 | | | |

**VARIABLE RATE FEATURE:**
[X]   Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**    You are giving a security interest in the property located at: 531 W Georgia Ave, SEBRING, OH  44672

**ASSUMPTION:**  Someone buying this property
[X] cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**    You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:**   If a payment is late, you will be charged  5.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
[X] may   ☐ will not    have to pay a penalty.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | | |
|---|---|---|
| BorrowerKim Wright | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

0000085868602030575 0101

**BORROWER COPY**

07/17/2004 11:39:13 AM

# EXHIBIT F

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: July 17, 2004
LOAN NO.: 0085868602 - 5535
TYPE: ADJUSTABLE RATE

BORROWER(S): Kim Wright

ADDRESS: 531 W Georgia Ave
CITY/STATE/ZIP: SEBRING,OH 44672

PROPERTY: 531 W Georgia Ave
SEBRING, OH 44672

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

_____ ;

or

2. The date you received your Truth in Lending disclosures;

or

3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ ___          _____ ___
BORROWER/OWNER Kim Wright        Date          BORROWER/OWNER          Date

_____ ___          _____ ___
BORROWER/OWNER          Date          BORROWER/OWNER          Date

1064-NRC (Rev 01/04)          
0000008586020400050101

**BORROWER COPY**

07/17/2004 11:39:13 AM

# EXHIBIT G

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0085868602 - 5535      Borrower(s): Kim Wright

Date: July 17, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____    _____
Borrower/Owner  Kim Wright           Date

_____    _____
Borrower/Owner                    Date

_____    _____
Borrower/Owner                    Date

_____    _____
Borrower/Owner                    Date

## REQUEST TO CANCEL

I/We want to cancel loan # _____.

_____    _____
Borrower/Owner Signature           Date


0000008586602040422010 1

07/17/2004 11:39:13 AM

**BORROWER COPY**

850 (10/00)

# EXHIBIT H

**Ameriquest Mortgage Company**

Borrower Name: Kim Wright

Borrower Name:

Loan Number: 0085868602 - 5535

Property Address: 531 W Georgia Ave
SEBRING, OH 44672

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND DISCOUNT POINTS

The interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are related to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the interest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by taking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount points. The following example shows how your options work.



LOWER RATE SCENARIO



REDUCED DISCOUNT POINT SCENARIO



    \* The terms of your loan may be different from the above example. Other factors influence rate, such as how much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but *not* necessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for some time. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon. Your account executive can give you more information about the options available to you and the exact terms of your loan.



# EXHIBIT I

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email: edcombs@aol.com
### www.edcombs.com

December 7, 2006

BY CERTIFIED MAIL

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

Deutsche Bank National Trust Company, N.A.
60 Wall Street
New York, NY 10005

Re:    Notice of rescission, claim and lien, Kim Wright, 531 W. Georgia
Ave., Sebring, OH 44672, loan of July 17, 2004

Ladies/Gentlemen:

The above client hereby gives notice that he rescinds the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: client

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on December 7, 2006.

_____
Daniel A. Edelman