# EXHIBIT E

UNITED STATES DISTRICT COURT    Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Case No.  CV 05-5140 GPS(SSx)                Date:  May 30, 2006

Title:  Webb v. Aames Inv. Corp., et al.

================================================================
PRESENT:     **THE HONORABLE GEORGE P. SCHIAVELLI,   JUDGE**

        Krista Barrett                           Not present
        Courtroom Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                            Not present

PROCEEDINGS:    Defendants' Motion to Dismiss (In Chambers)

    The Court has considered the supplemental briefs submitted by the parties in response to the Court's prior Order. The Complaint in this case alleges that Defendants violated the FCRA before the effective date of the FACTA amendment eliminating a private right of action for such a violation. Under *Scott v. Boos*, 215 F.3d 940 (9th Cir. 2000), applying an amendment eliminating a private right of action to conduct that occurred before its effective date would have an impermissible retroactive effect because it would attach different legal consequences to that conduct, and "impair rights a party possessed when he acted." *Landgraf v. USI Film Products*, 511 U.S. 244, 280 (1994).

    Moreover, the Court agrees with the reasoning employed by other courts in this Circuit in consistently holding that retroactive application of the FACTA amendment at issue here is impermissible under *Landgraf*. E.g., *Hogan v. PMI Mortg. Ins. Co.*, 2006 WL 1310461 (N.D. Cal. 2006); *Phillips v. New Century Fin. Corp.*, 2006 WL 517653 (C.D. Cal. 2006); *Fisher v. Fin. Am., LLC*, slip. op. SACV 05-888 CJC (C.D. Cal. 2006); *Parthiban v. GMAC Mortg. Corp.*, slip. op. SACV 05-768 (C.D. Cal. 2006). Finally, the Court is not persuaded that the Ninth Circuit in *Southwest Center for Biological Diversity v. United States Dept. of Agriculture*, 314 F.3d 1060 (9th Cir. 2002) added a "reliance" element to the *Landgraf* analysis. No court has cited *Southwest Center* for that proposition, and it is unlikely that the Ninth Circuit intended such a significant change in its brief opinion. Therefore, the motion is **DENIED**.

**IT IS SO ORDERED**

DOCKETED ON CM
MAY 30 2006
BY _____ 005

MINUTES FORM 11
CIVIL - GEN                            Initials of Deputy Clerk ____

36