IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION ON BORROWER PLAINTIFFS' RESPONSE TO MOTION TO DISMISS BORROWERS' COMPLAINT OR FOR A MORE DEFINITE STATEMENT**

Pursuant to Local Rule 7.1, Borrower Plaintiffs hereby request that this Court grant them leave to exceed the page limitation on their response to Defendants' Motion To Dismiss Borrowers' Complaint Or For A More Definite Statement. In support of their motion, Borrower Plaintiffs state the following:

1. On January 19, 2007, Defendants filed a 27-page Motion to Dismiss Borrowers' Complaint, ("Motion to Dismiss") [Docket No. 392], in which it raised numerous and complex legal arguments.

2. In order to adequately present their arguments in response to Defendants' Motion to Dismiss, it is necessary for the Borrower Plaintiffs to exceed the 15-page limit on their response by 10 pages.

3. Borrower Plaintiffs did not oppose Defendants' request to exceed the page limitation on their motion to dismiss. [Docket No. 364]. The Court granted Defendants' motion. [Docket No. 370].

4.      This motion is not sought for purposes of delay or to burden the Court, but so that justice may be done.

WHEREFORE, Borrower Plaintiffs respectfully request that this Court grant their Motion For Leave To Exceed The Page Limitation on their Response To Motion To Dismiss Borrowers' Complaint and to allow them to exceed the 15-page limitation by 10 pages.

Respectfully submitted,

Dated:  February 9, 2007

| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
|---|---|
| Kelly M. Dermody | Gary Klein |

| | |
|---|---|
| Kelly M. Dermody (CA Bar No. 171716) | Gary Klein |
| Caryn Becker (CA Bar No. 196947) | Elizabeth Ryan |
| LIEFF, CABRASER, HEIMANN | Shennan Kavanagh |
|   & BERNSTEIN, LLP | RODDY KLEIN & RYAN |
| 275 Battery Street, 30th Floor | 727 Atlantic Avenue |
| San Francisco, CA  94111-3339 | Boston, MA   02111-2810 |
| Telephone:  (415) 956-1000 | Telephone:  (617) 357-5500 ext. 15 |
| Facsimile:   (415) 956-1008 | Facsimile:   (617) 357-5030 |

        */s/ Jill Bowman*
            Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

2

    */s/ Marvin A. Miller*
       Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL 60606
Telephone: (312) 525-8316
Facsimile: (312) 525-8231

                    *Plaintiffs' Liaison Counsel*