**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Buckner v. Ameriquest Mortgage Co., et al.*, Case No. 05-6808 (N.D. Il.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

On January 22, 2007, plaintiff in *Buckner v. Ameriquest Mortgage Co., et al.*, Case No. 05-6808 (N.D. Ill.), filed a Motion For Leave to Amend Complaint. [Docket No. 401] Defendants Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc. and AMC Mortgage Services, Inc. ("Defendants") do not oppose this motion. Defendants continue to dispute the merits of the claims in this action, and do not concede that the additional claims or defendants are proper. Defendants do not, however, oppose the relief sought in plaintiff's motion.

DATED: February 9, 2007

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

1

## CERTIFICATE OF SERVICE

    I, Bernard E, LeSage, hereby certify that on this 9th day of February 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                          By: /s/ Bernard E. LeSage

BN 1125361v1