IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**NOTICE OF PRESENTMENT OF MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION ON BORROWER PLAINTIFFS' RESPONSE TO MOTION TO DISMISS BORROWERS' COMPLAINT OR FOR A MORE DEFINITE STATEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** that, on Thursday, February 15, 2007 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern district of Illinois, Eastern Division, Chicago, Illinois, and there and then present Borrower Plaintiffs' Motion For Leave To Exceed The Page Limitation On Borrower Plaintiffs' Response To Motion To Dismiss Borrowers' Complaint Or For A More Definite Statement, a copy of which is concurrently being served upon you. Borrower Plaintiffs recognize that this Court's November 7, 2006 Memorandum Opinion and Order requires a briefing period of no less than 51 days prior to a hearing on a motion. However, given that Borrower Plaintiffs' response to Defendants' motion to dismiss is due on February 9, 2007, and the issues raised in the Motion are straightforward and non-controversial, Borrower Plaintiffs have noticed the Motion to be presented in accordance with Local Rule 78.1.

Respectfully submitted,

Dated: February 9, 2007

| /s/ Kelly M. Dermody | /s/ Gary Klein |
|---|---|
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)  Gary Klein
Caryn Becker (CA Bar No. 196947)  Elizabeth Ryan
LIEFF, CABRASER, HEIMANN  Shennan Kavanagh
 & BERNSTEIN, LLP  RODDY KLEIN & RYAN
275 Battery Street, 30th Floor  727 Atlantic Avenue
San Francisco, CA 94111-3339  Boston, MA 02111-2810
Telephone: (415) 956-1000  Telephone: (617) 357-5500 ext. 15
Facsimile: (415) 956-1008  Facsimile: (617) 357-5030

         /s/ Jill Bowman
           Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*


         /s/ Marvin A. Miller
           Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL 60606
Telephone: (312) 525-8316
Facsimile: (312) 525-8231

*Plaintiffs' Liaison Counsel*