*EXHIBIT 1*

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00454-LA

| | |
|---|---|
| Andrews et al v. Chevy Chase Bank FSB | Date Filed: 04/20/2005 |
| Assigned to: Judge Lynn Adelman | Jury Demand: None |
| Cause: 15:1601 Truth in Lending | Nature of Suit: 430 Banks and Banking |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bryan Andrews**     represented by     **Kevin J Demet**
Demet & Demet SC
815 N Cass St
Milwaukee, WI 53202
414-291-0800
Fax: 414-291-9560
Email: KDemet@Sprintmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donal M Demet**
Demet & Demet SC
815 N Cass St
Milwaukee, WI 53202
414-291-0800
Fax: 414-291-9560
Email: ddemet@demetlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Andrews**     represented by     **Kevin J Demet**
*A Class of Persons Similarly Situated*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donal M Demet**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chevy Chase Bank FSB**     represented by     **David J Cynamon**
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, DC 20037

<div style="text-align: right;">

202-663-8492
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Aprahamian**
Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202-5300
414-297-5516
Fax: 414-297-4900
Email: maprahamian@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Osman A Handoo**
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, DC 20037
202-663-8000
Fax: 202-663-8007
Email: osman.handoo@pillsburylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

</div>

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2007 | | Appeal Fee Received: $455.00, receipt number 102125650. Copy mailed to USCA for the 7th Circuit. (dlm) |
| 02/05/2007 | 91 | ORDER signed by Judge Lynn Adelman on 2/5/07 granting 83 Motion to Stay. (cc: all counsel) (Wesolek, Marie) |
| 02/05/2007 | 90 | NOTICE by Chevy Chase Bank FSB *Notice of Withdrawal of Motion for Entry of Judgment* (Attachments: # 1 Exhibit A)(Handoo, Osman) |
| 02/02/2007 | 89 | RESPONSE to Motion filed by all plaintiffs re 83 7.4 MOTION to Stay *of Proceedings Pending Appeal*. (Attachments: # 1 Exhibit Plaintiffs' Answer in Opposition to Defendant's Petition for REview)(Demet, Donal) |
| 02/02/2007 | 88 | USCA ORDER GRANTING the defendant-petitioner Chevy Chase Bank's petition for leave to appeal (lmt) |
| 02/02/2007 | 87 | PROPOSED Proposal Regarding Class Notice filed by all plaintiffs. (Attachments: # 1 Exhibit Proposed Form of Class Notice# 2 Exhibit Kevin Demet Letter# 3 Exhibit David Cynamon Letter)(Demet, Donal) |
| 01/31/2007 | 86 | NOTICE by Chevy Chase Bank FSB *Notice of Supplemental Authority in Support of Motion for Stay of Proceedings Pending Appeal* (Attachments: # 1 Exhibit A)(Handoo, Osman) |
| 01/26/2007 | 85 | RESPONSE to Motion filed by all plaintiffs re 82 7.4 MOTION for Judgment *Motion for Entry of Judgment*. (Demet, Donal) |

| | | |
|---|---|---|
| 01/26/2007 | 84 | CERTIFICATE OF SERVICE by Chevy Chase Bank FSB (Aprahamian, Michael) |
| 01/26/2007 | 83 | 7.4 MOTION to Stay *of Proceedings Pending Appeal* by Chevy Chase Bank FSB. (Aprahamian, Michael) |
| 01/22/2007 | 82 | 7.4 MOTION for Judgment *Motion for Entry of Judgment* by Chevy Chase Bank FSB. (Attachments: # 1 Text of Proposed Order # 2 Text of Proposed Order)(Handoo, Osman) |
| 01/16/2007 | 81 | ORDER signed by Judge Lynn Adelman on 1/16/07 granting in part and denying in part 51 Motion for Summary Judgment; granting 27 Motion to Certify Class; granting in part and denying in part 38 Motion for Summary Judgment. (Attachments: # 1 Exhibit A) (cc: all counsel) (rz) |
| 08/17/2006 | 80 | REPLY BRIEF in Support re 51 MOTION for Summary Judgment ~~, 38 MOTION for Summary Judgment, 27 MOTION to Certify Class~~ filed by all plaintiffs. (Attachments: # 1)(Demet, Kevin) Text Modified on 8/18/2006 per call to pltfs' counsel (rpz, ). |
| 07/17/2006 | 79 | RESPONSE to Plaintiffs' Proposed Findings of Fact by Chevy Chase Bank FSB (Aprahamian, Michael) Text Modified on 7/18/2006 (rpz, ). |
| 07/17/2006 | 78 | REPLY BRIEF in Support re 38 MOTION for Summary Judgment *and BRIEF in Opposition to Plaintiffs' Motion for Sumary Judgment 51* filed by Chevy Chase Bank FSB. (Attachments: # 1 Exhibit 1)(Aprahamian, Michael)Text Modified on 7/18/2006 (rpz, ). |
| 07/07/2006 | 77 | ANSWER to Third Amended Complaint by Chevy Chase Bank FSB.(Aprahamian, Michael) Text Modified on 7/10/2006 (rpz, ). |
| 06/29/2006 | 76 | REPLY *Amended Version of Docket #68 (Sur-Reply to Plaintiffs' Motion to Amend) Excluding Borrowers' Loan Numbers* filed by Chevy Chase Bank FSB. (Aprahamian, Michael) |
| 06/22/2006 | 75 | THIRD AMENDED COMPLAINT against Chevy Chase Bank FSB filed by Bryan Andrews, Susan Andrews.(rpz, ) (Entered: 06/23/2006) |
| 06/22/2006 | 74 | Minute Entry for proceedings held before Judge Lynn Adelman : Telephonic Status Conference held on 6/22/2006. Motions terminated: 49 7.4 MOTION to Amend/ Correct COMPLAINT *(CLASS ACTION)* filed by Bryan Andrews, Susan Andrews is GRANTED; 69 7.4 MOTION for Relief *NOTICE OF MOTION AND MOTION FOR ORDER REQUIRING SERVICE ON PLAINTIFF?S COUNSEL USING THE SAME METHOD OF SERVICE AS THE COURT* filed by Bryan Andrews, Susan Andrews is WITHDRAWN; and 70 7.4 MOTION for Leave to File *MOTION TO SUPPLMENT RECORD* filed by Bryan Andrews, Susan Andrews is WITHDRAWN. Documents #36, 62 and 68 will be unsealed if not withdrawn by the parties by 6/30/06. Extend dates for responses/reply: defendant - 7/17/06; plaintiff - 8/18/06. . (rpz, ) (Entered: 06/23/2006) |
| 06/16/2006 | 73 | SCHEDULING ORDER: signed by Judge Lynn Adelman on 6/16/06. Telephone Conference set for 6/22/2006 02:00 PM before Judge Lynn Adelman. (cc: all counsel)(Wesolek, Marie) |
| 06/08/2006 | 72 | REPLY BRIEF in Support re 69 7.4 MOTION for Relief *NOTICE OF MOTION* |

| | | |
|---|---|---|
| | | *AND MOTION FOR ORDER REQUIRING SERVICE ON PLAINTIFF?S COUNSEL USING THE SAME METHOD OF SERVICE AS THE COURT REPLY* filed by all plaintiffs. (Demet, Kevin) |
| 06/08/2006 | 71 | BRIEF in Opposition re 69 7.4 MOTION for Relief *NOTICE OF MOTION AND MOTION FOR ORDER REQUIRING SERVICE ON PLAINTIFF?S COUNSEL USING THE SAME METHOD OF SERVICE AS THE COURT* filed by Chevy Chase Bank FSB. (Aprahamian, Michael) |
| 06/07/2006 | 70 | 7.4 MOTION for Leave to File *MOTION TO SUPPLMENT RECORD* by all plaintiffs. (Demet, Kevin) |
| 06/07/2006 | 69 | 7.4 MOTION for Relief *NOTICE OF MOTION AND MOTION FOR ORDER REQUIRING SERVICE ON PLAINTIFF?S COUNSEL USING THE SAME METHOD OF SERVICE AS THE COURT* by all plaintiffs. (Demet, Kevin) |
| 06/06/2006 | 68 | Document Sealed - Defendant's Sur-reply to Plaintiffs' Motion to Amend. (rpz, ) Document withdrawn by deft on 6/26/2006 per minute entry of 6/22/06 (rpz, ). |
| 05/30/2006 | | ORDER signed by Judge Lynn Adelman on 5/28/06 terminating 66 Motion to Strike, granting 66 Motion for Leave to File . (cc: all counsel) (Wesolek, Marie) |
| 05/24/2006 | 67 | BRIEF in Opposition re 66 MOTION to Strike *Plaintiffs' Reply Brief [Dkt # 65-1], or, In the Alternative* MOTION for Leave to File *a Sur-Reply* filed by all plaintiffs. (Demet, Kevin) |
| 05/24/2006 | 66 | MOTION to Strike *Plaintiffs' Reply Brief [Dkt # 65-1], or, In the Alternative*, MOTION for Leave to File *a Sur-Reply* by Chevy Chase Bank FSB. (Aprahamian, Michael) |
| 05/23/2006 | 65 | REPLY BRIEF in Support re 49 7.4 MOTION to Amend/Correct COMPLAINT *(CLASS ACTION)* filed by all plaintiffs. (Attachments: # 1)(Demet, Kevin) |
| 05/22/2006 | 64 | BRIEF in Opposition re 49 7.4 MOTION to Amend/Correct COMPLAINT *(CLASS ACTION)* filed by Chevy Chase Bank FSB. (Aprahamian, Michael) |
| 05/16/2006 | 63 | LETTER from Donal M. Demet to Court transmitting chamber's copy of filed documents (Demet, Donal) |
| 05/16/2006 | 62 | ~~Document Sealed~~ DOCUMENT UNSEALED Pursuant to minute order of 6/22/06. EXHIBITS to Affidavits of Mark Vandeventer and Nicole Walber. FILED IN PAPER FORMAT - ORIGINAL IN COURT FILE.(rpz, ) Text Modified on 7/6/2006 (rpz, ). |
| 05/16/2006 | 61 | Docket Annotation - e-mail notification to Atty Demet re incorrect events for docket numbers 53-60. (rpz, ) |
| 05/15/2006 | 60 | ~~RESPONSE to Motion re 51 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 41 MOTION for Summary Judgment~~ *~~Part 3~~ PLAINTIFFS PROPOSED FINDINGS ON MOTION FOR SUMMARY JUDGMENT* filed by all plaintiffs. (Demet, Kevin) Text Modified on 5/16/2006 (rpz, ). |
| 05/15/2006 | 59 | ~~RESPONSE to Motion re 51 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 41 MOTION for Summary Judgment~~ *~~Part 3~~ OBJECTIONS TO* |

| | | |
|---|---|---|
| | | *DEFENDANT'S PROPOSED FINDINGS OF FACT* filed by all plaintiffs. (Demet, Kevin) Text Modified on 5/16/2006 (rpz, ). |
| 05/15/2006 | | MARGIN ORDER signed by Judge Lynn Adelman on 5/13/06 granting 48 Motion for Leave to File Excess Pages; plaintiffs' combined brief in opp'n to motion and in support of their own motion due 5/15; defendant's combined brief in reply and response to cross-motion due 6/30/2006; plaintiffs' reply due 7/31. Page limitations noted on doc. #48 approved. (cc: all counsel) (Wesolek, Marie) |
| 05/15/2006 | 58 | ~~RESPONSE to Motion re 51 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 41 MOTION for Summary Judgment~~ *Part 3*, ~~27 MOTION to Certify Class~~ *DEPOSITION OF BRYAN ANDREWS* filed by all plaintiffs. (Demet, Kevin)Text Modified on 5/16/2006 (rpz, ). |
| 05/15/2006 | 57 | ~~RESPONSE to Motion re 51 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 41 MOTION for Summary Judgment~~ *Part 3*, ~~27 MOTION to Certify Class~~ *DEPOSITION OF SUSAN ANDREWS* filed by all plaintiffs. (Demet, Kevin) Text Modified on 5/16/2006 (rpz, ). |
| 05/15/2006 | 56 | ~~RESPONSE to Motion re 51 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 49 7.4 MOTION to Amend/Correct COMPLAINT *(CLASS ACTION)*~~, ~~27 MOTION to Certify Class~~ *DEPOSITION OF DAVID REHBERG* filed by all plaintiffs. (Demet, Kevin) Text Modified on 5/16/2006 (rpz, ). |
| 05/15/2006 | 55 | ~~RESPONSE to Motion re 51 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 41 MOTION for Summary Judgment~~ *Part 3*, ~~49 7.4 MOTION to Amend/Correct COMPLAINT *(CLASS ACTION)*~~, ~~27 MOTION to Certify Class~~ *AFFIDAVIT OF NICOLE WALBER* filed by all plaintiffs. (Demet, Kevin) Text Modified on 5/16/2006 (rpz, ). |
| 05/15/2006 | 54 | ~~RESPONSE to Motion re 51 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 41 MOTION for Summary Judgment~~ *Part 3*, ~~27 MOTION to Certify Class~~ *AFFIDAVIT OF THOMAS J. GROBLE, CPA* filed by all plaintiffs. (Demet, Kevin) Modified on 5/16/2006 (rpz, ). |
| 05/15/2006 | 53 | ~~RESPONSE to Motion re 51 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 41 MOTION for Summary Judgment~~ *Part 3*, ~~49 7.4 MOTION to Amend/Correct COMPLAINT *(CLASS ACTION)*~~, ~~27 MOTION to Certify Class~~ *AFFIDAVIT OF MARK VANDEVENTER* filed by all plaintiffs. (Demet, Kevin) Text Modified on 5/16/2006 (rpz, ). |
| 05/15/2006 | 52 | BRIEF in Support re 51 MOTION for Summary Judgment, 38 MOTION for Summary Judgment, 41 MOTION for Summary Judgment *Part 3*, 27 MOTION to Certify Class *COMBINED SJ BRIEF* filed by all plaintiffs. (Attachments: # 1 MEMORANDUM)(Demet, Kevin) |
| 05/15/2006 | 51 | MOTION for Summary Judgment by all plaintiffs. (Demet, Kevin) |
| 05/15/2006 | 50 | REPLY BRIEF in Support re 27 MOTION to Certify Class filed by all plaintiffs. (Demet, Kevin) |
| 05/15/2006 | 49 | 7.4 MOTION to Amend/Correct COMPLAINT *(CLASS ACTION)* by all plaintiffs. (Attachments: # 1 3RD AMENDED COMPLAINT)(Demet, Kevin) |

| | | | | | |
|---|---|---|---|---|---|
| | [47](#) | | | [46](#) | |
| | [46](#) | | | | |
| | | | | | [39](#) |
| | [44](#) | | [27](#) | | |
| | [43](#) | | [27](#) | | |
| | [42](#) | | | | |
| | [41](#) | | [38](#) | | |
| | [40](#) | | [38](#) | | |
| | [39](#) | | [38](#) | | |
| | [38](#) | | | | |
| | [37](#) | | | | |
| | | | | | |
| | [35](#) | | | | |
| | [34](#) | | | [1](#) | [2](#) |
| | | [3](#) | [4](#) | | |
| | [33](#) | | | | |
| | [32](#) | | | | |
| | [31](#) | | | [1](#) | |
| | [30](#) | | | [1](#) | [2](#) |
| | | [3](#) | [4](#) | | |

| | | |
|---|---|---|
| 03/01/2006 | 29 | AFFIDAVIT of Susan Andrews (Attachments: # 1 Exhibit Exhibit 16# 2 Exhibit Exhibit 17# 3 Exhibit Exhibit 21# 4 Exhibit Exhibit 33)(Demet, Donal) |
| 03/01/2006 | 28 | BRIEF in Support re 27 MOTION to Certify Class filed by all plaintiffs. (Demet, Donal) |
| 03/01/2006 | 27 | MOTION to Certify Class by all plaintiffs. (Attachments: # 1 Text of Proposed Order Proposed findings and order)(Demet, Donal) |
| 01/13/2006 | 26 | CERTIFICATE OF SERVICE by Chevy Chase Bank FSB (Aprahamian, Michael) |
| 01/13/2006 | 25 | ANSWER to Complaint *Second Amended Class Action Complaint* by Chevy Chase Bank FSB.(Aprahamian, Michael) |
| 01/03/2006 | 24 | AMENDED COMPLAINT *2nd AMENDED CLASS ACTION COMPLAINT* against all defendants filed by Bryan Andrews, Susan Andrews.(Demet, Kevin) |
| 12/22/2005 | 23 | PROTECTIVE ORDER signed by Judge Lynn Adelman on 12/22/05 ordering that the stipulation of the parties shall stand as and for the order of the court in each and every respect. (cc: all counsel) |
| 12/20/2005 | 22 | PROPOSED Protective Order filed by Chevy Chase Bank FSB. (Aprahamian, Michael) |
| 12/20/2005 | 21 | STIPULATION *Confidentiality Stipulation* by Chevy Chase Bank FSB (Attachments: # 1 Exhibit Exhibit A)(Aprahamian, Michael) |
| 12/16/2005 | 20 | LETTER from David J. Cynamon (Attachments: # 1)(Aprahamian, Michael) |
| 12/16/2005 | 19 | INCORRECT DOCUMENT SEE #20; LETTER from David J. Cynamon (Attachments: # 1)(Aprahamian, Michael) Modified on 12/16/2005 to correct text (cms, ). |
| 12/12/2005 | 18 | LETTER from Kevin Demet *Requesting Discovery Conference* (Attachments: # 1 Exhibit 1- re ex parte contacts# 2 Exhibit 2 correspondence regarding missing document)(Demet, Kevin) |
| 10/07/2005 | 17 | CERTIFICATE OF SERVICE by Chevy Chase Bank FSB (Aprahamian, Michael) |
| 10/07/2005 | 16 | ANSWER to Amended Complaint by Chevy Chase Bank FSB.(Aprahamian, Michael) |
| 09/26/2005 | 15 | AMENDED COMPLAINT *AMENDED CLASS ACTION COMPLAINT* against all plaintiffs Jury Demand filed by Bryan Andrews, Susan Andrews.(Demet, Kevin) |
| 08/16/2005 | 13 | SCHEDULING ORDER: signed by Judge Lynn Adelman on 8/15/05. Amended Pleadings and additional parties due by 12/31/2005. Discovery due by 3/1/2006. Initial disclosures due 8/31/05. (cc: all counsel)(Wesolek, Marie) |
| 08/15/2005 | 14 | Minute Entry for proceedings held before Judge Lynn Adelman : Telephonic Scheduling Conference held on 8/15/2005 . Court will adopt parties' proposed scheduling order. (rpz, ) (Entered: 08/16/2005) |
| 07/27/2005 | 12 | REPORT of Rule 26(f) Plan *(JOINT) with Exhibit 1 Proposed Preliminary Scheduling Order* by all plaintiffs (Demet, Kevin) |

|  | # |  |
|---|---|---|
|  | [10](#) |  |
|  |  |  |
|  | [9](#) |  |
|  | [8](#) |  |
|  | [7](#) |  |
|  | [6](#) |  |
|  | [5](#) |  |
|  | [4](#) |  |
|  | [3](#) |  |
|  | [2](#) |  |
|  | [1](#) |  |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/09/2007 12:43:42 | | | |
| **PACER Login:** | rk0914 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-00454-LA |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |