UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| LYNN JULIEN and DENISE JULIEN, ) ) Plaintiffs, ) ) v. ) ) AMERIQUEST MORTGAGE ) COMPANY, ) ) Defendant. ) | No. 1:06-CV-00320-CAP (N.D. Ga.)<br><br>No. 07 C 4037 (N.D. Ill.) (transferred for pretrial proceedings)<br><br>Judge Marvin E. Aspen |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **Tuesday, February 27, 2007,** at **10:30 a.m.,** we shall appear before the Honorable Judge Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and present **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, INSTANTER,** a copy of which is hereby served upon you.

Dated: February 14, 2007

Attorney at Law  
235 Peachtree Street, Suite 400  
Atlanta, Georgia 30303-1400  
(404) 287-2383  
Direct Line:(404) 522-9485  
Fax: (404) 627-7056  
E-mail: charlesmbaird@att.net

s/Charles M. Baird  
Charles M. Baird  
Georgia Bar No. 032500

Attorney for Plaintiffs

-2-

## SERVICE LIST

I certify that on February 14, 2007, copies of this document and the referenced motion were filed electronically. Notice of these filings will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access the filings through the Court's system. I further certify that true and correct copies of the above documents were sent by U.S. Mail to those parties without e-mail addresses.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com,
ppratt@winston.com,
ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com,
jramirez@millerfaucher.com,
snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com ,
linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com,
rmclarney@muchshelist

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Lorne Todd Saeks
lsaeks@muchshelist.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Deutsche Bank National Trust Company, N.A.
60 Wall St.
New York, NY 10005

John O'Shea Sullivan, Esq.
Ashby L. Kent, Esq.
Burr & Forman LLP
171 Seventeenth Street, Suite 1100
Atlanta, Georgia 30363

    s/Charles M. Baird
    Charles M. Baird