**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| BRENDA BOWDEN and DARRON BOWDEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARGENT MORTGAGE COMPANY, L.L.C.; ) <br> AMERIQUEST MORTGAGE SECURITIES, ) <br> INC., AMC MORTGAGE SERVICES, INC. ) <br> 5 STAR FINANCIAL, INC., and DOES 1-5, ) <br> ) <br> Defendants. ) | Case No. 1:06-cv-05991 <br><br> Judge Der-Yeghiayan <br> Magistrate Judge Valdez <br><br> Transferred to Judge Aspen for <br> pretrial proceedings. <br><br> **JURY DEMANDED** |

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT, *INSTANTER***

Plaintiffs respectfully move this Court, pursuant Fed.R. Civ. Pro. 15(a), for leave to file an Amended Complaint, <u>instanter</u>. A copy of plaintiffs' proposed amended complaint is attached hereto as <u>Appendix A</u>. In support of their motion, plaintiffs state as follows:

1. Plaintiffs filed this action against defendants on November 2, 2006 for violations of the Truth In Lending Act, 15 U.S.C. § 1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, C.F.R. part 226; and state law.

1

    2. Plaintiffs' proposed amended complaint merely seeks to add the claim that defendants did not provide the appropriate number of completed notices of right to cancel.

    3. This motion is timely.  First, defendants have not yet answered the original complaint.

    4. Second, between April 24, 2006 and December 22, 2006, this Court had a litigation stay in effect that applied to routine motion practice as well as discovery.  Thus, plaintiffs could not have filed this motion before now.

    5. Third, discovery in this and related cases is at the earliest stage, due to the stay imposed by the Court and lifted only recently.  In fact, there has been _no_ discovery in this case , which was filed during the effective period of the stay.  Therefore, the granting of this motion will not significantly delay or prolong discovery or final disposition of this case.

    6. For these and other reasons, the minor, proposed change would not cause any prejudice to any defendant.  See <u>Johnson v. Oroweat Foods</u>, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial);  <u>Hely & Patterson Intern v. F.D. Rich Housing</u>, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered had the amendments . . . been timely");  <u>Head v. Timken Roller Bearing Co.</u>, 486 F.2d 870, 873 (6th Cir. 1973) ("amendments should be tendered no later than the time of pretrial . . .").

    7. Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall

2

be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

WHEREFORE, plaintiffs respectfully request that this Court enter an Order granting them leave to file the proposed Amended Complaint, a copy of which is attached as Appendix A, and to grant any further or other relief that the Court deems just.

Respectfully submitted,

s/Al Hofeld, Jr.
Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS
&  LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)