# EXHIBIT E

Settlement Statement
Optional Form for
Transactions without Sellers

U.S. Department of Housing
and Urban Development

OMB Approval No. 2502-0491

WLI

| Name & Address of Borrower: | Name & Address of Lender: |
|---|---|
| DARRON BOWDEN    BRENDA BOWDEN | Argent Mortgage Company, LLC |
|  | 1701 Golf Road |
| 3424 W 192ND    HOMEWOOD, IL 60430 | Rolling Meadows, IL 60008 |
| Property Location: (if different from above) | Settlement Agent: LAW TITLE |
| 24 W 192ND, HOMEWOOD, IL  60430 | Place of Settlement: 4747 LINCOLN HIGHWAY STE 604 |
|  | Matteson, IL 60443 |

**L.    Settlement Charges**

| 800. Items Payable in Connection with Loan | | Loan Number: 0056719271 - 9701 | Settlement Date: Estimated 04/07/2004 |
|---|---|---|---|
| 801. Loan origination fee    % to | | | |
| 802. Loan discount    % to | | **M.    Disbursement to Others** | |
| 803. Apprsl/Prop Val to POC | $275.00 | | |
| 804. Credit report to | | 1501. LOAN SERVICING CENTER    (W) | $352,796.55 |
| 805. Inspection fee to | | 1502. | |
| 806. | | | |
| 807. | | 1503. | |
| 808. Yield Spread Premium to 5 STAR FINANCIAL    *L $7,110.00 | | | |
| 809. | | 1504. | |
| 810. Tax Related Service Fee to  Argent Mortgage Company, | $70.00 | | |
| 811. Flood Search Fee to  Argent Mortgage Company, LLC | $16.00 | 1505. | |
| 812. Lenders Processing Fee to | | | |
| 813. | | 1506. | |
| 814. Doc. Prep. Fee to | | | |
| 815. Credit Report Fee to | $0.00 | 1507. | |
| 816. Origination Fee 0.750 % to 5 STAR FINANCIAL | $2,666.25 | | |
| 817. Application Fee to | | 1508. | |
| 818. Underwriting Fee to | | | |
| 819. Service Provider Fee to | | 1509. | |
| 820. Processing Fee  to | $0.00 | | |
| 821. Underwriting Fee to  Argent Mortgage Company, LLC | $375.00 | 1510. | |
| 822. Appraisal Fee to | | | |
| 900. Items Required by Lender to be Paid in Advance | | 1511. | |
| 901. Interest from 04/07/2004  to 05/01/2004  @  $75.97  per day | $1,823.28 | | |
| 902. Mortgage insurance premium for         months to · | | 1512. | |
| 903. Hazard ins prem  to | | | |
| 904. Flood ins prem  to | $0.00 | 1513. | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Hazard insurance    months @ $    per month | | 1514. | |
| Mortgage insurance    months @ $    per month | | | |
| Earthquake Ins    months @ $    per month | | 1515. | |
| 1004. County prop. taxes    months @ $    per month | | | |
| 1005. Annual assess.    months @ $    per month | | 1520. TOTAL DISBURSED (enter on line 1603) | $352,796.55 |
| 1006. Flood    months @ $    per month | | | |
| 1007. Windstorm ins    months @ $    per month | | | |
| 1008. | | | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee to  LAW TITLE | $879.00 | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| 1108. Title insurance to  LAW TITLE | $300.00 | | |
| 1109. Lender's coverage         $ | | Total Wire:    $360,325.72 | |
| 1110. Owner's coverage         $ | | | |
| 1111. Settlement/Disbursement fee to | | P.O.C. = Paid outside closing | |
| 1112. Escrow Fee to | | L = Lender Paid | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording fees | | | |
| 1202. City/county tax/stamps | | **N.   NET SETTLEMENT** | |
| 1203. State tax/ stamps | | | |
| 1204. State specific fee | | | |
| 1205. State specific fee | | 1600. Loan Amount | 355,500.00 |
| 1300. Additional Settlement Charges | | | |
| 1301. Demand to | | 1601. Plus Cash/Check from Borrower | |
| 1302. Pest Inspection to | | | |
| 1303. Survey Fee to | | 1602. Minus Total Settlement Charges (line 1400) | $6,454.53 |
| 1304. Misc Fees | | | |
| 1305. Reconveyance Fee to | | 1603. Minus Total Disbursements to Others (line 1520) | $352,796.55 |
| Apprsl/Prop Val Fee to | | 1604. Equals Disbursements to Borrower (after expiration of any applicable rescission period) | -$3,751.08 |
| 1308. Courier Fee | $50.00 | | |
| 1400. Total Settlement Charges (enter on line 1602) | $6,454.53 | | |

Borrower(s) Signature(s)

X _(signature)_ _(signature)_

Approved for Funding By:                  Approved:                  Branch:  Rolling Meadows, IL 60008

# EXHIBIT F

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | Preliminary | X Final |
|---|---|---|

`NDER:Argent Mortgage Company, LLC
1701 Golf Road
Rolling Meadows, IL 60008
(847)690-0517

Broker License: M06255

Borrowers:DARRON BOWDEN     BRENDA BOWDEN

Type of Loan:  ADJUSTABLE RATE
Date:  April 2, 2004

Address:     3424 W 192ND
City/State/Zip:  HOMEWOOD,IL 60430

Loan Number:  0056719271 - 9701

Property:     3424 W 192ND, HOMEWOOD, IL  60430

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.919    % | $ 571,669.40 | $ 349,620.47 | $ 921,289.87 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 36 | $2,559.14 | 06/01/2004 | | | |
| 323 | $2,559.14 | 06/01/2007 | | | |
| 1 | $2,558.61 | 05/01/2034 | | | |

**VARIABLE RATE FEATURE:**
X   Your loan has a variable rate feature .  Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**     You are giving a security interest in the property located at:  3424 W 192ND, HOMEWOOD, IL  60430

**ASSUMPTION:**   Someone buying this property   X   cannot assume the remaining balance due under original terms.
may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**     You may obtain property insurance from anyone you want that is acceptable to
Argent Mortgage Company, LLC

**LATE CHARGES:**   If a payment is late, you will be charged  5.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
may     X   will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____ 4-2-04
Borrower DARRON BOWDEN          Date

_____ 4/2/04
Borrower BRENDA BOWDEN          Date

_____
Borrower          Date

_____
Borrower          Date

TIL1 (Rev. 7/01)

# EXHIBIT G

Argent Mortgage Company, LLC

**Summary of Debts and Disbursements**
(Refinance Loans Only)

Borrower: DARRON BOWDEN    BRENDA BOWDEN

Date: April 2, 2004
Broker:

Number: 0056719271 - 9701

5 Star Financial Inc
2450 W Jefferson St Ste B5,
Joliet, IL 60435

| Fees | | |
|---|---|---|
| Loan Discount Fee | 0.000% | $0.00 |
| Lender Retained Fees | | $461.00 |
| Prepaid Interest | | $1,823.28 |
| Fees Paid to Others | | $1,229.00 |
| Loan Origination Fee | 0.750% | $2,666.25 |
| Total Points & Fees | | $6,179.53 |

Short to Close    -$3,751.08

Total Payoffs    $352,796.55

Cash to Borrower

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| CBUSASEARS | $459.00 | | $12.00 |
| G M A C | $15,353.00 | | $219.00 |
| LOAN SERVICING CENTER | $352,796.55 | $352,796.55 | |
| SHELL/CITI | $94.00 | | $10.00 |
| DISCOVER FINANCIAL SVC | $4,368.00 | | $276.00 |
| FIRST USA BANK N A | $4,170.00 | | $104.00 |
| HARRIS T & S | $1,864.00 | | $36.00 |
| HHLD BANK | $5,944.00 | | $119.00 |
| JEWEL FOOD STOR | $237.00 | | $7.11 |
| MBGA/JC PENNEY | $912.00 | | $27.00 |
| NICOR GAS | $718.00 | | |
| UNVL/CITI | $13,179.00 | | $274.00 |
| HHLD BANK | $202.00 | | $18.00 |
| AT&TCONSVC | $10.00 | | $0.30 |
| CASUAL CORNER/MBGA | $180.00 | | $15.00 |
| CB USA INC | $150.00 | | $4.50 |
| CERTEGY | $131.00 | | $3.93 |
| CITI-BP OIL | $1,094.00 | | $19.00 |
| H F PARK DISTRI | $191.00 | | $5.73 |
| NBGL-CARSONS | $185.00 | | $10.00 |

Total Payments:    $1,160.57

# EXHIBIT H

## NOTICE OF RIGHT TO CANCEL

ENDER:   Argent Mortgage Company, LLC

DATE:   April 2, 2004
LOAN NO.:   0056719271 - 9701
TYPE:   ADJUSTABLE RATE

BORROWER(S): DARRON BOWDEN        BRENDA BOWDEN

ADDRESS:        3424 W 192ND
CITY/STATE/ZIP:   HOMEWOOD,IL 60430

PROPERTY:   3424 W 192ND
            HOMEWOOD, IL  60430

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
| _____ |

; or

2.     The date you received your Truth in Lending disclosures; or
3.     The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**·OW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Argent Mortgage Company, LLC**
**3 Park Plaza**
**Irvine, CA 92614**

ATTN:  **FUNDING**
PHONE:  **(800)-561-4072**
FAX:     **(714)-347-1575**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| _____ |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____                    _____
SIGNATURE                                                    DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____                    _____
B·^ROWER/OWNER DARRON BOWDEN          Date         BORROWER/OWNER  BRENDA BOWDEN          Date

_____                    _____
BORROWER/OWNER                         Date         BORROWER/OWNER                         Date

1064-NRC (Rev 6/99)

**BORROWER COPY**

04/02/2004 11:27:02 AM

## NOTICE OF RIGHT TO CANCEL

.ENDER:   Argent Mortgage Company, LLC

DATE:  April 2, 2004
LOAN NO.:   0056719271 - 9701
TYPE:   ADJUSTABLE RATE

BORROWER(S): DARRON BOWDEN          BRENDA BOWDEN

ADDRESS:        3424 W 192ND
CITY/STATE/ZIP:   HOMEWOOD,IL 60430

PROPERTY:   3424 W 192ND
            HOMEWOOD,  IL  60430

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| _____ |

; or

2.   The date you received your Truth in Lending disclosures; or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Argent Mortgage Company, LLC**
**3 Park Plaza**
**Irvine, CA 92614**

ATTN:  **FUNDING**
PHONE: **(800)-561-4072**
FAX:     **(714)-347-1575**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| _____ |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____                _____
SIGNATURE                                                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____        _____    _____        _____
ROWER/OWNER DARRON BOWDEN               Date       BORROWER/OWNER  BRENDA BOWDEN            Date

_____        _____    _____        _____
BORROWER/OWNER                          Date       BORROWER/OWNER                          Date

1064-NRC (Rev 6/99)

## BORROWER COPY

04/02/2004 11:27:02 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:  Argent Mortgage Company, LLC

DATE:  April 2, 2004
LOAN NO.:  0056719271 - 9701
TYPE:  ADJUSTABLE RATE

BORROWER(S): DARRON BOWDEN          BRENDA BOWDEN

ADDRESS:          3424 W 192ND
CITY/STATE/ZIP:   HOMEWOOD,IL 60430

PROPERTY:  3424 W 192ND
           HOMEWOOD, IL  60430

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

> **ENTER DOCUMENT SIGNING DATE**
>
> April 02 2004

; or

2.  The date you received your Truth in Lending disclosures; or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Argent Mortgage Company, LLC**
**3 Park Plaza**
**Irvine, CA 92614**

ATTN:  **FUNDING**
PHONE: **(800)-561-4072**
FAX:    **(714)-347-1575**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> **ENTER FINAL DATE TO CANCEL**
>
> April 06 2004

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                    DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.



_Darron E. Bowden_  4/2/04          _Brenda Bowden_  4/2/04
BORROWER/OWNER DARRON BOWDEN    Date          BORROWER/OWNER  BRENDA BOWDEN    Date

_____          _____
BORROWER/OWNER                              Date          BORROWER/OWNER                              Date

1064-NRC (Rev 6/99)

## BORROWER COPY

04/02/2004 11:27:02 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:  Argent Mortgage Company, LLC

DATE:  April 2, 2004
LOAN NO.:  0056719271 - 9701
TYPE:  ADJUSTABLE RATE

BORROWER(S): DARRON BOWDEN        BRENDA BOWDEN

ADDRESS:        3424 W 192ND
CITY/STATE/ZIP:   HOMEWOOD,IL 60430

PROPERTY:   3424 W 192ND
            HOMEWOOD, IL  60430

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
| *April 02, 2004*           |

; or

2.   The date you received your Truth in Lending disclosures; or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Argent Mortgage Company, LLC**
**3 Park Plaza**
**Irvine, CA 92614**

ATTN:  FUNDING
PHONE: (800)-561-4072
FAX:     (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| *April 06 2004*            |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

| *Darron E. Bowden* | 4/2/04 | *Brenda Bowden* | 4/2/04 |
| --- | --- | --- | --- |
| BORROWER/OWNER DARRON BOWDEN | Date | BORROWER/OWNER BRENDA BOWDEN | Date |

| | | | |
| --- | --- | --- | --- |
| BORROWER/OWNER | Date | BORROWER/OWNER | Date |

1064-NRC (Rev 6/99)

### BORROWER COPY

04/02/2004 11:27:02 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Argent Mortgage Company, LLC

BORROWER(S): DARRON BOWDEN        BRENDA BOWDEN

ADDRESS:      3424 W 192ND
CITY/STATE/ZIP:   HOMEWOOD,IL 60430

PROPERTY:   3424 W 192ND
                HOMEWOOD, IL  60430

DATE:   April 2, 2004
LOAN NO.:   0056719271 - 9701
TYPE:   ADJUSTABLE RATE

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

   ENTER DOCUMENT SIGNING DATE
   *April 02, 2004*                         ; or

2.   The date you received your Truth in Lending disclosures; or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN:  FUNDING
PHONE: (800)-561-4072
FAX:      (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

   ENTER FINAL DATE TO CANCEL
   *April 06 2004*

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____            _____
SIGNATURE                                                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ 4/02/04          _____ 4/02/04
BORROWER/OWNER DARRON BOWDEN    Date    BORROWER/OWNER  BRENDA BOWDEN  Date

_____                   _____
BORROWER/OWNER                   Date    BORROWER/OWNER                   Date

1064-NRC (Rev 6/99)

## LENDER COPY

04/02/2004 11:27:02 AM

# EXHIBIT I

# Law Title

Insurance Company, Inc.
4747 Lincoln Mall Drive, Suite 604
Matteson, IL 60443



Byron & Brenda Bowden
31684 W. 193nd
Homewood, IL 60430



# EXHIBIT J



STAR
FINANCIAL INC.

Date 04/02/04

Borrower: Darron & Brenden Bowden

Property : 3424 W 192nd
Homewood, IL 60430

This letter is to inform you that you are waiving your escrows. You are entitled
to start an escrow account in most any month after your new lender takes over
your mortgage. You need only contact your new mortgage company to start
this account. Cook county escrows, started in May, require a minimum of six
month reserves. According to your last tax bill, this amount would be 3892.33
for your property taxes. I would be glad to assist you in setting up this account.

 The pay off for your current mortgage used in todays refinancing does not in-
clude your March payment. Thus the amount indicated as needed to be paid is
not correct. You in fact will receive funds from the Law Title Company and or
Five Star Financial adding up to no less than 2352 dollars. Darron and Brenda
Bowden of 3424 W 192nd in Homewood will receive 2352 dollars from this
refinancing.

Thank you for the opportunity to be of service to you.  If you have any ques-
tions concerning this letter, please call our processing dept. or your loan officer
for clarification@ 815 730 0000.

Sincerely,

Robert Rodriquez
Robert Rodriquez

# EXHIBIT K



**5 STAR FINANCIAL, INC.**
324 ALANA DRIVE
NEW LENOX, IL 60451
PH. (815) 730-0000

2213

70-59-719

DATE  4-13-04

Pay to the order of  *Darron and Brenda Bowden*  $ 790.⁰⁰/₁₀₀

SEVEN Hundred NINTY ⁹/₁₀₀

HARRIS BANK
Harris Bank Joliet, N.A.
14831 W. 159th St.
Lockport, Illinois 60441

DOLLARS

FOR  *Final 5 Star payment for refi.*

⑈002213⑈ ⑆071900595⑆ 50203663 0⑈

# EXHIBIT L

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
### Chicago, Illinois  60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email:  edcombs@aol.com
### www.edcombs.com

October 13, 2006

BY CERTIFIED MAIL

Argent Mortgage Company, LLC
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

> Re:  Notice of rescission, claim and lien, Brenda Bowden and Darron
> Bowden, 3424 West 192nd Street, Homewood, IL  60430, loan of
> April 2, 2004

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on October 13, 2006.

_____
Daniel A. Edelman