**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| BRENDA BOWDEN and DARRON BOWDEN, | ) ) | Case No. 1:06-cv-05991 |
| Plaintiffs, | ) ) ) | Judge Der-Yeghiayan |
| v. | ) ) | Magistrate Judge Valdez |
| ARGENT MORTGAGE COMPANY, L.L.C.; AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC. 5 STAR FINANCIAL, INC., and DOES 1-5, | ) ) ) ) ) ) | Transferred to Judge Aspen for pretrial proceedings. |
| Defendants. | ) ) | **JURY DEMANDED** |

### NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

  **PLEASE TAKE NOTICE** that on **Thursday, March 1, 2007** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

               s/ Al Hofeld, Jr
               Al Hofeld, Jr

1

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)