IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>ALL CASES EXCLUDED FROM THE BORROWERS' CONSOLIDATED CLASS ACTION COMPLAINT AND THE CONSOLIDATED COMPLAINT FOR CLAIMS OF NON-BORROWERS | |

**DEFENDANTS' CONSOLIDATED RESPONSIVE PLEADING IN ALL CASES
EXCLUDED FROM THE MASTER CLASS COMPLAINTS**

On January 19, 2007, Defendants filed a Motion to Compel Filing of Amended Class Complaints (the "Motion to Compel") [Docket No. 378], as well Motions to Dismiss and For More Definite Statements (together, the "Motions to Dismiss") [Docket Nos. 386 and 391], in response to each of the two Class Action Complaints (the "Class Complaints") [Docket Nos. 323 and 325]. By the Motion to Compel, Defendants seek an order of this Court requiring Co-Lead Counsel to file amended master class complaints in compliance with this Court's November 7, 2006 Case Management Order (the "Case Management Order") [Docket No. 284]. The Motions to Dismiss attack a variety of substantive and procedural deficiencies with the Class Complaints.

For the reasons set forth in the Motion to Compel and below, and based on Defendants' good faith belief that this Court did not intend to litigate literally hundreds of individual cases, each on a separate track, along with two Class Complaints that advance overlapping allegations, Defendants intend for this pleading to serve as an omnibus responsive pleading in each of the

1

cases excluded from the Class Complaints ("Excluded Cases") at this time.[1]  More specifically, Defendants incorporate by reference both the Motion to Compel and the Motions to Dismiss herein and assert such arguments in all of the Excluded Cases.  Defendants anticipate that some, if not all, of the issues raised in the Excluded Cases will be resolved by the Motions presently before this Court and any additional pleading challenges that Defendants may raise in response to the Class Complaints.  Defendants intend to and expressly reserve the right to file additional, substantive responsive pleadings in each of the Excluded Cases, as necessary.

**THIS RESPONSIVE PLEADING IS CONSISTENT WITH THE COURT'S INTENT TO STREAMLINE THIS PROCEEDING AND AVOID DUPLICATIVE AND BURDENSOME LITIGATION**

As detailed in the Motion to Compel, this Court took great care in the Case Management Order to organize and streamline this multidistrict litigation proceeding (the "Proceeding").  To this end, this Court created a procedure whereby the claims of "*all*" named plaintiffs would be consolidated into one of *two "master class complaints"*—one for purported "borrowers" of Defendants and one for alleged "non-borrowers" of Defendants.  (Case Management Order, p. 6 (emphasis added).)  Recognizing, however, that certain plaintiffs may have "good reason" to pursue their claims on an individual basis, this Court also allotted the named plaintiffs a period of time in which to "opt out" of the master class complaints, and pursue "individual, non-class suits."  (*Id.*, pp. 7, 10.)

The consolidation of issues into singular pleadings was central to this Court's plan in the Case Management Order to manage this Proceeding, as it is to any court required to oversee hundreds of cases transferred to a multidistrict litigation.  Presuming that Co-Lead Counsel

---

[1] Attached hereto is an Appendix of the Excluded Cases.  Cases have been added to this Proceeding through the reassignment and "tag-along" process since the filing of the Class Complaints.  The complaints in all of these cases set forth allegations similar to those advanced in the complaints in the Excluded Cases.  For purposes of this responsive pleading, these newly-filed cases therefore are included within the term "Excluded Cases."

complied with the Case Management Order, the two Class Complaints would be filed on behalf of *all* named plaintiffs in this Proceeding, and each plaintiff's claims would be included in the Class Complaints.[2] The Class Complaints, thus, would be able to serve as the administrative vehicle to streamline all pre-trial activities (including responsive pleadings) because they would encompass all claims in this Proceeding, even those brought by named plaintiffs who ultimately chose to opt-out and pursue "individual, non-class suits." (Case Management Order, pp. 6-7.)[3]

Despite this Court's clarity in the Case Management Order, Co-Lead Counsel filed Class Complaints on behalf of *only 69 named plaintiffs*—less than 10% of the 814 named plaintiffs then in this Proceeding. [*See* Docket Nos. 323 and 325.] Co-Lead Counsel admittedly excluded *over 230 cases*, some of which are putative class actions, from the Class Complaints. The named plaintiffs in the Class Complaints apparently were selected over the excluded plaintiffs strictly according to who represented them prior to this Court's Case Management Order. Thus, those plaintiffs represented by Co-Lead Counsel have been favored over other plaintiffs in this Proceeding. By this Court's Case Management Order, however, participation in the Class Complaints in the first instance was not a popularity contest, but rather an absolute right.

As is clear from the Case Management Order and this Court's plan therein to streamline this Proceeding, this Court does not wish to oversee responsive pleadings to each of the over 250 complaints in this Proceeding. In line with this Court's clear mandate, Defendants will not unduly burden this Court with such pleadings simply because Co-Lead Counsel failed to comply with the Case Management Order. Thus, Defendants do not intend to file further substantive

---

[2] If, as happened, a particular plaintiff's claim was not included in one of the Class Complaints, that plaintiff would be unable to make a meaningful decision regarding whether to participate in a Class Complaint or pursue his or her claim on an individual, non-class basis.

[3] Whether any claims would be appropriate for a class proceeding, how any such class or classes would be defined, and whether more than one class claim could be determined in a single trial, are among the issues to be addressed at a later time.

responsive pleadings in the Excluded Cases until this Court rules on the Motion to Compel and Motions to Dismiss, each of which is hereby asserted in full in all of the Excluded Cases.

              Respectfully submitted,

| | |
|---|---|
| DATED: February 19, 2007 | By: /s/ Bernard E. LeSage |

              *Attorneys for Defendants*

              Bernard E. LeSage, Esq.
              Sarah K. Andrus, Esq.
              BUCHALTER NEMER, a P.C.
              1000 Wilshire Boulevard, Suite 1500
              Los Angeles, CA 90017-2457

DATED: February 19, 2007        By: /s/ Thomas J. Wiegand

              *Attorneys for Defendants*

              Thomas J. Wiegand, Esq.
              WINSTON & STRAWN LLP
              35 W. Wacker Drive
              Chicago, IL 60601-9703

## APPENDIX OF EXCLUDED CASES

(1) *Addison v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-00654 (E.D. Wis.);
(2) *Allan, et al. v. Argent Mortgage Co.*, Case No. 3:06-00118 (D. Conn.);
(3) *Almaguer v. Argent Mortgage Co., et al.*, Case No. 1:05-21103 (S.D. Fla.);
(4) *Ameriquest Mortgage Co. v. Mattix, et al.*, Case No. 0:06-01719 (D. Minn.);
(5) *Anderholm v. Ameriquest Mortgage Co.*, Case No. 3:06-30174 (D. Mass.);
(6) *Anderson, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 3:06-00209 (D. Conn.);
(7) *Anderson, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01981 (N.D. Ill.);
(8) *Applegate, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-04867 (N.D. Ill.);
(9) *Archer, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00202 (W.D. Mich.);
(10) *Arndt, et al. v. Ameriquest Mortgage Co.*, Case No. 1:05-00192 (E.D. Tenn.);
(11) *Bailey, et al. v. Ameriquest Mortgage Co.*, Case No. 3:05-00452 (D. Conn.);
(12) *Balark, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02430 (N.D. Ill.);
(13) *Barletta v. Ameriquest Mortgage Co, et al.,* Case No. 1:06-04560 (N.D. Ill.);
(14) *Beaudoin v. Ameriquest Mortgage Co.*, Case No. 1:06-00480 (D. R.I.);
(15) *Belcher, et al. v. Ameriquest Mortgage Co.*, Case No. 3:06-00195 (D. Conn.);
(16) *Belford v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-00149 (N.D. Ind.);
(17) *Belliveau, et al. v. Ameriquest Mortgage Co.*, Case No. 3:06-30142 (D. Mass.);
(18) *Belval, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 3:06-00117 (D. Conn.);
(19) *Bergquist v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01438 (N.D. Ill.);
(20) *Bertenshaw, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-00374 (D. R.I.);
(21) *Besterfield v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02676 (N.D. Ill.);
(22) *Billings, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01849 (N.D. Ill.*);*
(23) *Black, et al. v. Argent Mortgage Co., et al.,* Case No. 1:06-04418 (N.D. Ill.);
(24) *Black, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-05540 (E.D. NY);
(25) *Blackburn, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01086 (S.D. Ind.);
(26) *Blain, et al. v. Argent Mortgage Co., et al.*, Case No. 5:06-00170 (W.D. Mich.);
(27) *Bothwell, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-00175 (N.D. Ind.);
(28) *Bowden v. Argent Mortgage Co., et al.*, Case No. 1:06-05991 (N.D. Ill.);
(29) *Bowe, et al. v. Ameriquest Mortgage Co.*, Case No. 3:06-00119 (D. Conn.);
(30) *Bricker, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 1:06-04528 (N.D. Ill.);
(31) *Brissett, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-08130 (S.D. NY);
(32) *Brown v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-04723 (N.D. Ill.);
(33) *Brown, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-05111 (N.D. Ill.);
(34) *Brown, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02830 (N.D. Ill.);
(35) *Buckner v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-06808 (N.D. Ill.);
(36) *Burgess, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-13734 (E.D. Mich.);
(37) *Burris, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00166 (W.D. Mich.);
(38) *Bush, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00184 (W.D. Mich.);
(39) *Butt, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-11475 (D. Mass.);
(40) *Cahalan v. Ameriquest Mortgage Co.*, Case No. 2:05-00309 (W.D. Pa.);
(41) *Calder v. Ameriquest Mortgage Co., et al.,* Case No. 1:06-05146 (N.D. Ill.);
(42) *Campau, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00156 (W.D. Mich.);
(43) *Carney v. Ameriquest Mortgage Co.*, Case No. 1:06-00068 (D. R.I.);
(44) *Carter, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-00137 (N.D. Ind.);

(45) *Cashen, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-04683 (N.D. Ill.);
(46) *Chandler, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-11779 (D. Mass.);
(47) *Childres v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-12673 (E.D. Mich.);
(48) *Clarke, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-04201 (N.D. Ill.);
(49) *Cleveland v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-04306 (N.D. Ill.);
(50) *Cole, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-00135 (N.D. Ind.);
(51) *Conner, et al. v. Argent Mortgage Co., et al.*, Case No. 5:06-00163 (W.D. Mich.);
(52) *Correia, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-11772 (D. Mass.);
(53) *Crane, et al. v. Ameriquest Mortgage Co.*, Case No. 2:05-00323 (N.D. Ind.);
(54) *Creamer v. Ameriquest Mortgage Co.*, Case No. 1:05-00533 (D. R.I.);
(55) *DaMate v. AMC Mortgage Services, et al.*, Case No. 1:06-00131 (D. Haw.);
(56) *Damm, et al. v. Ameriquest Mortgage Co.*, Case No. 3:06-00434 (D. Conn.);
(57) *Daneau v. Ameriquest Mortgage Co.*, Case No. 1:05-00528 (D. R.I.);
(58) *Davis v. Ameriquest Mortgage Co.*, Case No. 1:06-00278 (D. R.I.);
(59) *Davis v. Argent Mortgage Co.*, Case No. 4:06-40247 (D. Mass.);
(60) *Dearden v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02912 (N.D. Ill.);
(61) *Dercksen, et al. v. Ameriquest Mortgage Co.*, Case No. 4:06-00324 (E.D. Ark.);
(62) *Doolittle, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-05033 (N.D. Ill.);
(63) *Dougherty, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02482 (N.D. Ill.);
(64) *Duchene v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-13778 (E.D. Mich.);
(65) *Duhamel, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-00347 (D. R.I.);
(66) *Dumas, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-00352 (N.D. Ind.);
(67) *Duncan, et al. v. Ameriquest Mortgage Co.*, Case No. 3:05-01831 (D. Conn.);
(68) *Dussia v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00196 (W.D. Mich.);
(69) *Eskra, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01879 (N.D. Ill.);
(70) *Eson, et al. v. Argent Mortgage Co., et al.*, Case No. 1:06-02829 (N.D. Ill.);
(71) *Etienne v. Ameriquest Mortgage Co.*, Case No. 06-ap-01401 (D. Mass.);
(72) *Eyre v. Ameriquest Mortgage Co.*, Case No. 1:05-00529 (D. R.I.);
(73) *Fagnant, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-00494 (D. R.I.);
(74) *Faison v. Argent Mortgage Co.*, Case No. 8:06-00477 (M.D. Fla.);
(75) *Farmer v. Ameriquest Mortgage Co., et al.*, Case No. 3:06-03220 (D. N.J.);
(76) *Filian, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02826 (N.D. Ill.);
(77) *Fitzgerald, et al. v. Ameriquest Mortgage Co.*, Case No. 3:06-00182 (D. Conn.);
(78) *Fitzner, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-00315 (W.D. Mich.);
(79) *Foster v. Argent Mortgage Co., et al.*, Case No. 2:06-14206 (E.D. Mich.);
(80) *Frost v. Ameriquest Mortgage Co.*, Case No. 1:05-00531 (D. R.I.);
(81) *Furgeson v. Ameriquest Mortgage Co., et al.* Case No. 1:04-07627 (N.D. Ill.);
(82) *Gajewski v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-03050 (N.D. Ill.);
(83) *Garcia v. Argent Mortgage Co., et al.,* Case No. 1:06-01829 (N.D. Ill.);
(84) *Gburek v. Ameriquest Mortgage Co.*, Case No. 1:06-02637 (N.D. Ill.);
(85) *Gburek v. Argent Mortgage Co., et al.*, Case No. 1:06-02639 (N.D. Ill.);
(86) *Geis, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01716 (N.D. Ill.);
(87) *Gelman, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-04684 (N.D. Ill.);
(88) *Gerbig, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 1:06-04868 (N.D. Ill.);
(89) *Gillespie v. Ameriquest Mortgage Co., et al.*, Case No. 3:06-00220 (N.D. Ind.);
(90) *Giuditta v. Ameriquest Mortgage Co.*, Case No. 1:06-11778 (D. Mass.);

(91) *Gould v. Ameriquest Mortgage Co.*, Case No. 1:06-00041 (D. R.I.);
(92) *Grabowski v. Ameriquest Mortgage Co., et al.,* Case No. 1:06-02549 (N.D. Ill.);
(93) *Grabs v. Argent Mortgage Co., et al.*, Case No. 1:06-02809 (N.D. Ill.);
(94) *Graf v. Argent Mortgage Co.*, Case No. 1:06-00283 (D. R.I.);
(95) *Gray, et al. v. Argent Mortgage Co., et al.*, Case No. 5:06-00180 (W.D. Mich.);
(96) *Green, et al. v. Argent Mortgage Co., et al.*, Case No. 1:06-02045 (N.D. Ill.);
(97) *Griffin v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-04664 (E.D. Pa.);
(98) *Hall v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01944 (N.D. Ill.);
(99) *Harding, et al. v. Ameriquest Mortgage Co.*, Case No. 7:06-02135 (S.D. N.Y.);
(100) *Harless v. Ameriquest Mortgage Co.*, Case No. 1:06-00695 (S.D. Ind.);
(101) *Harris v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-04025 (N.D. Ill.);
(102) *Harris v. Ameriquest Mortgage Co., et al.*, Case No. 4:06-04030 (C.D. Ill.);
(103) *Harris, et al. v. Town & Country Credit Corp., et al.*, Case No. 1:06-03048 (N.D. Ill.);
(104) *Hartington, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-00365 (D. R.I.);
(105) *Hawkins v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01848 (N.D. Ill.);
(106) *Hayden, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00165 (W.D. Mich.);
(107) *Heard, et al. v. Argent Mortgage Co., et al.*, Case No. 5:06-00157 (W.D. Mich.);
(108) *Henson v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01876 (N.D. Ill.);
(109) *Hines, et al. v. Ameriquest Mortgage Co.*, Case No. 4:06-00133 (N.D. Ga.);
(110) *Hodor, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00181 (W.D. Mich.);
(111) *Holzmeister v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-05911 (N.D. Ill.);
(112) *Horne, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 3:06-00423 (S.D. Ill.);
(113) *Igaz, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00173 (W.D. Mich.);
(114) *Ingham, et al. v. Ameriquest Mortgage Co.*, Case No. 3:06-00571 (D. Conn.);
(115) *Jeffress, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-00102 (N.D. Ind..);
(116) *Jenkins v. Argent Mortgage Co, et al.*, Case No. 1:06-02044 (N.D. Ill.);
(117) *Jiles v. Argent Mortgage Co., et al.*, Case No. 1:06-02771 (N.D. Ill.);
(118) *Jimenez, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-01009 (N.D. Ill.);
(119) *Johnson, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00172 (W.D. Mich.);
(120) *Jones v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02397 (N.D. Ill.);
(121) *Jones, Jr. v. Argent Mortgage Co., et al.*, Case No. 1:06-00830 (N.D. Ga);
(122) *Jones, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-11462 (D. Mass.);
(123) *Jude v. Town & Country Credit Corp., et al.*, Case No. 1:06-01691 (N.D. Ill.);
(124) *Julien, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-00320 (N.D. Ga.);
(125) *Kelleher v. Ameriquest Mortgage Co.*, Case No. 1:06-12069 (D. Mass.);
(126) *Kessler v. Ameriquest Mortgage Co., et al.,* Case No. 1:06-04999 (N.D. Ill.);
(127) *Key v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-01077 (N.D. Ill.);
(128) *Kielczewski v. Ameriquest Mortgage Co.*, Case No. 1:06-00495 (D. R.I.);
(129) *King, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-00722 (W.D. Mich.);
(130) *Korlacki v. Ameriquest Mortgage Co.*, Case No. 1:06-00231 (D. R.I.);
(131) *Krise, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-00529 (W.D. Mich.);
(132) *Kukla v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-12466 (E.D. Mich.);
(133) *LaCross v. Ameriquest Mortgage Co., et al.*, Case No. 3:06-00662 (D. Conn.);
(134) *Landgren v. Argent Mortgage Co., et al.*, Case No. 1:06-00696 (W.D. Mich.);
(135) *Lappin, et al. v. Ameriquest Mortgage Co., et al.,* Case No 1:06-05147 (N.D. Ill.);
(136) *Leach v. Ameriquest Mortgage Co., et al.,* Case No. 1:06-05000 (N.D. Ill.);

(137) *Leal v. Ameriquest Mortgage Co.*, Case No. 1:06-00040 (D. R.I.);
(138) *Leclerc v. Ameriquest Mortgage Co.*, Case No. 1:05-00538 (D. R.I.);
(139) *Lehr, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-12477 (E.D. Mich.);
(140) *Lewis, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00158 (W.D. Mich.);
(141) *Lindsey v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02710 (N.D. Ga.);
(142) *Luedtke, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-04644 (N.D. Ill.);
(143) *Lurry-Payne v. Town & Country Credit Corp. et al.*, Case No. 1:06-01547 (N.D. Ill.);
(144) *Macswain v. Ameriquest Mortgage Co.*, Case No. 1:06-11776 (D. Mass.);
(145) *Magliano, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01945 (N.D. Ill.);
(146) *Mangene, et al. v. Ameriquest Mortgage Co.*, Case No. 3:06-01140 (D. Conn.);
(147) *Martin v. Argent Mortgage Co, et al.*, Case No. 1:06-01947 (N.D. Ill.);
(148) *Martin, et al. v. Ameriquest Mortgage Co, et al.*, Case No. 5:06-00194 (W.D. Mich.);
(149) *Martin, et al. v. Ameriquest Mortgage Co.*, Case No. 4:06-40197 (D. Mass.);
(150) *Martinez, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-00590 (W.D. Mich.);
(151) *Mayfield v. Town & Country Credit Corp.*, Case No. 1:05-06158 (N.D. Ill.);
(152) *McCall, et al. v. Ameriquest Mortgage Co.*, Case No. 3:06-00384 (D. Conn.);
(153) *McGowan v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01831 (N.D. Ill.);
(154) *Meehan, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-00345 (D. R.I.);
(155) *Melecio, et al. v. Town & Country Credit Corp., et al.*, Case No. 1:06-02832 (N.D. Ill.);
(156) *Mikowski, et al., v. Ameriquest Mortgage Co., et al.*, Case No. 2:05-00411 (N.D. Ind.);
(157) *Miller, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 3:06-00189 (N.D. Ind.);
(158) *Miller v. Ameriquest Mortgage Co.*, Case No. 3:06-00245 (S.D. Ohio);
(159) *Mills v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-03976 (N.D. Ill.);
(160) *Monteiro v. Ameriquest Mortgage Co.*, Case No. 1:06-00353 (D. R.I.);
(161) *Montgomery, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00198 (W.D. Mich.);
(162) *Mormon, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02514 (N.D. Ill.);
(163) *Morse, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-15281 (E.D. Mich.);
(164) *Moss, et al. v. Argent Mortgage Co.*, Case No. 1:06-00389 (D. R.I.);
(165) *Mulvaney v. Town & Country Credit Corp., et al.*, Case No. 1:06-01113 (C.D. Ill.);
(166) *Murray, et al. v. Ameriquest Mortgage Co.*, Case No. 1:05-01218 (N.D. Ill.);
(167) *Nauracy, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-00130 (N.D. Ind.);
(168) *Nelson, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-00154 (N.D. Ind.);
(169) *Nimox v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00177 (W.D. Mich.);
(170) *Ogun, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-00425 (D. R.I.);
(171) *Orrison, et al., v. Argent Mortgage Co., et al.*, Case No. 5:06-00175 (W.D. Mich.);
(172) *Pacheco v. AMC Mortgage Services Inc., et al.*, Case No. 06-ap-01093 (D. R.I.);
(173) *Parisi v. Ameriquest Mortgage Co.*, Case No. 1:05-00530 (D. R.I.);
(174) *Parker, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-00618 (W.D. Mich.);
(175) *Pasacreta, et al. v. Ameriquest Mortgage Co.*, Case No. 3:05-01888 (D. Conn.);
(176) *Patrie v. Ameriquest Mortgage Co.*, Case No. 1:06-00434 (D. R.I.);
(177) *Pena v. Ameriquest Mortgage Co.*, Case No. 1:05-00527 (D. R.I.);
(178) *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-11507 (D. Mass.);
(179) *Perry v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-06172 (N.D. Ill.);
(180) *Pintsak, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-05035 (N.D. Ill.);
(181) *Polydoros, et al. v. Town & Country Credit Corp., et al.*, Case No. 1:05-06517 (N.D. Ill.);

(182) *Powell, et al. v. Ameriquest Mortgage Co.*, Case No. 2:05-03067 (E.D. La.);
(183) *Punch, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-04811 (E.D. NY);
(184) *Purdy-Roth, et al. v. Argent Mortgage Co., LLC, et al.*, Case No. 1:05-01618 (S.D. Ind.);
(185) *Regine, et al. v. Ameriquest Mortgage Co.*, Case No. 1:06-00388 (D. R.I.);
(186) *Rehbock v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01581 (N.D. Ill.);
(187) *Robinson, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-14228 (E.D. Mich.);
(188) *Rocco, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02897 (N.D. Ill.);
(189) *Rodriquez, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02187 (N.D. Ill.);
(190) *Rodriguez, et al. v. Town & Country Credit Corp., et al.*, Case No. 1:06-01950 (N.D. Ill.);
(191) *Roelofs, et al. v. Argent Mortgage Co., et al.*, Case No. 5:06-00176 (W.D. Mich.);
(192) *Rogers v. Town & Country Credit Corp., et al.*, Case No. 1:06-02736 (N.D. Ill.);
(193) *Rosemon, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-06441 (N.D. Ill.);
(194) *Salazar, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-04162 (N.D. Ill.);
(195) *Sedgwick, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02333 (N.D. Ill.);
(196) *Shepard, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00183 (W.D. Mich.);
(197) *Sievers, et al. v. Ameriquest Mortgage Co.*, et al., Case No. 3:05-01296 (D. Conn.);
(198) *Silvia v. Ameriquest Mortgage Co.*, Case No. 1:05-00532 (D. R.I.);
(199) *Silvia v. Ameriquest Mortgage Co.*, Case No. 1:06-00067 (D. R.I.);
(200) *Simmons v. AMC Mortgage Services Inc., et al.*, Case No. 06-ap-01092 (D. R.I.);
(201) *Skanes v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-00688 (W.D. Mich.);
(202) *Smith v. Town & Country Credit Corp., et al.,* Case No. 1:06-03704 (N.D. Ill.);
(203) *Smith, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-00648 (N.D. Ill.);
(204) *Smith, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02828 (N.D. Ill.);
(205) *Smith, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-00785 (S.D. Ind.);
(206) *Smith v. Ameriquest Mortgage Co.*, Case No. 3:06-02493 (D. S.C.);
(207) *Solnin, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 1:06-04866 (N.D. Ill.);
(208) *Sorah v. Deutsche Bank National Trust, et al*., Case No. 2:06-14427 (E.D. Mich.);
(209) *Spencer v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02396 (N.D. Ill.);
(210) *Stafford, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-14251 (E.D. Mich.);
(211) *Sturgis v. Ameriquest Mortgage Co.*, Case No. 5:06-00185 (W.D. Mich.);
(212) *Surin v. Argent Mortgage Co., et al.*, Case No. 3:05-01653 (D. Conn.);
(213) *Sutton, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 3:06-00407 (S.D. Ill.);
(214) *Szurley v. Ameriquest Mortgage Co.*, Case No. 3:06-30175 (D. Mass.);
(215) *Talley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-01080 (N.D. Ill.);
(216) *Thibodeau, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 1:06-05148 (N.D. Ill.);
(217) *Thompson v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01546 (N.D. Ill.);
(218) *Thompson v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00189 (W.D. Mich.);
(219) *Tieri v. Ameriquest Mortgage Co., et al.,* Case No. 1:06-02683 (N.D. Ill.);
(220) *Treadwell, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-01078 (N.D. Ill.);
(221) *Tremble v. Town & Country Credit Corp.*, Case No. 1:05-02625 (N.D. Ill.);
(222) *Van Gorp, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 8:05-00907 (C.D. Cal.);
(223) *Vanderpol, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-00652 (W.D. Mich.);
(224) *Veinot, et al. v. Argent Mortgage Co., et al.*, Case No. 3:06-00488 (D. Conn.);
(225) *Villagran v. Ameriquest Mortgage Co.*, Case No. 1:06-21814 (S.D. Fla.);
(226) *Vincer v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-13735 (E.D. Mich.);
(227) *Walker, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-02807 (N.D. Ill.);

(228) *Walsh, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:06-13256 (E.D. Mich.);
(229) *Warren, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 1:06-04415 (N.D. Ill.);
(230) *Washington, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00201 (W.D. Mich.);
(231) *Wayland v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00182 (W.D. Mich.);
(232) *Wertepny, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:05-01402 (N.D. Ill.);
(233) *Wessel, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:06-01899 (N.D. Ill.);
(234) *Whittall v. Ameriquest Mortgage Co*., Case No. 1:06-11777 (D. Mass.);
(235) *Williams, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 5:06-00174 (W.D. Mich.);
(236) *Wisniewski, et al. v. Town & Country Credit Corp., et al.*, Case No. 1:06-02697 (N.D. Ill.); and
(237) *Zaremba, et al. v. Ameriquest Mortgage Co*., Case No. 3:06-30176 (D. Mass.).

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 19th day of February 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage