# EXHIBIT C

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

**SETTLEMENT STATEMENT**

| | | |
|---|---|---|
| 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. | | |
| 6. FILE NUMBER: TTC04-0315B | 7. LOAN NUMBER: 0086094884 | |
| 8. MORTGAGE INS CASE NUMBER: | | |

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1.0  2/98  (TTC04-0315B,PFD/TTC04-0315B/9)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| NY BRICKER 1902 HERON VIEW ROUND LAKE, IL 60073 | | Ameriquest Mortgage 175 E. Hawthorn Parkway, Suite 300 Vernon Hills, IL 60061 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 1902 HERON VIEW ROUND LAKE, IL 60073 LAKE County, Illinois | Tristar Title, LLC  PLACE OF SETTLEMENT 1301 W 22nd St Ste 101 Oak Brook, Illinois 60523 | July 21, 2004  Disburse:07/28/04 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 9,215.90 | 403. | |
| 104. Payoff to Wells Fargo Home Loans/0181932393 | 229,201.15 | 404. | |
| 105. Payoff to GB Algonquin | 17,085.00 | 405. | |
| *Adjustments For items Paid By Seller in advance* | | *Adjustments For items Paid By Seller in advance* | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 255,502.05 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 259,250.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| | | 508. | |
| | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 259,250.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT BETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 255,502.05 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | (259,250.00) | 602. Less Reductions Due Seller (Line 520) | |
| **303. CASH ( FROM ) ( X TO ) BORROWER** | 3,747.95 | **603. CASH ( TO ) ( FROM ) SELLER** | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower                                                                 Seller

TONY BRICKER

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION

Tristar Title, LLC
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

| | | BORROWER'S FUNDS AT SETTLEMENT | SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| **700. TOTAL COMMISSION Based on Price $** | | | |
| *Division of Commission (line 700) as Follows:* | | | |
| 701. $ | to | | |
| 702. $ | to | | |
| 703. Commission Paid at Settlement | | | |
| 704. | to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee % | to | | |
| 802. Loan Discount 0.4000 % | to Ameriquest Mortgage | | |
| 803. Appraisal Fee | to Ameriquest Mortgage | 1,037.00 | |
| 804. Tax Related Service Fee | to Ameriquest Mortgage | 400.00 | |
| 805. Flood Search Fee | to Ameriquest Mortgage | 70.00 | |
| 806. Lenders Processing Fee | to Ameriquest Mortgage | 16.00 | |
| 807. Admin | to Ameriquest Mortgage | 625.00 | |
| 808. Application Fee | to Ameriquest Mortgage | 239.00 | |
| 809. | to Ameriquest Mortgage | 360.00 | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From 07/28/04 to 08/01/04 @ $ 41.550000/day ( 4 days ) (¼) | | 166.20 | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for 1.0 years to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance 6.000 months @ $ 37.50 per month | | 225.00 | |
| 1002. Mortgage Insurance months @ $ per month | | | |
| 1003. City/Town Taxes months @ $ per month | | | |
| 1004. County Taxes 6.000 months @ $ 483.33 per month | | 2,899.98 | |
| 1005. Assessments months @ $ per month | | | |
| 1006. months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. months @ $ per month | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee | to | | |
| 1102. Abstract or Title Search | to | | |
| 1103. Title Examination | to | | |
| 1104. Title Insurance Binder | to | | |
| 1105. Document Preparation | to | | |
| 1106. Notary Fees | to | | |
| 1107. Attorney's Fees | to | | |
| *(includes above item numbers:* ) | | | |
| 1108. Title Insurance | to Ticor Title Insurance Company | 200.00 | |
| *(includes above item numbers:* ) | | | |
| 1109. Lender's Coverage $ 259,250.00 | | | |
| 1110. Owner's Coverage $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 34.50; Release $ | | 34.50 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | | |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey | to | | |
| 1302. Pest Inspection | to | | |
| 1303. | | | |
| 1304. | | | |
| 1305. See addit'l disb. exhibit | to | 2,942.22 | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | 9,215.90 | |

Tristar Title, LLc
Settlement Agent

Certified to be a true copy.

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower                    Seller

TONY BRICKER

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

Tristar Title, LLc
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

( TTC04-03158 / TTC04-03158 / 8 )

**ADDITIONAL DISBURSEMENTS EXHIBIT**

| | |
|---|---|
| Borrower: | TONY BRICKER |
| Lender: | Ameriquest Mortgage |
| Settlement Agent: | Tristar Title, LLC |
| | (630)954-4000 |
| Place of Settlement: | 1301 W 22nd St Ste 101 |
| | Oak Brook, Illinois 60523 |
| Settlement Date: | July 21, 2004 |
| Disbursement Date: | July 28, 2004 |
| Property Location: | 1902 HERON VIEW |
| | ROUND LAKE, IL 60073 |
| | LAKE County, Illinois |

| PAYEE/DESCRIPTION | NOTE/REF NO | BORROWER | SELLER |
|---|---|---|---|
| Lake County Collector 2nd 2003 Taxes | 05-25-205-027-0000 | 2,942.22 | |
| Total Additional Disbursements shown on Line 1305 | | $ 2,942.22 | $ 0.00 |

(TTC04-03155.PFD/TTC04-03155/8)

|  |  |
|---|---|
| **Borrower:** | TONY BRICKER |
| **Lender:** | Ameriquest Mortgage |
| **Settlement Agent:** | Tristar Title, LLC |
|  | (630)954-4000 |
| **Place of Settlement:** | 1301 W 22nd St Ste 101 |
|  | Oak Brook, Illinois 60523 |
| **Settlement Date:** | July 21, 2004 |
| **Disbursement Date:** | July 28, 2004 |
| **Property Location:** | 1902 HERON VIEW |
|  | ROUND LAKE, IL 60073 |
|  | LAKE County, Illinois |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

TONY BRICKER

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Tristar Title, LLC
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(TTC04-03158.PFD/TTC04-03156/8)

# EXHIBIT D

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
175 E. Hawthorne Parkway, # 355
Vernon Hills, IL 60061
(847)362-8171

[ ] Preliminary   [X] Final

Borrowers: TONY BRICKER

Broker License:

Address:   1902 HERON VIEW WAY
City/State/Zip:  ROUND LAKE, IL 60073

Type of Loan: ADJUSTABLE RATE
Date: July 21, 2004

Loan Number: 0086694684 - 5550

Property:  1902 HERON VIEW WAY, ROUND LAKE, IL 60073

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.579 % | $ 335,914.88 | $ 256,585.80 | $ 592,500.68 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,529.43 | 09/01/2004 | | | |
| 335 | $1,654.17 | 09/01/2006 | | | |
| 1 | $1,647.41 | 08/01/2034 | | | |

VARIABLE RATE FEATURE:
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:   You are giving a security interest in the property located at: 1902 HERON VIEW WAY, ROUND LAKE, IL 60073

ASSUMPTION:  Someone buying this property  [X] cannot assume the remaining balance due under original terms
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:   You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

LATE CHARGES:   If a payment is late, you will be charged 5.000% of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
[ ] may  [X] will not  have to pay a penalty
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____   _____   _____   _____
Borrower TONY BRICKER   Date   Borrower   Date

_____   _____   _____   _____
Borrower   Date   Borrower   Date

TIL   7/01    BORROWER COPY

07/21/2004 4:15:09 PM

## TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Preliminary ☐    Final ☒

LENDER: Ameriquest Mortgage Company
175 E Hawthorne Parkway, # 355
Vernon Hills, IL 60061
(847)362-8171

Broker License:

Borrowers: TONY BRICKER

Type of Loan: ADJUSTABLE RATE
Date: July 21, 2004

Address: 1902 HERON VIEW WAY
City/State/Zip: ROUND LAKE, IL 60073

Loan Number: 0086694684 - 5550

Property: 1902 HERON VIEW WAY, ROUND LAKE, IL 60073

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.579 % | $ 335,914.88 | $ 256,585.80 | $ 592,500.68 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,529.43 | 09/01/2004 | | | |
| 335 | $1,654.17 | 09/01/2006 | | | |
| 1 | $1,647 41 | 08/01/2034 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier

SECURITY: You are giving a security interest in the property located at: 1902 HERON VIEW WAY, ROUND LAKE, IL 60073

ASSUMPTION: Someone buying this property ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

LATE CHARGES: If a payment is late, you will be charged 5.000% of the overdue payment .

PREPAYMENT: If you pay off your loan early, you
☐ may ☒ will not have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower TONY BRICKER      Date      Borrower      Date

Borrower      Date      Borrower      Date

TIL   (v. 7/01)



0000008669468403057 5D101

ORIGINAL COPY

07/21/2004 4:15:09 PM

# TRUTH-IN-LENDING DISCLOSURE STATEMENT

## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary     ☒ Final

LENDER:Ameriquest Mortgage Company
175 E. Hawthorne Parkway, # 355
Vernon Hills, IL 60061
(847)362-8171

Broker License:

Borrowers:TONY BRICKER

Type of Loan: ADJUSTABLE RATE
Date: July 21, 2004

Address:     1902 HERON VIEW WAY
City/State/Zip:   ROUND LAKE,IL 60073

Loan Number: 0086694684 - 5550

Property:     1902 HERON VIEW WAY. ROUND LAKE, IL 60073

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 6.579 % | $ 335,914.88 | $ 256,585.80 | $ 592,500.68 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,529 43 | 09/01/2004 | | | |
| 335 | $1,654 17 | 09/01/2006 | | | |
| 1 | $1,647 41 | 08/01/2034 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier .

SECURITY:     You are giving a security interest in the property located at: 1902 HERON VIEW WAY, ROUND LAKE, IL 60073

ASSUMPTION:   Someone buying this property    ☒ cannot assume the remaining balance due under original terms
           ☐ may assume, subject to lender's conditions. the remaining balance due under original terms.

PROPERTY INSURANCE:     You may obtain property insurance from anyone you want that is acceptable to
           Ameriquest Mortgage Company

LATE CHARGES:    If a payment is late, you will be charged 5.000% of the overdue payment .

PREPAYMENT:   If you pay off your loan early, you
☐ may    ☒ will not      have to pay a penalty
See your contract documents for any additional information regarding non-payment. default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____ 7-21-04        _____ 7/21/04
BorrowerTONY BRICKER    Date          Borrower               Date

_____        _____
Borrower           Date          Borrower              Date

TIL1 (Rev. 7/01)


0000008569468400305750101

**BORROWER COPY**

07/21/2004 4:15:09 PM

# EXHIBIT E

ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower : TONY BRICKER

Loan Number : 0086694684 - 5550

| Payee | | Amount |
|---|---|---|
| GB ALGONQUIN | (W) | $17,085.00 |
| WELLS FARGO HOME MOR | (W) | $229,201.15 |
| 2ND INSTALLMENT TAXES | (W) | $2,942.22 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Wire: $253,210.82

Loan Amount: 259,250.00

Cash/Check from Borrower:

Borrower Proceeds: $3,747.95

| Borrower TONY BRICKER | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Title Company Representative Signature | Date | | |

895-   (2/2004)



0000008669468403074307 07

# EXHIBIT F

ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney<br>TRISTAR TITLE, LLC | Title Officer/Attorney<br>KELLY SLEETER | Phone Number<br>(630)954-4000 | Order Number<br>TTC04-03156 |
|---|---|---|---|

| Borrower(s)<br>TONY BRICKER | Property Address<br>1902 HERON VIEW WAY<br>ROUND LAKE          IL          60073<br>Loan Number: 0086694684 |
|---|---|

FROM: <u>Ameriquest Mortgage Company - Vernon Hills, IL</u>   Phone No. <u>(847)362-8171</u>      Fax <u>(847)362-8132</u>
        Branch Name                           Branch Phone No.                        Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS

| LINE NO. ON SETTLEMENT<br>STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801. Loan origination fee     % to | | |
| 802. Loan discount  0.400 % to Ameriquest Mortgage Company | | $1,037.00 |
| 803. ApprsVPrep Val to Reimbursed to Lender | | $400.00 |
| 808. Yield Spread Premium to | | |
| 809. | | |
| 810. Tax Related Service Fee to Ameriquest Mortgage | | $70.00 |
| 811. Flood Search Fee to Ameriquest Mortgage Company | | $16.00 |
| 812. Lenders Processing Fee to Ameriquest Mortgage | | $626.00 |
| 813.Admin to Ameriquest Mortgage Company | | $239.00 |
| 814. Doc. Prep  Fee to | | |
| 815. Credit Report Fee to | | |
| 816. Origination Fee     % to | | |
| 817. Application Fee to Ameriquest Mortgage Company | | $360.00 |
| 818. Underwriting Fee to | | |
| 819. Service Provider Fee to | | |
| 820. Processing Fee  to | | |
| 821. Underwriting Fee to | | |
| 822. Appraisal Fee to | | |
| 901. Interest from 07/28/2004  to 08/01/2004  @  $41.55 per day | | $166.20 |
| 902. Mortgage Insurance premium for          months to | | |
| 903. Hazard Ins prem to | | $0.00 |
| 904. Flood Ins prem to | | |
| 1001. Hazard Insurance  6   months @ $ 37.50 per month | | $225.00 |
| 1002 Mortgage Insurance    months @ $    per month | | |
| 1003. Earthquake Ins    months @ $    per month | | |
| 1004. County prop taxes  6  months @ $  483.33  per month | | $2,899.98 |
| 1005. Annual assess    months @ $    per month | | |
| 1006. Flood    months @ $    per month | | |
| 1007. Windstorm Ins    months @ $     per month | | |
| 1008. | | |
| 1101. Settlement or closing fee to  TRISTARV | | $150.00 |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| 1108. Title insurance to  TRISTAR TITLE, LLC | | $50.00 |
| 1109. Lender's coverage | | |
| 1110. Owner's coverage          $ | $50.00 | |
| 1111. Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to | | |
| 1201. Recording fees | | $34.50 |
| 1202. City/county tax/stamps | | |
| 1203. State tax/ stamps | | |
| 1204. State specific fee | | |
| 1301. Demand to | | |
| 1302. Pest Inspection to | | |
| 1303. Survey Fee | | |
| 1304. Staff Appraiser Fee | | |
| 1305. Reconveyance Fee to | | |
| 1306. | | |
| 1307. Property Val Fee to | | |
| 1308. Courier Fee | | |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.

| Borrower TONY BRICKER | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Title Company Representative Signature | Date | | |

000000086694684030743070S

# EXHIBIT G

(Refinance Loans Only)

Borrower: TONY BRICKER

Date: July 21, 2004
Branch:
Vernon Hills, IL

Loan Number: 0086694684 - 5550

| | Fees | |
|---|---|---|
| Loan Discount Fee | 0.400 | $1,037.00 |
| Lender Retained Fees | | $1,311.00 |
| Prepaid Interest | | $166.20 |
| Fees Paid to Others | | $3,759.48 |

Short to Close

Total Payoffs $249,228.37

Cash to Borrower $3,747.95

Total Points & Fees $6,273.68

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| GS ALGONQUIN | | $17,085.00 | |
| BANK ONE | $14,916.00 | | $195.00 |
| WELLS FARGO HOME MOR | | $229,201.15 | |
| PROVIDIAN FINANCIAL | $5,392.00 | | $108.00 |
| NICOR GAS | $46.00 | | $10.00 |
| THD/CBUSA | $772.00 | | $23.00 |
| 2ND INSTALLMENT TAXES | | $2,942.22 | |



Total Payments: $336.00

# EXHIBIT H

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   July 21, 2004
LOAN NO :   0086694684 - 5550
TYPE:   ADJUSTABLE RATE

BORROWER(S): TONY BRICKER

ADDRESS:        1902 HERON VIEW WAY
CITY/STATE/ZIP:   ROUND LAKE,IL 60073

PROPERTY:   1902 HERON VIEW WAY
            ROUND LAKE, IL  60073

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1   The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

7-21-04                                    ;

or

2.   The date you received your Truth in Lending disclosures;

or

3   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above. but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer. you may keep it without further obligation.

---

**HOW TO CANCEL.**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

7-24-04

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time
I WISH TO CANCEL

SIGNATURE _____          DATE _____

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

BORROWER/OWNER TONY BRICKER        7-21-04    Date          BORROWER/OWNER        7/21/04    Date

BORROWER/OWNER _____  Date          BORROWER/OWNER _____  Date

**BORROWER COPY**

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  July 21, 2004
LOAN NO :  0086694684 - 5550
TYPE:  ADJUSTABLE RATE

BORROWER(S): TONY BRICKER

ADDRESS:          1902 HERON VIEW WAY
CITY/STATE/ZIP:   ROUND LAKE,IL 60073

PROPERTY:   1902 HERON VIEW WAY
            ROUND LAKE, IL  60073

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
| 7-21-04 |

;

or

2.   The date you received your Truth in Lending disclosures;
or

3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| 7-24-04 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time
**I WISH TO CANCEL**

_____        _____
SIGNATURE                                               DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

| | | |
| --- | --- | --- |
| *[signature]* 7-21-04 | *[signature]* 7/21/04 | |
| BORROWER/OWNER TONY BRICKER    Date | BORROWER/OWNER              Date | |
| | | |
| BORROWER/OWNER                 Date | BORROWER/OWNER              Date | |

Rev 01/04

0000008669468404000501D1

**BORROWER COPY**

07/21/2004 4:15:09 PM

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: July 21, 2004
LOAN NO: 0086694684 - 5550
TYPE: ADJUSTABLE RATE

BORROWER(S): TONY BRICKER

ADDRESS: 1902 HERON VIEW WAY
CITY/STATE/ZIP: ROUND LAKE,IL 60073

PROPERTY: 1902 HERON VIEW WAY
ROUND LAKE, IL 60073

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

or

2 The date you received your Truth in Lending disclosures;
or

3 The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time

I WISH TO CANCEL

SIGNATURE _____  DATE _____

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel The exercise of this right by one borrower shall be effective to all borrowers

BORROWER/OWNER TONY BRICKER _____ Date        BORROWER/OWNER _____ Date

BORROWER/OWNER _____ Date        BORROWER/OWNER _____ Date

10+    cv 01/04)    0000008694684040d0056101

LENDER COPY

07/21/2004 4:15:09 PM

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: July 21, 2004
LOAN NO.: 0086694684 - 5550
TYPE: ADJUSTABLE RATE

BORROWER(S): TONY BRICKER

ADDRESS: 1902 HERON VIEW WAY
CITY/STATE/ZIP: ROUND LAKE.IL 60073

PROPERTY: 1902 HERON VIEW WAY
ROUND LAKE, IL 60073

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is    ENTER DOCUMENT SIGNING DATE
    
    or
2. The date you received your Truth in Lending disclosures;
    or
3. The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled. and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of    ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE                                    DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____      _____    _____    _____
BORROWER/OWNER TONY BRICKER             Date     BORROWER/OWNER                Date

_____      _____    _____    _____
BORROWER/OWNER                          Date     BORROWER/OWNER                Date

(Rev 01/04)

BORROWER COPY

07/21/2004 4:15:09 PM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  July 21, 2004
LOAN NO :  0086694684 - 5550
TYPE:   ADJUSTABLE RATE

BORROWER(S): TONY BRICKER

ADDRESS:        1902 HERON VIEW WAY
CITY/STATE/ZIP:   ROUND LAKE,IL 60073

PROPERTY:  1902 HERON VIEW WAY
                ROUND LAKE.  IL  60073

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1    The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

   or
2.    The date you received your Truth in Lending disclosures;
   or
3    The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled  Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below  If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above)  If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time
I WISH TO CANCEL

SIGNATURE                                                            DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER TONY BRICKER            Date        BORROWER/OWNER                           Date

BORROWER/OWNER                               Date        BORROWER/OWNER                           Date

RC (Rev 01/04)
0000008669468404400050101

BORROWER COPY

07/21/2004 4:15:09 PM

# EXHIBIT I

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0086694684 - 5550          Borrower(s): TONY BRICKER

Date:  July 21, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          ___7-21-04___
Borrower/Owner  TONY BRICKER                Date

_____          _____
Borrower/Owner                              Date

_____          _____
Borrower/Owner                              Date

_____          _____
Borrower/Owner                              Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                    Date


0000008669468404040220101

850 (10/00)

07/21/2004 4:15:09 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0086694684 - 5550          Borrower(s): TONY BRICKER
Date: July 21, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _7-21-04_____
Borrower/Owner  TONY BRICKER                         Date

_____          _____
Borrower/Owner                                       Date

_____          _____
Borrower/Owner                                       Date

_____          _____
Borrower/Owner                                       Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                             Date



0000008669468404042201011

850 (10/00)

07/21/2004 4:15:09 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0086694684 - 5550          Borrower(s): TONY BRICKER

Date: July 21, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  TONY BRICKER                          Date

---

Borrower/Owner                                        Date

---

Borrower/Owner                                        Date

---

Borrower/Owner                                        Date

---

## REQUEST TO CANCEL

I/We want to cancel loan # _____ .

Borrower/Owner Signature _____          Date



000000866694684040422010 1

850 (10/00)

07/21/2004 4:15:09 PM

BORROWER COPY

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0086694684 - 5550

Date: July 21, 2004

Borrower(s): TONY BRICKER

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

| | |
|---|---|
| _____ | _____ |
| Borrower/Owner  TONY BRICKER | Date |
| _____ | _____ |
| Borrower/Owner | Date |
| _____ | _____ |
| Borrower/Owner | Date |
| _____ | _____ |
| Borrower/Owner | Date |

## REQUEST TO CANCEL

I/We want to cancel loan # _____ .

_____            _____
Borrower/Owner Signature               Date


0000008669468404042220101

850 (10/00)

07/21/2004 4:15:09 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0086694684 - 5550
Date: July 21, 2004

Borrower(s): TONY BRICKER

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____     _____
Borrower/Owner  TONY BRICKER              Date

_____     _____
Borrower/Owner                            Date

_____     _____
Borrower/Owner                            Date

_____     _____
Borrower/Owner                            Date

## REQUEST TO CANCEL

I/We want to cancel loan # _____

_____     _____
Borrower/Owner Signature                  Date



000000866946840404220101

850 (10/00)

07/21/2004 4:15:09 PM

LENDER COPY

# EXHIBIT J

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email:  edcombs@aol.com
### www.edcombs.com

May 22, 2006

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

AMC  Mortgage Services, Inc.
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606.

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

Re:  Notice of rescission, claim and lien, Anthony Bricker and Michelle Bricker,  1902 Heron View Way, Round Lake, Illinois 60073,  loan of July 21, 2004

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on May 22, 2006.

Daniel A. Edelman