**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**AMENDED STIPULATION RE MEDIATION**

  WHEREAS, on December 20, 2006, this Court ordered Defendants and representatives of the individual plaintiffs who have elected to opt out of the master class complaints (collectively, "Opt-Out Plaintiffs") to meet and confer in an effort to reach agreement as to the mediator and procedures for mediating all individual cases in which individuals assert that Defendants failed to provide them with proper notice of their rescission rights in violation of the Truth-In-Lending Act, 15 U.S.C. Section 1601, *et seq.* (collectively, the "Opt-Out Cases");

  WHEREAS, since the December 20, 2006 Order, counsel for Defendants and members of the Individual Claims Steering Committee (the "Committee") have engaged in regular telephonic and written meet and confer discussions in an effort to comply with this Court's request;

  WHEREAS, as a result of these efforts, counsel for Defendants, on behalf of its clients, and the Committee, on behalf of the plaintiffs in the Opt-Out Cases, have reached agreement on several issues concerning mediation of the Opt-Out Cases;

  WHEREAS, to accomplish the foregoing, the parties, through their counsel of record, hereby enter into the following Stipulation:

  (1) All parties shall use their best efforts to file all counterclaims and third-party complaints in the Opt-Out Cases by March 30, 2007;

(2) Opt-Out Plaintiffs shall use their best efforts to produce all documents in their possession, custody or control supporting the allegations and claims in their complaints by March 30, 2007; and

(3) Defendants shall use their best efforts to (1) produce to Opt-Out Plaintiffs their complete loan file and all documents supporting Defendants' claims against third-parties, (2) identify all assignees of Opt-Out Plaintiffs' loans, and (3) provide Opt-Out Plaintiffs with their account history by March 30, 2007; and

WHEREAS, the Stipulation filed on January 19, 2007 (Docket No. 398) contained a typographical error in the proposed order. The parties, therefore, submit the following Amended Stipulation.

**IT IS SO STIPULATED.**

Dated: February 21, 2007      By:/s/ Charles M. Delbaum

*Attorneys for Certain Plaintiffs*

Charles M. Delbaum
National Consumer Law Center
77 Summer Street
10th Floor
Boston, MA 02110
(617)2266-0313

Dated: February 21, 2007      By:/s/ Daniel S. Blinn

*Attorneys for Certain Plaintiffs*

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd.
Suite 512
Rocky Hill, CT 06067
(860) 571-0408

Dated: February 21, 2007      By:/s/ Daniel Harris

*Attorneys for Certain Plaintiffs*

Daniel Harris, Esq.
LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

Dated: February 21, 2007                By:/s/ Daniel A. Edelman

*Attorneys for Certain Plaintiffs*

Daniel A. Edelman, Esq.
EDELMAN, COMBS, LATTURNER, &
GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603-3403

Dated: February 21, 2007                By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company;
AMC Mortgage Services, Inc.; Town & Country
Credit Corporation; Ameriquest Capital
Corporation; Town & Country Title Services,
Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a Professional
Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: February 21, 2007                By:/s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

## **ORDER**

Counsel for Defendants and members of the Individual Claims Steering Committee having so stipulated, **IT IS ORDERED** that:

(1) All parties shall use their best efforts to file all cross-complaints and third-party complaints in the Individual NORTC Cases by March 30, 2007;

(2) Plaintiffs shall se their best efforts to produce all documents in their possession, custody or control supporting the allegations and claims in their complaints by March 30, 2007; and

(3) Defendants shall use their best efforts to (1) produce to Opt-Out Plaintiffs their complete loan file and all documents supporting Defendants' claims against third-parties, (2) identify all assignees of Opt-Out Plaintiffs' loans, and (3) provide Opt-Out Plaintiffs with their account history by March 30, 2007.

.

**IT IS SO ORDERED.**

Dated:_____, 2007   _____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

4

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 21st day of February 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage