**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| VELMA JEAN JILES | ) ) | |
| Plaintiff, | ) ) | 06 C 2771 |
| v. | ) ) ) | Judge Aspen Magistrate Judge Schenkier |
| ARGENT MORTGAGE COMPANY, LLC OPTION ONE MORTGAGE CORP., COUNTRYWIDE HOME LOANS, INC., and DOES 1-5, | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT, *INSTANTER***

Plaintiff Velma Jean Jiles hereby respectfully moves this Court, pursuant Fed. R. Civ. Pro. 15(a), for leave to file an Amended Complaint, *instanter*, in this action. A copy of Ms. Jiles's proposed Amended Complaint is attached hereto as Appendix A. In support of her motion, Ms. Jiles states as follows:

 1. Ms. Jiles filed this action on May 17, 2006 against defendant Argent Mortgage Company and affiliates to rescind their mortgage loan and recover damages for

1

violations of the Truth In Lending Act, 15 U.S.C. § 1601 ("TILA"), implementing Federal Reserve Board Regulation Z, C.F.R. part 226.

   2. Ms. Jiles's proposed amended complaint seeks to add a claim that Argent Mortgage Company violated the Equal Credit Opportunity Act ("ECOA").  The new paragraphs are ¶¶ 27-31.

   3. This motion is timely.  First, defendants have not yet answered the original complaint.

   4. Second, between April 24, 2006 and December 22, 2006, this Court had a litigation stay in effect that applied to routine motion practice as well as discovery.  Thus, plaintiff could not have filed this motion before now.

   5. Third, discovery in this and related cases is at the earliest stage, due to the stay imposed by the Court and lifted only recently.  In fact, there has been <u>no</u> discovery in this case, which was filed during the effective period of the stay.  Therefore, the granting of this motion will not significantly delay or prolong discovery or any final disposition in this case.

   6. The minor, proposed changes would not cause any prejudice to any defendant. See <u>Johnson v. Oroweat Foods</u>, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial); <u>Hely & Patterson Intern v. F.D. Rich Housing</u>, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered had the amendments . . . been timely"); <u>Head v. Timken Roller Bearing Co.</u>, 486 F.2d 870, 873 (6th Cir. 1973) ("amendments should be tendered no later

than the time of pretrial . . .").

       7.    Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

WHEREFORE, plaintiff respectfully requests that this Court enter an Order granting her leave to file the proposed Amended Complaint, a copy of which is attached as Appendix A, and to grant any further or other relief that the Court deems just.

                                  Respectfully submitted,

                                  s/Al Hofeld, Jr.
                                  Al Hofeld, Jr.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS
      & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)