# EXHIBIT C

7/26/04 4:45 PM       OMB No. 2502-0265

| A. U.S. Department of Housing and Urban Development | B. Type of Loan | |
|---|---|---|
| | 1 [ ] FHA  2 [ ] FMHA  3. [ ] Conv. Unins | |
| | 4. [ ] VA  5. [ ] Conv. Ins.  [X] Other. | |
| | 6. File Number | 7. Loan Number |
| | 388925 | 0060542834-9701 |
| Settlement Statement | 8. Mortgage Ins. Case No. | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked ("POC") were paid outside the closing; they are shown here for information purposes and are not included in the totals.

D. Name of Borrower: Roosevelt Jiles
Velma Jean Jiles

E. Name of Seller:

F. Name of Lender: Argent Mortgage Company, 1701 Golf Road, Rolling Meadows, IL 60008

G. Property Location: 346 West 113th Street, Chicago, IL 60628

H. Settlement Agent: Stewart Title of Illinois       TIN: 36-2849696
Place of Settlement: 9913 Southwest Hwy. Oak Lawn, IL 60453

I. Settlement Date: 7/26/2004       Proration Date: 7/30/2004

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross amount due from borrower: | | 400. Gross amount due to seller: | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 7,579.96 | 403. | |
| 104. MTG P/O OPTION ONE | 89,401.59 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross amount due from borrower: | 96,981.55 | 420. Gross amount due to seller: | 0.00 |
| 200. Amounts paid by or in behalf of the borrower: | | 500. Reduction in amount due to seller: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 96,650.00 | 502. Settlement charges to seller (line 1400) | 0.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total paid by/for borrower: | 96,650.00 | 520. Total reduction in amount due seller: | 0.00 |
| 300. Cash at settlement from/to borrower: | | 600. Cash at settlement to/from seller: | |
| 301. Gross amount due from borrower (line 120) | 96,981.55 | 601. Gross amount due to seller (line 420) | 0.00 |
| 302. Less amount paid by/for borrower (line 220) | 96,650.00 | 602. Less total reduction in amount due seller(line 520) | 0.00 |
| 303. CASH (X)FROM ()TO BORROWER | 331.55 | 603. CASH ()FROM ()TO SELLER | 0.00 |

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTION - If this real estate was your principle residence, file form 2119. Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797. Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide Stewart Title of Illinois with your correct taxpayer identification number.
If you do not provide Stewart Title of Illinois with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

| | L. Settlement Charges | 7/26/04 4:45 PM | File Number 388925 | |
|---|---|---|---|---|
| 700. | Total sales/broker commission | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| | Division of commission (line 700) as follows: | | | |
| 701. | $ | | | |
| 702. | $ | | | |
| 703. | Commission paid at settlement | | | |
| 704. | | | | |
| 800. | Items payable in connection with loan | | | |
| 801. | Loan origination fee    to  Integrity 1st Mortgage   ( 3%) | | 2,899.50 | |
| 802. | Loan discount | | | |
| 803. | Appraisal fee    to  ATLANTIC APPRAISAL | | 300.00 | |
| 804. | Credit report | | | |
| 805. | Lender's inspection fee | | | |
| 806. | Mortgage insurance application fee | | | |
| 807. | Assumption fee | | | |
| 808. | TAX SERVICE FEE    to  Argent Mortgage Company | | 70.00 | |
| 809. | FLOOD SEARCH FEE    to  Argent Mortgage Company | | 16.00 | |
| 810. | ADMIN FEE    to  Argent Mortgage Company | | 175.00 | |
| 811. | UNDERWRITING FEE    to  Argent Mortgage Company | | 375.00 | |
| 812. | PROCESSING FEE    to  Integrity 1st Mortgage | | 495.00 | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| 816. | | | | |
| 817. | | | | |
| 900. | Items required by lender to be paid in advance | | | |
| 901. | Interest from  7/30/2004 to 8/1/2004  at $21.1600/day  for 2 days. | | 42.32 | |
| 902. | Mortgage insurance premium for | | | |
| 903. | Hazard insurance premium for    to AMERICAN FAMILY I | | 393.33 | |
| 904. | | | | |
| 905. | | | | |
| 1000. | Reserves deposited with lender | | | |
| 1001. | Hazard insurance  7 mo.@ $78.6700 per mo. | | 550.69 | |
| 1002. | Mortgage insurance | | | |
| 1003. | City property taxes | | | |
| 1004. | County property taxes  2 mo.@ $43.1500 per mo. | | 86.30 | |
| 1005. | Annual assessments (maint.) | | | |
| 1006. | | | | |
| 1007. | | | | |
| 1008. | | | | |
| 1009. | | | | |
| 1100. | Title charges | | | |
| 1101. | Settlement or closing fee    to  Stewart Title of Illinois | | 200.00 | |
| 1102. | Abstract or title search | | | |
| 1103. | Title examination | | | |
| 1104. | Title insurance binder | | | |
| 1105. | Document preparation | | | |
| 1106. | Notary fees | | | |
| 1107. | Attorney's fees to | | | |
| | includes above items no.: | | | |
| 1108. | Title insurance    to  Precision 1st Title Company | | 350.00 | |
| | includes above items no.: | | | |
| 1109. | Lender's coverage  $96,650.00    $350.00 | | | |
| 1110. | Owner's coverage | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | RISK PREMIUM    to  Stewart Title of Illinois | | 100.00 | |
| 1114. | PKG/PROCESSING P/O FEE    to  Stewart Title of Illinois | | 35.00 | |
| 1115. | STAT POLICY FEE    to  Stewart Title of Illinois | | 3.00 | |
| 1200. | Government recording and transfer charges | | | |
| 1201. | Recording fees:   Mortgage $52.00 | | 52.00 | |
| 1202. | City/county tax/stamps: | | | |
| 1203. | State tax/stamps: | | | |
| 1204. | | | | |
| 1205. | | | | |
| 1206. | | | | |
| 1300. | Additional settlement charges | | | |
| 1301. | Survey | | | |
| | Pest inspection | | | |
| 1303. | PAY ON ACCOUNT    to  GE CUSTOM AUTO | | 531.00 | |
| 1304. | PAY ON ACCOUNT    to  COLLECTION COMPANY | | 313.00 | |
| 1305. | TI TAXES 2003 2nd INSTALL    to  STCI TI ACCT PIN#25-21-212-032 | | 517.82 | |
| 1306. | TI SET UP FEE    to  Stewart Title of Illinois | | 75.00 | |
| 1307. | | | | |
| 1308. | | | | |
| 1400. | Total settlement charges (entered on lines 103, section J and 502, section K) | | 7,579.96 | |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receip

**Settlement Statement**
Optional Form for Transactions without Sellers

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0491
WLI

| | |
|---|---|
| Name & Address of Borrower: ROOSEVELT JILES<br>346 WEST 113TH STREET  CHICAGO,IL 60628 | Name & Address of Lender: Argent Mortgage Company, LLC<br>1701 Golf Road<br>Rolling Meadows, IL 60008 |
| Property Location: (if different from above)<br>346 WEST 113TH STREET, CHICAGO, IL 60628 | Settlement Agent: STEWART TITLE COMPANY<br>Place of Settlement: 9913 SOUTHWEST HWY<br>Oak Lawn, IL 60453 |

**L. Settlement Charges**

| 800. Items Payable in Connection with Loan | | Loan Number: 0060542834 - 9701 | Settlement Date: Estimated 07/30/2004 |
|---|---|---|---|
| 801. Loan origination fee   % to | | | |
| 802. Loan discount    % to | | **M. Disbursement to Others** | |
| 803. Apprsl/Prop Val to ATLANTIC APPRAISAL | $300.00 | 1501. OPTION ONE MORTGAGE (W) | $89,159.80 |
| 804. Credit report to | | | |
| 805. Inspection fee to | | 1502. GE CUSTOM AUTO (W) | $531.00 |
| 806. | | | |
| 807. | | 1503. COLLECTION COMPANY O (W) | $313.00 |
| 808. Yield Spread Premium to | | | |
| 809. | | 1504 | |
| 810. Tax Related Service Fee to Argent Mortgage Company, | $70.00 | | |
| 811. Flood Search Fee to Argent Mortgage Company, LLC | $16.00 | 1505 | |
| 812. Lenders Processing Fee to | | | |
| 813. Admin to Argent Mortgage Company, LLC | $175.00 | 1506 | |
| 814. Doc. Prep. Fee to | | | |
| 815. Credit Report Fee to | | 1507 | |
| 816. Origination Fee 3.000 % to Integrity 1st Mortgage | $0.00 $2,899.50 | | |
| 817. Application Fee to | | 1508 | |
| 818. Underwriting Fee to | | | |
| 819. Service Provider Fee to | | 1509 | |
| 820. Processing Fee to Integrity 1st Mortgage | $495.00 | | |
| 821. Underwriting Fee to Argent Mortgage Company, LLC | $375.00 | 1510 | |
| 822. Appraisal Fee to | | | |
| **900. Items Required by Lender to be Paid in Advance** | | 1511 | |
| 901. Interest from 07/30/2004 to 08/01/2004 @ $21.16 per day | $42.32 | | |
| 902. Mortgage Insurance premium for  months to | | 1512 | |
| 903. Hazard ins prem to AMERICAN FAMILY INS CO | $393.33 | | |
| 904. Flood Ins prem to | | 1513 | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Hazard insurance 7 months @ $ 78.67 per month | $550.69 | 1514 | |
| 1002. Mortgage Insurance  months @ $  per month | | | |
| 1003. Earthquake Ins  months @ $  per month | | 1515 | |
| 1004. County prop. taxes 2 months @ $ 43.15 per month | $86.30 | | |
| 1005. Annual assess.  months @ $  per month | | | |
| 1006. Flood  months @ $  per month | | 1520. TOTAL DISBURSED (enter on line 1603) | $90,003.80 |
| 1007. Windstorm Ins  months @ $  per month | | | |
| 1008. | | | |
| **1100. Title Charges** | | | |
| 1101. Settlement or closing fee to Stewart Title | $535.00 | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| 1108. Title insurance to Stewart Title | $623.00 | | |
| 1109. Lender's coverage   $ | | Total Wire:   $95,334.69 | |
| 1110. Owner's coverage   $ | | | |
| 1111. Settlement/Disbursement fee to | | | |
| 1112. Escrow Fee to | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording fees | | | |
| 1202. City/county tax/ stamps | | **N. NET SETTLEMENT** | |
| 1203. State tax/ stamps | | | |
| 1204. State specific fee | | | |
| 1205. State specific fee | | 1600. Loan Amount | 96,650.00 |
| **1300. Additional Settlement Charges** | | | |
| 1301. Demand to | | 1601. Plus Cash/Check from Borrower | |
| 1302. Pest Inspection to | | | |
| 1303. Survey Fee | | 1602. Minus Total Settlement Charges (line 1400) | $6,561.14 |
| 1304. Misc Fees | | | |
| 1305. Reconveyance Fee to | | 1603 Minus Total Disbursements to Others (line 1520) | $90,003.80 |
| 1306. | | | |
| 1307. Apprsl/Prop Val Fee to | | 1604. Equals Disbursements to Borrower (after expiration of any applicable rescission period) | |
| 1308. Courier Fee | | | $85.06 |
| **1400. Total Settlement Charges (enter on line 1602)** | $6,561.14 | | |

Borrower(s) Signature(s):

X /s/ Roosevelt Jiles

Approved for Funding By:     Approved:     Branch: Rolling Meadows, IL 60008

# EXHIBIT D

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Argent Mortgage Company, LLC
1701 Golf Road
Rolling Meadows, IL 60008
(847)690-0517

[ ] Preliminary     [X] Final

Broker License: 6325

Borrowers: ROOSEVELT JILES

Type of Loan: FIXED RATE
Date: July 26, 2004

Address: 346 WEST 113TH STREET
City/State/Zip: CHICAGO, IL 60628

Loan Number: 0060542834 - 9701

Property: 346 WEST 113TH STREET, CHICAGO, IL 60628

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 8.507 % | $ 163,021.14 | $ 92,042.18 | $ 255,063.32 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $708.51 | 09/01/2004 | | | |
| 1 | $708.23 | 08/01/2034 | | | |

**VARIABLE RATE FEATURE:**
[ ] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 346 WEST 113TH STREET, CHICAGO, IL 60628

**ASSUMPTION:** Someone buying this property
[X] cannot assume the remaining balance due under original terms
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC

**LATE CHARGES:** If a payment is late, you will be charged 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may   [X] will not   have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____  7/26/04
Borrower ROOSEVELT JILES     Date

_____  7-26-04
Borrower VELMA JEAN JILES    Date

_____  _____
Borrower                    Date

_____  _____
Borrower                    Date

TIL1 (Rev. 7/01)                                07/22/2004 3:50:41 PM

# EXHIBIT E

# NOTICE OF RIGHT TO CANCEL

LENDER: Argent Mortgage Company, LLC

DATE: July 26, 2004
LOAN NO.: 0060542834 - 9701
TYPE: FIXED RATE

BORROWER(S): ROOSEVELT JILES

ADDRESS: 346 WEST 113TH STREET
CITY/STATE/ZIP: CHICAGO, IL 60628

PROPERTY: 346 WEST 113TH STREET
CHICAGO, IL 60628

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| DOCUMENT SIGNING DATE |
|---|
| 07/26/2004 |

; or

2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN: FUNDING
PHONE: (800)-561-4072
FAX: (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| FINAL DATE TO CANCEL |
|---|
| 07/29/2004 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE                                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ 7/26/04
BORROWER/OWNER ROOSEVELT JILES    Date

_____ 7-26-04
BORROWER/OWNER VELMA JEAN JILES V-J    Date

_____
BORROWER/OWNER                   Date

_____
BORROWER/OWNER                   Date

1064-NRC (Rev 6/99)

07/22/2004 3:50:41 PM

# NOTICE OF RIGHT TO CANCEL

LENDER: Argent Mortgage Company, LLC

DATE: July 26, 2004
LOAN NO.: 0060542834 - 9701
TYPE: FIXED RATE

BORROWER(S): ROOSEVELT JILES

ADDRESS: 346 WEST 113TH STREET
CITY/STATE/ZIP: CHICAGO, IL 60628

PROPERTY: 346 WEST 113TH STREET
CHICAGO, IL 60628

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| DOCUMENT SIGNING DATE |
|---|
| 07/26/2004 |

; or

2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN: FUNDING
PHONE: (800)-561-4072
FAX: (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| FINAL DATE TO CANCEL |
|---|
| 07/29/2004 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____     _____
SIGNATURE                                              DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

_____     *Velma J Jiles VJ*  7-26-04
BORROWER/OWNER ROOSEVELT JILES    Date    BORROWER/OWNER VELMA JEAN JILES    Date

*Roosevelt Ji...*  7/26/04
BORROWER/OWNER    Date    BORROWER/OWNER    Date

1064-NRC (Rev 6/99)                                                    07/22/2004 3:50:41 PM

# NOTICE OF RIGHT TO CANCEL

LENDER: Argent Mortgage Company, LLC

DATE: July 26, 2004
LOAN NO.: 0060542834 - 9701
TYPE: FIXED RATE

BORROWER(S): ROOSEVELT JILES

ADDRESS: 346 WEST 113TH STREET
CITY/STATE/ZIP: CHICAGO, IL 60628

PROPERTY: 346 WEST 113TH STREET
CHICAGO, IL 60628

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| DOCUMENT SIGNING DATE |
|---|
| 07/26/2004 |

; or

2. The date you received your Truth in Lending disclosures; or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

ATTN: FUNDING
PHONE: (800)-561-4072
FAX: (714)-347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| FINAL DATE TO CANCEL |
|---|
| 07/29/2004 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____
SIGNATURE

_____
DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____
BORROWER/OWNER ROOSEVELT JILES     Date

*/s/ Velma J. Jiles*  7-26-04
BORROWER/OWNER VELMA JEAN JILES     Date

*/s/ Roosevelt Jiles*  7/26/04
BORROWER/OWNER     Date

_____
BORROWER/OWNER     Date

1064-NRC (Rev 6/99)

07/22/2004 3:50:41 PM

# EXHIBIT F

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
## Chicago, Illinois 60603-3403
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email: edcombs@aol.com
## www.edcombs.com

April 26, 2006

**BY CERTIFIED MAIL**

Argent Mortgage Company, LLC
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

Option One Mortgage Corporation
c/o registered agent
CT Corporation System
208 S. LaSalle, Suite 814
Chicago, IL 60604

Countrywide Home Loans, Inc.
c/o registered agent
Prentice Hall Corporation
33 N. LaSalle Street
Chicago, IL 60602.

       Re: Notice of rescission, claim and lien, Roosevelt Jiles and Velma Jean Jiles, 346 West 113th Street, Chicago, IL 60628, loan of July 26, 2004

Ladies/Gentlemen:

  Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

  Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

  If you claim that the owner of the loan is other than one of the companies listed

above, please identify the owner pursuant to 15 U.S.C. §1641(d).

    Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

                     Sincerely,

                     Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on April 26, 2006.

_____
Daniel A. Edelman