IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *DaMate v. AMC Mortgage Services, Inc.,* Case No. 1:06-cv-00131-DAE-LEK (D. Haw.) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff Leimana DaMate voluntarily dismisses with prejudice the above-captioned action, *DaMate v. AMC Mortgage Services, Inc.,* originally filed as Case No. 1:06-cv-00131-DAE-LEK (D. Haw.), and transferred to this Court and designated as Case No. 2006-3128. Each party shall bear its own costs and attorneys fees.


DATED: December 12, 2006         By: /s/ John Harris Paer

*Attorneys for Plaintiff Leimana DaMate*

John Harris Paer
41B Kepola Pl
Honolulu, HI 96817

**CERTIFICATE OF SERVICE**

      I, Bernard E, LeSage, hereby certify that on this 28th day of February 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                         By: /s/ Bernard E. LeSage