**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>*BALL-DANIEL v. ARGENT MORTGAGE COMPANY, et al.*, Case No. 06-6602;, *COOPER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6604; *FULLER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 07-0291; *GREEN et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6945; *HALL v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6607; *HARRISON v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6947; *JOYNER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6784; *MALDONADO, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6609; *MULLER, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6946; *O'MALLEY v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6373; *O'NEIL, et al., v. ARGENT MORTGAGE COMPANY, LLC, et al.,* Case No. 06-6375; *SCOTT, et al., v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-6786; *SHIELDS v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-678 | |

**JOINT STATEMENT REGARDING REASSIGNMENT**

Plaintiffs and Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Argent Mortgage Company, LLC and Deutsche Bank National Trust, agree that the thirteen actions listed below are related and should be transferred to this Court pursuant to LR40.4(c). Defendants hereby withdraw their opposition to Plaintiffs' related case motion without prejudice

1

to challenge venue at a later time. Should Defendants choose to challenge venue at a later time, Plaintiffs agree not to oppose such a challenge based on timeliness.

The cases that Plaintiffs and Defendants ask to be transferred to this Court are:

*Ball-Daniel v. Argent Mortgage Company, et al.*, Case No. 06-6602 (Nordberg, J.)

*Cooper, et al., v. Ameriquest Mortgage Company, et al.,* Case No. 06-6604 (Manning, J.)

*Fuller, et al., v. Ameriquest Mortgage Company, et al.,* Case No. 07-0291 (Shadur, J.)

*Green, et al., v. Ameriquest Mortgage Company, et al.,* Case No. 06-6945 (Andersen, J.)

*Hall v. Ameriquest Mortgage Company, et al.*, Case No. 06-6607 (Gettleman, J.)

*Harrison v. Ameriquest Mortgage Company*, Case. No. 06-6947 (Shadur, J.)

*Joyner, et al., v. Ameriquest Mortgage Company,* Case No. 06-6784 (Bucklo, J.)

*Maldonado, et al., v. Ameriquest Mortgage Company*, Case No. 06-6609 (Filip, J.)

*Muller, et al., v. Ameriquest Mortgage Company*, Case No. 06-6946 (Bucklo, J.)

*O'Malley v. Ameriquest Mortgage Company*, Case No. 06-6373 (Darrah, J.)

*O'Neil, et al., v. Argent Mortgage Company, LLC, et al*., Case No.06-6375(Gottschall, J.)

*Scott, et al., v. Ameriquest Mortgage Company, et al.,* Case No. 06-6786 (Pallmeyer, J.)

*Shields v. Ameriquest Mortgage Company, et al.,* Case No. 06-6787 (Der-Yeghiayan, J.)

DATED: February 28, 2007    By:/s/ Daniel S. Blinn

*Attorneys for Certain Plaintiffs*

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd.
Suite 512
Rocky Hill, CT 06067
(860) 571-0408

DATED: February 28, 2007    By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc. and Deutsche Bank National Trust*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

DATED: February 28, 2007    By:/s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 28th day of February 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 1150994v1

4