**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES | MDL 1715 <br> Lead Case No. 05 C 7097 <br> Centralized before <br> Judge Marvin E. Aspen |
| This Document Relates To: <br> Fredrich W. Grabs, Plaintiff <br> v. <br> Argent Mortgage Company, LLC, et. al., Defendant | 06-CV-2809 |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

Argent Mortgage Company, LLC

| |
|---|
| NAME (Type or print) <br> Jean K. Janes |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/Jean K. Janes |
| FIRM <br> Much Shelist Denenberg Ament & Rubenstein, P.C. |
| STREET ADDRESS <br> 191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP <br> Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6271799 | TELEPHONE NUMBER <br> 312-521-2405 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES   NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |