IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Orrison et al. v. Argent Mortgage Co., LLC, et al.*, Case No. 06-0175 (W.D. Mich.) | |

## NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT

On February 6, 2007, plaintiffs in *Orrison et al. v. Argent Mortgage Co. LLC, et al.*, Case No. 06-0175 (W.D. MI), filed a Motion For Leave to Amend Complaint. [Docket No. 441] Defendant Argent Mortgage Co., LLC ("Argent") continues to dispute the merits of the claims in this action, and does not concede that the additional party is proper. Argent does not, however, oppose the granting of leave to amend.

DATED: March 2, 2007

Respectfully submitted,

By: s/ Gregory J. Miarecki

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
Gregory J. Miarecki
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

**CERTIFICATE OF SERVICE**

    I, Gregory J. Miarecki, hereby certify that on this 2nd day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                By: s/ Gregory J. Miarecki