**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Blain et al. v. Argent Mortgage Co., LLC, et al.*, Case No. 06-0170 (W.D. Mich.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

On February 6, 2007, plaintiffs in *Blain et al. v. Argent Mortgage Co. LLC, et al.*, Case No. 06-0170 (W.D. Mich.), filed a Motion For Leave to Amend Complaint. [Docket No. 443] Defendant Ameriquest Mortgage Co. ("Defendant") continues to dispute the merits of the claims in this action, and does not concede that the additional party is proper. Defendant does not, however, oppose the granting of leave to amend.

DATED: March 2, 2007

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

1

## CERTIFICATE OF SERVICE

     I, Bernard E. LeSage, hereby certify that on this 2nd day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                      By: /s/ Bernard E. LeSage