# EXHIBIT D

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
10600 White Rock Road, Suite 200-04
Rancho Cordova, CA 95670
(916)853-4704

Preliminary ☐   Final [X]

Borrowers: Kathryn A. Campau    Thomas E. Campau

Broker License:

Type of Loan:  ADJUSTABLE RATE
Date:  December 8, 2004

Address:     2000 South Hammond Lake Road
City/State/Zip:   West Bloomfield, MI 48324

Loan Number:  0099195083 - 5876

Property:   2000 South Hammond Lake Road, West Bloomfield, MI 48324

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.458    % | $ 854,642.30 | $ 469,521.65 | $ 1,324,163.95 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $3,064.35 | 02/01/2005 | | | |
| 6 | $3,698.11 | 02/01/2007 | | | |
| 329 | $3,722.53 | 08/01/2007 | | | |
| 1 | $3,718.52 | 01/01/2035 | | | |

VARIABLE RATE FEATURE:
[X]   Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:     You are giving a security interest in the property located at: 2000 South Hammond Lake Road, West Bloomfield, MI 48324

ASSUMPTION:   Someone buying this property   [X]  cannot assume the remaining balance due under original terms.
☐  may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:     You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES:    If a payment is late, you will be charged  5.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
[X]  may   ☐  will not   have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____   _____   _____   _____
Borrower Kathryn A. Campau         Date        Borrower Thomas E. Campau          Date

_____   _____   _____   _____
Borrower                          Date        Borrower                           Date


0000009919508363030575010

BORROWER COPY

12/07/2004 4:15:48 PM

# EXHIBIT E

## NOTICE OF RIGHT TO CANCEL

ͿDER: Ameriquest Mortgage Company

DATE: December 8, 2004
LOAN NO.: 0099195083 - 5876
TYPE: ADJUSTABLE RATE

BORROWER(S): Kathryn A. Campau     Thomas E. Campau

ADDRESS:     2000 South Hammond Lake Road
CITY/STATE/ZIP:    West Bloomfield,MI 48324

PROPERTY:   2000 South Hammond Lake Road
             West Bloomfield, MI 48324

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

12/8/04          ;

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN: FUNDING
PHONE: **(714)634-3494**
FAX: **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

12/11/04

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____      _____
SIGNATURE                                      DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

---

BORROWER/OWNER Kathryn A. Campau     Date     BORROWER/OWNER Thomas E. Campau     Date

---

BORROWER/OWNER     Date     BORROWER/OWNER     Date



RC (Rev 11/03)     00000099195083040000050101

**BORROWER COPY**

12/07/2004 4:15:48 PM

## NOTICE OF RIGHT TO CANCEL

**:ER:** Ameriquest Mortgage Company

DATE: December 8, 2004
LOAN NO.: 0099195083 - 5876
TYPE: ADJUSTABLE RATE

BORROWER(S): Kathryn A. Campau     Thomas E. Campau

ADDRESS:     2000 South Hammond Lake Road
CITY/STATE/ZIP:   West Bloomfield,MI 48324

PROPERTY:   2000 South Hammond Lake Road
            West Bloomfield, MI 48324

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

    1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| _____ |

      or
  2.   The date you received your Truth in Lending disclosures;
      or
  3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

  5u decide to cancel this transaction, you may do so by notifying us in writing, at:

    Ameriquest Mortgage Company               ATTN: FUNDING
    1600 S Douglass Rd                         PHONE: (714)634-3494
    Anaheim, CA 92806                          FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| _____ |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                                DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____    ____     _____    ____
BORROWER/OWNER Kathryn A. Campau    Date     BORROWER/OWNER Thomas E. Campau    Date

_____    ____     _____    ____
BORROWER/OWNER                  Date     BORROWER/OWNER                Date

(Rev 1 1/03)   7777777707070700076765242717744400777370
7613544403073331743445125400774241737560
1001075504373776912220772825031306300 1107
50000084190082040008001071

**LENDER COPY**

12/07/2004 3:09:01 PM

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: December 8, 2004
LOAN NO.: 0099195083 - 5876
TYPE: ADJUSTABLE RATE

BORROWER(S): Kathryn A. Campau    Thomas E. Campau

ADDRESS: 2000 South Hammond Lake Road
CITY/STATE/ZIP: West Bloomfield, MI 48324

PROPERTY: 2000 South Hammond Lake Road
West Bloomfield, MI 48324

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

_____

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                        DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____  _____          _____  _____
BORROWER/OWNER Kathryn A. Campau      Date          BORROWER/OWNER Thomas E. Campau         Date


_____  _____          _____  _____
BORROWER/OWNER                                Date          BORROWER/OWNER                                Date

1    (ev 11/03)    777777770707070007876524217174440077370
7613544403073331743445125400774241737560
100107560437377801223012662013063001107
5660009795943060060107

**BORROWER COPY**

12/07/2004 3:09:01 PM

# EXHIBIT F

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0099195083 - 5876

Date: December 8, 2004

Borrower(s): Kathryn A. Campau
Thomas E. Campau

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  Kathryn A. Campau

Date

---

Borrower/Owner  Thomas E. Campau

Date

---

Borrower/Owner

Date

---

Borrower/Owner

Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

---

Borrower/Owner Signature

Date

---



0000009919508304042201011

850 (10/00)

12/07/2004 4:15:48 PM

**BORROWER COPY**

# EXHIBIT G

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower : Kathryn A. Campau
         Thomas E. Campau

Close Date:      12/08/2004

Loan Number :  0099195083 - 5876

| Payee | | Amount |
|---|---|---|
| WELLS FARGO BANK NV | (W) | $23,190.58 |
| AMERIQUEST MORTGAGE | | $393,765.90 |
| CITI | (W) | $23,715.00 |
| CHASE NA | (W) | $16,824.00 |
| Bloomfield Township | (W) | $2,773.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Wire:   $75,865.75

Loan Amount:     482,300.00

Cash/Check from Borrower:

Borrower Proceeds:    $7,183.17

Estimated Funding Date:    12/15/2004

Title Company Representative Signature      Date

Print Date:    12/07/2004    03:08PM

8a.  .√ (2/2004)

7777777707070700076785242717744400767361
771255551307233085344513540077424173756010010774241737560190107396271130340231007
0500099199549030743070