# EXHIBIT H

# CLOSING INSTRUCTIONS
# ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| MORTGAGE INFORMATION SERVICES | ESCROW OFFICER | (888)901-4647 | |

| Borrower(s) | Property Address |
|---|---|
| Ka—— n A. Campau  Thomas E. Campau | 2000 South Hammond Lake Road |
| | West Bloomfield   MI   48324 |
| | Loan Number: 0099195083 |

FROM: Ameriquest Mortgage Company - Portfolio  Phone No. (916)853-4704  Fax (916)853-4881
Branch Name                                     Branch Phone No.           Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS.

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801. Loan origination fee   % to | | |
| 802. Loan discount 2.000 % to Ameriquest Mortgage Company | | $9,646.00 |
| 803. Apprsl/Prop Val to Reimbursed to Lender | | $275.00 |
| 808. Yield Spread Premium to | | |
| 809. | | |
| 810. Tax Related Service Fee to Ameriquest Mortgage | | $35.00 |
| 811. Flood Search Fee to Ameriquest Mortgage Company | | $16.00 |
| 812. Lenders Processing Fee to Ameriquest Mortgage | | $626.00 |
| 813. Admin to Ameriquest Mortgage Company | | $239.00 |
| 814. Doc. Prep. Fee to | | |
| 815. Credit Report Fee to | | |
| 816. Origination Fee  % to | | |
| 817. Application Fee to Ameriquest Mortgage Company | | $360.00 |
| 818. Underwriting Fee to | | |
| 819. Service Provider Fee to | | |
| 820. Processing Fee to | | |
| 821. Underwriting Fee to | | |
| 822. Appraisal Fee to | | |
| 901. Interest from 12/15/2004 to 01/01/2005 @ $86.55 per day | | $1,471.35 |
| 902. Mortgage insurance premium for  months to | | |
| 903. Hazard ins prem to | | $0.00 |
| 904. Flood Ins prem to | | |
| Hazard insurance  months @ $  per month | | |
| Mortgage insurance  months @ $  per month | | |
| Earthquake Ins  months @ $  per month | | |
| 1004. County prop. taxes  months @ $  per month | | |
| 1005. Annual assess.  months @ $  per month | | |
| 1006. Flood  months @ $  per month | | |
| 1007. Windstorm Ins  months @ $  per month | | |
| 1008. | | |
| 1101. Settlement or closing fee to MIS | | $325.00 |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| 1108. Title insurance to MIS | | $1,720.00 |
| 1109. Lender's coverage | | |
| 1110. Owner's coverage   $ | $1,720.00 | |
| 1111. Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to | | |
| 1201. Recording fees | | $50.00 |
| 1202. City/county tax/stamps | | |
| 1203. State tax/ stamps | | |
| 1204. State specific fee | | |
| 1301. Demand to | | |
| 1302. Pest Inspection to | | |
| 1303. Survey Fee | | |
| 1304. Staff Appraiser Fee | | |
| 1305. Reconveyance Fee to MIS | | $25.00 |
| 1306. | | |
| 1307. Property Val Fee to | | |
| 1308. Courier Fee | | $60.00 |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.

7777777707070700076765242717744400767361
7712555513073331643445134410774241737560100107373103025123060100107742417375
000000991950830307430706

_____  _____
Ti... .mpany Representative Signature              Date

# EXHIBIT I

## Ameriquest Mortgage Company

Borrower Name: Kathryn A. Campau  
Borrower Name: Thomas E. Campau

Loan Number: 0099195083 - 5876  
Property Address: 2000 South Hammond Lake Road  
West Bloomfield, MI 48324

## UNDERSTANDING YOUR OPTIONS REGARDING INTEREST RATES AND DISCOUNT POINTS

The interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are related to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the interest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by taking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount points. The following example shows how your options work.



**STARTING LOAN TERMS SCENARIO***

**In this example, the base rate is 7% and points are 1.6%, which is $1,600:**

Loan amount: $100,000  
Interest rate: 7%  
Discount points: 1.6% ($1,600)



**LOWER RATE SCENARIO**

To receive a lower interest rate, you can take a loan with an additional 1.6 discount points:

Loan amount: $100,000  
Interest rate: 6%  
Discount points: 3.2% ($3,200)



**REDUCED DISCOUNT POINT SCENARIO**

To reduce your discount points by 1.6, your interest rate would be 1 percentage point higher:

Loan amount: $100,000  
Interest rate: 8%  
Discount points: 0% (0)

\* The terms of your loan may be different from the above example. Other factors influence rate, such as how much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but *not* necessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for some time. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon. Your account executive can give you more information about the options available to you and the exact terms of your loan.

7777777707070700076765242717744400777370
7613544403073331743445125400774241737560
10010755604373776012230706151332271022107
000000991950830405930101

. 09/24/03

# EXHIBIT J

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603-3403
(312) 739-4200
(800) 644-4673
(312) 419-0379 (FAX)
Email: edcombs@aol.com
www.edcombs.com

July 12, 2006

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

              Re:    Notice of rescission, claim and lien, Thomas Campau and Kathryn Campau, 2000 South Hammond Lake, West Bloomfield, MI 48324.

Ladies/Gentlemen:

       Each of the above clients hereby give notice that they rescind all of their loans with Ameriquest for noncompliance with the Truth in Lending Act.

       Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

       If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history for each loan so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on July 12, 2006.

_____
Daniel A. Edelman

# EXHIBIT K

## Tom Campau

**From:** "Kathryn Campau" <KathrynCampau@ppom.com>
**To:** <tcampau@ameritech.net>
**Sent:** Wednesday, December 15, 2004 3:31 PM
**Attach:** 627615.PDF
**Subject:** FW: Ameriquest - Refinance

Here you go!

*Kathryn Campau*
*Executive Assistant to Jeffrey Connolly/CEO*
*(248) 357-7766 Ext. 278*
*kathryncampau@ppom.com*

-----Original Message-----
From: HBustamante@ameriquest.com [mailto:HBustamante@ameriquest.com]
Sent: Wednesday, December 15, 2004 1:18 PM
To: Kathryn Campau
Subject: Ameriquest - Refinance


Hi Kathy,

We received the package today just fine. Thank you so much for your cooperation.

But now it is with great embarrassment that I must tell you we incorrectly calculated the loan payoff amount. Our corporate office has funded your loan but in the process they discovered the error.

What this means is you will be receiving less cash than was originally supposed to be disbursed to you. The old cash out amount was $4,358.75. Due to the correction, your new cash out amount will be $3,812.89.

Included is a document with the correct amounts and we are asking you to resign it so disbursement can proceed.

I do apologize for any inconvenience this may have caused.

Sincerely,

Henry Bustamante
Account Executive, PR-4
Ameriquest Mortgage Company
Office (800) 908-9830
Fax (800) 933-3104

12/15/2004

# EXHIBIT L

| Settlement Statement Optional Form for Transactions without Sellers | U.S. Department of Housing and Urban Development | | OMB Approval No. 2502-0491 File No.: 2000000627615 |
|---|---|---|---|

| Name & Address of Borrower: KATHRYN A CAMPAU and THOMAS E CAMPAU 2000 SOUTH HAMMOND LAKE ROAD WEST BLOOMFIELD, MI 48324 | Name & Address of Lender: Ameriquest Mortgage Company 10600 White Rock Road Rancho Cordova, CA 95670 |
|---|---|
| Property Location: 2000 SOUTH HAMMOND LAKE ROAD BLOOMFIELD, MI 48324 2000 SOUTH HAMMOND LAKE ROAD BLOOMFIELD, MI 48324 | Settlement Agent: Mortgage Information Services, Inc Place of Settlement: 4877 Galaxy Parkway, Suite 1 Cleveland, OH 44128 |
| Loan Number: 0099195083-Final | Settlement Date: 12/14/2004 Fund Date: |

| L. Settlement Charges | | | M. Disbursements to Others | |
|---|---|---|---|---|
| 800. Items Payable in Connection with Loan | | | | |
| 801. Loan Origination Fee % to Ameriquest Mortgage Company | | | 1501. Mortgage Payoff to Wells Fargo NV | $23,377.14 |
| 802. Loan Discount 2 % to Ameriquest Mortgage Company | | $9,646.00 | 1502. Mortgage Payoff to Ameriquest Mortgage Company | $394,436.76 |
| 803. Appraisal Fee to Ameriquest Mortgage Company | | $275.00 | | |
| 804. Credit Report to Ameriquest Mortgage Company | | | 1503. Creditor to CITI | $23,715.00 |
| 805. Lender's Inspection Fee to | | | | |
| 806. to Ameriquest Mortgage Company | | | 1504. Creditor to CHASE NA | $16,824.00 |
| 807. to Ameriquest Mortgage Company | | | | |
| 808. to Ameriquest Mortgage Company | | | 1505. Tax Payoff to Bloomfield Township | $2,772.54 |
| 809. to Ameriquest Mortgage Company | | | | |
| 810. Tax Related Service Fee to Ameriquest Mortgage Company | | $35.00 | 1506. to | |
| 811. FloodSearch Fee to Ameriquest Mortgage Company | | $16.00 | | |
| 812. Lenders Processing Fee to Ameriquest Mortgage Company | | $626.00 | 1507. to | |
| 813. Admin Fee to Ameriquest Mortgage Company | | $239.00 | | |
| 814. to Ameriquest Mortgage Company | | | 1508. to | |
| 817. Application Fee to Ameriquest Mortgage Company | | $360.00 | | |
| 900. Items Required by Lender to be Paid in Advance | | | 1509. to | |
| 901. Interest from 12/15/2004 to 1/1/2005 @ $86.55 /day | | $1,471.35 | | |
| 902. Mortgage Insurance Premium for months to | | | 1510. to | |
| 903. Hazard Insurance Premium for months to | | | | |
| 904. to | | | 1511. to | |
| 1000. Reserves Deposited with Lender | | | | |
| 1001. Hazard insurance 6 months @$158.17 per month | | $949.02 | 1512. to | |
| 1002. Mortgage insurance month @ per month | | | | |
| 1003. City property taxes months @ per month | | | 1513. to | |
| 1004. County property taxes 6 months @$231.05 per month | | $1,386.30 | | |
| 1005. Assessment Taxes months @ per month | | | 1514. to | |
| 1006. School property taxes months @ per month | | | | |
| 1007. Other taxes months @ per month | | | 1515. to | |
| 1008. Other taxes months @ per month | | | | |
| 1009. months @ per month | | | 1516. to | |
| 1010. months @ per month | | | | |
| 1011. Aggregate Adjustment to Ameriquest Mortgage Company | | | 1517. to | |
| 1100. Title Charges | | | | |
| 1101. Notary Fee to UDX POC (L) $125.00 | | | 1518. to | |
| 1102. Abstract or title search to Mortgage Information Services | | | | |
| 1103. Title examination to Mortgage Information Services | | | 1519. to | |
| 1104. Title insurance binder to Mortgage Information Services | | | | |
| 1105. Document preparation Quit Claim Deed to Mortgage Information Services | | $125.00 | 1520. TOTAL DISBURSED (enter on line 1603) | $461,125.44 |
| 1106. Settlement Fee to Mortgage Information Services | | $325.00 | | |
| 1107. Attorney's fees to (includes above item numbers ) | | | | |
| 1108. Title insurance to Mortgage Information Services (includes above item numbers ) | | $1,720.00 | | |
| 1109. Lender's Coverage $482,300.00/$0.00 | | | | |
| 1110. Owner's Coverage $0.00/$0.00 | | | | |
| 1111. Escrow fee to | | | | |
| 1112. Courier Fee to Mortgage Information Services | | $60.00 | | |
| 1113. Alta 6 to Mortgage Information Services | | | | |
| 1114. Alta 8.1 to Mortgage Information Services | | | | |
| 1115. Comp 100 to Mortgage Information Services | | | | |
| 1116. Survey Deletion Endorsement to Mortgage Information Services | | | | |
| 1117. Hold Sig Fee to Mortgage Information Services | | $25.00 | | |
| 1118. DFI Fee to Mortgage Information Services | | | | |
| 1119. Special Assessment to Mortgage Information Services | | | | |
| 1120. to | | | | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Recording Fees: Deed $17.00; Mortg $86.00; Rel | | $103.00 | | |
| 1202. City/county tax/stamps: Deed ; Mortg | | | | |
| 1203. State tax/stamps: Deed ; Mortg | | | | |
| 1204. Tax certificates to | | | N. NET SETTLEMENT | |
| 1205. Mortgage Tax to Mortgage Information Services | | | | |
| 1206. Intangible Tax to Mortgage Information Services | | | 1600. Loan Amount | $482,300.00 |
| 1207. to | | | | |
| 1300. Additional Settlement Charges | | | 1601. Plus Cash/Check from Borrower | $0.00 |
| 1301. Survey to | | | | |
| 1302. Pest Inspection to | | | 1602. Minus Total Settlement Charges (Line 1400) | $17,361.67 |
| 1303. Property Val Fee to Ameriquest Mortgage Company | | | | |
| 1304. to | | | 1603. Minus Total Disbursements to Others (Line 1520) | $461,125.44 |
| 1305. to | | | | |
| 1306. to | | | 1604. Equals Disbursements to Borrower (after expiration of any applicable rescission period required by law) | $3,812.89 |
| 1307. to | | | | |
| 1308. to | | | | |
| 1400. Total Settlement Charges (enter on Line 1602) | | $17,361.67 | | |

Borrower's Signatures

KATHRYN A CAMPAU

THOMAS E CAMPAU

/ Bill Edwards
Settlement Agent

12/14/04   12.15.04
Date