**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Heard et al. v. Argent Mortgage Co., LLC, et al.*, Case No. 06-0157 (W.D. Mich.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

On February 6, 2007, plaintiffs in *Heard et al. v. Argent Mortgage Co. LLC, et al.*, Case No. 06-0157 (W.D. MI), filed a Motion For Leave to Amend Complaint. [Docket No. 439] Defendants Ameriquest Mortgage Co. and AMC Mortgage Services, Inc. ("Defendants") continue to dispute the merits of the claims in this action, and do not concede that the additional party is proper. Defendants do not, however, oppose the granting of leave to amend.

| | |
|---|---|
| DATED: March 2, 2007 | By: /s/ Bernard E. LeSage<br><br>*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*<br><br>Bernard E. LeSage, Esq.<br>BUCHALTER NEMER, a P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457 |

**CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 2nd day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Bernard E. LeSage