**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: PLAINTIFFS' SIXTH AND SEVENTH MOTIONS FOR REASSIGNMENT OF RELATED CASES [DOCKET NOS. 417 and 445] | |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF OPPOSITIONS TO PLAINTIFFS' SIXTH AND SEVENTH MOTIONS FOR REASSIGNMENT OF RELATED CASES**

On March 2, 2007, Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc. and Argent Mortgage Company, LLC ("Argent") (collectively, "Defendants") filed oppositions to Plaintiffs' Sixth and Seventh Reassignment Motions (Docket Nos. 492 and 493), which sought to reassign 11 cases to this court for coordinated or consolidated pretrial proceedings with the other actions in this Multidistrict Litigation Proceeding.

Defendants hereby withdraw their oppositions to Plaintiffs' Reassignment Motions without prejudice to challenge venue at a later time.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: March 2, 2007 | By:/s/ Bernard E. LeSage |

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: March 2, 2007 | By: /s/ Thomas J. Wiegand |

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

3

**CERTIFICATE OF SERVICE**

  I, Bernard E, LeSage, hereby certify that on this 2nd day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                   By: /s/ Bernard E. LeSage

BN 1152943v1