IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>THE NON-BORROWERS' CONSOLIDATED CLASS ACTION COMPLAINT [DOCKET NO. 323] | |

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS CERTAIN COUNTS OF THE NON-BORROWERS' COMPLAINT AND FOR A MORE DEFINITE STATEMENT**

Defendants[1] by and through their counsel of record, hereby respectfully request that this Court take judicial notice of the following pursuant to Rule 201 of the Federal Rules of Evidence:

1. Statement of General Policy or Interpretation, 55 Fed. Reg. 18804, May 4, 1990, a true and correct copy of which is attached hereto as Exhibit 1.

2. Senate Report No. 104-185 (1995) pages 31 and 32, a true and correct copy of which is attached hereto as Exhibit 2.

3. House Report No. 103-486 (1994) pages 26 and 27, a true and correct copy of which is attached hereto as Exhibit 3.

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company and Ameriquest Capital Corporation.

DATED: March 2, 2007            Respectfully submitted,

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; Ameriquest Capital Corporation*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700

3

**<u>CERTIFICATE OF SERVICE</u>**

I, Bernard E, LeSage, hereby certify that on this 2nd day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage