IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**BORROWER AND NON-BORROWER PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE REPLIES**

Borrower and Non-Borrower Plaintiffs move this Court for leave to file replies by on or before March 14, 2007 to Defendants' responses to Plaintiffs' oppositions to Defendants' Motions To Dismiss Borrowers' and Non-Borrowers' Complaints [Docket Nos. 495, 498], as well as to Defendants' response to Plaintiffs' opposition to its Motion To Compel Filing Of Amended Master Class Complaints In Compliance With the Court's November 7, 2006 order, ("Motion To Compel") [Docket No. 378]. In support of their motion, Borrower and Non-Borrower Plaintiffs state the following:

1. On November 7, 2006, the Court entered a Case Management Order that provided deadlines for Defendants' responses to Borrowers' and Non-Borrowers' Complaints (January 19, 2007), Borrower and Non-Borrower Plaintiffs' oppositions to Rule 12 motions, (February 9, 2007), Defendants' responses to oppositions (February 23, 2007), and Borrower and Non-Borrower Plaintiffs' replies to Defendants' responses (March 1, 2007). [Docket No. 284].

2. In addition to filing motions to dismiss, Defendants filed its Motion To Compel. Borrower and Non-Borrower Plaintiffs filed a joint opposition to the Motion To Compel on

February 2, 2007, [Docket No. 427]. Defendants responded to Borrower Plaintiffs' opposition on March 2, 2007 [Docket No. 497].

    3.    On February 15, 2007, the Court entered a Minute Order providing for a March 2, 2007 deadline for Defendants' responses.  [Docket No. 459].

    4.    The Court's subsequent Minute Order superceded Borrower and Non-Borrower Plaintiffs' previously scheduled March 1, 2007 deadline to file their replies to the motions referenced above, and allowed the Defendants' an additional 7 days within which to file its responses.

    5.    As the March 1, 2007 deadline is now moot, Borrower and Non-Borrower Plaintiffs request a deadline of March 14, 2007 – representing the Court's original time period within which Borrower and Non-Borrower Plaintiffs had to file their replies, plus an additional 7 days based on the extension of time the Court permitted the Defendants to file its responses.

    6.    On March 6, 2007, Plaintiffs' Counsel conferred with counsel for Defendants by telephone. Defendants do not oppose this motion.

    7.    This motion is not being made for the purposes of delay and, in light of the Court's rescheduling of its original November 7, 2006 case management order, will not prejudice the Defendants.

    WHEREFORE, Borrower and Non-Borrower Plaintiffs respectfully request that the Court allow them until on or before March 14, 2007 to file their replies to Defendants' responses to their oppositions to its motions to dismiss and to its Motion To Compel.

Respectfully submitted,

Dated: March 6, 2007

| | |
|---|---|
| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)  Gary Klein
Caryn Becker (CA Bar No. 196947)  Elizabeth Ryan
LIEFF, CABRASER, HEIMANN  Shennan Kavanagh
 & BERNSTEIN, LLP  RODDY KLEIN & RYAN
275 Battery Street, 30th Floor  727 Atlantic Avenue
San Francisco, CA  94111-3339  Boston, MA  02111-2810
Telephone:  (415) 956-1000  Telephone:  (617) 357-5500 ext. 15
Facsimile:  (415) 956-1008  Facsimile:   (617) 357-5030


   */s/ Jill Bowman*
      Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*


   */s/ Marvin A. Miller*
      Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL  60606
Telephone:  (312) 525-8316
Facsimile:   (312) 525-8231

*Plaintiffs' Liaison Counsel*