IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**NOTICE OF PRESENTMENT OF BORROWER AND NON-BORROWER PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLIES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** that, on Tuesday, March 13, 2007 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern district of Illinois, Eastern Division, Chicago, Illinois, and there and then present Borrower And Non-Borrower Plaintiffs' Motion For Leave To File Replies, a copy of which is concurrently being served upon you. Borrower Plaintiffs recognize that this Court's November 7, 2006 Memorandum Opinion and Order requires a briefing period of no less than 51 days prior to a hearing on a motion. However, given that Borrower Plaintiffs' response to Defendants' motion to dismiss is due before the briefing period expires, and the issues raised in the Motion are straightforward and unopposed, Borrower and Non-Borrower Plaintiffs have noticed the Motion to be presented in accordance with Local Rule 78.1.

Respectfully submitted,

Dated: March 7, 2007

| | |
|---|---|
|     */s/ Kelly M. Dermody* |     */s/ Gary Klein* |
| Kelly M. Dermody | Gary Klein |

| | |
|---|---|
| Kelly M. Dermody (CA Bar No. 171716) | Gary Klein |
| Caryn Becker (CA Bar No. 196947) | Elizabeth Ryan |
| LIEFF, CABRASER, HEIMANN | Shennan Kavanagh |
|  & BERNSTEIN, LLP | RODDY KLEIN & RYAN |
| 275 Battery Street, 30th Floor | 727 Atlantic Avenue |
| San Francisco, CA 94111-3339 | Boston, MA 02111-2810 |
| Telephone: (415) 956-1000 | Telephone: (617) 357-5500 ext. 15 |
| Facsimile: (415) 956-1008 | Facsimile: (617) 357-5030 |

    */s/ Jill Bowman*
Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

    */s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL 60606
Telephone: (312) 525-8316
Facsimile: (312) 525-8231

*Plaintiffs' Liaison Counsel*