IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**PROOF OF SERVICE**

I, Gary Klein, hereby certify that on this 7th day of March, 2007, a true and correct copy of the following document was filed electronically:

1. **NOTICE OF PRESENTMENT OF BORROWER AND NON-BORROWER PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLIES**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

/s/ Gary Klein
Gary Klein