IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO: HALL v. AMERIQUEST MORTGAGE COMPANY, *et al.*, N.D. ILL, CASE NO. 06-C-1944<br>_____<br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br>    Third-Party Plaintiff,<br> v.<br>TRISTAR TITLE, LLC an Illinois limited liability company; MICHAEL PICKETT, an individual; and DOES 1-10 inclusive,<br>    Third-Party Defendants. | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) and Rule 41(c) of the Federal Rules of Civil Procedure, defendant and third-party plaintiff Ameriquest Mortgage Company hereby dismisses, without prejudice, its Third-Party Complaint against third-party defendants Tristar Title, LLC and Michael Pickett, in the matter of *Hall v. Ameriquest Mortgage Co., et al.*, Case No. 06-C-1944 (N.D. Ill.).

//

//

//

//

| | |
|---|---|
| DATED: March 7, 2007 | Respectfully submitted,<br><br>BUCHALTER NEMER<br>A Professional Corporation<br><br><br>By: /s/ Bernard E. LeSage<br>*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*<br><br>Bernard E. LeSage (California Bar No. 61870)<br>Sarah K. Andrus (California Bar No. 174323)<br>BUCHALTER NEMER<br>A Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, California 90017-2457<br>Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400 |

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 7th day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ Bernard E. LeSage