IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Walker et al. et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-2807 (N.D. Ill.) | |

## NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT

On February 28, 2007, plaintiffs in *Walker et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-2807 (N.D. Ill.), filed a Motion For Leave to Amend Complaint. Plaintiffs filed the Motion [Docket No. 25.] in the docket for Case No. 06-2807, *not* the Master Docket for this multidistrict litigation proceeding, as instructed by this Court in its November 7, 2006 Case Management Order ("Order") (Order, p. 6.) In addition, plaintiffs did not notice the Motion according to the 51-day briefing schedule contained in the Order. (Order, p. 14.) Consequently, the undersigned counsel for Defendants did not receive notice of the Motion and missed the time to file a response.

Notwithstanding the procedural deficiencies of plaintiffs' Motion, Defendants Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc. and AMC Mortgage Services, Inc. ("Defendants") do not oppose the granting of leave to amend.[1] Defendants' continue to dispute of the merits of the claims in this proceeding, and do not concede that the additional facts or claims are proper.

---

[1] For the convenience of the Court, Defendants file this notice in the dockets for both cases.

1

| | |
|---|---|
| DATED: March 7, 2007 | By: /s/ Bernard E. LeSage |

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700 phone
(213) 896-0400 fax

**CERTIFICATE OF SERVICE**

  I, Bernard E. LeSage, hereby certify that on this 7th day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 By: /s/ Bernard E. LeSage

BN 1156713v1