# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.

                                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:05−cv−07097
　　　　　　　　　　　　　　　　　　　　　Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 7, 2007:

      MINUTE entry before Judge Marvin E. Aspen dated 3/7/07: Plaintiffs' Motion for leave to file amended complaint to add a claim that Argent Mortgage Company violated the Equal Credit Opportunity Act ("ECOA)"[Dkt. No. 467] is granted. Motions terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.