**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: PLAINTIFFS' FIFTH MOTION FOR REASSIGNMENT OF RELATED CASES [DOCKET NO. 350] | |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF OPPOSITION TO PLAINTIFFS' FIFTH MOTION FOR REASSIGNMENT OF RELATED CASES**

On January 24, 2007, Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. and Ameriquest Mortgage Securities, Inc. (collectively, "Defendants") filed an opposition to Plaintiffs' Fifth Reassignment Motion (Docket No. 412), which sought to reassign 5 cases to this court for coordinated or consolidated pretrial proceedings with the other actions in this Multidistrict Litigation Proceeding.

Defendants hereby withdraw their opposition to Plaintiffs' Reassignment Motion without prejudice to challenge venue at a later time.

1

Respectfully submitted,

DATED: March 7, 2007                By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

2

3

**CERTIFICATE OF SERVICE**

      I, Bernard E, LeSage, hereby certify that on this 7th day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Bernard E. LeSage

BN 1157899v1