# EXHIBIT E

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower :   Consuelo G  Perez
            Juan L  Perez

Loan Number :   0080833403 - 5699

| Payee | | Amount |
|-------|---|--------|
| Ameriquest Mortgage 0040404535 | | $111,813.09 |
| PROPERTY TAXES | (W) | $121.90 |

Total Wire:    $1,282.76

Loan Amount:          119,425.00

Cash/Check from
Borrower:                    --

Borrower Proceeds:        $68.36

| Borrower  Consuelo G  Perez | Date | Borrower  Juan L. Perez | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Title Company Representative Signature | Date | | |

B95-7UNIV  (2/2004)

0000008083340303307430707

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower : Consuelo G. Perez
　　　　　 Juan L. Perez

Loan Number : 0080833403 - 5699

| Payee | | Amount |
|-------|---|--------|
| Ameriquest Mortgage 0040404535 | | $111,813.09 |
| PROPERTY TAXES | (W) | $121.90 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Wire:　$1,282.76

Loan Amount:　　　119,425.00

Cash/Check from
Borrower:　　　　　—

Borrower Proceeds:　　$68.36

| | |
|---|---|
| Borrower Consuelo G. Perez _____ Date | Borrower Juan L. Perez _____ Date |
| Borrower _____ Date | Borrower _____ Date |
| Title Company Representative Signature _____ Date | |

695-7UNV  (2/2004)

0000008083340303007430707

# EXHIBIT F

**CLOSING INSTRUCTIONS**
**ITEMIZATION OF SETTLEMENT CHARGES**

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| PLACER TITLE CO /NAT'L CLOSING SOLUTIONS | JUDY L HARP | (916)435-0435 | |

| Borrower(s) | Property Address |
|---|---|
| Consuelo G Perez  Juan L. Perez | 1922 Prospect Avenue SE |
| | GRAND RAPIDS        MI      49507 |
| | Loan Number: 0080833403 |

FROM: <u>Ameriquest Mortgage Company – Portfolio</u>      Phone No. <u>(916)853-4715</u>      Fax <u>(916)853-4885</u>
Branch Name                                                  Branch Phone No.                    Branch Fax Number

**BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .**

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801  Loan origination fee    % to | | |
| 802  Loan discount  3 800  % to  Ameriquest Mortgage Company | | $4,538 15 |
| 803  Apprsl/Prep Val to | | $0 00 |
| 808  Yield Spread Premium to | | |
| 809 | | |
| 810 Tax Related Service Fee to  Ameriquest Mortgage | | $35.00 |
| 811 Flood Search Fee to  Ameriquest Mortgage Company | | $16.00 |
| 812 Lenders Processing Fee to  Ameriquest Mortgage | | $626 00 |
| 813 Admin to Ameriquest Mortgage Company | | $239 00 |
| 814 Doc. Prep. Fee to | | |
| 815 Credit Report Fee to | | |
| 816  Origination Fee    % to | | |
| 817 Application Fee to  Ameriquest Mortgage Company | | $360.00 |
| 818 Underwriting Fee to | | |
| 819  Service Provider Fee  to | | |
| 820  Processing Fee  to | | |
| 821 Underwriting Fee to | | |
| 822, Appraisal Fee to | | |
| 901  Interest from 06/21/2004  to 07/01/2004  @  $26.50 per day | | $265.00 |
| 902, Mortgage Insurance premium for           months to | | |
| 903  Hazard ins prem  to | | $0 00 |
| 904, Flood ins prem  to | | |
| 1001 Hazard insurance    months @ $    per month | | |
| 1002, Mortgage insurance    months @ $    per month | | |
| 1003  Earthquake Ins    months @ $    per month | | |
| 1004  County prop taxes    months @ $    per month | | |
| 1005  Annual assess    months @ $    per month | | |
| 1006  Flood    months @ $    per month | | |
| 1007  Windstorm Ins    months @ $    per month | | |
| 1008. | | |
| 1101  Settlement or closing fee to  CA DOC SIGNERS | | $250 00 |
| 1102, Abstract or title search to | | |
| 1103  Title examination to | | |
| 1105  Document preparation to | | |
| 1106  Notary fees to | | |
| 1107  Attorney's fees to | | |
| 1108  Title Insurance to  PLACER TITLE CO /NAT'L | | $472 50 |
| 1109  Lender's coverage | | |
| 1110  Owner's coverage        $ | $472 50 | |
| 1111  Settlement/Disbursement fee to | | |
| 1112, Escrow Fee to PLACER TITLE CO. | | $450.00 |
| 1201  Recording fees | | $125 00 |
| 1202, City/county tax/stamps | | |
| 1203  State tax/ stamps | | |
| 1204, State specific fee | | |
| 1301  Demand to | | |
| 1302, Pest Inspection to | | |
| 1303  Survey Fee | | |
| 1304  Staff Appraiser Fee | | |
| 1305  Reconveyance Fee to | | |
| 1306. | | |
| 1307  Property Val Fee to | | |
| 1308  Courier Fee | | $45.00 |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.

Borrower  Consuelo G. Perez _____  Date _____     Borrower  Juan L. Perez _____  Date _____

Borrower _____  Date _____     Borrower _____  Date _____

Title Company Representative Signature _____  Date _____

## CLOSING INSTRUCTIONS
## ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| PLACER TITLE CO./NAT'L CLOSING SOLUTIONS | JUDY L HARP | (916)435-0435 | |

| Borrower(s) | Property Address |
|---|---|
| Consuelo G Perez  Juan L Perez | 1922 Prospect Avenue SE |
| | GRAND RAPIDS        MI        49507 |
| | Loan Number: 0080833403 |

FROM: <u>Ameriquest Mortgage Company – Portfolio</u>    Phone No. <u>(916)853-4715</u>    Fax <u>(916)853-4885</u>
Branch Name                                    Branch Phone No.                    Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801  Loan origination fee     % to | | |
| 802. Loan discount   3.800  % to  Ameriquest Mortgage Company | | $4,538.15 |
| 803. Apprsl/Prop Val to | | $0.00 |
| 808  Yield Spread Premium to | | |
| 809 | | |
| 810  Tax Related Service Fee to  Ameriquest Mortgage | | $35.00 |
| 811  Flood Search Fee to  Ameriquest Mortgage Company | | $16.00 |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | | $626.00 |
| 813.Admin to Ameriquest Mortgage Company | | $239.00 |
| 814  Doc Prep Fee to | | |
| 815. Credit Report Fee to | | |
| 816  Origination Fee     % to | | |
| 817  Application Fee to  Ameriquest Mortgage Company | | $360.00 |
| 818. Underwriting Fee to | | |
| 819  Service Provider Fee to | | |
| 820  Processing Fee  to | | |
| 821  Underwriting Fee to | | |
| 822. Appraisal Fee to | | |
| 901  Interest from 06/21/2004  to 07/01/2004  @  $26.50 per day | | $265.00 |
| 902. Mortgage insurance premium for        months to | | |
| 903. Hazard ins prem to | | $0.00 |
| 904. Flood Ins prem  to | | |
| 1001 Hazard insurance    months @ $    per month | | |
| 1002. Mortgage insurance    months @ $    per month | | |
| 1003. Earthquake Ins    months @ $    per month | | |
| 1004  County prop. taxes    months @ $    per month | | |
| 1005  Annual assess    months @ $    per month | | |
| 1006  Flood    months @ $    per month | | |
| 1007  Windstorm Ins    months @ $        per month | | |
| 1008. | | |
| 1101  Settlement or closing fee to  CA DOC SIGNERS | | $250.00 |
| 1102. Abstract or title search to | | |
| 1103  Title examination to | | |
| 1105  Document preparation to | | |
| 1106  Notary fees to | | |
| 1107  Attorney's fees to | | |
| 1108  Title insurance to  PLACER TITLE CO./NAT'L | | $472.50 |
| 1109  Lender's coverage | | |
| 1110  Owner's coverage        $ | $472.50 | |
| 1111  Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to PLACER TITLE CO. | | $450.00 |
| 1201  Recording fees | | $125.00 |
| 1202. City/county tax/stamps | | |
| 1203  State tax/ stamps | | |
| 1204. State specific fee | | |
| 1301  Demand to | | |
| 1302. Pest Inspection to | | |
| 1303  Survey Fee | | |
| 1304  Staff Appraiser Fee | | |
| 1305  Reconveyance Fee to | | |
| 1306. | | |
| 1307  Property Val Fee to | | |
| 1308. Courier Fee | | $45.00 |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.

| Borrower  Consuelo G Perez | Date | Borrower  Juan L Perez | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Title Company Representative Signature | Date | | |

000000093340503074530705

# EXHIBIT G

Ameriquest Mortgage Company

### Summary of Debts and Disbursements
(Refinance Loans Only)

Borrower: Consuelo G. Perez    Juan L. Perez

Loan Number: 00B0833403 - 5699

Date: June 2. 2004
Branch:
Portfolio Retention 15

| Fees | | |
|---|---|---|
| Loan Discount Fee | 3.800 | $4,538.15 |
| Lender Retained Fees | | $1,276.00 |
| Prepaid Interest | | $265.00 |
| Fees Paid to Others | | $1,342.50 |

Short to Close

Total Payoffs    $111,934.99

Cash to Borrower    $68.36

**Total Points & Fees**      $7,421.65

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| CBCS | $0.00 | | $3.00 |
| CBCS | $60.00 | | $2.00 |
| FASHION BUG | $518.00 | | $26.00 |
| CBCS | $70.00 | | $3.00 |
| Ameriquest Mortgage 0040404535 | | $111,813.09 | |
| Hfc | $4,628.00 | | $100.00 |
| MCCBG/JCPENN | $618.00 | | $19.00 |
| KEYBANK NA | $3,408.00 | | $102.24 |
| CAPITAL ONE BANK | $86.00 | | $3.00 |
| Capitl 1 Fsb | $698.00 | | $24.00 |
| HB/MENARDS | $745.00 | | $17.00 |
| ALTEGRA CRED | | | |
| Lowes/mccbg | $396.00 | | $15.00 |
| Bk 1 Bestb | $736.00 | | $16.00 |
| CBCS | $55.00 | | $2.00 |
| GMAC | $2,472.00 | | $126.00 |
| Hh Bank | $277.00 | | $15.00 |
| PROPERTY TAXES | | $121.90 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



0000008083340302047801101

Total Payments:     $473.24

D&D (Rev.01/02)

# EXHIBIT H

## NOTICE OF RIGHT TO CANCEL

ₗDER: Ameriquest Mortgage Company

DATE: June 2, 2004
LOAN NO.: 0080833403 - 5699
TYPE: ADJUSTABLE RATE

BORROWER(S): Consuelo G. Perez    Juan L. Perez

ADDRESS:        1922 PROSPECT AVE SE
CITY/STATE/ZIP:  GRAND RAPIDS,MI 49507

PROPERTY:  1922 Prospect Avenue SE
           GRAND RAPIDS, MI 49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
| 6-3-04 |

    or
2. The date you received your Truth in Lending disclosures;
    or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN: FUNDING
1600 S Douglass Rd                   PHONE: (714)541-9960
Anaheim, CA 92806                    FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
| 6-7-04 |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time

**I WISH TO CANCEL**

_____          _____
SIGNATURE                        DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement. all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

_____          Date    _____          Date
BORROWER/OWNER Consuelo G. Perez          BORROWER/OWNER Juan L. Perez


_____          Date    _____          Date
BORROWER/OWNER                            BORROWER/OWNER

**BORROWER COPY**



1064-NRC (Rev 01/04)    00000008083340300400050101

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

√DER:  Ameriquest Mortgage Company

DATE: June 2, 2004
LOAN NO.:  0080833403 - 5699
TYPE:  ADJUSTABLE RATE

BORROWER(S): Consuelo G  Perez    Juan L  Perez

ADDRESS:       1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
               GRAND RAPIDS,  MI  49507

    You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

        | ENTER DOCUMENT SIGNING DATE |  ;

        ———————————

    or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

┌─────────────────────────────────────────────────────────────────────┐

**ЧOW TO CANCEL**

ᵢf you decide to cancel this transaction, you may do so by notifying us in writing, at:

      Ameriquest Mortgage Company      ATTN:  FUNDING
      1600 S Douglass Rd              PHONE: (714)541-9960
      Anaheim, CA 92806            FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

      | ENTER FINAL DATE TO CANCEL |

      ———————————

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time
**I WISH TO CANCEL**

_____    _____

SIGNATURE                      DATE

└─────────────────────────────────────────────────────────────────────┘

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

_____  Date    _____  Date
BORROWER/OWNER Consuelo G. Perez        BORROWER/OWNER  Juan L. Perez

_____  Date    _____  Date
BORROWER/OWNER                  BORROWER/OWNER

**BORROWER COPY**

1004-NRC (Rev 01/04)    0000008083340300400050101

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

NDER: Ameriquest Mortgage Company

DATE: June 2, 2004
LOAN NO.: 0080833403 - 5699
TYPE: ADJUSTABLE RATE

BORROWER(S): Consuelo G. Perez    Juan L. Perez

ADDRESS: 1922 PROSPECT AVE SE
CITY/STATE/ZIP: GRAND RAPIDS,MI 49507

PROPERTY: 1922 Prospect Avenue SE
GRAND RAPIDS. MI 49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE ;

_____

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)541-9960
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time

**I WISH TO CANCEL**

_____          _____
SIGNATURE                                    DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____  ____    _____  ____
BORROWER/OWNER Consuelo G. Perez  Date    BORROWER/OWNER Juan L. Perez    Date

_____  ____    _____  ____
BORROWER/OWNER            Date    BORROWER/OWNER                  Date

1064-NRC (Rev 01/04)

0000008083340304000050101

**BORROWER COPY**

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

)ER: Ameriquest Mortgage Company

DATE: June 2, 2004
LOAN NO.: 0080833403 - 5699
TYPE: ADJUSTABLE RATE

BORROWER(S): Consuelo G Perez     Juan L Perez

ADDRESS:         1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
              GRAND RAPIDS, MI 49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**     ;

    or
2. The date you received your Truth in Lending disclosures;
    or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**IOW TO CANCEL**

you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: **FUNDING**
PHONE: **(714)541-9960**
FAX:     **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel. or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way. it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

_____    _____
BORROWER/OWNER Consuelo G Perez    Date

_____    _____
BORROWER/OWNER Juan L Perez      Date

_____    _____
BORROWER/OWNER                   Date

_____    _____
BORROWER/OWNER                   Date

**BORROWER COPY**

1064-NRC (Rev 01/04)


0000008083340040050101

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

:DER:   Ameriquest Mortgage Company

DATE:   June 2, 2004
LOAN NO :   0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G. Perez      Juan L. Perez

ADDRESS:      1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
            GRAND RAPIDS,  MI   49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction. which is

> ENTER DOCUMENT SIGNING DATE
>
> _____

   ;

   or
2.  The date you received your Truth in Lending disclosures;
   or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice. we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled. and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**IOW TO CANCEL**

,i you decide to cancel this transaction. you may do so by notifying us in writing. at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)541-9960
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> ENTER FINAL DATE TO CANCEL
>
> _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above) If you send or deliver your written notice to cancel some other way. it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                        DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement. all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers.

_____          _____
BORROWER/OWNER Consuelo G. Perez   Date   BORROWER/OWNER Juan L. Perez        Date

_____          _____
BORROWER/OWNER                     Date   BORROWER/OWNER                      Date

1064-NRC (Rev 01/04)

**LENDER COPY**

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

\NDER:   Ameriquest Mortgage Company

DATE:   June 2, 2004
LOAN NO :   0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G. Perez      Juan L. Perez

ADDRESS:      1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
            GRAND RAPIDS,  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

_____      ;

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

´ you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**         ATTN:  FUNDING
**1600 S Douglass Rd**                  PHONE: (714)541-9960
**Anaheim, CA 92806**                   FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

ENTER FINAL DATE TO CANCEL

If you cancel by mail or telegram, you must      _____
send the notice no later than MIDNIGHT of

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____             _____
SIGNATURE                           DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers

_____      _____      _____      _____
BORROWER/OWNER Consuelo G. Perez  Date   BORROWER/OWNER Juan L. Perez   Date

_____      _____      _____      _____
BORROWER/OWNER                Date      BORROWER/OWNER                 Date



064-NRC (Rev 01/04)      0000080833403040050101

**BORROWER COPY**

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

ᵥDER:   Ameriquest Mortgage Company

DATE:  June 2, 2004
LOAN NO. :  0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G  Perez      Juan L  Perez

ADDRESS:        1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
                GRAND RAPIDS,  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home  You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1   The date of the transaction, which is

> ENTER DOCUMENT SIGNING DATE        ;
> _____

or
2   The date you received your Truth in Lending disclosures;
or
3   The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled  Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property  Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer. you may keep it without further obligation

---

HOW TO CANCEL

you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                   PHONE: (714)541-9960
Anaheim, CA 92806                    FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

> ENTER FINAL DATE TO CANCEL
> _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above)  If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____           _____
SIGNATURE                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221)

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

_____     ____        _____          ____
BORROWER/OWNER Consuelo G  Perez   Date   BORROWER/OWNER Juan L  Perez       Date

_____     ____        _____          ____
BORROWER/OWNER                   Date    BORROWER/OWNER                     Date

1064-NRC (Rev 01/04)

0000008083340304000050101

**BORROWER COPY**

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

`NDER:   Ameriquest Mortgage Company

DATE:   June 2, 2004
LOAN NO :   0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G  Perez       Juan L  Perez

ADDRESS:        1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
            GRAND RAPIDS.  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home  You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

    **ENTER DOCUMENT SIGNING DATE**
    _____                        ;

    or
2.   The date you received your Truth in Lending disclosures;
    or
3.   The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled  Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled. and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

 f you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company                ATTN:  FUNDING
1600 S Douglass Rd                          PHONE: (714)541-9960
Anaheim, CA 92806                           FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must       **ENTER FINAL DATE TO CANCEL**
send the notice no later than MIDNIGHT of        _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above)  If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time
**I WISH TO CANCEL**

_____              _____
SIGNATURE                            DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

_____   _____   _____   ____
BORROWER/OWNER Consuelo G  Perez    Date    BORROWER/OWNER Juan L  Perez    Date

_____   _____   _____   ____
BORROWER/OWNER              Date    BORROWER/OWNER              Date



J64-NRC (Rev 01/04)
0000000808334030400050101

**BORROWER COPY**

06/02/2004 4:42:07 PM

## NOTICE OF RIGHT TO CANCEL

DER:   Ameriquest Mortgage Company

DATE:   June 2, 2004
LOAN NO :   0080833403 - 5699
TYPE:   ADJUSTABLE RATE

BORROWER(S): Consuelo G. Perez      Juan L. Perez

ADDRESS:        1922 PROSPECT AVE SE
CITY/STATE/ZIP:   GRAND RAPIDS,MI 49507

PROPERTY:   1922 Prospect Avenue SE
                   GRAND RAPIDS,  MI  49507

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost. within THREE BUSINESS DAYS from whichever of the following events occurs last:

1    The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

_____                    ;

or
2    The date you received your Truth in Lending disclosures;
or
3.    The date you received this notice of your right to cancel

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice. we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

'OW TO CANCEL

you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company                ATTN:  FUNDING
1600 S Douglass Rd                              PHONE: (714)541-9960
Anaheim, CA 92806                              FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

ENTER FINAL DATE TO CANCEL

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of      _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above)  If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time
I WISH TO CANCEL

_____                    _____
SIGNATURE                                         DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel  The exercise of this right by one borrower shall be effective to all borrowers

_____              ____              _____              ____
BORROWER/OWNER Consuelo G. Perez      Date      BORROWER/OWNER Juan L. Perez              Date

_____              ____              _____              ____
BORROWER/OWNER                          Date      BORROWER/OWNER                              Date

1064-NRC (Rev 01/04)

**BORROWER COPY**

06/02/2004 4:42:07 PM

# EXHIBIT I

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699          Borrower(s): Consuelo G. Perez
Date: June 2. 2004                                    Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires Business days are Monday through Friday, excluding federal legal holidays

For example. if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____          _____
Borrower/Owner  Consuelo G. Perez                             Date


_____          _____
Borrower/Owner  Juan L. Perez                                      Date


_____          _____
Borrower/Owner                                                          Date


_____          _____
Borrower/Owner                                                          Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                                           Date

---



000000080833403040422010 1

E50 (10/00)

06/02/2004 4:42:07 PM

**LENDER COPY**

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699          Borrower(s): Consuelo G. Perez
Date: June 2. 2004                                          Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can
cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have
received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important
financial decisions you can make. To give you more time to study your loan documents, obtain
independent advice and/or shop for a loan that you believe suits you better, we provide you with
one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to
you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires
Business days are Monday through Friday, excluding federal legal holidays

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of
the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the
day the cancellation period ends. You may cancel by signing and dating in the request to cancel box
below or by using any other written statement that provides your loan number and states your desire to
cancel your loan. The written statement must be signed and dated by any one borrower. Your request
must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below. it means that you have received and read a copy of this notice and you understand
what is printed above

I/We hereby acknowledge receiving a copy of this notice on the date signed below

_____          _____
Borrower/Owner  Consuelo G. Perez                    Date

_____          _____
Borrower/Owner  Juan L. Perez                              Date

_____          _____
Borrower/Owner                                                     Date

_____          _____
Borrower/Owner                                                     Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                                 Date



850 (10/00)

06/02/2004 4:42:07 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699
Date: June 2, 2004

Borrower(s): Consuelo G. Perez
Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____    _____
Borrower/Owner  Consuelo G. Perez                    Date

_____    _____
Borrower/Owner  Juan L. Perez                        Date

_____    _____
Borrower/Owner                                       Date

_____    _____
Borrower/Owner                                       Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____    _____
Borrower/Owner Signature                             Date


0000008083340304220101

06/02/2004 4:42:07 PM

**BORROWER COPY**

850 (10/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699          Borrower(s): Consuelo G. Perez
Date: June 2, 2004                                         Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you**. No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Consuelo G. Perez          Date

_____          _____
Borrower/Owner  Juan L. Perez          Date

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature          Date

---


0000000083340304042201

06/02/2004 4:42:07 PM

**BORROWER COPY**

850 (10/00)

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699
Date: June 2, 2004

Borrower(s): Consuelo G. Perez
Juan L. Perez

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____        _____
Borrower/Owner  Consuelo G. Perez                Date

_____        _____
Borrower/Owner  Juan L. Perez                    Date

_____        _____
Borrower/Owner                                   Date

_____        _____
Borrower/Owner                                   Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____-.

_____        _____
Borrower/Owner Signature                         Date

---

06/02/2004 4:42:07 PM

**BORROWER COPY**

0000008083340304042201 01

850 (10/00)

## ONE WEEK CANCELLATION PERIOD

_mber: 0080833403 - 5699                    Borrower(s): Consuelo G. Perez
June 2, 2004                                                Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____          _____
Borrower/Owner  Consuelo G. Perez                               Date


_____          _____
Borrower/Owner  Juan L. Perez                                         Date


_____          _____
Borrower/Owner                                                              Date


_____          _____
Borrower/Owner                                                              Date

+-----------------------------------------------------------------------------+
|                        REQUEST TO CANCEL                                    |
| I/We want to cancel loan #_____.        |
|                                                                             |
| _____          _____         |
| Borrower/Owner Signature                          Date                      |
+-----------------------------------------------------------------------------+


0000008083340304042220101
E30 (10/00)

06/02/2004 4:42:07 PM
**BORROWER COPY**

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699                    Borrower(s): Consuelo G. Perez
Date: June 2, 2004                                                    Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can
cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have
received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important
financial decisions you can make. To give you more time to study your loan documents, obtain
independent advice and/or shop for a loan that you believe suits you better, **we provide you with
one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to
you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires.
Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of
the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the
day the cancellation period ends. You may cancel by signing and dating in the request to cancel box
below or by using any other written statement that provides your loan number and states your desire to
cancel your loan. The written statement must be signed and dated by any one borrower. Your request
must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand
what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____        _____
Borrower/Owner  Consuelo G. Perez                        Date


_____        _____
Borrower/Owner  Juan L. Perez                                  Date


_____        _____
Borrower/Owner                                                          Date


_____        _____
Borrower/Owner                                                          Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____        _____
Borrower/Owner Signature                                      Date

---

05/02/2004 4:42:07 PM

**BORROWER COPY**

0000008083340304042201013

830 (10/00)

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699          Borrower(s): Consuelo G. Perez
Date:  June 2, 2004                                        Juan L. Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

                    Ameriquest Mortgage Company
                    1600 S Douglass Rd Anaheim, CA 92806
                    ATTN: Funding Department
                    Phone: (714)541-9960
                    Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below

_____          _____
Borrower/Owner  Consuelo G. Perez                    Date

_____          _____
Borrower/Owner  Juan L. Perez                          Date

_____          _____
Borrower/Owner                                              Date

_____          _____
Borrower/Owner                                              Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                              Date

---



06/02/2004 4:42:07 PM

**BORROWER COPY**

0000008083340304042220101

R50 (10/00)

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0080833403 - 5699
Date: June 2, 2004

Borrower(s): Consuelo G Perez
Juan L Perez

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m on the first business day after this period expires Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____        _____
Borrower/Owner  Consuelo G. Perez              Date

_____        _____
Borrower/Owner  Juan L  Perez                  Date

_____        _____
Borrower/Owner                                 Date

_____        _____
Borrower/Owner                                 Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____        _____
Borrower/Owner Signature                       Date


0000008083340304042220101

06/02/2004 4:42:07 PM

**BORROWER COPY**

E30 (10/00)

# EXHIBIT J

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
### Chicago, Illinois  60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email:  edcombs@aol.com
### www.edcombs.com

June 21, 2006

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

Re: Notice of rescission, claim and lien, Juan L. Perez and Consuelo Perez, 1922 Prospect SE, Grand Rapids, MI 49507, loan of June 2 or 3, 2004

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on June 21, 2006.

_____
Daniel A. Edelman