### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> INDIVIDUAL ACTIONS ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

## NOTICE OF MOTION

**TO:**    SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that, on Thursday, March 15, 2007, at 10:30 a.m., we will appear before Judge Marvin E. Asepn in Room 2568 of the Dirksen Federal Building, 210 S. Dearborn Street, Chicago, IL 60604, and present **PLAINTIFFS' EIGHTH MOTION FOR REASSIGNMENT OF RELATED CASES**. copies of which are attached and are hereby served upon you.

 

                                                  s/ Daniel A. Edelman
                                                  Daniel A. Edelman

                                                  *Attorneys for Plaintiffs*
                                                  Daniel A. Edelman
                                                  Cathleen M. Combs
                                                  James O. Latturner
                                                  Al F. Hofeld, Jr.
                                                  EDELMAN, COMBS, LATTURNER
                                                        & GOODWIN, LLC
                                                  120 S. LaSalle Street, 18th Floor
                                                  Chicago, Illinois 60603
                                                  (312) 739-4200
                                                  (312) 419-0379 (FAX)

Dated: March 8, 2007

**CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on March 8, 2007, a true and correct copy of the foregoing document and PLAINTIFFS' EIGHTH MOTION FOR REASSIGNMENT were filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Those not registered were mailed copies by U.S. mail.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

| | |
|---|---|
| Andrew G. Pizor<br>apizor@consumerlawgroup.com | Lorne Todd Saeks<br>lsaeks@muchshelist.com |
| Dominic J. Rizzi<br>drizzi@millerfaucher.com | Terry A. Smiljanich<br>tsmiljanich@jameshoyer.com,<br>dstephens@jameshoyer.com, |
| Samuel H. Rudman<br>srudman@lerachlaw.com | jbowman@jameshoyer.com,<br>lmartin@jameshoyer.com |
| Craig Allan Varga<br>cvarga@vblhc.com | Kristina M. Van Buskirk<br>Kvanbuskirk@ngelaw.com |
| Thomas Joseph Wiegand<br>twiegand@winston.com,<br>ECF_CH@winston.com | |

Deutsche Bank National Trust Company, N.A.
60 Wall St.
New York, NY 10005


        s/ Daniel A. Edelman
        Daniel A. Edelman

        *Attorneys for Plaintiffs*
        Daniel A. Edelman
        Cathleen M. Combs
        James O. Latturner
        Al F. Hofeld, Jr.
        EDELMAN, COMBS, LATTURNER
            & GOODWIN, LLC
        120 S. LaSalle Street, 18th Floor
        Chicago, Illinois  60603
        (312) 739-4200
        (312) 419-0379 (FAX)