**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |
| SANDRA HARRIS and NORMAN HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN & COUNTRY CREDIT CORPORATION, AMC MORTGAGE SERVICES, INC., EMC MORTGAGE CORPORATION, and DOES 1–5,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | THIS DOCUMENT RELATES TO No. 06 C 3048 ONLY |

**NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW
CLASS ALLEGATIONS**

Defendant EMC Mortgage Corporation, through its attorneys, notifies the Court of its non-opposition to Plaintiffs' Motion to Dismiss Counts II and III of Their Complaint [DE 301] and hereby joins in the Notice of Non-Opposition to Motions to Withdraw Class Allegations filed by defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, Town & Country Title Services, Inc., and Ameriquest Mortgage Securities, Inc. on November 17, 2006 [DE 304].

2

Dated: March 13, 2007 Respectfully submitted,

**EMC MORTGAGE CORPORATION**

By: s/ Richard E. Gottlieb
Richard E. Gottlieb (rgottlieb@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax: 312-627-2302

John B. Sullivan
Regina J. McClendon
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Phone: 415-398-3344
Fax: 415-956-0439

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 13, 2007**, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Irina V. Frye

CHICAGO\2297935.1
ID\IVF