**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| _____ <br><br> THIS DOCUMENT RELATES TO: <br> *VAN GORP, et al. v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-1731 | Centralized before the <br> Honorable Marvin E. Aspen |

**PLAINTIFFS' MOTION TO WITHDRAW CLASS ALLEGATIONS**

The plaintiffs in *Van Gorp, et al. v. Ameriquest Mortgage Company, et. al.*, respectfully request leave to withdraw the class allegations made in their complaint.

Respectfully Submitted:

Date: March 14, 2007

s/ Anthony P. Valach, Jr.
One of their attorneys

Daniel M. Harris
Anthony P. Valach, Jr.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 14th day of March 2007, a true and correct copy of **PLAINTIFFS' MOTION TO WITHDRAW CLASS ALLEGATIONS** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              By:    s/ Anthony P. Valach, Jr.