**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| _____ <br><br> THIS DOCUMENT RELATES TO: <br> *VAN GORP, et al. v. AMERIQUEST MORTGAGE COMPANY, et al.,* Case No. 06-1731 | Centralized before the <br> Honorable Marvin E. Aspen |

**NOTICE OF MOTION**

**TO: Counsel of Record**

**PLEASE TAKE NOTICE** that on **Tuesday, April 3, 2007**, at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and there present **PLAINTIFFS' MOTION TO WITHDRAW CLASS ALLEGATIONS**, a copy of which is currently being served upon you.

Dated: March 14, 2007

Respectfully submitted by:

s/ Anthony P. Valach, Jr
Counsel for Plaintiffs

THE LAW OFFICES OF DANIEL HARRIS
Anthony Valach
Daniel Harris
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936

## CERTIFICATE OF SERVICE

I, Anthony P. Valach, Jr., hereby certify that on this 14th day of March 2007, a true and correct copy of **PLAINTIFFS' MOTION TO WITHDRAW CLASS ALLEGATIONS** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: \_\_\_\_s/ Anthony P. Valach, Jr.\_\_\_\_