**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Van Gorp, et al. v. Ameriquest Mortgage Company, et al.*, Case No. Case No. 05-907 (C.D. Cal.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

On March 14, 2007, plaintiffs in *Van Gorp, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 05-907 (C.D. Cal.), filed a Motion For Leave to Withdraw Class Allegations. [Docket No. 605] Although Defendant, Ameriquest Mortgage Company ("Defendant") continues to dispute the merits of the claims in this action, it does not oppose the granting of leave to amend to withdraw class allegations.

DATED: March 14, 2007

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

1

## CERTIFICATE OF SERVICE

      I, Bernard E. LeSage, hereby certify that on this 14th day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            By: /s/ Bernard E. LeSage