**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: PLAINTIFFS' EIGHTH MOTION FOR REASSIGNMENT OF RELATED CASES [DOCKET NO. 582] | Centralized before The Honorable Marvin E. Aspen |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' EIGHTH MOTION FOR REASSIGNMENT OF RELATED CASES**

On March 8, 2007, Plaintiffs filed their Eighth Reassignment Motion (Docket No. 582), which seeks to reassign 5 cases to this court for coordinated or consolidated pretrial proceedings with the other actions in this Multidistrict Litigation Proceeding.

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. and Ameriquest Mortgage Securities, Inc. ("Defendants") dispute the merits of the claims in these actions and reserve all challenges to the pleadings, including challenges based on venue, but do not oppose reassignment of the subject cases at this time.

Respectfully submitted,

DATED: March 15, 2007

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**CERTIFICATE OF SERVICE**

I, Bernard E, LeSage, hereby certify that on this 15th day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 1160661v1