# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION



| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. )<br>MORTGAGE LENDING PRACTICES )<br>LITIGATION )<br>)<br>)<br>_____) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |

## NOTICE OF CHANGE OF FIRM'S CONTACT INFORMATION

Counsel, for Plaintiff hereby notifies the Court and counsel of record of the following change of contact information effective March 6, 2007:

>CHRIS JACKSON LAW OFFICE
>8555 Cedar Place Drive
>Suite 111-A
>Indianapolis, IN 46240
>Phone: 317-466-9750
>Fax: 317-466-9760
>Email: cmj@chrisjacksonlaw.com

All future matters in connection with the above referenced cause of aciton should be directed to the above address, phone and fax numbers.

Respectfully Submitted,

Christine M. Jackson, Bar No.: 25321-49
CHRIS JACKSON LAW OFFICE
8555 Cedar Place Drive
Suite 111-A
Indianapolis, IN 46240
Phone: 317-466-9750
Fax: 317-466-9760
Email: cmj@chrisjacksonlaw.com

**FILED**

MAR 13 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT