# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 3/22/2007 |
| **CASE TITLE** | In Re: Ameriquest Mortgage | | |

**DOCKET ENTRY TEXT**

This Court's order of March 16, 2007 regarding the filing of third-party complaints is amended as follows:

■[ For further details see text below.]

## STATEMENT

(Reserved for use by the Court)

## ORDER

As of March 16, 2007, defendants have filed approximately 80 third-party complaints against various entities under the lead case number for this action. Counsel for the defendants has informed us that defendants anticipate filing as many as 300 to 500 additional third-party complaints.

For reasons of judicial economy in this action, we order defendants to file these and all future third-party complaints within one consolidated filing. Defendants shall, within forty-five (45) days of the last date on which an Answer is due in currently filed individual cases, submit a consolidated third-party complaint which incorporates those third-party complaints already filed and all other such complaints defendants plan to file. After that date, defendants shall not file any third-party complaints in connection with presently existing individual cases, without leave of court, and for good cause.

It is so ordered.

| | Courtroom Deputy Initials: | DL |
|---|---|---|