**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** | ) | **MDL NO. 1715**<br>**Lead Case No. 05 C 07097**<br>**(Centralized before Judge Aspen)** |
| **WILLIAM YEAMAN and PAMELA YEAMAN,**<br>**Plaintiffs,**<br>**v.**<br>**AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., and DOES 1-5,**<br>**Defendants.** | ) | **No. 06 C 6967**<br>**Judge Grady** |

**NOTICE OF MOTION**

**TO:** **Lloyd L. Brooks**
**The Brooks Law firm**
**15008 Woodlawn Avenue, 1st Floor**
**Dolton, Illinois 60419**

**AND SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Thursday, March 29, 2007, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendants' Motion For Reassignment of Related Action**, a copy of which was previously served upon you.

Dated: March 22, 2007

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY,
AMERIQUEST MORTGAGE SECURITIES, INC.,
and AMC MORTGAGE SERVICES, INC.,
Defendants

By: s/ Jonathan N. Ledsky
One of their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Elizabeth Barry
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60606
(312) 341-9400

**CERTIFICATE OF SERVICE**

Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Those not registered were mailed copies by U.S. mail.

**1:05-cv-7097 Notice has been electronically mailed to:**

Sarah K. Andrus sandrus@buchalter.com

Charles McLeod Baird charlesmbaird@att.net

Caryn Becker cbecker@lchb.com, glewis@lchb.com

Anne A Bergman aabergman@aol.com

Daniel S. Blinn dblinn@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Brandon A Block bblock@buchalter.com

Jill Henniger Bowman jbowman@jameshoyer.com

James McGinnis Boyers jboyers@woodmclaw.com, scraig@woodmclaw.com

Brian Lewis Bromberg brian@bromberglawoffice.com, brian.bromberg@gmail.com

Jimmie H. Brown help@bspclaw.com

James Michael Dash jdash@muchshelist.com

Charles M. Delbaum cdelbaum@nclc.org

Kelly M Dermody kdermody@lchb.com

Daniel A. Edelman courtecl@edcombs.com, dedelman@edcombs.com

Rachel Geman rgeman@lchb.com

Tara Leigh Goodwin tgoodwin@edcombs.com

Daniel Mark Harris lawofficedh@yahoo.com

Stanley L. Hill stanhill@megsinet.net

Albert F Hofeld , Jr ahofeld@edcombs.com

Jean K. Janes jjanes@muchshelist.com

Evan Jay Kaufman ekaufman@lerachlaw.com

Shennan Kavanagh kavanagh@roddykleinryan.com

Keith James Keogh Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kikoler skikoler@muchshelist.com

Gary Edward Klein klein@roddykleinryan.com, pereira@roddykleinryan.com

Richard A. Kudla richard.kudla@aig.com

Bernard E. LeSage blesage@buchalter.com

Jonathan N. Ledsky jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly rlilly@ademilaw.com

Greg J. Miarecki gmiarecki@winston.com, ECF_CH@winston.com, ppratt@winston.com

Marvin Alan Miller Mmiller@millerlawllc.com, Jramirez@millerlawllc.com, Lfanning@millerlawllc.com

Melinda J. Morales mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor apizor@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Dominic J. Rizzi drizzi@caffertyfaucher.com

Samuel H Rudman srudman@lerachlaw.com

Lorne Todd Saeks lsaeks@muchshelist.com, xreyes@muchshelist.com

Ralph O. Scoccimaro help@bspclaw.com

Terry A Smiljanich tsmiljanich@jameshoyer.com, dstephens@jameshoyer.com, jbowman@jameshoyer.com, lmartin@jameshoyer.com

Kristina M Van Buskirk Kvanbuskirk@ngelaw.com

Craig Allen Varga cvarga@vblhc.com

Thomas Joseph Wiegand twiegand@winston.com, ECF_CH@winston.com

**1:05-cv-7097 Notice has been delivered by other means to:**

Lloyd L. Brooks
The Brooks Law firm
15008 Woodlawn Avenue, 1st Floor
Dolton, Illinois 60419

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Elmer E. Evans
1137 13th Street
Des Moines, IA 50314

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Cheryl M. Lott
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Lost Angeles, CA 90017

Joshua R. Mandell
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Bryan Anthony Vroon
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, GA 30309

s/Jonathan N. Ledsky