EXHIBIT C

Oct-25-05   04:18pm   From-AMERIQUEST

Oct-25-05   12:18pm   From-Ameri... Matteson

706-749-8420          T-094   P.003/006   F-091
706-745-9879          T-078   P.001/003   F-349

OMB NO. 2502-0266

**A.**

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

**SETTLEMENT STATEMENT**

| B. TYPE OF LOAN: |
| 1. ☐ FHA   2. ☐ FmHA   3. ☒ CONV. UNINS.   4. ☐ VA   5. ☐ CONV. INS. |
| 6. FILE NUMBER:   7. LOAN NUMBER: |
| 8. MORTGAGE INS CASE NUMBER: |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| JOSE RODRIGUEZ and VIRGINIA ALBARRAN 1410 SOUTH LOMBARD AVENUE BERWYN, IL 60402 | | AMERIQUEST MORTGAGE 4747 LINCOLN MALL DR. STE 600 MATTESON, IL 60443 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 1410 SOUTH LOMBARD AVENUE BERWYN, IL 60402 COOK County, Illinois | Title Tlc, LLC  PLACE OF SETTLEMENT 1301 W 22nd St Ste 101 Oak Brook, Illinois 60523 | October 24, 2005  Disburse: 10/31/05 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 25,745.87 | 403. | |
| 104. Payoff first mortgage to WELLS FARGO HOME MORTG | 135,830.57 | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. City/Town Taxes        to | | 406. City/Town Taxes        to | |
| 107. County Taxes        to | | 407. County Taxes        to | |
| 108. Assessments        to | | 408. Assessments        to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 161,576.44 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit of earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 156,000.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes        to | | 510. City/Town Taxes        to | |
| 211. County Taxes        to | | 511. County Taxes        to | |
| 212. Assessments        to | | 512. Assessments        to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 156,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 161,576.44 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | 156,000.00 | 602. Less Reductions Due Seller (Line 520) | |
| 303. CASH ( ☒ FROM) ( ☐ TO) BORROWER | 18,523.50 | 603. CASH ( ☐ TO) ( ☐ FROM) SELLER | 0. |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower _____        Seller _____

JOSE RODRIGUEZ

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

Title Tlc, LLC
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

Oct-26-05   04:19pm   From-AMERIQUEST
Oct-26-05   12:19pm   From-Ameri... Matteson

708-748-8420   T-094   P.004/006   F-081
708-748-2979   T-073   P.002/003   F-343

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| **700. TOTAL COMMISSION Based on Price** | | @ 6.0000 % | | |
| Division of Commission (line 700) as Follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. | to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee | % to | | | |
| 802. Loan Discount | 2.1076 % to AMERIQUEST MORTGAGE | | 3,792.50 | |
| 803. Appraisal Fee | to AMERIQUEST MORTGAGE | | 350.00 | |
| 804. TAX RELATED SERVICE FEE | to AMERIQUEST MORTGAGE | | 70.00 | |
| 805. FLOOD SEARCH FEE | to AMERIQUEST MORTGAGE | | 9.00 | |
| 806. LENDER'S PROCESSING FEE | to AMERIQUEST MORTGAGE | | 625.00 | |
| 807. ADMINISTRATION FEE | to AMERIQUEST MORTGAGE | | 239.00 | |
| 808. APPLICATION FEE | to AMERIQUEST MORTGAGE | | 360.00 | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 10/31/05 to 11/01/05 @ $ 48.27000/day ( 1 days %) | | | 48.27 | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for 1.0 years to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance | months @ $ | per month | | |
| 1002. Mortgage Insurance | months @ $ | per month | | |
| 1003. City/Town Taxes | months @ $ | per month | | |
| 1004. County Taxes | months @ $ | per month | | |
| 1005. Assessments | months @ $ | per month | | |
| 1006. | months @ $ | per month | | |
| 1007. | months @ $ | per month | | |
| 1008. | months @ $ | per month | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee | to LYNN E LOVE | | 500.00 | |
| 1102. Abstract of Title Search | to | | | |
| 1103. Title Examination | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Document Preparation | to | | | |
| 1106. Notary Fees | to | | | |
| 1107. Attorney's Fees | to | | | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance | to Tristar Title Insurance Company | | 769.00 | |
| (includes above item numbers: ) | | | | |
| 1109. Lender's Coverage | $ 150,000.00 | | | |
| 1110. Owner's Coverage | $ | | | |
| 1111. ILLINOIS TITLE POLICY | to Tristar Title, LLC | | 6.00 | |
| 1112. | | | | |
| 1113. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 73.00; Release $ | | | 73.00 | |
| 1202. City/County Tax/Stamps: Deed $ ; Mortgage $ | | | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage $ | | | | |
| 1204. R.H.S.P. STATEWIDE SURCHARGE | to Tristar Title, LLC | | 10.00 | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. Pee@ addit deb. w/title | to | | 19,076.00 | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | | 25,748.57 | |

*[signature]* Rachilla
Tristar Title, LLC
Settlement Agent

Certified to be true

The undersigned hereby acknowledges receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION, I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower *[signature]*   Seller

JOSE RODRIGUEZ *[signature]*

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

Tristar Title, LLC *[signature]*
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

EXHIBIT D

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Preliminary [ ]   Final [X]

LENDER:Ameriquest Mortgage Company
4747 Lincoln Mall Dr., #500
Matteson, IL 60443
(708)403-0400

Broker License:

Borrowers:JOSE RODRIGUEZ    VIRGINIA ALBARRAN

Type of Loan:  ADJUSTABLE RATE
Date:  October 22, 2005

Address:       1410 LOMBARD AVENUE
City/State/Zip:  BERWYN,IL 60402

Loan Number:  0136200888 - 5530

Property:    1410 LOMBARD AVENUE, BERWYN, IL  60402

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.355      % | $  393,631.27 | $  174,554.13 | $  568,185.40 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,578.30 | 12/01/2005 | | | |
| 1 | $1,575.70 | 11/01/2035 | | | |

VARIABLE RATE FEATURE:
[X]  Your loan has a variable rate feature .  Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:     You are giving a security interest in the property located at: 1410 LOMBARD AVENUE, BERWYN, IL  60402

ASSUMPTION:  Someone buying this property   [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:     You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES:    If a payment is late, you will be charged  5.000%  of the overdue payment .

PREPAYMENT:   If you pay off your loan early, you
[ ] may   [X] will not    have to pay a penalty.

**See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____
BorrowerJOSE RODRIGUEZ          Date

_____
BorrowerVIRGINIA ALBARRAN          Date

_____
Borrower          Date

_____
Borrower          Date

TIL1 (Rev. 7/01)

0000013620088030575010 1

ORIGINAL COPY

10/22/2005 12:07:46 PM

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary   ☒ Final

LENDER:Ameriquest Mortgage Company
4747 Lincoln Mall Dr., #500
Matteson, IL 60443
(708)403-0400

Broker License:

Borrowers:JOSE RODRIGUEZ    VIRGINIA ALBARRAN

Type of Loan:  ADJUSTABLE RATE
Date:  October 22, 2005

Address:      1410 LOMBARD AVENUE
City/State/Zip:  BERWYN,IL 60402

Loan Number:  0136200888 - 5530

Property:    1410 LOMBARD AVENUE, BERWYN, IL  60402

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.355      % | $  393,631.27 | $  174,554.13 | $  568,185.40 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,578.30 | 12/01/2005 | | | |
| 1 | $1,575.70 | 11/01/2035 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature .  Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:     You are giving a security interest in the property located at: 1410 LOMBARD AVENUE, BERWYN, IL  60402

ASSUMPTION:   Someone buying this property  ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:     You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES:    If a payment is late, you will be charged  5.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
☐ may   ☒ will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____
BorrowerJOSE RODRIGUEZ                Date

_____
BorrowerVIRGINIA ALBARRAN            Date

_____
Borrower                             Date

_____
Borrower                             Date

TIL1 (Rev. 7/01)
0000136200888035750101

BORROWER COPY

10/22/2005 12:07:46 PM

EXHIBIT E

# NOTICE OF RIGHT TO CANCEL

NDER: Ameriquest Mortgage Company

BORROWER(S): JOSE RODRIGUEZ     VIRGINIA ALBARRAN

ADDRESS:     1410 LOMBARD AVENUE
CITY/STATE/ZIP:     BERWYN,IL 60402

PROPERTY:     1410 LOMBARD AVENUE
BERWYN, IL 60402

DATE: October 22, 2005
LOAN NO.: 0136200888 - 5530
TYPE: ADJUSTABLE RATE

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is
   or
   **ENTER DOCUMENT SIGNING DATE**
   _____ ;

2. The date you received your Truth in Lending disclosures;
   or

3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## OW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
600 S Douglass Rd
naheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

may use any written statement that is signed and dated by you and states your intention to cancel, or you may use notice by dating and signing below. Keep one copy of this notice because it contains important information about rights.

u cancel by mail or telegram, you must
the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**
_____

NIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above. If you send or deliver itten notice to cancel some other way, it must be delivered to the above address no later than that time.
TO CANCEL

ATURE _____        DATE _____

signed each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the uth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and t of 1980 (Public Law 96-221).

er in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

WNER JOSE RODRIGUEZ _____ Date

NER _____ Date

BORROWER/OWNER VIRGINIA ALBARRAN _____ Date

BORROWER/OWNER _____ Date

00000136200888040005010

**LENDER COPY**

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   October 22, 2005
LOAN NO.:   0136200888 - 5530
TYPE:   ADJUSTABLE RATE

BORROWER(S): JOSE RODRIGUEZ      VIRGINIA ALBARRAN

ADDRESS:       1410 LOMBARD AVENUE
CITY/STATE/ZIP:   BERWYN,IL 60402

PROPERTY:   1410 LOMBARD AVENUE
            BERWYN, IL  60402

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
| _____ |

;

   or
2.   The date you received your Truth in Lending disclosures;
   or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE:  (714)634-3494
FAX:       (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| _____ |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____                          _____
SIGNATURE                                                                  DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____              _____              _____              _____
BORROWER/OWNER JOSE RODRIGUEZ        Date              BORROWER/OWNER VIRGINIA ALBARRAN              Date

_____              _____              _____              _____
BORROWER/OWNER                                    Date              BORROWER/OWNER                                    Date

1054-NRC (Rev 11/03)

0000013620088840000050101

**BORROWER COPY**

10/22/2005 12:07:46 PM

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  October 22, 2005
LOAN NO.:  0136200888 - 5530
TYPE:  ADJUSTABLE RATE

BORROWER(S): JOSE RODRIGUEZ    VIRGINIA ALBARRAN

ADDRESS:        1410 LOMBARD AVENUE
CITY/STATE/ZIP:  BERWYN,IL 60402

PROPERTY:     1410 LOMBARD AVENUE
              BERWYN,  IL  60402

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

_____        ;

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                   PHONE: (714)634-3494
Anaheim, CA 92806                    FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____        _____
SIGNATURE                        DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____        _____
BORROWER/OWNER JOSE RODRIGUEZ    Date   BORROWER/OWNER VIRGINIA ALBARRAN    Date

_____        _____
BORROWER/OWNER                   Date   BORROWER/OWNER                   Date

1064-NRC (Rev 11/03)

0000013620088804000050101

**BORROWER COPY**

10/22/2005 12:07:46 PM

## NOTICE OF RIGHT TO CANCEL

:NDER:   Ameriquest Mortgage Company

DATE:   October 22, 2005
LOAN NO.:   0136200888 - 5530
TYPE:   ADJUSTABLE RATE

BORROWER(S): JOSE RODRIGUEZ      VIRGINIA ALBARRAN

ADDRESS:      1410 LOMBARD AVENUE
CITY/STATE/ZIP:   BERWYN,IL 60402

PROPERTY:   1410 LOMBARD AVENUE
              BERWYN, IL  60402

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

> ENTER DOCUMENT SIGNING DATE
>
> _____                    ;

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                       PHONE: (714)634-3494
Anaheim, CA 92806                       FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

> ENTER FINAL DATE TO CANCEL
>
> _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____                    _____
SIGNATURE                                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____         ____         _____         ____
BORROWER/OWNER JOSE RODRIGUEZ           Date          BORROWER/OWNER VIRGINIA ALBARRAN          Date

_____         ____         _____         ____
BORROWER/OWNER                          Date          BORROWER/OWNER                            Date

1064-NRC (Rev 11/03)                                  BORROWER COPY

00000136200888004000050101

10/22/2005 12:07:46 PM

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  October 22, 2005
LOAN NO.:  0136200888 - 5530
TYPE:  ADJUSTABLE RATE

BORROWER(S): JOSE RODRIGUEZ      VIRGINIA ALBARRAN

ADDRESS:         1410 LOMBARD AVENUE
CITY/STATE/ZIP:   BERWYN,IL 60402

PROPERTY:  1410 LOMBARD AVENUE
                 BERWYN,  IL  60402

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

> ENTER DOCUMENT SIGNING DATE
>
> _____

    or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> ENTER FINAL DATE TO CANCEL
>
> _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____                    _____
SIGNATURE                                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____   _____   _____   _____
BORROWER/OWNER JOSE RODRIGUEZ    Date    BORROWER/OWNER VIRGINIA ALBARRAN   Date

_____   _____   _____   _____
BORROWER/OWNER                   Date    BORROWER/OWNER                      Date

1004-NRC (Rev 11/03)

00000135200885040005010

**BORROWER COPY**

10/22/2005 12:07:46 PM

EXHIBIT F

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0136200888 - 5530   Borrower(s): JOSE RODRIGUEZ
Date: October 22, 2005       VIRGINIA ALBARRAN

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

    Ameriquest Mortgage Company
    1600 S Douglass Rd Anaheim, CA 92806
    ATTN: Funding Department
    Phone: (714)541-9960
    Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____  _____
Borrower/Owner JOSE RODRIGUEZ     Date

_____  _____
Borrower/Owner VIRGINIA ALBARRAN   Date

_____  _____
Borrower/Owner          Date

_____  _____
Borrower/Owner          Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____  _____
Borrower/Owner Signature       Date

---


0000013620088860404220101

850 (10/00)

10/22/2005 12:07:46 PM

**LENDER COPY**

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0136200888 - 5530          Borrower(s): JOSE RODRIGUEZ
Date: October 22, 2005                              VIRGINIA ALBARRAN

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____          _____
Borrower/Owner  JOSE RODRIGUEZ                 Date


_____          _____
Borrower/Owner  VIRGINIA ALBARRAN            Date


_____          _____
Borrower/Owner                                           Date


_____          _____
Borrower/Owner                                           Date


+--------------------------------------------------------------+
|                  **REQUEST TO CANCEL**                       |
| I/We want to cancel loan #_____. |
|                                                              |
| _____     _____   |
| Borrower/Owner Signature                     Date            |
+--------------------------------------------------------------+

000001362008880404220101

10/22/2005 12:07:46 PM

**BORROWER COPY**

830 (10/00)

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0136200888 - 5530        Borrower(s): JOSE RODRIGUEZ
Date: October 22, 2005                        VIRGINIA ALBARRAN

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

        Ameriquest Mortgage Company
        1600 S Douglass Rd Anaheim, CA 92806
        ATTN: Funding Department
        Phone: (714)541-9960
        Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____    _____
Borrower/Owner  JOSE RODRIGUEZ             Date


_____    _____
Borrower/Owner  VIRGINIA ALBARRAN          Date


_____    _____
Borrower/Owner                        Date


_____    _____
Borrower/Owner                        Date

---

### REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____    _____
Borrower/Owner Signature               Date

---


000001362008880404220101

850 (10/00)

10/22/2005 12:07:46 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0136200888 - 5530          Borrower(s): JOSE RODRIGUEZ
Date: October 22, 2005                              VIRGINIA ALBARRAN

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

        Ameriquest Mortgage Company
        1600 S Douglass Rd Anaheim, CA 92806
        ATTN: Funding Department
        Phone: (714)541-9960
        Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  JOSE RODRIGUEZ                     Date

_____          _____
Borrower/Owner  VIRGINIA ALBARRAN                 Date

_____          _____
Borrower/Owner                                             Date

_____          _____
Borrower/Owner                                             Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                               Date


0000013620088860404220101

10/22/2005 12:07:46 PM

**BORROWER COPY**

850 (10/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0136200888 - 5530　　　Borrower(s): JOSE RODRIGUEZ
Date: October 22, 2005　　　　　　　　　　VIRGINIA ALBARRAN

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

　　　　　　Ameriquest Mortgage Company
　　　　　　1600 S Douglass Rd Anaheim, CA 92806
　　　　　　ATTN: Funding Department
　　　　　　Phone: (714)541-9960
　　　　　　Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____　　_____
Borrower/Owner  JOSE RODRIGUEZ　　　　　　　　Date

_____　　_____
Borrower/Owner  VIRGINIA ALBARRAN　　　　　　Date

_____　　_____
Borrower/Owner　　　　　　　　　　　　　　　　　Date

_____　　_____
Borrower/Owner　　　　　　　　　　　　　　　　　Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____　　_____
Borrower/Owner Signature　　　　　　　　　　　Date

---


0000013620088804042201 01

10/22/2005 12:07:46 PM

**BORROWER COPY**

850 (10/00)

<u>EXHIBIT G</u>

**Ameriquest Mortgage Company**

| | |
|---|---|
| Borrower Name: JOSE RODRIGUEZ | Loan Number: 0136200888 - 5530 |
| Borrower Name: VIRGINIA ALBARRAN | Property Address: 1410 LOMBARD AVENUE<br>BERWYN, IL 60402 |

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND DISCOUNT POINTS

The interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are related to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the interest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by taking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount points. The following example shows how your options work.







\* The terms of your loan may be different from the above example. Other factors influence rate, such as how much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but *not* necessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for some time. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon. Your mortgage specialist can give you more information about the options available to you and the exact terms of your loan.



854 (Rev. 9/05)

<u>EXHIBIT H</u>

Ameriquest Mortgage Company
4747 Lincoln Mall Dr., #500
Matteson, IL 60443

(708)403-0400

## BORROWER'S ACKNOWLEDGMENT OF FINAL LOAN TERMS

JOSE RODRIGUEZ
VIRGINIA ALBARRAN

Date: October 22, 2005

Notice: [X] Delivered ☐ Mailed

Loan Number: 0136200888 - 5530

Description of Credit Request:

1410 LOMBARD AVENUE
BERWYN,IL 60402

[X] 1st Trust Deed/Mortgage ☐ 2nd Trust Deed/Mortgage

☐ Other:

Property Address: 1410 LOMBARD AVENUE

BERWYN, IL 60402                    County of COOK

## TYPE OF TRANSACTION:

☐ Purchase     [X] Refinance     Other

| ORIGINAL LOAN TERMS REQUESTED | FINAL LOAN TERMS: |
|---|---|
| ☐ Fixed Rate Loan [X] Adjustable Rate Loan | ☐ Fixed Rate Loan [X] Adjustable Rate Loan |
| Amount Financed: $ 174,108.50 | Amount Financed: $ 174,554.13 * |
| Settlement Charges: $ 7,391.50 (Includes all Prepaid Finance Charges) | Settlement Charges: $ 8,186.27 * (Includes all Prepaid Finance Charges) |
| Loan Amount: $ 180,000.00 | Loan Amount: $ 180,000.00 |
| Annual Percentage Rate: 10.355 % | Annual Percentage Rate: 10.355 %* |
| Term: 360 | Term: 360 |
| Initial Interest Rate: 9.990 % | Initial Interest Rate: 9.990 % |
| Margin: 4.250 % | Margin: 4.250 % |
| Prepayment Penalty: ☐ YES [X] NO | Prepayment Penalty: ☐ YES [X] NO |

Borrower(s) and Ameriquest Mortgage Company hereby acknowledge that "Final Loan Terms" stated above are based exclusively on information, statements, and representations (all material facts) which have been provided by the borrower(s) which the Lender has relied upon to make this acknowledgement. These "Final Loan Terms" may change prior to loan settlement if Lender subsequently determines or becomes aware of any changes in these material facts. Borrower(s) also acknowledges that if the "Final Loan Terms" change due to a change of material facts, that Lender may require new loan documents to be executed by the borrower(s).

Borrower JOSE RODRIGUEZ          Date          Borrower VIRGINIA ALBARRAN          Date

Borrower          Date          Borrower          Date

*These amounts may change due to any final adjustments made to the prepaid interest amount collected on your loan at funding.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any rights under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the: FEDERAL TRADE COMMISSION, EQUAL CREDIT OPPORTUNITY, ROOM 4037, WASHINGTON DC, 20580.



00000136200888040465010I

STMTCO (Rev. 3/99)

EXHIBIT I

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email: edcombs@aol.com
### www.edcombs.com

February 8, 2007

BY CERTIFIED MAIL

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

Deutsche Bank National Trust Company, N.A.
60 Wall Street
New York, NY

        Re:    Notice of rescission, claim and lien, Jose Rodriguez and Virginia
                Albarran, 1410 S. Lombard, Berwyn, IL 60402, loan of October 24,
                2005

Ladies/Gentlemen:

        The above clients hereby give notice that they rescind the above loan for
noncompliance with the Truth in Lending Act.

        Please be further advised that we have been retained by the above clients to file suit

against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc. or Deutsche Bank, please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on February 8, 2007.

_____
Daniel A. Edelman