## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: PLAINTIFFS' NINTH MOTION FOR REASSIGNMENT OF RELATED CASES [DOCKET NO. 620] | |

### DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' NINTH MOTION FOR REASSIGNMENT OF RELATED CASES

On March 23, 2007, Plaintiffs filed their Ninth Reassignment Motion (Docket No. 620), which seeks to reassign *Rodriguez, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 07-1082 (N.D. Ill) to this court for coordinated or consolidated pretrial proceedings with the other actions in this Multidistrict Litigation Proceeding.

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. and Ameriquest Mortgage Securities, Inc. ("Defendants") dispute the merits of the claims in *Rodriguez* and reserve all challenges to the pleadings, including challenges based on venue, but do not oppose reassignment of the subject case at this time.

1

Respectfully submitted,

DATED: March 27, 2007                By:/s/ Bernard E. LeSage_____

*Attorneys for Ameriquest Mortgage Company;*
*AMC Mortgage Services, Inc.; Town & Country*
*Credit Corporation; Ameriquest Capital*
*Corporation; Town & Country Title Services,*
*Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 27th day of March 2007, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 1177465v1