**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

**NOTICE OF CHANGE IN STATUS OF INDIVIDUAL OPT-OUT OF CLASS ACTIONS**

Emma Jean & Allen Rodarmel of Byers, CO who on January 4, 2007 informed this Court that they opt-out of any class or putative class involving their Ameriquest mortgage, hereby inform this Court that they no longer wish to opt-out of any class or putative class.

Respectfully Submitted:

Date:   March 28, 2007

_____/s/ Anthony P. Valach, Jr._____
One of their attorneys

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

<u>**CERTIFICATE OF SERVICE**</u>

I, Anthony P. Valach, Jr., hereby certify that on this 28th day of March 2007, a true and correct copy of the above **NOTICE OF CHANGE IN STATUS OF INDIVIDUAL OPT-OUT OF CLASS ACTIONS** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____/s/ Anthony P. Valach, Jr._____