IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: *Sievers, et al. v. Ameriquest Mortgage Co., et al.*, D. Conn. Case No. 3:05-01296 | |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT**

As demonstrated in the accompanying Memorandum of Law, plaintiffs Jerome L. Sievers and Cheryl M. Sievers (together, "Plaintiffs") lack standing to bring this action. Specifically, Plaintiffs' claims in this action against defendants Ameriquest Mortgage Company ("AMQ") and Deutsche Bank National Trust Company ("Deutsche Bank") (together, "Defendants") accrued prior to their filing for Chapter 7 bankruptcy protection on May 4, 2005. Accordingly, Plaintiffs claims in this action are property of their bankruptcy estate, and only the trustee has standing to prosecute the claims. Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, this Court therefore should dismiss Plaintiffs' Complaint without leave to amend.

The Motion is based on this Motion, the accompanying Memorandum of Law in Support of the Motion, the accompanying Request for Judicial Notice, the pleadings and records on filed herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

///

///

///

1

2

Defendants request an opportunity for oral argument.

WHEREFORE, Defendants respectfully request that this Court grant the Motion in its entirety.

Respectfully submitted,

DATED: March 30, 2007         By:/s/ Bernard E. LeSage

*Attorneys for defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 30th day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 1125638v1