# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL OF THE OPT-OUT CASES LISTED IN APPENDICES 1 THROUGH 4 ATTACHED TO THE ACCOMPANYING MEMORANDUM OF LAW | |

## DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTION FOR MORE DEFINITE STATEMENT

By this Consolidated Motion, Defendants[1] seek to remedy four patent pleading deficiencies that infect the complaints in nearly all of the actions in which plaintiffs have opted out of the master class complaints. As detailed in the accompanying Memorandum of Law, two of these pleading insufficiencies warrant dismissal with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) of certain plaintiffs' claims—and in some cases entire complaints—because the claims (or complaints) cannot be amended to state a claim upon which relief may be granted. The other two deficiencies require dismissal without prejudice pursuant to FRCP 12(e) of certain plaintiffs' claims—and in some cases entire complaints—in order to allow plaintiffs to amend their claims, if possible, to allege facts supporting their bald legal conclusions.

The Motion is based on this Motion, the accompanying Memorandum of Law in Support of the Motion, the pleadings and records on filed herein, such further papers as may be filed in

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc; and Argent Mortgage Company, LLC.

1

connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

Defendants request an opportunity for oral argument.

WHEREFORE, Defendants respectfully request that this Court grant the Motion in its entirety.

Respectfully submitted,

DATED: March 30, 2007         By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: March 30, 2007         By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 30th day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage