**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL OF THE OPT-OUT CASES LISTED IN APPENDICES 1 THROUGH 4 | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTION FOR MORE DEFINITE STATEMENT**

**I.      INTRODUCTION**

By this Consolidated Motion, Defendants[1] seek to remedy four patent pleading deficiencies that infect the complaints in nearly all of the actions in which plaintiffs have opted out of the master class complaints. Two of these pleading insufficiencies warrant dismissal with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) of certain plaintiffs' claims—and in some cases entire complaints—because the claims (or complaints) cannot be amended to state a claim upon which relief may be granted. The other two deficiencies require dismissal without prejudice pursuant to FRCP 12(e) of certain plaintiffs' claims—and in some cases entire complaints—in order to allow plaintiffs to amend their claims, if possible, to allege facts supporting their bald legal conclusions.[2]

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc; and Argent Mortgage Company, LLC.

[2] As the Appendices exhibit, more than one deficiency presents itself in many complaints. In keeping with the Court's order regarding the filing of a consolidated third-party complaint, Defendants have consolidated their initial pleading challenges to the complaints in the opt-out cases into one motion.

## II. CONSOLIDATED MOTION TO DISMISS CERTAIN CLAIMS AND CLAIMS FOR RELIEF WITH PREJUDICE PURSUANT TO FRCP 12(b)(6)

A court should grant a motion to dismiss where a complaint does not allege facts that would entitle plaintiff to relief. Fed. R. Civ. P. 12(b)(6); *see Porter v. DiBlasio*, 93 F.3d 301, 305 (7th Cir. 1996). And a court should deny leave to amend where it is clear that plaintiff cannot state a claim upon which relief can be granted as a matter of law. *Thompson v. Washington*, 362 F.3d 969, 970 (7th Cir. 2004). Applying these standards here, this Court should dismiss with prejudice plaintiffs' claims for actual and statutory damages under the Truth in Lending Act, 15 U.S.C. Section 1601, *et seq.* ("TILA"), or corresponding states' laws, and their claims for punitive damages under these statutes.

### A. Certain Plaintiffs' Claims For Statutory And Actual Damages Under TILA Are Barred By The Applicable One-Year Statutes of Limitations.

TILA sets forth two different statutes of limitations for claims based on defective disclosures. Claims for <u>rescission</u> must be brought within <u>three years</u> after consummation of the transaction. 15 U.S.C. § 1635(f); 12 C.F.R. § 226.23(a)(3). Claims for <u>statutory and actual damages</u> under TILA must be brought within <u>one year</u> after consummation of the transaction. 15 U.S.C. § 1640(e); *Jenkins v. Mercantile Mortgage Co.*, 231 F. Supp. 2d 737, 745 (N.D. Ill. 2002).[3] Consummation occurs when the plaintiffs become contractually obligated on a credit transaction. *Brown v. NationsCredit Fin. Servs. Corp.*, 349 F. Supp. 2d 1134, 1136 (N.D. Ill. 2005). In the cases in this proceeding brought by borrower plaintiffs, consummation occurred upon the closing of the loans at issue. *See id.*

The one-year statute of limitations for statutory and actual damages under TILA operates independently of the three-year statute of limitations for rescission, even if claims for damages and rescission are brought in the same lawsuit. Indeed, "TILA violations that are subject to the one year statute [for statutory and actual damages] cannot be overcome merely by linking them to a rescission claim." *Jenkins*, 231 F. Supp. 2d at 745; *see Rudisell v. Fifth Third Bank*, 622 F.2d 243, 247 (6th Cir. 1980); *Brown*, 349 F. Supp. 2d at 1136; *Bell v. Ameriquest Mortgage Co.*, No. 04 C 5987, 2004 WL 2973819, at *1 (N.D. Ill. Nov. 30, 2004); *Pulphus v. Sullivan*, No. 02 C

---

[3] The same statute of limitations for actual and statutory damages claims is applicable in those states that are exempted from TILA. *See, e.g.*, Conn. Gen. Stat. § 36a-683(e) (providing for a one-year statute of limitations for actions for statutory and actual damages).

5794, 2003 WL 1964333, at *12 (N.D. Ill. April 28, 2003); *Elliott v. ITT Corp.*, 764 F. Supp. 102, 106 (N.D. Ill. 1991) (Aspen, J.).

Each plaintiff listed in Appendix 1 admittedly filed his or her lawsuit more than one year after consummation (*i.e.*, closing) of their loans.[4] As such, these plaintiffs' claims for actual and statutory damages are barred by the one-year statute of limitations under TILA. Their remedy, if any, is rescission. Accordingly, this Court should dismiss with prejudice the claims for actual and statutory damages asserted by each plaintiff listed in Appendix 1.

### B. Certain Plaintiffs' Claims For Punitive Damages Are Barred As A Matter Of Law.

TILA does not provide for an award of punitive damages. *See* 15 U.S.C. § 1640(a) (providing for the amount of relief recoverable for a violation of the TILA); *Bond v. Fleet Bank (RI), N.A.*, No. CIVA. 01-177L, 2002 WL 373475, *3 (D. R.I. Feb. 21, 2002) (holding that plaintiff could not recover punitive damages for TILA claim). But in each of the complaints in Appendix 2, plaintiffs seek punitive damages under TILA.[5] Since such relief is not available as a matter of law, the Court should dismiss with prejudice these plaintiffs' claims for punitive damages.

### III. CONSOLIDATED MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)

### A. Certain Plaintiffs Fail To Allege The Factual Cause Of Their Purported Injury In Their Complaints.

A court should grant a motion for a more definite statement under FRCP 12(e) where the complaint fails to direct defendant to the factual cause of plaintiff's supposed injury. Fed. R. Civ. P. 12(e); *Doherty v. City of Chicago*, 75 F.3d 318, 326 (7th Cir. 1996); *McTigue v. City of Chicago*, 60 F.3d 381, 382 (7th Cir. 1995); *Parus v. Cator*, No. 05-C-0063-C, 2005 WL 1458770, at * 3 (W.D. Wis. June 17, 2005). Appendix 3 lists the complaints filed by the Consumer Law Group, LLC ("CLG") that violate the foregoing pleading standard. Each of these complaints involves a multitude of separate mortgage loan transactions allegedly entered into between Defendants and Connecticut residents. Notwithstanding the differences in the transactions, each of the complaints sets forth only a single, repetitive legal conclusion that, in

---

[4] The paragraphs from each of the complaint showing the date of the loan closing and the date of the filing of each of the complaints are set forth in Appendix 1.

[5] The allegations from each of the complaints seeking punitive damages are set forth in Appendix 2.

3

connection with Plaintiffs' loans, Defendants violated the Connecticut Truth-In-Lending Act, Connecticut General Statutes Section 36a-675, *et seq.*, and the federal TILA "by failing to adequately notify [plaintiff(s)] of the right to rescind the transaction in the manner set forth by C.G.S. § 36a-683, 15 U.S.C. § 1635(a) and Reg. Z § 226.23(b)." [6] Plaintiffs do not set forth any allegations as to how, in fact, Defendants failed to "adequately notify" any plaintiff of his or her rescission rights.

Notably, in other complaints where CLG is counsel of record, plaintiffs allege facts supporting their contention that defendants failed to adequately notify them of their rescission rights. For example, plaintiffs in *Bailey, et al. v. Ameriquest Mortgage Company*, D. Conn. Case No. 3:05-00452, allege that Defendant Ameriquest Mortgage Company failed to deliver to them two copies of a notice of the right to rescind that disclosed the expiration date of the rescission period. (Complaint, ¶ 10.)

Put simply, CLG knows how to allege facts supporting a rescission claim based on the failure to provide proper notice of rescission rights. But CLG has not done so in the complaints listed in Appendix 3. Thus, the Court should dismiss each of these complaints without prejudice and require a more definite statement as to plaintiffs' claims.

**B.      Certain Plaintiffs Fail To Allege The State Laws At Issue In Their Complaints.**

A court should grant a motion for a more definite statement under FRCP 12(e) as to a claim for relief based on state law that fails to identify the state law at issue. *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336, 347 (2005); *see Cetina v. Super Target*, No. 3:04-CV-1475-M, 2004 WL 2434416, at * 1 (N.D. Tex. Nov. 1, 2004); *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 514 (2002)). Appendix 4 lists the complaints filed by the Law Offices of Daniel Harris that contravene the foregoing pleading standard. Plaintiffs in each of these complaints assert a claim under state law, but these plaintiffs do not identify the specific state law allegedly violated by Defendants or give Defendants any guidance to even guess which state law is at issue.[7] Accordingly, a more definite statement is warranted and the Court should dismiss each of the complaints listed in Appendix 4 without prejudice.

---

[6] The paragraphs from each of the complaints filed by CLG containing this legal conclusion are set forth in Appendix 3.

[7] The paragraphs from each of the complaints exhibiting this deficiency are set forth in Appendix 4.

4

## IV.    CONCLUSION

As set forth above and in Appendix 1 and Appendix 2, certain plaintiffs' claims for TILA damages that were filed more than one year after loan consummation and Plaintiffs' claims for punitive damages for alleged TILA violations fail as a matter of law. Defendants respectfully request that the Court grant this Motion as to those claims, with prejudice. As set forth above and in Appendix 3 and Appendix 4, certain plaintiffs' claims are pled in such a conclusory manner that Defendants cannot discern the factual basis and/or legal basis for those claims, and Defendants cannot meaningfully defend themselves without a more definite statement. As to those cases, Defendants respectfully request that the Court order dismissal without prejudice to plaintiffs filing a more definite statement of their respective claims.

Respectfully submitted,

DATED: March 30, 2007           By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company;*
*AMC Mortgage Services, Inc.; Town & Country*
*Credit Corporation; Ameriquest Capital*
*Corporation; Town & Country Title Services,*
*Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: March 30, 2007           By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

5

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 30th day of March 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage _____

APPENDIX 1

CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Addenbrooke, et al. v. Ameriquest Mortgage Co. | CT 3:06-01987 | Brent and Kim Addenbrooke | May 14, 2004 (¶ 9) | December 8, 2006 |
| | | Jonathan DuBose | June 5, 2004 (¶ 20) | December 8, 2006 |
| | | Stephen and Kathleen Evans | June 23, 2004 (¶ 31) | December 8, 2006 |
| Addison v. Ameriquest Mortgage Co., Ameriquesst Mortgage Securities, Inc., AMC Mortgage Services | WIE 2:06-00654 | Suzette Addison | August 6, 2004, (¶14); and February 3, 2005 (¶ 23) | June 5, 2006 |
| Allan, et al. v. Argent Mortgage Co., LLC | CT 3:06-00118 | Robert L. Allan | November 18, 2003 ( ¶ 11) | January 23, 2006 |
| | | Fred and Barbara Bruch | May 23, 2003 ( ¶ 21) | January 23, 2006 |
| | | Richard and Maryann Collier | March 22, 2004 ( ¶ 31) | January 23, 2006 |
| | | Scott and Nancy Conry | October 16, 2003 ( ¶ 41) | January 23, 2006 |
| | | George P. Edwards | August 19, 2003 ( ¶ 51) | January 23, 2006 |
| | | Debra W. Jenkins | September 12, 2003 (¶ 61) | January 23, 2006 |
| | | Vernon and Kathleen Lanou | September 15, 2003 ( ¶ 71) | January 23, 2006 |
| | | Gardner L. Lewis II and Patricia T. Brown | October 27, 2003 ( ¶ 81) | January 23, 2006 |
| | | William E. Reidell and Rosemary Arbuckle | June 10, 2004 ( ¶ 91) | January 23, 2006 |
| | | De'Ana Shepard-Smith | December 12, 2003 ( ¶ 101) | January 23, 2006 |
| | | Kenneth and Elizabeth Sweeten | February 14, 2003 ( ¶ 111) | January 23, 2006 |
| | | Floyd and Helen Wallace | March 1, 2004 ( ¶ 121) | January 23, 2006 |
| Ameriquest Mortgage Company v. Mattix et al. | MN 0:06-01719 | Lori Mattix and Ivory Ford | January 24, 2003 (¶ 37); July 24, 2003 (¶ 38); December 24, 2003 (¶ 41) | June 1, 2006 |
| Anderson, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities | ILN 1:06-01981 | Dean and Diane Anderson | June 28, 2004 (¶ 13) | April 7, 2006 |

APPENDIX 1

CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR
CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Anderson, et al. v. Ameriquest Mortgage Co., CitiFinancial Mortgage Co., and HSBC Mortgage Svc | CT 3:06-00209 | John W. Anderson Jr. | July 23, 2003 (¶ 11) | February 9, 2006 |
| | | Benjamin and Manuel Barboza | April 22, 2003 (¶ 21) | February 9, 2006 |
| | | Beverley and Kathy Bessette | September 12, 2003 (¶ 31) | February 9, 2006 |
| | | Jennie Douchette | August 8, 2003 (¶ 41) | February 9, 2006 |
| | | Elizabeth Hall | December 22, 2003 (¶ 51) | February 9, 2006 |
| | | John and Maryann Iwanczenko | January 15, 2003 (¶ 61) | February 9, 2006 |
| | | Keith Jensen | December 10, 2004 (¶ 71) | February 9, 2006 |
| | | Kathleen and Kyle Jones | April 3, 2003 (¶ 81) | February 9, 2006 |
| | | Shannon and Thomas Ladd | September 9, 2004 (¶ 91) | February 9, 2006 |
| | | Jean Lemire | March 3, 2004 (¶ 101) | February 9, 2006 |
| | | Albert Levesque | December 9, 2004 (¶ 111) | February 9, 2006 |
| | | Pearl and Roosevelt Oliver | January 21, 2004 (¶ 121) | February 9, 2006 |
| | | John Pokorny Jr. | July 20, 2004 (¶ 133) | February 9, 2006 |
| | | William A. Proudfoot | May 26, 2004 (¶ 143) | February 9, 2006 |
| | | Deborah H. Spillane | August 14, 2003 (¶ 155) | February 9, 2006 |
| | | Rachel and Shaun O'Rourke | April 8, 2004 (¶ 165) | February 9, 2006 |
| | | Georgette F. Pehowdy | July 21, 2004 (¶ 177) | February 9, 2006 |
| | | Maureen Rainville and Richard A. Sylvia | August 19, 2004 (¶ 187) | February 9, 2006 |
| | | Sonia Spence-English | August 8, 2003 (¶ 197) | February 9, 2006 |
| | | Dennis and Brenda Holmes | February 11, 2003 (¶ 207) | February 9, 2006 |
| | | Patricia and Michael Szynal | January 24, 2004 (¶ 217) | February 9, 2006 |
| Applegate, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-04867 | Thomas and Linda Applegate | December 3, 2003 (¶ 8) | September 8, 2006 |

APPENDIX 1
CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR
CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Bailey, et al. v. Ameriquest Mortgage Co. | CT 3:05-00452 | Wray and Wendy Bailey | February 5, 2003 (¶ 7) | March 11, 2005 |
| | | Juan Garcia | August 12, 2004 (¶ 17) | March 11, 2005 |
| | | Samuel Greene | March 14, 2003 (¶ 27) | March 11, 2005 |
| | | Jason Hasapes | January 8, 2004 (¶ 37) | March 11, 2005 |
| | | Colon Holloway | June 3, 2004 (¶ 47) | March 11, 2005 |
| | | Pearl and Maurice Huggins | August 31, 2003 (¶ 57) | March 11, 2005 |
| | | Jeffrey and Ellen Kozlowski | August 31, 2003 (¶ 67) | March 11, 2005 |
| | | Bruce and Deborah Lauzier | August 20, 2004 (¶ 77) | March 11, 2005 |
| | | Scott A. Leblanc | March 20, 2004 (¶ 87) | March 11, 2005 |
| | | Timothy Lehan | June 23, 2003 (¶ 97) | March 11, 2005 |
| | | Carlos Martinez | June 3, 2004 (¶ 107) | March 11, 2005 |
| | | Nels E. Nordquist | December 16, 2002 (¶ 117) | March 11, 2005 |
| | | David and Lucinda Milardo | March 24, 2004 (¶ 127) | March 11, 2005 |
| | | Robert Muro | May 16, 2003 (¶ 137) | March 11, 2005 |
| | | Catherine Niese | March 19, 2004 (¶ 147) | March 11, 2005 |
| | | Winston and Norma Patterson | January 26, 2004 (¶ 157) | March 11, 2005 |
| | | Harold Peterson and Elizabeth Zevallos | August 4, 2004 (¶ 167) | March 11, 2005 |
| | | Gregory and Kelly Smayda | September 18, 2003 (¶ 177) | March 11, 2005 |
| | | Peter and Victoria Sulinski | September 22, 2003 (¶ 187) | March 11, 2005 |
| | | Justin and Cynthia Thompson | November 17, 2004 (¶ 197) | March 11, 2005 |
| | | Armando and Anne Valeriano | June 18, 2004 (¶ 207) | March 11, 2005 |
| | | Stephen Wilson | August 23, 2003 (¶ 217) | March 11, 2005 |
| | | Leon and Beth Witham | December 19, 2003 (¶ 227) | March 11, 2005 |
| | | Alfred Carbone | February 20, 2004 (¶ 237) | March 11, 2005 |
| | | Richard and Denise Hack | December 24, 2002 (¶ 247) | March 11, 2005 |
| | | Edward and Ruth Kobialka | November 20, 2002 (¶ 257) | March 11, 2005 |
| Barletta v. Ameriquest Mortgage Co, AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-04560 | Pam Barletta | January 2004 (¶ 7) | August 23, 2006 |

APPENDIX 1
CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR
CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Belcher, et al. v. Ameriquest Mortgage Co. | CT 3:06-00195 | Monique M. Belcher | September 13, 2004 (¶ 7) | February 8, 2006 |
| | | Madge and Edgar Bryan | August 4, 2004 (¶ 12) | February 8, 2006 |
| | | Sonia Joseph | August 19, 2004 (¶ 17) | February 8, 2006 |
| | | Debra Jenkins | September 14, 2004 (¶ 22) | February 8, 2006 |
| Belval, et al. v. Ameriquest Mortgage Co., HSBC Mortgage Svc, and Merrill Lynch Credit Corp. | CT 3:06-00117 | Roger and Lyn Belval | January 29, 2004 (¶ 13) | January 20, 2006 |
| | | Cynthia Belcher and Christopher Ellis | January 24, 2005 (¶ 25) | January 20, 2006 |
| | | Annette Fountain | March 19, 2004 (¶ 35) | January 20, 2006 |
| | | Laurie and Robert Iulo | October 20, 2003 (¶ 45); July 7, 2004 (¶ 55) | January 20, 2006 |
| | | Jay and Melissa Alvarez | October 17, 2003 (¶ 65); October 19, 2004 (¶ 75) | January 20, 2006 |
| | | Kristen and Frank Olschefski | August 24, 2004 (¶ 85) | January 20, 2006 |
| | | Henry and Joan Owen | December 9, 2003 (¶ 95) | January 20, 2006 |
| | | Guy and Pauline Passarello | December 19, 2002 (¶ 105) | January 20, 2006 |
| | | Joseph Rodino | December 12, 2003 (¶ 115) | January 20, 2006 |
| | | Luz Santiago | November 15, 2004 (¶ 125) | January 20, 2006 |
| | | Gary and Kelly Steinmiller | March 21, 2003 (¶ 135) | January 20, 2006 |
| | | Jay and Sherri Valentin | September 13, 2004 (¶ 145) | January 20, 2006 |
| | | Gloria J. Therrien | July 18, 2003 (¶ 157); May 12, 2004 (¶ 167) | January 20, 2006 |
| | | Charles Humphrey | October 29, 2003 (¶ 177); June 10, 2004 (¶ 187) | January 20, 2006 |
| | | Wray and Wendy Bailey | May 8, 2004 (¶ 197) | January 20, 2006 |
| | | Charles J. Matas | May 5, 2004 (¶ 209) | January 20, 2006 |
| | | Lorraine and Austin Warner | November 10, 2004 (¶ 219) | January 20, 2006 |
| | | Sharon and Ronald Kach | May 23, 2003 (¶ 229) | January 20, 2006 |
| | | Amy and Raymond McKenzie | December 16, 2003 (¶ 239) | January 20, 2006 |
| Bergquist v. Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities | ILN 1:06-01438 | Sandra Bergquist | December 28, 2004 (¶ 13) | March 15, 2006 |

APPENDIX 1

CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR
CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Besterfield v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, Inc., AMC Mortgage Services | ILN 1:06-02676 | James Besterfield | January 11, 2005 (¶ 14) | May 12, 2006 |
| Billings, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities | ILN 1:06-01849 | Jacob and Taylor Billings | February 16, 2005 (¶ 13) | April 4, 2006 |
| Black, et al. v. Argent Mortgage Co., Homeq Servicing Corp. | ILN 1:06-04418 | Rose and David Black | August 12, 2004 (¶ 14) | August 16, 2004 |
| Blackburn, et al. v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services | INS 1:06-01086 | Sherry and Joseph Frank Blackburn | November 19, 2004 (¶ 18) | July 17, 2006 |
| Blain, et al. v. Argent Mortgage Co., Ameriquest Mortgage Co., Countrywide Home Loans | MIW 5:06-00170 | Christena and Thomas B. Blain | March 16, 2004 (¶ 16) | October 27, 2006 |
| Booher v. Ameriquest Mortgage Co., GMAC Mortgage Corp. | ILS 3:06-01045 | Steven E. Booher | July 7, 2005 (¶ 13) | January 5, 2007 |
| Bowden v. Argent Mortgage Co., et al. | ILN 1:06-05991 | Brenda and Darron Bowden | April 2, 2004 (¶ 14) | November 2, 2006 |

APPENDIX 1
CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR
CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Bowe, et al. v. Ameriquest Mortgage Co. | CT 3:06-00119 | Michael Bowe | March 24, 2004 (¶ 9) | January 23, 2006 |
| | | Mauro Troetti | September 3, 2004 (¶ 19) | January 23, 2006 |
| | | Kevin Copeland | December 31, 2003 (¶ 29) | January 23, 2006 |
| | | David Sullivan and Drucie Bathin | April 8, 2003 (¶ 39) | January 23, 2006 |
| | | Herbert and Anne Randall | February 19, 2004 (¶ 49) | January 23, 2006 |
| | | Anthony and Deborah Morin | April 21, 2004 (¶ 59) | January 23, 2006 |
| | | Michael F. Smail Sr. | June 18, 2004 (¶ 69) | January 23, 2006 |
| | | Constance Stripling | May 23, 2003 (¶ 79) | January 23, 2006 |
| | | Tricia and Gary Safferstein | July 21, 2004 (¶ 89) | January 23, 2006 |
| | | Carolyn Justus | December 23, 2003 (¶ 99) | January 23, 2006 |
| | | Lorraine P. Sibley | June 20, 2003 (¶ 109) | January 23, 2006 |
| | | Nadejda Fournier | April 3, 2003 (¶ 119) | January 23, 2006 |
| | | Wilfred & Barbara Desrosiers | June 23, 2004 (¶ 129) | January 23, 2006 |
| | | Jo-Ann Rosemary Lowman | March 18, 2004 (¶ 139) | January 23, 2006 |
| | | Dean A. Cocchiola | February 4, 2004 (¶ 149) | January 23, 2006 |
| | | Allan and Kelly Lewis Jimenez | May 11, 2004 (¶ 159) | January 23, 2006 |
| Brown, et al. v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services, Inc. | ILN 1:06-02830 | Calvin and Dora Brown | February 16, 2004 (¶ 14) | May 19, 2006 |
| Calder v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-05146 | Vicki Calder | April 23, 2004 (¶ 9) | September 22, 2006 |
| Cashen, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, and Deutsche Bank National Trust Co. | ILN 1:06-04683 | Daniel and Donna Cashen | December 16, 2003 (¶ 8) | August 30, 2006 |
| Clarke, et al. v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services | ILN 1:06-04201 | Christopher and Karie Clarke | March 24, 2005 (¶ 15) | August 3, 2006 |
| Cleveland v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsche Bank National Trust Co. | ILN 1:06-04306 | Robert Cleveland | October 31, 2003 and November 5, 2003 (¶ 9) | August 9, 2006 |
| Damm, et al. v. Ameriquest Mortgage | CT 3:06-00434 | Sandra and Richard Damm | February 17, 2005 (¶ 10) | December 12, 2006 |

APPENDIX 1

CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Co., and HSBC Mortgage Svc. | | Maria and Michael Osten | April 23, 2003 (¶ 21) | December 12, 2006 |
| | | Isabel Rivera and Nathan R. Noble III | June 18, 2004 (¶ 32) | December 12, 2006 |
| | | Mark and Nancy Roberts | May 21, 2003 (¶ 43) | December 12, 2006 |
| | | Mark and Heather Saucier | October 7, 2003 (¶ 54) | December 12, 2006 |
| | | Patricia M. Tierney | July 23, 2004 (¶ 65) | December 12, 2006 |
| | | Gail L. Vincent | August 8, 2003 (¶ 76) | December 12, 2006 |
| | | Carol A. Mauro | March 24, 2004 (¶ 87) | December 12, 2006 |
| | | Matthew Vose | August 21, 2003 (¶ 98) | December 12, 2006 |
| | | Duane and Lois York | February 10, 2004 (¶ 109) | December 12, 2006 |
| | | Jamie and Shane Owen | August 11, 2004 (¶ 120) | December 12, 2006 |
| | | Artur B. Monteiro | November 12, 2004 (¶ 133) | December 12, 2006 |
| | | Wayne and Leigh Mumford | September 27, 2004 (¶ 144) | December 12, 2006 |
| | | Thomas A. Sollitto | August 16, 2004 (¶ 155) | December 12, 2006 |
| Dearden v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company | ILN 1:06-02912 | Scott K. Dearden | June 19, 2004 (¶ 8) | May 25, 2006 |
| Dougherty, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Deutche Bank National Trust Co. | ILN 1:06-02482 | John and Geraldine Dougherty | April 15, 2004 (¶ 9) | May 3, 2006 |
| Dumas, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company | INN 2:06-00352 | Brenda and Floyd Dumas | May 14, 2005 (¶ 21) | October 24, 2006 |

APPENDIX 1
CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR
CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Duncan, et al. v. Ameriquest Mortgage Co. | CT 3:05-01831 | Calvin Duncan | July 20, 2004 (¶ 7) | November 30, 2005 |
| | | Humberto Adrian | August 4, 2004 (¶ 27) | November 30, 2005 |
| | | Nicole Rankin | September 16, 2004 (¶ 37) | November 30, 2005 |
| | | Shawn and Yvonne Jennings | June 30, 2004 (¶ 47) | November 30, 2005 |
| | | James and Donna Dugan | August 16, 2004 (¶ 57) | November 30, 2005 |
| | | Thomas Sherman | June 23, 2004 (¶ 67) | November 30, 2005 |
| | | Beverly Howlett | August 23, 2004 (¶ 77) | November 30, 2005 |
| | | Donna Stewart | July 30, 2004 (¶ 87) | November 30, 2005 |
| | | Todd Tofil and Corinne Robar | June 17, 2004 (¶ 97) | November 30, 2005 |
| | | Mathias and Jan Rondeau | September 30, 2004 (¶ 107) | November 30, 2005 |
| | | John and Kristen Grammatico | August 18, 2004 (¶ 117) | November 30, 2005 |
| | | Joseph and Nadine Fernandez | July 7, 2004 (¶ 127) | November 30, 2005 |
| | | Jose and Joanne Soto | June 24, 2004 (¶ 137) | November 30, 2005 |
| | | Sandra and Carlos Silva | June 8, 2004 (¶ 147) | November 30, 2005 |
| | | Ricardo Richards and Twinewa Young | August 4, 2004 (¶ 157) | November 30, 2005 |
| | | Mylani and Charlie Juano | October 1, 2004 (¶ 167) | November 30, 2005 |
| | | David Lallier | January 30, 2004 (¶ 177) | November 30, 2005 |
| | | Michael Olynciw | November 13, 2002 (¶ 187) | November 30, 2005 |
| | | Leebert and Evelyn Williams | December 23, 2003 (¶ 197) | November 30, 2005 |
| | | Joseph and Bonita Vaughn | November 3, 2003 (¶ 207) | November 30, 2005 |
| | | Steve and Suellen Walz | October 17, 2003 (¶ 217) | November 30, 2005 |
| | | Lisa and John Potter | May 24, 2003 (¶ 227) | November 30, 2005 |
| | | Ronald and Gevaisa General | March 5, 2004 (¶ 237) | November 30, 2005 |
| | | Edward Zilli | April 6, 2004 (¶ 247) | November 30, 2005 |
| | | Frank Inzitari | October 21, 2003 (¶ 257) | November 30, 2005 |
| | | Sharon Vitti | September 23, 2003 (¶ 267) | November 30, 2005 |
| | | Sallie Booth | March 17, 2003 (¶ 277) | November 30, 2005 |
| | | Audrey Lyles | March 22, 2004 (¶ 287) | November 30, 2005 |
| | | Janet M. Edwards | August 6, 2004 (¶ 297) | November 30, 2005 |
| Eson, et al. v. Argent Mortgage Co., LLC, AMC Mortgage Services | ILN 1:06-02829 | Bryan and Karen Eson | May 24, 2004 (¶ 16) | May 19, 2006 |

APPENDIX 1
CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR
CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Filian, et al. v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services, and Does 1-5 | ILN 1:06-02826 | Carlos and Alicia Margarita Filian | March 12, 2004 (¶ 13) | May 19, 2006 |
| Fitzgerald, et al. v. Ameriquest Mortgage Co. | CT 3:06-00182 | Susan and William Fitzgerald | June 10, 2004 (¶¶ 11 and 16) | February 6, 2006 |
| | | Thomas Gilbert | July 24, 2004 (¶ 21) | February 6, 2006 |
| | | Lorenzo and Johanna Taylor | June 23, 2004 (¶¶ 25 and 30) | February 6, 2006 |
| Fleming, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities, Deutsche Bank National Trust Co. | ILS 3:07-00037 | Byron and Vicki Fleming | January 21, 2004 (¶ 17) | January 19, 2007 |
| Gajewski v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services | ILN 1:06-03050 | Cynda L. Gajewski | June 23, 2003 (¶ 14) | June 2, 2006 |
| Garcia v. Argent Mortgage Co., Ameriquest Mortgage Co. | ILN 1:06-01829 | Nancy Garcia | February 18, 2004 (¶ 12) | April 3, 2006 |
| Gburek v. Ameriquest Mortgage | ILN 1:06-02637 | Camille J. Gburek | August 7, 2002 (¶ 6); and June 19, 2003 (¶ 11) | May 11, 2006 |
| Gelman, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, and Deutsche Bank National Trust Co. | ILN 1:06-04684 | Carl and Hope Gelman | June 23, 2004 (¶ 9) | August 30, 2006 |
| Gerbig, et al. v. Ameriquest Mortgage Co., HSBC Mortgage Services | ILN 1:06-04868 | Karen Gerbig and Mary Christine Huston | March 2004 (¶ 7) | September 8, 2006 |
| Grabowski v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-02549 | Peter Grabowski | June 1, 2004 (¶ 7) | May 8, 2006 |

APPENDIX 1

CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Grabs v. Argent Mortgage Co., Ameriquest Mortgage Co., Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc. | ILN 1:06-02809 | Fredrich W. Grabs | January 30, 2004 (¶ 16) | May 18, 2006 |
| Green al. v. Argent Mortgage Co., Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities | ILN 1:06-02045 | Viola Green | January 15, 2004 (¶ 14) | April 12, 2006 |
| Harris v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services | ILC 4:06-04030 | Melissa D. Harris | May 14, 2004 (¶ 14) | May 15, 2006 |
| Harris, et al. v. Town & Country Credit Corp., AMC Mortgage Services, EMC Mortgage Corp. | ILN 1:06-03048 | Sandra and Norman Harris | March 1, 2005 (¶ 17) | June 2, 2006 |
| Heard, et al. v. Argent Mortgage Co., LLC, Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Homeq Servicing Corp., and Does 1-15 | MIW 5:06-00157 | Renza and Glories Heard | December 2004 (¶ 16) | October 13, 2006 |
| Ingham, et al. v. Ameriquest Mortgage Co. | CT 3:06-00571 | Douglas and Marcia Ingham | June 28, 2004 (¶ 8) | April 13, 2006 |
| | | Dawn and Steven Ferencz | July 2, 2004 (¶ 18) | April 13, 2006 |
| | | Frank and Doreen May | August 22, 2003 (¶ 28) | April 13, 2006 |
| Jenkins v. Argent Mortgage Co, Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities | ILN 1:06-02044 | Deborah H. Jenkins | December 9, 2003 (¶14) | April 11, 2006 |
| Jiles v. Argent Mortgage Co., Option One Mortgage Co., Countrywide Home Loans | ILN 1:06-02771 | Velma Jean Jiles | July 26, 2004 (¶ 12) | May 17, 2006 |
| Jones v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortg. Services | ILN 1:06-02397 | Renaldo Jones | May 21, 2003 (¶ 14) | April 28, 2006 |

APPENDIX 1
CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR
CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Jones, Jr. v. Argent Mortgage Co. and Deutsche Bank National Trust Co. | GAN 1:06-00830 | George Willis Jones, Jr. | May 24, 2004 (¶ 7) | April 7, 2006 |
| Jude v. Town & Country Credit Corp., Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities | ILN 1:06-01691 | Bobby and Kellie Jude | November 17, 2004 (¶ 14) | March 28, 2006 |
| Kelsey v. AMC Mortgage Services dba Delaware AMC Mortgage Services | MA 06-ap-1424 | Kellie Kelsey | December 24, 2003 (¶ 6) | December 1, 2006 |
| Kessler v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-04999 | Cathleen Kessler | August 19, 2004 (¶ 9) | August 15, 2006 |
| Kukla v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services | MIE 1:06-12466 | Mike A. Kukla | April 1, 2004 (¶ 14) | June 2, 2006 |
| LaCross v. Ameriquest Mortgage Co. and HSBC Mortgage Services, Inc. | CT 3:06-00662 | Jayleen A. LaCross | July 9, 2004 (¶ 11) | April 10, 2006 |
| Leach v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-05000 | Glenn Leach | May 15, 2004 (¶ 9) | August 15, 2006 |
| Lindsey v. Ameriquest Mortgage Co., Deutsche Bank National Trust Co. | GAN 1:06-02710 | Annette M. Lindsey | January 24, 2004 (¶ 7) | November 6, 2006 |
| Lurry-Payne v. Town & Country, Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities | ILN 1:06-01547 | Angela Lurry-Payne | January 13, 2005 (¶ 15) | March 20, 2006 |
| Magliano, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities | ILN 1:06-01945 | Mike and Judith Magliano | February 1, 2005 (¶ 14) | April 7, 2006 |
| Mangene, et al. v. Ameriquest Mortgage Co. | CT 3:06-01140 | Joy and Gregory Mangene | March 31, 2005 (¶ 8) | July 25, 2006 |

APPENDIX 1

CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Martin v. Argent Mortgage Co, Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities | ILN 1:06-01947 | Johnny A. Martin | September 16, 2003 (¶ 15) | April 7, 2006 |
| McCall, et al. v. Ameriquest Mortgage Co., Argent Mortgatge Co., and Countrywide Home Loans | CT 3:06-00384 | John and Priscilla McCall | November 24, 2003 (¶ 11) | March 14, 2006 |
| | | Yvonne and Roan Sourragh | March 25, 2004 (¶ 21) | March 14, 2006 |
| | | Jay and Dawn Forget | April 23, 2003 (¶ 33) | March 14, 2006 |
| | | Sherrie L. Passaro | October 22, 2003 (¶ 43) | March 14, 2006 |
| | | Robert and Nida Patchin | December 16, 2003 (¶ 53) | March 14, 2006 |
| | | Gary Picardi | August 16, 2004 (¶ 63) | March 14, 2006 |
| | | Nadine Robinson | April 4, 2003 (¶ 73) | March 14, 2006 |
| McGowan v. Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities | ILN 1:06-01831 | Sandra R. McGowan | June 3, 2004 (¶ 14) | April 3, 2006 |
| Meehan, et al. v. Ameriquest Mortgage Co. | RI 1:06-00345 | William Meehan | March 4, 2004 (¶ 5) | July 27, 2006 |
| | | Debra A. Jones | April 9, 2004 (¶ 11) | July 27, 2006 |
| | | Frances Hennessey | May 6, 2005 (¶ 17) | July 27, 2006 |
| | | Jacqueline A. Archambault | April 15, 2005 (¶ 23) | July 27, 2006 |
| | | Thomas J. May | June 9, 2004 (¶ 29) | July 27, 2006 |
| | | Joan Fortin | February 23, 2005 (¶ 35) | July 27, 2006 |
| | | Kathleen Sousa | April 12, 2005 (¶ 41) | July 27, 2006 |
| | | Richard Peyton | February 9, 2005 (¶ 47) | July 27, 2006 |
| | | Geraldine and Aline LaFontaine | August 21, 2004 (¶ 53) | July 27, 2006 |
| | | Kimberly A. O'Grady | May 12, 2004 (¶ 59) | July 27, 2006 |
| | | Thomasina L. Turner | May 24, 2005 (¶ 65) | July 27, 2006 |
| | | Donald R. Deslauriers | May 18, 2005 (¶ 71) | July 27, 2006 |
| | | Tina and Louis Valliere | June 30, 2005 (¶ 77) | July 27, 2006 |
| | | Kevin Morgan | April 13, 2004 (¶ 83) | July 27, 2006 |
| | | Mark and Gayle Fazio | August 4, 2005 (¶ 89) | July 27, 2006 |
| | | Roland and Shirley Vadenais | April 5, 2004 (¶ 95) | July 27, 2006 |
| | | Linda S. Silva | July 29, 2005 (¶ 101) | July 27, 2006 |
| | | Charles E. Sullivan | July 18, 2005 (¶ 107) | July 27, 2006 |
| | | Lisa A. Rebello (Rodi) | February 3, 2005 (¶ 113) | July 27, 2006 |
| | | Tracy A. Butler | February 11, 2005 (¶ 119) | July 27, 2006 |
| Orrison, et al. v. Argent Mortgage Co., Genesis Lending Corporation; Ameriquest Mortgage Co., Countrywide Home Loans | MIW 5:06-00175 | Joel and Lana Orrison | April 26, 2006 (¶ 18) | November 3, 2006 |

APPENDIX 1
CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR
CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Pasacreta, et al. v. Ameriquest Mortgage Co., Argent Mortgage Co., Countrywide Home Loans, and HSBC Mortgage Svc | CT 3:05-01888 | Louis Pasacreta | August 13, 2003 (¶ 12 ) | December 13, 2005 |
| | | Montria Hospod and Michael Rosh | June 25, 2004 (¶ 22) | December 13, 2005 |
| | | Correna and Stephen Lukas | January 9, 2004 (¶ 34) | December 13, 2005 |
| | | Angeline Dimaio-Dawkins | January 14, 2004 (¶ 46 ) | December 13, 2005 |
| | | Franklin and Denise Murphy | January 16, 2004 (¶ 59 ) | December 13, 2005 |
| | | Dwuith and Tanya Pascoe | May 10, 2004 (¶ 69) | December 13, 2005 |
| | | Glen and Patricia Rogers | July 8, 2004 (¶ 79) | December 13, 2005 |
| | | Richard and Heidi Charette | September 7, 2004 (¶ 90) | December 13, 2005 |
| | | Willie Mae Cue | December 13, 2002 (¶ 102) | December 13, 2005 |
| | | Joann and Joseph Abbatematteo | October 24, 2003 (¶ 111) | December 13, 2005 |
| | | Jervis and Judith Bell | November 18, 2004 (¶ 121) | December 13, 2005 |
| | | Carolyn F. Buniski | August 14, 2003 (¶ 131) | December 13, 2005 |
| | | Matthew Cavallo III | May 23, 2004 (¶ 141) | December 13, 2005 |
| | | Robert and Marci Day | August 18, 2003 (¶ 151) | December 13, 2005 |
| | | Rafaela Guzman and Oscar Pena | July 22, 2004 (¶ 161) | December 13, 2005 |
| | | Cheryl Douglas-Chisholm | January 13, 2004 (¶ 171) | December 13, 2005 |
| | | Jeffrey and Sharon Coutant | July 23, 2004 (¶ 181) | December 13, 2005 |
| | | Simon A. Dell | July 3, 2003 (¶ 193) | December 13, 2005 |
| | | Migdalia Figueroa | June 4, 2004 (¶ 203) | December 13, 2005 |
| | | Nicholas and Ann Griffin | June 21, 2003 (¶ 213) | December 13, 2005 |
| Purdy-Roth, et al. v. Argent Mortgage Co., LLC, Ameriquest Mortgage Company, AMC Mortgage Services | INS 1:05-01618 | Katrina Purdy-Roth and Jerry Roth | October 2, 2003 (¶ 14) | October 26, 2005 |
| Rocco, et al. v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services, Inc. | ILN 1:06-02897 | Joseph and Nancy Rocco | January 27, 2005 (¶ 16) | May 24, 2006 |
| Rodriguez, et al. v. Town & Country, AMC Mortgage Services, and EMC Mortgage Corp. | ILN 1:06-01950 | Jose and Lynore Rodriguez | February 3, 2005 (¶ 14) | April 7, 2006 |
| Rodriguez, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-02187 | Ralph Rodriguez and Barbara Chapman | February 9, 2004 (¶ 10) | April 19, 2006 |

APPENDIX 1

CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Rosemon, et al. v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, Deutsche Bank National Trust, AMC Mortgage Services | ILN 1:06-06441 | Everett and Grundia Rosemon | July 29, 2004 (¶ 16) | November 27, 2006 |
| Sedgwick, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-02333 | Kelly and Jo Lynn Sedgwick | May 23, 2003 (¶ 8) | April 26, 2006 |
| Seger, et al. v. Ameriquest Mortgage Co., John Doe | ILS 3:07-00060 | John and Deanna Seger | November 23, 2003 (¶ 13) | January 26, 2007 |
| Sievers, et al. v. Ameriquest Mortgage Co., and Deutsche Bank Nat. Trust Co. | CT 3:05-01296 | Jerome and Cheryl Sievers | June 23, 2004 (¶ 16) | August 15, 2005 |
| Smith v. Ameriquest Mortgage Co. | SC 3:06-02493 | Wendy M. Smith | September 9, 2004 (¶ 9) | August 9, 2006 |
| Smith, et al. v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities Inc., AMC Mortgage Services | ILN 1:06-02828 | Edward and Gail Smith | February 20, 2002 (¶ 8) | May 19, 2006 |
| Solnin, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-04866 | Gilbert and Janet Solnin | March 19, 2005 (¶ 8) | September 8, 2006 |
| Sutton, et al. v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services | ILS 3:06-00407 | Daniel and Jeanie Sutton | June 23, 2004 (¶ 14) | May 31, 2006 |
| Thibodeau, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-05148 | Jeffrey and Chantel Thibodeau | February 12, 2004 (¶ 11) | September 22, 2006 |
| Tieri v. Ameriquest Mortage Co., AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-02683 | Rocco C. Tieri | February 21, 2005 (¶ 10) | May 15, 2006 |

APPENDIX 1
CASES IN WHICH PLAINTIFFS' CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR
CORRESPONDING STATE LAW ARE UNTIMELY

| CASE NAME | CASE NO. | PLAINTIFF NAME | DATE OF LOAN | COMPLAINT FILED |
|---|---|---|---|---|
| Van Gorp, et al. v. Ameriquest Mortgage Co., and Deutsche Bank | CAC 8:05-00907 | Rosalind and Randy Van Gorp | November 19, 2002 (¶ 7) | September 16, 2005 |
| Veinot, et al. v. Argent Mortgage Co., Ameriquest Mortgage Co. | CT 3:06-00488 | Brian and Laura Veinot | July 27, 2004 (¶ 9) | March 30, 2006 |
| Walsh, et al. v. Ameriquest Mortgage Co., Ameriquest Mortgage Securities, AMC Mortgage Services, Elizabeth Livingston, Appraisals 4 U, LLC | MIE 2:06-13256 | Keith and Yvonne Walsh | September 2, 2004 (¶ 20) | July 19, 2006 |
| Warren v. Ameriquest Mortgage Co., AMC Mortgage Services, and Deutsche Bank National Trust Co. | ILN 1:06-04415 | Shiela Warren | September 8, 2004 (¶ 9) | August 16, 2006 |
| Wessel, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, and Deutsche Bank National Trust Co. | ILN 1:06-01899 | Kevin and Sherry Wessel | May 21, 2003 (¶ 11) | April 6, 2006 |
| Whittall v. Ameriquest Mortgage Co. | MA 1:06-11777 | Constance F. Whittall | September 21, 2005 (¶ 9) | September 29, 2006 |
| Winters v. Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities, Deutsche Bank National Trust Co. | ILS 3:07-00057 | Joe Winters | May 20, 2005 (¶ 15) | January 22, 2007 |
| Wright, et al. v. Ameriquest Mortgage Co., Wilshire Credit Corp., GMAC Mortgage Co., Homecomings Financial | MIW 5:06-00210 | Evelyn Wright and Mary Battle | November 10, 2004 (¶ 15) | December 18, 2006 |

APPENDIX 2
CASES IN WHICH PLAINTIFFS' IMPROPERLY SEEK
PUNITIVE DAMAGES UNDER TILA

| CASE NAME | CASE NO. | PLAINTIFF NAME | ALLEGATION AT ISSUE |
|---|---|---|---|
| Applegate, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-04867 | Thomas and Linda Applegate | Prayer, ¶ e, p. 8 |
| Barletta v. Ameriquest Mortgage Co, AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-04560 | Pam Barletta | Prayer, ¶ e, p. 8 |
| Calder v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-05146 | Vicki Calder | Prayer, ¶ e, p. 8 |
| Cashen, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, and Deutsche Bank National Trust Co. | ILN 1:06-04683 | Daniel and Donna Cashen | Prayer, ¶ e, p. 8 |
| Cleveland v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsche Bank National Trust Co. | ILN 1:06-04306 | Robert Cleveland | Prayer, ¶ e, p. 8 |
| Dearden v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company | ILN 1:06-02912 | Scott K. Dearden | Prayer, ¶ e, p. 8 |
| Dougherty, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Deutche Bank National Trust Co. | ILN 1:06-02482 | John and Geraldine Dougherty | Prayer, ¶ e, p. 9 |
| Kessler v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-04999 | Cathleen Kessler | Prayer, ¶ e, p. 8 |
| Leach v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-05000 | Glenn Leach | Prayer, ¶ e, p. 8 |

APPENDIX 3

CASES IN WHICH PLAINTIFFS FAIL TO ALLEGE THE FACTUAL CAUSE OF THEIR PURPORTED INJURY

| CASE NAME | CASE NO. | PLAINTIFF NAME | ALLEGATIONS AT ISSUE |
|---|---|---|---|
| Addenbrooke, et al. v. Ameriquest Mortgage Co. | CT 3:06-01987 | Brent and Kim Addenbrooke | ¶ 13 |
| | | Jonathan DuBose | ¶ 24 |
| | | Stephen and Kathleen Evans | ¶ 35 |
| Allan, et al. v. Argent Mortgage Co., LLC | CT 3:06-00118 | Robert L. Allan | ¶ 14 |
| | | Fred and Barbara Bruch | ¶ 24 |
| | | Richard and Maryann Collier | ¶ 34 |
| | | Scott and Nancy Conry | ¶ 44 |
| | | George P. Edwards | ¶ 54 |
| | | Debra W. Jenkins | ¶ 64 |
| | | Vernon and Kathleen Lanou | ¶ 74 |
| | | Gardner L. Lewis II and Patricia T. Brown | ¶ 84 |
| | | William E. Reidell and Rosemary Arbuckle | ¶ 94 |
| | | De'Ana Shepard-Smith | ¶ 104 |
| | | Kenneth and Elizabeth Sweeten | ¶ 114 |
| | | Floyd and Helen Wallace | ¶ 124 |
| Anderson, et al. v. Ameriquest Mortgage Co., CitiFinancial Mortgage Co., and HSBC Mortgage Svc | CT 3:06-00209 | John W. Anderson Jr. | ¶ 14 |
| | | Benjamin and Manuel Barboza | ¶ 24 |
| | | Beverley and Kathy Bessette | ¶ 34 |
| | | Jennie Douchette | ¶ 44 |
| | | Elizabeth Hall | ¶ 54 |
| | | John and Maryann Iwanczenko | ¶ 64 |
| | | Keith Jensen | ¶ 74 |
| | | Kathleen and Kyle Jones | ¶ 84 |
| | | Shannon and Thomas Ladd | ¶ 94 |
| | | Jean Lemire | ¶ 104 |
| | | Albert Levesque | ¶ 114 |
| | | Pearl and Roosevelt Oliver | ¶ 124 |
| | | John Pokorny Jr. | ¶ 136 |
| | | William A. Proudfoot | ¶ 146 |
| | | Deborah H. Spillane | ¶ 158 |
| | | Rachel and Shaun O'Rourke | ¶ 168 |
| | | Georgette F. Pehowdy | ¶ 180 |
| | | Maureen Rainville and Richard A. Sylvia | ¶ 190 |
| | | Sonia Spence-English | ¶ 200 |
| | | Dennis and Brenda Holmes | ¶ 210 |
| | | Patricia and Michael Szynal | ¶ 220 |
| Belval, et al. v. Ameriquest Mortgage Co., HSBC Mortgage Svc, and Merrill Lynch Credit Corp. | CT 3:06-00117 | Roger and Lyn Belval | ¶ 16 |
| | | Cynthia Belcher and Christopher Ellis | ¶ 28 |
| | | Annette Fountain | ¶ 38 |
| | | Laurie and Robert Iulo | ¶¶ 48, 58 |
| | | Jay and Melissa Alvarez | ¶¶ 68, 78 |
| | | Kristen and Frank Olschefski | ¶ 88 |

APPENDIX 3

CASES IN WHICH PLAINTIFFS FAIL TO ALLEGE THE FACTUAL CAUSE OF THEIR PURPORTED INJURY

| CASE NAME | CASE NO. | PLAINTIFF NAME | ALLEGATIONS AT ISSUE |
|---|---|---|---|
| | | Henry and Joan Owen | ¶ 98 |
| | | Guy and Pauline Passarello | ¶ 108 |
| | | Joseph Rodino | ¶ 118 |
| | | Luz Santiago | ¶ 128 |
| | | Gary and Kelly Steinmiller | ¶ 138 |
| | | Jay and Sherri Valentin | ¶ 148 |
| | | Gloria J. Therrien | ¶¶ 160, 170 |
| | | Charles Humphrey | ¶¶ 180, 190 |
| | | Wray and Wendy Bailey | ¶ 200 |
| | | Charles J. Matas | ¶ 212 |
| | | Lorraine and Austin Warner | ¶ 222 |
| | | Sharon and Ronald Kach | ¶ 232 |
| | | Amy and Raymond McKenzie | ¶ 242 |
| Bowe, et al. v. Ameriquest Mortgage Co. | CT 3:06-00119 | Michael Bowe | ¶ 12 |
| | | Mauro Troetti | ¶ 22 |
| | | Kevin Copeland | ¶ 32 |
| | | David Sullivan and Drucie Bathin | ¶ 42 |
| | | Herbert and Anne Randall | ¶ 52 |
| | | Anthony and Deborah Morin | ¶ 62 |
| | | Michael F. Smail Sr. | ¶ 72 |
| | | Constance Stripling | ¶ 82 |
| | | Tricia and Gary Safferstein | ¶ 92 |
| | | Carolyn Justus | ¶ 102 |
| | | Lorraine P. Sibley | ¶ 112 |
| | | Nadejda Fournier | ¶ 122 |
| | | Wilfred & Barbara Desrosiers | ¶ 132 |
| | | Jo-Ann Rosemary Lowman | ¶ 142 |
| | | Dean A. Cocchiola | ¶ 152 |
| | | Allan and Kelly Lewis Jimenez | ¶ 162 |
| Damm, et al. v. Ameriquest Mortgage Co., and HSBC Mortgage Svc. | CT 3:06-00434 | Sandra and Richard Damm | ¶ 16 |
| | | Maria and Michael Osten | ¶ 27 |
| | | Isabel Rivera and Nathan R. Noble | ¶ 38 |
| | | Mark and Nancy Roberts | ¶ 49 |
| | | Mark and Heather Saucier | ¶ 60 |
| | | Patricia M. Tierney | ¶ 71 |
| | | Gail L. Vincent | ¶ 84 |
| | | Carol A. Mauro | ¶ 95 |
| | | Matthew Vose | ¶ 106 |
| | | Duane York and Lois York | ¶ 117 |
| | | Jamie S. Owen and Shane D. Owen | ¶ 127 |
| | | Artur B. Monteiro | ¶ 141 |
| | | Wayne Mumford and Leigh Mumford | ¶ 152 |
| | | Thomas A. Sollitto | ¶ 163 |

APPENDIX 3
CASES IN WHICH PLAINTIFFS FAIL TO ALLEGE THE FACTUAL CAUSE OF THEIR PURPORTED INJURY

| CASE NAME | CASE NO. | PLAINTIFF NAME | ALLEGATIONS AT ISSUE |
|---|---|---|---|
| Ingham, et al. v. Ameriquest Mortgage Co. | CT 3:06-00571 | Douglas and Marcia Ingham | ¶ 11 |
| | | Dawn and Steven Ferencz | ¶ 21 |
| | | Frank and Doreen May | ¶ 31 |
| McCall, et al. v. Ameriquest Mortgage Co., Argent Mortgatge Co., and Countrywide Home Loans | CT 3:06-00384 | John and Priscilla McCall | ¶ 14 |
| | | Yvonne and Roan Sourragh | ¶ 24 |
| | | Jay and Dawn Forget | ¶ 36 |
| | | Sherrie L. Passaro | ¶ 46 |
| | | Robert and Nida Patchin | ¶ 56 |
| | | Gary Picardi | ¶ 66 |
| | | Nadine Robinson | ¶ 76 |

APPENDIX 4
CASES IN WHICH PLAINTIFFS FAIL TO ALLEGE THE STATE LAWS
AT ISSUE IN THEIR COMPLAINTS

| CASE NAME | CASE NO. | PLAINTIFF NAME | ALLEGATIONS AT ISSUE |
|---|---|---|---|
| Barletta v. Ameriquest Mortgage Co, AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-04560 | Pam Barletta | ¶¶ 33-35 |
| Calder v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-05146 | Vicki Calder | ¶¶ 36-38 |
| Cashen, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, and Deutsche Bank National Trust Co. | ILN 1:06-04683 | Daniel and Donna Cashen | ¶¶ 33-35 |
| Cleveland v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsche Bank National Trust Co. | ILN 1:06-04306 | Robert Cleveland | ¶¶ 31-34 |
| Dearden v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company | ILN 1:06-02912 | Scott K. Dearden | ¶¶ 32-35 |
| Dougherty, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Deutche Bank National Trust Co. | ILN 1:06-02482 | John and Geraldine Dougherty | ¶¶ 38-41 |
| Gelman, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, and Deutsche Bank National Trust Co. | ILN 1:06-04684 | Carl and Hope Gelman | ¶¶ 34-37 |
| Grabowski v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-02549 | Peter Grabowski | ¶¶ 31-34 |
| Lappin, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-05147 | William and Linda Lappin | ¶¶ 34-36 |
| Rodriguez, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-02187 | Ralph Rodriguez and Barbara Chapman | ¶¶ 36-38 |
| Sedgwick, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-02333 | Kelly and Jo Lynn Segwick | ¶¶ 33-34 |
| Solnin, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-04866 | Gilbert and Janet Solnin | ¶¶ 33-37 |
| Thibodeau, et al. v. Ameriquest Mortgage Co., AMC Mortgage Services, Deutsch Bank National Trust Co. | ILN 1:06-05148 | Jeffrey and Chantel Thibodeau | ¶¶ 36-39 |
| Tieri v. Ameriquest Mortage Co., AMC Mortgage Services, Inc., Deutsche Bank National Trust Co. | ILN 1:06-02683 | Rocco C. Tieri | ¶¶ 34-37 |
| Warren v. Ameriquest Mortgage Co., AMC Mortgage Services, and Deutsche Bank National Trust Co. | ILN 1:06-04415 | Shiela Warren | ¶¶ 33-39 |