## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| | ) | |
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | ) | Judge Aspen |
| LITIGATION | ) | |
| _____ | ) | Lead Case No. 05-7097 |
| GORDON R. HOWARD and | ) | |
| NOLA R. HOWARD, | ) | |
| | ) | Case No. 07 C 0095 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JURY DEMANDED |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY and | ) | Judge Der-Yeghiayan |
| DEUTSCHE BANK NATIONAL TRUST CO., as | ) | |
| Trustee of Ameriquest Securities, Inc., Asset Backed | ) | Judge Nolan |
| Pass-Through Certificates, Series 2004-R2 under the | ) | |
| Pooling and Servicing Agreement dated as of March | ) | |
| 1, 2004, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, April 26, 2007 at 10:30 a.m. I shall appear before the Honorable Judge Marvin Aspen in Room 2568 of the United States District Court, Northern District of Illinois, Eastern Division, to present **PLAINTIFFS' UNOPPOSED MOTION FOR REASSIGNMENT OF *HOWARD v. AMERIQUEST* AS RELATED CASE,** a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,

/s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092 / 312.726.1093 (fax)

## CERTIFICATE OF SERVICE
I hereby certify that on April 5, 2007, I caused a true and correct copy of the foregoing to be served upon the individuals listed on the court's ECF via electronic delivery.

/s/Alexander H. Burke