**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1715 <br> ) Lead Case No. 05-cv-7097 <br> ) Centralized before Judge Aspen <br> ) |
| THIS DOCUMENT RELATES TO: | ) <br> ) |
| BLACK, *et al.*, | ) <br> ) Related Case No. 06-cv-4418 |
| Plaintiffs, | ) <br> ) Judge Joan H. Lefkow |
| v. | ) <br> ) |
| ARGENT MORTGAGE CO., LLC, *et al.*, | ) <br> ) |
| Defendants. | ) |

**DEFENDANT WELLS FARGO BANK, N.A.'S
AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its attorneys and pursuant to Fed. R. Civ. P. 6(b), respectfully moves for a twenty-one (21) day enlargement of time to respond to Plaintiffs' Amended Complaint ("Amended Complaint"). In support of its motion, Wells Fargo states the following:

1. On March 27, 2007, Plaintiffs filed their Amended Complaint adding Wells Fargo as a named defendant.

2. Wells Fargo's response to the Amended Complaint is due April 10, 2007.

3. Wells Fargo requires time to properly investigate the allegations and formulate an appropriate response. In particular, there may be indemnification issues between Wells Fargo

and Wachovia Equity Servicing LLC that need to be addressed, which may impact the proceedings.

4. Counsel for Wells Fargo contacted counsel for the Plaintiffs who kindly agreed to a twenty-one (21) day enlargement of time, up to and including May 1, 2007.

WHEREFORE, Defendant, Wells Fargo Bank, N.A., requests that this Court grant it an enlargement of time up to and including May 1, 2007, in which to respond to Plaintiffs' Amended Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Dated: April 11, 2007 Respectfully submitted,

**WELLS FARGO BANK, N.A.**

By: s/ Renee L. Zipprich
Richard E. Gottlieb (rgottlieb@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
Phone: (312) 876-1700
Fax: (312) 627-2302

2

## CERTIFICATE OF SERVICE

I hereby certify that on **April 11, 2007,** I electronically filed **Defendant Wells Fargo Bank, N.A.'s Agreed Motion for Enlargement of Time to Respond to Amended Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record in Case No. 05-7097.

In addition, on **April 11, 2007**, notification of the filing was sent via facsimile to the following counsel of record in Case No. 06-4418:

>Daniel A. Edelman (courtecl@edcombs.com)
>Albert F Hofeld, Jr. (ahofeld@edcombs.com)
>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
>120 South LaSalle Street, 18th Floor
>Chicago, IL 60603
>Phone: 312-739-4200
>Fax:     312-419-0379
>
>Craig Allen Varga (cvarga@vblhc.com)
>Jonathan N. Ledsky (jledsky@vblhc.com)
>VARGA, BERGER, LEDSKY, HAYES & CASEY
>224 South Michigan Avenue, Suite 350
>Chicago, IL 60604
>Phone: 312-341-9400
>Fax:     312-341-2900

>s/ Margaret J. Rhiew

CHICAGO\2309207.1
ID\MJR