**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 Lead Case No. 05-cv-7097 Centralized before Judge Aspen |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| BLACK, *et al.*, Plaintiffs, v. ARGENT MORTGAGE CO., LLC, *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) ) | Related Case No. 06-cv-4418 Judge Joan H. Lefkow |

**AMENDED NOTICE OF AGREED MOTION**

To:  See Attached Service List

    **PLEASE TAKE NOTICE** that on **Tuesday, April 17, 2007,** at **10:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Marvin E. Aspen** or any judge sitting in his stead in **Room 2568**, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall present **Wells Fargo Bank, N.A.'s Agreed Motion for Enlargement of Time to Respond to Amended Complaint**.

Dated: April 11, 2007                                   **WELLS FARGO BANK, N.A.**

                                                     By: s/ Renee L. Zipprich             
                                                           Richard E. Gottlieb (rgottlieb@dykema.com)
                                                           Renee L. Zipprich (rzipprich@dykema.com)
                                                           DYKEMA GOSSETT PLLC
                                                           10 South Wacker Drive
                                                           Suite 2300
                                                           Chicago, IL  60606
                                                           Phone:    (312) 876-1700
                                                           Fax:       (312) 627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 11, 2007**, I electronically filed **Wells Fargo Bank, N.A.'s Notice of Agreed Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record in Case No. 05-7097.

In addition, on **April 11, 2007**, notification of the filing was sent via facsimile to the following counsel of record in Case No. 06-4418:

>Daniel A. Edelman (courtecl@edcombs.com)
>Albert F Hofeld, Jr. (ahofeld@edcombs.com)
>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
>120 South LaSalle Street, 18th Floor
>Chicago, IL 60603
>Phone: 312-739-4200
>Fax:    312-419-0379
>
>Craig Allen Varga (cvarga@vblhc.com)
>Jonathan N. Ledsky (jledsky@vblhc.com)
>VARGA, BERGER, LEDSKY, HAYES & CASEY
>224 South Michigan Avenue, Suite 350
>Chicago, IL 60604
>Phone: 312-341-9400
>Fax:    312-341-2900

>s/ Margaret J. Rhiew

CHICAGO\2309202.1
ID\MJR

2