# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                                         Case No.: 1:05−cv−07097
                                                           Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 13, 2007:

     MINUTE entry before Judge Morton Denlow : Oral argument on Defendants' motion to compel filing of amended master class complaints [378] is set for 5/16/2007 at 02:00 PM. Status hearing set for 4/26/07 at 10:15 a.m. to stand. Counsel may contact Judge Denlow's Courtroom deputy at 312−435−5857 prior to the status hearing date to make arrangements to participate by phone.(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.