IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES LITIGATION | )<br>)<br>)<br>) | MDL NO. 1715<br>Lead Case No. 05 cv 7097<br>(Centralized before Judge Aspen) |
| WILLIAM YEAMAN and PAMELA YEAMAN,<br>Plaintiffs,<br>v.<br>AMERIQUEST MORTGAGE COMPANY,<br>AMERIQUEST MORTGAGE SECURITIES, INC.,<br>AMC MORTGAGE SERVICES, INC., and DOES 1-5,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 06 cv 6967<br>Judge Grady |

## NOTICE OF FILING

To: All Parties in MDL Proceedings

Please Take Notice that on April 16, 2007, I caused to be filed with the Clerk of the Court in the above captioned action, **Plaintiffs' Response to Defendants' Motion for Reassignment of Related Action**, a copy of which is hereby served upon you.

                                                                               __/s/ Lloyd Brooks_____
                                                                               Plaintiffs' Attorney

State Bar No. 6271994
Lloyd Brooks
The Brooks Law Firm
15008 Woodlawn Avenue, First Floor
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
*Attorney for William and Pamela Yeaman*

## Certificate of Service

Lloyd Brooks, an attorney, hereby certifies that a true and correct copy of the foregoing document was filed electronically via CM/ECF e-filing. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Those not registered were mailed copies by U.S. Mail.

                                                                               __/s/ Lloyd Brooks_____
                                                                               Lloyd Brooks