# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.

                      Plaintiff,

v.

Ameriquest Mortgage Company, et al.

                      Defendant.

Case No.: 1:05–cv–07097

Honorable Marvin E. Aspen

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2007:

      MINUTE entry before Judge Marvin E. Aspen dated 4/16/07: Defendant Wells Fargo Bank, N.A.'s agreed motion for enlargement of time, up to and including 5/1/07, to respond to plaintiffs' amended complaint (689) is granted. Motion terminated. The motion hearing set for 4/17/07 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.