IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**BORROWER, NON-BORROWER AND INDIVIDUAL PLAINTIFFS' MOTION
FOR ADDITIONAL CASE MANAGEMENT GUIDELINES**

On November 7, 2006, the Court entered a Case Management Order to govern this MDL proceeding. [Docket No. 284]. Borrower, Non-Borrower and Individual Plaintiffs ("Plaintiffs") respectfully request the Court for additional procedural guidance on the following issues:

1. <u>Paper Service</u>: Under the Court's General Order On Electronic Case Filing, ¶XI(D), non-Filing Users and persons who have not consented to electronic service are entitled to receive a paper copy of any electronically filed document. In light of the number of parties and lawyers involved in this case together with the volume of underlying cases, Plaintiffs request an order that requires interested parties and/or their attorneys to enroll in the ECF system in order to minimize the need for paper service. Plaintiffs further request that exceptions be made only after motion for good cause shown.

2. <u>Notices of Presentment</u>: Local Rule 5.3(b) requires every motion or objection to be accompanied by a notice of presentment. Due to voluminous filings and a rapidly growing docket, Plaintiffs request that the Court enter a procedural order

for this case permitting a streamlined motion practice, whereby the notice of presentment requirement is waived in favor of a standard briefing schedule for all filed motions, provided, however, that the movant may seek presentment if the motion is unopposed or if the movant wishes to be heard at an early date on a particular motion.

3. <u>Docket</u>: The docket in this MDL proceeding now contains filings for every case in the MDL. The filings are often voluminous, confusing and non-consecutive in light of the number of parties accessing the same docket. When documents in the individual cases are filed under the MDL number, rather than the individual case numbers, it creates an unmanageable docket in the MDL while no record is being created in the individual cases. Plaintiffs request the Court to direct the clerk, if feasible, to bifurcate the docket into a Class Action docket (Borrower and Non-Borrower classes), and an Individual Plaintiffs docket.

   a. <u>Class Action docket</u>: Plaintiffs request that the Court direct the clerk, if feasible, to provide additional docketing options for the parties as groups, such as, "Borrower Plaintiffs," "Non-Borrower Plaintiffs," and "Defendants." Currently, the list of parties from which the filer user must choose to associate with a particular filing on the ECF system is lengthy and unordered.

   b. <u>Individual Plaintiffs docket</u>: Plaintiffs request that, except for consolidated pleadings filed by a party in multiple cases, the filings in the individual cases be filed under the individual case numbers. If possible, Plaintiffs request that the individual case number is included on all orders so that the specific case to which the order applies is clear.

4. <u>MDL Case List</u>: Plaintiffs cannot reconcile their count of the cases pending in the MDL with representations made by the Defendants in various pleadings. Because the Defendants have been served with all pending cases and have been chiefly involved with designating cases as a "tag-along" or appropriate for reassignment, Plaintiffs ask the Court to direct the Defendants to periodically file a list of the cases that are pending here together with the names, addresses and telephone numbers of plaintiffs' counsel involved and a designation of whether those cases include class allegations. Plaintiffs then request an opportunity to meet and confer with the Defendants and/or to file an alternate list if they do not agree with the Defendants' filing.

5. Plaintiffs believe that the procedures proposed in this motion will assist the Court and the parties to proceed with the matters pending herein in an orderly fashion.

6. Plaintiffs' Counsel has made numerous attempts to obtain Defendants' position on this motion by contacting Defendants' Counsel. To date, Defendants' Counsel has not provided Defendants' position.

WHEREFORE, Plaintiffs respectfully request that the Court issue an order clarifying the above procedural issues, and/or to put these issues on the agenda for the status conference currently planned for April 26, 2007.

Respectfully submitted,

Dated: April 16, 2007

| | |
|---|---|
| _/s/ Kelly M. Dermody_ | _/s/ Gary Klein_ |
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)  
Caryn Becker (CA Bar No. 196947)  
LIEFF, CABRASER, HEIMANN  
 & BERNSTEIN, LLP  
275 Battery Street, 30th Floor  
San Francisco, CA 94111-3339  
Telephone: (415) 956-1000  
Facsimile: (415) 956-1008  

Gary Klein  
Elizabeth Ryan  
Shennan Kavanagh  
RODDY KLEIN & RYAN  
727 Atlantic Avenue  
Boston, MA 02111-2810  
Telephone: (617) 357-5500 ext. 15  
Facsimile: (617) 357-5030  

_/s/ Jill Bowman_
Jill Bowman

Jill Bowman  
JAMES, HOYER, NEWCOMBER  
 & SMILJANICH, P.A.  
One Urban Center, Suite 550  
4830 West Kennedy Boulevard  
Tampa, FL 33609  
Telephone: (813) 286-4100  
Facsimile: (813) 286-4174  

_Plaintiffs' Co-Lead Counsel_

_/s/ Marvin A. Miller_
Marvin A. Miller

Marvin A. Miller  
MILLER LAW LLC  
101 North Wacker Drive, Ste. 2010  
Chicago, IL 60606  
Telephone: (312) 525-8316  
Facsimile: (312) 525-8231  

_Plaintiffs' Liaison Counsel_

Samuel H. Rudman  (SR-7957)
Evan J. Kaufman  (EJK-8042)
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  (631) 367-7100
Facsimile:  (631) 367-1173

Michael D. Donovan
DONOVAN SEARLES LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone:  (215) 732-6067
Facsimile:  (215) 732-8060

William H. Crowder  (20102)
Susan Ford Bedor  (154702)
Gregory L. Paulson  (34517)
CROWDER, BEDOR & PAULSON, LLP
555 West Seventh Street, Suite 201
St. Paul, MN  55201
Telephone:  (651) 225-8330
Facsimile:  (651) 204-2134

Daniel S. Blinn
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Telephone:  (860) 571-0408
Facsimile:  (860) 571-7457

Charles Delbaum
NATIONAL CONSUMER LAW CENTER
77 Summer Street, 10th Floor
Boston, MA  02110
Telephone:  (617) 542-8010
Facsimile:  (617) 542-8028

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

*Executive Committee*