**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**PROOF OF SERVICE**

I, Gary Klein, hereby certify that on this 16th day of April 2007, true and correct copies of the following documents were filed electronically:

1. **BORROWER, NON-BORROWER AND INDIVIDUAL PLAINTIFFS' MOTION FOR ADDITIONAL CASE MANAGEMENT GUIDELINES; and**
2. **NOTICE OF PRESENTMENT**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

I further certify that on April 16, 2007, a true and correct copy of this Proof of Service was filed electronically with the Court.

True and correct copies of the documents listed above, as well as this Proof of Service, were additionally sent via email or by first class mail, postage prepaid, to the parties on the attached list who do not receive electronic service through the Court's ECF system on April 16, 2007.

/s/ Gary Klein
Gary Klein

MDL SERVICE LIST
IN RE: AMERIQUEST MORTGAGE PRACTICES LITIGATION

Bryan A. Kohm
Emmett C. Stanton
Aaron Myers
Fenwick & West LLP
801 California Street
Mountain View, CA 94041-2008

Shirley Hochhausen
Community Legal Services in East Palo Alto
2117-B University Avenue
East Palo Alto, CA 94303

Douglas Bowdoin
Law Office of Douglas C. Bowdoin
255 South Orange Avenue, Suite 800
Orlando, FL 32801

Jonathan Andrews Boynton
Sarah Brite Evans
Post Kirby Noonan & Sweat
One American Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101-3302

Daniel A. Casey
Jonathan B. Morton
Jeffrey T. Kucera
Brian Mark Forbes
R. Bruce Allensworth
Kirkpatrick & Lockhart Nicholson Graham
   LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

O. Randolf Bragg
Horowitz, Horowitz & Assoc.
25 E. Washington St. Suite 900
Chicago, IL 60602

Theresa I. Wigginton
Law Office of Theresa I. Wigginton
915 Oakfield Road, Suite F
Brandon, FL 33511

Laurence Tien
BAILEY, PERRIN & BAILEY
440 Louisiana, Suite 2100
Houston, TX 77002

Harry N. Arger
Todd A. Gale
Richard E. Gottlieb
David A. Wheeler
Dykema Gossett, PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606

Suzette V. Sims
Bunger & Robertson
226 South College Square
P.O. Box 910
Bloomington, IN 47402

Edward P. Grimmer, PC
603 N. Main Street
Crown Point, IN 46307

James M. Boyers
Jamie A. Young
Wooden & Mclaughlin LLP
211 N. Pennsylvania
One Indiana Square, Suite 1800
Indianapolis, IN  46204

Samuel H. Rudman
Evan J. Kaufman
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747

William H. Crowder
Susan Ford Bedor
Gregory L. Paulson
CROWDER, BEDOR & PAULSON, LLP
555 West Seventh Street, Suite 201
St. Paul, MN  55201

W. Roderick Bowdoin
DARBY PEELE BOWDOIN & PAYNE
P.O. Drawer 1707
Lake City, FL  32056

J. Craig Bourne
1520 East Livingston Street
Orlando, FL  32801

Richard S. Gordon
Martin E. Wolf
QUINN, GORDON & WOLF, CHTD.
102 W. Pennsylvania Avenue, Suite 402
Towson, MD  21204

Nevett Steele, Jr.
Phillip Robinson
CIVIL JUSTICE, INC.
520 West Fayette Street
Baltimore, MD  21201

Bryan A. Vroon
John W. Crongeyer
VROON & CRONGEYER, LLP
1718 Peachtree Street, Suite 1088
Atlanta, GA  30309

John T. Whipple
Sean Mack
PASHMAN STEIN
Court Plaza South
21 Main Street
Hackensack, NY  07601-7054

3

Richard J. Fuller
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Stephen G. Burns
Andrew S. Kasmen
BURNS & KASMEN
The Pavilion, Suite A-51
261 Old York Road
Jenkintown, PA 19046

David S. Markun
MARKUN, ZUSMAN & COMPTON LLP
17383 West Sunset Blvd., Suite A380
Pacific Palisades, CA 90272

Edward S. Zusman
Kevin K. Eng
MARKUN, ZUSMAN & COMPTON LLP
465 California Street, 5th Floor
San Francisco, CA 94104

Matthew J. Zevin
STANLEY, MANDEL & IOLA, L.L.P.
550 West "C" Street, Suite 1600
San Diego, CA 92101

Marc R. Stanley
Roger L. Mandel
Martin Woodward
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Andrew S. Kierstead
LAW OFFICE OF ANDREW S. KIERSTEAD
1001 S.W. Fifth Avenue, Suite 1100
Portland, OR 97204

Gary F. Lynch
R. Bruce Carlson
CARLSON LYNCH LTD
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA 16107

Thomas G. Shapiro
Theodore M. Hess-Mahan
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109

George L. Forbes
614 W. Superior Avenue, Suite 700
Cleveland, OH 44113-1318

Gary Cook
A.R. Abdoulkarim
27801 Euclid Avenue, Suite 640
Euclid, OH 44132