IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

## NOTICE OF PRESENTMENT OF BORROWER, NON-BORROWER AND INDIVIDUAL PLAINTIFFS' MOTION FOR ADDITIONAL CASE MANAGEMENT GUIDELINES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** that, on Thursday, April 26, 2007 at 10:00 a.m., we shall appear before the Honorable Morton Denlow in Room 1350 in the United States District Court for the Northern district of Illinois, Eastern Division, Chicago, Illinois, and there and then present Borrower, Non-Borrower And Individual Plaintiffs' Motion For Additional Case Management Guidelines, a copy of which is concurrently being served upon you. Plaintiffs recognize that this Court's November 7, 2006 Memorandum Opinion and Order requires a briefing period of no less than 51 days prior to a hearing on a motion. However, given that the issues raised in the Motion are straightforward, Borrower, Non-Borrower and Individual Plaintiffs have noticed the Motion to be presented in accordance with Local Rule 78.1.

Respectfully submitted,

Dated: April 16, 2007

| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
|---|---|
| Kelly M. Dermody | Gary Klein |

| Kelly M. Dermody (CA Bar No. 171716) | Gary Klein |
| Caryn Becker (CA Bar No. 196947) | Elizabeth Ryan |
| LIEFF, CABRASER, HEIMANN | Shennan Kavanagh |
|  & BERNSTEIN, LLP | RODDY KLEIN & RYAN |
| 275 Battery Street, 30th Floor | 727 Atlantic Avenue |
| San Francisco, CA 94111-3339 | Boston, MA 02111-2810 |
| Telephone: (415) 956-1000 | Telephone: (617) 357-5500 ext. 15 |
| Facsimile: (415) 956-1008 | Facsimile: (617) 357-5030 |

*/s/ Jill Bowman*
Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

*/s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL 60606
Telephone: (312) 525-8316
Facsimile: (312) 525-8231

*Plaintiffs' Liaison Counsel*

| | |
|---|---|
| Samuel H. Rudman  (SR-7957)<br>Evan J. Kaufman  (EJK-8042)<br>LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  (631) 367-7100<br>Facsimile:  (631) 367-1173 | Michael D. Donovan<br>DONOVAN SEARLES LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone:  (215) 732-6067<br>Facsimile:  (215) 732-8060 |
| William H. Crowder  (20102)<br>Susan Ford Bedor  (154702)<br>Gregory L. Paulson  (34517)<br>CROWDER, BEDOR & PAULSON, LLP<br>555 West Seventh Street, Suite 201<br>St. Paul, MN  55201<br>Telephone:  (651) 225-8330<br>Facsimile:  (651) 204-2134 | Daniel S. Blinn<br>CONSUMER LAW GROUP, LLC<br>35 Cold Spring Road, Suite 512<br>Rocky Hill, CT  06067<br>Telephone:  (860) 571-0408<br>Facsimile:  (860) 571-7457 |
| Charles Delbaum<br>NATIONAL CONSUMER LAW CENTER<br>77 Summer Street, 10th Floor<br>Boston, MA  02110<br>Telephone:  (617) 542-8010<br>Facsimile:  (617) 542-8028 | Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>EDELMAN, COMBS, LATTURNER &<br>GOODWIN, LLC<br>120 S. LaSalle Street, 18th Floor<br>Chicago, IL  60603<br>Telephone:  (312) 739-4200<br>Facsimile:  (312) 419-0379 |

*Executive Committee*