IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**NOTICE OF FILING**

Pursuant to the Court's Order dated November 7, 2006 [Docket Entry 284] that no person shall be deposed more than once without leave of Court, Plaintiffs in the Consolidated Class Actions, hereby give notice, by and through undersigned counsel, that the deposition of Wayne Lee will be taken on May 9, 2007 pursuant to the attached Notice and Subpoena. Plaintiff's counsel in the individual actions may attend and/or participate by phone by dialing (866) 766-7046 and meeting number *4106877*.

Dated: April 24, 2007

Respectfully submitted,

/s/ Jill H. Bowman

Terry Smiljanich
Jill Bowman
JAMES, HOYER, NEWCOMBER & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174
*Proposed Plaintiffs' Co-Lead Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**PLAINTIFF'S NOTICE OF TAKING**
**VIDEOTAPED DEPOSITION OF WAYNE LEE**

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, will take the videotaped deposition of non-party witness **Wayne Lee on May 9, 2007 at 9:00 a.m. at the offices of Esquire Deposition Services, 2850 Red Hill Avenue, Suite 120, Santa Ana, CA 92705**, or at another time and location mutually agreed to by the deponent and parties, before a notary public or other person authorized by law to administer oaths. The videotaped deposition will continue from one day to the next, excluding Sundays and holidays, until the examination is completed. You are hereby notified of such proceeding and will conduct yourself accordingly.

Deponent shall testify and produce documents pursuant to the subpoena attached hereto as Exhibit A.

Dated: April 24, 2007

*/s/ Kelly M. Dermody*
Kelly M. Dermody

Kelly M. Dermody (CA Bar No. 171716)
Caryn Becker (CA Bar No. 196947)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*/s/ Gary Klein*
Gary Klein

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

*/s/ Jill H. Bowman*
Jill H. Bowman

Terry Smiljanich
Jill Bowman
JAMES, HOYER, NEWCOMBER & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

*/s/ Marvin A. Miller*

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

*Plaintiffs' Liaison Counsel*

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

SUBPOENA IN A CIVIL CASE

MDL No. 1715

Lead Case No. 05-cv-07097

(Centralized before the Honorable Marvin E. Aspen)

TO: Mr. Wayne A. Lee
25581 Rangewood Rd.
Laguna Hills, CA 92653

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

PLACE OF TESTIMONY

Courtroom

Date and Time

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a videotaped deposition in the above case pending in the Northern District of Illinois.

| PLACE OF VIDEOTAPED DEPOSITION | Date and time |
|---|---|
| Esquire Deposition Services, 2850 Red Hill Ave. Ste. 120, Santa Ana, CA 92705 | Friday, April 6, 2007 @ 9:00 a.m. |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

ALL DOCUMENTS IN YOUR POSSESSION RELATING TO
AMERIQUEST MORTGAGE COMPANY'S LOAN ORIGINATION AND SERVICING PRACTICES

PLACE

Date and time

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

PREMISES

Date and time

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure. 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)

DATE: 3/22/07

ISSUING OFFICER ADDRESS AND PHONE NUMBER
Jill H. Bowman, Esq., James, Hoyer, Newcomer & Smiljanich, P.A.
4830 W. Kennedy Blvd., Suite 550, Tampa, FL 33609, (813) 286-4100

PLEASE CONTACT COUNSEL IF THE ABOVE-REFERENCED DATE AND TIME IS INCONVENIENT

(See Rule 45 Federal Rules of Civil Procedure, Parts C & D on the last page of subpoena)

## PROOF OF SERVICE

| SERVED | DATE: | PLACE: |
|---|---|---|

| SERVED ON (print name) | MANNER OF SERVICE |
|---|---|

| SERVED BY (print name) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________________

SIGNATURE OF SERVER

ADDRESS OF SERVER

RULE 45, Federal Rules of Civil Procedure, Parts C & D:

(C) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the part or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to Paragraph (d) (2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of the clause (c)(3)(B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING

(1) a person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**PROOF OF SERVICE**

I, Jill Bowman, hereby certify that on this 24th day of April 2007, a true and correct copy of the following document was filed electronically:

**NOTICE OF FILING**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

I further certify that on April 24, 2007, a true and correct copy of this Proof of Service was filed electronically with the Court. True and correct copies of the document listed above, as well as this Proof of Service, were additionally sent via email or by first class mail, postage prepaid, to the parties on the attached list who do not receive electronic service through the Court's ECF system.

/s/ Jill H. Bowman

JILL H. BOWMAN

1