# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

## PROOF OF SERVICE

I, Gary Klein, hereby certify that on this 24th day of April 2007, a true and correct copy of the following document was filed electronically:

1. **BORROWER AND NON-BORROWER PLAINTIFFS' JOINT STATUS REPORT**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

I further certify that on April 24, 2007, a true and correct copy of this Proof of Service was filed electronically with the Court.

True and correct copies of the document listed above, as well as this Proof of Service, were additionally sent via email or by first class mail, postage prepaid, to the parties on the attached list who do not receive electronic service through the Court's ECF system on April 24, 2007.

/s/ Gary Klein
Gary Klein