# AMERIQUEST
MORTGAGE COMPANY

2056 Westing Avenue, Suite 110
Naperville, IL 60563



EXHIBIT
**1**

*Nancy:*
*Zero out your*
*high-interest*
*credit cards.*
*Call Ameriquest today*
*at 1-888-255-3349*

*Swaze*

Nancy R Murray

Joliet, IL

Dear Nancy,

We'd like to help you get rid of your high-interest rate credit cards. Refinance with Ameriquest Mortgage® and you could eliminate the stress of making all those payments every month. You'll get one manageable monthly payment* and free up your credit. You may even be able to get extra cash out. And because mortgage interest can be up to 100% deductible, you could save more at tax time.† To find out how, call Ameriquest Mortgage at (888) 255-3349 or go to www.ameriquestloans.com today.

**Ameriquest makes it easy.** We are a nationwide company, but our service is as personal as a local neighborhood business. Your own personal Ameriquest mortgage specialist, right here in Naperville, will work with you — one-on-one, start-to-finish — to custom-tailor a loan with terms and rates that work for you. We'll even do the paperwork. You can get a decision as soon as the next business day and your loan could be funded in as little as 30 days.

**You are more than a credit score®.** You're a homeowner. You've already shown you've got what it takes to succeed. At Ameriquest, we look at more than the numbers and reports — to see you as a complete person, to understand your situation and your needs. So call Ameriquest at (888) 255-3349 and say hello to a healthier financial you.

Sincerely,

*Swaze Armstrong III*

Branch Manager

P.S. **Now is the time to improve your finances.** Call Ameriquest TODAY (888) 255-3349 and find out how you can get a 30-day break from mortgage payments.

LEARN MORE ABOUT AMERIQUEST* OR REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



# REFINANCING CAN BE A SMART WAY TO ACHIEVE YOUR GOALS. CALL (888) 255-3349

Ask for a personal Ameriquest mortgage specialist right here in Naperville. Or mail this reply form in the enclosed postage-paid envelope or fax it to (888) 422-5241. A mortgage specialist will contact you. If you prefer, you can also visit www.ameriquestloans.com.

*(Please correct name and address below if necessary.)*

Nancy R Murray

Joliet, IL

Phone (_____) _____

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ A Home Purchase Loan
☐ Cash Out
☐ Debt Consolidation

# AMERIQUEST®
MORTGAGE COMPANY

'R-LI-1-10/04
WB-B



4304XX4Z32561AN2AD    203-10T    5624 15360008487866

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, administrative, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ      License Number: BK-15194.

CA      Loans will be made pursuant to a California Finance Lenders License.

GA      Georgia Residential Mortgage Licensee. License Number: 6977.

IL       Illinois Residential Mortgage Licensee.

MA      Massachusetts Mortgage Lender License Number: ML0702.

MN      Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS      Mississippi Supervised Mortgage Company.

NH      Licensed by the New Hampshire Banking Department.

NJ       Licensed Mortgage Banker - New Jersey Department of Banking.

NY      Licensed Mortgage Banker - NYS Banking Department.

PA      Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI       Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
© 2004 Ameriquest Mortgage Company, 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



**EXHIBIT 2**

# AMERIQUEST®
M O R T G A G E   C O M P A N Y

1900 Spring Road, Suite 216
Oak Brook, IL 60523

*Frank:*

*I think Ameriquest can really help you.*

*Give me a call at*
*1-888-360-6497*

*Lance*

Frank N Hernandez
████████████
Darien, IL ████████
հիհԱnԱնlllnwlԱldilhnԱlilhnilhlhwilll

Dear Frank,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan®. To find out how much you qualify for, call us now at **(888) 360-6497** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Oak Brook.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **(888) 360-6497** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Lance Shupe*

Lance Shupe
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Oak Brook mortgage specialist toll-free at **(888) 360-6497** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Frank N Hernandez
████████████
Darien, IL ████████

Phone (_____)_____

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

# AMERIQUEST®
M O R T G A G E   C O M P A N Y



A
TR-LL-12-1/05

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.

All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, administrative, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage License. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. License Number: 5354-MB. |
| NJ | Licensed Mortgage Banker — New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker — NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Ameriquest Mortgage Company holds a Lender's License in Rhode Island. |

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

**30-day Break From Payments**

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

©2005 Ameriquest Mortgage Company. 1100 Town and Country Road., Orange, CA 92868. All rights reserved.



**AMERIQUEST** MORTGAGE COMPANY

500 Park Boulevard, Suite 805
Itasca, IL 60143

David Cechini

Lombard, IL ▬▬▬▬

**EXHIBIT 3**



*Dear David,*
*I think Ameriquest*
*can really help you.*
*Give me a call at*
**1-888-813-2353**
*Robert*

Dear David,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-813-2353** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Itasca.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-813-2353** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Robert Santoro*

Robert Santoro
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

Z3-M8-3-0443521

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

# PRE-QUALIFICATION CERTIFICATE

*(Please correct name and address below if necessary)*

David Cechini

Lombard, IL ▬▬▬▬

Phone

Best time to call:     a.m.     p.m.

E-mail address:

For fast service, call your Itasca mortgage specialist toll-free at **1-888-813-2353** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

Offer expires on: August 31, 2005

I am interested in:
☐ Refinancing
☐ Home Purchase Loan
☐ Cash Out
☐ Debt Consolidation

Reservation #:
4555159

Robert Santoro
**Branch Manager**
1-888-813-2353
Itasca, IL



**AMERIQUEST** MORTGAGE COMPANY



18053IAD42881AN2AX  010-05T
7453 1S550088821215

LTR0X12-1

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio can not exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ    License Number: BK-15194.

CA    Loans will be made pursuant to a California Finance Lenders License.

GA    Georgia Residential Mortgage Licensee. License Number: 6977.

IL    Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS    Mississippi Supervised Mortgage Company.

NH    Licensed by the New Hampshire Banking Department.

NJ    Licensed Mortgage Banker - New Jersey Department of Banking.

NY    Licensed Mortgage Banker - NYS Banking Department.

PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

**AMERIQUEST**
MORTGAGE COMPANY

1 Westbrook Corporate Center, Suite 420
Westchester, IL 60154

**EXHIBIT 4**

*Dear Anthony,*

## I think Ameriquest can really help you. Give me a call at
## 1-888-272-1736
### Anderson

Anthony J. Lukas

Chicago, IL

Dear Anthony,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan. To find out how much you qualify for, call us now at **1-888-272-1736** or go to **www.ameriquestloans.com**.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash. You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Westchester.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-272-1736** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Anderson Weathers*

Anderson Weathers
Mortgage Specialist

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See OPT-OUT NOTICE on reverse side for more information.

**YOU CAN FIND OUT MORE ABOUT AMERIQUEST⁴ AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM**

5-M8-3-7454320



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠
For fast service, call your Westchester mortgage specialist toll-free at **1-888-272-1736** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Anthony J. Lukas

Chicago, IL

Phone (_____)_____

Best time to call: _____a.m. _____p.m.

E-mail address: _____

A
LTR-LL-3

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY



30054VAD488B1AN2AX  008-08T  7301 1597013951592 1

**Opt-Out Notice**
This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria. If you do not wish to receive prescreened offers of credit from this and other companies, please call the consumer credit reporting agencies toll-free 1-888-567-8688; or write:
Equifax, Credit Information Services, Inc., P.O. Box 740241, Atlanta, GA 30374
Experian, 901 West Bond, Lincoln, NE 68521 Attn: Consumer Services Department
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

**Qualification**
You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income.

**Credit Authorization**
You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

**Fees and Documentation**
You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. |
| NJ | Licensed Mortgage Banker — New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker — NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Rhode Island Licensed Lender. |

All loans subject to credit verification.
Please Note: Individual states are continually updating or revising their licensing requirements and agreements with mortgage lenders. As of this printing, the information above is accurate — however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

**30-Day Break From Payments**
The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



**AMERIQUEST**
MORTGAGE COMPANY

2056 Westing Avenue, Suite 110
Naperville, IL 60563

Melissa A. Murray

Joliet, IL

*Dear Melissa,*
*I think Ameriquest*
*can really help you.*
*Give me a call at*
*1-888-811-7167*
*Gina*



Dear Melissa,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, if you've ever been disappointed by your experience with other lenders, we invite you to call Ameriquest. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-811-7167** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Lower your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Naperville.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-811-7167** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Gina Rebyak*
Gina Rebyak
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

Z3-M3-3-0449318

## PRE-QUALIFICATION CERTIFICATE

*[Please correct name and address below if necessary]*

For fast service, call your Naperville mortgage specialist toll-free at **1-888-811-7167** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

Offer expires on: August 31, 2005

Melissa A. Murray

Joliet, IL

Phone

Best time to call: ☐ a.m. ☐ p.m.

E-mail address:

I am interested in:

☐ Refinancing
☐ Home Purchase Loan
☐ Cash Out
☐ Debt Consolidation

Reservation #:
4555159

Gina Rebyak
Branch Manager
1-888-811-7167
Naperville, IL



**AMERIQUEST**
MORTGAGE COMPANY



18053IAD41681AN2AX 005 05T
5624 15550098636753

LTR6x12-1

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio can not exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ    License Number: BK-15194.

CA    Loans will be made pursuant to a California Finance Lenders License.

GA    Georgia Residential Mortgage Licensee. License Number: 6977.

IL    Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS    Mississippi Supervised Mortgage Company.

NH    Licensed by the New Hampshire Banking Department.

NJ    Licensed Mortgage Banker - New Jersey Department of Banking.

NY    Licensed Mortgage Banker - NYS Banking Department.

PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

**AMERIQUEST**
MORTGAGE COMPANY



EXHIBIT
6

2056 Westing Avenue, Suite 110
Naperville, IL 60563

*Dear Melissa,*
*I think Ameriquest*
*can really help you.*
*Give me a call at*
*1-888-800-0126*
*Gina*

Melissa A. Murray

Joliet, IL

Dear Melissa,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, if you've ever been disappointed by your experience with other lenders, we invite you to call Ameriquest. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-800-0126** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Lower your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Naperville.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-800-0126** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Gina Rebyak*
Gina Rebyak
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

U-M8-3-6107401



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Naperville mortgage specialist toll-free at **1-888-800-0126** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to **1-888-422-5241** to see how much money you may qualify for.

*(Please correct name and address below if necessary.)*

Melissa A. Murray

Joliet, IL

Phone (_____)_____
Best time to call: _____a.m._____p.m.
E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY



LTRLL-2
N

22053XA       1N2AX  007-06T  5624 15570098636753

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria. If you do not wish to receive prescreened offers of credit from this and other companies, please call the consumer credit reporting agencies toll-free 1-888-567-8688; or write:

Equifax, Credit Information Services, Inc., P.O. Box 740241, Atlanta, GA 30374
Experian, 901 West Bond, Lincoln, NE 68521 Attn: Consumer Services Department
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

## Qualification

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income.

## Credit Authorization

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

## Fees and Documentation

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

## State Legal Disclaimers

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Rhode Island Licensed Lender. |

All loans subject to credit verification.
Please Note: Individual states are continually updating or revising their licensing requirements and agreements with mortgage lenders. As of this printing, the information above is accurate — however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com/statelicensing



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

## 30-Day Break From Payments

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



**AMERIQUEST**
MORTGAGE COMPANY

2056 Westing Avenue, Suite 110
Naperville, IL 60563

*Dear Melissa:*

*I think Ameriquest*
*Can really help you.*

*Give me a call at*

*1-888-219-0051*

*Gina*

Melissa A. Murray

Joliet, IL

Dear Melissa,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage® we believe that deserves a lot of respect. So, if you've ever been disappointed by your experience with other lenders, we invite you to call Ameriquest. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-219-0051** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Lower your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Naperville.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-219-0051** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Gina Rebyak*
Gina Rebyak
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST+ AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

L-M8-5-45861A7



(Please correct name and address below if necessary)

Melissa A. Murray

Joliet, IL

Phone (_____)_____

Best time to call: _____a.m. _____p.m.

E-mail address: _____

LTRLL-1
N

## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Naperville mortgage specialist toll-free at **1-888-219-0051** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out



**AMERIQUEST**®
MORTGAGE COMPANY



150596AD-407L11AN2AX  006-04R  5674 15540098636753

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio can not exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ    License Number: BK-1S194.

CA    Loans will be made pursuant to a California Finance Lenders License.

GA    Georgia Residential Mortgage Licensee. License Number: 6977.

IL    Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS    Mississippi Supervised Mortgage Company.

NH    Licensed by the New Hampshire Banking Department.

NJ    Licensed Mortgage Banker - New Jersey Department of Banking.

NY    Licensed Mortgage Banker - NYS Banking Department.

PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

**EXHIBIT 8**

# AMERIQUEST®
MORTGAGE COMPANY

4747 Lincoln Mall Drive, Suite 500
Matteson, IL 60443

**Dear Melissa,**

**I think Ameriquest can really help you. Give me a call at**

**1-888-569-9591**

**Stephen**

Melissa A. Murray
~~███████~~
Joliet, IL ~~███████~~
IıIIıIIıııIıIıIı..IIıııIIıIIIıııIIııIIıIIııIIııIIıIIıI

Dear Melissa,

You have accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, if you have ever been disappointed by your experience with other lenders, we invite you to call Ameriquest. In fact, we have already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-569-9591** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to find a loan with the terms and rates that work best for you.

**Lower your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car, remodel, even pay property taxes. It is your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we do not take months to close your loan. Plus, you will get one month with no mortgage payment.

**We are right here in Matteson.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that serves the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-569-9591** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Stephen Coulom*

Stephen Coulom
Branch Manager

P.S. Call for your No-Stress Home Loan today and get relief from financial pressure.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST* AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

AW-M8-S-1116000



*(Please correct name and address below if necessary)*

Melissa A. Murray
~~███████~~
Joliet, IL ~~███████~~
Phone (_____)_____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

N
LTR-LL-4-1

## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Matteson mortgage specialist toll-free at **1-888-569-9591** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out


AMERIQUEST
MORTGAGE COMPANY


48052CAD549A1AN2AX   001-13A   5530 16810098636753

You have k a pre-selected for a mortgage loan with Ameriquest Mortgage.

Case: 1:05-cv-07097 Document #: 706-2 Filed: 04/24/07 Page 16 of 24 PageID #:14211

## PRESCREEN AND OPT-OUT NOTICE

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria, including providing acceptable property as collateral. If you do not wish to receive prescreened offers of credit from this and other companies, and if you want your name and address removed from mailing lists obtained from the main consumer credit reporting agencies — TransUnion, Experian, Equifax, and Innovis, go to www.optoutprescreen.com, or call 888-5OPTOUT (888-567-8688), or write to the following addresses:

Equifax, Options Equifax, Inc., P.O. Box 740123, Atlanta, GA 30374-0123

Experian, 901 West Bond, Lincoln, NE 68521

Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358

TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

**30-Day Break From Payments —The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

### Qualification

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

### Credit Authorization

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

### Fees and Documentation

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal Report; Title Report; Credit Report; and, Mortgage Payment History. In addition, Proof of Income, including but not limited to the following documentation, may be required depending on the loan program: Tax Return and/or W-2s; Profit and Loss Statement; and, Payment Stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2005 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1200, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker — New Jersey Department of Banking & Insurance; Licensed Mortgage Banker – NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate—however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com



**EXHIBIT 9**

**AMERIQUEST**
MORTGAGE COMPANY

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

Y

*Dear Jeff,*

**I think Ameriquest
can really help you.
Give me a call at**

**1-888-837-4776**

*Kenneth*

Jeff A. Rhodes
~~[redacted]~~
Chicago, IL ~~[redacted]~~
ldldlandlldudldlddlddllllandddldudlandlllddl

Dear Jeff,

You have accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we will work hard to get you the money you need. In fact, we have already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-837-4776** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to find a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car, remodel, even pay property taxes. It is your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we do not take months to close your loan. Plus, you will get one month with no mortgage payment.

**We are right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that serves the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-837-4776** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Kenneth Kim*

Kenneth Kim
Branch Manager

P.S. Call for your No-Stress Home Loan today and get relief from financial pressure.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

F1-M8-6-2005000



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Burr Ridge mortgage specialist toll-free at **1-888-837-4776** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Jeff A. Rhodes
~~[redacted]~~
Chicago, IL ~~[redacted]~~
Phone (_____)_____
Best time to call: _____a.m. _____p.m.
E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST®**
MORTGAGE COMPANY




43053WAD520A1AN2AX 028-11A 7305 1641I0061856635

LTR-LL-4
A

## PRESCREEN AND OPT-OUT NOTICE

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria, including providing acceptable property as collateral. If you do not wish to receive prescreened offers of credit from this and other companies, and if you want your name and address removed from mailing lists obtained from the main consumer credit reporting agencies — TransUnion, Experian, Equifax, and Innovis, go to www.optoutprescreen.com, or call 888-5OPTOUT (888-567-8688), or write to the following addresses:

Equifax, Options Equifax, Inc. P.O. Box 740123, Atlanta, GA 30374-0123

Experian, 901 West Bond, Lincoln, NE 68521

Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358

TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

**30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal report; Title report; Credit report; and, Mortgage payment history. In addition, Proof of income, including but not limited to the following documentation, may be required depending on the loan program: Tax return and/or W-2s; Profit and loss statement; and, Payment stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2005 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1100, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker – New Jersey Department of Banking & Insurance; Licensed Mortgage Banker – NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate—however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com

**AMERIQUEST**
MORTGAGE COMPANY

EXHIBIT
10

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

**Dear Jeff,**

**I think Ameriquest
can really help you.
Give me a call at**

**1-888-843-1336**

**Kenneth**

Jeff A. Rhodes

Chicago, IL

Dear Jeff,

You have accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we will work hard to get you the money you need. In fact, we have already pre-qualified you for The No-Stress Home Loan.* To find out how much you qualify for, call us now at 1-888-843-1336 or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to find a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car, remodel, even pay property taxes. It is your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we do not take months to close your loan. Plus, you will get one month with no mortgage payment.

**We are right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that serves the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at 1-888-843-1336 today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Kenneth Kim*

Kenneth Kim
Branch Manager

P.S. Call for your No-Stress Home Loan today and get relief from financial pressure.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

LW-MR-S-R46/A06



**YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.**℠
For fast service, call your Burr Ridge mortgage specialist toll-free at 1-888-843-1336 or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Jeff A. Rhodes

Chicago, IL

Phone ( ) _____

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY

A
LTR-LL-4-1



49054FAD562A1AN2AX  002-13R  7305 16810061856635

**PRESCREEN AND OPT-OUT NOTICE**

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria, including providing acceptable property as collateral. If you do not wish to receive prescreened offers of credit from this and other companies, and if you want your name and address removed from mailing lists obtained from the main consumer credit reporting agencies — TransUnion, Experian, Equifax, and Innovis, go to www.optoutprescreen.com, or call 888-5OPTOUT (888-567-8688), or write to the following addresses:

Equifax, Options Equifax, Inc., P.O. Box 740123, Atlanta, GA 30374-0123

Experian, 901 West Bond, Lincoln, NE 68521

Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358

TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

**30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal Report; Title Report; Credit Report; and, Mortgage Payment History. In addition, Proof of Income, including but not limited to the following documentation, may be required depending on the loan program: Tax Return and/or W-2s; Profit and Loss Statement; and, Payment Stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2005 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1200, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker – New Jersey Department of Banking & Insurance; Licensed Mortgage Banker – NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate—however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com

**AMERIQUEST**
MORTGAGE COMPANY

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

EXHIBIT
**11**



*Dear Jeff,*

*I think Ameriquest can really help you. Give me a call at*

*1-888-862-8264*

*Kenneth*

Jeff A. Rhodes
~~██████████████~~
Chicago, IL ~~███████████~~
IllIIllIIllIIllIIllIIlIIllIIllIIllIIllIIllIIllIIllIIllIIll

Dear Jeff,

You have accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we will work hard to get you the money you need. In fact, we have already pre-qualified you for The No-Stress Home Loan.℠ To find out how much you qualify for, call us now at 1-888-862-8264 or go to www.ameriquestloans.com.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to find a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car, remodel, even pay property taxes. It is your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we do not take months to close your loan. Plus, you will get one month with no mortgage payment.

**We are right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that serves the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at 1-888-862-8264 today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Kenneth Kim*
Kenneth Kim
Branch Manager

P.S. Call for your No-Stress Home Loan today and get relief from financial pressure.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

SW-MB-5-5504205



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Burr Ridge mortgage specialist toll-free at **1-888-862-8264** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Jeff A. Rhodes
~~████████████~~
Chicago, IL ~~███████~~
Phone (_____)_____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY





A
LTR-LL-4-1

47054FAD550A1AN2AX  040-12A  7305 16610061856635

You have been pre-selected for a mortgage loan with Ameriquest Mortgage.

## PRESCREEN AND OPT-OUT NOTICE

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria, including providing acceptable property as collateral. If you do not wish to receive prescreened offers of credit from this and other companies, and if you want your name and address removed from mailing lists obtained from the main consumer credit reporting agencies — TransUnion, Experian, Equifax, and Innovis, go to www.optoutprescreen.com, or call 888-5OPTOUT (888-567-8688), or write to the following addresses:

Equifax, Options Equifax, Inc., P.O. Box 740123, Atlanta, GA 30374-0123

Experian, 901 West Bond, Lincoln, NE 68521

Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358

TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

\*\*30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal Report; Title Report; Credit Report; and, Mortgage Payment History. In addition, Proof of Income, including but not limited to the following documentation, may be required depending on the loan program: Tax Return and/or W-2s; Profit and Loss Statement; and, Payment Stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2005 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1200, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker — New Jersey Department of Banking & Insurance; Licensed Mortgage Banker — NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate—however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com



# AMERIQUEST
## MORTGAGE COMPANY

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

*Dear Jeff,*

*I think Ameriquest*
*can really help you.*
*Give me a call at*

*1-800-897-5661*

*Kenneth*

Jeff A. Rhodes

Chicago, IL

Iıllıılıllıllıılıılıılııllılıllıılıılıılıllıılıllıılıılıllıılıllıılıılıı

Dear Jeff,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-800-897-5661** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-800-897-5661** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Kenneth Kim*

Kenneth Kim
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

**YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM**
PW-M8-5-4853788



*use correct name and address below if necessary)*

Jeff A. Rhodes

Chicago, IL

Phone (_____)_____

Best time to call: _____a.m._____p.m.

E-mail address: _____

TR-LL-4

## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Burr Ridge mortgage specialist toll-free at **1-800-897-5661** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to **1-888-422-5241** to see how much money you may qualify for.

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

# AMERIQUEST®
## MORTGAGE COMPANY





33052CAD502A1AN2AX  002-09R  7305 1G1700G1856G35

## PRESCREEN AND OPT-OUT NOTICE

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria, including providing acceptable property as collateral. If you do not wish to receive prescreened offers of credit from this and other companies, and if you want your name and address removed from mailing lists obtained from the main consumer credit reporting agencies — TransUnion, Experian, Equifax, and Innovis, go to www.optoutprescreen.com, or call 888-5OPTOUT (888-567-8688), or write to the following addresses:

Equifax, Options Equifax, Inc. P.O. Box 740123, Atlanta, GA 30374-0123

Experian, 901 West Bond, Lincoln, NE 68521

Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358

TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

**30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal report; Title report; Credit report; and, Mortgage payment history. In addition, Proof of income, including but not limited to the following documentation, may be required depending on the loan program: Tax return and/or W-2s; Profit and loss statement; and, Payment stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2005 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1100, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker – New Jersey Department of Banking & Insurance; Licensed Mortgage Banker – NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate—however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com