

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

**EXHIBIT 13**



SEE THE CONCERT.
LIVE THE DREAM.

**AMERIQUEST® PRESENTS**

**ROLLING STONES ON STAGE SWEEPSTAKES**

Jeff A. Rhodes

Chicago, IL

Dear Jeff,

Whether your dream is to purchase or refinance your home or to see a Rolling Stones concert in person, Ameriquest® is ready to help you.

You see, as the presenting sponsor of the Rolling Stones On Stage tour, we're excited to give you the opportunity to win concert tickets for two, autographed pieces of merchandise, and the new Rolling Stones CD.

Just visit our Web site to enter—www.ameriquest.com/stones. Everyone receives a FREE Rolling Stones music download just for entering. While you're there you'll see that Ameriquest is ready to help you turn your home equity into cash for home improvements or to lower your monthly payments by hundreds of dollars.

**CALL AMERIQUEST AT 1-866-351-0093 TO DISCOVER THE FINANCIAL ADVANTAGES.**

If you're like millions of other Americans, you have a number of high-interest credit card bills to pay every month. By refinancing with Ameriquest, you can consolidate them into a single significantly lower monthly payment. You'll get out from under those growing credit card balances. And you can turn your equity into cash that you can use for home improvements, a new car, or other financial needs.

**CALL 1-866-351-0093 TO TALK WITH A MORTGAGE SPECIALIST WHO UNDERSTANDS.**

When you call Ameriquest, you'll work with the same mortgage specialist from start to finish. You'll get the respect you deserve as a homeowner. And you'll discover that although Ameriquest is a leading national lender, we have the attitude of a friendly neighborhood business with more than 250 branches nationwide. Over the past 25 years, we've helped millions of homeowners make the most of their American dream.

**CALL 1-866-351-0093 TO TAKE ADVANTAGE OF YOUR PRE-QUALIFIED STATUS.**

Helping you through the process every step of the way is the way we work. That's why you've already been pre-qualified. Call now to see how much you qualify for.

Sincerely,

*Kenneth Kim*

Kenneth Kim
Branch Manager

GO TO WWW.AMERIQUEST.COM/STONES TO GET YOUR REFINANCE STARTED AND FOR YOUR CHANCE TO WIN ROLLING STONES TICKETS AND OTHER EXCITING PRIZES!

P.S.  When you refinance, you'll get a one-month vacation from mortgage payments.**
Call **1-866-351-0093** and get started today.

Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible

RS       **WITH MORE THAN 250 BRANCHES NATIONWIDE, THERE'S SURE TO BE ONE NEAR YOU.**       U-MB-5-7342440

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 888-567-8688. See PRESCREEN & OPT-OUT NOTICE on reverse side for more information.

Jeff A. Rhodes

Chicago, IL

[X] **YES!**

**I'M READY TO REFINANCE WITH AMERIQUEST!**
I want to work with my own Ameriquest mortgage specialist to get all the benefits of refinancing—starting with taking a one-month vacation from mortgage payments.**

**I'm interested in:**
(please check all that apply)
❑ Refinancing        ❑ Cash Out
❑ Home Purchase      ❑ Debt Consolidation

Telephone: (     )

Best time to call: _____  ❑ AM  ❑ PM

E-mail address:

If you don't want to wait—call **1-866-351-0093**



**AMERIQUEST** MORTGAGE COMPANY

**PROUD SPONSOR** *of the*
**AMERICAN DREAM**

LTR-RS-PCH-1




35054ZAD502A1AN2AX   008-09R 7305 161800G1856635

## PRESCREEN AND OPT-OUT NOTICE

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria, including providing acceptable property as collateral. If you do not wish to receive prescreened offers of credit from this and other companies, and if you want your name and address removed from mailing lists obtained from the main consumer credit reporting agencies — TransUnion, Experian, Equifax, and Innovis, go to www.optoutprescreen.com, or call 888-5OPTOUT (888-567-8688), or write to the following addresses:

Equifax, Options Equifax, Inc. P.O. Box 740123, Atlanta, GA 30374-0123

Experian, 901 West Bond, Lincoln, NE 68521

Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358

TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

---

*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

**30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal report; Title report; Credit report; and, Mortgage payment history. In addition, Proof of income, including but not limited to the following documentation, may be required depending on the loan program: Tax return and/or W-2s; Profit and loss statement; and, Payment stubs.

"Rolling Stones" and Tongue and Lip Designs are Trademarks of Musidor, B.V. Ameriquest Mortgage Company is an Equal Housing Lender. ©2005 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1100, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender. License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker — New Jersey Department of Banking & Insurance; Licensed Mortgage Banker — NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate — however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com.



## YOU'VE EARNED
### THE CREDIT®

**AMERIQUEST**

EXHIBIT
**14**

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

\***********5-DIGIT 60652
Jeff A. Rhodes

Chicago, IL

Dear Jeff,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we will work hard to get you the money you need. In fact, we have already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-316-6949** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It is your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in as little as 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we do not take months to close your loan. Plus, you will get one month with no mortgage payment.

**We are right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you will deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-316-6949** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Kenneth Kim*

Kenneth Kim
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

LI-MB-3-3546557

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠
For fast service, call a Burr Ridge mortgage specialist toll-free at **1-888-316-6949** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Jeff A. Rhodes

Chicago, IL

Phone (_____)_____

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____

6.5-LTR-LL
A

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY



39055JAD520B1AN2AX  01G-10T  7305 1619006185663S

You have been pre-selected for a mortgage loan with Ameriquest Mortgage.

Case: 1:05-cv-07097 Document #: 706-3 Filed: 04/24/07 Page 4 of 24 PageID #:14233

### PRESCREEN AND OPT-OUT NOTICE

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria, including providing acceptable property as collateral. If you do not wish to receive prescreened offers of credit from this and other companies, and if you want your name and address removed from mailing lists obtained from the main consumer credit reporting agencies — TransUnion, Experian, Equifax, and Innovis, go to www.optoutprescreen.com, or call 888-5OPTOUT (888-567-8688), or write to the following addresses:

Equifax, Options Equifax, Inc. P.O. Box 740123, Atlanta, GA 30374-0123
Experian, 901 West Bond, Lincoln, NE 68521
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.
\*\*30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.
**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

**Qualification**
You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

**Credit Authorization**
You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Fees and Documentation**
You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal report; Title report; Credit report; and, Mortgage payment history. In addition, Proof of income, including but not limited to the following documentation, may be required depending on the loan program: Tax return and/or W-2s; Profit and loss statement; and, Payment stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2005 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1100, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker — New Jersey Department of Banking & Insurance; Licensed Mortgage Banker – NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate—however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com



**EXHIBIT 15**

**AMERIQUEST**
MORTGAGE COMPANY

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

*Dear Julie,*
*I think Ameriquest*
*can really help you.*
*Give me a call at*
*1-888-428-9401*
*Kenneth*

Julie A. Rhodes
████████████
Chicago, IL ██████
ldlldlloodloolloolololdlllloooloolollllooooolllloolll

Dear Julie,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-428-9401** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-428-9401** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Kenneth Kim*

Kenneth Kim
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

U4-MB-6-5840819



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Burr Ridge mortgage specialist toll-free at **1-888-428-9401** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Julie A. Rhodes
████████████
Chicago, IL ██████

Phone (_____)_____

Best time to call: _____a.m._____p.m.

E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST®**
MORTGAGE COMPANY



LTRLL-1
A

1905XXBO-11-161AN2AH  014-05C  7305 1556004108073

## Pre-qualification

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

## Qualification

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio can not exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

## Credit Authorization

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

## Removal from Mail Lists

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

## Fees and Documentation

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

## State Legal Disclaimers

AZ    License Number: BK-15194.

CA    Loans will be made pursuant to a California Finance Lenders License.

GA    Georgia Residential Mortgage Licensee. License Number: 6977.

IL    Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS    Mississippi Supervised Mortgage Company.

NH    Licensed by the New Hampshire Banking Department.

NJ    Licensed Mortgage Banker - New Jersey Department of Banking.

NY    Licensed Mortgage Banker - NYS Banking Department.

PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



| | BEFORE | AFTER |
|---|---|---|
| Credit Card Debt | $5,000 | $ 0 |
| Auto Loan | | $ 0 |
| Taxes Owed | 1,990 | $ 0 |
| Extra Cash | | $12,000 |
| **Monthly Payment** | | **$1,183** |

**WE CAN CUT YOUR MONTHLY PAYMENTS** — **PAYMENT LOWER BY $350**

**AMERIQUEST**
MORTGAGE COMPANY

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

EXHIBIT
**16**

PRSRT STD
U.S. POSTAGE PAID
SAN DIEGO, CA
PERMIT NO. 792

Julie A. Rhodes

Chicago, IL

☐ Economy
☐ Standard
☒ Rush

June 06, 2005

Dear Julie,

If you're like millions of others in the United States, you could easily have a stack of bills every month. It seems as if your paycheck is stretched too thin to cover them all. And when you add in your mortgage, a car loan, and property taxes, it's a staggering load to carry. You need help in a hurry!

### Call Ameriquest® at 1-888-510-7243 for the ideal solution.

You can increase your monthly cash flow when you refinance with Ameriquest. By putting the equity in your home to work, you can consolidate all those high-interest credit card bills. You'll also be able to clean up the outstanding balance on your car loan or other debts.

What you're left with is a single monthly payment that could be several hundred dollars less than the total amount you're currently paying. Look at the chart above for an example of how much your monthly payments can be trimmed.**

### Ameriquest gives you the respect you deserve when you call 1-888-510-7243.

Because you're a homeowner, you've got the answer to your cash flow shortage right at home. We'll match you up with a loan that will consolidate your credit card balances, car loan, and other debts. Your new monthly payments will probably be much lower, and you can use the resulting cash flow to pay for projects you've been putting off for years.

### With Ameriquest, the entire process is effortless. Just call 1-888-510-7243.

One of our dedicated mortgage specialists will take care of everything, starting with filling out all the paperwork for you. And whether you visit your local branch or work by phone, the same professional will be with you every step of the way. You'll find out the amount you qualify for in about a day, and you'll receive your funds in three to four weeks. Plus, you'll get a one-month break from making mortgage payments.

### We look forward to helping you. Call 1-888-510-7243 right now.

*Kenneth Kim*
Kenneth Kim
Branch Manager

**3 EASY WAYS TO REQUEST YOUR LOAN**

Call
1-888-510-7243

Visit
ameriquestloans.com

Mail the form below in the enclosed envelope

P.S. To quickly learn by how much your monthly payments can be trimmed, visit us at:
www.ameriquestloans.com

**WITH MORE THAN 270 BRANCHES NATIONWIDE, THERE'S SURE TO BE ONE NEAR YOU.**

\* This is an example of the amount by which you could lower your monthly payments when you refinance with Ameriquest. \*\*Although the amount you pay on a monthly basis may go down, your loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home. The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

E2-M5-S-0411I601

Julie A. Rhodes

Chicago, IL

▲▲   ▲▲
TR-RUSH

**AMERIQUEST®**
MORTGAGE COMPANY
www.ameriquest.com
RUSH

## REFINANCE NOW AND TAKE A ONE-MONTH BREAK FROM MORTGAGE PAYMENTS

Let an Ameriquest mortgage specialist work for you to get the cash you want, lower monthly payments and get a month-long break from mortgage payments. It's easy to find out how and there's no obligation when you call or use this reply form. Check the boxes that apply and fill in the blank spaces. Drop the form into the enclosed envelope, and send it to us FREE of charge.

☐ Refinancing
☐ Home Purchase Loan
☐ Cash Out
☐ Debt Consolidation

( )
Phone

Best time to call:_____
☐ a.m. ☐ p.m.

E-mail address

**FOR THE FASTEST SERVICE, CALL TODAY!**
**1-888-510-7243**



23054CI4434B1AN2AH  025-06C 7305 15580043408073

**Opt-Out Notice**

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria. If you do not wish to receive prescreened offers of credit from this and other companies, please call the consumer reporting agencies toll-free 1-888-567-8688; or write:

Equifax, Credit Information Services, Inc., P.O. Box 740241, Atlanta, GA 30374
Experian, 901 West Bond, Lincoln, NE 68521 Attn: Consumer Services Department
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Rhode Island Licensed Lender. |

All loans subject to credit verification.
Please Note: Individual states are continually updating or revising their licensing requirements and agreements with mortgage lenders. As of this printing, the information above is accurate — however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com/statelicensing



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

**30-Day Break From Payments**

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



**AMERIQUEST**
MORTGAGE COMPANY

745 Mcclintock Drive, Suite 100
Burr Ridge, IL 60527

## YOU'VE EARNED
## THE CREDIT®



Julie A. Rhodes
▬▬▬▬▬▬▬
Chicago, IL ▬▬▬▬▬▬
lıllıılllıllıılllıılılıllllıılılılıllıılllılıll

Dear Julie,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-232-8795** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-232-8795** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Kenneth Kim*

Kenneth Kim
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See OPT-OUT NOTICE on reverse side for more information.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

R-MI-3-1452046



*(Please correct name and address below if necessary)*

Julie A. Rhodes
▬▬▬▬▬▬
Chicago, IL ▬▬▬▬▬

Phone (_____) _____
Best time to call: _____a.m. _____p.m.
E-mail address: _____

LTR-97LL-1
A

## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠
For fast service, call a Burr Ridge mortgage specialist toll-free at **1-888-232-8795** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out





**AMERIQUEST**
MORTGAGE COMPANY

26054OAD434B1AN2AX   014-07T   7305 15780013408073

**Opt-Out Notice**

This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria. If you do not wish to receive prescreened offers of credit from this and other companies, please call the consumer credit reporting agencies toll-free 1-888-567-8688; or write:

Equifax, Credit Information Services, Inc., P.O. Box 740241, Atlanta, GA 30374
Experian, 901 West Bond, Lincoln, NE 68521 Attn: Consumer Services Department
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender. License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Rhode Island Licensed Lender. |

All loans subject to credit verification.
Please Note: Individual states are continually updating or revising their licensing requirements and agreements with mortgage lenders. As of this printing, the information above is accurate – however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

**30-Day Break From Payments**

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



**AMERIQUEST**
MORTGAGE COMPANY

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

*Dear Julie,*
*I think Ameriquest*
*can really help you.*
*Give me a call at*
*1-888-471-3633*
*Kenneth*

**EXHIBIT**
**18**

Julie A. Rhodes
█████████████
Chicago, IL ████████
I.III.II.III.II.III.III.III.III.III.III.III.III.III

Dear Julie,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-471-3633** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-471-3633** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Kenneth Kim*
Kenneth Kim
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST™ AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM
E1-M8-5-4307334



*(Please correct name and address below if necessary)*

Julie A. Rhodes
██████████████
Chicago, IL ████████

Phone (_____)_____
Best time to call: _____a.m._____p.m.
E-mail address: _____

LTRLL-2
A

## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Burr Ridge mortgage specialist toll-free at **1-888-471-3633** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out




**AMERIQUEST**
MORTGAGE COMPANY

21052YE4434B1AN2AH  035-06C  7305 1557004340073

**Opt-Out Notice**

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria. If you do not wish to receive prescreened offers of credit from this and other companies, please call the consumer credit reporting agencies toll-free 1-888-567-8688; or write:

Equifax, Credit Information Services, Inc., P.O. Box 740241, Atlanta, GA 30374
Experian, 901 West Bond, Lincoln, NE 68521 Attn: Consumer Services Department
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. |
| NJ | Licensed Mortgage Banker — New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker — NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Rhode Island Licensed Lender. |

All loans subject to credit verification.
Please Note: Individual states are continually updating or revising their licensing requirements and agreements with mortgage lenders. As of this printing, the information above is accurate — however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com/statelicensing



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

**30-Day Break From Payments**

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



EXHIBIT
**19**

**AMERIQUEST®**
MORTGAGE COMPANY

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

***Dear Julie,***
*I think Ameriquest
can really help you.
Give me a call at*
**1-800-699-0855**
*Andrew*



\*\*\*\*\*\*\*\*\*\*\*ECRLOT\*\*C-024
Julie A. Rhodes
~~[redacted]~~
Chicago, IL ~~[redacted]~~
IdIdadIIandIdadabdIdIIIIandIdIdIIandIIadI

Dear Julie,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-800-699-0855** or go to **www.ameriquestloans.com**.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash! You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-800-699-0855** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Andrew Degman*
Andrew Degman
Mortgage Associate

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

H3-M6-G-62565SB

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

# PRE-QUALIFICATION CERTIFICATE

(Please correct name and address below if necessary)

For fast service, call your Burr Ridge mortgage specialist toll-free at **1-800-699-0855** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to **1-888-422-5241** to see how much money you may qualify for. Offer expires on: August 31, 2005

Julie A. Rhodes

Chicago, IL ~~[redacted]~~

Phone

Best time to call: _____ a.m. _____ p.m.

E-mail address:

I am interested in:
Refinancing
Home Purchase Loan
Cash Out
Debt Consolidation

Reservation #
4555159

Andrew Degman
**Mortgage Associate**
1-800-699-0855
**Burr Ridge, IL**





1705R1AR51-RHAN2AX 010 03R1
7305 1555004 3408073

LTR8x12-1

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio can not exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ    License Number: BK-15194.

CA    Loans will be made pursuant to a California Finance Lenders License.

GA    Georgia Residential Mortgage Licensee. License Number: 6977.

IL    Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS    Mississippi Supervised Mortgage Company.

NH    Licensed by the New Hampshire Banking Department.

NJ    Licensed Mortgage Banker - New Jersey Department of Banking.

NY    Licensed Mortgage Banker - NYS Banking Department.

PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



**\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.**

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



EXHIBIT 20

**AMERIQUEST**
MORTGAGE COMPANY

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

*Julie,*

*I think Ameriquest*
*can really help you.*
*Give me a call at*
*1-888-400-1469*

*******AUTO**SCH 5-DIGIT 60616
Julie A Rhodes
~~——————————————~~
Chicago, IL ~~——————~~
lᵢlᵢlᵢlᵢᵢllᵢᵢlᵢlᵢlᵢlᵢlᵢᵢlᵢlᵢlᵢᵢlᵢlᵢlᵢᵢᵢᵢᵢllᵢᵢᵢll

*Erik*

Dear Julie,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan®. To find out how much you qualify for, call us now at **1-888-400-1469** or go to **www.ameriquestloans.com**.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-400-1469** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Erik McLaughlin*
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

## PRE-QUALIFICATION CERTIFICATE

*(Please correct name and address below if necessary.)*

Julie A Rhodes
Chicago, IL ~~————~~

Phone

Best time to call:        a.m.        p.m.

E-mail address:

For fast service, call your Burr Ridge mortgage specialist toll-free at **1-888-400-1469** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

Offer expires on September 30, 2005

I am interested in:
    Refinancing
    Home Purchase Loan
    Cash Out
    Debt Consolidation

Reservation #:
4555159

Erik McLaughlin
**Branch Manager**
1-888-400-1469
**Burr Ridge**

**AMERIQUEST®**
MORTGAGE COMPANY




LTR-0x12-0-1/05
A-M A

140569AD394A1AN2AX  004-04A  7305155300434408073

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, administrative, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ     License Number: BK-15194.

CA     Loans will be made pursuant to a California Finance Lenders License.

GA     Georgia Residential Mortgage Licensee. License Number: 6977.

IL     Illinois Residential Mortgage Licensee.

MA     Massachusetts Mortgage Lender License Number: ML0702.

MN     Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS     Mississippi Supervised Mortgage Company.

NH     Licensed by the New Hampshire Banking Department. License Number: 5354-MB.

NJ     Licensed Mortgage Banker - New Jersey Department of Banking.

NY     Licensed Mortgage Banker - NYS Banking Department.

PA     Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI     Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

**30-Day Break From Payments**

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

**AMERIQUEST**
MORTGAGE COMPANY

YOU'VE
TI

*Dear Carmencita,*

*I think Ameriquest*
*Can really help you.*
*Give me a call at*
*1-888-220-8346*
*Erik*

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

Carmencita Simpson
████████████
Chicago, IL ████████
IlιIlιIIιIιιIlιιIdιIιIιIιdιιIιIιIIιIdιIιIιιIιdιιIιIIιII

Dear Carmencita,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-220-8346** or go to **www.ameriquestloans.com**.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-220-8346** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Erik McLaughlin*
Erik McLaughlin
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

---

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

A-M8-5-0900637



*(Please correct name and address below if necessary)*

Phone: ( ) _____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

**YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠**

For fast service, call your Burr Ridge mortgage specialist toll-free at **1-888-220-8346** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST®**
MORTGAGE COMPANY



LTR6X9A-1
A

13053CAD39071AP2AX 007-04R 7305 1553001365 3313

### Pre-qualification

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

### Qualification

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio can not exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

### Credit Authorization

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

### Removal from Mail Lists

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

### Fees and Documentation

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

### State Legal Disclaimers

AZ    License Number: BK-15194.

CA    Loans will be made pursuant to a California Finance Lenders License.

GA    Georgia Residential Mortgage Licensee. License Number: 6977.

IL    Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS    Mississippi Supervised Mortgage Company.

NH    Licensed by the New Hampshire Banking Department.

NJ    Licensed Mortgage Banker - New Jersey Department of Banking.

NY    Licensed Mortgage Banker - NYS Banking Department.

PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



**AMERIQUEST**
MORTGAGE·COMPANY

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527



EXHIBIT
22

*Dear Carmencita,*
*I think Ameriquest*
*can really help you.*
*Give me a call at*
*1-800-699-0855*
*Andrew*

***********ECRLOT**C-035
Carmencita Simpson
▓▓▓▓▓▓▓▓▓
Chicago, IL ▓▓▓▓▓

Dear Carmencita,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,* we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.* To find out how much you qualify for, call us now at **1-800-699-0855** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-800-699-0855** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Andrew Degman*

Andrew Degman
Mortgage Associate

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

H3-MG-U-6247491

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

# PRE-QUALIFICATION CERTIFICATE

(Please correct name and address below if necessary)

For fast service, call your Burr Ridge mortgage specialist toll-free at **1-800-699-0855** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to **1-888-422-5241** to see how much money you may qualify for.

Offer expires on: August 31, 2005

Carmencita Simpson
▓▓▓▓▓▓▓
Chicago, IL ▓▓▓▓▓

Phone

I am interested in:

- Refinancing
- Home Purchase Loan
- Cash Out
- Debt Consolidation

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____

Reservation #:
4555159

Andrew Degman
Mortgage Associate
1-800-699-0855
Burr Ridge, IL



**AMERIQUEST**
MORTGAGE COMPANY

17053IAD1I-RILAP3AX 010 0581
7305 1555601365I313

LTR8x12-1

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio can not exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ    License Number: BK-15194.

CA    Loans will be made pursuant to a California Finance Lenders License.

GA    Georgia Residential Mortgage Licensee. License Number: 6977.

IL    Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS    Mississippi Supervised Mortgage Company.

NH    Licensed by the New Hampshire Banking Department.

NJ    Licensed Mortgage Banker - New Jersey Department of Banking.

NY    Licensed Mortgage Banker - NYS Banking Department.

PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

**AMERIQUEST**
M O R T G A G E   C O M P A N Y



EXHIBIT
**23**

745 McClintock Drive, Suite 100
Burr Ridge, IL 60527

*Dear Carmencita,*
*I think Ameriquest*
*can really help you.*
*Give me a call at*
*1-888-428-9436*
*Andrew*

Carmencita Simpson

Chicago, IL
IɪIɪIIɪɪɪIɪɪɪɪIIIɪɪIɪIIɪIɪɪIIɪɪɪIɪIIɪIɪII

Dear Carmencita,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-428-9436** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Burr Ridge.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-428-9436** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Andrew Degman*
Andrew Degman
Mortgage Associate

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM
U4-M8-5-5834346



(Please correct name and address below if necessary)

## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Burr Ridge mortgage specialist toll-free at **1-888-428-9436** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to **1-888-422-5241** to see how much money you may qualify for.

Carmencita Simpson

Chicago, IL

Phone (_____)_____

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____

LTRLL-1
A

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
M O R T G A G E   C O M P A N Y



I905XX8LH14GIAP2AK  020-05C  7305 I556001365331 3

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio can not exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ    License Number: BK-15194.

CA    Loans will be made pursuant to a California Finance Lenders License.

GA    Georgia Residential Mortgage Licensee. License Number: 6977.

IL    Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS    Mississippi Supervised Mortgage Company.

NH    Licensed by the New Hampshire Banking Department.

NJ    Licensed Mortgage Banker - New Jersey Department of Banking.

NY    Licensed Mortgage Banker - NYS Banking Department.

PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

**AMERIQUEST**
MORTGAGE COMPANY

5215 Old Orchard Road, Suite 410
Skokie, IL 60077



EXHIBIT
**24**

*Johnny:*

*I think Ameriquest can really help you. Give me a call at 1-888-228-9473*

*Daniel*

**ECRLOT**C-032

Johnny L Tremble

Chicago, IL ▓▓▓▓▓

Dear Johnny,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan®. To find out how much you qualify for, call us now at (888) 228-9473 or go to www.ameriquestloans.com.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal loan specialist understands that and will work with you to "custom-tailor" a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high-interest credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Skokie.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **(888) 228-9473** today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Daniel Ellis*

Branch Manager

P.S. Call for your loan today at (888) 228-9473 or visit us online at www.ameriquestloans.com. And as a courtesy to you as a homeowner, we'll invite you to take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST™ AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Skokie Ameriquest loan specialist toll-free at **(888) 228-9473** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Johnny L Tremble

Chicago, IL ▓▓▓▓▓

Phone (_____)_____

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY

A
LTR-LL-10-08/04

370496AD321A1AN2AA    005-09A    7302 15330014373685

**Pre-qualification**
This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**
You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**
You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

**Removal from Mail Lists**
You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**
You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, underwriting, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**
| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Department of Corporations California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | New Hampshire First Mortgage Banker and Broker License Number: 5354-MB. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Ameriquest Mortgage Company holds a Lender's License in Rhode Island. |

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax adviser for details.

**30-day Break From Payments**
The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2004 Ameriquest Mortgage Company. 1100 Town and Country Rd., Orange, CA 92868. All rights reserved.