EXHIBIT 25

**AMERIQUEST** · *YOU'VE EARNED*
MORTGAGE COMPANY

5215 Old Orchard Road, Suite 410
Skokie, IL 60077

*Johnny:*

*i think Ameriquest*
*can really help you.*
*Give me a call at*
*1-800-470-6125*

*Daniel*

**ECRLOT**C-032

Johnny L Tremble
~~████████████████~~
Chicago, IL ~~████~~

Dear Johnny,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan℠. To find out how much you qualify for, call us now at (800) 470-6125 or go to www.ameriquestloans.com.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal loan specialist understands that and will work with you to "custom-tailor" a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high-interest credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Skokie.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at (800) 470-6125 today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Daniel Ellis*

Branch Manager

P.S. Call for your loan today at (800) 470-6125 or visit us online at www.ameriquestloans.com. And as a courtesy to you as a homeowner, we'll invite you to take a 30-day break from payments.

**YOU CAN FIND OUT MORE ABOUT AMERIQUEST™ AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM**



*(Please correct name and address below if necessary)*

Johnny L Tremble
~~████████████████~~
Chicago, IL ~~████████~~

Phone (_____) _____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

**YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠**
For fast service, call your Skokie Ameriquest loan specialist toll-free at (800) 470-6125 or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST®**
MORTGAGE COMPANY

LTR-HLUP
06/04

AI

J30496AD321A1AN2AA    002-08A    7302153100143735865

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.

All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, underwriting, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Department of Corporations California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | New Hampshire First Mortgage Banker and Broker License Number: 5354-MB. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Ameriquest Mortgage Company holds a Lender's License in Rhode Island. |

All States: All loans subject to credit verification.



\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax adviser for details.

**30-day Break From Payments**

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

© 2004 Ameriquest Mortgage Company, 1100 Town & Country Rd., Orange, CA 92868. All rights reserved.

**EXHIBIT 26**

AMERIQUEST
MORTGAGE COMPANY

5215 Old Orchard Road, Suite 410
Skokie, IL 60077

*Johnny:*

*I THINK WE CAN
REALLY HELP YOU.*

*Give us a call at*
*1 866 351-5799*

*Daniel*

Johnny L Tremble

Chicago, IL ▓▓▓▓▓▓
llıllıllııılllıılllllııllııılıllllııılıllılılııllll

Dear Johnny,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, if you've ever been disappointed by your experience with other lenders, we invite you to call Ameriquest. In fact, we've already pre-qualified you for The No-Stress Home Loan℠. To find out how much you qualify for, call us now at **(866) 351-5799** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal loan specialist understands that and will work with you to "custom-tailor" a loan with the terms and rates that work best for you.

**Lower your monthly payments.** Strapped by high-interest credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Skokie.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **(866) 351-5799** today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Daniel Ellis*

Branch Manager

P.S. Call for your loan today at (866) 351-5799 or visit us online at www.ameriquestloans.com. And as a courtesy to you as a homeowner, we'll invite you to take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST™ AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



*(Please correct name and address below if necessary)*

Johnny L Tremble

Chicago, IL ▓▓▓▓▓▓

Phone (_____)_____

LTR-HL-UP
03/03

Best time to call:_____ a.m._____ p.m.

E-mail address:_____

YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Skokie Ameriquest loan specialist toll-free at (866) 351-5799 or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

**I am interested in:**

☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

AMERIQUEST
MORTGAGE COMPANY

NI

190496AD230A1BN2AA     117-04B     7302 15220014373685

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.

All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, underwriting, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:

1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:

1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Department of Corporations California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | New Hampshire First Mortgage Banker and Broker License Number: 5354-MB. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Ameriquest Mortgage Company holds a Lender's License in Rhode Island. |

All States: All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax adviser for details.

**30-day Break From Payments**

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

© 2003 Ameriquest Mortgage Company



**AMERIQUEST**
MORTGAGE COMPANY

YOU'VE EARNED
THE CREDIT®

EXHIBIT
27

8750 West Bryn Mawr Avenue, Suite 250E
Chicago, IL 60631

*Dear Johnny:*
*I think Ameriquest*
*Can really help you.*
*Give me a call at*
*1-888-203-5657*
*Adam*

Johnny L. Tremble
Chicago, IL
|.|.|.||....||....||.||.||.|.|.||.|.|||.||.|.|.|.|.|.||.|.|||

Dear Johnny,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.®
To find out how much you qualify for, call us now at **1-888-203-5657** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Chicago.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-203-5657** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Adam Morris*
Adam Morris
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

C-M8-5-2902981

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio can not exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ   License Number: BK-15194.

CA   Loans will be made pursuant to a California Finance Lenders License.

GA   Georgia Residential Mortgage Licensee. License Number: 6977.

IL   Illinois Residential Mortgage Licensee.

MA   Massachusetts Mortgage Lender License Number: ML0702.

MN   Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS   Mississippi Supervised Mortgage Company.

NH   Licensed by the New Hampshire Banking Department.

NJ   Licensed Mortgage Banker - New Jersey Department of Banking.

NY   Licensed Mortgage Banker - NYS Banking Department.

PA   Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI   Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



**\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.**

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

**AMERIQUEST**
MORTGAGE COMPANY

8750 West Bryn Mawr Avenue, Suite 250E
Chicago, IL 60631

LOWER MONTHLY

*Johnny:*

*I think Ameriquest*
*can really help you.*
*Give me a call at*
*1-888-783-8423*

*Adam*

EXHIBIT
**28**

Johnny L Tremble
~~████████████████~~
Chicago, IL. ~~████████~~
ԼԱԱԱԱԱԱԱԱԱԱԱԱԱ

Dear Johnny,

You've accomplished something most people only dream about — you own a home. But even the most responsible homeowners may face financial challenges at times. Maybe you've even found yourself having to pay late charges or getting annoying final notices and collection calls.

Whether or not you've experienced these financial pressures lately, Ameriquest Mortgage Company is ready to help you refinance your home. **We've already pre-qualified you for The No-Stress Home Loan". To find out how much you qualify for, call us now at (888) 783-8423 or go to www.ameriquestloans.com.** There's never been a better time to do it, and with the personal service you get at Ameriquest", the whole process is quick and easy. In fact, your personal mortgage specialist will even complete the paperwork for you.

**Get a loan built for you.** You are a homeowner with your own individual needs. Our mortgage specialists understand that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Lower your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest is up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in about 24 hours.** We can tell you how much you qualify for in about one day. And unlike some lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Chicago.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**Find out how much you qualify for.** Just call us toll-free at **(888) 783-8423** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Adam Morris*

Adam Morris

Branch Manager

P.S. Call for your No-Stress Home Loan today. And see how you can get a 30-day break from payments.

------------------------------------------------------------

**AMERIQUEST® PRE-QUALIFICATION CERTIFICATE**

For fast service, call your Chicago personal mortgage specialist toll-free at **(888) 783-8423** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

(Please correct name and address below if necessary)

Johnny L Tremble
~~████████████████~~
Chicago, IL. ~~████████~~

Phone ( _____ ) _____

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____
LTR-PK-2-1/05

PK

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST®**
MORTGAGE COMPANY



04052IAD386A2AN2AX  007-02A  55791548001437368S

Prequalification
This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**
You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**
You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**
You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**
You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ      License Number: BK-15194

CA      Loans will be made pursuant to a California Finance Lenders License.

GA      Georgia Residential Mortgage Licensee. License Number: 6977.

IL      Illinois Residential Mortgage Licensee.

MA      Massachusetts Mortgage Lender License Number: ML0702.

MN      Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS      Mississippi Supervised Mortgage Company.

NH      Licensed by the New Hampshire Banking Department.

NJ      Licensed Mortgage Banker - New Jersey Department of Banking.

NY      Licensed Mortgage Banker - NYS Banking Department.

PA      Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI      Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

**30-Day Break From Payments**
The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

EXHIBIT
**29**



**AMERIQUEST**
M O R T G A G E   C O M P A N Y

5215 Old Orchard Road, Suite 410
Skokie, IL 60077

*Dear Johnny,*

*I think Ameriquest can really help you. Give me a call at*

*1-888-237-1878*

*Todd*

Johnny L. Tremble
~~████████████~~
Chicago, IL ~~█████████~~
IIıIIıIIıııIIıııIIıdIıIıdıuIıIıIIIıIıuIıdıIıIıIııIIII

Dear Johnny,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-237-1878** or go to **www.ameriquestloans.com**.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Skokie.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-237-1878** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Todd Gallet*

Todd Gallet
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See OPT-OUT NOTICE on reverse side for more information.
YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM
V-M8-5-2244000



**YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.**℠
For fast service, call your Skokie mortgage specialist toll-free at **1-888-237-1878** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to **1-888-422-5241** to see how much money you may qualify for.

(Please correct name and address below if necessary)

Johnny L. Tremble
~~███████████~~
Chicago, IL ~~████████~~
Phone (_____)_____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**®
M O R T G A G E   C O M P A N Y

LTR6X9B-1
A



24053DAD4G4A1AN2AX  002-07R  7302 15790014373G85

**Opt-Out Notice**
This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria. If you do not wish to receive prescreened offers of credit from this and other companies, please call the consumer credit reporting agencies toll-free 1-888-567-8688; or write:
Equifax, Credit Information Services, Inc., P.O. Box 740241, Atlanta, GA 30374
Experian, 901 West Bond, Lincoln, NE 68521 Attn: Consumer Services Department
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

**Qualification**
You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income.

**Credit Authorization**
You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

**Fees and Documentation**
You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**
AZ          License Number: BK-15194.
CA          Loans will be made pursuant to a California Finance Lenders License.
GA          Georgia Residential Mortgage Licensee. License Number: 6977.
IL          Illinois Residential Mortgage Licensee.
MA          Massachusetts Mortgage Lender License Number: ML0702.
MN          Not an offer to enter an interest rate lock-in agreement under Minnesota law.
MS          Mississippi Supervised Mortgage Company.
NH          Licensed by the New Hampshire Banking Department.
NJ          Licensed Mortgage Banker -- New Jersey Department of Banking.
NY          Licensed Mortgage Banker -- NYS Banking Department.
PA          Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.
RI          Rhode Island Licensed Lender.

All loans subject to credit verification.
Please Note: Individual states are continually updating or revising their licensing requirements and agreements with mortgage lenders. As of this printing, the information above is accurate -- however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

**30-Day Break From Payments**
The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

Case: 1:05-cv-07097 Document #: 706-4 Filed: 04/24/07 Page 11 of 30 PageID #:14163

**AMERIQUEST**
MORTGAGE COMPANY

5215 Old Orchard Road, Suite 410
Skokie, IL 60077

Dear Johnny,

I think Ameriquest can really help you. Give me a call at

**1-888-237-8124**

Todd

EXHIBIT
**30**

Johnny L. Tremble
████████████████
Chicago, IL ████████
lıllıllıllıllıllıllılılılılılılıllıllılılılılllll

Dear Johnny,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-237-8124** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Skokie.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-237-8124** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Todd Gallet*
Todd Gallet
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See OPT-OUT NOTICE on reverse side for more information.

Y-M8-5-6873420

## AMERIQUEST® PRE-QUALIFICATION CERTIFICATE

For fast service, call your **Skokie** mortgage specialist toll-free at **1-888-237-8124** or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Johnny L. Tremble

Chicago, IL ████████

Phone ( _____ ) _____

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY



26052ZAD464A1AN2AX   010-07R   7302  15790014373685

LTR-LL-PK-3
A

**Opt-Out Notice**
This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria. If you do not wish to receive prescreened offers of credit from this and other companies, please call the consumer credit reporting agencies toll-free 1-888-567-8688; or write:
Equifax, Credit Information Services, Inc., P.O. Box 740241, Atlanta, GA 30374
Experian, 901 West Bond, Lincoln, NE 68521 Attn: Consumer Services Department
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

**Qualification**
You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income.

**Credit Authorization**
You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each co sumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

**Fees and Documentation**
You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender. License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Rhode Island Licensed Lender. |

All loans subject to credit verification.
Please Note: Individual states are continually updating or revising their licensing requirements and agreements with mortgage lenders. As of this printing, the information above is accurate – however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

**30-Day Break From Payments**
The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



**AMERIQUEST**
MORTGAGE COMPANY

1900 Spring Road, Suite 216
Oak Brook, IL 60523

EXHIBIT
**31**

*Dear Ronald,*

*I think Ameriquest can really help you. Give me a call at*

**1-888-297-6378**

*George*

Ronald N. Mihalcean
~~████████████~~
Downers Grove, IL ~~████████~~
I.II.II...I.I...I.I.I.II...I.I...II.I.II.I..I.I..I.I.I..I.I..III

Dear Ronald,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-297-6378** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Oak Brook.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-297-6378** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*George Eleftheropoulos*
George Eleftheropoulos
Mortgage Specialist

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

---

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688.
See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

**YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM**

F-MB-S-1021003

---



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS℠
For fast service, call your Oak Brook mortgage specialist toll-free at **1-888-297-6378** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to **1-888-422-5241** to see how much money you may qualify for.

*(Please correct name and address below if necessary)*
Ronald N. Mihalcean
~~████████████~~
Downers Grove, IL ~~██████~~

Phone (_____)_____
Best time to call: _____ a.m. _____ p.m.
E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**®
MORTGAGE COMPANY

LTR-LL-4
A

37052CAD529A1AN2AX   004-10A   5542 1619013600S518

## PRESCREEN AND OPT-OUT NOTICE

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria, including providing acceptable property as collateral. If you do not wish to receive prescreened offers of credit from this and other companies, and if you want your name and address removed from mailing lists obtained from the main consumer credit reporting agencies — TransUnion, Experian, Equifax, and Innovis, go to www.optoutprescreen.com, or call 888-5OPTOUT (888-567-8688), or write to the following addresses:

Equifax, Options Equifax, Inc. P.O. Box 740123, Atlanta, GA 30374-0123

Experian, 901 West Bond, Lincoln, NE 68521

Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358

TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

\*\*30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal report; Title report; Credit report; and, Mortgage payment history. In addition, Proof of income, including but not limited to the following documentation, may be required depending on the loan program: Tax return and/or W-2s; Profit and loss statement; and, Payment stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2005 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1100, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker — New Jersey Department of Banking & Insurance; Licensed Mortgage Banker — NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate—however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com

Case: 1:05-cv-07097 Document #: 706-4 Filed: 04/24/07 Page 15 of 30 PageID #:14166

EXHIBIT 32

**AMERIQUEST**
M O R T G A G E   C O M P A N Y

6650 Telecom Drive, Suite 290
Indianapolis, IN 46278

*Dear Larry:*

*I think Ameriquest
can really help you.*

*Give me a call at*

*1-888-204-4665*

*Shaun*



Larry Crane
~~█████████~~
West Lafayette, IN ~~████~~
|.l..ll...ll.l..ll...ll...ll.l..l.ll...l.l.l..ll.l...lllll..l

Dear Larry,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,℠ we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.℠ To find out how much you qualify for, call us now at **1-888-204-4665** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Indianapolis.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-204-4665** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Shaun Higgins*
Shaun Higgins
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM
D-MB-S-0091391



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Indianapolis mortgage specialist toll-free at **1-888-204-4665** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Larry Crane
~~██████████~~
West Lafayette, IN ~~████████~~

Phone (_____)_____
Best time to call: _____a.m._____p.m.
E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**®
M O R T G A G E   C O M P A N Y

LTRLL-1
A

13052GAD40271AN2AX  010-04R  5776 15530121919329

**Pre-qualification**

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio can not exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888)567-8688; Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809 and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

AZ    License Number: BK-15194.

CA    Loans will be made pursuant to a California Finance Lenders License.

GA    Georgia Residential Mortgage Licensee. License Number: 6977.

IL    Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS    Mississippi Supervised Mortgage Company.

NH    Licensed by the New Hampshire Banking Department.

NJ    Licensed Mortgage Banker - New Jersey Department of Banking.

NY    Licensed Mortgage Banker - NYS Banking Department.

PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

EXHIBIT
**33**



**AMERIQUEST** MORTGAGE COMPANY

55 West 86th Avenue
Merrillville, IN 46410

YOU'VE EARNED

*Darrell:*

*I think Ameriquest*

*can really help you.*

*Give me a call at*

*1-888-400-1463*

*Terrance*

*******AUTO**SCH 5-DIGIT 46304
Darrell R Bruce
[redacted]
Hobart, IN [redacted]

Dear Darrell,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan®. To find out how much you qualify for, call us now at (888) 400-1463 or go to www.ameriquestloans.com.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Merrillville.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at (888) 400-1463 today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Terrance Walton*
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

# PRE-QUALIFICATION CERTIFICATE

*(Please correct name and address below if necessary)*

Darrell R Bruce
[redacted]
Hobart, IN [redacted]

Phone _____

Best time to call: ____ a.m. ____ p.m.

E-mail address: _____

For fast service, call your Merrillville mortgage specialist toll-free at (888) 400-1463 or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

Offer expires on September 30, 2005

I am interested in:
Refinancing
Home Purchase Loan
Cash Out
Debt Consolidation

Reservation #:
4555159

Terrance Walton
**Branch Manager**
(888) 400-1463
**Merrillville**



**AMERIQUEST**
MORTGAGE COMPANY



130569AD389A2AN2AX 014-04B 557015530125002391

LTR-0x12-6-1/05-A

### Pre-qualification

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

### Qualification

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

### Credit Authorization

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

### Removal from Mail Lists

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

### Fees and Documentation

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, administrative, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

### State Legal Disclaimers

AZ     License Number: BK-15194.

CA     Loans will be made pursuant to a California Finance Lenders License.

GA     Georgia Residential Mortgage Licensee. License Number: 6977.

IL      Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS     Mississippi Supervised Mortgage Company.

NH     Licensed by the New Hampshire Banking Department. License Number: 5354-MB.

NJ      Licensed Mortgage Banker - New Jersey Department of Banking.

NY     Licensed Mortgage Banker - NYS Banking Department.

PA     Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI      Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

### 30-Day Break From Payments

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

EXHIBIT 34



**AMERIQUEST**
MORTGAGE COMPANY

55 West 86th Avenue
Merrillville, IN 46410

*Daniece:*

*I think Ameriquest
can really help you.
Give me a call at
1-888-360-6497*

*Terrance*

Daniece W Bonner

Gary, IN
║ılılıllıılıılıllıııllıılıllılllılılıılılıılıılılllılıl

Dear Daniece,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan®. To find out how much you qualify for, call us now at (888) 360-6497 or go to www.ameriquestloans.com.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Merrillville.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **(888) 360-6497** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Terrance Walton*

Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST⁺ AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Merrillville mortgage specialist toll-free at **(888) 360-6497** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Daniece W Bonner

Gary, IN

Phone (_____)_____

Best time to call: _____a.m._____p.m.

E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

**AMERIQUEST**
MORTGAGE COMPANY

A
LTR-LL-12-1/05

11052GAD389U1AN2AX   005-03R   5570 1552001787092S

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.

All loans subject to credit verification.

**Removal from Mail Lists**

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, administrative, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. License Number: 5354-MB. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Ameriquest Mortgage Company holds a Lender's License in Rhode Island. |

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

**30-day Break From Payments**

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

©2005 Ameriquest Mortgage Company. 1100 Town and Country Road., Orange, CA 92868. All rights reserved.



**AMERIQUEST**
MORTGAGE COMPANY

55 West 86th Avenue
Merrillville, IN 46410

*Daniece:*

*I think Ameriquest can really help you. Give me a call at 1-888-400-1463*

*Terrance*

EXHIBIT
35

*******AUTO**SCH 5-DIGIT 46403
Daniece W Bonner

Gary, IN ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Daniece,

You've accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage®, we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan®. To find out how much you qualify for, call us now at (888) 400-1463 or go to www.ameriquestloans.com.

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Merrillville.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at (888) 400-1463 today, visit us online at www.ameriquestloans.com or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Terrance Walton*

Terrance Walton
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

# PRE-QUALIFICATION CERTIFICATE

*(Please correct name and address below if necessary.)*

Daniece W Bonner
▮▮▮▮▮▮▮▮▮▮▮▮▮
Gary, IN ▮▮▮▮▮▮▮

Phone

Best time to call:          a.m.          p.m.

E-mail address:

For fast service, call your Merrillville mortgage specialist toll-free at (888) 400-1463 or go to www.ameriquestloans.com now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to (888) 422-5241 to see how much money you may qualify for.

**Offer expires on September 30, 2005**

I am interested in:

Refinancing

Home Purchase Loan

Cash Out

Debt Consolidation

Reservation #:
4555159

Terrance Walton
**Branch Manager**
(888) 400-1463
**Merrillville**


AMERIQUEST®
MORTGAGE COMPANY


150569AD389A2AN2AX 016-04B 557015530017870928

LTR-9x12-6-1/05
A

## Pre-qualification

This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. To qualify for this offer, you must have the credit qualifications upon which this offer was based, and you must be the owner of record of residential real estate property for at least one year. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in your home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

## Qualification

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee.

## Credit Authorization

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

## Removal from Mail Lists

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies:

TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809; and Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502

## Fees and Documentation

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, administrative, processing, loan origination, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

## State Legal Disclaimers

AZ    License Number: BK-15194.

CA    Loans will be made pursuant to a California Finance Lenders License.

GA    Georgia Residential Mortgage Licensee, License Number: 6977.

IL    Illinois Residential Mortgage Licensee.

MA    Massachusetts Mortgage Lender License Number: ML0702.

MN    Not an offer to enter an interest rate lock-in agreement under Minnesota law.

MS    Mississippi Supervised Mortgage Company.

NH    Licensed by the New Hampshire Banking Department. License Number: 5354-MB.

NJ    Licensed Mortgage Banker - New Jersey Department of Banking.

NY    Licensed Mortgage Banker - NYS Banking Department.

PA    Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking.

RI    Ameriquest Mortgage Company holds a Lender's License in Rhode Island.

All loans subject to credit verification.



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

## 30-Day Break From Payments

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.



**EXHIBIT 36**

# AMERIQUEST

MORTGAGE COMPANY

222 Indianapolis Boulevard, Suite 100
Schererville, IN 46375

*Dear Daniece,*

*I think Ameriquest can really help you. Give me a call at*

*1-888-853-3940*

*Terrance*

Daniece W. Bonner
~~████████████~~
Gary, IN ████████████
IiIuIiIIiiiIuIiIIiiiiIuiiIIuiiIuIiIIiiuIuiIuiIIIuIiI

Dear Daniece,

You have accomplished something most people only dream about — you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we will work hard to get you the money you need. In fact, we have already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-853-3940** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to find a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car, remodel, even pay property taxes. It is your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we do not take months to close your loan. Plus, you will get one month with no mortgage payment.

**We are right here in Schererville.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that serves the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-853-3940** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Terrance Walton*
Terrance Walton
Branch Manager

P.S. Call for your No-Stress Home Loan today and get relief from financial pressure.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM

WW-M8-S-8276635



(Please correct name and address below if necessary)

Daniece W. Bonner

Gary, IN ████████████

Phone (_____)_____

Best time to call: _____ a.m. _____ p.m.

E-mail address: _____

A
LTR-LL-4-1

## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Schererville mortgage specialist toll-free at **1-888-853-3940** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

# AMERIQUEST®
MORTGAGE COMPANY





47052ZAD517A7AN2AX   048-12A   5570 I6610017870928

**PRESCREEN AND OPT-OUT NOTICE**

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria, including providing acceptable property as collateral. If you do not wish to receive prescreened offers of credit from this and other companies, and if you want your name and address removed from mailing lists obtained from the main consumer credit reporting agencies — TransUnion, Experian, Equifax, and Innovis, go to www.optoutprescreen.com, or call 888-5OPTOUT (888-567-8688), or write to the following addresses:

Equifax, Options Equifax, Inc., P.O. Box 740123, Atlanta, GA 30374-0123

Experian, 901 West Bond, Lincoln, NE 68521

Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358

TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

---

*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

**30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 80% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. The following documentation must be obtained: Appraisal Report; Title Report; Credit Report; and, Mortgage Payment History. In addition, Proof of Income, including but not limited to the following documentation, may be required depending on the loan program: Tax Return and/or W-2s; Profit and Loss Statement; and, Payment Stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2005 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its subsidiaries. All rights reserved. Ameriquest Mortgage Company, 1100 Town and Country Road, Suite 1200, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker — New Jersey Department of Banking & Insurance; Licensed Mortgage Banker — NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate—however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com

EXHIBIT
37

# AMERIQUEST
### MORTGAGE COMPANY

222 Indianapolis Boulevard, Suite 100
Schererville, IN 46410



*Dear Perrie,*

*I think Ameriquest can really help you. Give me a call at*

*1-888-443-2825*

*Terrance*

Perrie K. Bonner

Gary, IN

Dear Perrie,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-443-2825** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Schererville.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-443-2825** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Terrance Walton*

Terrance Walton
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

**YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM**

B2-M8-6-0636016



## YOU'VE EARNED A 30-DAY BREAK FROM PAYMENTS.℠

For fast service, call your Schererville mortgage specialist toll-free at **1-888-443-2825** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

*(Please correct name and address below if necessary)*

Perrie K. Bonner

Gary, IN

Phone (_____)_____
Best time to call: _____a.m._____p.m.
E-mail address: _____

**I am interested in:**
☐ Refinancing
☐ Home Purchase Loan
☐ Debt Consolidation
☐ Cash Out

# AMERIQUEST®
### MORTGAGE COMPANY

23052CAD433A2AN2AX   024-06B   5570 15570099947249

LTRLL-2
A

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria. If you do not wish to receive prescreened offers of credit from this and other companies, please call the consumer credit reporting agencies toll-free 1-888-567-8688; or write:

Equifax, Credit Information Services, Inc., P.O. Box 740241, Atlanta, GA 30374
Experian, 901 West Bond, Lincoln, NE 68521 Attn: Consumer Services Department
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

### Qualification

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income.

### Credit Authorization

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

### Fees and Documentation

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

### State Legal Disclaimers

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License. |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. |
| NJ | Licensed Mortgage Banker – New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker – NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Rhode Island Licensed Lender. |

All loans subject to credit verification.
Please Note: Individual states are continually updating or revising their licensing requirements and agreements with mortgage lenders. As of this printing, the information above is accurate — however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com/statelicensing



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Ask your tax advisor for details.

### 30-Day Break From Payments

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.
©2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

EXHIBIT **38**

# AMERIQUEST
### MORTGAGE COMPANY

222 Indianapolis Boulevard, Suite 100
Schererville, IN 46375



AMERIQUEST PRESENTS
**ROLLING STONES
ON STAGE**

***********ECRLOT**C-014
Perrie K. Bonner
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Gary, IN ▓▓▓▓▓▓▓
|.|..|.|.|..|..|.||....||....||...||..|.||..|..|....||..|.|.|.|

Log on to ameriquest.com
for tour information

Dear Perrie,

You've accomplished something most people only dream about—you own a home.

At Ameriquest Mortgage,® we believe that deserves a lot of respect. So, while other lenders may have turned you down for one reason or another, we'll work hard to get you the money you need. In fact, we've already pre-qualified you for The No-Stress Home Loan.® To find out how much you qualify for, call us now at **1-888-222-4993** or go to **www.ameriquestloans.com.**

**Get a loan built for you.** You are a homeowner with your own individual needs. Your personal mortgage specialist understands that and will work with you to custom-tailor a loan with the terms and rates that work best for you.

**Slash your monthly payments.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.* You could buy a new car. Remodel. Even pay property taxes. It's your call. And since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**Get an answer in 24 hours.** We can tell you how much you qualify for in about one day. And unlike other lenders, we don't take months to close your loan. Plus, you'll get one month with no mortgage payment.

**We're right here in Schererville.** While we have the strength and resources of a nationwide company, we like to think of ourselves as a neighborhood business that caters to the local community. Because the only people you have to deal with are right here in town.

**See how much you qualify for.** Just call us toll-free at **1-888-222-4993** today, visit us online at **www.ameriquestloans.com** or simply mail or fax the attached reply form, whatever is most convenient for you.

Sincerely,

*Terrance Walton*

Terrance Walton
Branch Manager

P.S. Call for your No-Stress Home Loan today and take a 30-day break from payments.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688.
See OPT-OUT NOTICE on reverse side for more information.
**YOU CAN FIND OUT MORE ABOUT AMERIQUEST® AND REQUEST YOUR LOAN AT WWW.AMERIQUESTLOANS.COM**
H1-MG-C-0322776

# PRE-QUALIFICATION CERTIFICATE

(Please correct name and address below if necessary)

For fast service, call your Schererville mortgage specialist toll-free at **1-888-222-4993** or go to **www.ameriquestloans.com** now. If you prefer, simply mail this reply form in the enclosed postage-paid envelope or fax it toll-free to 1-888-422-5241 to see how much money you may qualify for.

Reservation #:
4555159

Terrance Walton
**Branch Manager**
1-888-222-4993
Schererville, IN

Perrie K. Bonner
▓▓▓▓▓▓▓▓▓
Gary, IN ▓▓▓▓▓
**Phone**

**Offer expires on: September 30, 2005**
I am interested in:
☐ Refinancing
☐ Home Purchase Loan
☐ Cash Out
☐ Debt Consolidation

Best time to call: ☐ a.m. ☐ p.m.

E-mail address:

# AMERIQUEST
### MORTGAGE COMPANY

LTR-9x12RS-3
A

26054IAD433A1AN2AX 035-07B
5570 15780099947249

**Opt-Out Notice**

This "prescreened" offer of credit is based upon information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you no longer continue to meet these criteria. If you do not wish to receive prescreened offers of credit from this and other companies, please call the consumer credit reporting agencies toll-free 1-888-567-8688; or write:

Equifax, Credit Information Services, Inc., P.O. Box 740241, Atlanta, GA 30374
Experian, 901 West Bond, Lincoln, NE 68521 Attn: Consumer Services Department
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

**Qualification**

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt-to-income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan-to-value ratio must not exceed 75% (some programs may allow higher ratios). You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income.

**Credit Authorization**

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you.
All loans subject to credit verification.

**Fees and Documentation**

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees.

The following documentation must be obtained:
1. Appraisal report
2. Title report
3. Credit report
4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s
2. Profit and loss statement
3. Payment stubs
4. Other proof of income

**State Legal Disclaimers**

| | |
|---|---|
| AZ | License Number: BK-15194. |
| CA | Loans will be made pursuant to a California Finance Lenders License, |
| GA | Georgia Residential Mortgage Licensee. License Number: 6977. |
| IL | Illinois Residential Mortgage Licensee. |
| MA | Massachusetts Mortgage Lender: License Number: ML0702. |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| MS | Mississippi Supervised Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. |
| NJ | Licensed Mortgage Banker — New Jersey Department of Banking. |
| NY | Licensed Mortgage Banker — NYS Banking Department. |
| PA | Ameriquest Mortgage Company is licensed by the Pennsylvania Department of Banking. |
| RI | Rhode Island Licensed Lender. |

All loans subject to credit verification.
Please Note: Individual states are continually updating or revising their licensing requirements and agreements with mortgage lenders. As of this printing, the information above is accurate — however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com



*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

†Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

**30-Day Break From Payments**

The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

© 2005 Ameriquest Mortgage Company. 1100 Town and Country Road, Orange, CA 92868. All rights reserved.

**AMERIQUEST**
MORTGAGE COMPANY



EXHIBIT
39

10600 White Rock Road, #200
Rancho Cordova, CA 95670

*Dear Loretta,*

*Ameriquest can really help you get more out of your home. Call us at 1-888-250-3364.*

*Sean*

## YOU'VE EARNED THE CREDIT.®

Loretta J. Wiesjahn
~~████████████~~
Valparaiso, IN ~~████████~~

Dear Loretta,

You have accomplished something most people only dream about — you own a home.

**AT AMERIQUEST MORTGAGE,®️ WE BELIEVE THAT DESERVES A LOT OF RESPECT.** You are pre-approved to refinance your home with Ameriquest® right now. This letter contains a special offer just for you.

**ENJOY LOWER MONTHLY PAYMENTS.** Strapped by high interest rate credit cards and debts? A loan from us could lower your total monthly payments by hundreds of dollars and leave you with extra cash.• You could buy a new car, remodel, even pay property taxes. It is your call. Since mortgage interest may be up to 100% tax deductible, you could pay even less at tax time.†

**TAKE A BREAK FROM MORTGAGE PAYMENTS.** Unlike some lenders, Ameriquest does not take months to close your loan. You should receive your funds in about a month. Plus, you will get one month with no mortgage payment at all.••

**TRUST AMERIQUEST TO MAKE REFINANCING EASY.** For more than 25 years, Ameriquest has been working with millions of homeowners like you. Choosing Ameriquest gives you the confidence of working with a leading national lender. You will like our helpful and friendly attitude.

**THE SOONER YOU CALL, THE SOONER YOU WILL BE FREE FROM FINANCIAL STRESS.**

Sincerely,

*Sean Hulsey*
Sean Hulsey
Area Manager

**P.S. CALL US TODAY AT 1-888-250-3364!**
**THIS OFFER EXPIRES ON 09/18/2006.**

 **CALL NOW**
1-888-250-3364

 **VISIT US ONLINE AT**
AMERIQUESTLOANOFFER.COM

 **MAIL** THE FORM BELOW IN
THE ENCLOSED ENVELOPE

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT-OUT NOTICE** on reverse side for more information.

† Consult a tax advisor. The portion of principal or credit limit exceeding fair market value is not tax deductible.

Monthly payment example: If your desired home loan is $95,000 at 9.69% (APR 11.92%) over a 2 year fixed rate/28 year adjustable rate (combined 30 year) term, your estimated initial monthly payment would be $812. After the initial 2 year fixed-rate period, monthly mortgage payments and the APR are subject to increase. You may be subject to an estimated $1,977 in additional closing costs and fees. Subject to qualification and terms applicable to this offer, including income, total debt and actual desired loan amount. For additional information, go to www.ameriquestloanoffer.com.



## PERSONALIZED OFFER TO REFINANCE YOUR MORTGAGE:

▶▶ Call us toll-free **1-888-250-3364** or
go to **www.ameriquestloanoffer.com**

▶ The No-Stress Home Loan®
▶ 30-day break from payments
▶ A fast, easy loan—and we do the paperwork for you

Pre-approved: Min. Amount: **$90,000**
Max. Amount: **$99,999**

Term: 2 Year Fixed/28 Year Adjustable
Interest Rate Range: 8.69% (APR 11.63%) To
9.69% (APR 11.92%) ◆

Offer Date: 08/03/2006

Must Apply By: 09/18/2006

Offer Code: 00DM GGGW 091806

Loretta J. Wiesjahn
~~████████████~~
Valparaiso, IN ~~████████~~

Phone: (          )

Best time to call:_____a.m._____p.m.

 

FCZ-LL-P6-362
FCZ

* This mortgage offer is based on an interest rate between 8.69% (APR 11.63%) to 9.69% (APR 11.92%) on a 2 year fixed rate/28 year adjustable rate (combined 30 year) term and will be valid if you apply by 09/18/2006.

31066SADA05B1AN2TX  016-08A 7400 00DMGGGW091806

You have been pre-approved for a mortgage loan with Ameriquest Mortgage.

## PRESCREEN AND OPT-OUT NOTICE

This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not continue to meet our criteria, including providing acceptable property as collateral. If you do not want to receive prescreened offers of credit from this and other companies, call the consumer reporting agencies toll-free, 888-5OPTOUT (888-567-8688), go to www.optoutprescreen.com or write to the following addresses:

Equifax, Options Equifax, Inc., P.O. Box 740123, Atlanta, GA 30374-0123
Experian, P.O. Box 919, Allen, TX 75013-0919
Innovis, Consumer Assistance, P.O. Box 1358, Columbus, OH 43216-1358
TransUnion, Name Removal Option, P.O. Box 505, Woodlyn, PA 19094

\*Although the amount you pay on a monthly basis may go down, this loan may increase the overall number of monthly payments you have to make over the term of the loan. Ameriquest recommends that you consult with your accountant before entering into any credit transaction that would be secured by your home.

\*\*30-Day Break From Payments — The 30-Day Break From Payments is an available feature on all new home loans from Ameriquest. For example, if an Ameriquest loan closed between June 2 and June 30, the first mortgage payment would not be due until August 1, thus allowing a 30-day or more break from payments.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order or statement, or has actual knowledge of the adverse provision.

### Qualification

You must be 18 years or older. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Any co-borrower also must meet our credit guidelines. Your debt-to-income ratio cannot exceed 50% (some programs may allow higher limits). You must have adequate cash reserves in an amount equal to six months loan (PITI) payments. Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium and Townhouse. The property must be in good condition and meet our property standards. The property cannot be a mobile or manufactured home. A property appraisal or evaluation may be required and the value must meet our underwriting guidelines. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. Depending upon the loan program and your credit qualifications, the loan-to-value ratio may not exceed 65%. Some programs may permit higher loan-to-value ratios. Combined loan-to-value ratio (CLTV) may not exceed 100%. All loans subject to Ameriquest underwriting guidelines. For lender programs where the loan-to-value may exceed 80%, mortgage insurance (MI) is required and MI charges will apply. You must have adequate hazard insurance and name Ameriquest as loss payee. We may also require a verification of your income. Not all products are available in all states for all loan amounts. For standard loan products the minimum loan amount is $60,000 in all states except Michigan, $10,000 minimum in Michigan. To accept a pre-approved firm offer of credit, you must fully complete an Ameriquest loan application by the specified "Apply By" date.

### Credit Authorization

You authorize us to obtain a consumer report from consumer reporting agencies in considering this offer and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. All loans subject to credit verification.

### Fees and Documentation

You may have to pay some or all of the following fees in connection with the loan: appraisal, title, application, processing, administrative and discount points, flood certificate, tax service or other fees. A penalty may apply for early repayment of debt. The following documentation must be obtained: Appraisal Report; Title Report; Credit Report; and, Mortgage Payment History. In addition, Proof of Income, including but not limited to the following documentation, may be required depending on the loan program: Tax Return and/or W-2s; Profit and Loss Statement; and, Payment Stubs.

Ameriquest Mortgage Company is an Equal Housing Lender. ©2006 Ameriquest Mortgage Company. Trade/servicemarks are the property of Ameriquest Mortgage Company and/or its affiliates. All rights reserved. Ameriquest Mortgage Company, Corporate Headquarters, 1100 Town and Country Road, Suite 1200, Orange, California 92868. (714) 541-9960. Arizona Mortgage Bankers License Number: BK-15194; 2155 W. Pinnacle Peak Road, Suite 101, Phoenix, AZ 85027. Licensed by the Department of Corporations under the California Finance Lenders law; Georgia Residential Mortgage Licensee. License Number: 6977; Illinois Residential Mortgage Licensee (004298), by the Office of Banks and Real Estate, Mortgage Banking Division; Massachusetts Mortgage Lender License Number: ML0702; This is not an offer to enter an interest rate lock-in agreement under Minnesota law; Mississippi Supervised Mortgage Company; Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker – New Jersey Department of Banking & Insurance; Licensed Mortgage Banker – NYS Banking Department; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender. Individual states are continually updating or revising their licensing requirements and agreements. As of this printing, the information above is accurate — however, for verification of the current status of a specific state, please visit our Web site: www.ameriquest.com.

FCRA-LL-E