EXHIBIT
40

Page 1

23 of 316 DOCUMENTS

Copyright 2007 SourceMedia, Inc.
All Rights Reserved
Mortgage Servicing News

April 2007

**SECTION:** MANAGING REO; Pg. 18 Vol. 11 No. 3

**LENGTH:** 316 words

**HEADLINE:** Top Subprime Servicers at 12/31/06

**BODY:**
(Dollars in Millions)

| Rank | Organization Name | Location | | Total Servicing Vol. 12/31/06 | 12/31/05 | Percent Change | Market Share |
|---|---|---|---|---|---|---|---|
| 1 | Countrywide Financial Corp. | Calabasas, | CA | $119,060 | $120,587 | -1% | +9.23% |
| 2 | Chase Home Finance | Woodcliff Lake, | NJ | $83,837 | $67,825 | 24% | +6.50% |
| 3 | Option One Mortgage Corp. (1) | Irvine, | CA | $69,039 | $79,169 | -13% | +5.35% |
| 4 | CitiFinancial (E) (2) | Baltimore, | MD | $64,250 | $57,328 | 12% | +4.98% |
| 5 | Ameriquest Mortgage Corp. | Orange, | CA | $65,000 | $70,000 | -7% | +5.04% |
| 6 | Ocwen Financial Corp. | West Palm Beach, | FL | $52,160 | $41,989 | 24% | +4.04% |
| 7 | Wells Fargo Home Mortgage | San Francisco, | CA | $51,321 | $44,715 | 15% | +3.98% |
| 8 | Homecomings Financial (E) (3) | Minneapolis, | MN | $50,849 | $55,213 | -8% | +3.94% |
| 9 | National City Home Loan (4) | Pittsburgh, | PA | $49,545 | $37,574 | 32% | +3.84% |
| 10 | HSBC Mortgage Services | Charlotte, | NC | $49,465 | $43,792 | 13% | +3.84% |
| | Top 10 Totals: | | | $654,526 | $618,192 | 6% | 45.71% |
| | Submitted Totals: | | | $1,074,668 | $1,004,736 | 7% | 76.81% |

Notes: Includes subservicing contracts. Results may vary because some firms would not disclose sub-
prime receivables.
    Market share is based on estimated subprime receivables of $1.289 trillion at 12/31/06. (1) Option One
is owned by H&R Block and is for sale. (2) Citigroup stopped reporting its subprime servicing last year.
This is an estimate. (3) GMAC, the parent of Homecomings, had not reported 4Q results as of our press
time. (4) NCHL is owned by Merrill Lynch. (E) Estimate.
    (BK) Firm has filed for bankruptcy protection.
    Source: MSN/Quarterly Data Report. Questions? Email:

Top Subprime Servicers at 12/31/06 Mortgage Servicing News April 2007

Paul.Muolo@SourceMedia.com

.

http://www.mortgageservicingnews.com

http://www.sourcemedia.com

**LOAD-DATE**: April 2, 2007



Copyright 2007 Chicago Tribune
Chicago Tribune (Illinois)

Distributed by McClatchy-Tribune Business News

April 4, 2007 Wednesday

**SECTION:** BUSINESS AND FINANCIAL NEWS

**ACC-NO:**
20070404-TB-0404-Mortgage-Firms-Plan-Big-Cutbacksdefaults-Foreclosures-Increase-Pressure-To-Let-900-Workers-Go

**LENGTH:** 504 words

**HEADLINE:** Mortgage firms plan big cutbacksDefaults, foreclosures increase pressure to let 900 workers go

**BYLINE:** Becky Yerak, Chicago Tribune

**BODY:**

Apr. 4--Amid rising levels of defaults and foreclosures in the home-lending industry, nearly 900 Chicago-area workers at four mortgage firms will lose their jobs, according to recent filings with Illinois employment officials.

ACC Capital Holdings, an Orange, Calif.-based financial service company whose subsidiaries include subprime lender Ameriquest Mortgage Co., told the Illinois Department of Commerce and Economic Opportunity in three separate filings last month that it is cutting a total of 515 jobs at three locations: 174 jobs at 1600 McConnor Pkwy. in Schaumburg, as well as 341 jobs at two addresses on Golf Road in Rolling Meadows.

The layoffs, announced March 15 and affecting all business lines, will begin May 25. The filings were published on the department's Web site Tuesday.

Ameriquest provides mortgages to credit-impaired borrowers. ACC's Argent Mortgage Co. is its wholesale mortgage origination unit, and AMC Mortgage Services is its loan-servicing subsidiary.

"I knew they were downsizing, but I didn't know the numbers," said Rand Haas, economic development consultant for Rolling Meadows.

Meanwhile, Fremont Investment & Loan, the residential real estate unit of Santa Monica, Calif.-based Fremont General Corp., told the state that it was laying off 270 workers at 1411 Opus Pl. in Downers Grove. It's the first time Fremont has disclosed the number of affected workers.

In early March, Fremont said it was placing most of its U.S. residential real estate workers on paid leave, but the situation has gone downhill since.

While workers remain on paid leave, they have been told that as of May 18 they will be out of a job, Fremont said in a statement Tuesday.

"It's disappointing any time a village loses that many jobs, but we'll continue to work with property management to

Mortgage firms plan big cutbacksDefaults, foreclosures increase pressure

attract new and viable tenants to the space," said Greg Bedalov, president of Downers Grove Economic Development Corp.

In addition, WMC-GEMB Mortgage Corp., a unit of GE Money, told the state that it is letting go 51 workers at 475 N. Martingale Rd. in Schaumburg as a result of "the current climate" in the subprime mortgage industry, a spokeswoman said.

H&R Block Mortgage Corp. is cutting 58 workers at 6133 N. River Rd. in Rosemont. A spokesman did not return a call seeking comment.

Illinois requires employers to provide 60 days notice of pending plant closures or "mass layoffs." That is defined as a reduction at a single site of employment resulting in job cuts during any 30-day period or, in some cases, any 90-day period, for at least 33 percent of workers and at least 25 employees, or at least 250 employees regardless of the percentage.

The law applies to businesses with 75 or more full-time workers.

byerak@tribune.com

Copyright (c) 2007, Chicago Tribune Distributed by McClatchy-Tribune Business News. For reprints, email tmsreprints@permissionsgroup.com, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**LOAD-DATE:** April 5, 2007

11 of 22 DOCUMENTS

Copyright 2007 Los Angeles Times
All Rights Reserved
Los Angeles Times

March 16, 2007 Friday
Home Edition

**SECTION:** BUSINESS; Business Desk; Part C; Pg. 1

**LENGTH:** 700 words

**HEADLINE:** THE MORTGAGE MELTDOWN;
Ameriquest fires big part of workforce;
The parent company also shuts six centers in an effort to survive the sub-prime shakeout.

**BYLINE:** E. Scott Reckard and John O'Dell, Times Staff Writers

**BODY:**

The parent of Ameriquest Mortgage Co., once the biggest provider of home loans to Americans with checkered credit, fired a large number of its workers Thursday and closed six operations centers around the country in a bid to survive the shakeout in sub-prime lending.

Two years ago, Orange-based Ameriquest was at the top of the game -- sponsoring the Rolling Stones on tour and the halftime show at Super Bowl XXXIX. Its founder, Los Angeles billionaire Roland Arnall, was a major political donor who was later named U.S. ambassador to the Netherlands.

But as the housing market weakened, Ameriquest and other lenders in the sub-prime market of high-risk, high-cost loans were hurt by falling loan demand and rising defaults. Ameriquest took an additional hit: a $325-million settlement to resolve accusations of predatory lending practices by 49 states and the District of Columbia.

Ameriquest Vice Chairman Adam Bass declined to say how many employees were dismissed, saying only that it was a "significant number" of the company's 6,000 employees. At its peak, the privately held company employed 15,000 people across the country.

"It was a tough day," Bass said. "Our employees are really good people."

The company told workers not to talk to outsiders. One supervisor, who asked not to be named because he was not authorized to speak, said 3,000 people would get pink slips, with more layoffs to come. The supervisor also said salaries of remaining employees had been frozen and bonuses cut in half.

Another employee, who spoke anonymously for the same reason, said laid-off workers would get 10 weeks' severance pay.

Bass and other executives said the 3,000 figure was too high, but declined to confirm or deny other details of the layoffs.

On Thursday afternoon, parking structures near the office towers of Ameriquest and sister company Argent

THE MORTGAGE MELTDOWN; Ameriquest fires big part of workforce; The paren

Mortgage Co. in Orange were less than half full. A few employees wearing badges with the Ameriquest symbol -- the cracked Liberty Bell -- shook their heads and declined to discuss the layoffs as they trudged past a reporter.

At the Dave & Buster's restaurant in the Block at Orange mall, doorman Ken Pese said someone must have leaked the news to the restaurant's managers "because we usually open at 11 and we opened at 10 today."

Ameriquest and Argent employees from offices nearby jammed into the establishment from the early opening until 2 p.m. to eat, drink and trade stories, Pese said. Dave & Buster's, which typically serves 100 lunches, served 350.

At Ameriquest headquarters a few miles away, the 11-story building appeared deserted, with packing boxes strewn about the corridors.

"Oh well," said a receptionist who wouldn't give her name. "It's sad, but it's happening all over the business."

In a statement, parent company ACC Capital Holdings Inc. said the "very challenging non-prime market" had forced its hand. ACC is the parent of Ameriquest, which lends directly to consumers, and Argent, which makes loans through independent brokers. It also owns AMC Mortgage Services, a billing and collecting company.

Last month, banking giant Citigroup Inc. threw ACC Capital a lifeline by providing new funding in return for an option to buy Argent and AMC Mortgage Services. By drastically cutting costs, the company could be making itself a more viable candidate for a sale.

"While extremely difficult, these changes will strengthen [our] financial position, increase our efficiency and improve our cost structure -- enabling the company to leverage the opportunities created by consolidation in the non-prime industry," the company said in a statement.

Ameriquest had already cut back on staff several times beginning in 2005. In May, the company closed all 229 Ameriquest retail offices nationally and laid off 3,800 employees.

"Many companies sped up in the face of the down market," Bass said Thursday. "We tightened our lending standards, understanding that not all loans are good loans."

Indeed, Ameriquest's archrival, New Century Financial Corp. of Irvine, virtually collapsed in the last week after Wall Street banks cut off its funding, and it is widely expected to file for bankruptcy protection.

scott.reckard@latimes.com

john.odell@latimes.com

**GRAPHIC:** PHOTO: LENDER: Ameriquest's headquarters in Orange appeared deserted. The company told workers not to talk to outsiders. PHOTOGRAPHER: Gina Ferazzi Los Angeles Times

**LOAD-DATE:** March 16, 2007

Copyright 2007 San Francisco Chronicle
All Rights Reserved

# San Francisco Chronicle

THE SAN FRANCISCO CHRONICLE (California)

March 15, 2007 Thursday
FINAL Edition

**SECTION:** BUSINESS; NET WORTH; Pg. C1

**LENGTH:** 1491 words

**HEADLINE:** Primer on subprime loans, troubles in the mortgage industry

**BYLINE:** Kathleen Pender

**BODY:**

The subprime mortgage mess is a major contributor to this month's stock market swoon. Here are answers to questions about the situation.

Q: What is a subprime loan?

A: There is no official definition. It's generally described as a loan to a borrower with a FICO credit score lower than 620 or in some cases 580.

Five years ago, lenders required subprime borrowers to make large down payments and carefully document their income to make up for their sketchy credit, says Keith Gumbinger, a vice president with HSH Associates. As competition heated up, many lenders lowered or eliminated these requirements. Some even let subprime borrowers · make interest-only payments.

Q: What are the terms of a subprime loan?

A: Subprime interest rates are typically two to five percentage points higher than prime loans. The rate is often fixed for two or three years, then becomes adjustable. The hope is that the borrower's credit score will then be higher and he can refinance into a traditional loan, says Victoria Wagner, a credit analyst with Standard & Poor's. Subprime loans usually have a prepayment penalty in the first few years.

Q: How big is the market?

A: The comptroller of the currency estimates that 20 percent of new mortgages originated during the past two years were subprime, up from 10 to 12 percent historically, Wagner says. Subprime loans are prevalent in parts of California, but make up a small percentage of loans in the Bay Area.

Q: Who makes subprime loans?

Primer on subprime loans, troubles in the mortgage industry THE SAN FRAN

A: The largest subprime lender is HSBC Finance, which was Household International until it was acquired by HSBC in 2003. Some lenders, such as Wells Fargo and Washington Mutual, make prime and subprime loans. Many lenders specialize in subprime loans. Almost all subprime loans are packaged into mortgage-backed securities and sold to investors.

Q: How does this work?

A: Most specialty subprime lenders don't lend their own money. Typically, they borrow from what is called a warehouse lender, usually a bank or investment bank. They lend that money to homeowners, then quickly line up a buyer for the mortgage.

These loans can be sold individually or in groups to a securitization trust. The trust, usually put together by an investment bank, sells bonds to investors, often hedge funds. The trust uses the investor money to buy loans from the originator. The mortgages are placed in the trust as collateral for the bonds, also called mortgaged-backed securities.

The originator uses money from the trust to repay the warehouse lender. The originator or another firm is usually hired to collect monthly payments from homeowners. These payments are sent to the trust to repay bondholders.

Often, the trust will buy insurance to protect bondholders in case homeowners default. This can be purchased from a bond-insurance company or through a product known as a credit default swap. The insurers often obtain insurance to offset their risk.

Q: Why would investors buy these risky loans?

A: Investors wanted the higher interest rates on subprime loans and thought they had the financial technology to manage the risk. Also, as long as real estate prices were rising, these mortgages were seen as fairly safe because borrowers who got into trouble could sell their homes and repay their loans.

Q: What went wrong?

A: Last year, subprime loans started defaulting at a higher-than-expected rate. Many borrowers were becoming delinquent in the first three months of the loan.

One cause was bad underwriting: The loans were made to people who had no way to repay. Another was that housing prices in many parts of the country were coming down. Homeowners who had put little or nothing down owed more than their homes were worth. Selling to repay a mortgage was not an option.

Foreclosure activity started rising, which put more homes on the market, further depressing prices.

Meanwhile, regulators started encouraging lenders to tighten their standards and agencies that rate mortgage-backed securities started raising their loss expectations, says Vincent Barbiero, managing director with Fitch Ratings.

This made investors nervous. In the fall, the demand for risky mortgages started to dry up.

Some trusts started exercising their right to force originators to repurchase mortgages that defaulted in the first few months. This caused many originators to lose money, which violated agreements they had with warehouse lenders that required them to be profitable, Barbiero says. Many warehouse lenders cut off originators, forcing them out of business. Since December, a dozen smaller subprime lenders have been shut or merged, according to Origination News.

Q: Why are we hearing so much about this now?

A: Many large lenders are now reporting rising delinquencies and losses in their subprime portfolios. New Century,

the second-largest subprime lender, is teetering on bankruptcy. The New York Stock Exchange has suspended trading in its stock.

Q: How bad is the problem?

A: In the fourth quarter, 13.33 percent of subprime loans were delinquent, up from 12.56 percent in the third quarter. Only 2.57 percent of prime mortgage were delinquent, up from 2.44 percent. Subprime delinquencies are likely to get worse when loans made in 2005 and 2006 that become adjustable after two years reset. When they do, payments will rise.

Q: Who will eat the losses?

A: It could be warehouse lenders, subprime lenders and their shareholders, the owners of mortgage-backed securities, investment banks that packaged them (many retained the riskiest pieces) and firms that insure them. Everyone is hoping the losses will be widely spread and no institution will suffer in a way that could ripple out.

Q: Then why worry?

A: Subprime lending helped fuel the spectacular run-up in housing prices. A decline in subprime financing means fewer people will be able to buy homes or cash in their equity. That could put a crimp in home prices and consumer spending, slowing the economy.

The last subprime meltdown, in 1998-99, was overshadowed by the Asian financial crisis, Russian sovereign debt default and the Long Term Capital Management collapse, says Rick Antonoff, a bankruptcy lawyer with Pillsbury Winthrop Shaw Pittman. He believes this implosion will have wider repercussions.

"The subprime market today is $3 trillion today versus less than half-a-trillion dollars in 1998," he says. Also, the 2005 bankruptcy law makes it harder to qualify for Chapter 7, which lets people discharge their debts. Instead, more will be forced to repay their debts, at least for a while, in Chapter 13. And that will mean less spending on other goods.

---------------------------------------------------------------

CHART (1):

10 largest subprime lenders

2006

| Lender, state | subprime originations* | Market share | Change since 2005 |
|---|---|---|---|
| HSBC Finance, Illinois | $52.8 | 8.8% | -9.9% |
| New Century Financial, California | 51.6 | 8.6 | -2.1 |
| Countrywide Financial, California | 40.6 | 6.8 | -9.1 |
| CitiMortgage, New York | 38.0 | 6.3 | +85.5 |
| WMC Mortgage, California | 33.2 | 5.5 | +4.3 |
| Fremont Investment & Loan, California | 32.3 | 5.4 | -10.9 |
| Ameriquest Mortgage, California | 29.5 | 4.9 | -61.0 |
| Option One Mortgage, California** | 28.8 | 4.8 | -28.6 |

Primer on subprime loans, troubles in the mortgage industry THE SAN FRAN

```
    Wells Fargo Home Mortgage, Iowa      27.9      4.6     -8.1
    First Franklin Financial, California 27.7      4.6     -5.7
 *In billions    **Subsidiary of H&R Block
 Source: Inside
Mortgage Finance

   PARA-------------------------------------------------------
   CHART (2):

 Top subprime markets
 The top 15 subprime metropolitan areas
nationwide, along with five Bay Area markets, ranked by the percentage of
outstanding loans in each market that were subprime as of December.
 Rank Metropolitan area                         Subprime loans
 1 Rural (no metro area)                    26.8%
 2 McAllen-Edinburg-Mission, Texas          26.0
 3 Memphis                                  24.0
 4 Sharon, Pa.                              23.1
 5 Miami                                    23.0
 6 Richmond-Petersburg, Va.                 22.3
 7 Brownsville-Harlingen-San Benito, Texas  21.6
 8 Merced                                   21.6
 9 Sumter, S.C.                             20.7
 10 Bakersfield                             20.2
 11 Jackson, Tenn.                          20.2
 12 Riverside-San Bernardino                19.9
 13 Pueblo, Colo.                           19.9
 14 Stockton-Lodi                           19.8
 15 Laredo, Texas                           19.7
 NATIONAL AVERAGE                           14.7
 87 Vallejo-Fairfield-Napa                  14.4
 199 Oakland                                10.6
 277 Santa Rosa                              7.9
```

Primer on subprime loans, troubles in the mortgage industry THE SAN FRAN

301 San Jose                          6.8

321 San Francisco                     5.0

**GRAPHIC:** CHART (2): SEE END OF TEXT

**LOAD-DATE:** March 15, 2007

26 of 40 DOCUMENTS

Copyright 2007 The Washington Post
All Rights Reserved

# The Washington Post

# washingtonpost.com

The Washington Post

March 16, 2007 Friday
Suburban Edition

**SECTION:** FINANCIAL; Pg. D01

**DISTRIBUTION:** Maryland

**LENGTH:** 599 words

**HEADLINE:** N.Y. Plans Probe of High-Risk Lenders

**BYLINE:** Karen Freifeld; Bloomberg News

**BODY:**

New York Attorney General Andrew Cuomo said his office is investigating subprime mortgage lenders, whose borrowers have fallen behind on their payments at the highest rate in four years.

Cuomo, a Democrat, disclosed his investigation in response to a question at a news conference in Manhattan yesterday, but he declined to provide details on the inquiry. Subprime, or risky, mortgages are loans made to home buyers with a poor or limited credit history.

His statement follows accusations by regulators in five states that New Century Financial of Irvine, Calif., the second-biggest U.S. subprime mortgage lender, broke laws by not producing money it had promised to home buyers.

Shares of mortgage lenders have dropped, and former Federal Reserve chairman Alan Greenspan said yesterday that he worried about the economic repercussions of subprime-mortgage defaults, especially if home prices decline.

"If prices go down, we will have problems -- problems in the sense of spillover to other areas," Greenspan said in remarks to a Futures Industry Association meeting in Boca Raton, Fla. Although he said he has not seen such spreading yet, he said he expects to.

Turmoil in the subprime mortgage market is grabbing attention in Congress. Sen. Hillary Rodham Clinton (D-N.Y.), echoing Greenspan's concerns, said the federal government should take steps to reduce interest rates and fees for borrowers who are losing their homes at record rates as the subprime mortgage market collapses.

Clinton proposed eliminating pre-payment penalties that she said are designed to trap borrowers by imposing high fees for paying off loans ahead of time. Such penalties apply to 70 percent of subprime loans and less than 5 percent of

N.Y. Plans Probe of High-Risk Lenders The Washington Post March 16, 2007

prime loans, Clinton said yesterday at a National Community Reinvestment Coalition conference in Washington. Clinton is a Democratic presidential candidate.

Lenders should give borrowers who fall behind on their mortgages a "foreclosure timeout" to allow them time develop a payment plan, Clinton said.

Sen. Christopher J. Dodd (D-Conn.), chairman of the Senate Banking Committee and a Democratic presidential candidate, said he would hold a hearing on the issues on Thursday.

Although Cuomo would not discuss the nature of his investigation, unlike most attorneys general, the New York office has criminal prosecution powers. Regulators in Massachusetts, New Hampshire, New Jersey and New York accused New Century of "failure to fund mortgage loans," the company said Wednesday in a filing. Separately, Ohio's attorney general said a judge halted New Century's operations in that state.

The company, which made nearly $60 billion in mortgage loans in 2006, said last week that it could not fund any new home loans because bank companies, including Morgan Stanley of New York, cut off credit. New Century has said it may not be able to stay in business without new sources of cash. New Century said it was talking with state regulators regarding its "funding crisis."

The New York attorney general's office has previously investigated the subprime lending market. In December, Eliot L. Spitzer, who was attorney general at the time, announced a settlement with Countrywide Financial, the biggest U.S. mortgage lender, to compensate minority borrowers in New York who were charged more than whites for loans.

In January 2006, Spitzer and attorneys general in 48 states signed on to a $325 million settlement agreement with Ameriquest Mortgage, the national's largest subprime lender, in connection with its sales, appraisal and closing practices.

Alison Vekshin contributed to this report.

**GRAPHIC:** IMAGE; By Mike Groll -- Associated Press; New York Attorney General Andrew Cuomo's office has launched an investigation into subprime lending.

**LOAD-DATE:** March 16, 2007