**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING | ) | Lead Case No. 05 C 7097 |
| PRACTICES LITIGATION | ) | Judge Aspen |

*relating to*

| | | |
|---|---|---|
| NANCY MURRAY, | ) | |
| FRANK HERNANDEZ, | ) | |
| DAVID CECHINI, | ) | |
| ANTHONY LUKAS, | ) | |
| MELISSA MURRAY | ) | |
| JEFF RHODES, | ) | |
| JULIE RHODES, | ) | |
| CARMENCITA SIMPSON, | ) | |
| JOHNNY TREMBLE, | ) | |
| and RONALD MIHALCEAN, | ) | 05 C 1218 (N.D.Ill.) |
| | ) | Originally filed on March 1, 2005 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

*and*

| | | |
|---|---|---|
| LARRY CRANE, | ) | |
| DARRELL BRUCE, | ) | |
| DANIECE BONNER, | ) | |
| PERRIE BONNER, | ) | |
| and LORETTA WIESJAHN, | ) | |
| | ) | |
| Plaintiffs, | ) | 2 : 05 CV 323 (N.D.Ind.) |
| | ) | Originally filed on August 23, 2005 |
| v. | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE
CONSOLIDATED FAIR CREDIT REPORTING ACT COMPLIANT**

The plaintiffs named above respectfully request leave to file a consolidated complaint against defendant Ameriquest Mortgage Company, alleging that defendant violated the Fair

1

Credit Reporting Act, 15 U.S.C. §1681 *et seq*. In further support of their motion, plaintiffs state as follows:

1. On March 1, 2005, plaintiffs Nancy Murray and Frank Hernandez filed an original class action complaint against Ameriquest before this Court (Case No. 05 C 1218 (N.D.Ill.)).

2. On August 23, 2005, plaintiffs Larry Crane, Darrell Bruce, Daniece Bonner and Perrie Bonner filed an original class action complaint against Ameriquest before the United States District Court for the Northern District of Indiana (Case No. 2 : 05 CV 323 (N.D.Ind.)).

3. Both of those cases have been reassigned to this Court as a part of the multidistrict litigation.

4. On February 6, 2007, this Court granted a motion to withdraw the class allegations in the above-entitled cases. (Docket No. 438.)

5. On April 24, 2007, plaintiffs filed a consolidated Fair Credit Reporting Act complaint, which has been served on all counsel of record. (Docket No. 706.)

6. On filing the consolidated complaint, plaintiffs believed that they had leave to do so. However, upon further review of the record, which shows that plaintiffs were not given leave to file an amended complaint upon the granting of their motion to withdraw class allegations, plaintiffs now bring this motion seeking, retroactively, this Court's leave to file the consolidated complaint.

7. The consolidated complaint is in substance the same as the most recent versions of complaints in both cases against Ameriquest, except that (a) the class allegations are stricken, and (b) additional plaintiffs are named in the complaint. In addition, allegations about the status of the subprime mortgage lending industry have been added. (Docket No. 706, ¶¶20-21.)

8. Fed.R.Civ.P. 15(a) provides that an amended complaint may be served with leave of court, which shall be "freely given when justice so requires." The consolidated complaint filed by plaintiffs harmonizes the two FCRA cases brought against Ameriquest into a unified

pleading; thus, judicial economy would be promoted as the management of the cases transferred to this Court would be simplified greatly. Furthermore, the addition of plaintiffs would not unduly prejudice defendant, as each plaintiff brings the same basic claim against defendant. Therefore, plaintiff respectfully submits that good cause exists for leave to file the consolidated complaint.

WHEREFORE, plaintiffs respectfully request leave to file a consolidated complaint, previously filed as Docket No. 706, against defendant Ameriquest Mortgage Company, alleging that defendant violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.*, with defendant to answer or otherwise plead on a date to be selected by the Court.

Respectfully submitted,

/s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com