**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING ) <br> PRACTICES LITIGATION ) | MDL No. 1715 <br> Lead Case No. 05 C 7097 <br> Judge Aspen |

*relating to*

| | |
|---|---|
| NANCY MURRAY, ) <br> FRANK HERNANDEZ, ) <br> DAVID CECHINI, ) <br> ANTHONY LUKAS, ) <br> MELISSA MURRAY ) <br> JEFF RHODES, ) <br> JULIE RHODES, ) <br> CARMENCITA SIMPSON, ) <br> JOHNNY TREMBLE, ) <br> and RONALD MIHALCEAN, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br>   ) <br> Defendant. ) | <br><br><br><br><br><br><br><br> 05 C 1218 (N.D.Ill.) <br> Originally filed on March 1, 2005 |

*and*

| | |
|---|---|
| LARRY CRANE, ) <br> DARRELL BRUCE, ) <br> DANIECE BONNER, ) <br> PERRIE BONNER, ) <br> and LORETTA WIESJAHN, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br>   ) <br> Defendant. ) | <br><br><br><br><br> 2 : 05 CV 323 (N.D.Ind.) <br> Originally filed on August 23, 2005 |

**NOTICE OF MOTION**

**TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Tuesday, May 1, 2007 at 10:30 a.m., we will appear before the Honorable Marvin Aspen in Room 2568 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or another Judge sitting in his stead, and then and there present a **MOTION FOR LEAVE TO FILE CONSOLIDATED FAIR CREDIT REPORTING ACT COMPLAINT**, copies of which are attached hereto and hereby served upon you.

                                                s/ Daniel A. Edelman
                                                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

### CERTIFICATE OF SERVICE

I, Daniel A. Edelman, certify that on April 24, 2007, a copy of this notice and the document referred to therein was filed with the Court through the CM/ECF system, and served upon counsel for Ameriquest Mortgage Company by operation of that system. Additionally, the same was served upon all counsel of record for these cases by operation of the CM/ECF system.

*Counsel for Ameriquest Mortgage Co.*
Craig A. Varga
Jonathan N. Ledsky
Joshua D. Davidson
VARGA BERGER LEDSKY HAYES & CASEY
224 S. Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-2900 (fax)
cvarga@vblhc.com
jledsky@vblhc.com
jdavidson@vblhc.com

                                                /s/ Daniel A. Edelman
                                                Daniel A. Edelman