# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.

                                    Plaintiff,

v.                                                            Case No.: 1:05−cv−07097

                                                                           Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 25, 2007:

      MINUTE entry before Judge Marvin E. Aspen :Any responses to the Borrower, non−Borrower and individual plaintiffs' motion (696) for additional Case Management Guidelines are to be filed on or before 5/3/07. Any replies are to be filed by 5/10/07. The motion hearing set for 4/26/07 is stricken. Plaintiffs request in its motion for additional case management guidelines that an order be entered requiring interested parties and/or their attorneys to enroll in the ECF system in order to minimize the need for paper service and that exceptions be made only after motion for good cause shown is granted. Interested parties and/or their attorneys are directed to enroll in the ECF system in order to minimize the need for paper serive with exceptions only after motion for good cause is shown. The motion hearing set for 4/26/07 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.