**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| IN RE Ameriquest Mortgage Co., ) | |
| Mortgage Lending Practices Litigation. ) | |
| ) | MDL No. 1715 |
| _____ ) | Lead Case No. 05-CV-07097 |
| ) | |
| THIS DOCUMENT RELATES TO ALL ) | Centralized before the Honorable |
| INDIVIDUAL ACTIONS ) | Marvin E. Aspen |
| ) | |
| Defendant. ) | |

**NOTICE OF OPTING-OUT OF CLASS ACTIONS**

The plaintiff, Gordon R. Howard and Nola R. Howard, in the following federal action hereby opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

Gordon R. Howard and Nola R. Howard v. Ameriquest Mortgage Company and Deutsche Bank National Trust Co., as Trustee of Ameriquest Securities, Inc., Asset Backed Pass-Through Certificates, Series 2004-R2 under the Pooling and Servicing Agreement dated as of March1, 2004 (07 C 0095)


Dated: April 26, 2007                    Respectfully Submitted,


                                         By:/s/Keith J. Keogh
                                              Keith J. Keogh



Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois   60606
312.726.1092 (office)
312.726.1093 (fax)
Keith@Keoghlaw.com

## CERTIFICATION OF SERVICE

      This is to certify that on this April 26, 2007, a true and correct copy of the foregoing document was filed. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

      /s/ Keith J. Keogh
      _____
      Keith J. Keogh