IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL OF THE INDIVIDUAL ACTIONS IDENTIFIED IN DEFENDANTS' MOTION (DOC #651-52) | MDL No. 1715 <br><br> Lead Case No. 1:05-cv-07097 <br><br> Centralized before the Hon. Marvin E. Aspen <br><br> April 27, 2007 |

## NOTICE OF MOTION

TO: COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Tuesday, May 3, 2007**, at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and there present their **MOTION FOR LEAVE TO FILE *INSTANTER* INDIVIDUAL CLAIMS STEERING COMMITTEE'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OPT-OUT COMPLAINTS AND FOR MORE DEFINITE STATEMENT**, a copy of which is currently being served upon you.

April 27, 2007      By:  /s/ Charles M. Delbaum

*Attorney for Certain Plaintiffs*

Charles M. Delbaum
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02110
(617) 542-8010

April 27, 2007         By:  /s/ Daniel S. Blinn

*Attorney for Certain Plaintiffs*

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
(860) 571-0408

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of April 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                           /s/ Daniel S. Blinn
                           Daniel S. Blinn