**Appendix A – Individual Borrowers Represented by Consumer Law Group LLC Joining in ICSC's Memoradum**

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| *Allan, et al. v. Argent Mortgage Company, LLC* | | | | | | | | |
| Allan, Robert L. | 1 | 11/18/2003 | 9/27/2005 | 1/23/2006 | 797 | 118 | None | Timely |
| Bruch, Fred R. and Barbara J. | 2 | 5/23/2003 | 12/12/2005 | 1/23/2006 | 976 | 42 | None | Timely |
| Collier, Richard and MaryAnn | 3 | 3/22/2004 | 11/23/2005 | 1/23/2006 | 672 | 61 | None | Timely |
| Conry, Scott J and Nancy | 4 | 10/16/2003 | 12/12/2005 | 1/23/2006 | 830 | 42 | None | None |
| Edwards, George P. | 5 | 8/19/2003 | 12/12/2005 | 1/23/2006 | 888 | 42 | None | Timely |
| Jenkins, Debra W. | 6 | 9/12/2003 | 12/12/2005 | 1/23/2006 | 864 | 42 | None | Timely |
| Lanou, Vernon L. & Kathleen | 7 | 12/15/2003 | 10/31/2005 | 1/23/2006 | 770 | 84 | None | Timely |
| Lewis, Gardner L. and Brown, Patricia T. | 8 | 10/27/2003 | 12/12/2005 | 1/23/2006 | 819 | 42 | None | Timely |
| Reidell, William E and Rosemary Arbuckle | 9 | 6/10/2004 | 9/27/2005 | 1/23/2006 | 592 | 118 | None | Timely |
| Shepard-Smith, De'Anna | 10 | 12/12/2003 | 9/7/2005 | 1/23/2006 | 773 | 138 | None | Timely |
| Sweeten, Kenneth & Elizabeth | 11 | 2/14/2003 | 10/10/2005 | 1/23/2006 | 1074 | 105 | None | Timely |
| Wallace, Floyd & Helen | 12 | 3/1/2004 | 10/3/2005 | 1/23/2006 | 693 | 112 | None | Timely |
| *Anderson, et al. v. Ameriquest Mortgage Company, et al.* | | | | | | | | |
| Anderson, John W. Jr. | 1 | 7/24/2003 | 9/7/2005 | 2/9/2006 | 931 | 155 | None | Timely |
| Barboza, Benjamin R. & Manuel R. | 2 | 4/22/2003 | 9/7/2005 | 2/9/2006 | 1024 | 155 | None | Timely |
| Bessette, Beverley & Kathy | 3 | 9/12/2003 | 11/21/2005 | 2/9/2006 | 881 | 80 | None | Timely |
| Douchette, Jennie | 4 | 8/8/2003 | 12/6/2005 | 2/9/2006 | 916 | 65 | None | Timely |

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| Hall, Elizabeth | 5 | 12/22/2003 | 9/7/2005 | 2/9/2006 | 780 | 155 | None | Timely |
| Holmes, Dennis A. & Brenda L. | 20 | 2/11/2003 | 9/7/2005 | 2/9/2006 | 1094 | 155 | None | Timely |
| Iwanczenko, John W. Sr and Maryann E. | 6 | 1/15/2003 | 12/12/2005 | 2/9/2006 | 1121 | 59 | None | Timely |
| Jensen, Keith | 7 | 12/10/2004 | 12/19/2005 | 2/9/2006 | 426 | 52 | None | Timely |
| Jones, Kyle A. & Kathleen D. | 8 | 4/23/2003 | 9/7/2005 | 2/9/2006 | 1023 | 155 | None | Timely |
| Ladd, Thomas & Shannon | 9 | 9/9/2004 | 9/7/2005 | 2/9/2006 | 518 | 155 | None | Timely |
| Lemire, Jean R. | 10 | 3/3/2004 | 10/17/2005 | 2/9/2006 | 708 | 115 | None | Timely |
| Levesque, Albert J. | 11 | 12/9/2004 | 9/7/2005 | 2/9/2006 | 427 | 155 | None | Timely |
| Oliver, Pearl & Roosevelt | 12 | 1/21/2004 | 9/7/2005 | 2/9/2006 | 750 | 155 | None | Timely |
| O'Rourke, Rachel & Shaun | 16 | 4/8/2004 | 3/28/2005 | 2/9/2006 | 672 | 318 | None | Timely |
| Pehowdy, Georgette F. | 17 | 7/21/2004 | 9/27/2005 | 2/9/2006 | 568 | 135 | None | Timely |
| Pokorny, John Jr. | 13 | 7/20/2004 | 9/7/2005 | 2/9/2006 | 569 | 155 | None | Timely |
| Proudfoot, William A. | 14 | 5/26/2004 | 9/7/2005 | 2/9/2006 | 624 | 155 | None | Timely |
| Rainville, Maureen & Richard A. Sylvia | 18 | 8/19/2004 | 9/27/2005 | 2/9/2006 | 539 | 135 | None | Timely |
| Spence-English, Sonia | 19 | 8/8/2003 | 9/27/2005 | 2/9/2006 | 916 | 135 | None | Timely |
| Spillane, Deborah H. | 15 | 8/14/2003 | 3/18/2005 | 2/9/2006 | 910 | 328 | None | Timely |
| Szynal, Patricia & Michael | 21 | 1/24/2004 | 9/7/2005 | 2/9/2006 | 747 | 155 | None | Timely |
| ***Bailey, et al. v. Ameriquest Mortgage Company*** | | | | | | | | |
| Bailey, Wray & Wendy | 1 | 2/5/2003 | 1/28/2005 | 3/14/2005 | 768 | 45 | None | Timely |
| Carbone, Al | 24 | 2/20/2004 | 2/12/2005 | 3/14/2005 | 388 | 30 | None | Timely |
| Garcia, Juan | 2 | 8/12/2004 | 1/18/2005 | 3/14/2005 | 214 | 55 | Timely | Timely |
| Greene, Samuel Jr. | 3 | 3/14/2003 | 1/19/2005 | 3/14/2005 | 731 | 420 | None | Timely |

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| Hack, Richard & Denise | 25 | 12/24/2002 | 2/14/2005 | 3/14/2005 | 811 | 28 | None | Timely |
| Hasapes, Jason W. | 4 | 1/8/2004 | 12/15/2004 | 3/14/2005 | 431 | 89 | None | Timely |
| Holloway, Colon J.B. | 5 | 6/3/2004 | 2/14/2005 | 3/14/2005 | 284 | 28 | Timely | Timely |
| Huggins, Maurice & Pearl | 6 | 8/24/2003 | 1/18/2005 | 3/14/2005 | 568 | 55 | None | Timely |
| Kobialka, Edward & Ruth | 26 | 11/20/2002 | 2/14/2005 | 3/14/2005 | 845 | 28 | None | Timely |
| Kozlowski, Jeffrey & Ellen | 7 | 6/2/2004 | 12/22/2004 | 3/14/2005 | 285 | 82 | Timely | Timely |
| Lauzier, Bruce & Deborah | 8 | 8/20/2004 | 1/18/2005 | 3/14/2005 | 206 | 55 | Timely | Timely |
| LeBlanc, Scott | 9 | 3/20/2004 | 12/16/2004 | 3/14/2005 | 359 | 88 | Timely | Timely |
| Lehan, Timothy | 10 | 6/24/2003 | 12/22/2004 | 3/14/2005 | 629 | 82 | None | Timely |
| Martinez, Carlos | 11 | 6/3/2004 | 1/28/2005 | 3/14/2005 | 284 | 45 | Timely | Timely |
| Milardo, David & Lucinda | 13 | 3/24/2004 | 12/22/2004 | 3/14/2005 | 355 | 82 | Timely | Timely |
| Muro, Robert | 14 | 5/16/2003 | 1/28/2005 | 3/14/2005 | 668 | 411 | None | Timely |
| Niese, Catherine | 15 | 3/19/2004 | 12/21/2004 | 3/14/2005 | 360 | 83 | Timely | Timely |
| Nordquist, Nels | 12 | 10/16/2002 | 12/15/2004 | 3/14/2005 | 880 | 89 | None | Timely |
| Patterson, Norma & Winston | 16 | 1/26/2004 | 1/28/2005 | 3/14/2005 | 413 | 45 | None | Timely |
| Peterson, Harold and Zevallos, Elizabeth | 17 | 8/4/2004 | 12/22/2004 | 3/14/2005 | 222 | 82 | Timely | Timely |
| Smayda, Gregory & Kelly | 18 | 9/18/2003 | 12/22/2004 | 3/14/2005 | 543 | 82 | None | Timely |
| Sulinski, Peter & Victoria | 19 | 9/22/2003 | 1/18/2005 | 3/14/2005 | 539 | 55 | None | Timely |
| Thompson, Cynthia & Justin | 20 | 11/17/2004 | 1/18/2005 | 3/14/2005 | 117 | 55 | Timely | Timely |
| Valeriano, Armando & Anne | 21 | 6/18/2004 | 1/18/2005 | 3/14/2005 | 269 | 55 | Timely | Timely |
| Wilson, Stephen | 22 | 8/23/2003 | 11/1/2004 | 3/14/2005 | 569 | 133 | None | Timely |
| Witham, Leon & Beth | 23 | 12/19/2003 | 1/19/2005 | 3/14/2005 | 451 | 54 | None | Timely |

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| **_Belcher, et al. v. Ameriquest Mortgage Company_** | | | | | | | | |
| Belcher, Monique | 1 | 9/13/2004 | | 2/8/2006 | 513 | | Untimely | None |
| Bryan, Madge P. & Edgar | 2 | 8/4/2004 | | 2/8/2006 | 553 | | Untimely | None |
| Jenkins, Debra W. | 4 | 9/14/2004 | | 2/8/2006 | 512 | | Untimely | None |
| Joseph, Sonia | 3 | 8/19/2004 | | 2/8/2006 | 538 | | Untimely | None |
| **_Belval, et al. v. Ameriquest Mortgage Company, et al._** | | | | | | | | |
| Alvarez, Jay & Melissa loan 1 of 2 | 6 | 10/17/2003 | 11/29/2005 | 1/23/2006 | 829 | 55 | None | Timely |
| Alvarez, Jay & Melissa loan 2 of 2 | 7 | 10/19/2004 | 11/29/2005 | 1/23/2006 | 461 | 55 | None | Timely |
| Bailey, Wray & Wendy | 19 | 5/8/2004 | 1/28/2005 | 1/23/2006 | 625 | 360 | None | Timely |
| Belcher, Cynthia and Christopher Ellis | 2 | 1/24/2005 | 11/23/2005 | 1/23/2006 | 364 | 61 | Timely | Timely |
| Belval, Lyn L. and Roger E. | 1 | 1/29/2004 | 10/3/2005 | 1/23/2006 | 725 | 112 | None | Timely |
| Fountain, Annette | 3 | 3/19/2004 | 3/14/2005 | 1/23/2006 | 675 | 315 | None | Timely |
| Humphrey, Charles loan 1 of 2 | 17 | 10/29/2003 | 6/7/2005 | 1/23/2006 | 817 | 230 | None | Timely |
| Humphrey, Charles loan 2 of 2 | 18 | 6/10/2004 | 6/7/2005 | 1/23/2006 | 592 | 230 | None | Timely |
| Iulo, Laurie & Robert loan 2 of 2 | 5 | 7/7/2004 | 5/25/2005 | 1/23/2006 | 565 | 243 | None | Timely |
| Iulo, Laurie loan 1 of 2 | 4 | 10/20/2003 | 5/25/2005 | 1/23/2006 | 826 | 243 | None | Timely |
| Kach, Sharon & Ronald | 22 | 5/23/2003 | 12/29/2005 | 1/23/2006 | 976 | 25 | None | Timely |
| Matas, Charles J. | 20 | 5/5/2004 | 11/30/2005 | 1/23/2006 | 628 | 54 | None | Timely |
| McKenzie, Amy & Raymond | 23 | 12/16/2003 | 12/29/2005 | 1/23/2006 | 769 | 25 | None | Timely |
| Olschefski, Kristin and Frank | 8 | 8/24/2004 | 10/3/2005 | 1/23/2006 | 517 | 112 | None | Timely |
| Owen, Henry T. & Joan A. | 9 | 12/9/2003 | 10/10/2005 | 1/23/2006 | 776 | 105 | None | Timely |
| Passarello, Guy T. and Pauline M. | 10 | 12/19/2002 | 10/3/2005 | 1/23/2006 | 1131 | 112 | None | Timely |

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| Rodino, Joseph A. | 11 | 12/12/2003 | 5/25/2005 | 1/23/2006 | 773 | 243 | None | Timely |
| Santiago, Luz | 12 | 11/15/2004 | 6/8/2005 | 1/23/2006 | 434 | 229 | None | Timely |
| Steinmiller, Gary W. & Kelly | 13 | 3/21/2003 | 10/3/2005 | 1/23/2006 | 1039 | 112 | None | Timely |
| Therrien, Gloria J. loan 1 of 2 | 15 | 7/18/2003 | 12/29/2005 | 1/23/2006 | 920 | 25 | None | Timely |
| Therrien, Gloria J. loan 2 of 2 | 16 | 5/12/2004 | 12/29/2005 | 1/23/2006 | 621 | 25 | None | Timely |
| Valentin, Jay & Sherri | 14 | 9/13/2004 | 10/24/2005 | 1/23/2006 | 497 | 91 | None | Timely |
| Warner, Austin C. & Lorraine D. | 21 | 11/10/2004 | 11/8/2005 | 1/23/2006 | 439 | 76 | None | Timely |
| *Black, et al. v. Ameriquest Mortgage Company* | | | | | | | | |
| Black, Junior Terrance & Campbell, Rene | 1 | 6/21/2005 | 8/2/2006 | 10/12/2006 | 478 | 71 | None | Timely |
| Gomez, Luz loan 1 of 2 | 3 | 10/16/2003 | 8/23/2006 | 10/12/2006 | 1092 | 50 | None | Timely |
| Gomez, Luz loan 2 of 2 | 3 | 12/2/2004 | 8/2/2006 | 10/12/2006 | 679 | 71 | None | Timely |
| Jones, Cheryl P. & Arnold | 5 | 7/13/2005 | 8/2/2006 | 10/12/2006 | 456 | 71 | None | Timely |
| Roldan, Albert & Marlene (loan 1 of 2) | 4 | 4/22/2004 | 8/23/2006 | 10/12/2006 | 903 | 50 | None | Timely |
| Roldan, Albert & Marlene (loan 2 of 2) | 4 | 10/4/2004 | 8/2/2006 | 10/12/2006 | 738 | 71 | None | Timely |
| Vega, Ismael & Rivera, Yolanda I. | 2 | 8/2/2006 | 8/2/2006 | 10/12/2006 | 71 | 71 | None | Timely |
| *Bowe, et al. v. Ameriquest Mortgage Company* | | | | | | | | |
| Bowe, Michael | 1 | 3/24/2004 | 6/7/2005 | 1/23/2006 | 670 | 230 | None | Timely |
| Cocchiola, Dean A. | 15 | 2/4/2004 | 5/17/2005 | 1/23/2006 | 719 | 251 | None | Timely |
| Copeland, Kevin J. | 3 | 12/31/2003 | 5/16/2005 | 1/23/2006 | 754 | 252 | None | Timely |
| Desrosiers, Barbara | 13 | 6/23/2004 | 5/11/2005 | 1/23/2006 | 579 | 257 | None | Timely |
| Fournier, Nadejda | 12 | 4/3/2003 | 6/7/2005 | 1/23/2006 | 1026 | 230 | None | Timely |
| Jimenez, Kelly & Allan | 16 | 5/11/2004 | 6/8/2005 | 1/23/2006 | 622 | 229 | None | Timely |

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| Justus, Carolyn | 10 | 12/23/2003 | 5/25/2005 | 1/23/2006 | 762 | 243 | Untimely | Timely |
| Lowman, Jo-Ann Rosemary | 14 | 3/18/2004 | 5/9/2005 | 1/23/2006 | 676 | 259 | None | Timely |
| Morin, Anthony & Deborah | 6 | 4/21/2004 | 2/14/2005 | 1/23/2006 | 642 | 343 | None | Timely |
| Randall, Herbert C. & Anne | 5 | 2/26/2004 | 4/26/2005 | 1/23/2006 | 697 | 272 | None | Timely |
| Safferstein, Gary R & Tricia A. | 9 | 7/21/2004 | 6/8/2005 | 1/23/2006 | 551 | 229 | Untimely | Timely |
| Sibley, Lorraine P. | 11 | 6/27/2003 | 4/26/2005 | 1/23/2006 | 941 | 272 | None | Timely |
| Smail, Michael F. Sr. | 7 | 6/18/2004 | 4/2/2005 | 1/23/2006 | 584 | 296 | Untimely | Timely |
| Stripling, Constance | 8 | 5/23/2003 | 6/7/2005 | 1/23/2006 | 976 | 230 | None | Timely |
| Sullivan, David M. and Drucie Bathin | 4 | 4/8/2003 | 6/14/2005 | 1/23/2006 | 1021 | 223 | None | Timely |
| Troetti, Mauro | 2 | 9/3/2004 | 5/26/2005 | 1/23/2006 | 507 | 242 | Untimely | Timely |
| ***Brissett, et al. v. Ameriquest Mortgage Company*** | | | | | | | | |
| Brissett, Penelope | 1 | 8/5/2005 | 8/2/2006 | 10/4/2006 | 425 | 63 | None | Timely |
| Greaves, Rudolph & Marcia Hall | 2 | 1/24/2005 | 8/2/2006 | 10/4/2006 | 618 | 63 | None | Timely |
| Sullivan, Pearl | 4 | 1/17/2004 | 8/2/2006 | 10/4/2006 | 991 | 63 | None | Timely |
| Wells, Sean K. & Patricia | 3 | 9/2/2004 | 8/2/2006 | 10/4/2006 | 762 | 63 | None | Timely |
| ***Damm, et al. v. Ameriquest Mortgage Company, et al.*** | | | | | | | | |
| Damm, Sandra and Richard | 1 | 2/17/2005 | 9/27/2005 | 3/21/2006 | 397 | 175 | None | Timely |
| Mauro, Carol A. | 8 | 3/24/2004 | 10/10/2005 | 3/21/2006 | 727 | 162 | None | Timely |
| Monteiro, Artur B. | 12 | 11/12/2004 | 11/21/2005 | 3/21/2006 | 494 | 120 | None | Timely |
| Mumford, Leigh & Wayne Mumford | 13 | 9/27/2004 | 1/6/2006 | 3/21/2006 | 540 | 74 | None | Timely |
| Osten, Michael & Maria | 2 | 4/23/2003 | 9/7/2005 | 3/21/2006 | 1063 | 195 | None | Timely |
| Owen, Jamie S. & Shane D. | 11 | 8/11/2004 | 10/3/2005 | 3/21/2006 | 587 | 169 | None | Timely |

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| Rivera, Isabel and Noble III, Nathan R. | 3 | 6/18/2004 | 12/30/2005 | 3/21/2006 | 641 | 81 | None | Timely |
| Roberts, Mark A. and Nancy I. E. | 4 | 5/21/2003 | 10/3/2005 | 3/21/2006 | 1035 | 169 | None | Timely |
| Saucier, Mark & Heather | 5 | 10/7/2003 | 9/27/2005 | 3/21/2006 | 896 | 175 | None | Timely |
| Sollitto, Thomas A. | 14 | 8/16/2004 | 2/6/2006 | 3/21/2006 | 582 | 43 | None | Timely |
| Tierney, Patricia M. | 6 | 7/23/2004 | 9/27/2005 | 3/21/2006 | 606 | 175 | None | Timely |
| Vincent, Gail L. | 7 | 8/8/2003 | 10/31/2005 | 3/21/2006 | 956 | 141 | None | Timely |
| Vose, Matthew | 9 | 8/21/2003 | 9/27/2005 | 3/21/2006 | 943 | 175 | None | Timely |
| York, Duane & Lois | 10 | 2/10/2004 | 10/17/2005 | 3/21/2006 | 770 | 155 | None | Timely |
| ***Duncan, et al. v. Ameriquest Mortgage Company*** | | | | | | | | |
| Adrian, Humberto | 3 | 8/4/2004 | 4/26/2005 | 11/30/2005 | 483 | 218 | Untimely | Timely |
| Booth, Sallie L. | 28 | 3/17/2003 | 6/7/2005 | 11/30/2005 | 989 | 176 | None | Timely |
| Dugan, James R. & Donna M. | 6 | 8/16/2004 | 6/1/2005 | 11/30/2005 | 471 | 182 | Untimely | Timely |
| Duncan, Calvin | 1 | 7/20/2004 | 5/25/2005 | 11/30/2005 | 498 | 189 | Untimely | Timely |
| Edwards, Janet M. | 30 | 8/6/2004 | 3/14/2005 | 11/30/2005 | 481 | 261 | Untimely | Timely |
| Fernandez, Joseph & Nadine | 13 | 7/7/2004 | 6/8/2005 | 11/30/2005 | 511 | 175 | Untimely | Timely |
| General, Ronald & Gevaisa | 24 | 3/5/2004 | 6/1/2005 | 11/30/2005 | 635 | 182 | None | Timely |
| Grammatico, John & Kristen | 12 | 8/18/2004 | 3/14/2005 | 11/30/2005 | 469 | 261 | Untimely | Timely |
| Howlett, Beverly | 8 | 8/23/2004 | 4/26/2005 | 11/30/2005 | 464 | 218 | Untimely | Timely |
| Inzitari, Frank | 26 | 10/21/2003 | 4/26/2005 | 11/30/2005 | 771 | 218 | None | Timely |
| Jennings, Shawn & Yvonne | 5 | 6/3/2004 | 4/26/2005 | 11/30/2005 | 545 | 218 | Untimely | Timely |
| Juano, Mylani & Charlie | 17 | 10/1/2004 | 6/1/2005 | 11/30/2005 | 425 | 182 | Untimely | Timely |
| Lallier, David C. Jr. | 18 | 1/30/2004 | 6/7/2005 | 11/30/2005 | 670 | 176 | None | Timely |

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| Lyles, Audrey | 29 | 3/22/2004 | 3/14/2005 | 11/30/2005 | 618 | 261 | None | Timely |
| Olynciw, Michael | 19 | 11/13/2002 | 6/7/2005 | 11/30/2005 | 1113 | 176 | None | Timely |
| Potter, Lisa M. and John L. | 23 | 5/24/2003 | 7/14/2005 | 11/30/2005 | 921 | 139 | None | Timely |
| Rankin, Nicole | 4 | 9/16/2004 | 6/7/2005 | 11/30/2005 | 440 | 176 | Untimely | Timely |
| Richards, Ricardo & Young, Twinewa | 16 | 8/4/2004 | 3/14/2005 | 11/30/2005 | 483 | 261 | Untimely | Timely |
| Rondeau, Mathias & Jan | 11 | 9/30/2004 | 3/14/2005 | 11/30/2005 | 426 | 261 | Untimely | Timely |
| Shelton, Roger | 2 | 11/30/2004 | 6/7/2005 | 11/30/2005 | 365 | 176 | Timely | Timely |
| Sherman, Thomas | 7 | 6/23/2004 | 5/25/2005 | 11/30/2005 | 525 | 189 | Untimely | Timely |
| Silva, Sandra & Carlos | 15 | 6/8/2004 | 3/14/2005 | 11/30/2005 | 540 | 261 | Untimely | Timely |
| Soto, Jose & Joanne | 14 | 6/24/2004 | 2/14/2005 | 11/30/2005 | 524 | 289 | Untimely | Timely |
| Stewart, Donna (Stewart-Eagles) | 9 | 7/30/2004 | 4/26/2005 | 11/30/2005 | 488 | 218 | Untimely | Timely |
| Tofil, Todd & Robar, Corrine | 10 | 6/17/2004 | 3/14/2005 | 11/30/2005 | 531 | 261 | Untimely | Timely |
| Vaughn, Joseph & Bonita A. | 21 | 11/3/2003 | 5/25/2005 | 11/30/2005 | 758 | 189 | None | Timely |
| Vitti, Sharon J. | 27 | 9/23/2003 | 5/25/2005 | 11/30/2005 | 799 | 189 | None | Timely |
| Walz, Suellen A. & Steven A. | 22 | 10/17/2003 | 6/1/2005 | 11/30/2005 | 775 | 182 | None | Timely |
| Williams, Leebert & Evelyn | 20 | 12/3/2003 | 6/8/2005 | 11/30/2005 | 728 | 175 | None | Timely |
| Zilli, Edward | 25 | 4/6/2004 | 3/25/2005 | 11/30/2005 | 603 | 250 | Untimely | Timely |
| ***Fitzgerald, et al. v. Ameriquest Mortgage Company*** | | | | | | | | |
| Fitzgerald, Susan & William A. | 1 | 6/10/2004 | | 2/6/2006 | 606 | | Untimely | None |
| Gilbert, Thomas | 3 | 7/24/2004 | | 2/6/2006 | 562 | | Untimely | None |
| Taylor, Lorenzo & Johanna | 5 | 6/23/2004 | | 2/6/2006 | 593 | | Untimely | None |

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| *Ingham, et al. v. Ameriquest Mortgage Company* | | | | | | | | |
| Ferencz, Dawn M. and Steven A. | 2 | 7/2/2004 | 3/8/2006 | 4/13/2006 | 650 | 36 | None | Timely |
| Ingham, Douglas and Marcia | 1 | 6/28/2004 | 3/8/2006 | 4/13/2006 | 654 | 36 | None | Timely |
| May, Doreen J. & Frank | 3 | 8/22/2003 | 8/31/2005 | 4/13/2006 | 965 | 225 | None | None |
| *LaCross v. Ameriquest Mortgage Company, et al.* | | | | | | | | |
| LaCross, Jayleen A. | | 7/9/2004 | 9/7/2005 | 4/27/2006 | 657 | 232 | None | Timely |
| *Mangene, et al. v. Ameriquest Mortgage Company* | | | | | | | | |
| Mangene, Gregory & Joy | | 3/31/2005 | 8/31/2005 | 7/25/2006 | 481 | 328 | None | Timely |
| *McCall, et al. v. Ameriquest Mortgage Company, et al.* | | | | | | | | |
| McCall, John & Priscilla | 1 | 11/24/2003 | 1/4/2006 | 3/14/2006 | 841 | 69 | None | Timely |
| Passaro, Sherrie L. | 4 | 10/22/2003 | 1/26/2006 | 3/14/2006 | 874 | 47 | None | Timely |
| Patchin, Robert & Nida C. | 5 | 12/16/2003 | 10/17/2005 | 3/14/2006 | 819 | 148 | None | None |
| Picardi, Gary | 6 | 8/16/2004 | 2/24/2006 | 3/14/2006 | 575 | 18 | None | Timely |
| Robinson, Nadine | 7 | 3/31/2003 | 1/26/2006 | 3/14/2006 | 1079 | 47 | None | None |
| Sourragh, Yvonne and Roan | 2 | 3/25/2004 | 9/7/2005 | 3/14/2006 | 719 | 188 | None | Timely |
| *Pasacreta, et al. v. Ameriquest Mortgage Company, et al.* | | | | | | | | |
| Abbatematteo, Joanne & Joseph | 10 | 10/24/2003 | 9/27/2005 | 12/12/2005 | 780 | 76 | None | Timely |
| Bell, Jervis & Judith | 11 | 11/18/2004 | 9/7/2005 | 12/12/2005 | 389 | 96 | None | Timely |
| Buniski, Carolyn F. | 12 | 8/14/2003 | 9/27/2005 | 12/12/2005 | 851 | 76 | None | Timely |
| Cavallo III, Matthew | 13 | 5/23/2004 | 10/10/2005 | 12/12/2005 | 568 | 63 | None | Timely |

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| Charette, Richard & Heidi | 8 | 9/7/2004 | 2/14/2005 | 12/12/2005 | 461 | 301 | None | Timely |
| Coutant, Jeffrey & Sharon | 17 | 7/23/2004 | 9/28/2005 | 12/12/2005 | 507 | 75 | None | Timely |
| Cue, Willie Mae | 9 | 12/13/2002 | 11/21/2005 | 12/12/2005 | 1095 | 21 | None | Timely |
| Day, Marci & Robert | 14 | 8/18/2003 | 9/27/2005 | 12/12/2005 | 847 | 76 | None | Timely |
| Dell, Simon A. | 18 | 7/3/2003 | 10/3/2005 | 12/12/2005 | 893 | 70 | None | Timely |
| DiMaio-Dawkins, Angela | 4 | 1/14/2004 | 11/22/2005 | 12/12/2005 | 698 | 20 | None | Timely |
| Douglas-Chisholm, Cheryl | 16 | 1/13/2004 | 3/25/2005 | 12/12/2005 | 699 | 262 | None | Timely |
| Figueroa, Migdalia | 19 | 6/4/2004 | 9/7/2005 | 12/12/2005 | 556 | 96 | None | Timely |
| Griffin, Nicholas and Ann | 20 | 6/21/2003 | 6/8/2005 | 12/12/2005 | 905 | 187 | None | Timely |
| Guzman, Rafaela and Oscar Pena | 15 | 7/22/2004 | 9/27/2005 | 12/12/2005 | 508 | 76 | None | Timely |
| Hospod, Montria & Michael Rosh | 2 | 6/25/2004 | 6/7/2005 | 12/12/2005 | 535 | 188 | Untimely | Timely |
| Lukas, Stephen & Correna | 3 | 1/9/2004 | 12/22/2004 | 12/12/2005 | 703 | 355 | None | Timely |
| Murphy, Franklin & Denise | 5 | 1/16/2004 | 1/19/2005 | 12/12/2005 | 696 | 327 | None | Timely |
| Pasacreta, Jr., Louis | 1 | 8/13/2005 | 3/28/2005 | 12/12/2005 | 121 | 259 | None | Timely |
| Pascoe, Dwuith | 6 | 5/10/2004 | 3/25/2005 | 12/12/2005 | 581 | 262 | None | Timely |
| Rogers, Glen & Patricia | 7 | 7/8/2004 | 6/1/2005 | 12/12/2005 | 522 | 194 | None | Timely |
| ***Punch, et al. v. Ameriquest Mortgage Company*** | | | | | | | | |
| Bellamy, Sharon T. | 7 | 9/9/2005 | 8/2/2006 | 9/5/2006 | 361 | 34 | Timely | Timely |
| Browne, Olivia | 2 | | 8/2/2006 | 9/5/2006 | | 34 | None | Timely |
| Cadette, Avalon & Selma | 6 | 4/20/2004 | 8/2/2006 | 9/5/2006 | 868 | 34 | None | Timely |
| Jones, Mona Lee | 5 | 2/22/2005 | 8/2/2006 | 9/5/2006 | 560 | 34 | None | None |
| Jones, Sentueal Y. & Palmer, Cecily O | 8 | 12/11/2004 | 8/2/2006 | 9/5/2006 | 633 | 34 | None | None |

| Plaintiff Name | Count | Closing Date | Date Mortgage Rescinded | Date Suit Filed | Days Btwn Closing Date and Filing Date | Days Btwn Rescission Date and Filing Date | Claim for Disclosure Damages | Claim for Rescission Letter Damages |
|---|---|---|---|---|---|---|---|---|
| Lawson Jr., Herbert | 3 | 10/17/2003 | 8/7/2006 | 9/5/2006 | 1054 | 29 | None | None |
| Marina, Stanley | 4 | 11/22/2003 | 8/2/2006 | 9/5/2006 | 1018 | 34 | None | None |
| Punch, Stephen R. & Donna M. (loan 1 of 2) | 1 | 1/26/2004 | 8/2/2006 | 9/5/2006 | 953 | 34 | None | Timely |
| Punch, Stephen R. & Donna M. (loan 2 of 2) | 1 | | 8/2/2006 | 9/5/2006 | | 34 | None | Timely |
| ***Veinot, et al. v. Argent Mortgage Company, LLC, et al.*** | | | | | | | | |
| Veinot, Brian K. | | 7/26/2004 | 12/1/2005 | 3/30/2006 | 612 | 119 | None | Timely |