### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO: ALL INDIVIDUAL ACTIONS IDENTIFIED IN THE ATTACHED APPENDICIES | Centralized before the Honorable Marvin E. Aspen |

### INDIVIDUAL PLAINTIFFS' SUPPLEMENT TO ICSC'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OPT-OUT COMPLAINTS AND FOR MORE DEFINITE STATEMENT

In the interest of not filing duplicative briefs, Plaintiffs listed in the attached appendices join the points ICSC's brief that are applicable to their cases. As shown in Appendix #1, Plaintiffs have filed suit within one year of sending a rescission letter to defendants and are therefore timely. See Elliott v. ITT Corp., 764 F.Supp. 102, 105 (N.D. Ill 1991). To further support that their TILA claims are timely, Plaintiffs listed in Appendix #1 hereby incorporate by reference Section I of the ICSC brief [Docket # 719] which is titled "**TILA DAMAGE CLAIMS ARE TIMELY**".

Plaintiffs listed in Appendix #2 should not have their claims dismissed because they seek punitive damages under the State law claims asserted in their various complaints and not under TILA. See Kolupa v. Roselle Park Dist., 438 F.3d 713, 714 (7th Cir. 2006). Plaintiffs listed in Appendix #2 hereby incorporate by reference Section II of the ICSC brief [Docket # 719] which is titled "**PLAINTIFFS SEEK PUNITIVE DAMAGES UNDER STATE LAW**".

Plaintiffs listed in Appendix #3 have adequately pleaded the factual and statutory basis for their claims and therefore should not be dismissed.  See MPC Containment Syst. Ltd. v. Moreland, 2006 U.S. Dist. LEXIS 55780, 20006 WL 2331148 (N.D. Ill. Aug. 10, 2006). Plaintiffs listed in Appendix #3 hereby incorporate by reference Section III of the ICSC brief [Docket # 719] which is titled "**PLAINTIFFS ADEQUATELY PLEAD THE FACTUAL AND STATUTORY BASIS FOR THEIR CLAIMS**".

Dated: April 30, 2007     Respectfully submitted,

          **PLAINTIFFS LISTED IN THE ATTACHED APPENDICIES**

          s/ Anthony P. Valach
          Daniel M. Harris (lawofficedh@yahoo.com)
          Anthony P. Valach
          (anthonypvalach@sbcglobal.net)
          THE LAW OFFICES OF DANIEL HARRIS
          150 North Wacker Drive
          Suite 3000
          Chicago, IL 60606
          Phone: (312) 960-1803
          Fax: (312)960-1936

**APPENDIX #1**

**CASES WHICH SHOULD NOT BE DISMISSED SINCE CLAIMS FOR STATUTORY AND ACTUAL DAMAGES UNDER TILA OR CORRESPONDING STATE LAW ARE TIMELY**

| CASE NAME | CASE NUMBER | RESCISSION LETTER SENT | COMPLAINT FILED |
|---|---|---|---|
| *Applegate, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4867 (ND Ill.) | June 19, 2006 | September 8, 2006 |
| *Barletta. v. Ameriquest Mortgage Company, et al.* | 06-cv-4560 (ND Ill.) | May 25, 2006 | August 23, 2006 |
| *Calder v. Ameriquest Mortgage Company, et al.* | 06-cv-5146 (ND Ill.) | June 23, 2006 | September 22, 2006 |
| *Cashen, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4683 (ND Ill.) | June 6, 2006 | August 30, 2006 |
| *Cleveland v. Ameriquest Mortgage Company, et al.* | 06-cv-4306 (ND Ill.) | March 20, 2006 | August 9, 2006 |
| *Dearden v. Ameriquest Mortgage Company, et al.* | 06-cv-2912 (ND Ill.) | March 29, 2006 | May 25, 2006 |
| *Dougherty, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-2482 (ND Ill.) | March 29, 2006 | May 30, 2006 |
| *Gelman, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4684 (ND Ill.) | July 13, 2006 | August 30, 2006 |
| *Gerbig, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4868 (ND Ill.) | July 13, 2006 | September 8, 2006 |

| | | | |
|---|---|---|---|
| *Grabowski, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-2549 (ND Ill.) | March 21, 2006 | May 8, 2006 |
| *Kessler v. Ameriquest Mortgage Company, et al.* | 06-cv-4999 (ND Ill.) | June 14, 2006 | September 15, 2006 |
| *Leach v. Ameriquest Mortgage Company, et al.* | 06-cv-5000 (ND Ill.) | July 25, 2006 | September 15,2006 |
| *Rodriguez, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-2187 (ND Ill.) | March 24, 2006 | April 19, 2006 |
| *Sedgwick, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-2333 (ND Ill.) | March 21, 2006 | April 26, 2006 |
| *Solnin, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4866 (ND Ill.) | August 5, 2006 | September 8, 2006 |
| *Thibodeau, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-5148 (ND Ill.) | August 8, 2006 | September 22, 2006 |
| *Tieri v. Ameriquest Mortgage Company, et al.* | 06-cv-2683 (ND Ill.) | March 1, 2006 | May 15, 2006 |
| *Van Gorp, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-1731 (ND Ill.) | July 27, 2005 | September 15, 2005 |
| *Warren v. Ameriquest Mortgage Company, et al.* | 06-cv-4415 (ND Ill.) | March 29, 2006 | August 16, 2006 |
| *Wessel, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4867 (ND Ill.) | January 13, 2006 | April 6, 2006 |

**APPENDIX #2**

**CASES WHICH PLAINTIFFS' PROPERLY SEEK PUNITIVITE DAMAGES
UNDER FOR STATUTORY AND ACTUAL DAMAGES UNDER STATE LAW
AND NOT UNDER TILA**

| CASE NAME | CASE NUMBER |
|---|---|
| *Applegate, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4867 (ND Ill.) |
| *Barletta. v. Ameriquest Mortgage Company, et al.* | 06-cv-4560 (ND Ill.) |
| *Calder v. Ameriquest Mortgage Company, et al.* | 06-cv-5146 (ND Ill.) |
| *Cashen, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4683 (ND Ill.) |
| *Cleveland v. Ameriquest Mortgage Company, et al.* | 06-cv-4306 (ND Ill.) |
| *Dearden v. Ameriquest Mortgage Company, et al.* | 06-cv-2912 (ND Ill.) |
| *Dougherty, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-2482 (ND Ill.) |
| *Kessler v. Ameriquest Mortgage Company, et al.* | 06-cv-4999 (ND Ill.) |
| *Leach v. Ameriquest Mortgage Company, et al.* | 06-cv-5000 (ND Ill.) |

**APPENDIX #3**

**CASES WHICH PLAINTIFFS' PROPERLY ALLEGE VIOLATIONS OF THE
STATE LAWS AT ISSUE IN THEIR COMPLAINTS**

| CASE NAME | CASE NUMBER |
|---|---|
| *Barletta. v. Ameriquest Mortgage Company, et al.* | 06-cv-4560 (ND Ill.) |
| *Calder v. Ameriquest Mortgage Company, et al.* | 06-cv-5146 (ND Ill.) |
| *Cashen, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4683 (ND Ill.) |
| *Cleveland v. Ameriquest Mortgage Company, et al.* | 06-cv-4306 (ND Ill.) |
| *Dearden v. Ameriquest Mortgage Company, et al.* | 06-cv-2912 (ND Ill.) |
| *Dougherty, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-2482 (ND Ill.) |
| *Gelman, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4684 (ND Ill.) |
| *Grabowski, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-2549 (ND Ill.) |
| *Lappin, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-5147 (ND Ill.) |
| *Rodriguez, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-2187 (ND Ill.) |
| *Sedgwick, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-2333 (ND Ill.) |
| *Solnin, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-4866 (ND Ill.) |
| *Thibodeau, et al. v. Ameriquest Mortgage Company, et al.* | 06-cv-5148 (ND Ill.) |
| *Tieri v. Ameriquest Mortgage Company, et al.* | 06-cv-2683 (ND Ill.) |
| *Warren v. Ameriquest Mortgage Company, et al.* | 06-cv-4415 (ND Ill.) |

<u>**CERTIFICATE OF SERVICE**</u>

I, Anthony P. Valach, Jr., hereby certify that on this 30th day of March 2007, a true and correct copy of **INDIVIDUAL PLAINTIFFS' PLAINTIFFS'SUPPLEMENT TO ICSC'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OPT-OUT COMPLAINTS AND FOR MORE DEFINITE STATEMENT** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


By:  <u>    s/ Anthony P. Valach, Jr.     </u>