**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO: ALL INDIVIDUAL ACTIONS IDENTIFIED IN THE ATTACHED APPENDICIES | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF FILING

**TO: Counsel of Record**

  **PLEASE TAKE NOTICE** that on **Monday, March 30, 2007**, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, **INDIVIDUAL PLAINTIFFS' SUPPLEMENT TO ICSC'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OPT-OUT COMPLAINTS AND FOR MORE DEFINITE STATEMENT**, a copy of which is hereby served upon you.

  Respectfully submitted by:

  _____ s/ Anthony P. Valach, Jr. _____
  Counsel for the Plaintiffs

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 960-1802

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 30th day of March 2007, a true and correct copy of **INDIVIDUAL PLAINTIFFS' PLAINTIFFS'SUPPLEMENT TO ICSC'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OPT-OUT COMPLAINTS AND FOR MORE DEFINITE STATEMENT** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                   By:     s/ Anthony P. Valach, Jr.