IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL NO. 1715 ) ) Lead Case No. 05 C 07097 ) ) (Centralized before Judge Aspen) ) |
| BRENDA COX MOORE, <br><br> Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION, AMC MORTGAGE SERVICES, INC., and DOES 1-5, <br><br> Defendants. | ) ) ) ) ) ) No. 07 C 1817 ) ) Judge Manning ) ) ) ) ) ) |

## NOTICE OF MOTION

To: Lloyd J Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
First Floor
Dolton, Illinois 60419

**AND SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Tuesday, May 8, 2007, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendants' Motion for Reassignment of Related Action**, a copy of which was previously served upon you.

Dated: April 30, 2007

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY,
ACC CAPITAL HOLDINGS CORPORATION,
and AMC MORTGAGE SERVICES, INC..,
Defendants

By: s/ Jonathan N. Ledsky
       One of their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Elizabeth Barry
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60606
(312) 341-9400

## CERTIFICATE OF SERVICE

Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, those not registered were mailed copies by U.S. mail.

**1:05-cv-7097 Notice has been electronically mailed to:**

Sarah K. Andrus     sandrus@buchalter.com

Charles McLeod Baird     charlesmbaird@att.net

Caryn Becker     cbecker@lchb.com, glewis@lchb.com

Anne A Bergman     aabergman@aol.com

Daniel S. Blinn     dblinn@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Brandon A Block     bblock@buchalter.com

Jill Henniger Bowman     jbowman@jameshoyer.com

2

James McGinnis Boyers    jboyers@woodmclaw.com, scraig@woodmclaw.com

Brian Lewis Bromberg    brian@bromberglawoffice.com, brian.bromberg@gmail.com

Jimmie H. Brown    help@bspclaw.com

James Michael Dash    jdash@muchshelist.com

Charles M. Delbaum    cdelbaum@nclc.org

Kelly M Dermody    kdermody@lchb.com

Daniel A. Edelman    courtecl@edcombs.com, dedelman@edcombs.com

Rachel Geman    rgeman@lchb.com

Tara Leigh Goodwin    tgoodwin@edcombs.com

Daniel Mark Harris    lawofficedh@yahoo.com

Stanley L. Hill    stanhill@megsinet.net

Albert F Hofeld , Jr    ahofeld@edcombs.com

Jean K. Janes    jjanes@muchshelist.com

Evan Jay Kaufman    ekaufman@lerachlaw.com

Shennan Kavanagh    kavanagh@roddykleinryan.com

Keith James Keogh    Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell    skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kikoler    skikoler@muchshelist.com

Gary Edward Klein    klein@roddykleinryan.com, pereira@roddykleinryan.com

Richard A. Kudla    richard.kudla@aig.com

Bernard E. LeSage    blesage@buchalter.com

Jonathan N. Ledsky    jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly    rlilly@ademilaw.com

Greg J. Miarecki    gmiarecki@winston.com, ECF_CH@winston.com, ppratt@winston.com

Marvin Alan Miller     Mmiller@millerlawllc.com, Jramirez@millerlawllc.com, Lfanning@millerlawllc.com

Melinda J. Morales     mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor     apizor@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Dominic J. Rizzi     drizzi@caffertyfaucher.com

Samuel H Rudman     srudman@lerachlaw.com

Lorne Todd Saeks     lsaeks@muchshelist.com, xreyes@muchshelist.com

Ralph O. Scoccimaro     help@bspclaw.com

Terry A Smiljanich     tsmiljanich@jameshoyer.com, dstephens@jameshoyer.com, jbowman@jameshoyer.com, lmartin@jameshoyer.com

Kristina M Van Buskirk     Kvanbuskirk@ngelaw.com

Craig Allen Varga     cvarga@vblhc.com

Thomas Joseph Wiegand     twiegand@winston.com, ECF_CH@winston.com

**1:05-cv-7097 Notice has been delivered by other means to:**

Lloyd L. Brooks
The Brooks Law firm
15008 Woodlawn Avenue, 1st Floor
Dolton, Illinois  60419

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Elmer E. Evans
1137 13th Street
Des Moines, IA 50314

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Cheryl M. Lott
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Lost Angeles, CA 90017

Joshua R. Mandell
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Bryan Anthony Vroon
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, GA 30309

s/Jonathan N. Ledsky