# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 05 C 7097 | DATE | 4/26/2007 |
| CASE TITLE | In Re: Armeriquest Mortgage Co. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendants' oral motion to withdraw their motion to compel filing of amended master class complaints in compliance with Court's Order is granted. Defendants' motion to compel the filing of amended master class complaints [378] is withdrawn. Oral argument set for 5/16/07 is stricken. By agreement of the parties, the date for the disclosure of experts is extended to 9/13/07, given the fact that discovery is still in its early stages. Status hearing continued to 6/7/07 at 10:30 a.m. Enter Protective Order.

Docketing to mail notices.
Copy to Judge

00:45

| | Courtroom Deputy Initials: | DK |
|---|---|---|