## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before Judge Marvin E. Aspen |

**THIS DOCUMENT RELATES TO:**

**JONES V. ARGENT MORTGAGE CO.,** LLC, Case No. 06 C 4038 (N.D. Ill.) (transferred for pretrial proceedings; transferor court case no. 1:06-CV-00830-JTC (N.D. Ga.))

**LINDSEY V. AMERIQUEST MORTGAGE CO., Case No. 07 C 308 (N.D. Ill.) (transferred for pretrial proceedings; transferor court case no. 1:06-CV-02710-TCB (N.D. Ga.))**

## SUPPLEMENT BY PLAINTIFFS GEORGE WILLIS JONES, JR., AND ANNETTE M. LINDSEY TO INDIVIDUAL CLAIMS STEERING COMMITTEE'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OPT-OUT COMPLAINTS AND FOR MORE DEFINITE STATEMENT

George Willis Jones, Jr. ("Mr. Jones"), and Annette M. Lindsey ("Ms. Lindsey"), Plaintiffs in the individual actions captioned above, adopt the arguments in the Individual Claims Steering Committee's Memorandum in Opposition to Defendants' Motion to Dismiss Opt-Out Complaints and for More Definite Statement ("ICSC Opposition"). Plaintiffs provide the following information concerning their claims under the Truth in Lending Act ("TILA"):

Mr. Jones:

      Date of Loan: May 24, 2004

      Date original Complaint was filed: April 7, 2006

      Date TILA rescission demands were  mailed: April 7, 2006

      Date Amended Complaint was filed: June 22, 2006

      TILA relief sought: rescission and damages for refusal to honor rescission

demands

Ms. Lindsey:

      Date of Loan: January 24, 2004

      Date Complaint was filed: November 6, 2006

      Date TILA rescission demands were  mailed: November 6, 2006

      TILA relief sought: rescission only

      The above information shows that neither Mr. Jones nor Ms. Lindsey seeks damages for TILA disclosure violations. Mr. Jones seeks damages only for failure to honor his rescission demands. This failure occurred less than a  year prior to the filing of Mr. Jones's Amended Complaint. Ms. Lindsey does not currently seek any damages.[1] Thus, under the arguments and authorities presented in the ICSC Opposition, no claim asserted by either Mr. Jones or Ms. Lindsey is untimely.

---

[1]Ms. Lindsey will seek leave to file an amended complaint adding a claim for statutory damages for refusal to honor her rescission demands; she will not, however, seek damages for disclosure violations.

Respectfully submitted,


s/Charles M. Baird
Charles M. Baird
Georgia Bar No. 032500
Attorney at Law
235 Peachtree Street
Suite 400
Atlanta, Georgia 30303-1400
(404) 287-2383
Direct Line: (404) 522-9485
Fax (404) 627-7056
charlesmbaird@att.net

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on April 30, 2007, the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


s/Charles M. Baird
Charles M. Baird