**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

THIS DOCUMENT RELATES TO:

*Hall v. Ameriquest Mortgage Co. et al.*, Case No. 06-cv-6607 (N.D. Ill.)

**CITIMORTGAGE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant CitiMortgage, Inc. ("CitiMortgage"), by and through its attorneys, Mayer, Brown, Rowe & Maw, LLP, hereby moves the Court for an extension of time to move, answer or otherwise respond to Plaintiff's Complaint until May 24, 2007, and grant such further relief as it deems appropriate. In support of this Unopposed Motion, CitiMortgage states as follows:

1. Plaintiff filed this Complaint against CitiMortgage, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company, and the case was assigned to The Honorable Robert W. Gettleman.

2. CitiMortgage was served with the Complaint and retained Mayer, Brown, Rowe & Maw LLP for representation in this action.

3. On April 12, 2007, this Court granted plaintiffs' motion for reassignment of this case (Docket No. 407) to this Court as related to the MDL proceedings. Docket No. 691.

4. Given this reassignment and related issues, CitiMortgage respectfully requests a twenty-one (21) day extension of time to move, answer or otherwise respond to Plaintiff's Complaint.

5. On May 2, 2007, Plaintiff's counsel, Anthony Valach, informed Debra Bogo-Ernst, counsel for CitiMortgage, that Plaintiff agrees to Defendant CitiMortgage's motion for an extension of time to May 24, 2007.

6. This request is not intended to cause undue delay or annoyance, and no party will be prejudiced if this motion is granted.

WHEREFORE, Defendant CitiMortgage, Inc. respectfully requests that the Court grant CitiMortgage's motion to extend the time to move, answer or otherwise respond to the Complaint to May 24, 2007, and grant such further relief as it deems appropriate.

Dated: May 2, 2007                                    Respectfully Submitted,

                                                      CITIMORTGAGE, INC.

By:   /s/ Debra Bogo-Ernst
      One of Its Attorneys

      Lucia Nale
      Debra Bogo-Ernst
      MAYER, BROWN, ROWE & MAW LLP
      71 South Wacker Drive
      Chicago, Illinois 60606
      (312) 782-0600

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on this 2nd day of May, 2007, a copy of the foregoing Notice of Motion and CitiMortgage, Inc.'s Unopposed Motion for an Extension of Time were filed electronically. Notice of these filings will be sent by electronic mail to all counsel of record in Case No. 05-7097 by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, on this 2nd day of May, 2007, notification of the filing was sent via electronic mail to the following counsel of record in Case No. 06-6607:

    Daniel Harris, Esq. (lawofficedh@yahoo.com)
    Anthony Valach, Esq. (lawofficedh@yahoo.com)
    The Law Offices of Daniel Harris
    150 N. Wacker Drive, Suite 3000
    Chicago, Illinois 60606
    (312) 960-1802

    Richard E. Gottlieb (rgottlieb@dykema.com)
    Renee L. Zipprich (rzipprich@dykema.com)
    Dykema Gossett PLLC
    10 South Wacker Drive, Suite 2300
    Chicago, Illinois 60606
    (312) 876-1700

                                              /s/ Debra Bogo-Ernst
                                                Debra Bogo-Ernst