IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: ANDERSON, *et al.* v. AMERIQUEST MORTGAGE COMPANY, *et al.*, N.D. ILL, CASE NO. 06-CV-03125 | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>TRISTAR TITLE, LLC an Illinois limited liability company; and DOES 1-10 inclusive,<br><br>    Third-Party Defendants. | |

## JOINT APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT

Pursuant to Federal Rules of Civil Procedure and Local Rule 83.12, Synde B. Keywell and the law firm of Neal Gerber Eisenberg LLP hereby apply for withdrawal as attorneys of record for HSBC Mortgage Services ("HSBC"), and in place and in the stead thereof, Bernard E. LeSage and the law firm of Buchalter Nemer, P.C. hereby apply for substitution as attorneys of record for HSBC, whose consent to the aforesaid withdrawal and substitution is set forth below.

All future pleadings, notices and other papers should be served on HSBC as follows:

Bernard E. LeSage, Esq.

Sarah K. Andrus, Esq.

Buchalter Nemer, P.C.

1000 Wilshire Boulevard, Suite 1500

Los Angeles, California 90017-2457

Telephone: (213) 891-0700

Facsimile: (213) 896-0400

belasage@buchalter.com

sandrus@buchalter.com

DATED this 2nd day of May, 2007.

Consent to the foregoing withdrawal and substitution provided by:

**HSBC MORTGAGE SERVICES**

By: /s/ Andrew M. Budish

Its: Associate General Counsel

| **WITHDRAWING COUNSEL** | **BUCHALTER NEMER, P.C.** |
|---|---|
| By: /s/ Synde B. Keywell<br>Synde B. Keywell, Esq.<br>Neal Gerber Eisenberg LLP<br>Two North LaSalle Street<br>Suite 2200<br>Chicago, IL 60602-3801 | By: [signature]<br>Bernard E. LeSage, Esq.<br>Sarah K. Andrus, Esq.<br>BUCHALTER NEMER, a P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457 |

2

## CERTIFICATE OF SERVICE

I, Melinda K. Alexander, hereby certify that on this 2nd day of May 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____/s/ Melinda K. Alexander_____

BN 1210369v1