IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### DEFENDANTS'[1] RESPONSE TO PLAINTIFFS' MOTION FOR ADDITIONAL CASE MANAGEMENT GUIDELINES

Pursuant to this Court's Minute Order of April 25, 2007, Defendants submit the following response to Borrower, Non-Borrower and Individual Plaintiffs' Motion for Additional Case Management Guidelines. [Docket No. 696.]

<u>Notices of Presentment</u>: To the extent, if any, that this Court's November 7, 2006 Case Management Order [Docket No. 284] does not already provide a standard briefing schedule that eliminates the automatic notice of presentment requirement contained in Local Rule 5.3(b) for all filed motions or objections, Defendants share Plaintiffs' request that such an order now be entered.

<u>Docket</u>: Defendants have no objection to the bifurcation of the docket into one docket for the class actions and one docket for the individual opt-out cases. Defendants support the

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

bifurcation of the docket, in part, because the Edelman, Combs, Latturner & Goodwin firm has taken an inconsistent approach to filing documents with this Court that has resulted in prejudice to Defendants. In particular, many opt-out plaintiffs continue to file motions for leave to amend their complaints in dockets other than the master MDL docket for this Proceeding. Because of this, lead counsel for Defendants has not received notice of these filings and has therefore missed the opportunity to oppose some of these motions. Accordingly, Defendants agree that a separate docket encompassing all individual claims is an efficient way to ensure due process. If the Court disagrees, Defendants request that all filings be made under the master MDL docket so that Defendants' counsel receives notice of all filings.

MDL Case List: Defendants oppose any attempt by Plaintiffs to place the burden upon Defendants to identify the cases, Plaintiffs and counsel involved in this Proceeding. First, the November 7, 2006 Order created Lead Counsel, Liaison Counsel, an Individual Claims Steering Committee and a Plaintiffs Executive Committee that should be able to cooperate and determine which matters are included in this Proceeding. Second, the Multidistrict Panel on Litigation issues a "Case Listing Report" that is always made available upon request. To the extent Plaintiffs remain confused about the procedural status of any particular case, Defendants will agree to meet and confer with plaintiffs on the matter. Defendants think it inappropriate, however, that they be required to tell both this Court and Plaintiffs which cases Plaintiffs filed that remain pending before this Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: May 3, 2007 | By: /s/ Bernard E. LeSage |

*Attorneys for Defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**CERTIFICATE OF SERVICE**

    I, Bernard E, Lesage, hereby certify that on this 3rd day of May 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          By: /s/ Bernard E. LeSage