UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |
| CHRISTOPHER R. ROOP and SARAH ROOP,<br><br>Plaintiffs,<br><br>vs.<br><br>ARGENT MORTGAGE COMPANY, LLC, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., EMC MORTGAGE CORPORATION, and DOES 1-5,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | THIS DOCUMENT RELATES TO No. 07-CV-1347 ONLY |

**STATEMENTS OF DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Defendant EMC Mortgage Corporation, by counsel, Dykema Gossett PLLC, pursuant to Fed. R. Civ. P. 7.1, makes the following disclosures:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes __X__          No _____

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party: EMC Mortgage Corporation is a wholly owned subsidiary of The Bear Stearns Companies Inc.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes _____          No __X__

If the answer is "Yes", list below the identity of such corporate or affiliate and the nature of the financial interest.

Respectfully submitted,

Date: May 4, 2007                              DYKEMA GOSSETT PLLC


By: s/ Renee L. Zipprich
    Renee L. Zipprich ARDC No. 6280104
    Attorneys for EMC Mortgage Corporation
    10 South Wacker Drive
    Suite 2300
    Chicago, Illinois 60606
    (312) 876-1700

2

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 4, 2007**, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Irina V. Frye

CHICAGO\2315771.2
ID\CAM1