**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING | ) | Lead Case No. 05 C 7097 |
| PRACTICES LITIGATION | ) | Judge Aspen |

*relating to*

| | | |
|---|---|---|
| JOHNNY TREMBLE, | ) | |
| CARMENCITA SIMPSON, | ) | |
| and TAMMY WASHINGTON, | ) | |
| | ) | 05 C 2625 (N.D. Ill.) |
| Plaintiffs, | ) | Originally filed on May 2, 2005 |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN & COUNTRY CREDIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

*and*

| | | |
|---|---|---|
| ROSE MAYFIELD, | ) | |
| and LARRY DRANE, | ) | |
| | ) | |
| Plaintiffs, | ) | 05 C 6158 (N.D.Ill.) |
| | ) | Originally filed on October 25, 2005 |
| v. | ) | |
| | ) | |
| TOWN & COUNTRY CREDIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
A CONSOLIDATED FAIR CREDIT REPORTING ACT COMPLIANT**

The plaintiffs named above respectfully request leave to file a consolidated complaint against defendant Town and Country Credit Corporation ("Town & Country"), alleging that defendant violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* In further support of their motion, plaintiffs state as follows:

1.    On May 2, 2005, plaintiff Johnny Tremble filed an original class action complaint against Town Ameriquest before this Court (Case No. 05 C 2625 (N.D.Ill.)).

2.    On October 25, 2005, plaintiff Rose Mayfield filed an original class action

complaint against Town and Country before this Court (Case No. 05 C 6158 (N.D.Ind.)).

3.    Both of those cases have been reassigned to this Court as a part of the multidistrict litigation.

4.    On February 6, 2007, this Court granted a motion to withdraw the class allegations in the above-entitled cases.  (Docket No. 438.)

5.    The consolidated complaint is in substance the same as the most recent versions of complaints in both cases against Town and Country, except that (a) the class allegations are stricken, and (b) additional plaintiffs are named in the complaint.  In addition, allegations about the status of the subprime mortgage lending industry have been added.  (Appendix A ¶ 28.)

6.    Fed.R.Civ.P. 15(a) provides that an amended complaint may be served with leave of court, which shall be "freely given when justice so requires."  The consolidated complaint filed by plaintiffs harmonizes the two FCRA cases brought against Town & Country into a unified pleading; thus, judicial economy would be promoted as the management of the cases transferred to this Court would be simplified greatly.  Furthermore, the addition of plaintiffs would not unduly prejudice defendant, as each plaintiff brings the same basic claim against defendant.  Therefore, plaintiffs respectfully submit that good cause exists for leave to file the consolidated complaint.

WHEREFORE, plaintiffs respectfully request leave to file a consolidated complaint, attached hereto as (Appendix A), against defendant Town & Country, alleging that defendant violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*., with defendant to answer or otherwise plead on a date to be selected by the Court.

Respectfully submitted,

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

2

Jeremy P. Monteiro
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on May 11, 2007, a true and correct copy of the foregoing document were filed electronically. Parties may access this filing through the Court's system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system or via U.S. Mail as follows:

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com,
rgeman@lchb.com

Anne A. Bergman
aabergman@aol.com

Sarah K. Andrus
sandrus@buchalter.com

Charles McLeod Baird
charlesmbaird@att.net

Daniel S. Blinn
dblinn@consumerlawgroup.com
tbenoit@consumerlawgroup.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James McGinnis Boyers
jboyers@woodmclaw.com
scraig@woodmclaw.com

Brian Lewis Bromberg
brian@bromberglawoffice.com
brian.bromberg@gmail.com

Jimmie H. Brown
help@bspclaw.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Rachel Geman

rgeman@lchb.com

Richard Eric Gottlieb
ifrye@dykema.com
rgottlieb@dykema.com
tgale@dykema.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Jean K. Janes
jjanes@muchshelist.com

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com,
Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com,
kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

4

Richard A. Kudla
richard.kudla@aig.com


Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Joshua R. Mendell
jmandell@buchalter.com

Greg J. Miarecki
gmiarecki@winston.com,
ppratt@winston.com,
ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com,
jramirez@millerfaucher.com,
snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com,
linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com,
rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Lorne Todd Saeks
saeks@muchshelist.com
xreyes@muchshelist.com

Ralph O. Scoccimaro
help@bspclaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

Renee Lynn Zipprich
rzipprich@dykema.com
cmandel@dykema.com

Michael J. Agoglia
Morrison and Foerster
425 Market Street
Suite 3000
San Francisco, CA 94105

Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Brian H. Newman
Buchalter Nemer, A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 92614

Argent Mortgage Company, LLC
3 Park Plaza
10th floor
Irvine, CA 92614

Bryan Anthony Vroon
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, Ga 30309

Deutsche Bank National Trust Company, N.A.
60 Wall St.
New York, NY 10005

Alexandra van Nes Dolger
Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901

Elmer E. Evans
1137 13th Street
Des Moines, IA 50314

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, INC 46204


s/Daniel A. Edelman
Daniel A. Edelman