# EXHIBIT 1



10275 West Higgins Road, Suite 220
Rosemont, IL 60018

  

**Loans for a life in motion**

YOU'RE PRE-QUALIFIED! PLEASE VISIT:
WWW.TCCREDIT.COM
PRE-QUALIFICATION 16109462
454539

Johnny Tremble

redacted

ıııııııııııııııılııılııılıııııııııııııııııılıılll

Dear Johnny Tremble:

If you are tired of juggling bills, avoiding creditors or just trying to make ends meet you probably don't feel in control of your finances. When this happens, it can be hard to see a way out--and you're not alone.

**We can help - even if others have let you down.**
Homeownership is an accomplishment that provides you with financial options. The professionals at Town & Country Credit specialize in providing creative financial solutions for homeowners that may not fit the traditional mold.

- **Reduce** your monthly payments
- **Improve** your home
- **Get** the cash you need
- **Save** money at tax time*

Take control of your finances and put an end to nagging bills.
We make it easy. Visit www.tccredit.com and our interactive tools will give you the answers you need. Or if you prefer, call us at **1-888-307-0989** and we'll evaluate your needs and recommend a customized solution.

**There is no cost or obligation to explore your options.**

Sincerely,

*Dante Royster*

Dante Royster
Branch Manager

**P.S.** Remember, if you are looking to reduce your overall monthly payments, improve your home or get cash for any need, we've made it easy to find your solution. Visit **www.tccredit.com** or call **1-888-307-0989**.

*Mortgage interest is generally tax deductible; consult your tax advisor or financial planner.

## You're Pre-Qualified

to get cash for anything you like, including:

**Debt consolidation**
to reduce your monthly payments.

**Home improvements**
that increase the value of your house.

**Special purchases**
like a new car, furniture or a dream vacation.

11/03TF



## How would you like to get started?

**We specialize in creative solutions.**
Town & Country Credit offers real alternatives for real people. If your credit history is less than perfect, or if you need more from your home's equity, we can tailor a solution to fit your needs.



**Visit www.tccredit.com**
to take advantage of interactive tools and see what works for you.

**Call us at 1-888-307-0989** and we'll evaluate your needs and recommend a customized solution!

**Or, mail this completed form and we'll call you.**
I would like more information on the following:

☐ Debt consolidation to reduce my monthly payments   ☐ Home improvement   ☐ Cash back

Daytime phone: (____) _____   Best time to call: _____

Evening phone: (____) _____   Best time to call: _____

Pre-Qualification Number:
16109462

*Keep this number handy.*
*It will help us process your request more quickly.*

Information contained in a prequalifying report received from a credit reporting agency was used by us in connection with this offer of credit. You received this offer of credit because you appeared to satisfy credit criteria under which you were selected for the offer. Among other criteria to qualify for this offer, you must in fact have the credit qualifications on which this offer was based, and you must be the owner of residential real estate property. You may no longer qualify if, after you respond to this offer, we determine that you do not meet the criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies: TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502; and Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809.

You authorize us to obtain a consumer report from consumer reporting agencies in considering your continued eligibility and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. You must be 18 years or older. You must have owned the property a minimum of one year. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt to income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan to value ratio must not exceed 75% (some programs may allow for higher ratios). You must have adequate hazard insurance (and where applicable, Flood Insurance), which must name Town & Country Credit as loss payee as a condition of loan approval. Final loan approval is subject to a property appraisal, income verification and credit check.

The following documentation must be obtained:
 1. Appraisal report  2. Title report  3. Credit report  4. Mortgage payment history

The following documentation may be required depending on the loan program:
 1. Tax return and W-2s  2. Profit and loss statement  3. Payment stubs  4. Other proof of income

Although your aggregate monthly debt payment may decrease, this loan may increase both your aggregate number of monthly debt payments and the aggregate amount paid by you over the term of the loan.

| State | Disclaimers and/or Licenses |
|---|---|
| CA | Licensed by the Department of Corporations under the California Residential Mortgage Lending Act. |
| IL | Illinois Residential Mortgage Licensee, License #5211(A) |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| RI | Town & Country Credit Corporation holds a Lender License for Rhode Island. |
| MA | Mortgage Lender License Number: ML2418 |

## Privacy Policy

**Your Privacy Is Our Concern**
We recognize the importance of protecting your personal information. We collect and retain information about you to communicate with you, to process your requests for products and services, and to inform you about other financial services that may be of interest to you. Except as explained here in our Privacy Policy, we do not sell nonpublic personal information about current or former customers, nor do we share this type of information with anyone other than our affiliates. The examples in this Privacy Policy are illustrative only and are not intended to be exclusive.

**Information We Collect**
We collect the following types of public and nonpublic personal information about you:
 • Information obtained from you on applications and other forms, and from other sources used to process your request for one or more of our products or services (e.g., your name, address, Social Security number, employment history, income, credit balances, property insurance coverage and other representations made by you).
 • Information arising from your transactions with us, our affiliates or others (e.g., your payment history, account balance and other transactional information).
 • Information obtained from consumer credit reporting agencies (e.g., your credit history and creditworthiness).

**Who We Share Your Information With and Why**
Except as discussed herein, we will only share nonpublic personal information about you with nonaffiliated third parties as permitted by law or with your consent. We may disclose all of the information we collect, as described above, to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing arrangements.

**Sharing Information With Affiliates**
We may share information based on our transactions and experience with you — such as your name, address and payment history — with our affiliates. By sharing that information, we can better serve your financial needs and notify you of financial products and services that might interest you, such as insurance.

**Our Former Customers**
We treat information about our former customers in the same manner as we treat information about our current customers.

**Confidentiality and Security**
We restrict access to nonpublic personal information about you to only those employees who need to know that information to provide products or services to you. We maintain physical, electronic and procedural safeguards that comply with federal standards to guard your nonpublic personal information against unauthorized access or use. Maintaining the accuracy of your information is a shared responsibility. We maintain the integrity of the information you provide us and will update your records when you notify us of a change. Please contact us at the address or phone number listed below when information concerning you changes.

**Updates To Our Privacy Policy**
As long as you remain a customer, we will provide you with an annual notice of this policy. We will provide notice of any revised policy to current customers and those consumers whose nonpublic personal information we share as described above. We reserve the right to change this policy at any time.

**For Vermont Residents**
The information-sharing practices described above are in accordance with federal law. Vermont law places additional restrictions on sharing information about Vermont residents, so long as they remain Vermont residents. In accordance with Vermont law:
 • We will not share consumer credit reports with our affiliates without your consent, and
 • We will only disclose your name, contact information and our own transaction and experience information to other financial institutions with which we have joint-marketing arrangements.
Otherwise, we will share information in accordance with all of the practices described above.



NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES



This Privacy Policy applies to:
Town & Country Credit Corporation
505 City Parkway West, Ste. 700
Orange, CA 92868 (888) 746-8222

**BUSINESS REPLY CARD**
FIRST-CLASS MAIL   PERMIT NO. 14068   IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

TOWN & COUNTRY CREDIT CORP
PO BOX 54221
IRVINE CA 92619-9819