# EXHIBIT 2



**TOWN&COUNTRY CREDIT**

1400 Opus Pl Ste 800
Downers Grove, IL 60515

**Pre-Qualification Number: D7586428SLC**

Carmencita Simpson

redacted

**PRE-QUALIFIED OFFER EXPIRES:**
June 24, 2005

Return the enclosed
**Pre-Qualification Certificate**
today, call toll-free
888-648-7405 or visit
www.savemore.tccloan.com

*YOU'RE PRE-QUALIFIED*

Dear Carmencita Simpson,

    Town & Country Credit isn't like other lenders. We understand that an unexpected life event, illness or just bad luck can leave you juggling bills, avoiding creditors and struggling to make ends meet. In our book, not every responsible borrower looks the same on paper.

    What matters to us is that you could have a way out that you may not have thought of -- the ownership of your home. All you need is someone to help show you how to make it work for you. That's where we come in.

**You are already Pre-Qualified!**

    To get started, just return the enclosed Pre-Qualification Certificate or call **888-648-7405** for more information. Please refer to your Pre-Qualification Number: D7586428SLC. You may be able to save hundreds of dollars each month -- every month! -- simply by consolidating your credit card debt. So instead of paying credit card interest rates as high as 18% and up, you would pay a low home mortgage rate. If you're like most of our customers, you could save about $400 every month!*

**Your payments may even be tax-deductible.**

    The interest on most home mortgage payments is completely deductible, so every year you could save hundreds more at tax time. Consult your tax advisor.

**We make it easy to take control of your finances.**

    If these savings look good to you, simply visit **www.savemore.tccloan.com** and enter your Pre-Qualification Number to let our interactive tools give you the answers you need. Or if you prefer, return the Pre-Qualification Certificate or call us toll-free at **888-648-7405,** and we'll suggest a customized solution. There is no cost or obligation.

Sincerely,

*Derek Hedlund*

Derek Hedlund
Branch Manager

P.S.   Respond by June 24, 2005, to take advantage of your Pre-Qualified home loan. Return the Pre-Qualification Certificate in the envelope provided, visit **www.savemore.tccloan.com** or call toll-free **888-648-7405** today! Please refer to your Pre-Qualification Number: D7586428SLC.

*Average monthly savings for Town & Country Credit customers based on debt consolidation refinance with no additional cash out.

1053LFSL



# Pre-Qualification Certificate

PLEASE PROVIDE THE FOLLOWING INFORMATION:

Birth date: _____

Home telephone: _____

Years living at current address: _____

Work telephone: _____

Years at current job: _____

Best time to call: _____ ☐ AM ☐ PM

Expiration date: June 24, 2005

Please return this form to:
TOWN & COUNTRY CREDIT CORP.
P.O. BOX 52228
IRVINE, CA 92619-9973

Or call toll-free **888-648-7405** today!

Pre-Qualification Number: D7586428SLC

Carmencita Simpson
463 W 129th Pl
Chicago, IL 60628-7415

Loan status: Pre-Qualified

Amount requested: $ _____

Signature: _____

Instructions: Please complete the above certificate, then detach and return in the envelope provided to: Town & Country Credit Corp., P.O. Box 52228, Irvine, CA 92619-9973

**TOWN & COUNTRY CREDIT**

Derek Hedlund
Branch Manager
1400 Opus Pl Ste 800
Downers Grove, IL 60515

| Pre-Qualified Account Statement | Pre-Qualification Number: D7586428SLC | Offer Expiration Date: June 24, 2005 |
|---|---|---|
| Homeowner Name: Carmencita Simpson | Status: Pre-Qualified | Call **888-648-7405** today for detailed information about your Pre-Qualified account. |

| Offer Date | Offer Expiration Date | Description | Status |
|---|---|---|---|
| 04/22/05 | 06/24/05 | PRE-QUALIFIED HOME LOAN secured for your property at: 463 W 129th Pl Chicago, IL 60628-7415<br><br>****SPECIAL NOTICE****<br><br>Carmencita Simpson, I have been authorized to extend this Pre-Qualified offer to you based on the value of your home.<br><br>Please call me immediately to confirm your receipt of this statement. Or, return the above Pre-Qualification Certificate in the enclosed envelope.<br><br>Derek Hedlund Branch Manager | PRE-QUALIFIED<br><br>#SAVINGS ALERT#<br><br>See how much your credit cards may be costing you. Check out the other side of this statement to see how much Town & Country Credit may be able to save you. |

007-0048852 1053RFS

## HOW MUCH ARE YOUR CREDIT CARDS COSTING YOU?

| If you owe: | It could take this many years to pay off: | And cost this much: |
|---|---|---|
| $1,000 | 1.9 | $1,150 |
| $5,000 | 12.9 | $9,558 |
| $10,000 | 19.7 | $21,253 |
| $15,000 | 23.6 | $32,920 |
| $20,000 | 26.3 | $44,571 |
| $25,000 | 28.5 | $56,247 |

Estimates based on a credit card with a 14% APR that requires the greater of a 2% payment or $50.

## Stop losing money to credit card debt.
### CALL TOLL-FREE 888-648-7405 TODAY!

Information contained in a prequalifying report received from a credit reporting agency was used by us in connection with this offer of credit. You received this offer of credit because you appeared to satisfy credit criteria under which you were selected for the offer. Among other criteria to qualify for this offer, you must in fact have the credit qualifications on which this offer was based, and you must be the owner of residential real estate property. You may no longer qualify if, after you respond to this offer, we determine that you do not meet the criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**OPT-OUT NOTICE**
You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies: TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (888) 5-OPT-OUT (888-567-8688); and Experian Information Solutions, 901 West Bond, Lincoln, NE 68521, ATTN: Consumer Services Dept. (888) 5-OPT-OUT (888-567-8688).

You authorize us to obtain a consumer report from consumer reporting agencies in considering your continued eligibility and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer reporting agency from which we obtained a consumer report relating to you. You must be 18 years or older. You must have owned the property a minimum of one year. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt to income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse, and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan to value ratio must not exceed 75% (some programs may allow for higher ratios). You must have adequate hazard insurance (and where applicable, Flood Insurance), which must name Town & Country Credit as loss payee as a condition of loan approval. Final loan approval is subject to a property appraisal, income verification and credit check.

The following documentation must be obtained:
1. Appraisal report  2. Title report  3. Credit report  4. Mortgage payment history

The following documentation may be required depending on the loan program:
1. Tax return and W-2s  2. Profit and loss statement  3. Payment stubs  4. Other proof of income

Although your aggregate monthly debt payment may decrease, this loan may increase both your aggregate number of monthly debt payments and the aggregate amount paid by you over the term of the loan.

| State | Disclaimers and/or Licenses |
|---|---|
| CA | Licensed by the Department of Corporations under the California Residential Mortgage Lending Act. |
| IL | Illinois Residential Mortgage Licensee, License #5211(A) |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| RI | Town & Country Credit Corporation holds a Lender License for Rhode Island. |
| MA | Mortgage Lender License Number: ML2418 |

## Privacy Policy

**Your Privacy Is Our Concern**
We recognize the importance of protecting your personal information. We collect and retain information about you to communicate with you, to process your requests for products and services, and to inform you about other financial services that may be of interest to you. Except as explained here in our Privacy Policy, we do not sell nonpublic personal information about current or former customers, nor do we share this type of information with anyone other than our affiliates. The examples in this Privacy Policy are illustrative only and are not intended to be exclusive.

**Information We Collect**
We collect the following types of public and nonpublic personal information about you:
- Information obtained from you on applications and other forms, and from other sources used to process your request for one or more of our products or services (e.g., your name, address, Social Security number, employment history, income, credit balances, property insurance coverage and other representations made by you).
- Information arising from your transactions with us, our affiliates or others (e.g., your payment history, account balance and other transactional information).
- Information obtained from consumer credit reporting agencies (e.g., your credit history and creditworthiness).

**Who We Share Your Information With and Why**
Except as discussed herein, we will only share nonpublic personal information about you with nonaffiliated third parties as permitted by law or with your consent. We may disclose all of the information we collect, as described above, to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing arrangements.

**Sharing Information With Affiliates**
We may share information based on our transactions and experience with you — such as your name, address and payment history — with our affiliates. By sharing that information, we can better serve your financial needs and notify you of financial products and services that might interest you, such as insurance.

**Our Former Customers**
We treat information about our former customers in the same manner as we treat information about our current customers.

**Confidentiality and Security**
We restrict access to nonpublic personal information about you to only those employees who need to know that information to provide products or services to you. We maintain physical, electronic and procedural safeguards that comply with federal standards to guard your nonpublic personal information against unauthorized access or use. Maintaining the accuracy of your information is a shared responsibility. We maintain the integrity of the information you provide us and will update your records when you notify us of a change. Please contact us at the address or phone number listed below when information concerning you changes.

**Updates to Our Privacy Policy**
As long as you remain a customer, we will provide you with an annual notice of this policy. We will provide notice of any revised policy to current customers and those consumers whose nonpublic personal information we share as described above. We reserve the right to change this policy at any time.

**For Vermont Residents**
The information-sharing practices described above are in accordance with federal law. Vermont law places additional restrictions on sharing information about Vermont residents, so long as they remain Vermont residents. In accordance with Vermont law:
- We will not share consumer credit reports with our affiliates without your consent, and
- We will only disclose your name, contact information and our own transaction and experience information to other financial institutions with which we have joint-marketing arrangements.

Otherwise, we will share information in accordance with all of the practices described above.

This Privacy Policy applies to:
Town & Country Credit Corporation
2010 Main Street, Suite 800
Irvine, CA 92614 (888) 746-8222



1839BRES

**For faster service, call 888-648-7405**

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 14068    IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**TOWN & COUNTRY CREDIT CORP**
PO BOX 52228
IRVINE, CA 92619-9973



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

TOWN&COUNTRY CREDIT

DATED MATERIALS ENCLOSED

PRSRT STD
U.S. POSTAGE
**PAID**
MAILED FROM
ZIP CODE 56345
PERMIT NO. 534