**EXHIBIT 3**



**TOWN&COUNTRY CREDIT**

184 Shuman Blvd Ste 390
Naperville, IL 60563

Acceptance Form No. **37488**

| **Loan Pre-Qualification Notification** |

☑ **YES!** I want to take advantage of this special home loan offer.

Tammy Washington

redacted

||ll..ll....l.l.l.lll....l.ii...ll.l.l.ll....ll...lll

**Pre-Qualification Number:**
**G8705086KLP**

**Offer Expires:**
September 23, 2005

*Cedrick Burrows*
_____
Authorized Signature

Reply online at **www.tccsmartmoney101.com/summer** or call toll-free **800-701-6141**.
Your Pre-Qualification Number is **G8705086KLP**.

---

Dear Tammy Washington,

Congratulations! You have been Pre-Qualified for a special home loan from Town & Country Credit -- one of the country's leading mortgage lenders.

All you have to do is call **800-701-6141** to find out more. Or, if you prefer, go online to **www.tccsmartmoney101.com/summer** and take the next step to financial freedom.

Because you have equity invested in your home, you are already Pre-Qualified to receive a loan from us -- and you can use the money any way you like! With our great rates, that could mean a lot of savings for you.

One smart idea is to pay off high-interest debt, like credit cards or car loans. You'll find that with a home loan from Town & Country Credit, you could have lower payments right away. **You may be able to save hundreds of dollars . . . each and every month!**

Wouldn't it feel great to pay off all your bills next month? You're Pre-Qualified, so it's easy to find out if you can! Just go online to **www.tccsmartmoney101.com/summer** or call **800-701-6141**. Be sure to refer to your Pre-Qualification Number: G8705086KLP.

We understand flexible financing is important to make your dreams come true. So, again, congratulations on your Pre-Qualification. I hope to hear from you soon.

Sincerely,

*Cedrick Burrows*
Cedrick Burrows
Branch Manager

P.S.   I forgot to mention that -- as you might expect -- your Pre-Qualification is valid only for a limited time. Please respond by September 23, 2005, to be sure you're still eligible for this special offer.

---

*You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-5-OPT-OUT (1-888-567-8688). See **PRESCREEN & OPT-OUT NOTICE** on other side for more information about prescreened offers.*



007-259608                                    1148LFKL

Information contained in a prequalifying report received from a credit reporting agency was used by us in connection with this offer of credit. You received this offer of credit because you appeared to satisfy credit criteria under which you were selected for the offer. Among other criteria to qualify for this offer, you must in fact have the credit qualifications on which this offer was based, and you must be the owner of residential real estate property. You may no longer qualify if, after you respond to this offer, we determine that you do not meet the criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

**PRESCREEN & OPT-OUT NOTICE**
*This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria including providing acceptable property as collateral. This offer is not guaranteed if you do not meet our criteria. If you do not want to receive prescreened offers of credit from this and other companies, call toll-free or write to the following consumer reporting agencies: TransUnion Opt Out Request, PO Box 505, Woodlyn, PA 19094-0505. Or by visiting their website at: www.optoutprescreen.com; Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (888) 5-OPT-OUT (888-567-8688); and Experian Opt-Out, P.O. Box 919, Allen, TX 75013-0919, (888) 5-OPT-OUT (888-567-8688).*

You authorize us to obtain a consumer report from consumer reporting agencies in considering your continued eligibility and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer-reporting agency from which we obtained a consumer report relating to you. You must be 18 years or older. You must have owned the property a minimum of one year. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt to income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan to value ratio must not exceed 75% (some programs may allow for higher ratios). You must have adequate hazard insurance (and where applicable, Flood Insurance) which must name Town & Country Credit as loss payee as a condition of loan approval. Final loan approval is subject to a property appraisal, income verification and credit check.

The following documentation must be obtained:
 1. Appraisal report   2. Title report   3. Credit report   4. Mortgage payment history

The following documentation may be required depending on the loan program:
 1. Tax return and W-2s   2. Profit and loss statement   3. Payment stubs   4. Other proof of income

Although your aggregate monthly debt payment may decrease, this loan may increase both your aggregate number of monthly debt payments and the aggregate amount paid by you over the term of the loan.

| State | Disclaimers and/or Licenses |
|---|---|
| CA | Licensed by the Department of Corporations under the California Residential Mortgage Lending Act. |
| IL | Illinois Residential Mortgage Licensee, License #5211(A) |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| RI | Town & Country Credit Corporation holds a Lender License for Rhode Island. |
| MA | Mortgage Lender License Number: ML2418 |

## Privacy Policy

**Your Privacy Matters to Us**
We recognize the importance to you of keeping your information secure and confidential. We will not sell or share nonpublic personal information about you with third parties either outside or within our corporate family except as explained in this Privacy Policy. This Privacy Policy covers personally identifiable information about both current and former customers who obtain financial products or services from us primarily for personal, family or household purposes, and is provided as required by the Federal Financial Privacy Law.

**Collecting Information**
When you seek to obtain financial products and services from us, we may collect nonpublic personal information about you from the following sources:
- Applications and other forms, or through other communication including information provided by mail, telephone, in person or electronically. Such information may include your name, address, employment, income, and other identifying information.
- Your transactions with us, members of our corporate family, or others. Such information may include, for example, your account balance and payment history.
- Consumer reporting agencies or other companies, which may include, for example, information regarding your creditworthiness or credit history.
- Other sources which may include, for example, verification of your employment history, credit balances, property insurance coverage or other representations made by you.

**Sharing Information Outside of our Corporate Family**
We may share all of the information described above with our service providers, whose services may include, for example, mailing account statements. Service providers may include, for example, insurance companies, payment processing companies, mail service companies, check printing companies, and data processing companies. We may also share the information described above with companies that perform marketing services on our behalf. Such companies have agreed to keep confidential the information that we provide to them and to use the information only to carry out the functions we have asked them to perform. We do not share your nonpublic personal information with any company outside our corporate family for the purpose of marketing that company's products or services. Finally, we may disclose all of the information above as permitted by law.

**Sharing Information With Affiliated Companies**
We may also share information regarding your transaction and account experience with us, including your name and address and your payment history with us, among our affiliated financial services companies, such as our mortgage banking companies and insurance agency. By sharing that information, we can better serve your financial needs and notify you of financial products and services that might interest you.

**Former Customers**
If you were, but are no longer, our customer, the policies and practices described in this Privacy Policy will apply to you except as stated below in the section on "Additional Rights and Modifications."

**Protecting Confidentiality and Security**
We restrict access to nonpublic personal information about you to only those employees whom we have determined need to know that information in the course of their job responsibilities. We maintain physical, electronic, and procedural safeguards that comply with applicable federal standards to protect nonpublic personal information.

**Additional Rights and Modifications**
You may have other privacy protections under state law. We will provide notice of our Privacy Policy to you annually, as long as you maintain a customer relationship with us. We reserve the right to change this Privacy Policy in any respect at any time, and we will inform you of changes as required by law.

**Special Notice to California Residents**
The information sharing practices described above are designed in accordance with federal law. California law places additional restrictions on sharing information about California residents, so long as they remain California residents. If you are a California resident, you have the right to control whether we share some of your personal and financial information with our affiliated companies and other companies we do business with to provide financial products and services. Please refer to the California notice of Important Privacy Choices for Consumers.

**Special Notice to Vermont Residents**
The information sharing practices described above are designed in accordance with federal law. Vermont law places additional restrictions on sharing information about Vermont residents, so long as they remain Vermont residents. If you are a Vermont resident, we will not share consumer credit reports with our affiliates without your consent, and we will only disclose your name, contact information, and our own experience information to companies that perform marketing services on our behalf. Otherwise, we will share information in accordance with the practices described above.

**Identity Theft Information**
If you believe you may be a victim of identity theft with regard to a loan transaction with us or one of our affiliates, please submit your written statement to P.O. Box 7328, Orange, California 92863. If you have already filed a report with a law enforcement agency, please include a copy of the report with your correspondence. Additional information from you may be requested.

*This Privacy Policy applies to:*
Ameriquest Mortgage Company, PO Box 11000, Santa Ana, CA 92711-1000 800-430-5262
Ameriquest Mortgage Insurance Services Corporation, PO Box 7408, Orange, CA 92868-7408 888-284-2387
Argent Mortgage Company, LLC, 3 Park Plaza, Irvine, CA 92614 800-561-4072
Town & Country Credit Corporation, 2010 Main Street, Irvine, CA 92614 888-746-8222
Town & Country Title Services, 505 City Parkway West, Ste 200, Orange, CA 92868 888-485-9191
AMC Mortgage Services, Inc., PO Box 11000, Santa Ana, CA 92711-1000 800-430-5262

1148LBK