**EXHIBIT 5**



**TOWN&COUNTRY CREDIT**

184 Shuman Blvd., Suite 390
Naperville, IL 60563

Acceptance Form No. **37488**

☑ **YES! I want to take advantage of this special home loan offer with rates as low as 5.50% APR.**

## Loan Pre-Qualification Notification

*Please call me at:*

☐ (_____) _____ home

☐ (_____) _____ work

Larry Drane

redacted

**Pre-Qualification Number:**
8290860

**Offer Expires:**
July 15, 2004

*Jamar Thompson*
**Authorized Signature**

For faster service, reply online at www.savings.tccloan.com or call toll-free 888-307-0945. Your Pre-Qualification Number is 8290860.

---

Dear Larry Drane,

Congratulations! You have been Pre-Qualified for a special home loan from Town & Country Credit -- one of the country's leading mortgage lenders.

All you have to do is call **888-307-0945** to find out more. Or, if you prefer, go online to **www.savings.tccloan.com** and take the next step to financial freedom.

Because you have equity invested in your home, you are already Pre-Qualified to receive a loan from us and use the money any way you like! **Currently our rates are as low as 5.50%** -- and that could mean a lot of savings for you.

One smart idea is to pay off high-interest debt, like credit cards or car loans. You'll find that with a home loan from Town & Country Credit, you could have lower payments right away. **You may be able to save hundreds of dollars . . . each and every month!**

Wouldn't it feel great to pay off all your bills next month? You're Pre-Qualified, so it's easy to find out if you can! Just go online to **www.savings.tccloan.com** or call **888-307-0945**. Be sure to refer to your Pre-Qualification Number: 8290860. If you prefer, you can fill out the Pre-Qualification Acceptance Form above and send it back to us in the postage-paid envelope I've enclosed.

We understand flexible financing is important to make your dreams come true. So, again, congratulations on your Pre-Qualification. I hope to hear from you soon.

Sincerely,

*Jamar Thompson*

Jamar Thompson
Branch Manager

P.S. I forgot to mention that -- as you might expect -- your Pre-Qualification is valid only for a limited time. Please respond by July 15, 2004, to be sure you're still eligible for this special offer.



1084LFKL

Information contained in a prequalifying report received from a credit reporting agency was used by us in connection with this offer of credit. You received this offer of credit because you appeared to satisfy credit criteria under which you were selected for the offer. Among other criteria to qualify for this offer, you must in fact have the credit qualifications on which this offer was based, and you must be the owner of residential real estate property. You may no longer qualify if, after you respond to this offer, we determine that you do not meet the criteria bearing on creditworthiness, or if you do not or cannot furnish any required collateral.

You have the right to prohibit information contained in your credit file from being used in connection with credit transactions not initiated by you. You may remove your name from marketing lists prepared by credit reporting agencies by calling or writing these agencies: TransUnion, Marketing Opt-Out, P.O. Box 97328, Jackson, MS 39288, (888) 5-OPT-OUT (888-567-8688); Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, (800) 755-3502; and Experian Information Solutions, P.O. Box 919, Allen, TX 75013, (800) 353-0809.

You authorize us to obtain a consumer report from consumer reporting agencies in considering your continued eligibility and for the purpose of an update, renewal, extension of credit, review or collection of your account. Upon your request, we will inform you of the name and address of each consumer-reporting agency from which we obtained a consumer report relating to you. You must be 18 years or older. You must have owned the property a minimum of one year. We must be able to perfect a first mortgage lien on the property. You must continue to meet our credit guidelines. Your debt to income ratio cannot exceed 45% (some programs may allow higher limits). Your property must be used solely as a residence and not be situated in a remote location. Acceptable property types are Single Family, Condominium, Townhouse and two to four units. The property must be in good condition and meet our property standards. Any bankruptcy must be discharged prior to the last 12 months. The property cannot be in foreclosure. The loan to value ratio must not exceed 75% (some programs may allow for higher ratios). You must have adequate hazard insurance (and where applicable, Flood Insurance) which must name Town & Country Credit as loss payee as a condition of loan approval. Final loan approval is subject to a property appraisal, income verification and credit check.

The following documentation must be obtained:
  1. Appraisal report  2. Title report  3. Credit report  4. Mortgage payment history

The following documentation may be required depending on the loan program:
  1. Tax return and W-2s  2. Profit and loss statement  3. Payment stubs  4. Other proof of income

Although your aggregate monthly debt payment may decrease, this loan may increase both your aggregate number of monthly debt payments and the aggregate amount paid by you over the term of the loan.

| State | Disclaimers and/or Licenses |
|---|---|
| CA | Licensed by the Department of Corporations under the California Residential Mortgage Lending Act. |
| IL | Illinois Residential Mortgage Licensee, License #5211(A) |
| MN | Not an offer to enter an interest rate lock-in agreement under Minnesota law. |
| RI | Town & Country Credit Corporation holds a Lender License for Rhode Island. |
| MA | Mortgage Lender License Number: ML2418 |

## Privacy Policy

**Your Privacy Is Our Concern**
We recognize the importance of protecting your personal information. We collect and retain information about you to communicate with you, to process your requests for products and services and to inform you about other financial services that may be of interest to you. Except as explained here in our Privacy Policy, we do not sell nonpublic personal information about current or former customers, nor do we share this type of information with anyone other than our affiliates. The examples in this Privacy Policy are illustrative only and are not intended to be exclusive.

**Information We Collect**
We collect the following types of public and nonpublic personal information about you:
  • Information obtained from you on applications and other forms, and from other sources used to process your request for one or more of our products or services (e.g., your name, address, Social Security number, employment history, income, credit balances, property insurance coverage and other representations made by you).
  • Information arising from your transactions with us, our affiliates or others (e.g., your payment history, account balance and other transactional information).
  • Information obtained from consumer credit reporting agencies (e.g., your credit history and creditworthiness).

**Who We Share Your Information With and Why**
Except as discussed herein, we will only share nonpublic personal information about you with nonaffiliated third parties as permitted by law or with your consent. We may disclose all of the information we collect, as described above, to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing arrangements.

**Sharing Information With Affiliates**
We may share information based on our transactions and experience with you — such as your name, address and payment history — with our affiliates. By sharing that information, we can better serve your financial needs and notify you of financial products and services that might interest you, such as insurance.

**Our Former Customers**
We treat information about our former customers in the same manner as we treat information about our current customers.

**Confidentiality and Security**
We restrict access to nonpublic personal information about you to only those employees who need to know that information to provide products or services to you. We maintain physical, electronic and procedural safeguards that comply with federal standards to guard your nonpublic personal information against unauthorized access or use. Maintaining the accuracy of your information is a shared responsibility. We maintain the integrity of the information you provide us and will update your records when you notify us of a change. Please contact us at the address or phone number listed below when information concerning you changes.

**Updates to Our Privacy Policy**
As long as you remain a customer, we will provide you with an annual notice of this policy. We will provide notice of any revised policy to current customers and those consumers whose nonpublic personal information we share as described above. We reserve the right to change this policy at any time.

**For Vermont Residents**
The information-sharing practices described above are in accordance with federal law. Vermont law places additional restrictions on sharing information about Vermont residents, so long as they remain Vermont residents. In accordance with Vermont law:
  • We will not share consumer credit reports with our affiliates without your consent, and
  • We will only disclose your name, contact information and our own transaction and experience information to other financial institutions with which we have joint-marketing arrangements.
Otherwise, we will share information in accordance with all of the practices described above.

> This Privacy Policy applies to:
> Town & Country Credit Corporation
> 2010 Main Street, Suite 800
> Irvine, CA 92614 (888) 746-8222

1084LB