# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Thompson et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-1546 (N.D. Ill.) | |

## NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT

On April 23, 2007, plaintiffs in *Thompson, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-1546 (N.D. Ill.), through counsel, Edelman, Combs, Latturner & Goodwin ("ECLG"), filed a Motion For Leave to Amend Complaint. Although this matter is part of the MDL proceeding, Case No. 05-cv-7097, ECLG filed this Motion in the docket of Case No 06-cv-1546 [Docket No. 24] instead of the MDL, as instructed by the Court's November 7, 2006 Case Management Order. [Docket No. 284] Consequently, MDL counsel for Defendants Ameriquest Mortgage Company, Ameriquest Mortgage Securities Inc., and AMC Mortgage Services, Inc. ("Defendants") did not receive service of Plaintiffs' Motion. Plaintiffs' Motion is therefore procedurally improper.

Defendants continue to dispute the merits of the claims in this action as well as Plaintiffs' proposed amendments. Defendants do not, however, oppose the granting of leave to amend.

| | |
|---|---|
| DATED: May 15, 2007 | By:/s/ Bernard E. LeSage |

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

2

BN 1234636v1

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 2nd day of April 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage