**FILED**
FEB 2 3 2007
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INRE: AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |

## NOTICE OF OPT-OUT FROM CLASS ACTION

Plaintiff, Rodney S. Means, in the action captioned, Rodney S. Means v. Ameriquest Mortgage Company and Mortgage Information Services, Inc., Case No. 2:06-cv-409-TS, pending in the Northern Judicial District of Indiana, through his undersigned attorney, states as follows:

1. On January 27, 2007, Mr. Means received Notice of Conditional Transfer to MDL-1715.

2. Mr. Means filed his Notice of Opposition to Conditional Transfer on February 7, 2007.

3. Mr. Means respectfully informs this Court that he plans to opt out of any class or putative class action or settlement involving the above referenced multi-district litigation should his claims be transferred to MDL-1715.

Respectfully submitted;

_____
Christine M. Jackson (#25321-49)
**CHRIS JACKSON LAW OFFICE**
8555 Cedar Place Drive
Suite 111-A
Indianapolis, IN 46240
Phone: 317-466-9750
Fax: 317-466-9760
Email: cmj@chrisjacksonlaw.com

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing **Plaintiff's Notice of Opt-Out from Class Action**, via first class U.S. mail, postage prepaid, and via designated email address to each of the parties listed below on this 12th day of February, 2007 by depositing a copy of the same in the U.S. Mail addressed as follows:

Eugene M. Feingold
Steven P. Kennedy
Law Offices of Eugene M. Feingold
625 Ridge Road Suite A
Munster, IN 46321
Email: emfeingoldlaw@aol.com

Kimberly A. Shriver
Steven K. Huffer
Huffer & Weathers, P.C.
1850 Market Square Center
151 N. Delaware Street
Indianapolis, IN 46204
Email: kim_shriver@hufferandweathers.com
steve_huffer@hufferandweathers.com