IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

THIS DOCUMENT RELATES TO:

*Hall v. Ameriquest Mortgage Co. et al.*, Case No. 06-cv-6607 (N.D. Ill.)

### **CITIMORTGAGE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant CitiMortgage, Inc. ("CitiMortgage"), by and through its attorneys, Mayer, Brown, Rowe & Maw, LLP, hereby moves the Court for an extension of time to move, answer or otherwise respond to Plaintiff's Complaint until June 21, 2007, and grant such further relief as it deems appropriate. In support of this Unopposed Motion, CitiMortgage states as follows:

1. Plaintiff filed this Complaint against CitiMortgage, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company, and the case was assigned to The Honorable Robert W. Gettleman.

2. CitiMortgage was served with the Complaint and retained Mayer, Brown, Rowe & Maw LLP for representation in this action.

3. On April 12, 2007, this Court granted plaintiffs' motion for reassignment of this case (Docket No. 407) to this Court as related to the MDL proceedings. Docket No. 691. The Executive Committee reassigned this case to this Court on May 9, 2007, and CitiMortgage's counsel received notice of this order on May 16, 2007. Docket No. 39 (06 C 6607).

4. Given this reassignment and related issues, CitiMortgage respectfully requests a twenty-eight (28) day extension of time to move, answer or otherwise respond to Plaintiff's Complaint.

5. On May 24, 2007, Plaintiff's counsel, Anthony Valach, informed Debra Bogo-Ernst, counsel for CitiMortgage, that Plaintiff agrees to Defendant CitiMortgage's motion for an extension of time to June 21, 2007.

6. This request is not intended to cause undue delay or annoyance, and no party will be prejudiced if this motion is granted.

WHEREFORE, Defendant CitiMortgage, Inc. respectfully requests that the Court grant CitiMortgage's motion to extend the time to move, answer or otherwise respond to the Complaint to June 21, 2007, and grant such further relief as it deems appropriate.

Dated: May 24, 2007

Respectfully Submitted,

CITIMORTGAGE, INC.

By: ___/s/ Debra Bogo-Ernst_____
 One of Its Attorneys

Lucia Nale
Debra Bogo-Ernst
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on this 24th day of May, 2007, a copy of the foregoing Notice of Motion and CitiMortgage, Inc.'s Unopposed Motion for an Extension of Time were filed electronically. Notice of these filings will be sent by electronic mail to all counsel of record in Case No. 05-7097 by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, on this 24th day of May, 2007, notification of the filing was sent via electronic mail to the following counsel of record in Case No. 06-6607:

>Daniel Harris, Esq. (lawofficedh@yahoo.com)
>Anthony Valach, Esq. (lawofficedh@yahoo.com)
>The Law Offices of Daniel Harris
>150 N. Wacker Drive, Suite 3000
>Chicago, Illinois 60606
>(312) 960-1802
>
>Richard E. Gottlieb (rgottlieb@dykema.com)
>Renee L. Zipprich (rzipprich@dykema.com)
>Dykema Gossett PLLC
>10 South Wacker Drive, Suite 2300
>Chicago, Illinois 60606
>(312) 876-1700

                                                /s/ Debra Bogo-Ernst
                                                  Debra Bogo-Ernst