**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

THIS DOCUMENT RELATES TO:

*Hall v. Ameriquest Mortgage Co. et al.*, Case No. 06-cv-6607 (N.D. Ill.)

**NOTICE OF UNOPPOSED MOTION**

To:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Tuesday, May 29, 2007 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen or any judge sitting in his stead in the in the United States District Court for the Northern District of Illinois, Courtroom 2568, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **CITIMORTGAGE, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**, a copy of which is attached hereto and hereby served upon you.

Dated: May 24, 2007                         Respectfully Submitted,

                                                              CITIMORTGAGE, INC.

                                                              By:    /s/ Debra Bogo-Ernst
                                                                       One of Its Attorneys

                                                              Lucia Nale
                                                              Debra Bogo-Ernst
                                                              MAYER, BROWN, ROWE & MAW LLP
                                                              71 South Wacker Drive
                                                              Chicago, Illinois  60606
                                                              (312) 782-0600

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on this 24th day of May, 2007, a copy of the foregoing Notice of Motion and CitiMortgage, Inc.'s Unopposed Motion for an Extension of Time were filed electronically. Notice of these filings will be sent by electronic mail to all counsel of record in Case No. 05-7097 by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, on this 24th day of May, 2007, notification of the filing was sent via electronic mail to the following counsel of record in Case No. 06-6607:

>Daniel Harris, Esq. (lawofficedh@yahoo.com)
>Anthony Valach, Esq. (lawofficedh@yahoo.com)
>The Law Offices of Daniel Harris
>150 N. Wacker Drive, Suite 3000
>Chicago, Illinois 60606
>(312) 960-1802
>
>Richard E. Gottlieb (rgottlieb@dykema.com)
>Renee L. Zipprich (rzipprich@dykema.com)
>Dykema Gossett PLLC
>10 South Wacker Drive, Suite 2300
>Chicago, Illinois 60606
>(312) 876-1700

        /s/ Debra Bogo-Ernst
          Debra Bogo-Ernst