**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |
| LORI O'MALLEY,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERIQUEST MORTGAGE COMPANY, OCWEN LOAN SERVICING, LLC. and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | THIS DOCUMENT RELATES TO<br>No. 06 C 6373 ONLY |

**AGREED MOTION FOR LEAVE TO SUBSTITUTE ATTORNEYS**

Defendant Ocwen Loan Servicing, LLC ("Ocwen") respectfully moves that leave be granted for Richard E. Gottlieb, Harry N. Arger, Renee L. Zipprich, and Michelle B. Fisher of the law firm of Dykema Gossett PLLC to enter their substituted appearance in place of Counsel of Record Matthew P. Connelly and John D. Fitzpatrick from the law firm of Connelly, Roberts & McGivney and that Matthew P. Connelly and John D. Fitzpatrick from the law firm of Connelly, Roberts & McGivney be granted leave to withdraw their appearance on behalf of Ocwen.

WHEREFORE, Defendant Ocwen Loan Servicing, LLC respectfully requests leave of Court to permit the substitution and withdrawal of the attorneys identified above, and grant such further and additional relief as this Court deems just and appropriate.

| | |
|---|---|
| Dated: May 24, 2007 | Respectfully submitted, |
| **CONNELLY, ROBERTS & MCGIVNEY** | **DYKEMA GOSSETT PLLC** |
| s/ Matthew P. Connelly<br>Matthew P. Connelly (mpconnelly@crmlaw.com)<br>John D. Fitzpatrick (jfitzpatrick@crmlaw.com)<br>CONNELLY, ROBERTS & MCGIVNEY<br>One North Franklin<br>Suite 1200<br>Chicago, IL 60606<br>Phone: 312-251-9600 | s/ Richard E. Gottlieb<br>Richard E. Gottlieb (rgottlieb@dykema.com)<br>Harry N. Arger (harger@dykema.com)<br>Michelle B. Fisher (mfisher@dykema.com)<br>Renee L. Zipprich (rzipprich@dykema.com)<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Phone: 312-876-1700 |

## CERTIFICATE OF SERVICE

I hereby certify that on **May 24, 2007**, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Irina V. Frye

CHICAGO\2311911.2
ID\IVF