### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |
| LORI O'MALLEY,<br><br>                Plaintiff,<br><br>    v.<br><br>AMERIQUEST MORTGAGE COMPANY, OCWEN LOAN SERVICING, LLC. and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                Defendants. | THIS DOCUMENT RELATES TO<br>No. 06 C 6373 ONLY |

### NOTICE OF AGREED MOTION

**TO:** ALL COUNSEL OF RECORD

    **PLEASE TAKE NOTICE** that on **Thursday, May 31, 2007,** at **10:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Marvin E. Aspen** or any judge sitting in his stead in **Room 2568** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present the **Agreed Motion for Leave to Substitute Attorneys**.

Dated: May 24, 2007                                   **DYKEMA GOSSETT PLLC**

                                              By:   s/ Richard E. Gottlieb
                                                    Richard E. Gottlieb (rgottlieb@dykema.com)
                                                    Harry N. Arger (harger@dykema.com)
                                                    Michelle B. Fisher (mfisher@dykema.com)
                                                    Renee L. Zipprich (rzipprich@dykema.com)
                                                    DYKEMA GOSSETT PLLC
                                                    10 South Wacker Drive, Suite 2300
                                                    Chicago, IL 60606
                                                    Phone: 312-876-1700

## CERTIFICATE OF SERVICE

I hereby certify that on **May 24, 2007**, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Irina V. Frye

CHICAGO\2322264.2
ID\IVF