IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>*Martin v. Argent Mortgage Co., LLC,* et al., Case No. 06-c-1947 (N.D. Ill.)<br><br>*Jenkins v. Argent Mortgage Co., LLC,* et al., Case No. 06-c-2044 (N.D. Ill.)<br><br>*Green v. Argent Mortgage Co., LLC,* et al., Case No. 06-c-2045 (N.D. Ill.)<br><br>*Grabs v. Argent Mortgage Co., LLC,* et al., Case No. 06-c-2809 (N.D. Ill.) |  |

## MOTION TO WITHDRAW APPEARANCE

Jean K. Janes, currently one of the attorneys of record for defendant Argent Mortgage Co., LLC, will be leaving Much Shelist Denenberg Ament & Rubenstein P.C. on May 31, 2007, and therefore no longer will be representing defendant in these cases. Accordingly, under Local Rule 83.17, Jean K. Janes respectfully moves for leave to withdraw her appearance in these matters on behalf of defendant Argent Mortgage Co., LLC. Defendant will continue to be represented by other attorneys at Much Shelist, who previously have entered their appearances.

Dated: May 24, 2007

Respectfully submitted,

By: /s/ Jean K. Janes
Jean K. Janes
MUCH SHELIST DENENBERG
   AMENT & RUBENSTEIN, P.C.
191 N. Wacker Dr. Suite 1800
Chicago, IL 60606
T: (312) 521-2000
F: (312) 521-2100

## **CERTIFICATE OF SERVICE**

I, Jean K. Janes an attorney, certify that on May 24, 2007, I electronically filed a **MOTION TO WITHDRAW APPEARANCE and NOTICE OF MOTION,** with the Clerk of Court using the CM/ECF system, which will send electronic notification to all CM/ECF registered parties. I will send notification via First Class U.S. Mail to all parties listed on the attached service list.

                                                /s/ Jean K. Janes
                                                One of Its Attorneys

## SERVICE LIST

MDL No. 1715
Lead Case No. 05-cv-07097
(Centralized before the Honorable Marvin E. Aspen)

**Argent Mortgage Company, LLC**
3 Park Plaza
10th Floor
Irvine, CA 92614

**Richard P. Colbert**
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

**Daniel A. Edelman**
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street
18th Floor
Chicago, IL 60603

**Elmer E. Evans**
1137 13th Street
Des Moines, IA 50314

**GMAC Mortgage Corporation**
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

**Cheryl M. Lott**
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Lost Angeles, CA 90017

**Alexandra van Nes Dolger**
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

**Brian H. Newman**
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

**Melody A. Petrossian**
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

**Rachel A.P. Saldana**
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

**Rosalind Van Gorp**
,

**Bryan Anthony Vroon**
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, GA 30309