IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>*Martin v. Argent Mortgage Co., LLC, et al.*, Case No. 06-c-1947 (N.D. Ill.)<br><br>*Jenkins v. Argent Mortgage Co., LLC, et al.*, Case No. 06-c-2044 (N.D. Ill.)<br><br>*Green v. Argent Mortgage Co., LLC, et al.*, Case No. 06-c-2045 (N.D. Ill.)<br><br>*Grabs v. Argent Mortgage Co., LLC, et al.*, Case No. 06-c-2809 (N.D. Ill.) | |

## ORDER

This matter coming before the Court on the Motion of Jean K. Janes for leave to withdraw her Appearance on behalf of defendant Argent Mortgage Co., LLC, due notice having been given and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. That leave for this motion is **GRANTED**; and

2. The motion of Jean K. Janes to withdraw her Appearance on behalf of defendant Argent Mortgage Co., LLC is **GRANTED**.

Dated: _____

_____
Hon. Marvin E. Aspen
United States District Court
Northern District of Illinois