# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| *Martin v. Argent Mortgage Co., LLC, et al.,* Case No. 06-c-1947 (D.D. Ill.) | |
| *Jenkins v. Argent Mortgage Co., LLC, et al.,* Case No. 06-c-2044 (N.D. Ill.) | |
| *Green v. Argent Mortgage Co., LLC, et al.,* Case No. 06-c-2045 (N.D. Ill.) | |
| *Grabs v. Argent Mortgage Co., LLC, et al.,* Case No. 06-c-2809 (N.D. Ill.) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, May 29 2007 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 of the Everett McKinley Dirksen Building, Chicago, Illinois, and present **a MOTION TO WITHDRAW APPEARANCE**, a copy of which is attached hereto and served upon you.

Dated: May 24, 2007

Respectfully submitted,

By: /s/ Jean K. Janes

MUCH SHELIST DENENBERG AMENT
   & RUBENSTEIN, P.C.
Jean K. Janes (Atty. No. 6271799)
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
(312) 521-2000

*Attorneys for Plaintiffs*