**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING | ) | Lead Case No. 05 C 7097 |
| PRACTICES LITIGATION | ) | Judge Aspen |

*relating to*

| | | |
|---|---|---|
| NANCY MURRAY, | ) | |
| FRANK HERNANDEZ, | ) | |
| DAVID CECHINI, | ) | |
| ANTHONY LUKAS, | ) | |
| MELISSA MURRAY | ) | |
| JEFF RHODES, | ) | |
| JULIE RHODES, | ) | |
| CARMENCITA SIMPSON, | ) | |
| JOHNNY TREMBLE, | ) | |
| and RONALD MIHALCEAN, | ) | 05 C 1218 (N.D.Ill.) |
| | ) | Originally filed on March 1, 2005 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

*and*

| | | |
|---|---|---|
| LARRY CRANE, | ) | |
| DARRELL BRUCE, | ) | |
| DANIECE BONNER, | ) | |
| PERRIE BONNER, | ) | |
| and LORETTA WIESJAHN, | ) | |
| | ) | |
| Plaintiffs, | ) | 2 : 05 CV 323 (N.D.Ind.) |
| | ) | Originally filed on August 23, 2005 |
| v. | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE
CONSOLIDATED FAIR CREDIT REPORTING ACT COMPLAINT**

On April 30, 2007, this Court ordered defendant Ameriquest Mortgage Company to respond by May 15, 2007 to the motion of the plaintiffs named above for leave to file a consolidated Fair

Credit Reporting Act complaint, with plaintiffs to file a reply by May 24, 2007. (Docket No. 732.) Defendant Ameriquest Mortgage Company has not filed a response to plaintiffs' motion, as indicated by an examination of the Court's electronic record.

In a telephone conversation between counsel on the afternoon of May 24, 2007, counsel for Ameriquest confirmed that a response has not yet been filed. Counsel for Ameriquest indicated that Ameriquest intended to file a notice of non-opposition to plaintiffs' motion.

Based upon that understanding, it appears that there is nothing to which plaintiffs can presently reply, with respect to the pending motion. Plaintiffs therefore respectfully submit that it appears that Ameriquest does not oppose plaintiffs' motion, and that the same should be granted for reasons stated in the motion.

> Respectfully submitted,
>
> /s/ Daniel A. Edelman
> Daniel A. Edelman

**CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, certify that on May 24, 2007, a copy of this notice and the document referred to therein was filed with the Court through the CM/ECF system, and served upon counsel for Ameriquest Mortgage Company by operation of that system. Additionally, the same was served upon all counsel of record for these cases by operation of the CM/ECF system.

*Counsel for Ameriquest Mortgage Co.*
Craig A. Varga
Jonathan N. Ledsky
Joshua D. Davidson
VARGA BERGER LEDSKY HAYES & CASEY
224 S. Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-2900 (fax)
cvarga@vblhc.com
jledsky@vblhc.com
jdavidson@vblhc.com

> /s/ Daniel A. Edelman
> Daniel A. Edelman

2