IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>*Mary Hall v. Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company and Citimortgage, Inc.*, Case No. 06 C 6607<br><br>*Charles Rehbock and Linda Rehbock v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., and HSBC Mortgage Services, Inc.*, Case No. 06 C 1581<br><br>*Tyrone Walker and Betty Walker v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., and AMC Mortgage Services, Inc.* Case No. 06 C 2807<br><br>*Thomas Campau and Kathryn A. Campau v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., and Deutsche Bank National Trust, N.A.* Case No. 07 C 118<br><br>*Joseph A. Wisniewski and Tasha Winiewski v. Ameriquest Mortgage Company, and Town & Country Credit Corporation* Case No. 06 C 2697<br><br>*Antony Bricker and Michelle Bricker v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., and Deutsche Bank National Trust, N.A.* Case No. 06 C 4528 | |

## DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTION FOR MORE DEFINITE STATEMENT

By this Consolidated Motion, Defendants[1] seek to remedy pleading deficiencies that infect the complaints in nearly all of the actions in which plaintiffs have opted out of the master class complaints. Three of these pleading insufficiencies warrant dismissal with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) of certain plaintiffs because the claims (or complaints) cannot be amended to state a claim upon which relief may be granted. The other deficiency requires dismissal without prejudice pursuant to FRCP 12(e) of plaintiff's claims—in order to allow plaintiff to, if possible, plead her claims with the requisite degree of specificity.

The Motion is based on this Motion, the accompanying Memorandum of Law in Support of the Motion, the pleadings and records on filed herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

Defendants request an opportunity for oral argument.

WHEREFORE, Defendants respectfully request that this Court grant the Motion in its entirety.

Respectfully submitted,

DATED: May 24, 2007

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; and Ameriquest Mortgage Securities, Inc.

2

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 24th day of May 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage