UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715<br>Lead Case No. 05 C 7097<br>Judge Aspen |

*Relating to*

| | |
|---|---|
| NANCY MURRAY,<br>FRANK HERNANDEZ,<br>DAVID CECHINI,<br>ANTHONY LUKAS,<br>MELISSA MURRAY,<br>JEFF RHODES,<br>JULIE RHODES,<br>CAMENCITA SIMPSON,<br>JOHNNY TREMBLE,<br>Ad RONALD MIHALCEAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>Defendant. | 05 C 1218 (N.D. Ill.)<br>Originally filed on March 1, 2005 |

*and*

| | |
|---|---|
| LARRY CRANE,<br>DARRELL BRUCE,<br>DANIECE BONNER,<br>PERRIE BONNER,<br>and LORETTA WIESJAHN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>Defendants. | 2:05 CV 323 (N.D. Ind.)<br>Originally filed on August 23, 2005 |

## NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE CONSOLIDATED AMENDED COMPLAINT

On April 24, 2007, plaintiffs in *Murray et al v Ameriquest,* Case No. 05 C1218 (N.D.Ill.) and *Crane et al v Ameriquest,* Case No. 05 C 323 (N.D.Ind.), filed a Motion for Leave to Amend Complaint. [Docket No. 710] Defendant Ameriquest Mortgage Company ("Ameriquest") continues to dispute the merits of the claims in this action, and does not concede that the additional facts, claim and/or parties are proper. Ameriquest does not, however, oppose the granting of leave to amend.

DATED: May 24, 2007

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

## CERTIFICATE OF SERVICE

  I, Bernard E. LeSage, hereby certify that on this 24th day of May 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

               By: /s/ Bernard E. LeSage