UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| NORMAN MARTIN and CHRISTINE MARTIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., and DOES 1-5,<br><br>    Defendants. | 07 C 324<br><br>(Originally 06 C 194 (W.D. Mich.)<br><br>(Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C7097)<br><br>**JURY DEMANDED** |

## NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT

On May 2, 2007, plaintiffs in *Martin v. Ameriquest Mortgage Company et al*, Case No. 07 C 324 (W.D. Mich.), through counsel, Edelman, Combs, Latturner & Goodwin ("ECLG"), filed a Motion For Leave to Amend Complaint. Although this matter is part of the MDL proceeding pending before the Honorable Judge Marvin E. Aspen, Case No. 05-C-7097, ECLG filed this Motion in the docket of Case No 07 C 324 [Docket No. 18] Consequently, MDL counsel for Defendants Ameriquest Mortgage Company, Ameriquest Mortgage Securities Inc., and AMC Mortgage Services, Inc. ("Defendants") did not receive service of Plaintiffs' Motion. Plaintiffs' Motion is therefore procedurally improper.

Defendants continue to dispute the merits of the claims in this action as well as Plaintiffs'

proposed amendments. Defendants do not, however, oppose the granting of leave to amend.

DATED: May 24, 2007                By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

## CERTIFICATE OF SERVICE

  I, Bernard E. LeSage, hereby certify that on this 24th day of May 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

               By: /s/ Bernard E. LeSage

BN 1245573v1