**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ameriquest Mortgage Company, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 29, 2007:

        MINUTE entry before Judge Marvin E. Aspen dated 5/29/07:Defendant Ocwen
Loan Servicing, LLC's Motion to substitute attorney [780] is granted. Attorneys Richard
Eric Gottlieb, Harry N. Arger, Renee Lynn Zipprich, and Michelle Bacher Fisher added
for Ocwen Loan Servicing, LLC. Motion terminated. Attorneys Matthew P. Connelly and
John D. Fitzpatrick terminated as counsel for defendant Ocwen Loan Servicing, LLC. The
motion hearing set for 5/31/07 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.