**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** | ) ) ) ) ) | **MDL NO. 1715** <br><br> **Lead Case No. 05 C 07097** <br><br> **(Centralized before Judge Aspen)** |
| **ARTHUR COLEMAN and ETHELYN COLEMAN,** <br><br> Plaintiffs, <br><br> v. <br><br> **AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION, AMC MORTGAGE SERVICES, INC. and DOES 1-5,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **No. 07 C 2459** <br><br> **Judge Filip** |
| **DWAYNE McLIN and BRIDGETT McLIN,** <br><br> Plaintiffs, <br><br> v. <br><br> **AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION, HOUSEHOLD FINANCE CORPORATION, HSBC MORTGAGE SERVICES and DOES 1-5,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **No. 07 C 2460** <br><br> **Judge Manning** |
| **IVAN SIMS,** <br><br> Plaintiff, <br><br> v. <br><br> **AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION, AMC MORTGAGE SERVICES, INC., and DOES 1-5,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **No. 07 C 2462** <br><br> **Judge Moran** |

## DEFENDANTS' MOTION FOR REASSIGNMENT OF
## <u>RELATED ACTIONS</u>

Defendants, Ameriquest Mortgage Company, ACC Capital Holdings Corporation, and AMC Mortgage Services, Inc., ("Defendants") move, pursuant to Northern District of Illinois Local Rule 40.4(c), to reassign these three lawsuits to the pending MDL proceeding, <u>In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation</u>, MDL Docket No. 1715, Lead Case No. 05 C 7097 (Aspen, J.) ("Ameriquest MDL Litigation"). In support of their motion, Defendants state as follows:

### <u>Introduction</u>

1.      There is pending in the U.S. District Court for the Northern District of Illinois the MDL proceeding <u>In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation</u>, MDL Docket No. 1715, Lead Case No. 05 C 7097 (Aspen, J.) ("Ameriquest MDL Litigation"). The Ameriquest MDL Litigation includes hundreds of lawsuits challenging loans originated by Ameriquest Mortgage Company.

2.      Reassignment of these three lawsuits is warranted for two reasons. First, these lawsuits are "related" under Local Rule 40.4(a) to many of the actions now pending in the Ameriquest MDL Litigation. Plaintiffs in these lawsuits assert violations of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, including the alleged failure to properly disclose the borrowers' right to cancel the loan. There presently are more than 150 individual lawsuits pending in the Ameriquest MDL Litigation that advance the same allegations, including Borrowers' Consolidated Class Action Complaint.

3.      Second, all of the conditions for reassignment of these three lawsuits under Local Rule 40.4(b) are satisfied: these lawsuits are pending before other judges in this District; the handling of these lawsuits by this Court will result in a substantial saving of judicial time and effort; these lawsuits have not progressed to the point where transferring them to the Ameriquest MDL

Litigation would likely delay the proceedings substantially; and these lawsuits and the actions in the Ameriquest MDL Litigation are susceptible to disposition in a single proceeding because they have substantial areas of overlap.

4.      Recently, this Court, in a different lawsuit filed by Plaintiffs' counsel, on behalf of different borrower-Plaintiffs, granted Defendants' motion for reassignment of related action (see Yeaman v. Ameriquest Mortgage Co., No. 06 C 6967 (N.D. Ill. May 9, 2007), attached as Exhibit A).

## Argument

5.      To have a lawsuit reassigned based on relatedness, the movant must satisfy both Local Rule 40.4(a) and (b). Donahue v. Elgin Riverboat Resort, No. 04 C 816, 2004 WL 2495642, at *2 (N.D. Ill. Sept. 28, 2004). This Court has the sound discretion to reassign a lawsuit under Local Rule 40.4. Clark v. Ins. Car Rentals Inc., 42 F. Supp. 2d 846, 847 (N.D. Ill. 1999). Local Rule 40.4(a) provides that cases are "related" if: (1) the lawsuits involve the same property; (2) the lawsuits involve some of the same issues of fact or law, (3) the lawsuits grow out of the same transaction or occurrence; or (4) in class action lawsuits, one or more of the classes involved in the lawsuits is or are of the same. Rule 40.4(a) "does not require complete identity of issues in order for cases to be considered related." Fairbanks Capital Corp. v. Jenkins, No. 02-C-3930, 2002 WL 31655277, at *2 (N.D. Ill. Nov. 25, 2002). Rather, it is enough that the lawsuits "involve some of the same issues of fact or law." Lawrence E. Jaffe Pension Plan v. Household Int'l., Inc., No. 02-C-5893, 2003 WL 21011757, at *3 (N.D. Ill. May 5, 2003) (emphasis in original).

6.      Once the lawsuits have been found to be related, Local Rule 40.4(b) imposes four additional conditions that must be satisfied before a lawsuit may be reassigned: (1) both lawsuits must be pending in the Northern District of Illinois; (2) reassignment must result in a substantial saving of judicial time and effort; (3) the earlier lawsuit must not have progressed to the point where designating the lawsuits as related would be likely to delay the proceedings in the earlier lawsuit

substantially; and (4) the lawsuits must be susceptible of disposition in a single proceeding. Reassignment of this lawsuit to the Ameriquest MDL Litigation and this Court satisfies the requirements of Local Rule 40.4(a) and (b); this Court should grant this motion for reassignment.

### These Lawsuits Are "Related" Under Local Rule 40.4(a).

7.      These three lawsuits are "related" under Local Rule 40.4 to many actions now pending in the Ameriquest MDL Litigation.  In these lawsuits, Plaintiffs allege that Defendants violated TILA by failing to provide Plaintiffs with proper notice of their TILA rescission rights (Coleman Complaint, ¶¶ 1, 28-32, 38-42, attached, without its exhibits, as Exhibit B; McLin Complaint, ¶¶ 1, 18-21, attached, without its exhibits, as Exhibit C; and Sims Complaint, ¶¶ 1, 17-20, attached, without its exhibits, as Exhibit D).  Presently, there are more than 150 actions pending in the Ameriquest MDL Litigation that involve allegations that Defendants violated TILA by failing to provide borrowers with proper notice of their TILA rescission rights.  Accordingly, these three lawsuits are "related" to these actions within the meaning of Local Rule 40.4(a).

### The Conditions For Reassignment Under Local Rule 40.4(b) Are Satisfied.

8.      All of the conditions for reassignment of these three lawsuits under Local Rule 40.4(b) are satisfied.  First, these lawsuits are pending before other judges in this District (Judge Filip, Judge Manning, and Judge Moran).  Second, the handling of these lawsuits by this Court unquestionably will result in a substantial savings of judicial time and effort.  Indeed, the Seventh Circuit Court of Appeals has criticized judges of this District for permitting separate lawsuits involving similar claims and the same defendants to proceed along different tracks before different judges, resulting in numerous and disparate decisions, as well as multiple appeals.  See, e.g., Smith v. Check-N-Go of Illinois, Inc., 200 F.3d 511, 513 (7th Cir. 1999).  Third, these lawsuits were filed recently, in May 2007.  These three lawsuits are at the beginning; they have not progressed to the point where designating these lawsuits as "related" would delay the proceedings.  Finally, these

4

lawsuits and the actions in the Ameriquest MDL Litigation are susceptible to disposition in a single proceeding because they assert common legal claims under TILA.

9.     Accordingly, this Court, as in <u>Yeaman</u>, should reassign these three lawsuits to the Ameriquest MDL Litigation as "related" actions for pretrial proceedings along with the other pending lawsuits in the Ameriquest MDL Litigation.

WHEREFORE, Defendants, Ameriquest Mortgage Company, ACC Capital Holdings Corporation, and AMC Mortgage Services, Inc., respectfully request that this Court grant Defendants' motion for reassignment of related actions and reassign these three lawsuits, <u>Coleman</u>, <u>McLin</u>, and <u>Sims</u>, as "related" actions to the Ameriquest MDL Litigation.

Dated:  May 29, 2007                          Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY, ACC
CAPITAL HOLDINGS CORPORATION, and
AMC MORTGAGE SERVICES, INC., Defendants


By:  <u>s/ Jonathan N. Ledsky</u>
        One of their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue, Suite 350
Chicago, Illinois  60604
(312) 341-9400

## CERTIFICATE OF SERVICE

Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the

foregoing **Defendants' Motion for Reassignment of Related Actions** was filed electronically via

CM/ECF e-Filing.  Notice of this filing will be sent by electronic mail to all counsel of record by

operation of the Court's electronic filing system.  Parties may access this filing through the Court's

system.  Those not registered were mailed copies by U.S. mail.

**Lloyd L. Brooks**
**15008 Woodlawn Avenue, 1st Floor**
**Dolton, Illinois  60419**

**1:05-cv-7097 Notice has been electronically mailed to:**

Sarah K. Andrus     sandrus@buchalter.com

Charles McLeod Baird     charlesmbaird@att.net

Caryn Becker     cbecker@lchb.com, glewis@lchb.com

Anne A Bergman     aabergman@aol.com

Daniel S. Blinn     dblinn@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Brandon A Block     bblock@buchalter.com

Jill Henniger Bowman     jbowman@jameshoyer.com

James McGinnis Boyers     jboyers@woodmclaw.com, scraig@woodmclaw.com

Brian Lewis Bromberg     brian@bromberglawoffice.com, brian.bromberg@gmail.com

Jimmie H. Brown     help@bspclaw.com

James Michael Dash     jdash@muchshelist.com

Charles M. Delbaum     cdelbaum@nclc.org

Kelly M Dermody     kdermody@lchb.com

Daniel A. Edelman     courtecl@edcombs.com, dedelman@edcombs.com

Rachel Geman     rgeman@lchb.com

Tara Leigh Goodwin    tgoodwin@edcombs.com

Daniel Mark Harris    lawofficedh@yahoo.com

Stanley L. Hill    stanhill@megsinet.net

Albert F Hofeld , Jr    ahofeld@edcombs.com

Jean K. Janes    jjanes@muchshelist.com

Evan Jay Kaufman    ekaufman@lerachlaw.com

Shennan Kavanagh    kavanagh@roddykleinryan.com

Keith James Keogh    Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell    skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kikoler    skikoler@muchshelist.com

Gary Edward Klein    klein@roddykleinryan.com, pereira@roddykleinryan.com

Richard A. Kudla    richard.kudla@aig.com

Bernard E. LeSage    blesage@buchalter.com

Jonathan N. Ledsky    jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly    rlilly@ademilaw.com

Greg J. Miarecki    gmiarecki@winston.com, ECF_CH@winston.com, ppratt@winston.com

Marvin Alan Miller    Mmiller@millerlawllc.com, Jramirez@millerlawllc.com,
Lfanning@millerlawllc.com

Melinda J. Morales    mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor    apizor@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Dominic J. Rizzi    drizzi@caffertyfaucher.com

Samuel H Rudman    srudman@lerachlaw.com

Lorne Todd Saeks    lsaeks@muchshelist.com, xreyes@muchshelist.com

Ralph O. Scoccimaro    help@bspclaw.com

Terry A Smiljanich    tsmiljanich@jameshoyer.com, dstephens@jameshoyer.com,

jbowman@jameshoyer.com, lmartin@jameshoyer.com

Kristina M Van Buskirk     Kvanbuskirk@ngelaw.com

Craig Allen Varga     cvarga@vblhc.com

Thomas Joseph Wiegand     twiegand@winston.com, ECF_CH@winston.com

**1:05-cv-7097 Notice has been delivered by other means to:**

Lloyd L. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue, 1st Floor
Dolton, Illinois  60419

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Elmer E. Evans
1137 13th Street
Des Moines, IA 50314

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Cheryl M. Lott
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Joshua R. Mandell
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Bryan Anthony Vroon
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, GA 30309

s/Jonathan N. Ledsky