IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715 <br><br> Lead Case No. 05 C 07097 <br><br> (Centralized before Judge Aspen) |
| ARTHUR COLEMAN and ETHELYN COLEMAN, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION, AMC MORTGAGE SERVICES, INC. and DOES 1-5, <br><br> Defendants. | No. 07 C 2459 <br><br> Judge Filip |
| DWAYNE McLIN and BRIDGETT McLIN, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION, HOUSEHOLD FINANCE CORPORATION, HSBC MORTGAGE SERVICES and DOES 1-5, <br><br> Defendants. | No. 07 C 2460 <br><br> Judge Manning |
| IVAN SIMS, <br><br> Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION, AMC MORTGAGE SERVICES, INC., and DOES 1-5, <br><br> Defendants. | No. 07 C 2462 <br><br> Judge Moran |

## NOTICE OF MOTION

To: Lloyd J Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
First Floor
Dolton, Illinois 60419

**AND SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Tuesday, June 5, 2007, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendants' Motion for Reassignment of Related Actions**, a copy of which was previously served upon you.

Dated: May 29, 2007

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION, and AMC MORTGAGE SERVICES, INC., Defendants

By: s/ Jonathan N. Ledsky
One of their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue, Suite 350
Chicago, Illinois 60604
(312) 341-9400

2

**CERTIFICATE OF SERVICE**

      Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Those not registered were mailed copies by U.S. mail.

**Lloyd L. Brooks**
**15008 Woodlawn Avenue, 1st Floor**
**Dolton, Illinois 60419**

**1:05-cv-7097 Notice has been electronically mailed to:**

Sarah K. Andrus     sandrus@buchalter.com

Charles McLeod Baird     charlesmbaird@att.net

Caryn Becker     cbecker@lchb.com, glewis@lchb.com

Anne A Bergman     aabergman@aol.com

Daniel S. Blinn     dblinn@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Brandon A Block     bblock@buchalter.com

Jill Henniger Bowman     jbowman@jameshoyer.com

James McGinnis Boyers     jboyers@woodmclaw.com, scraig@woodmclaw.com

Brian Lewis Bromberg     brian@bromberglawoffice.com, brian.bromberg@gmail.com

Jimmie H. Brown     help@bspclaw.com

James Michael Dash     jdash@muchshelist.com

Charles M. Delbaum     cdelbaum@nclc.org

Kelly M Dermody     kdermody@lchb.com

Daniel A. Edelman     courtecl@edcombs.com, dedelman@edcombs.com

Rachel Geman     rgeman@lchb.com

Tara Leigh Goodwin    tgoodwin@edcombs.com

Daniel Mark Harris    lawofficedh@yahoo.com

Stanley L. Hill    stanhill@megsinet.net

Albert F Hofeld , Jr    ahofeld@edcombs.com

Jean K. Janes    jjanes@muchshelist.com

Evan Jay Kaufman    ekaufman@lerachlaw.com

Shennan Kavanagh    kavanagh@roddykleinryan.com

Keith James Keogh    Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell    skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kikoler    skikoler@muchshelist.com

Gary Edward Klein    klein@roddykleinryan.com, pereira@roddykleinryan.com

Richard A. Kudla    richard.kudla@aig.com

Bernard E. LeSage    blesage@buchalter.com

Jonathan N. Ledsky    jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly    rlilly@ademilaw.com

Greg J. Miarecki    gmiarecki@winston.com, ECF_CH@winston.com, ppratt@winston.com

Marvin Alan Miller    Mmiller@millerlawllc.com, Jramirez@millerlawllc.com, Lfanning@millerlawllc.com

Melinda J. Morales    mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor    apizor@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Dominic J. Rizzi    drizzi@caffertyfaucher.com

Samuel H Rudman    srudman@lerachlaw.com

Lorne Todd Saeks    lsaeks@muchshelist.com, xreyes@muchshelist.com

Ralph O. Scoccimaro    help@bspclaw.com

Terry A Smiljanich    tsmiljanich@jameshoyer.com, dstephens@jameshoyer.com,

4

jbowman@jameshoyer.com, lmartin@jameshoyer.com

Kristina M Van Buskirk     Kvanbuskirk@ngelaw.com

Craig Allen Varga     cvarga@vblhc.com

Thomas Joseph Wiegand     twiegand@winston.com, ECF_CH@winston.com

**1:05-cv-7097 Notice has been delivered by other means to:**

Lloyd L. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue, 1st Floor
Dolton, Illinois 60419

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Elmer E. Evans
1137 13th Street
Des Moines, IA 50314

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Cheryl M. Lott
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Joshua R. Mandell
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Bryan Anthony Vroon
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, GA 30309

                                                s/Jonathan N. Ledsky