UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| _____ <br><br> THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF INDIVIDUAL OPT-OUT OF CLASS ACTION

Troy and Melissa Morgida of Whitman, MA hereby provide notice to this Court that they hereby opt-out of any class or putative class involving their Ameriquest mortgage.

Respectfully Submitted:

Date: May 30, 2007        /s/ Anthony P. Valach, Jr.
           One of their attorneys

           Anthony P. Valach, Jr.
           Daniel M. Harris
           THE LAW OFFICES OF DANIEL HARRIS
           150 N. Wacker Drive, Suite 3000
           Chicago, IL 60606
           P: (312) 960-1802
           F: (312) 960-1936
           anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

  I, Anthony P. Valach, Jr., hereby certify that on this 30th day of May 2007, a true and correct copy of the above **NOTICE OF INDIVIDUAL OPT-OUT OF CLASS ACTION** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


            By:  /s/ Anthony P. Valach, Jr.