IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>*Charles Rehbock and Linda Rehbock v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., and HSBC Mortgage Services, Inc.,*<br>Case No. 06 C 1581 | |

## JOINDER IN DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTION FOR MORE DEFINITE STATEMENT

Defendant HSBC Mortgage Services, Inc. ("HSBC") hereby joins in the Consolidated Motion to Dismiss Opt-Out Complaints And Motion For A More Definite Statement (the "Motion") filed by defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; and Ameriquest Mortgage Securities, Inc.; insofar as the claims alleged against HSBC by opt-out plaintiffs Charles and Linda Rehbock for statutory and actual damages under the Truth in Lending Act, 15 U.S.C. Section 1601, *et seq.* ("TILA") are barred by the applicable one year statutes of limitations.

1

Because Plaintiffs' claims are time-barred under the plain language of the statute, Plaintiff's claims against HSBC should be dismissed with prejudice.

Respectfully submitted,

DATED: May 30, 2007

By:/s/ Bernard E. LeSage

*Attorneys for HSBC Mortgage Services, Inc.*

Bernard E. LeSage
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90016

BN 1249568v1

## CERTIFICATE OF SERVICE

I, Melinda K. Alexander, hereby certify that on this 30th day of May 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Melinda K. Alexander

BN 1246198v1

BN 1249568v1