IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |
| | Magistrate Judge Morton Denlow |

**STIPULATION REGARDING SERVICE OF DEPOSITION NOTICES**

WHEREAS, on November 6, 2006, the Court entered a Case Management Order [Docket No. 284] under which no counsel may depose any previously deposed witness without leave of the Court and individual plaintiffs may attend and participate in any deposition;

WHEREAS, all counsel wish to avoid foreclosing any other counsel's opportunity to participate in a deposition without notice of such deposition; and

WHEREAS, on April 26, 2007, Magistrate Judge Denlow held a status conference during which a colloquy on this subject resulted in an agreement between the parties about providing notice by email for all depositions not yet scheduled.

The parties therefore agree and stipulate that:

Plaintiffs will provide notice of the date and time of any scheduled deposition to all Plaintiff parties then listed in the Court's ECF records by email and Defendants will provide same to all Defendant parties then listed in the Court's ECF records by email. The parties further stipulate that upon approval of this stipulation said email notice shall be a sufficient means of

service for all deposition notices applicable to depositions scheduled after the date of the Court's

approval of this stipulation.

      **IT IS SO STIPULATED.**

Dated: June 1, 2007

By:   /s/ Gary Klein
      Gary Klein
      Elizabeth Ryan
      Shennan Kavanagh
      RODDY KLEIN & RYAN
      727 Atlantic Avenue
      Boston, MA   02111-2810
      Telephone:  (617) 357-5500 ext. 15
      Facsimile:   (617) 357-5030

      Kelly M. Dermody
      Caryn Becker LIEFF,CABRASER,
      HEIMANN & BERNSTEIN, LLP
      275 Battery Street, 30th Floor
      San Francisco, CA  94111-3339
      Telephone:  (415) 956-1000
      Facsimile:   (415) 956-1008

      Jill Bowman
      JAMES, HOYER, NEWCOMBER
      & SMILJANICH, P.A.
      One Urban Center, Suite 550
      4830 West Kennedy Boulevard
      Tampa, FL  33609
      Telephone: (813) 286-4100
      Facsimile:  (813) 286-4174

      *Plaintiffs' Co-Lead Counsel*

      Marvin A. Miller
      MILLER LAW LLC
      101 North Wacker Drive, Ste. 2010
      Chicago, IL  60606
      Telephone:  (312) 525-8316
      Facsimile:   (312) 525-8231

      *Plaintiffs' Liaison Counsel*

Dated: June 1, 2007      By:    /s/ Bernard E. LeSage

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a
Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
*Attorneys for Ameriquest Mortage
Company; AMC Mortgage Services,
Inc.,; Town & Country Credit
Corporation; Ameriquest Capital
Corporation; Town & Country Title
Services, Inc.; and Ameriquest
Mortgage Securities, Inc.*

Dated: June 1, 2007      By:    /s/ Thomas J. Wiegand

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

*Attorneys for Argent Mortgage
Company, LLC*

## **ORDER**

Plaintiffs' Co-Lead Counsel, Liaison Counsel and Counsel for Defendants having so stipulated, **IT IS ORDERED** that:

1.      Electronic mail service of deposition notices to those persons on the Court's current ECF listing of registered users satisfies the service requirements under the Federal Rules of Civil Procedure, Local Rules, and corresponding electronic filing rules; and

2.      Plaintiffs and Defendants shall each bear responsibility for electronic service of their respective deposition notices.

 

        **IT IS SO ORDERED.**

Dated: _____, 2007        _____
                                     THE HONORABLE MORTON DENLOW
                                     UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Gary Klein, hereby certify that on this 1st day of June, 2007, a true and correct copy of

the foregoing document was filed electronically. Notice of this filing will be sent by electronic

mail to all counsel of record by operation of the Court's electronic filing system. Parties may

access this filing through the Court's system.

/s/ Gary Klein
Gary Klein
