**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

MDL No. 1715

Lead Case No. 1:05-cv-07097

Centralized before the
Hon. Marvin E. Aspen

Hon. Morton Denlow,
Magistrate Judge

June 5, 2007

**<u>INDIVIDUAL CLAIMS STEERING COMMITTEE STATUS REPORT</u>**

The members of the Individual Claims Steering Committee (ICSC) submit this status report on behalf of its members in order to inform the Court of the progress in discovery matters and in regards to other developments in this litigation.

**DISCOVERY**

Pursuant to the stipulated discovery agreement between the defendants and the members of the ICSC, the parties are continuing to engage in limited discovery. The defendants' participation, however, has been inadequate. Specifically, although Defendant Ameriquest Mortgage Company has begun producing partial copies of the individual plaintiff/borrowers' loan files to the appropriate plaintiffs' counsel, important parts of these files are being withheld. (See paragraph (b), below). Ameriquest and Defendant Argent Mortgage Company have also

begun partial identification of the most recent known holder/assignee of each plaintiff's mortgage loan.

At the same time, the members of the ICSC are producing to the defendants copies of all documents supporting the plaintiffs' claims. Some members of the ICSC have completed production and the remaining members anticipate completing production shortly, but no documents are being deliberately withheld as defendants are doing.

The members of the ICSC have observed several short-comings in the progress of the defendants' participation in the discovery process. Specifically:

    a.    Delay in production of documents: After an initial spurt of activity, Ameriquest's production of documents has substantially slowed without any specific indication of when the remaining documents will be produced. Argent has failed to produce any documents despite agreeing to do so and has failed to respond to inquiries regarding document production.

    b.    Incomplete file production: The individual files which have been produced appear to have been purged of correspondence with the borrowers, notes of conversations with the borrowers and others, and internal communications regarding the borrowers. Plaintiffs have also compared the contents of some loan files produced in this discovery process with other files that were produced prior to the creation of the multidistrict litigation. While the review is not complete, it has been observed that the files being produced now seem to be consistently missing certain previously produced documents, such as Good Faith Estimates and other preliminary disclosures. These materials should be produced by all of the defendants.

    c.    Identification of most recent holder/assignees: While a substantial number of these have been revealed, discovery on this topic has also been flawed. The defendants have not identified the addresses of assignees. Argent has, in some instances, only provided partial names

of the assignees (making it impossible to name the correct entity as a defendant), and one member of the ICSC, Chris Lefebvre, Esq. has not received assignee information regarding any of his clients.

## ADDITIONAL SUITS AND AMENDING COMPLAINTS

The plaintiffs intend to amend their complaints to name the newly identified holders/assignees as defendants in most of the plaintiffs' actions. This will be done in the most efficient manner possible to avoid unreasonable delay or inconvenience to the Court. This process, however, cannot be completed until all of the holders/assignees have been identified. Some members of the ICSC also anticipate filing a small number of additional actions. These will be expeditiously identified to the Court as potential tag-along actions so they may be transferred to the multidistrict litigation.

June 5, 2007                                INDIVIDUAL CLAIMS STEERING
                                            COMMITTEE

                                      By:   /s/ Andrew G. Pizor
                                            *Attorney for Certain Plaintiffs*

                                            Daniel S. Blinn
                                            Andrew G. Pizor
                                            Consumer Law Group
                                            35 Cold Spring Rd., Suite 512
                                            Rocky Hill, CT 06067
                                            (860) 571-0408

                                            /s/ Charles M. Delbaum
                                            *Attorney for Certain Plaintiffs*

                                            Charles M. Delbaum
                                            National Consumer Law Center
                                            77 Summer Street, 10th Floor
                                            Boston, MA 02110
                                            (617) 226-0313

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of June 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Andrew G. Pizor
    Andrew G. Pizor