**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>*Julien, et al. v. Ameriquest Mortgage Company*, Case No. 06-cv-4037 | |

**DEFENDANT'S MOTION TO DISMISS OPT-OUT COMPLAINT**

By this Motion, Ameriquest Mortgage Company ("Defendant") seeks to remedy a pleading defect contained in *Julien v. Ameriquest Mortgage Company*, Case No. 06-cv-4037. The pleading defect warrants dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), of Plaintiffs' Truth In Lending Act ("TILA") claim since it cannot be amended to state a claim upon which relief may be granted.

The Motion is based on this Motion, the accompanying Memorandum of Law in Support of the Motion, the pleadings and records on filed herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

Defendant requests an opportunity for oral argument.

1

WHEREFORE, Defendant respectfully requests that this Court grant the Motion in its entirety.

Respectfully submitted,

DATED: June 5, 2007　　　　　　　　　By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## **CERTIFICATE OF SERVICE**

     I, Bernard E, LeSage, hereby certify that on this 5th day of June 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage