**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Tremble, et al v. Town & Country Credit Corp.*, Case No. 05-2625 (N.D. Ill.) and<br>*Mayfield, et al. v. Town & Country Credit Corp.*, Case No. 05-6158 (N.D. Ill.) [Docket No.767] | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

On May 11, 2007, plaintiffs in *Tremble, et al v. Town & Country Credit Corp.*, Case No. 05-2625 (N.D. Ill.) and *Mayfield, et al. v. Town & Country Credit Corp.*, Case No. 05-6158 (N.D. Ill.), through counsel, Edelman, Combs, Latturner & Goodwin ("ECLG"), filed a Motion For Leave to File a Consolidated Fair Credit Reporting Act Complaint. [Docket No. 767] Although Defendant Town & Country Credit Corporation continues to dispute the merits of the claims in the individual actions, Defendant does not, however, oppose the granting of leave for Plaintiffs to file a consolidated fair credit reporting act complaint.

1

DATED: June 6, 2007    By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; ACC Capital Holdings Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

2

## CERTIFICATE OF SERVICE

     I, Bernard E. LeSage, hereby certify that on this 6th day of June 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                       By: /s/  Bernard E. LeSage