IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: TREGG E. HOWZE, *et al.* v. AMERIQUEST MORTGAGE COMPANY, *et al.*, S.D. MI, CASE NO. 07-CV-0061 | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>TRISTAR TITLE, LLC an Illinois limited liability company; and DOES 1-10 inclusive,<br><br>Third-Party Defendants. | |

## JOINT APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT

Pursuant to Federal Rules of Civil Procedure and Local Rule 83.12, the law firm of Dykema Gossett PLLC hereby apply for withdrawal as attorneys of record for Wells Fargo Bank ("Wells Fargo"), and in place and in the stead thereof, Bernard E. LeSage and the law firm of Buchalter Nemer, P.C. hereby applies for substitution as attorneys of record for Wells Fargo, whose consent to the aforesaid withdrawal and substitution is set forth below.

1

All future pleadings, notices and other papers should be served on Wells Fargo Bank as follows:

>Bernard E. LeSage, Esq.
>
>Sarah K. Andrus, Esq.
>
>Buchalter Nemer, P.C.
>
>1000 Wilshire Boulevard, Suite 1500
>
>Los Angeles, California 90017-2457
>
>Telephone: (213) 891-0700
>
>Facsimile: (213) 896-0400
>
>belasage@buchalter.com
>
>sandrus@buchalter.com

DATED this __8__ day of June, 2007.

Consent to the foregoing withdrawal and substitution provided by:

**WELLS FARGO BANK**

By: _[signature]_

Its: Kevin W. Trogdon, assistant vice president

| **WITHDRAWING COUNSEL** | **BUCHALTER NEMER, P.C.** |

By: /s/ Mark van der Laan
    Mark van der Laan.
    Sarah E. Heineman
    Dykema Gossett PLLC
    300 Ottawa Avenue N.W.
    Suite 700
    Grand Rapids, MI 49503

By: /s/ Bernard E. LeSage
    Bernard E. LeSage, Esq.
    Sarah K. Andrus, Esq.
    BUCHALTER NEMER, a P.C.
    1000 Wilshire Boulevard, Suite 1500
    Los Angeles, CA 90017-2457

## CERTIFICATE OF SERVICE

I, Melinda K. Alexander, hereby certify that on this 8 day of June 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Melinda K. Alexander

BN 1257200v1