IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1715 ) ) Lead Case No. 1:05-cv-0797 ) ) Centralized before the ) Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | ) ) ) ) June 11, 2007 ) ) |
| JOHN W. ANDERSON JR., et al., Plaintiffs, v. AMERIQUEST MORTGAGE COMPANY, et al., Defendants. | ) ) ) ) Case No. 1:06-cv-03125 ) ) Hon. Marvin E. Aspen ) ) ) ) |

**NOTICE OF MOTION**

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on June 19, 2007, at 10:30 am., we shall appear

before the Honorable Judge Aspen in Room 2568 in the United States District Court for the

Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, and then and there present:

PLAINTFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, *INSTANTER*, a

copy of which is hereby served upon you.

PLAINTIFFS,
JOHN W. ANDERSON JR., et al.,

By: /s/Andrew G. Pizor

Daniel S. Blinn (ct02188)
dblinn@consumerlawgroup.com
Andrew G. Pizor (ct27015)
apizor@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd.; Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June 2007, a copy of the foregoing NOTICE OF MOTION was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Andrew G. Pizor

Andrew G. Pizor