

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 05 C 7097 | DATE | 6/7/2007 |
| CASE TITLE | In Re: Ameriquest Mortgage Co., Mortgage lending practices Litigation | | |

**DOCKET ENTRY TEXT**

Magistrate Status hearing held and continued to 7/10/07 at 10:30 a.m. Enter order regarding service of deposition notices.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:14

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|

## ORDER

Plaintiffs' Co-Lead Counsel, Liaison Counsel and Counsel for Defendants having so stipulated, **IT IS ORDERED** that:

1. Electronic mail service of deposition notices to those persons on the Court's current ECF listing of registered users satisfies the service requirements under the Federal Rules of Civil Procedure, Local Rules, and corresponding electronic filing rules; and

2. Plaintiffs and Defendants shall each bear responsibility for electronic service of their respective deposition notices.

**IT IS SO ORDERED.**

Dated: June 7, 2007

THE HONORABLE MORTON DENLOW
UNITED STATES MAGISTRATE JUDGE

4