UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> *Hall v. Ameriquest Mortgage Company, et al.*, Case No. 06-6607 <br><br> *Rehbock, et al v. Ameriquest Mortgage Company, et al.*, Case No. 06-1581 <br><br> *Walker, et al v. Ameriquest Mortgage Company, et al.*, Case No. 06-2807 <br><br> *Campau, et al v. Ameriquest Mortgage Company, et al.*, Case No. 07-118 <br><br> *Wisniewski, et al v. Ameriquest Mortgage Company, et al.*, Case No. 06-2697 <br><br> *Bricker, et al v. Ameriquest Mortgage Company, et al.*, Case No. 06-4528 | Centralized before the Honorable Marvin E. Aspen |

### NOTICE OF FILING

**TO: Counsel of Record**

     **PLEASE TAKE NOTICE** that on **Thursday, June 14, 2007**, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTION FOR MORE DEFINITE STATEMENT**, a copy of which is hereby served upon you.

Date: June 14, 2007                                s/ Anthony P. Valach, Jr.
                                           One of their attorneys

Anthony P. Valach, Jr.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 14th day of June 2007, a true and correct copy of the **NOTICE OF FILING** of **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTION FOR MORE DEFINITE STATEMENT** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 14, 2007          THE LAW OFFICES OF DANIEL HARRIS

                                    By:    /s/ Anthony Valach

                                    THE LAW OFFICES OF DANIEL HARRIS
                                    150 N. Wacker Drive, Suite 3000
                                    Chicago, Illinois 60606
                                    Telephone: (312) 960-1802
                                    Facsimile: (312) 960-1936