IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>*Mary Hall v. Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company and Citimortgage, Inc.,* Case No. 06 C 6607<br><br>*Thomas Campau and Kathryn A. Campau v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., and Deutsche Bank National Trust, N.A.* Case No. 07 C 118<br><br>*Antony Bricker and Michelle Bricker v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., and Deutsche Bank National Trust, N.A.* Case No. 06 C 4528 | |

**JOINDER OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY IN DEFENDANTS' CONSOLIDATED
MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTION FOR MORE DEFINITE STATEMENT**

Defendant Deutsche Bank National Trust Company ("Deutsche Bank") hereby joins in the Defendants' Consolidated Motion to Dismiss Opt-Out Complaints And Motion For A More Definite Statement [Docket Nos. 785, 786] (the "Motion") filed by defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; and Ameriquest Mortgage Securities, Inc.; insofar as the claims alleged against Deutsche Bank by

1

opt-out plaintiffs Mary Hall; Thomas and Kathryn Campau; and Antony and Michelle Bricker ("Plaintiffs") for statutory and actual damages under the Truth in Lending Act, 15 U.S.C. Section 1601, *et seq.* ("TILA") are barred by the applicable one year statutes of limitations.

Because Plaintiffs' claims are time-barred under the plain language of the statute, Plaintiff's claims against Deutsche Bank should be dismissed with prejudice.

Respectfully submitted,

DATED: June 15, 2007

By:/s/ Bernard E. LeSage

*Attorneys for* Deutsche Bank National Trust Company

BUCHALTER NEMER
1000 WilshireBlvd, Suite 1500
Los Angeles, CA 90017
Tel: 213-891-0700
Fax: 213-896-0400

## CERTIFICATE OF SERVICE

I, Melinda K. Alexander, hereby certify that on this 15th day of June 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Melinda K. Alexander