IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**NOTICE OF PRESENTMENT OF BORROWER PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** that, on Tuesday, June 26, 2007 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present Borrower Plaintiffs' Motion For Leave To File First Amended Class Action Complaint, a copy of which is concurrently being served upon you. Borrower Plaintiffs have noticed the Motion to be presented in accordance with Local Rule 78.1.

Respectfully submitted,

Dated: June 18, 2007

| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
|---|---|
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)   Gary Klein
Caryn Becker (CA Bar No. 196947)   Elizabeth Ryan
LIEFF, CABRASER, HEIMANN   Shennan Kavanagh
 & BERNSTEIN, LLP   RODDY KLEIN & RYAN
275 Battery Street, 30th Floor   727 Atlantic Avenue
San Francisco, CA 94111-3339   Boston, MA 02111-2810
Telephone: (415) 956-1000   Telephone: (617) 357-5500 ext. 15
Facsimile: (415) 956-1008   Facsimile: (617) 357-5030

*/s/ Jill Bowman*
Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

*/s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL 60606
Telephone: (312) 525-8316
Facsimile: (312) 525-8231

*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

    I, Gary Klein, hereby certify that on this 18th day of June, 2007, a true and correct copy of the foregoing notice was filed electronically. Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

                                        /s/ Gary Klein
                                        Gary Klein