IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |
| THIS DOCUMENT RELATES TO: ALL MATTERS | |

**STIPULATION RE PRESENTMENT OF MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT**

WHEREAS, on June 18, 2007, Borrower Plaintiffs filed their Motion For Leave to File First Amended Class Action Complaint (the "Motion") [Docket No. 835];

WHEREAS, the Motion was noticed for presentment on June 26, 2007 [Docket No. 836];

WHEREAS, Defendants require sufficient time to evaluate the Motion and draft their response;

WHEREAS, the undersigned counsel met and conferred and agreed as follows:

(a) The June 26, 2007 presentment date shall be stricken;

(b) Opposition to the Motion shall be filed on or before July 18, 2007;

(c) Any reply in support of the Motion shall be filed on or before August 2, 2007.

**IT IS SO STIPULATED.**

1

Dated: June 20, 2007                By: _____/s/ Gary Klein_____

*Co-Lead Counsel for Class Action Plaintiffs*

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Ave., 2nd Floor
Boston, MA 02111

Dated: June 20, 2007                By: _____/s/Bernard E. LeSage_____

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: June 20, 2007                By: _____/s/ Thomas J. Wiegand_____

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

## ORDER

Counsel for defendants and plaintiffs having so stipulated, **IT IS ORDERED** that:

(a) The June 26, 2007 presentment date for Borrower Plaintiffs' Motion for Leave to File First Amended Class Action Complaint (the "Motion") [docket No. 836] shall be stricken;

(b) Opposition to the Motion shall be filed on or before July 18, 2007;

(b) Any reply in support of the Motion shall be filed on or before August 2, 2007.

**IT IS SO ORDERED.**

Dated:_____, 2007                    _____
                                                THE HONORABLE MORTON DENLOW
                                                UNITED STATES DISTRICT COURT
                                                MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on this 20th day of June 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      By: /s/ Bernard E. LeSage