# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>*WETZER SURIN V. ALPHA MORTGAGE LENDING, LLC; ARGENT MORTGAGE COMPANY, LLC; AMC MORTGAGE SERVICES, INC.; COUNTRYWIDE HOME LOANS, INC. and ADVANTAGE EQUITY SERVICES, INC.* Case No. 3:05-cv-01653-RNC | JUNE 20, 2007 |

## NOTICE OF PARTIAL DISMISSAL OF FIRST COUNT

PLEASE TAKE NOTICE that Plaintiff, Wetzer Surin, by and through his counsel, Paul L. Brozdowski, pursuant to 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses the First Count of the First Revised Complaint dated April 24, 2006 only as against the defendant Countywide Home Loans, Inc. with prejudice, and without costs.

DATED: Bridgeport, Connecticut
June, ___ 2007

Respectfully submitted,

PAUL L. BROZDOWSKI
Law Offices of Paul Brozdowski
Attorney for the Plaintiff
10 Middle Street, 7th Floor
Bridgeport, Connecticut 06604
(203) 367-9447
Fed Bar No. 02258

BN 1273372v1

## CERTIFICATE OF SERVICE

I, Paul L. Brodowski, hereby certify that on this __th day of June 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Paul L. Brozdowski

BN 1273373v1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed first class, postage prepaid, on June 21, 2007, to the following parties:

Pierre-Yves Kolakowski, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
35 Mason Street
Greenwich, Connecticut 06830
Tel: (203) 622-0900
Fax: (203) 862-9889
*Attorneys for Countrywide Home Loans, Inc.*

Stephen Sedor, Esq.
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTES-COSTA
1057 Broad Street
Bridgeport, Connecticut 06601
*Attorneys for Advantage Equity Services, Inc.*

Richard S. Ravosa, Esq.
LAW OFFICES OF RICHARD RAVOSA
236 Commercial Street
Boston, Massachusetts 02109
*Attorneys for Alpha Mortgage Lending, LLC*

Elizabeth M. Smith, Esq.
BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
185 Asylum Street
CityPlace II – 10th Floor
Hartford, Connecticut 06103
*Attorneys for Argent Mortgage Company LLC*

Karen L. Stevenson, Esq.
BUCHALTERNEMER
A Professional Law Corporation
1000 Wilshire Blvd, Ste 1500
Los Angeles, California 90017
*Attorneys for Ameriquest Mortgage Company LLC*

Paul L. Brozdowski, Esq.