# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 6/25/2007 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Litigation | | |

**DOCKET ENTRY TEXT**

We hereby waive the Local Rule 5.3(b) presentment requirement. We take the parties' request for a bifurcated docket under advisement; in the interim, we will maintain the current docketing system. Finally, we deny plaintiffs' request that we order defendants to produce a master MDL Case List; attached to this Order is the most recent case list, prepared in accordance with our files. If the parties recognize any errors or omissions in this list, they should promptly file any corrections or additions. The status hearing set for 6/28/07 is reset to 9/13/07 at 10:30 a.m.

■[ For further details see text below.]　　　　　　　　　　　　　　　　　　　　　Notices mailed by Judicial staff.

## STATEMENT

(Reserved for use by the Court)

## ORDER

In lieu of conducting the in-court status conference scheduled for June 28, 2007, we hereby resolve the parties' additional case management requests and requests for entry of proposed orders as follows.

Plaintiffs and Defendants have asked that we enter several orders, some of which are attached to defendants' April 23, 2007 Status Report (Dkt. 699).

Defendants, class counsel, and "most, but not all" individual plaintiffs (Defs' 4/23/07 Status Rpt., Dkt. 699, at 8) have agreed on a form of proposed protective order attached as Exhibit C to the Status Report. We grant the parties' request and enter by reference Exhibit C to the Status Report.

Defendants, class counsel, and representatives of the individual plaintiffs have agreed to a protective order regarding the production of plaintiffs' loan files. We hereby enter by reference the proposed protective order, which was attached as Exhibit D to the Status Report. (Dkt. 699.)

Defendants and representatives of the individual plaintiffs are currently updating a proposed stipulation regarding mediation and discovery. (Defs' 6/4/2007 Status Rpt., Dkt. 809, at 4.) We will review that stipulation as soon as we receive it from the parties.

We decline to grant defendants' request that we enter a preemptive order barring all later-added parties from re-deposing witnesses. (*See id.* at 3-4.) In our November 7, 2006 Case Management Order, we expressly contemplated the possibility that later-added parties may be able to re-depose witnesses with leave of court.

**STATEMENT**

In addition, we hereby waive the Local Rule 5.3(b) presentment requirement. We take the parties' request for a bifurcated docket under advisement; in the interim, we will maintain the current docketing system. Finally, we deny plaintiffs' request that we order defendants to produce a master MDL Case List: attached to this Order is the most recent case list, prepared in accordance with our files. If the parties recognize any errors or omissions in this list, they should promptly file any corrections or additions.

The June 28, 2007 status conference is terminated. The next status conference will be September 13, 2007.

It is so ordered.

*Marvin E. Aspen*