UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> ) <br> LITIGATION ) <br> ) <br> ) <br> ) | MDL No. 1715 <br> Lead Case No. 05-CV-7097 <br><br> Centralized before the <br> Honorable Marvin E. Aspen |

**LIST OF CASES REASSIGNED –
FIRST MOTIONS BY PLAINTIFFS AND DEFENDANT**

1.  D. Brown v. Ameriquest Mortgage Co. (05-4723)
2.  K. Brown et al. v. Ameriquest Mortgage Co. (05-5111)
3.  Bergquist v. Ameriquest et al. (06-1438)
4.  Buckner v. Ameriquest Mortgage Co. (05-6808)
5.  Doolittle et al. v. Ameriquest Mortgage Co. (05-5033)
6.  Furgeson v. Ameriquest Mortgage Co. (04-7627)
7.  Castella Williams Harris v. Ameriquest Mortgage Co. (05-4025)
8.  Holzmeister v. Ameriquest Mortgage Co. (05-5911)
9.  Jewell v. Ameriquest (06-0269)
10. Jimenez v. Ameriquest Mortgage Co. (05-1009)
11. Jude v. Town & Country Credit Corp. (06-1691)
12. Key v. Ameriquest Mortgage Co. (05-1077)
13. Luedtke et al. v. Ameriquest Mortgage Co. (05-4644)
14. Lurry-Payne v. Ameriquest et al. (06-1547)
15. Mayfield v. Town & Country Credit Corp. (05-6158)
16. Mills v. Ameriquest Mortgage Co. (05-3976)
17. Murray et al. v. Ameriquest Mortgage Co. (05-1218)
18. Perry v. Ameriquest Mortgage Co. (05-6172)
19. Pinkstak et al. v. Ameriquest Mortgage Co. (05-5035)
20. Polydoros et al. v. Ameriquest Mortgage Co. (05-6517)
21. Rehbock v. Ameriquest et al. (06-1581)
22. Salazar et al. v. Ameriquest Mortgage Co. (05-4162)
23. Smith et al. v. Ameriquest Mortgage Co. (05-0648)
24. Talley et al. v. Ameriquest Mortgage Co. (05-1080)
25. Treadwell et al. v. Ameriquest Mortgage Co. (05-1078)
26. Tremble v. Town & Country Credit Corp. (05-2625)
27. Thompson v. Ameriquest et al. (06-1546)
28. Wertepny et al. v. Ameriquest Mortgage Co. (05-1402)

**PLAINTIFFS' SECOND MOTION**

29. Andersen et al. v. Ameriquest Mortgage Co. et al. (06-1981)
30. Billings et al. v. Ameriquest Mortgage Co. et al. (06-1849)
31. Eskra v. Ameriquest Mortgage Co. et al. (06-1879)
32. Garcia v. Argent Mortgage Co. et al. (06-1829)
33. Green v. Argent Mortgage Co. et al. (06-2045)
34. Hall v. Ameriquest Mortgage Co. et al. (06-1944)
35. Hanson v. Ameriquest Mortgage Co. et al. (06-1876)
36. Hawkins v. Ameriquest Mortgage Co. et al. (06-1848)
37. Jenkins v. Argent Mortgage Co. et al. (06-2044)
38. Magliano et al. v. Ameriquest Mortgage Co. et al. (06-1945)
39. Martin v. Argent Mortgage Co. et al. (06-1947)
40. McGowan v. Ameriquest Mortgage Co. et al. (06-1831)
41. Rodriguez et al. v. Town & Country Credit Corp. et al. (06-1950)

**STIPULATION OF 6/21/2006**
**(RE: PLAINTIFFS' THIRD AND DEFENDANT'S SECOND MOTIONS)**

42. Geis v. Ameriquest Mortgage Co. et al. (06-1716)
43. Wessel, et al. v. Ameriquest Mortgage Co. et al. (06-1899)
44. Rodriguez, et al .v. Ameriquest Mortgage Co. et al. (06-2187)
45. Sedgwick, et al. v. Ameriquest Mortgage Co. et al. (06-2333)
46. Spencer v. Ameriquest Mortgage Co. et al. (06-2396)
47. Jones v. Ameriquest Mortgage Co. et al. (06-2397)
48. Balark, et al. v. Ameriquest Mortgage Co. et al. (06-2430)
49. Dougherty, et al. v. Ameriquest Mortgage Co. et al. (06-2482)
50. Mormon v. Ameriquest Mortgage Co. et al. (06-2514)
51. Grabowski v. Ameriquest Mortgage Co. et al. (06-2549)
52. Besterfield v. Ameriquest Mortgage Co. et al. (06-2676)
53. Tieri v. Ameriquest Mortgage Co. et al. (06-2683)
54. Wisniewski v. Town & Country Credit Corp., et a.l. (06-2697)
55. Jiles v. Argent Mortgage Co., et al. (06-2771)
56. Walker, et al. v. Ameriquest Mortgage Co. et al. (06-2807)
57. Grabs v. Argent Mortgage Co., et al. (06-2809)
58. Filian, et al. v. Ameriquest Mortgage Co. et al. (06-2826)
59. Smith, et al. v. Ameriquest Mortgage Co. et al. (06-2828)
60. Eson, et. al. v. Argent Mortgage Co., et al. (06-2829)
61. Brown, et. al. v. Ameriquest Mortgage Co. et al. (06-2830)
62. Melecio, et al. v. Town & Country Credit Corp., et a.l. (06-2832)
63. Dearden v. Ameriquest Mortgage Co. et al. (06-2912)
64. Gburek v. Ameriquest Mortgage Co. (06-2637)
65. Rocco, et. al. v. Ameriquest Mortgage Co. et al. (06-2897)
66. Rogers v. Town & Country Credit Corp., et a.l. (06-2736)

## MISC. LATER ORDERS

67. Gburek v. Argent Mortgage Co., et al. (06-2639) – reassigned 10/24/06

## REASSIGNED CASES NOT REFLECTED IN 11/7/2006 ORDER

68. Allan v. Argent Mortgage Co., LLC (06-2470)
69. Anderson v. Ameriquest Mortgage Co., et al. (06-3125)
70. Bailey v. Ameriquest Mortgage Co. (06-1733)
71. Belcher v. Ameriquest Mortgage Co. (06-3124)
72. Belval v. Ameriquest Mortgage Co., et al. (06-2469)
73. Bowe v. Ameriquest Mortgage Co. (06-2471)
74. Damm v. Ameriquest Mortgage Co., et al. (06-4032)
75. Duncan v. Ameriquest Mortgage Co. (06-2467)
76. Fitzgerald v. Ameriquest Mortgage Co. (06-3123)
77. Ingham v. Ameriquest Mortgage Co. (06-4035)
78. LaCross v. Ameriquest Mortgage Co. (06-4036)
79. McCall v. Ameriquest Mortgage Co., et al. (06-3126)
80. Pascreta v. Ameriquest Mortgage Co. (06-2468)
81. Veinot v. Argent Mortgage Co., LLC (06-4034)

## ECLG PLAINTIFFS' FOURTH MOTION

82. Bowden v. Argent Mortgage Co., et al. (06-5991)
83. Rosemon v. Ameriquest Mortgage Co., et al. (06-6441)

## ECLG PLAINTIFFS' FIFTH MOTION

84. Adkins, et al. v. Ameriquest Mortgage Co., et al. (06-4741)
85. Freeberg, et al. v. Ameriquest Mortgage Co., et al. (06-6717)
86. Ishmael, et al. v. Argent Mortgage Co., et al. (06-6872)
87. Diggins v. Ameriquest Mortgage Co., et al. (06-7017)
88. Clay v. Ameriquest Mortgage Co., et al. (06-7191)

## ECLG PLAINTIFFS' SIXTH MOTION

89. Titus-Ashford v. Ameriquest Mortgage Co., et al. (06-7062)
90. Karlin v. Argent Mortgage Co., et al. (07-0075)
91. Scott, et al. v. Argent Mortgage Co., et al. (07-0254)
92. Salinas, et al. v. Argent Mortgage Co., et al. (07-0274)
93. Everhart v. Argent Mortgage Co., et al. (07-0306)
94. Britt, et al. v. Ameriquest Mortgage Co., et al. (07-0351)
95. Wildermuth, et al. v. Ameriquest Mortgage Co., et al. (07-0408)

96. Wayne, et al. Ameriquest Mortgage Co., et al. (07-0274)

### ECLG PLAINTIFFS' SEVENTH MOTION

97. Davis, et al. v. Ameriquest Mortgage Co., et al. (07-0525)
98. Wright v. Ameriquest Mortgage Co., et al. (07-0586)
99. Bumpers, et al. v. Ameriquest Mortgage Co., et al. (07-0553)

### ECLG PLAINTIFFS' EIGHTH MOTION

100. Whitsett v. Ameriquest Mortgage Co., et al. (06-5432)
101. Perez v. Ameriquest Mortgage Co., et al. (06-5373)
102. Onesimus v. Ameriquest Mortgage Co., et al. (07-0620)
103. Patterson v. Ameriquest Mortgage Co., et al. (07-0726)
104. Johnson, et al. v. Ameriquest Mortgage Co., et al. (07-0772)

### ECLG PLAINTIFFS' NINTH MOTION

105. Rodriguez v. Ameriquest Mortgage Co., et al. (07-1082)

### HARRIS PLAINTIFFS' FIRST MOTION (Dkt. 407)

106. Ball-Daniel v. Argent Mortgage Co., et al. (06-6602)
107. Cooper, et al. v. Ameriquest Mortgage Co., et al. (06-6604)
108. Fuller, et al. v. Ameriquest Mortgage Co., et al. (07-0291)
109. Green, et al. v. Ameriquest Mortgage Co., et al. (06-6945)
110. Hall v. Ameriquest Mortgage Co., et al. (06-6607)
111. Harrison v. Ameriquest Mortgage Co., et al. (06-6947)
112. Joyner, et al. v Ameriquest Mortgage Co., et al. (06-6874)
113. Maldonado, et al. v. Ameriquest Mortgage Co., et al. (06-6609)
114. Muller, et al. v. Ameriquest Mortgage Co., et al. (06-6946)
115. O'Malley v. Ameriquest Mortgage Co., et al. (06-6373)
116. O'Neill, et al. v. Argent Mortgage Co, LLC, et al. (06-6375)
117. Scott, et al. v. Ameriquest Mortgage Co., et al. (06-6786)
118. Shields, et al. v. Ameriquest Mortgage Co., et al. (06-6787)

### JOINT MOTION FOR REASSIGNMENT (Dkt. 676)

119. Howard, et al. v. Ameriquest Mortgage Co., et al. (07-0095)

### DEFENDANTS' MOTION (Dkt. 618)

120. Yeaman v. Ameriquest Mortgage Co., et al. (06-6967)

**CLASS ACTION OPT-OUTS REASSIGNED BUT NOT OTHERWISE LISTED**
(Most from Docket 340, 12/19/2006 – does not include defendant names)

121. Sievers v. Ameriquest Mortgage Co., et al. (06-1734) (Different notice on 12/19)
122. Applegate (06-4867)
123. Barletta (06-4560)
124. Calder (06-5146)
125. Cashen (06-4683)
126. Cleveland (06-4306)
127. Gelman (06-4684)
128. Gerbig, et al. (06-4868)
129. Kessler (06-4999)
130. Lappin (06-5147)
131. Leach (06-5000)
132. Solnin (06-4866)
133. Thibodeau (06-5148)
134. Tieri (06-1716)
135. Warren (06-4415)
136. Van Gorp (06-1731)
137. Mattix, et al. v. Ameriquest Mortgage Co., et al. (06-4043) (Different notice on 12/20)