# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.
                         Plaintiff,

v.                                                    Case No.: 1:05−cv−07097
                                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 25, 2007:

       MINUTE entry before Judge Marvin E. Aspen dated 6/25/07:Pursuant to stipulation of the parties, any response in opposition to Borrower plaintiffs' motion for leave to file first amended class action complaint (Dkt. No. 835) is to be filed on or before 7/18/2007 Any reply in support of motion shall be filed by 8/2/2007. The motion hearing set for 6/26/07 is stricken.Judicial staff mailed notice notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.