IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the<br>Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW ) ) ) ) | June 25, 2007 |
| ROBERT L. ALLAN, et al.,<br>    Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC,<br>    Defendant. ) ) ) ) ) ) ) | Case No. 1:06-cv-02470<br><br>Hon. Marvin E. Aspen |

PLAINTFFS' MOTION FOR LEAVE TO
<u>FILE AMENDED COMPLAINT, *INSTANTER*</u>

Pursuant to Federal Rule of Civil Procedure 15, the plaintiffs in this action move the Court for leave to file an amended complaint *instanter*. A copy of the original and proposed amended complaints are attached as Exhibits A and B respectively.

1.  This action was originally filed in the District of Connecticut on January 23, 2006 as Case No. 3:06-cv-00118. It was subsequently transferred to the Northern District of Illinois as a tag-along action to MDL No. 1715, *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*.

  2. During the course of the discovery process, the plaintiffs have learned that the defendant, Argent Mortgage Company, which originated the mortgages at issue in this action, subsequently assigned ownership of the mortgages to other entities.

  3. The amended complaint adds these assignees as defendants in this action and adds relevant assertions describing the assignments.

  4. The original and amended complaints assert that the plaintiffs are entitled to rescind their mortgages. According to the Truth in Lending Acts "[a]ny consumer who has the right to rescind a transaction under section 1635 of this title may rescind the transaction as against any assignee of the obligation." 15 U.S.C. § 1641(c); Conn. Gen. Stats. § 36a-683(k)(3).

  5. Adding the assignees as defendants in this action will not prejudice any other party to this action. This motion is based on the above-described, newly discovered information, which constitutes good cause for granting the plaintiffs leave to amend the complaint.

  WHEREFORE the plaintiffs respectfully request that the Court enter an order granting them leave to amend the complaint *instanter*.

PLAINTIFFS,

By: /s/Andrew G. Pizor
Daniel S. Blinn (ct02188)
dblinn@consumerlawgroup.com
Andrew G. Pizor (ct27015)
apizor@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd.; Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/Andrew G. Pizor
    Andrew G. Pizor