# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 6/25/2007 |
| **CASE TITLE** | In Re: Ameriquest Mortgage | | |

**DOCKET ENTRY TEXT**

We deny defendants motion to dismiss (Dkt. No. 811) (Case 06 C 4037, Julien vs. Ameriquest Mortgage) for the reasons set forth in our Memorandum Opinion and Order denying defendants' consolidated motion to dismiss the opt-out complaints (Dkt.No. 845).

■[ For further details see text below.]   Notices mailed by Judicial staff.

## STATEMENT

(Reserved for use by the Court)

## ORDER

Defendants move to dismiss plaintiffs' claim for damages in *Julien, et al. v. Ameriquest Mortgage Co., et al.*, No. 06-cv-4037.

Defendants contend that plaintiffs' claims for damages are untimely under the Truth in Lending Act, 15 U.S.C. § 1640. We deny this motion (Dkt. No. 811) for the reasons set forth in our Memorandum Opinion and Order denying defendants' consolidated motion to dismiss the opt-out complaints [Dkt. No. 845].

It is so ordered.

*Marvin E. Aspen*