# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 6/26/2007 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co. | | |

**DOCKET ENTRY TEXT**

The Brickers concede their ECOA claim is untimely, and we grant defendants' motion (Dkt. No. 651) with respect to that claim. We deny the remainder of the motion (Dkt. No. 651) for the reasons set forth in our Memorandum Opinion and Order denying defendants' consolidated motion to dismiss the opt-out complaints [Dkt. No. 845].

■[ For further details see text below.]    Notices mailed by Judicial staff.

## STATEMENT

(Reserved for use by the Court)

## ORDER

Defendants move to dismiss and for more definite statements of the claims in the following actions: *Hall v. Ameriquest Mortgage Co., et al.*, No. 06-cv-6607; *Rehbock v. Ameriquest Mortgage Co., et al.*, No. 06-cv-1581; *Walker v. Ameriquest Mortgage Co., et al.*, No. 06-cv-2807; *Campau v. Ameriquest Mortgage Co., et al.*, No. 07-cv-0118; *Wisniewski v. Ameriquest Mortgage Co., et al.*, No. 06-cv-2697; *Bricker v. Ameriquest Mortgage Co., et al.*, No. 06-cv-4528.

Defendants contend that plaintiffs' claims for damages are untimely under the Truth in Lending Act, 15 U.S.C. § 1640; the Brickers' claim under the Equal Credit Opportunity Act, 15 U.S.C. § 1691, is untimely; that plaintiffs' claims for punitive damages are not available under the Truth in Lending act; and that plaintiffs must specify the state laws giving rise to their claims.

The Brickers concede their ECOA claim is untimely, and we grant defendants' motion (Dkt. No. 651) with respect to that claim. We deny the remainder of the motion (Dkt. No. 651) for the reasons set forth in our Memorandum Opinion and Order denying defendants' consolidated motion to dismiss the opt-out complaints [Dkt. No. 845].

It is so ordered.

*/s/ Marvin E. Aspen*