**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| LAMAR GRAY, SR. and VERNA JOYCE GRAY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARGENT MORTGAGE COMPANY, U.S. BANK, N.A., HOMEQ SERVICING CORPORATION and DOES 1-5,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | THIS DOCUMENT RELATES TO No. 07-cv-00317 ONLY<br><br>(Originally 5:06-CV-0180 (W.D. Mich.)) |

**STIPULATION OF DISMISSAL**

Plaintiffs LaMar Gray, Sr. and Verna Joyce Gray, by their counsel, Edelman, Combs Latturner & Goodwin, L.L.C. and Defendant HomEq Servicing Corporation ("HomEq"), by its counsel, Dykema Gossett PLLC, hereby stipulate to the dismissal of all claims in the above-captioned lawsuit.

Accordingly, pursuant to Federal Rules of Civil Procedure 41(a)(1), all claims against HomEq are dismissed with prejudice. All counsel have conferred and have given their consent to the filing of this stipulation.

- 2 -

Dated: June 26, 2007                               Respectfully submitted,

EDELMAN, COMBS, LATTURNER &                        DYKEMA GOSSETT PLLC
GOODWIN, LLC

By: /s/ Al F. Hofeld_____                 By: /s/ Richard E. Gottlieb_____
Daniel A. Edelman                                  Richard E. Gottlieb (6209165)
Al. F. Hofeld                                      Renee Zipprich (
Edelman, Combs, Latturner, & Goodwin, LLC          Dykema Gossett PLLC
120 S. LaSalle Street, 18th Floor                  10 South Wacker Drive
Chicago, IL  60603                                 Suite 2300
(312) 739-4200                                     Chicago, IL  60606300
                                                   (312) 876-1700

Attorneys for Plaintiffs LaMar Gray, Sr. and       Attorneys for Defendant HomEq Servicing
Verna Joyce Gray                                   Corporation

       AND NOW, this _____ day of _____, 2007, it is so ORDERED.

       _____
       United States District Court Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on **June 26, 2007**, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      s/ Irina V. Frye

CHICAGO\2341851.1
ID\IVF