# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |
| RENZA HEARD and GLORIES HEARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARGENT MORTGAGE COMPANY, LLC, AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., HOMEQ SERVICING CORP., WELLS FARGO BANK, N.A., and DOES 1-5,<br><br>    Defendants. | THIS DOCUMENT RELATES TO No. 07 C 119 ONLY<br><br>(Originally No. 5:06-cv-00157 (W.D. Mi.)) |

## STIPULATION OF DISMISSAL

Plaintiffs Renza Heard and Glories Heard, by their counsel, Edelman, Combs Latturner & Goodwin, L.L.C. and Defendant HomEq Servicing Corporation ("HomEq"), by its counsel, Dykema Gossett PLLC, hereby stipulate to the dismissal of all claims in the above-captioned lawsuit.

Accordingly, pursuant to Federal Rules of Civil Procedure 41(a)(1), all claims against HomEq are dismissed with prejudice. All counsel have conferred and have given their consent to the filing of this stipulation.

- 2 -

| | |
|---|---|
| Dated: June 26, 2007 | Respectfully submitted, |

| | |
|---|---|
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | DYKEMA GOSSETT PLLC |
| By: /s/ Al F. Hofeld_____ _____ \_\_ <br> Daniel A. Edelman <br> Al. F. Hofeld <br> Edelman, Combs, Latturner, & Goodwin, LLC <br> 120 S. LaSalle Street, 18th Floor <br> Chicago, IL  60603 <br> (312) 739-4200 | By: /s/ Richard E. Gottlieb_____ <br> Richard E. Gottlieb <br> Renee Zipprich <br> Dykema Gossett PLLC <br> 10 South Wacker Drive <br> Suite 2300 <br> Chicago, IL  60606300 <br> (312) 876-1700 |
| Attorneys for Plaintiffs Renza Heard and Glories Heard | Attorneys for Defendant HomEq Servicing Corporation |

AND NOW, this _____ day of _____, 2007, it is so ORDERED.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 26, 2007**, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Irina V. Frye

CHICAGO\2341850.1
ID\IVF