**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

**JOINT STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE**

WHEREAS, on June 7, 2007, Judge Denlow continued the Discovery Status Conference in this matter to July 10, 2007 at 10:30 a.m.;

WHEREAS, as a part of their efforts to coordinate and expedite discovery in these matters, the parties have scheduled numerous depositions during the week of July 9, 2007 in Santa Ana, California;

WHEREAS, one of these depositions is scheduled to take place on July 10, 2007, which will be attended by many of the lead counsel appearing in this matter, including, Defendants'[1] lead counsel, lead counsel for Argent, class counsel and counsel for many of the opt-out plaintiffs;

WHEREAS, there are currently no outstanding discovery disputes between the parties requiring this Court's attention;

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court continue the Discovery Status Conference until August 16, 2007, or as soon thereafter as is convenient to the Court.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc; and Argent Mortgage Company, LLC.

| | |
|---|---|
| Dated: July 6, 2007 | By: /s/ Gary Klein |

*Plaintiffs' Co-Lead Counsel*

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

Kelly M. Dermody
Caryn Becker
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Jill Bowman
JAMES, HOYER, NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC
101 North blacker Drive, Ste. 2010
Chicago, IL 60606
Telephone: (312) 525-8316
Facsimile: (312) 525-8231

*Plaintiffs' Liaison Counsel*

Dated:  July 6, 2007          By: __/s/ Daniel A. Edelman_____

*Attorneys for Certain Plaintiffs*

Daniel A. Edelman, Esq.
EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603-3403

Dated:  July 6, 2007          By:____/s/  Daniel S. Blinn_____
*Attorneys for Certain Plaintiffs*

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd.
Suite 512
Rocky Hill, CT 06067
(860) 571-0408

Dated:  July 6, 2007          By:  /s/ Charles M. Delbaum

*Attorneys for Certain Plaintiffs*

Charles M. Delbaum
National Consumer Law Center
77 Summer Street
10th Floor
Boston, MA 02110
(617)2266-0313

Dated: July 6, 2007                By: ___/s/ Bernard E. LeSage_____

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: July 6, 2007                By: ___/s/ Thomas J. Wiegand_____

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

## **ORDER**

Counsel for defendants and plaintiffs having so stipulated, IT IS ORDERED that: the July 10, 2007 Case Status Conference is continued to _____ at _____ a.m/p.m.

**IT IS SO ORDERED.**

Dated:_____, 2007        _____
                                   THE HONORABLE MORTON DENLOW
                                   UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

    I, Bernard E, LeSage, hereby certify that on this 6th day of July 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                              By: /s/ Bernard E. LeSage