# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| _____ <br><br> THIS DOCUMENT RELATES TO: <br> *HALL v. AMERIQUEST MORTGAGE COMPANY, et al.*, Case No. 06-6607 | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF FILING

**TO: Counsel of Record**

  **PLEASE TAKE NOTICE** that on **Friday, July 6, 2007**, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT CITIMORTGAGE'S MOTION FOR JOINDER**, a copy of which is hereby served upon you.

Date: July 6, 2007          /s/ Anthony P. Valach, Jr.
                   One of her attorneys

                 Daniel M. Harris
                 Anthony P. Valach, Jr.
                 THE LAW OFFICES OF DANIEL HARRIS
                 150 N. Wacker Drive, Suite 3000
                 Chicago, IL 60606
                 P: (312) 960-1802
                 F: (312) 960-1936
                 anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I, Anthony P. Valach, Jr., hereby certify that on this 6th day of July 2007, a true and correct copy of the **NOTICE OF FILING** of **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT CITIMORTGAGE'S MOTION FOR JOINDER** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /]s/ Anthony P. Valach, Jr.