IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | ) MDL No. 1715 ) ) Lead Case No. 1:05-cv-07097 ) |
|  | ) Centralized before the ) Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | ) ) ) |
|  | ) July 10, 2007 ) ) |
| CALVIN DUNCAN, *et al.*, Plaintiffs, v. AMERIQUEST MORTGAGE COMPANY, Defendant. | ) ) ) ) Case No. 1:06-cv-02467 ) ) Hon. Marvin E. Aspen ) ) |

PLAINTFFS' MOTION FOR LEAVE TO
<u>FILE AMENDED COMPLAINT, *INSTANTER*</u>

Pursuant to Federal Rule of Civil Procedure 15, the plaintiffs in this action move the Court for leave to file an amended complaint *instanter*. A copy of the original and proposed amended complaints are attached as Exhibits A and B respectively.

1. This action was originally filed in the District of Connecticut on November 30, 2005. It was subsequently transferred to the Northern District of Illinois as a tag-along action to MDL No. 1715, *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*.

2. During the course of the discovery process, the plaintiffs have learned that many of the mortgages at issue in this action have been assigned to other entities.

3. The amended complaint adds these assignees as defendants in this action and adds relevant assertions describing the assignments.

4. The sole defendant currently in this action, Ameriquest Mortgage Company, has stipulated to the granting of motions for leave to amend plaintiffs' complaint to add assignees of the mortgage loans at issue as additional defendants.

5. The amended complaint is also different from the original complaint in that untimely claims for statutory damages, recently dismissed by the Court, have been withdrawn.

6. The allegations of the amended complaint are the same as in the original complaint.

7. The original and amended complaints assert that the plaintiffs are entitled to rescind their mortgages. According to the Truth in Lending Acts "[a]ny consumer who has the right to rescind a transaction under section 1635 of this title may rescind the transaction as against any assignee of the obligation." 15 U.S.C. § 1641(c); Conn. Gen. Stats. § 36a-683(k)(3).

8. The amendments will not prejudice any party to this action. This motion is based on the above described, newly discovered information, which constitutes good cause for granting the plaintiffs leave to amend the complaint.

WHEREFORE the plaintiffs respectfully request that the Court enter an order granting them leave to amend the complaint *instanter*.

                                                PLAINTIFFS,

                                                /s/Andrew G. Pizor
                        By: _____

Daniel S. Blinn (ct02188)
dblinn@consumerlawgroup.com
Andrew G. Pizor (ct27015)
apizor@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd.; Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/Andrew G. Pizor
    Andrew G. Pizor