IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL NO. 1715<br><br>Lead Case No. 05 C 07097<br><br>(Centralized before Judge Aspen) |
| ELGIN SWANIGAN, JR. and DENISE SWANIGAN,<br><br>        Plaintiffs,<br><br>        v.<br><br>ARGENT MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORPORATION, MIDWEST HOME FUNDING, LLC and DOES 1-5,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 C 3315<br><br>Judge Filip |

### NOTICE OF MOTION

To:     Lloyd J. Brooks
           The Brooks Law Firm
           15008 Woodlawn Avenue
           First Floor
           Dolton, Illinois 60419

**SEE ATTACHED SERVICE LIST**

      PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Thursday, July 19, 2007, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendants' Motion for Reassignment of Related Action**, a copy of which was previously served upon you.

Dated: July 12, 2007 Respectfully submitted,

ARGENT MORTGAGE COMPANY, LLC and
ACC CAPITAL HOLDINGS CORPORATION,
Defendants


By: s/ Jonathan N. Ledsky
      One of their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue, Suite 350
Chicago, Illinois 60604
(312) 341-9400

**CERTIFICATE OF SERVICE**

      Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing this 12th day of July, 2007. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**1:05-cv-7097 Notice has been electronically mailed to:**

Lloyd J. Brooks    lloyd.brooks@thebrooksfirm.com

Sarah K. Andrus    sandrus@buchalter.com

Charles McLeod Baird    charlesmbaird@att.net

Caryn Becker    cbecker@lchb.com, glewis@lchb.com

Anne A Bergman    aabergman@aol.com

Daniel S. Blinn    dblinn@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Brandon A Block    bblock@buchalter.com

Jill Henniger Bowman    jbowman@jameshoyer.com

James McGinnis Boyers    jboyers@woodmclaw.com, scraig@woodmclaw.com

Brian Lewis Bromberg    brian@bromberglawoffice.com, brian.bromberg@gmail.com

Jimmie H. Brown    help@bspclaw.com

James Michael Dash    jdash@muchshelist.com

Charles M. Delbaum    cdelbaum@nclc.org

Kelly M Dermody    kdermody@lchb.com

Daniel A. Edelman    courtecl@edcombs.com, dedelman@edcombs.com

Rachel Geman    rgeman@lchb.com

Tara Leigh Goodwin    tgoodwin@edcombs.com

Daniel Mark Harris     lawofficedh@yahoo.com

Stanley L. Hill     stanhill@megsinet.net

Albert F Hofeld , Jr     ahofeld@edcombs.com

Jean K. Janes     jjanes@muchshelist.com

Evan Jay Kaufman     ekaufman@lerachlaw.com

Shennan Kavanagh     kavanagh@roddykleinryan.com

Keith James Keogh     Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell     skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kikoler     skikoler@muchshelist.com

Gary Edward Klein     klein@roddykleinryan.com, pereira@roddykleinryan.com

Richard A. Kudla     richard.kudla@aig.com

Bernard E. LeSage     blesage@buchalter.com

Jonathan N. Ledsky     jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly     rlilly@ademilaw.com

Greg J. Miarecki     gmiarecki@winston.com, ECF_CH@winston.com, ppratt@winston.com

Marvin Alan Miller     Mmiller@millerlawllc.com, Jramirez@millerlawllc.com,

Lfanning@millerlawllc.com

Melinda J. Morales     mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor     apizor@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Dominic J. Rizzi     drizzi@caffertyfaucher.com

Samuel H Rudman     srudman@lerachlaw.com

Lorne Todd Saeks     lsaeks@muchshelist.com, xreyes@muchshelist.com

Ralph O. Scoccimaro     help@bspclaw.com

4

Terry A Smiljanich    tsmiljanich@jameshoyer.com, dstephens@jameshoyer.com, jbowman@jameshoyer.com, lmartin@jameshoyer.com

Kristina M Van Buskirk    Kvanbuskirk@ngelaw.com

Craig Allen Varga    cvarga@vblhc.com

Thomas Joseph Wiegand    twiegand@winston.com, ECF_CH@winston.com

Further, Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was served upon:

Lloyd L. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue, 1st Floor
Dolton, Illinois 60419

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Elmer E. Evans
1137 13th Street
Des Moines, IA 50314

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Cheryl M. Lott
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Joshua R. Mandell
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Bryan Anthony Vroon
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, GA 30309

by placing same in the United States mail chute located at 224 South Michigan Avenue, Chicago, Illinois 60604, properly addressed and postage fully prepaid, this 12th day of July, 2007, on or before the hour of 5:00 p.m.

                                                          s/Jonathan N. Ledsky