IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: <br> *Manier v. Argent Mortgage Co. et al.,* Case No. 07-cv-2773 (N.D. Ill.) | |

### NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT

On June 21, 2007, plaintiffs in *Manier v. Argent Mortgage Co. et al.,* Case No. 07-cv-2773 (N.D. Ill.), through counsel, Edelman, Combs, Latturner & Goodwin ("ECLG"), filed a Motion For Leave to File Amended Complaint. Although this matter is part of the MDL proceeding, Case No. 05-cv-7097, ELCG filed this Motion in the docket of Case No. 07-cv-2773 [Docket No. 21] instead of the MDL, as instructed by the Court's November 7, 2006 Case Management Order. [Docket No. 284] Consequently, MDL counsel for Defendant Argent Mortgage Company, LLC did not receive service of Plaintiffs' Motion. Plaintiffs' Motion is therefore procedurally improper.

Defendant continues to dispute the merits of the claims in this action as well as Plaintiffs' proposed amendments. Defendant does not, however, oppose the granting of leave to amend.

DATED: July 13, 2007    By: s/ David E. Dahlquist

Counsel for Argent Mortgage Company, LLC

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
twiegand@winston.com
gmiarecki@winston.com
ddahlquist@winston.com
(312) 558-5600 phone
(312) 558-5700 fax

**CERTIFICATE OF SERVICE**

      I, David E. Dahlquist, hereby certify that on this 13th day of July 2007, a true and correct copy of this foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: s/ David E. Dahlquist