## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Mills v. Ameriquest Mortgage Co., et al.*, Case No. 05-3976 (N.D. Ill.) | |

## NOTICE OF NON-OPPOSITION TO
## MOTION FOR LEAVE TO AMEND COMPLAINT

On June 20, 2007, plaintiffs in *Mills v. Ameriquest Mortgage Co., et al.*, Case No. 05-3976 (N.D. Ill.) filed a Motion For Leave to File Amend Complaint. [Docket No. 48] Although Defendants continue to dispute the merits of the claims in this action, they do not oppose the granting of leave to amend.

DATED: July 13, 2007                    By:/s/ Bernard E. LeSage _____

*Attorneys for Ameriquest Mortgage Company;*
*AMC Mortgage Services, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

1

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 13th day of July 2007, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage