**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: BORROWER PLAINTIFFS' MOTION FOR LEAVE TO FILED FIRST AMENDED CLASS ACTION COMPLAINT [DOCKET NO. 835] | |

**PARTIES' STIPULATED BRIEFING SCHEDULE FOR MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND OTHER MOTIONS RELATED TO THE FIRST AMENDED CLASS ACTION COMPLAINT AND DRAFT MINUTE ORDER**

WHEREAS, on June 18, 2007, the Borrower Class Plaintiffs filed a Motion for Leave to File First Amended Class Action Complaint ("Motion to Amend") [Docket No. 835];

WHEREAS, any opposition to the Motion to Amend is currently due on July 18, 2007;

WHEREAS, the Borrower Plaintiffs, by the proposed First Amended Class Action Complaint ("FACC"), seek to add Ambassador Roland Arnall as a defendant;

WHEREAS Ambassador Arnall has requested additional time to retain appropriate counsel and to allow such counsel to review and respond to the Motion to Amend and to file any appropriate motions related to the proposed FACC;

WHEREAS, the Borrower Plaintiffs and Defendants have agreed to combine all responsive pleadings to the Motion to Amend as well as all appropriate pleading motions related to the FACC that may be filed on behalf of Ambassador Arnall;

THEREFORE, the parties, through their counsel of record, hereby stipulate and agree that:

(1) Any briefs in opposition to the Motion to Amend and any additional motions related to the FACC will be due on September 21, 2007;

(2) Any opposition or reply briefs will be due on October 12, 2007;

(3) Any replies or surreplies will be due on November 2, 2007;

(4) The Motion to Amend and all other pleading motions will be heard on the same date at the Court's convenience if the Court sets a hearing on this matter;

(5) Ambassador Arnall hereby agrees that he will waive Borrower Plaintiffs' obligation to serve him with summons and the FACC and will accept service effective the date on which the Borrower Plaintiffs' filing of the amended pleading, if any, is approved by the Court;

(6) Ambassador Arnall further stipulates that, so as not to prejudice the rights of Borrower Plaintiffs by the grant of additional time, any applicable statutes of limitations or statutes of repose applicable to him in connection with this litigation that have not yet run as of July 18, 2007 shall be tolled from July 18, 2007 through the date on which the Court issues a ruling on the Motion to Amend and/or other motions related to the FACC;

- 3 -

**IT IS SO STIPULATED:**

Dated:   July 17, 2007

By:/s/  Gary Klein
*Attorneys for Borrower Class Plaintiffs*

Kelly M. Dermody
Caryn Becker
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609


Dated: July 17, 2007

By:  /s/  Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703


- 4 -

Dated: July 17, 2007  By:  /s/  Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: July 17, 2007  By: /s/  Alan Salpeter
*Attorneys specially appearing for Roland Arnall*

Alan Salpeter
LeBOEUF, LAMB, GREENE & MacRAE LLP
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, IL 60601

DRAFT MINUTE **ORDER**

Counsel for Defendants and Borrower Class Plaintiffs having so stipulated, and the Court having considering the Motion for Entry of the Stipulation, **IT IS ORDERED that:**

(1) Any briefs in opposition to the Borrower Plaintiffs' Motion to Amend and all other motions related to the FACC are due on September 21, 2007;

(2) Any opposition or reply briefs are due on October 12, 2007;

(3) Any final responsive briefs are due on November 2, 2007;

(4) The Motion to Amend and all motions related to the FACC will be heard on the same date at the Court's Convenience if the Court sets a hearing on this matter;

(5) Ambassador Arnall shall accept service of the FACC if and when the filing of such FACC is approved by the Court;

(6) Ambassador Arnall has agreed to the tolling of all applicable statutes of limitations or statutes of repose applicable to him in connection with this litigation that have not yet run as of July 18, 2007, from July 18, 2007 through the time the Court rules on the Motion to Amend and/or motions related to the FACC;

**IT IS SO ORDERED.**

Dated:_____, 2007

                                          MARVIN E. ASPEN
                                 SENIOR DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

      I, Bernard E, LeSage, hereby certify that on this 17th day of July 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      By:       /s/ Bernard E. LeSage

BN 1303520v1