IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |   |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the<br>Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | | July 24, 2007 |
| JUNIOR TERRANCE BLACK, *et al.*,<br>         Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>         Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No. 1:07-cv-00129<br><br>Hon. Marvin E. Aspen |

PLAINTFFS' MOTION FOR LEAVE TO
<u>FILE AMENDED COMPLAINT, *INSTANTER*</u>

Pursuant to Federal Rule of Civil Procedure 15, the plaintiffs in this action move the Court for leave to file an amended complaint *instanter*. A copy of the original and proposed amended complaints are attached as Exhibits A and B respectively.

1.      This action was originally filed in the Eastern District of New York on October 12, 2006 as Case No. 1:06-cv-05540. It was subsequently transferred to the Northern District of Illinois as a tag-along action to MDL No. 1715, *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*.

2. During the course of the discovery process, the plaintiffs have learned that the defendant, Ameriquest Mortgage Company, which originated the mortgages at issue in this action, subsequently assigned ownership of at least one of the mortgages to another entity.

3. The amended complaint adds the assignee as a defendant in this action and adds relevant assertions describing the assignment.

4. The original and amended complaints assert that the plaintiffs are entitled to rescind their mortgages. According to the Truth in Lending Acts "[a]ny consumer who has the right to rescind a transaction under section 1635 of this title may rescind the transaction as against any assignee of the obligation." 15 U.S.C. § 1641(c).

5. Additionally, the amended complaint makes the following other changes:

   a. Withdraws Yolanda I. Rivera as one of the two plaintiffs in Count Two of the complaint;

   b. Withdraws and corrects part of Count Three of the complaint by removing the assertion that the plaintiff is entitled to rescind the October 16, 2003 mortgage identified in Count Three (one of two mortgage rescissions raised in the original Count Three) and corrects an error in the closing date for the other mortgage; and

   c. Divides Count Four of the original complaint (rescinding two mortgages) into two separate counts, now numbered Counts Four and Five, each rescinding one mortgage.

6. The above-described changes will not prejudice any other party to this action. This motion is based on newly discovered information and corrections, which constitute good cause for granting the plaintiffs leave to amend the complaint.

WHEREFORE the plaintiffs respectfully request that the Court enter an order granting them leave to amend the complaint *instanter*.

PLAINTIFFS,

By: /s/Andrew G. Pizor
Brian L. Bromberg (BB 6264)
brian@bromberglawoffice.com
Andrew G. Pizor (ct27015)
apizor@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd.; Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Andrew G. Pizor
Andrew G. Pizor