IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

**BORROWER PLAINTIFF, VAUGHN DEBOLD'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH AGREEMENTS TO STAY FORECLOSURE**

Pursuant to Local Rule 77.2, Borrower Plaintiff, Vaughn DeBold, ("Mr. DeBold") makes this emergency motion to compel the Defendant, Ameriquest Mortgage Company ("Ameriquest") to comply with its agreement to stay foreclosure proceedings on his home located at 6241 Golfview Avenue, Coca, Florida 32927. There is a foreclosure sale date scheduled on Mr. DeBold's property for tomorrow, July 25, 2007 at 11:00 a.m.

In support of this motion, Mr. DeBold states the following:

1. Mr. DeBold is one of the named plaintiffs for the Borrower Class in this MDL proceeding;

2. Based on Mr. DeBold's rescission request and subsequent communications between the parties, Ameriquest unequivocally agreed not to begin or continue any foreclosure proceedings on Mr. DeBold's property;

3. Despite Ameriquest's firm agreement not to foreclose on Mr. DeBold's mortgage, Mr. DeBold's home is scheduled for a foreclosure sale tomorrow, July 25, 2007 at 11:00 a.m.;

4. Lead Class Counsel has attempted on numerous occasions to communicate with Ameriquest's counsel regarding this matter with no response from Ameriquest's counsel;

5. In light of the imminent of foreclosure sale and Ameriquest's counsel's failure to respond to numerous requests by Lead Class Counsel to honor the agreement and stop the sale, Mr. DeBold is forced to seek emergency relief; and

6. This is an emergency matter as defined by Local Rule 77.2, as the delay in hearing it will result in the foreclosure sale of Mr. DeBold's home, causing serious and irreparable harm to him. *United Church of the Med. Ctr. v. Med. Ctr. Comm'n*, 689 F. 2d 693, 701 (7th Cir. 1982) ("A piece of property is always considered unique, and its loss is always an irreparable injury.")

7. This motion will be served on counsel for Ameriquest at the same time it is filed with the Court. Ameriquest's counsel is familiar with the issues raised herein and will not be prejudiced by being required to respond on an emergency basis.

8. Any prejudice to Ameriquest by a stay of foreclosure in this matter is far outweighed by the potential prejudice to Mr. DeBold of his potential loss of the property.

WHEREFORE, Mr. DeBold respectfully requests that this Court to hear this matter on an emergency basis and to enter an order compelling Ameriquest to comply with its agreement not to foreclose on Mr. DeBold's property and to cancel tomorrow's foreclosure sale.

Respectfully submitted,
Plaintiffs

Dated: July 24, 2007

| /s/ Kelly M. Dermody | /s/ Gary Klein |
|---|---|
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)  
Caryn Becker (CA Bar No. 196947)  
LIEFF, CABRASER, HEIMANN  
 & BERNSTEIN, LLP  
275 Battery Street, 30th Floor  
San Francisco, CA 94111-3339  
Telephone: (415) 956-1000  
Facsimile: (415) 956-1008  

Gary Klein  
Elizabeth Ryan  
Shennan Kavanagh  
RODDY KLEIN & RYAN  
727 Atlantic Avenue  
Boston, MA 02111-2810  
Telephone: (617) 357-5500 ext. 15  
Facsimile: (617) 357-5030  

/s/ Jill Bowman  
Jill Bowman

Jill Bowman  
JAMES, HOYER, NEWCOMBER  
 & SMILJANICH, P.A.  
One Urban Center, Suite 550  
4830 West Kennedy Boulevard  
Tampa, FL 33609  
Telephone: (813) 286-4100  
Facsimile: (813) 286-4174  

*Plaintiffs' Co-Lead Counsel*

/s/ Marvin A. Miller  
Marvin A. Miller

Marvin A. Miller  
MILLER LAW LLC  
101 North Wacker Drive, Ste. 2010  
Chicago, IL 60606  
Telephone: (312) 525-8316  
Facsimile: (312) 525-8231  

*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

I, Shennan Kavanagh, hereby certify that on this 24th day of July, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

/s/ Shennan Kavanagh
Shennan Kavanagh
