IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715 Lead Case No. 05-cv-07097 (Centralized before the Honorable Marvin E. Aspen) Magistrate Judge Morton Denlow |

**DECLARATION OF SHENNAN KAVANAGH IN SUPPORT OF BORROWER PLAINTIFF, VAUGHN DEBOLD'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH AGREEMENTS TO STAY FORECLOSURE**

I, Shennan Kavanagh, declare as follows:

1.      I am an attorney with Roddy Klein & Ryan ("RKR") located at 727 Atlantic Ave., 2nd Floor, Boston, Massachusetts 02111.

2.      RKR is among the law firms appointed as Lead Class Counsel in this MDL proceeding.

3.      Based on our involvement in claims against Ameriquest, and the issuance of the Court-ordered notice regarding rescission rights, we have been contacted by numerous Ameriquest borrowers seeking advice and/or representation.

4.      Many of the borrowers who contacted this office are facing financial hardship due to the size of their mortgage payments and are therefore at risk of foreclosure.

5.      On behalf of approximately 11 borrowers, we have requested rescission and Ameriquest agreed to stay foreclosure proceedings in the same way it agreed to under the parties' Stipulation for Standstill.

6.      In July, 2006, Vaughn DeBold ("Mr. DeBold") contacted my office.

7.      After review of Mr. DeBold's documents, I requested rescission of Mr. DeBold's loan on his behalf on the basis that the Notice of Right to Cancel form he received at closing omitted both the date of the transaction as well as the date that the rescission period expired, in violation of Regulation Z §226.23(b)(1). A true and correct copy of Mr. DeBold's rescission request is attached as Exhibit A.

8.      On August 7, 2007, Amerquest responded, granting Mr. DeBold's rescission request. A true and correct copy of Ameriquest's response is attached as Exhibit B.

9.      At the time of his rescission request, Mr. DeBold was in a Chapter 13 bankruptcy proceeding, filed in the U.S. Bankruptcy Court, Middle District of Florida, and was protected from foreclosure by the automatic stay.

10.     On May 17, 2007, Mr. DeBold's bankruptcy case was dismissed and the automatic stay dissolved.

11.     On or around June 1, 2007, Mr. Debold received the Court ordered notice regarding his rescission rights.  A true and correct copy of the Court ordered notice sent to Mr. DeBold is attached as Exhibit B.

12.      With the automatic stay lifted and because Mr. DeBold received the notice for borrowers facing foreclosure, I contacted counsel for Ameriquest on June 12, 2007 to confirm the agreement that his foreclosure was stayed. A true and correct copy of the June 12, 2007 email to Attorney LeSage is attached as Exhibit C.

13.     Also on June 12, 2007, in response, Ameriquest's counsel stated that he did not believe that a foreclosure proceeding was taking place but would "put a stop to the foreclosure just in case," and to consider Mr. DeBold's request as "granted." A true and correct copy of Attorney LeSage's response is attached as Exhibit D.

2

14.     On June 15, 2007, at Ameriquest's request, the Circuit Court of the 18th Judicial Circuit, in Brevard County, Florida issued an order resetting a foreclosure sale date on Mr. DeBold's property for Wednesday, July 25, 2007 at 11:00 a.m. A true and correct copy of the Brevard County Court's order is attached as Exhibit E.

15.     On June 21, 2007, I contacted Attorney LeSage by email to notify him of the Brevard County Court's order and requested that he contact Ameriquest to ensure compliance with the agreement to stay foreclosure proceedings. A true and correct copy of the June 21, 2007 email is attached as Exhibit F.

16.     On June 27, 2007, Gary Klein and I had a conference call with Attorney LeSage in which I again raised the issue of Mr. DeBold's foreclosure sale. Attorney LeSage advised us that he had communicated with Ameriquest about the issue and would get back to me.

17.     On July 23, 2007, I again contacted Attorney LeSage by email to remind him that Mr. DeBold's foreclosure sale was scheduled on July 25, 2007 and again requested a response regarding Ameriquest's intention to honor its agreement. A true and correct copy of the July 23, 2007 email is attached as Exhibit G.

18.     On July 23, 2007, I telephoned Attorney LeSage to follow up on my email. Attorney LeSage's secretary told me he would call me back.

19.     I never heard back from Attorney LeSage about whether tomorrow's foreclosure sale on Mr. DeBold's property would be cancelled.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts and the United States that the foregoing is true and correct.

Executed this 24th day of July, 2007 at Boston, Massachusetts.

/s/ Shennan Kavanagh
Shennan Kavanagh

3

**CERTIFICATE OF SERVICE**

I, Shennan Kavanagh, hereby certify that on this 24th day of July, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

/s/ Shennan Kavanagh
Shennan Kavanagh

*EXHIBIT A*

# RODDY KLEIN & RYAN

Attorneys at Law

727 Atlantic Ave., 2nd Floor
Boston, Massachusetts 02111

Shennan Kavanagh

Tel. (617) 357-5500 x 12
Fax (617) 357-5030
kavanagh@roddykleinryan.com

July 18, 2006

*By Certified Mail, Return Receipt
Requested No. 7000 1670 0000 7575 0953*

Mr. Aseem Mital
Chief Executive Officer
Ameriquest Mortgage Company
1100 Town & Country Road, Suite 200
Orange, CA 92868

*By Certified Mail, Return Receipt
Requested No. 7000 1670 0000 7575 0946*

Ameriquest Mortgage Company
1600 S Douglass Road
Anaheim, CA 92806

*By Certified Mail, Return Receipt
Request No. 7000 1670 0000 7575 1011*

AMC Mortgage Services
P.O. Box 11000
Santa Ana, CA 92711-1000

      Re: <u>Vaughn H DeBold</u>
           <u>6241 Golfview Avenue, Cocoa, Florida 32927</u>
           <u>Ameriquest Loan No.: 0063169841-7418</u>
           <u>Loan Date: November 24, 2004</u>

Dear Mr. Mital, Ameriquest Mortgage Company, and AMC Mortgage Services:

      I represent the above referenced homeowner, who entered into a consumer loan transaction with Ameriquest Mortgage Company in November, 2004. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Massachusetts Consumer Credit Cost Disclosure Act, M.G.L. c. 140D, §10 and the regulations promulgated thereunder, 209 CMR §32.23.

      Mr. DeBold retains a current right to rescind because the Notice of Right to Cancel form he received at the November 24, 2004 closing omitted both the date of the transaction as well as the date that the rescission period expired, and therefore failed to

*Vaughn DeBold*
*July 18, 2006*
*p. 2 of 2*

comply with Regulation Z §226.23(b)(1) and 209 CMR §32.23(2)(a). A copy of the Notice of Right to Cancel Mr. DeBold received at closing is enclosed.

Upon his rescission, the security interest held by Ameriquest as a result of this transaction is void pursuant to M.G.L. c. 140D §10(b), 209 C.M.R. §32.23(4). Pursuant to the state statute, your client has twenty days after receipt of this notice of rescission to return to Mr. DeBold all monies paid and to take any action necessary and appropriate to reflect termination of the security interest. Upon completion of these responsibilities, Mr. DeBold will perform all necessary actions required by M.G.L. c. 140D, §10 and 209 CMR §32.23, including tender of any amounts then due.

If your client fails to act in conformity with its statutory obligations, Mr. DeBold will consider his options, including but not limited to a legal action seeking a declaratory judgment that the loan is rescinded together with claims for statutory and actual damages, attorneys fees and costs. In addition, any violation of the federal or state truth in lending laws is a *per se* violation of the Massachusetts unfair or deceptive acts or practices statute as well as regulations enacted thereunder (Mass. Gen. Laws Ann. c. 93A, 940 C.M.R. §1.01 et seq.).

Mr. DeBold reserves the right to raise other bases upon which the loan at issue may be rescindable on statutory or common law grounds. If you have any questions please do not hesitate to contact me.

Sincerely,

Shennan Kavanagh

SK:esc
Enclosure
cc:     Vaughn DeBold
        Andrew Baron, Esquire

2

*EXHIBIT B*



# AMERIQUEST®
### MORTGAGE COMPANY

August 7, 2006                         *Via Federal Express*

Shennan Kavanagh, Esq.
Roddy Klein & Ryan
727 Atlantic Ave, 2nd Floor
Boston, Massachusetts 02111

*Re:*     *Borrower:*                           *Vaughn De Bold*
         *Ameriquest Loan Number Ending In:*    *XXXXXXX841*
         *Property Address:*                *6241 Golfview Ave*
                                              *Cocoa, Florida 32927*

Dear Ms. Kavanagh:

       This letter is in response to your correspondence of July 18, 2006 wherein you allege that Ameriquest Mortgage Company ("Ameriquest") violated the Truth-In-Lending Act due to your client receiving a Notice of Right to Cancel that "omitted both the date of the transaction as well as the date that the rescission period expired."

       Ameriquest disagrees with your statement. Please find attached a copy of the complete Notice of Right to Cancel executed by your client acknowledging his receipt of two complete copies.

       Notwithstanding the above, Ameriquest will grant your client's request to have his loan canceled. Pursuant to the Truth in Lending Act's provisions, we will require the return of all funds disbursed to your client or on your client's behalf in connection with the loan. Please remit to my attention $93,070.7695 in certified funds, by close of business on Monday, September 25, 2006.

       Please note that the payment must be made in certified funds or a cashier's check payable to AMC Mortgage Services, Inc. If a loan payment previously made by your client is subsequently returned for insufficient funds or otherwise rejected by the bank, the total amount due will increase. Upon confirmation of receipt of all amounts due, Ameriquest will release the mortgage.

       As a customer accommodation, Ameriquest will issue a check in the amount of $2,000.00 as payment of your client's attorney's fees condition upon your client's execution of a Settlement & Release Agreement. Please send to me your clients written acceptance of this offer no later than the close of business on August 18, 2006.

       You state that "In addition, any violation of the federal or state truth in lending laws is a per se violation of the Massachusetts unfair or deceptive acts or practices statue as well as

---

1100 Town & Country Road, Suite 1200, Orange, CA 92868 • Phone (714) 541-9960 • Fax (714) 564-9639



regulations enacted thereunder." Please note that your client's property is located in the state of Florida and the Massachusetts 93A law pertains to properties located in that state only.

Should you have any questions, please feel free to call me at (714) 541-9960, extension 15484.

Sincerely,

Sabrina Lemmon
Regulatory Response Analyst II
Ameriquest Mortgage Company

cc: Diane Tiberend, Esq.



*EXHIBIT C*

AMC Mortgage Services, Inc.
Santa Ana, CA 92711-1000



**MORTGAGE SERVICES**

June 1, 2007

DE BOLD VAUGHN H
6241 GOLFVIEW AVE
COCOA, FL 32927

VIA Certified Mail RRR and First Class Ma
Article No. 7182 6389 3060 1022 7757

Loan Number:       0063169841
Property Address:   6241 GOLFVIEW AVE, COCOA FL, 32927

Dear Homeowner(s):

Certain borrowers have challenged Ameriquest Mortgage Company's ("Ameriquest") practices under the Truth in Lending Act. They claim that Ameriquest has not provided proper Notices of Right to Cancel to its borrowers. Borrowers who did not receive a legally sufficient Notice of Right to Cancel have up to three years to cancel their mortgage transaction (four years in Massachusetts). The right to cancel ends if there is a completed foreclosure sale.

You have been identified as someone whose Ameriquest loan is subject to a foreclosure sale in the near future. You should review your transaction with an attorney or legal services organization to determine if you have an enforceable right to cancel and whether it is in your interest to cancel.

If you cancel, a court will need to determine if your cancellation is effective. If a court determines that your cancellation is effective, your mortgage will be void and you will not have to pay any finance charges. Instead, you will have to immediately repay any unpaid principal amount (for example, by refinancing your loan).

This Notice is being given to you pursuant to an order of the Court in "*In re Ameriquest Mortgage Company Mortgaged Lending Practices Litigation,*" M.D.L. No. 1715, Lead Case No. 05-cv-07097 (N.D. Ill.). Please do not call the Court.

Sincerely,

AMC Mortgage Services

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of

*EXHIBIT D*

**Shennan Kavanagh**

## Subject: Plaintiff Vaughn Debold.
**Date:** Tuesday, June 12, 2007 11:46 AM
**From:** Shennan Kavanagh <kavanagh@roddykleinryan.com>
**To:** "LeSage, Bernard" <BLESAGE@buchalter.com>
**Cc:** Gary Klein <klein@roddykleinryan.com>
**Conversation:** Plaintiff Vaughn Debold.

Dear Bernie,

Attached is a copy of the court-ordered notice regarding rescission rights that AMC sent to Vaughn Debold on June 1, 2007.

Mr. Debold is a named plaintiff and subject to our agreement whereby Ameriquest will not begin or continue any foreclosure proceedings against borrowers on whose behalf we have requested rescission without providing my office with 30 days notice.

Please confirm this with you client to ensure that no actions are taken that are inconsistent with our agreement and let me know the status as soon as possible as this is an urgent matter.

Thank you.

Shennan


--
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
P. 617.357.5500 ext. 12
F. 617.357.5030
kavanagh@roddykleinryan.com

*EXHIBIT E*

Shennan Kavanagh **Extraneous or confidential material redacted by Plaintiffs' Counsel.** Tue Jul 24 2007 9:17 AM

**Subject: RE: Plaintiff Vaughn Debold.**
**Date:** Tuesday, June 12, 2007 2:10 PM
**From:** LeSage, Bernard <BLESAGE@buchalter.com>
**To:** Shennan Kavanagh <kavanagh@roddykleinryan.com>
**Cc:** Gary Klein <klein@roddykleinryan.com>
**Conversation:** Plaintiff Vaughn Debold.

Shennan,
1. We are not sure that a foreclosure is proceeding in Debold, but we
have put a stop on foreclosure just in case. So consider your request
granted.

Bernard LeSage
Shareholder
Buchalter Nemer, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500 | Los Angeles, CA 90017-2457
Direct Dial: (213) 891-5230 | Cell Phone: (619) 985-4415 | Direct Fax:
(213) 630-5715 | Switchboard: (213) 891-0700
Email: blesage@buchalter.com

-----Original Message-----
From: Shennan Kavanagh [mailto:kavanagh@roddykleinryan.com]
Sent: Tuesday, June 12, 2007 8:47 AM
To: LeSage, Bernard
Cc: Gary Klein
Subject: Plaintiff Vaughn Debold.

Dear Bernie,

Attached is a copy of the court-ordered notice regarding rescission
rights that AMC sent to Vaughn Debold on June 1, 2007.

Mr. Debold is a named plaintiff and subject to our agreement whereby
Ameriquest will not begin or continue any foreclosure proceedings
against borrowers on whose behalf we have requested rescission without
providing my office with 30 days notice.

Please confirm this with you client to ensure that no actions are taken
that are inconsistent with our agreement and let me know the status as
soon as possible as this is an urgent matter.

Thank you.

Shennan

--
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
P. 617.357.5500 ext. 12
F. 617.357.5030
kavanagh@roddykleinryan.com

*EXHIBIT F*

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA
CIVIL DIVISION
CASE NO. 05-2005-CA-016845-XXXX-
XX

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE OF AMERIQUEST
MORTGAGE SECURITIES INC., ASSET
BACKED PASS-THROUGH CERTIFICATES,
SERIES 2003-11 UNDER THE POOLING &
SERVICING AGREEMENT DATED AS OF
NOVEMBER 1, 2003, WITHOUT RECOURSE,

Plaintiff,

vs.

VAUGHN H. DEBOLD A/K/A VAUGHN H. DE
BOLD, et al,

Defendants.

## ORDER ON MOTION TO RESET FORECLOSURE SALE DATE

THIS CAUSE, having come before the Court on Plaintiff's Motion to Reset Foreclosure Sale Date, and the

Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

The Foreclosure Sale is reset for _July 25, 2007_ at _11:00 AM_ in BREVARD COUNTY

GOVERNMENT CENTER -- NORTH, 518 SOUTH PALM AVENUE, BREVARD ROOM, TITUSVILLE, FL

32780, in accordance with section 45.031, Florida Statutes.

DONE AND ORDERED in Chambers at Viera, Brevard County, Florida, this ____ day of
_____, 2007.

ORIGINAL SIGNED ON

JUN 1 5 2007

_____
CIRCUIT COURT JUDGE

Copies to:
Law Office of Marshall C. Watson
1800 NW 49th Street, Suite 120
Fort Lauderdale, Florida 33309
Telephone: (954) 453-0365
Facsimile: (954) 771-6052
Toll Free: 1-800-441-2438

VAUGHN H. DEBOLD A/K/A VAUGHN H. DE BOLD
6241 GOLFVIEW AVENUE
COCOA, FL 32927

UNKNOWN TENANT(S) IN POSSESSION OF THE SUBJECT PROPERTY
6241 GOLFVIEW AVENUE
COCOA, FL 32927

ANDREW C BARON
ATTORNEY FOR DEBTOR
1803 EAST KALEY STREET
ORLANDO, FL 32806

05-02346

*EXHIBIT G*

**Extraneous or confidential material redacted by Plaintiffs' Counsel.**

**Subject: URGENT: Vaughn Debold  Foreclosure Sale Date.**
**Date:** Thursday, June 21, 2007 12:07 PM
**From:** Shennan Kavanagh <kavanagh@roddykleinryan.com>
**To:** "LeSage, Bernard" <BLESAGE@buchalter.com>
**Cc:** Gary Klein <klein@roddykleinryan.com>
**Conversation:** URGENT: Vaughn Debold  Foreclosure Sale Date.


Bernie,

It appears that there has not been a stop to Mr. Debold's foreclosure as there was apparently a
sale date scheduled that was reset. (see attached order).

This is an urgent matter as Mr. DeBold is a named plaintiff in the litigation and subject to our
Stipulation for Standstill. Please communicate this to your client so that we can make sure there
is no confusion on this matter.

Thank you.

Shennan

on 6/12/07 2:10 PM, LeSage, Bernard at BLESAGE@buchalter.com wrote:

> Shennan,
> 1.  We are not sure that a foreclosure is proceeding in Debold, but we
> have put a stop on foreclosure just in case.  So consider your request
> granted.

>
> Bernard LeSage
> Shareholder
> Buchalter Nemer, A Professional Corporation
> 1000 Wilshire Boulevard, Suite 1500 | Los Angeles, CA 90017-2457
> Direct Dial: (213) 891-5230 | Cell Phone: (619) 985-4415 | Direct Fax:
> (213) 630-5715 | Switchboard: (213) 891-0700
> Email: blesage@buchalter.com
>
> -----Original Message-----
> From: Shennan Kavanagh [mailto:kavanagh@roddykleinryan.com]
> Sent: Tuesday, June 12, 2007 8:47 AM
> To: LeSage, Bernard
> Cc: Gary Klein
> Subject: Plaintiff Vaughn Debold.
>
> Dear Bernie,
>
> Attached is a copy of the court-ordered notice regarding rescission
> rights that AMC sent to Vaughn Debold on June 1, 2007.
>
> Mr. Debold is a named plaintiff and subject to our agreement whereby
> Ameriquest will not begin or continue any foreclosure proceedings
> against borrowers on whose behalf we have requested rescission without
> providing my office with 30 days notice.
>
> Please confirm this with you client to ensure that no actions are taken
> that are inconsistent with our agreement and let me know the status as
> soon as possible as this is an urgent matter.

*EXHIBIT H*

Shennan Kavanagh **Extraneous or confidential material redacted by Plaintiffs' Counsel.** Tue, Jul 24, 2007 12:35 PM

**Subject: Higgins/Dudeck/Debold**
**Date:** Monday, July 23, 2007 1:53 PM
**From:** Shennan Kavanagh <kavanagh@roddykleinryan.com>
**To:** "LeSage, Bernard" <BLESAGE@buchalter.com>
**Cc:** "DTiberend@acc-capitalholdings.com" <DTiberend@acc-capitalholdings.com>, Gary Klein <klein@roddykleinryan.com>
**Conversation:** ██████████Debold

Dear Bernie,

Attached please find the following in connection with outstanding individual borrower issues:

██████████████████████████████████████

3. Order regarding a foreclosure sale date set for **July 25, 2007 at 11:00 am** on Vaughn DeBold's property.

My understanding based on our discussions is that:



3. You have emails from Ameriquest relating to the DeBold situation, which has now become urgent as the foreclosure sale date according to this order is for **July 25, 2007.** I have yet to receive a response from you regarding this and Mr. DeBold is one of the borrowers who is under our foreclosure stay agreement.

Thank you for your attention in these urgent matters.

Shennan
--
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
P. 617.357.5500 ext. 12
F. 617.357.5030
kavanagh@roddykleinryan.com