IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Morton Denlow |

### DECLARATION OF BERNARD LESAGE IN OPPOSITION OF BORROWER PLAINTIFF, VAUGH DEBOLD'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH AGREEMENTS TO STAY FORECLOSURE

I, Bernard LeSage, declare that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law duly licensed to practice before this Court and am a shareholder of Buchalter Nemer, A Professional Corporation, the attorneys of record for Defendants in this action. I make this declaration in opposition to Plaintiff, Vaugh Debold's ("Debold") emergency motion to compel compliance with agreements to stay foreclosure. If called upon to do so, I could and would testify to the truth thereof.

2. The foreclosure sale was taken off calendar on June 21, 2007 pursuant to the agreement. It has not been reset. Court records will confirm that the foreclosure sale has not been reset as attested to by Plaintiff's counsel.

3. The agreement to stay the foreclosure was also slightly mischaracterized by Plaintiff's counsel. The agreement was to stay the Debold foreclosure so long as Plaintiff's counsel was negotiating in good faith.

4. Defendants have offered and hereby offer Debold a full right of rescission, which is the relief requested by Debold's counsel of record. A true and correct copy of Defendant's offer was attached to the moving papers. Plaintiffs have not responded to such full offer of complete satisfaction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California this 24th day of July 2007.

*[signature]*
Bernard LeSage

BN 1310286v1

## CERTIFICATE OF SERVICE

    I, Bernard E, LeSage, hereby certify that on this 24th day of July 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                            By: /s/ Bernard E. LeSage