IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br> THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before the Honorable Marvin E. Aspen) <br><br> Magistrate Judge Morton Denlow |

**NOTICE OF WITHDRAWAL OF BORROWER PLAINTIFF, VAUGHN DEBOLD'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH AGREEMENTS TO STAY FORECLOSURE**

In reliance on the Declaration of Bernard LeSage, [Docket No. 917], Borrower Plaintiffs withdraw the emergency motion of Vaughn DeBold, ("Mr. DeBold") To Compel Compliance With Agreements To Stay Foreclosure, filed on July 24, 2007 [Docket No. 911]. Borrower Plaintiffs note that Attorney LeSage's Declaration contains an unfounded allegation that Borrower Plaintiffs mischaracterized facts to the Court. Attorney LeSage is wrong on this point. As described more fully in the Declaration of Shennan Kavanagh ("Kavanagh Decl."), [Docket No. 913], Attorney LeSage's client noticed a foreclosure sale subsequent to his communication to Borrower Plaintiffs' counsel that the foreclosure sale was canceled. While there may have been confusion about the sequence of events that lead to the motion, Attorney LeSage could have cleared up the confusion with a response to the various requests for clarification that were made prior to the filing of the motion. *See,* Kavanagh Decl., at ¶¶12-19.

Respectfully submitted,
Plaintiffs

Dated: July 25, 2007

| /s/ Kelly M. Dermody | /s/ Gary Klein |
|---|---|
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)  Gary Klein
Caryn Becker (CA Bar No. 196947)  Elizabeth Ryan
LIEFF, CABRASER, HEIMANN  Shennan Kavanagh
 & BERNSTEIN, LLP  RODDY KLEIN & RYAN
275 Battery Street, 30th Floor  727 Atlantic Avenue
San Francisco, CA  94111-3339  Boston, MA  02111-2810
Telephone:  (415) 956-1000  Telephone:  (617) 357-5500 ext. 15
Facsimile:  (415) 956-1008  Facsimile:  (617) 357-5030

/s/ Jill Bowman
Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*


/s/ Marvin A. Miller
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL  60606
Telephone:  (312) 525-8316
Facsimile:   (312) 525-8231

*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

I, Shennan Kavanagh, hereby certify that on this 25th day of July, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

<u>/s/ Shennan Kavanagh</u>
Shennan Kavanagh