## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 7/25/2007 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co., et al | | |

**DOCKET ENTRY TEXT**

We amend our June 25, 2007 decision (Dkt. 845) to reflect our recognition of this correction and provide that Samuel Greene, Jr.'s and Robert Muro's claims are no longer dismissed.

■ [ For further details see text below.]

Notices mailed by Judicial staff.

### STATEMENT

(Reserved for use by the Court)

### ORDER

Samuel Greene, Jr. and Robert Muro, plaintiffs in *Bailey, et al. v. Ameriquest Mortgage Co., et al.*, No. 06-cv-1733, move for amendment of judgment dismissing their claims for statutory damages. In an appendix filed in connection with an earlier opposition to a motion to dismiss, Plaintiffs did not correctly state the time differences between the dates on which they rescinded their loans and filed their complaints, respectively. (*See* Appendix A to Plaintiffs' supplement, Dkt. 722.)

Plaintiffs have corrected their earlier clerical error, and they have shown that they did in fact timely file their rescission-related claims. Accordingly, we amend our June 25, 2007 decision (Dkt. 845) to reflect our recognition of this correction and provide that Samuel Greene, Jr.'s and Robert Muro's claims are no longer dismissed.

It is so ordered.