# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO:<br>**Docket # 859** | (Centralized before<br>The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>       Third –Party Plaintiff,<br><br>  v.<br><br>TRANS UNION LLC, *et al.*<br><br>       Third-Party Defendants | |

## DEFENDANTS EQUIFAX'S AGREED MOTION
## FOR ENLARGEMENT OF TIME TO RESPOND TO THIRD PARTY COMPLAINT

Defendants Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc. and Equifax Marketing Services (collectively "Equifax"), by and through its attorneys and pursuant to Fed. R. Civ. P. 6(b), respectfully move this Court for a thirty (30) day enlargement of time to respond to Ameriquest's Third Party Complaint ("Third Party Complaint"). In support of its motion, Equifax states as follows:

1.    Equifax was served with the Third Party Complaint on July 13, 2007.

2.    Equifax's response to the Third Party Complaint is due August 2, 2007.

3.  Mara McRae, who will move for admission into this case, is expected to be lead counsel for Equifax. Unfortunately, Ms. McRae's father passed away this week and Ms. McRae has been away from the office tending to her family's needs.

4.  The Third Party Complaint against Equifax and the other third party defendants contain serious allegations, including claims for indemnification and contribution. Equifax requires time to properly investigate the allegations and formulate an appropriate response, including the possibility of a dispositive motion.

5.  Counsel for Equifax contacted counsel for Ameriquest who agreed to a thirty (30) day enlargement of time, up to and including September 1, 2007.

WHEREFORE, defendants Equifax respectfully request that this Court grant them an enlargement of time up to and including September 1, 2007, in which to respond to Ameriquest's Third Party Complaint.

Dated: July 26, 2007.

Respectfully submitted,

/s/ Bradley J. Miller
Bradley J. Miller
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Tel: 404-815-6500
Fax: 404-541-3308
Email: bmiller@kilpatrickstockton.com

Attorneys for Third Party Defendants
Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc., and Equifax Marketing Services

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed DEFENDANTS EQUIFAX'S AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THIRD PARTY COMPLAINT with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record in Case No. 05-07097.

                                        /s/ Bradley J. Miller
                                        Bradley J. Miller