**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: EQUIFAX'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THIRD PARTY COMPLAINT [DOCKET NO. 926] | |

**AMERIQUEST'S NOTICE OF NON-OPPOSITION TO EQUIFAX'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THIRD PARTY COMPLAINT**

On July 26, 2007, third party defendants Equifax Information Services LLC and Equifax Marketing Services filed a motion (Docket No. 926) to extend their time to respond to the Third Party Complaint filed by Ameriquest Mortgage Services (Docket No. 859) from August 2, 2007 until September 1, 2007.

Ameriquest does not oppose the granting of this motion.

DATED: July 26, 2007

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

1

2

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 26th day of July 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage