IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the<br>Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | July 27, 2007 |
| JOY MANGENE & GREGORY MANGENE,<br>      Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>      Defendants. | Case No. 1:06-cv-04713<br><br>Hon. Marvin E. Aspen |

PLAINTIFFS'' MOTION FOR LEAVE TO
FILE AMENDED COMPLAINT, *INSTANTER*

Pursuant to Federal Rule of Civil Procedure 15, the Plaintiffs in this action move the Court for leave to file an amended complaint *instanter*. A copy of the proposed amended complaint is attached as Exhibit A.

1.   This action was originally filed in the District of Connecticut. It was subsequently transferred to the Northern District of Illinois as a tag-along action to MDL No. 1715, *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*.

2. During the course of the discovery process, the Plaintiffs learned that the mortgage at issue in this action has been assigned to another entity.

3. The amended complaint adds this assignee as a defendant in this action and adds relevant assertions describing the assignment and the assignee's liability.

4. Ameriquest Mortgage Company has generally stipulated to the granting of motions for leave to amend plaintiffs' complaints to add assignees of the mortgage loans at issue as additional defendants.

5. The allegations of this amended complaint are the same as in the previous complaint.

6. The original and amended complaints assert that the Plaintiffs are entitled to rescind their mortgages. According to the Truth in Lending Acts "[a]ny consumer who has the right to rescind a transaction under section 1635 of this title may rescind the transaction as against any assignee of the obligation." 15 U.S.C. § 1641(c); Conn. Gen. Stats. § 36a-683(k)(3).

7. The original and amended complaints also assert violations of Connecticut's Unfair Trade Practices Act based on violations of the federal Real Estate Settlement Procedures and a state law regulating the amount of prepaid finance charges allowed in mortgages.

8. The amendments will not prejudice any party to this action. This motion is based on the above-described, newly discovered information, which constitutes good cause for granting the plaintiffs leave to amend the complaint.

WHEREFORE the Plaintiffs respectfully request that the Court enter an order granting them leave to amend the complaint *instanter*.

                                      PLAINTIFFS, GREGORY & JOY MANGENE

                                      /s/ Andrew G. Pizor
By: _____
                                      Andrew G. Pizor (ct27015)
                                      apizor@consumerlawgroup.com
                                      Consumer Law Group, LLC
                                      35 Cold Spring Rd.; Suite 512
                                      Rocky Hill, Connecticut 06067
                                      Tel. (860) 571-0408  Fax (860) 571-7457

## CERTIFICATE OF SERVICE

     I hereby certify that on this 27th day of July 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          /s/Andrew G. Pizor

# Exhibit A