# EXHIBIT A

# CHARLES M. BAIRD
ATTORNEY AT LAW
235 PEACHTREE STREET, SUITE 400
ATLANTA, GEORGIA 30303-1400

TELEPHONE (404) 287-2383
DIRECT DIAL (404) 522-9485

FACSIMILE (404) 522-9486
charlesmbaird@att.net

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7004 2890 0003 4833 9316
May 14, 2007

Ameriquest Mortgage Company
1600 S. Douglass Road
Anaheim, California 92806

Re: Loan No. 0144716883-5699
Transaction Between Nancy Elder Coleman, Robert L. Elder, and Ameriquest Mortgage Company, Dated February 14, 2006, Involving Note and Security Deed

Loan No. 0103956702-7447
Transaction Between Nancy Elder Coleman, Robert L. Elder, and Ameriquest Mortgage Company, Dated January 22, 2005, Involving Note and Security Deed

Dear Sir/Madam:

I represent Nancy Elder Coleman ("Ms. Coleman") and Robert L. Elder ("Mr. Elder") with regard to the transactions referenced above ("Transactions"). I have been authorized by Ms. Coleman and Mr. Elder to rescind the Transactions and hereby exercise that right on their behalf pursuant to the Truth in Lending Act ("TILA"), 15 U.S.C. §1635, and Regulation Z, 12 C.F.R. §226.23. Under TILA, this rescission is effective as to all aspects of the Transactions, including all documents signed in connection therewith, and automatically and immediately places the parties in the status quo ante, i.e., in their pre-contractual positions, before the Transactions were entered into.

Ms. Coleman and Mr. Elder have a present right to rescind the Transactions because in neither of the Transactions were they given proper disclosures under TILA of material credit terms or of their rights of rescission.

Ameriquest Mortgage Co.
May 14, 2007
2

      You have twenty days after receipt of this letter to return to my clients all monies paid by them in the Transactions and to take any action necessary to reflect the termination of any security interests created under the Transactions. If you ignore this requirement, you will be subject to actual and statutory damages under 15 U.S.C. § 1640(a).

                                          Sincerely,

                                          Charles M. Baird

cc:    L. Clint Crosby, Esq.
        Jonathan Cole, Esq.