IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO: Attached Service List

PLEASE TAKE NOTICE, that on Wednesday August 1, 2007 at 9:15 a.m. we shall appear before Magistrate Judge Morton Denlow in Room 1350 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **ROLAND ARNALL'S MOTION TO POSTPONE CERTAIN DEPOSITIONS**, a copy of which is hereby served upon you.

Dated: July 30, 2007                    ROLAND ARNALL

                                        By:   /s/ Alan N. Salpeter
                                              One of his attorneys

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
Therese King Nohos, Esq.
Bradley I. Schecter, Esq.
LEBOEUF, LAMB, GREENE & MACRAE LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, Illinois 60601-6710
Telephone: 312-794-8000
Facsimile: 312-794-8100

## SERVICE LIST

*In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*
*MDL Docket No. 1715*

*Attorneys for Plaintiffs*

Kelly M. Dermody
Caryn Becker
Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street
San Francisco, CA 94111
(415) 956-1000

Rachel Geman
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
(212) 355-9500

Marvin A. Miller
MILLER FAUCHER & CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
(312) 782-4800

Daniel A. Edelman
Albert F. Hofeld, Jr.
Cathleen M. Combs
James O. Latturner
EDELMAN COMBS LATTURNER &
 GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200

Gregory L. Paulson
Susan Ford Bedor
William H. Crowder
CROWDER, BEDOR & PAULSON, LLP
555 W 7th Street, Suite 201
St Paul, MN 55102
(651) 225-8330

Gary Edward Klein
Elizabeth A. Ryan
Shennan Kavanagh
John Roddy
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111
(617) 357-5500

Jill H. Bowman
Terry Smiljanich
John A. Yanchunis
JAMES HOYER NEWCOMER &
 SMILJANICH
1 Urban Centre
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
(813) 286-4100

Daniel S. Blinn
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
(860) 571-0408

Charles Delbaum
NATIONAL CONSUMER LAW CENTER
77 Summer Street, 10th Floor
Boston, MA 02110
(617) 542-8010

Michael D. Donovan
DONOVAN SEARLES
1845 Walnut Street, Suite 1100
Philadelphia, PA 19102
(215) 732-6067

1

Samuel H. Rudman
Evan Jay Kaufman
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

William Roderick Bowdoin
DARBY, PEELE, BOWDOIN & PAYNE
285 N.E. Hernando Avenue
Lake City, FL 32055
(386) 752-4120

Laurence G. Tien
BAILEY, PERRIN & BAILEY
440 Louisiana, Suite 2100
Houston, TX 77002
(713) 425-7240

Phillip R. Robinson
Nevett Steele, Jr.
CIVIL JUSTICE INC.
520 W. Fayette Street, Suite 410
Baltimore, MD 21201
(410) 706-0174

Ralph Scoccimaro
Jimmie H. Brown
BROWN & SCOCCIMARO, P.C.
P.O. Box 1646
Albany, GA 31702-2303
(229) 432-9310

John T. Whipple
Sean James Mack
PASHMAN STEIN PC
Court Plaza South
21 Main Street
Hackensack, NJ 07601
(201) 488-8200

Stephen G. Burns
Andrew S. Kasmen
BURNS & KASMEN
The Pavilion, Suite A-51
261 Old York Road
Jenkintown, PA 19046
(215) 517-5800

Douglas Bowdoin
LAW OFFICE OF DOUGLAS C. BOWDOIN
255 S. Orange Avenue, Suite 800
Orlando, FL 32801
(407) 422-0025

Jonathan Craig Bourne
LAW OFFICE OF J. CRAIG BOURNE
1520 E. Livingston Street
Orlando, FL 32803
(407) 894-6750

Richard S. Gordon
Martin Eugene Wolf
QUINN GORDON WOLF CHTD
102 W. Pennsylvania Ave., Suite 402
Towson, MD 21204
(410) 825-2300

Jonathan Andrews Boynton
KIRBY NOONAN LANCE & HOGE
One American Plaza
600 W. Broadway, Suite 1100
San Diego, CA 92101-3387
(619) 231-8666

Bryan A. Vroon
John W. Crongeyer
VROON & CRONGEYER LLP
1718 Peachtree Street, Suite 1088
Atlanta, GA 30309
(404) 607-6710

Richard J. Fuller
Seymour J. Mansfield
MANSFIELD TANICK & COHEN, PA
1700 U.S. Bank Plaza South
220 S. 6th Street, Suite 1700
Minneapolis, MN 55402-4511
(612) 339-4295

David S. Markum
MARKUM ZUSMAN & COMPTON LLP
17383 West Sunset Blvd., Suite A380
Pacific Palisades, CA 90272
(310) 454-5900

Edward S. Zusman
Kevin K. Eng
MARKUM ZUSMAN & COMPTON LLP
465 California Street, 5th Floor
San Francisco, CA 94104
(415) 438-4515

Matthew J Zevin
STANLEY MANDEL & IOLA
550 West C Street, Suite 1600
San Diego, CA 92101
(619) 235-5306

Andrew S. Kierstead
ANDREW S. KIERSTEAD LAW OFFICES
1001 South West Fifth Avenue, Suite 1100
Portland, OR 97204
(508) 224-6246

A. Hoyt Rowell, III
Daniel O. Myers
RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
(843) 727-6500

Bryan A. Kohm
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Theodore M. Hess-Mahan
Thomas G. Shapiro
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02108
(617) 439-3939

George L. Forbes
FORBES, FIELDS & ASSOCIATES
700 Rockefeller Building
614 West Superior Avenue
Cleveland, OH 44113
(216) 696-8076

Daniel Harris
Anthony Valach
THE LAW OFFICES OF DANIEL HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 960-1802

Marc R Stanley
Martin Woodward
Roger L Mandel
STANLEY MANDEL & IOLA
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
(214) 443-4300

Gary F. Lynch
R. Bruce Carlson
CARLSON LYNCH LTD.
36 North Jefferson Street
P.O. Box 7635
New Castle, PA 16107
(724) 656-1555

Emmett C. Stanton
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
(650) 988-8500

Shirley Hochhausen
COMMUNITY LEGAL SERVICES
2117-B University Avenue
East Palo Alto, CA 94303
(650) 326-6440

Gary Cook
A.R. Abdoulkarim
27801 Euclid Avenue, Suite 640
Euclid, OH 44132
(216) 261-8839

David J. George
Robert Jeffrey Robbins
Stuart A. Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561) 750-3000

Theresa I. Wigginton
LAW OFFICE OF THERESA I.
   WIGGINTON
915 Oakfield Road, Suite F
Brandon, FL 33511
(813) 653-2992

Dominic J. Ruzzi
Marvin Alan Miller
MILLER FAUCHER & CAFFERTY, LLP
30 North LaSalle Street, Suite 3200
Chicago, IL 60602
(312) 782-4880

*Attorneys for Defendants*

Craig Allen Varga
Jonathan N. Ledsky
VARGA BERGER LEDSKY HAYES &
   CASEY
224 South Michigan Ave., Suite 350
Chicago, IL 60604
(312) 341-9400

Stephen Philips Kikoler
Lorne Todd Saeks
Melinda J. Morales
James Michael Dash
MUCH, SHELIST, FREED, DENENBERG,
   AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60605-1615
(312) 521-2000

Thomas Joseph Wiegand
Greg J. Miarecki
WINSTON & STRAWN, LLP
35 West Wacker Drive, 41st Floor
Chicago, IL 60601
(312) 558-5600

Brian Marc Forbes
R. Bruce Allensworth
Joshua C. Rowland
Andrew Crandell Glass
KIRKPATRICK LOCKHART NICHOLSON
   & GRAHAM LLP
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

Steven E. Snow
PARTRIDGE SNOW & HAHN
180 South Main Street
Providence, RI 02903
(401) 861-8200

Kara A. Czanik
Michael A. Roberts
Harry W. Cappel
GRAYDON HEAD & RITCHEY
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157
(513) 621-6464

Steven J. McLaird
James K Langdon
Marisa A Hesse
P. Lee Merreot
Seth Leventhal
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600

Harry N. Arger
Richard Eric Gottlieb
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700

*Attorneys for Defendants JM Closing Services
and Jonathan Means*

Jennifer Ryan Lazenby
Raymond L Marshall
WHITEFORD, TAYLOR & PRESTON LLP
210 West Pennsylvania Avenue
Towson, MD 21204-4515
(410) 832-2000

5

## CERTIFICATE OF SERVICE

      Alan N. Salpeter, an attorney, hereby certifies that on this 30th day of July 2007, he caused a true and correct copy of the foregoing document, **NOTICE OF ROLAND ARNALL'S MOTION TO POSTPONE CERTAIN DEPOSITIONS** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        By:      /s/ Alan N. Salpeter  
                                                        Alan N. Salpeter