**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
|---|---|
| | Lead Case No. 05-cv-07097 |
| | The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**NOTICE OF APPEARANCE BY DEFENDANTS[1] IN OPT-OUT ACTIONS**

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants hereby make their appearance in each of the following actions:

| ILN 1:06-01716 | *Geis, et al. v. Ameriquest Mortgage Co. et al.* |
|---|---|
| ILN 1:06-02683 | *Tieri v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02828 | *Smith, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06441 | *Rosemon, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:04-07627 | *Furgeson v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-00648 | *Smith, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-01009 | *Jimenez, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-01077 | *Key v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-01078 | *Treadwell, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-01080 | *Talley, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-01218 | *Murray, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:05-01402 | *Wertepny, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-02625 | *Tremble v. Town & Country Credit Corp.* |
| ILN 1:05-03976 | *Mills v. Ameriquest Mortgage Co. et al.* |

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company ("AMQ"); AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc.; and Argent Mortgage Company, LLC.

1

| ILN 1:05-04025 | *Harris v. Ameriquest Mortgage Co. et al.* |
|---|---|
| ILN 1:05-04162 | *Salazar, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-04644 | *Luedtke, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-04723 | *Brown v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-05033 | *Doolittle, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-05035 | *Pintsak, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-05111 | *Brown, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-05911 | *Holzmeister v. Ameriquest Mortgage Co. et al.* |
| ILN 1:05-06158 | *Mayfield v. Town & Country Credit Corp.* |
| ILN 1:05-06172 | *Perry v. Ameriquest Mortgage Co., AMC Mortgage Services, Ameriquest Mortgage Securities* |
| ILN 1:05-06517 | *Polydoros, et al. v. Town & Country Credit Corp. et al.* |
| ILN 1:05-06808 | *Buckner v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-01438 | *Bergquist v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-01546 | *Thompson v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-01547 | *Lurry-Payne v. Town & Country Credit Corporation et al.* |
| ILN 1:06-01581 | *Rehbock v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-01691 | *Jude v. Town & Country Credit Corp. et al.* |
| ILN 1:06-01737 | *Mikowski, et al., v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-01738 | *Purdy-Roth, et al. v. Argent Mortgage Co., LLC et al.* |
| ILN 1:06-01829 | *Garcia v. Argent Mortgage Co. et al.* |
| ILN 1:06-01831 | *McGowan v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-01848 | *Hawkins v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-01849 | *Billings, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-01899 | *Wessel, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-01924 | *Pena v. Ameriquest Mortgage Co.* |
| ILN 1:06-01925 | *Daneau v. Ameriquest Mortgage Co.* |
| ILN 1:06-01926 | *Eyre v. Ameriquest Mortgage Co.* |
| ILN 1:06-01927 | *Parisi v. Ameriquest Mortgage Co.* |
| ILN 1:06-01928 | *Frost v. Ameriquest Mortgage Co.* |
| ILN 1:06-01929 | *Silvia v. Ameriquest Mortgage Co.* |
| ILN 1:06-01930 | *Creamer, III v. Ameriquest Mortgage Co.* |
| ILN 1:06-01931 | *Leclerc v. Ameriquest Mortgage Co.* |
| ILN 1:06-01945 | *Magliano, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-01947 | *Martin v. Argent Mortgage Co. et al.* |
| ILN 1:06-01950 | *Rodriguez, et al. v. Town & Country Credit Corporation et al.* |
| ILN 1:06-01981 | *Anderson, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02044 | *Jenkins v. Argent Mortgage Co. et al.* |
| ILN 1:06-02045 | *Green al. v. Argent Mortgage Co. et al.* |
| ILN 1:06-02187 | *Rodriguez, et al. v. Ameriquest Mortgage Co. et al.* |

| ILN 1:06-02333 | *Sedgwick, et al. v. Ameriquest Mortgage Co. et al.* |
|---|---|
| ILN 1:06-02430 | *Balark, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02472 | *Crane, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-02475 | *Leal v. Ameriquest Mortgage Co.* |
| ILN 1:06-02476 | *Gould v. Ameriquest Mortgage Co.* |
| ILN 1:06-02477 | *Silvia v. Ameriquest Mortgage Co.* |
| ILN 1:06-02478 | *Carney v. Ameriquest Mortgage Co.* |
| ILN 1:06-02482 | *Dougherty, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02549 | *Grabowski v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02637 | *Gburek v. Ameriquest Mortgage Co.* |
| ILN 1:06-02639 | *Gburek v. Argent Mortgage et al.* |
| ILN 1:06-02676 | *Besterfield v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02697 | *Wisniewski, et al. v. Town & Country Credit Corp. et al.* |
| ILN 1:06-02736 | *Rogers v. Town & Country Credit et al.* |
| ILN 1:06-02771 | *Jiles v. Argent Mortgage Co. et al.* |
| ILN 1:06-02807 | *Walker, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02809 | *Grabs v. Argent Mortgage Co., Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02826 | *Filian, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02829 | *Eson, et al. v. Argent Mortgage Co., LLC et al.* |
| ILN 1:06-02830 | *Brown, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02897 | *Rocco, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-02912 | *Dearden v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-03048 | *Harris, et al. v. Town & Country Credit Corp. et al.* |
| ILN 1:06-03126 | *McCall, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-03422 | *Nelson, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-03423 | *Jeffress, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-03424 | *Nauracy, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-03425 | *Carter, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-03426 | *Belford v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-03427 | *Gillespie v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-03704 | *Smith v. Town & Country Credit Corp. et al.* |
| ILN 1:06-04032 | *Damm, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04034 | *Veinot, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:06-04035 | *Ingham, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-04036 | *LaCross v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04037 | *Julien, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-04038 | *Jones, Jr. v. Argent Mortgage Co. et al.* |
| ILN 1:06-04040 | *Harris v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04043 | *Ameriquest Mortgage Co. v. Mattix, et al.* |
| ILN 1:06-04201 | *Clarke, et al. v. Ameriquest Mortgage Co. et al.* |

| ILN 1:06-04306 | *Cleveland v. Ameriquest Mortgage Co. et al.* |
|---|---|
| ILN 1:06-04415 | *Warren v. Ameriquest Mortgage Co., et al.* |
| ILN 1:06-04418 | *Black, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:06-04528 | *Bricker, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04560 | *Barletta v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04683 | *Cashen, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04684 | *Gelman, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04713 | *Mangene, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-04714 | *Sutton, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04715 | *Horne, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04716 | *Bothwell, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04719 | *Smith, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04720 | *Kukla v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04721 | *Lehr, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04722 | *Childres v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04723 | *Walsh, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04725 | *Davis v. Ameriquest Mortgage Co.* |
| ILN 1:06-04726 | *Graf v. Argent Mortgage Co.* |
| ILN 1:06-04727 | *Meehan, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-04728 | *Addison v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04741 | *Adkins v. Ameriquest Mortgage Co., et al.* |
| ILN 1:06-04866 | *Solnin, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04867 | *Applegate, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04868 | *Gerbig, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-04999 | *Kessler v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-05000 | *Leach v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-05146 | *Calder v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-05147 | *Lappin, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-05148 | *Thibodeau, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-05342 | *Whitsett v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-05373 | *Perez, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-05700 | *Krise, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-05701 | *Parker, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-05704 | *Korlacki v. Ameriquest Mortgage Co.* |
| ILN 1:06-05705 | *Duhamel, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-05707 | *Hartington, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-05708 | *Bertenshaw, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-05991 | *Bowden v. Argent Mortgage Co., et al.* |
| ILN 1:06-06043 | *Cole, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06373 | *O'Malley v. Ameriquest Mortgage Co. et al.* |

Case: 1:05-cv-07097 Document #: 946 Filed: 07/31/07 Page 5 of 10 PageID #:17554

| | |
|---|---|
| ILN 1:06-06375 | *O'Neil, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:06-06602 | *Ball-Daniel v. Argent Mortgage Co. et al.* |
| ILN 1:06-06604 | *Cooper, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06607 | *Hall v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06609 | *Maldonado, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06717 | *Freeberg, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06743 | *Jones, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-06744 | *Butt, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-06745 | *Pena, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-06746 | *Belliveau, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-06748 | *Burgess, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06749 | *Vincer v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06750 | *Duchene v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06751 | *Martinez, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06752 | *Vanderpol, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06753 | *Punch, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-06754 | *Moss, et al. v. Argent Mortgage Co.* |
| ILN 1:06-06761 | *Martin, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:06-06762 | *Foster v. Argent Mortgage Co. et al.* |
| ILN 1:06-06763 | *Robinson, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06765 | *Skanes v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06766 | *Landgren v. Argent Mortgage Co. et al.* |
| ILN 1:06-06784 | *Joyner, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06786 | *Scott, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06787 | *Shields v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06872 | *Ishmael, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:06-06945 | *Green, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06946 | *Muller, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-06947 | *Harrison v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-07017 | *Diggins v. Ameriquest Mortgage Co. et al.* |
| ILN 1:06-07062 | *Titus-Ashford v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00075 | *Karlin v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00095 | *Howard, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00108 | *Dumas, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00109 | *Correia, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-00110 | *Macswain v. Ameriquest Mortgage Co.* |
| ILN 1:07-00111 | *Whittall v. Ameriquest Mortgage Co.* |
| ILN 1:07-00112 | *Giuditta v. Ameriquest Mortgage Co.* |
| ILN 1:07-00113 | *Anderholm v. Ameriquest Mortgage Co.* |
| ILN 1:07-00114 | *Szurley v. Ameriquest Mortgage Co.* |

5

| ILN 1:07-00117 | King, et al. v. Ameriquest Mortgage Co. et al. |
|---|---|
| ILN 1:07-00118 | Campau, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00119 | Heard, et al. v. Argent Mortgage Co., LLC et al. |
| ILN 1:07-00120 | Lewis, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00121 | Conner, et al. v. Argent Mortgage Co. et al. |
| ILN 1:07-00122 | Hayden, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00123 | Burris, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00125 | Johnson, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00126 | Igaz, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00127 | Williams, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00128 | Orrison, et al. v. Argent Mortgage Co. et al. |
| ILN 1:07-00129 | Black, et al. v. Ameriquest Mortgage Co. |
| ILN 1:07-00130 | Brissett, et al. v. Ameriquest Mortgage Co. |
| ILN 1:07-00131 | Regine, et al. v. Ameriquest Mortgage Co. |
| ILN 1:07-00132 | Patrie v. Ameriquest Mortgage Co. |
| ILN 1:07-00133 | Beaudoin v. Ameriquest Mortgage Co. |
| ILN 1:07-00134 | Etienne v. Ameriquest Mortgage Co. |
| ILN 1:07-00135 | Simmons v. AMC Mortgage Services, Inc. dba Delaware AMC Mortgage Services |
| ILN 1:07-00136 | Pacheco v. AMC Mortgage Services, Inc. dba Delaware AMC Mortgage Services |
| ILN 1:07-00252 | Scott, et al. v. Argent Mortgage Co. et al. |
| ILN 1:07-00254 | Salinas, et al. v. Argent Mortgage Co. |
| ILN 1:07-00291 | Fuller, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00306 | Everhart, et al. v. Argent Mortgage Co. et al. |
| ILN 1:07-00308 | Lindsey v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00309 | Blackburn, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00310 | Chandler, et al. v. Ameriquest Mortgage Co. |
| ILN 1:07-00311 | Kelleher v. Ameriquest Mortgage Co. |
| ILN 1:07-00313 | Davis v. Argent Mortgage Co. |
| ILN 1:07-00315 | Roelofs, et al. v. Argent Mortgage Co. et al. |
| ILN 1:07-00316 | Nimox v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00317 | Gray, et al. v. Argent Mortgage Co. et al. |
| ILN 1:07-00318 | Hodor, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00319 | Wayland v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00320 | Shepard, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00321 | Bush, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00322 | Sturgis v. Ameriquest Mortgage Co. |
| ILN 1:07-00323 | Thompson v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00324 | Martin, et al. v. Ameriquest Mortgage Co. et al. |
| ILN 1:07-00325 | Dussia v. Ameriquest Mortgage Co. et al. |

| ILN 1:07-00326 | *Montgomery, et al. v. Ameriquest Mortgage Co. et al.* |
|---|---|
| ILN 1:07-00327 | *Washington, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00328 | *Archer, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00330 | *Ogun, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-00331 | *Fagnant, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-00332 | *Kielczewski v. Ameriquest Mortgage Co.* |
| ILN 1:07-00351 | *Britt, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00525 | *Davis, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-00553 | *Bumpers, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00586 | *Wright v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00620 | *Onesimus, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00726 | *Patterson v. Ameriquest Mortgage Co.* |
| ILN 1:07-00772 | *Johnson, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-00907 | *Enix, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01025 | *Lacasse, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-01026 | *Churchill, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01027 | *Wright, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01028 | *L'Heureux, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-01029 | *Demers, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-01030 | *Kelsey v. AMC Mortgage Services dba Delaware AMC Mortgage Services* |
| ILN 1:07-01082 | *Rodriguez, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01339 | *Booher v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01340 | *Fleming, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01341 | *Winters v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01342 | *Seger, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01343 | *Stratford, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01344 | *Davis, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:07-01345 | *Johnson, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:07-01346 | *Beane, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01347 | *Roop, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:07-01509 | *Guillemette, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-01510 | *Wright, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-01511 | *Pecor, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-01512 | *Lyness, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-01623 | *Miller, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01624 | *Howze, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:07-01625 | *Cowles, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:07-01626 | *Adams, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01627 | *Preimesberger, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01628 | *McKimmy, et al. v. Ameriquest Mortgage Co. et al.* |

| ILN 1:07-01629 | *Kanter, et al. v. Ameriquest Mortgage Co. et al.* |
|---|---|
| ILN 1:07-01630 | *Kosla, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01631 | *Eggert v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01745 | *Pierce, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01747 | *Wilson, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:07-01748 | *Anthony, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-01749 | *Belfeld, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:07-01750 | *Fonseca, et al. v. Ameriquest Mortgage Co. et al.* |
| ILN 1:07-02769 | *Holland v. Town & Country Credit Corp. et al.* |
| ILN 1:07-02770 | *Thompson v. Town & Country Credit Corp. et al.* |
| ILN 1:07-02773 | *Manier, et al. v. Argent Mortgage Co. et al.* |
| ILN 1:07-02775 | *Bennison, et al. v. Ameriquest Mortgage Co.* |
| ILN 1:07-03006 | *Morgida, et al. v. Ameriquest Mortgage Co. et al.* |
| | *Griffin v. Town and Country Credit Corp. et al.* |
| | *Fitzsimmons v. Ameriquest Mortgage Co.* |
| | *Sullivan v. Ameriquest Mortgage Co.* |
| | *Corrigan v. Argent Mortgage Co.* |
| | *Ritter, et al. v. Ameriquest Mortgage Co.* |
| | *Dixon, et al. v. Argent Mortgage Co.* |

Please send electronic notifications to the following individuals and make the proper notations to all proofs of service.

| Bernard E. LeSage, Esq. | blesage@buchalter.com | BUCHALTER NEMER, a Professional Corporation 1000 Wilshire Boulevard, Suite 1500 Los Angeles, CA 90017-2457 |
|---|---|---|
| Sarah K. Andrus, Esq. | sandrus@buchalter.com | Same address as above. |
| Karen L. Stevenson, Esq. | kstevenson@buchalter.com | Same address as above. |
| Michael B. Fisher, Esq. | mbfisher@buchalter.com | Same address as above. |
| Melody A. Petrossian, Esq. | mpetrossian@buchalter.com | Same address as above. |
| Cheryl M. Lott, Esq. | clott@buchalter.com | Same address as above. |

Dated: July 31, 2007

By: :____/s/ Bernard E. LeSage_____

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

9

## **CERTIFICATE OF SERVICE**

  I, Bernard E, LeSage, hereby certify that on this 31st day of July 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: /s/ Bernard E. LeSage