IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before the Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Magistrate Morton Denlow |

## NOTICE OF MOTION PURSUANT TO LOCAL RULE 26.2 FOR LEAVE TO FILE DECLARATION OF MARVIN A. MILLER AND EXHIBITS AS A RESTRICTED DOCUMENT

**PLEASE TAKE NOTICE** that on Monday, August 6, 2007 at 9:15 a.m., we shall appear before Magistrate Judge Morton Denlow, or any judge sitting in his stead, in Courtroom 1350 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the *Motion Pursuant to Local Rule 26.2 for Leave to File Declaration of Marvin A. Miller and Exhibits as a Restricted Document*, a copy of which is hereby served upon you.

Dated: July 31, 2007

By: */s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676

*Plaintiffs' Liaison Counsel*

Kelly M. Dermody (CA Bar No. 171716)
Caryn Becker (CA Bar No. 196947)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Rachel Geman (NY Bar No. RG 0998)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Jill H. Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER &
 SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone:  (617) 357-5500 ext. 15
Facsimile:   (617) 357-5030

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

  I, Marvin A. Miller, an attorney, hereby certifies that on July 31, 2007, service of the *Notice of Motion* and *Motion Pursuant to Local Rule 26.2 for Leave to File Declaration of Marvin A. Miller and Exhibits as a Restricted Document* was accomplished pursuant to ECF as to Filing Users and I will comply with LR 5.5 as to Non-ECF Users.

              */s/ Marvin A. Miller*
              Marvin A. Miller