**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

**DECLARATION OF MARVIN A. MILLER IN OPPOSITION
TO ARNALL'S REQUEST TO STAY MERITS DISCOVERY**

*RESTRICTED DOCUMENT PURSUANT TO L.R. 26.2
FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED
APRIL 26, 2007*

1. Marvin A. Miller, an attorney declares: I am the principal in the at the law firm of Miller Law LLC and Liaison Counsel for the Borrower Class and Non-Borrower Class Plaintiffs in this multidistrict proceeding.

2. On April 26, 2007, this Court entered a protective order [Docket Entry 730] providing a party with thirty days following receipt of a deposition transcript to designate testimony and exhibits as confidential. During the week of July 10th, 2007, counsel for the Borrower Class Plaintiffs' took the depositions of corporate witnesses Lori Grigg and Michael Gibson, designated by the Ameriquest entities to testify on certain topics. In an abundance of caution, this Declaration describing the testimony of Griggs and Gibson and the excerpts of those depositions that support the denial of Arnall's Motion for a Stay of Merits Discovery are filed herewith under seal given that

the time-frame for making confidential designations of such testimony has not yet expired.

    3.    Borrower Plaintiffs do not believe that the testimony recited should ultimately be protected or that Ameriquest has any legitimate claim for an on-going need to protect purported trade secrets as it is apparently winding down its business.

4. ███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████
██████████████████████████████████████
████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████████████████
████████████

5. ████████████████████████████████████
████████████████████████████████████
█████████████████████████████████████████████

3



      6.      Attached as Exhibit A and B are true and correct copy of excerpts of the depositions of Michael Gibson, and Lori Grigg.

      This declaration is signed on July 31, 2007 at Chicago, Illinois, under penalty of perjury pursuant to the laws of the United States.

                                                                                                      _____

                                                                                                       Marvin A. Miller

Exhibits A-B Will Be Filed Under Seal

And Have Been Omitted From This Public

Version

## **CERTIFICATE OF SERVICE**

  I, Marvin A. Miller, an attorney, hereby certify that on July 31, 2007, service of the ***Declaration of Marvin A. Miller in Opposition to Arnall's Request to Stay Merits Discovery*** was accomplished pursuant to ECF as to Filing Users and I will comply with LR 5.5 as to Non-ECF Users.

              */s/ Marvin A. Miller*
              Marvin A. Miller