**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

**STIPULATION WITH OPT OUT PLAINTIFFS RE DISCOVERY**

WHEREAS, on December 20, 2006, this Court ordered Defendants and representatives of the individual plaintiffs who have elected to opt out of the master class complaints (collectively, "Opt-Out Plaintiffs") to meet and confer in an effort to reach agreement as to discovery and other common procedural issues affecting the cases in which individuals assert that Defendants failed to provide them with proper notice of their rescission rights in violation of the Truth-In-Lending Act, 15 U.S.C. Section 1601, *et seq.* (collectively, the "Opt-Out Cases");

WHEREAS, since the December 20, 2006 Order, counsel for Defendants and members of the Individual Claims Steering Committee (the "Committee") have engaged in regular telephonic and written meet and confer discussions in an effort to comply with this Court's request;

WHEREAS, as a result of these efforts, counsel for Defendants, on behalf of their clients, and Opt-Out Plaintiffs represented by the undersigned counsel, have reached agreement on several discovery and procedural issues;

WHEREAS, to accomplish the foregoing, the parties, through their counsel of record, hereby enter into the following Stipulation:

(1) All parties shall use their best efforts to file all counter-claims and third-party complaints in the Opt-Out Cases according to the schedule contained in the Court's Minute Order dated March 22, 2007 [Docket No 617], and in any event no later than July 31, 2007;

(2) Opt-Out Plaintiffs hereby stipulate to the granting of motions for leave to amend any such consolidated third-party complaint to add additional cross-defendants related to subsequently filed cases;

(3) Defendants hereby stipulate to the granting of motions for leave to amend Plaintiffs' complaints to add assignees of the mortgage loans at issue as additional defendants;

(4) Opt-Out Plaintiffs shall use their best efforts to produce all documents in their possession, custody or control supporting the allegations and claims in their complaints by August 31, 2007;

(5) Defendants shall use their best efforts to (1) produce to Opt-Out Plaintiffs their complete loan file, (2) identify all assignees of Opt-Out Plaintiffs' loans with a name and address at which each assignee may be served, and (3) provide each Opt-Out Plaintiff with their complete account payment history on a rolling production basis by July 31, 2007, but in any event, to be completed no later than August 31, 2007; and

(6) Defendants shall use their best efforts to produce to each Opt-Out Plaintiffs all non-privileged written correspondence (including preliminary good faith estimates and Preliminary Truth in Lending Act disclosures) to and/or from each particular Opt-Out Plaintiff regarding his or her loan(s) on a rolling production basis through August 31, 2007, but in any event, to be completed no later than September 30, 2007.

**IT IS SO STIPULATED.**

Dated: July 31, 2007                                By: /s/ Charles M. Delbaum

*Attorneys for Certain Plaintiffs*

Charles M. Delbaum
National Consumer Law Center
77 Summer Street
10th Floor
Boston, MA 02110
(617) 542-8010

Dated: July 31, 2007

By: /s/ Daniel S. Blinn

*Attorneys for Certain Plaintiffs*

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd.
Suite 512
Rocky Hill, CT 06067
(860) 571-0408

Dated: July 31, 2007

By: /s/ Daniel Harris

*Attorneys for Certain Plaintiffs*

Daniel Harris, Esq.
LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

Dated: July 31, 2007 By: /s/ Daniel A. Edelman

*Attorneys for Certain Plaintiffs*

Daniel A. Edelman, Esq.
EDELMAN, COMBS, LATTURNER, &
GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603-3403

Dated: July 31, 2007 By: /s/ Charles M. Baird

*Attorneys for Certain Plaintiffs*

Charles M. Baird, Esq.
Attorney at Law
235 Peachtree Street, Suite 400
Atlanta, Georgia 30303-1400

Dated: July 31, 2007

By: /s/ Christopher M. LeFebvre

*Attorneys for Certain Plaintiffs*

Christopher M. LeFebvre, Esq.
Two Dexter Street
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

Dated: July 31, 2007

By: /s/ Anne Bergman

*Attorneys for Certain Plaintiffs*

Anne Bergman
1434 Triangle Drive
Houlton, WI 54082

Dated: July 31, 2007

By: /s/ Paul L. Brozdowski

*Attorneys for Certain Plaintiffs*

Paul L. Brozdowski, Esq.
Law Offices of Paul L. Brozdowski, LLC
10 Middle Street, 7th Floor
Bridgeport, CT 06604

Dated: July 31, 2007

By: /s/ Charles J. Roedersheimer

*Attorneys for Certain Plaintiffs*

Charles J. Roedersheimer
Thompson & DeVeny Co. LPA
1340 Woodman Drive
Dayton, OH 45432

Dated: July 31, 2007

By: /s/ Peter Lachmann

*Attorneys for Certain Plaintiffs*

Peter Lachmann
250 W. Main St
Rm. 210
Branford, CT 06405

Dated: July 31, 2007

By: /s/ Thomas J. Wiegand

Attorneys for Argent Mortgage Company, LLC

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: July 31, 2007

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

# **ORDER**

Counsel for Defendants and certain Opt-Out Plaintiffs having so stipulated, and the Court having considering the Motion for Entry of the Stipulation, **IT IS ORDERED** that:

(1) All parties shall use their best efforts to file all cross-complaints and third-party complaints in the Opt-Out Cases according to the schedule contained in the Court's Minute Order dated March 22, 2007 [Docket No 617], and in any event no later than July 31, 2007;

(2) Opt-out plaintiffs may not oppose any motions filed by any defendant for leave to amend any such consolidated third-party complaint to add additional cross-defendants in subsequently filed cases;

(3) Defendants may not oppose any motions for leave to amend Plaintiffs' complaints to add assignees of the mortgage loans at issue as additional defendants;

(4) Opt-Out Plaintiffs shall use their best efforts to produce all documents in their possession, custody or control supporting the allegations and claims in their complaints by August 31, 2007;

(5) Defendants shall use their best efforts to (a) produce to Opt-Out Plaintiffs their complete loan file, (b) identify all assignees of Opt-Out Plaintiffs' loans with a name and address at which each assignee may be served, and (c) provide Opt-Out Plaintiffs with their complete account history on a rolling production basis by July 31, 2007, but in any event, to be completed no later than August 31, 2007;

(6) Defendants shall use their best efforts to produce to Opt-Out Plaintiffs all non-privileged written correspondence (including all preliminary good faith estimates and Preliminary Truth in Lending Act disclosures) to and/or from each particular Opt-Out Plaintiff regarding his or her loan(s) on a rolling production basis through August 31, 2007, but in any event, to be completed no later than September 30, 2007.

//
//
//

(7)     This Stipulation shall apply to all Opt-Out Plaintiffs who are represented by counsel who signed the Stipulation.

(8)     Defendants' Motion to bind to all Opt-Out Plaintiffs who are not signatories to the Stipulation, but who were served with the Motion, is hereby _____**GRANTED** _____**DENIED**.

The following additional terms and conditions shall apply to those Opt-Out plaintiffs who are not signatories to the Stipulation:

**IT IS SO ORDERED.**

Dated:_____, 2007            _____
                                        THE HONORABLE MORTON DENLOW

BN 1324046v1                            8

**CERTIFICATE OF SERVICE**

    I, Bernard E. LeSage, hereby certify that on this 31st day of July 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 1287490v1