# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>==Magistrate Judge Morton Denlow== |

## PROPOSED BRIEFING SCHEDULE RE: MOTION TO ENTER STIPULATION WITH OPT-OUT PLAINTIFFS RE DISCOVERY

Pursuant to the Court's June 25, 2007 Order, Defendants, the Individual Claims Steering Committee, and certain opt-out plaintiffs hereby submit the following proposed briefing schedule in connection with the Motion to Enter Stipulation With Opt-Out Plaintiffs Re: Discovery (the "Motion"), filed concurrently herewith:

(1) Any opposition to the Motion shall be filed by August 30, 2007;

(2) Any response by the moving parties in support of the Motion shall be filed by September 13, 2007; and

(3) Any reply in opposition to the Motion shall be filed by September 20, 2007.

A briefing schedule is necessary in this matter because not all opt-out plaintiffs have approved the Motion and accompanying Stipulation, and the Motion seeks to bind those parties as well as the moving parties.

Dated: July 31, 2007               By: /s/ Charles M. Delbaum

                                                      *Attorneys for Certain Plaintiffs*

                                                      Charles M. Delbaum
                                                      National Consumer Law Center
                                                      77 Summer Street
                                                      10th Floor
                                                      Boston, MA 02110
                                                      (617) 542-8010

Dated: July 31, 2007

                                                  By: /s/ Daniel S. Blinn

                                                  *Attorneys for Certain Plaintiffs*

                                                  Daniel S. Blinn
                                                  Consumer Law Group
                                                  35 Cold Spring Rd.
                                                  Suite 512
                                                  Rocky Hill, CT 06067
                                                  (860) 571-0408

Dated: July 31, 2007

                                                  By: /s/ Daniel Harris

                                                  *Attorneys for Certain Plaintiffs*

                                                  Daniel Harris, Esq.
                                                  LAW OFFICES OF DANIEL HARRIS
                                                  150 N. Wacker Drive, Suite 3000
                                                  Chicago, IL 60606

| | |
|---|---|
| Dated: July 31, 2007 | By: /s/ Daniel A. Edelman |
| | *Attorneys for Certain Plaintiffs* |
| | Daniel A. Edelman, Esq.<br>EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC<br>120 S. LaSalle Street, 18th floor<br>Chicago, IL 60603-3403 |
| Dated: July 31, 2007 | By: /s/ Charles M. Baird |
| | *Attorneys for Certain Plaintiffs* |
| | Charles M. Baird, Esq.<br>Attorney at Law<br>235 Peachtree Street, Suite 400<br>Atlanta, Georgia 30303-1400 |
| Dated: July 31, 2007 | By: /s/ Christopher M. LeFebvre |
| | *Attorneys for Certain Plaintiffs* |
| | Christopher M. LeFebvre, Esq.<br>Two Dexter Street<br>P.O. Box 479<br>Pawtucket, RI 02862<br>(401) 728-6060 |
| Dated: July 31, 2007 | By: /s/ Anne Bergman |
| | *Attorneys for Certain Plaintiffs* |
| | Anne Bergman<br>1434 Triangle Drive<br>Houlton, WI 54082 |

Dated: July 31, 2007

By: /s/ Paul L. Brozdowski

*Attorneys for Certain Plaintiffs*

Paul L. Brozdowski, Esq.
Law Offices of Paul L. Brozdowski, LLC
10 Middle Street, 7th Floor
Bridgeport, CT 06604

Dated: July 31, 2007

By: /s/ Charles J. Roedersheimer

*Attorneys for Certain Plaintiffs*

Charles J. Roedersheimer
Thompson & DeVeny Co. LPA
1340 Woodman Drive
Dayton, OH 45432

Dated: July 31, 2007

By: /s/ Peter Lachmann

*Attorneys for Certain Plaintiffs*

Peter Lachmann
250 W. Main St
Rm. 210
Branford, CT 06405

Dated: July 31, 2007

By: /s/ Thomas J. Wiegand

Attorneys for Argent Mortgage Company, LLC

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

BN 1323019v1

4

Dated:  July 31, 2007 By: /s/  Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 31st day of July 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage