# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.

                         Plaintiff,

v.                                              Case No.: 1:05−cv−07097

                                                               Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 1, 2007:

      MINUTE entry before Judge Morton Denlow : Motion hearing held on 8/1/2007. Defendant Roland Arnall's motion to postpone certain depositions [934] is denied without prejudice to Mr. Arnall to seek discovery in the event he remains a defendant in this case. Motion for leave to file declaration of Marvin A. Miller and exhibits as a restricted document [947] is granted as stipulated by the parties. Motion hearing set for 8/6/07 is stricken. Motion to compel compliance with agreements to stay foreclosure [911] is withdrawn.Motions terminated: MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams(Emergency) To Compel Compliance With Agreements To Stay Foreclosure[911], MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl WilliamsMotion Pursuant to Local Rule 26.2 for Leave to File Declaration of Marvin A. Miller and Exhibits as[947], MOTION by Defendant Roland Arnall to stay Roland Arnall's Motion To Postpone Certain Depositions[934] Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.