AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO:
THE CONSOLIDATED COMPLAINT FOR
CLAIMS OF NON-BORROWERS [DOCKET
NO. 323]

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation,

    Defendant and Third-Party
    Plaintiff,
v.

TRANS UNION LLC, et al.

    Third-Party Defendants.

MDL NO. 1715

LEAD CASE NO. 05-CV-07097

(CENTRALIZED BEFORE THE HONORABLE MARVIN E. ASPEN)

To: Name and address of Third Party Defendant

Trans Union Corporation
c/o United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SEE ATTACHED EXHIBIT "A"

DEFENDANT AND THIRD-PARTY PLAINTIFF'S
ATTORNEY (name and address)

Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK
URI ISUFI

JUL 1 0 2007

(By) DEPUTY CLERK      DATE

## EXHIBIT "A"

1. Kelly M. Dermody
   Caryn Becker
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339

2. Gary Klein
   Elizabeth Ryan
   Shennan Kavanagh
   RODDY KLEIN & RYAN
   727 Atlantic Avenue
   Boston, MA 02111-2810

3. Terry Smiljanich
   Jill Bowman
   JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
   One Urban Center, Suite 550
   4830 West Kennedy Blvd., Suite 550
   Tampa, FL 33609

BN 1290283v1

# Affidavit of Process Server

| AMERIQUEST MORTGAGE CO | VS TRANS UNION LLC | 05-CV-07097 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

JAVIER SANCHEZ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served TRANS UNION CORPORATION
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) THIRD PARTY SUMMONS & COMPLAINT

by leaving with MARY DRUMMOND       PROCESS AGENT       At
                NAME                  RELATIONSHIP

☐ Residence _____
              ADDRESS               CITY / STATE

☒ Business C/O UNITED STATES CORPORATION COMPANY
              ADDRESS               CITY / STATE

On 7/13/07 AT 3:15 PM
   DATE          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                              DATE
from_____
     CITY      STATE      ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                    DATE       TIME         DATE       TIME
(3)_____ (4)_____ (5)_____
    DATE     TIME            DATE     TIME            DATE     TIME

AGE 40   Sex FE   Race WHI   Height 5'6   Weight 140   HAIR BLACK

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 13TH day of JULY ,2007.

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC - DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS