IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Magistrate Judge Morton Denlow |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective July 20, 2007 the address of MILLER LAW LLC changed to:

> MILLER LAW LLC
> 115 S. LaSalle Street
> Suite 2910
> Chicago, IL 60603
> (312) 332-3400
> Fax (312) 676-2676

Kindly use the new firm address, telephone and fax numbers in all pleadings, correspondence, and other documents.

Dated: August 2, 2007

> */s/ Marvin A. Miller*
> By: Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax (312) 676-2676

**CERTIFICATE OF SERVICE**

  I, Marvin A. Miller, an attorney, hereby certifies that on August 2, 2007, service of *Notice of Change of Address* was accomplished pursuant to ECF as to Filing Users and I will comply with LR 5.5 as to Non-ECF Users.

                */s/ Marvin A. Miller*
                Marvin A. Miller Law, LLC