

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

In Re Ameriquest Mortgage Co.
Mortgage Lending Practices Litigation

Case Number: 1:05-cv-07097

**KC FILED**
AUG 0 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third Party Defendant ChoicePoint Precision Marketing, Inc.

Note: Pursuant to MDL Rule 1.4, the pro hac vice requirement is waived.

| NAME (Type or print) |  |
|---|---|
| Laurie S. Fulton |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Laurie S. Fulton | |
| FIRM | |
| Williams & Connolly LLP | |
| STREET ADDRESS | |
| 725 Twelfth Street, N.W. | |
| CITY/STATE/ZIP | |
| Washington, D.C. 20005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|  | (202) 434-5787 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |