

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

In Re Ameriquest Mortgage Co.
Mortgage Lending Practices Litigation

Case Number: 1:05-cv-07097

**KC FILED**

AUG 0 1 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third Party Defendant ChoicePoint Precision Marketing, Inc.

Note: Pursuant to MDL Rule 1.4, the pro hac vice requirement is waived.

| |
|---|
| NAME (Type or print)<br>Paven Malhotra |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| FIRM<br>Williams & Connolly LLP |
| STREET ADDRESS<br>725 Twelfth Street, N.W. |
| CITY/STATE/ZIP<br>Washington, D.C. 20005 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(202) 434-5798 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |