*PH*

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:05-cv-07097 |
| In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | **KC FILED** AUG 0 1 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third Party Defendant ChoicePoint Precision Marketing, Inc.

Note: Pursuant to MDL Rule 1.4, the pro hac vice requirement is waived.

| NAME (Type or print) |
|---|
| Jon R. Fetterolf |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| |

| FIRM |
|---|
| Williams & Connolly LLP |

| STREET ADDRESS |
|---|
| 725 Twelfth Street, N.W. |

| CITY/STATE/ZIP |
|---|
| Washington, D.C. 20005 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | (202) 434-5351 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐