

KC FILED
AUG 0 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO DOCKET #859 | |
| AMERIQUEST MORTGAGE CO., <br><br> Third Party Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, et. al, <br><br> Third Party Defendants. | |

## CHOICEPOINT PRECISION MARKETING, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMERIQUEST MORTGAGE CO.'S THIRD PARTY COMPLAINT

Defendant ChoicePoint Precision Marketing, Inc. ("CPPM"), by and through its attorneys and pursuant to Fed. R. Civ. P. 6(b), hereby moves this Court for an extension of time to move, answer or otherwise respond to Ameriquest's Third Party Complaint ("Third Party Complaint") until September 7, 2007. In support of this Unopposed Motion, CPPM states the following:

1. On July 5, 2007, Defendant Ameriquest Mortgage Co. filed its Third Party Complaint against CPPM, Trans Union LLC, Trans Union Corporation, Equifax Credit Information Service, Inc., and Equifax Marketing Services.

2. CPPM was served with the Third Party Complaint on July 13, 2007.

3. CPPM's response is due on August 2, 2007.

4. The Third Party Complaint against CPPM contains serious allegations including claims for indemnification and contribution. CPPM requires time to properly investigate the allegations and formulate an appropriate response, including the possibility of a dispositive motion.

5. Counsel for CPPM conferred with counsel for Ameriquest Mortgage Co. on July 25, 2007 and again on July 31, 2007. Counsel for Ameriquest Mortgage Co. confirmed it does not oppose this extension.

6. This motion is not intended to cause undue delay or annoyance, and no party will be prejudiced if this motion is granted.

WHEREFORE, Third Party Defendant ChoicePoint Precision Marketing, Inc. respectfully requests that this Court grant it an extension up to and including September 7, 2007 to move, answer, or otherwise respond to the Third Party Complaint, and grant such further relief as it deems appropriate.

Dated: July 31, 2007.

Respectfully Submitted,

ChoicePoint Precision Marketing, Inc.

By: _____
One of Its Attorneys

Laurie S. Fulton (lfulton@wc.com)
Jon R. Fetterolf (jfetterolf@wc.com)
Paven Malhotra (pmalhotra@wc.com)
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007 I served ChoicePoint Precision Marketing, Inc.'s

Unopposed Motion for Extension of Time to Respond to Ameriquest Mortgage Co.'s Third Party

Complaint by first class mail upon the below listed parties:

Jay Ziegler
Buchalter Nemer, P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California, 90017
*Counsel for Third Party Plaintiff Ameriquest Mortgage Co.*

Bradley J. Miller
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
*Counsel for Third Party Defendants Equifax Credit Information Service, Inc. and Equifax Marketing Services*

Trans Union LLC
Attention: Legal Department
555 Adams Street
Chicago, IL 60661
*Third Party Defendant*

Trans Union Corporation
Attention: Legal Department
555 Adams Street
Chicago, IL 60661
*Third Party Defendant*

Caryn Becker
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street
San Francisco, CA 94111
*Counsel for Non-Borrower Plaintiffs*

Gary Klein
Roddy Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111
*Counsel for Non-Borrower Plaintiffs*

Jill H. Bowman
James, Hoyer, Newcomber & Smiljanich, P.A.

One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
*Counsel for Non-Borrower Plaintiffs*

Marvin Miller
Miller Faucher and Cafferty LLP
30 N. LaSalle Street
Suite 3200
Chicago, IL 60602
*Counsel for Non-Borrower Plaintiffs*

Laurie S. Fulton