**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** | ) ) ) ) ) | **MDL NO. 1715**  **Lead Case No. 05 C 07097**  **(Centralized before Judge Aspen)** |
| **JOSEPH and MONTREA KITE,** | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **No. 07 C 4059** |
| **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY,** | ) ) ) ) ) | **Judge Kendall** |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION FOR REASSIGNMENT OF
<u>RELATED ACTION</u>**

Defendants, Ameriquest Mortgage Company and AMC Mortgage Services, Inc.,

("Defendants"), move, pursuant to Northern District of Illinois Local Rule 40.4(c), to reassign this

lawsuit to the pending MDL proceeding, <u>In re Ameriquest Mortgage Co., Mortgage Lending</u>

<u>Practices Litigation</u>, MDL Docket No. 1715, Lead Case No. 05 C 7097 (Aspen, J.) ("Ameriquest

MDL Litigation"). In support of their motion, Defendants state as follows:

<u>**Introduction**</u>

1.      There is pending in the U.S. District Court for the Northern District of Illinois the

MDL proceeding <u>In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation</u>, MDL

Docket No. 1715, Lead Case No. 05 C 7097 (Aspen, J.) ("Ameriquest MDL Litigation"). The

Ameriquest MDL Litigation includes hundreds of lawsuits challenging loans originated by

Ameriquest Mortgage Company.

2.    Reassignment of this lawsuit is warranted for two reasons. First, this lawsuit is "related" under Local Rule 40.4(a) to many of the actions now pending in the Ameriquest MDL Litigation. Plaintiffs in this lawsuit assert violations of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, including the alleged failure to properly disclose the borrowers' right to cancel the loan. There presently are more than 150 individual lawsuits pending in the Ameriquest MDL Litigation that advance the same allegations, including Borrowers' Consolidated Class Action Complaint.

3.    Second, all of the conditions for reassignment of this lawsuit under Local Rule 40.4(b) are satisfied: this lawsuit is pending before another judge in this District; the handling of this lawsuit by this Court will result in a substantial saving of judicial time and effort; this lawsuit has not progressed to the point where transferring it to the Ameriquest MDL Litigation would likely delay the proceedings substantially; and this lawsuit and the actions in the Ameriquest MDL Litigation are susceptible to disposition in a single proceeding because they have substantial areas of overlap.

4.    Recently, this Court, in a different lawsuit, filed on behalf of different borrower-Plaintiffs, granted Defendants' motion for reassignment of related action (see Yeaman v. Ameriquest Mortgage Co., No. 06 C 6967 (N.D. Ill. May 9, 2007), attached as Exhibit A).

## Argument

5.    To have a lawsuit reassigned based on relatedness, the movant must satisfy both Local Rule 40.4(a) and (b). Donahue v. Elgin Riverboat Resort, No. 04 C 816, 2004 WL 2495642, at *2 (N.D. Ill. Sept. 28, 2004). This Court has the sound discretion to reassign a lawsuit under Local Rule 40.4. Clark v. Ins. Car Rentals Inc., 42 F. Supp. 2d 846, 847 (N.D. Ill. 1999). Local Rule 40.4(a) provides that cases are "related" if: (1) the lawsuits involve the same property; (2) the lawsuits involve some of the same issues of fact or law, (3) the lawsuits grow out of the same transaction or occurrence; or (4) in class action lawsuits, one or more of the classes involved in the

2

lawsuits is or are of the same. Rule 40.4(a) "does not require complete identity of issues in order for cases to be considered related." Fairbanks Capital Corp. v. Jenkins, No. 02-C-3930, 2002 WL 31655277, at *2 (N.D. Ill. Nov. 25, 2002). Rather, it is enough that the lawsuits "involve some of the same issues of fact or law." Lawrence E. Jaffe Pension Plan v. Household Int'l., Inc., No. 02-C-5893, 2003 WL 21011757, at *3 (N.D. Ill. May 5, 2003) (emphasis in original).

6.      Once the lawsuits have been found to be related, Local Rule 40.4(b) imposes four additional conditions that must be satisfied before a lawsuit may be reassigned: (1) both lawsuits must be pending in the Northern District of Illinois; (2) reassignment must result in a substantial saving of judicial time and effort; (3) the earlier lawsuit must not have progressed to the point where designating the lawsuits as related would be likely to delay the proceedings in the earlier lawsuit substantially; and (4) the lawsuits must be susceptible of disposition in a single proceeding. Reassignment of this lawsuit to the Ameriquest MDL Litigation and this Court satisfies the requirements of Local Rule 40.4(a) and (b); this Court should grant this motion for reassignment.

### Lawsuit Is "Related" Under Local Rule 40.4(a).

7.      This lawsuit is "related" under Local Rule 40.4 to many actions now pending in the Ameriquest MDL Litigation. In this lawsuit, Plaintiffs allege that Defendants violated TILA by failing to provide Plaintiff with proper notice of its TILA rescission rights (Kite Complaint, ¶¶ 12, 25-31, as Exhibit B). Presently, there are more than 150 actions pending in the Ameriquest MDL Litigation that involve allegations that Defendants violated TILA by failing to provide borrowers with proper notice of their TILA rescission rights. Accordingly, this lawsuit is "related" to these actions within the meaning of Local Rule 40.4(a).

### The Conditions For Reassignment Under Local Rule 40.4(b) Are Satisfied.

8.      All of the conditions for reassignment of this lawsuit under Local Rule 40.4(b) are satisfied. First, this lawsuit is pending before another judge in this District (Judge Kendall). Second,

the handling of this lawsuit by this Court unquestionably will result in a substantial savings of judicial

time and effort. Indeed, the Seventh Circuit Court of Appeals has criticized judges of this District

for permitting separate lawsuits involving similar claims and the same defendants to proceed along

different tracks before different judges, resulting in numerous and disparate decisions, as well as

multiple appeals. See, e.g., Smith v. Check-N-Go of Illinois, Inc., 200 F.3d 511, 513 (7th Cir. 1999).

Third, this lawsuit was filed recently, in July 2007. This lawsuit is at the beginning; it has not

progressed to the point where designating this lawsuit is "related" would delay the proceedings.

Finally, this lawsuit and the actions in the Ameriquest MDL Litigation are susceptible to disposition

in a single proceeding because they assert common legal claims under TILA.

       9.      Accordingly, this Court, as in Yeaman, should reassign this lawsuit to the Ameriquest

MDL Litigation as a "related" action for pretrial proceedings along with the other pending lawsuits

in the Ameriquest MDL Litigation.

       WHEREFORE, Defendants, Ameriquest Mortgage Company and AMC Mortgage Services,

Inc., respectfully request that this Court grant Defendants' motion for reassignment of related action

and reassign this lawsuit, Kite, as a "related" action to the Ameriquest MDL Litigation.

Dated: August 6, 2007             Respectfully submitted,

                           AMERIQUEST MORTGAGE COMPANY and
                           AMC MORTGAGE SERVICES, INC.,
                           Defendants

                         By:  s/ Jonathan N. Ledsky
                                One of Their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue, Suite 350
Chicago, Illinois 60604
(312) 341-9400

## CERTIFICATE OF SERVICE

Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Defendants' Motion for Reassignment of Related Action** was filed electronically via CM/ECF e-Filing this 6th day of August, 2007. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**1:05-cv-7097 Notice has been electronically mailed to:**

**Anthony P. Valach , Jr**      anthonyvalach@sbcglobal.net, lodhecf@sbcglobal.net

**Sarah K. Andrus**      sandrus@buchalter.com

**Harry N. Arger**      harger@dykema.com

**Charles McLeod Baird**      charlesmbaird@att.net

**Caryn Becker**      cbecker@lchb.com,glewis@lchb.com

**Anne A Bergman**      aabergman@aol.com

**Daniel S. Blinn**      dblinn@consumerlawgroup.com, tbenoit@consumerlawgroup.com

**Brandon A Block**      bblock@buchalter.com

**Jill Henniger Bowman**      jbowman@jameshoyer.com

**James McGinnis Boyers**      jboyers@woodmclaw.com, scraig@woodmclaw.com

**Brian Lewis Bromberg**      brian@bromberglawoffice.com, brian.bromberg@gmail.com

**Jimmie H. Brown**      help@bspclaw.com

**David Edward Dahlquist**      ddahlquist@winston.com, ECF_CH@winston.com

**James Michael Dash**      jdash@muchshelist.com

**Charles M. Delbaum**    cdelbaum@nclc.org

**Kelly M Dermody**    kdermody@lchb.com

**Daniel A. Edelman**    courtecl@edcombs.com, dedelman@edcombs.com

**Lori Ann Fanning**    LFanning@MillerLawLLC.com, MMiller@MillerLawLLC.com, JRamirez@millerlawllc.com

**Michelle Bacher Fisher**    mfisher@dykema.com, mseaton@dykema.com

**Rachel Geman**    rgeman@lchb.com

**Tara Leigh Goodwin**    tgoodwin@edcombs.com

**Richard Eric Gottlieb**    rgottlieb@dykema.com, tgale@dykema.com, ifrye@dykema.com

**Daniel Mark Harris**    lawofficedh@yahoo.com

**Stanley L. Hill**    stanhill@megsinet.net

**Albert F Hofeld , Jr**    ahofeld@edcombs.com

**Evan Jay Kaufman**    ekaufman@lerachlaw.com, amartin@lerachlaw.com

**Shennan Kavanagh**    kavanagh@roddykleinryan.com

**Keith James Keogh**    Keith@Keoghlaw.com, Linda@Keoghlaw.com

**Synde B. Keywell**    synde.keywell@bryancave.com

**Stephen Philip Kikoler**    skikoler@muchshelist.com

**Gary Edward Klein**    klein@roddykleinryan.com, pereira@roddykleinryan.com

**Richard A. Kudla**    richard.kudla@aig.com

**Bernard E. LeSage**    blesage@buchalter.com

**Jonathan N. Ledsky**    jledsky@vblhc.com, sortega@vblhc.com

**Richard Andre Lilly**    rlilly@ademilaw.com

**Joshua R. Mandell**    jmandell@buchalter.com

**Greg J. Miarecki**    gmiarecki@winston.com, selberts@winston.com, ECF_CH@winston.com

**Bradley J Miller**          bmiller@kilpatrickstockton.com

**Marvin Alan Miller**        Mmiller@millerlawllc.com, Lfanning@millerlawllc.com,
Jramirez@millerlawllc.com

**Melinda J. Morales**        mmorales@muchshelist.com, jbednarz@muchshelist.com

**Therese King Nohos**        tnohos@llgm.com

**Andrew G. Pizor**           apizor@consumerlawgroup.com ,tbenoit@consumerlawgroup.com

**Dominic J. Rizzi**        drizzi@caffertyfaucher.com, snyland@caffertyfaucher.com,
bfreiman@caffertyfaucher.com

**Samuel H Rudman**           srudman@lerachlaw.com

**Lorne Todd Saeks**          lsaeks@muchshelist.com, nwallace@muchshelist.com

**Alan Norris Salpeter**      asalpeter@llgm.com, mhanson@llgm.com, jfriedman@llgm.com

**Bradley Ian Schecter**      bschecter@llgm.com

**Vincent P. Schmeltz , III**  vschmeltz@llgm.com

**Ralph O. Scoccimaro**       help@bspclaw.com

**Terry A Smiljanich**        tsmiljanich@jameshoyer.com, dstephens@jameshoyer.com,
jbowman@jameshoyer.com, lmartin@jameshoyer.com

**Kristina M Van Buskirk**    Kvanbuskirk@ngelaw.com

**Craig Allen Varga**         cvarga@vblhc.com

**Thomas Joseph Wiegand**     twiegand@winston.com, ECF_CH@winston.com

**Renee Lynn Zipprich**       rzipprich@dykema.com, cmandel@dykema.com

   Further, Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the

foregoing **Defendants' Motion for Reassignment of Related Action** was served upon:

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Elmer E. Evans
1137 13th Street
Des Moines, IA 50314

Jon R. Fetterolf
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Laurie S Fulton
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Cheryl M. Lott
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Paven Malhotra
Williams & Co;nnolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Brian H. Newman
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Melody A. Petrossian
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Bryan Anthony Vroon
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, GA 30309

by placing same in the United States mail chute located at 224 South Michigan Avenue, Chicago,

Illinois 60604, properly addressed and postage fully prepaid, this 6th day of August, 2007, on or

before the hour of 5:00 p.m.

s/Jonathan N. Ledsky