**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** | ) ) ) ) ) | **MDL NO. 1715**<br><br>**Lead Case No. 05 C 07097**<br><br>**(Centralized before Judge Aspen)** |
| **JOSEPH and MONTREA KITE,** | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **No. 07 C 4059** |
| **AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY,** | ) ) ) ) ) | **Judge Kendall** |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To:     Daniel Harris, Esq.
         Anthony Valach, Esq.
         The Law Offices of Daniel Harris
         150 N. Wacker Drive, Suite 3000
         Chicago, IL 60606

**SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or

any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219

South Dearborn Street, Chicago, Illinois, on Tuesday, August 21, 2007, at 10:30 a.m., or as soon

thereafter as counsel may be heard and then and there present the attached **Defendants' Motion**

**for Reassignment of Related Action**, a copy of which was previously served upon you.

Dated:  August 6, 2007                    Respectfully submitted,

                                          AMERIQUEST MORTGAGE COMPANY and
                                          AMC MORTGAGE SERVICES, INC.,
                                          Defendants


                                          By:  s/ Jonathan N. Ledsky
                                                  One of their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue, Suite 350
Chicago, Illinois  60604
(312) 341-9400


        Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the
foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing this 31st day of July,
2007.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the
Court's electronic filing system.  Parties may access this filing through the Court's system.


**1:05-cv-7097 Notice has been electronically mailed to:**

**Anthony P. Valach , Jr**        anthonyvalach@sbcglobal.net, lodhecf@sbcglobal.net

**Sarah K. Andrus**        sandrus@buchalter.com

**Harry N. Arger**        harger@dykema.com

**Charles McLeod Baird**        charlesmbaird@att.net

**Caryn Becker**        cbecker@lchb.com,glewis@lchb.com

**Anne A Bergman**        aabergman@aol.com

**Daniel S. Blinn**        dblinn@consumerlawgroup.com, tbenoit@consumerlawgroup.com

**Brandon A Block**        bblock@buchalter.com

**Jill Henniger Bowman**        jbowman@jameshoyer.com

**James McGinnis Boyers**        jboyers@woodmclaw.com, scraig@woodmclaw.com

**Brian Lewis Bromberg**   brian@bromberglawoffice.com, brian.bromberg@gmail.com

**Jimmie H. Brown**   help@bspclaw.com

**David Edward Dahlquist**   ddahlquist@winston.com, ECF_CH@winston.com

**James Michael Dash**   jdash@muchshelist.com

**Charles M. Delbaum**   cdelbaum@nclc.org

**Kelly M Dermody**   kdermody@lchb.com

**Daniel A. Edelman**   courtecl@edcombs.com, dedelman@edcombs.com

**Lori Ann Fanning**   LFanning@MillerLawLLC.com, MMiller@MillerLawLLC.com, JRamirez@millerlawllc.com

**Michelle Bacher Fisher**   mfisher@dykema.com, mseaton@dykema.com

**Rachel Geman**   rgeman@lchb.com

**Tara Leigh Goodwin**   tgoodwin@edcombs.com

**Richard Eric Gottlieb**   rgottlieb@dykema.com, tgale@dykema.com, ifrye@dykema.com

**Daniel Mark Harris**   lawofficedh@yahoo.com

**Stanley L. Hill**   stanhill@megsinet.net

**Albert F Hofeld , Jr**   ahofeld@edcombs.com

**Evan Jay Kaufman**   ekaufman@lerachlaw.com, amartin@lerachlaw.com

**Shennan Kavanagh**   kavanagh@roddykleinryan.com

**Keith James Keogh**   Keith@Keoghlaw.com, Linda@Keoghlaw.com

**Synde B. Keywell**   synde.keywell@bryancave.com

**Stephen Philip Kikoler**   skikoler@muchshelist.com

**Gary Edward Klein**   klein@roddykleinryan.com, pereira@roddykleinryan.com

**Richard A. Kudla**   richard.kudla@aig.com

**Bernard E. LeSage**   blesage@buchalter.com

**Jonathan N. Ledsky**        jledsky@vblhc.com, sortega@vblhc.com

**Richard Andre Lilly**        rlilly@ademilaw.com

**Joshua R. Mandell**        jmandell@buchalter.com

**Greg J. Miarecki**        gmiarecki@winston.com, selberts@winston.com, ECF_CH@winston.com

**Bradley J Miller**        bmiller@kilpatrickstockton.com

**Marvin Alan Miller**        Mmiller@millerlawllc.com, Lfanning@millerlawllc.com, Jramirez@millerlawllc.com

**Melinda J. Morales**        mmorales@muchshelist.com, jbednarz@muchshelist.com

**Therese King Nohos**        tnohos@llgm.com

**Andrew G. Pizor**        apizor@consumerlawgroup.com ,tbenoit@consumerlawgroup.com

**Dominic J. Rizzi**        drizzi@caffertyfaucher.com, snyland@caffertyfaucher.com, bfreiman@caffertyfaucher.com

**Samuel H Rudman**        srudman@lerachlaw.com

**Lorne Todd Saeks**        lsaeks@muchshelist.com, nwallace@muchshelist.com

**Alan Norris Salpeter**        asalpeter@llgm.com, mhanson@llgm.com, jfriedman@llgm.com

**Bradley Ian Schecter**        bschecter@llgm.com

**Vincent P. Schmeltz , III**        vschmeltz@llgm.com

**Ralph O. Scoccimaro**        help@bspclaw.com

**Terry A Smiljanich**        tsmiljanich@jameshoyer.com, dstephens@jameshoyer.com, jbowman@jameshoyer.com, lmartin@jameshoyer.com

**Kristina M Van Buskirk**        Kvanbuskirk@ngelaw.com

**Craig Allen Varga**        cvarga@vblhc.com

**Thomas Joseph Wiegand**        twiegand@winston.com, ECF_CH@winston.com

**Renee Lynn Zipprich**        rzipprich@dykema.com, cmandel@dykema.com

Further, Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the

foregoing **Defendants' Motion for Reassignment of Related Action** was served upon:

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Elmer E. Evans
1137 13th Street
Des Moines, IA 50314

Jon R. Fetterolf
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Laurie S Fulton
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Cheryl M. Lott
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Paven Malhotra
Williams & Co;nnolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Brian H. Newman
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Melody A. Petrossian
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Bryan Anthony Vroon
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, GA 30309

by placing same in the United States mail chute located at 224 South Michigan Avenue, Chicago,

Illinois 60604, properly addressed and postage fully prepaid, this 6th day of August, 2007, on or

before the hour of 5:00 p.m.

s/Jonathan N. Ledsky