IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**NOTICE OF APPEARANCE BY DEFENDANT COUNTRYWIDE HOME LOANS, INC.**

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT** Defendant Countrywide Home Loans, Inc. hereby makes its appearance in the following action:

*John McCall et al. v. Ameriquest Mortgage Company, Argent Mortgage Company, LLC, and Countrywide Home Loans, Inc.*, Case No. ILN 1:06-03126.

Please send electronic notifications to the following individuals and make the proper notations to all proofs of service.

| | | |
|---|---|---|
| Bernard E. LeSage, Esq. | blesage@buchalter.com | BUCHALTER NEMER, a Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457 |
| Sarah K. Andrus, Esq. | sandrus@buchalter.com | Same address as above. |
| Karen L. Stevenson, Esq. | kstevenson@buchalter.com | Same address as above. |
| Michael B. Fisher, Esq. | mbfisher@buchalter.com | Same address as above. |

| Melody A. Petrossian, Esq. | mpetrossian@buchalter.com | Same address as above. |
| Cheryl M. Lott, Esq. | clott@buchalter.com | Same address as above. |

Dated: August 10, 2007                    By: :____/s/ Bernard E. LeSage_____

*Attorneys for Countrywide Home Loans, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

2

## CERTIFICATE OF SERVICE

    I, Bernard E, LeSage, hereby certify that on this 10th day of August 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      By: /s/ Bernard E. LeSage