**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| _____ | |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

**NOTICE OF INDIVIDUAL OPT-OUT OF CLASS ACTION**

Joseph and Montrea Kite of Danville, IN hereby provide notice to this Court that they hereby opt-out of any class or putative class involving their Ameriquest mortgage.

Respectfully Submitted:

Date: August 13, 2007           /s/ Anthony P. Valach, Jr.
                                 One of their attorneys

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 13th day of August 2007, a true and correct copy of the above **NOTICE OF INDIVIDUAL OPT-OUT OF CLASS ACTION** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              By:    /s/ Anthony P. Valach, Jr.