IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

DECLARATION OF DAWN ARNALL IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF DAWN ARNALL

I, Dawn Arnall, declare that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I have been Co-Chairman of the Board of Ameriquest Capital Corporation since December 10, 1999 and Secretary since March 5, 2004. I have been Chairman of the Board of ACC Capital Holdings Corporation since February 10, 2004. I make this declaration in support of Defendants' Motion for a Protective Order Precluding the Deposition of Dawn Arnall. Except where otherwise indicated, the following facts are true of my own knowledge and, if called upon to do so, I could and would testify to the truth thereof.

2. I have never participated in the day-to-day operations of the operating companies. I do not hold and have never held any such director/officer or employee positions with any of the Ameriquest operating companies. In my positions with Ameriquest Capital Corporation and ACC Capital Holdings Corporation, I have gained no information that is relevant in this action.

3. I did not assume the position as Chairman of the Board of the holding company until February 10, 2004. I assumed the role of Chairman of the Board after my husband was appointed the Ambassador of the United States of America to the Netherlands on February 27, 2006, mandating that he relinquish any role with Defendants.

4. The holding company I chaired never originated or marketed a single home loan. I have no knowledge with regard to the origination of any loans.

5. Before assuming my role as the Chairman of the Board, I was employed as an executive in totally unrelated commercial real estate companies. I have never held an executive position in the operating companies that are the Defendants in this case.

6. I have never communicated with any of the plaintiffs or had any involvement whatsoever with their loans. I have no knowledge of any lending policies that are the topic of any of the allegations in any of the complaints the this Ameriquest Lending Practices MDL Litigation ("MDL"). I have never formulated any policies or procedures regarding the origination or servicing of loans. I do not know anything about practices relating to discount points.

7. I have never participated in any manner in the supervision and training of any employees of any of the operating defendants who are alleged in the complaints to have cause harm to the plaintiffs. I have no interaction with sales personnel—aside from my occasional appearances at employee motivational functions and activities, such as "Employee of the Year" and "Big Spin" presentations—and know nothing about personnel training and presentations. I have no involvement with sales and marketing techniques. I have no involvement regarding the account executive compensation system.

8. I have never participated in any manner in the appraisal process utilized by any of the operating companies. I have never been involved with the assessment of late fees. I have no knowledge regarding reporting of appraisal values, borrowers' income or asset statements.

9. I have never participated in the securitization of mortgages or their sale into the secondary market.

10. I have no knowledge of the loan products offered by the defendants or the qualification to obtain such loan products from one of the operating companies. I have no involvement with the solicitation of targeted borrowers. I have no involvement with promotions of loan terms. I do not know anything about loan documentation. She does not have any knowledge of loan closings, closing fees, or prepayment penalty provisions.

11. In short, I do not make daily business decisions that are at the heart of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Executed in Aspen, Colorado this 26th day of July 2007.

_____
Dawn Arnall

_____