**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## **STIPULATED [PROPOSED] AMENDED SCHEDULING ORDER**

WHEREAS, to date, the parties continue to make significant progress in discovery in this matter and to resolve discovery issues amongst themselves without intervention by the Court; and

WHEREAS, the parties have a substantial amount of additional discovery to complete and several issues that, given additional time, they believe they can resolve without further troubling the Court;

THEREFORE, the parties propose amending the schedule in the case to extend all dates 120 days, as follows:

1. All fact and expert discovery shall be completed by March 7, 2008.

2. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by January 7, 2008. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by February 8, 2008.

3. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply..

IT IS SO ORDERED.

_____
The Honorable Morton Denlow
The Honorable Marvin E. Aspen

BN 1340334v1