IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

**BORROWER AND NON-BORROWER PLAINTIFFS' JOINT STATUS REPORT**

Lead Class Counsel for the Borrower and Non-Borrower classes ("Plaintiffs") jointly submit the following status report as a supplement to their previously submitted status report dated June 5, 2007 [Docket No. 813] in advance of the August 16, 2007 status conference before Magistrate Judge Denlow.

**I.     CASE STATUS**

On June 7, 2007, Magistrate Judge Denlow conducted a status conference during which he heard the parties' positions relating to various procedural and discovery related issues. The following matters were resolved at the status conference or shortly thereafter:

A.     <u>Stipulation Regarding Service Of Deposition Notices [Docket No. 807].</u>

Magistrate Judge Denlow entered the parties' Stipulation relating to electronic service of deposition notices. [Docket No. 822].

B.     <u>Motion For Additional Case Management Guidelines [Docket No. 696].</u>

On June 25, 2007, Judge Aspen entered an order allowing the parties to waive the Local Rule 5.3(b) presentment requirement and denying Plaintiffs' request that the Court order

Defendants to produce a master MDL Case List. The parties' request for a bifurcated docket remains under advisement. [Docket No. 843].

      C.      <u>Defendant Roland Arnall's Motion To Postpone Certain Depositions [Docket No. 934].</u>

On August 1, 2007, Magistrate Judge Denlow held a motion hearing and denied Mr. Arnall's motion without prejudice to Mr. Arnall's opportunity to seek discovery in the event he remains a defendant in this case.

      D.      <u>Motion For Leave To File Declaration Of Marvin A. Miller And Exhibits As A Restricted Document [Docket No. 947].</u>

At the August 1, 2007 motion hearing, Magistrate Judge Denlow granted this motion upon stipulation by the parties. Plaintiffs filed this motion in an abundance of caution in light of the parties' Protective Order and the time constraints associated with filing their response to Mr. Arnall's Motion To Postpone Certain Depositions. However, in so stipulating, Plaintiffs do not concede that everything contained in the Miller Declaration is confidential and reserve the right to seek Court intervention on confidentiality disputes as they may arise.

      E.      <u>Motion To Compel Compliance With Agreements To Stay Foreclosure [Docket No. 911].</u>

Plaintiffs withdrew this motion upon learning that the foreclosure sale on the borrower's property was cancelled. [Docket No. 919]. The parties are working to resolve another issue involving a foreclosure sale of a borrower's property. Absent resolution, Plaintiffs may request emergency injunctive relief.

**II.    PENDING MATTERS**

The following motions and stipulations are presently pending:

      A.      <u>Plaintiffs' Motion For Leave To File First Amended Class Action Complaint [Docket No. 835].</u>

On June 18, 2007, Plaintiffs Filed A Motion For Leave To File First Amended Complaint. The purpose of this motion is to join Roland Arnall as a defendant in this action. This motion remains pending and the parties have stipulated to a briefing schedule on this and other related motions described in paragraph B below.

      B.     <u>Stipulated Briefing Schedule [Docket No. 896].</u>

The parties entered into a Stipulated Briefing Schedule for this motion and other motions related to the First Amended Class Action Complaint. [Docket No. 896]. In addition to the briefing schedule, the Stipulation provides for an omnibus hearing date on the Motion to Amend and all other pleading motions. Mr. Arnall agrees to waive service of the First Amended Complaint and that any applicable statutes of limitation or statutes of repose applicable to him and that have not yet run as of July 18, 2007 are tolled from July 18, 2007 until the Court issues a ruling on the Motion to Amend or related motions that relate to the proposed joinder of Mr. Arnall.

Plaintiffs request that the Court enter the parties' proposed draft minute order attached to the Stipulation.

      C.     <u>Defendants' Motion For Protective Order Regarding The Deposition Of Dawn Arnall [Docket No. 1004].</u>

Plaintiffs noticed the deposition of Dawn Arnall on June 14, 2007. Ms. Arnall is the Co-Chairman of the Board and Secretary of Ameriquest Capital Corporation. The parties conducted several Rule 37 conferences in an attempt to resolve this issue. Before filing its motion, Defendants proposed that Plaintiffs utilize what they consider to be less intrusive methods of discovery in lieu of taking Ms. Arnall's deposition, such as taking the depositions of other witnesses, written discovery, or sworn declarations. Plaintiffs declined, but instead offered to conduct the deposition of Ms. Arnall at a time and place that is convenient for her. Otherwise,

Plaintiffs' position is that they are entitled to depose Ms. Arnall, and will file their opposition to Defendants' Motion For Protective Order within the time allowed by the Case Management Order.

      D.     <u>Proposed Stipulation Regarding Amended Scheduling Order [Docket No. 1008].</u>

After two recent Rule 37 conferences, on August 10, 2007 and August 13, 2007, the parties reached a Proposed Stipulation For An Amended Scheduling Order, which proposes extensions of deadlines contained in Judge Aspen's November 7, 2006 Case Management Order [Docket No. 284], by 120 days. Plaintiffs request the Court enter the proposed Stipulation.

**III.    DISCOVERY**

      A.     <u>Production Of Documents:</u>

Although Defendants have begun producing required documents, Plaintiffs are still awaiting the production of a substantial number of additional documents. The parties have held numerous Rule 37 conferences and have outlined their positions on document production. The Defendants agreed to use their best efforts to promptly finish all document production and agreed to provide Plaintiffs with a privilege log within the next two weeks. The Defendants have also agreed to produce the last known addresses of former Ameriquest employees requested by the Plaintiffs. In addition, the Defendants have agreed to Plaintiffs' request to extend Plaintiffs' deadline for all written and document discovery to October 1, 2007. The parties will attempt to work out Plaintiffs' objections to issues, including but not limited to the number of requests served.

While the parties continue to collaborate on document production issues, they are unable to reach an agreement relating to the Plaintiffs' request for production of all of the Ameriquest

entities' financial statements beginning in 1999 to the present. Plaintiffs request guidance from the Court on this issue at the August 16, 2007 status conference.

B.  Depositions:

In July, Plaintiffs began taking depositions pursuant to Fed. R. Civ. P. 30(b)(6). The parties have agreed to two additional weeks (August 27-31 and September 10-14) within which to continue Plaintiffs' 30(b)(6) depositions. The Defendants have provided a list of additional 30(b)(6) witnesses.

The parties are also in the process of discussing alternative locations for Defendants' noticed depositions – which were sent to all named Plaintiffs and set for Chicago – as it would be needlessly and unfairly burdensome to Plaintiffs of limited financial means who were generally transferred to the MDL from venues outside Illinois.

C.  Rule 37 Conferences:

Plaintiffs and Defendants have engaged in and continue to engage in Rule 37 discovery conferences since Magistrate Judge Denlow's June 7, 2007 status conference to meet and confer in good faith to resolve discovery issues that have arisen during the discovery process. In particular, Plaintiffs and Defendants have conducted Rule 37 conferences relating to document production and deadlines and deposition scheduling. The parties have a planned Rule 37 conference scheduled for Wednesday, August 15, 2007, to attempt to narrow pending disputes in advance of the status conference. The parties also intend to hold a Rule 37 conference to address Plaintiffs' concerns about the scope, timing, and nature of Defendants' discovery requests.

Respectfully submitted,

| | |
|---|---|
| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
| Kelly M. Dermody | Gary Klein |

| | |
|---|---|
| Kelly M. Dermody (CA Bar No. 171716) | Gary Klein |
| Caryn Becker (CA Bar No. 196947) | Elizabeth Ryan |
| LIEFF, CABRASER, HEIMANN | Shennan Kavanagh |
|   & BERNSTEIN, LLP | RODDY KLEIN & RYAN |
| 275 Battery Street, 30th Floor | 727 Atlantic Avenue |
| San Francisco, CA  94111-3339 | Boston, MA   02111-2810 |
| Telephone:  (415) 956-1000 | Telephone:  (617) 357-5500 ext. 15 |
| Facsimile:   (415) 956-1008 | Facsimile:   (617) 357-5030 |

*/s/ Jill Bowman*
Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

*/s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL  60606
Telephone:  (312) 525-8316
Facsimile:   (312) 525-8231

*Plaintiffs' Liaison Counsel*

Dated:  August 14, 2007

CERTIFICATE OF SERVICE

    I, Gary Klein, hereby certify that on this 14th day of August, 2007, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

                                                /s/ Gary Klein
                                                Gary Klein