## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Judge Marvin E. Aspen |
| | Magistrate Judge Morton Denlow |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## DEFENDANTS'[1] STATUS REPORT

### I.       INTRODUCTION

This Status Report informs the Court of the continued progress and cooperation of the parties in this Multidistrict Litigation Proceeding ("Proceeding") and is hereby submitted in advance of the August 16, 2007 status conference before Magistrate Judge Denlow.

### II.      CASE STATUS AND PENDING MATTERS

#### A.       The Parties Have Stipulated to a 120-Day Discovery Cut-Off Extension

The parties have requested and stipulated to a 120-day extension of the discovery cut-off in this Proceeding.  [Docket No. 1008.]  If the Court grants this stipulated discovery cut-off, as requested by all parties, Defendants are confident that the parties will work together to resolve all pending discovery issues without the need of court intervention, as the parties have done so with all discovery issues to date.  The stipulated extension of time will be particularly helpful with

---

[1] "Defendants" collectively refers to Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

regard to out-of-court resolution of issues surrounding Plaintiffs' requests for all of Defendants' financial records, which will be relevant only if Plaintiffs' proposed amended complaint is allowed by Judge Aspen. Defendants request that the Court refrain from providing guidance on discovery issues until the parties' meet-and-confer process has been completed, and the issues are properly presented to the Court for the Court's informed consideration.

> **B. Defendants Join Plaintiffs in Requesting That the Court Approve the Following Matters**

Defendants join Plaintiffs in requesting that the Court to approve the Stipulated Briefing Schedule filed July 17, 2007. [Docket No. 896.]

Defendants join Plaintiffs in requesting that the Court to allow Plaintiffs to file their Opposition to Defendants' Motion for Protective Order Regarding the Deposition of Dawn Arnall [Docket No. 1004] within the time allowed by Judge Aspen's November 7, 2006 Case Management Order [Docket No. 284].

Defendants join Plaintiffs in requesting that the Court approve the Proposed Stipulation Regarding Amended Scheduling Order. [Docket No. 1008.]

Respectfully submitted,

DATED: August 14, 2007

By: /s/ Bernard E. LeSage

*Attorneys for Defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**CERTIFICATE OF SERVICE**

I, Bernard E, Lesage, hereby certify that on this 14th day of August 2007, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


By: /s/  Bernard E. LeSage

3