# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 05 C 7097 | DATE | 8/16/2007 |
| CASE TITLE | In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | | |

**DOCKET ENTRY TEXT**

Magistrate Status hearing held and continued to 9/20/07 at 10:30 a.m. Motion hearing held regarding Defendants' motion for a protective order precluding the deposition of Dawn Arnall. Defendants' motion for a protective order precluding the deposition of Dawn Arnall is granted without prejudice to Plaintiff later seeking to depose Dawn Arnall for good cause shown. Enter stipulated amended scheduling order. All fact and expert discovery shall be completed by 3/7/08.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:17

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|