## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 05-cv-07097

IN RE AMERIQUEST MORTGAGE COMPANY v. TRANS UNION LLC et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
EQUIFAX INFORMATION SERVICES, LLC

| | |
|---|---|
| NAME (Type or print)<br>Stephanie M. Zimdahl | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Stephanie M. Zimdahl | |
| FIRM<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP | |
| STREET ADDRESS<br>200 West Madison Street, Suite 3900 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287755 | TELEPHONE NUMBER<br>312-984-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |