**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *McCall et al. v. Ameriquest Mortgage Co.*, Case No. 06-03126 (N.D. Ill.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

On July 27, 2007, plaintiffs in *McCall et al. v. Ameriquest Mortgage Co.*, Case No. 06-03126 (N.D. Ill.) filed a Motion For Leave to File Amended Complaint. [Docket Nos. 13 and 14] Although Ameriquest continues to dispute the merits of the claims in this action, it do not oppose the granting of leave to amend.

DATED: August 22, 2007

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

**CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 22nd day of August 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Bernard E. LeSage

BN 1351013v1