**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| _____ <br><br> THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

**NOTICE OF INDIVIDUAL OPT-OUT OF CLASS ACTION**

  James and Genise Krause of Sturgeon Bay, WI and Sherry D. Pearson of Raleigh, NC hereby provide notice to this Court that they hereby opt-out of any class or putative class involving their Ameriquest mortgage.

                 Respectfully Submitted:

Date: August 23, 2007          /s/ Anthony P. Valach, Jr.
                 One of their attorneys

                Anthony P. Valach, Jr.
                Daniel M. Harris
                THE LAW OFFICES OF DANIEL HARRIS
                150 N. Wacker Drive, Suite 3000
                Chicago, IL 60606
                P: (312) 960-1802
                F: (312) 960-1936
                anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 23rd day of August 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


                                    By:     /s/ Anthony P. Valach, Jr.