UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097<br><br>Centralized before<br>Judge Aspen |
| JOSEPH and MONTREA KITE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Defendants. | No. 07 C 4059<br><br>Judge Kendall |

### NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR REASSIGNMENT OF RELATED ACTION

On August 6, 2007, defendants in *Kite, et al., v Ameriquest Mortgage Company, et al.,* Case No. 07-C-4059 (N.D. Ill) filed a Motion For Reassignment of Related Action [Docket No. 975]. Plaintiffs do not oppose this motion and agree that this case is related to the proceedings before this Court and should be reassigned.

Respectfully Submitted:

Date: August 23, 2007

/s/ Anthony P. Valach, Jr.
One of their attorneys

Anthony P. Valach, Jr.
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

## CERTIFICATE OF SERVICE

      I, Anthony P. Valach, Jr., hereby certify that on this 23rd day of August 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

      By:   /s/ Anthony P. Valach, Jr.