**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING | ) | Lead Case No. 05 C 7097 |
| PRACTICES LITIGATION | ) | Judge Aspen |

*relating to*

| | | |
|---|---|---|
| JOHNNY TREMBLE, | ) | |
| CARMENCITA SIMPSON, | ) | |
| and TAMMY WASHINGTON, | ) | |
| | ) | 05 C 2625 (N.D. Ill.) |
| Plaintiffs, | ) | Originally filed on May 2, 2005 |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN & COUNTRY CREDIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

*and*

| | | |
|---|---|---|
| ROSE MAYFIELD, | ) | |
| and LARRY DRANE, | ) | |
| | ) | |
| Plaintiffs, | ) | 05 C 6158 (N.D.Ill.) |
| | ) | Originally filed on October 25, 2005 |
| v. | ) | |
| | ) | |
| TOWN & COUNTRY CREDIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Tuesday, August 28, 2007 at 10:30 a.m., we will appear before the Honorable Marvin Aspen in Room 2568 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or another Judge sitting in his stead, and then and there present **PLAINTIFFS' MOTION TO WITHDRAW APPEARANCE**, copies of which are attached hereto and hereby served upon you.

s/ Jeremy P. Monteiro
Jeremy P. Monteiro

1

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Jeremy P. Monteiro
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL   60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Jeremy P. Monteiro, certify that on August 24, 2007, a copy of this notice was filed with the Court through the CM/ECF system, and served upon counsel for Ameriquest Mortgage Company by operation of that system. Additionally, the same was served upon all counsel of record for these cases by operation of the CM/ECF system or via U.S. mail as follows:

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com,
rgeman@lchb.com

Anne A. Bergman
aabergman@aol.com

Sarah K. Andrus
sandrus@buchalter.com

Charles McLeod Baird
charlesmbaird@att.net

Daniel S. Blinn
dblinn@consumerlawgroup.com
tbenoit@consumerlawgroup.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James McGinnis Boyers
jboyers@woodmclaw.com
scraig@woodmclaw.com

Brian Lewis Bromberg
brian@bromberglawoffice.com
brian.bromberg@gmail.com

Jimmie H. Brown
help@bspclaw.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Rachel Geman
rgeman@lchb.com

Richard Eric Gottlieb
ifrye@dykema.com
rgottlieb@dykema.com
tgale@dykema.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Jean K. Janes
jjanes@muchshelist.com

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com,
Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com,
kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

3

Richard A. Kudla
richard.kudla@aig.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Joshua R. Mendell
jmandell@buchalter.com

Greg J. Miarecki
gmiarecki@winston.com,
ppratt@winston.com,
ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com,
jramirez@millerfaucher.com,
snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com,
linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com,
rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Lorne Todd Saeks
saeks@muchshelist.com
xreyes@muchshelist.com

Ralph O. Scoccimaro
help@bspclaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

Renee Lynn Zipprich
rzipprich@dykema.com
cmandel@dykema.com

Michael J. Agoglia
Morrison and Foerster
425 Market Street
Suite 3000
San Francisco, CA 94105

Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Brian H. Newman
Buchalter Nemer, A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 92614

Argent Mortgage Company, LLC
3 Park Plaza
10th floor
Irvine, CA 92614

Bryan Anthony Vroon
Vroon & Crongeyer LLP
1718 Peachtree Street
Suite 1088
Atlanta, Ga 30309

Deutsche Bank National Trust Company, N.A.
60 Wall St.
New York, NY 10005

Alexandra van Nes Dolger
Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901

Elmer E. Evans
1137 13th Street
Des Moines, IA 50314

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, INC 46204

s/Jeremy P. Monteiro
Jeremy P. Monteiro