IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: *Dwayne McLin et al. v. Ameriquest Mortgage Company, et al.* <br> Case No. 07c-2460 | |

## NOTICE OF WITHDRAWAL OF DEFENDANT HSBC MORTGAGE SERVICES, INC.'S ANSWER TO MCLIN COMPLAINT

Defendant HSBC Mortgage Services, Inc. ("Ameriquest") respectfully withdraws its Answer and Affirmative Defenses to the Complaint of plaintiffs Dwayne McLin and Bridgette McLin in *McLin et al. v. Ameriquest Mortgage Company, et. al*, Case No.07CV2460 [Docket No. 864]. The McLin lawsuit is still pending outside the MDL proceedings in the Northern District of Illinois, Eastern Division where, on June 4, 2007, the presiding judge entered an order staying the lawsuit and extending the time for Defendants to file responsive pleadings to Plaintiffs' complaints.

1

Respectfully submitted,

DATED: August 27, 2007

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## **CERTIFICATE OF SERVICE**

I, Connie Madrigal, hereby certify that on this 27th day of August 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Connie Madrigal