IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: PLAINTIFFS' MOTION TO WITHDRAW APPEARANCE [DOCKET NO. 1026] | |

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO WITHDRAW APPEARANCE**

On August 24, 2007, Plaintiffs Johnny Tremble, Carmencita Simpson, Tammy Washington, Rose Mayfield and Larry Drane filed a motion (Docket No. 1026) to withdraw the appearance of Jeremy P. Monteiro as counsel. Defendant Town & Country Credit Corporation does not oppose the granting of this motion.

DATED: August 30, 2007

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

2

## CERTIFICATE OF SERVICE

    I, Bernard E, LeSage, hereby certify that on this 30th day of August 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        By: /s/  Bernard E. LeSage

BN 1359947v1