**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before<br>The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>   Third –Party Plaintiff,<br><br> v.<br><br>TRANS UNION LLC, *et al.*<br><br>   Third-Party Defendants | |

**THIRD-PARTY DEFENDANTS EQUIFAX'S MOTION FOR
LEAVE TO EXCEED LR 7.1 PAGE LIMIT**

  COME NOW defendants Equifax Information Services LLC and Equifax Credit Marketing Services ("Equifax"), by counsel, and seek leave of Court to exceed the 15 page limit contained in Local Rule 7.1 in moving in support of its Motion to Dismiss, showing the Court as follows:

  Ameriquest filed a third-party complaint against Equifax alleging claims for breach of contract, negligent misrepresentation, negligence, indemnification, contribution and rescission. The Third-Party Complaint raises serious allegations to which Equifax requires additional pages to adequately address all claims in its motion to dismiss. Accordingly, it is reasonably

anticipated that up to 17 pages will be required to appropriately address the Third-Party Complaint in Equifax's Memorandum in Support of its Motion to Dismiss.

WHEREFORE, Defendant Equifax respectfully requests that it be permitted leave to exceed the page limit set forth in LR 7.1 by 2 pages.

Dated: August 31, 2007.

Respectfully submitted,

/s/ Bradley J. Miller
Bradley J. Miller, Esq. (GA Bar No. 506213)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: 404-815-6500
Facsimile: 404-541-3308

Robert E. Shapiro, Esq. (ARDC #03125180)
Stephanie M. Zimdahl, Esq. (ARDC # 6287755)
Barack Ferrazzano Kirschbaum
    & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: 312-984-3118
Facsimile: 312-984-3150

Attorneys for Third Party Defendants Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc., and Equifax Marketing Services

CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record in case No. 05-07097.

                                            /s/ Bradley J. Miller