**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO: **[Docket #859]** | (Centralized before <br> The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, <br><br>          Third –Party Plaintiff, <br><br>      v. <br><br> TRANS UNION LLC, *et al.* <br><br>          Third-Party Defendants | |

**THIRD-PARTY DEFENDANT EQUIFAX'S
MOTION TO DISMISS THIRD-PARTY COMPLAINT**

NOW COME defendants Equifax Information Services LLC ("EIS"), successor in

interest to Equifax Credit Information Services, Inc. and Equifax Credit Marketing Services

("ECMS") (collectively "Equifax"), by and through counsel, and move this Court to dismiss the

claims asserted against Equifax in the Third-Party Complaint (Docket No. 859), pursuant to

Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be

granted.

US2000 10274747.1

WHEREFORE, Equifax respectfully requests that this Court enter an order dismissing the claims alleged against it in the Third-Party Complaint with prejudice, awarding Equifax their costs and fees incurred herein, and entering such further relief as is just, necessary and proper.

Dated:  August 31, 2007.

Respectfully submitted,

/s/ Bradley J. Miller
Bradley J. Miller, Esq. (GA Bar No. 506213)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: 404-815-6500
Facsimile: 404-541-3308

Robert E. Shapiro, Esq. (ARDC #03125180)
Stephanie M. Zimdahl, Esq. (ARDC # 6287755)
Barack Ferrazzano Kirschbaum
    & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: 312-984-3118
Facsimile: 312-984-3150

Attorneys for Third Party Defendants Equifax
Information Services LLC, successor in interest to
Equifax Credit Information Services, Inc., and
Equifax Marketing Services

US2000 10274747.1

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record in case No. 05-07097.

/s/ Bradley J. Miller