# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 05 C 7097 | DATE | 8/30/2007 |
| CASE TITLE | In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | | |

**DOCKET ENTRY TEXT**

Defendant Ameriquest Mortgage Company's motion to enter stipulation with Opt-Out Plaintiff [952] is granted. Any objections to be file on or by 9/27/07. Responses due by 10/11/2007. Replies due by 10/25/2007. Enter order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | DK |
|---|---|---|