05 cv 7097

## ORDER

Counsel for Defendants and certain Opt-Out Plaintiffs having so stipulated, and the Court having considering the Motion for Entry of the Stipulation, **IT IS ORDERED** that:

(1) All parties shall use their best efforts to file all cross-complaints and third-party complaints in the Opt-Out Cases according to the schedule contained in the Court's Minute Order dated March 22, 2007 [Docket No 617], and in any event no later than July 31, 2007;

(2) Opt-out plaintiffs may not oppose any motions filed by any defendant for leave to amend any such consolidated third-party complaint to add additional cross-defendants in subsequently filed cases;

(3) Defendants may not oppose any motions for leave to amend Plaintiffs' complaints to add assignees of the mortgage loans at issue as additional defendants;

(4) Opt-Out Plaintiffs shall use their best efforts to produce all documents in their possession, custody or control supporting the allegations and claims in their complaints by August 31, 2007;

(5) Defendants shall use their best efforts to (a) produce to Opt-Out Plaintiffs their complete loan file, (b) identify all assignees of Opt-Out Plaintiffs' loans with a name and address at which each assignee may be served, and (c) provide Opt-Out Plaintiffs with their complete account history on a rolling production basis by July 31, 2007, but in any event, to be completed no later than August 31, 2007;

(6) Defendants shall use their best efforts to produce to Opt-Out Plaintiffs all non-privileged written correspondence (including all preliminary good faith estimates and Preliminary Truth in Lending Act disclosures) to and/or from each particular Opt-Out Plaintiff regarding his or her loan(s) on a rolling production basis through August 31, 2007, but in any event, to be completed no later than September 30, 2007.

//
//
//

Aug-23-07 12:42pm From-Buchalter Nemer 2136660490 T-632 P.026/026 F-902
Case: 1:05-cv-07097 Document #: 1047 Filed: 08/30/07 Page 2 of 2 PageID #:18731

(7)　This Stipulation shall apply to all Opt-Out Plaintiffs who are represented by counsel who signed the Stipulation.

(8)　Defendants' Motion to bind to all Opt-Out Plaintiffs who are not signatories to the Stipulation, but who were served with the Motion, is hereby

　　✓ GRANTED _____ DENIED.

The following additional terms and conditions shall apply to those Opt-Out plaintiffs who are not signatories to the Stipulation:

IT IS SO ORDERED.

Dated: __August 30__, 2007

_____
THE HONORABLE MORTON DENLOW