IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>*Hilarie M. Moore v. Argent Mortgage Company, et al.*; Case No. ED CV 07-00080 VAP (OPx) | |

**STIPULATION OF PLAINTIFF AND DEFENDANT DEUTSCHE BANK TO BE BOUND BY JUDGMENT AFFECTING UNDERLYING REAL PROPERTY COLLATERAL; CONDITIONAL DISMISSAL; ORDER THEREON**

The undersigned parties, by and through their counsel, Timothy G. McFarlin, Esq., for Plaintiff Hilarie Moore ("Plaintiff"), and Karen Stevenson, Esq., for Defendant Deutsche Bank National Trust Company ("Deutsche Bank"), agree and stipulate as follows:

WHEREAS, Plaintiff filed an action for damages and equitable relief against Deutsche Bank and others (not parties to this stipulation), regarding certain events surrounding a mortgage transaction, and other activities involving real property located at, and commonly known as, 2338 Buckboard Lane, Norco, California 92860 ("Property.")

WHEREAS, Deutsche Bank's only role in connection with Plaintiff's loan is as a custodian of loan documents for the loan bearing loan number: 0088748272 ("Loan") which is the subject matter of the instant action, and Trustee of Argent Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2006-W1 and as such, Deutsche Bank did not initiate the above-referenced loan, nor does it service the Loan, and has been named in the instant Complaint solely as a necessary party in its capacity as a custodian and trustee and not based on any known acts or omissions;

- 2 -

WHEREAS, Defendants Argent Mortgage Company and Town & Country Title Services were dismissed with prejudice from this action, by an order of the United States District Court, Central District of California entered on April 5, 2007;

WHEREAS, on May 11, 2007, by an order of the Judicial Panel on Multidistrict Litigation this action was subsequently transferred to the coordinated proceedings entitled In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation, MDL No. 1715, Lead Case NO. 05-cv-07097 pending in the Northern District of Illinois;

WHEREAS, Deutsche Bank is prepared to agree, and by this stipulation does so agree, to be bound by any final order or judgment issued by this Court regarding the Loan, which is the subject of the within action, so long as such order or judgment does not contain a monetary judgment or any finding of liability against Deutsche Bank;

WHEREAS, in consideration for such an agreement to be bound by this Court's order or judgment, Plaintiff is willing to agree, and hereby does agree, to dismiss Deutsche Bank from this action, without prejudice, so that Deutsche Bank need not be required to participate any further in the action or proceeding;

BN 1362376v1

NOW THEREFORE, it is stipulated by and between HILARIE MOORE and DEUTSCHE BANK NATIONAL TRUST COMPANY, as follows:

1. That the instant action will and is hereby dismissed as to Deutsche Bank National Trust Company, with prejudice, so that Deutsche Bank National Trust Company need not be required to participate any further in this action or proceeding stemming therefrom; and

2. Deutsche Bank National Trust Company, agrees to be bound by whatever final order or judgment is issued by this Court regarding the Loan, and deed of trust associated therewith, that are the subject of the within action as long as such final order or judgment does not contain a monetary judgment or any finding of liability against Deutsche Bank.

**IT IS SO STIPULATED.**

DATED: August 31, 2007

LAW OFFICES OF TIMOTHY G. MCFARLIN, PLC

By _____
TIMOTHY G. MCFARLIN, Esq.,
Attorneys for Plaintiff HILARIE MOORE

DATED: August ____, 2007

BUCHALTER NEMER, A PROFESSIONAL LAW CORPORATION

By _____
KAREN STEVENSON, Esq., Attorneys for Defendant
DEUTCHE BANK NATIONAL TRUST COMPANY

IT IS SO ORDERED.

DATED: _____

THE HONORABLE MARVIN E. ASPEN, UNITED STATES DISTRICT COURT JUDGE

NOW THEREFORE, it is stipulated by and between HILARIE MOORE and DEUTSCHE BANK NATIONAL TRUST COMPANY, as follows:

1. That the instant action will and is hereby dismissed as to Deutsche Bank National Trust Company, with prejudice, so that Deutsche Bank National Trust Company need not be required to participate any further in this action or proceeding stemming therefrom; and

2. Deutsche Bank National Trust Company, agrees to be bound by whatever final order or judgment is issued by this Court regarding the Loan, and deed of trust associated therewith, that are the subject of the within action as long as such final order or judgment does not contain a monetary judgment or any finding of liability against Deutsche Bank.

**IT IS SO STIPULATED.**

DATED: August ____ , 2007    LAW OFFICES OF TIMOTHY G. MCFARLIN, PLC

By _____
TIMOTHY G. MCFARLIN, Esq.,
Attorneys for Plaintiff HILARIE MOORE


DATED: September ___, 2007    BUCHALTER NEMER, A PROFESSIONAL LAW CORPORATION

By _____
KAREN STEVENSON, Esq., Attorneys for Defendant
DEUTCHE BANK NATIONAL TRUST COMPANY


IT IS SO ORDERED.

DATED:                        _____
                              THE HONORABLE MARVIN E. ASPEN, UNITED
                              STATES DISTRICT COURT JUDGE

- 3 -

BN 1362376v1

- 4 -

## CERTIFICATE OF SERVICE

I, Connie Madrigal, hereby certify that on this 4th day of September 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Connie Madrigal