UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) |
| This Document Relates To: | ) (Centralized before the Honorable Marvin E. ) Aspen) ) |
| ALL ACTIONS. | ) ) ) |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

Dated: September 7, 2007

By: /s/ Marvin A. Miller
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax (312) 676-2676

GARY KLEIN
ELIZABETH RYAN
SHENNAN KAVANAGH
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone:  617/357-5500
617/357-5030 (fax)

LIEFF, CABRASER, HEIMANN
   & BERNSTEIN, LLP
KELLY M. DERMODY
CARYN BECKER
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  415/956-1000
415/956-1008 (fax)

JAMES, HOYER, NEWCOMER
   & SMILJANICH, P.A.
TERRY SMILJANICH
JILL BOWMAN
4830 West Kennedy Blvd.
Urban Centre One, Suite 550
Tampa, FL  33609
Telephone:  813/286-4100
813/286-4174 (fax)

[Proposed] Plaintiffs' Co-Lead Counsel

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
DAVID J. GEORGE
ROBERT J. ROBBINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

DONVAN SEARLES, LLC
MICHAEL D. DONOVAN
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Telephone:  215/732-6067
215/732-8060 (fax)

[Proposed] Plaintiffs' Executive Committee

## CERTIFICATE OF SERVICE

    I, Marvin A. Miller, an attorney, hereby certify that on September 7, 2007, service of the *Notice of Firm Name Change* was accomplished pursuant to ECF as to Filing Users and I will comply with LR 5.5 as to Non-ECF Users.

*/s/ Marvin A. Miller* _____

Marvin A. Miller
