**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO DOCKET #859 | Centralized before The Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE CO., | |
| Third-Party Plaintiff, | |
| v. | |
| TRANS UNION, LLC, *et. al*, | |
| Third-Party Defendants. | |

**THIRD-PARTY DEFENDANT CHOICEPOINT PRECISION MARKETING LLC'S MOTION TO DISMISS THE COMPLAINT OF THIRD-PARTY PLAINTIFF AMERIQUEST MORTGAGE COMPANY**

NOW COMES Third-Party Defendant ChoicePoint Precision Marketing LLC[1] ("ChoicePoint"), by and through counsel, and moves this Court to dismiss the claims set forth against ChoicePoint in the Third-Party Complaint (Docket No. 859) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

---

[1] Although the caption in the Third-Party Complaint reads "ChoicePoint Precision Marketing Inc.," the correct name is "ChoicePoint Precision Marketing LLC."

- 2 -

In support of this Motion, ChoicePoint submits an accompanying Memorandum in Support of the Motion, the Affidavit of Meredith Sidewater, and relies upon the pleadings and records on file herein. ChoicePoint requests an opportunity for oral argument.

WHEREFORE, Defendant respectfully requests that this Court grant the Motion and enter an order dismissing the claims alleged against it in the Third-Party Complaint with prejudice, awarding ChoicePoint its costs and fees incurred herein, and entering such further relief as is just, necessary, and proper.

Dated: September 7, 2007.

Respectfully Submitted,

ChoicePoint Precision Marketing LLC

By: /s/ Laurie S. Fulton
One of Its Attorneys

Laurie S. Fulton (lfulton@wc.com)
Jon R. Fetterolf (jfetterolf@wc.com)
Paven Malhotra (pmalhotra@wc.com)
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Attorneys for Third-Party Defendant
ChoicePoint Precision Marketing LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Laurie S. Fulton