IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO DOCKET #859 | |
| AMERIQUEST MORTGAGE CO.,<br><br>　　　　Third-party Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, *et. al*,<br><br>　　　　Third-party Defendants. | |

**AFFIDAVIT OF MEREDITH SIDEWATER AUTHENTICATING COPIES OF CERTAIN DOCUMENTS**

I, Meredith L. Sidewater, declare as follows:

1. I am Vice President and Deputy General Counsel of ChoicePoint Precision Marketing Inc. ("ChoicePoint") located at 1000 Alderman Drive, Alpharetta, Georgia, 30005.

2. As Vice President and Deputy General Counsel, I am charged with reviewing the agreements entered into by ChoicePoint Precision Marketing Inc. as well as agreements entered into by companies acquired by ChoicePoint.

1

3. In my capacity as Vice President and Deputy General Counsel I have personal knowledge that the following documents, attached herein, are true and correct copies of their respective original agreements:

a. "Subscriber Agreement for Equifax Off-Line Services" entered into by Equifax Credit Information Services, Inc., Direct Mail Credit Data, Inc., and Ameriquest Mortgage Company on December 15, 2000 and attached herein as Exhibit A.

b. "Service Agreement" entered into by Ameriquest Mortgage Company and ChoicePoint Precision Marketing Inc. on February 11, 2005 and attached herein as Exhibit B.

I declare under penalty of perjury under the laws of the State of Georgia and the United States that the foregoing is true and correct.

Executed this 6th day of September, 2007 at Alpharetta, Georgia.

Further affiant sayeth not.

By: *Meredith Sidewater* (signature)
Meredith L. Sidewater

Subscribed and sworn before me this 6th day of September, 2007.

*Laura K. Peterson* (signature)
Notary Public of State of Georgia
My Commission Expires: Notary Public, Cobb County, Georgia
My Commission Expires June 24, 2008

2