**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO DOCKET #859 | | |
| AMERIQUEST MORTGAGE CO.,<br><br>           Third Party Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, *et. al*,<br><br>           Third Party Defendants. | | |

**<u>CORPORATE DISCLOSURE STATEMENT BY THIRD-PARTY DEFENDANT
CHOICEPOINT PRECISION MARKETING LLC</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Third-Party Defendant, by undersigned counsel, states that ChoicePoint Precision Marketing LLC[1] is a subsidiary of ChoicePoint Services Inc., which is itself a subsidiary of ChoicePoint Inc. ChoicePoint Inc. is a Georgia corporation that trades publicly on the New York Stock Exchange. Baron Capital Group, Inc. and its subsidiaries own 10% (ten percent) or more of the stock of ChoicePoint Inc.

---

[1] Although the caption in the Third-Party Complaint reads "ChoicePoint Precision Marketing Inc.," the correct name is "ChoicePoint Precision Marketing LLC."

- 2 -

Dated: September 7, 2007.　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　　ChoicePoint Precision Marketing LLC

　　　　　　　　　　　　　　　　　　　　　　　<u>By: /s/ Laurie S. Fulton</u>
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

　　　　　　　　　　　　　　　　　　　　　　　Laurie S. Fulton (lfulton@wc.com)
　　　　　　　　　　　　　　　　　　　　　　　Jon R. Fetterolf (jfetterolf@wc.com)
　　　　　　　　　　　　　　　　　　　　　　　Paven Malhotra (pmalhotra@wc.com)
　　　　　　　　　　　　　　　　　　　　　　　WILLIAMS & CONNOLLY LLP
　　　　　　　　　　　　　　　　　　　　　　　725 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　　(202) 434-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Laurie S. Fulton