U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: MDL No. 1715
Ameriquest Mortgage Co. v.
Trans Union, LLC, Trans Union Corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Trans Union, LLC and Trans Union Corporation

| | |
|---|---|
| NAME (Type or print) Robert J. Schuckit | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Robert J. Schuckit | |
| FIRM Schuckit & Associates, P.C. | |
| STREET ADDRESS 10 West Market Street, Suite 3000 | |
| CITY/STATE/ZIP Indianapolis, IN 46204 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6183900 | TELEPHONE NUMBER 317-363-2400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |