## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715<br><br>LEAD CASE NO. 1:05-cv-07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>TRANS UNION LLC, a Delaware corporation; TRANS UNION CORPORATION, a Delaware corporation; CHOICEPOINT PRECISION MARKETING, INC., a Georgia corporation; EQUIFAX CREDIT INFORMATION SERVICES, INC., a Georgia corporation; EQUIFAX MARKETING SERVICES, a division of Equifax Credit Information Services, Inc.;<br>　　　　Third-Party Defendants. | (Centralized before The Honorable Marvin E. Aspen) |

**AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Trans Union, LLC and Trans Union Corporation (collectively referred to as "Trans Union"), by counsel, and Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest"), by agreement, move this Court to enlarge the time for filing Trans Union's response to the Complaint to October 1, 2001.

In support of this Motion, Trans Union states as follows:

A.　　Ameriquest agrees to this Motion.

B.　　Trans Union was just recently served and obtained counsel in this matter and requires additional time to prepare a response to the Complaint.

WHEREFORE, Trans Union requests that this Court grant it up to and including October 1, 2007 to file its response to the Third-Party Complaint.

Respectfully submitted,

*s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (IL Bar #6183900)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com

*Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **10th day of September, 2007**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Caryn Becker, Esq.<br>cbecker@lchb.com | Gary Edward Klein, Esq.<br>klein@roddykleinryan.com |
| Charles McLeod Baird, Esq.<br>charlesmbaird@att.net | Kelly M. Dermody, Esq.<br>kdermody@lchb.com |
| Rachel Geman, Esq.<br>rgeman@lchb.com | Shennan Kavanagh, Esq.<br>kavanagh@roddykleinryan.com |
| Terry A. Smiljanich, Esq.<br>tsmiljanich@jameshoyer.com | Jill Henniger Bowman, Esq.<br>jbowman@jameshoyer.com |
| Samuel H. Rudman, Esq.<br>srudman@lerachlaw.com | Dominic J. Rizzi, Esq.<br>drizzi@caffertyfaucher.com |
| Evan Jay Kaufman, Esq.<br>ekaufman@lerachlaw.com | Lori Ann Fanning, Esq.<br>lfanning@millerlawllc.com |
| Marvin Alan Miller, Esq.<br>mmiller@millerlawllc.com | Daniel Mark Harris, Esq.<br>lawofficedh@yahoo.com |
| Keith James Keogh, Esq. | Elizabeth Monkus, Esq. |

| | |
|---|---|
| keith@keoghlaw.com | emonkus@hrolaw.com |
| Bernard E. LeSage, Esq. blesage@buchalter.com | Brandon A. Block, Esq. bblock@buchalter.com |
| Craig Allen Varga, Esq. cvarga@vblhc.com | Jonathan N. Ledsky, Esq. jledsky@vblhc.com |
| Joshua R. Mandell, Esq. jmandell@buchalter.com | Sarah K. Andrus, Esq. sandrus@buchalter.com |
| Stephen Philip Kikoler, Esq. skikoler@muchshelist.com | Thomas Joseph Wiegand, Esq. twiegand@winston.com |
| David Edward Dahlquist, Esq. ddahlquist@winston.com | Greg J. Miarecki, Esq. gmiarecki@winston.com |
| James Michael Dash, Esq. jdash@muchshelist.com | Lorne Todd Saeks, Esq. lsaeks@muchshelist.com |
| Melinda J. Morales, Esq. mmorales@muchshelist.com | Kristina M. Van Buskirk, Esq. kvanbuskirk@ngelaw.com |
| Synde B. Keywell, Esq. synde.keywell@bryancave.com | James McGinnis Boyers, Esq. jboyers@woodmclaw.com |
| Renee Lynn Zipprich, Esq. rzipprich@dykema.com | Richard Eric Gottlieb, Esq. rgottlieb@dykema.com |
| Harry N. Arger, Esq. harger@dykema.com | Michelle Bacher Fisher, Esq. mfisher@dykema.com |
| Alan Norris Salpeter, Esq. asalpeter@llgm.com | Bradley Ian Schecter, Esq. bschecter@llgm.com |
| Therese King Nohos, Esq. tnohos@llgm.com | Vincent P. Schmeltz, III, Esq. vschmeltz@llgm.com |
| Jimmie H. Brown, Esq. help@bspclaw.com | Ralph O. Scoccimaro, Esq. help@bspclaw.com |
| Laurie S. Fulton, Esq. lfulton@wc.com | Jon R. Fetterolf, Esq. jfetterolf@wc.com |
| Paven Malhotra, Esq. pmalhotra@wc.com | Bradley J. Miller, Esq. bmiller@kilpatrickstockton.com |
| Robert Eliot Shapiro, Esq. rob.shapiro@bfkpn.com | Stephanie Michelle Zimdahl, Esq. stephanie.zimdahl@bfkpn.com |
| Daniel A. Edelman, Esq. courtecl@edcombs.com | Albert F. Hofeld, Jr., Esq. ahofeld@edcombs.com |
| Andrew G. Pizor, Esq. apizor@consumerlawgroup.com | Anne A. Bergman, Esq. aabergman@aol.com |
| Brian Lewis Bromberg, Esq. brian@bromberglawoffice.com | Charles M. Delbaum, Esq. cdelbaum@nclc.org |
| Daniel S. Blinn, Esq. dblinn@consumerlawgroup.com | Richard A. Kudla, Esq. richard.kudla@aig.com |
| Richard Andre Lilly, Esq. rlilly@ademilaw.com | Tara Leigh Goodwin, Esq. tgoodwin@edcombs.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **10th day of September, 2007**, properly addressed as follows:

| | |
|---|---|
| **for Plaintiff Rosalind Van Gorp**:<br>Rosalind Van Gorp<br>*Pro Se* Plaintiff<br>_____<br>_____<br>_____ | **for Defendant Ameriquest Mortgage Company**:<br>Brian H. Newman, Esq.<br>Cheryl M. Lott, Esq.<br>Melody A. Petrossian, Esq.<br>Rachel A.P. Saldana, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA  90017 |
| **for Defendant HSBC Mortgage Services Inc.**:<br>Richard P. Colbert, Esq.<br>Alexandra van Nes Dolger, Esq.<br>Day Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT  06901-2047 | **for Third-Party Defendant Equifax Marketing Services**:<br>Elmer E. Evans, Esq.<br>1137 – 13th Street<br>Des Moines, IA  50314 |
| **for Third-Party Defendant Equifax Marketing Services**:<br>Bryan Anthony Vroon, Esq.<br>Vroon & Crongeyer LLP<br>1718 Peachtree Street, Suite 1088<br>Atlanta, GA  30309 | |

      *s/ Robert J. Schuckit*
      Robert J. Schuckit, Esq. (IL Bar #6183900)
      Schuckit & Associates, P.C.
      30th Floor, Market Tower
      10 W. Market Street, Suite 3000
      Indianapolis, IN  46204
      Telephone:  317-363-2400
      Fax:  317-363-2257
      E-Mail:  rschuckit@schuckitlaw.com

      *Counsel for Trans Union, LLC*