## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715<br><br>LEAD CASE NO. 1:05-cv-07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, a Delaware corporation; TRANS UNION CORPORATION, a Delaware corporation; CHOICEPOINT PRECISION MARKETING, INC., a Georgia corporation; EQUIFAX CREDIT INFORMATION SERVICES, INC., a Georgia corporation; EQUIFAX MARKETING SERVICES, a division of Equifax Credit Information Services, Inc.;<br>　　　　Third-Party Defendants. | (Centralized before The Honorable Marvin E. Aspen) |

## ORDER GRANTING AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Trans Union, LLC and Trans Union Corporation (collectively referred to as "Trans Union"), by counsel, and Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest"), by agreement, having filed their Agreed Motion For Enlargement Of Time To Respond To Complaint, AND THE COURT, being duly advised in the premises, NOW FINDS the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Trans Union is granted an extension of time up to and including October 1, 2007 to file its response to the Third-Party Complaint.

Dated:_____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JUDGE, United States District Court

Northern District of Illinois

Distribution:

| | |
|---|---|
| Caryn Becker, Esq.<br>cbecker@lchb.com | Gary Edward Klein, Esq.<br>klein@roddykleinryan.com |
| Charles McLeod Baird, Esq.<br>charlesmbaird@att.net | Kelly M. Dermody, Esq.<br>kdermody@lchb.com |
| Rachel Geman, Esq.<br>rgeman@lchb.com | Shennan Kavanagh, Esq.<br>kavanagh@roddykleinryan.com |
| Terry A. Smiljanich, Esq.<br>tsmiljanich@jameshoyer.com | Jill Henniger Bowman, Esq.<br>jbowman@jameshoyer.com |
| Samuel H. Rudman, Esq.<br>srudman@lerachlaw.com | Dominic J. Rizzi, Esq.<br>drizzi@caffertyfaucher.com |
| Evan Jay Kaufman, Esq.<br>ekaufman@lerachlaw.com | Lori Ann Fanning, Esq.<br>lfanning@millerlawllc.com |
| Marvin Alan Miller, Esq.<br>mmiller@millerlawllc.com | Daniel Mark Harris, Esq.<br>lawofficedh@yahoo.com |
| Keith James Keogh, Esq.<br>keith@keoghlaw.com | Elizabeth Monkus, Esq.<br>emonkus@hrolaw.com |
| Bernard E. LeSage, Esq.<br>blesage@buchalter.com | Brandon A. Block, Esq.<br>bblock@buchalter.com |
| Craig Allen Varga, Esq.<br>cvarga@vblhc.com | Jonathan N. Ledsky, Esq.<br>jledsky@vblhc.com |
| Joshua R. Mandell, Esq.<br>jmandell@buchalter.com | Sarah K. Andrus, Esq.<br>sandrus@buchalter.com |
| Stephen Philip Kikoler, Esq.<br>skikoler@muchshelist.com | Thomas Joseph Wiegand, Esq.<br>twiegand@winston.com |
| David Edward Dahlquist, Esq.<br>ddahlquist@winston.com | Greg J. Miarecki, Esq.<br>gmiarecki@winston.com |
| James Michael Dash, Esq.<br>jdash@muchshelist.com | Lorne Todd Saeks, Esq.<br>lsaeks@muchshelist.com |
| Melinda J. Morales, Esq.<br>mmorales@muchshelist.com | Kristina M. Van Buskirk, Esq.<br>kvanbuskirk@ngelaw.com |
| Synde B. Keywell, Esq.<br>synde.keywell@bryancave.com | James McGinnis Boyers, Esq.<br>jboyers@woodmclaw.com |
| Renee Lynn Zipprich, Esq.<br>rzipprich@dykema.com | Richard Eric Gottlieb, Esq.<br>rgottlieb@dykema.com |
| Harry N. Arger, Esq.<br>harger@dykema.com | Michelle Bacher Fisher, Esq.<br>mfisher@dykema.com |
| Alan Norris Salpeter, Esq.<br>asalpeter@llgm.com | Bradley Ian Schecter, Esq.<br>bschecter@llgm.com |
| Therese King Nohos, Esq.<br>tnohos@llgm.com | Vincent P. Schmeltz, III, Esq.<br>vschmeltz@llgm.com |
| Jimmie H. Brown, Esq.<br>help@bspclaw.com | Ralph O. Scoccimaro, Esq.<br>help@bspclaw.com |

| | |
|---|---|
| Laurie S. Fulton, Esq.<br>lfulton@wc.com | Jon R. Fetterolf, Esq.<br>jfetterolf@wc.com |
| Paven Malhotra, Esq.<br>pmalhotra@wc.com | Bradley J. Miller, Esq.<br>bmiller@kilpatrickstockton.com |
| Robert Eliot Shapiro, Esq.<br>rob.shapiro@bfkpn.com | Stephanie Michelle Zimdahl, Esq.<br>stephanie.zimdahl@bfkpn.com |
| Daniel A. Edelman, Esq.<br>courtecl@edcombs.com | Albert F. Hofeld, Jr., Esq.<br>ahofeld@edcombs.com |
| Andrew G. Pizor, Esq.<br>apizor@consumerlawgroup.com | Anne A. Bergman, Esq.<br>aabergman@aol.com |
| Brian Lewis Bromberg, Esq.<br>brian@bromberglawoffice.com | Charles M. Delbaum, Esq.<br>cdelbaum@nclc.org |
| Daniel S. Blinn, Esq.<br>dblinn@consumerlawgroup.com | Richard A. Kudla, Esq.<br>richard.kudla@aig.com |
| Richard Andre Lilly, Esq.<br>rlilly@ademilaw.com | Tara Leigh Goodwin, Esq.<br>tgoodwin@edcombs.com |
| Robert J. Schuckit, Esq.<br>rschuckit@schuckitlaw.com | |
| Rosalind Van Gorp<br>*Pro Se* Plaintiff<br>_____<br>_____<br>_____ | Brian H. Newman, Esq.<br>Cheryl M. Lott, Esq.<br>Melody A. Petrossian, Esq.<br>Rachel A.P. Saldana, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA  90017 |
| Richard P. Colbert, Esq.<br>Alexandra van Nes Dolger, Esq.<br>Day Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT  06901-2047 | Elmer E. Evans, Esq.<br>1137 – 13th Street<br>Des Moines, IA  50314 |
| Bryan Anthony Vroon, Esq.<br>Vroon & Crongeyer LLP<br>1718 Peachtree Street, Suite 1088<br>Atlanta, GA  30309 | |