IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: *Morgida, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 1:07-cv-3006 | |

**MOTION FOR REASSIGNMENT**

Pursuant to Northern District of Illinois Local Rule 40.4(c), Defendants Ameriquest Mortgage Company and AMC Mortgage Services, Inc. ("Defendants") in the following case:

- *Morgida, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 1:07-cv-3006 (Leinenweber, J.)

(the "Action"), hereby seek reassignment of the Action to this Court for pretrial proceedings along with the other actions in the multidistrict litigation proceeding (the "Proceeding").

As further detailed in the accompanying Memorandum of Law in support of this motion, reassignment of the Action is warranted here because: (1) the Action is "related" to certain actions in this Proceeding under Local Rule 40.4(a); and (2) reassignment of the Action meets all of the conditions under Local Rule 40.4(b).

BN 1368999v1

This Motion is based on this Motion, the Memorandum of Law in support of the Motion, the pleadings and records on file herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

If the Court is not inclined to grant this Motion, Defendants request an opportunity for oral argument.

WHEREFORE, the Defendants respectfully request that this Court grant this Motion in its entirety.

                                            Respectfully submitted,

DATED: September 10, 2007           By: /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company and AMC Mortgage Services, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0600
(213) 896-0400 (fax)

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 10th day of September 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 1368999v1