## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: <br> *Morgida, et al. v. Ameriquest Mortgage Co., et al.,* <br> Case No. 1:07-cv-3006 | |

## DECLARATION OF BERNARD E. LESAGE IN SUPPORT OF MOTION FOR REASSIGNMENT

I, Bernard E. LeSage, declare as follows:

1. I am a shareholder of the law firm of Buchalter Nemer, a Professional Corporation, counsel for defendants Ameriquest Mortgage Company and AMC Mortgage Services, Inc., (collectively, "Defendants") in the above-captioned litigation. I state that the records and documents referred to in this Declaration constitute writings taken or made in the regular or ordinary course of business of Buchalter Nemer at or near the time of the act, condition or event to which they relate by persons employed by Buchalter Nemer who had a business duty to Buchalter to accurately and completely take, make and maintain such records and documents. I make this Declaration in support of Defendants' Motion for Reassignment. I know the following to be true and if called upon to testify, I could and would competently testify to the truth of the matters stated herein.

2. There are more than 150 actions in this multidistrict litigation proceeding that involve allegations that Defendants violated the Truth-in-Lending Act, 15 U.S.C. Section 1601, *et seq.*, by failing to provide borrowers with proper notice of their rescission rights.

3. Attached as Exhibit 1 to this Declaration is a true and correct copy of the operative complaint in *Morgida, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 1:07-cv-3006.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 10th day of September 2007 at Los Angeles, California.

By: /s/ Bernard E. LeSage

BN 1369012v1

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 10th day of September 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 1369012v1