IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>*Morgida, et al. v. Ameriquest Mortgage Co., et al.,*<br>Case No. 1:07-cv-3006 | |

## NOTICE OF PRESENTMENT OF MOTION FOR REASSIGNMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 20, 2007, at 10:30 a.m., Defendants Ameriquest Mortgage Company and AMC Mortgage Services, Inc. shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present the Motion for Reassignment, a copy of which is concurrently being served upon you.

BN 1371067v1

                                      Respectfully submitted,

DATED: September 10, 2007        By: /s/ Bernard E. LeSage

                                      *Attorneys for Ameriquest Mortgage Company and AMC Mortgage Services, Inc.*

                                      Bernard E. LeSage, Esq.
                                      Sarah K. Andrus, Esq.
                                      BUCHALTER NEMER, a P.C.
                                      1000 Wilshire Boulevard, Suite 1500
                                      Los Angeles, CA 90017-2457

**CERTIFICATE OF SERVICE**

  I, Bernard E. LeSage, hereby certify that on this 10th day of September 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 By: /s/ Bernard E. LeSage