UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Ameriquest Mortgage Company, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:05−cv−07097 |
| | Honorable Marvin E. Aspen |
| Ameriquest Mortgage Company, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 11, 2007:

    MINUTE entry before Judge Marvin E. Aspen dated 9/11/07:Any response(s) to third−party defendant Choicepoint Precision Marketing LLC's motion to dismiss [1062] the complaint of third party plaintiff Ameriquest Mortgage Company are to be filed on or before 10/1/2007. Any Replies due by 10/16/2007.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.