IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLIINOIS

| | |
|---|---|
| PAUL W. DERDA and <br> CINDY K. DERDA, his wife, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERIQUEST MORTGAGE <br> COMPANY, a foreign corporation, <br> and NORTHWEST TITLE & ESCROW <br> CORPORATION, <br><br> Defendants. | Case No.: 05 C 7097 |

**DEFENDANT NORTHWEST TITLE & ESCROW**
**CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, Northwest Title & Escrow Corporation (hereinafter referred to as "NWT"), by and through its attorneys of record, and for its Motion for Summary Judgment directed against all claims and issues contained in Plaintiffs' Complaint against this Defendant, states as follows:

1. Plaintiffs assert claims of fraudulent representation against the Defendant, NWT, in Count II of its Complaint. Plaintiffs assert claims of breach of fiduciary duty by NWT in Count III of its Complaint. None of the other Counts of Plaintiffs' Complaint assert claims against NWT.

2. NWT moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on all claims and issues of the Plaintiffs' Complaint directed towards NWT.

3. The Defendant, NWT, is entitled to summary judgment on all counts of Plaintiffs' Complaint directed towards NWT because, as a matter of law, the Plaintiffs cannot establish a claim upon which relief can be granted.

4. The uncontroverted facts in this case are set forth in the attached Statement of Uncontroverted Facts and supported by the attached deposition transcript excerpts and deposition exhibits.

5. The pleadings, depositions, exhibits and legal memorandum filed herein show that there is no genuine issue as to any material fact and that the Defendant, NWT, is entitled to summary judgment in its favor as a mater of law.

WHEREFORE, the Defendant, Northwest Title & Escrow Corporation, prays that this Court grant summary judgment in its favor and against the Plaintiffs on all claims and issues contained in Plaintiffs' Complaint directed against the Defendant, Northwest Title & Escrow Corporation, all at the Plaintiffs' costs and that this Defendant be awarded its reasonable attorneys fees, costs of suit and such other and further relief as this court deems fit and proper.

**ROTH, EVANS & LADING, P.C.**

BY:     /s/ Christopher B. Hunter
Christopher B. Hunter, EDMBE # 20591
1401 S. Brentwood Blvd., Ste. 585
St. Louis, Missouri 63144
Telephone: 314-961-5100
Facsimile: 314-968-3330
Email: cbhunter@rothlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was electronically sent and mailed, postage prepaid, and sent by United States Postal Service, this 6th day of September, 2007 to:

Harold G. Johnson
Mitchell D. Johnson
Mavis Kennedy, of counsel
Attorneys at Law
500 Northwest Plaza, Suite 715
St. Ann, MO 63074

Mr. Todd Ruskamp
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

/s/ Christopher B. Hunter