IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PAUL W. DERDA and<br>CINDY K. DERDA, his wife, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 05 C 7097 |
| vs. | )<br>)<br>) | |
| AMERIQUEST MORTGAGE<br>COMPANY, a foreign corporation,<br>and NORTHWEST TITLE & ESCROW<br>CORPORATION, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## JUDGMENT

This cause comes on for hearing on the Motion for Summary Judgment filed by the Defendant, Northwest Title & Escrow Corporation, against the Plaintiffs, Paul W. Derda and Cindy K. Derda, and directed against all claims and issues contained in Plaintiffs′ Petition, as amended, against the Defendant, Northwest Title & Escrow Corporation.

The Court, having reviewed the Motion for Summary Judgment, Memorandum of Law filed in Support of the Motion, together with all pleadings, affidavits, depositions and exhibits filed in support of the Motion for Summary Judgment and in opposition to the said Motion, finds there is no genuine dispute as to any material fact relating to the Plaintiffs' claims against the Defendant, Northwest Title & Escrow Corporation, and that the Defendant, Northwest Title & Escrow Corporation, is entitled to judgment in its favor as a matter of law.

THEREFORE IT IS ORDERED that Judgment is entered in favor of the Defendant, Northwest Title & Escrow Corporation and against the Plaintiffs, Paul W. Derda and Cindy K. Derda, on all Counts of the Plaintiffs' Complaint. The Defendant, Northwest Title & Escrow Corporation, is awarded its costs of suit.

Entered this _____ day of _____, 2007.

_____
Judge Presiding