IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

PAUL DERDA, et ux.,           )
                              )
         Plaintiffs,          )
                              )
v.                            )   No. 04CC-2320
                              )   Division 13
AMERIQUEST MORTGAGE, et al., )
                              )
         Defendants.          )

DEPOSITION OF NATHANIEL HUFKER
TAKEN BY HAROLD G. JOHNSON, ESQ.
ON BEHALF OF THE PLAINTIFF
AUGUST 15, 2005

CERTIFIED COPY

REPORTED BY STEPHANIE K. RENNEGARBE
CERTIFIED SHORTHAND REPORTER
REGISTERED DIPLOMATE REPORTER
CERTIFIED REALTIME REPORTER
CERTIFIED BROADCAST CAPTIONER
IL CSR# 084-003232

RANKIN REPORTING & LEGAL VIDEO
1015 LOCUST STREET, STE. 911
ST. LOUIS, MISSOURI 63101
(314) 231-2202
(800) 285-2115

**Deposition of Nathaniel Hufker**

1  A. November 21st.

2  Q. So that Exhibit 21 came in sometime on Friday.
3  And did you later receive another document with --
4  showing different figures?

5  A. No, Ameriquest sent us this and they sent us
6  the payoffs for Fairbanks. That was not the correct
7  amount to be paying off.

8  Q. Could I see that document, please?

9  Exhibit No. 22 was faxed over to you by
10  Ameriquest, is that it?

11  A. Yes, sir.

12  Q. And what was the primary change in the closing
13  statement? Was it the payoff for Fairbanks?

14  A. Yes. They -- Ameriquest had 108,223, the
15  payoff in fact was $113,617.89, which was good through
16  December 5th.

17  Q. Can you tell what time of day you first
18  received Exhibit 21? Is it marked on that document?

19  A. Fax strip says 10:01 a.m. on November 21 of
20  '03, given the time that's set by Ameriquest fax machine
21  in St. Charles. So, if they didn't do daylight savings
22  time it could have been an hour off.

23  Q. Let's see. Had we already had the change from
24  daylight savings to standard time again the end of
25  November?

15

**Deposition of Nathaniel Hufker**

1  Q. Can you tell us the nature of that
2  conversation?
3  A. To the best of my knowledge, I would have
4  instructed Ms. Derda that her checks -- we received the
5  funds from Ameriquest and that her checks were ready to
6  be cut, and I would have had the amounts of her checks
7  and the changes with the payoff being more to Fairbanks.
8  Q. And did you have any discussion with Mrs.
9  Derda about the change in the payoff?
10 A. Other than the -- I told her the reason why
11 would have been the fact there was a prepay on the loan
12 that was not accounted for in the papers with Ameriquest
13 that she had signed.
14 Q. And what was her response?
15 A. I don't remember. I do remember that she was
16 upset, and I believe she wanted to talk to Jeremy Smith
17 at that time.
18 Q. Do you recall if she made a request of you she
19 did not want to close on the loan?
20 A. She did tell me to hold on cutting the checks,
21 which I did, until I heard from her, I believe, in the
22 second call.
23 Q. Do you remember anything else from that first
24 conversation with her?
25 A. To the best of my knowledge, I cannot recall

17

**Deposition of Nathaniel Hufker**

1  Ameriquest. But I don't know if she asked me that or
2  not.
3  Q. When you say you cannot cancel a loan, was
4  that -- who gave you those instructions?
5  A. Well, just in general, the title company cannot
6  cancel a loan. The lender, which in this case would be
7  Ameriquest, is the only one that can cancel a loan. We
8  are to disburse according to what they tell us and
9  according to laws, and she was past her seven-day
10 recision to cancel a loan.
11 Q. Do you know when Mr. and Mrs. Derda first
12 found out that there was a difference in the payoff for
13 Fairbanks on the mortgage?
14 A. That probably would have been November 21 when
15 I called Ms. Derda and told her her checks were different
16 and why.
17 Q. But wouldn't they be entitled to some notice
18 to think about this change in the loan?
19         MR. RUSKAMP: Object to form.
20         MR. HUNTER: I'm going to object, also.
21 Q. Let me finish the question first. Don't you
22 think that Mr. and Mrs. Derda should have the
23 opportunity when they have a difference that they should
24 have additional time to consider whether to close or
25 not?

19

**Deposition of Nathaniel Hufker**

```
 1      Q.    Do you have any paperwork here that would show
 2   that when the check was mailed or overnighted to
 3   Fairbanks?
 4      A.    With me, no.
 5      Q.    What would be your normal and customary
 6   procedure when you close out a loan like this on a
 7   Friday afternoon?  Would you generally make an effort to
 8   overnight it that day or would you wait another day?
 9      A.    It would have went out that day.  Being since
10   it was on a Friday, if that's what November 21st was,
11   Fairbanks would have received it on Monday.
12      Q.    Okay.  Mr. Hufker, when did you graduate from
13   high school?
14      A.    In '99.
15      Q.    And did you have any education after high
16   school?
17      A.    Two years at a junior college.
18      Q.    Where at?
19      A.    Southwestern Illinois College.  And that's in
20   Belleville, Illinois.
21      Q.    Did you major in any particular subjects?
22      A.    No, I'm one class from getting my Associate's
23   in Science.
24      Q.    Okay.  After college could you give us your
25   work history from then to the time you started with
```

26