**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

MDL No. 1715

Lead Case No. 05-CV-07097

(Centralized before The Honorable Marvin E. Aspen)

THIS DOCUMENT RELATES TO ALL ACTIONS

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation; A TITLE ESCROW COMPANY, INC., an Illinois corporation; ANGELA BARTUCCI, an individual; ARTHUR LACHEL, an individual; ATM CORPORATION OF AMERICA, a Pennsylvania corporation; AVALON ABSTRACT CORP., a New York corporation; B & S SERVICES, LLC, a limited liability company; BLACKSTONE NATIONAL TITLE, LLC, a limited liability company; CAROLYN T. DALEY, an individual; CESAR GAITAN, an individual; CHICAGO TITLE COMPANY; CHRISTOPHER M. BOEDEFELD, ESQ., an individual; CLOSENET, LLC, a Michigan limited liability company; COMMONWEALTH LAND TITLE COMPANY, a California corporation; COMPLETE TITLE SOLUTIONS, INC., a Florida corporation; DAVID B. CARROLL, P.C., a professional corporation; DEVON TITLE AGENCY, a Michigan corporation; DEWRELL SACKS, LLP, a limited liability partnership; DEY SMITH & COLLIER LLC,

Connecticut limited liability company; EQUITY SETTLEMENT SERVICES, INC., a New York corporation; EXPRESS FINANCIAL SERVICES, INC., a Pennsylvania corporation; FIDELITY NATIONAL TITLE COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; FINANCIAL TITLE COMPANY, a California corporation; FIRST CHOICE SIGNING SERVICE, LLC, a California limited liability company; FIRST MERIT SETTLEMENT SERVICES, INC., a Pennsylvania corporation; GAIL A. MANY, an individual; GENERAL AMERICAN CORPORATION; GORDON VIDELL, an individual; GREGORY R. SHAW, ESQ., an individual; GUADALUPE CRUZ, JR., an individual; HEIGHTS TITLE AGENCY, INC., an Ohio corporation; HOLLER & HOLLER, LLC, a Connecticut limited liability company; HOME EQUITY TITLE SERVICES, INC., an Illinois corporation; HOME-LAND TITLE & ABSTRACT CO., INC., a Mississippi corporation; ILENE K. CHAPEL, an individual; INDIANA TITLE NETWORK COMPANY, an Indiana corporation; JACKIE A. MARTINEZ, an individual; JOHN WEBER & ASSOCIATES, P.C., a New York professional corporation; JOSHUA HILTIBIDAL, an individual; LANDAMERICA FINANCIAL GROUP, INC., a Virginia corporation; LAW OFFICE OF ANTHONY A. SENERCHIA, SR. P.C., a Massachusetts professional corporation; LAW OFFICE OF JOSEPH E. NEALON, a limited liability company; LAW OFFICES OF DANIEL J. NIGRO, P.C., a professional corporation; LAW OFFICES OF GREGORY T. LATTANZI, LLC, a limited liability company; LAW OFFICES OF JONATHAN P. ASH; LAW OFFICES OF JOSEPH J. D'AGOSTINO, JR., LLC, a Connecticut limited liability company; LAW OFFICES OF MARC D. FOLEY, P.C., a Massachusetts professional corporation; LAW OFFICES OF MORRIS I. OLMER; LAW TITLE INSURANCE )

COMPANY, INC., an Illinois corporation; )
LAWYERS TITLE INSURANCE )
CORPORATION, a Virginia corporation; LEE )
S. JACOBOWITZ, ESQ., an individual; )
LENDERS FIRST CHOICE, a Texas )
corporation; LYNNE A. LOVE, an individual; )
MACKINNON & TAVANO, LLC, a )
Connecticut limited liability company; )
MARTIN M. HOCHMAN, an individual; )
MICHAEL HOGAN, an individual; MIKE )
SMITH, an individual; MORTGAGE )
INFORMATION SERVICES, INC., an Ohio )
corporation; NATIONAL CLOSING )
SOLUTIONS, INC., a Delaware corporation; )
NATIONAL REAL ESTATE INFORMATION )
SERVICES OF NEW JERSEY, INC., a New )
Jersey corporation; NATIONAL REAL )
ESTATE INFORMATION SERVICES, a )
Pennsylvania limited partnership; NATIONS )
TITLE AGENCY OF ILLINOIS, INC., an )
Illinois corporation; NATIONS TITLE )
AGENCY OF MICHIGAN, INC., a Michigan )
corporation; NATIONS TITLE AGENCY OF )
MISSOURI, INC., a Missouri corporation; )
NEW VISION TITLE AGENCY, LLC, a New )
Jersey limited liability company; NIGRO )
ASSOCIATES, LLC, a Massachusetts limited )
liability company; NORTH AMERICAN )
TITLE COMPANY, INC., a California )
corporation; PAUL D. BOUDREAU, an )
individual; PERROTTA, CAHN & PRIETO, )
P.C., a Georgia professional corporation; )
PLACER TITLE COMPANY, a California )
corporation; PORTNOY AND GREENE, P.C., )
a Massachusetts professional corporation; )
RESIDENTIAL TITLE SERVICES, INC., an )
Illinois corporation; RESOURCE TITLE, LLC, )
a Maryland limited liability company; ROY W. )
WALLER, an individual; SCHOP & )
PLESKOW, LLP, a New York limited liability )
partnership; SCOTT DRIER, an individual; )
SCOTT L. BRISCO, an individual; SCOTT )
PARKHURST, an individual; SHANE )
DELORENZE, an individual; SHEILA )
DOLAN, an individual; SIERRA TITLE )
COMPANY OF CAMERON AND WILLACY )

COUNTIES, a Texas corporation; SPECIALTY TITLE SERVICES, INC., an Illinois corporation; STEWART TITLE OF SEATTLE, LLC, a limited liability company; SUPERIOR CLOSING SERVICES, LLC, a Connecticut limited liability company; SYNODI VIDELL & GREEN, LLC, a Connecticut limited liability company; TAPALIAN & TADROS, P.C., a professional corporation; TEK TITLE, LLC, an Illinois limited liability company; TEXAS NATIONS TITLE AGENCY, INC.; THE MATLUSKY FIRM, LLC, a Delaware limited liability company; TIA M. MARTIN, an individual; TITLESERV, INC., a New York corporation; TOWNE & COUNTRY LAND TITLE AGENCY, Inc., an Ohio corporation; TRANSTAR NATIONAL TITLE, a Texas corporation; TRI-SOURCE TITLE AGENCY, Inc., a Ohio corporation; TRISTAR TITLE, LLC, an Illinois limited liability company; TRUE TITLE, INC., a Louisiana corporation; TURNKEY TITLE CORPORATION, a Florida corporation; VITAL SIGNING, INC., a California corporation; WILLIAM J. PETZ, an individual; 5 STAR FINANCIAL INC.; A AMERICAN FINANCIAL GROUP, INC.; ABSOLUTE TITLE SERVICES, INC.; ACCESS TITLE, LLC; ACE MORTGAGE FUNDING INC.; ACRO MORTGAGE LLC; ADVANTAGE EQUITY SERVICES, INC.; ADVISOR MORTGAGE LLC; ALLEN A. CURRIER; ALLIED HOME MORTGAGE CAPITAL CORP.; ALPHA MORTGAGE LENDING; AMERICAN ELITE FINANCIAL INC.; AMERICAN PIONEER TITLE INSURANCE COMPANY; AMERICAN RESIDENTIAL MORTGAGE; AMERICARE MORTGAGE CORPORATION; AMSTAR MORTGAGE CORP.; ARCHER LAND TITLE, INC.; ATTORNEYS' TITLE INSURANCE FUND, INC.; B & P MORTGAGE, INC.; BANKERS TITLE & ESCROW AGENCY, INC.; BATTERSBY TITLE, INC.; BEACON MORTGAGE SERVICES LLC; BLS FUNDING CORP.; CBC COMPANIES; CHICAGO MORTGAGE

ACCEPTANCE; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE OF MICHIGAN; CHOICE TITLE AGENCY, INC.; CISLO TITLE COMPANY; CITYWIDE MORTGAGE PROS, INC.; CITYWIDE TITLE CORPORATION; CLASSIC HOME MORTGAGE CORP.; COLONIAL TITLE & ESCROW INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; CONNECTICUT ATTORNEYS TITLE INSURANCE COMPANY; CONNECTICUT CLOSING SERVICES; CROSS COUNTRY LENDERS LLC; CROWN MORTGAGE CORP.; DESAUTELS, MAHONEY & KOHN, LLC; DIRECT BANC MORTGAGE LLC; DREAM HOUSE MORTGAGE CORP.; EDEN ROCK MORTGAGE CORP.; ELDRIDGE MORTGAGE COMPANY INC.; ENVISION MORTGAGE SOLUTIONS INC.; EQUITY SOLUTIONS INC.; EW MORTGAGE COMPANY; FAIRFIELD MORTGAGE INC.; FAIRWAY FINANCIAL GROUP LLC; FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK; FIDELITY TITLE AND ESCROW, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; FIRST USA FUNDING LLC; FRANK J. MANNI; FREEDOM MORTGAGE TEAM, INC.; GENESIS MORTGAGE CORP.; GLOBAL MORTGAGE INC.; GOLDMAN GRUDER & WOODS, LLC; GRAND MORTGAGE CORPORATION; GREAT AMERICAN MORTGAGE CORP.; GREAT LAKES MORTGAGE CO., LLC; GREAT LAKES NATIONAL MORTGAGE BANC INC.; GREAT LAKES NATIONAL MORTGAGE CO.; GREENWICH MORTGAGE CORP.; HADLOCK LAW OFFICES, P.C.; HAMILTON MORTGAGE CO.; HILLARD N. EINBINDER; HWB INC.; ILLINOIS MORTGAGE FUNDING CORP.; INTEGRITY 1ST MORTGAGE; INVESTMENT MORTGAGE GROUP; JONES, DAMIA, KAUFMAN, BOROFSKY & DEPAUL LLC; TIMOTHY P. KENNEDY; L & S MORTGAGE LLC; LAKE FRONT

MORTGAGE INC.; LANDSEL TITLE AGENCY, INC.; LAW OFFICES OF SARINO R. COSTANZO; LAW OFFICES OF BORNER, SCOLA, BARUTI & VANCINI P.C.; LAW OFFICES OF WILLIAM A. SNIDER; LAW TITLE INSURANCE AGENCY, INC.; LIBERTY FUNDING SERVICES INC.; LIBERTY TITLE & ESCROW COMPANY, INC.; LIETO & GREENBERG LLP; MANSFIELD MORTGAGE SERVICES INC.; MEDICI & SCIACCA, P.C.; METROPOLITAN TITLE COMPANY; MICHIGAN LAND TITLE AGENCY, INC.; MICHIGAN TITLE COMPANY; MICHIGAN TRUST TITLE AGENCY, LLC; MIDLAND TITLE SECURITY, INC.; MIDWEST LAND TITLE COMPANY; MORTGAGE DEPOT; MORTGAGE GUARANTEE & TITLE COMPANY; MORTGAGE PROS USA; NATIONWIDE MORTGAGE; OHIO BAR TITLE INSURANCE COMPANY; OHIO LENDING SOLUTIONS; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; OXFORD HOME MORTGAGE LLC; P & L MORTGAGE, INC.; PAN AMERICAN FUNDING GROUP INC.; PARADISE FINANCIAL SERVICES LLC; PATRIOT TITLE COMPANY, INC.; PRECISION FINANCIAL INC.; PREFERRED LENDING GROUP; PREMIER TITLE AND ESCROW COMPANY, INC.; PRIME PLUS MORTGAGE; QUALITY TITLE AGENCY, INC.; REAGLE SEARCH & SIGNATURE SERVICES, LLC; REPUBLIC TITLE COMPANY; SEARCH2CLOSE OF COLUMBUS, LLC; SETTE & BONADIES, P.C.; FRED SETTE; SOUTHERN STAR MORTGAGE CORP.; STEWART TITLE GUARANTY COMPANY; STEWART TITLE INSURANCE COMPANY; STEWART TITLE OF ILLINOIS; SUPREME FUNDING MORTGAGE SERVICES INC.; KERRY A. SUMNER; TAYLOR ABSTRACT COMPANY; THE CLOSING OFFICE; THE GUARANTEE TITLE AND TRUST

COMPANY; THE MORTGAGE EDGE INC.; THE MORTGAGE STORE; TICOR TITLE INSURANCE COMPANY; TITLE SOURCE, INC.; TITLE WORKS, INC.; TITLE-TECH NETWORKS, INC.; TOP CHOICE MORTGAGE LLC; TOP FLITE FINANCIAL INC.; TOWER FINANCIAL GROUP INC.; TRANSNATION TITLE INSURANCE COMPANY; TRAVIS MORTGAGE LLC; TRIUNION TITLE, LLC; UNION MORTGAGE SERVICES OF CLEVELAND, INC.; UNIVERSAL HOME LENDING INC.; UNIVEST MORTGAGE CORP.; and WILLIAM HAJJ MORTGAGE COMPANY LLC,

Third-Party Defendants.

**CORRECTED CAPTION FOR FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

**CERTIFICATE OF SERVICE**

I, David Dahlquist, hereby certify that on this 13th day of September 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: s/David Dahlquist