## U.S. DISTRICT COURT FOR THE NORTHER DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
In Re Ameriquest Mortgage Company Mortgage Lending Practices Litigation

Case Number: 05-cv-07097

MDL Docket No. 1715

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, Town & Country Credit Corporation, AMC Mortgage Services, Ameriquest Mortgage Securities

| | |
|---|---|
| NAME (Type or Print) Joanne N. Davies | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Joanne N. Davies | |
| FIRM Buchalter Nemer | |
| STREET ADDRESS 18400 Von Karman Avenue, Suite 800 | |
| CITY/STATE/ZIP Irvine, CA 92612 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (949) 760-1121 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |