- 1 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>*Donald and Sharon Green v. Ameriquest Mortgage Company, et al.,* Case No. 06-cv-6945 | |

**UNOPPOSED MOTION TO RECAPTION**

Defendant WM Specialty Mortgage LLC, incorrectly sued as Washington Mutual Bank ("Defendant"), by and through its attorneys, respectfully requests that this Court recaption the above-referenced matter currently captioned as *Donald and Sharon Green v. Ameriquest Mortgage Company, AMC Mortgage Services, Inc. and Washington Mutual Bank*, Case No. 06-cv-6945. Defendant seeks to replace the incorrectly named party, Washington Mutual Bank, with the correct party, WM Specialty Mortgage LLC. Plaintiffs do not oppose this motion.

In support of its motion, Defendant states as follows:

1. Plaintiffs filed their First Amended Complaint on February 13, 2007 against Ameriquest Mortgage Company, AMC Mortgage Services, Inc. and Washington Mutual Bank for violations of the Truth in Lending Act, 15 U.S.C. § 1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, C.F.R. part 226.

2. On August 30, 2007, Defendant filed its answer to the First Amended Complaint and noted it was incorrectly sued as Washington Mutual Bank.

3. Defendant WM Specialty Mortgage, LLC notified plaintiffs' counsel of the incorrect caption and Plaintiffs indicated that they do not oppose this motion.

- 1 -

- 2 -

4. The granting of this motion will not delay or prolong any proceedings in this matter, including motion practice and discovery.

5. The granting of this motion will not cause any prejudice to plaintiffs.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting Defendant leave to recaption this matter and replace Washington Mutual Bank with the correct party, WM Specialty Mortgage LLC.

Respectfully submitted,

DATED: September 17, 2007

By: /s/ Bernard E. LeSage
*Attorneys for WM Specialty Mortgage LLC*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

- 3 -

## CERTIFICATE OF SERVICE

     I, Bernard E. LeSage, hereby certify that on this 17th day of September 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                           By:    /s/ Bernard E. LeSage