## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF PRESENTMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 20, 2007, at 10:00 a.m.,

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest

Mortgage Securities, Inc. and Town & Country Credit Corporation shall appear before

the Honorable Morton Denlow in Room 1350 in the United States District Court for the

Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then

present the Defendants' Memorandum Of Law In Support Of Their Motion For Leave To

Propound Additional Interrogatories And For 60-Day Extension Of Discovery Cut-Off

Date Or Court Order Obliging Class Plaintiffs To Provide Meaningful Responses To

Defendants' Pending Discovery Requests By October 1, 2007.

BN 1382050v1

Respectfully submitted,

DATED: September 18, 2007

By: /s/ Bernard E. LeSage

*Attorneys for WM Specialty Mortgage LLC*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

BN 1382050v1

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 18th day of September 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 1382050v1