**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**CERTIFICATE OF SERVICE**

I, Bernard E. Lesage, hereby certify that on this 18th day of September, 2007, true and correct copies of the foregoing documents were filed electronically:

1.   NOTICE OF PRESENTMENT;

2.   DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR LEAVE TO PROPOUND ADDITIONAL INTERROGATORIES AND FOR 60-DAY EXTENSION OF DISCOVERY CUT-OFF DATE OR COURT ORDER OBLIGING CLASS PLAINTIFFS TO PROVIDE MEANINGFUL RESPONSES TO DEFENDANTS' PENDING DISCOVERY REQUESTS BY OCTOBER 1, 2007; and

3.   DECLARATION OF BERNARD LESAGE IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO PROPOUND ADDITIONAL INTERROGATORIES AND FOR 60-DAY EXTENSION OF DISCOVERY CUT-OFF DATE OR COURT ORDER OBLIGING CLASS PLAINTIFFS TO PROVIDE MEANINGFUL RESPONSES TO DEFENDANTS' PENDING DISCOVERY REQUESTS BY OCTOBER 1, 2007.

Notice of these filings will be sent by electronic mail to all counsel of record by operation

of the Court's electronic filing system. Parties may access these filings through the Court's system.

DATED: September 18, 2007

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400