*United States District Court for the Northern District of Illinois*

Case Number: 05-cv7097          Assigned/Issued By: EDA

Judge Name: Aspen          Designated Magistrate Judge: Denlow

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                             ☐ Alias Summons
☑ Third Party Summons                 ☐ Lis Pendens
☐ Non Wage Garnishment Summons        ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                                      (Victim, Against and $ Amount)
☐ Citation to Discover Assets
☐ Writ _____
    (Type of Writ)

7 Original and 7 copies on 9/18/07 as to Patriot Title Co., Inc.
                              (Date)
Mortgage Pros USA, Nationwide Mortgage, Ohio Bar Title Insurance Co., Ohio Lending Solutions, P&L Mortgage, Inc., Pan American Funding Group

C:\wpwin80\docket\feeinfo.frm   03/14/05