Sep-18-07  23:21  From-Minneapolis Marriott Concierge     612-332-7165    T-851  P.001/001  F-840
Sep-18-07  04:31pm  From-Buchalter Nemer

Case: 1:05-cv-07097 Document #: 1129 Filed: 09/19/07 Page 1 of 1 PageID #:19508

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## DECLARATION OF DIANE TIBEREND IN OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF A DOCUMENT PRESERVATION ORDER

I, Diane Tiberend, declare that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am in-house counsel to ACC Capital Holdings Corporation ("ACCH") and its subsidiaries and affiliates. I make this declaration in opposition to Plaintiffs' Motion for Entry of a Document Preservation Order. I am authorized to make this declaration. Except where otherwise indicated, the following facts are true of my own knowledge and, if called upon to do so, I could and would testify to the truth thereof.

2. In my capacity as in-house counsel, as described above, I am familiar with the facts and issues in this proceeding and I have been since it began.

3. I am familiar with the law regarding the legal obligations of a party in litigation to preserve documents whether in hard copy or electronic format.

4. The Defendants herein have been complying and will continue to comply with their legal obligations to preserve documents with respect to this proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Minneapolis, MN this 18th day of September 2007.

_____
Diane Tiberend

1

BN 1382784v1