# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715 |
| | Lead Case No. 05 C 07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| MARLON MANIER and TANYA S. MANIER<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC, *et al.*,<br><br>Defendants. | THIS DOCUMENT RELATES TO No. 07 C 2773 ONLY |

## STIPULATION AND ORDER AMENDING DEFENDANT'S NAME

Plaintiffs and defendant HomEq Servicing Corporation stipulate that, pursuant to Barclays Bank PLC's purchase of HomEq Servicing Corporation from Wachovia Corporation, defendant's name is hereby changed to "Barclays Capital Real Estate Inc., d/b/a HomEq Servicing," as successor in interest to HomEq Servicing Corporation.

Dated: September 10, 2007

Respectfully submitted,

| | |
|---|---|
| **MARLON MANIER and TANYA S. MANIER** | **BARCLAYS CAPITAL REAL ESTATE INC., D/B/A HOMEQ SERVICING** |
| By: s/ Albert F. Hofeld, Jr. (with consent)<br>Daniel A. Edelman<br>Albert F. Hofeld, Jr.<br>EDELMAN, COMBS, LATTURNER &<br>GOODWIN LLC<br>120 S. LaSalle St., 18th Floor<br>Chicago, IL 60603<br>Phone:  312-739-4200 | By: s/ Richard E. Gottlieb<br>Richard E. Gottlieb<br>Margaret J. Rhiew<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Phone:  312-876-1700 |

SO ORDERED:   9/21/07

_____
Judge Aspen

## CERTIFICATE OF SERVICE

I hereby certify that on **September 10, 2007**, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, a copy of the foregoing filing was sent on **September 10, 2007**, via First Class U.S. Mail to the following:

> David A. Breuch
> Kevin H. Breck
> CLARK HILL (DETROIT)
> 500 Woodward Ave., Suite 3500
> Detroit, MI 48226-3435
> (313) 965-8300

> s/ Irina V. Frye

CHICAGO\2352935.3
ID\MJR

3