IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## ROLAND ARNALL'S AGREED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES

Proposed Defendant Roland Arnall ("Arnall"), pursuant to Local Rule 7.1, seeks leave to file a brief in excess of fifteen pages in support of his Motion To Dismiss Borrowers' First Amended Consolidated Class Action Complaint (the "Complaint"). In support of this motion, Arnall states as follows:

1. On June 18, 2007, plaintiffs filed a Motion for Leave to File a First Amended Complaint, which sought to add Arnall as an additional defendant and to add certain claims against him individually.

2. Plaintiffs' Amended Complaint contains 466 paragraphs and names Arnall as a defendant in twenty-two separate counts. The Complaint attempts to state claims under five different federal lending and housing statutes, eight different state statutes regarding, among other things, consumer protection and fraudulent transfers, and at least eight different common law theories, such as breach of contract and common law fraud. It describes the purported claims of eighty-four named plaintiffs, some of whom

allegedly engaged in more than one transaction with the defendants, and all of whom waited a year or more before suing Arnall, thereby implicating limitations issues.

3.  The Complaint contains serious allegations impugning Arnall's integrity and reputation, such as that he knowingly defrauded scores of homeowners by making misrepresentations or omissions of material fact. (*See, e.g.*, Complt. Count XV.)

4.  Given the serious nature of the allegations leveled against Arnall, the length and complexity of the complaint, and the host of theories alleging Arnall's liability, Arnall requires more than fifteen pages to fully and fairly set forth the bases for his motion to dismiss, and submits that a thirty-page brief is reasonable. Further, he anticipates requiring up to twenty pages to brief his reply.

5.  Plaintiffs have agreed to the relief requested by this Motion, provided that they be granted leave to file a response of up to thirty pages.

WHEREFORE, for all of the foregoing reasons, Arnall requests that this Court enter an order: (i) granting this Motion; (ii) granting Arnall leave to file a thirty-page memorandum in support of his motion to dismiss; (iii) granting plaintiffs leave to file a response memorandum of thirty (30) pages in opposition to Arnall's motion to dismiss; and (iv) granting Arnall leave to file a reply brief in support of his motion to dismiss of up to twenty pages.

Dated: September 21, 2007

Respectfully Submitted,

ROLAND ARNALL

By /s/ Alan N. Salpeter
    One of his attorneys

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
Therese King Nohos, Esq.
Bradley I. Schecter, Esq.
LEBOEUF, LAMB, GREENE & MACRAE LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, Illinois 60601-6710
Telephone: 312-794-8000
Facsimile: 312-794-8100