## CERTIFICATE OF SERVICE

  Alan N. Salpeter, an attorney, hereby certifies that on this 21st day of September 2007, he caused a true and correct copy of the foregoing document, **NOTICE OF ROLAND ARNALL'S AGREED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            By: /s/ Alan N. Salpeter
                Alan N. Salpeter