IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## ROLAND ARNALL'S MOTION TO DISMISS BORROWERS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, proposed defendant Roland Arnall ("Arnall"), by and through his undersigned attorneys, hereby moves to dismiss **with prejudice** (i) all of the claims made against him in the Borrowers' First Amended Consolidated Class Action Complaint (the "Complaint") for (a) failure to state a cognizable claim and (b) failure to plead fraud with Rule 9(b) particularity; and (ii) certain claims that are time-barred. In support of this Motion, Arnall submits his Memorandum In Support Of His Motion To Dismiss Borrowers' First Amended Consolidated Class Action Complaint, filed simultaneously with this Motion.

WHEREFORE, Arnall moves this Court to dismiss with prejudice (i) all of the claims made against him in the Complaint for (a) failure to state a cognizable claim and (b) failure to plead fraud with Rule 9(b) particularity; and (ii) certain claims that are time-barred.

Dated: September 21, 2007

Respectfully Submitted,

ROLAND ARNALL

By /s/ Alan N. Salpeter
One of his attorneys

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
Therese King Nohos, Esq.
Bradley I. Schecter, Esq.
LEBOEUF, LAMB, GREENE & MACRAE LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, Illinois 60601-6710
Telephone: 312-794-8000
Facsimile: 312-794-8100