## CERTIFICATE OF SERVICE

Alan N. Salpeter, an attorney, hereby certifies that on this 21st day of September, 2007, a true and correct copy of the foregoing document, **ROLAND ARNALL'S MOTION TO DISMISS BORROWERS' FIRST AMENDED CONSLIDATED CLASS ACTION COMPLAINT**, was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By  /s/ Alan N. Salpeter
    Alan N. Salpeter