# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**FILED**
SEP 0 4 2007
SEPTEMBER 4, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation. ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS ) ) ) ) | Centralized before the Honorable Marvin E. Aspen |
| Defendant. ) | |

### NOTICE OF OPTING-OUT OF CLASS ACTIONS

The plaintiffs in the following federal actions hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

*Margaret T. Craddock v. Ameriquest Mortgage Co.*, (N.D. Ill. Case No. 07-cv-3937)

*Michael A. Fox v. Ameriquest Mortgage Co.*, (N.D. Ill. Case No. 07-cv-3938)

*Benjamin A. Lewis, et al. v. Ameriquest Mortgage Co.*, (N.D. Ill. Case No. 07-cv-3939)

Respectfully Submitted this 19th day of July, 2007.

Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
(251) 990-5558 (voice)
(251) 990-0626 (fax)
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of July, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

## CASE ATTORNEY SERVICE LIST

Max Cassady, Jr.
Cassady & Cassady, P.C.
14 South Section Street
Fairhope, AL 36532

Kenneth J. Riemer
166 Government Street
Suite 100
Mobile, AL 36602

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
PANEL ATTORNEY SERVICE LIST FOR MDL 1715
In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Kelly M. Dennody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1088
*Attorney for Duval Naughton; Cheryl Williams*

Gary E. Klein
Roddy Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111
Telephone: 617-375-5500
Fax: 617-357-5030
*Attorney for: Lynn Gay; David R. Murphy; Isabelle M. Murphy; Daiseybel Tolbert; William F. Tolbert; David M. Wakefield; Janet Wakefield; Dwayne Williams; Latonya Williams*

Bernard E. LeSage
Buchalter Nemer, PC
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017

Telephone: 213-891-0700
Fax: 213-896-0400
*Attorney for: Ameriquest Capital Corp.; Ameriquest Mortgage Co.*

Aaron Myers
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041
Telephone: 650-988-8500
Fax: 650-938-5200
*Attorney for: Heladio Arellanes; Maris Arellanes; Albert Knox; Maria Torres*

Terry A. Smiljanich
James, Hoyer, Newcomer & Smiljanich, P.A.
4830 West Kennedy Blvd., Ste. 550
Tampa, FL 33609
Telephone: 813-286-4100
Fax: 813-286-4174
*Attorney for: Adolph Peter Kurt Burggraff*

Thomas J. Weigand
Winston & Strawn LLP
35 West Wacker Drive
45th Floor
Chicago IL 60601
Telephone: 312-558-5600
Fax: 312-558-5700
*Attorney for: Argent Mortgage Co., LLC*

_____
Earl P. Underwood, Jr.