## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.

Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 24, 2007:

      MINUTE entry before Judge Marvin E. Aspen dated 9/24/07:Any responses to Roland Arnall's motion to dismiss[ 1139] are to be filed on or before 10/26/07. Any replies are to be filed by 11/13/07. Roland Arnall's agreed motion (Doc. No. 1136) for leave to file a thirty−page memorandum in support of his motion to dismiss, granting plaintiffs leave to file a response memorandum of thirty pages in opposition to Arnall's motion to dismiss; and granting Arnall leave to file a reply brief in support of his motion to dismiss of up to twenty pages, is granted. Motion terminated. The motion hearing set for 9/25/07 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.