IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715 Lead Case No. 05-cv-07097 Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

**ORDER**

The parties having appeared before the Court on status on September 20, 2007, having heard the arguments of the parties and for the reasons stated in open court, the Court hereby orders:

1. By October 1, 2007, Defendants shall produce to Kelly Dermody, Esq., at her office in San Francisco, a copy of (a) documents regarding the September, 2007 agreement with Citi Financial relating to certain assets of AMC Mortgage Services Company and of Argent Mortgage Company, LLC, and (b) summary financial statements for each of the Defendants for the years 1999 through 2006, for each corporate Defendant that was operating in each such year. Ms. Dermody may supply a copy of these documents to **only** the following three individuals: Gary Klein, Esq., Jill Bowman, Esq., and Marvin A. Miller, Esq. Ms. Dermody also may provide these documents to no more than three individual experts or consultants, but only after the identity of each such expert or consultant is disclosed to Defendants' counsel by complying with the requirements of the Addendum to Stipulated Protective Order, entered the same date as this Order (the "Addendum") (attached as Exhibit A). These documents will be treated as "Attorneys'

Eyes Only" materials according to the Addendum. None of the seven individuals identified in and pursuant to this paragraph may provide these documents to any other person, including any other attorney or consultant in their respective firm or company.

2. This Order is for the sole purpose of furthering the "meet and confer" process among counsel for parties in this case, and is without prejudice to any party seeking the return of these materials or production of additional or other materials at a later appropriate time.

Dated: September 25, 2007

_____
Honorable Morton Denlow
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I, Gregory J. Miarecki, hereby certify that on this 25th day of September 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: s/ Gregory J. Miarecki

CHI:1978847.6