**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| | Magistrate Judge Morton Denlow |

**ADDENDUM TO STIPULATED PROTECTIVE ORDER**

  This Addendum is intended to supplement the Stipulated Protective Order previously agreed to by all parties to this matter and entered by the Court on April 26, 2007.

  Notwithstanding any other provision of the Stipulated Protective Order, any party to this action may designate as "CONFIDENTIAL ATTORNEYS' EYES ONLY" certain Confidential Documents or Information which the producing party considers so commercially sensitive that its dissemination to opposing parties or third parties poses the risk of serious harm to the producing party, and therefore any review of and access to such documents or information should be more restricted than the "CONFIDENTIAL" designation provided by the Stipulated Protective Order.

  The producing party shall clearly affix the legend "CONFIDENTIAL ATTORNEYS' EYES ONLY" to the face of designated Confidential Documents or Information at the time of production, copying or inspection.

  No Confidential Documents or Information designated as "CONFIDENTIAL ATTORNEYS' EYES ONLY" may be shown, disclosed, summarized, described, characterized, communicated or otherwise made available in any way to anyone except those individuals described below:

  a. Kelly Dermody, Esq., Gary Klein, Esq., Jill Bowman, Esq., Marvin A. Miller, Esq., who have each been previously identified as counsel for Plaintiffs in this matter;

  b. No more than three independent experts or consultants, retained by Plaintiffs in this matter, so long as, before any "CONFIDENTIAL ATTORNEYS' EYES ONLY" materials are provided, (1) such person review and properly execute Exhibit A to the Stipulated Protective Order, which requires such persons to abide by the terms and conditions of the Stipulated Protective Order and this

1

        Addendum, and (2) the signed version of the Exhibit A is provided to counsel for Defendants;

   c.   The Court, authorized Court personnel, court reporters, and employees of firms engaged by the parties for purposes of photocopying or other litigation support services.

    Nothing in this Addendum shall prevent any party from using or disclosing its own Confidential Documents or Information including materials marked as "CONFIDENTIAL ATTORNEYS' EYES ONLY."

    Unless inconsistent with any provision of this Addendum, all documents or materials designated as "CONFIDENTIAL ATTORNEYS' EYES ONLY" shall be included within the definition of "Confidential Documents or Information" as defined in the April 26, 2007 Stipulated Protective Order and handled according to the controlling provisions. All provisions of the previously entered Stipulated Protective Order are to be given their full force and effect to the extent they are not inconsistent with this Addendum.

Dated: September 25, 2007

                                          _____
                                          Honorable Morton Denlow
                                          U.S. Magistrate Judge