# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

## STIPULATED [PROPOSED] SCHEDULING ORDER RE: CHOICEPOINT'S MOTION TO DISMISS

1.  WHEREAS, Ameriquest Mortgage Company ("Ameriquest") filed its Third Party Complaint ("Complaint") against Choicepoint Precision Marketing, Inc. ("Choicepoint"), among others;

2.  WHEREAS, Choicepoint filed a Motion to Dismiss ("Motion") in response to Ameriquest's Complaint;

3.  WHEREAS, the September 11, 2007 Court issued briefing schedule set the briefing schedule on Choicepoint's Motion, but only allowed 24 days for Ameriquest's Opposition and omitted a briefing schedule for Ameriquest's Reply in Opposition to Choicepoint's Motion;

4.  WHEREAS, this Court's November 7, 2006 order states, "oppositions to any motion shall be filed within 30 days. The moving party shall have 14 days to file a response brief, and the opposing party shall then have 7 days to file any reply."

BN 1385199v1

2

5. WHEREAS, the parties have agreed to the following schedule, Ameriquest shall file its Opposition to Choicepoint's Motion by October 9, 2007, Choicepoint shall file its Response in support of its Motion by October 30, 2007 and Ameriquest shall file its Reply in Opposition to Choicepoint's Motion by November 6, 2007;

6. Accordingly, absent further leave of Court, all papers in support of or in opposition to Choicepoint's Motion must be filed in accordance with the above detailed schedule.

IT IS SO ORDERED.

_____
The Honorable Marvin E. Aspen