# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## AMERIQUEST'S MOTION FOR LEAVE TO FILE REPLY

Ameriquest Mortgage Company ("Ameriquest") moves this Court for leave to file a reply within 7 days after Equifax Credit Information Services, Inc. and Equifax Marketing Services (collectively "Equifax") file their Response in support of Equifax's Motion to Dismiss ("Motion"). In support of its motion, Ameriquest states the following:

1. Ameriquest filed its Third Party Complaint ("Complaint") against Equifax, among others;

2. Equifax filed a Motion to Dismiss in response to Ameriquest's Complaint;

3. On September 11, 2007, the Court issued a briefing schedule and set the briefing schedule on Equifax's Motion, but omitted a briefing schedule for Ameriquest's Reply in Opposition to Equifax's Motion;

4. This Court's November 7, 2006 order states, "oppositions to any motion shall be filed within 30 days. The moving party shall have 14 days to file a response brief, and the opposing party shall then have 7 days to file any reply." [Docket No. 284]

5. Ameriquest requests 7 days to file a reply to Equifax's Motion in accordance with the Court's November 7, 2006 order;

BN 1391037v1

2

6. Ameriquest's counsel conferred with counsel for Equifax via voice mail exchanges and e-mail. Equifax's counsel has stated Equifax will not oppose this motion;

7. This motion is not being made for the purposes of delay and will not prejudice the Equifax.

WHEREFORE, Ameriquest respectfully requests that the Court allow it to file a reply within 7 days after Equifax files their Response in support of their Motion.

Respectfully Submitted,

Dated: September 25, 2007

By: /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Phone: (213) 891-0700
Facsimile: (213) 896-0400

3

**<u>CERTIFICATE OF SERVICE</u>**

      I, Bernard E, LeSage, hereby certify that on this 25th day of September 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                  By:    <u>/s/ Bernard E. LeSage</u>