**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| IN RE: Ameriquest Mortgage Co., ) | |
| Mortgage Lending Practices Litigation. ) | |
| ) | MDL No. 1715 |
| ) | |
| _____ ) | Lead Case No. 05-CV-07097 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Centralized before the Honorable |
| *Wilbert and Kandee Cooley v. Ameriquest* ) | Marvin E. Aspen |
| *Mortgage Company, et al*; ) | |
| (Case No. 1:06-cv-00215-BH-M ) | |
| S. Dist. of Alabama, Southern Division) ) | |

<u>NOTICE OF FILING</u>

COME NOW the Plaintiffs and file the attached Motion for Tag-Along and Brief in Support of Motion for Tag-Along.

Respectfully submitted this 26th day of September, 2007

**s/ Earl P. Underwood, Jr.**
**Earl P. Underwood, Jr. (UNDEE6591)**
**Law Offices of Earl P. Underwood, Jr.**
**Post Office Box 969**
**Fairhope, AL 36533-0969**
**251-990-5558 (voice)**
**251-990-0626 (fax)**
**epunderwood@alalaw.com**