**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT
LITIGATION**

In re: AMERIQUEST MORTGAGE CO. )
MORTGAGE LENDING PRACTICES )
LITIGATION ) MDL Docket No. 1715
 )

**MOTION OF PLAINTIFFS FOR RESUBMISSION OF
POTENTIALTAG ALONG ACTION TO THE NORTHERN
DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C. § 1407 FOR
COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

COME NOW Plaintiffs Wilbert Cooley and Kandee Cooley and move

the Judicial Panel on Multi-District Litigation to authorize the transfer of their tag-along action to the **Northern District of Illinois** for consolidated and coordinated pretrial proceedings and shows the following:

1.  On April 6, 2006 Plaintiffs filed a complaint against the Defendant, Ameriquest Mortgage Company, Inc. in the Southern District of Alabama, Southern Division, Civil Case number 1:06-cv-00215-BH-M. On or about June 30, 2006 parties received notice of conditional transfer order.

2.  On October 23, 2006 the conditional transfer order was vacated.

3.  On July 3, 2007, the undersigned filed a notice of appearance.

4.  On July 10, 2007 the undersigned filed on behalf of Plaintiffs filed a Notice of Tag Along with the Judicial Panel on Multi District Litigation and a Motion to Stay pending transfer to the Northern District of Illinois.

6.  This Tag-along Action are plaintiffs in the putative national class actions transferred by the Panel to the Northern District of Illinois for consolidated and coordinated pretrial proceedings (the "Borrowers' Consolidated Class). These Tag-along Actions allege the same general conduct, claim the same injury and see the same relief as the Borrowers' Consolidated Class Action. Likewise, these Tag-along Actions rely upon the

same legal theories, require the same or similar factual determinations, and are governed by the same law.

Therefore, the Plaintiffs respectfully move that the Panel transfer this Tag-along Action to the Northern District of Illinois pursuant to J.P.M.L. Rule 7.4.

Respectfully submitted this 13th day of September, 2007.

EARL P. UNDERWOOD, JR.
Counsel for Wilbert and Kandee Cooley
Law Offices of Earl P. Underwood, Jr
Post Office Box 969
Fairhope, AL 36533-0969
251-990-5558 (T)
251-990-0626 (F)
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of September, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

April A. England-Albright
Law Office of April England-Albright
P.O. Box 312293
Atlanta GA 31131
Attorney for Wilbert and Kandee Cooley
Telephone: 334-327-0451
Fax: 866-276-1131

Kay K. Houser
Robin Leigh Beardsley
Sirote & Permutt, P.C.
PO Box 55727
Birmingham, AL 35255-5727
Attorney for Ameriquest Mortgage Company
Telephone: 205-327-0451

Laura C. Nettles
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place S. Ste. 300
Birmingham, AL 35223
Attorney for Heritage Title
Telephone: 205-967-8822
Fax: 205-967-2380

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION-
PANEL ATTORNEY SERVICE LIST OF MDL 1715-
*In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*

Kelly M. Dermody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West

4

275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1088
Attorney for: Duval Naughton; Cheryl Williams

Gary E. Klein
Roddy Klein & Ryan
727 Atlantic Avenue
2nd Floor
Boston, MA 02111
Telephone: 617-375-5500
Fax: 617-357-5030
Attorney for: Lynn Gay; David R. Murphy; Isabelle M. Murphy; Daiseybel
Tolbert; William F. Tolbert; David M. Wakefield; Janet Wakefield; Dwayne
Williams; Latonya Williams

Bernard E. LeSage
Buchalter Nemer, PC
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017
Telephone: 213-891-0700
Fax: 213-896-0400
Attorney for: Ameriquest Capital Corp.; Ameriquest Mortgage Co.

Aaron Myers
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041
Telephone: 650-988-8500
Fax: 650-938-5200
Attorney for: Heladio Arellanes; Maris Arellanes; Albert Knox; Maria
Torres

Terry A. Smiljanich
James, Hoyer, Newcomer & Smiljanich, P.A.
4830 West Kennedy Blvd
Ste. 550
Tampa, FL 33609

5

Telephone: 813-286-4100
Fax: 813-286-4174
Attorney for: Adolph Peter Kurt Burggraff


Thomas J. Weigand
Winston & Strawn LLP
35 West Wacker Drive
45th Floor
Chicago, IL 60601
Telephone: 312-558-5600
Fax: 312-558-5700
Attorney for: Argent Mortgage Co., LLC


Earl P. Underwood, Jr.

<u>AMENDED CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of September, 2007, a copy of the foregoing Motion for Tag-Along was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

April A. England-Albright
Law Office of April England-Albright
P.O. Box 312293
Atlanta GA 31131
Attorney for Wilbert and Kandee Cooley
Telephone: 334-327-0451
Fax: 866-276-1131

Kay K. Houser
Robin Leigh Beardsley
Sirote & Permutt, P.C.
PO Box 55727
Birmingham, AL 35255-5727
Attorney for Ameriquest Mortgage Company
Telephone: 205-327-0451

Laura C. Nettles
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place S. Ste. 300
Birmingham, AL 35223
Attorney for Heritage Title
Telephone: 205-967-8822
Fax: 205-967-2380

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION-
PANEL ATTORNEY SERVICE LIST OF MDL 1715-
<u>*In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*</u>

Kelly M. Dermody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor

San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1088
Attorney for: Duval Naughton; Cheryl Williams

Gary E. Klein
Roddy Klein & Ryan
727 Atlantic Avenue
2nd Floor
Boston, MA 02111
Telephone: 617-375-5500
Fax: 617-357-5030
Attorney for: Lynn Gay; David R. Murphy; Isabelle M. Murphy; Daiseybel
Tolbert; William F. Tolbert; David M. Wakefield; Janet Wakefield; Dwayne
Williams; Latonya Williams

Bernard E. LeSage
Buchalter Nemer, PC
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017
Telephone: 213-891-0700
Fax: 213-896-0400
Attorney for: Ameriquest Capital Corp.; Ameriquest Mortgage Co.

Aaron Myers
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041
Telephone: 650-988-8500
Fax: 650-938-5200
Attorney for: Heladio Arellanes; Maris Arellanes; Albert Knox; Maria
Torres

Terry A. Smiljanich
James, Hoyer, Newcomer & Smiljanich, P.A.
4830 West Kennedy Blvd
Ste. 550
Tampa, FL 33609
Telephone: 813-286-4100

Fax: 813-286-4174
Attorney for: Adolph Peter Kurt Burggraff


Thomas J. Weigand
Winston & Strawn LLP
35 West Wacker Drive
45th Floor
Chicago, IL 60601
Telephone: 312-558-5600
Fax: 312-558-5700
Attorney for: Argent Mortgage Co., LLC

I hereby certify that on September 26, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602

United States District Court
Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604


/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.