UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

*JH*

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

**FILED**
Sep. 28, 2007
SEP 2 8 2007 WH

)
)
)
)

~~MDL~~ No. 1715
Lead Case No. 05CV-7097
~~Centralized~~ before the
Honorable Marvin E. Aspen

WETZER SURIN

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TAG ALONG ACTION No. CT-3-1653

v.

ALPHA MORTGAGE LENDING, LLC; ARGENT MORTGAGE COMPANY, LLC; AMC MORTGAGE SERVICES, INC.; COUNTRYWIDE HOME LOANS, INC. and ADVANTAGE EQUITY SERVICES, INC.

:
:
:
:
:
:
:
:
:

September 27, 2007

## COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ALPHA MORTGAGE LENDING LLC

Now comes counsel for defendant, Alpha Mortgage Lending, LLC (hereinafter referred to as "ALPHA") and respectfully moves this Honorable Court to allow the undersigned counsel to forthwith withdraw as counsel of record for defendant Alpha Mortgage Lending, LLC.

As reasons therefore, the undersigned counsel states as follows:

That Debbie Sferrazza, the Agent for Service for Alpha Mortgage Lending, LLC, with a last known address of 230 Northland Boulevard, Suite No. 309, Cincinnati, Ohio 45246, informed the undersigned counsel that defendant Alpha Mortgage Lending, LLC has closed its business in Ohio and Connecticut and has cancelled its licenses in said states to conduct business and that the said Alpha Mortgage Lending, LLC has no assets and is otherwise insolvent.

I telephoned Debbie Sferrazza on or about August 30, 2007 to discuss Plaintiff's recent settlement proposal and she informed me that I was discharged as Alpha Mortgage Lending LLC's attorney and also told me to discontinue all representation and that none of my invoices for legal services were going to be paid.

1

Moreover, the said Debbie Sferrazza has answered all interrogatories and responded to all requests for production of documents that were served upon the undersigned counsel and there are currently no motions pending, or any discovery pending where a response is required of Alpha Mortgage Lending, LLC.

*WHEREFORE*, for all of the reasons stated herein, as well as in the annexed affidavit of Richard S. Ravosa. Esquire, the undersigned counsel respectfully requests that this Honorable Court allow this motion to withdraw.

Respectfully submitted,

**Richard S. Ravosa, Esquire (ct20298)**
Law Offices Of Richard S. Ravosa
Waterfront Lawyers Building
Boston, Massachusetts 02109
Tel: (617) 720-1101
Fax: (617) 720-1104
ravosa@aol.com
Attorney for Alpha Mortgage Lending, LLC.

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05CV-7097<br>Centralized before the<br>Honorable Marvin E. Aspen |
| | : |
| WETZER SURIN | :<br>: |
| | : TAG ALONG ACTION No. |
| v. | : CT-3-1653 |
| | : |
| ALPHA MORTGAGE LENDING, LLC; ARGENT | : |
| MORTGAGE COMPANY, LLC; AMC | : |
| MORTGAGE SERVICES, INC.; COUNTRYWIDE | : |
| HOME LOANS, INC. and ADVANTAGE EQUITY | : |
| SERVICES, INC. | : |
| | : September 27, 2007 |

## AFFIDAVIT OF RICHARD S. RAVOSA, ESQ.

I, Richard S. Ravosa, do depose and say that:

1. I am over the age of 18, have personal knowledge of the matters set forth herein and would be competent to testify thereto;

2. I am currently counsel to Alpha Mortgage Lending, LLC and I make this affidavit in support of my motion to withdraw as counsel for Alpha Mortgage Lending, LLC in the instant action;

3. That on August 30, 2007, I had a telephone conference with Debbie Sferrazza, formerly a Principal of Alpha Mortgage Lending, LLC and she informed me that I was discharged as the attorney for Alpha Mortgage Lending, LLC and further stated that I was to discontinue all representation of Alpha Mortgage Lending, LLC and any remaining invoices for legal services would not be paid to me;

4. That any further representation of Alpha Mortgage Lending, LLC would be essentially ineffective, difficult or impossible due to the client terminating the attorney, coupled with Alpha Mortgage Lending LLC going out of business;

5. That continued representation would impose an undue financial hardship on me because of the relatively small size of our firm, which has a total of two attorneys and one support staff.

Signed under the pains and penalties of perjury this 27th day of September, 2007.

Richard S. Ravosa, Esq.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed first class, postage prepaid, on September **27** , 2007, to the following parties:

Pierre-Yves Kolakowski, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
35 Mason Street
Greenwich, Connecticut 06830
Tel:     (203) 622-0900
Fax:    (203) 862-9889
*Attorneys for Countrywide Home Loans, Inc.*

Alpha Mortgage Lending, LLC
Debbie Sferrazza
230 Northland Blvd.
Suite 309
Cincinnati, Ohio 45246

Stephen Sedor, Esq.
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTES-COSTA
1057 Broad Street
Bridgeport, Connecticut 06601
*Attorneys for Advantage Equity Services, Inc.*

Paul L. Brozdowski, Esq.
Law Offices of Paul Brozdowski
10 Middle Street, 7th Floor
Bridgeport, Connecticut 06604
Tel:     (203) 367-9447
*Attorney for the plaintiff*

Elizabeth M. Smith, Esq.
BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP
185 Asylum Street
CityPlace II – 10th Floor
Hartford, Connecticut 06103
*Attorneys for Argent Mortgage Company LLC*

Karen L. Stevenson, Esq.
BUCHALTERNEMER
A Professional Law Corporation
1000 Wilshire Blvd, Ste 1500
Los Angeles, California 90017
*Attorneys for Ameriquest Mortgage Company LLC*

Richard S. Ravosa, Esq.