AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

———————————————————

THIS DOCUMENT RELATES TO ALL
ACTIONS

———————————————————

**THIRD PARTY SUMMONS IN A
CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation; et al.

                Defendants and Third-Party
                Plaintiffs,

    v.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, et al.

         Third-Party Defendants.

MDL NO. 1715

LEAD CASE NO. 05-CV-07097

(CENTRALIZED BEFORE THE HONORABLE
MARVIN E. ASPEN)

To:  Name and address of Third Party Defendant

Northwest Title and Escrow Corporation
c/o CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

     **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SEE ATTACHED EXHIBIT "A"

DEFENDANT AND THIRD-PARTY PLAINTIFF'S
ATTORNEY (name and address)

Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint.  There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK
**NADINE FINLEY**

SEP 2 4 2007

———————————————————————————

(By) DEPUTY CLERK

DATE

# Affidavit of Process Server

In Re: Ameriquest Mortgage Co.                                    05 CV 07097

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |
|---|---|---|

Being duly sworn, on my oath, I _AARON Willoughby_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Northwest Title and Escrow Corp._

                                    NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒X   Third-Party Summons, Corrected Caption for First Amended
     Consolidated Third-Party Complaint, First Amended Consolidated
     Third-Party Complaint and Exhibits A & B

by serving (NAME) _Dawn Schulz CT Corporation Authorize To Accept Service_

at ☐ Home _____

☒ Business _208 South LaSalle St Chicago IL Ste 814_

☐ on (DATE) _9-28-07_ _____ at (TIME) _1:20 PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Dawn Schulz_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address        ☐ Evading                        ☐ Other: _____
☐ Address Does Not Exist     ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( _____ ), ( _____ )
                                                    DATE    TIME              DATE    TIME
( _____ ), ( _____ ), ( _____ )
  DATE    TIME          DATE    TIME          DATE    TIME

**Description:**
☐ Male          ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female        ☐ Black Skin    ☒ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.    ☐ 5'0"-5'3"     ☐ 100-130 Lbs.
                ☐ Yellow Skin   ☐ Blond Hair                    ☐ 36-50 Yrs.    ☒ 5'4"-5'8"     ☒ 131-160 Lbs.
                ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache      ☒ 51-65 Yrs.    ☐ 5'9"-6'0"     ☐ 161-200 Lbs.
☐ Glasses       ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs.  ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois      County of Cook

Subscribed and sworn to before me,
a notary public, this _2_ day of _October_, 20 _07_

NOTARY PUBLIC

_Dawn Willoughby_
SERVED BY
LASALLE PROCESS SERVERS

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

VARGA

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

**EXHIBIT "A"**

1.  Kelly M. Dermody
    Caryn Becker
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
    San Francisco, CA 94111-3339

2.  Gary Klein
    Elizabeth Ryan
    Shennan Kavanagh
    RODDY KLEIN & RYAN
    727 Atlantic Avenue
    Boston, MA 02111-2810

3.  Terry Smiljanich
    Jill Bowman
    JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
    One Urban Center, Suite 550
    4830 West Kennedy Blvd., Suite 550
    Tampa, FL 33609

4.  Daniel A Edelman
    Albert F. Hofeld, Jr.
    Cathleen M Combs
    James O Latturner
    EDELMAN COMBS LATTURNER & GOODWIN LLC
    120 S LaSalle St., 18th Floor
    Chicago, IL 60603

5.  Daniel S. Blinn
    CONSUMER LAW GROUP, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT 06067

6.  Charles Delbaum
    NATIONAL CONSUMER LAW CENTER
    77 Summer Street, 10th Floor
    Boston, MA 02110

7.  Daniel Harris
    Anthony Valach
    THE LAW OFFICES OF DANIEL HARRIS
    150 North Wacker Drive, Suite 3000
    Chicago, IL 60606

8.     Keith James Keogh
Alexander Holmes Burke
LAW OFFICES OF KEITH J. KEOGH
227 West Monroe Street, Suite 2000
Chicago, IL 60606