AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL
ACTIONS

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation; et al.

        Defendants and Third-Party
        Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, et al.

        Third-Party Defendants.

MDL NO. 1715

LEAD CASE NO. 05-CV-07097

(CENTRALIZED BEFORE THE HONORABLE
MARVIN E. ASPEN)

To: Name and address of Third Party Defendant

Tek Title, LLC
Attn: Samuel M. Einhorn
2720 S. River Road, Suite 127
Des Plaines, IL 60018

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| SEE ATTACHED EXHIBIT "A" | Bernie LeSage, Esq.<br>BUCHALTER NEMER<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 |

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

_C. [signature]_                                                           SEP 2 4 2007

(By) DEPUTY CLERK                                             DATE

# Affidavit of Process Server

In Re: Ameriquest Mortgage Co.                           05 CV 07097

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Walter Schwalm** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Tek Title, LLC**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Third-Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint, First Amended Consolidated Third-Party Complaint and Exhibits A & B

by serving (NAME) ☒ **Mary Weghorst**

at ☐ Home _____
☒ Business **Tek Title LLC 2720 S. River Rd. Suite 127**
☒ on (DATE) **9/28/07** at (TIME) **9:40am** **Des Plaines, Ill.**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely **Mary Weghorst – Office Manager**
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
☐ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☒ Blond Hair ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☒ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: **F/w/ blond hair pulled back in ponytail, wearing glasses**

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this **2** day of **October**, 20 **07**

SERVED BY **Walter Schwalm**
LASALLE PROCESS SERVERS

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NOTARY PUBLIC

VARGA

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

## EXHIBIT "A"

1. Daniel A Edelman
   Albert F. Hofeld, Jr.
   Cathleen M Combs
   James O Latturner
   EDELMAN COMBS LATTURNER & GOODWIN LLC
   120 S LaSalle St., 18th Floor
   Chicago, IL 60603

2. Daniel S. Blinn
   CONSUMER LAW GROUP, LLC
   35 Cold Spring Road, Suite 512
   Rocky Hill, CT 06067

3. Charles Delbaum
   NATIONAL CONSUMER LAW CENTER
   77 Summer Street, 10th Floor
   Boston, MA 02110