Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 05 C 7097 | DATE | 9/20/2007 |
| CASE TITLE | In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | | |

**DOCKET ENTRY TEXT**

Magistrate status hearing held. Motion hearing held. Plaintiffs' motion for entry of a document preservation order is denied without prejudice based on the affidavit that has been presented and discussions taken place in open Court. Defendants' motion for leave to propound additional interrogatories [1102] is granted and Defendant's motion for 60-day extension of discovery cut-off date [1102] is denied without prejudice. Enter order. Enter Addendum to stipulated Protective Order. Status hearing set for 11/5/07 at 2:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

1.5 OAH

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|