AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |

| | | |
|---|---|---|
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,<br><br>    Third-Party Defendants. | CASE NUMBER:<br><br>ASSIGNED JUDGE:<br><br>DESIGNATED<br>MAGISTRATE JUDGE: | MDL No. 1715<br>Lead Case No. 05-CV-07097<br><br>Hon. Marvin E. Aspen<br><br>Hon. Morton Denlow |

TO:   Name and address of Third Party Defendant

Stewart Title of Illinois
2055 W. Army Trail Rd., Suite 110
Addison, IL 60101

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Gary Klein<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, Massachusetts 02111 | Thomas J. Wiegand<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601 |

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*Esperanza [signature]*                                          SEP 1 8 2007
_____                      _____
(By) DEPUTY CLERK                                                     DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 05-CV-07097
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

      ( **X** ) Summons & Complaint
      (   ) Citation to Discover Assets
      (   ) Rule to Show Cause
      (   ) Subpoena
      (   ) Other:

1.    (   ) By leaving a copy with the named party, ------- personally on -------.

2.    (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.    ( **X** ) On the within party, **Stewart Title of Illinois** by leaving a copy with **Charmaine Low, Counsel and Authorized Person**, on **September 26, 2007**, and informed that person of the contents thereof.

4.    ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**        RACE: **Caucasian**        APPROXIMATE AGE: **40-45**

5.    ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **2055 W. Army Trail Road., Suite 110, Addison, IL 60101**
TIME OF DAY: **11:30 AM**

6.    (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 26th day of **September 2007**.

*[Notary signature and seal: OFFICIAL SEAL, KELLY L. ?ENT, NOTARY PUBLIC - STATE OF ILLINOIS, MY COMMISSION EXPIRES 05/02/?]*

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885