AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

THIS DOCUMENT RELATES TO ALL ACTIONS

---

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

        Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,

        Third-Party Defendants.

CASE NUMBER: MDL No. 1715
Lead Case No. 05-CV-07097

ASSIGNED JUDGE: Hon. Marvin E. Aspen

DESIGNATED
MAGISTRATE JUDGE: Hon. Morton Denlow

TO:   Name and address of Third Party Defendant

Integrity 1st Mortgage
18501 Maple Creek Dr., Suite 400
Tinley Park, IL 60477

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, Massachusetts 02111

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*/s/ Paula Harrison*

(By) DEPUTY CLERK

SEP 1 8 2007

DATE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
CASE NO. **05-CV-07097**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Thomas E. Grubisich**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( **X** ) Summons & Complaint
(     ) Citation to Discover Assets
(     ) Rule to Show Cause
(     ) Subpoena
(     ) Other:

1.   (    ) By leaving a copy with the named party, ------- personally on --------.

2.   (    ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( **X** ) On the within party, **Integrity 1st Mortgage** by leaving a copy with **John Dennehy Jr, Loan Consultant and Authorized Person**, on **September 25, 2007**, and informed that person of the contents thereof.

4.   ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**         RACE: **Caucasian**         APPROXIMATE AGE: **27**

5.   ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **18501 Maple Creek Dr., Suite 400, Tinley Park, IL 60477**
TIME OF DAY: **10:06 AM**

6.   (    ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **26th** day of **September 2007**.

OFFICIAL SEAL
KELLY L DENT
NOTARY PUBLIC - STATE OF ILL.
MY COMMISSION EXPIRES:05/0

Thomas E. Grubisich
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885