JH

**FILED**

OCT 0 3 2007
OCT. 3, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>Honorable Marvin R. Aspen |

### NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that this pleading serves as Notice of Withdrawal of Counsel for Plaintiffs Philip M. Hanson and Janet M. Hanson in *Hanson v. Ameriquest Mortgage Co., et al*, Court File No. 07-cv-3942, which was consolidated in the above-captioned matter. Plaintiffs Philip M. Hanson and Janet M. Hanson can be served or notified of matters relating to the above-captioned matter at the following address and phone number:

5757 Berquist Road
Duluth, MN 55804
(218) 525-2508

Dated: September 28, 2007

ENTREPRENEURS & FREE MARKETS, PLC

By /s/ Brendan R. Tupa
Brendan R. Tupa (#0340510)
701 Fourth Avenue South, Suite 500
Minneapolis, MN 55415
Phone: (763) 432-2858
Fax: (866) 745-3256