AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL
ACTIONS

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation; et al.

                Defendants and Third-Party
                Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, et al.

                Third-Party Defendants.

## THIRD PARTY SUMMONS IN A CIVIL ACTION

MDL NO. 1715

LEAD CASE NO. 05-CV-07097

(CENTRALIZED BEFORE THE HONORABLE
MARVIN E. ASPEN)

To: Name and address of Third Party Defendant

Home Equity Title Services, Inc.
Attn: Henry C. Kiely
1103 S. Evergreen
Arlington Heights, IL 60005

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SEE ATTACHED EXHIBIT "A"

DEFENDANT AND THIRD-PARTY PLAINTIFF'S
ATTORNEY (name and address)

Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

NADINE FINLEY
(By) DEPUTY CLERK

SEP 2 4 2007

DATE

# Affidavit of Process Server

In Re: Ameriquest Mortgage Co.                                    05 CV 07097

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |
|---|---|---|

*Walter Schwalm*

Being duly sworn, on my oath, I
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served *Home Equity Title Services, Inc.*

<u>NAME OF PERSON/ENTITY BEING SERVED</u>

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒X  Third-Party Summons, Corrected Caption for First Amended
Consolidated Third-Party Complaint, First Amended Consolidated
Third-Party Complaint and Exhibits A & B

by serving (NAME) X *Diane Kiely*

at X Home *1103 S. Evergreen   Arlington Heights*

☐ Business _____

X on (DATE) ④ *10/2/07*  at (TIME) *7:00 P.M.*

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____                         (STATE) _____

## Manner of Service:

☐ By Personal Service.

☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently
in charge thereof,
namely *Diane Kiely – Treasurer of Home Equity Title Sev.*

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of
13 years or upwards, and informing that person of the general nature of the papers,
namely _____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect
process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address        ☐ Evading                    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ① ) *9/28/07  11:00 am*  *NO ANSWER*  ( ② ) *9/30/07  3:00 pm*  *NO ONE HOME*

DATE  TIME                  DATE  TIME

( ③ ) *10/1/07  7:20 PM*  *HOUSE DARK NO ANSWER*  ( ) _____  ( ) _____

DATE  TIME              DATE  TIME              DATE  TIME

## Description:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"–5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☒ 36-50 Yrs. | ☒ 5'4"–5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"–6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: *F/W/ straight shoulder length brown
hair, no glasses*

State of Illinois        County of Cook

Subscribed and sworn to before me,
a notary public, this *3* day of *October*, 20 *07*

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

VARGA

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

## EXHIBIT "A"

1.    Daniel A Edelman
      Albert F. Hofeld, Jr.
      Cathleen M Combs
      James O Latturner
      EDELMAN COMBS LATTURNER & GOODWIN LLC
      120 S LaSalle St., 18th Floor
      Chicago, IL 60603

2.    Daniel S. Blinn
      CONSUMER LAW GROUP, LLC
      35 Cold Spring Road, Suite 512
      Rocky Hill, CT 06067

3.    Charles Delbaum
      NATIONAL CONSUMER LAW CENTER
      77 Summer Street, 10th Floor
      Boston, MA 02110