IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | Lead Case No. 05-CV 07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, et al.<br><br>Third-Party Defendants. | Centralized before The Honorable Marvin E. Aspen |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Third-Party Defendant, Citywide Title Corporation, by and through its undersigned counsel, and hereby moves this Court for a thirty (30) day extension of time to answer or otherwise plead. In support of this motion, Defendant states as follows:

1. Citywide Title Corporation was served with the Third-Party Complaint on September 25, 2007, thereby making its response due on October 15, 2007.

2. Defendant has recently retained Coman & Anderson, P.C. to defend it in this action. Consequently, Defendant's counsel needs additional time to confer with Defendant in order to prepare an appropriate pleading.

3. The undersigned further states that their request for an additional thirty (30) days is not made in an attempt to delay these proceedings or for any other improper

purpose, but is merely made due to the lack of time between the retention of undersigned and the deadline for response.

4. Defendant's counsel respectfully requests that Third-Party Defendant Citywide Title Corporation, be granted an additional thirty (30) days, up to and including November 14, 2007, in which to file an answer or otherwise plead.

WHEREFORE, Defendant respectfully requests that this Court enter an order:

a) Granting the Defendant an additional thirty (30) days, up to and including November 14, 2007, in which to answer or otherwise plead; and

b) Granting such other and further relief as this Court deems just and equitable.

Respectfully submitted,

CITYWIDE TITLE CORPORATION

By: _____*s/ Jeffrey R. Platt*_____
One of its attorneys

Jeffrey R. Platt, ARDC No. 06208148
Maureen A. Beck, ARDC No. 06274541
COMAN & ANDERSON, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532
630/428-2660
630/428-2549 FAX
jplatt@comananderson.com
mbeck@comanaderson.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused a copy of the foregoing **MOTION FOR EXTENTION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 9th day of October, 2007:

ALL COUNSEL OF RECORD

The undersigned also certifies that she caused a copy of the foregoing **MOTION FOR EXTENTION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be served on the following Non-Participant by delivering same via First Class Mail on this 9th day of October, 2007:

N/A

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing **MOTION FOR EXTENTION OF TIME TO ANSWER OR OTHERWISE PLEAD** was sent via Overnight Delivery on this 9th day of October, 2007:

Honorable Marvin E. Aspen
United States District Court
219 South Dearborn Street
Room 2578
Chicago, Illinois 60604


    *s/ Jeffrey R. Platt*
    Jeffrey R. Platt