**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | Lead Case No. 05-CV 07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, et al.<br><br>Third-Party Defendants. | Centralized before The Honorable Marvin E. Aspen |

**NOTICE OF MOTION**

**TO:** ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Tuesday, October 16, 2007 at 10:30 AM**, I shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Motion for Extension of Time to Answer or Otherwise Plead,** a copy of which is hereby served upon you.

Respectfully submitted,

CITYWIDE TITLE CORPORATION

By: _____*s/ Jeffrey R. Platt*_____
   One of its attorneys

Jeffrey R. Platt, ARDC No. 06208148
Maureen A. Beck, ARDC No. 06274541
COMAN & ANDERSON, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532
630/428-2660
630/428-2549 FAX
jplatt@comanderson.com
mbeck@comanderson.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused a copy of the foregoing **NOTICE OF MOTION FOR EXTENTION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 9th day of October, 2007:

ALL COUNSEL OF RECORD

The undersigned also certifies that she caused a copy of the foregoing **NOTICE OF MOTION FOR EXTENTION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be served on the following Non-Participant by delivering same via First Class Mail on this 9th day of October, 2007:

N/A

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing **NOTICE OF MOTION FOR EXTENTION OF TIME TO ANSWER OR OTHERWISE PLEAD** was sent via Overnight Delivery on this 9th day of October, 2007:

Honorable Marvin E. Aspen
United States District Court
219 South Dearborn Street
Room 2578
Chicago, Illinois 60604

                    *s/ Jeffrey R. Platt*
                    Jeffrey R. Platt