IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: THIRD-PARTY DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER [DOCKET NO. 1204] | |

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO THIRD-PARTY DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

On October 9, 2007, Third-Party Defendant Citywide Title Corporation filed a motion (Docket No. 1204) for an additional thirty (30) days, up to and including November 14, 2007, to respond to Defendant Ameriquest Mortgage Company's ("Ameriquest") Third-Party Complaint. Ameriquest does not oppose the granting of this motion.

DATED: October 9, 2007

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

BN 1427627v1

2

## CERTIFICATE OF SERVICE

  I, Bernard E, LeSage, hereby certify that on this 9th day of October 2007, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              By: /s/  Bernard E. LeSage

BN 1427627v1