- 1 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>*Black, et al. v. Ameriquest Mortgage Company, et al.,* Case No. 06 CV 5540 (E.D. N.Y.) (transferred Case No. 07-00129 (N.D. Ill.)) | |

**STIPULATION FOR DISMISSAL OF THE FIRST COUNT BY PLAINTIFFS JUNIOR TERRANCE BLACK AND RENE CAMPBELL AGAINST DEFENDANTS AMERIQUEST MORTGAGE COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY WITH PREJUDICE**

WHEREAS, Plaintiffs Junior Terrance Black and Rene Campbell ("Plaintiffs") and Defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company (collectively, "Defendants") hereby stipulate that the First Count of the Amended Complaint filed in Case No. 06 CV 5540 (E.D. N.Y.) (transferred Case No. 07-00129 (N.D. Ill.)) and all claims asserted therein by Plaintiffs against Defendants shall be dismissed with prejudice.

**It is so stipulated.**

- 2 -

| | |
|---|---|
| Dated: October 10, 2007 | By:  /s/ Andrew G. Pizor |
| | *Attorneys for Plaintiffs Junior Terrance Black and Rene Campbell* |
| | Daniel S. Blinn<br>Andrew Pizor<br>Consumer Law Group<br>35 Cold Spring Rd.<br>Suite 512<br>Rocky Hill, CT 06067<br>(860) 571-0408 |
| Dated: October 10, 2007 | By:   /s/ Bernard E. LeSage |
| | *Attorneys for Ameriquest Mortgage Company and Deutsche Bank National Trust Company* |
| | Bernard E. LeSage<br>BUCHALTER NEMER, a Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457<br>(213) 891-0700 |

- 3 -

## **ORDER**

Plaintiffs Junior Terrance Black and Rene Campbell ("Plaintiffs") and defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company (collectively "Defendants") having so stipulated, IT IS **ORDERED** that the First Count of the Amended Complaint filed in Case No. 06 CV 5540 (E.D. N.Y.) (transferred Case No. 07-00129 (N.D. Ill.)) and all claims asserted therein by Plaintiffs against Defendants shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:                    , 2007

THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on this 10th day of October 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               By:    /s/ Bernard E. LeSage

BN 1337750v2