AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; et al.

        Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.

        Third-Party Defendants.

MDL NO. 1715

LEAD CASE NO. 05-CV-07097

(CENTRALIZED BEFORE THE HONORABLE MARVIN E. ASPEN)

To: Name and address of Third Party Defendant

The Matlusky Firm, LLC
1423 N. Harrison St., Floor 1
Wilmington, DE 19806

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SEE ATTACHED EXHIBIT "A"

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

SEP 2 4 2007
_____
DATE

# Affidavit of Process Server

RE: AMERIQUEST MORTGAGE CO      VS      05 CV 07097
PLAINTIFF/PETITIONER      DEFENDANT/RESPONDENT      CASE NUMBER

I, KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served THE MUTLUSKY FIRM, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) THIRD PARTY SUMMONS, CORRECTED CAPTION FOR FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT, FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT & EXHIBITS A&B

by leaving with DAVID MATLUSKY _____ At
NAME      RELATIONSHIP

☐ Residence _____
ADDRESS      CITY / STATE

☒ Business 1423 N. HARRISON ST    WILMINGTON, DE
ADDRESS      CITY / STATE

On 9/27/07 AT 3:20 PM
DATE      TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE    TIME    DATE    TIME

(3) _____ (4) _____ (5) _____
DATE    TIME    DATE    TIME    DATE    TIME

AGE 45    Sex MA    Race W    Height 5'8    Weight 150    HAIR BROWN

_KSD_ (signature)
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 27TH day of SEPTEMBER, 2007.

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC - DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

## EXHIBIT "A"

1. Kelly M. Dermody
   Caryn Becker
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339

2. Gary Klein
   Elizabeth Ryan
   Shennan Kavanagh
   RODDY KLEIN & RYAN
   727 Atlantic Avenue
   Boston, MA 02111-2810

3. Terry Smiljanich
   Jill Bowman
   JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
   One Urban Center, Suite 550
   4830 West Kennedy Blvd., Suite 550
   Tampa, FL 33609

4. Daniel A Edelman
   Albert F. Hofeld, Jr.
   Cathleen M Combs
   James O Latturner
   EDELMAN COMBS LATTURNER & GOODWIN LLC
   120 S LaSalle St., 18th Floor
   Chicago, IL 60603

5. Daniel S. Blinn
   CONSUMER LAW GROUP, LLC
   35 Cold Spring Road, Suite 512
   Rocky Hill, CT 06067

6. Charles Delbaum
   NATIONAL CONSUMER LAW CENTER
   77 Summer Street, 10th Floor
   Boston, MA 02110