IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: Ameriquest Mortgage Co., ) | |
| Mortgage Lending Practices Litigation. ) | |
| ) | MDL No. 1715 |
| ) | |
| _____ ) | Lead Case No. 05-CV-07097 |
| ) | |
| THIS DOCUMENT RELATES TO ALL ) | Centralized before the Honorable |
| INDIVIDUAL ACTIONS ) | Marvin E. Aspen |
| ) | |
| Defendant. ) | |

NOTICE OF OPTING-OUT OF CLASS ACTIONS

The plaintiffs in the following federal actions hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

*Dorothy Roberson v. Ameriquest Mortgage Co.,* (N.D. Ill. Case No. 07-cv-5580)

*Cedric Anthony, et al. v. Ameriquest Mortgage Co.*, (N.D. Ill. Case No. 07-cv-5581)

*Eddie German, et al. v. Ameriquest Mortgage Co.*, (N.D. Ill. Case No. 07-cv-5582)

*Chonita Means, et al. v. Ameriquest Mortgage Co.*, (N.D. Ill. Case No. 07-cv-5583)

*Fredrick Hunter, et al. v. Ameriquest Mortgage Co.*, (N.D. Ill. Case No. 07-cv-5584)

*Louis Brown, et al. v. Ameriquest Mortgage Co.*, (N.D. Ill. Case No. 07-cv-5585)

*Brian Arthur Boudin v. Ameriquest Mortgage Co.*, (N.D. Ill. Case No. 07-cv-5422)

Respectfully Submitted this 11th day of October, 2007.

/s Earl P. Underwood, Jr.
Earl P. Underwood, Jr.

Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
(251) 990-5558 (voice)
(251) 990-0626 (fax)
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of October, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

## CASE ATTORNEY SERVICE LIST

Max Cassady, Jr.
Cassady & Cassady, P.C.
14 South Section Street
Fairhope, AL 36532

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

Kenneth J. Riemer
166 Government Street
Suite 100
Mobile, AL 36602

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
PANEL ATTORNEY SERVICE LIST FOR MDL 1715
In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Kelly M. Dennody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1088
*Attorney for Duval Naughton; Cheryl Williams*

Gary E. Klein
Roddy Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111
Telephone: 617-375-5500

Fax: 617-357-5030
*Attorney for: Lynn Gay; David R. Murphy; Isabelle M. Murphy; Daiseybel Tolbert; William F. Tolbert; David M. Wakefield; Janet Wakefield; Dwayne Williams; Latonya Williams*
Bernard E. LeSage
Buchalter Nemer, PC
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA  90017
Telephone: 213-891-0700
Fax: 213-896-0400
*Attorney for: Ameriquest Capital Corp.; Ameriquest Mortgage Co.*

Aaron Myers
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041
Telephone: 650-988-8500
Fax: 650-938-5200
*Attorney for: Heladio Arellanes; Maris Arellanes; Albert Knox; Maria Torres*

Terry A. Smiljanich
James, Hoyer, Newcomer & Smiljanich, P.A.
4830 West Kennedy Blvd., Ste. 550
Tampa, FL 33609
Telephone: 813-286-4100
Fax: 813-286-4174
*Attorney for: Adolph Peter Kurt Burggraff*

Thomas J. Weigand
Winston & Strawn LLP
35 West Wacker Drive
45th Floor
Chicago IL 60601
Telephone: 312-558-5600
Fax: 312-558-5700
*Attorney for: Argent Mortgage Co., LLC*


        /s Earl P. Underwood, Jr.
        Earl P. Underwood, Jr.