**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT PLACER TITLE COMPANY TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, on October 1, 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served upon Third-Party Defendant Placer Title Company ("Placer Title") its First Amended Consolidated Third-Party Complaint;

WHEREAS, Ameriquest has agreed to grant Placer Title an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for Placer Title to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 20, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

DATED: October 11, 2007

Respectfully submitted,

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED:  October 11, 2007

By:  /s/ David Westcott
*Attorneys for Placer Title Company*

David V. Westcott, Esq.
General Counsel
National Closing Solutions
3925 Atherton Road. Ste. 100
Rocklin, CA 95765
Telephone:  (916) 435-0435 ext.108

BN 1432472v1

## <u>ORDER</u>

Counsel for Third-Party Plaintiff Ameriquest Mortgage Company and Third-Party Defendant Placer Title Company having so stipulated, IT IS ORDERED that Placer Title Company shall have an extension of time to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 20, 2007.

**IT IS SO ORDERED.**

Dated:_____, 2007                    _____
                                                 THE HONORABLE MARVIN E. ASPEN
                                                 UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Bernard E, LeSage, hereby certify that on this 11th day of October 2007, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage_____