# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 05 CV 07097

In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-party Defendant: The Matlusky Firm, LLC

| | |
|---|---|
| NAME (Type or print) <br> Carrie A. Durkin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Carrie A. Durkin | |
| FIRM <br> Litchfield Cavo, LLP | |
| STREET ADDRESS <br> 303 W. Madison St. Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3123299 | TELEPHONE NUMBER <br> 312-781-6610 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION <br><br> AMERIQUEST MORTGAGE COMPANY, a Deleware corporation, et al., <br><br> Defendants and Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., <br><br> Third-Party Defendants. | MDL NO. 1715 <br><br> Lead Case No. 05 CV 07097 <br><br> Centralized before: <br> The Honorable Marvin E. Aspen |

CERTIFICATE OF SERVICE

    I hereby certify that on October 12, 2007, I electronically filed the following documents:

Appearance of Carrie A. Durkin

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Bernard E. LeSage <br> Sarah K. Andrus <br> Buchalter Nemer, a P.C. <br> 1000 Wilshire Boulevard, Suite 1500 <br> Los Angeles, California 90017-2457 <br> (213) 891-0700 | Thomas J. Wiegand <br> Gregory J. Miarecki <br> David E. Dahlquist <br> Winston & Strawn, LLP <br> 35 West Wacker Drive <br> Chicago, Illinois 60601 <br> (312) 558-5600 |
|---|---|

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant:

None

By: _____s/ Carrie A. Durkin
    Carrie A. Durkin (3123299)
    Bradford A. LeHew (6280452)
    Attorneys for The Matlusky Firm, LLC
    Litchfield Cavo LLP
    303 W. Madison Street
    Suite 300
    Chicago, IL 60606
    Phone: 312-781-6610 (Durkin)
    Phone: 312-781-6680 (LeHew)
    Facsimile: 312-781-6630