# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 05 CV 07097 |
| In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-party Defendant: The Matlusky Firm, LLC

| | |
|---|---|
| NAME (Type or print) | |
| Bradford A. LeHew | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Bradford A. LeHew | |
| FIRM | |
| Litchfield Cavo, LLP | |
| STREET ADDRESS | |
| 303 W. Madison St. Suite 300 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6280452 | 312-781-6680 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION ) ) ) | |
| AMERIQUEST MORTGAGE COMPANY, a Deleware corporation, et al., ) ) ) | MDL NO. 1715 |
| Defendants and Third-Party Plaintiffs, ) | Lead Case No. 05 CV 07097 |
| v. ) | Centralized before: The Honorable Marvin E. Aspen |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., ) ) ) ) | |
| Third-Party Defendants. ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the following documents:

Appearance of Bradford A. LeHew

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Bernard E. LeSage<br>Sarah K. Andrus<br>Buchalter Nemer, a P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, California 90017-2457<br>(213) 891-0700 | Thomas J. Wiegand<br>Gregory J. Miarecki<br>David E. Dahlquist<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600 |
|---|---|

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant:

None

By:_____s/ Bradford A. LeHew\_\_\_\_\_
Carrie A. Durkin (3123299)
Bradford A. LeHew (6280452)
Attorneys for The Matlusky Firm, LLC
Litchfield Cavo LLP
303 W. Madison Street
Suite 300
Chicago, IL 60606
Phone: 312-781-6610 (Durkin)
Phone: 312-781-6680 (LeHew)
Facsimile: 312-781-6630