IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | ) ) ) ) |
| AMERIQUEST MORTGAGE COMPANY, a Deleware corporation, et al., | ) ) ) MDL NO. 1715 |
| Defendants and Third-Party Plaintiffs, | ) ) Lead Case No. 05 CV 07097 |
| v. | ) ) Centralized before: ) The Honorable Marvin E. Aspen |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) ) |
| Third-Party Defendants. | ) ) |

### THIRD-DEFENDANT THE MATLUSKY FIRM, LLC'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Now comes Third-party Defendant The Matlusky Firm, LLC ("Matlusky"), by and through its attorneys, Carrie A. Durkin, Bradford A. LeHew, and Litchfield Cavo, LLP, and moves this Court for an order granting Matlusky additional time to answer or otherwise plead to the Third-party Complaint, up to and including November 14, 2007. In support thereof, Matlusky states as follows:

1. Third-party Defendant Matlusky was served with the Third-party Complaint on September 27, 2007. Matlusky's answer or responsive pleading is currently due on October 17, 2007.

2. The law firm of Litchfield Cavo, LLP was retained to represent Matlusky on October 9, 2007. Counsel for Matlusky requires additional time to become familiar

with this matter before it can file an answer or responsive pleading.

3. Counsel for Matlusky attempted to reach Bernard LeSage and David Dahlquist, attorneys of record for the Third-party Plaintiffs, to inform them of the instant motion, but was unable to speak to either one personally.

WHEREFORE, Third-party Defendant The Matlusky Firm, LLC prays that this Court enter an order granting additional time to and including November 14, 2007 to file its answer or otherwise plead to the third-party complaint.

                                                   The Matlusky Firm, LLC

                                         By:_____s/ Bradford A. LeHew_____
                                                  Carrie A. Durkin (3123299)
                                                  Bradford A. LeHew (6280452)
                                                  Attorneys for The Matlusky Firm, LLC
                                                  Litchfield Cavo LLP
                                                  303 W. Madison Street
                                                  Suite 300
                                                  Chicago, IL 60606
                                                  Phone: 312-781-6610 (Durkin)
                                                  Phone: 312-781-6680 (LeHew)
                                                  Facsimile: 312-781-6630