IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | ) ) ) ) |
| AMERIQUEST MORTGAGE COMPANY, a Deleware corporation, et al., <br><br> Defendants and Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., <br><br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL NO. 1715 <br><br> Lead Case No. 05 CV 07097 <br><br> Centralized before: <br> The Honorable Marvin E. Aspen |

## NOTICE OF MOTION

TO:   See attached service list

PLEASE TAKE NOTICE that on the 16th day of October, 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen, in courtroom 2568, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL and then and there present the Third-Party Defendant The Matlusky Firm, LLC's Motion for an Extension of Time to Answer or Otherwise Plead, a copy of which will be served upon you.

The Matlusky Firm, LLC

By: _____s/ Bradford A. LeHew_____
Carrie A. Durkin (3123299)
Bradford A. LeHew (6280452)
Attorneys for The Matlusky Firm, LLC
Litchfield Cavo LLP
303 W. Madison Street
Suite 300
Chicago, IL 60606

Phone: 312-781-6610 (Durkin)
Phone: 312-781-6680 (LeHew)
Facsimile: 312-781-6630

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the following documents:

Third-Party Defendant The Matlusky Firm, LLC's Motion for an Extension of Time to Answer or Otherwise Plead

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Bernard E. LeSage<br>Sarah K. Andrus<br>Buchalter Nemer, a P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, California 90017-2457<br>(213) 891-0700 | Thomas J. Wiegand<br>Gregory J. Miarecki<br>David E. Dahlquist<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600 |
|---|---|

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant:

None

By: _____s/ Bradford A. LeHew_____
Carrie A. Durkin (3123299)
Bradford A. LeHew (6280452)
Attorneys for The Matlusky Firm, LLC
Litchfield Cavo LLP
303 W. Madison Street
Suite 300
Chicago, IL 60606
Phone: 312-781-6610 (Durkin)
Phone: 312-781-6680 (LeHew)
Facsimile: 312-781-6630