**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND**

  WHEREAS, on September 20, 2007, Judge Denlow ordered Defendants Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company LLC ("Argent") to respond to the issue of producing documents related to their respective internal audits;

  WHEREAS, on September 20, 2007, Judge Denlow also ordered counsel for Ameriquest and Plaintiffs to work out an agreed order on customer and whistleblower complaints within 21 days or present the Court with competing proposed orders;

  WHEREAS, counsel for Plaintiffs and Defendants have been participating in meet and confer discussions in order to comply with the Court's orders and have agreed that additional time is necessary to comply;

  NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for Ameriquest and Argent to respond to the issue of producing documents related to its internal audits and for the parties to submit an agreed order on customer and whistleblower complaints to October 16, 2007.

  IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.


Dated:  October 12, 2007         By: __/s/ Gary Klein_____

                     *Plaintiffs' Co-Lead Counsel*

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

Kelly M. Dermody
Caryn Becker
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Jill Bowman
JAMES, HOYER, NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC
101 North blacker Drive, Ste. 2010
Chicago, IL 60606
Telephone: (312) 525-8316
Facsimile: (312) 525-8231

*Plaintiffs' Liaison Counsel*

Dated:  October 12, 2007              By:       /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated:  October 12, 2007              By:    /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

## **ORDER**

Counsel for Defendants Ameriquest Mortgage Company ("Ameriquest"), Argent Mortgage Company LLC ("Argent") and Plaintiffs having so stipulated,

IT IS ORDERED that

1. Ameriquest and Argent shall have until October 16, 2007 to respond to the issue of producing documents related to their respective internal audits; and

2. The parties shall have until October 16, 2007, to agree upon an order regarding documents related to Ameriquest's customer and whistleblower complaints.

**IT IS SO ORDERED.**

Dated:_____, 2007

                                                    THE HONORABLE MORTON DENLOW
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

    I, Bernard E, LeSage, hereby certify that on this 12th day of October 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      By:   /s/  Bernard E. LeSage