AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation; and ARGENT
MORTGAGE COMPANY LLC, a Delaware
limited liability company,

        Defendants and Third-Party
        Plaintiffs,

    v.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, *et al.,*

        Third-Party Defendants.

| | |
|---|---|
| CASE NUMBER: | MDL No. 1715<br>Lead Case No. 05-CV-07097 |
| ASSIGNED JUDGE: | Hon. Marvin E. Aspen |
| DESIGNATED<br>MAGISTRATE JUDGE: | Hon. Morton Denlow |

TO:    Name and address of Third Party Defendant

    Ohio Lending Solutions
    27899 Clemens Rd.
    Westlake, OH 44145

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, Massachusetts 02111

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*Esperanza Arnold*

(By) DEPUTY CLERK

SEP 1 8 2007

DATE

ORIGINAL

# Affidavit of Process Server

Ameriquest Mortgage Co., et al. vs Northwest Title & Escrow, et al.   05 CV 07097

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I _MATT DELANEY_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Ohio Lending Solutions_

with the (documents)   ☐ Subpoena with $_____ witness fee and mileage
         NAME OF PERSON/ENTITY BEING SERVED

☒  Third-Party Summons, Corrected Caption for First Amended
       Consolidated Third-Party Complaint and First Amended
       Consolidated Third-Party Complaint

by serving (NAME) _OHIO LENDING SOLUTIONS_

at ☐ Home _____

☒ Business _27887 CLEMENS ROAD, WESTLAKE, OHIO 44145_

☒ on (DATE) _OCTOBER 2, 2007_ at (TIME) _2:45 PM._

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _AKRON_ (STATE) _OHIO_

## Manner of Service:
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely _TOM CUTURA, PRESIDENT OF OHIO LENDING SOLUTIONS_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service:
After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading     ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant _____
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

## Service Attempts:
Service was attempted on: (   ) _____ , (   ) _____
           DATE   TIME        DATE   TIME

(   ) _____ , (   ) _____ , (   ) _____
   DATE   TIME        DATE   TIME        DATE   TIME

## Description:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☒ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☒ Over 6' | ☒ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of _Ohio_ County of _Summit_

Subscribed and sworn to before me,
a notary public, this _8th_ day of _October_ , 200_7_

SERVED BY _MATT DELANEY_
LASALLE PROCESS SERVERS

NOTARY PUBLIC

RICHARD P. PURSER, Notary Public
Residence - Medina County
State Wide Jurisdiction, Ohio
My Commission Expires 4/5/09

WINSTON

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.**