AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

    Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,

    Third-Party Defendants.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   MDL No. 1715
        Lead Case No. 05-CV-07097

ASSIGNED JUDGE:   Hon. Marvin E. Aspen

DESIGNATED
MAGISTRATE JUDGE: Hon. Morton Denlow

TO:   Name and address of Third Party Defendant

Chicago Title of Michigan
5311 36th St SE
Grand Rapids, MI 49512-2013

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Gary Klein<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, Massachusetts 02111 | Thomas J. Wiegand<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601 |

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*(By) DEPUTY CLERK*          SEP 1 4 2007

                                 DATE

# Affidavit of Process Server

| Ameriquest Mortgage Co., et al. | vs | Northwest Title & Escrow, et al. | 05 CV 07097 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Sharon L. Helsel__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Chicago Title of Michigan__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Third-Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint and First Amended Consolidated Third-Party Complaint

by serving (NAME) _____

at ☐ Home _____
☒ Business __4460-4444 St SE, Ste E, Kentwood, MI 49512__
☐ on (DATE) __10/2/07__ at (TIME) __2:48 PM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __J Scott Goldberg Controller__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: __5311-36st SE Grand Rapids was former Address__
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) __10/2/07__ DATE TIME, ( ) DATE TIME
( ) DATE TIME, ( ) DATE TIME, ( ) DATE TIME

**Description:**
☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☒ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blond Hair  ☒ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☒ 5'9"-6'0"  ☒ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ MICH   County of ~~Cook~~ KENT

__Sharon L Helsey__
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __2__ day of __October__, 20__07__

__Mary M Fansler__
NOTARY PUBLIC

MARY M. FANSLER, NOTARY PUBLIC
MONTCALM COUNTY, ACTING IN KENT COUNTY
STATE OF MICHIGAN
MY COMMISSION EXPIRES ON 12-6-2011

WINSTON

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.