**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al.<br><br>Defendants and Third-Party Plaintiffs<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, A Minnesota Corporation, et al.,<br><br>Third-Party Defendants. | Lead Case No. 05 C 7097<br><br>Centralized Before:<br>Hon. Marvin E. Aspen |

**THIRD-PARTY DEFENDANTS LAW TITLE INSURANCE AGENCY, INC.,
LAW TITLE INSURANCE COMPANY, INC. and ABSOLUTE TITLE SERVICES, INC.
MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

**NOW COME** Third-Party Defendants, Law Title Insurance Agency, Inc., Law Title Insurance Company, Inc. and Absolute Title Services, Inc., by their attorneys, Ward and Metti, P.C., and, pursuant to FedR.Civ.P. 5(b)(1), requests an enlargement of time to file these Third-Party Defendants' responsive pleading to the Third-Party Complaints against them in this multi-district litigation. In further support thereof, movants state:

1. Third-Party Plaintiff Argent Mortgage Company, LLC issued its third-party summons in this matter against Absolute Title Services, Inc. ("ATS") on September 14, 2007. Said summons and third-party complaint were served on September 26, 2007.

2. Third-Party Plaintiff Argent Mortgage Company, LLC issued its third-party summons in this matter against Law Title Insurance Agency, Inc. on September 18, 2007. Said summons and third-party complaint were served on September 25, 2007.

3. Third-Party Plaintiff Ameriquest Mortgage Company issued its third-party summons in this matter against Law Title Insurance Company, Inc. on September 24, 2007. Said summons and third-party complaint were served on September 28, 2007.

4. Through their counsel, the foregoing Third-Party Defendants appeared on October 15, 2007. Under Rule 12, ATS' responsive pleading would be due on October 16, 2007; Law Title Insurance Agency, Inc.'s responsive pleading would be due on October 15, 2007; and Law Title Insurance Company, Inc.'s responsive pleading would be due on October 18, 2007.

5. As of the date of this motion, most of the recently added third-party defendants have not appeared.

6. Counsel for the foregoing third-party defendants has requested the closing files which are the subject of the third-party complaints. As of the filing of this motion, counsel has not received or had the opportunity to review all the requested documents.

7. On Friday, October 12, 2007, the undersigned left a voice-mail message with Thomas Wiegand, counsel for Argent Mortgage Company, LLC. As of the filing of this motion, the undersigned has not spoken with Mr. Wiegand.

8. On Monday, October 15, 2007, the undersigned spoke with Brian Newman, counsel for Ameriquest Mortgage Company. Counsel for Ameriquest Mortgage Company has no objection to the requested extension of time.

9. Counsel for foregoing Third-Party Defendants requests to have to and including November 14, 2007 to allow counsel to obtain and to review the closing documents and to complete their responsive pleadings.

10. This request for an enlargement of time is not for an improper purpose or to needlessly delay this matter.

**WHEREFORE**, Third-Party Defendants, Law Title Insurance Agency, Inc., Law Title Insurance Company, Inc. and Absolute Title Services, Inc. respectfully request this court to enter an order allowing them to have to and including November 14, 2007 to file their responsive pleadings.

Respectfully submitted,
LAW TITLE INSURANCE AGENCY, INC.
LAW TITLE INSURANCE COMPANY, INC.
ABSOLUTE TITLE SERVICES, INC.

By: /s/ David A. Ward

David A. Ward, Their Attorney

**WARD AND METTI, P.C.**
245 Waukegan Road, Suite 230
Northfield   IL   60093
(847) 501-6565
ARDC Number 06184451
Date: October 15, 2007