UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al. | Lead Case No. 05 C 7097 |
| Defendants and Third-Party Plaintiffs | Centralized Before: Hon. Marvin E. Aspen |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, A Minnesota Corporation, et al., | |
| Third-Party Defendants. | |

NOTICE OF MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**PLEASE TAKE NOTICE** that on Tuesday, October 23, 2007 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in courtroom 2568 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Third-Party Defendants, Law Title Insurance Agency, Inc., Law Title Insurance Company, Inc. and Absolute Title Services, Inc., motion for an enlargement of time to file their responsive pleading, a copy of which is served upon you herewith.

LAW TITLE INSURANCE AGENCY, INC.
LAW TITLE INSURANCE COMPANY, INC.
ABSOLUTE TITLE SERVICES, INC.

By: _/s/ David A. Ward_
David A. Ward, Their Attorney

**WARD AND METTI, P.C.**
245 Waukegan Road, Suite 230
Northfield   IL   60093
(847) 501-6565
ARDC Number 06184451
Date: October 15, 2007

## CERTIFICATE OF SERVICE

I, David A. Ward, an attorney, do certify that I served the foregoing Notice of Motion and attached Motion for Extension of Time pursuant to ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

| | |
|---|---|
| Law Offices of Earl P. Underwood, Jr.<br>P.O. Box 969<br>Fairhope  AL  36533-0969 | GMAC Mortgage Corporation<br>Wooden & McLaughlin<br>211 North Pennsylvania, Suite 1800<br>Indianapolis  IN  46204 |
| Argent Mortgage Company, LLC<br>3 Park Plaza, 10th Floor<br>Irvine  CA  92614 | Mara McRae<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta  GA  30309 |
| Michael J. Breslin<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta  GA  30309 | |
| | Brian H. Newman<br>Cheryl M. Lott |
| Richard P. Colbert<br>Alexandra van Nes Dolger<br>Day, Berry & Howard<br>One Canterbury Green<br>Stamford  CT  06901-2047 | Melody A. Petrossian<br>Rachel A.P. Saldana<br>Buchalter Nemer<br>A Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles  CA  90017 |
| Daniel A. Edelman<br>Edelman, Combs, Latturner & Goodwin, LLC<br>120 S. LaSalle Street, 18th Floor<br>Chicago  IL  60603 | |

with a courtesy copy to the court on this 15th day of October, 2007.

_David A. Ward_
David A. Ward, Attorney