## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

## STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT TRUE TITLE INC. TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

WHEREAS, on October 4, 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served upon Third-Party Defendant True Title Inc. ("True Title") its First Amended Consolidated Third-Party Complaint;

WHEREAS, Ameriquest has agreed to grant True Title an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for True Title to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 23, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

1

DATED: October 15, 2007          Respectfully submitted,

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: October 15, 2007          By: /s/ Timothy F. Hand
*Attorneys for True Title Inc.*

Timothy F. Hand
Hand, Holmes, Villere & Pilie, L.L.C.
901 Derbigny Street
Gretna, Louisiana 70053
Phone: (504) 368-1118
Facsimile: (504) 368-6662

**ORDER**

Counsel for Third-Party Plaintiff Ameriquest Mortgage Company and Third-Party Defendant True Title Inc. having so stipulated, IT IS ORDERED that True Title Inc. shall have an extension of time to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 23, 2007.

**IT IS SO ORDERED.**

Dated:_____, 2007

THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

      I, Bernard E, LeSage, hereby certify that on this 15th day of October 2007, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage