**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ameriquest Mortgage Company, et al.
            Plaintiff,

v.                 Case No.: 1:05−cv−07097
                 Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 16, 2007:

  MINUTE entry before Judge Marvin E. Aspen :Case No. 07 C 95, Howard v. Ameriquest, having been reassigned to the calendar of Judge Aspen as part of MDL 1715, the Defendants' Motion (Doc. No. 403) to reassign case no. 07 C 95, is terminated as granted. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.