IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, beginning on or about September 28, 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served upon Third-Party Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, Land America Financial Group, Inc., and Commonwealth Land Title Company. ("Third-Party Defendants") its First Amended Consolidated Third-Party Complaint;

WHEREAS, Ameriquest has agreed to grant Third-Party Defendants an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for Third-Party Defendants to respond to the First Amended Consolidated Third-Party Complaint, up to and including December 3, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

1

BN 1436122v1
BN 1436493v1

DATED: October 16, 2007 Respectfully submitted,

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: October 16, 2007 By: /s/ Keith Verges
*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, Land America Financial Group, Inc., and Commonwealth Land Title Company*

Keith Verges, Esq.
Mark Davenport, Esq.
Don Colleluori, Esq.
Figari & Davenport, L.L.P.
3400 Bank of America Plaza
901 Main St.
Dallas, TX 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

2

## **ORDER**

Counsel for Third-Party Plaintiff Ameriquest Mortgage Company and Third-Party Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, Land America Financial Group, Inc., and Commonwealth Land Title Company (collectively, "Third-Party Defendants") having so stipulated, IT IS ORDERED Third-Party Defendants shall have an extension of time to respond to the First Amended Consolidated Third-Party Complaint, up to and including December 3, 2007.

**IT IS SO ORDERED.**

Dated:_____, 2007

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 16th day of October 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage