## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 05-CV-07097

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION:
AMERIQUEST MORTGAGE COMPANY, Defendants and
Third-party Plaintiffs, et al. v. NORTHWEST TITLE AND
ESCROW CORPORATION, ET AL., Third-party Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TEK TITLE, LLC, an Illinois Limited Liability Company, Third-party Defendant

| NAME (Type or print) |
| --- |
| Brian R. Merfeld |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Brian R. Merfeld |
| FIRM |
| Pinzur, Cohen & Kerr, Ltd. |
| STREET ADDRESS |
| Suite 208, 4180 RFD Route 83 |
| CITY/STATE/ZIP |
| Long Grove, IL 60047 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6280615 | 847/821-5290 x 106 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐