Attorney No. 3122002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO ALL<br>ACTIONS<br>_____<br><br>AMERIQUEST MORTGAGE COMPANY,<br>a Delaware Corporation, et al.<br><br>       Defendants and Third-party<br>       Plaintiffs<br><br>  v.<br><br>NORTHWEST TITLE AND ESCROW<br>CORPORATION, a Minnesota corporation, et al.<br><br>       Third-party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-CV-07097 |

## MOTION OF THIRD PARTY-DEFENDANT, TEK TITLE, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD

     NOW COMES Tek Title, LLC, an Illinois Limited Liability Company, by and through its attorneys, Robert S. Pinzur, Laura E. Cohen, Megan L. Kerr, Brian S. Brewer, Brian R. Merfeld and Pinzur, Cohen & Kerr, Ltd., and for its Motion For Additional Time To Answer Or Otherwise Plead states as follows:

1.     Third-party Defendant, Tek Title, LLC, an Illinois Limited Liability Company (hereinafter referred to as "Tek"), was served with Third Party Summons In A Civil Action on September 27, 2007.

2.     Tek retained the law firm of Pinzur, Cohen & Kerr, Ltd., and its attorneys, on October 12, 2007, regarding this matter.

3.     Pursuant to the Summons served upon Tek, Tek's Answer to the First Amended Consolidated Third-party Complaint is due twenty (20) days after service was perfected upon

it, on or before October 17, 2007. *See*, Third Party Summons In A Civil Action, filed separately, but incorporated herein.

4. Robert S. Pinzur, lead attorney in this matter, was on vacation in California at the time this matter was received by Pinzur, Cohen & Kerr, Ltd. and has inadequate time to prepare the required Answer or other necessary pleading on or before October 17, 2007. *See*, Affidavit of Robert S. Pinzur, incorporated herein as Exhibit "A."

5. Counsel for Tek requires additional time to fully review the allegations against Tek and to file Tek's Answer or other necessary pleading.

6. Counsel for Tek requests an additional time to complete said tasks.

WHEREFORE, Tek Title, LLC, an Illinois Limited Liability Company, requests this Court enter an Order allowing Tek to Answer or otherwise plead in response to the First Amended Consolidated Third-party Complaint on or before November 30, 2007, or any other similar date which pleases the Court, and for such further relief this Court deems necessary and appropriate.

                                             Respectfully submitted,
                                             Tek Title, LLC, an Illinois Limited Liability Company

                                             By: /s/ Robert S. Pinzur
                                                  One of its attorneys

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Brian R. Merfeld
Pinzur, Cohen & Kerr, Ltd.
Attorneys for Tek Title, LLC,
Third-party Defendant
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-52963 (Fax)