# EXHIBIT A

Attorney No. 3122002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION | )<br>)<br>) |
|  | ) |
| THIS DOCUMENT RELATES TO ALL<br>ACTIONS | )<br>)<br>)<br>) |
|  | ) |
| AMERIQUEST MORTGAGE COMPANY,<br>a Delaware Corporation, et al. | )  No.  05-CV-07097<br>)<br>) |
| Defendants and Third-party<br>Plaintiffs | )<br>)<br>) |
| v. | )<br>) |
| NORTHWEST TITLE AND ESCROW<br>CORPORATION, a Minnesota corporation, et al. | )<br>)<br>) |
| Third-party Defendnats. | )<br>) |

## AFFIDAVIT OF ROBERT S. PINZUR

Robert S. Pinzur, on oath, states as follows:

1.  I am the lead attorney in this matter for Tek Title, LLC.

2.  When retained by Tek Title, LLC, I was on vacation in California.

3.  I have inadequate time to properly prepare an Answer or other responsive pleading for Tek Title, LLC prior to October 17, 2007.

FURTHER AFFIANT SAYETH NAUGHT.

Under penalty of perjury, I swear the above and foregoing statements are true and correct.

_Robert S. Pinzur_
Robert S. Pinzur

Subscribed and sworn to before me
this October 15 , 2007.

_Brian Brewer_
Notary Public

> Official Seal
> Brian Brewer
> Notary Public State of Illinois
> My Commission Expires 03/28/2010

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Brian R. Merfeld
Pinzur, Cohen & Kerr, ltd.
Attorneys for Tek Title, LLC,
Third-party Defendant
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-52963 (Fax)