Attorney No. 3122002

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al. | ) ) ) ) | Lead Case No. 05-CV-07097 |
| Defendants and Third-party Plaintiffs | ) ) ) | Hon. Marvin E. Aspen |
| v. | ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) | |
| Third-party Defendants. | ) | |

**NOTICE OF MOTION**

<u>Via CM/ECF</u>

TO: All attorneys of record

    PLEASE TAKE NOTICE that on October 23, 2007, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 2568, United States District Courthouse, Dirksen Federal Building, 219 South Dearborn St., Chicago, Illinois 60604 and shall then and there present Third-party Defendant, TEK Title, LLC's, Motion For Additional Time To Answer Or Otherwise Plead, a copy of which is hereby served upon you.

DATED: October 16, 2007                  By: /s/ Brian S. Brewer
                                                              Pinzur, Cohen & Kerr, Ltd.

<u>CERTIFICATION</u>

  Brian S. Brewer, an attorney, certifies pursuant to the Court Rules he served the foregoing Notice Of Motion via e-mail transmission upon the above-named individuals with the Clerk of the Court via the CM/ECF system on October 16, 2007.

                /s/ Brian S. Brewer
                Brian S. Brewer

Robert S. Pinzur
Brian S. Brewer
Pinzur, Cohen & Kerr, Ltd.
Attorney No. 3122002
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-5293 (Fax)