# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION ) ) ) ) AMERIQUEST MORTGAGE COMPANY, ) a Delaware Company, et al., ) ) Defendants and Third-Party Plaintiffs, ) ) v. ) ) NORTHWEST TITLE AND ESCROW ) CORPORATION, ) a Minnesota corporation, et al., ) ) Third-Party Defendants. ) ) | Lead Case No. 05 CV 07097<br><br>Centralized before:<br>The Honorable Marvin E. Aspen |

## STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT ALLIED HOME MORTGAGE TO RESPOND TO ARGENT MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

WHEREAS, on October 3, 2007, Third-Party Plaintiff Argent Mortgage Company ("Argent") served upon Third-Party Defendant Allied Home Mortgage ("Allied") its First Amended Consolidated Third-Party Complaint;

WHEREAS, Argent has agreed to grant Allied an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for Allied Home Mortgage to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 20, 2007.

IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.

Dated: October 16, 2007

| | |
|---|---|
| Daniel Lynch (IL. Bar No. 6202499)<br>Henry Baskerville (Ill. Bar No. 6285712)<br>The Law Offices of Daniel Lynch<br>150 South Wacker Dr., Suite 2600<br>Chicago, Illinois 60606<br>312-346-8700 (tel) / 312-346-5180 (fax) | Respectfully submitted,<br><br>By: s// Daniel Lynch<br>*Attorneys for Allied Home Mortgage* |

By: s// David E. Dahlquist
*Attorneys for Argent Mortgage Company, LLC*

David E. Dahlquist
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Certificate of Service

    I, Daniel Lynch, hereby certify that on October 16, 2007, the attached documents were electronically filed with the Clerk in the above captioned matter and a true and correct copy of said documents was served upon counsel of record via the CM /ECF online filing system.

    s// Daniel Lynch (filed electronically)