ARDC# 6225429            HXL/BKM/mar            SR-87114

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ACTIONS ) <br> _____ ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, a ) <br> Delaware corporation; and ARGENT ) <br> MORTGAGE COMPANY LLC, a Delaware ) <br> limited liability company, ) <br> ) <br>            Third-Party Plaintiffs, ) <br> ) <br>            v. ) <br> ) <br> NORTHWEST TITLE AND ESCROW ) <br> CORPORATION, a Minnesota corporation; A ) <br> TITLE ESCROW COMPANY, INC., an ) <br> Illinois corporation, ANGELA BARTUCCI, an ) <br> individual; ARTHUR LACHEL, an individual; ) <br> ATM CORPORATION OF AMERICA, ) <br> Pennsylvania corporation; AVALON ) <br> ABSTRACT CORP., a New York corporation; ) <br> B & S SERVICES, LLC, a limited liability ) <br> company; BLACKSTONE NATIONAL ) <br> TITLE, LLC, a limited liability company; ) <br> CAROLYN T. DALEY, an individual; CESAR ) <br> GAITAN, an individual; CHICAGO TITLE ) <br> COMPANY; CHRISTOPHER M. ) <br> BOEDEFELD, ESQ., an individual; ) <br> CLOSENET, LLC., Michigan limited liability ) <br> company; COMMONWEALTH LAND TITLE ) <br> COMPANY, a California corporation; ) <br> COMPLETE TITLE SOLUTIONS, INC., a ) <br> Florida corporation; DAVID B. CARROLL, ) | MDL No. 1715 <br> Lead Case No. 05-CV-07097 <br><br> Assigned Judge: Hon. Marvin E. Aspen <br><br> Designated Magistrate <br> Judge: Hon. Morton Denlow |

P.C., a professional corporation; DEVON )
TITLE AGENCY, a Michigan corporation; )
DEWRELL SACKS, LLP, a limited liability )
partnership; DEY SMITH & COLLIER LLC, )
Connecticut limited liability company; )
EQUITY SETTLEMENT SERVICES, INC., a )
New York corporation; EXPRESS )
FINANCIAL SERVICES, INC., a Pennsylvania )
corporation; FIDELITY NATIONAL TITLE )
COMPANY, a California corporation; )
FIDELITY NATIONAL TITLE INSURANCE )
COMPANY, a California corporation; )
FINANCIAL TITLE COMPANY, a California )
corporation; FIRST CHOICE SIGNING )
SERVICE, LLC, a California limited liability )
company; FIRST MERIT SETTLEMENT )
SERVICES, INC., a Pennsylvania corporation; )
GAIL A MANY, an individual; GENERAL )
AMERICAN CORPORATION; GORDON )
VIDELL, an individual; GREGORY R. SHAW, )
ESQ., an individual; GUADALUPE CRUZ, )
JR., an individual; HEIGHTS TITLE )
AGENCY, INC., an Ohio corporation; )
HOLLER & HOLLER, LLC, a Connecticut )
limited liability company; HOME EQUITY )
TITLE SERVICES, INC., an Illinois )
corporation; HOME-LAN TITLE & )
ABSTRACT CO., INC., a Mississippi )
corporation; ILENE K. CHAPEL, an individual; )
INDIANA TITLE NETWORK COMPANY, an )
Indiana corporation; JACKIE A. MARTINEZ, )
an individual; JOHN WEBER & )
ASSOCIATES, P.C., a New York professional )
corporation; JOSHUA HILTIBIDAL, an )
individual; LANDAMERICA FINANCIAL )
GROUP, INC., a Virginia corporation; LAW )
OFFICE OF ANTHONY A. SENERCHIA, SR. )
P.C., a Massachusetts professional corporation;)
LAW OFFICE OF JOSEPH E. NEALON, a )
limited liability company, LAW OFFICES OF )
DANIEL J. NIGRO, P.C., a professional )

corporation; LAW OFFICES OF GREGORY T. )
LATTANZI, LLC., a limited liability company; )
LAW OFFICES OF JONATHAN P. ASH; )
LAW OFFICES OF JOSEPH J. D'AGOSTINO, )
JR., LLC, a Connecticut limited liability )
company; LAW OFFICES OF MARC D. )
FOLEY, P.C., a Massachusetts professional )
corporation; LAW OFFICES OF MORRIS I. )
OLMER; LAW TITLE INSURANCE )
COMPANY, INC., an Illinois corporation; )
LAWYERS TITLE INSURANCE )
CORPORATION, a Virginia corporation; LEE )
S. JACOBOWTIZ, ESQ., an individual; )
LENDERS FIRST CHOICE, a Texas )
corporation; LYNNE A LOVE, an individual; )
MACKINNON & TAVANO, LLC, a )
Connecticut limited liability company; )
MARTIN M. HOCHMAN, an individual; )
MICHAEL HOGAN, an individual; MIKE )
SMITH, an individual; MORTGAGE )
INFORMATION SERVICES, INC., an Ohio )
corporation; NATIONAL CLOSING )
SOLUTIONS, INC., a Delaware corporation; )
NATIONAL REAL ESTATE INFORMATION )
SERVICES OF NEW JERSEY, INC., a New )
Jersey corporation; NATIONAL REAL )
ESTATE INFORMATION SERVICES, a )
Pennsylvania limited partnership; NATIONS )
TITLE AGENCY OF ILLINOIS, INC., an )
Illinois corporation, NATIONS TITLE )
AGENCY OF MICHIGAN, INC., a Michigan )
corporation; NATIONS TITLE AGENCY OF )
MISSOURI, INC., a Missouri corporation; )
NEW VISION TITLE AGENCY, LLC., a New )
Jersey limited liability company; NIGRO )
ASSOCIATES, LLC., a Massachusetts limited )
liability company; NORTH AMERICAN )
TITLE COMPANY, INC., a California )
corporation; PAUL D. BOUDREAU, an )
individual; PERROTTA, CAHN & PRIETO, )
P.C., a Georgia professional corporation; )

| | |
|---|---|
| PLACER TITLE COMPANY, a California corporation; PORTNOY AND GREENE, P.C., a Massachusetts professional corporation; RESIDENTIAL TITLE SERVICES, INC., an Illinois corporation; RESOURCE TITLE, LLC a Maryland limited liability company; ROY W. WALLER, an individual; ; SCHOP & PLESKOW, LLP, a New York limited liability partnership; SCOTT DRIER, an individual; SCOTT L. BRISCO, an individual; SCOTT PARKHURST, an individual; SHANE DELORENZE, an individual; SHEILA DOLAN, an individual; SIERRA TITLE COMPANY OF CAMERON AND WILLACY COUNTIES, a Texas corporation; SPECIALTY TITLE SERVICES, INC., an Illinois corporation; STEWART TITLE OF SEATTLE, LLC, a limited liability company; SUPERIOR CLOSING SERVICES, LLC, a Connecticut limited liability company; SYNODI VIDELL & GREEN, LLC, a Connecticut limited liability company; TAPALIAN & TADROS, P.C., a professional corporation, TEK TITLE, LLC, an Illinois limited liability company; TEXAS NATIONS TITLE AGENCY, INC., THE MATLUSKY FIRM, LLC., a Delaware limited liability company; TIA MARTIN, an individual; TITLESERV, INC., a New York corporation; TOWNE & COUNTRY LAND TITLE AGENCY, Inc., an Ohio corporation; TRANSTAR NATIONAL TITLE, a Texas corporation; TRI-SOURCE TITLE AGENCY, Inc., a Ohio corporation; TRISTAR TITLE LLC, an Illinois limited liability company; TRUE TITLE, INC., a Louisiana corporation; TURNKEY TITLE CORPORATION, a Florida corporation; VITAL SIGNING, INC., a California Corporation; WILLIAM G. PETZ, an individual; 5 STAR FINANCIAL INC., A AMERICAN FINANCIAL GROUP, INC.; ABSOLUTE TITLE SERVICES, INC.; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ACCESS TITLE, LLC; ACE MORTGAGE )
FUNDING, INC.; ACRO MORTGAGE LLC; )
ADVANTAGE EQUITY SERVICES, INC.; )
ADVISOR MORTGAGE LLC; ALLEN A. )
CURRIER; ALLIED HOME MORTGAGE )
CAPITAL CORP.; ALPHA MORTGAGE )
LENDING; AMERICAN ELITE FINANCIAL )
INC.; AMERICAN PIONEER TITLE )
INSURANCE COMPANY; AMERICAN )
RESIDENTIAL MORTGAGE; AMERICARE )
MORTGAGE CORPORATION; AMSTAR )
MORTGAGE CORP., ARCHER LAND )
TITLE, INC.; ATTORNEYS' TITLE )
INSURANCE FUND, INC.; B & P )
MORTGAGE, INC.; BANKERS TITLE & )
ESCROW AGENCY, INC..; BATTERSBY )
TITLE, INC.; BEACON MORTGAGE )
SERVICES LLC; BLS FUNDING CORP.; )
CBC COMPANIES; CHICAGO MORTGAGE; )
ACCEPTANCE; CHICAGO TITLE )
INSURANCE COMPANY; CHICAGO TITLE )
OF MICHIGAN; CHOICE TITLE AGENCY, )
INC., CISLO TITLE COMPANY; CITYWIDE )
MORTGAGE PROS., INC.; CITYWIDE TITLE )
CORPORATION; CLASSIC HOME )
MORTGAGE CORP.; COLONIAL TITLE & )
ESCROW INC.; COMMONWEALTH LAND )
TITLE INSURANCE COMPANY; )
CONNECTICUT ATTORNEYS TITLE )
INSURANCE COMPANY; CONNECTICUT )
CLOSING SERVICES; CROSS COUNTY )
LENDERS LLC; CROWN MORTGAGE )
CORP.; DESAUTELS, MAHONEY & KOHN, )
LLC; DIRECT BANC MORTGAGE LLC; )
DREAM HOUSE MORTGAGE CORP., EDEN )
ROCK MORTGAGE CORP.; ELDRIDGE )
MORTGAGE COMPANY INC., ENVISION )
MORTGAGE SOLUTIONS INC.; EQUITY )
SOLUTIONS INC.; BW MORTGAGE )
COMPANY; FAIRFIELD MORTGAGE INC.; )
FAIRWAY FINANCIAL GROUP LLC; )

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK; FIDELITY TITLE AND ESCROW, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; FIRST USA FUNDING LLC; FRANK J. MANNI; FREEDOM MORTGAGE TEAM, INC.; GENESIS MORTGAGE CORP.; GLOBAL MORTGAGE INC.; GOLDMAN GRUDER & WOODS, LLC; GRAND MORTGAGE CORPORATION; GREAT AMERICAN MORTGAGE CORP.; GREAT LAKES MORTGAGE CO., LLC; GREAT LAKES NATIONAL MORTGAGE BANC INC.; GREAT LAKES NATIONAL MORTGAGE CO.; GREENWICH MORTGAGE CORP.; HADLOCK LAW OFFICES, P.C., HAMILTON MORTGAGE CO.; HILLARD N. EINBINDER; HWB INC.; ILLINOIS MORTGAGE FUNDING CORP.' INTEGRITY 1ST MORTGAGE GROUP; JONES, DAMIA, KAUFMAN, BOROFSKY & DEPAUL LLC; TIMOTHY P. KENNEY; L & S MORTGAGE LLC; LAKE FRONT MORTGAGE INC.; LANDSEL TITLE AGENCY, INC.; LAW OFFICE OF SARINO R. COSTANZO; LAW OFFICE OF BORNER, SCOLA, BARUTI & VANCINI P.C.; LAW OFFICES OF WILLIAM A. SNIDER; LAW TITLE INSURANCE AGENCY., INC., LIBERTY FUNDING SERVICES INC.; LIBERTY TITLE & ESCROW COMPANY, INC.; LIETO & GREENBERG LLP; MANSFIELD MORTGAGE SERVICES INC.; MEDICI & SCIACCA, P.C.; METROPOLITAN TITLE COMPANY; MICHIGAN LAND TITLE AGENCY, INC.; MICHIGAN TITLE COMPANY; MICHIGAN TRUST TITLE AGENCY, LLC; MIDLAND TITLE SECURITY, INC.; MIDWEST LAND TITLE COMPANY; MORTGAGE DEPOT; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MORTGAGE GUARANTEE & TITLE )
COMPANY; MORTGAGE PROS USA; )
NATIONWIDE MORTGAGE; OHIO BAR )
TITLE INSURANCE COMPANY; OHIO )
LENDING SOLUTIONS; OLD REPUBLIC )
NATIONAL TITLE INSURANCE )
COMPANY; OXFORD HOME MORTGAGE )
LLC; P & L MORTGAGE, INC.; PAN )
AMERICAN FUNDING GROUP INC.; )
PARADISE FINANCIAL SERVICES LLC; )
PATRIOT TITLE COMPANY, INC.; )
PRECISION FINANCIAL INC.; PREFERRED )
LENDING GROUP; PREMIER TITLE AND )
ESCROW COMPANY, INC.; PRIME PLUS )
MORTGAGE; QUALITY TITLE AGENCY, )
INC.; REAGLE SEARCH & SIGNATURE )
SERVICES, LLC; REPUBLIC TITLE )
COMPANY; SERACH2CLOSE OF )
COLUMBUS, LLC; SETTE & BONADIES, )
P.C.; FRED SETTE; SOUTHERN STAR )
MORTGAGE CORP.; STEWART TITLE )
GUARANTY COMPANY; STEWART TITLE )
INSURANCE COMPANY; STEWART TITLE )
OF ILLINOIS; SUPREME FUNDING )
MORTGAGE SERVICES INC.; KERRY A. )
SUMNER; TAYLOR ABSTRACT )
COMPANY; THE CLOSING OFFICE; THE )
GUARANTEE TITLE AND TRUST )
COMPANY; THE MORTGAGE EDGE INC.; )
THE MORTGAGE STORE; TICOR TITLE )
INSURANCE COMPANY; TITLE SOURCE, )
INC.; TITLE WORKS, INC.; TITLE-TECH )
NETWORKS, INC.; TOP CHOICE )
MORTGAGE LLC; TOP ELITE FINANCIAL )
INC.; TOWER FINANCIAL GROUP, INC.; )
TRANSNATION TITLE INSURANCE )
COMPANY; TRAVIS MORTGAGE LLC; )
TRIUNION TITLE, LLC.; UNION )
MORTGAGE SERVICES OF CLEVELAND, )
INC.; UNIVERSAL HOME LENDING INC.; )
UNIVEST MORTGAGE CORP.; and )

| | |
|---|---|
| WILLIAM HAJJ MORTGAGE COMPANY LLC., | ) ) ) |
| Third-Party Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Third-Party Defendant, **A AMERICAN FINANCIAL GROUP, INC.**, by and through its attorneys, **SANCHEZ DANIELS & HOFFMAN LLP**, and moves this Court for an extension of twenty-one (21) days within which to answer or otherwise plead.

WHEREFORE, said Third-Party Defendant prays for relief accordingly.

Respectfully submitted,

**SANCHEZ DANIELS & HOFFMAN LLP**

By: _____
One of the Attorneys for Third-Party Defendant

Timothy Hoffman (ARDC# 6186716)
Hector Ledesma (ARDC# 6225429)
**SANCHEZ DANIELS & HOFFMAN LLP**
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555
F:\DATA\HISTORY\SR\87114\Motions\Mtn for Extension of Time.10.16.07.wpd