ARDC# 6225429　　　　　　　　　HXL/BKM/mar　　　　　　　　　SR-87114

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. )<br>MORTGAGE LENDING PRACTICES LITIGATION )<br>_____ )<br> )<br>THIS DOCUMENT RELATES TO ALL ACTIONS )<br>_____ )<br> )<br>AMERIQUEST MORTGAGE COMPANY, a )<br>Delaware corporation; and ARGENT )<br>MORTGAGE COMPANY LLC, a Delaware )<br>limited liability company, )<br> )<br>　　　　　Third-Party Plaintiffs, )<br> )<br>　　　　　v. )<br> )<br>NORTHWEST TITLE AND ESCROW )<br>CORPORATION, a Minnesota corporation; A )<br>TITLE ESCROW COMPANY, INC., an )<br>Illinois corporation, ANGELA BARTUCCI, an )<br>individual; ARTHUR LACHEL, an individual; )<br>ATM CORPORATION OF AMERICA, )<br>Pennsylvania corporation; AVALON )<br>ABSTRACT CORP., a New York corporation; )<br>B & S SERVICES, LLC, a limited liability )<br>company; BLACKSTONE NATIONAL )<br>TITLE, LLC, a limited liability company; )<br>CAROLYN T. DALEY, an individual; CESAR )<br>GAITAN, an individual; CHICAGO TITLE )<br>COMPANY; CHRISTOPHER M. )<br>BOEDEFELD, ESQ., an individual; )<br>CLOSENET, LLC., Michigan limited liability )<br>company; COMMONWEALTH LAND TITLE )<br>COMPANY, a California corporation; )<br>COMPLETE TITLE SOLUTIONS, INC., a )<br>Florida corporation; DAVID B. CARROLL, )<br>P.C., a professional corporation; DEVON ) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>MDL No. 1715<br>Lead Case No. 05-CV-07097<br><br>Assigned Judge: Hon. Marvin E. Aspen<br><br>Designated Magistrate<br>Judge: Hon. Morton Denlow |

| | |
|---|---|
| TITLE AGENCY, a Michigan corporation; DEWRELL SACKS, LLP, a limited liability partnership; DEY SMITH & COLLIER LLC, Connecticut limited liability company; EQUITY SETTLEMENT SERVICES, INC., a New York corporation; EXPRESS FINANCIAL SERVICES, INC., a Pennsylvania corporation; FIDELITY NATIONAL TITLE COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; FINANCIAL TITLE COMPANY, a California corporation; FIRST CHOICE SIGNING SERVICE, LLC, a California limited liability company; FIRST MERIT SETTLEMENT SERVICES, INC., a Pennsylvania corporation; GAIL A MANY, an individual; GENERAL AMERICAN CORPORATION; GORDON VIDELL, an individual; GREGORY R. SHAW, ESQ., an individual; GUADALUPE CRUZ, JR., an individual; HEIGHTS TITLE AGENCY, INC., an Ohio corporation; HOLLER & HOLLER, LLC, a Connecticut limited liability company; HOME EQUITY TITLE SERVICES, INC., an Illinois corporation; HOME-LAN TITLE & ABSTRACT CO., INC., a Mississippi corporation; ILENE K. CHAPEL, an individual; INDIANA TITLE NETWORK COMPANY, an Indiana corporation; JACKIE A. MARTINEZ, an individual; JOHN WEBER & ASSOCIATES, P.C., a New York professional corporation; JOSHUA HILTIBIDAL, an individual; LANDAMERICA FINANCIAL GROUP, INC., a Virginia corporation; LAW OFFICE OF ANTHONY A. SENERCHIA, SR. P.C., a Massachusetts professional corporation; LAW OFFICE OF JOSEPH E. NEALON, a limited liability company, LAW OFFICES OF DANIEL J. NIGRO, P.C., a professional corporation; LAW OFFICES OF GREGORY T. LATTANZI, LLC., a limited liability company; LAW OFFICES OF JONATHAN P. ASH; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| LAW OFFICES OF JOSEPH J. D'AGOSTINO, JR., LLC, a Connecticut limited liability company; LAW OFFICES OF MARC D. FOLEY, P.C., a Massachusetts professional corporation; LAW OFFICES OF MORRIS I. OLMER; LAW TITLE INSURANCE COMPANY, INC., an Illinois corporation; LAWYERS TITLE INSURANCE CORPORATION, a Virginia corporation; LEE S. JACOBOWTIZ, ESQ., an individual; LENDERS FIRST CHOICE, a Texas corporation; LYNNE A LOVE, an individual; MACKINNON & TAVANO, LLC, a Connecticut limited liability company; MARTIN M. HOCHMAN, an individual; MICHAEL HOGAN, an individual; MIKE SMITH, an individual; MORTGAGE INFORMATION SERVICES, INC., an Ohio corporation; NATIONAL CLOSING SOLUTIONS, INC., a Delaware corporation; NATIONAL REAL ESTATE INFORMATION SERVICES OF NEW JERSEY, INC., a New Jersey corporation; NATIONAL REAL ESTATE INFORMATION SERVICES, a Pennsylvania limited partnership; NATIONS TITLE AGENCY OF ILLINOIS, INC., an Illinois corporation, NATIONS TITLE AGENCY OF MICHIGAN, INC., a Michigan corporation; NATIONS TITLE AGENCY OF MISSOURI, INC., a Missouri corporation; NEW VISION TITLE AGENCY, LLC., a New Jersey limited liability company; NIGRO ASSOCIATES, LLC., a Massachusetts limited liability company; NORTH AMERICAN TITLE COMPANY, INC., a California corporation; PAUL D. BOUDREAU, an individual; PERROTTA, CAHN & PRIETO, P.C., a Georgia professional corporation; PLACER TITLE COMPANY, a California corporation; PORTNOY AND GREENE, P.C., a Massachusetts professional corporation; RESIDENTIAL TITLE SERVICES, INC., an Illinois corporation; RESOURCE TITLE, LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

a Maryland limited liability company; ROY W. )
WALLER, an individual; ; SCHOP & )
PLESKOW, LLP, a New York limited liability )
partnership; SCOTT DRIER, an individual; )
SCOTT L. BRISCO, an individual; SCOTT )
PARKHURST, an individual; SHANE )
DELORENZE, an individual; SHEILA )
DOLAN, an individual; SIERRA TITLE )
COMPANY OF CAMERON AND WILLACY )
COUNTIES, a Texas corporation; SPECIALTY )
TITLE SERVICES, INC., an Illinois )
corporation; STEWART TITLE OF SEATTLE, )
LLC, a limited liability company; SUPERIOR )
CLOSING SERVICES, LLC, a Connecticut )
limited liability company; SYNODI VIDELL & )
GREEN, LLC, a Connecticut limited liability )
company; TAPALIAN & TADROS, P.C., a )
professional corporation, TEK TITLE, LLC, an )
Illinois limited liability company; TEXAS )
NATIONS TITLE AGENCY, INC., THE )
MATLUSKY FIRM, LLC., a Delaware limited )
liability company; TIA MARTIN, an )
individual; TITLESERV, INC., a New York )
corporation; TOWNE & COUNTRY LAND )
TITLE AGENCY, Inc., an Ohio corporation; )
TRANSTAR NATIONAL TITLE, a Texas )
corporation; TRI-SOURCE TITLE AGENCY, )
Inc., a Ohio corporation; TRISTAR TITLE )
LLC, an Illinois limited liability company; )
TRUE TITLE, INC., a Louisiana corporation; )
TURNKEY TITLE CORPORATION, a Florida )
corporation; VITAL SIGNING, INC., a )
California Corporation; WILLIAM G. PETZ, an )
individual; 5 STAR FINANCIAL INC., A )
AMERICAN FINANCIAL GROUP, INC.; )
ABSOLUTE TITLE SERVICES, INC.; )
ACCESS TITLE, LLC; ACE MORTGAGE )
FUNDING, INC.; ACRO MORTGAGE LLC; )
ADVANTAGE EQUITY SERVICES, INC.; )
ADVISOR MORTGAGE LLC; ALLEN A. )
CURRIER; ALLIED HOME MORTGAGE )
CAPITAL CORP.; ALPHA MORTGAGE )
LENDING; AMERICAN ELITE FINANCIAL )

| | |
|---|---|
| INC.; AMERICAN PIONEER TITLE INSURANCE COMPANY; AMERICAN RESIDENTIAL MORTGAGE; AMERICARE MORTGAGE CORPORATION; AMSTAR MORTGAGE CORP., ARCHER LAND TITLE, INC.; ATTORNEYS' TITLE INSURANCE FUND, INC.; B & P MORTGAGE, INC.; BANKERS TITLE & ESCROW AGENCY, INC..; BATTERSBY TITLE, INC.; BEACON MORTGAGE SERVICES LLC; BLS FUNDING CORP.; CBC COMPANIES; CHICAGO MORTGAGE; ACCEPTANCE; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE OF MICHIGAN; CHOICE TITLE AGENCY, INC., CISLO TITLE COMPANY; CITYWIDE MORTGAGE PROS., INC.; CITYWIDE TITLE CORPORATION; CLASSIC HOME MORTGAGE CORP.; COLONIAL TITLE & ESCROW INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; CONNECTICUT ATTORNEYS TITLE INSURANCE COMPANY; CONNECTICUT CLOSING SERVICES; CROSS COUNTY LENDERS LLC; CROWN MORTGAGE CORP.; DESAUTELS, MAHONEY & KOHN, LLC; DIRECT BANC MORTGAGE LLC; DREAM HOUSE MORTGAGE CORP., EDEN ROCK MORTGAGE CORP.; ELDRIDGE MORTGAGE COMPANY INC., ENVISION MORTGAGE SOLUTIONS INC.; EQUITY SOLUTIONS INC.; BW MORTGAGE COMPANY; FAIRFIELD MORTGAGE INC.; FAIRWAY FINANCIAL GROUP LLC; FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK; FIDELITY TITLE AND ESCROW, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; FIRST USA FUNDING LLC; FRANK J. MANNI; FREEDOM MORTGAGE TEAM, INC.; GENESIS MORTGAGE CORP.; GLOBAL MORTGAGE INC.; GOLDMAN GRUDER & WOODS, LLC; GRAND | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| MORTGAGE CORPORATION; GREAT | ) |
| AMERICAN MORTGAGE CORP.; GREAT | ) |
| LAKES MORTGAGE CO., LLC; GREAT | ) |
| LAKES NATIONAL MORTGAGE BANC | ) |
| INC.; GREAT LAKES NATIONAL | ) |
| MORTGAGE CO.; GREENWICH | ) |
| MORTGAGE CORP.; HADLOCK LAW | ) |
| OFFICES, P.C., HAMILTON MORTGAGE | ) |
| CO.; HILLARD N. EINBINDER; HWB INC.; | ) |
| ILLINOIS MORTGAGE FUNDING CORP.' | ) |
| INTEGRITY 1ST MORTGAGE GROUP; | ) |
| JONES, DAMIA, KAUFMAN, BOROFSKY & | ) |
| DEPAUL LLC; TIMOTHY P. KENNEY; L | ) |
| & S MORTGAGE LLC; LAKE FRONT | ) |
| MORTGAGE INC.; LANDSEL TITLE | ) |
| AGENCY, INC.; LAW OFFICE OF SARINO | ) |
| R. COSTANZO; LAW OFFICE OF | ) |
| BORNER, SCOLA, BARUTI & VANCINI | ) |
| P.C.; LAW OFFICES OF WILLIAM A. | ) |
| SNIDER; LAW TITLE INSURANCE | ) |
| AGENCY., INC., LIBERTY FUNDING | ) |
| SERVICES INC.; LIBERTY TITLE & | ) |
| ESCROW COMPANY, INC.; LIETO & | ) |
| GREENBERG LLP; MANSFIELD | ) |
| MORTGAGE SERVICES INC.; MEDICI & | ) |
| SCIACCA, P.C.; METROPOLITAN TITLE | ) |
| COMPANY; MICHIGAN LAND TITLE | ) |
| AGENCY, INC.; MICHIGAN TITLE | ) |
| COMPANY; MICHIGAN TRUST TITLE | ) |
| AGENCY, LLC; MIDLAND TITLE | ) |
| SECURITY, INC.; MIDWEST LAND TITLE | ) |
| COMPANY; MORTGAGE DEPOT; | ) |
| MORTGAGE GUARANTEE & TITLE | ) |
| COMPANY; MORTGAGE PROS USA; | ) |
| NATIONWIDE MORTGAGE; OHIO BAR | ) |
| TITLE INSURANCE COMPANY; OHIO | ) |
| LENDING SOLUTIONS; OLD REPUBLIC | ) |
| NATIONAL TITLE INSURANCE | ) |
| COMPANY; OXFORD HOME MORTGAGE | ) |
| LLC; P & L MORTGAGE, INC.; PAN | ) |
| AMERICAN FUNDING GROUP INC.; | ) |
| PARADISE FINANCIAL SERVICES LLC; | ) |
| PATRIOT TITLE COMPANY, INC.; | ) |

| | |
|---|---|
| PRECISION FINANCIAL INC.; PREFERRED LENDING GROUP; PREMIER TITLE AND ESCROW COMPANY, INC.; PRIME PLUS MORTGAGE; QUALITY TITLE AGENCY, INC.; REAGLE SEARCH & SIGNATURE SERVICES, LLC; REPUBLIC TITLE COMPANY; SERACH2CLOSE OF COLUMBUS, LLC; SETTE & BONADIES, P.C.; FRED SETTE; SOUTHERN STAR MORTGAGE CORP.; STEWART TITLE GUARANTY COMPANY; STEWART TITLE INSURANCE COMPANY; STEWART TITLE OF ILLINOIS; SUPREME FUNDING MORTGAGE SERVICES INC.; KERRY A. SUMNER; TAYLOR ABSTRACT COMPANY; THE CLOSING OFFICE; THE GUARANTEE TITLE AND TRUST COMPANY; THE MORTGAGE EDGE INC.; THE MORTGAGE STORE; TICOR TITLE INSURANCE COMPANY; TITLE SOURCE, INC.; TITLE WORKS, INC.; TITLE-TECH NETWORKS, INC.; TOP CHOICE MORTGAGE LLC; TOP ELITE FINANCIAL INC.; TOWER FINANCIAL GROUP, INC.; TRANSNATION TITLE INSURANCE COMPANY; TRAVIS MORTGAGE LLC; TRIUNION TITLE, LLC.; UNION MORTGAGE SERVICES OF CLEVELAND, INC.; UNIVERSAL HOME LENDING INC.; UNIVEST MORTGAGE CORP.; and WILLIAM HAJJ MORTGAGE COMPANY LLC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) |

## NOTICE OF MOTION

To: **VIA ECF FILING**
     All Counsel of Record

On **October 23, 2007** at **10:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Marvin E. Aspen** or any Judge sitting in his stead, in the courtroom usually occupied by him in **Room 2568** at the United States District Courthouse,

Chicago, Illinois and shall then and there present the attached **Motion for Extension of Time to Answer or Otherwise Plead.**

<u>s/Hector Ledesma</u>
Timothy Hoffman (ARDC# 6186716)
Hector Ledesma, (ARDC #6225429)
**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Third-Party Defendant
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555

<u>PROOF OF SERVICE</u>

I hereby certify that I electronically filed this Notice and Third-Party Defendant's Motion via the ECF System and that a true and correct copy will be served electronically to all attorney(s) of record from 333 West Wacker Drive, Suite 500, Chicago, Illinois 60606 at or before 5:00 p.m. on October 16, 2007 and that this statement as set forth is true and correct.

<u>s/Hector Ledesma</u>

F:\DATA\HISTORY\SR\87114\Notices\NOM.10.16.07.wpd