UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | ) ) ) ) ) | 
|  | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al., | Lead Case No. 05 C 7097 |
| Defendants and Third-Party Plaintiffs, | Centralized Before: Hon. Marvin E. Aspen |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | |
| Third-Party Defendants. | |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD IN RESPONSE TO THIRD-PARTY COMPLAINT**

Third-Party Defendants Stewart Title Insurance Company, Stewart Title of Illinois, Stewart Title of Seattle, and Stewart Title Guaranty Company (collectively the "Stewart Title Companies"), by and through their attorneys, and in agreement with Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company LLC, hereby move this Court for an extension of time to answer or otherwise plead in response to the First Amended Consolidated Third-Party Complaint ("Complaint") until and including December 17, 2007. In support of this agreed motion, the Stewart Title Companies state as follows:

1. Three of the four Stewart Title Companies have been served with the Complaint. The answer date for Stewart Title of Illinois, the first of the Stewart Title Companies that was served, is October 16, 2007.

2. The Stewart Title Companies require additional time to respond to the Complaint because they have recently retained counsel, Sidley Austin LLP, to represent them in this matter and counsel has not yet had the opportunity to fully investigate the facts and law relating to the allegations in the Complaint.

3. Counsel for the Stewart Title Companies has conferred with counsel for Argent Mortgage Company LLC, and the Third-Party Plaintiffs have agreed to grant Stewart Title Companies a 60-day extension of time (from the answer date of Stewart Title of Illinois) to respond to the First Amended Consolidated Third-Party Complaint.

4. By this agreed motion, Stewart Title Companies respectfully request that this Court enter an order extending the time for the Stewart Title Companies to answer or otherwise plead in response to the Complaint until December 17, 2007.

WHEREFORE, Third-Party Defendants Stewart Title Companies respectfully request that this Court enter an order extending their time to answer or otherwise plead in response to the Complaint until December 17, 2007.

Respectfully submitted,

STEWART TITLE INSURANCE CO.
STEWART TITLE OF ILLINOIS
STEWART TITLE OF SEATTLE
STEWART TITLE GUARANTY CO.


By: /s/ Anna C. Schumaker
       One of Their Attorneys

Gerard D. Kelly
Michael C. Andolina
Anna C. Schumaker
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated: October 16, 2007

## **CERTIFICATE OF SERVICE**

  Anna C. Schumaker, an attorney, hereby certifies that she caused copies of the foregoing **Notice of Motion** and **Agreed Motion for Extension of Time to Answer or Otherwise Plead in Response to Third-Party Complaint,** pursuant to ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

Law Offices of Earl P Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533-0969

Argent Mortgage Company, LLC
3 park Plaza, 10th Floor
Irvine, CA 92614

Michael J. Breslin
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309

Richard P. Colbert
Alexandra van Nes Dolger
One Canterbury Green
Stamford, CT 06901-2047

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania, Suite 2800
Indianapolis, IN 46204

Mara McRae
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Brian H. Newman
Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
10000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

with a courtesy copy to the court on this 16th day of October, 2007.

                _____/s/ Anna C. Schumaker_____
                    Anna C. Schumaker