## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al., | ) ) ) Lead Case No. 05 C 7097 |
| Defendants and Third-Party Plaintiffs, | ) ) Centralized Before: ) Hon. Marvin E. Aspen |
| v. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) |
| Third-Party Defendants. | |

### NOTICE OF AGREED MOTION
### FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Please take notice that on Tuesday, October 23, 2007, at 10:30 a.m. we shall appear before the Honorable Marvin E. Aspen in courtroom 2568 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Third-Party Defendants Stewart Title Insurance Company, Stewart Title of Illinois, Stewart Title of Seattle, and Stewart Title Guaranty Company's Agreed Motion for Extension of Time to Answer or Otherwise Plead in Response to Third-Party Complaint, a copy of which is served upon you herewith.

Respectfully submitted,

STEWART TITLE INSURANCE CO.
STEWART TITLE OF ILLINOIS
STEWART TITLE OF SEATTLE
STEWART TITLE GUARANTY CO.


By:_____/s/ Anna C. Schumaker_____
                One of its Attorneys

Gerard D. Kelly
Michael C. Andolina
Anna C. Schumaker
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated:   October 16, 2007

## **CERTIFICATE OF SERVICE**

Anna C. Schumaker, an attorney, hereby certifies that she caused copies of the foregoing **Notice of Motion** and **Agreed Motion for Extension of Time to Answer or Otherwise Plead in Response to Third-Party Complaint,** pursuant to ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

Non-ECF Filing Users Listed Below:

Law Offices of Earl P Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533-0969

Argent Mortgage Company, LLC
3 park Plaza, 10th Floor
Irvine, CA 92614

Michael J. Breslin
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309

Richard P. Colbert
Alexandra van Nes Dolger
One Canterbury Green
Stamford, CT 06901-2047

Brian H. Newman
Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
10000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania, Suite 2800
Indianapolis, IN 46204

Mara McRae
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

with a courtesy copy to the court on this 16th day of October, 2007.

                /s/ Anna C. Schumaker
                 Anna C. Schumaker