# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

## STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT DREAM HOUSE MORTGAGE CORP. TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

WHEREAS, on October 4, 2007, Third-Party Plaintiffs Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company, LLC ("Argent") served upon Third-Party Defendant Dream House Mortgage Corp. ("Dream House") their First Amended Consolidated Third-Party Complaint.

WHEREAS, Argent and Ameriquest have agreed to grant Dream House an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for Dream House to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 23, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

BN 1437461v1

| | |
|---|---|
| Dated: October 16, 2007 | Respectfully submitted, |
| | By: */s/* Gini Spaziano |
| | *Attorney for Dream House Mortgage Corp.* |
| | Gini Spaziano, Esq.<br>Shechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860<br>(401) 272-1400 Telephone<br>(401) 272-1403 Facsimile |
| Dated: October 16, 2007 | Respectfully submitted, |
| | By: */s/* Greg J. Miarecki |
| | *Attorney for Argent Mortgage Company* |
| | Greg J. Miarecki, Esq.<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>(312) 558-5600 Telephone |
| Dated: October 16, 2007 | Respectfully submitted, |
| | By: */s/* Bernard E. LeSage |
| | *Attorney for Ameriquest Mortgage Company* |
| | Bernard E. LeSage, Esq.<br>Buchalter Nemer<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017-2457<br>(213) 891-5104 Telephone<br>(213) 630-5862 Facsimile |

BN 1437461v1

## **ORDER**

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company, Third-Party Plaintiff, Argent Mortgage Company and Third Party Defendant, Dream House Mortgage Corp. having so stipulated, IT IS ORDERED that Dream House Mortgage Corp. shall have an extension of time to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 23, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 16th day of October 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/* Bernard E. LeSage

BN 1437461v1