# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before the Honorable Marvin E. Aspen) |

## PLAINTIFFS' MOTION FOR ORDER COMPELLING DEFENDANTS TO PRODUCE CERTAIN DOCUMENTS

Borrower and Non-Borrower Plaintiffs, ("Plaintiffs"), hereby request that this Court compel the Defendants to produce the following 2 categories of documents:

1. Internal audits relating to loan origination and servicing; and

2. Borrower and whistleblower complaints and documents reflecting investigation or resolution of those complaints.

A memorandum in support, as well as a proposed form of order, are submitted herewith.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order compelling the Defendants to produce these categories of documents to Plaintiffs' counsel at the offices of Gary Klein, Esq., 727 Atlantic Avenue, 2nd Floor, Boston, Massachusetts 02111, within ten days of this order.

Respectfully submitted,

| | |
|---|---|
| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
| Kelly M. Dermody | Gary Klein |

| | |
|---|---|
| Kelly M. Dermody (CA Bar No. 171716) | Gary Klein |
| LIEFF, CABRASER, HEIMANN | Elizabeth Ryan |
|   & BERNSTEIN, LLP | Shennan Kavanagh |
| 275 Battery Street, 30th Floor | RODDY KLEIN & RYAN |
| San Francisco, CA  94111-3339 | 727 Atlantic Avenue |
| Telephone:  (415) 956-1000 | Boston, MA   02111-2810 |
| Facsimile:  (415) 956-1008 | Telephone:  (617) 357-5500 ext. 15 |
| | Facsimile:   (617) 357-5030 |

*/s/ Jill Bowman*
Terry Smiljanich
Jill Bowman
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*


*/s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL  60602
Telephone:  (312) 782-4880
Facsimile:   (312) 782-4485

*Plaintiffs' Liaison Counsel*


Date:   October 17, 2007

**PROOF OF SERVICE**

I, Gary Klein, hereby certify that on this 16th day of October 2007, a true and correct copy of the following document was filed electronically:

1. **PLAINTIFFS' MOTION FOR ORDER COMPELLING DEFENDANTS TO PRODUCE CERTAIN DOCUMENTS, with memorandum in support and proposed order**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

/s/ Gary Klein
Gary Klein