# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

## ORDER COMPELLING DEFENDANTS TO PRODUCE CERTAIN DOCUMENTS

And now this _____ day of _____, 2007, it is hereby ORDERED that the Defendants produce the following documents:

1. All internal audits relating to loan origination and loan servicing; and

2. All borrower and whistleblower complaints and documents reflecting investigation or resolution of those complaints.

The Defendants shall immediately implement this order by producing these documents to Plaintiffs' counsel at the offices of Gary Klein, Esq., 727 Atlantic Avenue, 2nd Floor, Boston, Massachusetts 02111, within ten days of this order.

_____
MORTON DENLOW
United States Magistrate Judge

Date: