Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 10/16/2007 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

The Clerk of the Court is directed to remove the images of Document Nos. 1290, 1291 and 1292 as they are duplicates of Document Nos. 1075 & 1076).

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|