Eldridge Mortgage Company, Inc
3613 Lee Road
Shaker Heights, Ohio 44120
(216) 991-5343

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PLAINTIFF(S) NAME
Ameriquest Mortgage Company, A
Delaware Corporation and ARGENT MORTGAGE CO. LLC
A Delaware Limited Liability Company
V
NORTHWEST TITLE AND ESCROW CORP, a Minnesota
Corporation, et al.,

CASE NO. MDL NO. 1715
ASSIGNED JUDGE MARVIN ASPEN

THIRD PARTY DEFENDANT
Eldridge Mortgage Company, Inc. an OHIO CORPORATION, et al.,
3616 Lee Road
Cleveland, Ohio 44120

Comes now the defendant, Eldridge Mortgage co, Inc., Edward J. Eldridge, Statutory Agent and President in answering the allegations of the complaint on file herein, affirms, denies and alleges as follows:

Answering the allegations of paragraphs 1 thru 59 of the complaint, **THIRD PARTY DEFENDANT, ELDRIDGE MORTGAGE COMPANY, INC.. DENIES EACH AND EVERY ALLEGATION CONTAINED IN SAID COMPLAINT**

WHEREFORE, third party defendant pray the plaintiff take nothing by this complaint and that third-party defendant have judgment against and recover costs of suit herein incurred, and such other relief as the court may deem proper.

Eldridge Mortgage Company, Inc. is a third-party defendant in the above listed Case No
MDL 1715 Lead Case 05-CV-07097

Respectfully submitted this 11th Day of October 2008

Edward J. Eldridge, President
ELDRIDGE MORTGAGE CO., INC

ATTN LON — RE ECC Eldridge
216 991-5343

AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation; and ARGENT
MORTGAGE COMPANY LLC, a Delaware
limited liability company,

    Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, *et al.*,

    Third-Party Defendants.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER: MDL No. 1715
Lead Case No. 05-CV-07097

ASSIGNED JUDGE: Hon. Marvin E. Aspen

DESIGNATED
MAGISTRATE JUDGE: Hon. Morton Denlow

TO: Name and address of Third Party Defendant    1767

Eldridge Mortgage Company Inc.
3613 Lee Rd.
Cleveland, OH 44120

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, Massachusetts 02111

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*Yvette Montanez*
(By) DEPUTY CLERK

SEP 14 2007
DATE

Received on 10-2-08
@ 2:30 PM