UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APPEARANCE
MDL NO: 1715
CASE NO. 1:05-CV-07097

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**The plaintiff, Ronald I. Chorches**

| | |
|---|---|
| October 17, 2007 | /S/ Peter Lachmann |
| Date | Signature |
| | |
| ct23757 | Peter Lachmann |
| Ct Federal Bar No. | Print Clearly or Type Name |
| | |
| (203) 488-6793 | 250 West Main Street |
| Telephone | Room 210, Branford, CT 06405 |
| | Address |
| (203) 488-6814 | |
| Fax | |

Peter.lachmann@sbcglobal.net
Email address


**Certificate of Service**

I, Peter Lachmann, hereby certifiy that on October 17, 2007, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the court's electonic filing system. Parties may access this filing through the court's filing system.

By   /s/ Peter Lachmann