**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT VITAL SIGNING INC. TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, on September 28, 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served upon Third-Party Defendant Vital Signing Inc. its First Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest has agreed to grant Vital Signing Inc. an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for Vital Signing Inc. to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 19, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

BN 1439601v1

| | |
|---|---|
| Dated:  October 17, 2007 | Respectfully submitted, |
| | By: */s/* Rebecca M. Rothmann |
| | *Attorney for Vital Signing Inc.* |
| | Rebecca M. Rothmann<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>120 North LaSalle<br>Suite 2600<br>Chicago, IL 60602<br>ph (312) 704-0550<br>fax (312) 704-1522 |
| Dated:  October 17, 2007 | Respectfully submitted, |
| | By: */s/* Bernard E. LeSage |
| | *Attorney for Ameriquest Mortgage Company* |
| | Bernard E. LeSage, Esq.<br>Buchalter Nemer<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017-2457<br>(213) 891-5104 Telephone<br>(213) 630-5862 Facsimile |

BN 1439601v1

## **ORDER**

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company and Third Party Defendant, Vital Signing Inc., having so stipulated, IT IS ORDERED that Vital Signing Inc. shall have an extension of time to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 19, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007

                                                  THE HONORABLE MARVIN E. ASPEN
                                                  UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 17th day of October 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/* Bernard E. LeSage