369-063116  RMW/JJS:jmc  #397

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before Judge Marvin E. Aspen |

| | |
|---|---|
| VELMA JEAN JILES, | |
| Plaintiff, | 06 C 2771 |
| ARGENT MORTGAGE COMPANY, LLC, OPTION ONE MORTGAGE CORP., COUNTRYWIDE HOME LOANS, INC., WELLS FARGO BANK MINNESOTA, N.A., as Trustee of PARK PLACE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2004-WCW2, Under the Pooling and Servicing Agreement dated as September 1, 2004, Without Recourse, and DOES 1-5, | Judge Aspen Magistrate Judge Schenkier |
| | **JURY DEMANDED** |
| Defendants. | |

**THIRD-PARTY DEFENDANT, INTEGRITY 1ST MORTGAGE'S
MOTION FOR ENLARGEMENT OF TIME**

Third-Party Defendant, Integrity 1st Mortgage ("Integrity"), by its attorneys, for its motion for enlargement of time to file responsive pleadings to the Third-Party Plaintiff, Argent Mortgage Company, LLC's ("Argent") First Amended Consolidated Third-Party Complaint ("Third-Party Complaint") , states as follows:

1.  On August 24, 2007, Argent filed its Third-Party Complaint against Integrity and

dozens of others in the Multi-District Litigation ("MDL") involving claims brought against Argent for violation of the Truth in Lending Act ("TILA").

2. Integrity was served with summons and a copy of the Third Party Complaint on October 4, 2007.

3. The undersigned's counsel was just retained to handle this matter on behalf of Integrity.

4. Integrity's counsel is yet to meet with its clients to discuss the case in any sort of detail.

5. Integrity's counsel is yet to fully review the file materials in the above-captioned case.

6. Integrity requests an additional 30 days, to and including November 18, 2007 to answer or otherwise plead to the Third-Party Complaint. This extension of time will not unduly delay discovery or the progress of this case to trial.

7. This motion is brought in good faith and without prejudice to any party.

8. The attorney for the Third Party Plaintiff, Thomas Wiegand, has no objection to this Motion.

WHEREFORE, Third Party Defendant, Integrity 1st Mortgage respectfully requests entry of an Order granting it an extension of time to and including November 18, 2007 to answer or otherwise plead to the First Amended Third-Party Complaint, and for any further relief it deems just and appropriate.

/s/Richard M. Waris
Attorney Name, IL Bar No. 3128520
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
Rwaris@pretzel-stouffer.com
*Attorney for Integrity 1st Mortgage*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this Motion for Enlargement of Time was filed electronically this 17th day of October, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, fax (with confirmation page attached hereto), hand delivery and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

Caryn Becker, Esq.
Lieff Cabraser, Heiman &
  Bernsytein, LLP
275 Battery Street
SanFrancisco, CA 94111
cbecker@lchb.com

Rachel Geman, Esq.
Lieff, Cabraser, Heiman &
  Berhstein, LLP
275 Battery Street
San Francisco, CA 94111
rgeman@lchb.com

Kelly M. Dermody, Esq.
Lieff Cabraser, Heiman & Bernstein, LLP
275 Battery Street
SanFrancisco, CA 94111
kdermody@lchb.com

Gary Edward Klein, Esq.
Roddy, Klein & Ryan
757 Atlantic Avenue
2nd Floor
Boston, MA 02111
klein@roddykleinryan.com

Shennan Kavanaugh, Esq.
Roddy, Klein & Ryan
757 Atlantic Avenue
2nd Floor
Boston, MA 02111
kavanaugh@roddykleinryan.com

3

Charles McLeod Baird, Esq.
235 Peachtree Street
Suite 400
Atlanta, GA 30303
charlesmbaird@att.net

Terry A. Smiljanich, Esq.
James, Hoyer, Newcomer & Smiljanich
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609
tsmiljanich@jameshoyer.com

Jill Henniger Bowman, Esq.
James, Hoyer, Newcomer & Smiljanich
4830 West Kennedy Boulevard
Suite 500
Tampa, FL 33609
jbowman@jameshoyer.com

Dominic J. Rizzi, Esq.
Cafferty Faucher LLP
30 North LaSalle Street
Suite 3200
Chicago, Illinois 60602
drizzi@caffertyfaucher.com

Even Jay Kaufman, Esq.
Coughlin Stoia, Geller, Rudman
 & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
ekaufman@csgrr.com

Samuel H. Rudman, Esq.
Coughlin, Stoia, Geller, Rudman
 & Robbins, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747
srudman@csgrr.com

Lori Ann Fanning, Esq.
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603
lfanning@millerlawllc.com

Marvin Alan Miller, Esq.
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603
mmiller@millerlawllc.com

Daniel Mark Harris, Esq.
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
lawofficedh@yahoo.com

Keith James Keogh, Esq.
Law Offices of Keith J. Koegh

227 West Monroe Street
Suite 2000
Chicago, Illinois 60606
keith@koeghlaw.com

Elizabeth Monkus, Esq.
Hauselman, Rappin & Olswang, Ltd.
39 South LaSalle Street
Suite 1105
Chicago, Illinois 60606
emonkus@hrolaw.com

| | |
|---|---|
| Arthur Brian Boudin | Timothy Miller |
| Dorothy Roberson | Angela Miller |
| Cedric Anthony | Joyce Williams |
| Gwendolyn Wilcox | Mona Ladnier |
| Lee Jackson | Martha Artis |
| Taronya Jackson | Frederick Hunter |
| Hattie Jones | Leroy McCraney |
| Harold Howard | Valecia McCraney |
| Willie May Howard | William Cook |
| Roosevelt Harris | Melissa Cook |
| Florita Harris | Melvin Barlow |
| Eddie German | Gloria Barlow |
| Jennifer Simmons | Johnny Moseley |
| Ricky Owen | Wanda Moseley |
| Melinda Owen | Louis Brown |
| Christine Mitchell | Lillie Johnson |
| Paul Howell | Derrel Powell |
| Diane Howell | Lynda Powell |
| Chonita Means | Loretta Patterson |
| Lisa Thomas | Larry Stearley |
| Richard Poe | Nancy Stearley |
| Cheryl Poe | |

c/o Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533
Fax: (251) 990-0626
*(Via Facsimile Transmission Only)*

Joanne N. Davies, Esq.
Buchalter Nemer
18400 Von Karman Avenue

Suite 800
Irvine, CA 92612
jdavies@buchalter.com

Bernard E. LeSage, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
blesage@buchalter.com

Brian H. Newman, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
bnewman@buchalter.com

Cheryl M. Lott, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
clott@buchalter.com

Brandon A. Block, Esq.
Buchalter, Nemer, Fields & Younger
601 South Figuerosa Street
Los Angeles, CA 90017
bblock@buchalter.com

Joshua R. Mandell, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
jmandell@buchalter.com

Melody A. Petrossian, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
mpetrossian@buchalter.com

Rachel A.P. Saldana, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
rsaldana@buchalter.com

Sarah K. Andrus, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
sandrus@buchalter.com

Craig Allen Varga, Esq.
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, IL 60604
cvarga@vblhc.com

Jonathan N. Ledsky, Esq.
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, IL 60604
jledsky@vblhc.com

Stephen Phillip Kikoler, Esq.
Much, Shelist, Freed, Denenberg, Ament
 & Rubenstein, P.C.
191 North Wacker Drive

James Michael Dash, Esq.
Much, Shelist, Freed, Denenberg, Ament
 & Rubenstein, P.C.
191 North Wacker Drive

Suite 1800
Chicago, IL 60605
skikoler@muchshelist.com

Lorne Todd Saeks, Esq.
Much, Shelist, Freed, Denenberg, Ament
 & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605
lsaeks@muchshelist.com

Jean K. Janes, Esq.
Much, Shelist, Freed, Denenberg, Arment
 & Rubenstein, P.C.
191 north Wacker Drive
Suite 1800
Chicago, IL 60605
jjanes@muchshelist.com

Thomas Joseph Wiegand, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
twiegande@winston.com

Greg J. Miarecki, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
gmiarecki@winston.com

Richard P. Colbert, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901
Fax: (203) 977-7301
*(Via Facsimile Transmission Only)*

Kristina M. Van Buskirk, Esq.
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Chicago, IL 60602

Suite 1800
Chicago, IL 60605
jdash@muchshelist.com

Melinda J. Morales, Esq.
Much, Shelist, Freed, Denenberg, Ament
 & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605
mmorales@muchshelist.com

David Edward Dahlquist, Esq.
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601
ddahlquist@winston.com

Alexandra van Nes Dolger, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901
Fax: (203) 977-7301
*(Via Facsimile Transmission Only)*

kvanbuskirk@ngelaw.com

Synde B. Keywell, Esq.
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601
synde.keywell@bryancave.com

James McGinnis Boyers, Esq.
Wooden & McLaughlin
211 North Pennsylvania
Suite 1800
Indianapolis, IN 46204
jboyers@woodmclaw.com

Mara McRae, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
mmcrae@kilpatrickstockton.com

| | |
|---|---|
| Renee Lynn Zipprich, Esq.<br>Dykema Gossett PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL 60606<br>rzipprich@dykema.com | Richard Eric Gottlieb, Esq.<br>Dykema Gossett PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL 60606<br>rgottlieb@dykema.com |
| Harry N. Arger, Esq.<br>Dykema Gossett PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL 60606<br>harger@dykema.com | Michelle Bacher Fisher, Esq.<br>Dykema Gossett PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL 60606<br>mfisher@dykema.com |
| Alan Norris Salpeter, Esq.<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 3700<br>Chicago, IL 60601 | Bradley Ian Schecter, Esq.<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 3700<br>Chicago, IL 60601 |

asalpeter@llgm.com

Therese King Nohos, Esq.
LeBoeuf, Lamb, Greene & MacRae LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 3700
Chicago, IL 60601
tnohos@llgm.com

Jeffrey Robert Platt, Esq.
Coman & Anderson, P.C.
2525 Cabot Drive
Suite 300
Lisle, IL 60532
jplatt@comananderson.com

Jimmie H. Brown, Esq.
Brown & Scoccimaro, P.C.
1801 Gillionville Road
Albany, GA 31707
help@bspclaw.com

William R. Brown, Esq.
Schuckit & Associates, P.C.
10 West Market Street
Suite 3000
Indianapolis, IN 46204
wbrown@schuckitlaw.com

Laurie S. Fulton, Esq,.
Williams & Connolly, LLP
725 Twelfth Street, N. W.
Washington, DC 20005
lfulton@wc.com

Paven Malhotra, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
pmalhotraW@wc.com

bschecter@llgm.com

Vincent P. Schmeltz, III, Esq.
LeBoeuf, Lamb, Greene & MacRae LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 3700
Chicago, IL 60601
vschmeltz@llgm.com

Maureen Ann Beck, Esq.
Coman & Anderson, P.C.
2525 Cabot Drive
Suite 300
Lisle, IL 60532
mbeck@comananderson.com

Ralph O. Scoccimaro, Esq.
Brown & Scoccimaro, P.C.
1803 Gillionville Road
Albany, GA 31707
help@bspclaw.com

Robert J. Schuckit, Esq.
Schuckit & Associates, P.C.
10 West Market Street
Suite 3000
Indianapolis, IN 46204
rschuckit@schuckitlaw.com

Jon R. Fetterolf, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
jfetterolfr@wc.com

Bradley J. Miller, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
bmiller@kilpatrickstockton.com

Robert Eliot Shapiro, Esq.
Barack, Ferrazzano, Kirschbaum
  & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
rob.shapiro@bfk.com

Stephanie Mitchell Zimdahl, Esq.
Barack, Ferrazzano, Kirschbaum
  & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
stephanie.zimdahl@bfk.com

Michael J. Breslin, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
mbreslin@kilpatrickstockton.com

Carrie A. Durkin, Esq.
Litchfield Cavo
303 West Madison Street
Suite 300
Chicago, IL 60606
durkin@litchfieldcavo.com

Bradford Allen LeHew, Esq.
Litchfield Cavo
303 West Madison Street
Suite 300
Chicago, IL 60606
lehew@litchfieldcavo.com

Daniel Francis Lynch, Esq.
Law Offices of Daniel Lynch
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
dan@daniellynchlaw.com

Henry M. Bakersville, Esq.
Law Offices of Daniel Lynch
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
hbakersville@daniellynchlaw.com

/s/Richard M. Waris
Attorney Name, IL Bar No. 3128520
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
Rwaris@pretzel-stouffer.com
*Attorney for Integrity 1st Mortgage*

```
*********************
*** FAX TX REPORT ***
*********************

              TRANSMISSION OK

    JOB NO.              1810
    DESTINATION ADDRESS  912039777301
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME             10/17 16:02
    USAGE T              05'49
    PGS.                 46
    RESULT               OK
```

LAW OFFICES

## *PRETZEL & STOUFFER* Chartered

ONE SOUTH WACKER DRIVE · SUITE 2500 · CHICAGO, ILLINOIS 60606-4673 · 312/346-1973

*Our Main Fax Number: 312/346-8242*

## FAX TRANSMITTAL COVER SHEET

| DATE: October 17, 2007 | NUMBER OF PAGES (including this cover sheet): 47 |
|---|---|
| **TO:** Richard P. Colbert, Esq. <br> Alexandra van Nes Dolger, Esq. | |
| **FROM:** Richard M. Waris | **TELEPHONE EXTENSION:** <br><br> (312) 578-7404 |
| **TRANSMITTAL NUMBER:** (203) 977-7301 | **OUR FILE NUMBER:** 369.063116 |

**MESSAGE:**

In RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Attached please find the Attorney Appearances of Richard M. Waris, James J. Sipchen and Matthew F. Tibble as counsel for Third Party Defendant, Integrity 1st Mortgage, together with our Motion to Enlarge Time and Notice of the Motion to Enlarge Time.

IF YOU HAVE ANY DIFFICULTY RECEIVING TRANSMISSION, PLEASE CONTACT:

Terese Cook

```
********************
*** FAX TX REPORT ***
********************

         TRANSMISSION OK

JOB NO.              1811
DESTINATION ADDRESS  912519900626
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME             10/17 16:14
USAGE T              04' 39
PGS.                 46
RESULT               OK
```

LAW OFFICES

# PRETZEL & STOUFFER Chartered

ONE SOUTH WACKER DRIVE · SUITE 2500 · CHICAGO, ILLINOIS 60606-4673 · 312/346-1973

Our Main Fax Number: 312/346-8242

## FAX TRANSMITTAL COVER SHEET

| DATE: October 17, 2007 | NUMBER OF PAGES (including this cover sheet): 47 |
|---|---|
| TO: Law Offices of Earl P. Underwood, Jr. | |
| FROM: Richard M. Waris | TELEPHONE EXTENSION: (312) 578-7404 |
| TRANSMITTAL NUMBER: (251) 990-0626 | OUR FILE NUMBER: 369.063116 |

MESSAGE:

In RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Attached please find the Attorney Appearances of Richard M. Waris, James J. Sipchen and Matthew F. Tibble as counsel for Third Party Defendant, Integrity 1st Mortgage, together with our Motion to Enlarge Time and Notice of the Motion to Enlarge Time.

IF YOU HAVE ANY DIFFICULTY RECEIVING TRANSMISSION, PLEASE CONTACT:

Terese Cook
(312) 578-7402