369-063116 RMW/JJS:jmc #397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATON ) ) ) ) | MDL No. 1715 |
| ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | Centralized before Judge Marvin E. Aspen |
| ) | |
| VELMA JEAN JILES, ) ) ) | |
| Plaintiff, ) ) | 06 c 2771 |
| ARGENT MORTGAGE COMPANY, LLC, OPTION ONE MORTGAGE CORP., COUNTRYWIDE HOME LOANS, INC., WELLS FARGO BANK MINNESOTA, N.A., as Trustee of PARK PLACE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2004-WCW2, Under the Pooling and Servicing Agreement dated as September 1, 2004, Without Recourse, and DOES 1-5, ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Aspen Magistrate Judge Schenkier |
| Defendants. ) | |

## NOTICE OF MOTION

On  October 23 , 2007, at  10:30  a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in the Courtroom usually occupied by him in Room  2568  of the Dirksen Federal Building, Chicago, Illinois and shall then and there present **Third-Party Defendant, Integrity 1st Mortgage's Motion for Enlargement of Time** .

/s/Richard M. Waris
Attorney Name, IL Bar No. 3128520
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
Rwaris@pretzel-stouffer.com
*Attorney for Integrity 1st Mortgage*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this Notice of Motion was filed electronically this 17th day of October, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, fax (with confirmation page attached hereto), hand delivery and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

Caryn Becker, Esq.
Lieff Cabraser, Heiman &
  Bernsytein, LLP
275 Battery Street
SanFrancisco, CA 94111
cbecker@lchb.com

Rachel Geman, Esq.
Lieff, Cabraser, Heiman &
  Berhstein, LLP
275 Battery Street
San Francisco, CA 94111
rgeman@lchb.com

Kelly M. Dermody, Esq.
Lieff Cabraser, Heiman & Bernstein, LLP
275 Battery Street
SanFrancisco, CA 94111
kdermody@lchb.com

Gary Edward Klein, Esq.
Roddy, Klein & Ryan
757 Atlantic Avenue
2nd Floor

Shennan Kavanaugh, Esq.
Roddy, Klein & Ryan
757 Atlantic Avenue
2nd Floor

Boston, MA 02111
klein@roddykleinryan.com

Boston, MA 02111
kavanaugh@roddykleinryan.com

Charles McLeod Baird, Esq.
235 Peachtree Street
Suite 400
Atlanta, GA 30303
charlesmbaird@att.net

Terry A. Smiljanich, Esq.
James, Hoyer, Newcomer & Smiljanich
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609
tsmiljanich@jameshoyer.com

Jill Henniger Bowman, Esq.
James, Hoyer, Newcomer & Smiljanich
4830 West Kennedy Boulevard
Suite 500
Tampa, FL 33609
jbowman@jameshoyer.com

Dominic J. Rizzi, Esq.
Cafferty Faucher LLP
30 North LaSalle Street
Suite 3200
Chicago, Illinois 60602
drizzi@caffertyfaucher.com

Even Jay Kaufman, Esq.
Coughlin Stoia, Geller, Rudman
 & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
ekaufman@csgrr.com

Samuel H. Rudman, Esq.
Coughlin, Stoia, Geller, Rudman
 & Robbins, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747
srudman@csgrr.com

Lori Ann Fanning, Esq.
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603
lfanning@millerlawllc.com

Marvin Alan Miller, Esq.
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603
mmiller@millerlawllc.com

Daniel Mark Harris, Esq.
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
lawofficedh@yahoo.com

Keith James Keogh, Esq.
Law Offices of Keith J. Koegh
227 West Monroe Street
Suite 2000
Chicago, Illinois 60606
keith@koeghlaw.com

Elizabeth Monkus, Esq.
Hauselman, Rappin & Olswang, Ltd.
39 South LaSalle Street
Suite 1105
Chicago, Illinois 60606
emonkus@hrolaw.com

| | |
|---|---|
| Arthur Brian Boudin | Timothy Miller |
| Dorothy Roberson | Angela Miller |
| Cedric Anthony | Joyce Williams |
| Gwendolyn Wilcox | Mona Ladnier |
| Lee Jackson | Martha Artis |
| Taronya Jackson | Frederick Hunter |
| Hattie Jones | Leroy McCraney |
| Harold Howard | Valecia McCraney |
| Willie May Howard | William Cook |
| Roosevelt Harris | Melissa Cook |
| Florita Harris | Melvin Barlow |
| Eddie German | Gloria Barlow |
| Jennifer Simmons | Johnny Moseley |
| Ricky Owen | Wanda Moseley |
| Melinda Owen | Louis Brown |
| Christine Mitchell | Lillie Johnson |
| Paul Howell | Derrel Powell |
| Diane Howell | Lynda Powell |
| Chonita Means | Loretta Patterson |
| Lisa Thomas | Larry Stearley |
| Richard Poe | Nancy Stearley |
| Cheryl Poe | |

c/o Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533
Fax: (251) 990-0626
***(Via Facsimile Transmission Only)***

Joanne N. Davies, Esq.

Buchalter Nemer
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
jdavies@buchalter.com

Bernard E. LeSage, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
blesage@buchalter.com

Brian H. Newman, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
bnewman@buchalter.com

Cheryl M. Lott, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
clott@buchalter.com

Brandon A. Block, Esq.
Buchalter, Nemer, Fields & Younger
601 South Figuerosa Street
Los Angeles, CA 90017
bblock@buchalter.com

Joshua R. Mandell, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
jmandell@buchalter.com

Melody A. Petrossian, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
mpetrossian@buchalter.com

Rachel A.P. Saldana, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
rsaldana@buchalter.com

Sarah K. Andrus, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
sandrus@buchalter.com

Craig Allen Varga, Esq.
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, IL 60604
cvarga@vblhc.com

Jonathan N. Ledsky, Esq.
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, IL 60604
jledsky@vblhc.com

Stephen Phillip Kikoler, Esq.
Much, Shelist, Freed, Denenberg, Ament

James Michael Dash, Esq.
Much, Shelist, Freed, Denenberg, Ament

& Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605
skikoler@muchshelist.com

Lorne Todd Saeks, Esq.
Much, Shelist, Freed, Denenberg, Ament
 & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605
lsaeks@muchshelist.com

Jean K. Janes, Esq.
Much, Shelist, Freed, Denenberg, Arment
 & Rubenstein, P.C.
191 north Wacker Drive
Suite 1800
Chicago, IL 60605
jjanes@muchshelist.com

Thomas Joseph Wiegand, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
twiegande@winston.com

Greg J. Miarecki, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
gmiarecki@winston.com

Richard P. Colbert, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901
Fax: (203) 977-7301
*(Via Facsimile Transmission Only)*

Kristina M. Van Buskirk, Esq.
Neal, Gerber & Eisenberg LLP

& Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605
jdash@muchshelist.com

Melinda J. Morales, Esq.
Much, Shelist, Freed, Denenberg, Ament
 & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605
mmorales@muchshelist.com

David Edward Dahlquist, Esq.
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601
ddahlquist@winston.com

Alexandra van Nes Dolger, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901
Fax: (203) 977-7301
*(Via Facsimile Transmission Only)*

Two North LaSalle Street
Chicago, IL 60602
kvanbuskirk@ngelaw.com

Synde B. Keywell, Esq.
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601
synde.keywell@bryancave.com

James McGinnis Boyers, Esq.
Wooden & McLaughlin
211 North Pennsylvania
Suite 1800
Indianapolis, IN 46204
jboyers@woodmclaw.com

Mara McRae, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
mmcrae@kilpatrickstockton.com

Renee Lynn Zipprich, Esq.
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
rzipprich@dykema.com

Harry N. Arger, Esq.
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
harger@dykema.com

Alan Norris Salpeter, Esq.
LeBoeuf, Lamb, Greene & MacRae LLP
Two Prudential Plaza
180 North Stetson Avenue

Richard Eric Gottlieb, Esq.
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
rgottlieb@dykema.com

Michelle Bacher Fisher, Esq.
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
mfisher@dykema.com

Bradley Ian Schecter, Esq.
LeBoeuf, Lamb, Greene & MacRae LLP
Two Prudential Plaza
180 North Stetson Avenue

Suite 3700  
Chicago, IL 60601  
asalpeter@llgm.com  

Therese King Nohos, Esq.  
LeBoeuf, Lamb, Greene & MacRae LLP  
Two Prudential Plaza  
180 North Stetson Avenue  
Suite 3700  
Chicago, IL 60601  
tnohos@llgm.com  

Jeffrey Robert Platt, Esq.  
Coman & Anderson, P.C.  
2525 Cabot Drive  
Suite 300  
Lisle, IL 60532  
jplatt@comananderson.com  

Jimmie H. Brown, Esq.  
Brown & Scoccimaro, P.C.  
1801 Gillionville Road  
Albany, GA 31707  
help@bspclaw.com  

William R. Brown, Esq.  
Schuckit & Associates, P.C.  
10 West Market Street  
Suite 3000  
Indianapolis, IN 46204  
wbrown@schuckitlaw.com  

Laurie S. Fulton, Esq,.  
Williams & Connolly, LLP  
725 Twelfth Street, N. W.  
Washington, DC 20005  
lfulton@wc.com  

Paven Malhotra, Esq.  
Williams & Connolly, LLP  
725 Twelfth Street, N.W.  
Washington, DC 20005  
pmalhotraW@wc.com  

Suite 3700  
Chicago, IL 60601  
bschecter@llgm.com  

Vincent P. Schmeltz, III, Esq.  
LeBoeuf, Lamb, Greene & MacRae LLP  
Two Prudential Plaza  
180 North Stetson Avenue  
Suite 3700  
Chicago, IL 60601  
vschmeltz@llgm.com  

Maureen Ann Beck, Esq.  
Coman & Anderson, P.C.  
2525 Cabot Drive  
Suite 300  
Lisle, IL 60532  
mbeck@comananderson.com  

Ralph O. Scoccimaro, Esq.  
Brown & Scoccimaro, P.C.  
1803 Gillionville Road  
Albany, GA 31707  
help@bspclaw.com  

Robert J. Schuckit, Esq.  
Schuckit & Associates, P.C.  
10 West Market Street  
Suite 3000  
Indianapolis, IN 46204  
rschuckit@schuckitlaw.com  

Jon R. Fetterolf, Esq.  
Williams & Connolly, LLP  
725 Twelfth Street, N.W.  
Washington, DC 20005  
jfetterolfr@wc.com

Bradley J. Miller, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
bmiller@kilpatrickstockton.com

Robert Eliot Shapiro, Esq.
Barack, Ferrazzano, Kirschbaum
  & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
rob.shapiro@bfk.com

Stephanie Mitchell Zimdahl, Esq.
Barack, Ferrazzano, Kirschbaum
  & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
stephanie.zimdahl@bfk.com

Michael J. Breslin, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
mbreslin@kilpatrickstockton.com

Carrie A. Durkin, Esq.
Litchfield Cavo
303 West Madison Street
Suite 300
Chicago, IL 60606
durkin@litchfieldcavo.com

Bradford Allen LeHew, Esq.
Litchfield Cavo
303 West Madison Street
Suite 300
Chicago, IL 60606
lehew@litchfieldcavo.com

Daniel Francis Lynch, Esq.
Law Offices of Daniel Lynch
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
dan@daniellynchlaw.com

Henry M. Bakersville, Esq.
Law Offices of Daniel Lynch
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
hbakersville@daniellynchlaw.com

/s/Richard M. Waris
Attorney Name, IL Bar No. 3128520
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
Rwaris@pretzel-stouffer.com
*Attorney for Integrity 1st Mortgage*

```
                    *********************
                    *** FAX TX REPORT ***
                    *********************

                    TRANSMISSION OK

       JOB NO.                  1810
       DESTINATION ADDRESS      912039777301
       PSWD/SUBADDRESS
       DESTINATION ID
       ST. TIME                 10/17 16:02
       USAGE T                  05'49
       PGS.                     46
       RESULT                   OK
```

LAW OFFICES

## PRETZEL & STOUFFER Chartered

ONE SOUTH WACKER DRIVE · SUITE 2500 · CHICAGO, ILLINOIS 60606-4673· 312/346-1973

*Our Main Fax Number: 312/346-8242*

| FAX TRANSMITTAL COVER SHEET ||
|---|---|
| **DATE:** October 17, 2007 | **NUMBER OF PAGES** (including this cover sheet): 47 |
| **TO:** Richard P. Colbert, Esq.<br>Alexandra van Nes Dolger, Esq. ||
| **FROM:** Richard M. Waris | **TELEPHONE EXTENSION:**<br>(312) 578-7404 |
| **TRANSMITTAL NUMBER:** (203) 977-7301 | **OUR FILE NUMBER:** 369.063116 |

**MESSAGE:**

In RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Attached please find the Attorney Appearances of Richard M. Waris, James J. Sipchen and Matthew F. Tibble as counsel for Third Party Defendant, Integrity 1st Mortgage, together with our Motion to Enlarge Time and Notice of the Motion to Enlarge Time.

IF YOU HAVE ANY DIFFICULTY RECEIVING TRANSMISSION, PLEASE CONTACT:

Terese Cook

```
*********************
*** FAX TX REPORT ***
*********************

            TRANSMISSION OK

JOB NO.                1811
DESTINATION ADDRESS    912519900626
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME               10/17 16:14
USAGE T                04'39
PGS.                   46
RESULT                 OK
```

LAW OFFICES

## PRETZEL & STOUFFER Chartered

ONE SOUTH WACKER DRIVE · SUITE 2500 · CHICAGO, ILLINOIS 60606-4673· 312/346-1973

*Our Main Fax Number: 312/346-8242*

## FAX TRANSMITTAL COVER SHEET

| DATE: October 17, 2007 | NUMBER OF PAGES (including this cover sheet): 47 |
|---|---|
| TO: Law Offices of Earl P. Underwood, Jr. | |
| FROM: Richard M. Waris | TELEPHONE EXTENSION:<br><br>(312) 578-7404 |
| TRANSMITTAL NUMBER: (251) 990-0626 | OUR FILE NUMBER: 369.063116 |

**MESSAGE:**

In RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Attached please find the Attorney Appearances of Richard M. Waris, James J. Sipchen and Matthew F. Tibble as counsel for Third Party Defendant, Integrity 1st Mortgage, together with our Motion to Enlarge Time and Notice of the Motion to Enlarge Time.

**IF YOU HAVE ANY DIFFICULTY RECEIVING TRANSMISSION, PLEASE CONTACT:**

Terese Cook
(312) 578-7402