## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | MDL 1715 |
| | Lead Case 05 CV 07097 |
| Velma Jean Jiles v. Argent Mortgage, Co., LLC, et. al. | 06 C 2771 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Integrity 1st Mortgage

| NAME (Type or print) |
|---|
| Matthew F. Tibble |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Matthew F. Tibble |
| FIRM |
| Pretzel & Stouffer, Chartered |
| STREET ADDRESS |
| One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282175 | (312) 346-1973 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Attorney Appearance of Matthew F. Tibble as counsel for Integrity 1st Mortgage was filed electronically this 17th day of October, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, fax (with confirmation page attached hereto), hand delivery and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

Caryn Becker, Esq.
Lieff Cabraser, Heiman &
   Bernsytein, LLP
275 Battery Street
SanFrancisco, CA 94111
cbecker@lchb.com

Rachel Geman, Esq.
Lieff, Cabraser, Heiman &
   Berhstein, LLP
275 Battery Street
San Francisco, CA 94111
rgeman@lchb.com

Kelly M. Dermody, Esq.
Lieff Cabraser, Heiman & Bernstein, LLP
275 Battery Street
SanFrancisco, CA 94111
kdermody@lchb.com

Gary Edward Klein, Esq.
Roddy, Klein & Ryan
757 Atlantic Avenue
2nd Floor
Boston,   MA 02111
klein@roddykleinryan.com

Shennan Kavanaugh, Esq.
Roddy, Klein & Ryan
757 Atlantic Avenue
2nd Floor
Boston, MA 02111
kavanaugh@roddykleinryan.com

Charles McLeod Baird, Esq.
235 Peachtree Street
Suite 400
Atlanta, GA 30303
charlesmbaird@att.net

Terry A. Smiljanich, Esq.
James, Hoyer, Newcomer & Smiljanich
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609
tsmiljanich@jameshoyer.com

Jill Henniger Bowman, Esq.
James, Hoyer, Newcomer & Smiljanich
4830 West Kennedy Boulevard
Suite 500
Tampa, FL 33609
jbowman@jameshoyer.com

Dominic J. Rizzi, Esq.
Cafferty Faucher LLP
30 North LaSalle Street

Suite 3200
Chicago, Illinois 60602
drizzi@caffertyfaucher.com

Even Jay Kaufman, Esq.
Coughlin Stoia, Geller, Rudman
  & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
ekaufman@csgrr.com

Samuel H. Rudman, Esq.
Coughlin, Stoia, Geller, Rudman
  & Robbins, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747
srudman@csgrr.com

Lori Ann Fanning, Esq.
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603
lfanning@millerlawllc.com

Marvin Alan Miller, Esq.
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603
mmiller@millerlawllc.com

Daniel Mark Harris, Esq.
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
lawofficedh@yahoo.com

Keith James Keogh, Esq.
Law Offices of Keith J. Koegh
227 West Monroe Street
Suite 2000
Chicago, Illinois 60606
keith@koeghlaw.com

Elizabeth Monkus, Esq.
Hauselman, Rappin & Olswang, Ltd.
39 South LaSalle Street
Suite 1105
Chicago, Illinois 60606
emonkus@hrolaw.com

| | |
|---|---|
| Arthur Brian Boudin | Timothy Miller |
| Dorothy Roberson | Angela Miller |
| Cedric Anthony | Joyce Williams |
| Gwendolyn Wilcox | Mona Ladnier |
| Lee Jackson | Martha Artis |
| Taronya Jackson | Frederick Hunter |
| Hattie Jones | Leroy McCraney |
| Harold Howard | Valecia McCraney |
| Willie May Howard | William Cook |
| Roosevelt Harris | Melissa Cook |
| Florita Harris | Melvin Barlow |

| | |
|---|---|
| Eddie German | Gloria Barlow |
| Jennifer Simmons | Johnny Moseley |
| Ricky Owen | Wanda Moseley |
| Melinda Owen | Louis Brown |
| Christine Mitchell | Lillie Johnson |
| Paul Howell | Derrel Powell |
| Diane Howell | Lynda Powell |
| Chonita Means | Loretta Patterson |
| Lisa Thomas | Larry Stearley |
| Richard Poe | Nancy Stearley |
| Cheryl Poe | |

c/o Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533
Fax: (251) 990-0626
***(Via Facsimile Transmission Only)***

Joanne N. Davies, Esq.
Buchalter Nemer
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
jdavies@buchalter.com

| | |
|---|---|
| Bernard E. LeSage, Esq. | Brian H. Newman, Esq. |
| Buchalter Nemer | Buchalter Nemer |
| 1000 Wilshire Boulevard | 1000 Wilshire Boulevard |
| Suite 1500 | Suite 1500 |
| Los Angeles, CA 90017 | Los Angeles, CA 90017 |
| blesage@buchalter.com | bnewman@buchalter.com |
| | |
| Cheryl M. Lott, Esq. | Brandon A. Block, Esq. |
| Buchalter Nemer | Buchalter, Nemer, Fields & Younger |
| 1000 Wilshire Boulevard | 601 South Figuerosa Street |
| Suite 1500 | Los Angeles, CA 90017 |
| Los Angeles, CA 90017 | bblock@buchalter.com |
| clott@buchalter.com | |
| | |
| Joshua R. Mandell, Esq. | Melody A. Petrossian, Esq. |
| Buchalter Nemer | Buchalter Nemer |
| 1000 Wilshire Boulevard | 1000 Wilshire Boulevard |
| Suite 1500 | Suite 1500 |
| Los Angeles, CA 90017 | Los Angeles, CA 90017 |
| jmandell@buchalter.com | mpetrossian@buchalter.com |
| | |
| Rachel A.P. Saldana, Esq. | Sarah K. Andrus, Esq. |
| Buchalter Nemer | Buchalter Nemer |
| 1000 Wilshire Boulevard | 1000 Wilshire Boulevard |
| Suite 1500 | Suite 1500 |
| Los Angeles, CA 90017 | Los Angeles, CA 90017 |

rsaldana@buchalter.com

sandrus@buchalter.com

Craig Allen Varga, Esq.
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, IL 60604
cvarga@vblhc.com

Jonathan N. Ledsky, Esq.
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, IL 60604
jledsky@vblhc.com

Stephen Phillip Kikoler, Esq.
Much, Shelist, Freed, Denenberg, Ament
 & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605
skikoler@muchshelist.com

James Michael Dash, Esq.
Much, Shelist, Freed, Denenberg, Ament
 & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605
jdash@muchshelist.com

Lorne Todd Saeks, Esq.
Much, Shelist, Freed, Denenberg, Ament
 & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605
lsaeks@muchshelist.com

Melinda J. Morales, Esq.
Much, Shelist, Freed, Denenberg, Ament
 & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605
mmorales@muchshelist.com

Jean K. Janes, Esq.
Much, Shelist, Freed, Denenberg, Arment
 & Rubenstein, P.C.
191 north Wacker Drive
Suite 1800
Chicago, IL 60605
jjanes@muchshelist.com

Thomas Joseph Wiegand, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
twiegande@winston.com

David Edward Dahlquist, Esq.
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601
ddahlquist@winston.com

Greg J. Miarecki, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
gmiarecki@winston.com

Richard P. Colbert, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901
Fax: (203) 977-7301

Alexandra van Nes Dolger, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901
Fax: (203) 977-7301

*(Via Facsimile Transmission Only)*        *(Via Facsimile Transmission Only)*

Kristina M. Van Buskirk, Esq.
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Chicago, IL 60602
kvanbuskirk@ngelaw.com

Synde B. Keywell, Esq.
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601
synde.keywell@bryancave.com

James McGinnis Boyers, Esq.
Wooden & McLaughlin
211 North Pennsylvania
Suite 1800
Indianapolis, IN 46204
jboyers@woodmclaw.com

Mara McRae, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
mmcrae@kilpatrickstockton.com

Renee Lynn Zipprich, Esq.       Richard Eric Gottlieb, Esq.
Dykema Gossett PLLC       Dykema Gossett PLLC
10 South Wacker Drive       10 South Wacker Drive
Suite 2300       Suite 2300
Chicago, IL 60606       Chicago, IL 60606
rzipprich@dykema.com       rgottlieb@dykema.com

Harry N. Arger, Esq.       Michelle Bacher Fisher, Esq.
Dykema Gossett PLLC       Dykema Gossett PLLC
10 South Wacker Drive       10 South Wacker Drive
Suite 2300       Suite 2300
Chicago, IL 60606       Chicago, IL 60606
harger@dykema.com       mfisher@dykema.com

Alan Norris Salpeter, Esq.       Bradley Ian Schecter, Esq.
LeBoeuf, Lamb, Greene & MacRae LLP       LeBoeuf, Lamb, Greene & MacRae LLP
Two Prudential Plaza       Two Prudential Plaza
180 North Stetson Avenue       180 North Stetson Avenue
Suite 3700       Suite 3700
Chicago, IL 60601       Chicago, IL 60601
asalpeter@llgm.com       bschecter@llgm.com

| | |
|---|---|
| Therese King Nohos, Esq.<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 3700<br>Chicago, IL 60601<br>tnohos@llgm.com | Vincent P. Schmeltz, III, Esq.<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 3700<br>Chicago, IL 60601<br>vschmeltz@llgm.com |
| Jeffrey Robert Platt, Esq.<br>Coman & Anderson, P.C.<br>2525 Cabot Drive<br>Suite 300<br>Lisle, IL 60532<br>jplatt@comananderson.com | Maureen Ann Beck, Esq.<br>Coman & Anderson, P.C.<br>2525 Cabot Drive<br>Suite 300<br>Lisle, IL 60532<br>mbeck@comananderson.com |
| Jimmie H. Brown, Esq.<br>Brown & Scoccimaro, P.C.<br>1801 Gillionville Road<br>Albany, GA 31707<br>help@bspclaw.com | Ralph O. Scoccimaro, Esq.<br>Brown & Scoccimaro, P.C.<br>1803 Gillionville Road<br>Albany, GA 31707<br>help@bspclaw.com |
| William R. Brown, Esq.<br>Schuckit & Associates, P.C.<br>10 West Market Street<br>Suite 3000<br>Indianapolis, IN 46204<br>wbrown@schuckitlaw.com | Robert J. Schuckit, Esq.<br>Schuckit & Associates, P.C.<br>10 West Market Street<br>Suite 3000<br>Indianapolis, IN 46204<br>rschuckit@schuckitlaw.com |
| Laurie S. Fulton, Esq,.<br>Williams & Connolly, LLP<br>725 Twelfth Street, N. W.<br>Washington, DC 20005<br>lfulton@wc.com | Jon R. Fetterolf, Esq.<br>Williams & Connolly, LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>jfetterolfr@wc.com |
| Paven Malhotra, Esq.<br>Williams & Connolly, LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>pmalhotraW@wc.com | |
| Bradley J. Miller, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309<br>bmiller@kilpatrickstockton.com | |
| Robert Eliot Shapiro, Esq.<br>Barack, Ferrazzano, Kirschbaum | Stephanie Mitchell Zimdahl, Esq.<br>Barack, Ferrazzano, Kirschbaum |

& Nagelberg LLP  
200 West Madison Street  
Suite 3900  
Chicago, IL 60606  
rob.shapiro@bfk.com

& Nagelberg LLP  
200 West Madison Street  
Suite 3900  
Chicago, IL 60606  
stephanie.zimdahl@bfk.com

Michael J. Breslin, Esq.  
Kilpatrick Stockton LLP  
1100 Peachtree Street  
Suite 2800  
Atlanta, GA 30309  
mbreslin@kilpatrickstockton.com

Carrie A. Durkin, Esq.  
Litchfield Cavo  
303 West Madison Street  
Suite 300  
Chicago, IL 60606  
durkin@litchfieldcavo.com

Bradford Allen LeHew, Esq.  
Litchfield Cavo  
303 West Madison Street  
Suite 300  
Chicago, IL 60606  
lehew@litchfieldcavo.com

Daniel Francis Lynch, Esq.  
Law Offices of Daniel Lynch  
150 South Wacker Drive  
Suite 2600  
Chicago, IL 60606  
dan@daniellynchlaw.com

Henry M. Bakersville, Esq.  
Law Offices of Daniel Lynch  
150 South Wacker Drive  
Suite 2600  
Chicago, IL 60606  
hbakersville@daniellynchlaw.com

/s/James J. Sipchen  
Attorney Name, IL Bar No. 6226113  
PRETZEL & STOUFFER, CHARTERED  
One South Wacker Drive, Suite 2500  
Chicago, Illinois 60606  
(312) 346-1973 - Phone  
(312) 346-8242 - Fax  
Jsipchen@pretzel-stouffer.com  
*Attorney for Integrity 1st Mortgage*

- 8 -

```
*********************
*** FAX TX REPORT ***
*********************

            TRANSMISSION OK

JOB NO.                 1810
DESTINATION ADDRESS     912039777301
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME                10/17 16:02
USAGE T                 05'49
PGS.                    46
RESULT                  OK
```

LAW OFFICES

# PRETZEL & STOUFFER Chartered

ONE SOUTH WACKER DRIVE · SUITE 2500 · CHICAGO, ILLINOIS 60606-4673· 312/346-1973

*Our Main Fax Number: 312/346-8242*

## FAX TRANSMITTAL COVER SHEET

| DATE: October 17, 2007 | NUMBER OF PAGES (including this cover sheet): 47 |
|---|---|
| TO: Richard P. Colbert, Esq.<br>Alexandra van Nes Dolger, Esq. | |
| FROM: Richard M. Waris | TELEPHONE EXTENSION:<br>(312) 578-7404 |
| TRANSMITTAL NUMBER: (203) 977-7301 | OUR FILE NUMBER: 369.063116 |

MESSAGE:

In RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Attached please find the Attorney Appearances of Richard M. Waris, James J. Sipchen and Matthew F. Tibble as counsel for Third Party Defendant, Integrity 1st Mortgage, together with our Motion to Enlarge Time and Notice of the Motion to Enlarge Time.

**IF YOU HAVE ANY DIFFICULTY RECEIVING TRANSMISSION, PLEASE CONTACT:**

**Terese Cook**

```
                    *********************
                    *** FAX TX REPORT ***
                    *********************

                    TRANSMISSION OK

        JOB NO.                 1811
        DESTINATION ADDRESS     912519900626
        PSWD/SUBADDRESS
        DESTINATION ID
        ST. TIME                10/17 16:14
        USAGE T                 04'39
        PGS.                    46
        RESULT                  OK
```

LAW OFFICES

## PRETZEL & STOUFFER Chartered

ONE SOUTH WACKER DRIVE · SUITE 2500 · CHICAGO, ILLINOIS 60606-4673· 312/346-1973

Our Main Fax Number: 312/346-8242

| FAX TRANSMITTAL COVER SHEET ||
|---|---|
| **DATE:** October 17, 2007 | **NUMBER OF PAGES** (including this cover sheet): 47 |
| **TO:** Law Offices of Earl P. Underwood, Jr. ||
| **FROM:** Richard M. Waris | **TELEPHONE EXTENSION:** (312) 578-7404 |
| **TRANSMITTAL NUMBER:** (251) 990-0626 | **OUR FILE NUMBER:** 369.063116 |

**MESSAGE:**

In RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Attached please find the Attorney Appearances of Richard M. Waris, James J. Sipchen and Matthew F. Tibble as counsel for Third Party Defendant, Integrity 1st Mortgage, together with our Motion to Enlarge Time and Notice of the Motion to Enlarge Time.

IF YOU HAVE ANY DIFFICULTY RECEIVING TRANSMISSION, PLEASE CONTACT:

Terese Cook
(312) 578-7402