## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

### [PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR ORDER COMPELLING DEFENDANTS TO PRODUCE DOCUMENTS

Having reviewed the Plaintiffs' Motion for Order Compelling Defendants to Produce

Documents and Defendants' Submission of Order:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Order Compelling Defendants to

Produce Documents is stricken, without prejudice;

[IN THE ALTERNATIVE, IT IS HEREBY ORDERED that all papers in opposition to

Plaintiffs' Motion for Order Compelling Defendants to Produce Documents shall be filed and

served on opposing counsel on October 29, 2007, and that the motion is set to be heard on

November 5, 2007 at 2:00 p.m.].


DATED:_____, 2007

_____
THE HONORABLE MORTON DENLOW
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS

1

Submitted by:

By: /s/ Bernard E. Lesage
*Attorneys for Ameriquest
Mortgage Company,
ACC Capital Holdings
Corporation, Town and
Country Credit
Corporation, Ameriquest
Mortgage Securities, Inc.
and AMC Mortgage
Services, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)


By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company*

Thomas J. Wiegand
Gregory J. Miarecki
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
(312) 558-5700 (fax)