**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| _____ | Centralized before the Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT ANGELA BARTUCCI TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, on October 4, 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served upon Third-Party Defendant Angela Bartucci its First Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest has agreed to grant Angela Bartucci an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for Angela Bartucci to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 23, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

Dated:  October 17, 2007    Respectfully submitted,

           By: */s/* Lee J. Schoen   

           *Attorney for Angela Bartucci*

           Lee J. Schoen
           Schoen, Mangan & Smith Ltd.
           Suite 1005
           200 W. Adams
           Chicago, Illinois 60606
           (312) 726-5151 ext. 229
           (312) 726-0884 (fax)

Dated:  October 17, 2007    Respectfully submitted,

           By: */s/* Bernard E. LeSage   

           *Attorney for Ameriquest Mortgage Company*

           Bernard E. LeSage, Esq.
           Buchalter Nemer
           1000 Wilshire Boulevard
           Suite 1500
           Los Angeles, CA 90017-2457
           (213) 891-5104 Telephone
           (213) 630-5862 Facsimile

## **ORDER**

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company and Third

Party Defendant, Angela Bartucci, having so stipulated, IT IS ORDERED that Angela

Bartucci shall have an extension of time to respond to the First Amended Consolidated

Third-Party Complaint for a period of not more than thirty (30) days, up to and including

November 23, 2007.


   **IT IS SO ORDERED.**

Dated: _____, 2007      _____
                                    THE HONORABLE MARVIN E. ASPEN
                                    UNITED STATES DISTRICT COURT JUDGE

### CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 17th day of October 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 1439673v1