**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

        MDL No. 1715

        Lead Case No. 05-cv-07097

_____

        Centralized before the Honorable
        Marvin E. Aspen

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT**
**TRANSTAR NATIONAL TITLE TO RESPOND TO AMERIQUEST**
**MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-**
**PARTY COMPLAINT**

WHEREAS, on October 1, 2007, Third-Party Plaintiff Ameriquest Mortgage

Company ("Ameriquest") served upon Third-Party Defendant TranStar National Title its

First Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest has agreed to grant TranStar National Title an extension

of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby

respectfully request that this Court extend the time for TranStar National Title to respond

to the First Amended Consolidated Third-Party Complaint for a period of not more than

thirty (30) days, up to and including November 20, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

Dated: October 18, 2007     Respectfully submitted,

            By: */s/* Jennifer L. Owen_____

            *Attorney for TranStar National Title*

            Jennifer L. Owen
            Higier Allen & Lautin, P.C.
            15851 Dallas Parkway, Suite 1001
            Addison, TX 75001
            Phone (972) 716-1866

Dated: October 18, 2007     Respectfully submitted,

            By: */s/* Bernard E. LeSage_____

            *Attorney for Ameriquest Mortgage Company*

            Bernard E. LeSage, Esq.
            Buchalter Nemer
            1000 Wilshire Boulevard
            Suite 1500
            Los Angeles, CA 90017-2457
            (213) 891-5104 Telephone
            (213) 630-5862 Facsimile

## <u>ORDER</u>

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company and Third

Party Defendant, TranStar National Title, having so stipulated, IT IS ORDERED that

TranStar National Title shall have an extension of time to respond to the First Amended

Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to

and including November 20, 2007.


**IT IS SO ORDERED.**

Dated: _____, 2007

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

BN 1441820v1

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 18th day of October 2007, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage