1330-57

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. )<br>MORTGAGE LENDING PRACTICES )<br>LITIGATION )<br>_____ )<br> )<br>THIS DOCUMENT RELATES TO ALL )<br>ACTIONS )<br>_____ )<br> )<br>AMERIQUEST MORTGAGE COMPANY, )<br>A Delaware corporation; *et al.*, )<br>    Defendants and Third-Party )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>NORTHWEST TITLE AND ESCROW )<br>CORPORATION, a Minnesota )<br>Corporation, *et al.*, )<br>    Third-Party Defendants. ) | MDL NO. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the<br>Honorable Marvin E. Aspen) |

## NOTICE OF FILING

TO:    See Attached Service List

    Please take notice that on October 18, 2007, I shall electronically file with the Clerk of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, the attached APPEARANCE.

                                                   /s/ James V. Noonan
                                                   Attorney for Third-Party Defendant
                                                   Residential Title Services, Inc.

James V. Noonan #6200366
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Filing and Appearance was served by electronic filing with the clerk of the Court (ECF) as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by U.S. Mail, first class postage prepaid upon:

Non-ECF Filing Users Lissted Below:

Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL  36533-0969

Argent Mortgage Company, LLC
3 Park Plaza, 10th Floor
Irvine, CA  92614

Michael J. Breslin
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA  30309

Richard P. Colbert
Alexandra van Nes Dolger
One Canterbury Green
Stamford, CT  06901-2047

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603

Brian H. Newman
Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
10000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania, Suite 2800
Indianapolis, IN  46204

Mara McRae
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309

On October 18, 2007.

/s/ James V. Noonan
Attorney for Third-Party Defendant
Residential Title Services, Inc.

James V. Noonan #6200366
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455