1330-57

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | ) ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS _____ | ) ) ) ) ) | |
| AMERIQUEST MORTGAGE COMPANY, A Delaware corporation; *et al.*,     Defendants and Third-Party     Plaintiffs, v. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, *et al.*,     Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1715 Lead Case No. 05-cv-07097 (Centralized before the Honorable Marvin E. Aspen) |

**MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR PLEAD**

Third-Party Defendant, RESIDENTIAL TITLE SERVICES, INC., by and through their attorneys, James V. Noonan, Katherine M. Donat and Noonan & Lieberman, Ltd., hereby moves this court for an enlargement of time in which to answer or otherwise plead. In support hereof, Third-Party Defendant attach hereto the affidavit of its counsel, James V. Noonan.

WHEREFORE, Third-Party Defendant, RESIDENTIAL TITLE SERVICES, INC., respectfully asks this court for an enlargement of time, up to and including November 15, 2007, in which to file their answer or otherwise plead.

                                              /s/James V. Noonan
                                              Attorney for Third-Party Defendant
                                              Residential Title Services, Inc.

James V. Noonan #6200366
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455

STATE OF ILLINOIS        )
                                      ) SS
COUNTY OF COOK        )

### AFFIDAVIT OF JAMES V. NOONAN

The affiant, JAMES V. NOONAN, as attorney licensed in the State of Illinois, being duly sworn on oath deposes and states as follows:

1. I am named counsel for Third-Party Defendant, Residential Title Services, Inc., in the matter of *Ameriquest Mortgage Company v. Northwest Title and Escrow Corporation*, case number 05-cv-07097.

2. Service of summons and the complaint was served on the Third-Party Defendant on September 28, 2007.

3. Third-Party Defendant filed its appearance on October 17, 2007.

4. Third-Party Defendant's counsel was recently retained and is in the process of obtaining the documents necessary to respond to the First Amended Consolidated Third-Party Complaint which is currently due on October 18, 2007.

5. Third-Party Defendants therefore request an enlargement of time, up to and including November 15, 2007, in which to file its answer or otherwise plead.

FURTHER AFFIANT SAYETH NAUGHT.

                                                                       _____
                                                                         JAMES V. NOONAN

SUBSCRIBED AND SWORN to
before me, this ____ day
of October, 2007

_____
Notary Public