1330-57

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | ) ) ) ) | |
| | ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS _____ | ) ) ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, A Delaware corporation; *et al.*, | ) ) | MDL NO. 1715 |
| Defendants and Third-Party Plaintiffs, | ) ) | Lead Case No. 05-cv-07097 |
| | ) | (Centralized before the |
| v. | ) | Honorable Marvin E. Aspen) |
| | ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, *et al.*, | ) ) ) | |
| Third-Party Defendants. | ) | |

**NOTICE OF MOTION**

TO:     See Attached Service List

Please take notice that on October 23, 2007 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen in Room 2568 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present the enclosed MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR PLEAD.

/s/ James V. Noonan
Attorney for Third-Party Defendant
Residential Title Services, Inc.

James V. Noonan #6200366
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Motion and

Motion for an Enlargement of Time to Answer or Plead  was served by electronic filing with the

clerk of the Court (ECF) as to Filing Users and upon non-ECF Filing Users as provided by Local

Rule 5.5 by U.S. Mail, first class postage prepaid upon:

Non-ECF Filing Users Lissted Below:

Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL  36533-0969

Argent Mortgage Company, LLC
3 Park Plaza, 10th Floor
Irvine, CA  92614

Michael J. Breslin
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA  30309

Richard P. Colbert
Alexandra van Nes Dolger
One Canterbury Green
Stamford, CT  06901-2047

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin,
LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL   60603

On October 18, 2007.

Brian H. Newman
Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
10000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania, Suite 2800
Indianapolis, IN  46204

Mara McRae
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309

/s/ James V. Noonan
Attorney for Third-Party Defendant
Residential Title Services, Inc.

James V. Noonan #6200366
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455