**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                             Plaintiff,

v.                                                                  Case No.: 1:05−cv−07097
                                                                   Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 19, 2007:

       MINUTE entry before Judge Marvin E. Aspen :Third−party defendants Law Title Insurance Agency, Inc, Law Title Insurance Company, Inc., and Absolute Title Services, Inc.'s motion for an extension of time to answer or otherwise plead to the third−party complaints, up to and including 11/14/07 is granted. Motion terminated. The motion hearing set for 10/23/07 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.