IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT GREGORY R. SHAW TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served upon Third-Party Defendant Gregory R. Shaw its First Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest has agreed to grant Gregory R. Shaw an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for Gregory R. Shaw to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 30, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

BN 1443093v1

Dated:  October 19, 2007         Respectfully submitted,

By: */s/* Robert A. McCall _____

*Attorney for Gregory R. Shaw*

George A. Berman
Robert A. McCall
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
tel:  (617) 951-2061
fax: (617) 235-3534


Dated:  October 19, 2007         Respectfully submitted,

By: */s/* Bernard E. LeSage

*Attorney for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457
(213) 891-5104 Telephone
(213) 630-5862 Facsimile

## **ORDER**

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company and Third Party Defendant, Gregory R. Shaw, having so stipulated, IT IS ORDERED that Gregory R. Shaw shall have an extension of time to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 30, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007

THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

BN 1443093v1

**CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 19th day of October 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    By: */s/* Bernard E. LeSage