U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 05-CV-07097 |
|---|---|
| AMERIQUEST MORTGAGE COMPANY v. NORTHWEST TITLE AND ESCROW CORPORATION, ET AL., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
HOME EQUITY TITLE SERVICES, INC.

| NAME (Type or print) |  |
|---|---|
| ANTHONY C. CAMPANALE | |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ ANTHONY C. CAMPANLE |

| FIRM |
|---|
| ANTHONY CAMPANALE & ASSOCIATES |

| STREET ADDRESS |
|---|
| 19 S. LA SALLE STREET, SUITE 1500, |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3126921 | (312) 641-2233 / CELL (312) 388-8575 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |