IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.   ) | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES   ) | Lead Case No. 05-cv-07097 |
| LITIGATION   ) | |
|   ) | Centralized before the |
|   ) | Honorable Marvin E. Aspen |
|   ) | |
| _____) | |

**BORROWER AND NON-BORROWER PLAINTIFFS' REPLY IN SUPPORT OF
THEIR MOTION TO SEVER OR ALTERNATIVELY FOR SEPARATE TRIALS**

**INTRODUCTION**

Plaintiffs have moved to sever Defendants' 281 indemnification claims against third parties from the underlying consumer class action complaints brought in this MDL. Under applicable Seventh Circuit authority and consistent with MDL procedures, the Court has broad discretion to sever Defendants' third party claims from the underlying actions. *See Rice v. Sunrise Express,* 209 F.3d 1008, 1016 (7th Cir. 2000). The Court should do so here. Defendants' independent indemnification claims are not inextricably tied to the class' claims and thus they should not be allowed to impede the orderly MDL discovery process or be tried together with the class' claims in an already sufficiently complex proceeding. Contrary to Defendants' position, Plaintiffs do not challenge Defendants' ability to bring independent crossclaims for indemnification from third parties, and Defendants are free to continue to do so if this Motion is granted. Accordingly, Plaintiffs respectfully submit that the Motion should be granted.

1

## ARGUMENT

Since these national predatory lending class actions were transferred by the Judicial Panel on Multidistrict Litigation to this Court for coordinated pre-trial proceedings, Defendants have filed cross complaints against approximately 281 third-party companies.  Plaintiffs have sought to sever these cross-complaints in an attempt to preserve efficiency and order in the MDL.  *See Schreiber* v. *Lockformer,* 2003 U.S. Dist. Lexis 10126 (N.D. Ill. 2003) (severance of third party claims permissible because it will "streamline and clarify the issues for trial."). The Seventh Circuit has held that a district court has discretion to sever claims if they are "discrete and separate."  *Rice,* 209 F.3d at 1016. This is precisely the situation here, where Plaintiffs' consumer claims are independent of Defendants' indemnification claims against third parties.

Defendants' opposition to the Motion contains many pages but little substance. Defendants apparently misconstrue the MDL process to mean that the cases are consolidated merely because there is a consolidated complaint.  Instead, the consolidated complaint incorporates all of the claims alleged by the numerous class action consumer complaints in the MDL, as required by Court Order.  *See* Nov. 7, 2006 Order at p. 6 [Dkt. No. 284]  ("All cases will be consolidated for pretrial purposes and should for the time being continue to be filed under the same Master Docket and Caption, but given the probability that discreet substantive issues will arise in each type of case, lead plaintiffs' counsel will be determined for each category and substantive motions may vary by category.").

Defendants also erroneously imply that Plaintiffs assented to the joinder of the third-party complaints. Defendants were given the right to file third-party actions by Order. But, even if Plaintiffs agreed that such indemnification actions could be filed such assent would not be an endorsement that the indemnification claims alleged by Defendants against the third-party Defendants can or should be tied to the underlying consumer actions.

In fact, as shown on the face of Defendants' Third-Party complaints, the consumer and third-party indemnification claims are clearly independent of each other. This is not legitimately disputed by Defendants. Ameriquest states in its opposition, "Nonetheless, in the event that a trier-of-fact ultimately finds that any disclosures made to any of the defendants were deficient, Ameriquest is entitled to complete indemnity from those individuals and entities that Ameriquest hired to close the loans in question." Ameriquest Opp. at 3. Argent sounds a similar refrain: "Accordingly, to the extent that the Borrowers allege that Argent misled them, or failed to disclose any material facts, this conduct is directly attributable to the Broker Defendants, who are **contractually** required to fully indemnify Argent." Argent Opp. at 4 (emphasis added). Thus, Defendants concede that the class MDL claims can be tried first and separately.

Without taking a position on the merits of such claims, Plaintiffs do not deny that Defendants may bring their indemnification claims against third parties. Plaintiffs merely seek to have those claims severed from the underlying consumer class claims or for separate trials for the class' claims so that this litigation can be effectively and efficiently managed. This is necessary to promote judicial economy and fairness to the litigants.

Defendants stress that the third-party claims should not be severed because they "arise from a common nucleus of facts." However, Rule 21 permits claims to be severed even when the underlying facts of the claims overlap. *Gaffney, et al. v. Riverboat Services of Indiana, Incorporated, et al.,* 451 F.3d 424, 443 (7th Cir. 2006). Defendants' third-party claims are contractual in nature and are clearly independent from Plaintiffs' claims.

Contrary to Defendants' view of the world, this motion to sever or, alternatively, for separate trials, is not "…opposed by the majority of the plaintiffs in this MDL…." Aside from Defendants' opposition, no other party filed a response to the motion. It is also of no consequence that no other party has joined in the motion. Lead Counsel for the Borrowers and NonBorrowers have the sole authority to do so on behalf of the classes. Nov. 7, 2006 Order, at p.9 [Dkt. No. 284].

As discussed in Plaintiffs' opening motion and memorandum of law, and as admitted by Defendants, Defendants' claims for indemnity arise only after a determination that Defendants are liable to the Borrower and NonBorrower classes. Continuing to allow indemnity claims against 281 third-party defendants to proceed on the same track as the classes' predatory lending claims will create a circus-like atmosphere, both in terms of the pretrial proceedings and most certainly at trial. It would be manifestly unjust to permit Defendants to muddy the orderly process of discovery in the underlying actions and to introduce irrelevant material at trial. This will only lead to unnecessary and burdensome motion practice, unnecessary discovery, and confusion at trial. *See Schreiber*, 2003 U.S. Dist. Lexis 10126, at * 2 (finding severance appropriate because "If [crossclaims] are not bifurcated, a substantial portion of trial will involve

4

adducing testimony in support of and in opposition to the crossclaims. The presence of this evidence will be time-consuming and would be rendered unnecessary if the jury finds in favor of defendants."). Such tactics by Defendants will not promote judicial economy or fairness and should not be allowed here.

## CONCLUSION

For the reasons set forth herein, and in Plaintiffs' opening brief, Plaintiffs respectfully request that the Court grant Plaintiffs' motion.

Dated: October 19, 2007

Respectfully submitted,
Plaintiffs

*s/Kelly M. Dermody*
Kelly M. Dermody
Caryn Becker
Lieff, Cabraser, Heimann &
Bernstein, LLP
275 Battery St., 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000

*s/Gary Klein*
Gary Klein
Elizabeth Ryan
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111-2810
(617) 357-5500 ext. 15

*s/Jill Bowman*
Jill H. Bowman
Terry Smiljanich
James, Hoyer, Newcomber &
Simljanich, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609
(813) 286-4100

*Plaintiffs' Co-Lead Counsel*

_/s/  Marvin A. Miller_
Marvin A. Miller
Lori A. Fanning
Miller Law LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400

_Plaintiffs' Liaison Counsel_

<u>**CERTIFICATE OF SERVICE**</u>

I, Marvin A. Miller, an attorney, hereby certify that on October 19, 2007, service of ***Borrower and Non-Borrower Plaintiffs' Reply in Support of Their Motion to Sever or Alternatively for Separate Trials*** was accomplished by electronic mail to the following counsel:

Kelly M. Dermody
**Cabraser, Heimann & Bernstein, LLP**
275 Battery St.
San Francisco, CA 94111
kdermody@lchb.com
***Co-Lead Counsel for Plaintiffs***

Rachel Geman
**Cabraser, Heimann & Bernstein, LLP**
780 Third Avenue
48th Floor
New York, NY 10017
rgeman@lchb.com
***Co-Lead Counsel for Plaintiffs***

Gary E. Klein
Shennan Kavanagh
**Roddy Klein & Ryan**
727 Atlantic Ave.
2nd Floor
Boston, MA 02111
klein@roddykleinryan.com
kavanagh@toddykleinryan.com
***Co-Lead Counsel for Plaintiffs***

Jill H. Bowman
Terry Smiljanich
**James Hoyer Newcomer &
Smiljanich PA**
4830 W. Kennedy Blvd.
Suite 500
Tampa, FL 33609
jbowman@jameshoyer.com
tsmiljanich@jameshoyer.com
***Co-Lead Counsel for Plaintiffs***

Marvin A. Miller
Lori A. Fanning
**Miller Law LLC**
115 S. LaSalle St.
Suite 2910
Chicago, IL 60603
mmiller@millerlawllc.com
lfanning@millerlawllc.com
***Liaison Counsel for Plaintiffs***

Samuel H. Rudman
Evan Jay Kaufman
**Coughlin Stoia Geller**
      **Rudman & Robbins, LLP**
58 South Service Road
Suite 200
Melville, NY 11747
srudman@csgrr.com
ekaufman@csgrr.com
***Counsel for Plaintiff Richard A.***
***Madrazo***

Daniel Mark Harris
**Attorney at Law**
150 North Wacker Drive
Suite 3025
Chicago, IL 60606
lawofficedh@yahoo.com
***Counsel for Plaintiffs, James Jewell***
***and Jennifer Jewell***

Charles McLeod Baird
235 Peachtree Street
Suite 400
Atlanta, GA 30303-1400
charlesmbaird@att.net
***Counsel for Plaintiffs, Lynn and***
***Denise Julien, George Willis Jones, Jr.,***
***and Annette M. Lindsay***

Daniel S. Blinn
Andrew G. Pizor
**Consumer Law Group**
35 Cold Spring Rd.
Suite 512
Rocky Hill, CT 06067
dblinn@consumerlawgroup.com
apizor@consumerlawgroup.com
***Counsel for Proposed Plaintiffs***
***Individual Consumer Claims Steering***
***Committee***

Charles M. Delbaum
**National Consumer Law Center**
77 Summer Street
10th Floor
Boston, MA 02110
cdelbaum@nclc.org
***Counsel for Proposed Plaintiffs***
***Individual Consumer Class Steering***
***Committee***

Jimmie H. Brown
Ralph O. Scoccimaro
**Brown & Scoccimaro**
P.C. 1801 Gillionville Road
Albany, GA 31707
help@bspclaw.com
help@bspclaw.com
***Counsel for Third-Party Plaintiffs,***
***Charles Meadow, Johnnie Ross, Joseph***
***Riggins and Nicole Riggins***

Brian Lewis Bromberg
**Bromberg Law Office, P.C.**
40 Exchange Place
Suite 2010
New York, NY 10005
brian@bromberglawoffice.com
***Counsel for Plaintiffs Junior Terrance***
***Black and Rene Campbell; Ismael***
***Vega; Luz Gomez; Albert R olden and***
***Marlene Rolden; Cheryl P. Jones and***
***Arnold Jones***

Daniel A. Edelman
Tara Leigh Goodwin
Albert F Hofeld, Jr.
**Edelman, Combs, Latturner**
      **& Goodwin, LLC**
120 South LaSalle Street
18th Floor
Chicago, IL 60603
courtecl@edcombs.com
tgoodwin@edcombs.com
ahofeld@edcombs.com
***Counsel for Tag Along Cases***

Richard Andre Lilly
John Blythin
**Ademi & O'Reilly LLP**
3620 East Layton Avenue
Cudahy, WI 52110
rlilly@ademilaw.com
jblythin@ademilaw.com
*Counsel for Plaintiff Mary Forrest*

Stanley L. Hill
**Stanley L. Hill & Associates, P.C.**
651 West Washington Blvd.
Suite 205
Chicago, IL 60661
stanhill@megsinet.net
*Counsel for Plaintiff Gavione
Tammerello*

Keith James Keogh
**Law Offices of Keith J. Keogh**
227 West Monroe Street
#2000
Chicago, IL 60606
Keith@Keoghlaw.com
*Counsel for Plaintiff Camille Gburek*

Bryan Anthony Vroon
**Vroon & Crongeyer LLP**
1718 Peachtree Street
Suite 1088
Atlanta, GA 30309
bvroon@vclasfirm.com
*Counsel for Plaintiff J. Michael
Campbell*

Bernard E. LeSage
Randall L. Manvitz
Cheryl M. Lott
Sarah K. Andrus
Joshua R. Mandell
Brian H. Newman
Melody A. Petrossian
**Buchalter Nemer,
A Professional Corporation**
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017-2457
blesage@buchalter.com
rmanvitz@buchalter.com
clott@buchalter.com
jmandell@buchalter.com
sandrus@buchalter.com
bnewman@buchalter.com
mpetrossian@buchalter.com

*Counsel for Defendant Ameriquest
Mortgage Co., HSBC Mortgage
Services, Inc., Countrywide Home
Loans, Inc., Deutsche Bank National
Trust Co., AMC Mortgage Services,
Inc., Ameriquest Mortgage Securities,
Inc., Town & country Credit
Corporation, Ameriequest Mortgage
Securities, Inc., Wells Fargo Bank,
N.A., CitiMortgage, Inc., Ameriquest
Capital Corporation, ACC Capital
Holdings Corporation, Ocwen Loan
Servicing, LLC., Wm Specialty
Mortgage LLC, CitiFinancial Mortgage
Company*

Stephen Philip Kikoler
James M. Dash
Lorne T. Saeks
Much, Shelist, Denenberg,
 Ament & Rubenstein, P.C.
191 N. Wacker Drive
Suite 1800
Chicago, IL 60605
skikoler@muchshelist.com
jdash@muchshelist.com
lsaeks@muchshelist.com
***Counsel for Defendant Argent
Mortgage Company, LLC***

Thomas Joseph Wiegand
David Edward Dahlquist
Greg J. Miarecki
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, IL 60601-9703
twiegand@winston.com
ddahlquist@winston.com
gmiarecki@winston.com
***Counsel for Defendant
Argent Mortgage Co., LLC***

Alan Norris Salpeter
Bradley Ian Schecter
Therese King Nohos
Vincent P. Schmeltz, III
**Le Boeuf, Lamb, Greene & Mac Rae,
LLP**
Two Prudential Plaza, 180 North Stetson
Ave.
Suite 1175
Chicago, IL 60657
tnohos@dl.com
asalpeter@dl.com
bschecter@dl.com
vschmeltz@dl.com
***Counsel for Defendant Roland Arnall***

Harry N. Arger
Richard Eric Gottlieb
Michelle Bacher Fisher
Renee Lynn Zipprich
**Dykema Gossett PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
harger@dykema.com
mfisher@dykema.com
rgottlieb@dykema.com
rzipprich@dykema.com
***Counsel for Defendants EMC
Mortgage Corporation, Wells Fargo
Bank, N.A., Ocwen Loan Servicing,
LLC***

Anne A. Bergman
**Anne A. Bergman, Attorney at Law**
1434 Triangle Dr.
Houlton,WI 54082
aabergman@aol.com
***Counsel for Defendants and Counter-
Claimants Lori Mattrix and Ivory Ford***

James McGinnis Boyers
**Wooden & McLaughlin**
211 N. Pennsylvania
Suite 1800
Indianapolis, IN 46204
jboyers@woodmclaw.com
***Counsel for Defendant, GMAC
Mortgage Corporation***

Richard P. Colbert
Alexandra van Nes Dolger
**Day, Berry & Howard**
One Canterbury Green
Stamford, CT 06901-2047
rpcolbert@daypitney.com
adolger@daypitney.com
***Counsel for Defendant HSBC
Mortgage Service, Inc.***

Frederick Ecclestone
**McLeod & Associates**
Two Towne Square
Suite 550
Southfield, MI 48076
frederick.ecclestone@aig.com
*Counsel for Appraisers*

Craig Allen Varga
Jonathan N. Ledsky
**Varga, Berger, Ledsky, Hayes & Casey**
224 South Michigan Avenue
Suite 350
Chicago, IL 60604
cvarga@vblhc.com
jledsky@vblhc.com
*Counsel for Ameriquest Mortgage Co., Ameriquest Mortgage Securities, Inc., AMC Mortgage Services Co.*

Bradley J. Miller
**Kilpatrick Stockton LLP**
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
bmiller@kilpatrickstockton.com
*Counsel for EMC Mortgage Corporation*

*/s/ Marvin A. Miller*
Marvin A. Miller