UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br>   ) <br> THIS DOCUMENT RELATES TO ALL ACTIONS ) <br>   ) <br> AMERIQUEST MORTGATE CO., et al., ) <br>   ) <br>     Defendants and Third-Party ) <br>     Plaintiffs, ) <br>   ) <br>     v. ) <br>   ) <br> NORTHWEST TITLE AND ESCROW CORP., ) <br> et al., ) <br>   ) <br>     Third-Party Defendants. ) | MDL No. 1715 <br> Lead Case No. 05-CV-07097 <br><br> Hon. Marvin E. Aspen <br><br> Hon. Morton Denlow |

### THIRD-PARTY DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S MOTION TO ENLARGE TIME

Third-Party Defendant Old Republic National Title Insurance Company ("Old Republic"), by its undersigned attorneys, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, moves this Court for an Order enlarging the amount of time for Old Republic to answer or otherwise plead. In support of its motion, Plaintiff states as follows:

1. Ameriquest Mortgage Company and Argent Mortgage Company, LLC's Third-Party Complaint (the "Third-Party Complaint") was served upon Old Republic on October 2, 2007.

2. Old Republic is listed in connection with four of the underlying lawsuits in Exhibit B to the Third-Party Complaint.

3. Old Republic is a large company based in Minneapolis. Through title agents located across the country, Old Republic closes thousands of residential real estate transactions in dozens of cities each year.

4. Old Republic respectfully requests additional time to answer or otherwise plead to the Third-Party Complaint so that it may pull its files relating to the underlying transactions, contact the title agents employed for those underlying transactions, and investigate the Third-Party Plaintiffs' allegations. It will also take a significant amount of time for Old Republic's attorneys to conduct factual investigation and to familiarize themselves with the extensive docket that exists in this matter.

5. Counsel for Old Republic spoke by telephone with David Dahlquist, an attorney for third-party plaintiff Argent Mortgage Company, LLC, on October 10, 2007. During that conversation, Mr. Dahlquist stated that he had no objection to the instant motion, particularly because parties to the "opt-out cases," which cases include the four involving Old Republic, have been engaged in settlement discussions, and because discovery in the cases involving "opt-out defendants" has therefore been stayed.

6. If the Court decides to move forward on the Third-Party Complaint, Old Republic respectfully suggests that a unified approach be applied to all third-party defendants. The enlargement of time will allow the development of such an approach.

WHEREFORE, Old Republic respectfully requests that this Court enter an Order granting it until December 14, 2007 to answer or otherwise plead to the Third-Party Complaint, and order such further relief as the Court deems proper.

        Respectfully submitted,

        OLD REPUBLIC NATIONAL TITLE
        INSURANCE COMPANY

        By: _____
            One of Its Attorneys

Charles A. Valente (No. 619878)
Emily Wolf Torre (No. 6284276)
Krasnow Saunders Cornblath, LLP
500 North Dearborn Street
2nd Floor
Chicago, Illinois 60610
Phone: 312-755-5700
Fax: 312-755-5720