# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ACTIONS ) <br> ) <br> AMERIQUEST MORTGATE CO., et al., ) <br> ) <br>     Defendants and Third-Party ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> NORTHWEST TITLE AND ESCROW CORP., ) <br> et al., ) <br> ) <br>     Third-Party Defendants. ) | MDL No. 1715 <br> Lead Case No. 05-CV-07097 <br><br> Hon. Marvin E. Aspen <br><br> Hon. Morton Denlow |

## NOTICE OF MOTION

TO: All Counsel of Record (via ECF Filing System)

**PLEASE TAKE NOTICE** that on **Tuesday**, the **6th** day of **November**, 2007 at the hour of **10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Hon. Judge Marvin E. Aspen, in Room 2568 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present **Third-Party Defendant Old Republic National Title Insurance Company's Motion To Enlarge Time**, which is attached hereto, at which time you may appear if you so desire.

Respectfully submitted,

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

By: _____
One of Its Attorneys

Charles A. Valente (No. 619878)
Emily Wolf Torre (No. 6284276)
Krasnow Saunders Cornblath, LLP
500 North Dearborn Street
2nd Floor
Chicago, Illinois 60610
Phone: 312-755-5700
Fax: 312-755-5720

2

## CERTIFICATE OF SERVICE

I, Emily Wolf Torre, an attorney, certify that I served the foregoing Notice of Motion and the documents referenced therein on all counsel of record by filing them with the court's ECF system on the 22nd day of October, 2007. I also certify that I served the foregoing Notice of Motion and the documents referenced therein on the following counsel via U.S. mail on the 22nd day of October, 2007:

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Thomas J. Weigand
Gregory J. Miarecki
David E. Dahlquist
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

_____
Emily Wolf Torre