**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT SPECIALTY TITLE SERVICES, INC. TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, on September 28, 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served upon Third-Party Defendant Specialty Title Services, Inc. its First Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest has agreed to grant Specialty Title Services, Inc. an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties hereby respectfully request that this Court extend the time for Specialty Title Services, Inc. to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than forty-five (45) days, up to and including December 3, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

BN 1444444v1

Dated:  October 22, 2007                     Respectfully submitted,

By: */s/* Jonathon Danek_____

*Attorneys for Specialty Title Services, Inc.*

Jonathon Danek
Specialty Title Services, Inc.
1375 Remington Road, Suite K
Schaumburg, IL  60173
(847) 884-6734—Telephone
(847) 884-7448—Facsimile


Dated:  October 22, 2007                     Respectfully submitted,

By: */s/* Bernard E. LeSage

*Attorney for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457
(213) 891-5104 Telephone
(213) 630-5862 Facsimile

BN 1444444v1

## ORDER

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company and Third Party Defendant, Specialty Title Services, Inc., having so stipulated, IT IS ORDERED that Specialty Title Services, Inc. shall have an extension of time to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than forty-five (45) days, up to and including December 3, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007

THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

BN 1444444v1

## **CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 22nd day of October 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            By: */s/* Bernard E. LeSage

BN 1444444v1