# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT TITLESERV. INC. TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served upon Third-Party Defendant Titleserv. Inc. its First Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest has agreed to grant Titleserv. Inc. an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for Titleserv. Inc. to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than forty-five (45) days, up to and including December 6, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

BN 1444500v1

Dated: October 22, 2007                    Respectfully submitted,

By: */s/* Kenneth E. Aneser_____

*Attorney for Titleserv. Inc.*

Kenneth E. Aneser
Rosenberg Calica & Birney LLP
100 Garden City Plaza
Garden City, New York 11530
(516) 747-7400 (tel.)
(516) 747-7480 (fax)


Dated: October 22, 2007                    Respectfully submitted,

By: */s/* Bernard E. LeSage_____

*Attorney for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457
(213) 891-5104 Telephone
(213) 630-5862 Facsimile

## **ORDER**

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company and Third Party Defendant, Titleserv. Inc., having so stipulated, IT IS ORDERED that Titleserv. Inc. shall have an extension of time to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than forty-five (45) days, up to and including December 6, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

BN 1444500v1

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 22nd day of October 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/* Bernard E. LeSage