IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | Lead Case No. 05 C 7097 MDL No. 1715 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) | Centralized before The Hon. Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY
DEFENDANT NATIONAL REAL ESTATE INFORMATION
SERVICES TO RESPOND TO AMERIQUEST'S AND ARGENT'S
<u>FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT</u>**

Third-Party Plaintiffs Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company LLC ("Argent"), and Third-Party Defendant National Real Estate Information Services ("NREIS"), by their respective undersigned counsel, in support of their Stipulation, state as follows:

1. On October 3, 2007, Third-Party Plaintiffs Ameriquest and Argent served upon NREIS its First Amended Consolidated Third-Party Complaint.

2. Ameriquest and Argent have agreed to grant NREIS an extension of time to respond to the First Amended Consolidated Third-Party Complaint, up to and including December 7, 2007.

WHEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for NREIS to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than forty-five (45) days, up to and including December 7, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

Dated: October 22, 2007 Respectfully submitted,

By   /s/ David J. Chizewer

*Attorney for Third-Party Defendant*
  *National Real Estate Information Services*

David J. Chizewer
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

Dated: October 22, 2007 By   /s/ Bernard E. LeSage

*Attorney for Third-Party Plaintiff*
  *Ameriquest Mortgage Company*

Bernard E. LeSage
Sarah K. Andrus
Brian H. Newman
Melody A. Petrossian
BUCHALTER NEMER PLC
1000 Wilshire Boulevard
Suite 1500
Los Angeles, California  90017-2457
(213) 891-0700

Dated: October 22, 2007 By   /s/ Thomas J. Wiegand

*Attorney for Third-Party Plaintiff*
  *Argent Mortgage Company LLC*

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600

**CERTIFICATE OF SERVICE**

        I, David J. Chizewer, hereby certify that on this 22nd day of October, 2007, a true and correct copy of the foregoing **STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT NATIONAL REAL ESTATE INFORMATION SERVICES TO RESPOND TO AMERIQUEST'S AND ARGENT'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ David J. Chizewer
        David J. Chizewer