**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 05-CV-07097 |
|---|---|
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company vs. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FIRST AMERICAN TITLE COMPANY
MIDLAND TITLE SECURITY, INC.
OHIO BAR TITLE INSURANCE COMPANY
MORTGAGE GUARANTEE & TITLE COMPANY
METROPOLITAN TITLE COMPANY

| | |
|---|---|
| NAME (Type or print) | |
| Jenny R. Leifer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jenny R. Leifer | |
| FIRM | |
| Katten Muchin Rosenman | |
| STREET ADDRESS | |
| 525 W. Monroe | |
| CITY/STATE/ZIP | |
| Chicago/Illinois/60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06290036 | (312) 902-5574 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |