**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 05-CV-07097 |
|---|---|

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company vs. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FIRST AMERICAN TITLE COMPANY
MIDLAND TITLE SECURITY, INC.
OHIO BAR TITLE INSURANCE COMPANY
MORTGAGE GUARANTEE & TITLE COMPANY
METROPOLITAN TITLE COMPANY

| NAME (Type or print) |
|---|
| Timothy J. Patenode |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Timothy J. Patenode |

| FIRM |
|---|
| Katten Muchin Rosenman |

| STREET ADDRESS |
|---|
| 525 W. Monroe |

| CITY/STATE/ZIP |
|---|
| Chicago/Illinois/60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06181232 | (312) 902-5539 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐