UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF __ILLINOIS__
__EASTERN__ DIVISION

AMERIQUEST MORTGAGE COMPANY, a )
Delaware corporation; and ARGENT )
MORTGAGE COMPANY LLC, a Delaware )     No. 05-CV-07097
limited liability company, v. NORTHWEST )
TITLE AND ESCROW CORPORATION, a )      Judge Marvin E. Aspen
Minnesota corporation, et al. )
)

## RULE 7.1 DISCLOSURE STATEMENT
## NON-GOVERNMENTAL CORPORATE PARTIES

This Disclosure Statement is filed by defendant(s)   :   __OHIO BAR TITLE__
__INSURANCE COMPANY, an Ohio Corporation__

i)  Identify all its parent corporations, if any;
__FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation__

and ii) List any publicly held company that owns 10% or more of the party's stock:
None

Attorney's signature:  __s/ Timothy J. Patenode__           Date: __10/23/07__

Attorney's printed name:  Timothy J. Patenode

Address:  __525 West Monroe Street__
__Chicago, IL 60661__

Phone:  __(312) 902-5200__           Fax number: __(312) 902-1061__

## **CERTIFICATE OF SERVICE**

I certify that on October 22, 2007, I electronically filed the foregoing *Rule 7.1 Disclosure Statement* with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

> Bernard E. LeSage, Esq.
> Sarah K. Andrus, Esq.
> BUCHALTER NEMER, a P.C.
> 1000 Wilshire Boulevard, Suite 1500
> Los Angeles, CA 90017-2457
> Telephone (213) 891-0700
> Facsimile : (213) 896-0400
>
> Thomas J. Wiegand
> Gregory J. Miarecki
> David E. Dahlquist
> WINSTON & STRAWN LLP
> 35 West Wacker Drive
> Chicago, Illinois 606061
> Telephone: (312) 558-5600
> Facsimile: (312) 558-5700

> By: /s/ Jenny R. Leifer
> One of Defendant's Attorneys
> Katten Muchin Rosenman LLP
> 525 West Monroe Street
> Chicago, Illinois 60661-3693
> (312) 902-5574 – Phone
> (312) 577-4468 – Facsimile
> Jenny.leifer@kattenlaw.com