UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF __ILLINOIS__
__EASTERN__ DIVISION

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, v. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.

No. 05-CV-07097
Judge Marvin E. Aspen

## RULE 7.1 DISCLOSURE STATEMENT
## NON-GOVERNMENTAL CORPORATE PARTIES

This Disclosure Statement is filed by defendant(s) : FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation

i) Identify all its parent corporations, if any;
The First American Corporation

and ii) List any publicly held company that owns 10% or more of the party's stock:
The First American Corporation

Attorney's signature: s/ Timothy J. Patenode        Date: 10/23/07

Attorney's printed name: Timothy J. Patenode

Address: 525 West Monroe Street
Chicago, IL 60661

Phone: (312) 902-5200        Fax number: (312) 902-1061

## CERTIFICATE OF SERVICE

I certify that on October 22, 2007, I electronically filed the foregoing *Rule 7.1 Disclosure Statement* with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

>Bernard E. LeSage, Esq.
>Sarah K. Andrus, Esq.
>BUCHALTER NEMER, a P.C.
>1000 Wilshire Boulevard, Suite 1500
>Los Angeles, CA 90017-2457
>Telephone (213) 891-0700
>Facsimile : (213) 896-0400
>
>Thomas J. Wiegand
>Gregory J. Miarecki
>David E. Dahlquist
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, Illinois 606061
>Telephone: (312) 558-5600
>Facsimile: (312) 558-5700

>>By: /s/ Jenny R. Leifer
>>One of Defendant's Attorneys
>>Katten Muchin Rosenman LLP
>>525 West Monroe Street
>>Chicago, Illinois 60661-3693
>>(312) 902-5574 – Phone
>>(312) 577-4468 – Facsimile
>>Jenny.leifer@kattenlaw.com