UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, v. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.

No. 05-CV-07097
Judge Marvin E. Aspen

## RULE 7.1 DISCLOSURE STATEMENT
## NON-GOVERNMENTAL CORPORATE PARTIES

This Disclosure Statement is filed by defendant(s) : METROPOLITAN TITLE COMPANY

i) Identify all its parent corporations, if any;
FIRST AMERICAN TITLE COMPANY

and ii) List any publicly held company that owns 10% or more of the party's stock:
None

Attorney's signature: s/ Timothy J. Patenode          Date: 10/23/07

Attorney's printed name: Timothy J. Patenode

Address: 525 West Monroe Street
Chicago, IL 60661

Phone: (312) 902-5200          Fax number: (312) 902-1061

## CERTIFICATE OF SERVICE

I certify that on October 22, 2007, I electronically filed the foregoing *Rule 7.1 Disclosure Statement* with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

        Bernard E. LeSage, Esq.
        Sarah K. Andrus, Esq.
        BUCHALTER NEMER, a P.C.
        1000 Wilshire Boulevard, Suite 1500
        Los Angeles, CA 90017-2457
        Telephone (213) 891-0700
        Facsimile : (213) 896-0400

        Thomas J. Wiegand
        Gregory J. Miarecki
        David E. Dahlquist
        WINSTON & STRAWN LLP
        35 West Wacker Drive
        Chicago, Illinois 606061
        Telephone: (312) 558-5600
        Facsimile: (312) 558-5700

        By: /s/ Jenny R. Leifer
        One of Defendant's Attorneys
        Katten Muchin Rosenman LLP
        525 West Monroe Street
        Chicago, Illinois 60661-3693
        (312) 902-5574 – Phone
        (312) 577-4468 – Facsimile
        Jenny.leifer@kattenlaw.com