IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT LEE S. JACOBOWITZ TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, on October 1, 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served upon Third-Party Defendant Lee S. Jacobowitz its First Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest has agreed to grant Lee S. Jacobowitz an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties hereby respectfully request that this Court extend the time for Lee S. Jacobowitz to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 20, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

BN 1445555v1

Dated: October 22, 2007                     Respectfully submitted,

By: */s/* Alexis J. Rogoski

*Attorneys for Lee S. Jacobowitz*

Alexis J. Rogoski
Traub Lieberman Straus & Shrewsberry LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532
Tel: 914-347-2600, Ext. 766
Fax: 914-347-8898


Dated: October 22, 2007                     Respectfully submitted,

By: */s/* Bernard E. LeSage

*Attorney for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457
(213) 891-5104 Telephone
(213) 630-5862 Facsimile

BN 1445555v1

## **ORDER**

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company and Third Party Defendant, Lee S. Jacobowitz, having so stipulated, IT IS ORDERED that Lee S. Jacobowitz shall have an extension of time to respond to the First Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including November 20, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007

THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

BN 1445555v1

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 22nd day of October 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/* Bernard E. LeSage

BN 1445555v1