IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) | MDL No. 1715 |
| | ) | Lead Case No. 05-CV-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) | (Centralized before The Honorable Marvin E. Aspen) |
| | ) | |
| | ) | Magistrate Judge: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) | |
| | ) | |
| Third Party Defendants. | ) | |

## **MOTION**

NOW COMES Third Party Defendant, MACKINNON & TAVANO, LLC., A DELAWARE LIMITED LIABILITY COMPANY by and through its attorneys, JOHNSON & BELL, LTD., and moves this Honorable Court for an entry of an Order for 28 days to answer or otherwise plead to the First Amended Consolidated Third-Party Complaint, and states as follows:

1.    Johnson & Bell, Ltd. has been hired to represent MACKINNON & TAVANO, LLC. in the above captioned matter.

2.      MACKINNON & TAVANO, LLC will need to locate its closed file and forward the materials to Johnson & Bell, Ltd. before Johnson & Bell Ltd. will be in a position to properly respond to the Third-Party Plaintiff's First Amended Consolidated Third Party Complaint.

3.      Johnson & Bell, Ltd respectfully requests an additional 28 days, up to and including November 23, 2007 to file its answer and affirmative defenses or otherwise plead in response to the First Amended Consolidated Third Party Complaint.

Respectfully submitted,

**s/Joseph B. Carini, III**
Joseph B. Carini, III
Bar Number:  6198227
Attorneys for Third Party Defendant
          MacKinnon & Tavano, LLC
Johnson & Bell, Ltd.
33 W. Monroe Street
Suite 2700
Chicago, IL  60603
Telephone:  (312) 372-0770
Fax:  (312) 372-2881
E-mail:  carinij@jbltd.com