IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | |
| Third Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | |
| Third Party Defendants. | |

## NOTICE OF MOTION

TO:    All Counsel of Record

Please take notice that on ***October 30, 2007*** at ***10:30 a.m.***, I shall appear before the **Honorable Marvin E. Aspen** or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1350 at the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached *Motion*.

        Respectfully submitted,

        **s/Joseph B. Carini, III**
        Joseph B. Carini, III
        Bar Number: 6198227
        Attorneys for Third Party Defendant
            MacKinnon & Tavano, LLC
        Johnson & Bell, Ltd.
        33 W. Monroe Street
        Suite 2700
        Chicago, IL 60603
        Telephone: (312) 372-0770
        Fax: (312) 372-2881
        E-mail: carinij@jbltd.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      **s/Joseph B. Carini, III**
Joseph B. Carini, III
Bar Number: 6198227
Attorneys for Third Party Defendant
    MacKinnon & Tavano, LLC
Johnson & Bell, Ltd.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770
Fax: (312) 372-2881
E-mail: carinij@jbltd.com