## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number 05-CV-7097 |
|---|---|

AMERIQUEST MORTGAGE COMPANY, a Delaware
corporation; and ARGENT MORTGAGE COMPANY LLC,
a Delaware limited liability corporation v. NORTHWEST TITLE
AND ESCROW CORPORATION, a Minnesota corporation,
*et al.*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Third-Party Defendant HILLARD N. EINBINDER

---

NAME  (Type or Print)
Gary T. Jansen

SIGNATURE
s/ Gary T. Jansen

FIRM
Cremer Kopon Shaughnessy & Spina LLC

STREET ADDRESS
180 North LaSalle Street, Suite 3300

CITY/STATE/ZIP
Chicago, Illinois 60601

| ID NUMBER | TELEPHONE NUMBER |
|---|---|
| 1688081 | (312) 726-3800 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  NO

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     NO

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL APPOINTED COUNSEL

RETAINED COUNSEL ☐                    APPOINTED COUNSEL ☐

<u>CERTIFICATION</u>

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

     I hereby certify that on October 23, 2007, I caused to be electronically filed Third-Party Defendant Hillard N. Einbinder's **Appearance** pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Gary T. Jansen
Gary T. Jansen, ARDC No. 1688081
Attorney for Defendant
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312)726-3800
Facsimile: (312 726-3818
gjansen@cksslaw.com
