IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>      Third-Party Plaintiffs,<br><br>  v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*<br><br>      Third-Party Defendants. | MDL NO. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## **MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING**

Now comes the third-party defendant, PORTNOY & GREENE, P.C., by and through its attorneys, TRIBLER ORPETT & MEYER, P.C., and pursuant to Federal Rule of Civil Procedure 6(b)(1), moves this Honorable Court to enlarge the time period in which to answer or otherwise plead, up to and including December 14, 2007. In support thereof, third-party defendant states as follows:

    1.    Third-party defendant was served with process in this multi-party, multi-district litigation on or about October 3, 2007.

2. The third-party defendant filed its Appearance in this case on October 23, 2007.

3. The undersigned seeks an extension of time in order to confer with its clients, obtain necessary documents, and answer or otherwise plead to third-party plaintiffs' multi-count Third-Party Complaint.

4. The undersigned is not dilatory in the defense of this case, and an extension of time will cause no undue delay or prejudice in this recently filed and served third-party action.

WHEREFORE, the third-party defendant, PORTNOY & GREENE, P.C., respectfully requests that this Honorable Court grant it an enlargement of time, up to and including December 14, 2007 to answer or otherwise plead to this matter and any other further relief this Court deems fair and just.

Respectfully Submitted,

s/Harlene G. Matyas
*Attorneys for Third-Party Defendant,*
*Portnoy & Greene, P.C.*
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
Telephone: (312) 201-6400
Facsimile: (312) 201-6401
hgmatyas@tribler.com

## **CERTIFICATE OF SERVICE**

I, Harlene G. Matyas, hereby certify that on this 23rd day of October, 2007, a true and correct copy of the Motion for Enlargement of Time to File Responsive Pleading was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully Submitted,

s/Harlene G. Matyas
*Attorneys for Third-Party Defendant,*
*Portnoy & Greene, P.C.*
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
Telephone: (312) 201-6400
Facsimile: (312) 201-6401
hgmatyas@tribler.com