## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number 05-CV-7097

AMERIQUEST MORTGAGE COMPANY, a Delaware
corporation; and ARGENT MORTGAGE COMPANY LLC,
a Delaware limited liability corporation v. NORTHWEST TITLE
AND ESCROW CORPORATION, a Minnesota corporation,
*et al.*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Third-Party Defendant HILLARD N. EINBINDER

---

| |
|---|
| NAME (Type or Print) |
| Nicole D. Milos |
| SIGNATURE |
| s/ Nicole D. Milos |
| FIRM |
| Cremer Kopon Shaughnessy & Spina LLC |
| STREET ADDRESS |
| 180 North LaSalle Street, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |
| ID NUMBER                              TELEPHONE NUMBER |
| 6275533                                (312) 726-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL APPOINTED COUNSEL |
| RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐ |

## CERTIFICATION

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

I hereby certify that on October 23, 2007, I caused to be electronically filed Third-Party Defendant Hillard N. Einbinder's **Appearance** pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Nicole D. Milos
Nicole D. Milos, ARDC No. 6275533
Attorney for Defendant
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 726-3800
Facsimile: (312 726-3818
nmilos@cksslaw.com
