IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>  v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*<br><br>    Third-Party Defendants. | MDL NO. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## NOTICE OF MOTION

TO:    All Counsel of Record (via ECF Filing System)


    PLEASE TAKE NOTICE that on November 6, 2007 at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen, in Room 2568 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, IL and shall then and there present third-party defendant, Portnoy & Greene, P.C.'s Motion for Enlargement of Time to File Responsive Pleading.

Respectfully Submitted,

s/Harlene G. Matyas
*Attorneys for Third-Party Defendant,*
*Portnoy & Greene, P.C.*
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
Telephone: (312) 201-6400
Facsimile: (312) 201-6401
hgmatyas@tribler.com

**CERTIFICATE OF SERVICE**

I, Harlene G. Matyas, hereby certify that on this 23rd day of October, 2007, a true and correct copy of the Notice of Motion for Enlargement of Time to File Responsive Pleading was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully Submitted,

s/Harlene G. Matyas
*Attorneys for Third-Party Defendant,*
*Portnoy & Greene, P.C.*
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
Telephone: (312) 201-6400
Facsimile: (312) 201-6401
hgmatyas@tribler.com