**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AMERIQUEST MORTGAGE COMPANY, )
a Delaware corporation; and ARGENT )
MORTGAGE COMPANY LLC, a Delaware )    No. 05-CV-07097
limited liability company, v. SEARCH 2 CLOSE, )    Judge  Marvin E. Aspen
an Ohio corporation, et al )

**RULE 7.1 DISCLOSURE STATEMENT
NON-GOVERNMENTAL CORPORATE PARTIES**

This Disclosure Statement is filed by defendant(s): <u>SEARCH 2 CLOSE, an Ohio</u>
<u>limited liability company</u>

i)    Identify all its parent corporations, if any;

<u>NONE</u>

and ii)   List any publicly held company that owns 10% or more of the party's stock:

<u>NONE</u>

Attorney's signature: _____     Date: 10/24/07

Attorney's printed name: <u>DAVID W. WARREN</u>

Address: <u>30665 Northwestern Highway, Suite 200, Farmington Hills, MI 48334</u>

Phone: <u>(248) 855-2233</u>     Fax number: <u>(248) 855-2388</u>

## CERTIFICATE OF SERVICE

I certify that on October $24$ 2007, I electronically filed the foregoing **Rule 7.1**

**Disclosure Statement** with the Clerk of the court using the CM/ECF system which will send

notification of such filing to the following:

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHWALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone (213) 891-0700
Facsimile (213) 896-0400

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 606061
Telephone (312) 558-5600
Facsimile (312) 558-5700

David W. Warren (P32449)