# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                              Case Number: 05-CV-07097

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,     Third-Party Plaintiffs,
v.
NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,    Third-Party Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third Party Defendant Tapalian & Tadros, P.C.

| | |
|---|---|
| NAME (Type or print) <br> Bruce R. Meckler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Bruce R. Meckler | |
| FIRM <br> Meckler Bulger & Tilson LLP | |
| STREET ADDRESS <br> 123 North Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06181171 | TELEPHONE NUMBER <br> 312/474-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |