IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | )<br>)<br>)<br>) |
| | ) MDL No. 1715 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | )<br>) Lead Case No. 05-CV-07097<br>)<br>) (Centralized before The Honorable<br>) Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,<br><br>    Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### TAPALIAN & TADROS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

Third Party Defendant Tapalian & Tadros, P.C., by its attorneys, Bruce R. Meckler and Brian J Williams of Meckler Bulger & Tilson LLP, pursuant to Federal Rule of Civil Procedure 6(b), hereby moves for an enlargement of time to respond to the First Amended Consolidated Third-Party Complaint ("Third-Party Complaint"). In support of this Motion, Tapalian & Tadros states as follows:

1. Tapalian & Tadros recently was named as a third party defendant in this matter.

2. Tapalian & Tadros was served with the Third Party Complaint on October 4, 2007. Its response to the Third Party Complaint is due currently on October 24, 2007.

3. On or about October 19, 2007, Meckler Bulger & Tilson was retained as counsel to represent Tapalian & Tadros in this matter. Since that time, Meckler Bulger & Tilson has been working diligently to become familiar with this matter.

4. Despite these efforts, Tapalian & Tadros needs additional time to become fully familiar with this matter and to prepare an appropriate response to the Third-Party Complaint.

5. Talapian & Tadros does not bring this Motion for purposes of delay but to allow adequate time to become familiar with the matter and to prepare a proper response to the Third-Party Complaint.

6. This is Tapalian & Tadros' first request for an enlargement of time to respond to the Third-Party Complaint.

7. Accordingly, Tapalian & Tadros respectfully requests an enlargement of time to and including November 27, 2007 to respond to the Third-Party Complaint.

WHEREFORE, third party defendant Tapalian & Tadros, P.C. respectfully requests that the Court grant it an enlargement of time to and including November 27, 2007 to respond to the First Amended Consolidated Third-Party Complaint.

                                         _____Brian J Williams_____
                                         One of the Attorneys for Third Party Defendant
                                         Tapalian & Tadros, P.C.

Bruce R. Meckler
Brian J Williams
Meckler Bulger & Tilson LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312/474-7900
Fax: 312/474-7898
N:\shared\WilliamsB\Tapalian Motion for Time.doc