IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) |
| | MDL No. 1715 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) |
| | Lead Case No. 05-CV-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*, | ) ) ) ) ) |
| Third-Party Defendants. | ) |

## NOTICE OF MOTION

TO:    All Counsel of Record

**PLEASE TAKE NOTICE** that on **Tuesday, November 6, 2007 at 10:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Marvin E. Aspen in Room 2568 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Tapalian & Tadros' Motion for Enlargement of time to Answer or Otherwise Plead to First Amended Consolidated Third-Party Complaint**, a copy of which is attached hereto and served upon you.

_____Brian J Williams_____
One of the Attorneys for Third Party Defendant
Talapian & Tadros, P.C.

Bruce R. Meckler (Ill. Bar No. 06181171)
Brian J Williams (Ill. Bar No. 06193235)
Meckler Bulger & Tilson LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312/474-7900
Fax: 312/474-7898
N:\shared\WilliamsB\Tapalian nom.doc

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on October 24, 2007, a copy of Tapalian & Tadros' Motion for Enlargement of Time to Answer or Otherwise Plead to First Amended Consolidated Third-Party Complaint was filed electronically with the Clerk of the Court using the CM/ECF system. The parties may access this filing through the Court's electronic filing system, and notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

                                                  /s/Brian J Williams

N:\shared\WilliamsB\cos-ECF.doc