# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

In re Ameriquest Mortgage Co.
Mortgage Lending Practices Litigation

Case Number: 05 C 7097
MDL No. 1715
(Centralized before Judge Aspen)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-party Defendant Cislo Title Company

| | |
|---|---|
| NAME (Type or print) <br> Jeffrey W. Finke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeffrey W. Finke | |
| FIRM <br> Law Office of Jeffrey W. Finke | |
| STREET ADDRESS <br> 20 North Wacker Drive, Suite 1701 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606-2904 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0808679 | TELEPHONE NUMBER <br> (312) 606-3333 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |