1330-57

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | ) ) ) ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS _____ | ) ) ) ) ) | |
| AMERIQUEST MORTGAGE COMPANY, A Delaware corporation; *et al.*, | ) ) | MDL NO. 1715 |
| Defendants and Third-Party Plaintiffs, | ) ) | Lead Case No. 05-cv-07097 |
| v. | ) ) ) | (Centralized before the Honorable Marvin E. Aspen) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, *et al.*, | ) ) ) ) | |
| Third-Party Defendants. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**
**NON-GOVERNMENTAL CORPORATE PARTIES**

This Disclosure Statement is filed by:

Third-Party Defendant, Residential Title Services, Inc.

i)  Identify all its parent corporations, if any;

Residential Title Services, Inc.

ii)  List any publicly held company that owns 10% or more of the party's stock:

None

Attorney's signature:  /s/ James V. Noonan        Date:  October 25, 2007
James V. Noonan
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, IL  60603
312-431-1455
312-431-1456 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing RULE 7.1 DISCLOSURE STATEMENT NON-GOVERNMENTAL CORPORATE PARTIES was served by electronic filing with the clerk of the Court (ECF) as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by U.S. Mail, first class postage prepaid upon:

Non-ECF Filing Users Listed Below:

Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL  36533-0969

Argent Mortgage Company, LLC
3 Park Plaza, 10th Floor
Irvine, CA  92614

Michael J. Breslin
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA  30309

Richard P. Colbert
Alexandra van Nes Dolger
One Canterbury Green
Stamford, CT  06901-2047

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor

Chicago, IL  60603

Brian H. Newman
Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
10000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania, Suite 2800
Indianapolis, IN  46204

Mara McRae
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309

On October 25, 2007.

/s/ James V. Noonan
Attorney for Third-Party Defendant
Residential Title Services, Inc.

James V. Noonan #6200366
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455