# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | Lead Case No. 05 C 7097<br><br>MDL No. 1715 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) | Centralized before<br>The Hon. Marvin E. Aspen |

**THIRD-PARTY DEFENDANT
NATIONAL REAL ESTATE INFORMATION SERVICES
<u>NOTIFICATION OF AFFILIATES</u>**

Pursuant to Local Rule 3.2, Third-Party Defendant National Real Estate Information Services ("NREIS") states the following:

NREIS has no publicly-held affiliates.


Dated: October 25, 2007

                                                Respectfully submitted,

                                                NATIONAL REAL ESTATE INFORMATION
                                                SERVICES, *Third-Party Defendant*


                                                By    /s/ David J. Chizewer
                                                          One of Its Attorneys


David J. Chizewer
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

I, David J. Chizewer, hereby certify that on this 25th day of October, 2007, a true and correct copy of the foregoing **THIRD-PARTY DEFENDANT NATIONAL REAL ESTATE INFORMATION SERVICES NOTIFICATION OF AFFILIATES** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Chizewer
David J. Chizewer