

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: ROY W WALLER
(Please print)

STREET ADDRESS: 5412 MAPLEWOOD PL

CITY/STATE/ZIP: DOWNERS GROVE, IL 60515

PHONE NUMBER: (630) 532-1632

CASE NUMBER: 05-CV-07097

_____     10/22/07
Signature                   Date

**FILED**
OCT 22 2007
OCT 22, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT