IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: PARTIES' STIPULATION REGARDING EXTENTION OF DEADLINES RELATING TO BORROWER CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT [DOCKET NO. 896] | |

## PARTIES' STIPULATION REGARDING EXTENTION OF DEADLINES RELATING TO BORROWER CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND [PROPOSED] ORDER

WHEREAS, based on the Parties' Stipulated Briefing Schedule For Motion For Leave To File First Amended Class Action Complaint And Other Motions Related To The First Amended Class Action Complaint [Docket No. 896], as modified and entered by the Court on September 24, 2007 [Docket No. 1143], Class Plaintiffs and Defendants have the following deadlines relating to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint:

1. Plaintiffs' opposition due on October 26, 2007; and

2. Defendants' reply to Plaintiffs' opposition due on November 13, 2007.

WHEREAS, due to the complexity of the issues involved and the status of the case, the parties agree to extend these respective deadlines by approximately 60 days.

THEREFORE, the parties, through their counsel of record, hereby stipulate and agree that:

1. Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on January 10, 2008; and

2. Defendants' reply to Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on February 4, 2008.

**IT IS SO STIPULATED:**

Dated:   October 25, 2007					By:   /s/ Kelly M. Dermody
								Attorneys for Borrower Class Plaintiffs

								Kelly M. Dermody
								LIEFF CABRASER HEIMANN &
								BERNSTEIN, LLP
								275 Battery Street, 30th Floor
								San Francisco, CA 94111-3339

								Gary Klein
								Elizabeth Ryan
								Shennan Kavanagh
								RODDY KLEIN & RYAN
								727 Atlantic Avenue
								Boston, MA 02111-2810

								Jill Bowman
								Terry Smiljanich
								JAMES HOYER NEWCOMBER &
								SMILJANICH, P.A.
								One Urban Center, Suite 550
								4830 West Kennedy Blvd., Suite 550
								Tampa, FL 33609

								By:   /s/ Alan N. Salpeter
Dated: October 25, 2007					Attorneys for Ambassador Roland Arnall

								Alan Norris Salpeter
								Vincent P. Schmeltz, III
								Therese King Nohos
								Dewey & LeBoeuf LLP
								180 North Stetson Avenue
								Suite 3700
								Chicago, IL 60601

Dated: October 25, 2007					By:   /s/ Thomas J. Wiegand
								Attorneys for Argent Mortgage Company,
								LLC

								Thomas J. Wiegand
								WINSTON & STRAWN LLP
								35 W. Wacker Drive
								Chicago, IL 60601-9703

3

Dated: October 25, 2007     By: */s/ Bernard E. LeSage*
*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457