## [PROPOSED] ORDER

Counsel for Class Plaintiffs and Defendants having so stipulated, and the Court having considering the Motion for Entry of the Stipulation, **IT IS ORDERED that the deadlines contained in Parties' Stipulated Briefing Schedule For Motion For Leave To File First Amended Class Action Complaint And Other Motions Related To The First Amended Class Action Complaint as modified and entered by the Court, shall be extended as follows:**

1. Plaintiffs' Opposition To Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on January 10, 2008; and

2. Defendants' reply or surreply to Plaintiffs' Opposition To Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on February 4, 2008.

**IT IS SO ORDERED.**

Dated:_____, 2007                  _____
                                                THE HONORABLE MARVIN E. ASPEN