## PROOF OF SERVICE

I, Gary Klein, hereby certify that on this 25th day of October 2007, a true and correct copy of the following document was filed electronically:

1. PARTIES' STIPULATION REGARDING EXTENTION OF DEADLINES RELATING TO BORROWER CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND [PROPOSED] ORDER

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

/s/ Gary Klein
Gary Klein