# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 1:05-cv-07097

AMERIQUEST MORTGAGE COMPANY
v.
NORTHWEST TITLE AND ESCROW CORPORATION,
ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    TRAVIS MORTGAGE LLC

| | |
|---|---|
| NAME (Type or print)<br>DOMINICK W. SAVAIANO | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dominick W. Savaiano | |
| FIRM<br>CLAUSEN MILLER P.C. | |
| STREET ADDRESS<br>10 South LaSalle Street | |
| CITY/STATE/ZIP<br>Chicago, IL 60603-1098 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6181611 | TELEPHONE NUMBER<br>312.855.1010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

STATE OF ILLINOIS   )
                    )  SS
COUNTY OF COOK      )

## CERTIFICATE OF SERVICE

    The undersigned, a non attorney, being first duly sworn upon oath, deposes and states that the attached ***ATTORNEY APPEARANCE (for DOMINICK W. SAVAIANO)*** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois on the 25th day of October, 2007, on behalf of Third Party Defendant, **TRAVIS MORTGAGE LLC,** and that a true and correct copy of said document will be served electronically to counsel of record via the ECF System.


/s/  Vilma Koss
_____


[√]    Under penalties as provided by law, I certify that the statements set forth herein are true and correct.