

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-C-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) | (Centralized before the Honorable Marvin E. Aspen)<br><br>Designated Magistrate Judge: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC., a Delaware limited liability company, ) ) ) ) ) | |
| Third-Party Plaintiffs, ) | |
| Vs. ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation and SEARCH 2 CLOSE, et al ) ) ) ) | |
| Third-Party Defendants. ) ) | |



FILED
JN
OCT 2 3 2007
OCT 23, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Third-Party Third Party Defendant's Affirmative Defenses

NOW COMES SEARCH 2 CLOSE, by and through its attorneys, and as Affirmative Defenses states as follows:

1. Venue is improper in this Court.

2. Plaintiffs have failed to state a claim upon which relief may be granted.

3. Plaintiffs' claim is frivolous and lacks evidentiary support.

4. There are no genuine issues of material fact, and the Third Party Defendant Search 2 Close is entitled to judgment as a matter of law.

5. Plaintiff's claims may be barred by the doctrine of laches.

1

6. Plaintiff's claims may be barred by virtue of its unclean hands and inequitable conduct.

7. Plaintiff's claims may be barred by estoppel.

8. Third Party Defendant reserves the right to assert other and further affirmative defenses, as the same may be learned through the course of discovery.

Respectfully Submitted,
**JOELSON ROSENBERG, PLC**

By: _____
DAVID A. WARREN (P32449)
ND IL. # 90785401
Attorney for Search 2 Close
30665 Northwestern Hwy. Suite 200
Farmington Hills, Michigan 48334
(248) 855-2233

Dated: October 18, 2007

## VERIFICATION

The undersigned, being duly sworn, deposes and states that he makes this verification on behalf of Search 2 Close, has personal knowledge of the facts, and that he has read the foregoing Affirmative Defenses and the statements therein are true to the best of his knowledge, information and belief.

**SEARCH 2 CLOSE, LLC**

By: _____
Kevin R. Alexander
Its authorized representative

STATE OF ~~MICHIGAN~~ OHIO )
                            )ss.
COUNTY OF Franklin )

Subscribed and sworn to before me this 18th day of October, 2007.

_____
Notary Public

MATTHEW A. TELIAK
Notary Public
In and for the State of Ohio
My Commission Expires
April 18, 2010

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-C-07097<br><br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Designated Magistrate Judge: Hon. Morton Denlow |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC., a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br>Vs.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation and SEARCH 2 CLOSE, et al<br><br>    Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby states that on October 18, 2007, **Search 2 Close's Answer to First Amended Consolidated Third-Party Complaint, Affirmative Defenses, and this Certificate of Service,** were electronically forwarded to all ECF user's of record, and were forwarded to all non-ECF user's in compliance with LR 5.5 by placing same in a United States postal receptacle, postage prepaid addressed to:

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Blvd., #1500
Los Angeles, CA  90017-2457

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
David E. Dahlquist
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL  60601

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

David W. Warren - 90785401