

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-C-07097<br><br>(Centralized before the Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Designated Magistrate Judge: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC., a Delaware limited liability company,<br><br>        Third-Party Plaintiffs,<br>Vs.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation and SEARCH 2 CLOSE, et al<br><br>        Third-Party Defendants. | **FILED**<br>J:N<br>OCT 2 3 2007<br>OCT 23, 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## ANSWER TO FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT AND AFFIRMATIVE DEFENSES

NOW COMES SEARCH 2 CLOSE, by and through its attorneys, and as its answer to Plaintiffs' First Amended Consolidated Third Party Complaint states as follows:

1.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

2.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither

admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

3. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

4. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

5. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

6. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

7. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither

admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

## General Allegations for Ameriquest Claims

Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

8. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

9. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

10. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

## General Allegations for Argent Claims

Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

11. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

12. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

13. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

14. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

15. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

16. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

17. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

### First Cause of Action
### Breach of Contract – Ameriquest Against the Title Third Party Defendants

18. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

19. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

20. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

21. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

22. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

1. That this Court dismiss Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

2. To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

3. To order sanctions imposed against Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

## Second Cause of Action
### Negligence - Ameriquest Against the Title Third Party Defendants

23. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

6

24. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

25. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

26. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

1. That this Court dismiss Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

2. To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

3. To order sanctions imposed against Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Third Cause of Action
### Equitable Indemnity – Ameriquest Against the Title Third Party Defendants

27. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

28. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

29. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

30. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

1. That this Court dismiss Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

2. To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

3. To order sanctions imposed against Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

<b><u>Fourth Cause of Action</u></b><br/><b><u>Contribution – Ameriquest Against the Title Third Party Defendants</u></b>

31. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

32. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

33. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

34. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

35. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

1. That this Court dismiss Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

2. To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

3. To order sanctions imposed against Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Fifth Cause of Action
### Breach of Contract – Argent Against Broker Third Party Defendants

36. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

37. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

38. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

39. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

40. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

41. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

1. That this Court dismiss Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

2. To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

3. To order sanctions imposed against Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

## Sixth Cause of Action
## Breach of Contract – Argent Against Title Third Party Defendants

42. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

43. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

44. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

45. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

46. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

1. That this Court dismiss Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

2. To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

3. To order sanctions imposed against Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

## Seventh Cause of Action
## Negligence – Argent Against Broker Third Party Defendants and Title Third Party Defendants

47. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

48. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

49. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

50. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

1. That this Court dismiss Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

2. To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

3. To order sanctions imposed against Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Eighth Cause of Action
### Equitable Indemnity – Argent Against the Broker Third Party Defendants and Title Third Party Defendants

51. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

14

52. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

53. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

54. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

1. That this Court dismiss Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

2. To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

3. To order sanctions imposed against Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

## Ninth Cause of Action
## Contribution – Argent Against the Broker Third Party Defendants and Title Third Party Defendants

55. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

56. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

57. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

58. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

59. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any negligence, fraud, or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

1. That this Court dismiss Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Plaintiffs' claims against Third Party Defendant lacks factual basis, and are frivolous and without merit.

2. To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

3. To order sanctions imposed against Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

Respectfully Submitted,
**JOELSON ROSENBERG, PLC**

By: _____
DAVID W. WARREN (P32449)
ND IL # 90785401
Attorney for Search 2 Close
30665 Northwestern Hwy. Suite 200
Farmington Hills, Michigan 48334
(248) 855-2233

Dated: October 18, 2007

## **VERIFICATION**

The undersigned, being duly sworn, deposes and states that he makes this verification on behalf of Search 2 Close, has personal knowledge of the facts, and that he has read the foregoing Complaint and the statements therein are true to the best of his knowledge, information and belief.

**SEARCH 2 CLOSE, LLC**

By: _____
Kevin R. Alexander
Its authorized representative

OHIO
STATE OF ~~MICHIGAN~~ )
COUNTY OF Franklin )ss.
                    )

Subscribed and sworn to before me this 17TH day of October, 2007.

_____
Notary Public

MATTHEW A. TELIAK
Notary Public
In and for the State of Ohio
My Commission Expires
April 18, 2010