

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL: 1715 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Lead Case No.: 05-Cv-07097 (Centralized before The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, A DELAWARE CORPORATION; ET AL | |
| DEFENDANTS AND THIRD PARTY PLAINTIFFS, | FILED |
| V. | OCT 2 4 2007 OCT 24, 2007 |
| NORTHWEST TITLE AND ESCROW CORPORATION, A MINNESOTA CORPORATION, ET AL. | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| THIRD PARTY DEFENDANTS | |

# ANSWER OF THIRD PARTY DEEFENDANT, THE LAW OFFICE OF JOSEPH E. NEALON, LLC.

1. The Defendant is without knowledge as to the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. The Defendant is without knowledge as to the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. The Defendant is without knowledge as to the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. The Defendant is without knowledge as to the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. The Defendant is without knowledge as to the allegations contained in Paragraph 5 of the Third Party Plaintiff's Complaint.

6. The Defendant denies the allegations contained in Paragrph 6 of the Thrird Party Plaintiff's complaint.

7.   The Defendant denies the allegations contained in Paragrph 6 of the Thrird Party Plaintiff's complaint.

8.   The Defendant is without knowledge as to the allegations contained in Paragraph 5 of the Third Party Plaintiff's Complaint.

9.   The Defendant is without knowledge as to the allegations contained in Paragraph 5 of the Third Party Plaintiff's Complaint.

10.   The Defendant denies the allegations contained in Paragrph 10 of the Thrird Party Plaintiff's complaint.

11.   The Defendant denies the allegations contained in Paragrph 11 of the Thrird Party Plaintiff's complaint.

12.   The Defendant is without knowledge as to the allegations contained in Paragraph 5 of the Third Party Plaintiff's Complaint.

13.   The Defendant is without knowledge as to the allegations contained in Paragraph 5 of the Third Party Plaintiff's Complaint.

14.   The Defendant denies the allegations contained in Paragrph 14 of the Thrird Party Plaintiff's complaint.

15.   The Defendant admits the allegations contained in Paragrph 15 of the Thrird Party Plaintiff's complaint.

16.   The Defendant admits the allegations contained in Paragrph 16 of the Thrird Party Plaintiff's complaint.

17.   The Defendant denies the allegations contained in Paragrph 10 of the Thrird Party Plaintiff's complaint.

18.   The Defendant reavers and incorporates by reference as if fully set forth herein its responses to Paragraphs 1-17 above.

19.   The Defendant denies the allegations contained in Paragrph 19 of the Thrird Party Plaintiff's complaint.

20.   The Defendant denies the allegations contained in Paragrph 20 of the Thrird Party Plaintiff's complaint.

21. The Defendant denies the allegations contained in Paragrph 21 of the Thrird Party Plaintiff's complaint.

22. The Defendant denies the allegations contained in Paragrph 22 of the Thrird Party Plaintiff's complaint.

23. The Defendant reavers and incorporates by reference as if fully set forth herein its responses to Paragraphs 1-22 above.

24. The Defendant denies the allegations contained in Paragrph 24 of the Thrird Party Plaintiff's complaint.

25. The Defendant denies the allegations contained in Paragrph 25 of the Thrird Party Plaintiff's complaint.

26. The Defendant denies the allegations contained in Paragrph 10 of the Thrird Party Plaintiff's complaint.

27. The Defendant reavers and incorporates by reference as if fully set forth herein its responses to Paragraphs 1-27 above.

28. The Defendant denies the allegations contained in Paragrph 28 of the Thrird Party Plaintiff's complaint.

29. The Defendant is without knowledge as to the allegations contained in Paragraph 5 of the Third Party Plaintiff's Complaint.

30. The Defendant denies the allegations contained in Paragrph 30 of the Thrird Party Plaintiff's complaint.

31. The Defendant reavers and incorporates by reference as if fully set forth herein its responses to Paragraphs 1-30 above.

32. The Defendant denies the allegations contained in Paragrph 32 of the Thrird Party Plaintiff's complaint.

33. The Defendant is without knowledge as to the allegations contained in Paragraph 33 of the Third Party Plaintiff's Complaint.

34. The Defendant is without knowledge as to the allegations contained in Paragraph 34 of the Third Party Plaintiff's Complaint.

35. The Defendant denies the allegations contained in Paragrph 35 of the Thrird Party Plaintiff's complaint.

36. – 41.    The Defendant is without knowledge as to the allegations contained in Paragraph 36-41 of the Third Party Plaintiff's Complaint. The Defendant is not a named Broker Defendant.

42.    The Defendant reavers and incorporates by reference as if fully set forth herein its responses to Paragraphs 1-41 above.

43.    The Defendant denies the allegations contained in Paragrph 43 of the Thrird Party Plaintiff's complaint.

44.    The Defendant denies the allegations contained in Paragrph 44 of the Thrird Party Plaintiff's complaint.

45.    The Defendant denies the allegations contained in Paragrph 45 of the Thrird Party Plaintiff's complaint.

46.    The Defendant denies the allegations contained in Paragrph 46 of the Thrird Party Plaintiff's complaint.

47.    The Defendant reavers and incorporates by reference as if fully set forth herein its responses to Paragraphs 1-46 above.

48.    The Defendant admits the allegations contained in Paragrph 48 of the Thrird Party Plaintiff's complaint.

49.    The Defendant denies the allegations contained in Paragrph 49 of the Thrird Party Plaintiff's complaint.

50.    The Defendant denies the allegations contained in Paragrph 50 of the Thrird Party Plaintiff's complaint.

51.    The Defendant reavers and incorporates by reference as if fully set forth herein its responses to Paragraphs 1-50 above.

52.    The Defendant denies the allegations contained in Paragrph 35 of the Thrird Party Plaintiff's complaint.

53.    The Defendant denies the allegations contained in Paragrph 35 of the Thrird Party Plaintiff's complaint.

54.    The Defendant denies the allegations contained in Paragrph 35 of the Thrird Party Plaintiff's complaint.

55.    The Defendant reavers and incorporates by reference as if fully set forth herein its responses to Paragraphs 1-54 above.

56. The Defendant denies the allegations contained in Paragrph 35 of the Thrird Party Plaintiff's complaint.

57. The Defendant denies the allegations contained in Paragrph 35 of the Thrird Party Plaintiff's complaint.

58. The Defendant denies the allegations contained in Paragrph 35 of the Thrird Party Plaintiff's complaint.

59. The Defendant denies the allegations contained in Paragrph 35 of the Thrird Party Plaintiff's complaint.

Date: October 23, 2007

Respectfully Submitted,
The Law Office of Joseph E. Nealon, LLC

_____
Joseph E. Nealon, Esq.
45 Lyman Street, Suite 28
Westborough, Massachusetts 01581
(508) 366-0044

## CERTIFICATE OF SERVICE

I, Joseph E. Nealon, hereby certify that on this 23rd, day of October, 2007, a true and accurate copy of the foregoing Answer was filed with the United States District Court, Northern District of Illinois via Federal Express and a copy was further served upon the following via Federal Express mail:

Bernie LeSage, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Daniel A. Edelman, et al
Edelman Combs Letturner & Goodwin LLC
120 S. LaSalle Street, 18th Floor
Chicago IL. 60603

Daniel S. Blinn
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT. 06067

Charles Delbaum
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02110

Christopher M. Lafebvre
Law Office of Claude Lefebvre & Sons
Two Dexter Street
P.O. Box 479
Pawtucket, RI 02862

_____
Joseph E. Nealon, Esq.