IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) |
| | ) Case number: MDL Number 1715 |
| AMERIQUEST MORTGAGE COMPANY AND ARGENT MORTGAGE COMPANY LLC, | ) Lead Case Number: 05-CV-07097 ) Assigned Judge: Honorable Marvin E. Aspen ) Designated Magistrate Judge: Honorable Morton Denlow ) ) |
| DEFENDANTS AND THIRD PARTY PLAINTIFFS, | ) ) ) |
| VS. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, ET. AL. | ) ) ) |
| THIRD PARTY DEFENDANTS. | ) |

ANSWER OF GLOBAL MORTGAGE, INC. TO THIRD PARTY COMPLAINT

Third party defendant Global Mortgage, Inc., through its attorney, Russell M. Kofoed, for its Answer to the First Amended Consolidated Third Party Complaint of third party defendants Ameriquest Mortgage Company and Argent Mortgage Company LLC, states as follows:

1. Third party defendant is without knowledge or informed on sufficient to form belief as the truth of the allegations set forth in paragraph 1 of the First Amended Consolidated Third Party Complaint.

2. Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of the First Amended Consolidated Third Party Complaint.

3. Third party defendant admits the allegations set forth in paragraph 3 of the First Amended Consolidated Third Party Complaint.

4. Third party defendant admits the allegations set forth in paragraph 4 of the First Amended Consolidated Third Party Complaint.

5. Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth

6. Third party defendant admits the allegations set forth in paragraph 6 of the First Amended Consolidated Third Party Complaint.

7. Third party defendant admits the allegations set forth in paragraph 6 of the First Amended Consolidated Third Party Complaint.

8. Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8 of the First Amended Consolidated third Party Complaint.

9. Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 of the First Amended Consolidated Third Party Complaint.

10. Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 of the First Amended Consolidated Third Party Complaint.

11. Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the First Amended Consolidated Third Party Complaint.

12. Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 of the First Amended Consolidated Third Party Complaint.

13. In answer to the allegations set forth Consolidated Third Party Complaint, third party defendant states that any Mortgage Broker Agreement speaks for itself regarding any obligations under taken by any mortgage broker third party defendant.

14. In answer to the allegations set forth in paragraph 14 of the First Amended Consolidated Third Party Complaint, third party defendant states that Escrow Lending Instructions between third party plaintiff Argent Mortgage Company, LLC and any title third party defendant speaks for itself regarding any obligations undertaken by any title third party defendant.

15. In answer to the allegations set forth in paragraph 15 of the First Amended Consolidated Third Party Complaint, third party defendant states that a Closing Protection letter to third party plaintiff Argent Mortgage Company, LLC from any title underwritten third party defendant undertaken by any title underwriter third party defendant.

16. In answer to the allegations set forth in paragraph 16 of the First Amended Consolidated Third Party Complaint, third party defendant states that a final title policy issued by the title underwriter third party defendant to third party plaintiff to third party plaintiff Argent Mortgage Company, LLC speaks for itself regarding any obligations undertaken by any title underwriter third party defendant.

17. In answer to the allegations set forth in paragraph 17 of the First Amended consolidated Third Party Complaint, third party defendant states that one or more plaintiff's listed on Exhibit B may have engaged a broker third party defendant apply for and obtain a loan from third party plaintiff Argent Mortgage Company, LLC, but denies the remaining allegations directed to the broker third party defendants, and makes not answer to the allegations directed to the title third party defendants since those allegations are not directed to broker third party defendants.

18.- 35. Third party defendant makes no answer to the allegations set forth in paragraphs 18 through 35 of the First Amended Consolidated Third Party Complaint pertaining to the First Course of Action, Second Cause of Action, Third Cause of Action, and fourth Cause of Action because the allegations are not directed to it/.

36. Third party defendant realleges to answers to paragraphs 1 through 35 of the First Amended Consolidated Third Party Complaint as through set forth in full as its answer to paragraph 36 of the First Amended Consolidated Third Party Complaint.

37. In answer to the allegations set forth in paragraph 37 of the First Amended Consolidated Third Party Complaint, third party defendant admits that it entered a contract with third party plaintiff Argent Mortgage Company LLC and denies the remaining allegations.

4

38. In answer to the allegations set forth in paragraph 38 of the First Amended Consolidated Third Party Complaint, third party defendant states that the contract with third party plaintiff Argent Mortgage Company LLC speaks for itself regarding any do litigations undertaken by third party defendant.

39. Third party defendant denies the allegations set forth in paragraph 39 of the First Amended Consolidated Third Party Complaint.

40. Third party defendant denies the allegations set forth in paragraph 40 of the First Amended Consolidated Third Party Complaint.

41. Third party defendant denies the allegations set forth in paragraph 41 of the First Amended Consolidated Third Party Complaint.

42.-46. Third party defendant makes no answer to the allegations set forth in paragraphs 42 through 46 of the First Amended Consolidated Third Party Complaint pertaining to the Sixth Cause of Action because the allegations are not directed to it.

47. Third party defendant realleges its answers to paragraphs 1 though 46 of the First Amended Consolidated Third Party Complaint as though set forth in full as its answers to paragraph 47 of the First Amended Consolidated Third Party Complaint.

48. Third party defendant denies the allegations set forth in paragraph 48 of the First Amended Consolidated Third Party Complaint.

49. Third party defendant denies the allegations set forth in paragraph 49 of the First Amended Consolidated Third Party Complaint.

50. Third party defendant denies the allegations set forth in paragraph 50 of the First Amended Consolidated Third Party Complaint.

51. Third party defendant realleges its answers to paragraphs 1 through 50 of the First Amended Consolidated Third Party Complaint as though set forth in fall as its answers to paragraph 51 of the First Amended Consolidated Third Party Complaint.

52. Third party defendant denies the allegations set forth in paragraph 52 of the First Amended Consolidated Third Party Complaint.

53. Third party defendant denies the allegations set forth in paragraph 53 of the First Amended Consolidated Third Party Complaint.

54. Third party defendant denies the allegations set forth in paragraph 54 of the First Amended Consolidated Third Party Complaint.

55. Third party defendant realleges its answers to paragraphs 1 through 54 of the First Amended Consolidated Third Party Complaint as though set forth in full as its answers to paragraph 55 of the First Amended Consolidated Third Party Complaint.

56. Third party defendant denies the allegations set forth in paragraph 56 of the First Amended Consolidated Third Party Complaint.

57. Third party defendant denies the allegations set forth in paragraph 57 of the First Amended Consolidated Third Party Complaint.

58. Third party defendant denies the allegations set forth in paragraph 58 of the First Amended Consolidated Third Party Complaint.

59. Third party defendant denies the allegations set forth in paragraph 59 of the First Amended Consolidated Third Party Complaint.

Wherefore, third party defendant Global Mortgage, Inc. requests this Court to dismiss the First Amended Consolidated Third Party Complaint of third party plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company LLC and to award Third Party defendant its reasonable attorney's fees and costs of suit, and to grant third party defendant such other relief that this Court shall deem just and proper.

    Respectfully submitted

_____
Russell M. Kofoed, attorney for
Third party defendant Global
Mortgage, Inc.

Russell M. Kofoed
525 West Monroe Street
Suite 2360
Chicago, Illinois 60661-3720
Telephone: (312) 876-0500
Facsimile: (312) 876-0501

CERTIFICATE OF SERVICE

I, Russell M. Kofoed, certify that on this 25th day of October that on this 25th day of October, 2007, a true and correct copy of the Answer of Global mortgage, Inc. to Third Party Complaint was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

By: /s/ Russell M. Kofoed