# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Ameriquest Mortgage Co. et al.
    v.  Northwest Title and Escrow, et al.

Case Number: MDL No. 1715
Lead Case # 05-CV-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

third-party defendant, Republic Title Company

| | |
|---|---|
| NAME (Type or print) Lee M. Weisz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Lee M. Weisz | |
| FIRM | |
| STREET ADDRESS 33 N Dearborn St, Ste 500 | |
| CITY/STATE/ZIP Chicago IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2975408 | TELEPHONE NUMBER 312/580-0001 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |