**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS <br><br> AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br>        Third-Party Plaintiffs, <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., <br><br>        Third-Party Defendants | MDL NO. 1715 <br><br> Lead Case No.; 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**Motion for Extension of Time to File Responsive Pleading**

Third-Party Defendants, Fred Sette and Sette & Bonadies, P.C., through their attorneys, Linda E. Unger and Siobhán M. Murphy, pursuant to Federal Rule of Civil Procedure 6(b)(1) for their motion to extend the time period in which to answer or otherwise plead to December 7, 2007, states as follows:

    1.    Although the court docket in this case does not reflect the issuance of summons or the service of summons on these Third-Party Defendants, service of summons was effected, sometime in early or mid-October.

    2.    These Third-Party Defendants have filed their appearance on October 26, 2007.

    3.    The undersigned counsel seeks an extension of time to investigate this claim, confer with their clients who reside out of state, obtain necessary documentation, and

prepare an answer or other pleading in response to Third-Party Plaintiffs' Third-Party Complaint.

4. This motion is not being brought for purposes of delay, and these Third-Party Defendants have not been dilatory in their efforts to provide the appropriate defense of this claim. This extension will not cause prejudice to any party.

WHEREFORE, Third-Party Defendants Fred Sette and Sette and Bonadies, P.C., pray this Court grant their request for an extension of time up to and including December 7, 2007 to answer or otherwise plead to the Third-Party Complaint, and for such other and further relief that the Court deems proper.

Respectfully Submitted,

s/ Linda E. Unger
One of the Attorneys for Third-Party Defendants
Sette & Bonadies, P.C. and Fred Sette

Linda E. Unger – ARDC No. 3125563
Siobhan M. Murphy – ARDC No. 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, IL 60661
312.345.1718/Fax: 312.345.1778

4849-8835-5074.1                                     2