**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,<br><br>    Third-Party Defendants | MDL NO. 1715<br><br>Lead Case No.; 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**NOTICE OF MOTION**

TO:    All Counsel of Record (via ECF Fililng System)

      On **November 1, 2007**, at the hour of **10:30 A.M.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendants' **Motion for Extension of Time to File Responsive Pleading**, a copy of which is attached hereto and herewith served upon you.

                                                   s/ Linda E. Unger
                              One of the Attorneys for Third-Party Defendants
                              Sette & Bonadies, P.C. and Fred Sette

Linda E. Unger – ARDC No. 3125563
Siobhan M. Murphy – ARDC No. 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, IL  60661
312.345.1718/Fax: 312.345.1778

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2007, I electronically filed the preceding **Notice of Motion** and accompanying document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                              s/ Linda E. Unger