

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | (Centralized before the Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, A Delaware Corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>  Third-Party Plaintiffs,<br><br>  1.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION., et al | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**FILED**
OCT 24 2007
OCT 24, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### THIRD-PARTY DEFENDANT KERRY A. SUMNER'S ANSWER TO FIRST AMENDED CONSOIDATED THIRD-PARTY COMPLAINT

### ANSWER

1. Admit.

2. Admit.

3. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

4. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

5. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

6. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

7. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

8. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

9. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

10. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

11. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

12. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

13. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

14. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

15. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

16. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

17. Deny.

18. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

19. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

20. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

21. Deny.

22. Deny.

23. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

24. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

25. Deny.

26. Deny.

27. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

28. Deny.

29. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

30. Deny.

31. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

32. Deny.

33. Deny.

34. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

35. Deny.

36. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

37. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

38. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

39. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

40. Deny.

41. Deny.

42. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

43. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

44. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

45. Deny.

46. Deny.

47. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

48. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

49. Deny.

50. Deny.

51. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

52. Deny.

53. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

54. Deny.

55. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

56. Deny.

57. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

58. Third-Party Defendant neither admits nor denies, but leaves the Third-Party Plaintiffs to their proof.

59. Deny.

WHEREFORE, Third-Party Defendant Kerry A. Sumner prays that Third-Party Plaintiff's Claims against Defendant be dismissed with Prejudice, and that Judgment enter in favor of Third-Party Defendant. Third Party-Defendant further prays that this Honorable Court grant all fees, costs, and reasonable Attorney's Fees incurred by Third-Party Defendant, along with such other relief this Honorable Court may deem just and proper.

KERRY A. SUMNER,

_____
Kerry A. Sumner
10 High Street, Unit G
Wakefield, RI 02879

## CERTIFICATION

I hereby certify that I have sent a copy of this Answer by regular mail to Attorney Gary Klein, RODDY KLEIN & RYAN, 727 Atlantic Avenue, Boston, MA 02111 and Attorney Thomas J. Wiegand, WINSTON & STRAWN, LLP, 35 W. Wacker Drive, Chicago, IL 60601 on this 16 day of October, 2007.

_____

October 16, 2007

To Whom It May Concern,

Enclosed is the response of Kerry A Sumner dba Nationwide Mortgage to case number MDL No. 1715, Lead Case No. 05-CV-07097.

Sincerely,

Kerry A Sumner Burns
10 High Street, Unit G
Wakefield, RI 02879
(401)782-8580