# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case 05-CV-7097 |
| In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

        Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORP., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Paul D. Boudreau

| |
|---|
| SIGNATURE  s/Carlos A. Ortiz |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  100 East Wisconsin Avenue, #2600 |
| CITY/STATE/ZIP  Milwaukee, WI  53202 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1050385 | 414-276-6464 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ |

16424241v1 NEWFILE

| | |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐         NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐         NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |