**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) | **MDL No. 1715** |
| **AMERIQUEST MORTGAGE** ) <br> **COMPANY, a Delaware corporation;** ) <br> **and ARGENT MORTGAGE** ) <br> **COMPANY LLC, a Delaware limited** ) <br> **liability company,** ) <br> ) | **Lead Case No. 05-CV-07097** <br><br> **(Centralized before The Honorable Marvin E. Aspen)** |
| **Third-Party Plaintiffs,** ) <br> ) <br> v. ) <br> ) | **This Document Relates To:** <br> **GARCIA v. ARGENT MORTGAGE** <br> **06-CV-1829** |
| **NORTHWEST TITLE and ESCROW** ) <br> **CORPORATION, a Minnesota** ) <br> **corporation, et al.** ) <br> ) <br> **Third-Party Defendants** ) | |

### MOTION FOR AN EXTENSION OF TIME

NOW COMES the Third-Party Defendant, Illinois Mortgage Funding Corporation, by and through its attorneys Brown, Udell & Pomerantz, Ltd. and moving for an enlargement of time in which to answer the Third-Party Plaintiffs Complaint states as follows:

Illinois Mortgage Funding Corporation has been named as a third-party Defendant by Argent Mortgage Company relative to a claim filed by Nancy Garcia in the case entitled Garcia versus Argent Mortgage Corporation pending as case number 06-CV-1829 and consolidated with this matter by order of the Executive Committee date May 8, 2006.

Counsel requires additional time to review the allegations in *Garcia v. Argent* along with the allegations in the Third-Party Complaint and the numerous proceedings that have taken place prior to filing an answer to the Third-Party Complaint.

WHEREFORE Third-Party Defendant Illinois Mortgage Funding Corporation prays this honorable court enter an order granting it an extension of time to answer or otherwise plead to the Third-Party Complaint to and including November 30, 2007.

                Respectfully Submitted,

                **ILLINOIS MORTGAGE FUNDING CORPORATION**

                ____s/ Dennis E. Both_____
                One of its attorneys

Dennis E. Both
BROWN, UDELL & POMERANTZ, LTD.
1332 North Halsted Street, Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney Number: 34089