IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | Lead Case No. 05-CV-07097  (Centralized before The Honorable Marvin E. Aspen) |
| Third-Party Plaintiffs, | ) ) | This Document Relates To: GARCIA v. ARGENT MORTGAGE |
| v. | ) ) | 06-CV-1829 |
| NORTHWEST TITLE and ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) ) | |
| Third-Party Defendants | ) | |

## NOTICE OF MOTION

TO:  Bernard E. LeSage              Thomas J. Wiegand
     Sarah K. Andrus                Gregory J. Miarecki
     Buchalter Nemer                David E. Dahlquist
     1000 Wilshire Boulevard, Suite 1500    Winston & Strawn LLP
     Los Angeles, CA 90017-2457     35 West Wacker Drive
                                    Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on the 30th day of October, 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the presiding judge in Room 2568, of the Dirksen Federal Building, Chicago, Illinois, and then and there present **MOTION FOR**

**AN EXTENSION OF TIME,** a copy of which is attached hereto and hereby served upon you.

.

               **ILLINOIS MORTGAGE FUNDING CORPORATION**

           By:  __s/ Dennis E. Both_____
               One of their attorneys

Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089

**CERTIFICATE OF SERVICE**

 The undersigned being first duly sworn under oath, deposes and states that I served the aforementioned **MOTION FOR AN EXTENSION OF TIME** on the following parties:

**TO:** Bernard E. LeSage    Thomas J. Wiegand
   Sarah K. Andrus     Gregory J. Miarecki
   Buchalter Nemer     David E. Dahlquist
   1000 Wilshire Boulevard, Suite 1500  Winston & Strawn LLP
   Los Angeles, CA 90017-2457   35 West Wacker Drive
              Chicago, Illinois 60601

mailing a copy to them in a properly addressed envelope, with postage prepaid, and depositing said envelope in U.S. Mail at the corner of Halsted and Evergreen, Chicago, Illinois on the 19th day of October, 2007, before the hour of 5:00 p.m.

              ___s/ Dennis E. Both_____