# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Ameriquest Mortgage Company, et al.,  
    Third Party Plaintiffs,  
v  
Northwest Title and Escrow Corp, et al.,  
    Third Party Defendants.

Case Number: 05 CV 07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANGELA BARTUCCI

| | |
|---|---|
| NAME (Type or print) <br> Lee J. Schoen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lee J. Schoen | |
| FIRM <br> Schoen, Mangan & Smith, Ltd. | |
| STREET ADDRESS <br> 200 W. Adams - Suite 1005 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC #2501759 | TELEPHONE NUMBER <br> (312) 726-5151 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |