IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

OCT 2 6 2007
OCT. 26, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AMERIQUEST MORTGAGE COMPANY,
a Delaware corporation, et al.,

    Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation,
et al.,

    Third-Party Defendants.
_____/

MDL NO. 1715

Lead Case No. 05-CV-07097

## THIRD PARTY DEFENDANT, TURNKEY TITLE CORPRATION'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD PARTY PLAINTIFF'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

Third Party Defendant, TURNKEY TITLE CORPORATION, a Florida corporation ("TURNKEY"), requests that the Court grant a brief extension of time for TURNKEY to respond to the First Amended Consolidated Third-Party Complaint (the "Complaint"), and in support thereof states:

1. Upon information and belief, TURNKEY'S response to the Complaint is due on or before today, Monday, October 22, 2007.

2. TURNKEY is a Florida corporation, and its sole office is located in Fort Lauderdale, Florida. TURNKEY is seeking advice and counsel to represent its interests and defend the accusations of the Complaint.

3. TURNKEY requires a brief thirty (30) day extension of time to engage counsel qualified to practice before this Court and experienced in the area of multidistrict litigation to

properly respond to the Complaint. A brief extension of time will permit TURNKEY'S counsel an opportunity to review all correspondence, documents and pleadings and file a proper response.

4. A brief extension of time to respond to the Complaint will not prejudice Third Party Plaintiff.

WHEREFORE, TURNKEY requests that the Court enter an order (a) granting this Motion; (b) granting TURNKEY a brief thirty (30) day extension of time to engage counsel and to respond to the Complaint; and (c) granting such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by First Class US Mail to Bernie LeSage, Esq., Buchalter Nemer, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017, and those persons listed on Exhibit A attached hereto, this 22nd day of October, 2007.

DATED: October 22, 2007

Respectfully submitted,
TurnKey Title Corporation
3696 North Federal Highway, Suite 300
Fort Lauderdale, FL 33308
(954) 745-3550, (954) 745-3551 Fax

Steven M. Stoll, Esq.
Florida Bar Number 946230

2

## EXHIBIT "A"

1. Kelly M. Dermody
   Caryn Becker
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339

2. Gary Klein
   Elizabeth Ryan
   Shennan Kavanagh
   RODDY KLEIN & RYAN
   727 Atlantic Avenue
   Boston, MA 02111-2810

3. Terry Smiljanich
   Jill Bowman
   JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
   One Urban Center, Suite 550
   4830 West Kennedy Blvd., Suite 550
   Tampa, FL 33609

4. Daniel A Edelman
   Albert F. Hofeld, Jr.
   Cathleen M Combs
   James O Latturner
   EDELMAN COMBS LATTURNER & GOODWIN LLC
   120 S LaSalle St., 18th Floor
   Chicago, IL 60603

5. Daniel S. Blinn
   CONSUMER LAW GROUP, LLC
   35 Cold Spring Road, Suite 512
   Rocky Hill, CT 06067

6. Charles Delbaum
   NATIONAL CONSUMER LAW CENTER
   77 Summer Street, 10th Floor
   Boston, MA 02110

7. Charles McLeod Baird
   OFFICE OF CHARLES M. BAIRD
   235 Peachtree Street, Suite 400
   Atlanta, GA 30303-1400