# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 05-CV-07097 |

AMERIQUEST MORTGAGE COMPANY,
        Defendants & Third-Party Plaintiffs
  v.
NORTHWEST TITLE AND ESCROW CORP., et al.
        Third-Party Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendant Vital Signing, Inc.

| | |
|---|---|
| **NAME (Type or print)** | |
| Rebecca M. Rothmann | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Rebecca M. Rothmann | |
| **FIRM** | |
| Wilson, Elser, Moskowitz, Edelman & Dicker | |
| **STREET ADDRESS** | |
| 120 N. LaSalle Street, Suite 2600 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 06236791 | 312-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |