U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number: 05-CV-07097

AMERIQUEST MORTGAGE COMPANY,
        Defendants & Third-Party Plaintiffs
  v.
NORTHWEST TITLE AND ESCROW CORP., et al.
        Third-Party Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendant Vital Signing, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Cinthia G. Motley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Cinthia G. Motley | |
| FIRM <br> Wilson, Elser, Moskowitz, Edelman & Dicker | |
| STREET ADDRESS <br> 120 N. LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06280676 | TELEPHONE NUMBER <br> 312-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |