IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL W. DERDA et ux ) | 05C7097 |
| ) | |
| Plaintiffs, ) | Case No: 07CV - 3517 |
| ) | |
| vs. ) | FILED |
| ) | OCT - 9 2007 |
| AMERIQUEST MORTGAGE ) | |
| COMPANY, ) | MICHAEL W. DOBBINS |
| and NORTHWEST TITLE & ESCROW ) | CLERK, U.S. DISTRICT COURT |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS MOTION TO FILE LATE THEIR ANSWERS TO DEFENDANT'S NORTHWEST SUMMARY JUDGMENT MOTION

Comes now plaintiff's, by attorney, and request leave of Court to file late their answers and as grounds therefore state:

1. Plaintiff's response to defendant Northwest Title summary judgment was due to be filed with the Court by October 1, 2007.

2. Counsel for plaintiffs has been involved in other legal matters that have prevented him from completing said response timely

3. This request is not made so as to hinder or delay prompt adjudication of this cause.

**WHEREFORE,** Plaintiffs pray leave of court that the enclosed answer, response to uncontroverted facts and legal memo be accepted late.

JOHNSON & JOHNSON

_____
Harold G. Johnson, #18121
Mitchell D. Johnson, #36910
Attorneys for Plaintiffs
500 Northwest Plaza, Suite 715
St. Ann, MO 63074
314 291 4444
(314) 291 3381 Fax
E-mail: johnsonlawoffice@att.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was mailed, postage prepaid and sent by United States Postal Service, this 9th day of October 2007 to:

Christopher B. Hunter
Roth, Evans and Lading, P.C.
1401 S. Brentwood Blvd., Ste 585
St. Louis, MO 63144
(314) 961 5100
Facsimile (314) 968 3320

Mr. Todd Ruskamp
Shook, Hardy and Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

_____
Harold G. Johnson