IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PAUL W. DERDA et ux )
)
) 05C7097
)
Plaintiffs, ) Case No: 07CV - 3517
)
vs. )
)
AMERIQUEST MORTGAGE )
COMPANY, )
and NORTHWEST TITLE & ESCROW )
CORPORATION, )
)
Defendants. )

FILED
OCT - 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PLAINTIFF'S ANSWER TO DEFENDANT NORTHWEST TITLE MOTION FOR SUMMARY JUDGMENT

Comes now plaintiffs, by attorney, and for their answer to Defendant Northwest Title's Motion For Summary Judgment state:

1. Admits all allegations of this paragraph.

2. Admits Northwest Title moves for summary judgment pursuant to Rule 56 but denies all other allegations of said paragraph.

3. Denies all allegations of this paragraph.

4. Denies all allegations of this paragraph.

5. Denies all allegations of this paragraph.

Wherefore, having fully answered plaintiffs pray that Northwest Title's Summary Judgment Motion be denied.

JOHNSON & JOHNSON

/s/ Harold G. Johnson
Harold G. Johnson, #18121
Mitchell D. Johnson, #36910
Attorneys for Plaintiffs
500 Northwest Plaza, Suite 715
St. Ann, MO 63074
314 291 4444
(314) 291 3381 Fax
E-mail: johnsonlawoffice@att.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was electronically sent and mailed, postage prepaid, and sent by United States Postal Service, this 9th day of October, 2007 to:

Christopher B. Hunter
Roth, Evans and Lading, P.C.
1401 S. Brentwood Blvd., Ste 585
St Louis, MO 63144
(314) 961 5100
Facsimile (314) 968-3320

Mr. Todd Ruskamp
Shook, Hardy and Bacon, LLP
2555 Grand Blvd
Kansas City, MO 64108-2613

/s/ Harold G. Johnson
Harold G. Johnson