IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
OCT - 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| PAUL W. DERDA et ux | )<br>)<br>) |
| Plaintiffs, | ) Case No: 07CV - 3517<br>) |
| vs. | )<br>) |
| AMERIQUEST MORTGAGE COMPANY,<br>and NORTHWEST TITLE & ESCROW CORPORATION, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

05C7097

### PLAINTIFFS RESPONSE TO
### DEFENDANT NORTHWEST TITLE
### STATEMENT OF UNCONTROVERTED FACTS

COMES NOW plaintiffs, by attorney and for their response state to the court:

1. For purposes of this Summary Judgment Motion, only, plaintiffs admit all allegations of paragraphs 1 through 31.

JOHNSON & JOHNSON

/s/ Harold G. Johnson

Harold G. Johnson, #18121
Mitchell D. Johnson, #36910
Attorneys for Plaintiff
500 Northwest Plaza, Suite 715
St. Ann, MO 63074
314 291 4444
(314) 291 3381 Fax
E-mail: johnsonlawoffice@att.net


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was and mailed, postage prepaid and sent by United States Postal Service, this 9th day of October, 2007 to:

Christopher B. Hunter
Roth, Evans and Lading, P.C.
1401 S. Brentwood Blvd., Ste 585
St Louis, MO 63144
(314) 961 5100
Facsimile (314) 968-3320

Mr. Todd Ruskamp
Shook, Hardy and Bacon, LLP
2555 Grand Blvd
Kansas City, MO 64108-2613

Harold G. Johnson