UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 2 9 2007
OCT. 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AMERIQUEST MORTGAGE COMPANY, )
a Delaware corporation; and ARGENT )
MORTGAGE COMPANY LLC, a Delaware ) No. 05-CV-07097
limited liability company, v. SEARCH 2 CLOSE, ) Judge Marvin E. Aspen
an Ohio corporation, et al )

## RULE 7.1 DISCLOSURE STATEMENT
## NON-GOVERNMENTAL CORPORATE PARTIES

This Disclosure Statement is filed by defendant(s): SEARCH 2 CLOSE, an Ohio limited liability company

i) Identify all its parent corporations, if any;

NONE

and ii) List any publicly held company that owns 10% or more of the party's stock:

NONE

Attorney's signature: _____ Date: 10/24/07
Attorney's printed name: DAVID W. WARREN
Address: 30665 Northwestern Highway, Suite 200, Farmington Hills, MI 48334
Phone: (248) 855-2233     Fax number: (248) 855-2388

## CERTIFICATE OF SERVICE

I certify that on October 24 2007, I electronically filed the foregoing **Rule 7.1 Disclosure Statement** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

>Bernard E. LeSage, Esq.
>Sarah K. Andrus, Esq.
>BUCHWALTER NEMER, a P.C.
>1000 Wilshire Boulevard, Suite 1500
>Los Angeles, CA 90017-2457
>Telephone (213) 891-0700
>Facsimile (213) 896-0400

>Thomas J. Wiegand
>Gregory J. Miarecki
>David E. Dahlquist
>WINSTON & STRAWN LLP
>35 W. Wacker Drive
>Chicago, Illinois 606061
>Telephone (312) 558-5600
>Facsimile (312) 558-5700

David W. Warren (P32449)