AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

THIS DOCUMENT RELATES TO ALL ACTIONS

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

CASE NUMBER: MDL No. 1715
Lead Case No. 05-CV-07097

ASSIGNED JUDGE: Hon. Marvin E. Aspen

Defendants and Third-Party Plaintiffs,

DESIGNATED
MAGISTRATE JUDGE: Hon. Morton Denlow

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,

Third-Party Defendants.

TO: Name and address of Third Party Defendant

Preferred Lending Group
1971 E. Beltline, Suite 240
Grand Rapids, MI 49525

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, Massachusetts 02111

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*Esperanza Cervild*

(By) DEPUTY CLERK

SEP 1 8 2007

DATE

# Affidavit of Process Server

| Ameriquest Mortgage Co., et al. | vs | Northwest Title & Escrow, et al. | 05 CV 07097 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Sharon L. Helsel__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Preferred Lending Group__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Third-Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint and First Amended Consolidated Third-Party Complaint

by serving (NAME) __Preferred Lending Group__

at ☒ Home __8340 Peachtree NE Rockford, MICH__

☐ Business _____

☒ on (DATE) __10-12-07__ at (TIME) __2:02 PM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Judson Schrotenboer, Owner__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____, ( )_____, ( )_____

**Description:**
☒ Male / ☐ Female
☒ White Skin / ☐ Black Skin / ☐ Yellow Skin / ☐ Brown Skin / ☐ Red Skin
☐ Black Hair / ☒ Brown Hair / ☐ Blond Hair / ☐ Gray Hair / ☐ Red Hair
☐ White Hair / ☐ Balding / ☐ Mustache / ☐ Beard
☐ 14-20 Yrs. / ☒ 21-35 Yrs. / ☐ 36-50 Yrs. / ☐ 51-65 Yrs. / ☐ Over 65 Yrs.
☐ Under 5' / ☐ 5'0"-5'3" / ☐ 5'4"-5'8" / ☒ 5'9"-6'0" / ☐ Over 6'
☐ Under 100 Lbs. / ☐ 100-130 Lbs. / ☐ 131-160 Lbs. / ☒ 161-200 Lbs. / ☐ Over 200 Lbs.
☐ Glasses

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ Michigan County of ~~Cook~~ KENT

Subscribed and sworn to before me, a notary public, this __15__ day of __October__, 20__07__

_____
NOTARY PUBLIC

SERVED BY
__Sharon L. Helsel__
LASALLE PROCESS SERVERS

JASON A. PARKER, NOTARY PUBLIC
KENT COUNTY, STATE OF MICHIGAN
MY COMMISSION EXPIRES ON 08-06-2014
ACTING IN THE COUNTY OF KENT

WINSTON

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.