AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,<br><br>Third-Party Defendants. | CASE NUMBER: MDL No. 1715<br>Lead Case No. 05-CV-07097<br><br>ASSIGNED JUDGE: Hon. Marvin E. Aspen<br><br>DESIGNATED MAGISTRATE JUDGE: Hon. Morton Denlow |

TO: Name and address of Third Party Defendant

Mortgage Depot
17 Mist Hill Dr.
New Milford, CT 06776

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Gary Klein<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, Massachusetts 02111 | Thomas J. Wiegand<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601 |

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*/s/ [signature]*

SEP 0 5 2007

(By) DEPUTY CLERK                           DATE

# Affidavit of Process Server

| Ameriquest Mortgage Co., et al. | vs | Northwest Title & Escrow, et al. | 05 CV 07097 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Kevin Farina__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Mortgage Depot__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Third-Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint and First Amended Consolidated Third-Party Complaint

by serving (NAME) __Jim Scaccia / President of Mortgage Depot__

at ☐ Home _____

☒ Business __42 Padanaram Road, Danbury, CT. 06810__

☒ on (DATE) __10/9/07__ at (TIME) __3:53 PM.__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) ___

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, in charge thereof,
namely __Jim Scaccia / President__
☐ By leaving a copy at the defendant's usual place of abode, with some person 13 years or upwards, and informing that person of the general nature of the papers
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity

**Non-Service:** After due search, careful inquiry and diligent attempts at the address process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address      ☐ Evading                             ☐ Other
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

## MORTGAGE D·E·P·O·T

**Jim Scaccia**
President

42 Padanaram Road • Danbury, CT 06810
(203) 730-6617 Ext 11 • Fax (203) 730-1931 • Cell (203) 240-662?
scacciajim@aol.com

**Service Attempts:** Service was attempted on: ( )_____, ( )_____
                                                DATE  TIME           DATE  TIME

( )_____, ( )_____, ( )_____
DATE  TIME      DATE  TIME        DATE  TIME

**Description:**
☒ Male       ☒ White Skin    ☐ Black Hair   ☒ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female     ☐ Black Skin    ☐ Brown Hair   ☒ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
             ☐ Yellow Skin   ☐ Blond Hair                  ☐ 36-50 Yrs.   ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
             ☐ Brown Skin    ☐ Gray Hair    ☐ Mustache     ☒ 51-65 Yrs.   ☒ 5'9"-6'0"    ☒ 161-200 Lbs.
☐ Glasses    ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ __Connecticut__   County of ~~Cook~~ __New Haven__

Subscribed and sworn to before me, a notary public, this __18__ day of __October__, 20 __07__

__Linda J. Perlmutter__
NOTARY PUBLIC
My Commission Expires 12/31/08

__Kevin Farina__
SERVED BY
LASALLE PROCESS SERVERS

Kevin Farina

WINSTON

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.