AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

THIS DOCUMENT RELATES TO ALL ACTIONS

---

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

                Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,

                Third-Party Defendants.

CASE NUMBER:   MDL No. 1715
                        Lead Case No. 05-CV-07097

ASSIGNED JUDGE:   Hon. Marvin E. Aspen

DESIGNATED
MAGISTRATE JUDGE: Hon. Morton Denlow

TO:   Name and address of Third Party Defendant

      Patriot Title Company, Inc.
      220 W. Washington St., Suite A
      Lebanon, IN 46052

      **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, Massachusetts 02111

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*Esperanza Arnold* (signature)

(By) DEPUTY CLERK

SEP 1 8 2007

DATE

US. DISTRICT COURT NORTHERN DISTRICT OF ILLNOIS

AMERIQUEST MORTGAGE COMPANY
(Plaintiff)
Vs.
NORTHWEST TITLE AND ESCROW
(Defendant)

Case Number: 05-CV-07097

# AFFIDAVIT OF SERVICE
By Private Process Server

The undersigned, being duly sworn deposes and says:
That I am a competent person more than 18 years of age and not a party to this action.

That I served: **PATRIOT TITLE COMPANY**

The following documents:
**THIRD PARTY SUMMONS, CERTIFICATE OF SERVICE, FIRST AMENDED CONSOLIDATED THIRD PARTY COMPLAINT, AND EXHIBITS**

At this address: **TEXAS STATION COURT, SUITE 210**
**TIMONIUM         MD 21093-**

Date/Time of Service: On the **17** day of **October**, 2007 at **03:04 PM**

Manner of Service: **BY DELIVERY TO JESSICA ZINSVAGE AUTHORIZED AGENT TO ACCEPT THE PROCESS ON BEHALF OF PATRIOT TITLE CO**

Description of Person Served:
Race: **WHITE**   Sex: **F**   Age: **20**   Height: **5.7**   Weight: **115**   Hair: **BLONDE**   Glasses:

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT HE/SHE HAS PERSONAL KNOWLEDGE OF THE FOREGOING FACTS, THAT THE FACTS ARE TRUE AND CORRECT AND THIS AFFIDAVIT WAS EXECUTED BY: **WILLIAM MALONE**        Agency Reference #: **92007-0972**

Signature of person serving process / Date (10/18/2007)

Address of Process Server:
Firm/Company Names    **LASALLE PROCESS SERVERS LP**
Party Requesting Service: **LASALLE PROCESS SERVERS LP**
Telephone Number    (800)815-3801        Fax: (312)263-0622
Address:    **29 S. LASALLE STREET SUITE 956**
**CHICAGO          IL 60603-**

Sworn before me this 18 day of Oct 20 07   My commission expires 12/10/2010
Notary Public Michael Mills   Signature of Notary

Michael A. Mills
NOTARY PUBLIC
Carroll County, Maryland
My Commission Expires December 1st 2010