AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

THIS DOCUMENT RELATES TO ALL ACTIONS

---

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

        Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,

        Third-Party Defendants.

CASE NUMBER: MDL No. 1715
Lead Case No. 05-CV-07097

ASSIGNED JUDGE: Hon. Marvin E. Aspen

DESIGNATED
MAGISTRATE JUDGE: Hon. Morton Denlow

TO: Name and address of Third Party Defendant

EW Mortgage Company
57 E. Main St.
Westborough, MA 01581

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, Massachusetts 02111

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*/s/ Juliette Montoney*
(By) DEPUTY CLERK

SEP 1 4 2007
DATE

US.DISTRICT COURT NORTHERN DISTRICT OF ILLNOIS

AMERIQUEST MORTGAGE COMPANY
(Plaintiff)
Vs.  Case Number: 05-CV-07097
NORTHWEST TITLE AND ESCROW CORPATION
(Defendant)

# AFFIDAVIT OF SERVICE
By Private Process Server

The undersigned, being duly sworn deposes and says:
That I am a competent person more than 18 years of age and not a party to this action.

That I served: **EW MORTGAGE COMPANY**

The following documents:
SUMMONS, CERTIFICATE OF SERVICE, 1ST AMENDED CONSOLIDATED THIRD
COMPLAINT, AND EXHIBITS

At this address: 1604 SPRING HILL ROAD
VIENNA    VA 22027-

Date/Time of Service: On the **19** day of **October**, 2007 at **01:08 PM**

Manner of Service: **BY DELIVERY TO JUAN GONZALEZ, ADMINISTRATIVE ASSISTANT**

Description of Person Served:
Race: **HISP**   Sex: **M**   Age: **40**   Height: **5.8**   Weight: **150**   Hair: **BLK**   Glasses:

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT HE/SHE HAS PERSONAL KNOWLEDGE
OF THE FOREGOING FACTS, THAT THE FACTS ARE TRUE AND CORRECT AND THIS AFFIDAVIT WAS
EXECUTED BY: **WILLIAM JONES**   Agency Reference #: 92007-0971

Signature of person serving process    10/19/07 /Date

Address of Process Server:
Firm/Company Names   LASALLE PROCESS SERVERS LP
Party Requesting Service: LASALLE PROCESS SERVERS LP
Telephone Number   (800)815-3801   Fax: (312)263-0622
Address:   29 S. LASALLE STREET SUITE 956
CHICAGO    IL 60603-

Sworn before me this __19__ day of __October__ 20__07__   My commission expires __12-01-07__
Notary Public _____   Signature of Notary _____

Michael A. Mills
NOTARY PUBLIC
Carroll County, Maryland
My Commission Expires December 1st 2010