IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In Re*: **Ameriquest Mortgage Co. Mortgage Lending Practices Litigation** | |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | MDL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, *et alia*,<br>      Third-party Plaintiffs,<br>   v.<br>NORTHWEST TITLE AND ESCROW CORPORATION, *et alia*,<br>      Third-party Defendants. | Centralized Before the Hon. Marvin E. Aspen |

REPUBLIC TITLE COMPANY'S MOTION FOR EXTENSION OF TIME

Third-party defendant Republic Title Company (Republic), through its attorneys, Michael A. Braun and Lee M. Weisz, moves for entry of an order granting it to and including November 30, 2007, to answer or otherwise plead to the third-party complaint. As grounds therefor, Republic states that counsel, who have only recently been retained by Republic, have not completed their investigation of the claims set forth in the third-party complaint.

WHEREFORE, Republic Title Company prays for entry of an order granting it until November 30, 2007, to answer or otherwise plead to the complaint.

                                    REPUBLIC TITLE COMPANY

                                    By:      /s/  Lee  M. Weisz
                                           One of its Attorneys

Michael A. Braun
Lee M. Weisz
33 N Dearborn, Ste 500
Chicago IL 60602
312/580-0001
\rpb\ameriquest\exttmans-mtn