IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In Re*: **Ameriquest Mortgage Co. Mortgage Lending Practices Litigation** | |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | MDL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware Limited Liability Company, | Centralized Before the Hon. Marvin E. Aspen |
| Third-party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, *et alia*, | |
| Third-party Defendants. | |

NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that on October 31, 2007, we filed, electronically, with the Clerk of the United States District Court for the Northern District of Illinois - Eastern Division, Republic Title Company's Motion for Extension of Time. Notice will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The Court date requested for hearing is Thursday, November 8, 2007, at 10:30 a.m., before the Honorable Marvin E. Aspen, Chambers Room 2516A.

/s/ *Lee M. Weisz*
LEE M. WEISZ

Michael A. Braun
Lee M. Weisz
33 N Dearborn, Ste 500
Chicago IL 60602
312/580-0001
\rpb\ameriquest\ntc-mt01