IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | : : : : : : : | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : | |
| AMERIQUEST MORTGAGE COMPANY, a Delware corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company,<br>        Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.<br><br>        Third-Party Defendants. | : : : : : : : : : : : : : | **FILED**<br>OCT 3 0 2007 NA<br>OCT. 30, 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## ANSWER TO THIRD-PARTY COMPLAINT

Access Title, LLC, Third Party Defendant hereby files its answer to the above Complaint.

### PARTIES

1. Defendant is without sufficient knowledge to admit nor deny Plaintiff's allegations and leaves Plaintiffs to their proof.

### FIRST CASE OF ACTION

Defendant denies each and every allegation contained in paragraphs 18-22, inclusive, of the Plaintiff's Complaint.

### SECOND CASE OF ACTION

Defendant denies each and every allegation contained in paragraphs 23-26, inclusive, of the Plaintiff's Complaint.

### THIRD CASE OF ACTION

Defendant denies each and every allegation contained in paragraphs 27-30, inclusive, of the Plaintiff's Complaint.

### FOURTH CASE OF ACTION

Defendant denies each and every allegation contained in paragraphs 31-35, inclusive, of the Plaintiff's Complaint.

### FIFTH CASE OF ACTION

Defendant denies each and every allegation contained in paragraphs 36-41, inclusive, of the Plaintiff's Complaint.

### SIXTH CASE OF ACTION

Defendant denies each and every allegation contained in paragraphs 42-46, inclusive, of the Plaintiff's Complaint.

### SEVENTH CASE OF ACTION

Defendant denies each and every allegation contained in paragraphs 47-50, inclusive, of the Plaintiff's Complaint.

### EIGHTH CASE OF ACTION

Defendant denies each and every allegation contained in paragraphs 51-54, inclusive, of the Plaintiff's Complaint.

NINTH CASE OF ACTION

Defendant denies each and every allegation contained in paragraphs 55-59, inclusive, of the Plaintiff's Complaint.

WHEREFORE, Defendant requests that this Honorable Court deny and dismiss the within complaint, and award damages, costs and counsel fees in defending said Complaint.

Defendant
Access Title, LLC,

By: Michael W. Favicchio, Managing Member
1200 Reservoir Avenue
Cranston, Rhode Island 02920
Telephone: (401) 946-1850
Facsimile: (401) 383-0572

CERTIFICATION

I hereby certify that on the 25th day of October, 2007 I mailed a true copy of the within document to Gary Klein, RODDY KLEIN & RYAN, 727 Atlantic Avenue, Boston, Massachusetts 02111 and Thomas J. Wiegand, WINSTON & STRAWN, LLP, 35 W. Wacker Drive, Chicago, Illinois, 60601 by regular mail, postage prepaid.

Lolly McShane