## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | MDL 1715 |
| | Lead Case 05 CV 07097 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dey, Smith & Collier, LLC

| | |
|---|---|
| NAME (Type or print) <br> Richard M. Waris | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Richard M. Waris | |
| FIRM <br> Pretzel & Stouffer, Chartered | |
| STREET ADDRESS <br> One South Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3128520 | TELEPHONE NUMBER <br> (312) 346-1973 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Attorney Appearance of Richard M. Waris as

counsel for Dey, Smith & Collier, LLC was filed electronically this 2nd day of November, 2007.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system,

fax (with confirmation page attached hereto), hand delivery and/or mail (as indicated below).

Parties may access this filing through the Court's electronic system.

| | |
|---|---|
| Bernard E. LeSage, Esq. | Thomas Joseph Wiegand, Esq. |
| Buchalter Nemer | David Edward Dahlquist, Esq. |
| 1000 Wilshire Boulevard | Greg J. Miarecki, Esq. |
| Suite 1500 | Winston & Strawn LLP |
| Los Angeles, CA 90017 | 35 West Wacker Drive |
| Tel: (213) 891-0700 | Chicago, IL 60601 |
| blesage@buchalter.com | Tel: (312) 558-5600 |
| | tweigande@winston.com |
| | ddahlquist@winston.com |
| | gmiarecki@winston.com |

/s/Richard M. Waris
Attorney Name, IL Bar No.   3128520
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
Rwaris@pretzel-stouffer.com
*Attorney for Dey, Smith & Collier, LLC*