## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                      Case Number: 05 C 7097

Ameriquest Mortgage Company, et al.,
    Third Party Plaintiffs
v.
Northwest Title and Escrow Corporation, et al.,
    Third Party Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third Party Defendants COMMONWEALTH LAND TITLE COMPANY, LANDAMERICA FINANCIAL GROUP, INC., LAWYERS TITLE INSURANCE CORPORATION, COMMONWEALTH LAND TITLE INSURANCE COMPANY and TRANSNATION TITLE INSURANCE COMPANY

| |
|---|
| NAME (Type or print) <br> Albert E. Fowerbaugh, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Albert E. Fowerbaugh, Jr. |
| FIRM <br> Locke Lord Bissell & Liddell, LLP |
| STREET ADDRESS <br> 111 South Wacker Drive |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06201219 | TELEPHONE NUMBER <br> 312-443-1871 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐