IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | No. 05-CV-7097 |
| | Judge Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORP., et al. | |

## MOTION TO WITHDRAW AS COUNSEL

Third-Party Defendant Paul D. Boudreau, by and through his attorneys, Hinshaw & Culbertson LLP, hereby respectfully moves the Court for an order permitting the law firm of Hinshaw & Culbertson LLP to withdraw as counsel of record for Boudreau and discharging it from any further obligation to represent Boudreau in this action. There is an ethical conflict with representing Boudreau which appears to prohibit Hinshaw & Culbertson LLP from continuing as counsel.

Dated 2nd day of November, 2007.

**s/ Carlos A. Ortiz**
Carlos A. Ortiz
Attorney Bar No.: 1050385
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Telephone:(312)704-3000
Fax: (312) 704-3001
E-Mail: cortiz@hinshawlaw.com
Attorneys for Third-Party Defendant Paul D. Boudreau