# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation ) ) ) THIS DOCUMENT RELATES TO ALL ) ACTIONS ) ) _____ ) ) AMERIQUEST MORTGAGE COMPANY, a ) Delaware corporation, and ARGENT ) MORTGAGE COMPANY LLC, a Delaware ) limited liability company, ) Third-Party Plaintiffs, v. NORTHWEST TITLE AND ESCROW CORP., et al. | No. 05-CV-7097 Judge Aspen |

_____

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL
_____

**TO**:   *All Counsel of Record* (via ECF system)

On **November 8, 2007, at the hour of 10:30 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead at the United States District court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Room #2568, in Chicago, Illinois, and then and there present the Motion to Withdraw As Counsel for Third-Party Defendant Paul D. Boudreau , a copy of which is hereby served upon you.

Dated 2nd day of November, 2007.

**s/ Carlos A. Ortiz**
Carlos A. Ortiz
Attorney Bar No.:  1050385
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL  60601-1081
Telephone:(312)704-3000
Fax:  (312) 704-3001
E-Mail:  cortiz@hinshawlaw.com
Attorneys for Third-Party Defendant Paul D. Boudreau
