IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1715 |
| | ) | |
| Ameriquest Mortgage Co. | ) | Lead Case No. 05-cv-07097 |
| Mortgage Lending Practices Litigation | ) | |
| | ) | Centralized before The Honorable |
| | ) | Marvin E. Aspen |
| | ) | |
| | ) | Magistrate Judge Morton Denlow |

OBJECTION OF FIRST AMERICAN TITLE INSURANCE COMPANY, MIDLAND TITLE SECURITY, INC., OHIO BAR TITLE INSURANCE COMPANY, MORTGAGE GUARANTEE AND TITLE COMPANY, AND METROPOLITAN TITLE COMPANY TO NOVEMBER 7, 2006
<u>MEMORANDUM ORDER AND OPINION</u>

Third-party defendants First American Title Insurance Company, Midland Title Security, Inc., Ohio Bar Title Insurance Company, Mortgage Guarantee and Title Company, and Metropolitan Title Company (collectively, the "First American Entities") by and through their undersigned attorneys, hereby object to the terms and conditions of the November 7, 2006 Memorandum Order and Opinion (the "November 7 Order")[Docket No. 284].  The First American Entities do not believe that they are bound by the case management plan outlined in the November 7 Order and the filing of this Objection shall not be deemed to be an acknowledgement of the applicability of the order to those entities.  The First American Entities file this objection, however, out of an abundance of caution and pending further administrative procedures approved by this Court with respect to the First American Entities and other third-party defendants.

Respectfully Submitted,

/s/ Timothy J. Patenode
Timothy J. Patenode
Katten Muchin Rosenman, LLP
525 West Monroe Street
Chicago, IL  60661
(312) 902-5200 (Phone)

and

Jeffrey T. Heintz
Christopher F. Swing
Kate M. Bradley
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311
(330) 535-5711 (Phone)

Pro Hac Vice Admission Pending

3

**<u>Certificate of Service</u>**

I, Timothy J. Patenode, hereby certify that on this 2nd day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court s electronic filing system. Parties may access this filing through the Court's system.

/s/ Timothy J. Patenode
Timothy J. Patenode
