IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized Before The Honorable Marvin E. Aspen<br><br>Magistrate Judge Morton Denlow |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS NOTICE is hereby provided to the Court that Bruce R. Meckler of the law firm of Meckler Bulger & Tilson LLP, has withdrawn as counsel for Third-Party Defendant, Tapalian & Tadros, and that Christopher E. Kentra of the law firm of Meckler Bulger & Tilson LLP is substitute counsel effective immediately. Christopher E. Kentra shall file his Appearance separately.

DATED this 2nd day of November, 2007.

Respectfully submitted,

MECKLER BULGER & TILSON LLP

s/ Christopher E. Kentra

Attorneys for Third-Party Defendant
Tapalian & Tadros

Christopher E. Kentra
MECKLER BULGER & TILSON LLP
123 North Wacker – Suite 1800
Chicago, Illinois 60606
Tel: (312) 474-7900
Fax: (312) 474-7898
No. 6211295