FILED

NOV 01 2007

Nov. 1, 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | LEAD CASE NO. 05-CV-07097 |
| | CENTRALIZED BEFORE THE HONORABLE MARVIN E. ASPEN |
| AMERIQUEST MORTGAGE COMPANY, etc. | |
| Third-Party Plaintiff, | |
| vs. | |
| TRANS UNION LLC, et al. | **MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND** |
| Third-Party Defendants. | |

NOW COMES Third-Party Defendant Choice Title Agency, Inc., by and through undersigned counsel, and hereby moves this Court for an extension of 30 days, to **November 23, 2007**, in which to move, plead or otherwise respond to the First Amended Consolidated Third-Party Complaint ("Third-Party Complaint") of Third-Party Plaintiffs. In support of this motion, Choice Title Agency, Inc. states as follows:

1. Choice Title Agency, Inc. was served with the Third-Party Complaint on or about October 3, 2007, making its response due on or about October 23, 2007.

2. Choice Title Agency, Inc. has recently retained the firm of Joseph B. Jerome and Associates to defend it in this action. Counsel for Choice Title Agency, Inc. requires additional time to investigate the claims of the Third-Party Plaintiffs and to confer with the client in order to provide an adequate response to the Third-Party Complaint.

3. Choice Title Agency, Inc. affirmatively states that the complaint was only recently filed and service only recently perfected; Choice Title Agency, Inc. has neither requested nor received prior extensions; and Third-Party Plaintiffs have not sought default judgment.

4. Under these circumstances, and under the mandate of the Federal Rules of Civil Procedure, which are in place to "secure the just, speedy, and inexpensive determination of every action,"[1] an extension of 30 days is warranted.

WHEREFORE, Choice Title Agency, Inc. respectfully requests an order permitting it an additional 30 days, through **November 23, 2007**, to move, plead or otherwise respond to the Third-Party Complaint.

Respectfully submitted,

/s/ Kevin M. Butler

Joseph B. Jerome (N.D. Ohio/Sup. Ct. 0006359)
jbj@jeromelaw.com
Kevin M. Butler (N.D. Ohio/Sup. Ct. 0074204)
kmb@jeromelaw.com
JOSEPH B. JEROME AND ASSOCIATES
55 Public Square, Suite 2020
Cleveland, Ohio 44113
(216) 241-9990

Attorneys for Choice Title Agency, Inc.

---

[1] F.R.C.P. 1.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the foregoing MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 29th day of October, 2007:

ALL COUNSEL OF RECORD

The undersigned also certifies that he caused a copy of the foregoing MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND to be served on the following Non-Participant by delivering same via First Class Mail on this 29th day of October, 2007:

N/A

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND was sent via Overnight Delivery on this 29th day of October, 2007:

Honorable Marvin E. Aspen
United States District Court
219 South Dearborn Street
Room 2578
Chicago, Illinois 60604

/s/ Kevin M. Butler

Kevin M. Butler (N.D. Ohio/Sup. Ct. 0074204)

One attorney for Choice Title Agency, Inc.

\\Jbj1\sys\WP\Motions\Extension of Time\Ameriquest v. Choice - to answer 3d party.doc