FILED
JH
NOV 0 1 2007    NF
Nov. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | LEAD CASE NO. 05-CV-07097 <br><br> CENTRALIZED BEFORE THE HONORABLE MARVIN E. ASPEN |
| AMERIQUEST MORTGAGE COMPANY, etc. <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> TRANS UNION LLC, et al. <br><br> Third-Party Defendants. | NOTICE OF MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND |

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Thursday, November 15, 2007 at 10:30 a.m.**, I shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Choice Title Agency, Inc.'s Motion for Extension of Time to Move, Plead or Otherwise Respond, a copy of which is hereby served upon you.

Respectfully submitted,

/s/ Kevin M. Butler

Joseph B. Jerome (N.D. Ohio/Sup. Ct. 0006359)
jbj@jeromelaw.com
Kevin M. Butler (N.D. Ohio/Sup. Ct. 0074204)
kmb@jeromelaw.com
JOSEPH B. JEROME AND ASSOCIATES
55 Public Square, Suite 2020
Cleveland, Ohio 44113
(216) 241-9990

Attorneys for Choice Title Agency, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the foregoing NOTICE OF MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 29th day of October, 2007:

ALL COUNSEL OF RECORD

The undersigned also certifies that he caused a copy of the foregoing NOTICE OF MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND to be served on the following Non-Participant by delivering same via First Class Mail on this 29th day of October, 2007:

N/A

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing NOTICE OF MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND was sent via Overnight Delivery on this 29th day of October, 2007:

Honorable Marvin E. Aspen
United States District Court
219 South Dearborn Street
Room 2578
Chicago, Illinois 60604

/s/ Kevin M. Butler
Kevin M. Butler (N.D. Ohio/Sup. Ct. 0074204)

One attorney for Choice Title Agency, Inc.

\\Jbj1\sys\WP\Motions\Extension of Time\Ameriquest v. Choice - notice of motion to answer 3d party.doc