FILED

OCT 1 9 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No.: 05-CV-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Surin v. Alpha Mortgage Lending, LLC, et al.,* Case No. 05-CV-1653 (D.Conn.) Case No. 06-CV-03584 (N.D. Ill) | |
| AMERIQUEST MORTGAGE COMPANY, *et. al.* | **RECEIVED** |
| Third-Party Plaintiffs, | OCT 1 9 2007 |
| v. | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| NORTHWEST TITLE AND ESCROW CORPORATION, *et. al.,* | |
| Third-Party Defendants. | OCTOBER 18, 2007 |

THIRD-PARTY DEFENDANTS ADVANTAGE EQUITY SERVICES, INC. AND
CBC COMPANIES MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD

Third-Party Defendants, Advantage Equity Services, Inc. ("AES") and CBC Companies

("CBC"), by and through its undersigned counsel, respectfully move this Court for a thirty (30)

day extension of time to answer or otherwise plead in response to Third-Party Plaintiffs' First

Amended Consolidated Third-Party Complaint ("Third-Party Complaint") up to and including

November 23, 2007. By filing this motion, AES and CBC do not waive any defenses that they may have to the Third-Party Complaint, including any jurisdictional defenses. In support of this motion, AES and CBC state as follows:

1. AES and CBC were served with the Third-Party Complaint on October 3, 2007, thereby making their responses due on October 23, 2007.

2. The Third-Party Complaint contains numerous allegations, including claims of breach of contract, negligence, indemnification and contribution. AES and CBC require time to properly investigate the allegations and formulate appropriate responses, including the possibility of a dispositive motion.

3. AES and CBC are out-of-state defendants and additional time is required to coordinate a responsive pleading.

4. The request for an additional thirty (30) days is not made in an attempt to delay these proceedings or for any other improper purpose and no party will be prejudiced f this motion is granted.

5. Counsel for AES and CBC contacted counsel for both Ameriquest Mortgage Company and Argent Mortgage Company, LLC, who stated they do not have any objection to the granting of a thirty (30) day enlargement of time, up to and including November 23, 2007.

WHEREFORE, Defendants AES and CBC respectfully request that this Court grant them an enlargement of time up to and including November 23, 2007, in which to respond to the Third Party-Complaint, and grant such further relief as it deems appropriate.

2

Done at Bridgeport, Connecticut this 18th day of October, 2007.

_____

Stephen M. Sedor (ct21117)
Durant, Nichols, Houston,
Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT 06604
Telephone (203) 366-3438
Facsimile (203) 384-0317
Ssedor@durantnic.com

ATTORNEYS FOR THIRD-PARTY
DEFENDANTS, ADVANTAGE EQUITY
SERVICES, INC. and CBC COMPANIES

## CERTIFICATION

This shall certify that a copy of the foregoing was caused to be served via U.S. Mail, Certified Mail, Return Receipt Requested, upon the following counsel of record and pro se parties of record on this 18th day of October, 2007.

Patrick M. Birney
Elizabeth Mott Smith
George C. Springer, Jr.
Thelen Reid Brown Raysman & Steiner LLP
185 Asylum Street, 10th Floor
City Place II
Hartford, CT 06103

Paul L. Brozdowski
Law Offices of Paul L. Brozdowski
Park City Plaza
10 Middle Street, 7th Floor
Bridgeport, CT 06604

Pierre-Yves Kolakowski
Zeichner, Ellman & Krause
35 Mason St.
Greenwich, CT 06830

Richard S. Ravosa, Jr.
Waterfront Lawyers Building
236 Commercial Street
Boston, MA 02109

Bernard E. LeSage
Sarah K. Andrus
Buchalter Nemer, P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Gary Klein
Roddy Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111

Stephen M. Sedor

P:\lit\pd\143800\230\00063727.DOC