IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AMERIQUEST MORTGAGE CO. ) | |
| MORTGAGE LENDING ) | |
| PRACTICES LITIGATION ) | |
| ) | |
| _____ ) | MDL No. 1715 |
| ) | |
| AMERIQUEST MORTGAGE ) | |
| COMPANY, a Delaware Corporation; ) | Lead Case No. 05-CV-07097 |
| and ARGENT MORTGAGE ) | |
| COMPANY LLC, a Delaware limited ) | (Centralized before |
| liability company, ) | the Hon. Marvin E. Aspen) |
| ) | |
| **Defendants/Third-Party** ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| NORTHWEST TITLE AND ) | |
| ESCROW CORPORATION, a ) | |
| Minnesota corporation, et al., ) | |
| ) | |
| **Third-Party Defendants.** | |

### NOTICE OF MOTION

To:     Counsel of Record (via ECF system)

PLEASE TAKE NOTICE that on November 8, 2007 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Marvin E. Aspen in Room 2568, U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present **National Real Estate Information Services' Motion To Stay, Pending A Class Certification Decision, Any Claims In The Third-Party Complaint Which Are Derived From Claims By Absent Class Members**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

-2-

DATED: November 5, 2007

        Respectfully submitted,

        NATIONAL REAL ESTATE INFORMATION
        SERVICES


        By:   /s/ Alais L. M. Griffin
             One of Its Attorneys

        David J. Chizewer
        Alais L. M. Griffin
        Chanté D. Spann
        GOLDBERG KOHN BELL BLACK
         ROSENBLOOM & MORITZ, LTD.
        55 East Monroe Street, Suite 3300
        Chicago, Illinois 60603
        (312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on November 5, 2007, she caused a copy of **National Real Estate Information Services' Motion To Stay, Pending A Class Certification Decision, Any Claims In The Third-Party Complaint Which Are Derived From Claims By Absent Class Members** to be served by the Court's ECF/electronic mailing system upon all counsel of record.

   /s/ Alais L. M. Griffin