UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE AMERIQUEST MORTGAGE
CO. MORTGAGE LENDING
PRACTICES LITIGATION

MDL No. 1715

Lead Case No.: 05-CV-07097

(Centralized before The Honorable
Marvin E. Aspen)

THIS DOCUMENT RELATES TO:
*Surin v. Alpha Mortgage Lending, LLC,
et al.,* Case No. 05-CV-1653 (D.Conn.)
Case No. 06-CV-03584 (N.D. Ill)

AMERIQUEST MORTGAGE
COMPANY, *et. al.*

        Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW
CORPORATION, *et. al.*,

        Third-Party Defendants.

FILED

OCT 19 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

OCTOBER 18, 2007

## APPEARANCE

**PLEASE TAKE NOTICE;** that the undersigned appears for the **DEFENDANTS**
Advantage Equity Services, Inc. and CBC Companies, and requests that all notices be given to,
and served upon, the undersigned at the office and telephone number below.

Done at Bridgeport, Connecticut this 18th day of October, 2007.

Stephen M. Sedor (ct21117)
Durant, Nichols, Houston,
Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604
Telephone (203) 366-3438
Facsimile (203) 384-0317
Ssedor@durantnic.com

ATTORNEYS FOR THIRD-PARTY
DEFENDANTS, ADVANTAGE EQUITY
SERVICES, INC. and CBC COMPANIES

## CERTIFICATION

This shall certify that a copy of the foregoing was caused to be served via U.S. Mail, Certified Mail, Return Receipt Requested, upon the following counsel of record and pro se parties of record on this 18th day of October, 2007.

Patrick M. Birney
Elizabeth Mott Smith
George C. Springer, Jr.
Thelen Reid Brown Raysman & Steiner LLP
185 Asylum Street, 10th Floor
City Place II
Hartford, CT 06103

Paul L. Brozdowski
Law Offices of Paul L. Brozdowski
Park City Plaza
10 Middle Street, 7th Floor
Bridgeport, CT 06604

Pierre-Yves Kolakowski
Zeichner, Ellman & Krause
35 Mason St.
Greenwich, CT 06830

Richard S. Ravosa, Jr.
Waterfront Lawyers Building
236 Commercial Street
Boston, MA 02109

Bernard E. LeSage
Sarah K. Andrus
Buchalter Nemer, P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Gary Klein
Roddy Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111

Stephen M. Sedor

P:\lit\pd\143800\230\00063847.DOC