# EXHIBIT A

to

Amended Complaint

# CHARLES M. BAIRD
ATTORNEY AT LAW
235 PEACHTREE STREET, SUITE 400
ATLANTA, GEORGIA 30303-1400

TELEPHONE (404) 287-2383
DIRECT DIAL (404) 522-9485

FACSIMILE (404) 627-7056
charlesmbaird@att.net

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7004 2890 0003 4833 9286

November 6, 2006

Ameriquest Mortgage Company
1100 Town & Country Road, Suite 200
Orange, California 92868

    Re:    Loan No. 0068111764-5589
              Transaction Between Annette M. Lindsey and Ameriquest Mortgage Company,
              Dated January 24, 2004, Involving Note and Security Deed

Dear Sir/Madam:

        I represent Annette M. Lindsey ("Ms. Lindsey") with regard to the January 24, 2004, transaction referenced above ("Transaction"). I have been authorized by Ms. Lindsey to rescind the Transaction and hereby exercise that right on her behalf pursuant to the Truth in Lending Act ("TILA"), 15 U.S.C. §1635, and Regulation Z, 12 C.F.R. §226.23. Under TILA, this rescission is effective as to all aspects of the Transaction, including all documents signed in connection therewith, and automatically and immediately places the parties in the status quo ante, i.e., in their pre-contractual positions, before the Transaction was entered into. This rescission is specifically directed toward, and immediately renders void and unenforceable, without the necessity of a court order, any arbitration agreement relevant to the Transaction.

        Ms. Lindsey has a present right to rescind the Transaction because she was not provided with proper disclosure of either the material credit terms in the Transaction or her right to rescind the Transaction. For example, Ms. Lindsey did not receive a legally sufficient Notice of Right to Cancel.

Ameriquest Mortgage Company
November 6, 2006
2

    You have twenty days after receipt of this letter to return to my client all monies paid by her in the Transaction and to take any action necessary to reflect the termination of any security interest created under the Transaction.

                                          Sincerely,

                                          Charles M. Baird