AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL
ACTIONS

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation; et al.

MDL NO. 1715

        Defendants and Third-Party
        Plaintiffs,

LEAD CASE NO. 05-CV-07097

v.

(CENTRALIZED BEFORE THE HONORABLE
MARVIN E. ASPEN)

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, et al.

        Third-Party Defendants.

To: Name and address of Third Party Defendant

Express Financial Services, Inc.
Attn: Richard M. Fuchs, CEO
875 Greentree Rd.
Acacia Building, Ste. 206
Pittsburgh, PA 15220

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| SEE ATTACHED EXHIBIT "A" | Bernie LeSage, Esq.<br>BUCHALTER NEMER<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 |

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK
NADINE FINLEY

SEP 2 4 2007

(By) DEPUTY CLERK          DATE

# Affidavit of Process Server

| In Re: Ameriquest Mortgage Co. | | 05 CV 07097 |
|---|---|---|
| PLAINTIFF/PETITIONER _Frank Gigliotti_ | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I _Frank Gigliotti_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Cypress Financial Services, Inc_
                    NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Third-Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint, First Amended Consolidated Third-Party Complaint and Exhibits A & B

by serving (NAME) _Candace Taylor_ _Candace Taylor_

at ☐ Home _____
☒ Business _#7 Parkway Center Acadia Bldg 875 Greentree Rd Pgh Pa_
☐ on (DATE) _10/3/07_ at (TIME) _11:30 am_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Candace Taylor_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address      ☐ Evading                          ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____
                                                   DATE   TIME           DATE   TIME
( ) _____ , ( ) _____ , ( ) _____
  DATE   TIME        DATE   TIME        DATE   TIME

**Description:**
☐ Male         ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female       ☐ Black Skin    ☒ Brown Hair    ☐ Balding       ☒ 21-35 Yrs.    ☐ 5'0"-5'3"     ☒ 100-130 Lbs.
               ☐ Yellow Skin   ☐ Blond Hair    ☒ 36-50 Yrs.                    ☒ 5'4"-5'8"     ☐ 131-160 Lbs.
               ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache      ☐ 51-65 Yrs.    ☐ 5'9"-6'0"     ☐ 161-200 Lbs.
☐ Glasses      ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs.  ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ _Pennsylvania_     County of ~~Cook~~ _Allegheny_

Subscribed and sworn to before me,
a notary public, this _11_ day of _October_, 20 _07_

_Kenneth J Kearney_
NOTARY PUBLIC

SERVED BY
LASALLE PROCESS SERVERS

NOTARIAL SEAL
KENNETH J KEARNEY
Notary Public
PENN HILLS TWP, ALLEGHENY COUNTY
My Commission Expires Jun 16, 2011

VARGA

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

## EXHIBIT "A"

1. Kelly M. Dermody
   Caryn Becker
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339

2. Gary Klein
   Elizabeth Ryan
   Shennan Kavanagh
   RODDY KLEIN & RYAN
   727 Atlantic Avenue
   Boston, MA 02111-2810

3. Terry Smiljanich
   Jill Bowman
   JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
   One Urban Center, Suite 550
   4830 West Kennedy Blvd., Suite 550
   Tampa, FL 33609

4. Daniel A Edelman
   Albert F. Hofeld, Jr.
   Cathleen M Combs
   James O Latturner
   EDELMAN COMBS LATTURNER & GOODWIN LLC
   120 S LaSalle St., 18th Floor
   Chicago, IL 60603

5. Daniel S. Blinn
   CONSUMER LAW GROUP, LLC
   35 Cold Spring Road, Suite 512
   Rocky Hill, CT 06067

6. Charles Delbaum
   NATIONAL CONSUMER LAW CENTER
   77 Summer Street, 10th Floor
   Boston, MA 02110

7. Daniel Harris
   Anthony Valach
   THE LAW OFFICES OF DANIEL HARRIS
   150 North Wacker Drive, Suite 3000
   Chicago, IL 60606

8.  Christopher M. Lefebvre
    LAW OFFICES OF CLAUDE LEFEBVRE & SONS
    Two Dexter Street
    P.O. Box 479
    Pawtucket, RI 02862

9.  Keith James Keogh
    Alexander Holmes Burke
    LAW OFFICES OF KEITH J. KEOGH
    227 West Monroe Street, Suite 2000
    Chicago, IL 60606

10. Brian L. Bromberg
    BRIAN L. BROMBERG, P.C.
    40 Exchange Place, Suite 604
    New York, NY 10005