AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; et al.

MDL NO. 1715

        Defendants and Third-Party Plaintiffs,

LEAD CASE NO. 05-CV-07097

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.

(CENTRALIZED BEFORE THE HONORABLE MARVIN E. ASPEN)

        Third-Party Defendants.

To: Name and address of Third Party Defendant

Resource Title, LLC
c/o Millard S. Rubenstein
3410 Philips Drive
Baltimore, MD 21208

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| SEE ATTACHED EXHIBIT "A" | Bernie LeSage, Esq.<br>BUCHALTER NEMER<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 |

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

SEP 2 4 2007

(By) DEPUTY CLERK      DATE

IN THE UNITED SATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

AMERIQUEST MORTGAGE CO.
(Plaintiff)
Vs.
NORTHWEST TITLE AND ESCROW
(Defendant)

Case Number: 05-CV-07097

# AFFIDAVIT OF SERVICE
By Private Process Server

The undersigned, being duly sworn deposes and says:
That I am a competent person more than 18 years of age and not a party to this action.

That I served: **RESOURCE TITLE, LLC, C/O MILLARD S. RUBENSTEIN**

The following documents:
**SUMMONSA ND COMPLAINT WITH EXHIBITS**

At this address: 300 RED BROOK BLVD.
OWINGS MILLS     MD 21117-

Date/Time of Service: On the 17 day of **October**, 2007 at 02:40 PM

Manner of Service: **BY DELIVERY TO MILLARD RUBENSTEIN, PRESIDENT AND RESIDENT AGENT**

Description of Person Served:
Race: **WHITE**   Sex: **M**   Age: **65**   Height: **5.9**   Weight: **150**   Hair: **WHITE**   Glasses:

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT HE/SHE HAS PERSONAL KNOWLEDGE OF THE FOREGOING FACTS, THAT THE FACTS ARE TRUE AND CORRECT AND THIS AFFIDAVIT WAS EXECUTED BY **WILLIAM MALONE**   Agency Reference #: 92007-0917

_____ 10/18/2007
Signature of person serving process   Date

Address of Process Server:
Firm/Company Names       LASALLE PROCESS SERVERS LP
Party Requesting Service: LASALLE PROCESS SERVERS LP
Telephone Number         (800)815-3801           Fax: (312)263-0622
Address:                 29 S. LASALLE STREET SUITE 956
                         CHICAGO          IL 60603-

Sworn before me this 18 day of Oct 20 2007   My commission expires 12/01/2007
Notary Public _Michael A Mills_   Signature of Notary _____

Michael A. Mills
NOTARY PUBLIC
Carroll County, Maryland
My Commission Expires December 1st 2010

## EXHIBIT "A"

1. Kelly M. Dermody
   Caryn Becker
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339

2. Gary Klein
   Elizabeth Ryan
   Shennan Kavanagh
   RODDY KLEIN & RYAN
   727 Atlantic Avenue
   Boston, MA 02111-2810

3. Terry Smiljanich
   Jill Bowman
   JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
   One Urban Center, Suite 550
   4830 West Kennedy Blvd., Suite 550
   Tampa, FL 33609

4. Daniel A Edelman
   Albert F. Hofeld, Jr.
   Cathleen M Combs
   James O Latturner
   EDELMAN COMBS LATTURNER & GOODWIN LLC
   120 S LaSalle St., 18th Floor
   Chicago, IL 60603

5. Daniel S. Blinn
   CONSUMER LAW GROUP, LLC
   35 Cold Spring Road, Suite 512
   Rocky Hill, CT 06067

6. Charles Delbaum
   NATIONAL CONSUMER LAW CENTER
   77 Summer Street, 10th Floor
   Boston, MA 02110