AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; et al.

        Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.

        Third-Party Defendants.

MDL NO. 1715

LEAD CASE NO. 05-CV-07097

(CENTRALIZED BEFORE THE HONORABLE MARVIN E. ASPEN)

To: Name and address of Third Party Defendant

National Real Estate Information Services of New Jersey, Inc.
401 Route 70 East, Suite 210
Cherry Hill, NJ 08034

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SEE ATTACHED EXHIBIT "A"

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

_Esperanza Arnold_ (signature)

(By) DEPUTY CLERK

SEP 2 4 2007

DATE

# Affidavit of Process Server

| In Re: Ameriquest Mortgage Co. | | 05 CV 07097 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT Wayne Roberts | CASE # |

Being duly sworn, on my oath, I _____, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __National Real Estate Information__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Third-Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint, First Amended Consolidated Third-Party Complaint and Exhibits A & B

by serving (NAME) __Susan Eggert as office Manager__

at ☐ Home _____
☒ Business __401 Route 70 East, Ste 210, Cherry Hill, NJ 08034__
☒ on (DATE) __10/3/2007__ at (TIME) __9:35 AM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Susan Eggert as office Manager__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____
DATE TIME          DATE TIME
( )_____, ( )_____, ( )_____
DATE TIME          DATE TIME          DATE TIME

**Description:**
☐ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☒ Female ☐ Black Skin  ☐ Brown Hair  ☐ Balding     ☒ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
         ☐ Yellow Skin ☒ Blond Hair  ☐             ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☒ 131-160 Lbs.
         ☐ Brown Skin  ☐ Gray Hair   ☐ Mustache    ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☒ Glasses ☐ Red Skin   ☐ Red Hair    ☐ Beard       ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __N/A__

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this __4__ day of __October__, 2007.

NOTARY PUBLIC

SERVED BY
LASALLE PROCESS SERVERS

JENIFER LYNN HUTWINE
Notary Public
State of New Jersey
My Commission Expires Oct 16, 2010

CHARTER MEMBER OF PROFESSIONAL PROCESS SERVERS.

NAPPS

VARGA

# EXHIBIT "A"

1.  Daniel A Edelman
    Albert F. Hofeld, Jr.
    Cathleen M Combs
    James O Latturner
    EDELMAN COMBS LATTURNER & GOODWIN LLC
    120 S LaSalle St., 18th Floor
    Chicago, IL 60603

2.  Daniel S. Blinn
    CONSUMER LAW GROUP, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT 06067

3.  Charles Delbaum
    NATIONAL CONSUMER LAW CENTER
    77 Summer Street, 10th Floor
    Boston, MA 02110

4.  Daniel Harris
    Anthony Valach
    THE LAW OFFICES OF DANIEL HARRIS
    150 North Wacker Drive, Suite 3000
    Chicago, IL 60606

5.  Brian L. Bromberg
    BRIAN L. BROMBERG, P.C.
    40 Exchange Place, Suite 604
    New York, NY 10005