# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO:<br>**[Docket #859]** | (Centralized before<br>The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>        Third –Party Plaintiff,<br><br>  v.<br><br>TRANS UNION LLC, *et al.*<br><br>        Third-Party Defendants | |

## NOTICE OF FILING

To:    Attorneys of Record

**PLEASE TAKE NOTICE** that on November 6, 2007, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois the following **NON-BORROWER THIRD-PARTY DEFENDANTS' JOINT RESPONSE TO THIRD-PARTY PLAINTIFFS' MOTION REGARDING CERTAIN CASE MANAGEMENT ISSUES**.

Dated: November 6 2007               Respectfully submitted,

                                     /s/ Michael J. Breslin

                                     Michael J. Breslin

                                     One of the attorneys for Third Party
                                     Defendants Equifax Information Services
                                     LLC, successor in interest to Equifax
                                     Credit Information Services, Inc., and
                                     Equifax Marketing Services

Mara McRae, Esq. (GA Bar No. 499138)
Michael J. Breslin, Esq. (GA Bar No. 142551)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: 404-815-6500
Facsimile: 404-815-6555

Robert E. Shapiro, Esq. (ARDC #03125180)
Stephanie M. Zimdahl, Esq. (ARDC # 6287755)
Barack Ferrazzano Kirschbaum
   & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: 312-984-3118
Facsimile: 312-984-3150


## CERTIFICATE OF SERVICE

I, Michael J. Breslin, an attorney, hereby certify that service of the attached **Notice of Filing** was accomplished pursuant to ECF as to Filing Users on the attached service list and I shall comply with LR 5.5 as to any party on the attached service list who is not a Filing User or represented by a Filing User.

This 6[h] day of November, 2007.

                                     /s/ Michael J. Breslin
                                     Michael J. Breslin