**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before <br> The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, <br><br>        Third –Party Plaintiff, <br><br>   v. <br><br> TRANS UNION LLC, *et al.* <br><br>        Third-Party Defendants | |

**NON-BORROWER THIRD-PARTY DEFENDANTS' JOINT RESPONSE TO
THIRD-PARTY PLAINTIFFS' MOTION REGARDING
<u>CERTAIN CASE MANAGEMENT ISSUES</u>**

Non-Borrower Third-Party Defendants Trans Union LLC, Equifax Information Services LLC, and ChoicePoint Precision Marketing LLC (collectively, "Third-Party Defendants") file this joint response to clarify and limit the scope and effect of Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company LLC's (collectively, "Ameriquest") pending Motion Regarding Certain Case Management Issues With Respect to Defendants' Third-Party Complaint, filed on October 23, 2007, Docket No. 1396 ("Motion"), and state as follows:

Ameriquest's Motion seeks to consolidate and organize the actions of the more than 230 *borrower* third-party defendants by, *inter alia*, compelling those defendants to appoint and take collective action through a committee representative. The rationale underlying Ameriquest's Motion, however, has no application to the three *Non-Borrower* Third-Party Defendants, since the requested relief in Ameriquest's Motion is based on the numerosity of the Borrower Third Party Defendants.

Because there are only three Non-Borrower Third-Party Defendants and the causes of action against each of them involve issues unique and unrelated to the claims against the several *borrower* third-party defendants, the scope of Ameriquest's Motion should be limited to only the borrower third-party defendants. Non-Borrower Third-Party Defendants have conferred with counsel[1] for Ameriquest's non-borrower claims, and are authorized to state that Ameriquest did not intend, nor does it seek, for its Motion to apply to Non-Borrower Third-Party Defendants.

Accordingly, Non-Borrower Third-Party Defendants Trans Union LLC, Equifax Information Services LLC, and ChoicePoint Precision Marketing LLC, respectfully request that any ruling on Ameriquest's Motion be limited to the borrower third-party defendants.

---

[1] Brian H. Newman, Buchalter Nemer, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017.

This 6th day of November, 2007.

Respectfully submitted,

/s/ Michael J. Breslin
Michael J. Breslin, Esq. (GA Bar No. 142551)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: 404-815-6500
Facsimile: 404-815-6555

Mara McRae, Esq. (GA Bar No. 499138)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: 404-815-6500
Facsimile: 404-815-6555

Robert E. Shapiro, Esq. (ARDC #03125180)
Stephanie M. Zimdahl, Esq. (ARDC # 6287755)
Barack Ferrazzano Kirschbaum
    & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: 312-984-3118
Facsimile: 312-984-3150

*Attorneys for Third Party Defendants Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc., and Equifax Marketing Services*

William R. Brown
Schuckit & Associates, P.C.
30th Floor Market Tower
10 West Market Street, Suite 3000
Indianapolis, Indiana 46204
Telephone**:** 317-363-2400
Facsimile**:** 317-363-2257

*Attorney for Third Party Defendants Trans Union LLC and Trans Union Corporation*

Laurie S. Fulton
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
Telephone:  202-434-5787
Facsimile:  202-434-5029

Paven Malhotra
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
Telephone:  202-434-5798
Facsimile:  202-434-5029

*Attorneys for Third Party Defendant ChoicePoint Precision Marketing LLC.*