AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

---

THIS DOCUMENT RELATES TO ALL
ACTIONS

---

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation; et al.

              Defendants and Third-Party
              Plaintiffs,

   v.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, et al.

          Third-Party Defendants.

**THIRD PARTY SUMMONS IN A
CIVIL ACTION**

MDL NO. 1715

LEAD CASE NO. 05-CV-07097

(CENTRALIZED BEFORE THE HONORABLE
MARVIN E. ASPEN)

To: Name and address of Third Party Defendant

Ilene K. Chapel
5215 Fairbanks
Lansing, MI 48917

     **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SEE ATTACHED EXHIBIT "A"

DEFENDANT AND THIRD-PARTY PLAINTIFF'S
ATTORNEY (name and address)

Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK
NADINE FINLEY

SEP 2 4 2007

---

(By) DEPUTY CLERK

DATE

# Affidavit of Process Server

In Re: Ameriquest Mortgage Co.                                                05 CV 07097

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I _____
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Glen K. Chapel_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒X   Third-Party Summons, Corrected Caption for First Amended
_____ Consolidated Third-Party Complaint, First Amended Consolidated
_____ Third-Party Complaint and Exhibits A & B

by serving (NAME) _Randy Chapel_

at ☒ Home _5215 Fairbanks, Lansing, MI  48917_

☐ Business _____

☐ on (DATE) _October 16, 2007_ at (TIME) _8:00 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

## Manner of Service:

☐ By Personal Service.

☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely_____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely_____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service:   After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address        ☐ Evading                        ☐ Other: _____
☐ Address Does Not Exist     ☐ Service Cancelled by Litigant   _____
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

## Service Attempts:   Service was attempted on: ( )_____, ( )_____,
                                                    DATE  TIME              DATE  TIME

( )_____, ( )_____, ( )_____,
  DATE  TIME          DATE  TIME          DATE  TIME

## Description:

☒ Male          ☒ White Skin    ☐ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female        ☐ Black Skin    ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
                ☐ Yellow Skin   ☐ Blond Hair                    ☐ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
                ☐ Brown Skin    ☒ Gray Hair     ☒ Mustache     ☒ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses       ☐ Red Skin      ☐ Red Hair      ☒ Beard        ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois        County of Cook

_Randy L Howlett_

SERVED BY

Subscribed and sworn to before me,
a notary public, this _17_ day of _OCT_ , 20 _07_

LASALLE PROCESS SERVERS

_Kathleen J Mathews_

NOTARY PUBLIC

**KATHLEEN J. MATHEWS**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires Sept. 3, 2013
Acting in the County of Ingham

VARGA

**NAPPS**

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.**

## EXHIBIT "A"

1.    Daniel A Edelman
      Albert F. Hofeld, Jr.
      Cathleen M Combs
      James O Latturner
      EDELMAN COMBS LATTURNER & GOODWIN LLC
      120 S LaSalle St., 18th Floor
      Chicago, IL 60603

2.    Daniel S. Blinn
      CONSUMER LAW GROUP, LLC
      35 Cold Spring Road, Suite 512
      Rocky Hill, CT 06067

3.    Charles Delbaum
      NATIONAL CONSUMER LAW CENTER
      77 Summer Street, 10th Floor
      Boston, MA 02110