AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; et al.

Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.

Third-Party Defendants.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

MDL NO. 1715

LEAD CASE NO. 05-CV-07097

(CENTRALIZED BEFORE THE HONORABLE MARVIN E. ASPEN)

To: Name and address of Third Party Defendant

Tristar Title, LLC
Attn: Kelly J. Sleeter
1919 S. Highland Ave., Bldg B 330
Lombard, IL 60148

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SEE ATTACHED EXHIBIT "A"

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

Paul Harrison

(By) DEPUTY CLERK

SEP 25 2007

DATE

# Affidavit of Process Server

In Re: Ameriquest Mortgage Co. — 05 CV 07097

PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I Karl Brown declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served Tristar Title, LLC
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $____ witness fee and mileage
☒ Third-Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint, First Amended Consolidated Third-Party Complaint and Exhibits A & B

by serving (NAME) X [signature] Mike Hardecopf

at ☐ Home

☒ Business 520 Redwood Aurora, Il

☒ on (DATE) 10-19-07 at (TIME) 10:59 AM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE)

from (CITY) ____ (STATE) ____

**Manner of Service:**

☒ By Personal Service.

☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely ____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely ____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Evading ☐ Other: ____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ____ DATE TIME, ( ) ____ DATE TIME,
( ) 10-15-07 12:10 PM DATE TIME, ( ) ____ DATE TIME, ( ) ____ DATE TIME

**Description:** ☐ Male ☐ Female ☐ Glasses
☐ White Skin ☐ Black Skin ☐ Yellow Skin ☐ Brown Skin ☐ Red Skin
☐ Black Hair ☐ Brown Hair ☐ Blond Hair ☐ Gray Hair ☐ Red Hair
☐ White Hair ☐ Balding ☐ Mustache ☐ Beard
☐ 14-20 Yrs. ☐ 21-35 Yrs. ☐ 36-50 Yrs. ☐ 51-65 Yrs. ☐ Over 65 Yrs.
☐ Under 5' ☐ 5'0"-5'3" ☐ 5'4"-5'8" ☐ 5'9"-6'0" ☐ Over 6'
☐ Under 100 Lbs. ☐ 100-130 Lbs. ☐ 131-160 Lbs. ☐ 161-200 Lbs. ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: ____

State of Illinois County of Cook

Karl Brown
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this 22 day of October, 2007

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

VARGA

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

**EXHIBIT "A"**

1. Daniel A Edelman
Albert F. Hofeld, Jr.
Cathleen M Combs
James O Latturner
EDELMAN COMBS LATTURNER & GOODWIN LLC
120 S LaSalle St., 18th Floor
Chicago, IL 60603

2. Daniel S. Blinn
CONSUMER LAW GROUP, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067

3. Charles Delbaum
NATIONAL CONSUMER LAW CENTER
77 Summer Street, 10th Floor
Boston, MA 02110

4. Daniel Harris
Anthony Valach
THE LAW OFFICES OF DANIEL HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL 60606