IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL 1715 |
| | LEAD CASE NO.: 05-CV-07097 |
| AMERIQUEST MORTGAGE CO, *et. al,* | JUDGE: MARVIN E. ASPEN |
| Defendants/third-party plaintiffs, | Mag. Judge: Denlow |
| v. | |
| NORTHWEST TITLE AND ESCROW CORP., *et al,* | |
| Third-Party Defendants. | |

**SUGGESTION OF BANKRUPTCY AND STAY
OF THESE PROCEEDINGS AGAINST DEFENDANT AND THIRD-PARTY
DEFENDANT TRI-SOURCE TITLE CORPORATION, INC. ONLY**

Defendant and Third party defendant Tri-Source Title Agency, Inc. ("TSTA") hereby notifies the court that:

1. On January 20, 2007 it filed a bankruptcy petition in the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division pursuant to Chapter 11 of the Bankruptcy Code.

2. The case was assigned number 02:07-bk-50377

3. TSTA is the debtor and debtor in possession. Relief was ordered on January 20, 2007. A true and accurate copy of the notice of filing is attached to this Suggestion of Stay as Exhibit

1

A.

4. Ameriquest's action appears to be founded on a claim for which a stay of the proceedings against TSTA is appropriate pursuant to 11 U.S.C. §362.

5. The undersigned is a member of this Court's Trial Bar.

6. However, this filing is for informational purposes only and does not constitute an appearance in this action by the undersigned as counsel for TSTA in the underlying action.

7. Thus, TSTA suggests that the proceedings against it only be stayed by operation of 11 U.S.C. §362.

_____
Matthew L. Alden (Oh. Bar 0065178)
Gallup & Burns
526 Superior Avenue, East, STE 810
Cleveland, Ohio 44114-1401
alden@galluplaw.com
(216) 621-4636, ext 206
(216) 621-3366 (fax)
Counsel for Tri-Source Title Agency, Inc.

### Certificate of Service

The undersigned certifies that on this 7th day of November, 2007 this document was filed electronically using the court's ECF system and a hard copy original was delivered to Magistrate Judge Denlow's chambers per the local rules via express mail. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the court's ECF system. Parties may access this filing through the court's filing system.

_____
Matthew L. Alden (Oh. Bar 0065178)

# EXHIBIT A

ECF - NoticeOfFiling                                Page 1 of 2

United States Bankruptcy Court
Southern District of Ohio

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 01/20/2007 at 1:40 PM and filed on 01/20/2007.

**Tri-Source Title Agency, Inc.**
425 Metro Place North, Ste. 450
Dublin, OH 43017
Tax id: 34-1957510



The case was filed by the debtor's attorney:

**Robert E Bardwell**
995 South High Street
Columbus, OH 43206
(614) 445-6757

The case was assigned case number 2:07-bk-50377.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ohsb.uscourts.gov/ or at the Clerk's Office, 170 North High Street, Columbus, OH 43215-2414.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kenneth Jordan**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 01/20/2007 13:41:43 | |
| PACER Login: rb1569 | Client Code: |

https://ecf.ohsb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?492609                1/20/2007