IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-C-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) | (Centralized before the Honorable Marvin E. Aspen)<br><br>Designated Magistrate Judge: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC., a Delaware limited liability company, ) ) ) ) ) | |
| Third-Party Plaintiffs, ) ) | |
| Vs. ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation and SEARCH 2 CLOSE, et al ) ) ) ) | |
| Third-Party Defendants. ) | |

FILED
NOV 5, 2007
NOV - 5 2007 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned hereby states that on October 30, 2007, the Appearance of Counsel on behalf of Search 2 Close and this Certificate of Service, were forwarded to the following non-ECF user's in compliance with LR 5.5 by placing same in a United States postal receptacle, postage prepaid addressed to:

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Blvd., #1500
Los Angeles, CA 90017-2457

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
David E. Dahlquist
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL 60601

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
Valarie L. Young