IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized Before The Honorable Marvin E. Aspen<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS NOTICE is hereby provided to the Court that Brian J Williams of the law firm of Meckler Bulger & Tilson LLP, has withdrawn as counsel for Third-Party Defendant, Tapalian & Tadros, and that J. Aaron Jensen of the law firm of Meckler Bulger & Tilson LLP is substitute counsel effective immediately. J. Aaron Jensen filed his Appearance on November 2, 2007.

DATED this 8th day of November, 2007.

Respectfully submitted,

MECKLER BULGER & TILSON LLP

s/ Brian J Williams

Attorneys for Third-Party Defendant
Tapalian & Tadros

Brian J Williams
MECKLER BULGER & TILSON LLP
123 North Wacker – Suite 1800
Chicago, Illinois 60606
Tel:  (312) 474-7900
Fax:  (312) 474-7898
No. 06193235

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on November 8, 2007, a copy of the Notice of Withdrawal and Substitution of Counsel was filed electronically with the Clerk of the Court using the CM/ECF system. The parties may access this filing through the Court's electronic filing system, and notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

/s/Brian J Williams

N:\shared\WilliamsB\cos-ECF.doc