## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | MDL 1715 |
| | Lead Case 05 CV 07097 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Resource Title, LLC**

| NAME (Type or print) |
|---|
| Matthew F. Tibble |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Matthew F. Tibble |

| FIRM |
|---|
| Pretzel & Stouffer, Chartered |

| STREET ADDRESS |
|---|
| One South Wacker Drive, Suite 2500 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282175 | (312) 346-1973 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Attorney Appearance of Matthew F. Tibble as counsel for Resource title, LLC was filed electronically this 8th day of November, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, fax (with confirmation page attached hereto), hand delivery and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

Bernard E. LeSage, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
Tel: (213) 891-0700
blesage@buchalter.com

Thomas Joseph Wiegand, Esq.
David Edward Dahlquist, Esq.
Greg J. Miarecki, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
tweigande@winston.com
ddahlquist@winston.com
gmiarecki@winston.com

/s/Matthew F. Tibble
Attorney Name, IL Bar No. 6282175
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
mtibble@pretzel-stouffer.com
*Attorney for Resource Title, LLC*