**United States District Court**
**Northern District of Illinois**

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

ANSWER OF DEFENDANT
FIRST USA FUNDING, LLC
FILED PRO SE

FILED

NOV 6 2007

nov 6 2007

MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

---

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation: and ARGENT
MORTGAGE COMPANY LLC, a Delaware
limited liability company,

Defendants and Third-Party
Plaintiffs,

v.

First USA Funding, LLC

CASE NUMBER MDL No. 1715
Lead Case No. 05-CV-07097
ASSIGNED JUDGE: Hon. Marvin E. Aspen

DESIGNATED
MAGISTRATE JUDGE: Hon. Morton Denlow

---

I am responding to the aforementioned case number with regards to the third party defendant First USA Funding, LLC, formerly located at 77 W. Elmwood Drive Centerville, OH 45459. The business closed on December 31, 2004

I deny all claims filed by Plaintiff against First USA Funding.

The Underlying Case No 07-CV-0036 (N.D. ILL.), filed January 17, 2007 Naming First USA Funding, LLC as the Broker Defendant, and First American Title Insurance Company – Midland Title Security, Inc., an Ohio Corporation named as Title Defendant bears no merit. The facts are as follows:

A refinance application was made with the Everharts on May 21, 2003.

The loan closed on August 11, 2003

The disbursement date was August 15, 2003

The loan closed and was funded by Argent Mortgage Company, LLC as Lender Named.

All pertinent documents had to be faxed to Argent Mortgage Company, LLC prior to funding. Midland Title Security, Inc. provided all required documentation as a requirement for receiving funds to satisfy all outstanding debt. Funds were wired by Argent Mortgage Company, LLC to Midland Title Security, Inc and the loan closed.

Therefore, the responsibility of all required documentation lies with the recipient/employee of Argent Mortgage Company, LLC and not with First USA Funding, LLC or any of its representatives, employees, or officers. At no time did any representative, employee or officer of First USA Funding, LLC deny any request made by Argent Mortgage Company, LLC for any documentation to support the loan request.

This should clear up any and all misconceptions of the responsibility of named parties in this matter. I am asking that the matter against First USA Funding be dismissed at Plaintiff's Cost.

Lisa Hayes 123 Stonemill Road Dayton, OH 45409

November 1, 2007