369-063183  RMW/JJS:jmc  #397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | MDL No. 1715 |
| ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| ) ) | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation; and ARGENT MORTGAGE COMPANY, LLC a Delaware Limited Liability Company, ) ) ) ) ) | |
| Third Party Plaintiffs, ) ) | |
| vs. ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, et. al., ) ) ) ) | |
| Third Party Defendants. ) | |

**THIRD PARTY DEFENDANT,
DEY, SMITH & COLLIER, LLC'S, CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 AND
NOTIFICATION OF AFFILIATES PURSUANT TO LR 3.2**

Third Party Defendant, Dey, Smith & Collier, LLC (n/k/a Dey Smith, LLC), by its attorneys, pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, hereby submits this Corporate Disclosure Statement and Notification of Affiliates and states that it has no parent corporations and no publicly held affiliates.

        Respectfully Submitted,

        DEY, SMITH & COLLIER, LLC

        /s/James J. Sipchen
          One of its attorneys

Richard M. Waris
James J. Sipchen
Matthew F. Tibble
Attorney Name, IL Bar No. 6226113
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
Jsipchen@pretzel-stouffer.com
*Attorney for Dey, Smith & Collier, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Third Party Defendant, Dey, Smith & Collier, LLC's, Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Notification of Affiliates Pursuant to LR 3.2 was filed electronically this 9th day of November, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, fax (with confirmation page attached hereto), hand delivery and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

| | |
|---|---|
| Bernard E. LeSage, Esq.<br>Buchalter Nemer<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017<br>Tel: (213) 891-0700<br>blesage@buchalter.com | Thomas Joseph Wiegand, Esq.<br>David Edward Dahlquist, Esq.<br>Greg J. Miarecki, Esq.<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>tweigande@winston.com<br>ddahlquist@winston.com<br>gmiarecki@winston.com |

/s/James J. Sipchen
Attorney Name, IL Bar No. 6226113
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
Jsipchen@pretzel-stouffer.com
*Attorney for Dey, Smith & Collier, LLC*