IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>Ameriquest Mortgage Company's Motion Regarding Certain Case Management Issues With Respect To Defendants Third-Party Complaint [Docket No. 1396] And Non-Borrower Third-Party Defendants' Joint Response To Third-Party Plaintiffs' Motion Regarding Certain Case Management Issues [Docket No. 1564]. | |

**THIRD-PARTY PLAINTIFFS' NOTICE OF NON-OPPOSITION TO NON-BORROWER THIRD-PARTY DEFENDANT'S RESPONSE TO THIRD-PARTY PLAINTIFFS' MOTION REGARDING CERTAIN CASE MANAGEMENT ISSUES**

On November 6, 2007, Non-Borrower Third-Party Defendants Trans Union LLC, Equifax Information Services LLC, and ChoicePoint Precision Marketing LLC (collectively, "Non-Borrower Third-Party Defendants") filed a response to Ameriquest Mortgage Company and Argent Mortgage Company, LLC's (collectively "Third-Party Plaintiffs") Motion Regarding Certain Case Management Issues With Respect To Defendants Third-Party Complaint. [Docket Nos. 1396 and 1564.]

Third-Party Plaintiffs concur and do not oppose Non-Borrower Third-Party Defendants' response. Third-Party Plaintiffs do not seek for their Motion to apply to the Non-Borrower Third-Party Defendants.

DATED: November 9, 2007 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: November 9, 2007 　　　　　　　　By:/s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

3

**CERTIFICATE OF SERVICE**

     I, Bernard E, LeSage, hereby certify that on this 9th day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         By: /s/ Bernard E. LeSage

BN 1482551v1