File No. 20820

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case 05 CV 7097 |
|---|---|

**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**BLS FUNDING CORP.**

| SIGNATURE | /s/ KEVIN M. O'HAGAN | |
|---|---|---|
| FIRM | O'HAGAN SPENCER, LLC | |
| STREET ADDRESS | 55 W. WACKER DRIVE, SUITE 1400 | |
| CITY/STATE/ZIP | CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6211446 | TELEPHONE NUMBER (312) 422-6100 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES /✓/ | NO / / |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES / / | NO /✓/ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / / | NO /✓/ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES /✓/ | NO / / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL / / | APPOINTED COUNSEL / / | |

Ameriquest Mortgage Company v. BLS Funding Corp., et al.
Court No. 05-CV-07097
OS File No. 20820-KMO/CAH

## SERVICE LIST

**Attorneys for Third-Party Plaintiffs:**
Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, P.C.
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457
PH: 213.891.0700
FAX: 213.896.0400
blesage@buchalter.com
sandrus@buchalter.com

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
David E. Dahlquist, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
PH: 312.558.5600
FAX: 312.558.5700
twiegand@winston.com
gmiarecki@winston.com
ddahlquist@winston.com