**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

**NOTICE OF NON-OPPOSITION TO THIRD-PARTY DEFENDANT NATIONAL REAL ESTATE INFORMATION SERVICES' MOTION TO STAY**

On November 5, 2007, Third-Party Defendant National Real Estate Information Services ("NREIS") filed a Motion to Stay, Pending a Class Certification Decision, Any Claims in the Third-Party Complaint Which are Derived From Claims by Absent Class Members [Docket No. 1543]. Counsel for Third-Party Plaintiffs Ameriquest and Argent have conferred with counsel for Third-Party Defendant NREIS regarding their motion and have no opposition to NREIS' motion to the extent that it stays Third-Party Defendants' obligations to file dispositive motions pursuant to Rule 12(b)(6) and conduct discovery until after a class certification decision is issued by this Court. Third-Party Plaintiffs' Ameriquest and Argent believe that such an Order will avoid addressing issues that may not be required if a class is not certified in this matter, thereby conserving resources of the Court and the parties.

Respectfully submitted,

DATED: November 12, 2007

By: /s/ Bernard LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services,Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

By: /s/ Thomas Wiegand

Counsel for Argent Mortgage Company, LLC

DATED: November 12, 2007

Thomas J. Wiegand
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
twiegand@winston.com
(312) 558-5600 phone
(312) 558-5700 fax

**CERTIFICATE OF SERVICE**

I, David E. Dahlquist, hereby certify that on this 12th day of November 2007, a true and correct copy of this foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ _David E. Dahlquist_

**CHI:2005184.1**