AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

THIS DOCUMENT RELATES TO ALL ACTIONS

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation; and ARGENT
MORTGAGE COMPANY LLC, a Delaware
limited liability company,

| | |
|---|---|
| CASE NUMBER: | MDL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| ASSIGNED JUDGE: | Hon. Marvin E. Aspen |

          Defendants and Third-Party
          Plaintiffs,

DESIGNATED
MAGISTRATE JUDGE: Hon. Morton Denlow

    v.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, *et al.*,

          Third-Party Defendants.

TO:    Name and address of Third Party Defendant

    Ace Mortgage Funding Inc.
    229 Red Coach Dr., Suite 107
    Mishawaka, IN 46545

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, Massachusetts 02111

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

SEP 1 4 2007

(By) DEPUTY CLERK                         DATE

# Affidavit of Process Server

_Ameriquest Mortgage Co, etal_ vs _Northwest Title & Escrow Corp._

PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE #

Being duly sworn, on my oath, I ___Bill Rorie___,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served ___Ace Mortgage Funding, Inc___
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

    ☑ _Summons & Complaint_

by serving (NAME) ___Erik Bigalow, Vice President - Legal___

at ☐ Home_____

☑ Business ___7820 Innovation Blvd #300, Indianapolis, IN 46278___

☑ on (DATE) ___10/22/07___ at (TIME) ___9:30 Am___

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☑ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely ___Erik Bigalow, Vice President___
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading     ☐ Other: _____
☐ Address Does Not Exist     ☐ Service Cancelled by Litigant _____
☐ Moved, Left no Forwarding     ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____
    DATE TIME     DATE TIME

( )_____ , ( )_____ , ( )_____
    DATE TIME     DATE TIME     DATE TIME

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☑ Brown Hair | ☐ Balding | ☑ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☑ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☑ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ _Indiana_     County of ~~Cook~~ _Marion_

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this ___23___ day of ___October___, 2007

NOTARY PUBLIC

NANCY BOTBYL
NOTARY PUBLIC - OFFICIAL SEAL
State of Indiana, Marion County
My Commission Expires Jul. 18, 2009

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.