IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the<br>Hon. Marvin E. Aspen |

THIS DOCUMENT RELATES TO THE
INDIVIDUAL ACTION NAMED BELOW

November 13, 2007

| | |
|---|---|
| JAYLEEN A. LaCROSS,<br>    Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and HSBC BANK USA, NATIONAL ASSOCIATION F/K/A HSBC BANK USA,<br>    Defendants. | Case No. 1:06-cv-04036<br><br>Hon. Marvin E. Aspen |

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

Pursuant to F.R.C.P. Rule 55, the plaintiff in the above-captioned action hereby move for a default against HSBC Bank USA, National Association F/K/A HSBC Bank USA, for its failure to file a responsive pleading to plaintiff's Amended Complaint dated April 3, 2007, and served via Notice of Waiver by Service of Summons dated August 22, 2007, within the time allowed under the Federal Rules of Civil Procedure.

                                        PLAINTIFF, Jayleen LaCross

                                        By: /s/Andrew G. Pizor
                                        Andrew G. Pizor ct27015
                                        Consumer Law Group, LLC
                                        35 Cold Spring Road, Suite 512
                                        Rocky Hill, Connecticut 06067
                                        Tel (860) 571-0408  Fax (860) 571-7457
                                        Fed Bar No. ct02188

## CERTIFICATE OF SERVICE

       I hereby certify that on this 13th day of November, 2007, a copy of the foregoing Motion for Default was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

The foregoing Motion was mailed to the following non-appearing parties:

                                            HSBC Bank USA National Association F/K/A
                                            HSBC Bank USA
                                            1105 N. Market Street
                                            Wilmington, DE 19801
                                            ATTN: BANK OFFICER


                                            /s/Andrew G. Pizor____
                                            Andrew G. Pizor