**F I L E D**

NOV 0 9 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** John Cseh, President
Lake Front Mortgage, Third Party Defendant
_____
(Please print)

**STREET ADDRESS:** 12800 Shaker Boulevard, Suite U12

**CITY/STATE/ZIP:** Cleveland, Ohio 44120

**PHONE NUMBER:** (440) 250-0411

**CASE NUMBER:** 05-CV-07097

_____
Signature

Nov. 7, 2007
Date