**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: Ameriquest Mortgage Co., ) <br> Mortgage Lending Practices Litigation. ) <br>  ) <br>  ) <br>  ) <br> _____ ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br> *Arthur Boudin v. Ameriquest* ) <br> *Mortgage Company, et al*; ) <br> Case No. 07 C 5422 ) | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> Centralized before the Honorable <br> Marvin E. Aspen |

**NOTICE OF APPEARANCE**

Comes now, Earl P. Underwood, Jr., and files his appearance as counsel on behalf of Plaintiff in the above-styled case.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for Plaintiffs
Post Office Box 969
Fairhope, AL 36533-0969
251.990.5558 voice
251.990.0626 fax
epunderwood@alalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of November, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

  I further certify that on this 13th day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Earl P. Underwood, Jr.
        Earl P. Underwood, Jr.