**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>*Dorothy Roberson v. Ameriquest Mortgage Company*; Case No. 07-cv-5580;<br>*Cedric Anthony, et al. v. Ameriquest Mortgage Co.*, Case No. 07-cv-5581;<br>*Eddie German, et al. v. Ameriquest Mortgage Co.*, Case No. 07-cv-5582;<br>*Chonita Means, et al. v. Ameriquest Mortgage Co.*, Case No. 07-cv-5583;<br>*Fredrick Hunter, et al., v. Ameriquest Mortgage Co.*, Case No. 07-cv-5584;<br>*Louis Brown, et al. v. Ameriquest Mortgage Co.*, Case No. 07-cv-5585. | | |

**NOTICE OF APPEARANCE**

Comes now, Earl P. Underwood, Jr., and files his appearance as counsel on behalf of Plaintiffs in the above-styled cases.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for Plaintiffs
Post Office Box 969
Fairhope, AL 36533-0969
251.990.5558 voice
251.990.0626 fax
epunderwood@alalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of November, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

   I further certify that on this 13th day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            /s/ Earl P. Underwood, Jr.
            Earl P. Underwood, Jr.