IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION,<br><br>    Plaintiffs,<br><br>AMERIQUEST MORTGAGE CO.,<br>a Delaware corporation, and<br>ARGENT MORTGAGE COMPANY, LLC,<br>a Delaware limited liability company,<br><br>    Defendants/Third-Party<br>    Plaintiffs<br><br>    v.<br>NORTHWEST TITLE AND ESCROW<br>CORPORATION, a Minnesota corporation,<br>et atl.<br><br>    Third-Party Defendants | MDL 1715<br><br>Lead Case No.: 05-cv-7097<br><br>(Centralized before the Honorable<br>Marvin E. Aspen) |

### NOTICE OF FILING

TO:    All Counsel of Record

    Please take notice that on this 13th day of November, 2007, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **ATTORNEY APPEARANCE ON BEHALF OF THIRD-PARTY DEFENDANTS LENDERS FIRST CHOICE AND FINANCIAL TITLE COMPANY,** a copy of which is attached hereto and served upon you.

                        Respectfully submitted,

                        LENDERS FIRST CHOICE and
                        FINANCIAL TITLE COMANY,

                        By: /s/ _____
                              One of their Attorneys

Gerald Haberkorn
Kevin J. Clancy
Lowis & Gellen
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2250
*Attorneys for Third-Party Defendants*
*Lenders First Choice and Financial Title Company*

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, hereby certifies that on November 13, 2007, he caused the foregoing document to filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing all counsel of record in this case.

_/s/ Kevin J. Clancy_
Kevin J. Clancy

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Case Number:

MDL 1715
Lead Case No. 05-cv-7097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendant LENDERS FIRST CHOICE and
Third-Party Defendant FINANCIAL TITLE COMPANY

| |
|---|
| NAME (Type or print)<br>Kevin J. Clancy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Kevin J. Clancy |
| FIRM<br>Lowis & Gellen, LLP |
| STREET ADDRESS<br>200 W. Adams, Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6217109 | TELEPHONE NUMBER<br>312-364-2500 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |