IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 1:05-cv-07097 <br><br> Centralized before the <br> Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | <br> November 14, 2007 |
| JAYLEEN A. LaCROSS, <br>    Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY and HSBC BANK USA, NATIONAL ASSOCIATION F/K/A HSBC BANK USA, <br>    Defendants. | Case No. 1:06-cv-04036 <br><br> Hon. Marvin E. Aspen |

## MOTION TO WITHDRAW MOTION FOR DEFAULT

The plaintiff in the above-captioned action filed a Motion for Default against defendant, HSBC Bank USA, National Association F/K/A HSBC Bank USA, ("HSBC"), on November 13, 2007, document number 1613.

Plaintiff's attorney has spoken with HSBC's attorneys and now moves to withdraw said motion.

                                      **PLAINTIFF, Jayleen LaCross**

                                      By: /s/Andrew G. Pizor
                                      Andrew G. Pizor ct27015
                                      Consumer Law Group, LLC
                                      35 Cold Spring Road, Suite 512
                                      Rocky Hill, Connecticut 06067
                                      Tel (860) 571-0408  Fax (860) 571-7457
                                      Fed Bar No. ct02188

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of November, 2007, a copy of the foregoing Motion for Default was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/Andrew G. Pizor____
                Andrew G. Pizor