**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1715<br><br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the Hon. Marvin E. Aspen<br><br><br><br>November 14, 2007 |
| THIS DOCUMENT RELATES TO:<br>*Raffadeen et al. v. Ameriquest Mortgage Co.*, N.D. Ill. 1:07-cv-5284 transferred from S.D.N.Y. #1:07-cv-06415-AKH | |

**NOTICE OF OPTING-OUT OF CLASS ACTIONS**

    The plaintiffs in the above action hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them.

    Respectfully Submitted,

    By: /s/Andrew G. Pizor
        Daniel S. Blinn, ct02188
        Andrew G. Pizor, ct27015
        Consumer Law Group, LLC
        35 Cold Spring Road, Suite 512
        Rocky Hill, Connecticut 06067
        Tel. (860) 571-0408  Fax (860) 571-7457
        apizor@consumerlawgroup.com
        dblinn@consumerlawgroup.com

**CERTIFICATION OF SERVICE**

    This is to certify that on this 14th day of November, 2007, a true and correct copy of the foregoing document was filed. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/Andrew G. Pizor
    Andrew G. Pizor