**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *Todd et al. v. Ameriquest Mortgage Co.*, N.D. Ill. ) 1:07-cv-6233 transferred from CT #3:07-cv-1188-AWT ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 1:05-cv-07097 <br><br> Centralized before the <br> Hon. Marvin E. Aspen <br><br><br><br> November 14, 2007 |

**NOTICE OF OPTING-OUT OF CLASS ACTIONS**

The plaintiffs in the above action hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them.

Respectfully Submitted,

By: /s/Andrew G. Pizor
Daniel S. Blinn, ct02188
Andrew G. Pizor, ct27015
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457
apizor@consumerlawgroup.com
dblinn@consumerlawgroup.com

**CERTIFICATION OF SERVICE**

This is to certify that on this 14th day of November, 2007, a true and correct copy of the foregoing document was filed. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Andrew G. Pizor
Andrew G. Pizor

Case: 1:05-cv-07097 Document #: 1620 Filed: 11/14/07 Page 2 of 2 PageID #:21180