FILED
NOV 09 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Pary Plaintiffs,<br><br>vs.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et. al.,<br><br>    Third-Party Defendants. | CASE NO. MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Assigned Judge: Honorable Marvin E. Aspen<br><br>Magistrate Judge: Honorable Morton Denlow<br><br>**MOTION FOR AN EXTENSION OF TIME IN WHICH TO MOVE AND/OR PLEAD** |

    Third-Party Defendant, Lake Front Mortgage Inc., hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 6 (b), for an extension of time of twenty (20) days in which to move and/or plead in response to the Third-Party Complaint.

    This Third-Party Defendant was served a copy of the Third-Party Complaint on October 18, 2007. A reply thereto is due on November 7, 2007. Rule 6 (b) states "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed..."

    The grounds for this motion are that Third-Party Defendant has not yet been able to retain counsel in this matter. This motion is not being interposed for the purposes of delay, but to allow Third-Party Defendant sufficient time to retain counsel in order to properly plead and/or move in response to the claims brought against it.

WHEREFORE, for good cause shown, Third-Party Defendant, Lake Front Mortgage Inc., respectfully moves this Honorable Court for an extension of time of twenty (20) days in which to move and/or plead to the Third-Party Complaint.

Respectfully submitted,

_____
John Cseh, President
Lake Front Mortgage Inc.
12800 Shaker Blvd., Suite U12
Cleveland, Ohio 44120

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Extension of Time to Move and/or Plead was sent by regular U.S. Mail on November 7, 2007 to Gary Klein, Plaintiff's Attorney, at Roddy Klein & Ryan, 727 Atlantic Avenue, Boston, Massachusetts 02111, and to Thomas J. Wiegand, Defendant and Third-Party Plaintiff's Attorney, at Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, Illinois 60601.

_____
Lake Front Mortgage Inc.
by: John Cseh, President