THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company, | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 |
| Third-Party Plaintiffs, | |
| v. | |
| TOWER FINACIAL GROUP, INC., a Rhode Island corporation, | |
| Third-Party Defendants. | |

FILED

NOV 0 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER

1. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 1 and therefore leaves Plaintiff to his burden of proof thereof.

2. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 2 and therefore leaves Plaintiff to his burden of proof thereof.

3. As to the assertions in paragraph number 3, allegations pertaining to Defendant Tower Financial Group Inc., no answer is required, and denial of all other assertions in such paragraph.

4. As to the assertions in paragraph number 4, allegations pertaining to Defendant Tower Financial Group Inc., no answer is required, and denial of all other assertions in such paragraph.

5. As to the assertions in paragraph number 5, allegations pertaining to Defendant Tower Financial Group Inc., no answer is required, and denial of all other assertions in such paragraph.

6. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 6 and therefore leaves Plaintiff to his burden of proof thereof.

7. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 7 and therefore leaves Plaintiff to his burden of proof thereof.

8. Defendant denies the allegations contained in paragraph 8 of the complaint.

9. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 9 and therefore leaves Plaintiff to his burden of proof thereof.

10. Defendant denies the allegations contained in paragraph 10 of the complaint.

11. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 11 and therefore leaves Plaintiff to his burden of proof thereof.

12. Defendant denies the allegations contained in paragraph 12 of the complaint.

13. Defendant denies the allegations contained in paragraph 13 of the complaint.

14. Defendant denies the allegations contained in paragraph 14 of the complaint.

15. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 15 and therefore leaves Plaintiff to his burden of proof thereof.

16. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 16 and therefore leaves Plaintiff to his burden of proof thereof.

17. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 17 and therefore leaves Plaintiff to his burden of proof thereof.

18. Tower Financial Group Inc. incorporates by reference their answers to paragraphs 1 through 17, as if fully and separately set forth herein.

19. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 19 and therefore leaves Plaintiff to his burden of proof thereof.

20. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 20 and therefore leaves Plaintiff to his burden of proof thereof.

21. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 21 and therefore leaves Plaintiff to his burden of proof thereof.

22. As to the assertions in paragraph number 22, allegations pertaining to Defendant Tower Financial Group Inc., no answer is required, and denial of all other assertions in such paragraph.

23. Tower Financial Group Inc. incorporates by reference their answers to paragraphs 1 through 22, as if fully and separately set forth herein.

24. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 24 and therefore leaves Plaintiff to his burden of proof thereof.

25. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 25 and therefore leaves Plaintiff to his burden of proof thereof.

26. As to the assertions in paragraph number 26, allegations pertaining to Defendant Tower Financial Group Inc., no answer is required, and denial of all other assertions in such paragraph.

27. Tower Financial Group Inc. incorporates by reference their answers to paragraphs 1 through 26, as if fully and separately set forth herein.

28. The assertions in paragraph number 28 are denied.

29. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 29 and therefore leaves Plaintiff to his burden of proof thereof.

30. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 30 and therefore leaves Plaintiff to his burden of proof thereof.

31. Tower Financial Group Inc. incorporates by reference their answers to paragraphs 1 through 30, as if fully and separately set forth herein.

32. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 32 and therefore leaves Plaintiff to his burden of proof thereof.

33. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 33 and therefore leaves Plaintiff to his burden of proof thereof.

34. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 34 and therefore leaves Plaintiff to his burden of proof thereof.

35. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 35 and therefore leaves Plaintiff to his burden of proof thereof.

36. Tower Financial Group Inc. incorporates by reference their answers to paragraphs 1 through 35, as if fully and separately set forth herein.

37. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 37 and therefore leaves Plaintiff to his burden of proof thereof.

38. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 38 and therefore leaves Plaintiff to his burden of proof thereof.

39. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 39 and therefore leaves Plaintiff to his burden of proof thereof.

40. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 40 and therefore leaves Plaintiff to his burden of proof thereof.

41. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 41 and therefore leaves Plaintiff to his burden of proof thereof.

42. Tower Financial Group Inc. incorporates by reference their answers to paragraphs 1 through 41, as if fully and separately set forth herein.

43. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 43 and therefore leaves Plaintiff to his burden of proof thereof.

44. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 44 and therefore leaves Plaintiff to his burden of proof thereof.

45. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 45 and therefore leaves Plaintiff to his burden of proof thereof.

46. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 46 and therefore leaves Plaintiff to his burden of proof thereof.

47. Tower Financial Group Inc. incorporates by reference their answers to paragraphs 1 through 46, as if fully and separately set forth herein.

48. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 48 and therefore leaves Plaintiff to his burden of proof thereof.

49. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 49 and therefore leaves Plaintiff to his burden of proof thereof.

50. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 50 and therefore leaves Plaintiff to his burden of proof thereof.

51. Tower Financial Group Inc. incorporates by reference their answers to paragraphs 1 through 50, as if fully and separately set forth herein.

52. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 52 and therefore leaves Plaintiff to his burden of proof thereof.

53. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 53 and therefore leaves Plaintiff to his burden of proof thereof.

54. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 54 and therefore leaves Plaintiff to his burden of proof thereof.

55. Tower Financial Group Inc. incorporates by reference their answers to paragraphs 1 through 54, as if fully and separately set forth herein.

56. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 56 and therefore leaves Plaintiff to his burden of proof thereof.

57. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 57 and therefore leaves Plaintiff to his burden of proof thereof.

58. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 58 and therefore leaves Plaintiff to his burden of proof thereof.

59. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph number 59 and therefore leaves Plaintiff to his burden of proof thereof.

WHEREFORE, the defendant requests that this Honorable Court deny the plaintiff's requested relief, and award him costs and attorneys fees.

Defendant,
Tower Financial Group, Inc.

Walter J. Manning III, Esq. # 6387
1260 Greenwich Avenue
Warwick, RI 02886
(401) 921-2250
(401) 921-2398 f

CERTIFICATION

I hereby certify that on October 20, 2007, I mailed a copy of Defendant's Answer to the Complaint to the attorneys of record: Gary Klien, RODDY KLIEN & RYAN 727 Atlantic Avenue, Boston, Massachusetts 02111 and Thomas J. Wiegand, WINSTON & STRAWN LLP, 35 W. Wacker Drive, Chicago, Illinois 60601 and caused the original to be filed with the Clerk of the United States District Court, Northern District of Illinois, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604.

Walter J. Manning III