UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | | |
|---|---|---|
| Ameriquest Mortgage Company, et al. | Plaintiff, | |
| v. | | Case No.: 1:05−cv−07097<br>Honorable Marvin E. Aspen |
| Ameriquest Mortgage Company, et al. | Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 14, 2007:

    MINUTE entry before Judge Marvin E. Aspen dated 11/14/07:National Real Estate Information Services' Motion to stay [1543] pending a class certification decision, any claims in the third−party complaint which are derived from claims by Absent class members is granted. Motion terminated. The motion hearing set for 11/15/07 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.