

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ADDRESS

**FILED**
NOV 13 2007
NOV. 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME: | Therese King Nohos |
| FIRM: | Dewey & LeBoeuf LLP |
| STREET ADDRESS: | 180 North Stetson Ave, Suite 3700 |
| CITY/STATE/ZIP: | Chicago, IL 60601 |
| PHONE NUMBER: | 312-794-8000 |
| ARDC NO. (If Member of Illinois State Bar): | 6272539 |

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 05-07097 | In re Ameriquest Mortgage | Judge Aspen |
| | | |
| | | |
| | | |
| | | |

_Therese King Nohos_
Attorney's Signature

10/24/2007
Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**