U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Case Number: 05 CV 07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendants

Law Offices of Jonathan P. Ash; Law Offices of Marc D. Foley, P.C.; Medici & Sciacca, P.C.; Frank J. Manni; Atamian Law Associates, P.C., d/b/a Premier Title & Escrow Company, Inc. (sued herein as Premier Title & Escrow Company, Inc.)

| | |
|---|---|
| NAME (Type or print) | |
| J. Aaron Jensen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ J. Aaron Jensen | |
| FIRM | |
| MECKLER BULGER & TILSON LLP | |
| STREET ADDRESS | |
| 123 N. Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6270008 | (312) 474-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |