U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of     Case Number: 05 CV 7097

IN RE: AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PERROTTA, CAHN & PRIETO, P. C.

| NAME (Type or print) |  |
|---|---|
| JOHN W. PATTON, JR. |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ John W. Patton, Jr. |  |
| FIRM |  |
| PATTON & RYAN, LLC |  |
| STREET ADDRESS |  |
| 330 NORTH WABASH AVENUE, SUITE 2900 |  |
| CITY/STATE/ZIP |  |
| CHICAGO, ILLINOIS 60611 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6186472 | 312-261-5160 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |