# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                  Case Number: 1:05-cv-07097

Ameriquest Mortgage Company, et al.
v.
Ameriquest Mortgage Company, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ATTORNEYS' TITLE INSURANCE FUND, INC., a Third Party Defendant

| | |
|---|---|
| **NAME (Type or print)** <br> Peter J. Valeta | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Peter J. Valeta | |
| **FIRM** <br> MECKLER BULGER & TILSON LLP | |
| **STREET ADDRESS** <br> 123 North Wacker Drive, Suite 1800 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 3128282 | **TELEPHONE NUMBER** <br> (312) 474-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |