IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OCT 30 2007
FILED
OCT 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.* <br><br> Third-Party Defendants. | |

## MOTION TO APPEAR PRO HAC VICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW JOHN ROBERT KING,** Attorney for Metro Title Company, Inc. d/b/a Sierra Title of Cameron and Willacy Counties, who files this his Motion to appear Pro Hac Vice and would respectfully show the Court the following:

**I.**

Applicant is an attorney duly licensed by the Supreme Court of Texas to practice in all of the Courts in the State of Texas.

**II.**

Applicant is further a member of the Bars of the United States District Courts for the Southern District of Texas and his Southern District Identification number being 11887. Applicant is further licensed to practice before the Fifth Circuit Court of Appeals.

**III.**

Applicant would request that this Court approve his appearing for Metro Title Company, Inc. for purposes of this matter only.

**WHEREFORE, PREMISES CONSIDERED, MICHAEL STEVEN DECK** prays that this Court approve his Motion to Appear Pro Hac Vice.

Respectfully submitted,

LAW OFFICE OF JOHN KING
3409 N. 10th Street
McAllen, Texas 78501
Telephone: (956) 687-6294
Telecopier: (956) 687-5514

By: _____
JOHN ROBERT KING
Fed ID No: 11887

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded the forgoing document, by certified mail, return receipt requested, to the following attorney(s) of record.

Mr. Bernard E. LeSage, Esq.
Ms. Sarah K. Andrus, Esq.
BUCHALTER NEMER, A P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc; Town & Country Credit Corporation; Ameriquet Capital Corporation; Town & Country Title Services, Inc; and Ameriquest Mortgage Securities, Inc.*

Mr. Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601

*Attorneys for Argent Mortgage Company, LLC*

Dated: October 30, 2007.

JOHN KING