Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 11/16/2007 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co. | | |

**DOCKET ENTRY TEXT**

John Robert King's, attorney for Metro Title Company, motion to appear pro hac vice is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|