# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

AMERIQUST MORTGAGE CO.
MOTRGATE LENDING PRACTICES
LITIGATION

Case Number: 05-CV-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PERROTTA, CAHN & PRIETO, P.C.

| | |
|---|---|
| NAME (Type or print) Michael M. Fenwick | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Michael M. Fenwick | |
| FIRM Patton & Ryan, LLC | |
| STREET ADDRESS 330 N. Wabash Avenue, Suite 2900 | |
| CITY/STATE/ZIP Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6288138 | TELEPHONE NUMBER (312) 261-5160 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |