**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES            Lead Case No. 05-CV 07097
LITIGATION

                                     MDL No. 1715
AMERIQUEST MORTGAGE                  Centralized before The Honorable
COMPANY, a Delaware corporation,     Marvin E. Aspen

        Third-Party Plaintiff,

    v.

CITYWIDE TITLE CORPORATION, et al.

        Third-Party Defendants.

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW COMES Third Party Defendant Citywide Title Corporation, by its attorneys and pursuant to L.R. 83.17, and moves this Court to substitute attorneys Daniel J. McMahon, Rebecca M. Rothmann and Cinthia G. Motley in place of attorneys Jeffrey R. Platt and Maureen Ann Beck as counsel of record for Citywide Title Corporation. In support of its Motion, Citywide Title Corporation states as follows:

    1.    On October 9, 2007, attorneys Jeffrey R. Platt and Maureen Ann Beck of the law firm of COMAN & ANDERSON, P.C. entered their appearance as counsel for Citywide Title Corporation.

    2.    Attorneys Daniel J. McMahon, Rebecca M. Rothmann and Cinthia G. Motley of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, have now been retained to represent Citywide Title Corporation in this matter.

3. As such, attorneys Jeffrey R. Platt and Maureen Ann Beck wish to withdraw their appearance in this case.

WHEREFORE, Citywide Title Corporation respectfully requests for this Court to substitute attorneys Daniel J. McMahon, Rebecca M. Rothmann and Cinthia G. Motley in place of attorneys Jeffrey R. Platt and Maureen Ann Beck as counsel of record for Citywide Title Corporation.

Respectfully submitted,

CITYWIDE TITLE CORPORATION

By: _____*s/ Jeffrey R. Platt*_____
    One of its attorneys

Jeffrey R. Platt, ARDC No. 06208148
Maureen A. Beck, ARDC No. 06274541
COMAN & ANDERSON, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532
630/428-2660
630/428-2549 FAX
jplatt@comananderson.com
mbeck@comanaderson.com

By*:* _____*s/ Cinthia G. Motley*_____
    One of its attorneys

Daniel J. McMahon
Rebecca M. Rothmann
Cinthia G. Motley
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street, 26th Floor
Chicago, Illinois 60602
(312) 704-0550
Email: Daniel.McMahon@wilsonelser.com
       Rebecca.rothmann@wilsonelser.com
       Cinthia.motley@wilsonelser.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the foregoing MOTION TO SUBSTITUTE COUNSEL OF RECORD to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 20th day of November, 2007:

ALL COUNSEL OF RECORD

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing MOTION TO SUBSTITUTE COUNSEL OF RECORD was sent via Overnight Delivery on this 20th day of November, 2007:

Honorable Marvin E. Aspen
United States District Court
219 South Dearborn Street
Room 2578
Chicago, Illinois 60604

*s/ Jeffrey R. Platt*
Jeffrey R. Platt