# I IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | Lead Case No. 05-CV 07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, | MDL No. 1715 Centralized before The Honorable Marvin E. Aspen |
| Third-Party Plaintiff, | |
| v. | |
| CITYWIDE TITLE CORPORATION, et al. | |
| Third-Party Defendants. | |

## NOTICE OF MOTION

**TO:** ALL COUNSEL OF RECORD

    **PLEASE TAKE NOTICE** that on **Tuesday, November 27, 2007 at 10:30 AM**, I shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Motion to Substitute Counsel of Record,** a copy of which is hereby served upon you.

                                            Respectfully submitted,

                                            CITYWIDE TITLE CORPORATION

                                            By: _____*s/ Jeffrey R. Platt*_____
                                                         One of its attorneys

Jeffrey R. Platt, ARDC No. 06208148
Maureen A. Beck, ARDC No. 06274541
COMAN & ANDERSON, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL  60532
630/428-2660
630/428-2549 FAX
jplatt@comananderson.com
mbeck@comananderson.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the foregoing MOTION TO SUBSTITUTE COUNSEL OF RECORD to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 20th day of November, 2007:

ALL COUNSEL OF RECORD

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing MOTION TO SUBSTITUTE COUNSEL OF RECORD was sent via Overnight Delivery on this 20th day of November, 2007:

Honorable Marvin E. Aspen
United States District Court
219 South Dearborn Street
Room 2578
Chicago, Illinois 60604

*s/ Jeffrey R. Platt*
Jeffrey R. Platt