# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: No. 05-CV-07097

Ameriquest Mortgage Co., at al. v. Northwest Title
and Escrow Corp. (MDL No. 1715)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third- Party Defendants:
Fidelity National Title Insurance Company of New York; Fidelity National Title Insurance Company; Fidelity National Title Company; Chicago Title Company; Chicago Title Insurance Company; Chicago Title of Michigan; Ticor Title Insurance Company; and American Pioneer Title Insurance Company

| | |
|---|---|
| NAME (Type or print)<br>Eric P. Early | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Eric Early | |
| FIRM<br>Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP | |
| STREET ADDRESS<br>10250 Constellation Boulevard, 19th Floor | |
| CITY/STATE/ZIP<br>Los Angeles, California 90067 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>166275 | TELEPHONE NUMBER<br>(310) 282-6227 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |