ARDC# 6225429　　　　　　　　　HXL/BKM/mar　　　　　　　　　SR-87114

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ACTIONS ) <br> _____ ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, a ) <br> Delaware corporation; and ARGENT ) <br> MORTGAGE COMPANY LLC, a Delaware ) <br> limited liability company, ) <br> ) <br> 　　Defendant and Third-Party Plaintiffs, ) <br> ) <br> 　　　　v. ) <br> ) <br> A AMERICAN FINANCIAL GROUP, INC., et al. ) <br> ) <br> 　　Third-Party Defendants. ) | MDL No. 1715 <br> Lead Case No. 05-CV-07097 <br><br> Assigned Judge: Hon. Marvin E. Aspen <br><br> Designated Magistrate <br> Judge: Hon. Morton Denlow |

<u>**RULE 7.1 DISCLOSURE STATEMENT**</u>
<u>**NON-GOVERNMENTAL CORPORATE PARTIES**</u>

This Disclosure Statement is filed by:

A AMERICAN FINANCIAL GROUP, INC.

i)　　　Identify all its parent corporations, if any:

　　　　None

ii)　　　List any publicly held company that owns 10% or more of the party's stock:

　　　　None

Attorney's signature: <u>/s/ Hector Ledesma</u>　　　　　Date:　　November 21, 2007
Timothy Hoffman (ARDC# 6186716)
Hector Ledesma (ARDC# 6225429)
**SANCHEZ DANIELS & HOFFMAN LLP**
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555
F:\DATA\HISTORY\SR\87114\Discovery\Rule 7.1 Disclosure Statement.11.01.07.wpd

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing RULE 7.1 DISCLOSURE STATEMENT NON-GOVERNMENTAL CORPORATE PARTIES was served by electronic filing with the clerk of the Court (EFC) as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by U.S. Mail, first class postage prepared upon:

Non-ECF Filing Users Listed Below:

**Law Offices of Earl P. Underwood, Jr.**
P.O. Box 969
Fairhope, AL 36533-0969

**Argent Mortgage Company, LLC**
3 Park Plaza, 10 Floor
Irvine, CA 92614

Michael J. Breslin
Mara McRae
**Kilpatrick Stockton LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Richard P. Colbert , Esq.
Alexandra van Nes Dolger, Esq.
**Day, Berry & Howard**
One Canterbury Green
Stamford, CT 06901-2047

Daniel A. Edelman, Esq.
**Edelman, Combs, Latturner & Goodwin, LLC**
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Brian H. Newman
Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
**A Professional Corporation**
10000 Wilshire Boulevard, Suite 1500
Los Angeles, CAL 90017

GMAC Mortgage Corporation
**Wooden & McLaughlin**
211 North Pennsylvania, Suite 2800
Indianapolis, IN 46204

On:     November 1, 2007

      /s/ Hector Ledesma
      Attorney for Third-Party Defendant
      A AMERICAN FINANCIAL GROUP, INC.

Timothy Hoffman (ARDC# 6186716)
Hector Ledesma (ARDC# 6225429)
**SANCHEZ DANIELS & HOFFMAN LLP**
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555