IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, A Delaware Corporation, et al.<br>      Defendants and Third-Party Plaintiff<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, et al.<br>      Third-Party Defendants. | |

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT

Third-Party Defendant, Dream House Mortgage Corp. ("Dream House"), through its counsel, and Third-Party Plaintiffs, Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company ("Argent"), by agreement, hereby move this Court to enlarge the time for Dream House to answer or otherwise respond to the Third-Party Complaint to December 31, 2007.

In support of this Motion, Dream House states as follows:

1. Ameriquest has no objection to said extension.

2. Argent has no objection to said extension.

WHEREFORE, Dream House requests that this Court grant it up to and including December 31, 2007 to answer or otherwise respond to the Third-Party Complaint.

> Respectfully submitted,
>
> Third-Party Defendant,
> DREAM HOUSE MORTGAGE CORP.
>
> */s/ Gini Spaziano*
> Gini Spaziano, Esquire
> Shechtman Halperin Savage, LLP
> 1080 Main Street
> Pawtucket, RI 02860
> (401) 272-1400 Telephone
> (401) 272-1403 Facsimile
> *gspaziano@shslawfirm.com*

Dated: November 21, 2007

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing Assented to Motion for Enlargement of Time to Respond to Third-Party Complaint was electronically filed on this 21st day of November, 2007. Notice of this filing will be sent via electronic mail to all counsel of record by operation of the Court's electronic filing system.

> */s/ Gini Spaziano*