IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS <br> _____ <br> AMERIQUEST MORTGAGE COMPANY, et al., <br>     Third Party Plaintiffs <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, et al., <br>     Third Party Defendants | MDL No. 1715 <br><br> Lead Case No. 05 C 7097 <br><br> Centralized before The Honorable Marvin E. Aspen |

**THIRD PARTY DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Third Party Defendants Fidelity National Title Insurance Company of New York, Fidelity National Title Insurance Company, Fidelity National Title Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title of Michigan, Ticor Title Insurance Company and American Pioneer Title Insurance Company, by and through their counsel and pursuant to Federal Rule of Civil Procedure 7.1, make the following disclosure:

Each of the above-named third party defendants is a wholly-owned subsidiary of Fidelity National Financial, Inc., a publicly traded corporation (NYSE: FNF).

        FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE COMPANY, CHICAGO TITLE COMPANY, CHICAGO TITLE INSURANCE COMPANY, CHICAGO TITLE OF MICHIGAN, TICOR TITLE INSURANCE COMPANY AND AMERICAN PIONEER TITLE INSURANCE COMPANY

        By:     /s/ Albert E. Fowerbaugh, Jr.

| | |
|---|---|
| Albert E. Fowerbaugh, Jr. <br> Locke Lord Bissell & Liddell LLP <br> 111 South Wacker Drive <br> Chicago, Illinois 60606 <br> Phone: 312-443-1871 | James S. Schreier <br> Eric P. Early <br> Christensen Glaser Fink Jacobs Weil & Shapiro <br> 10250 Constellation Blvd, 19th Floor <br> Los Angeles, California 90067 <br> Phone: 310-282-6227 |

CHI1 1433336v.1

**CERTIFICATE OF SERVICE**

I, Albert E. Fowerbaugh, Jr., certify that on November 26, 2007, I served a true copy of the preceding upon all counsel of record by filing it with the Court via the Court's electronic filing system.

/s/    Albert E. Fowerbaugh, Jr.

CHI1 1433336v.1