# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| _____ | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.* | |
| Third-Party Defendants. | |

## DEFENDANTS' MOTION FOR LEAVE TO AMEND FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Defendants and Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company LLC ("Defendants") respectfully request leave to amend the First Amended Consolidated Third-Party Complaint in order to correct inadvertent errors related to the naming of Third-Party Defendants as well as add the names of additional recently discovered Third-Party Defendants. Copies of the current First Amended Consolidated Third-Party Complaint and proposed Second Amended Consolidated Third-Party Complaint are attached as Exhibits 1 and 2.

1

Defendants filed the First Amended Consolidated Third-Party Complaint on August 24, 2007, [Docket No. 1028] and filed a corrected caption on September 13, 2007 [Docket No. 1079]. Since then, Defendants have worked diligently to serve the hundreds of Third-Party Defendants related to Plaintiffs' class action and opt-out cases. In that time, Defendants have learned of Third-Party Defendants that were inadvertently named in error, as well as discovered additional parties that should have been initially named.[1] Defendants intend to file Notices of Dismissal for the incorrectly-named parties.

Fed. R. Civ. P. 15(a) provides that leave to amend "should be freely given." The Court's main inquiry is whether the amendment will unduly prejudice opposing parties. *Stephenson v. Hartford Life & Annuity Ins. Co.*, No. 02 C 3917, 2006 U.S. Dist. LEXIS 60696, at *25-28 (N.D. Ill. Aug. 9, 2006); *Alberto-Culver Co. v. Gillette Co.*, 408 F. Supp. 1160, 1162 (N.D. Ill. 1976). Here, Defendants do not seek to change the substance of their claims, but merely to substitute and correct the identification of some Third-Party Defendants. The vast majority of Third-Party Defendants have not yet filed answers, and no discovery has taken place on the third-party claims. Thus, the proposed amendments will not prejudice any party to this litigation. *See, e.g., Stephenson*, U.S. Dist. LEXIS 60696 at *34-37 (finding no prejudice when defendants were added four years into the litigation). Furthermore, counsel for the opt-out plaintiffs has already agreed to permit such corrections. *See* Stipulation With Opt-Out Plaintiffs Re Discovery at p. 2 (July 31, 2007) [Docket No. 953].

For these reasons, Defendants respectfully request that this Court enter an Order granting leave to amend the First Amended Consolidated Third-Party Complaint.

---

[1] Defendants have made the following changes to the Second Amended Consolidated Third-Party Complaint: addition of parties Associated Land Title, LLC (pps. 13, 29, 38 and 40); CA Doc Signers (p. 32); Elayne Palancia (p. 40); Stuart H. Schoenfeld, Esq. (p. 44); Escrows, Inc. d/b/a The Closing Office a/k/a Michigan Title Company (pp. 51 and 56); and Judson Holmes Co. d/b/a Preferred Lending Group (p. 51).

                                              Respectfully submitted,

Dated: November 26, 2007                By: /s/ Bernard LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard LeSage
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Dated: November 26, 2007                By: /s/ Thomas Wiegand

*Attorneys for Argent Mortgage Company LLC*

Thomas Wiegand
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

**CERTIFICATE OF SERVICE**

I, David E. Dahlquist, hereby certify that on this 26th day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ David E. Dahlquist