# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

## STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT VITAL SIGNING, INC. TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

WHEREAS, on August 24, 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") filed its First Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest has agreed to grant Vital Signing, Inc. an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties hereby respectfully request that this Court extend the time for Vital Signing, Inc. to respond to the First Amended Consolidated Third-Party Complaint up to and including December 31, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**


Dated: November 27, 2007

Respectfully submitted,

By: */s/* Cindy Motley

*Attorneys for Vital Signing, Inc.*

Cinthia G. Motley, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
120 North LaSalle Street, 26th Floor
Chicago, Illinois 60602

BN 1545989v1

Dated:  November 27, 2007    Respectfully submitted,

By: */s/* Bernard E. LeSage

*Attorney for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457
(213) 891-5104 Telephone
(213) 630-5862 Facsimile

BN 1545989v1

## **ORDER**

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company and Third Party Defendant, Vital Signing, Inc., having so stipulated, IT IS ORDERED that Vital Signing, Inc. shall have an extension of time to respond to the First Amended Consolidated Third-Party up to and including December 31, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

BN 1545989v1

## **CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 27th day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: */s/* Bernard E. LeSage

BN 1545989v1