U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Ameriquest Mortgage Co., et al. v. Northwest Title and Escrow Corp. (MDL No. 1715)

Case Number: No. 05-CV-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendants:
Fidelity National Title Insurance Company of New York; Fidelity National Title Insurance Company; Fidelity National Title Company; Chicago Title Company; Chicago Title Insurance Company; Chicago Title of Michigan; Ticor Title Insurance Company; and American Pioneer Title Insurance Company

| NAME (Type or print) |
| --- |
| James S. Schreier |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James S. Schreier |
| FIRM |
| Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP |
| STREET ADDRESS |
| 10250 Constellation Boulevard, 19th Floor |
| CITY/STATE/ZIP |
| Los Angeles, CA 90067 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 64570 | (310) 282-6216 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |