UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No.: 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Surin v. Alpha Mortgage Lending, LLC, et al.*, Case No. 05-CV-1653 (D.Conn.)<br>Case No. 06-CV-03584 (N.D. Ill) | |
| AMERIQUEST MORTGAGE COMPANY, *et. al.*<br><br>        Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, *et. al.*,<br><br>        Third-Party Defendants. | NOVEMBER 27, 2007 |

## THIRD-PARTY DEFENDANTS ADVANTAGE EQUITY SERVICES, INC. AND CBC COMPANIES MOTION TO DISMISS

Pursuant to Federal Rule 12(b)(6), Third-Party Defendants Advantage Equity Services, Inc. ("AES") and CBC Companies ("CBC") (collectively the "Third-Party Defendants") hereby move to dismiss Counts One through Four of the Third Party Complaint against AES; and all counts against CBC in their entirety. Third-Party Plaintiffs Ameriquest Mortgage Company

("Ameriquest") and Argent Mortgage Company ("Argent") (collectively "Third-Party Plaintiffs") have, in each of the aforementioned counts, failed to state a claim upon which relief may be granted.

The grounds for this Motion are: (1) Counts One through Four filed by Ameriquest fail to state a claim upon which relief may be granted because neither AES or CBC are liable to Ameriquest for any damages sought by Plaintiff Wetzer Surin ("Surin") in the underlying mortgage transaction, or by any of the other plaintiffs who have filed suit against Ameriquest; and (2) Counts Six through Nine filed by Argent against CBC fail to state a claim upon which relief may be granted because Argent has failed to allege sufficient facts demonstrating that CBC was involved in the transaction underlying this matter. Consequently, there is no basis to hold CBC liable under any theory of liability.

The basis for this motion is articulated in further detail in the attached Memorandum of Law.

Done at Bridgeport, Connecticut this 27th day of November, 2007.

/s/_____
Stephen M. Sedor (ct21117)
Durant, Nichols, Houston,
Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT 06604
Telephone (203) 366-3438
Facsimile (203) 384-0317
Ssedor@durantnic.com

ATTORNEYS FOR THIRD-PARTY
DEFENDANTS, ADVANTAGE EQUITY
SERVICES, INC. and CBC COMPANIES

**CERTIFICATION**

I hereby certify that on November 27th, 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/_____
Stephen M. Sedor

P:\lit\pd\143800\230\00063951.DOC