AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

                Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,

                Third-Party Defendants.

CASE NUMBER: MDL No. 1715
Lead Case No. 05-CV-07097

ASSIGNED JUDGE: Hon. Marvin E. Aspen

DESIGNATED
MAGISTRATE JUDGE: Hon. Morton Denlow

TO: Name and address of Third Party Defendant

Transnation Title Insurance Company
101 Gateway Centre Pkwy
Richmond, VA 23235

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, Massachusetts 02111

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*[signature: Esperanza Arnold]*

(By) DEPUTY CLERK

SEP 19 2007

DATE

# Affidavit of Process Server

| Ameriquest Mortgage Co., et al. | vs | Northwest Title & Escrow, et al. | 05 CV 07097 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Paul M. Fischer__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Transnation Title Insurance Co__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Third-Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint and First Amended Consolidated Third-Party Complaint

by serving (NAME) __Tranation Title c/o Chadwick Perrine__

at ☐ Home _____
☒ Business __5600 Cox Rd. Glen Allen VA__
☐ on (DATE) __11-1-07__ at (TIME) __10:55 am__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Chadwick Perrine__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☒ Male / ☐ Female
☒ White Skin / ☐ Black Skin / ☐ Yellow Skin / ☐ Brown Skin / ☐ Red Skin
☐ Black Hair / ☒ Brown Hair / ☐ Blond Hair / ☐ Gray Hair / ☐ Red Hair
☐ White Hair / ☐ Balding / ☐ Mustache / ☐ Beard
☐ 14-20 Yrs. / ☐ 21-35 Yrs. / ☐ 36-50 Yrs. / ☒ 51-65 Yrs. / ☐ Over 65 Yrs.
☐ Under 5' / ☐ 5'0"-5'3" / ☐ 5'4"-5'8" / ☒ 5'9"-6'0" / ☐ Over 6'
☐ Under 100 Lbs. / ☐ 100-130 Lbs. / ☐ 131-160 Lbs. / ☒ 161-200 Lbs. / ☐ Over 200 Lbs.
☒ Glasses

OTHER IDENTIFYING FEATURES: __glasses__

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this __5__ day of __Nov__, 20__07__

__Jacqueline Hester__ (signature)
NOTARY PUBLIC

JACQUELINE T. HESTER
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #209476
My Commission Expires Dec. 31, 2009

SERVED BY
LASALLE PROCESS SERVERS

WINSTON

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

141680-1

 **LandAmerica**

LandAmerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060
Phone 804-267-8000

September 5, 2007

Deputy Sheriff
County of Henrico
Sheriff's Office
Henrico County, Virginia

As Registered Agent for the following companies: Lawyers Title Insurance Corporation, Commonwealth Land Title Insurance Company, Title Insurance Company of America and Transnation Title Insurance Company, I am agreeable to your serving legal documents on any of the following in those instances in which I am absent from the office:

| | |
|---|---|
| Pamela B. Beckner | 267-8767 |
| Michael D. Beverly | 267-8183 |
| Michelle H. Gluck | 267-8383 |
| Wm. Chadwick Perrine | 267-8317 |
| John P. Rapp | 267-8642 |
| Holly H. Wenger | 267-8426 |
| David B. Zoffer | 267-2222 |

Very truly yours,

Anna M. King
Vice President, Corporate Counsel, and Secretary
267-8414

**STATE OF VIRGINIA**

**COUNTY OF HENRICO**

The foregoing instrument was acknowledged before me this 5th day of September, by Anna M. King, Vice President, Corporate Counsel, and Secretary of the above named companies on behalf of the Corporation.

Notary Public