IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen<br><br>Magistrate Judge Morton Denlow |

**PROPOSED SCHEDULING ORDER ON MOTION REGARDING CERTAIN CASE MANAGEMENT ISSUES WITH RESPECT TO DEFENDANTS' THIRD-PARTY COMPLAINT**

WHEREAS on August 24, 2007, Third-Party Plaintiffs Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company LLC ("Argent") (collectively, "Third-Party Plaintiffs") filed a First Amended Consolidated Third-Party Complaint ("Third-Party Complaint"). [Docket No. 1024.]

WHEREAS on October 23, 2007, Third-Party Plaintiffs filed a Motion Regarding Certain Case Management Issues With Respect To Defendants' Third-Party Complaint ("Third-Party Motion") [Docket No. 1396.]

WHEREAS on October 23, 2007, this Court issued an order giving all Third-Party Defendants an extension of time up to, and including, December 3, 2007 in which to respond to the Third-Party Complaint. [Docket No. 1379.]

WHEREAS, consistent with the Court's October 23, 2007 Order, Third-Party Plaintiffs propose a schedule which allows each Third-Party Defendant 30 days after it responds to the Third-Party Complaint to file an opposition to the Third-Party Motion, if it chooses to do so.

NOW THEREFORE, the Third-Party Plaintiffs propose the following scheduling order:

(1) Third-Party Defendants shall have until January 3, 2008, to file an opposition to the Third-Party Motion;

(2) Third-Party Plaintiffs shall have until January 17, 2008, to file a reply in support of their Motion; and

(3)    This Court should set a hearing date at the Court's discretion.

DATED: November 7, 2007

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

DATED: November 7, 2007

By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

## SCHEDULING ORDER

(1)  Third-Party Defendants shall have until January 3, 2008, to file an opposition to the Motion Regarding Certain Case Management Issues With Respect To Defendants' Third-Party Complaint ("Third-Party Motion") [Docket No. 1396.];

(2)  Third-Party Plaintiffs shall have until January 17, 2008, to file a reply in support of their Motion; and

(3)  The hearing on this matter shall be held on  1/24/08 at 10:30 a.m.

**IT IS SO ORDERED.**

The Honorable Morton Denlow
The Honorable Marvin E. Aspen

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 7th day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage