UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ameriquest Mortgage Company, et al.
                                          Plaintiff,

v.                                        Case No.: 1:05−cv−07097
                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2007:

      MINUTE entry before Judge Marvin E. Aspen dated 11/28/07:Parties' stipulation regarding extension of deadlines relating to borrower class plaintiffs' motion for leave to file first amended class action complaint is allowed. The deadlines contained in parties' stipulated briefing schedule for motion for leave to file first amended class action complaint and other motions related to the first amended class action complaint as modified and entered by the Court, shall be extended as follows: Plaintiffs' opposition to Ambassador Roland Arnall's motion to dismiss first amended class action complaint will be due on 1/10/08; and Defendants reply or surreply to plaintiffs' opposition to Ambassador Roland Arnall's motion to dismiss first amended class action complaint will be due on 2/4/08. The status hearing set for 12/20/07 is reset to 1/24/08 at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.