## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.

                           Plaintiff,

v.

                                       Case No.: 1:05−cv−07097
                                       Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2007:

      MINUTE entry before Judge Marvin E. Aspen :Pursuat to stipulation of plaintiff and defendant Deutsche Bank to be bound by judgment affecting underlying real property collaterial; conditional dismissal; order thereon (Doc. No. 1048), the instant action is hereby dismissed as to Deutsche Bank National Trust Company, with prejudice, so that Deutsche Bank National Trust Company need not be required to participate any further in this action or proceeding stemming therefrom; and Deutsche Bank National Trust Company, agrees to be bound by whatever final order of judgment is issued by this Court regarding the Loan, and deed of trust associated therewith, that are the subject of the within action so long as such final order or judgment does not contain a monetary judgment or any finding of liability against Deutsche Bank. Enter Order. Deutsche Bank National Trust Company terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.