## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.

                          Plaintiff,

v.                                       Case No.: 1:05–cv–07097

                                       Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2007:

      MINUTE entry before Judge Marvin E. Aspen dated 11/28/07: Pursuant to F.R.C.P. 41(a)(1), plaintiffs Rafaela Guzman and Oscar Pena hereby give notice that the claims asserted in the Fifteenth Count of the Third Amended Complaint against defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass–Through Certificates, Series 2004–r8 Under the Pooling & Servicing Agreement dates as of 8/1/04, without recourse are dismissed with prejudice. The remaining claims in this complaint shall not be affected by this stipulation (Doc. No. 20 – Civil Case No. 06 C 2468).Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.