**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                  Case No.: 1:05−cv−07097
                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 28, 2007:

        MINUTE entry before Judge Marvin E. Aspen dated 11/28/07: Pursuant to stipulation (Doc. No. 54 in Case No. 06C2467)), plaintiffs Todd Tofil and Corrine Robar and defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass−Through Certificates, Series 2004−R8 under the Pooling & Servicing Agreement dated as of 8/1/04, without recourse (collectively, "Defendants") hereby stipulate that the Tenth Count of the Amended Complaint filed in the N.D.Ill. Case No. 06 CV 2467, and all claims asserted therein by plaintiffs against defendants are dismissed with prejudice. The remaining claims in this complaint shall not be affected by this stipulation.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.