IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1715 |
| | ) | |
| Ameriquest Mortgage Company | ) | Lead Case No. 05-CV-07097 |
| Mortgage Lending Practices Litigation | ) | |
| | ) | (Centralized before The Honorable |
| | ) | Marvin E. Aspen) |
| | ) | |
| | ) | Magistrate Judge Morton Denlow |

MOTION OF FIRST AMERICAN TITLE INSURANCE COMPANY, MIDLAND TITLE SECURITY, INC., OHIO BAR TITLE INSURANCE COMPANY, MORTGAGE GUARANTEE AND TITLE COMPANY, AND METROPOLITAN TITLE COMPANY FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' FIRST AMENDED THIRD PARTY COMPLAINT

Third-party defendants First American Title Insurance Company, Midland Title Security, Inc., Ohio Bar Title Insurance Company, Mortgage Guarantee and Title Company, and Metropolitan Title Company (collectively, the "First American Entities") by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully move this Court for an Order enlarging the period of time in which to answer or otherwise respond to the Defendants' First Amended Third-Party Complaint, up to and including January 3, 2008.

In support of this request, the First American Entities state as follows:

1. On August 24, 2007, Defendants Ameriquest Mortgage Company and Argent Mortgage Company (collectively, "Defendants") filed their First Amended Third-Party Complaint (the "Third-Party Complaint"). On October 23, 2007, Defendants filed a motion

seeking an order binding third-party defendants to certain case management orders and procedures (the "Case Management Motion").

2.      This Court set a deadline of December 3, 2007 for third-party defendants to answer or otherwise respond to the Third-Party Complaint. The Court further scheduled a status conference in this matter for December 20, 2007. Since that time, however, a series of events have occurred in this case which merit the enlargement of time for responding to the Third-Party Complaint.

3.      On November 26, 2007, Defendants filed a motion for leave to file a Second Amended Third-Party Complaint. The purpose of such amendment, as stated in Defendants' motion, is to add additional third-party defendants to the litigation. Given the impending amendment to the Third-Party Complaint, the First American Entities request additional time to determine if any of the new third-party defendants fall within the ambit of the First American Entities.

4.      On November 28, 2007, the Court established January 3, 2008 as the date by which third-party defendants must respond to the Case Management Motion. The Court also continued the December 20th status conference to January 24, 2008. Accordingly, granting the First American Entities until January 3, 2008 to respond to the Third-Party Complaint will not impact the status conference or the Court's consideration of the Case Management Order.

For the foregoing reasons, the First American Entities respectfully request that the Court enter an Order enlarging the time within which the First American Entities must answer or otherwise respond to the First Amended Third-Party Complaint until January 3, 2008.

Respectfully submitted,

/s/ Kate M. Bradley
Jeffrey T. Heintz
jheintz@brouse.com
Christopher F. Swing
cswing@brouse.com
Kate M. Bradley
kbradley@brouse.com
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
(330) 535-5711 (Phone)
(330) 253-8601 (Fax)

Counsel for First American Title Insurance Company, Midland Title Security, Inc., Ohio Bar Title Insurance Company, Mortgage Guarantee and Title Company, and Metropolitan Title Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2007, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Kate M. Bradley
Kate M. Bradley