**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANTS
LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND
TITLE COMPANY, COMMONWEALTH LAND TITLE INSURANCE
COMPANY, LAWYERS TITLE INSURANCE CORPORATION, AND
TRANSNATION TITLE INSURANCE COMPANY TO RESPOND TO
AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED
CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, on August 24, 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") filed its First Amended Consolidated Third-Party Complaint;

WHEREAS, Ameriquest has agreed to grant Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, Land America Financial Group, Inc., and Commonwealth Land Title Company. ("Third-Party Defendants") an extension of time to respond to the First Amended Consolidated Third-Party Complaint;

NOW THEREFORE, the parties hereby respectfully request that this Court extend the time for Third-Party Defendants to respond to the First Amended Consolidated Third-Party Complaint up to and including December 31, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

1

| | |
|---|---|
| DATED: November 28, 2007 | Respectfully submitted, |
| | By:/s/ Bernard E. LeSage |

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

DATED: November 28, 2007         By:/s/ Keith R. Verges

*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, Land America Financial Group, Inc., and Commonwealth Land Title Company*

Keith Verges, Esq.
Mark Davenport, Esq.
Don Colleluori, Esq.
Russell W. Hubbard
Figari & Davenport, L.L.P.
3400 Bank of America Plaza
901 Main St.
Dallas, TX 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

## **ORDER**

Counsel for Third-Party Plaintiff Ameriquest Mortgage Company and Third-Party Defendants, having so stipulated, IT IS ORDERED Third-Party Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, Land America Financial Group, Inc., and Commonwealth Land Title Company shall have an extension of time to respond to the First Amended Consolidated Third-Party Complaint, up to and including December 31, 2007.

**IT IS SO ORDERED.**

Dated:_____, 2007

                                              THE HONORABLE MARVIN E. ASPEN
                                              UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

    I, Keith R. Verges, hereby certify that on this 28th day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  By:/s/ Keith R. Verges