

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | **FILED** NOV 2 7 2007 NOV 27, 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| THIS DOCUMENT RELATES TO ALL ACTIONS INVOLVING THESE ANSWERING THIRD-PARTY DEFENDANTS | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al.<br><br>Defendants and Third-party Plaintiffs, | THIRD-PARTY DEFENDANTS NORTHWEST TITLE AND ESCROW CORP.'S AND CLOSENET, LLC'S JOINT ANSWER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS' COMPLAINT |
| v. | MDL NO. 1715 |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.<br><br>Third-Party Defendants. | LEAD CASE NO. 05-CV-07097<br><br>(CENTRALIZED BEFORE THE HONORABLE MARVIN E. ASPEN) |

The Third Party Defendants Northwest Title and Escrow Corp. and CloseNet, LLC, as and for their Joint Answer to the Defendant/Third-Party Plaintiffs' Complaint, state and allege as follows:

1. Except as hereinafter specifically admitted, deny each and every allegation set forth in the Third-Party Plaintiffs' Complaint and allege lack of service of copies of the Plaintiffs' Complaint in accordance with Rule 14(c) Fed. R. Civ. P.

2. Admit the allegations set forth in paragraphs 1-4, 6, 7, 9, 11, and 16 of the Third-Party Plaintiffs' Complaint.

3. Are without sufficient information to form a belief concerning the truth of the allegations set forth in paragraphs 12, 13, 17, and 37-41 of the Third-Party Plaintiffs' Complaint.

4. Deny the allegations set forth in paragraphs 5, 8, 10, 14, 15, 18-36, and 42-59 of the Third-Party Plaintiffs' Complaint, and allege that the Third-Party Plaintiffs have failed to state a claim upon which relief can be granted.

5. Deny the allegations set forth in paragraphs 5, 8, 10, 14, 15, 18-36, and 42-59 of the Third-Party Plaintiffs' Complaint and further deny that any of the Plaintiffs have suffered any damages as a result of any actions on the part of Third-Party Defendants Northwest Title and Escrow Corp. and/or CloseNet, LLC.

6. Deny the allegations set forth in paragraphs 8, 10, 14, 19, 20-22, 42-46 of the Third-Party Plaintiffs' Complaint that Third-Party Defendants warranted and/or contracted with Third-Party Defendants to prepare, complete and have executed by the borrowers a "Notice of Right to Cancel" and affirmatively allege that the preparation of the "Notice of Right to Cancel" was specifically undertaken by Defendants and/or other vendors and that Third-Party Defendants have no contractual obligation to undertake any settlement service task other than to prepare the HUD-1 Settlement Statement which was forwarded to Defendants and to send the executed mortgage for recordation which was received directly from the Defendants.

7. Deny the allegations set forth in paragraphs 10, 14, 23-26, 31-35, 47-50, and 55-59 of the Third-Party Plaintiffs' Complaint that Third-Party Defendants were negligent and entitled to contribution from Third-Party Defendants and affirmatively allege that Third-Party Defendants had no duty to Defendants regarding compliance with any laws pertaining to documents prepared by Defendants and the proper execution of documents by the persons or entities hired by Defendants, or Defendants themselves, pertaining to the execution of those documents.

8. Deny the allegations set forth in paragraphs 27-30 and 51-59 of the Third-Party Plaintiffs' Complaint that Defendants are entitled to indemnity from Third-Party Defendants under principles of equity and affirmatively allege that Defendants and Third-Party Plaintiffs' claims against these answering Third-Party Defendants are barred by the Equitable Principles of Waiver, Laches and Equitable Estoppel.

9. Deny the allegations set forth in paragraphs 5, 8, 10, 14, 15, 18-36, and 42-59 of the Third-Party Plaintiffs' Complaint and affirmatively allege that Defendants lack privity of contract as related to transactions between the Defendants and the Plaintiffs-borrowers/customers of the Defendants.

**WHEREFORE,** the Third-Party Defendants Northwest Title and Escrow Corp. and CloseNet, LLC request that judgment be entered in its favor and against the Defendants/Third-Party Plaintiffs, dismissing their Third-Party Complaint in its entirety and that Third-Party Defendants Northwest Title and Escrow Corp. and CloseNet, LLC be awarded their costs, disbursements and attorneys' fees herein.

Dated _____

Respectfully submitted,

_____
Attorney for Third-Party Defendants
Northwest Title and Escrow Corp. and
CloseNet, LLC

Wayne B. Holstad, Esq.
Minnesota Attorney I.D. #124461
30 East Seventh Street #1690
St. Paul, Minnesota 55101
Phone: 651-379-5006   Fax: 651-379-5007
wholstad@integraonline.com

3