IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANTS, NATIONS TITLE AGENCY OF ILLINOIS, INC., NATIONS TITLE AGENCY OF MICHIGAN, INC., NATIONS TITLE AGENCY OF MISSOURI, INC., TEXAS NATIONS TITLE AGENCY, INC., AND THE GUARANTEE TITLE & TRUST COMPANY TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, on August 24, 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") filed its First Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest has agreed to grant the above named third party defendants an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties hereby respectfully request that this Court extend the time for Nations Title Agency of Illinois, Inc., Nations Title Agency of Michigan, Inc., Nations Title Agency of Missouri, Inc., Texas Nations Title Agency, Inc., and The Guarantee Title & Trust Company. to respond to the First Amended Consolidated Third-Party Complaint up to and including December 31, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

Dated: November 29, 2007

Respectfully submitted,

By: */s/ David C. McCormack*

*Attorney for Nations Title Agency of Illinois, Inc., Nations Title Agency of Michigan, Inc., Nations Title Agency of Missouri, Inc., Texas Nations Title Agency, Inc., The Guarantee Title & Trust Company.*

David C. McCormack
McCormack Law
18875 Saratoga Court
Brookfield, WI 53045

Dated: November 29, 2007

Respectfully submitted,

By: *Isl* Bernard E. LeSage

*Attorney for Ameriquest Mortgage Company*

Bernard E. LeSage, Esq.
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457
(213) 891-5104 Telephone
(213) 630-5862 Facsimile

## **ORDER**

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company and Third Party Defendants, Nations Title Agency of Illinois, Inc., Nations Title Agency of Michigan, Inc., Nations Title Agency of Missouri, Inc., Texas Nations Title Agency, Inc., and The Guarantee Title & Trust Company, having so stipulated, **IT IS ORDERED** that Nations Title Agency of Illinois, Inc., Nations Title Agency of Michigan, Inc., Nations Title Agency of Missouri, Inc., Texas Nations Title Agency, Inc., and The Guarantee Title & Trust Company shall have an extension of time to respond to the First Amended Consolidated Third-Party up to and including December 31, 2007.

**IT IS SO ORDERED.**

Dated: _____ , 2007

THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

**I,** David C. McCormack , hereby certify that on this 29th day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: *Isl David C. McCormack*

BN 1545989vl