**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05 C 7097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | Centralized before The Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, et al.,     Third Party Plaintiffs<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, et al.,<br>    Third Party Defendants | ) ) ) ) ) ) ) ) ) ) | |

**STIPULATION EXTENDING TIME FOR THIRD PARTY DEFENDANTS FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE COMPANY, CHICAGO TITLE COMPANY, CHICAGO TITLE INSURANCE COMPANY, CHICAGO TITLE OF MICHIGAN, TICOR TITLE INSURANCE COMPANY AND AMERICAN PIONEER TITLE INSURANCE COMPANY TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD PARTY COMPLAINT**

WHEREAS, on August 24, 2007, Third Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") filed its First Amended Consolidated Third Party Complaint;

WHEREAS, Ameriquest has agreed to grant Third Party Defendants Fidelity National Title Insurance Company of New York, Fidelity National Title Insurance Company, Fidelity National Title Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title of Michigan, Ticor Title Insurance Company and American Pioneer Title Insurance Company ("Third Party Defendants") an extension of time to respond to the First Amended Consolidated Third Party Complaint;

CHI1 1434880v.1

NOW, THEREFORE, the parties hereby respectfully request that this Court extend the time for Third Party Defendants to respond to the First Amended Consolidated Third Party Complaint up to and including December 31, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

| | |
|---|---|
| Dated: November 29, 2007 | AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORPORATION; AMERIQUEST CAPITAL CORPORATION; TOWN & COUNTRY TITLE SERVICES, INC., and AMERIQUEST MORTGAGE SECURITIES, INC., Plaintiffs |
| | By:    /s/ Bernard E. LeSage            <br>          One of Their Attorneys |

Bernard E. LeSage
Sarah K. Andrus
Buchalter Nemer, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017
Phone: 213-891-0700

| | |
|---|---|
| Dated: November 29, 2007 | FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE COMPANY, CHICAGO TITLE COMPANY, CHICAGO TITLE INSURANCE COMPANY, CHICAGO TITLE OF MICHIGAN, TICOR TITLE INSURANCE COMPANY AND AMERICAN PIONEER TITLE INSURANCE COMPANY, Third Party Defendants |
| | By:    /s/ Albert E. Fowerbaugh, Jr.    <br>          One of Their Attorneys |

| | |
|---|---|
| Albert E. Fowerbaugh, Jr. | James S. Schreier |
| Locke Lord Bissell & Liddell LLP | Eric P. Early |
| 111 South Wacker Drive | Christensen Glaser Fink Jacobs Weil & Shapiro |
| Chicago, Illinois 60606 | 10250 Constellation Blvd, 19th Floor |
| Phone: 312-443-1871 | Los Angeles, California 90067 |
| | Phone: 310-282-6227 |

CHI1 1434880v.1

## **ORDER**

Counsel for Third Party Plaintiff Ameriquest Mortgage Company and Third Party Defendants having so stipulated, IT IS ORDERED that Third Party Defendants Fidelity National Title Insurance Company of New York, Fidelity National Title Insurance Company, Fidelity National Title Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title of Michigan, Ticor Title Insurance Company and American Pioneer Title Insurance Company shall have an extension of time to respond to the First Amended Consolidated Third Party Company up to and including December 31, 2007

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Albert E. Fowerbaugh, Jr., certify that on _____, 2007, I served a true copy of the preceding upon all counsel of record by filing it with the Court via the Court's electronic filing system.

/s/     Albert E. Fowerbaugh, Jr.

CHI1 1434880v.1