IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS <br><br> AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br>   Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.* <br><br>   Third-Party Defendants. | MDL NO. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

## **MOTION TO DISMISS**

Now comes the third-party defendant, PORTNOY & GREENE, P.C., and moves this Honorable Court for an Order dismissing the Amended Third-Party Complaint filed by third-party plaintiffs, AMERIQUEST MORTGAGE COMPANY ("Ameriquest") and ARGENT MORTGAGE COMPANY ("Argent"), for failure to state a claim upon which relief may be granted.

  I.  Portnoy & Greene, P.C. had no relationship with Argent. Therefore, Counts V-VIII of the Amended Third-Party Complaint are not applicable to this third-party defendant, and

should be dismissed as to this third-party defendant.

    II.    As to Counts I - IV, third-party defendant requests dismissal on several bases, including:

    1.    The Federal Rules do not permit impleader of this third-party defendant as it is not liable to the underlying plaintiffs in the original cause of action.

    2.    The allegations of the Amended Third-Party Complaint fail to state a proper cause of action against this third-party defendant.

    3.    In applying the law of the state where these causes of action allegedly originated, in this case, Massachusetts, there is no right to either contribution or indemnity for the claims alleged.

Because the Amended Third-Party Complaint fails to state any cause of action against Portnoy & Greene, P.C., this third-party defendant requests dismissal with prejudice of this cause of action.

A Memorandum of Law is submitted in support of this Motion.

    Respectfully Submitted,

s/Harlene G. Matyas
Harlene G. Matyas (1796879)
Sreeram Natarajan (6283603)
*Attorneys for Third-Party Defendant,*
*Portnoy & Greene, P.C.*
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
Telephone: (312) 201-6400
Facsimile: (312) 201-6401
hgmatyas@tribler.com

**CERTIFICATE OF SERVICE**

      I, Harlene G. Matyas, hereby certify that on this 29th day of November, 2007, a true and correct copy of Portnoy & Greene, P.C.'s Motion to Dismiss was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. All attorneys not listed on the electronic filing system will be sent a copy via Regular Mail.

      s/Harlene G. Matyas
Harlene G. Matyas (1796879)
Sreeram Natarajan (6283603)
*Attorneys for Third-Party Defendant,*
*Portnoy & Greene, P.C.*
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
Telephone: (312) 201-6400
Facsimile: (312) 201-6401
hgmatyas@tribler.com