IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT'S CITYWIDE TITLE CORPORATION AND INDIANA TITLE NETWORK COMPANY TO RESPOND TO ARGENT MORTGAGE COMPANY'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, on August 24, 2007, Third-Party Plaintiff Argent Mortgage Company, LLC ("Argent") filed its First Amended Consolidated Third-Party Complaint.

WHEREAS, Argent has agreed to grant Citywide Title Corporation and Indiana Title Network Company an extension of time to respond to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties hereby respectfully request that this Court extend the time for Citywide Title Corporation and Indiana Title Network Company, to respond to the First Amended Consolidated Third-Party Complaint up to and including December 31, 2007.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

Dated: November 28, 2007          Respectfully submitted,

By: */s/* Cinthia G. Motley_____

*Attorneys for Citywide Title Corporation and Indiana Title Network Company*
Cinthia G. Motley, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
120 North LaSalle Street, 26th Floor
Chicago, Illinois 60602

450032.1

(312) 704-0550x132
fax (312) 704-1522
Cinthia.Motley@wilsonelser.com


Dated:  November 28, 2007              Respectfully submitted,

                                          By: */s/* David E. Dahlquist

*Attorney for Argent Mortgage Company*

David E. Dahlquist, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 Telephone
(312) 558-5700 Facsimile

450032.1

## **ORDER**

Counsel for Third-Party Plaintiff, Argent Mortgage Company, LLC and Third Party Defendants Citywide Title Corporation and Indiana Title Network Company, having so stipulated, IT IS ORDERED that Citywide Title Corporation and Indiana Title Network Company shall have an extension of time to respond to the First Amended Consolidated Third-Party up to and including December 31, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

450032.1

## **CERTIFICATE OF SERVICE**

I, Cinthia G. Motley, hereby certify that on this 30th day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/* Cinthia G. Motley

450032.1