U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 05-CV-07097

Ameriquest Mortgage Co., et al.
vs. Northwest Title and Escrow Corp., et al. (MDL No. 1715)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendants:
Law Offices of Gregory T. Lattanzi; Schop & Pleskow, LLP;
Synodi Videll & Green, LLC; Gordon P. Videll;
Jones, Damia, Kaufman, Borofsky & DePaul, LLC

| | |
|---|---|
| NAME (Type or print) <br> George K. Flynn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ George K. Flynn | |
| FIRM <br> Clausen Miller, PC | |
| STREET ADDRESS <br> 10 S. LaSalle Street | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6239349 | TELEPHONE NUMBER <br> 312/855-1010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |