27-8340-00-5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | ) ) ) ) ) ) ) |  MDL No. 1715<br><br>Lead Case No.  05 CV 07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| Third-Party Plaintiff,. | ) ) ) | |
| vs. | ) ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) | |

**STIPULATION ENLARGING TIME FOR THIRD-PARTY DEFENDANTS, LAW OFFICES OF GREGORY T. LATTANZI, SCHOP & PLESKOW, LLP, SYNODI VIDELL & GREEN, LLC, GORDON P. VIDELL, AND JONES, DAMIA, KAUFMAN, BOROFSKY & DEPAUL, LLC TO ANSWER OR OTHERWISE PLEAD TO FIRST AMENDED CONSOLIDATED THIRD PARTY COMPLAINT**

WHEREAS, Third-Party Plaintiffs, Ameriquest Mortgage Company and Argent Mortgage Company, LLC have agreed to grant Law Offices of Gregory T. Lattanzi, Schop & Pleskow, LLP, Synodi Videll & Green, LLC, Gordon P. Videll, and Jones, Damia, Kaufman, Borofsky & DePaul, LLC an extension of time to answer or otherwise plead to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties hereby respectfully request that this Court enlarge the time for Law Offices of Gregory T. Lattanzi, Schop & Pleskow, LLP, Synodi Videll & Green,

1156554.1

LLC, Gordon P. Videll, and Jones, Damia, Kaufman, Borofsky & DePaul, LLC to answer or otherwise plead to the First Amended Consolidated Third-Party Complaint, up to and including January 4, 2008.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

Dated:   November 30, 2007                    Respectfully Submitted,

/s/ George K. Flynn
_____
One of their Attorneys
RICHARD M. KAPLAN, (14002321)
GEORGE K. FLYNN, (6239349)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Third-Party Defendants Law Offices of Gregory T. Lattanzi, Schop & Pleskow, LLP, Synodi Videll & Green, LLC, Gordon P. Videll, and Jones, Damia, Kaufman, Borofsky & DePaul, LLC


/s/ Bernard E. LeSage
_____
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-5104 Telephone
(213) 630-5862 Facsimile
Attorneys for Ameriquest Mortgage Company


/s/ Thomas J. Wiegand
_____
Winston & Strawn, LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
Attorneys for Argent Mortgage Company, LLC

1156554.1

2

27-8340-00-5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS <br><br> AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br>　　　　　Third-Party Plaintiff,. <br><br> vs. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | MDL No. 1715 <br><br> Lead Case No. 05 CV 07097 <br><br> Centralized before The Honorable Marvin E. Aspen |

## CERTIFICATE OF SERVICE

I hereby certify that I e-served a copy of Third-Party Defendants, Law Offices of Gregory T. Lattanzi, Schop & Pleskow, LLP, Synodi Videll, LLC, Gordon P. Videll, and Jones, Damia, Kaufman, Borofsky & DePaul, LLC's **Stipulation Enlarging Time to Answer or Otherwise Plead to First Amended Consolidated Third-Party Complaint** on this 30th day of November 2007, via the Court's electronic filing system to the following CM/ECF participants:

ALL COUNSEL OF RECORD

/s/　　George K. Flynn
-------------------------------
RICHARD M. KAPLAN (14002321)
GEORGE K. FLYNN (6239349)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Certain Third-Party Defendants

4

1156554.1