27-8340-00-5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | ) ) ) ) ) ) ) |  MDL No. 1715<br><br>Lead Case No.  05 CV 07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| Third-Party Plaintiff,. | ) ) ) | |
| vs. | ) ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) | |

## ORDER

Counsel for  Third-Party Plaintiffs, Ameriquest Mortgage Company and Argent Mortgage, LLC, and Third-Party Defendants, Law Offices of Gregory T. Lattanzi, Schop & Pleskow, LLP, Synodi Videll & Green, LLC, Gordon P. Videll, and Jones, Damia, Kaufman, Borofsky & DePaul, LLC, having so stipulated, IT IS ORDERED that Third-Party Defendants shall have an extension of time to answer or otherwise plead to the First Amended Consolidated Third-Party Complaint, up to and including January 4, 2008.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

3

1156554.1