27-8340-00-5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | ) MDL No. 1715 ) ) Lead Case No. 05 CV 07097 ) ) Centralized before The Honorable ) Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) |
| Third-Party Plaintiff,. | ) ) |
| vs. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that I e-served a copy of Third-Party Defendants', **Stipulation Enlarging Time to Answer or Otherwise Plead to First Amended Consolidated Third Party Complaint** on this 30th day of November 2007 via the Court's electronic filing system to the following CM/ECF participants:

ALL COUNSEL OF RECORD

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judges Copy" of the foregoing **Stipulation** was sent via hand delivery on this 30th day of November 2007.

/s/ George K. Flynn
RICHARD M. KAPLAN, (14002321)
GEORGE K. FLYNN, (6239349)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010

1156568.1