IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL NO. 1715<br>Lead Case No. 05 C 07097<br>(Centralized before The Honorable Marvin E. Aspen) |
| JAMES and GENISE KRAUSE, and SHERRY PEARSON,<br>          Plaintiffs,<br><br>   v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | THIS DOCUMENT RELATES TO<br>No. 07 C 4628 ONLY |

**DEFENDANTS' UNOPPOSED MOTION
FOR REASSIGNMENT OF RELATED ACTION**

Pursuant to Northern District of Illinois Local Rule 40.4(c), Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company ("Defendants") in the following case:

- *Krause, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:07-cv-4628 (Zagel, J.)

(the "Action"), hereby seek reassignment of the Action to this Court for pretrial proceedings along with the other actions in the multidistrict litigation proceeding (the "Proceeding").

As further detailed in the accompanying Memorandum of Law in support of this motion, reassignment of the Action is warranted here because: (1) the Action is "related" to certain actions in this Proceeding under Local Rule 40.4(a); and (2) reassignment of the Action meets all of the conditions under Local Rule 40.4(b).

This Motion is based on this Motion, the Memorandum of Law in support of the Motion, the pleadings and records on file herein, such further papers as may be filed in connection with this Motion and on such further evidence and argument as may be presented at the hearing on this Motion.

On November 27, 2007, Harry Arger, counsel for the Defendants, spoke with Anthony Valach, counsel for the Plaintiffs, and Mr. Valach advised that he has no objection and in fact joins in this motion.

If the Court is not inclined to grant this Motion, Defendants request an opportunity for oral argument.

WHEREFORE, the Defendants respectfully request that this Court grant this Motion in its entirety.


Dated: November 30, 2007　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**AMERIQUEST MORTGAGE COMPANY,
　　　　　　　　　　　　　　　　　　　　　AMC MORTGAGE SERVICES, INC.,
　　　　　　　　　　　　　　　　　　　　　and DEUTSCHE BANK NATIONAL TRUST
　　　　　　　　　　　　　　　　　　　　　COMPANY**

　　　　　　　　　　　　　　　　　　By:　s/ Harry N. Arger
　　　　　　　　　　　　　　　　　　　　　Richard E. Gottlieb (rgottlieb@dykema.com)
　　　　　　　　　　　　　　　　　　　　　Harry N. Arger (harger@dykema.com)
　　　　　　　　　　　　　　　　　　　　　Renee L. Zipprich (rzipprich@dykema.com)
　　　　　　　　　　　　　　　　　　　　　Michelle B. Fisher (mfisher@dykema.com)
　　　　　　　　　　　　　　　　　　　　　DYKEMA GOSSETT PLLC
　　　　　　　　　　　　　　　　　　　　　10 South Wacker Drive, Suite 2300
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　Phone: 312-876-1700
　　　　　　　　　　　　　　　　　　　　　Fax:　　312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Irina V. Frye

CHICAGO\2400634.2
ID\IVF