# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715<br>Lead Case No. 05 C 07097<br>(Centralized before The Honorable Marvin E. Aspen) |
| JAMES and GENISE KRAUSE, and SHERRY PEARSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Defendants. | THIS DOCUMENT RELATES TO<br>No. 07 C 4628 ONLY |

## NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Thursday, December 6, 2007,** at **10:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Marvin E. Aspen** or any judge sitting in his stead in **Room 2568** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present **Defendants' Unopposed Motion for Reassignment of Related Action**.

Dated: November 30, 2007

**AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., and DEUTSCHE BANK NATIONAL TRUST COMPANY**

By: s/ Harry N. Arger
Richard E. Gottlieb (rgottlieb@dykema.com)
Harry N. Arger (harger@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Michelle B. Fisher (mfisher@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700 Fax: 312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Irina V. Frye

CHICAGO\2401650.1
ID\IVF