## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number: 05-CV-07097

In re Ameriquest Mortgage Co. Mortgage
Lending Practices Litigation (MDL No. 1715)
*********************************************
Ameriquest Mortgage Co., et al. v. Northwest
Title and Escrow Corp. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third Party Defendant, Southern Star Mortgage Corp.

| | |
|---|---|
| NAME (Type or print) <br> Michael A. Kraft | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael A. Kraft | |
| FIRM <br> Kraft Law Office | |
| STREET ADDRESS <br> 4343 Commerce Court, Suite 415 | |
| CITY/STATE/ZIP <br> Lisle, Illinois 60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6197378 | TELEPHONE NUMBER <br> 630-505-4119 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |