IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | (Centralized before The Honorable Marvin E. Aspen) |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, *et al.*, | |
| Third-Party Defendants. | |

## NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Thursday**, **December 13, 2007** at **10:30 a.m.**, I shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Attorneys' Title Insurance Fund, Inc.'s Motion to Dismiss First Amended Consolidated Third-Party Complaint and Attorneys' Title Insurance Fund, Inc.'s Memorandum of Law in Support of its Motion to Dismiss First Amended Consolidated Third-Party Complaint.

DATED: December 3, 2007

Respectfully submitted,

ATTORNEYS' TITLE INSURANCE FUND,

*s/ Peter J. Valeta*

Peter J. Valeta, ARDC No. 3128282
MECKLER BULGER & TILSON LLP
123 North Wacker Drive
Suite 1800
Chicago, Illinois 60606
(312) 474-7900
(312 474-7898 – facsimile
peter.valeta@mbtlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the Attorneys' Title Insurance Fund, Inc.'s Motion to Dismiss First Amended Consolidated Third-Party Complaint and Attorneys' Title Insurance Fund, Inc.'s Memorandum in Support of its Motion to Dismiss First Amended Consolidated Third-Party Complaint to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 3rd day of December, 2007:

ALL COUNSEL OF RECORD

The undersigned also certifies that pursuant to Local rule 5.2, a "Judge's Copy" of Attorneys' Title Insurance Fund, Inc.'s Motion to Dismiss First Amended Consolidated Third-Party Complaint and Attorneys' Title Insurance Fund, Inc.'s Memorandum in Support of its Motion to Dismiss First Amended Consolidated Third-Party Complaint was sent via hand delivery on this 3rd day of December, 2007 to:

Honorable Marvin E. Aspen
United States District Court
219 South Dearborn Street
Room 2568
Chicago, Illinois 60604

*s/ Peter J. Valeta*