# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of	MDL No. 1715
	Case No. 05-cv-07097

In re AMERIQUEST CO. MORTGAGE LENDING PRACTICES LITIGATION
AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,	Third-Party Plaintiffs,
v.
NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,	Third-Party Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　YES　　NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　YES　　NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　YES　　NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　　YES　　NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL　　　APPOINTED COUNSEL | |