**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of Case Number: | MDL No. 1715 |
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | Lead Case No. O5-CV-07097 |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | (Centralized before The Honorable Marvin E. Aspen) |

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

      Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, *et al.*

      Third-Party Defendants.

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**
Third-Party Defendant, MORTGAGE PROS USA

NAME (Type or print)
Martin A. Kanofsky

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Martin A. Kanofsky

FIRM
Merlo Kanofsky Brinkmeier & Gregg, Ltd.

STREET ADDRESS
208 S. LaSalle Street, Suite 950

CITY/STATE/ZIP
Chicago, Illinois  60604

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARDC No. 6180290 | 312-553-5500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | **X NO** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | **X YES** | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | **X YES** | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | **X NO** |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
  RETAINED COUNSEL      APPOINTED COUNSEL