IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | MDL No. 1715 |
| ) | Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | (Centralized before The Honorable Marvin E. Aspen) |
| ) | Magistrate Judge: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, ) a Delaware corporation; and ARGENT ) MORTGAGE COMPANY LLC, a ) Delaware limited liability company, ) ) Third Party Plaintiffs, ) ) v. ) ) NORTHWEST TITLE AND ESCROW ) CORPORATION, a Minnesota corporation, ) et al., ) ) Third Party Defendants. ) | |

**THIRD PARTY DEFENDANT MACKINNON & TAVANO, LLC'S
MOTION TO DISMISS THIRD PARTY PLAINTIFFS'
<u>FIRST AMENDED CONSOLIDATED THIRD PARTY COMPLAINT</u>**

Pursuant to Federal Rule 12(b)(6), Third Party Defendant, MACKINNON & TAVANO, LLC (hereinafter Third Party Defendant), hereby moves to dismiss Third Party Plaintiffs' First Amended Consolidated Third Party Complaint, in that Third Party Plaintiffs' cause of action fails to state a claim upon which relief may be granted. The grounds for the Motion to Dismiss Ameriquest's First, Second, Third and Fourth causes of action are based upon the failure to state a claim upon which relief may be granted Third Party Defendant submits Ameriquest has failed to allege sufficient facts upon which to base a cause of action, or because the causes of action are

barred by applicable law. Further Third-Party defendant submits that Ameriquest was not named as a direct defendant in the underlying lawsuit filed by Robert and Marci Day, and hence are not subject to damages to Robert and Marci Day and therefore are not proper Third-Party Plaintiff's in the instant litigation.

With respect to Argent's Fifth, Sixth, Seventh, Eighth, and Ninth causes of action, Third Party Defendant submits Argent cannot state a claim upon which relief may be granted because Argent has failed to allege sufficient facts upon which to base a cause of action, or because the causes of action are barred by applicable law. Consequently, there is no basis to maintain the cause of action against MACKINNON & TAVANO.

The basis for this Motion is further articulated in the attached Memorandum of Law, and accompanying exhibits.

    Respectfully submitted,

    **s/Joseph B. Carini, III**
    Joseph B. Carini, III
    Bar Number: 6198227
    Attorneys for Third Party Defendant
        MacKinnon & Tavano, LLC
    Johnson & Bell, Ltd.
    33 W. Monroe Street
    Suite 2700
    Chicago, IL 60603
    Telephone: (312) 372-0770
    Fax: (312) 372-2881
    E-mail: carinij@jbltd.com