# EXHIBIT A

# NOTICE OF RIGHT TO CANCEL

LENDER:   Argent Mortgage Company, LLC

DATE:  August 13 , 2003
LOAN NO.:   0051916468 - 9604
TYPE:   ADJUSTABLE RATE

BORROWER(S): LOUIS PASA CRETA, Jr.

ADDRESS:       436 EXETER STREET
CITY/STATE/ZIP:   BRIDGEPORT,CT 06606

PROPERTY:  436 EXETER STREET
         BRIDGEPORT, CT  06606

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

### ENTER DOCUMENT SIGNING DATE

8/13/03                                    ; or

2.   The date you received your Truth in Lending disclosures; or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL.

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company , LLC
One City Boulevard West
Orange , CA 92868

ATTN:  FUNDING
PHONE: (888)311-4721
FAX:    (714)347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

### ENTER FINAL DATE TO CANCEL

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

8 - 16 - 03

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____                    _____
SIGNATURE                                            DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel  . The exercise of this right by one borrower shall be effective to all borrowers.

_____  8/13/03      _____   08/13/03
BORROWER/OWNER LOUIS PASACRETA, Jr.  Date   BORROWER/OWNER DONNA LEE PASACRETA  Date

BORROWER/OWNER                    Date    BORROWER/OWNER                    Date

1066-NRC (Rev 6/99)                 **LENDER COPY**                08/13/2003 9:20:25 AM