IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION<br><br>_____<br><br>AMERIQUEST MORTGAGE<br>COMPANY, a Delaware Corporation;<br>and ARGENT MORTGAGE<br>COMPANY LLC, a Delaware limited<br>liability company,<br><br>       Defendants/Third-Party<br>       Plaintiffs,<br><br>   v.<br><br>NORTHWEST TITLE AND ESCROW<br>CORPORATION, a Minnesota<br>corporation, *et al*.,<br><br>       Third-Party Defendants. | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before<br>  the Hon. Marvin E. Aspen) |

## NOTICE OF MOTION

To:    Counsel of Record (via ECF system)

PLEASE TAKE NOTICE that on December 11, 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **National Real Estate Information Services' Motion to Dismiss or Alternatively**

-2-

**to Stay**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

Dated: December 3, 2007

>Respectfully submitted,
>
>NATIONAL REAL ESTATE INFORMATION SERVICES
>
>By: /s/ David J. Chizewer
>    One of Its Attorneys

David J. Chizewer
Alais L. M. Griffin
Chanté D. Spann
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on December 3, 2007, he caused a copy of **National Real Estate Information Services' Motion to Dismiss or Alternatively to Stay,** to be served by the Court's ECF/electronic mailing system upon all counsel of record.

/s/ David J. Chizewer
David J. Chizewer