# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Ameriquest Mortgage Co., et al. v. Northwest Title and Escrow Corp. (MDL No. 1715)

Case Number: 05-CV-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendants:
LandAmerica Financial Group, Inc., Commonwealth Land Title Insurance Company, Commonwealth Land Title Company, Lawyers Title Insurance Corporation, and TransNation Title Insurance Company

| | |
|---|---|
| NAME (Type or print) <br> Donald Colleluori | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Donald Colleluori | |
| FIRM <br> Figari & Davenport, LLP | |
| STREET ADDRESS <br> 3400 Bank of America Plaza, 901 Main St. | |
| CITY/STATE/ZIP <br> Dallas, TX 75202-3796 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 214-939-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |