# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 05cv07097 |
| In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation; Ameriquest Mortgage Company et al. v. Northwest Title Escrow Corporation, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Home-Land Title & Abstract Co., Inc., Third Party Defendant

| | |
|---|---|
| NAME (Type or print)<br>Michael A. Kraft | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael A. Kraft | |
| FIRM<br>Quinn, Johnston, Henderson & Pretorius | |
| STREET ADDRESS<br>227 NE Jefferson | |
| CITY/STATE/ZIP<br>Peoria, IL 61602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6216383 | TELEPHONE NUMBER<br>309/674-133 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |