Attorney No. 3122002

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS _____ | ) ) ) ) | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al. | ) ) ) | Lead Case No. 05-CV-07097 |
|     Defendants and Third-party Plaintiffs | ) ) ) | Hon. Marvin E. Aspen |
|     v. | ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) | |
|     Third-party Defendants. | ) | |

## NOTICE OF MOTION

<u>Via CM/ECF</u>

TO:    All attorneys of record

    PLEASE TAKE NOTICE that on December 13, 2007, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 2568, United States District Courthouse, Dirksen Federal Building, 219 South Dearborn St., Chicago, Illinois 60604 and shall then and there present Third-party Defendant, TEK Title, LLC's, Motion To Dismiss Pursuant To Federal Rule Of Civil Procedure 12(b0(6), a copy of which is hereby served upon you.

DATED: December 3, 2007                            By:  <u>/s/ Brian S. Brewer</u>
                                                                              Pinzur, Cohen & Kerr, Ltd.

<u>CERTIFICATION</u>

  Brian S. Brewer, an attorney, certifies pursuant to the Court Rules he served the foregoing Notice Of Motion via e-mail transmission upon the above-named individuals with the Clerk of the Court via the CM/ECF system on December 3, 2007.

  Further, pursuant to the Local Rules, a copy of this Notice was sent to the Honorable Marvin E. Aspen, United States District Court, 219 South Dearborn Street, Room 2578, Chicago, Illinois 60064 by First Class U.S. Mail by depositing a copy of the same, postage pre-paid, in the U.S. Mail located at 4180 RFD Route 83, Long Grove, Illinois 60047 on December 3, 2007.

                <u>/s/ Brian S. Brewer</u>
                Brian S. Brewer

Robert S. Pinzur
Laura E. Cohen
Megan LL. Kerr
Brian S. Brewer
Brian R. Merfeld
Pinzur, Cohen & Kerr, Ltd.
Attorney No. 3122002
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-5293 (Fax)