0149.12202  MRG/SMS  FIRM I.D. 40738

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, *et al*. | |
| Third-Party Defendants. | |

### NOTICE OF FILING

To: All Counsel of Record

**PLEASE TAKE NOTICE** that we have on this day filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Third Party Defendant Mortgage Pro USA s Answer to Third Party Plaintiffs First Amended Consolidated Third Party Complaint** a true and correct copy of same is attached hereto and hereby served upon you.

Dated: December 3, 2007

Respectfully submitted,

By: s/Martin A. Kanofsky
Merlo Kanofsky Brinkmeier &
Gregg Ltd.

Mr. Martin A. Kanofsky
Merlo Kanofsky Brinkmeier & Gregg Ltd.
208 S. LaSalle Street
Suite 950
Chicago, Illinois 60604
(312) 553-5500
ARDC: 6180290

**CERTIFICATE OF SERVICE**

  I, Martin A. Kanofsky, an attorney, certify that a copy of this Notice of Filing and above-mentioned documents were served upon the attorneys of record and parties via electronic filing from 208 S. LaSalle Street, Suite 950, Chicago, Illinois 60604, on December 3, 2007

                     s/Martin A. Kanofsky