IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.* <br><br> Third-Party Defendants. | |

**PROPOSED ORDER ON MOTION REGARDING THIRD-PARTY DEFENDANT CASE MANAGEMENT ISSUES**

WHEREAS on December 3, 2007, Third-Party Plaintiffs filed a Motion Regarding Third-Party Case Management Issues;

IT IS HEREBY ORDERED:

(1) Third-Party Defendants shall each file a Notice of Appearance with the Court by December 28, 2007;

(2) Third-Party Defendants shall have until March 31, 2008 to answer or otherwise respond to the Third-Party Complaint;

7

(3) Third-Party Plaintiffs' responses to any individually filed motions to dismiss shall be filed on or before April 30, 2008.

(4) All responses to Third-Party Plaintiffs Motion Regarding Third-Party Case Management Issues shall adhere to the following schedule:

(a) Third-Party Defendants shall have until January 3, 2008 to file an opposition to the Motion;

(b) Third-Party Plaintiffs shall have until January 17, 2008 to file a reply in support of the Motion; and

(c) The hearing on this matter shall be held on January 24, 2008 at 10:30 a.m.

**IT IS SO ORDERED.**

_____     _____
Dated                                                                The Honorable Marvin E. Aspen
                                                                             The Honorable Morton Denlow