ACC # 07017

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br> Third Party Plaintiffs, <br><br> v. <br><br> HOME EQUITY TITLE SERVICES, INC. an Illinois Corporation, ET AL., <br><br> Third Party Defendants. | Case No. 05-CV-07097 <br><br> (Centralized before The Honorable Judge Marvin E. Aspen) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on 3rd day of December, 2007 the undersigned electronically filed with the Clerk of the United States District Court For the Northern District of Illinois Eastern Division the following, a copy of which is attached hereto and herewith served upon you:

## ANSWER TO FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

Anthony C. Campanale
Lucy Kirschinger
Attorneys for Third Party Defendant
Anthony Campanale & Associates
19 S. La Salle St., Ste. 1500
Chicago, IL 60603
(312) 641-2233
(312) 641-0180 fax
Atty No. 3126921

Respectfully submitted,
HOME EQUITY TITLE SERVICES, INC.

By: __/s Anthony C. Campanale__
 One of Its Attorneys

**ACC # 07017**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third Party Plaintiffs,<br><br>v.<br><br>HOME EQUITY TITLE SERVICES, INC. an Illinois Corporation, ET AL.,<br><br>    Third Party Defendants. | Case No. 05-CV-07097<br><br>(Centralized before The Honorable Judge Marvin E. Aspen) |

## ANSWER TO FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

NOW COME the Third Party Defendant, HOME EQUITY TITLE SERVICES, INC. (hereinafter "HOME EQUITY"), by and through its attorneys, Anthony Campanale & Associates, and in response to the First Amended Consolidated Third-Party Complaint filed by the Third-Party Plaintiffs states as follows:

1. On information and belief, HOME EQUITY admits the allegations of Paragraph 1.

2. On information and belief, HOME EQUITY admits the allegations of Paragraph 2.

3. On information and belief, HOME EQUITY admits the allegations of Paragraph 3.

4. On information and belief, HOME EQUITY admits the allegations of Paragraph 4.

5. HOME EQUITY has no knowledge of the truth or accuracy of the allegation contained in Paragraph 5 and therefore denies same and demand strict proof thereof.

6. On information and belief, HOME EQUITY admits the allegations of Paragraph 6.

1

7. HOME EQUITY has no knowledge of the truth or accuracy of the allegation contained in Paragraph 7 and therefore denies same and demand strict proof thereof.

8. HOME EQUITY denies the allegations contained in Paragraph 8. HOME EQUITY further states that it did not: (a) close the Polydoros' loan, Case No. 05-CV-06517; and (b) issue a "Notice of Right to Cancel" form.

9. HOME EQUITY has no knowledge of the truth or accuracy of the allegation contained in Paragraph 9 and therefore denies same and demand strict proof thereof.

10. HOME EQUITY denies the allegations contained in Paragraph 10. HOME EQUITY further states that it did not: (a) close the Polydoros' loan, Case No. 05-CV-06517; and (b) issue a "Notice of Right to Cancel" form.

11. HOME EQUITY has no knowledge of the truth or accuracy of the allegation contained in Paragraph 11 and therefore denies same and demand strict proof thereof.

12. HOME EQUITY has no knowledge of the truth or accuracy of the allegation contained in Paragraph 12 and therefore denies same and demand strict proof thereof.

13. HOME EQUITY has no knowledge of the truth or accuracy of the allegation contained in Paragraph 13 and therefore denies same and demand strict proof thereof.

14. HOME EQUITY has no knowledge of the truth or accuracy of the allegation contained in Paragraph 14 and therefore denies same and demand strict proof thereof.

15. HOME EQUITY has no knowledge of the truth or accuracy of the allegation contained in Paragraph 15 and therefore denies same and demand strict proof thereof.

16. HOME EQUITY has no knowledge of the truth or accuracy of the allegation contained in Paragraph 16 and therefore denies same and demand strict proof thereof.

17. HOME EQUITY has no knowledge of the truth or accuracy of the allegation contained in Paragraph 17 and therefore denies same and demand strict proof thereof. HOME EQUITY further states that it is not listed as a Mortgage Broker or Title Defendant in Exhibit B. Consequently, on information and belief, the allegations relating to Exhibit B do not apply to HOME EQUITY.

**FIRST CAUSE OF ACTION**
**(Breach of Contract - Ameriquest Against the Title Defendants)**

**MOTION TO BE FILED[1]**

**SECOND CAUSE OF ACTION**
**(Negligence-Ameriquest Against the Title Defendants)**

**MOTION TO BE FILED[2]**

**THIRD CAUSE OF ACTION**
**(Equitable Indemnity-Ameriquest Against the Title Defendants)**

**MOTION TO BE FILED[3]**

---

[1] HOME EQUITY will file a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56(c) as to Counts I-IX. HOME EQUITY will also incorporate a Memorandum of Law in support of said Motion.

[2] HOME EQUITY will file a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56(c) as to Counts I-IX. HOME EQUITY will also incorporate a Memorandum of Law in support of said Motion.

[3] HOME EQUITY will file a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56(c) as to Counts I-IX. HOME EQUITY will also incorporate a Memorandum of Law in support of said Motion.

## FOURTH CAUSE OF ACTION
### (Contribution-Ameriquest Against the Title Defendants)

**MOTION TO BE FILED[4]**

## FIFTH CAUSE OF ACTION
### (Breach of Contract-Argent Against Broker Defendants)

**MOTION TO BE FILED[5]**

## SIXTH CAUSE OF ACTION
### (Breach of Contract-Argent Against Title Defendants)

**MOTION TO BE FILED[6]**

## SEVENTH CAUSE OF ACTION
### (Negligence-Argent Against Broker Defendants and Title Defendants)

**MOTION TO BE FILED[7]**

## EIGHTH CAUSE OF ACTION
### (Equitable Indemnity-Argent Against the Broker Defendants and Title Defendants)

**MOTION TO BE FILED[8]**

---

[4] HOME EQUITY will file a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56(c) as to Counts I-IX. HOME EQUITY will also incorporate a Memorandum of Law in support of said Motion.

[5] HOME EQUITY will file a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56(c) as to Counts I-IX. HOME EQUITY will also incorporate a Memorandum of Law in support of said Motion.

[6] HOME EQUITY will file a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56(c) as to Counts I-IX. HOME EQUITY will also incorporate a Memorandum of Law in support of said Motion.

[7] HOME EQUITY will file a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56(c) as to Counts I-IX. HOME EQUITY will also incorporate a Memorandum of Law in support of said Motion.

[8] HOME EQUITY will file a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56(c) as to Counts I-IX. HOME EQUITY will also incorporate a Memorandum of Law in support

## NINTH CAUSE OF ACTION
### (Contribution-Argent Against the Broker Defendants and Title Defendants)

### MOTION TO BE FILED[9]

WHEREFORE, the Third-Party Defendant, HOME EQUITY TITLE SERVICES, INC., prays that this Honorable Court enter an Order denying any and all relief requested by the Third-Party Plaintiffs and provide the Third-Party Defendant any further relief in its favor that this Court deems proper.

| | |
|---|---|
| Anthony C. Campanale<br>Lucy Kirschinger<br>Attorneys for Third Party Defendant<br>Anthony Campanale & Associates<br>19 S. La Salle St., Ste. 1500<br>Chicago, IL 60603<br>(312) 641-2233<br>(312) 641-0180 fax<br>Atty No. 3126921 | Respectfully submitted,<br>HOME EQUITY TITLE SERVICES, INC.<br><br><br><br>By:   /s Anthony C. Campanale<br>       One of Its Attorneys |

---

of said Motion.

[9] HOME EQUITY will file a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56(c) as to Counts I-IX. HOME EQUITY will also incorporate a Memorandum of Law in support of said Motion.