CERTIFICATE OF SERVICE

I, Russell M. Kofoed, certify that on this 3rd day of December, 2007, a true and correct copy of the Appearance was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access filing through the Court's electronic filing system.

By: /s/ Russell M. Kofoed