UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION | )<br>)<br>)<br>) | MDL No. 1715<br><br>Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL<br>ACTIONS | )<br>)<br>)<br>) | Honorable Marvin E. Aspen<br>Senior Judge |
| AMERIQUEST MORTGAGE COMPANY,<br>a Delaware corporation, and ARGENT<br>MORTGAGE COMPANY LLC, a Delaware<br>limited liability company, | )<br>)<br>)<br>)<br>)<br>) | Honorable Morton Denlow<br>U.S. Magistrate Judge |
| Third-Party Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| NORTHERN TITLE AND ESCROW<br>CORPORATION, a Minnesota corporation,<br>*et al.*, | )<br>)<br>)<br>) | |
| Third-Party Defendants. | )<br>) | |

**THIRD-PARTY DEFENDANT**
**HILLARD N. EINBINDER'S MOTION TO DISMISS**

NOW COMES Third-Party Defendant, HILLARD N. EINBINDER, by and through his

attorneys, CREMER, KOPON, SHAUGHNESSY & SPINA, LLC, and for his *Motion to Dismiss*

*the Sixth, Seventh, Eighth and Ninth Causes of Action of Third-Party Plaintiff, ARGENT's First*

*Amended Consolidated Third-Party Complaint,*[1] states as follows:

---

[1] ARGENT identifies Third-Party Defendant, HILLARD N. EINBINDER as a "Title Defendant" in the *First Amended Consolidated Third-Party Complaint.* Based upon the pleading, Causes of Action Six through Nine are applicable to Third-Party Defendant, HILLARD N. EINBINDER. To the extent that any of the remaining causes of action asserted in the *First Amended Consolidated Third-Party Complaint* may be construed against to HILLARD N. EINBINDER, Third-Party Defendant seeks dismissal of the same.

1. On January 23, 2006, Plaintiffs, including ROBERT ALLAN, brought an action in the Federal District Court of Connecticut against Defendant ARGENT MORTGAGE COMPANY, LLC, (hereinafter, "ARGENT") alleging that ARGENT violated the Federal Truth in Lending Act, 15 U.S.C. §1601, *et seq.* and the Connecticut Truth in Lending Act, Conn. Gen. Stat. 26a-676.

2. Pursuant to 28 U.S.C. §1407, the *ALLAN Complaint* was transferred by the Judicial Panel on Multidistrict Litigation to the Northern District of Illinois to proceed under MDL No. 1715.

3. To the extent that a matter transferred pursuant to 28 U.S.C. §1407 concerns issues of state law, a transferee court must apply the state law that would have applied to the individual cases had they not been transferred for consolidation. *In re Parmalat Securities Litigation,* 2007 WL 541466 (SDNY 2007).

4. The substantive law of Connecticut applies in this case.

5. Defendant/Third Party Plaintiff, ARGENT filed a *First Amended Consolidated Third-Party Complaint* asserting damages for breach of contract, negligence, equitable indemnity and contribution.

6. Third-Party Defendant HILLARD N. EINBINDER seeks dismissal of ARGENT's *First Amended Consolidated Third-Party Complaint* pursuant to Federal Rule of Civil Procedure 12 (b)(6).

7. Dismissal is appropriate because (1) the *First Amended Consolidated Third-Party Complaint* fails to comply with the notice pleading requirements of Federal Rule of Civil Procedure 8; (2) ARGENT's causes of action are neither secondary to nor a derivative of ARGENT's potential liability to the ALLAN Plaintiffs; (3) TILA does

not permit third party actions; (4) ARGENT's claims are barred pursuant to the economic loss doctrine; (5) ARGENT's *First Amended Consolidated Third-Party Complaint* asserts duplicative causes of action; (6) Connecticut law bars ARGENT's equitable indemnification claim; (7) Connecticut law bars ARGENT's contribution claim.; (8) ARGENT's claim for damage to goodwill and reputation is not permitted by federal or state law; and (9) ARGENT's claim for attorney's fees is not permitted absent contractual or statutory exception.

8. Third-Party Defendant adopts and incorporates by reference its *Memorandum in Support of Third-Party Defendant's Motion to Dismiss.*

WHEREFORE, Third-Party Defendant, HILLARD N. EINBINDER, respectfully requests this Honorable Court dismiss the *First Amended Consolidated Third-Party Complaint* and any other relief this Honorable Court deems just.

Respectfully submitted,

s/ Gary T. Jansen
One of the Attorneys for Third-Party Defendant
HILLARD N. EINBINDER

Gary T. Jansen
Nicole D. Milos
CREMER KOPON SHAUGHNESSY & SPINA
180 North La Salle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
Document No. 179185

3