UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Honorable Marvin E. Aspen <br> Senior Judge <br><br> Honorable Morton Denlow <br> U.S. Magistrate Judge |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br>       Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*, <br><br>       Third-Party Defendants. | |

## NOTICE OF ELECTRONIC FILING

TO:   ALL COUNSEL OF RECORD
       SEE PROOF OF SERVICE

    PLEASE TAKE NOTICE that on **December 3, 2007**, we caused to be electronically filed with the Clerk of the Court, on behalf of Third-Party Defendant HILLARD N. EINBINDER, his **Motion to Dismiss** and **Notice of Filing**, which is herewith attached and hereby served upon you.

                                          s/ Gary T. Jansen
                     One of the Attorneys for Third-Party Defendant
                                   HILLARD N. EINBINDER

Gary T. Jansen
CREMER KOPON SHAUGHNESSY & SPINA
180 North La Salle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
Document No. 179287