UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) | Honorable Marvin E. Aspen<br>Senior Judge<br><br>Honorable Morton Denlow<br>U.S. Magistrate Judge |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,<br><br>    Third-Party Defendants. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## NOTICE OF ELECTRONIC FILING

TO:   ALL COUNSEL OF RECORD
        SEE PROOF OF SERVICE

    PLEASE TAKE NOTICE that on **December 3, 2007**, we caused to be electronically filed with the Clerk of the Court, on behalf of Third-Party Defendant HILLARD N. EINBINDER, his **Memorandum in Support of Third-Party Defendant Hillard N. Einbinder's Motion to Dismiss** and **Notice of Filing**, which is herewith attached and hereby served upon you.

                                                      s/ Gary T. Jansen
                          One of the Attorneys for Third-Party Defendant
                                               HILLARD N. EINBINDER

Gary T. Jansen
CREMER KOPON SHAUGHNESSY & SPINA
180 North La Salle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
Document No. 179288