IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | Lead Case No. 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| NORTHWEST TITLE and ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) | |
| Third-Party Defendants | ) | |

## NOTICE OF FILING

TO:

| | |
|---|---|
| Bernard E. LeSage | Thomas J. Wiegand |
| Sarah K. Andrus | Gregory J. Miarecki |
| Buchalter Nemer | David E. Dahlquist |
| 1000 Wilshire Boulevard, Suite 1500 | Winston & Strawn LLP |
| Los Angeles, CA 90017-2457 | 35 West Wacker Drive |
| | Chicago, Illinois 60601 |

**PLEASE TAKE NOTICE** that on the 3RD day of December, 2007 I filed with the United States District Court for the Northern District of Illinois, Chicago, Illinois a **MOTION FOR ENLARGEMENT OF TIME**, a copy of which is attached hereto and is hereby served upon you.

                                          **ENVISION MORTGAGE SOLUTIONS,**

                              By: _____
                                                One of their attorneys

Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900


## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME,** to be served upon:

| | |
|---|---|
| Bernard E. LeSage | Thomas J. Wiegand |
| Sarah K. Andrus | Gregory J. Miarecki |
| Buchalter Nemer | David E. Dahlquist |
| 1000 Wilshire Boulevard, Suite 1500 | Winston & Strawn LLP |
| Los Angeles, CA 90017-2457 | 35 West Wacker Drive |
| | Chicago, Illinois 60601 |

by placing a true and correct copy of same in an envelope, properly addressed and sealed and postage prepaid and depositing with the United States Postal Services before 5:00 p.m. on December ____, 2007.

_____

Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089