IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) | MDL No. 1715 |
| AMERIQUEST MORTGAGE ) <br> COMPANY, a Delaware corporation; ) <br> and ARGENT MORTGAGE ) <br> COMPANY LLC, a Delaware limited ) <br> liability company, ) <br> ) | Lead Case No. 05-CV-07097 <br><br> (Centralized before The Honorable <br> Marvin E. Aspen) |
|       Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHWEST TITLE and ESCROW ) <br> CORPORATION, a Minnesota ) <br> corporation, et al. ) <br> ) <br>       Third-Party Defendants ) | |

## MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Third Party Defendant, Illinois Mortgage Funding, by and through his attorney, Dennis E. Both, and moving for enlargement of time in which to answer or otherwise plead.

The court previously entered a minute order granting all third party defendants until December 3rd, 2007 in which to answer or otherwise plead.

On November 30th, 2007 during the conference call between third party Plaintiff's counsel and the third party Defendant's counsel, third party Plaintiff advised that they were in agreement to grant all third parties Defendants time until March 2008 in which to file an answer or otherwise plead to allow more time for all third parties Defendants with

common defenses and common issues to be raised by motion to be sorted out and to allow the court the opportunity to set a schedule or determine the vehicle by which common motions could be raised briefed and decided as opposed to having hundred's of motions filed in each separately briefed.

Counsel for third party Plaintiffs advised that they would not be seeking to hold any non answering third party Defendant in the default prior to March 31, 2008, and filed a motion seeking to enlarge the time for answering until March 31, 2008.

Wherefore, the third party Defendant, Illinois Mortgage Funding, prays this honorable Court grant them to and including March 31, 2008 in which to answer or otherwise plead to the third party complaint, or in the alternative if this motion is denied grant them fourteen (14) days in which to answer or otherwise plead.

ILLINOIS MORTGAGE FUNDING

By: _____
One of their attorneys

Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089