JKB/cic/319600            4711-89-51

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 ) ) Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) (Centralized before The Honorable ) Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company, | ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) |
| Third-Party Defendants. | ) |

## NOTICE OF FILING

TO:     **ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on the 3rd day of December, 2007 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Michigan Trust Title Agency, LLC's Answer to First Amended Consolidated Third-Party Complaint**, a copy of which is attached hereto and hereby served upon you.

                                       MICHIGAN TRUST TITLE AGENCY, LLC

                                       By: /s/James K. Borcia
                                                    One of Its Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000