# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) | Lead Case No. 05-CV-07097 |
| Third-Party Plaintiffs, | ) ) ) | (Centralized before The Honorable Marvin E. Aspen) |
| v. | ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.* | ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

## NOTICE OF FILING

To: Counsel on Court's Electronic Mail System

Please take notice that on the 3rd day of December, 2007, I electronically filed with the Clerk of the United States District Court, Northern District of Illinois, the attached **CISLO TITLE COMPANY'S ANSWER TO FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**, a copy of which is hereby served upon you.

/s/ Jeffrey W. Finke
Attorney for
Cislo Title Company

Jeffrey W. Finke
20 North Wacker Drive
Suite 1701
Chicago, Illinois 60606-2904
(312) 606-3333

## **CERTIFICATE OF SERVICE**

I, Jeffrey W. Finke, hereby certify that on this 3rd day of December, 2007, a true and correct copy of Cislo Title Company's Answer to First Amended Consolidated Third-Party Complaint was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.

By:     /s/ Jeffrey W. Finke