UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al._<br><br>Defendants and Third-Party Plaintiffs<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, A Minnesota Corporation, et al.,<br><br>Third-Party Defendants. | Lead Case No. 05 C 7097<br><br>Centralized Before:<br>Hon. Marvin E. Aspen |

**THIRD-PARTY DEFENDANTS LAW TITLE INSURANCE AGENCY, INC., LAW TITLE INSURANCE COMPANY, INC. AND ABSOLUTE TITLE SERVICES, INC.'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

**NOW COME** Third-Party Defendants, Law Title Insurance Agency, Inc., Law Title Insurance Company, Inc. and Absolute Title Services, Inc., by their attorneys, Ward and Metti, P.C., and, pursuant to FedR.Civ.P. 5(b)(1), requests an enlargement of time to file these Third-Party Defendants' responsive pleading to the Amended Third-Party Complaint against them in this multi-district litigation. In further support thereof, movants state:

1. This court previously entered a minute order granting all third-party defendants until December 3, 2007 to answer or otherwise plead.

2.	On November 30, 2007 during a conference call between Third-Party Plaintiffs' counsel and multiple Third-Party Defendants' counsel, counsel for Third-Party Plaintiffs represented that they were in agreement to grant all Third-Party Defendants to March 31, 2008 to file answers or to otherwise plead so as to allow more time for all Third-Party Defendants with to sort out common defenses and to allow the Court the opportunity to set a schedule or to determine the vehicle by which common motions could be raised briefed and decided as opposed to having hundreds of motions filed and separately briefed.

3.	Counsel for Third-Party Plaintiffs advised that they would not seek to default any non-answering Third-Party Defendant prior to March 31, 2008.

4.	Counsel for Third-Party Plaintiffs also represented that Third-Party Plaintiffs would file a motion seeking to enlarge the time for responsive pleadings until March 31, 2008.

5.	Third-Party Defendants, Law Title Insurance Agency, Inc., Law Title Insurance Company, Inc. and Absolute Title Services, Inc. desire to extend their responsive pleading date to March 31, 2008 in accordance with Third-Party Plaintiffs' offer.

**WHEREFORE**, Third-Party Defendants, Law Title Insurance Agency, Inc., Law Title Insurance Company, Inc. and Absolute Title Services, Inc. respectfully request that this honorable Court grant them to and including March 31, 2008 in which to answer or otherwise plead to the Third-Party Complaint or, in the alternative, if this motion is denied, they request that the Court grant them fourteen (14) days in which to answer or otherwise plead.

          Respectfully submitted,
          LAW TITLE INSURANCE AGENCY, INC.
          LAW TITLE INSURANCE COMPANY, INC.
          ABSOLUTE TITLE SERVICES, INC.

By: _/s/ David A. Ward_
      David A. Ward, Their Attorney

**WARD AND METTI, P.C.**
245 Waukegan Road, Suite 230
Northfield   IL   60093
(847) 501-6565
ARDC Number 06184451
Date: December 3, 2007