UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al. | Lead Case No. 05 C 7097 |
| Defendants and Third-Party Plaintiffs | Centralized Before: Hon. Marvin E. Aspen |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, A Minnesota Corporation, et al., | |
| Third-Party Defendants. | |

NOTICE OF MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**PLEASE TAKE NOTICE** that on Thursday, December 13, 2007 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in courtroom 2568 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Third-Party Defendants, Law Title Insurance Agency, Inc., Law Title Insurance Company, Inc. and Absolute Title Services, Inc., motion for an enlargement of time to file their responsive pleading, a copy of which is served upon you herewith.

LAW TITLE INSURANCE AGENCY, INC.
LAW TITLE INSURANCE COMPANY, INC.
ABSOLUTE TITLE SERVICES, INC.

By: _David A. Ward_
David A. Ward, Their Attorney

**WARD AND METTI, P.C.**
245 Waukegan Road, Suite 230
Northfield   IL   60093
(847) 501-6565
ARDC Number 06184451
Date: December 3, 2007

## CERTIFICATE OF SERVICE

    I, David A. Ward, an attorney, do certify that I served the foregoing Notice of Motion and attached Motion for Extension of Time pursuant to ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope  AL  36533-0969

Argent Mortgage Company, LLC
3 Park Plaza, 10th Floor
Irvine  CA  92614

Michael J. Breslin
1100 Peachtree Street, NE, Suite 2800
Atlanta  GA  30309

Richard P. Colbert
Alexandra van Nes Dolger
Day, Berry & Howard
One Canterbury Green
Stamford  CT  06901-2047

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago  IL  60603

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania, Suite 1800
Indianapolis  IN  46204

Mara McRae
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta  GA  30309

Brian H. Newman
Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles  CA  90017

with a courtesy copy to the court on this 4th day of December, 2007.

                                           /s/ David A. Ward
                                         David A. Ward, Attorney