IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

----------------------------------------------------------------------- X
IN RE AMERIQUEST MORTGAGE CO. MORTGAGE :
LENDING PRACTICES LITIGATION, : MDL No. 1715
:
_____ : Lead Case No. 05-CV-07097
:
THIS DOCUMENT RELATES TO ALL ACTION :
:
:
_____ :
AMERIQUEST MORTGAGE COMPANY, a Delaware :
corporation and ARGENT MORTGAGE COMPANY :
LLC, a Delaware limited liability company, :
:
              Third-Party Plaintiffs, :
  -against- :
:
NORTHWEST TITLE AND ESCROW CORPORATION, :
a Minnesota corporation, *et al.*, :
:
             Third-Party Defendants. :
----------------------------------------------------------------------- X

**THIRD PARTY DEFENDANT SOUTHERN STAR MORTGAGE CORPORATION'S
ANSWER TO FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

      Third-Party Defendant, Southern Star Mortgage Corporation ("Southern Star") as and for its response to the First Amended Consolidated Third-Party Complaint ("Third Party Complaint") states as follows:

**THE PARTIES**

      1.     Southern Star lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 1 of the Third-Party Complaint and, therefore, denies the same.

57780

2. Southern Star lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 2 of the Third-Party Complaint and, therefore, denies the same.

3. Southern Star admits the allegations contained in Paragraph 3 of the Third-Party Complaint.

4. Southern Star admits the allegations contained in Paragraph 4 of the Third-Party Complaint.

5. Southern Star lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 5 of the Third-Party Complaint and, therefore, denies same.

6-7. Southern Star declines to plead to the legal conclusions contained in Paragraphs 6 and 7 of the Third Party Complaint. To the extent those paragraphs contain factual allegations, Southern Star denies the same.

### RESPONSE TO GENERAL ALLEGATIONS FOR AMERIQUEST CLAIMS

8-10. The allegations in Paragraphs 8, 9 and 10 of the Third Party Complaint do not pertain to the Third-Party Defendant, Southern Star. To the extent those paragraphs are directed at Southern Star, Southern Star lacks knowledge or information sufficient to form a belief as to the allegations contained in these paragraphs and, therefore, denies the same.

### RESPONSE TO GENERAL ALLEGATIONS FOR ARGENT CLAIMS

11. Southern Star lacks knowledge or information sufficient to form a belief as to the allegations purportedly made by the Plaintiffs against Argent in the main action and, therefore, Southern Star denies each and every allegation contained in paragraph 11 of the Third

Party Complaint. Southern Star denies any remaining allegations in paragraph 11 of the Third Party Complaint.

12. Southern Star admits that Argent is a mortgage lender, but lacks knowledge or information sufficient to form a belief as to Argent's exact conduct in terms of the allegations pled by the Plaintiffs in the main action and, therefore, denies the same. Southern Star also denies the allegation that the broker defendants are exclusively responsible for selecting title defendants and denies any and all further allegations contained in paragraph 12 of the Third Party Complaint.

13. Southern Star admits that it entered into a Mortgage Broker Agreement ("Mortgage Broker Agreement") and would respectfully refer to the Court to the terms and conditions of that Agreement for the exact duties and responsibilities contained in that contract. Southern Star denies any remaining allegations contained in paragraph 13 of the Third Party Complaint.

14. Southern Star lacks knowledge or information sufficient to form a belief as to the allegations contained in paragraph 14 of the Third-Party Complaint and, therefore, denies the same.

15. Southern Star lacks knowledge or information sufficient to form a belief as to the agreements by and between Argent and the "Title Underwriters" and, therefore, denies each and every allegation contained in paragraph 15 of the Third Party Complaint.

16. Southern Star lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 16 of the Third-Party Complaint and, therefore, denies the same.

17. Southern Star lacks knowledge or information sufficient to form a belief as the allegations contained in the first two sentences of Paragraph 17 of the Third Party Complaint and, therefore, denies the same. Southern Star also denies the allegation that the "Broker Defendants" are wholly responsible for any alleged misrepresentations, improper tactics or failed disclosures and further denies any remaining allegations contained in paragraph 17 of the Third Party Complaint.

### AS AND FOR A RESPONSE TO THE FIRST CLAIM
### (Breach of Contract – Ameriquest against the Title Defendants)

18. As and for its response to paragraph 18 of the Third Party Complaint, Southern Star, repeats and realleges each and every response heretofore set forth.

19-22. The allegations contained in paragraphs 19-22 of the Third Party Complaint are not directed to the conduct of Southern Star and, therefore, no answer need be given. To the extent those allegations are directed toward Southern Star, Southern Star lacks knowledge or information sufficient to form a belief as to the allegations contained therein and, therefore, denies the same. Southern Star further denies any and all liability, express or implied, arising from the allegations set forth in these paragraphs.

### AS AND FOR A RESPONSE TO THE SECOND CLAIM
### (Negligence - Ameriquest against the Title Defendants)

23. As and for its response to paragraph 23 of the Third Party Complaint, Southern Star, repeats and realleges each and every response heretofore set forth.

24-26. The allegations contained in paragraphs 24 through 26 of the Third Party Complaint are not directed against Southern Star and, therefore, no answer to those allegations need be given. To the extent those allegations are directed toward Southern Star, Southern Star lacks knowledge or information sufficient to form a belief as to the allegations contained therein

57780

4

and, therefore, denies the same. Southern Star further denies any liability, expressed or implied, arising from the allegations contained in these paragraphs.

### AS AND FOR A RESPONSE TO THE THIRD CLAIM
### (Equitable Indemnify - Ameriquest against the Title Defendants)

27. As and for its response to paragraph 27 of the Third Party Complaint, Southern Star, repeats and realleges each and every response heretofore set forth.

28-30. The allegations contained in paragraphs 28 through 30 of the Third Party Complaint are not directed against Southern Star and, therefore, no answer to those allegations need be given. To the extent those allegations are directed toward Southern Star, Southern Star lacks knowledge or information sufficient to form to belief as to the allegations contained therein and, therefore, denies the same. Southern Star further denies any liability, expressed or implied, arising from the allegations contained in these paragraphs.

### AS AND FOR A RESPONSE TO THE FOURTH CLAIM
### (Contribution - Ameriquest against the Title Defendants)

31. As and for its response to paragraph 31 of the Third Party Complaint, Southern Star, repeats and realleges each and every response heretofore set forth.

32-35. The allegations contained in paragraphs 32 through 35 of the Third Party Complaint are not directed against Southern Star and, therefore, no answer to those allegations need be given. To the extent those allegations are directed toward Southern Star, Southern Star lacks knowledge or information sufficient to form to belief as to the allegations contained therein and, therefore, denies the same. Southern Star further denies any liability, expressed or implied, arising from the allegations contained in these paragraphs.

### AS AND FOR A RESPONSE TO THE FIFTH CLAIM
### (Breach of Contract – Argent against Broker Defendants)

36. As and for its response to paragraph 36 of the Third Party Complaint, Southern Star, repeats and realleges each and every response heretofore set forth.

37-39. Southern Star admits that it entered into a written agreement with Argent and would respectfully refer the Court to that agreement for its terms and conditions. Southern Star denies any remaining allegations contained in paragraphs 37 through 39 of the Third Party Complaint.

40. Southern Star denies the allegations contained in Paragraph 40 of the Third-Party Complaint.

41. Southern Star denies the allegations contained in Paragraph 41 of the Third-Party Complaint.

### AS AND FOR A RESPONSE TO THE SIXTH CLAIM
### (Breach of Contract – Argent against Title Defendants)

42. As and for its response to paragraph 42 of the Third Party Complaint, Southern Star, repeats and realleges each and every response heretofore set forth.

43-46. The allegations contained in paragraphs 43 through 46 of the Third Party Complaint are not directed against Southern Star and, therefore, no answer to those allegations need be given. To the extent those allegations are directed toward Southern Star, Southern Star lacks knowledge or information sufficient to form to belief as to the allegations contained therein and, therefore, denies the same. Southern Star further denies any liability, expressed or implied, arising from the allegations contained in these paragraphs.

### AS AND FOR A RESPONSE TO THE SEVENTH CLAIM
### (Negligence – Argent against Broker Defendants and Title Defendants)

47. As and for its response to paragraph 47 of the Third Party Complaint, Southern Star, repeats and realleges each and every response heretofore set forth.

48. Southern Star admits that it performed all applicable duties pursuant to its broker contract or applicable law and that it complied with all applicable Federal and State laws pertaining to its functions as a mortgage broker. Southern Star denies any remaining allegations contained in paragraph 48 of the Third Party Complaint.

49. Southern Star denies that it breached any duties and, therefore, it denies each and every allegation contained in Paragraph 49 of the Third Party Complaint.

50. Southern Star denies each and every allegation contained in paragraph 50 of the Third Party Complaint.

### AS AND FOR A RESPONSE TO THE EIGHTH CLAIM
### (Equitable Indemnity – Argent against Broker Defendants and Title Defendants)

51. Southern Star, repeats and realleges each and every response heretofore set forth as and for its response to paragraph 51 of the Third Party Complaint.

52. Southern Star Southern Star declines to plead to the legal conclusions contained in Paragraph 52 of the Third Party Complaint. To the extent that paragraph contains factual allegations, Southern Star lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 52 of the Third-Party Complaint and, therefore, denies the same.

53. Southern Star lacks knowledge or information sufficient to form a belief as to the basis for Argent's purported "reasonable reliance" and, therefore, denies the same. Southern Star further denies the specific factual allegations set forth in paragraph 53 of the Third Party Complaint as they pertain to Southern Star and it denies any remaining factual allegations.

57780

Southern Star declines to plead to the legal conclusions set forth in this paragraph, and otherwise avers that it performed all of its statutory and contractual duties as a broker.

54. Southern Star declines to plead to the legal conclusions set forth in paragraph 54 of the Third Party Complaint, denies that it bears any liability to Argent and denies each and every remaining allegation contained within paragraph 54 of the Third Party Complaint.

### AS AND FOR A RESPONSE TO THE NINTH CLAIM
### (Contribution – Argent against Broker Defendants and Title Defendants)

55. Southern Star, repeats and realleges each and every response heretofore set forth as and for its response to paragraph 55 of the Third Party Complaint.

56-59. Southern Star denies each and every allegation contained in paragraphs 56, 57, 58 and 59 of the Third-Party Complaint.

### DEFENDANT'S AFFIRMATIVE DEFENSES

For their separate defenses, Third-Party Defendant, Southern Star, without concluding that they bear the burden of proof or persuasion as to any of them, alleges as follows:

### FIRST DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that the Third-Party Complaint, and each claim for relief as set forth therein, fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that the Third-Party Plaintiff is estopped from seeking the relief prayed for in the Third-Party Complaint by its failure to make a prompt and timely complaint regarding the subject transactions.

## THIRD DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that the Third-Party Plaintiff has waived any right to recovery.

## FOURTH DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that some or all of the Third-Party Plaintiff's claims for relief are barred as against Southern Star by the doctrine of laches.

## FIFTH DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that jurisdiction is lacking over Southern Star.

## SIXTH DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that the Third-Party Plaintiff is barred from obtaining relief from Third-Party Defendant, Southern Star, by virtue of its own affirmative acts, and its express and/or implied consent with respect to the allegations of the Complaint.

## SEVENTH DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that to the extent the Third-Party Plaintiff has suffered any damages, such damages are, upon information and belief, solely attributable to its own actions or failure to act, not as a result of Third-Party Defendants, Southern Star's actions or any alleged failure to act herein.

## EIGHTH DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that the damages alleged in the Third-Party Complaint were the result of intervening and superseding acts of negligence and/or intentional conduct on the part of persons or entities over

which Third-Party Defendant, Southern Star, had neither control nor right of control and for whose actions Third-Party Defendant, Southern Star, is not liable.

### NINTH DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that the alleged actions or omissions of Southern Star were not the proximate or actual cause of the damages claimed by the Third-Party Plaintiff.

### TENTH DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that this Third-Party Defendant, Southern Star, breached no duty to the Plaintiffs, Defendants or any Third-Party Plaintiff.

### ELEVENTH DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that Third-Party Defendant, Southern Star, complied fully with all applicable standards of care with respect to the matters alleged in the Third-Party Complaint.

### TWELFTH DEFENSE

Third-Party Defendant, Southern Star, is informed and believes, and on that basis alleges, that the Third-Party Defendant, Southern Star, is not liable, either directly or indirectly, for the actions of any of the other defendants.

Third-Party Defendant, Southern Star, reserves their rights to raise any and all other separate defenses that may become evident during discovery and during any other proceeding in this action.

**WHEREFORE**, Third-Party Defendant, Southern Star, prays for judgment against the Third-Party Plaintiff dismissing this action in its entirety together with an order for its

reasonable attorneys fees and costs together with an order for such other and further relief as to which this Court deems just, proper and equitable.

Dated: Lisle, Illinois
      December 3, 2007

                                      SOUTHERN STAR MORTGAGE CORP.

                                      By: /s/ Michael A. Kraft
                                          Michael A. Kraft, one of its attorneys

Michael A. Kraft, Esq.
Kraft Law Office
4343 Commerce Court, Suite 415
Lisle, Illinois 60532
(630) 505-4119 – telephone
(630) 364-5859- facsimile
mike@mkraftlaw.com

57780                                                                                      

## CERTIFICATE OF SERVICE

I, Michael A. Kraft, certify that on this 3rd day of December, 2007, a true and correct copy of the Answer of Southern Star Mortgage Corporation to the First Amended Consolidated Third Party Complaint was filed. Notice of the filing will be sent electronically to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Further, pursuant to the Local Rules, a copy of this Notice was sent to the Honorable Marvin E. Aspen, United States District Court, 219 South Dearborn Street, Room 2578, Chicago, Illinois 60064 by First Class U.S. Mail by depositing a copy of the same, postage pre-paid, in the U.S. Mail located at 4343 Commerce Court, Lisle, Illinois 60532 on December 3, 2007.

/s/ Michael A. Kraft
Michael A. Kraft, Esq.

57780