UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY, a Delaware corporation; ) <br> and ARGENT MORTGAGE ) <br> COMPANY, LLC a Delaware limited ) <br> liability company, ) <br> ) <br>         Third-Party Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> NORTHWEST TITLE and ESCROW ) <br> CORPORATION, a Minnesota ) <br> Corporation, et al. ) <br> ) <br>         Third-Party Defendants. ) | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before the Honorable Marvin E. Aspen) |

**MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

    Third-Party Defendant, the Law Office of Anthony A. Senerchia, Sr. P.C., a Massachusetts Professional Corporation, ("Senerchia") by and through its attorney of record, for its motion for an extension of time to answer or otherwise plead, states as follows:

1. The Court previously entered a minute order granting all Third-Party Defendants until December 3, 2007 to answer or otherwise plead to the Third-Party Plaintiffs' First Amended Consolidated Third-Party Complaint (the "Complaint").

2. On November 30, 2007, during a conference call between Counsel for Third-Party Plaintiffs and Counsel for Third-Party Defendants, Third-Party Plaintiffs

indicated that they intended to file a motion, which would allow all Third-Party Defendants until March 31, 2008 to answer or otherwise plead.

3. Counsel for Third-Party Plaintiffs also indicated that they would not seek to hold any non answering Third-Party Defendants in default if they had not answered or filed a responsive pleading by December 3, 2007.

4. On December 3, 2007, Third-Party Plaintiffs filed a motion requesting that this Court issue an order, which among other things, would extend the time for Third-Party Defendants to answer the Complaint through March 31, 2008.

5. Senerchia requests that this Court grant it leave to file an answer or other responsive pleading by no later than March 31, 2008, or in the alternative if this motion or Third-Party Plaintiffs' motion is denied, grant Senerchia fourteen (14) days in which to answer or otherwise plead.

6. There will be no prejudice to Third-Party Plaintiffs if the Court allows this extension.

7. This Motion is brought in the interests of justice and not for the purposes of delay.

WHEREFORE, Third-Party Defendant, the Law Office of Anthony A. Senerchia respectfully requests that this Honorable Court enter an Order granting Third-Party Defendant until March 31, 2008 or in the alternative if this motion is denied, grant Third-Party Defendant fourteen (14) days in which to answer or otherwise plead and any other such further relief as this Honorable Court deems just and appropriate.

December 4, 2007  Respectfully Submitted,

**LAW OFFICE OF
ANTHONY A. SENERCHIA, SR. P.C.,
A MASSACHUSETTS PROFESSIONAL
CORPORATION**

By:s/   Eric D. Kaplan_____
   Eric D. Kaplan (ekaplan@kpglaw.com)
   KAPLAN PAPADAKIS & GOURNIS, P.C.
   180 N. LaSalle Street, Suite 2108
   Chicago, Illinois 60601
   Phone: (312) 726-0531
   Fax:    (312) 726-4928


Eric D. Kaplan
Jared I. Rothkopf
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 North LaSalle Street
Suite 2108
Chicago, Illinois 60601
(312) 726-0531