UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY, a Delaware corporation; ) <br> and ARGENT MORTGAGE ) <br> COMPANY, LLC a Delaware limited ) <br> liability company, ) <br> ) <br>       Third-Party Plaintiffs, ) <br> ) <br>       v. ) <br> ) <br> NORTHWEST TITLE and ESCROW ) <br> CORPORATION, a Minnesota ) <br> Corporation, et al. ) <br> ) <br>       Third-Party Defendants. ) | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before the Honorable Marvin E. Aspen) |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:    Bernard E. LeSage        Thomas J. Wiegand
          Sarah K. Andrus          Gregory J. Miarecki
          Buchalter Nemer         David E. Dahlquist
          1000 Wilshire Boulevard    Winston & Strawn LLP
          Suite 1500                   35 West Wacker Drive
          Los Angeles, CA 90017-2457    Chicago, Illinois 60601

      PLEASE TAKE NOTICE, that on December 4, 2007, we filed with the United State District Court for the Northern District of Illinois, Chicago, Illinois, a Motion for an Extension of Time to Answer or Otherwise Plead on behalf of Third-Party Defendant Law Office of Anthony A. Senerchia, Sr. P.C., a Massachusetts Professional Corporation, a copy of which is hereby served upon you.

December 4, 2007              Respectfully Submitted,

**LAW OFFICE OF
ANTHONY A. SENERCHIA, SR. P.C.,
A MASSACHUSETTS PROFESSIONAL
CORPORATION**

By:s/   Eric D. Kaplan_____
  Eric D. Kaplan (ekaplan@kpglaw.com)
  KAPLAN PAPADAKIS & GOURNIS, P.C.
  180 N. LaSalle Street, Suite 2108
  Chicago, Illinois 60601
  Phone: (312) 726-0531
  Fax:    (312) 726-4928

Eric D. Kaplan
Jared I. Rothkopf
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 North LaSalle Street
Suite 2108
Chicago, Illinois 60601
(312) 726-0531

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Third-Party Defendant Law Office of Anthony A. Senerchia, Sr. P.C., a Massachusetts Professional Corporation, hereby certifies that he served the forgoing Notice and accompanying pleading to the persons listed above by causing a true copy thereof to be sent by depositing same in a post office box located at 180 North LaSalle Street, Chicago, Illinois for delivery to the attorneys identified above on or before 5:00 p.m. December 4, 2007.

By:  s/ Eric D. Kaplan                                      December 4, 2007
          Eric D. Kaplan (ekaplan@kpwlaw.com)
          KAPLAN PAPADAKIS & GOURNIS, P.C.
          180 N. LaSalle Street
          Suite 2108
          Chicago, Illinois 60601
          Phone: (312) 726-0531
          Fax:     (312) 726-4928


**BY ELECTRONIC FILING NOTICE TO**:
Bernard E. LeSage
Thomas J. Wiegand
Sarah K. Andrus
Gregory J. Miarecki
David E. Dahlquist