## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court s general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case No: 05-cv-07097
                                                                                 MDL No. 1715

In Re: Ameriquest Co. Mortgage Lending Practices Litigation

AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation; and
ARGENT MORTGAGE COMPANY LLC, a Deleware Limited Liability Company
                                                                    Third Party Plaintiffs,
v.
NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, et. al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Choice Title Agency, Inc.

NAME (Type or print)
    John E. Kerley

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/ John E. Kerley

FIRM
    Kerley & Associates, PC

STREET ADDRESS
    2131 West White Oaks Drive, Suite B-2

CITY/STATE/ZIP
    Springfield, IL  62704

ID NUMBER                                         TELEPHONE NUMBER
06201458                                          (217) 698-0007


ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES **X**        NO

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES              NO **X**

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES              NO **X**

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES **X**    NO

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL            APPOINTED COUNSEL