# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Ameriquest Mortgage Co., et al. vs. Northwest Title and Escrow Corp., et al. (MDL No. 1715)

Case Number: 05-CV-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendant
INDIANA TITLE NETWORK COMPANY

| | |
|---|---|
| NAME (Type or print) <br> DANIEL J. MCMAHON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ DANIEL J. MCMAHON | |
| FIRM <br> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | |
| STREET ADDRESS <br> 120 N. LASALLE STREET, 26TH FLOOR | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6201590 | TELEPHONE NUMBER <br> 312-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |