## ORDER

Counsel for Third Party Plaintiff Ameriquest Mortgage Company and Third Party Defendants having so stipulated, IT IS ORDERED that Third Party Defendants Fidelity National Title Insurance Company of New York, Fidelity National Title Insurance Company, Fidelity National Title Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title of Michigan, Ticor Title Insurance Company and American Pioneer Title Insurance Company shall have an extension of time to respond to the First Amended Consolidated Third Party Company up to and including December 31, 2007

**IT IS SO ORDERED.**

Dated: 12/4/07 , 2007

THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

CHI1 1434880v.1