U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Ameriquest Mortgage Co., et al. vs. Northwest Title and Escrow Corp., et al. (MDL No. 1715)

Case Number: 05-CV-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendant
INDIANA TITLE NETWORK COMPANY

| | |
|---|---|
| NAME (Type or print) REBECCA M. ROTHMANN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ REBECCA M. ROTHMANN | |
| FIRM WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | |
| STREET ADDRESS 120 N. LASALLE STREET, 26TH FLOOR | |
| CITY/STATE/ZIP CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06236791 | TELEPHONE NUMBER 312-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |