**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 05-CV-07097 / MDL No. 1715 |

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and
ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company
v. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al*.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
THIRD-PARTY DEFENDANTS:
ARCHER LAND TITLE, INC.
ACE MORTGAGE FUNDING, INC.

| |
|---|
| NAME (Type or print) |
| DAVID T. BALLARD |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David T. Ballard |
| FIRM |
| BARNES & THORNBURG LLP |
| STREET ADDRESS |
| ONE NORTH WACKER DRIVE, SUITE 4400 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6274508 | (312) 338-5914 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐