## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 05cv07097

In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation;
Ameriquest Mortgage Company et al. v. Northwest Title Escrow Corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Home-Land Title & Abstract Co., Inc., Third Party Defendant

| NAME (Type or print) |
|---|
| Gregory A. Cerulo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Gregory A. Cerulo |
| FIRM |
| Quinn, Johnston, Henderson & Pretorius |
| STREET ADDRESS |
| 227 NE Jefferson |
| CITY/STATE/ZIP |
| Peoria, IL 61602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6184006 | 309/674-133 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐