27-8067-00-4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | MDL No. 1715 <br><br> Lead Case No. 05 CV 07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | |

**STIPULATION ENLARGING TIME FOR THIRD-PARTY DEFENDANT TRAVIS MORTGAGE LLC TO ANSWER OR OTHERWISE PLEAD TO FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, Third-Party Plaintiffs, Ameriquest Mortgage Company and Argent Mortgage Company, LLC have agreed to grant Travis Mortgage LLC an extension of time to answer or otherwise plead to the First Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties hereby respectfully request that this Court enlarge the time for Travis Mortgage LLC to answer or otherwise plead to the First Amended Consolidated Third-Party Complaint, up to and including January 18, 2008.

1157895.1

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.**

Dated:   December 6, 2007                    Respectfully Submitted,


/s/ Joel B. Templeman
―――――――――――――――――――――――
DOMINICK W. SAVAIANO, (6181611)
JOEL B. TEMPLEMAN, (6290899)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Third-Party Defendant Travis Mortgage LLC


/s/ Brian H. Newman
―――――――――――――――――――――
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-5573 Telephone
(213) 896-0400 Facsimile
Attorneys for Ameriquest Mortgage Company


/s/ David E. Dahlquist
―――――――――――――――――――――
Winston & Strawn, LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5660
Attorneys for Argent Mortgage Company, LLC

1157895.1

27-8067-00-4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | ) ) ) ) ) ) ) |
| | MDL No. 1715 |
| | Lead Case No. 05 CV 07097 |
| | Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| vs. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that I e-served a copy of Third-Party Defendant, Travis Mortgage LLC's **Stipulation Enlarging Time to Answer or Otherwise Plead to First Amended Consolidated Third-Party Complaint** on this 6th day of December 2007, via the Court's electronic filing system to the following CM/ECF participants:

ALL COUNSEL OF RECORD

/s/     Joel B. Templeman
DOMINICK W. SAVAIANO (6181611)
JOEL B. TEMPLEMAN (6290899)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Third-Party Defendant Travis Mortgage LLC

4

1157895.1