IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO ALL ) INDIVIDUAL ACTIONS ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |

## NOTICE OF ADDITIONAL INDIVIDUAL OPT-OUTS FROM CLASS ACTIONS

Plaintiffs in the following pending actions hereby provide notice to this Court that they opt-out of participation in any class or putative class action or settlement involving Ameriquest Mortgage Company, Argent Mortgage Company, LLC, or Town and Country Credit Corporation. These plaintiffs were inadvertently not included in the Notice of Individual Opt-Outs from Class Actions filed January 5, 2007 by the Edelman firm. Counsel for Ameriquest brought the omission to counsel's attention recently and does not oppose this Notice of Additional Individual Opt-Outs.

| | | |
|---|---|---|
| 1 | Thomas and Christena Blain, Commerce Towns, MI | 07cv124 |
| 2 | Mildred Clay, Akron, OH | 06cv7191 |
| 3 | Robert and Twila Wayne, North Benton, OH | 07cv0274 |
| 4 | Thomas and Victoria Wildermuth, Canal Winchester, OH | 07cv408 |
| 5 | Jonathan Daege and Tara Walczak-Daege, Noblesville, IN | 07cv1746 |

Date: 12/06/2007

          Respectfully Submitted:

          <u>s/Al Hofeld, Jr.</u>
          Al Hofeld, Jr.

Daniel A. Edelman
James O. Latturner
Cathleen M. Combs
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)