**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| _____<br><br>THIS DOCUMENT RELATES TO ALL CASES | Centralized before the<br>Honorable Marvin E. Aspen |

## NOTICE OF INDIVIDUALS OPTING-OUT OF CLASS ACTION

The following parties hereby provide notice to this Court that they hereby opt-out of any class or putative class involving their Ameriquest mortgage:

Bronwen Elliot-Labin of Chico, CA

Gwen Faust & Eileen Russell of South Salem, NY

Clarence Holland of Spencer, OK

Richard Janewary of New Tazewell, TN

Linda Moss of Zionsville, IN

Marcia Nowik of Yellow Springs, OH

Paul & Wanda Newbolt of Indianapolis, IN

Susan Ferrara of Marcus Hook, PA

John Kruger of Lancaster, PA

Miriam Haskins of Neptune, NJ

Donald & Wanda Martindell of Highland, IN

Robert & Marlinna Vigil of Akron, CO

                                              Respectfully Submitted:

Date:   December 6, 2007                     /s/ Anthony P. Valach, Jr.
                                                  One of their attorneys

                                              Anthony P. Valach, Jr.
                                              Daniel M. Harris
                                              THE LAW OFFICES OF DANIEL HARRIS
                                              150 N. Wacker Drive, Suite 3000
                                              Chicago, IL 60606
                                              P: (312) 960-1802
                                              F: (312) 960-1936
                                              anthonyvalach@sbcglobal.net

**CERTIFICATE OF SERVICE**

    I, Anthony P. Valach, Jr., hereby certify that on this 7th day of December 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


                                     By:     /s/ Anthony P. Valach, Jr.