**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Ishmael, et al. v. Argent Mortgage Company, et al.*, Case No. 06-6872 (N.D. Ill.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

On December 4, 2007, plaintiffs in *Ishmael, et al. v. Argent Mortgage Company, et al.*, Case No. 06-6872 (N.D. Ill.) filed a Motion For Leave to File Second Amended Complaint. [Docket No. 37.] Although Argent Mortgage Company continues to dispute the merits of the claims in this action, it does not oppose the granting of leave to amend.

Dated: December 6, 2007

By: ____/s/ Thomas J. Wiegand_____

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

1

2

## CERTIFICATE OF SERVICE

      I, Bernard E. LeSage, hereby certify that on this 6th day of December 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              By: /s/ Bernard E. LeSage

BN 1592039v1