IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) |
| MORTGAGE LENDING PRACTICES | ) |
| LITIGATION | ) |
| _____ | ) Case number: MDL Number 1715 |
| AMERIQUEST MORTGAGE COMPANY | ) Lead Case Number: 05-CV-07097 |
| AND ARGENT MORTGAGE | ) Assigned Judge: Honorable Marvin E. Aspen |
| COMPANY LLC, | ) Designated Magistrate Judge: Honorable Morton Denlow |
| | ) |
|     DEFENDANTS AND THIRD | ) |
|     PARTY PLAINTIFFS, | ) |
| | ) |
|     VS. | ) |
| | ) |
| NORTHWEST TITLE AND ESCROW | ) |
| CORPORATION, ET. AL., | ) |
| | ) |
|     THIRD PARTY DEFENDANTS. | ) |

ANSWER OF THE MORTGAGE STORE TO FIRST AMENDED
CONSOLIDATED THIRD PARTY COMPLAINT

Third party defendant The Mortgage Store, through its attorney, Russell M. Kofoed, for its Answer to the First Amended Consolidated Third Party Complaint of third party defendants Ameriquest Mortgage Company and Argent Mortgage Company LLC, states as follows:

1.    Third party defendant is without knowledge or information sufficient to form a belief as the truth of the allegations set forth in paragraph 1 of the First Amended Consolidated Third Party Complaint.

2.    Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of the First Amended Consolidated Third Party Complaint.

3.      Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of the First Amended Consolidated Third Party Complaint.

4.      Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4 of the First Amended Consolidated Third Party Complaint.

5.      Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the First Amended Consolidated Third Party Complaint.

6.      Third party defendant admits the allegations set forth in paragraph 6 of the First Amended Consolidated Third Party Complaint.

7.      Third party defendant admits the allegations set forth in paragraph 7 of the First Amended Consolidated Third Party Complaint.

8.      Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8 of the First Amended Consolidated Third Party Complaint.

9.      Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 of the First Amended Consolidated Third Party Complaint.

10.      Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 of the First Amended Consolidated Third Party Complaint.

11.     Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the First Amended Consolidated Third Party Complaint.

12.     Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 of the First Amended Consolidated Third Party Complaint.

13.     Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of the First Amended Consolidated Third Party Complaint.

14.     Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14 of the First Amended Consolidated Third Party Complaint.

15.     Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15 of the First Amended Consolidated Third Party Complaint.

16.     Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16 of the First Amended Consolidated Third Party Complaint.

17.     Third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17 of the First Amended Consolidated Third Party Complaint.

ANSWER TO FIRST, SECOND, THIRD, AND FOURTH CAUSES OF ACTION

18.- 35. Third party defendant makes no answer to the allegations set forth in paragraphs 18 through 35 of the First Amended Consolidated Third Party Complaint pertaining to the First Course of Action, Second Cause of Action, Third Cause of Action, and Fourth Cause of Action because the allegations are not directed to it.

ANSWER TO FIFTH CAUSE OF ACTION

36.     Third party defendant realleges its answers to paragraphs 1 through 35 of the First Amended Consolidated Third Party Complaint as though set forth in full as its answer to paragraph 36 of the First Amended Consolidated Third Party Complaint.

37.     Third party defendant denies the allegations set forth in paragraph 37 of the First Amended Consolidated Third Party Complaint.

38.     Third party defendant denies the allegations set forth in paragraph 38 of the First Amended Consolidated Third Party Complaint.

39.     Third party defendant denies the allegations set forth in paragraph 39 of the First Amended Consolidated Third Party Complaint.

40.     Third party defendant denies the allegations set forth in paragraph 40 of the First Amended Consolidated Third Party Complaint.

41.     Third party defendant denies the allegations set forth in paragraph 41 of the First Amended Consolidated Third Party Complaint.

## ANSWER TO SIXTH CAUSE OF ACTION

42.-46. Third party defendant makes no answer to the allegations set forth in paragraphs 42 through 46 of the First Amended Consolidated Third Party Complaint pertaining to the Sixth Cause of Action because the allegations are not directed to it.

## ANSWER TO SEVENTH CAUSE OF ACTION

47.     Third party defendant realleges its answers to paragraphs 1 though 46 of the First Amended Consolidated Third Party Complaint as though set forth in full as its answer to paragraph 47 of the First Amended Consolidated Third Party Complaint.

48.     In answer to the allegations in paragraph 48 of the First Amended Consolidated Third Party Complaint, third party defendant makes no answer to the allegations directed to the title third party defendants since those allegations are not directed to the broker third party defendants, and denies the remaining allegations.

49.     In answer to the allegations in paragraph 49 of the First Amended Consolidated Third Party Complaint, third party defendant makes no answer to the allegations directed to the title third party defendants since those allegations are not directed to the broker third party defendants, and denies the remaining allegations.

50.     In answer to the allegations in paragraph 50 of the First Amended Consolidated Third Party Complaint, third party defendant makes no answer to the allegations directed to the title third party defendants since those allegations are not directed to the broker third party defendants, and denies the remaining allegations.

## ANSWER TO EIGHTH CAUSE OF ACTION

51.     Third party defendant realleges its answers to paragraphs 1 through 50 of the First Amended Consolidated Third Party Complaint as though set forth in full as its answers to paragraph 51 of the First Amended Consolidated Third Party Complaint.

52.     In answer to the allegations in paragraph 52 of the First Amended Consolidated Third Party Complaint, third party defendant makes no answer to the allegations directed to the title third party defendants since those allegations are not directed to the broker third party defendants, and denies the remaining allegations.

53.     In answer to the allegations in paragraph 53 of the First Amended Consolidated Third Party Complaint, third party defendant makes no answer to the allegations directed to the title third party defendants since those allegations are not directed to the broker third party defendants, and denies the remaining allegations.

54.     In answer to the allegations in paragraph 54 of the First Amended Consolidated Third Party Complaint, third party defendant makes no answer to the allegations directed to the title third party defendants since those allegations are not directed to the broker third party defendants, and denies the remaining allegations.

<u>ANSWER TO NINTH CAUSE OF ACTION</u>

55.     Third party defendant realleges its answers to paragraphs 1 through 54 of the First Amended Consolidated Third Party Complaint as though set forth in full as its answer to paragraph 55 of the First Amended Consolidated Third Party Complaint.

56.     In answer to the allegations in paragraph 56 of the First Amended Consolidated Third Party Complaint, third party defendant makes no answer to the

allegations directed to the title third party defendants since those allegations are not directed to the broker third party defendants, and denies the remaining allegations.

57. In answer to the allegations in paragraph 57 of the First Amended Consolidated Third Party Complaint, third party defendant makes no answer to the allegations directed to the title third party defendants since those allegations are not directed to the broker third party defendants, and denies the remaining allegations.

58. In answer to the allegations in paragraph 58 of the First Amended Consolidated Third Party Complaint, third party defendant makes no answer to the allegations directed to the title third party defendants since those allegations are not directed to the broker third party defendants, and denies the remaining allegations.

59. In answer to the allegations in paragraph 59 of the First Amended Consolidated Third Party Complaint, third party defendant makes no answer to the allegations directed to the title third party defendants since those allegations are not directed to the broker third party defendants, and denies the remaining allegations.

Wherefore, third party defendant The Mortgage Store requests this Court to dismiss the First Amended Consolidated Third Party Complaint of third party plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company LLC, to award third party defendant The Mortgage Store its reasonable attorney's fees and costs of suit, and to grant third party defendant The Mortgage Store such other relief that this Court shall deem just and proper.

Dated: December 7, 2007                     Respectfully submitted


                                            /s/Russell M. Kofoed_____
                                            Russell M. Kofoed, attorney for
                                            third party defendant
                                            The Mortgage Store

Russell M. Kofoed
525 West Monroe Street
Suite 2360
Chicago, Illinois 60661-3720
Telephone:  (312) 876-0500
Facsimile: (312) 876-0501

CERTIFICATE OF SERVICE

I, Russell M. Kofoed, certify that on this 7th day of December, 2007, a true and correct copy of the Answer of The Mortgage Store to the First Amended Consolidated Third Party Complaint was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

By: /s/ Russell M. Kofoed