IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>AMERIQUEST MORTGAGE CO. MORTGAGE<br>LENDING PRACTICES LITIGATION<br><br>AMERIQUEST MORTGAGE COMPANY, a<br>Delaware Corporation; and ARGENT MORTGAGE<br>COMPANY LLC, a Delaware limited liability,<br>  Defendants/Third-Party Plaintiffs,<br>  v.<br>NORTHWEST TITLE AND ESCROW<br>CORPORATION, a Minnesota Corporation, et al.,<br>  Third-Party Defendants. | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before the<br>Honorable Marvin E. Aspen) |

**THIRD-PARTY DEFENDANTS FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE COMPANY, CHICAGO TITLE COMPANY, CHICAGO TITLE INSURANCE COMPANY, CHICAGO TITLE OF MICHIGAN, TICOR TITLE INSURANCE COMPANY, AND AMERICAN PIONEER TITLE INSURANCE COMPANY'S OBJECTIONS TO THIRD-PARTY PLAINTIFFS MOTION <u>REGARDING THIRD-PARTY DEFENDANT CASE MANAGEMENT ISSUES</u>**

Third-party defendants Fidelity National Title Insurance Company of New York, Fidelity National Title Insurance Company, Fidelity National Title Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title of Michigan, Ticor Title Insurance Company, and American Pioneer Title Insurance Company (collectively "Fidelity"), by and through their counsel, hereby object to a portion of third-party plaintiffs' Motion Regarding Third-Party Defendant Case Management Issues as follows:

1.  On December 3, 2007, third-party plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company LLC filed their Motion Regarding Third-Party Defendant Case Management Issues (Docket No. 1724), in which they requested this Court to:

    - Require each Third-Party Defendant file a notice of appearance by December 28, 2007;

    - Extend the time for Third-Party Defendants "to answer" the First Amended Consolidated Third-Party Complaint through March 31, 2008, or later;

- Require the response of all Third-Party Defendants to the Third-Party Complaint "be a single consolidated answer or motion" rather than separate filings; and

- Grant the Third-Party Plaintiffs additional time to respond to any motion to dismiss filed by the Third-Party Defendants.

2. Fidelity objects only to the Third-Party Plaintiff's request that an extension to the time by which the Third-Party Defendants must respond to the Third-Party Complaint be conditioned upon a requirement that all the Third-Party Defendants file a single consolidated answer or motion to dismiss.

3. On October 23, 2007, the Third-Party Plaintiffs filed their Motion Regarding Certain Case Management Issues With Respect To Defendants' Third-Party Complaint (the "Case Management Motion") (Docket No. 1396), in which they seek to have this Court order the Third-Party Defendants to be bound by the prior case management orders entered in this action and require the Third-Party Defendants to form a committee, suggest lead counsel, and file consolidated pleadings.

4. This Court has given the Third-Party Defendants until January 3, 2008 to file any opposition to the Case Management Motion and set a hearing on that motion for January 24, 2008. (Docket Nos. 1668, 1669). This Court should address these case management issues, such as whether (and how) coordinated responses to the Third-Party Complaint are to be filed, only after the Third-Party Defendants have been given the opportunity to file written responses to the Case Management Motion by January 3, 2008, and an opportunity to be heard at the January 24, 2008 hearing.

5. Indeed, the Case Management Motion raises serious issues that should only be resolved after the parties are afforded the opportunity to brief them and after due consideration by this Court. For example, the Third-Party Plaintiffs' request that all the Third-Party Defendants act in unison implicates serious ethical, conflict of interest, and due process issues.

2

CHI1 1436959v.1

6.     These significant case management issues should not be decided beforehand in connection with the Third-Party Plaintiff's motion to extend the deadline to respond to the Third-Party Complaint.  Indeed, since the extended response date proposed by the Third-Party Plaintiffs is at least two months after the hearing on the Case Management Motion, the Third-Party Plaintiffs will not be prejudiced by this Court addressing these case management issues at the January 24, 2008 hearing.

WHEREFORE, the Fidelity third-party defendants request this Court to grant Ameriquest Mortgage Company's and Argent Mortgage Company LLC's request to extend the time for the Third-Party Defendants to appear, to respond to the Third-Party Complaint, and to respond to any motion(s) to dismiss, but to reserve ruling on their request that all the Third-Party Defendants file a single consolidated answer or motion to dismiss until the Case Management Motion has been fully briefed and ruled upon.

>                             FIDELITY NATIONAL TITLE INSURANCE
>                             COMPANY OF NEW YORK, FIDELITY
>                             NATIONAL TITLE INSURANCE COMPANY,
>                             FIDELITY NATIONAL TITLE COMPANY,
>                             CHICAGO TITLE COMPANY, CHICAGO TITLE
>                             INSURANCE COMPANY, CHICAGO TITLE OF
>                             MICHIGAN, TICOR TITLE INSURANCE
>                             COMPANY, AND AMERICAN PIONEER TITLE
>                             INSURANCE COMPANY
>
>                             By:   /s/ Albert E. Fowerbaugh, Jr.
>                                        One of Their Attorneys

Albert E. Fowerbaugh, Jr.                      Terry Christensen
Michael G. Salemi                              James S. Schreier
LOCKE, LORD, BISSELL & LIDDELL                 Eric P. Early
111 South Wacker Drive                         CHRISTENSEN, GLASER, FINK, JACOBS,
Chicago, Illinois  60606                          WEIL & SHAPIRO, LLP
Phone:  312-443-1871                           10250 Constellation Boulevard, 19th Floor
                                               Los Angeles, California 90067
                                               Phone: 310-553-3000

CHI1 1436959v.1

## **CERTIFICATE OF SERVICE**

    I, Albert E. Fowerbaugh, Jr., certify that on December 7, 2007, I served a true copy of the preceding upon all counsel of record by filing it with the Court via the Court's electronic filing system.

                                          /s/     Albert E. Fowerbaugh, Jr.

CHI1 1436959v.1