**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                                          Case No.: 1:05−cv−07097
                                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 10, 2007:

      MINUTE entry before Judge Marvin E. Aspen dated 12/10/07:Plaintiffs are to respond to third−party defendant National Real Estate Information Services' motion to dismiss or in the alternative to stay (DOc. No. 1714) on or before 4/30/2007. Defendants are to reply by 5/14/2007. The morion hearing set for 12/11/07 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.