UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ameriquest Mortgage Company, et al.

                    Plaintiff,

v.                                                       Case No.: 1:05−cv−07097
                                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 10, 2007:

      MINUTE entry before Judge Marvin E. Aspen dated 12/10/07:Defendant/Third−Party Plaintiffs' Motion [1724] regrding Third−Party Defendant Case Management Issues is granted in part and denied in part. Motion terminated. We hereby order all Third−Party Defendants to file Notices of Appearance with this Court by 12/28/07. Third−Party Defendants shall have until 3/31/08 to answer or otherwise respond to the amended consolidated third−party complaint. We further order third−party defendants to coordinate and file a consolidated answer or a consolidated motion to dismiss, by that date. Defendants' Third−Party plaintiffs shall have until 4/30/08 to respond to any motion to dismiss the third−party complaint. Any replies to be filed by 5/14/08. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.