UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Ameriquest Mortgage Company, et al.<br>Plaintiff,<br>v.<br>Ameriquest Mortgage Company, et al.<br>Defendant. | Case No.: 1:05−cv−07097<br>Honorable Marvin E. Aspen |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 10, 2007:

MINUTE entry before Judge Marvin E. Aspen dated 12/10/07: This court's order of 12/10/07 is amended to read that Defendants/Third−Party Plaintiffs shall have until 4/30/08 to respond to any motion to dismiss the third−party complaints, including any motion to dismiss previously filed. All other aspects of the order to remain in effect. Third−party plaintiffs stipulation (Doc. No. 1769) enlarging time for third−party defendant Travis Mortgage LLC to answer or otherwise plead to first amended consolidated third−party complaint is moot, in light of this court's order of 12/10/07.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.