

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*<br><br>    Third-Party Defendants. | **F I L E D**<br><br>DEC - 7 2007<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## DEFENDANT SIERRA TITLE OF CAMERON AND WILLACY COUNTIES' DESIGNATION OF LOCAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW METRO TITLE COMPANY, INC. D/B/A SIERRA TITLE OF CAMERON AND WILLACY COUNTIES, a Texas Corporation, and files this, its Designation of Local Counsel and would respectfully show the Court the following:

The following have been designated by Metro Title Company, Inc. d/b/a Sierra

ORIGINAL

Def. Sierra Title Company of Cameron and Willacy Counties' Answer
10-22-07

Title of Cameron and Willacy Counties, as local counsel for that Defendant in this case:

Mr. Don F. Glickman
Mr. James A. Flesch
GORDON, GLICKMAN FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603

Dated: November 30, 2007

        Respectfully submitted,

        LAW OFFICE OF JOHN KING
        3409 N. 10th Street
        McAllen, Texas 78501
        Telephone: (956) 687-6294
        Telecopier: (956) 687-5514

By: _____
        John R. King
        Texas Bar No: 11452000
        M. Steven Deck
        Texas Bar No: 05630175

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded the forgoing document, by certified mail, return receipt requested, to the following attorney(s) of record.

Mr. Bernard E. LeSage, Esq.
Ms. Sarah K. Andrus, Esq.
BUCHALTER NEMER, A P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc; Town & Country Credit Corporation; Ameriquet Capital Corporation; Town & Country Title Services, Inc; and Ameriquest Mortgage Securities, Inc.*

Mr. Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601

*Attorneys for Argent Mortgage Company, LLC*

Dated: November 30, 2007

_____
STEVE DECK