UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION** | **MDL No. 1715**<br><br>**Lead Case No. 05-cv-07097**<br><br>**Centralized before Judge Marvin E. Aspen** |
| **THIS DOCUMENT RELATES TO:**<br><br>**COLEMAN V. AMERIQUEST MORTGAGE CO.**, Case No. 07 C 3577 (N.D. Ill.) (transferred for pretrial proceedings; transferor court case no. 1:07-CV-00383-MHS (N.D. Ga.))  | |

## NOTICE OF OPTING OUT OF CLASS ACTIONS

    Plaintiffs in the above action hereby state that they opt out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them.

                                                                                      s/Charles M. Baird
                                                                                    Charles M. Baird
                                                                                   Georgia Bar No. 032500

Attorney at Law
235 Peachtree Street, Suite 400
Atlanta, Georgia 30303-1400
(404) 287-2383
Direct Line: (404) 522-9485
Fax: (404) 627-7056
E-mail: charlesmbaird@att.net                     Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I certify that on December 10, 2007, the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      s/Charles M. Baird
      Charles M. Baird