## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION** | **MDL No. 1715**<br><br>**Lead Case No. 05-cv-07097**<br><br>**Centralized before Judge Marvin E. Aspen** |
| **THIS DOCUMENT RELATES TO:**<br><br>**WESTMORELAND V. AMERIQUEST MORTGAGE CO.**, Case No. 07 C 4872 (N.D. Ill.) (transferred for pretrial proceedings; transferor court case no. 1:07-CV-01214-HTW (N.D. Ga.)) | |

## NOTICE OF OPTING OUT OF CLASS ACTIONS

Plaintiff in the above action hereby states that she opts out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to her.

|  |  |
|---|---|
| | s/Charles M. Baird<br>Charles M. Baird<br>Georgia Bar No. 032500 |
| Attorney at Law<br>235 Peachtree Street, Suite 400<br>Atlanta, Georgia 30303-1400<br>(404) 287-2383<br>Direct Line: (404) 522-9485<br>Fax: (404) 627-7056<br>E-mail: charlesmbaird@att.net | Attorney for Plaintiff |

**CERTIFICATE OF SERVICE**

      I certify that on December 10, 2007, the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      <u>s/Charles M. Baird</u>
      Charles M. Baird