UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: AMERIQUEST MORTGAGE CO.
MORTGAGE LEDING PRACTICES
LITIGATION

---

AMERIQUEST MORTGAGE COMPANY, a
Delaware Corporation, et al.,

                Defendants and Third-
                Party Plaintiff,

    vs.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, et al.,

           Third-Party Defendants.

MDL No.: 1715

Lead Case No: 05-CV-07097

Centralized Before the
Honorable Marvin E. Aspen



FILED

DEC 1 0 2007

12-10-2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## SUGGESTION OF BANKRUPTCY

    Express Financial Services, Inc. and Express Title Services of Ohio, Inc., the debtors and debtors-in-possession herein (collectively, the "Debtors") through its undersigned counsel, sets forth their Suggestion of Bankruptcy as follows:

    1.    On November 21, 2007, the Debtors filed their respective voluntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code. Their Chapter 11 cases are being jointly administered at Case No. 07-27374-JAD in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court"). A copy of the Notice of Bankruptcy Case Filing for each Debtor is attached hereto as Exhibit "A".

2. As a result of the aforesaid bankruptcy filing and entry of the Order for Relief, under the provisions of 11 U.S.C. §362(a), no suit, process or proceeding may be commenced or continued against the Debtors without leave of the Bankruptcy Court.

3. Accordingly, until such time as the Plaintiff obtains an order from the Bankruptcy Court lifting or modifying the automatic stay provisions of 11 U.S.C. §362(a), all proceedings in this action as they affect the Debtors are stayed.

Respectfully submitted,

CAMPBELL & LEVINE, LLC

Dated: 12/4/07

Paul J. Cordaro, Esquire
PA ID No. 85828
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
Telephone: 412.261.0310
Facsimile: 412.261.5066

EXHIBIT "A"

United States Bankruptcy Court
Western District of Pennsylvania

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed
under Chapter 11 of the United States Bankruptcy Code, entered on
11/21/2007 at 2:51 PM and filed on 11/21/2007.

**Express Financial Services, Inc.**
Nine Parkway Center, Suite 275
875 Greentree Road
Pittsburgh, PA 15220
Tax id: 25-1493416



The case was filed by the debtor's attorney:

**Paul J. Cordaro**
Campbell & Levine LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

The case was assigned case number 07-27374.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the
debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the
court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page
https://ecf.pawb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA
15219.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**John J. Horner**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/21/2007 14:54:31 | | | |
| **PACER Login:** | cl0053 | **Client Code:** | 5729 |
| **Description:** | Notice of Filing | **Search Criteria:** | 07-27374 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

United States Bankruptcy Court
Western District of Pennsylvania

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed
under Chapter 11 of the United States Bankruptcy Code, entered on
11/21/2007 at 3:02 PM and filed on 11/21/2007.

**Express Title Services of Ohio, Inc.**
Nine Parkway Center, Suite 275
875 Greentree Road
Pittsburgh, PA 15220
Tax id: 25-1573852



The case was filed by the debtor's attorney:

**Paul J. Cordaro**
Campbell & Levine LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

The case was assigned case number 07-27377.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the
debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the
court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page
https://ecf.pawb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA
15219.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

John J. Horner
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/21/2007 15:05:34 | | | |
| **PACER Login:** | cl0053 | **Client Code:** | 5729 |
| **Description:** | Notice of Filing | **Search Criteria:** | 07-27377 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

## CERTIFICATE OF SERVICE

I hereby certify that on the _4th_ day of _December_, 2007, I caused a true and correct copy of the foregoing Suggestion of Bankruptcy to be served upon the following by first class mail, postage prepaid:

Bernie Le Sage, Esquire
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Paul J. Cordaro, Esquire
PA I.D. No. 85828
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
Telephone: 412.261.0310

{P0114934.1}3