# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 05-cv-07097

In Re Ameriquest Mortgage Co. Mortgage
Lending Practices Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GENERAL AMERICAN CORPORATION

| | |
|---|---|
| NAME (Type or print)<br>Peter V. Baugher | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Peter V. Baugher | |
| FIRM<br>SCHOPF & WEISS LLP | |
| STREET ADDRESS<br>One South Wacker Drive, 28th Floor | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0138282 | TELEPHONE NUMBER<br>312.701.9300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ✓ NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ✓ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |