UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ameriquest Mortgage Company, et al.
                              Plaintiff,

v.                                        Case No.: 1:05−cv−07097
                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

　　　MINUTE entry before Judge Marvin E. Aspen dated 12/12/07: As set forth in this Court's Order of 12/10/07 (Doc. No. 1779), Third−party defendants shall have until 3/31/08 to answer or othewise respond to the amended consolidated third−party complaint. We further order third−party defendants to coordinate and file a consolidated answer or a consolidated motion to dismiss by that date. Defendnats' Third−party plaintiffs shall have until 4/30/08 to respond to any motions to dismis the third−party complaint. Any replies to be filed by 5/14/08. The motion hearing set for 12/13/07 is stricken. Third−Party defendants Law Title Insurance's motion for an extension of time to answer or otherwisse plead (Doc. No. 1743) is moot, in light of the 12/10/07 order.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.