UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | Honorable Marvin E. Aspen<br>Senior Judge |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, ) ) ) ) ) ) | Honorable Morton Denlow<br>U.S. Magistrate Judge |
| Third-Party Plaintiffs, ) ) | |
| v. ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*, ) ) ) ) | |
| Third-Party Defendants. ) | |

## NOTICE OF ELECTRONIC FILING

TO: ALL COUNSEL OF RECORD
SEE PROOF OF SERVICE

PLEASE TAKE NOTICE that on **December 12, 2007**, we caused to be electronically filed with the Clerk of the Court, on behalf of Third-Party Defendant HILLARD N. EINBINDER, his **Brief In Opposition To Defendants' Motion Regarding Certain Case Management Issues With Respect To Defendants' Third-Party Complaint** and **Notice of Filing,** which is herewith attached and hereby served upon you.

                                              s/ <u>Gary T. Jansen</u>
One of the Attorneys for Third-Party Defendant
HILLARD N. EINBINDER

Gary T. Jansen
Nicole D. Milos
CREMER KOPON SHAUGHNESSY & SPINA
180 North La Salle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
Document No. 180057