IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION ) ) ) ) AMERIQUEST MORTGAGE COMPANY, ) a Delaware Company, et al., ) ) Defendants and Third-Party Plaintiffs, ) ) v. ) ) NORTHWEST TITLE AND ESCROW ) CORPORATION, ) a Minnesota corporation, et al., ) ) Third-Party Defendants. ) | Lead Case No. 05 CV 07097<br><br>Centralized before:<br>The Honorable Marvin E. Aspen |

**NOTICE OF AFFILIATES BY THIRD PARTY DEFENDANT ALLIED HOME MORTGAGE PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Third Party Defendant Allied Home Mortgage Capital Corporation ("Allied"), by and through its attorneys, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, hereby submits this Corporate Disclosure and Notification of Affiliates and states that it has no parent corporations and no publically held affiliates.

Dated: December 12, 2007

Daniel Lynch (IL. Bar No. 6202499)　　　　　　　Respectfully submitted,
Henry Baskerville (Ill. Bar No. 6285712)
The Law Offices of Daniel Lynch
150 South Wacker Dr., Suite 2600　　　　　　　By:　s// *Daniel Lynch*
Chicago, Illinois 60606　　　　　　　　　　　　*Attorneys for Allied Home Mortgage*
312-346-8700 (tel) / 312-346-5180 (fax)


Certificate of Service

I, Daniel Lynch, hereby certify that on December 12, 2007, the attached documents were electronically filed with the Clerk in the above captioned matter and a true and correct copy of said documents was served upon counsel of record via the CM /ECF online filing system.

　　　　　　　　　　　　　　　　　　　　　　s// *Daniel Lynch* (filed electronically)