**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

**NOTICE OF INDIVIDUAL OPTING-OUT OF CLASS ACTION**

Michael and Susan O'Keefe of Staten Island, NY hereby provide notice to this Court that they opt-out of any class or putative class involving their Ameriquest mortgage.

Respectfully Submitted:

Date: December 14, 2007

_____/s/ Anthony P. Valach, Jr._____
One of their attorneys

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

## <u>CERTIFICATE OF SERVICE</u>

I, Anthony P. Valach, Jr., hereby certify that on this 14th day of December 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


By: <u>    /s/ Anthony P. Valach, Jr.    </u>