/7/*HN*

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Ameriquest Mortgage Co.<br>v.<br>Northwest Title | Case Number: MDL No. 1715 LF<br><br>EAD CASE NO. 05-CV-07097<br><br>(CENTRALIZED BEFORE THE<br>HONORABLE MARVIN E. ASPEN) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Paul D. Boudreau 

05cv7097

| |
|---|
| NAME (Type or print)<br>Robert W. Smyth, Jr.  Third-Party Defendant |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ |
| FIRM<br>Donohue Brown Mathewson & Smyth LLC |
| STREET ADDRESS<br>140 South Dearborn Street, Suite 800 |
| CITY/STATE/ZIP<br>Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6183534 | TELEPHONE NUMBER<br>(312) 422-0906 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

FILED
DEC 14 2007
12-14-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In re: Ameriquest Mortgage Co. v. Northwest Title
Case No. MDL No. 1715
Lead Case No. 05-CV-07097

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

### CERTIFICATE OF SERVICE

I, Gerri Woods, a non-attorney, on oath state that I served a copy of the foregoing Appearance by mailing a copy of same to all attorneys of record in this case and depositing the same in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois by 5:00 p.m. on this 14th day of December, 2007 with proper postage prepaid.

TO:

**Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corp., Ameriquest Capital Corporation, Town & Country Title Services, Inc., and Ameriquest Mortgage Securities, Inc.**
Bernie LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER
1000 Wilshire Boulevard
Suite 1500
Los Angeles, California 90017
Telephone:    (213)891-0700
Facsimile:    (213)896-0400

**Local Counsel for Ameriquest/ Argent Mortgage Company**
Thomas J. Wiegand, Esq.
Gregory J. Miarceki, Esq.
David E. Dahlquist, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone:    (312)558-5600
Facsimile:    (312)558-5700

**Attorney for**
Daniel A. Edelman, Esq.
Albert F. Hofeld, Jr., Esq.
James O. Latturner, Esq.
EDELMAN COMBS LATTURNER & GOODWIN LLC
120 South LaSalle Street
18th Floor
Chicago, Illinois 60603
Telephone:    (312)739-4200
Facsimile:    (312)419-0379

**Attorney for**
Daniel S. Blinn, Esq.
CONSUMER LAW GROUP, LLC
35 Cold Spring Road
Suite 512
Rocky Hill, Connecticut 06067
Telephone:    (860)571-0408
Facsimile:

**Attorney for**
Mr. Charles Delbaum
NATIONAL CONSUMER LAW CENTER
77 Summer Street
10th Floor
Boston, Massacussetts 02110
Telephone:    (617)542-8010
Facsimile:

**Attorney for**
Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
P. O. Box 479
Pawtucket, Rhode Island 02862
Telephone:
Facsimile:

_____ /s/ Gerri Woods _____

[ X ] Under penalties as provided by law pursuant to ILL. REV. STAT. Chap. 110-SEC. 1-109 the undersigned certifies that the statements set forth herein are true and correct