U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 05-CV-07097
IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES LITIGATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
HADLOCK LAW OFFICES, P.C.

| NAME (Type or print) |  |
|---|---|
| Paul S. Festenstein |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Paul S. Festenstein | |
| FIRM | |
| Condon & Cook, L.L.C. | |
| STREET ADDRESS | |
| 745 N. Dearborn Street | |
| CITY/STATE/ZIP | |
| Chicago, IL  60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 3124308 | (312) 266-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |