U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 05-07097

Ameriquest Mortgage Co. and
Argent Mortgage Co.

-vs-

Northwest Title and Escrow Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Law Offices of Gregory T. Lattanzi
Schop & Pleskow, LLP.
Synodi Videll, LLC.
Jones, Damia, Kaufman, Borofsky & DePaul, LLC.

| | |
|---|---|
| NAME (Type or print) | |
| Susan N.K. Gummow | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Susan N.K. Gummow | |
| FIRM | |
| Clausen Miller P.C. | |
| STREET ADDRESS | |
| 10 South LaSalle Street | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6258070 | 312-855-1010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |