# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 05-CV-07097

Ameriquset Mortgage Co., et. al. v. Northwest Title and Escrow Corp. (MDL No. 1715)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Heights Title Agency, Inc., National Real Estate Information Services of New Jersey, Inc., Superior Closing Services, LLC, Towne & Country Land Title Agency, Battersby Title, Inc., and Colonial Title & Escrow, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Christopher H. Murphy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Christopher H. Murphy | |
| FIRM <br> Cozen O'Connor | |
| STREET ADDRESS <br> 222 S. Riverside Plaza Suite 1500 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06278099 | TELEPHONE NUMBER <br> 312-382-3150 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐