## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

## STIPULATION FOR STAY OF ALL
## PROCEEDINGS AND AMENDED SCHEDULING ORDER

WHEREAS, on December 6, 2007, Borrowers' and Non-Borrowers' Class Counsel and Defendants' counsel began a mediation of the class claims with Retired Judge Daniel Weinstein of JAMS (San Francisco);

WHEREAS, the parties agreed to continue the mediation until January 16, 2008;

NOW THEREFORE, the parties propose continuing the stay from January 8, 2008 to January 25, 2008 and amending the discovery schedule in the case to extend all dates as follows:

1.      Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on January 25, 2008;

2.      Defendants' reply to Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on February 20, 2008;

3.      All fact and expert discovery shall be completed by May 21, 2008; and

4.      Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by March 21, 2008.  Each

party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by April 21, 2008.

5.     Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery.  Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

**IT IS SO STIPULATED:**

Dated:  December 19, 2007

By:  */s/ Marvin A. Miller*
*Attorneys for Borrower Class Plaintiffs*

Kelly M. Dermody
Caryn Becker
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Dated: December 19, 2007

By:  */s/ Thomas J. Wiegand*
*Attorneys for Argent Mortgage Company,
LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: December 19, 2007

By: */s/ Bernard E. LeSage*

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: December 19, 2007

By: */s/ Alan N. Salpeter*

*Attorneys specially appearing for Roland Arnall*

Alan N. Salpeter
DEWEY & LeBOEUF LLP
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, IL 60601