## CERTIFICATE OF SERVICE

I, Alan N. Salpeter, hereby certify that on this 19th day of December of 2007, a true and correct copy of the following document was filed electronically:

**STIPULATION FOR STAY OF ALL PROCEEDINGS AND AMENDED SCHEDULING ORDER; [PROPOSED] ORDER; and COVER LETTER TO JUDGE MARVIN E. ASPEN AND JUDGE MORTON DENLOW**

Notice of filing was sent by electronic mail to all Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the ECF system.

/s/ Alan N. Salpeter