DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 3700
Chicago, IL 60601-6710

**Alan N. Salpeter**
tel +1 312 794 8088
fax +1 312 729 6588
asalpeter@dl.com

December 19, 2007

**VIA HAND DELIVERY**

The Honorable Marvin E. Aspen
Senior Judge
U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Room 2578
Chicago, IL 60604

**VIA HAND DELIVERY**

The Honorable Morton Denlow
Magistrate Judge
U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Room 1356
Chicago, IL 60604

Re: In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation, MDL No. 1715, Lead Case No. 05-CV-07097

Dear Judges Aspen and Denlow:

As both of you know, we are mediating these cases in the hope that we can settle them. We had our first mediation on December 6 with Retired Judge Daniel Weinstein (of San Francisco), and all parties have agreed to continue on January 8, 2008. Accordingly, both sides have agreed to the attached stipulation which sets new dates that are acceptable to the parties. We have also attached a proposed Order incorporating these dates.

Thank you for considering our stipulation, and best wishes for a healthy and Happy New Year.

Very truly yours,

/s/ Alan N. Salpeter

ANS:jml
Enclosure

cc: All Counsel of Record (w/encl.)