AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

      Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,

      Third-Party Defendants.

CASE NUMBER: MDL No. 1715
Lead Case No. 05-CV-07097

ASSIGNED JUDGE: Hon. Marvin E. Aspen

DESIGNATED
MAGISTRATE JUDGE: Hon. Morton Denlow

TO:    Name and address of Third Party Defendant

Choice Title Agency, Inc.
1266 W. 6th St., Suite 301
Cleveland, OH 44113

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary Klein
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, Massachusetts 02111

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*[signature]*
(By) DEPUTY CLERK

SEP 1 4 2007

DATE

# Affidavit of Process Server

| Ameriquest Mortgage Co., et al. | vs | Northwest Title & Escrow, et al. | 05 CV 07097 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __BEN PURSER__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Choice Title Agency, Inc.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☒ Third-Party Summons, Corrected Caption for First Amended
Consolidated Third-Party Complaint and First Amended
Consolidated Third-Party Complaint

by serving (NAME) __CHOICE TITLE AGENCY, INC.__

at ☐ Home _____
☒ Business __1266 W. 6th STREET, STE. 301, CLEVELAND, OHIO 44113__
☒ on (DATE) __OCTOBER 2, 2007__ at (TIME) __4:15 PM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __SANDY MOLUNA, OWNER OF CHOICE TITLE AGENCY, INC.__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
- ☐ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
- ☒ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
- ☐ Yellow Skin   ☒ Blond Hair   ☒ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
- ☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
- ☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of _____   County of _____

SERVED BY __BEN PURSER__
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __8th__ day of __OCTOBER__, 20__07__

NOTARY PUBLIC

Mary M. Eisaman
Notary Public - State of Ohio
Filed in Summit County
My Commission Expires __7-7-12__

WINSTON

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.