IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ROSEMON, et al. v. AMERIQUEST ) <br> MORTGAGE COMPANY, et al., N.D. ) <br> ILL, CASE NO. 06-CV-6441 ) <br> _____ ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY, a Delaware corporation, ) <br>   ) <br> Third-Party Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> TRISTAR TITLE, LLC an Illinois limited ) <br> liability company; ROY W. WALLER, an ) <br> individual; and DOES 1-10 inclusive, ) <br>   ) <br> Third-Party Defendants. ) <br>   ) | MCL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before the Honorable <br> Marvin E. Aspen) |

## ROY W. WALLER'S MOTION TO WITHDRAW APPEARANCE
## AND LEAVE TO FILE SUBSTITUTE APPEARANCE

Third Party Defendant, Roy W. Waller ("Waller"), by and through his attorneys, Michael J. Weber and Michele L. Killebrew, of the law firm Leo and Weber, P.C., hereby submits its motion to withdraw the pro se appearance of Roy W. Waller and for leave to file the appearance of Michael J. Weber and Michele L. Killebrew, of Leo and Weber, P.C., stating as follows:

1. On or about October 1, 2007, Waller was served with a summons in the above captioned case.

2. On October 22, 2007, Waller filed a pro se appearance with this Court.

1

3.  Waller recently retained the law firm of Leo and Weber, P.C. to represent him in the above captioned case and now requests that his pro se appearance be withdrawn and that leave be granted for his attorneys to file an appearance on his behalf.

WHEREFORE, Roy W. Waller hereby prays that this Honorable Court grant his motion to withdraw as attorney of record and grant leave to file the appearance of Michael J. Weber and Michele L. Killebrew of the law firm of Leo and Weber, P.C. as substitution of counsel on record.

Respectfully Submitted,

**Roy W. Waller**

By: /s/ Michael J. Weber
One of his Attorneys

Michael J. Weber (ARDC #6186285)
Michele Killebrew (ARDC # 6289931)
Leo & Weber, P.C.
One North LaSalle Street, Suite 3600
Chicago, Illinois 60602
Telephone: (312) 857-0910