## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>In Re Ameriquest Mortgage Company<br>Mortgage Lending Practices Litigation | Case Number: 05-cv-07097<br>MDL No: 1715 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendant, Dream House Mortgage Corp.

| | |
|---|---|
| NAME (Type or print)<br>Gini Spaziano, Esquire | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Gini Spaziano | |
| FIRM<br>Shechtman Halperin Savage, LLP | |
| STREET ADDRESS<br>1080 Main Street | |
| CITY/STATE/ZIP<br>Pawtucket, Rhode Island 02860 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(401) 272-1400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |