U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 05-cv-07097 |
|---|---|
| In Re Ameriquest Mortgage Company Mortgage Lending Practices Litigation | MDL No: 1715 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendant, Dream House Mortgage Corp.

| NAME (Type or print) |
|---|
| Dean J. Wagner, Esquire |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Dean J. Wagner |
| FIRM |
| Shechtman Halperin Savage, LLP |
| STREET ADDRESS |
| 1080 Main Street |
| CITY/STATE/ZIP |
| Pawtucket, Rhode Island 02860 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (401) 272-1400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐