AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL
ACTIONS

**THIRD PARTY SUMMONS IN A
CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation; et al.

        Defendants and Third-Party
        Plaintiffs,

    v.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, et al.

        Third-Party Defendants.

MDL NO. 1715

LEAD CASE NO. 05-CV-07097

(CENTRALIZED BEFORE THE HONORABLE
MARVIN E. ASPEN)

To: Name and address of Third Party Defendant

Joshua Hiltibidal
9802 Huey Road
Carlyle, IL 62231

      **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SEE ATTACHED EXHIBIT "A"

DEFENDANT AND THIRD-PARTY PLAINTIFF'S
ATTORNEY (name and address)

Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*Esperanza Arnold*

(By) DEPUTY CLERK

SEP 2 4 2007

DATE

# Affidavit of Process Server

In Re: Ameriquest Mortgage Co.                                                05 CV 07097

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Joshua Hitibidal_

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒X   Third-Party Summons, Corrected Caption for First Amended
Consolidated Third-Party Complaint, First Amended Consolidated
Third-Party Complaint and Exhibits A & B

by serving (NAME) _Joshua Hitibidal_

at ☑ Home _14480-2 Tramore Dr., Chesterfield, MO 63017._

☐ Business _____

☑ on (DATE) _11/28/07_                              at (TIME) _7:00 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____                    (STATE) _____

**Manner of Service:**
☑ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address          ☐ Evading                        ☐ Other: _____
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:**  Service was attempted on: ( ____ )_____ , ( ____ )_____
                                                              DATE   TIME              DATE   TIME
( ____ )_____ , ( ____ )_____ , ( ____ )_____
        DATE   TIME              DATE   TIME              DATE   TIME

**Description:**
☑ Male          ☑ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female        ☐ Black Skin    ☑ Brown Hair    ☐ Balding       ☑ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
                ☐ Yellow Skin   ☐ Blond Hair                    ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☑ 131-160 Lbs.
                ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache      ☐ 51-65 Yrs.   ☑ 5'9"-6'0"   ☐ 161-200 Lbs.
☑ Glasses       ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois        County of Cook

Subscribed and sworn to before me,                                   SERVED BY
a notary public, this _6_ day of _December_ , 20_07_.        LASALLE PROCESS SERVERS

NOTARY PUBLIC

KELLEY A. BANNISTER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: May 13, 2011
Commission # 07499028

VARGA

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____

☐ Other (specify):
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

Executed on _____
Date          *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## EXHIBIT "A"

1.   Daniel A Edelman
     Albert F. Hofeld, Jr.
     Cathleen M Combs
     James O Latturner
     EDELMAN COMBS LATTURNER & GOODWIN LLC
     120 S LaSalle St., 18th Floor
     Chicago, IL 60603

2.   Daniel S. Blinn
     CONSUMER LAW GROUP, LLC
     35 Cold Spring Road, Suite 512
     Rocky Hill, CT 06067

3.   Charles Delbaum
     NATIONAL CONSUMER LAW CENTER
     77 Summer Street, 10th Floor
     Boston, MA 02110