IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 1:05-cv-07097 <br><br> Centralized before the <br> Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | <br><br> December 26, 2007 |
| JAYLEEN A. LaCROSS, <br>     Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY and HSBC BANK USA, NATIONAL ASSOCIATION F/K/A HSBC BANK USA, <br>     Defendants. | Case No. 1:06-cv-04036 <br><br> Hon. Marvin E. Aspen |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Jayleen LaCross seeks summary judgment on the first count of her Amended Complaint pursuant to Federal Rule of Civil Procedure 56, the federal Truth in Lending Act, 15 U.S.C. § 1601, *et seq*., and the Connecticut Truth-in-Lending Act, Conn. Gen. Stat. ("C.G.S.") § 36a-676, *et seq.* (hereinafter, collectively "TILA"). The first count asserts that Defendant Ameriquest Mortgage Company violated TILA by only giving Ms. LaCross two days to cancel her mortgage loan transaction rather than the three business days mandated by C.G.S. § 36a-683, 15 U.S.C. § 1635(a) and 12 C.F.R. ("Reg. Z") § 226.23(b). Summary judgment is appropriate

because the facts underlying this claim are apparent from the face of the disclosure form that Ameriquest admits giving Ms. LaCross at her mortgage closing. This document is not subject to genuine dispute, and the material facts it contains establish as a matter of law that Ameriquest failed to properly notify Ms. LaCross that she had three business days to rescind the transaction. Both Ameriquest and its co-defendant HSBC Bank USA, National Association f/k/a HSBC Bank USA ("HSBC") are liable for statutory rescission, as set forth in TILA. HSBC is liable as an assignee pursuant to 15 U.S.C. § 1641.

The Plaintiff has submitted affidavits, a Statement of Material Facts and a memorandum of law in support of her motion.

WHEREFORE, the Plaintiff respectfully requests that this Court enter summary judgment in her favor on the first count of her amended complaint.

PLAINTIFF, JAYLEEN A. LaCROSS

By: /s/ Andrew G. Pizor
Andrew G. Pizor (ct27015)
apizor@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd.; Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of December, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Andrew Pizor
      Andrew G. Pizor