## AFFIDAVIT OF MATTHEW W. GRAEBER

**STATE OF CONNECTICUT:**
: ss. Rocky Hill
**COUNTY OF HARTFORD** :

I, Matthew W. Graeber, being duly sworn, hereby make affidavit and say:

1. I am over the age of eighteen years, I believe in the obligations of an oath, and the facts set forth below were made of my own personal knowledge.

2. I am an attorney employed by Consumer Law Group, LLC which is located at 35 Cold Spring Road, Suite 512 in Rocky Hill, Connecticut.

3. I have examined the documents produced by Ameriquest Mortgage Company to Consumer Law Group during the above-captioned multidistrict litigation.

4. Based on my examination, I state that Exhibits 1-6 are true and correct copies of six Ameriquest mortgage notes and mortgage deeds bearing dates during 2003 and produced by Ameriquest to Consumer Law Group during this multidistrict litigation.

5. Based on my examination, I state that Exhibit 7-12 are true and correct copies of six Ameriquest mortgage notes and mortgage deeds bearing dates during 2004 and produced by Ameriquest to Consumer Law Group during this multidistrict litigation.

6. Exhibit 13 is a true and correct copy of the Request for Admissions served upon Ameriquest in this action.

7. Exhibit 14 is a true and correct copy of a September 22, 2005 letter received by Consumer Law Group from Ann Tran of Ameriquest regarding Jayleen LaCross and a Notice of Right to Cancel that accompanied the letter.

8. Exhibit 15 is a true and correct copy of the September 7, 2005 letter that Consumer Law Group sent to Ameriquest on behalf of Jayleen LaCross.

9. Exhibit 16 is a true and correct copy of a green certified mail receipt card (PS Form 3811) received by Consumer Law Group for Exhibit 15.

10. Exhibit 17 is a true and correct copy of the September 7, 2005 letter that Consumer Law Group sent to HSBC on behalf of Jayleen LaCross.

11. Exhibit 18 is a true and correct copy of a green certified mail receipt card (PS Form 3811) received by Consumer Law Group for Exhibit 18.

_____
Matthew W. Graeber

Subscribed and sworn to before me,
this 20th day of November, 2007.

_____
Notary Public
My Commission Expires: 2/28/10