IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAYLEEN A. LaCROSS,<br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and<br>HSBC BANK USA, NATIONAL<br>ASSOCIATION F/K/A HSBC BANK USA,<br>Defendants. | ) MDL No. 1715<br>) Lead Case No. 1:05-cv-07097<br>)<br>) Case No. 1:06-cv-04036<br>) Hon. Marvin E. Aspen<br>)<br>)<br>) SEPTEMBER 10, 2007<br>)<br>)<br>) |

## REQUEST FOR ADMISSIONS
## DIRECTED TO DEFENDANT AMERIQUEST MORTGAGE COMPANY

Pursuant to Federal Rule of Civil Procedure 36, the Plaintiff requests that Defendant Ameriquest Mortgage Company respond to the following requests for admissions.

1. Ameriquest Mortgage Company entered into a mortgage loan with Plaintiff Jayleen LaCross on July 9, 2004.

2. On or about September 22, 2005 Ann Tran was an agent of Ameriquest Mortgage Company.

3. On or about September 22, 2005 Ann Tran was Ameriquest Mortgage Company's counsel.

4. Exhibit A is a true and correct copy of a letter and Notice of Right to Cancel from Ann Tran.

1

5. Ameriquest Mortgage Company provided, or caused to be provided, a copy of Exhibit A to Plaintiff at the closing on her mortgage.

6. Exhibit B, numbered "OO-CLG0012919," is a Notice of Right to Cancel produced by Ameriquest Mortgage Company to Jayleen LaCross during this litigation.

7. Ameriquest Mortgage Company provided, or caused to be provided, a copy of Exhibit B to Plaintiff at the closing on her mortgage.

8. The date July 9, 2004 was a Friday.

9. The date July 11, 2004 was a Sunday.

10. The date July 12, 2004 was a Monday.

11. July 12, 2004 was three calendar days from July 9, 2004.

12. July 11, 2004 was not a "business day" as that term is defined by 12 C.F.R. § 226.2(a)(6).


I hereby swear that the foregoing answers are true:

Signed by: _____
           (print name)

Sworn to me this ____ day of _____ 2007


_____
Notary

PLAINTIFF, JAYLEEN A. LaCROSS

By: _____

Andrew G. Pizor (ct27015)
apizor@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd.; Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457

## CERTIFICATION

I hereby certify that the foregoing discovery request was mailed via first-class mail, postage prepaid to the parties of record on this 10th day of September 2007.

Bernard E. LeSage
Buchalter Nemer
1000 Wilshire Boulevard, #1500
Los Angeles, CA 90017-2457

_____
Andrew G. Pizor

3

# EXHIBIT A



**AMERIQUEST®**
MORTGAGE COMPANY

September 22, 2005

<u>*Via Facsimile (860) 571-7457*</u>
<u>*and Certified Mail / Proof of*</u>
<u>*Delivery Requested*</u>

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067

Re:   *Borrower(s):*           *Jayleen A. LaCross*
      *Ameriquest Loan Number:* *0085582948*
      *Property Address:*      *2 Quincy Court*
                               *Groton, Connecticut 06340*

Dear Mr. Blinn:

This letter is in response to your correspondence dated September 7, 2005 which purports to rescind the loan referenced above on the basis that the *Notice of Right to Cancel* ("*Notice*") was not provided to your client.

Attached please find completed copies of the *Notice* and *One Week Cancellation Period* that were provided to your client at loan closing and which they acknowledged receipt of by signing.

We also enclose a letter prepared by Giorgio Ligouri of Superior Closing Services, the closing agent for this loan. The affidavit sets forth Superior Closing Services' closing procedures, namely that all appropriate dates are filled in on the *Notice* and *One Week Cancellation Period*, and that two (2) copies of these documents are provided to each borrower and person with ownership interest in the collateral property.

For the reasons stated above, we deny your claim that Ameriquest did not provide your client with a complete *Notice*, and respectfully decline your demand for rescission of this loan. Please note that this denial is based upon the facts provided in your correspondence, and that we welcome you to forward us any additional information that would be pertinent to our review of this matter.

***Please direct all continuing and future inquiries regarding these matters to my attention to ensure timely delivery and receipt of your correspondence.***

We trust that this responds to your concerns.

Sincerely,

Ann Tran
Counsel
Ameriquest Mortgage Company

Encls.

cc:   HSBC (HSBC a/c #9186115)
      Attention: Legal Processing
      One HSBC Center – 12th Floor
      Buffalo, New York 14203

SEP 2 6 2005



1100 Town & Country Road, Suite 1200, Orange, CA 92868 • Phone (714) 541-9960 • Fax (714) 564-9639

**Superior Closing Services**
185 Plains Road / Suite 208E
Milford, CT 06460

Tel: 203-878-3815
Fax: 203-878-1802

Ms. Ann Tran
Legal Department
Ameriquest Mortgagae Company
1100 Town & Country Road
Orange, CT 92868

February 28, 2005

Dear Ann:

This is to affirm that Superior Closing Services L.L.C. follows all procedures set by Ameriquest Mortgage when preparing documents for mortgage loan refinances.

As Settlement Agent for Ameriquest, we assure all documentations are executed and dated accordingly. For example, the "date of the transaction" is the date the mortgage is signed by all borrowers, owners, spouses, entitled to rescind. The date following, "Not later than midnight of, is three (3) business from the date of the transaction. Please note, for the purpose of calculating the third business day, we count the first day after the date of closing and exclude Sundays and/or Federal Holidays and the date of funding.

This office is in contact with Ameriquest Mortgage Company to confirm that the proper dates are used.

In addition, we provide the each borrower, owner, spouse with two (2) copies of the One Week Cancellation Period and the Federal Notice of Right to Cancel and one (1) copy of the Federal Truth and Lending Disclosure Statement.

In the event this office receives notification from any party indicating a desire to cancel the transaction or refuses to execute the "Receipt of Notice" section, this office immediately contacts Ameriquest Mortgage Company to obtain further instruction.

Should you have any additional question relative to our procedure, please contact the undersigned at your earliest convenience.

Sincerely,

Giorgio P. Ligouri
Chief Operating Officer

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: July 9, 2004
LOAN NO.: 0085582948 - 5678
TYPE: FIXED RATE

BORROWER(S): Jayleen A LaCross

ADDRESS: 2 Quincy Court
CITY/STATE/ZIP: Groton, CT 06340

PROPERTY: 2 Quincy Court
Groton, CT 06340

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is **ENTER DOCUMENT SIGNING DATE** 7/9/04 ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of **ENTER FINAL DATE TO CANCEL** 7/12/04

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____  _____
SIGNATURE                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

  7-9-04
BORROWER/OWNER Jayleen A LaCross    Date    BORROWER/OWNER    Date

_____   _____
BORROWER/OWNER       Date    BORROWER/OWNER           Date

1064-NRC (Rev 01/04)

**LENDER COPY**

07/08/2004 3:05:20 PM

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0085582948 - 5678  Borrower(s): Jayleen A LaCross
Date: July 9, 2004

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____    7-9-04
Borrower/Owner  Jayleen A LaCross    Date

_____    _____
Borrower/Owner                       Date

_____    _____
Borrower/Owner                       Date

_____    _____
Borrower/Owner                       Date

### REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____    _____
Borrower/Owner Signature             Date

07/08/2004 3:06:20 PM
**LENDER COPY**

850 (10/00)

# EXHIBIT B

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: July 9, 2004
LOAN NO.: 0085582948 - 5678
TYPE: FIXED RATE

BORROWER(S): Jayleen A LaCross

ADDRESS: 2 Quincy Court
CITY/STATE/ZIP: Groton, CT 06340

PROPERTY: 2 Quincy Court
Groton, CT 06340

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   **ENTER DOCUMENT SIGNING DATE**
   7/9/04

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**
7/12/04

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____    _____
SIGNATURE                        DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_/s/ Jayleen A LaCross_  7-9-04
BORROWER/OWNER Jayleen A LaCross   Date      BORROWER/OWNER                    Date

BORROWER/OWNER              Date      BORROWER/OWNER                    Date

1064-NRC (Rev 01/04)


**LENDER COPY**

07/08/2004 3:06:20 PM

OO-CLG0012919