

# AMERIQUEST
### MORTGAGE COMPANY

September 22, 2005

**Via Facsimile (860) 571-7457 and Certified Mail / Proof of Delivery Requested**

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067

Re:   Borrower(s):              *Jayleen A. LaCross*
      Ameriquest Loan Number:   *0085582948*
      Property Address:         *2 Quincy Court*
                                *Groton, Connecticut 06340*

Dear Mr. Blinn:

This letter is in response to your correspondence dated September 7, 2005 which purports to rescind the loan referenced above on the basis that the *Notice of Right to Cancel* ("*Notice*") was not provided to your client.

Attached please find completed copies of the *Notice* and *One Week Cancellation Period* that were provided to your client at loan closing and which they acknowledged receipt of by signing.

We also enclose a letter prepared by Giorgio Ligouri of Superior Closing Services, the closing agent for this loan. The affidavit sets forth Superior Closing Services' closing procedures, namely that all appropriate dates are filled in on the *Notice* and *One Week Cancellation Period*, and that two (2) copies of these documents are provided to each borrower and person with ownership interest in the collateral property.

For the reasons stated above, we deny your claim that Ameriquest did not provide your client with a complete *Notice*, and respectfully decline your demand for rescission of this loan. Please note that this denial is based upon the facts provided in your correspondence, and that we welcome you to forward us any additional information that would be pertinent to our review of this matter.

*Please direct all continuing and future inquiries regarding these matters to my attention to ensure timely delivery and receipt of your correspondence.*

We trust that this responds to your concerns.

Sincerely,

Ann Tran
Counsel
Ameriquest Mortgage Company

Encls.

cc:   HSBC (HSBC a/c #9186115)
      Attention: Legal Processing
      One HSBC Center – 12th Floor
      Buffalo, New York 14203

SEP 2 6 2005

1100 Town & Country Road, Suite 1200, Orange, CA 92868 • Phone (714) 541-9960 • Fax (714) 564-9639



# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: July 9, 2004
LOAN NO.: 0085582948 - 5678
TYPE: FIXED RATE

BORROWER(S): Jayleen A LaCross

ADDRESS: 2 Quincy Court
CITY/STATE/ZIP: Groton, CT 06340

PROPERTY: 2 Quincy Court
Groton, CT 06340

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is **ENTER DOCUMENT SIGNING DATE** 7/9/04 ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of **ENTER FINAL DATE TO CANCEL** 7/12/04

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____    _____
SIGNATURE                        DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.



BORROWER/OWNER Jayleen A LaCross    7-9-04   Date      BORROWER/OWNER                        Date

BORROWER/OWNER                       Date      BORROWER/OWNER                        Date

1004-NRC (Rev 01/04)

**LENDER COPY**

07/08/2004 3:05:20 PM