

Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

September 7, 2005

**VIA CERTIFIED MAIL - 70050390000153579907**

HSBC
Attention: Legal Processing
One HSBC Center – 12th Floor
Buffalo, NY 14203

Re: Jayleen A. LaCross
Ameriquest Loan No.: 0085582948-5678
HSBC Loan No: 9186115

Property Address: 2 Quincy Court, Groton, CT 06340

To Whom It May Concern:

This office represents Jayleen A. LaCross concerning the loan transaction, which she entered into with Ameriquest Mortgage Company on July 9, 2004, which mortgage has been assigned to HSBC. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which she was provided did not allow for three business days within which she could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

It is our view that the rescission is valid. Our client has elected to continue making monthly payments. Please be advised that she does not intend to waive her rescission claim by continuing with her payments. Her payments should be treated as advances towards whatever tender obligations she might eventually owe.

We look forward to your response.

Sincerely,

Daniel S. Blinn

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

cc: Jayleen A. LaCross

    AMC Mortgage Services, Inc.
    P.O. Box 11000
    Santa Ana, CA 92711-1000

    Ann Tran
    Ameriquest Mortgage Company
    1100 Town and Country Road, Suite 200
    Orange, CA 92868

    Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
    Buchalter, Nemer, Fields & Younger
    601 S. Figueroa Street, Suite 2400
    Los Angeles, CA 90017-5704

    Joseph M. Pastore III (via facsimile 275-6410)
    Brown Raysman Millstein Felder & Steiner
    CityPlace II
    185 Asylum Street
    Hartford, CT 06103