**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 9/7/05 |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.42 | Lacross |

Sent To: HSBC
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4:

7005 0390 0001 5357 9907

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HSBC
Att: Legal Processing
One HSBC Center – 12th Floor
Buffalo, NY 14203

Lacross

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): ROBERT BROADWATER
C. Date of Delivery: SEP 10 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 5357 9907

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540