## AFFIDAVIT OF ALAN CICCHETTI

**STATE OF CONNECTICUT :**
: ss. Hartford
**COUNTY OF HARTFORD :**

I, Alan Cicchetti, being duly sworn, hereby make affidavit and say:

1. I am over the age of eighteen years, I believe in the obligations of an oath, and the facts set forth below were made of my own personal knowledge.

2. I am a Deputy Commissioner of the State of Connecticut, Department of Banking, located at 260 Constitution Plaza, Hartford, CT 06103-1800.

3. I have examined the Department of Banking's licensing records for first mortgage lenders and brokers and I have determined that Ameriquest Mortgage Company was licensed as a first mortgage lender in Connecticut during 2004, (Exhibit A, State of Connecticut Department of Banking list of dates, attached).

Alan Cicchetti

Subscribed and sworn to before me,
this _11_ day of _December_, 2007.

Karen C. Morelli
Notary Public
My Commission Expires:

KAREN E. MORELLI
Notary Public, State of Connecticut
My Commission Expires March 31, 2008

Exhibit A

| License | Type of License | Status | Original License Date | Date License Issued | Date License Made Inactive | Company Name | Company DBA | City | State | Address |
|---|---|---|---|---|---|---|---|---|---|---|
| 3902 | FMLB | I | 4/25/97 | October 1, 1999 | 9/11/00 | Ameriquest Mortgage Company | | Danbury | CT | 40 Old Ridgebury Road |
| 3555 | FMLB | I | 12/4/96 | December 4, 1996 | 6/9/97 | Ameriquest Mortgage Company | | East Haven | CT | 100 S. Shore Dr., #150 |
| 3152 | FMLB | I | 4/22/96 | October 1, 2004 | 11/17/05 | Ameriquest Mortgage Company | | Glastonbury | CT | 95 Glastonbury Rd., Suite C |
| 2986 | FMLB | I | 3/8/96 | October 1, 2004 | 11/17/05 | Ameriquest Mortgage Company | | New Haven | CT | 555 Long Wharf Dr., Suite 915 |
| 7015 | FMLB | I | 10/1/98 | October 1, 2004 | 6/23/06 | Ameriquest Mortgage Company | | New London | CT | 125 Eugene O'Neil Dr. #300 |
| 6796 | FMLB | I | 3/16/98 | October 1, 2000 | 1/8/01 | Ameriquest Mortgage Company | | Norwalk | CT | 301 Merritt 7 |
| 7912 | FMLB | I | 4/8/99 | October 1, 2006 | 6/15/07 | Ameriquest Mortgage Company | | Shelton | CT | 4 Armstrong Road, Suite 4B |
| 10315 | FMLB | I | 10/18/01 | October 1, 2004 | 6/23/06 | Ameriquest Mortgage Company | | Southbury | CT | 464 Heritage Road, Suite E |
| 11644 | FMLB | I | 1/7/03 | October 1, 2004 | 6/23/06 | Ameriquest Mortgage Company | | Stamford | CT | 177 Broad Street, Suite 600 |
| 3111 | FMLB | I | 4/17/96 | October 1, 1996 | 9/30/97 | Ameriquest Mortgage Corporation | Long Beach Mortgage Company d/b/a | Wethersfield | CT | 1025 Silas Deane Hwy. |