UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ameriquest Mortgage Company, et al.
                                Plaintiff,

v.                                              Case No.: 1:05−cv−07097
                                                Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, December 26, 2007:


MINUTE entry before Judge Marvin E. Aspen dated 12/26/07: Defendants and Borrower and Non−Borrower Class plaintiffs" Stipulation for stay of all proceedings and amended scheduling order (Doc. No. 1806) is allowed. This order relates only to the Borrower and Non−Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding. The stay of all proceedings in this matter is continued to 1/25/08. Plaintiffs' opposition to Ambassador Roland Arball's motion to dismiss first amended class action complaint will be due on 1/25/08. Defendants' reply to plaintiffs' opposition to Ambassador Roland Arnall's motion to dismiss first amended class action complaint will be due on 2/20/08. All fact and expert discovery shall be completed by 5/21/08. Each party shall disclose any and all affirmative experts, consistent with the requirements of FRCP 20(a)(2) by 3/21/08. Each party shall disclose any and all rebuttal experts, consistent with the requirements of FRCP 26(a)(2) by 4/21/08; and Absent further leave of court, plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after plaintiffs file their motion for class certification, and plaintiffs shall have up to 30 days after the filing of defendants' opposition to file their reply. Enter Order.Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.