IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## ORDER

Counsel for Defendants and Borrower and Non-Borrower Class Plaintiffs having so stipulated, and the Court having considered the Stipulation, **IT IS ORDERED that:**

1. This Order relates only to the Borrower and Non-Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding;

2. The stay of all proceedings in this matter is continued to January 25, 2008;

3. Plaintiffs' Opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on January 25, 2008;

4. Defendants' Reply to Plaintiffs' Opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on February 20, 2008;

5. All fact and expert discovery shall be completed by May 21, 2008;

6. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by March 21, 2008.

Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by April 21, 2008; and

7. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

**IT IS SO ORDERED.**

_____
The Honorable Morton Denlow
The Honorable Marvin E. Aspen     12/26/07