# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　Case Number: 05-CV-07097

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES LITIGATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mortgage Information Services, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Emily L. Alb | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Emily L. Alb | |
| FIRM <br> Rathje & Woodward LLC | |
| STREET ADDRESS <br> 300 E. Roosevelt Road, Suite 300 | |
| CITY/STATE/ZIP <br> Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288926 | TELEPHONE NUMBER <br> (630) 668-8500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |