# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                             Case Number: 05 cv 07097

In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Equifax Information Services LLC,
successor in interest to Equifax Credit Information Services, Inc.,
and Equifax Marketing Services

| | |
|---|---|
| NAME (Type or print) <br> Mara McRae | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mara McRae | |
| FIRM <br> KILPATRICK STOCKTON LLP | |
| STREET ADDRESS <br> 1100 PEACHTREE STREET, SUITE 2800 | |
| CITY/STATE/ZIP <br> ATLANTA, GEORGIA 30309-4530 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 404-815-6500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |