UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION )<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS )<br><br>AMERIQUEST MORTGATE CO., et al.,  )<br><br>    Defendants and Third-Party Plaintiffs, )<br><br>    v. )<br><br>NORTHWEST TITLE AND ESCROW CORP., et al., )<br><br>    Third-Party Defendants. ) | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Hon. Marvin E. Aspen<br><br>Hon. Morton Denlow |

**THIRD-PARTY DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

Third-Party Defendant Old Republic National Title Insurance Company, by its undersigned attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosure:

1. Old Republic National Title Holding Company is Old Republic National Title Insurance Company's parent corporation.

2. Old Republic International Corporation, a publicly held corporation, indirectly owns 100% of Old Republic National Title Insurance Company.

Respectfully submitted,

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY


By: /s/ Emily V. Wolf
      One of Its Attorneys



Andrew R. Greene (No. 6225072)
Emily V. Wolf (No. 6284276)
Krasnow Saunders Cornblath, LLP
500 North Dearborn Street
2nd Floor
Chicago, Illinois 60610
Phone: 312-755-5700
Fax: 312-755-5720

## **CERTIFICATE OF SERVICE**

I, Emily V. Wolf, certify that on December 28, 2007, I served a true and correct copy of the preceding Third-Party Defendant Old Republic National Title Insurance Company's Rule 7.1 Disclosure Statement upon all counsel of record by filing it with the Court's electronic filing system.

/s/ Emily V. Wolf