31601/04888/RGS/SJB

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION, <br><br> Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, et al., <br><br> Defendants. | MDL No. 1715 <br><br> No. 05-CV-7097 <br><br> Centralized before The Honorable Marvin E. Aspen |

## CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on December 28, 2007, the following described document was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

DOCUMENT DESCRIPTION:

Appearance on behalf of
LAW OFFICES OF DANIEL NIGRO, P.C.; LEE S. JACOBOWITZ, ESQ.; CAROLYN T. DALEY; JOHN WEBER & ASSOCIATES, P.C.; DEWRELL & SACKS, LLP; LIETO & GREENBERG, LLP

ADDRESSED AS FOLLOWS:

Bernard E. Le Sage, Esq.
Sarah K. Andrus, Esq.
Buchalter Nemer, P.C.
1000 Wilshire Boulevard
Suite 1500
Los Angeles CA 90017-2457
(213) 891-0700
(213) 896-0400 (Fax)

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
David E. Dahlquist, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago IL 60601
(312) 558-5600
(312) 558-5700 (Fax)

      Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                                     s/ Scott J. Brown
                                        One of the Attorneys for Defendants, JOHN WEBER; JACOBOWITZ & POTOTSKY (NY); DEWRELL SACKS, LLP (GA); LIETO & GREENBERG (CT); DANIEL NIGRO (MA & RI)

Scott J. Brown
ARDC #: 6206656
CASSIDAY SCHADE LLP
20 N. Wacker Dr., #1040
Chicago, IL 60606
(312) 641-3100

7070537 SBROWN;DMARTINE