**EXHIBIT A TO RESPONSE BY CERTAIN THIRD-PARTY DEFENDANTS
TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND
MOTION TO RECONSIDER DECEMBER 10 AND 12, 2007, MINUTE ENTRIES**

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Attorneys' Title Insurance Fund, Inc. | Peter J. Valeta<br>Aaron Jensen<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>peter.valeta@mbtlaw.com<br>aaron.jensen@mbtlaw.com |
| Heights Title Agency, Inc.<br>NREIS of New Jersey, Inc.<br>Superior Closing Services, LLC<br>Towne & Country Land Title Agency<br>Battersby Title, Inc.<br>Colonial Title & Escrow, Inc. | Christopher H. Murphy<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3155<br>Fax (312) 706-9755<br>chmurphy@cozen.com |
| Hadlock Law Offices, P.C. | Bradley Levison<br>Paul Festenstein<br>Condon & Cook, LLC<br>745 N. Dearborn<br>Chicago, IL 60610<br>(312) 266-1313<br>(312) 266-8148<br>blevison@condoncook.com<br>pfestenstein@condoncook.com |
| NREIS | David Joel Chizewer<br>GOLDBERG KOHN<br>55 East Monroe St., Suite 3300<br>Chicago, IL 60603<br>Tel. (312) 201-3938<br>david.chizewer@goldbergkohn.com |

**EXHIBIT A TO RESPONSE BY CERTAIN THIRD-PARTY DEFENDANTS
TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND MOTION
TO RECONSIDER DECEMBER 10 AND 12, 2007, MINUTE ENTRIES – Page 1**

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Joseph D'Agostino<br>Timothy Kennedy<br>Connecticut Closing Services<br>Portnoy and Greene, P.C | Harlene G. Matyas<br>Sreeram Natarajan<br>Margaret M. Rule<br>TRIBLER ORPETT & MEYER, PC<br>225 West Washington Street, Suite 1300<br>Chicago, IL 60606<br>Tel. (312) 201-6400<br>Fax (312) 201-6401<br>hgmatyas@tribler.com<br>snatarajan@tribler.com<br>mmrule@tribler.com |
| Citywide Title Corporation<br>Vital Signing, Inc. | Daniel J. McMahon<br>Rebecca Rothmann<br>Cinthia Granados Motley<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>120 North LaSalle, 26th Floor<br>Chicago, IL 60602<br>Tel. (312) 704-0550, ext. 132<br>Fax (312) 704-1522<br>daniel.mcmahon@wilsonelser.com<br>rebecca.rothmann@wilsonelser.com<br>cinthia.motley@wilsonelser.com |
| Allied Home Mortgage | Daniel Lynch<br>Henry Baskerville<br>LAW OFFICES OF DANIEL LYNCH<br>150 South Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>Tel. (312) 346-8700<br>Fax (312) 346-5180<br>dan@daniellynchlaw.com<br>hbaskerville@daniellynchlaw.com |
| Perrotta, Cahn & Prieto, P.C. | John W. Patton, Jr.<br>Michael M. Fenwick<br>Patton & Ryan, LLC<br>330 N. Wabash, Suite 2900<br>Chicago, IL 60611<br>Tel. (312) 261-5160<br>mfenwick@pattonryan.com<br>jpatton@pattonryan.com |

**EXHIBIT A TO RESPONSE BY CERTAIN THIRD-PARTY DEFENDANTS
TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND MOTION
TO RECONSIDER DECEMBER 10 AND 12, 2007, MINUTE ENTRIES** – Page 2

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Access Title LLC | Michael W. Favicchio<br>ACCESS TITLE LLC<br>1200 Reservoir Avenue<br>Cranston, RI 02920<br>Tel. (401) 946-1850<br>Fax (401) 383-0572<br>mfavicchio@favilaw.com |
| General American Corporation | Peter V. Baugher<br>Joseph J. Siprut<br>Schopf & Weiss, LLP<br>One South Wacker Drive, 28th Floor<br>Chicago, IL 60606<br>Tel. (312) 701-9300<br>baugher@sw.com<br>siprut@sw.com |
| First American Title Insurance Co.<br>Midland Title Security, Inc.<br>Ohio Bar Title Insurance Co.<br>Mortgage Guarantee and Title Co.<br>Metropolitan Title Co. | Jeffrey T. Heintz<br>Chris Swing<br>Kate Bradley<br>Brouse McDowell<br>388 Main St., Ste. 500<br>Akron, OH 44311<br>Tel. (330) 535-5711<br>fax (330) 253-8601<br>jheintz@brouse.com<br>cswing@brouse.com<br>kbradley@brouse.com |
| Mortgage Information Services, Inc. | Timothy D. Elliott<br>Emily L. Alb<br>Rathje & Woodward, LLC<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, IL 60187<br>Tel. (630) 668-8500<br>Fax (630) 668-7650<br>telliott@rathjewoodward.com<br>ealb@rathjewoodward.com |

**EXHIBIT A TO RESPONSE BY CERTAIN THIRD-PARTY DEFENDANTS
TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND MOTION
TO RECONSIDER DECEMBER 10 AND 12, 2007, MINUTE ENTRIES** – Page 3

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Fidelity National Title Insurance Company<br>Fidelity National Title Insurance Company of New York<br>Fidelity Title & Escrow, Inc.<br>Chicago Title Company<br>Chicago Title of Michigan<br>Ticor Title Insurance Company<br>American Pioneer Title Insurance Company | Albert E. Fowerbaugh Jr.<br>Locke, Lord, Bissell and Liddell<br>111 South Wacker Drive<br>Chicago, IL 60606-4410<br>Tel. (312) 443-1871<br>Fax (312) 896-6571<br>111 South Wacker Drive<br>Chicago, IL 60606-4410<br>afowerbaugh@lockelord.com<br>*and*<br>Eric P. Early<br>James S. Schreier<br>Christensen, Glaser, Fink, Jacobs,<br>  Weil & Shapiro<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 282-6227<br>Fax (310) 556-2920<br>eearly@chrisglase.com<br>jschreier@chrisglase.com |
| Stewart Title Company of Illinois<br>Stewart Title Guaranty Co.<br>Stewart Title Insurance Co.<br>Stewart Title of Seattle, LLC | Michael Andolina<br>Anna Schumaker<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Tel. (312) 853-2228<br>Fax (312) 853-7036<br>mandolina@sidley.com<br>aschumaker@sidley.com |
| Goldman, Gruder & Woods | Jeanne M. Hoffmann<br>Terrence J. Madden<br>BRYCEDOWNEY LLC<br>200 N. LaSalle St., Suite 2700<br>Chicago, IL 60601<br>Tel. (312) 377-1501<br>Fax (312) 377-1502<br>jhoffmann@brycedowney.com<br>tmadden@brycedowney.com |

**EXHIBIT A TO RESPONSE BY CERTAIN THIRD-PARTY DEFENDANTS
TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND MOTION
TO RECONSIDER DECEMBER 10 AND 12, 2007, MINUTE ENTRIES** – Page 4

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Law Offices of Gregory T. Lattanzi<br>Synodi Videll, LLC<br>Schop & Pleskow, LLP<br>Jones, Damia, Kaufman, Borofsky & Depaul | George K. Flynn<br>Richard M. Kaplan<br>Susan N.K. Gummow<br>Clausen Miller, P.C.<br>10 S. LaSalle Street<br>Chicago, IL 60603<br>(312) 855-1010<br>gflynn@clausen.com<br>rkaplan@clausen.com<br>sgummow@clausen.com |
| Equity Settlement Services | Alexander E. Sklavos<br>Law Offices of Alexander E. Sklavos, PC<br>One Old Country Road, Suite 200<br>Carle Place, NY 11514<br>Tel. (516)248-4000<br>Fax (516) 877-8010<br>aes@sklavoslaw.com<br>*and*<br>George P. Apostolides<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>(312) 876-7100<br>gapostolides@arnstein.com |
| Illinois Mortgage Funding<br>Envision Mortgage Solutions<br>Fairway Financial Group<br>Cross Country Lenders LLC | Dennis E. Both<br>Brown, Udell & Pomerantz<br>1332 N. Halsted Street<br>Chicago, IL 60622<br>Tel. (312) 475-9900<br>Fax (312) 475-1188<br>dboth@buplaw.com |
| Mortgage Pros USA | Martin A. Kenofsky<br>Amir R. Tahmassebi<br>Merlo Kanofsky Brinkmeier & Gregg Ltd.<br>208 S. LaSalle St., Ste. 950<br>Chicago, IL  60604<br>Tel. (312) 553-5500<br>Fax (312) 683-7181<br>art@merlolaw.com<br>mak@merlolaw.com |

**EXHIBIT A TO RESPONSE BY CERTAIN THIRD-PARTY DEFENDANTS**
**TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND MOTION**
**TO RECONSIDER DECEMBER 10 AND 12, 2007, MINUTE ENTRIES** – Page 5

| **Third-Party Defendant** | **Counsel** |
|---|---|
| The Guarantee Title & Trust Company<br>Nations Title Agency of Illinois, Inc.<br>Nations Title Agency of Michigan, Inc.<br>Nations Title Agency of Missouri, Inc.<br>Texas Nations Title Agency, Inc. | David C. McCormack<br>McCormack Law<br>18875 Saratoga Court<br>Brookfield, WI 53045<br>Tel. (262) 790-1160<br>Fax (262) 790.1208<br>maclaw@execpc.com |
| MacKinnon & Tavano, LLC | Joseph B. Carini, III<br>JOHNSON & BELL, LTD.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>Tel. (312) 984 6668<br>carinij@jbltd.com |
| Ace Mortgage Funding, Inc.<br>Archer Land Title, Inc. | David T. Ballard<br>Barnes & Thronburg, LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>(312) 338-5914<br>dballard@btlaw.com |
| Old Republic National Title Insurance Co. | Andrew R. Greene<br>Charles A. Valente<br>Emily Wolf<br>Krasnow Saunders Cornblath, LLP<br>500 N. Dearborn Street, 2nd Floor<br>Chicago, IL 60610<br>Tel. (312) 755-5700<br>Fax (312) 755-5700<br>cvalente@ksc-law.com<br>etorre@ksc-law.com<br>agreene@ksc-law.com |
| Paul D. Boudreau | Charles S. Ofstein<br>Robert W. Smyth, Jr.<br>J. Kent Mathewson<br>Donohue Brown Mathewson & Smyth LLC<br>140 S. Dearborn Street<br>Suite 800<br>Chicago, IL 60603<br>Tel. (312) 422-0976<br>ofstein@dbmslaw.com<br>rsmyth@dbmslaw.com<br>mathewson@dbmslaw.com |

**EXHIBIT A TO RESPONSE BY CERTAIN THIRD-PARTY DEFENDANTS
TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND MOTION
TO RECONSIDER DECEMBER 10 AND 12, 2007, MINUTE ENTRIES** – **Page 6**