31601/04888/RGS/SJB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION, | MDL No. 1715 |
| | No. 05-CV-7097 |
| Plaintiff, | |
| | Centralized before The Honorable Marvin E. Aspen |
| v. | |
| AMERIQUEST MORTGAGE COMPANY, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on December 28, 2007, the following described document was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

DOCUMENT DESCRIPTION:   Appearance on behalf of
LAW OFFICES OF DANIEL NIGRO, P.C.; LEE
S. JACOBOWITZ, ESQ.; CAROLYN T. DALEY;
JOHN WEBER & ASSOCIATES, P.C.;
DEWRELL & SACKS, LLP; LIETO &
GREENBERG, LLP

ADDRESSED AS FOLLOWS:   Bernard E. Le Sage, Esq.
Sarah K. Andrus, Esq.
Buchalter Nemer, P.C.
1000 Wilshire Boulevard
Suite 1500
Los Angeles CA 90017-2457
(213) 891-0700
(213) 896-0400 (Fax)

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
David E. Dahlquist, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago IL 60601
(312) 558-5600
(312) 558-5700 (Fax)

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                                                 s/ Rudolf G. Schade, Jr.
One of the Attorneys for Defendants, LAW OFFICES OF DANIEL NIGRO, P.C.; LEE S. JACOBOWITZ, ESQ.; CAROLYN T. DALEY; JOHN WEBER & ASSOCIATES, P.C.; DEWRELL & SACKS, LLP; LIETO & GREENBERG, LLP

Rudolf G. Schade, Jr.
ARDC #: 2468867
CASSIDAY SCHADE LLP
20 N. Wacker Dr., #1040
Chicago, IL 60606
(312) 641-3100

7070603 SBROWN;DMARTINE