31601/04888/RGS/SJB

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION, <br><br> Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, et al., <br><br> Defendants. | MDL No. 1715 <br><br> Lead Case No. 05-CV-7097 <br><br> Centralized before the <br> HONORABLE JUDGE MARVIN E. ASPEN |

**MOTION TO ADOPT AND JOIN THE RESPONSE
FILED BY CERTAIN THIRD-PARTY DEFENDANTS
TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND
<u>MOTION TO RECONSIDER DECEMBER 10 AND 12, 2007 MINUTE ENTRIES</u>**

Third Party Defendants, LEE S. JACOBOWITZ, CAROLYN T. DALEY, DEWRELL SACKS, LLP, JOHN WEBER & ASSOCIATES, LIETO & GREENBERG and LAW OFFICE of DANIEL NIGRO, by and through their attorneys, CASSIDAY SCHADE LLP, file this Motion To Adopt And Join in the Response by Certain Third-Party Defendants to Defendants/Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company, LLC (collectively the "Third-Party Plaintiffs") motions regarding case management (Docket 1396 and 1724); and Motion to Reconsider Docket Entry Nos. 1779 and 1792 and state:

    1.    On October 23, and December 3, 2007, Third-Party Plaintiffs filed motions regarding case management issues, which seek to impose certain orders and require all Third-Party Defendants to form a committee and file consolidated pleadings. On December 10 and 12, 2007,

the Court ordered Third-Party Defendants to "coordinate and file a consolidated answer or a consolidated motion to dismiss."

2.  The Third-Party Defendants have conferred and determined that, while they share some common interests, they also face many potential strategic, ethical, and other differences that make purely consolidated action impossible. While Third-Party Defendants appreciate the goal of simplifying the proceedings in this case, they believe they must have an opportunity to express some unavoidable differences.

3.  On December 28, 2007, multiple Third-Party Defendants filed a joint Response to Third-Party Plaintiffs motions regarding case management and Motion to Reconsider Docket Entry Nos. 1779 and 1792 (Docket 1841). Third-Party Defendants Lee S. Jacobowitz, Carolyn T. Daley, Dewrell Sacks, LLP, John Weber & Associates, Lieto & Greenberg and Law Office Of Daniel Nigro wish to join and adopt this joint Response to Third-Party Plaintiffs motions regarding case management and Motion to Reconsider Docket Entry Nos. 1779 and 1792 and the relief requested therein. These Third-Party Defendants have participated in the multiple conference calls and discussions regarding the issues set forth in the Response, including potential committee structures and the exchange of research, drafts of motions and pleadings to possibly coordinate legal or factual arguments to minimize or eliminate any unnecessary duplication.

WHEREFORE, Third-Party Defendants Lee S. Jacobowitz, Carolyn T. Daley, Dewrell Sacks, LLP, John Weber & Associates, Lieto & Greenberg and Law Office Of Daniel Nigro request the Court enter an order allowing them to join and adopt Third-Party Defendants' Response to Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company, LLC's

motions regarding case management (Docket 1396 and 1724) and Motion to Reconsider Docket Entry Nos. 1779 and 1792. Furthermore, Third-Party Defendants request that this Court reconsider or vacate its Docket Entries of December 10 and 12, 2007, and strike any obligation that Third-Party Defendants file a consolidated answer and motion to dismiss, other than on issues that are common to all Third-Party Defendants. Furthermore, Third-Party Defendants request that they be permitted discretion to: (i) supplement any consolidated motion to dismiss with limited additional briefs that raise non-repetitive, unique defenses; and (ii) file individual answers. Finally, this Court should allow briefing and consideration of any pleading or subsequently filed motion to dismiss to proceed in advance of mediation.

                                                   s/ Rudolf G. Schade, Jr.
                                           One of the Attorneys for Defendants, LAW OFFICES OF DANIEL NIGRO, P.C.; LEE S. JACOBOWITZ, ESQ.; CAROLYN T. DALEY; JOHN WEBER & ASSOCIATES, P.C.; DEWRELL & SACKS, LLP; LIETO & GREENBERG, LLP

Rudolf G. Schade, Jr.
ARDC #: 2468867
CASSIDAY SCHADE LLP
20 N. Wacker Dr., #1040
Chicago, IL 60606
(312) 641-3100

7071356 SBROWN;JBOYNE