31601/04888/RGS/SJB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., ) | |
| MORTGAGE LENDING PRACTICES ) | MDL No. 1715 |
| LITIGATION, ) | |
| ) | No. 05-CV-7097 |
| Plaintiff, ) | |
| ) | Centralized before The Honorable |
| v. ) | Marvin E. Aspen |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX**

The undersigned certifies that on January 2, 2008, the following described document was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

DOCUMENT DESCRIPTION:    MOTION TO JOIN AND ADOPT BY THIRD-PARTY DEFENDANTS LEE S. JACOBOWITZ; CAROLYN T. DALEY, DEWRELL SACKS, LLP; JOHN WEBER & ASSOCIATES, LIETO & GREENBERG AND LAW OFFICE OF DANIEL NIGRO

ADDRESSED AS FOLLOWS:    Bernard E. Le Sage, Esq.
Sarah K. Andrus, Esq.
Buchalter Nemer, P.C.
1000 Wilshire Boulevard
Suite 1500
Los Angeles CA 90017-2457
(213) 891-0700
(213) 896-0400 (Fax)

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
David E. Dahlquist, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago IL 60601
(312) 558-5600
(312) 558-5700 (Fax)

      Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                                                             s/ Rudolf G. Schade, Jr.
                                               One of the Attorneys for Defendants, LAW OFFICES OF DANIEL NIGRO, P.C.; LEE S. JACOBOWITZ, ESQ.; CAROLYN T. DALEY; JOHN WEBER & ASSOCIATES, P.C.; DEWRELL & SACKS, LLP; LIETO & GREENBERG, LLP

Rudolf G. Schade, Jr.
ARDC #: 2468867
CASSIDAY SCHADE LLP
20 N. Wacker Dr., #1040
Chicago, IL 60606
(312) 641-3100

7071387 SBROWN;JBOYNE