## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, I electronically filed, ROY W. WALLER'S APPEARANCE, pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notice of filing electronically to all counsel of record.

                                                      /s/ Michele Killebrew
                                                        One of his Attorneys

Michael J. Weber, ARDC # 06186285
Michele Killebrew, ARDC # 6289931
Leo & Weber, P.C.
One N. LaSalle St., Suite 3600
Chicago, Illinois 60602
(312) 857-0910