428-063232                  JJS:jmc                  #397

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 |
| | ) Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) Centralized before Judge ) Marvin E. Aspen |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation; and ARGENT MORTGAGE COMPANY, LLC a Delaware Limited Liability Company, | ) ) ) ) |
| Third Party Plaintiffs, | ) |
| vs. | ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, et. al., | ) ) ) |
| Third Party Defendants. | ) |

### RT'S, DEY SMITH'S, AND 1ST INTEGRITY'S JOINDER IN CERTAIN THIRD-PARTY DEFENDANTS' RESPONSE TO MOTIONS REGARDING CASE MANAGEMENT AND MOTION TO RECONSIDER DECEMBER 10 AND 12, 2007 MINUTE ENTRIES

Third-Party Defendants, Resource Title, LLC ("RT"), Dey Smith & Collier, LLC ("Dey Smith"), and 1st Integrity Mortgage ("1st Integrity") share the views expressed by certain multiple third-party defendants' in their response to defendants/third-party plaintiffs' motion regarding case management issues and to reconsider this Court's Minute Entries of December 10 and 12, 2007 (the "Response") which was filed on December 28, 2007 [Docket 1841]. RT, Dey Smith and 1st

Integrity hereby join in the Response in its entirety and adopt and incorporate each of its arguments and requests for relief as though fully set forth herein.

                                                Respectfully submitted,

                                                RESOURCE TITLE, LLC, DEY SMITH & COLLIER, LLC and 1ST INTEGRITY MORTGAGE

                                                /s/James J. Sipchen
                                                        One of their attorneys

James J. Sipchen (IL Bar No. 6226113)
Matthew F. Tibble (IL Bar No. 6282175)
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
jsipchen@pretzel-stouffer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Third Party Defendants, Resource Title, LLC's, ("RT"), Dey Smith & Collier, LLC ("Dey Smith"), and 1st Integrity Mortgage's ("1st Integrituy") joinder in certain third-party defendants' response to motions regarding case management and motion to reconsider December 10 and 12, 2007 minute entries, was filed electronically this __3rd__ day of January, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, fax (with confirmation page attached hereto), hand delivery and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

| | |
|---|---|
| Bernard E. LeSage, Esq.<br>Buchalter Nemer<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017<br>Tel: (213) 891-0700<br>blesage@buchalter.com | Thomas Joseph Wiegand, Esq.<br>David Edward Dahlquist, Esq.<br>Greg J. Miarecki, Esq.<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>tweigande@winston.com<br>ddahlquist@winston.com<br>gmiarecki@winston.com |

/s/James J. Sipchen
Attorney Name, IL Bar No. __6226113__
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
Jsipchen@pretzel-stouffer.com
*Attorney for Resource Title, LLC, Dey Smith & Collier, LLC and 1st Integrity Mortgage*