# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION, <br><br> AMERIQUEST MORTGAGE COMPANY, ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, ET AL. <br><br> Defendants. | MDL No. 1715 <br><br> Lead Case No. 05 C 7097 <br><br> Centralized Before The The Honorable Marvin E. Aspen |

### MOTION TO ADOPT AND JOIN THE RESPONSE FILED BY CERTAIN THIRD-PARTY DEFENDANTS TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND MOTION TO RECONSIDER DECEMBER 10 AND 12, 2007 MINUTE ENTRIES

Third Party Defendant, METRO TITLE COMPANY, INC. D/B/A SIERRA TITLE OF CAMERON AND WILLACY COUNTIES, by and though its attorneys, THE LAW OFFICE OF JOHN KING, files this Motion To Adopt And Join in the Response by Certain Third-Party Defendants to Defendants/Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company, LLC (collectively the "Third-Party Plaintiffs") motions regarding case management (Docket 1396 and 1724); and Motion to Reconsider Docket Entry Nos. 1779 and 1792 and state:

1. On October 23, and December 3, 2007, Third-Party Plaintiffs filed motions regarding case management issues, which seek to impose certain orders and require all Third-Party Defendants to form a committee and file consolidated pleadings. On December 10 and 12, 2007, the Court ordered Third-Party Defendants to "coordinate and file a consolidated answer or a consolidated motion to dismiss."

2. The Third-Party Defendants have conferred and determined that, while they share some common interests, they also face many potential strategic, ethical, and other differences that make purely consolidated action impossible. While Third-Party Defendants appreciate the goal of simplifying the proceedings in this case, they believe they must have an opportunity to express some unavoidable differences.

3. On December 28, 2007, multiple Third-Party Defendants filed a joint Response to Third-Party Plaintiffs motions regarding case management and Motion to Reconsider Docket Entry Nos. 1779 and 1792 (Docket 1841). Third-Party Defendant METRO TITLE COMPANY, INC. D/B/A SIERRA TITLE OF CAMERON AND WILLACY COUNTIES wishes to join and adopt this joint Response to Third-Party Plaintiffs motions regarding case management and Motion to Reconsider Docket Entry Nos. 1779 and 1792 and the relief requested therein.

**WHEREFORE,** Third-Party Defendant METRO TITLE COMPANY, INC. D/B/A SIERRA TITLE OF CAMERON AND WILLACY COUNTIES requests the Court enter an order allowing it to join and adopt Third-Party Defendants' Response to Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company, LLC's motions regarding case management (Docket 1396 and 1724) and Motion to Reconsider Docket Entry Nos. 1779 and 1792. Furthermore, Third-Party Defendant requests that this Court reconsider or vacate its Docket Entries of December 10 and 12, 2007, and strike any obligation that Third-Party Defendants file a consolidated answer and motion to dismiss, other than on issues that are common to all Third-Party Defendants. Furthermore, Third-Party Defendants request that they be permitted discretion to: (i) supplement any consolidated motion to dismiss with limited additional briefs that raise non-repetitive, unique defenses; and (ii) file individual answers. Finally, this Court should allow briefing and consideration of any pleading or subsequently filed

motion to dismiss to proceed in advance of mediation.

                                              Respectfully submitted,

                                              LAW OFFICE OF JOHN KING
                                              3409 N. 10th Street
                                              McAllen, Texas 78501
                                              Telephone: (956) 687-6294
                                              Telecopier: (956) 687-5514


                                          By: /s/ John R. King
                                                  John R. King
                                                  Texas Bar No: 11452000
                                                  M. Steven Deck
                                                  Texas Bar No: 05630175

Local Counsel:

Don E. Glickman
James A. Flesch
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
(312) 346-1080

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the Motion to Adopt and Join the Response Filed by Certain Third-Party Defendants to Motions Regarding Case Management Issues and Motion to Reconsider December 10 and 12, 2007 Minute Entries to be served by e-mail pursuant to the provisions of Fed.R.Civ.P. 5(b)(2)(D) or mail upon the following by depositing the same in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois 60603, with proper postage prepaid, on January 4, 2008 before 5:00 p.m.:

Richard P. Colbert, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

John Cseh, Esq.
12800 Shaker Blvd., Suite U12
Cleveland, OH 44120

Daniel A. Edelman, Esq.
Edelman, Combs, Latturner & Goodwin
120 South LaSalle
18th Floor
Chicago, IL 60603

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square, Suite 1800
Indianapolis, IN 46204

William E. Hosler, Esq.
Williams, Williams, Rattner & Plunkett
380 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009

Cheryl M. Lott, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Walter J. Manning, Esq.
1260 Greenwich Avenue
Warwick, RI 02886

Mara McRae, Esq.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Joseph E. Nealon, Esq.
The Law Office of Joseph E. Nealon
45 Lyman Street, Suite 28
Westborough, MA 01581

Alexandra van Nes Dolger, Esq.
Day Berry and Howard, LLP
One Canterbury Green
Stamford, CT 06901

Brian H. Newman, Esq.  
Buchalter Nemer  
1000 Wilshire Blvd., Suite 1500  
Los Angeles, CA 90017  

Rachel A.P. Saldana, Esq.  
Buchalter Nemer  
1000 Wilshire Blvd., Suite 1500  
Los Angeles, CA 90017  

Robert W. Smyth, Esq.  
Donohue, Brown, Mathewson & Smyth  
140 South Dearborn Street, Suite 700  
Chicago, IL 60603  

Gwendolyn Wilcox  
c/o Law Offices of Earl P. Underwood, Jr.  
P.O. Box 969  
Fairhope, AL 36533-0969  

Melody A. Petrossian, Esq.  
Buchalter Nemer  
1000 Wilshire Blvd., Suite 1500  
Los Angeles, CA 90017  

Alexander Edward Sklavos, Esq.  
Law Offices of Alexander E. Sklavos, PC  
1 Old Country Road, Suite 200  
Carle Place, NY 11514  

Gerald R. Walton, Esq.  
Gerald R. Walton & Associates  
2800 Euclid Avenue, Suite 320  
Cleveland, OH 44115  

  /s/ John R. King  
One of the Attorneys for Metro Title Company, Inc.  
d/b/a Sierra Title of Cameron and Willacy Counties