# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION, <br><br> AMERIQUEST MORTGAGE COMPANY, ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, ET AL. <br><br> Defendants. | MDL No. 1715 <br><br> Lead Case No. 05 C 7097 <br><br> Centralized Before The <br> The Honorable Marvin E. Aspen |

## NOTICE OF FILING

TO: All Counsel of Record

**PLEASE TAKE NOTICE** that on January 4, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying Motion to Adopt and Join the Response Filed by Certain Third-Party Defendants to Motions Regarding Case Management Issues and Motion to Reconsider December 10 and 12, 2007 Minute Entries, a copy of which is herewith served upon you.

> METRO TITLE COMPANY, INC. D/B/A
> SIERRA TITLE OF CAMERON AND
> WILLACY COUNTIES
>
>
> By: /s/ John R. King
>       One of Its Attorneys

LAW OFFICE OF JOHN KING
3409 N. 10th Street
McAllen, Texas 78501
(956) 687-6294

Local Counsel:

Don E. Glickman
GORDON, GLICKMAN, FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603
(312) 346-1080