U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 05-cv-07097

AMERIQUEST MORTGAGE COMPANY, et al,
    Defendants and Third-Party Plaintiffs,
                       v.
NORTHWEST TITLE AND ESCROW CORPORATION, et al,
    Third-Party Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

                TURNKEY TITLE CORPORATION, Third-Party Defendant

| | |
|---|---|
| NAME (Type or print)<br>Annaliese F. Fleming | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Annaliese F. Fleming | |
| FIRM<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP | |
| STREET ADDRESS<br>200 West Madison Street, Suite 3900 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6269756 | TELEPHONE NUMBER<br>(312) 984-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |