# Exhibit A

# CHARLES M. BAIRD

ATTORNEY AT LAW
235 PEACHTREE STREET, SUITE 400
ATLANTA, GEORGIA 30303-1400

TELEPHONE (404) 287-2383
DIRECT DIAL (404) 522-9485

627-7056
FACSIMILE (404) 522-9486
charlesmbaird@att.net

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7000 1670 0005 4560 1730

April 7, 2006

Argent Mortgage Company, LLC
3 Park Plaza
Irvine, California 92614

Re: Loan No. 0058447517-9607
Transaction Between George Willis Jones, Jr., and Argent Mortgage Company, LLC, Dated May 24, 2004, Involving Note and Security Deed

Dear Sir/Madam:

I represent George Willis Jones, Jr. ("Mr. Jones") with regard to the transaction referenced above ("Transaction"). I have been authorized by Mr. Jones to rescind the Transaction and hereby exercise that right on his behalf pursuant to the Truth in Lending Act ("TILA"), 15 U.S.C. §1635, and Regulation Z, 12 C.F.R. §226.23. Under TILA, this rescission is effective as to all aspects of the Transaction, including all documents signed in connection therewith, and automatically and immediately places the parties in the status quo ante, i.e., in their pre-contractual positions, before the Transaction was entered into. This rescission is specifically directed toward, and immediately renders void and unenforceable, without the necessity of a court order, any arbitration agreement relevant to the Transaction.

Mr. Jones has a present right to rescind the Transaction because he was not provided with proper disclosure of either the material credit terms in the Transaction or his right to rescind the Transaction.

Argent Mortgage Company, LLC
April 7, 2006
2

    You have twenty days after receipt of this letter to return to my client all monies paid by them in the Transaction and to take any action necessary to reflect the termination of any security interest created under the Transaction.

                                                     Sincerely,

                                                   Charles M. Baird