# Exhibit B

# Uniform Residential Loan Application

0058685819

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☒ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other: ☐ FHA  ☐ FmHA | Agency Case Number | Lender Case Number 0058685819 |
|---|---|---|---|

| Amount $68,000.00 | Interest Rate 9.050 % | No. of Months 360 | Amortization Type: ☐ Fixed Rate  ☐ Other (explain): ☐ GPM  ☒ ARM (type): |
|---|---|---|---|

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) 5240 OLD BILL COOK ROAD, COLLEGE PARK, GA 30349 | No. of Units 1 |
|---|---|

| Legal Description of Subject Property (attach description if necessary) | Year Built 1996 |
|---|---|

| Purpose of Loan | ☐ Purchase  ☐ Construction ☒ Refinance  ☐ Construction-Permanent  ☐ Other (explain): | Property will be: ☐ Primary Residence  ☐ Secondary Residence  ☒ Investment |
|---|---|---|

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a + b) $ |
|---|---|---|---|---|---|

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 2002 | $0.00 | $ 62,000.00 | Refi-No Cash Out | Cost: $ 0.00 |

| Title will be held in what Name(s) GEORGE W. JONES | Manner in which Title will be held | Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) | | |
|---|---|---|

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | GEORGE W. JONES | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number ████8639 | Home Phone (incl. area code) ████2307 | Age 58 | Yrs. School | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School |
|---|---|---|---|---|---|---|---|

| ☒ Married  ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. 0  ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent  10 No. Yrs. 2415 RAVENCLIFF ROAD COLLEGE PARK, GA 30349 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

| Borrower | | IV. EMPLOYMENT INFORMATION | Co-Borrower | |
|---|---|---|---|---|
| Name & Address of Employer ☐ Self Employed | Yrs. on this job | Name & Address of Employer ☐ Self Employed | | Yrs. on this job |
| OLD LANDMARK CHURCH | 20 | | | |
| 5680 OLD BILCOOK ROAD | Yrs. employed in this line of work/profession | | | Yrs. employed in this line of work/profession |
| ATLANTA, GA 30349 | | | | |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| PASTOR | (404)767-2307 | | | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer ☒ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | | Dates (from - to) |
|---|---|---|---|---|
| JESUS PROMOTERS INC. | | | | |
| 2691 JEROME ROAD | | | | |
| ATLANTA, GA 30349 | Monthly Income $ 0.00 | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| OWNER | | | | |
| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | | Dates (from - to) |
| | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Borrower's Signature: X _George W. Jones_ | Date 7/unvo4 | ®Borrower's cell phone | Borrower's pager number |
|---|---|---|---|
| Co-Borrower's Signature: X | Date | Co-Borrower's cell phone | Co-Borrower's pager number |

-21 (9210).07    VMP MORTGAGE FORMS - (800)521-7291    Freddie Mac Form 65 10/92    Fannie Mae Form 1003 10/92

Page 1 of 4