# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | CASE NUMBER: MDL No. 1715<br>LEAD CASE NUMBER: 05-CV-07097 |
| THIS DOCUMENT RELATES TO:<br>*Jones, Jr. v. Argent Mortgage Co., et. al.,*<br>Case No. 06-CV-04038 (N.D. Ill.) | ASSIGNED JUDGE: Hon. Marvin E. Aspen<br><br>DESIGNATED MAGISTRATE JUDGE: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, *et. al.*<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, *et. al.,*<br><br>Third-Party Defendants | |

## NOTICE OF FILING

**TO:** Charles M. Baird
235 Peachtree Street, Suite 400
Atlanta, GA 30303-1400

Please take notice that on January 8, 2008, we filed with the Clerk of the Northern District of Illinois, Eastern Division, **THIRD-PARTY DEFENDANT'S RULE 36 REQUEST FOR ADMISSION**, a copy of which is attached hereto with Exhibits.

**By**: /s Michael M. Fenwick

John W. Patton, Jr.
Michael M. Fenwick
PATTON & RYAN, LLC.
330 N. Wabash Avenue, Suite 2900
Chicago, IL 60611
Phone (312) 261-5160
Fax (312) 261-5161
Firm Code # 40669

## CERTIFICATE OF SERVICE

The undersigned, under penalties as provided by the law, and the United States Federal Rules of Civil Procedure, certify that I served the above notice and documents listed therein by electronic filing and mailing same to those parties listed above, at their correct mailing address by depositing a paid postage envelope in the U.S. Mail chute located at 330 N. Wabash Street, Suite 2900, Chicago, Illinois 60611, on or before 11:59 p.m., January 8, 2008.

**By**: /s Michael M. Fenwick