IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |

## AMENDED NOTICE OF MOTION

<u>Via CM/ECF</u>

TO: All attorneys of record

PLEASE TAKE NOTE that on Thursday, January 24, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, John L. Ropiequet shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 2568, United States District Courthouse, Dirksen Federal Building, 219 South Dearborn St., Chicago, Illinois 60604 and shall then and there present Response by Certain Third-Party Defendants to Motions Regarding Case Management Issues and Motion to Reconsider December 10 and 12, 2007, Minute Entries (Docket No. 1841).[1]

---

[1] The December 10 and 12, 2007, Minute Entries are Docket Entry Nos. 1779 and 1792. Defendants/Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company LLC's motions regarding case management are Docket Entry Nos. 1396 and 1724.

DATED: January 9, 2008 By:/s/ Keith R. Verges
*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

Keith Verges, Esq.
Mark Davenport, Esq.
Don Colleluori, Esq.
Russell W. Hubbard
Figari & Davenport, L.L.P.
3400 Bank of America Plaza
901 Main St.
Dallas, TX 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Jeffrey D. Pilgrim
Anna-Katrina Christakis
ARNSTEIN & LEHR LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910
Phone: 312.876.7814
Fax: 312.876.0288

## **CERTIFICATE OF SERVICE**

I, Keith R. Verges, hereby certify that on this 9th day of January 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of this Amended Notice was sent to the Honorable Marvin E. Aspen, United States District Court, 219 South Dearborn Street, Room 2578, Chicago, Illinois 60064 via overnight delivery on this 9th day of January, 2008.


/s/ Keith R. Verges