# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITI RESIDENTIAL LENDING, INC.**

Defendant Citi Residential Lending, Inc. hereby submits the following Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Citi Residential Lending, Inc. is a wholly owned subsidiary of Citibank, N.A.. Citibank, N.A. is the 100% shareholder of Citi Residential Lending, Inc.

DATED: January 11, 2008

Respectfully submitted,

By: /s/ Bernard E. LeSage
*Attorneys for Citi Residential Lending, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

BUCHALTER, NEMER,
FIELDS & YOUNGER
A PROFESSIONAL CORPORATION
LOS ANGELES

1

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 11th day of January 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 1670510v1