**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) | MDL No. 1715  <br><br>Lead Case No. 05-cv-07097  <br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, ) ) ) ) ) ) | |
| Third-Party Plaintiffs, ) ) | |
| v. ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., ) ) ) ) | |
| Third-Party Defendants. ) | |

**THIRD-PARTY DEFENDANT LANDAMERICA FINANCIAL GROUP, INC.'S
FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Third-Party Defendant LandAmerica Financial Group, Inc., by its attorneys, submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, and states as follows:

1. Any parent corporation of LandAmerica Financial Group, Inc.:

    None.

2. Any publicly held entity that owns more than 5 percent of LandAmerica Financial Group, Inc.'s stock:

    Markel Corporation.

Respectfully submitted,

LANDAMERICA FINANCIAL GROUP, INC.

By: /s Jeffrey D. Pilgrim
    One of its Attorneys

Keith Verges
Mark Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

## **CERTIFICATE OF SERVICE**

  Jeffrey D. Pilgrim, an attorney, certifies that on January 14, 2008, he electronically filed the foregoing **Third-Party Defendant LandAmerica Financial Group, Inc.'s Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing on all counsel of record. I further certify that I mailed copies of the foregoing document along with the Notice of Electronic Filing by first-class mail to the non-CM/ECF participants listed in the Notice.

                By: /s Jeffrey D. Pilgrim
                   Jeffrey D. Pilgrim

1193243_1.DOC