IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | MDL No. 1715 |
| THIS DOCUMENT RELATES TO ALL ACTION | Lead Case No. 05-CV-07097 Centralized Before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, Third-Party Plaintiffs, -against- NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*, Third-Party Defendants. | |

## SUGGESTION OF BANKRUPTCY

Southern Star Mortgage Corp., through its undersigned counsel sets forth its Suggestion of Bankruptcy as follows:

1. On December 21, 2007 Southern Star Mortgage Corp. caused to be filed a voluntary petition of bankruptcy under Chapter 11 of Title 11 of the United States Code. A copy of the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines (the "Notice") is attached hereto as Exhibit A.

2. Per the attached Notice, the filing of the bankruptcy case, in most instances, "automatically stays certain collection and other actions against the debtor (Southern Star Mortgage Corp.) and the debtor's property. According to the Notice, "[i]f you attempt to

collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized." (See, Exhibit A).

Dated: Lisle, Illinois
January 15, 2008

SOUTHERN STAR MORTGAGE CORP.

By: /s/ Michael A. Kraft
Michael A. Kraft, one of its attorneys

Michael A. Kraft, Esq.
Kraft Law Office
4343 Commerce Court, Suite 415
Lisle, Illinois 60532
(630) 505-4119 – telephone
(630) 505-1554 - facsimile
mike@mkraftlaw.com

## CERTIFICATE OF SERVICE

I, Michael A. Kraft, certify that on this 15th day of January, 2008, a true and correct copy of the Suggestion of Bankruptcy of Southern Star Mortgage Corporation was filed. Notice of the filing will be sent electronically to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Further, pursuant to the Local Rules, a copy of this Notice was sent to the Honorable Marvin E. Aspen, United States District Court, 219 South Dearborn Street, Room 2578, Chicago, Illinois 60064 by First Class U.S. Mail by depositing a copy of the same, postage pre-paid, in the U.S. Mail located at 4343 Commerce Court, Lisle, Illinois 60532 on January 15, 2008.

/s/ Michael A. Kraft
Michael A. Kraft, Esq.