# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*<br><br>    Third-Party Defendants. | |

## DEFENDANT SIERRA TITLE OF CAMERON AND WILLACY COUNTIES' FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW METRO TITLE COMPANY, INC. D/B/A SIERRA TITLE OF CAMERON AND WILLACY COUNTIES, by its attorneys, and submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 and states as follows:

    1.    Any parent corporation of Metro Title Company, Inc.:

None

2. Any publicly held entity that owns more than 5 percent of Metro Title Company Inc.'s stock:

None

Respectfully submitted,

LAW OFFICE OF JOHN KING
3409 N. 10th Street
McAllen, Texas 78501
Telephone: (956) 687-6294
Telecopier: (956) 687-5514

By: _____

John R. King
Texas Bar No: 11452000
M. Steven Deck
Texas Bar No: 05630175

Local Counsel:

Mr. Don F. Glickman
Mr. James A. Flesch
GORDON, GLICKMAN FLESCH & ROSENWEIN
140 South Dearborn Street, Suite 404
Chicago, IL 60603

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of Defendant Sierra Title of Cameron and Willacy Counties' Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure Statement to be served by e-mail pursuant to the provisions of Fed.R.Civ.P. 5(b)(2)(D) or mail upon the following by depositing the same in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois 60603, with proper postage prepaid, on January 16, 2008 before 5:00 p.m.:

Richard P. Colbert, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

John Cseh, Esq.
12800 Shaker Blvd., Suite U12
Cleveland, OH 44120

Daniel A. Edelman, Esq.
Edelman, Combs, Latturner & Goodwin
120 South LaSalle, 18th Floor
Chicago, IL 60603

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square, Suite 1800
Indianapolis, IN 46204

William E. Hosler, Esq.
Williams, Williams, Rattner & Plunkett
380 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009

Cheryl M. Lott, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Walter J. Manning, Esq.
1260 Greenwich Avenue
Warwick, RI 02886

Mara McRae, Esq.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Joseph E. Nealon, Esq.
The Law Office of Joseph E. Nealon
45 Lyman Street, Suite 28
Westborough, MA 01581

Alexandra van Nes Dolger, Esq.
Day Berry and Howard, LLP
One Canterbury Green
Stamford, CT 06901

Brian H. Newman, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Melody A. Petrossian, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Rachel A.P. Saldana, Esq.
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Alexander Edward Sklavos, Esq.
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road, Suite 200
Carle Place, NY 11514

Robert W. Smyth, Esq.
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street, Suite 700
Chicago, IL 60603

Gerald R. Walton, Esq.
Gerald R. Walton & Associates
2800 Euclid Avenue, Suite 320
Cleveland, OH 44115

Gwendolyn Wilcox
c/o Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533-0969

and by certified mail to the following:

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
Buchalter Nemer, P.C.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
David E. Dahlquist
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601


  /s/ John R. King
One of the Attorneys for Metro Title Company, Inc.
d/b/a Sierra Title of Cameron and Willacy Counties