# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: MDL No. 1715 |
|---|---|
| Ameriquest Mortgage Co. Mortgage Lending Practices Litigation; Ameriquest Mortgage Co., a Delaware Corp., et al v. Northwest Title and Escrow, Corp., a Minnesota Corp., et al | Lead Case No. 05-CV-07097 Assigned Judge: Hon. Marvin E. Aspen Designated Magistrate Judge: Hon. Morton Denlow |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CLASSIC HOME MORTGAGE CORPORATION

| NAME (Type or print) |
|---|
| EDWARD M. ORDONEZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ EDWARD M. ORDONEZ |
| FIRM |
| COZEN O'CONNOR |
| STREET ADDRESS |
| 222 S. RIVERSIDE PLAZA, SUITE 1500 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6199128 | 312-382-3100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐