# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: MDL No. 1715 |
|---|---|
| Ameriquest Mortgage Co. Mortgage Lending Practices Litigation; | Lead Case No. 05-CV-07097 |
| Ameriquest Mortgage Co., a Delaware Corp., et al v. | Assigned Judge: Hon. Marvin E. Aspen Designated |
| Northwest Title and Escrow, Corp., a Minnesota Corp., et al | Magistrate Judge: Hon. Morton Denlow |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CLASSIC HOME MORTGAGE CORPORATION

---

| NAME (Type or print) |
|---|
| KRISTIN S. YOO |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ KRISTIN S. YOO |

| FIRM |
|---|
| COZEN O'CONNOR |

| STREET ADDRESS |
|---|
| 222 S. RIVERSIDE PLAZA, SUITE 1500 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279521 | 312-382-3100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |