UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al.<br><br>Defendants and Third-Party Plaintiffs<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, A Minnesota Corporation, et al.,<br><br>Third-Party Defendants. | Lead Case No. 05 C 7097<br><br>Centralized Before:<br>Hon. Marvin E. Aspen |

## NOTICE OF FILING
## CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that on Thursday, January 17, 2008, we filed the Notice of Change of Address for counsel for Third-Party Defendants, Law Title Insurance Agency, Inc., Law Title Insurance Company, Inc., and Absolute Title Services, Inc., a copy of which is served upon you herewith.

**WARD AND METTI, P.C.**
2516 Waukegan Road, Suite 300
Glenview   IL   60025-1774
847-657-8387   Phone
312-896-9229   Fax
wardmetti@msn.com

LAW TITLE INSURANCE AGENCY, INC.
LAW TITLE INSURANCE COMPANY, INC.
ABSOLUTE TITLE SERVICES, INC.

By: _/s/ David A. Ward_
David A. Ward, Their Attorney

**WARD AND METTI, P.C.**
2516 Waukegan Road, Suite 300
Glenview   IL   60025-1774
847-657-8387
ARDC Number 06184451
Date: January 17, 2008

## CERTIFICATE OF SERVICE

      I, David A. Ward, an attorney, do certify that I served the foregoing Notice of Change of Address pursuant to ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

Gwendolyn Wilcox
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope  AL  36533-0969

Argent Mortgage Company, LLC
3 Park Plaza, 10th Floor
Irvine   CA   92614

Michael J. Breslin
1100 Peachtree Street, NE, Suite 2800
Atlanta   GA   30309

Richard P. Colbert
Alexandra van Nes Dolger
Day, Berry & Howard
One Canterbury Green
Stamford   CT   06901-2047

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago   IL   60603

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania, Suite 1800
Indianapolis   IN   46204

Mara McRae
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta   GA   30309

Brian H. Newman
Melody A. Petrossian
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles   CA   90017

John Cseh
12800 Shaker Boulevard, Suite U12
Cleveland   OH   44120

William E. Hosler
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Ave, Suite 300
Birmingham   MI   48009

John Robert King
Michael S. Deck
Law Office of John King
3409 N. 10th Street, Suite 100
McAllen   TX   78601

Cheryl M. Lott
Buchalter Nemer, A Professional Corp.
1000 Wilshire Boulevard, Suite 1500
Los Angeles   CA   90017

Walter J. Manning
1260 Greenwich Avenue
Warwick   RI   02886

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street, Suite 28
Westborough   MA   01581

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford   CT   06901

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road, Suite 200
Carle Place   NY   11514

Robert W. Smyth , Jr.  
Donohue, Brown, Mathewson & Smyth  
140 South Dearborn Street, Suite 700  
Chicago  IL  60603

Gerald R. Walton  
Gerald R. Walton & Associates  
2800 Euclid Avenue, Suite 320  
Cleveland  OH  44115

with a courtesy copy to the court on this 17th day of January, 2008.

_____  
David A. Ward, Attorney