IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

**SUPPLEMENTAL EXHIBIT A TO RESPONSE BY
CERTAIN THIRD-PARTY DEFENDANTS TO MOTIONS
REGARDING CASE MANAGEMENT ISSUES AND MOTION TO
RECONSIDER DECEMBER 10 and 12, 2007, MINUTE ENTRIES**

Third-Party Defendants LandAmerica Financial Group, Inc., Commonwealth Land Title Insurance Company, Commonwealth Land Title Company, Lawyers Title Insurance Corporation, and Transnation Title Insurance Company (collectively, the "LandAmerica Companies "), on behalf of certain Third-Party Defendants listed below, supplement their Exhibit A to the Response by Certain Third-Party Defendants to Motions Regarding Case Management Issues and Motion to Reconsider December 10 and 12, 2007, Minute Entries (Docket 1841). The list of Third-Party Defendants who likewise join in the Response and Motion set forth in Docket No. 1841 is set forth as follows:

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Dream House Mortgage Corp. | Gini Spaziano, Esq.<br>Preston Halperin<br>SHECHTMAN HALPERIN SAVAGE LLP<br>1080 Main Street<br>Pawtucket, RI 02860<br>Tel. (401) 272-1400<br>Fax (401) 272-1403<br>gps@shslawfirm.com<br>phalperin@shslawfirm.com |
| Law Office of Anthony A. Senerchia, Sr. P.C | Eric D Kaplan<br>Jared Ira Rothkopf<br>Kaplan Papadakis & Gournis, LLP<br>180 North LaSalle St., Suite 2108<br>Chicago, IL 60601<br>Tel. (312) 726-0531<br>Fax (312) 726-4928<br>ekaplan@kpglaw.com<br>jrothkopf@kpglaw.com |
| Roy W. Waller | Michael Weber<br>Michele L. Killebrew<br>Leo & Weber, P.C.<br>One N. LaSalle St., Ste. 3600<br>Chicago, IL 60602<br>Tel. (312) 857-0910<br>Fax (312) 857-1240<br>mweber@leoweber.com<br>mkillebrew@leoweber.com |
| Mortgage Pros USA | Michael R. Gregg<br>Amir R. Tahmassebi<br>Steven M. Sandler<br>Merlo Kanofsky Brinkmeier & Gregg Ltd.<br>208 S. LaSalle St., Ste. 950<br>Chicago, IL 60604<br>Tel. (312) 553-5500<br>Fax (312) 683-7181<br>mrg@merlolaw.com<br>art@merlolaw.com<br>sms@merlolaw.com |

**SUPPLEMENTAL EXHIBIT A TO RESPONSE BY CERTAIN THIRD-PARTY DEFENDANTS TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND MOTION TO RECONSIDER DECEMBER 10 and 12, 2007, MINUTE ENTRIES – Page 2**

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Title Source Inc. | Edward A. Cohen<br>Larry Hoellwarth<br>Adam Bunge<br>Karbal \| Cohen \| Economou \| Silk \| Dunne<br>200 S. Michigan Avenue, 20th Floor<br>Chicago, IL 60604<br>Tel. (312) 431-3643<br>Fax (312) 431-3670<br>ecohen@karballaw.com<br>lah@karballaw.com<br>abunge@karballaw.com |
| Tapalian & Tadros, P.C.<br>Frank J. Manni<br>Law Offices of Jonathon Ash<br>Law Offices of Marc D. Foley, P.C.<br>Atamian Law Associates, P.C.<br>  d/b/a Premier Title & Escrow<br>Medici & Sciacca, P.C. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com |
| Attorneys' Title Insurance Fund, Inc. | Peter J. Valeta<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>peter.valeta@mbtlaw.com |
| Search 2 Close<br>Search 2 Close of Columbus, Limited | David Warren<br>JOELSON ROSENBERG, PLC<br>30665 Northwestern Hwy, Suite 200<br>Farmington Hills, MI 48334<br>Tel. (248) 855-2233<br>dwwarren@joelsonrosenberg.com |
| Sette & Bonadies, P.C.<br>Fred Sette | Linda E. Unger<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 W. Adams<br>Chicago, IL 60661<br>Tel.: (312) 463-3326<br>Fax: (312) 345-1778<br>lunger@lbbslaw.com |

**SUPPLEMENTAL EXHIBIT A TO RESPONSE BY CERTAIN THIRD-PARTY DEFENDANTS TO MOTIONS REGARDING CASE MANAGEMENT ISSUES AND MOTION TO RECONSIDER DECEMBER 10 and 12, 2007, MINUTE ENTRIES – Page 3**

| | |
|---|---|
| DATED: January 17, 2008 | By:/s/ Keith R. Verges<br>*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*<br><br>Keith Verges, Esq.<br>Mark Davenport, Esq.<br>Don Colleluori, Esq.<br>Russell W. Hubbard<br>Figari & Davenport, L.L.P.<br>3400 Bank of America Plaza<br>901 Main St.<br>Dallas, TX 75202<br>Telephone (214) 939-2017<br>Facsimile (214) 939-2090<br><br>John L. Ropiequet<br>Jeffrey D. Pilgrim<br>Anna-Katrina Christakis<br>ARNSTEIN & LEHR LLP<br>120 South Riverside Plaza<br>Suite 1200<br>Chicago, Illinois 60606-3910<br>Phone: 312.876.7814<br>Fax: 312.876.0288 |

## CERTIFICATE OF SERVICE

I, Keith R. Verges, hereby certify that on this 17th day of January, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Keith R. Verges