# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge The Honorable Morton Denlow |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.* | |
| Third-Party Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF CERTAIN THIRD-PARTY DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Argent Mortgage Company LLC ("Argent") hereby dismisses from its First Amended Consolidated Third-Party Complaint ("Third-Party Complaint") all third-party claims based on the underlying action *Mitchell v. Argent Mortgage Co., Wells Fargo Bank, NA as Trustee for the Certificate Holders of Asset-Backed Pass-Through Certificates Series 2004-WCW1*, case No. 05-ap-01276 (Bankr. D. Mass.), filed March 17, 2005, without prejudice. Relevant parties are listed on p. 57 of Exhibit B to the Third-Party Complaint. Thus, Argent dismisses its third-party claims against Hadlock Law Offices, P.C. and EW Mortgage Company, without prejudice. Argent also dismisses the *Mitchell*-related third-party claim against Commonwealth Land Title

Insurance Company, without prejudice, although that party remains in this action because other third-party claims are still pending against it. The parties shall bear their own costs and attorneys' fees.

DATED: January 18, 2008

Respectfully submitted,

By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
twiegand@winston.com

**CERTIFICATE OF SERVICE**

    I, David E. Dahlquist, hereby certify that on this 18th day of January 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    By:    /s/ David E. Dahlquist

CHI:2031289.1