IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> ———————————————————— <br><br> AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.* <br><br> Third-Party Defendants. | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) <br><br> Magistrate Judge The Honorable Morton Denlow |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY DEFENDANT ATTORNEYS' TITLE INSURANCE FUND, INC.**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Argent Mortgage Company LLC and Third-Party Defendant Attorneys' Title Insurance Fund, Inc. ("Attorneys' Title") hereby stipulate to the dismissal of the First Amended Consolidated Third-Party Complaint with respect to Attorneys' Title, without prejudice. The parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| DATED: January 18, 2008 | Respectfully submitted, |
| By: /s/ Thomas J. Wiegand | By: /s/ Peter J. Valeta |
| *Attorneys for Argent Mortgage Company LLC* | *Attorneys for Attorneys' Title Insurance Fund, Inc.* |
| Thomas J. Wiegand<br>Gregory J. Miarecki<br>David E. Dahlquist<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>twiegand@winston.com | Peter J. Valeta<br>MECKLER BULGER & TILSON LLP<br>123 N. Wacker Dr. Suite 1800<br>Chicago, IL 60606<br>Telephone: (312) 464-7900<br>Facsimile: (312) 464-7898<br>peter.valeta@mbtlaw.com |

**CERTIFICATE OF SERVICE**

I, David E. Dahlquist, hereby certify that on this 18th day of January 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ David E. Dahlquist