IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| _____ | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| _____ | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company, <br>          Third-Party Plaintiffs, <br> v. <br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. <br>          Third-Party Defendants. | |

**MOTION FOR SUBSTITUTION OF COUNSEL
ON BEHALF OF CERTAIN DEFENDANTS**

Pursuant to Local Rule 83.17, Defendants FIRST AMERICAN TITLE COMPANY, MIDLAND TITLE SECURITY, INC., OHIO BAR TITLE INSURANCE COMPANY, MORTGAGE GUARANTEE & TITLE COMPANY, AND METROPOLITAN TITLE COMPANY respectfully requests that, in accordance with the Substitution of Counsel, filed contemporaneously herewith this Honorable Court grant them leave to substitute the appearances of Michael D. Sher, Robert Radasevich, Emily Milman and Thomas Papadopoulos of Neal Gerber & Eisenberg LLP as their counsel and that the Court further grant Timothy J. Patenode, Peter R. Wilson, Amy E. Lum Gibson and Jenny R. Leifer of Katten Muchin Rosenman leave to withdraw.

        Respectfully submitted,

        FIRST AMERICAN TITLE COMPANY, MIDLAND TITLE SECURITY, INC., OHIO BAR TITLE INSURANCE COMPANY, MORTGAGE GUARANTEE & TITLE COMPANY, AND METROPOLITAN TITLE COMPANY

        By: /s/ Robert Radasevich
            Robert Radasevich

Dated: January 18, 2008

Michael D. Sher
Robert Radasevich
Emily Milman
Thomas Papadopoulos
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602
(312) 269-8000

NGEDOCS: 1494676.1