IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company, <br>         Third-Party Plaintiffs, <br><br>     v. <br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. <br><br>         Third-Party Defendants. | |

## SUBSTITUTION OF COUNSEL

We hereby enter our appearance as attorneys for Defendants, FIRST AMERICAN TITLE COMPANY, MIDLAND TITLE SECURITY, INC., OHIO BAR TITLE INSURANCE COMPANY, MORTGAGE GUARANTEE & TITLE COMPANY, AND METROPOLITAN TITLE COMPANY, in the above captioned causes.

                NEAL, GERBER & EISENBERG, LLP

                 /s/ Robert Radasevich_____
                    Robert Radasevich

Michael D. Sher
Robert Radasevich
Emily Milman
Thomas Papadopoulos
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-8000

      We hereby withdraw our appearance as attorneys for Defendants, FIRST AMERICAN TITLE COMPANY, MIDLAND TITLE SECURITY, INC., OHIO BAR TITLE INSURANCE COMPANY, MORTGAGE GUARANTEE & TITLE COMPANY, AND METROPOLITAN TITLE COMPANY, in the above captioned causes.

                                  Katten Muchin Rosenman


                                  /s/ Timothy J. Patenode_____
                                  Timothy J. Patenode


Timothy J. Patenode,
Peter R. Wilson
Amy E. Lum Gibson
Jenny R. Leifer
Katten Muchin Rosenman
525 W. Monroe St.
Chicago, Il 60606
(312) 902-5574

Dated: January 18, 2008

NGEDOCS: 1497688.1