# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | : : : : : : | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company,<br>    Third-Party Plaintiffs,<br><br>v.<br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.<br><br>    Third-Party Defendants. | : : : : : : : : : : : : : : | |

## NOTICE OF MOTION

TO: All Counsel of Record

    On the 24th day of January, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marvin E. Aspen or any Judge sitting in his stead, in Courtroom 2568, locate at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois 60604, and present MOTION FOR SUBSTITUTION OF COUNSEL ON BEHALF OF CERTAIN DEFENDANTS, copies of which are attached hereto.

DATED: January 18, 2008

                                      FIRST AMERICAN TITLE COMPANY,
                                      MIDLAND TITLE SECURITY, INC.,
                                      OHIO BAR TITLE INSURANCE COMPANY,
                                      MORTGAGE GUARANTEE & TITLE
                                      COMPANY and METROPOLITAN TITLE
                                      COMPANY

                                      _____/s/ Robert Radasevich_____

Michael D. Sher
Robert Radasevich
Emily Milman
Thomas Papadopoulos
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602
(312) 269-8000

NGEDOCS: 1497712.1