IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*<br><br>Third-Party Defendants. | (Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge The Honorable Morton Denlow |

**WITHDRAWAL OF THIRD-PARTY DEFENDANT ATTORNEYS' TITLE INSURANCE FUND, INC.'S MOTION TO DISMISS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

Pursuant to the stipulated dismissal of First Amended Consolidated Third-Party Complaint with respect to Attorneys' Title Insurance Fund, Inc. ("Attorneys' Title"), Third-Party Defendant Attorneys' Title hereby withdraws its Motion To Dismiss First Amended Consolidated Third-Party Complaint, without prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Peter J. Valeta

*Attorneys for Attorneys' Title Insurance Fund, Inc.*

Peter J. Valeta
MECKLER BULGER & TILSON LLP
123 N. Wacker Dr. Suite 1800
Chicago, IL 60606
Telephone: (312) 464-7900
Facsimile: (312) 464-7898
peter.valeta@mbtlaw.com

**CERTIFICATE OF SERVICE**

I, Peter J. Valeta, hereby certify that on this 18th day of January 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____/s/ Peter J. Valeta_____