IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

**STIPULATED [PROPOSED] TOLLING OF
STATUTES OF LIMITATION WITH OPT OUT PLAINTIFFS**

WHEREAS, the Borrower Class Plaintiffs and Ambassador Roland Arnall have entered into (and the Court has approved) a Stipulation in the Borrower Class Action providing, in relevant part, that any statutes of limitation or repose applicable to him in connection with this litigation that had not run as of July 18, 2007 shall be tolled from July 18, 2007 through the date on which the Court issues a ruling on the Motion to Amend and/or other motions related to the First Amended and Consolidated Complaint ("FACC");

WHEREAS, the plaintiffs who have opted out of the Borrower Class in this matter ("Opt-Out Plaintiffs") intend to seek leave to add Ambassador Arnall as a defendant in each of their individual cases;

WHEREAS, neither Ambassador Arnall nor the defendants in the Borrower Class Action have opposed the Borrower Class Plaintiffs' request for leave to amend, but Ambassador Arnall filed a Motion to Dismiss the FACC on September 21, 2007;

WHEREAS, depending on how the Court rules on said Motion to Dismiss, it may be unnecessary for the Opt-Out Plaintiffs and Ambassador Arnall to engage in motion practice in each individual action over whether the Opt-Out Plaintiffs can add Ambassador Arnall or whether their claims have legal merit;

NOW THEREFORE,

The Opt Out Plaintiffs and Ambassador Arnall hereby stipulate that:

(1) If the Court denies Ambassador Arnall's Motion to Dismiss the FACC (or any subsequent proposed amended complaint) ("Denial Order"), then each Opt Out Plaintiff with a valid legal basis to do so also shall be permitted to add Ambassador Arnall as a defendant in their cases, and

(2) If the Court partially grants and partially denies Ambassador Arnall's Motion to Dismiss the FACC (or any subsequent proposed amended complaint) ("Partial Order"), then those Opt Out Plaintiffs who would continue to have a claim or claims against Ambassador Arnall under the Court's Partial Order shall be permitted to seek leave of court to add him as a defendant in their cases;

(3) If the Court grants Ambassador Arnall's Motion to Dismiss the FACC, then Ambassador Arnall does not consent to Opt Out Plaintiffs adding him as a defendant in their cases,

(4) If the Borrower Class Action is dismissed before the Court rules on Ambassador Arnall's Motion to Dismiss the FACC ("Dismissal"), then each Opt Out Plaintiff with a valid legal basis to do so also shall be permitted to seek leave of court to add Ambassador Arnall as a defendant in their cases;

(5) Any statutes of limitation or statutes of repose applicable to Ambassador Arnall in connection with this litigation that had not run as of July 18, 2007 shall be tolled from July 18, 2007 until fourteen days after the date of a Dismissal, Denial Order or Partial Denial Order, to permit the Opt Out Plaintiffs to file their Amended Complaints adding Ambassador Arnall; and

(6) Ambassador Arnall reserves all rights he may have to oppose any (i) request by an Opt Out Plaintiff for leave to add him as a party and (ii) amended complaint in which he has been added as a party. The parties shall agree that the Court's prior approved briefing schedule requiring thirty (30) days notice of all motions and allowing thirty (30) days for any oppositions or replies, to allow Ambassador Arnall to address any and all proposed requests for or actual amendments.

**IT IS SO ORDERED.**

Dated:_____, 2008

_____
THE HONORABLE MARVIN E. ASPEN

Dated: By: */s/ Alan N. Salpeter*
*Attorneys for Roland Arnall*
Alan N. Salpeter
Vincent P. Schmeltz III
DEWEY & LEBOEUF LLP
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, IL 60601
(312) 794-8000

Dated: By: */s/ Charles M. Delbaum*
*Attorneys for Certain Plaintiffs*
Charles M. Delbaum
NATIONAL CONSUMER LAW CENTER
77 Summer Street
10th Floor
Boston, MA 02110
(617) 542-8010

Dated: By: */s/ Daniel S. Blinn*
*Attorneys for Certain Plaintiffs*
Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd.
Suite 512
Rocky Hill, CT 06067
(860) 571-0408

Dated: By: */s/ Daniel Harris*
*Attorneys for Certain Plaintiffs*
Daniel Harris, Esq.
Law Offices Of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

Dated: By: **/s/ *Tara Goodwin***
 *Attorneys for Certain Plaintiffs*
 Tara Goodwin
 Daniel A. Edelman, Esq.
 EDELMAN, COMBS, LATTURNER, &
 GOODWIN, LLC
 120 S. LaSalle Street, 18th floor
 Chicago, IL 60603-3403

Dated: By: **/s/ *Charles M. Baird***
 *Attorneys for Certain Plaintiffs*
 Charles M. Baird, Esq.
 Attorney at Law
 235 Peachtree Street, Suite 400
 Atlanta, Georgia 30303-1400

Dated: By: **/s/ *Christopher M. LeFebvre***
 *Attorneys for Certain Plaintiffs*
 Christopher M. LeFebvre, Esq.
 Two Dexter Street
 P.O. Box 479
 Pawtucket, RI 02862
 (401) 728-6060

Dated: By: **/s/ *Charles J. Roedersheimer***
 *Attorneys for Certain Plaintiffs*
 Charles J. Roedersheimer
 Thompson & DeVeny Co. LPA
 1340 Woodman Drive
 Dayton, OH 45432

Dated: By: **/s/ *Royce Lanning***
 *Attorneys for Certain Plaintiffs*
 Royce S. Lanning
 Gauntt, Earl & Binney, LLP
 1400 Woodloch Forest Drive, Suite 575
 The Woodlands, Texas 77380

Dated: By: **/s/ *D. Richard Black***
 *Attorneys for Certain Plaintiffs*
 Law Offices of D. Richard Black by
 D.Richard Black and
 Law Offices of David M. Hall
 283 Howard Ave.
 Holland, Michigan 49424

Dated: By: **/s/ *Earl P. Underwood, Jr.*** 
*Attorneys for Certain Plaintiffs* 
Earl P. Underwood, Jr. 
Attorney at Law 
21 South Section Street 
PO Box 969 
Fairhope, Alabama 36533

CH 18785.1 14679 00001 1/22/2008 11:43am