## <u>CERTIFICATE OF SERVICE</u>

Alan N. Salpeter, an attorney, hereby certifies that on this 22nd day of January 2008, he caused a true and correct copy of the foregoing document, **NOTICE OF MOTION** and **STIPULATED [PROPOSED] TOLLING OF STATUTES OF LIMITATIONS WITH OPT OUT PLAINTIFFS** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ Alan N. Salpeter

      Alan N. Salpeter