UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ameriquest Mortgage Company, et al.

Plaintiff,

v.  Case No.: 1:05−cv−07097
Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

MINUTE entry before Judge Marvin E. Aspen dated 12208:Defendants First American Title Company, Midland Title Security, Inc., Ohio Bar Title Insurance Company, Mortgage Guarantee & Title Company, and Metropolitan Title Company's motion for substitution of counsel on behalf of certain defendants (Doc. No. 1887) is granted. Motion terminated. Attorneys Michael D. Sher, Robert Radasevich, Emily Milman, and Thomas Papadopoulos of Neal Gerber & Eisenberg LLP added as counsel. Attorneys Timothy J. Patenode, Peter R. Wilson, Amy E. Lum Gibson and Jennry R. Leifter of Katten Muchin Rosenman are terminated. The motion hearing set for 1/24/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.