IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**MOTION TO EXTEND THE DATE TO FILE RESPONSE
AND SUBSEQUENT SCHEDULE**

The parties jointly move, pursuant to the annexed Stipulation, to extend the time from January 25, 2008 to February 15, 2008, by which Plaintiffs are to file their response to the pending motion to dismiss and to extend the schedule for other matters as set forth in the Stipulation.

Wherefore, the parties request this Court to approve and adopt this schedule set forth in their Stipulation.

Dated: January 25, 2008

By: */s/ Marvin A. Miller, on behalf of*
Attorneys for Borrower Class Plaintiffs

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Kelly M. Dermody
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

1

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION FOR STAY OF ALL
PROCEEDINGS AND AMENDED SCHEDULING ORDER**

WHEREAS, pursuant to their early agreement, the parties continued and then participated in the mediation on January 16, 2008 with Judge Daniel Weinstein (Ret.);

WHEREAS, the parties are continuing to exchange positions and believe that a short continuance of the schedule will allow them sufficient time to explore settlement;

NOW THEREFORE, the parties propose continuing the stay from January 25, 2008 to February 15, 2008, and amending the discovery schedule in the case to extend all dates as follows:

1. Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on February 15, 2008;

2. Defendants' reply to Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on March 12, 2008;

3. All fact and expert discovery shall be completed by June 11, 2008; and

4. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by April 11, 2008. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by May 12, 2008.

5. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

IT IS SO STIPULATED:

Dated: January 24, 2008          By: */s/ Marvin A. Miller, on behalf of*
                                         Attorneys for Borrower Class Plaintiffs

                                         Marvin A. Miller
                                         MILLER LAW LLC
                                         115 S. LaSalle Street
                                         Suite 2910
                                         Chicago, IL 60603

                                         Kelly M. Dermody
                                         LIEFF CABRASER HEIMANN &
                                         BERNSTEIN, LLP
                                         275 Battery Street, 30th Floor
                                         San Francisco, CA 94111-3339


                                         Gary Klein
                                         Elizabeth Ryan
                                         Shennan Kavanagh
                                         RODDY KLEIN & RYAN
                                         727 Atlantic Avenue
                                         Boston, MA 02111-2810

3

                    Terry Smiljanich
                    Jill Bowman
                    JAMES HOYER NEWCOMBER &
                    SMILJANICH, P.A.
                    One Urban Center, Suite 550
                    4830 West Kennedy Blvd., Suite 550
                    Tampa, FL 33609

Dated:  January 24, 2008        By:  */s/ TJ Weigand/AMS*
                    *Attorneys for Argent Mortgage*
                    *Company, LLC*

                    Thomas J. Wiegand
                    WINSTON & STRAWN LLP
                    35 W. Wacker Drive
                    Chicago, IL 60601-9703

Dated:  January 24, 2008        By:  *BE Lesage/AMS*
                    Attorneys for Ameriquest Mortgage
                    Company; AMC Mortgage Services, Inc.'
                    Town & Country Credit Corporation;
                    Ameriquest Capital Corporation; Town &
                    Country Title Services, Inc.; and Ameriquest
                    Mortgage Securities, Inc.

                    Bernard E. LeSage
                    Sara K. Andrus
                    BUCKHALTER NEMER,
                    A Professional Corporation
                    1000 Wilshire Boulevard, Suite 1500
                    Los Angeles, CA 90017-2457

Dated:  January 24, 2008        By:  /s/ *Alan N. Salpeter*
                    *Attorneys specially appearing for*
                    *Roland Arnall*

                    Alan N. Salpeter
                    DEWEY & LeBOEUF LLP
                    Two Prudential Plaza, Suite 3700
                    180 N. Stetson Avenue
                    Chicago, IL 60601