IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**NOTICE OF MOTION**

TO: Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, January 29, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***MOTION TO EXTEND THE DATE TO FILE RESPONSE AND SUBSEQUENT SCHEDULE,*** a copy of which is hereby served upon you.

Dated: January 25, 2008

By: */s/ Marvin A. Miller, on behalf of*
Attorneys for Borrower Class Plaintiffs

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Kelly M. Dermody
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Marvin A. Miller, one of the attorneys for plaintiffs, hereby certify that on January 25, 2008, service of the foregoing ***NOTICE OF MOTION,*** and ***MOTION TO EXTEND THE DATE TO FILE RESPONSEAND SUBSEQUENT SCHEDULE*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

       /s/ *Marvin A. Miller*
      Marvin A. Miller