IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL NO. 1715<br><br>Lead Case No. 05 C 07097<br><br>(Centralized before Judge Aspen) |
| ROCHELLE WASHINGTON and SIDNEY WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY and AMC MORTGAGE SERVICES, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 05 C 1007<br><br>Judge Coar |

## JOINT (AGREED) MOTION FOR REASSIGNMENT OF
## RELATED ACTION

Plaintiffs Rochelle Washington and Sidney Washington and Defendants Ameriquest Mortgage Company, Deutsche Bank National Trust Company, and AMC Mortgage Services, Inc., by their respective counsel, jointly move, pursuant to Northern District of Illinois Local Rule 40.4(c), to reassign this lawsuit to the pending MDL proceeding, In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation, MDL Docket No. 1715, Lead Case No. 05 C 7097 (Aspen, J.) ("Ameriquest MDL Litigation"). In support of this motion, the parties state as follows:

## Introduction

1. There is pending in the U.S. District Court for the Northern District of Illinois the MDL proceeding <u>In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation</u>, MDL Docket No. 1715, Lead Case No. 05 C 7097 (Aspen, J.) ("Ameriquest MDL Litigation"). The Ameriquest MDL Litigation includes hundreds of lawsuits challenging loans originated by Ameriquest Mortgage Company.

2. Reassignment of this lawsuit is warranted for two reasons. First, this lawsuit is "related" under Local Rule 40.4(a) to many of the actions now pending in the Ameriquest MDL Litigation. Plaintiffs in this lawsuit assert violations of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, including the alleged failure to properly disclose the borrowers' right to cancel the loan, and of the Illinois Consumer Fraud Act, 815 ILCS 505/2. There presently are more than 150 individual lawsuits pending in the Ameriquest MDL Litigation that advance the same allegations, including Borrowers' Consolidated Class Action Complaint.

3. Second, all of the conditions for reassignment of this lawsuit under Local Rule 40.4(b) are satisfied: this lawsuit is pending before another judge in this District; the handling of this lawsuit by this Court will result in a substantial saving of judicial time and effort; this lawsuit has not progressed to the point where transferring it to the Ameriquest MDL Litigation would likely delay the proceedings substantially; and this lawsuit and the actions in the Ameriquest MDL Litigation are susceptible to disposition in a single proceeding because they have substantial areas of overlap.

4. Recently, this Court, in a different lawsuit, filed on behalf of different borrower-

Plaintiffs, granted Defendants' motion for reassignment of related action (Swanigan v. Argent Mortgage Company, et al., No. 07 C 3315 (N.D. Ill. October 16, 2007)).

**Argument**

5.  To have a lawsuit reassigned based on relatedness, the movant must satisfy both Local Rule 40.4(a) and (b). Donahue v. Elgin Riverboat Resort, No. 04 C 816, 2004 WL 2495642, at *2 (N.D. Ill. Sept. 28, 2004). This Court has the sound discretion to reassign a lawsuit under Local Rule 40.4. Clark v. Ins. Car Rentals Inc., 42 F. Supp. 2d 846, 847 (N.D. Ill. 1999). Local Rule 40.4(a) provides that cases are "related" if: (1) the lawsuits involve the same property; (2) the lawsuits involve some of the same issues of fact or law, (3) the lawsuits grow out of the same transaction or occurrence; or (4) in class action lawsuits, one or more of the classes involved in the lawsuits is or are of the same. Rule 40.4(a) "does not require complete identity of issues in order for cases to be considered related." Fairbanks Capital Corp. v. Jenkins, No. 02-C-3930, 2002 WL 31655277, at *2 (N.D. Ill. Nov. 25, 2002). Rather, it is enough that the lawsuits "involve some of the same issues of fact or law." Lawrence E. Jaffe Pension Plan v. Household Int'l., Inc., No. 02-C-5893, 2003 WL 21011757, at *3 (N.D. Ill. May 5, 2003) (emphasis in original).

6.  Once the lawsuits have been found to be related, Local Rule 40.4(b) imposes four additional conditions that must be satisfied before a lawsuit may be reassigned: (1) both lawsuits must be pending in the Northern District of Illinois; (2) reassignment must result in a substantial saving of judicial time and effort; (3) the earlier lawsuit must not have progressed to the point where designating the lawsuits as related would be likely to delay the proceedings in the earlier lawsuit substantially; and (4) the lawsuits must be susceptible of disposition in a single

3

proceeding. Reassignment of this lawsuit to the Ameriquest MDL Litigation and this Court satisfies the requirements of Local Rule 40.4(a) and (b); this Court should grant this motion for reassignment.

## Lawsuit Is "Related" Under Local Rule 40.4(a).

7. This lawsuit is "related" under Local Rule 40.4 to many actions now pending in the Ameriquest MDL Litigation. In this lawsuit, Plaintiffs allege that Defendants violated TILA by failing to provide Plaintiff with proper notice of its TILA rescission rights (Washington Amended Complaint, ¶¶ 30-38). Presently, there are more than 150 actions pending in the Ameriquest MDL Litigation that involve allegations that Defendants violated TILA by failing to provide borrowers with proper notice of their TILA rescission rights. Accordingly, this lawsuit is "related" to these actions within the meaning of Local Rule 40.4(a).

## The Conditions For Reassignment Under Local Rule 40.4(b) Are Satisfied.

8. All of the conditions for reassignment of this lawsuit under Local Rule 40.4(b) are satisfied. First, this lawsuit is pending before another judge in this District (Judge Coar). Second, the handling of this lawsuit by this Court unquestionably will result in a substantial savings of judicial time and effort. Indeed, the Seventh Circuit Court of Appeals has criticized judges of this District for permitting separate lawsuits involving similar claims and the same defendants to proceed along different tracks before different judges, resulting in numerous and disparate decisions, as well as multiple appeals. See, e.g., Smith v. Check-N-Go of Illinois, Inc., 200 F.3d 511, 513 (7th Cir. 1999). Third, while this lawsuit is not at the beginning; it has not progressed to the point where designating this lawsuit is "related" would delay the proceedings. Factual issues remain, and the parties want to avail themselves of the mediation process

4

negotiated between and agreed upon by Plaintiff's counsel, Edelman, Combs, Latturner & Goodwin and Defendants' counsel, Buchalter Nemer, on behalf of individual borrower-Plaintiffs. Finally, this lawsuit and the actions in the Ameriquest MDL Litigation are susceptible to disposition in a single proceeding because they assert common legal claims under TILA.

9. Accordingly, this Court should reassign this lawsuit to the Ameriquest MDL Litigation as a "related" action for pretrial proceedings along with the other pending lawsuits in the Ameriquest MDL Litigation.

WHEREFORE, Plaintiffs Rochelle Washington and Sidney Washington and Defendants Ameriquest Mortgage Company, Deutsche Bank National Trust Company and AMC Mortgage Services, Inc., respectfully request that this Court grant the parties' joint agreed motion for reassignment of related action and reassign this lawsuit, Washington, as a "related" action to the Ameriquest MDL Litigation.

Dated: January 25, 2008

ROCHELLE WASHINGTON and
SIDNEY WASHINGTON,
Plaintiffs,

By: s/Albert F. Holfeld
    One of Their Attorneys

Albert F. Hofeld
Edelman Combs Latturner
  & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, Illinois 60603
(312) 917-4515

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY,
DEUTSCHE BANK NATIONAL TRUST
COMPANY and AMC MORTGAGE
SERVICES, INC., Defendants

By: s/ Jonathan N. Ledsky
    One of Their Attorneys

Jonathan N. Ledsky
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60604
(312) 341-9400

**CERTIFICATE OF SERVICE**

Al F. Hofeld, an attorney, hereby certifies that a true and correct copy of the foregoing **Joint (Agreed) Motion for Reassignment of Related Action** was filed electronically via CM/ECF e-Filing this 25th day of January, 2008. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**1:05-cv-7097 Notice has been electronically mailed to:**

Emily L. Alb    ealb@rathjewoodward.com, nwood@rathjewoodward.com

Michael Christian Andolina    mandolina@sidley.com, efilingnotice@sidley.com

Sarah K. Andrus    sandrus@buchalter.com

George P. Apostolides    gapostolides@arnstein.com

Argent Mortgage Company, LLC    gtam@argentmortgage.com

Harry N. Arger    harger@dykema.com

Charles McLeod Baird    charlesmbaird@att.net

David Thomas Ballard    dballard@btlaw.com

Henry M. Baskerville    hbaskerville@daniellynchlaw.com

Caryn Becker    cbecker@lchb.com, glewis@lchb.com

Anne A Bergman    aabergman@aol.com

Brandon A Block    bblock@buchalter.com

James Kenneth Borcia    jborcia@tsmp.com, cclose@tsmp.com, tsmpdocket@tsmp.com

Dennis E. Both    dbothlaw@comcast.net

Jill Henniger Bowman    jbowman@jameshoyer.com

James McGinnis Boyers    jboyers@woodmclaw.com, scraig@woodmclaw.com

Kate M. Bradley    kbradley@brouse.com, lblower@brouse.com

Michael A. Braun    mabraun@speakeasy.net

Michael J. Breslin    mbreslin@kilpatrickstockton.com, egilliard@kilpatrickstockton.com

Brian Scott Brewer    bbrewer@pckltdlaw.com

Brian Lewis Bromberg    brian@bromberglawoffice.com, brian.bromberg@gmail.com

Jimmie H. Brown    help@bspclaw.com

Scott J. Brown    sjb@cassiday.com

William R. Brown   wbrown@schuckitlaw.com, asmith@schuckitlaw.com

Adam Rien Bunge   abunge@karballaw.com

Anthony C. Campanale   accampanale@acclaw.com

Joseph B. Carini , III   carinij@jbltd.com, walkerc@jbltd.com

Gregory A. Cerulo   gcerulo@qjhp.com, kmccoskey@qjhp.com, mwatson@qjhp.com, pmonroe@qjhp.com, Psepich@qjhp.com, sjensen@qjhp.com

David Joel Chizewer   david.chizewer@goldbergkohn.com

Ronald I. Chorches   Ronaldchorches@sbcglobal.net

Anna-Katrina Saranti Christakis   aschristakis@arnstein.com, ehernandez@arnstein.com, ltmarshall@arnstein.com, rrjohnson@arnstein.com

Cislo Title Company   jwfinke@mindspring.com

Kevin J. Clancy   kclancy@lowis-gellen.com

Edward A. Cohen   ecohen@karballaw.com

Laura E. Cohen   lcohen@pckltdlaw.com

Donald Colleluori   don.colleluori@figdav.com, valorie.krause@figdav.com

David Edward Dahlquist   ddahlquist@winston.com, ECF_CH@winston.com

James Michael Dash   jdash@muchshelist.com

Mark T Davenport   mark.davenport@figdav.com

Joanne N. Davies   jdavies@buchalter.com

Charles M. Delbaum   cdelbaum@nclc.org

Kelly M Dermody   kdermody@lchb.com

Katherine Marie Donat   kdonat@noonanandlieberman.com

Carrie A. Durkin   durkin@litchfieldcavo.com

Eric P. Early   eearly@chrisglase.com

Timothy D. Elliott   telliott@rathjewoodward.com, nwood@rathjewoodward.com

Lori Ann Fanning   LFanning@MillerLawLLC.com, JRamirez@millerlawllc.com, MMiller@MillerLawLLC.com

Michael Martin Fenwick   mfenwick@pattonryan.com

Paul S. Festenstein   pfestenstein@condoncook.com

7

Jon R. Fetterolf   jfetterolf@wc.com

Jeffrey Wayne Finke   jwfinke@mindspring.com

Michelle Bacher Fisher   mfisher@dykema.com, mseaton@dykema.com

Annaliese Flynn Fleming   annaliese.fleming@bfkn.com

George Kenneth Flynn   gflynn@clausen.com

Albert Edwin Fowerbaugh , Jr   afowerbaugh@lockelord.com, docket@lockelord.com, kmorehouse@lockelord.com

Laurie S Fulton   lfulton@wc.com

Rachel Geman   rgeman@lchb.com

Don E. Glickman   dglickman@lawggf.com, ickes@lawggf.com

Richard Eric Gottlieb   ifrye@dykema.com, rgottlieb@dykema.com, tgale@dykema.com

Andrew Robert Greene   agreene@ksc-law.com

Alais Lachlan Maclean Griffin   alais.griffin@goldbergkohn.com

Susan N.K. Gummow   sgummow@clausen.com, kdanta@clausen.com

Daniel Mark Harris   lawofficedh@yahoo.com

Jeffrey T. Heintz   jheintz@brouse.com

Stanley L. Hill   stanhill@megsinet.net

Larry A Hoellwarth   lhoellwarth@karballaw.com

Albert F Hofeld , Jr   ahofeld@edcombs.com

Timothy V. Hoffman   thoffman@sanchezdh.com

Jeanne Marie Hoffmann   jhoffmann@brycedowney.com

Wayne B. Holstad   wholstad@integraonline.com

Russell W. Hubbard   russell.hubbard@figdav.com, candace.gullatt@figdav.com

Christopher B Hunter   cbhunter@rothlaw.com

Gary Thomas Jansen   gjansen@cksslaw.com

J. Aaron Jensen   aaron.jensen@mbtlaw.com

Martin A. Kanofsky   mak@merlolaw.com

Eric D Kaplan   ekaplan@kpglaw.com

Richard M. Kaplan   rkaplan@clausen.com

Evan Jay Kaufman    ekaufman@csgrr.com, amartin@csgrr.com, ChrisS@csgrr.com

Shennan Kavanagh    kavanagh@roddykleinryan.com

Gerard David Kelly    gkelly@sidley.com, efilingnotice@sidley.com

Keith James Keogh    Keith@Keoghlaw.com, Linda@Keoghlaw.com

John E Kerley    lawyerjohn@aol.com

Megan Laura Kerr    mkerr@pckltdlaw.com

Synde B. Keywell    synde.keywell@bryancave.com

Stephen Philip Kikoler    skikoler@muchshelist.com

Michele Lynn Killebrew    mkillebrew@leoweber.com

Gary Edward Klein    klein@roddykleinryan.com, pereira@roddykleinryan.com

Russell M. Kofoed    russellkofoed@sbcglobal.net

Frank John Kokoszka    fkokoszka@k-jlaw.com, tiffany@k-jlaw.com

Michael Alan Kraft    mike@mkraftlaw.com

Michael Andrew Kraft    mkraft@qjhp.com, dgrover@qjhp.com, kmccoskey@qjhp.com, sjensen@qjhp.com

Matthew L. Kurzweg    mkurzweg@kurzweglaw.com

Peter Lachmann    Peter.lachmann@sbcglobal.net

Bradford Allen LeHew    lehew@litchfieldcavo.com

Bernard E. LeSage    blesage@buchalter.com

Hector Ledesma    hledesma@sanchezdh.com

Jonathan N. Ledsky    jledsky@vblhc.com, sortega@vblhc.com

Bradley Steven Levison    blevison@condoncook.com

Daniel Francis Lynch    dan@daniellynchlaw.com, docketing@daniellynchlaw.com, SBHaffner@aol.com

Terrence J. Madden    tmadden@brycedowney.com

Paven Malhotra    pmalhotra@wc.com

Joshua R. Mandell    jmandell@buchalter.com

Joseph R. Marconi    marconij@jbltd.com

Joseph Kent Mathewson    kent@dbmslaw.com

Harlene G. Matyas   hgmatyas@tribler.com, inreameriquest@tribler.com, mmrule@tribler.com

David Christian McCormack   maclaw@execpc.com

Daniel John McMahon   Daniel.McMahon@wilsonelser.com

Mara McRae   mmcrae@kilpatrickstockton.com

Bruce Robert Meckler   bruce.meckler@mbtlaw.com

Brian R Merfeld   bmerfeld@pckltdlaw.com

Greg J. Miarecki   gmiarecki@winston.com, ECF_CH@winston.com, selberts@winston.com, swysocki@winston.com

Bradley J Miller   bmiller@kilpatrickstockton.com, wbaesel@kilpatrickstockton.com

Marvin Alan Miller   Mmiller@millerlawllc.com, Jramirez@millerlawllc.com, Lfanning@millerlawllc.com

Emily Mulder Milman   emulder@ngelaw.com, ldalton@ngelaw.com

Nicole D Milos   nmilos@cksslaw.com

Melinda J. Morales   mmorales@muchshelist.com, jbednarz@muchshelist.com

Cinthia Granados Motley   cinthia.motley@wilsonelser.com, rosanne.noguez@wilsonelser.com

Christopher H Murphy   chmurphy@cozen.com

Siobhan M. Murphy   smurphy@lbbslaw.com, dtaccini@lbbslaw.com

Sreeram Natarajan   snatarajan@tribler.com, dmitchell@tribler.com

Therese King Nohos   tnohos@dl.com

James V. Noonan   jnoonan@noonanandlieberman.com

Kevin Michael O'Hagan   kohagan@ohaganspencer.com

Charles Scott Ofstein   ofstein@DBMSlaw.com, skierk@dbmslaw.com

Edward M. Ordonez   eordonez@cozen.com

Athanasios Papadopoulos   tpapadopoulos@ngelaw.com, ggomez@ngelaw.com

Timothy J. Patenode   timothy.patenode@kattenlaw.com, ecfdocket@kattenlaw.com, janet.jazo@kattenlaw.com

John William Patton , Jr   jpatton@pattonryan.com

Jeffrey D. Pilgrim   jdpilgrim@arnstein.com, docket@arnstein.com, docket@gmail.com, mmwilliams@arnstein.com

Robert Stuart Pinzur   rpinzur@pckltdlaw.com

Andrew G. Pizor   apizor@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Robert Radasevich   rradasevich@ngelaw.com

Dominic J. Rizzi   drizzi@caffertyfaucher.com, bfreiman@caffertyfaucher.com, snyland@caffertyfaucher.com

Juanita B. Rodriguez   rodriguezj@jbltd.com, kishj@jbltd.com

John L. Ropiequet   jlropiequet@arnstein.com

Jared Ira Rothkopf   jrothkopf@kpglaw.com

Rebecca Rothmann   rebecca.rothmann@wilsonelser.com

Samuel H Rudman   srudman@csgrr.com

Lorne Todd Saeks   lsaeks@muchshelist.com, nwallace@muchshelist.com

Michael G. Salemi   msalemi@lockelord.com, docket@lockelord.com

Alan Norris Salpeter   asalpeter@dl.com, jefriedman@dl.com, mlhanson@dl.com

Dominick W. Savaiano   dsavaiano@clausen.com

Rudolf G. Schade , Jr   rgs@cassiday.com

Bradley Ian Schecter   bschecter@dl.com, mlhanson@dl.com

Vincent P. Schmeltz , III   vschmeltz@dl.com

Lee J. Schoen   lschoen@schoenmslaw.com, kpatterson@schoenmslaw.com

James S Schreier   jschreier@chrisglase.com

Robert J. Schuckit   rschuckit@schuckitlaw.com, asmith@schuckitlaw.com

Anna C. Schumaker   aschumaker@sidley.com, efilingnotice@sidley.com

Ralph O. Scoccimaro   help@bspclaw.com

Stephen M. Sedor   ssedor@durantnic.com

Robert Eliot Shapiro   rob.shapiro@bfkn.com, sue.coleman@bfkn.com, sue.coleman@bfkpn.com

Michael D. Sher   msher@ngelaw.com

Kristin Ann Siegesmund   kasiegesmund@midmnlegal.org

James Joseph Sipchen   jsipchen@pretzel-stouffer.com

Terry A Smiljanich   tsmiljanich@jameshoyer.com, dstephens@jameshoyer.com,

11

jbowman@jameshoyer.com, lmartin@jameshoyer.com

Chante Danielle Spann    Chante.Spann@goldbergkohn.com, Joyce.Bischoff@goldbergkohn.com

Gini Spaziano    gspaziano@shslawfirm.com

Christopher F. Swing    cswing@brouse.com

Joel B Templeman    jtempleman@clausen.com

Matthew F Tibble    mtibble@pretzel-stouffer.com

Earl P Underwood    epunderwood@alalaw.com, dclangford@mindspring.com

Linda E. Unger    lunger@lbbslaw.com, dtaccini@lbbslaw.com

Charles Addison Valente    cvalente@ksc-law.com, courtpapers@ksc-law.com

Peter James Valeta    peter.valeta@mbtlaw.com

Kristina M Van Buskirk    Kvanbuskirk@ngelaw.com

Craig Allen Varga    cvarga@vblhc.com

Keith R Verges    kverges@figdav.com, karen.knight@figdav.com

Dean J. Wagner    dwagner@shslawfirm.com

David A. Ward    wardmetti@msn.com

Richard M. Waris    rwaris@pretzel-stouffer.com, tcook@pretzel-stouffer.com

David William Warren    dwwarren@joelsonrosenberg.com

Michael J. Weber    mweber@leoweber.com

Lee M. Weisz    weiszlaw@aol.com

Thomas Joseph Wiegand    twiegand@winston.com, ECF_CH@winston.com

Brian J. Williams    brian.williams@mbtlaw.com

Peter R. Wilson    peter.wilson@kattenlaw.com

Emily V. Wolf    ewolf@ksc-law.com, courtpapers@ksc-law.com

Kristin Sihyun Yoo    kyoo@cozen.com

Stephanie Michelle Zimdahl    stephanie.zimdahl@bfkpn.com, giuseppina.piganto@bfkpn.com, josie.pignato@bfkpn.com

Renee Lynn Zipprich    rzipprich@dykema.com, cmandel@dykema.com

Further, Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Joint (Agreed) Motion for Reassignment of Related Action** was served upon:

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

John Cseh
12800 ShakerBoulevard
Suite U12
Cleveland, OH 44120

Michael S. Deck
Law Office of John King
3409 N. 10th Street
McAllen, TX 78501

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street
18th Floor
Chicago, IL 60603

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

William E. Hosler
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Avenue
Suite 300
Birmingham, MI 48009

John Robert King
Law Office of John King
3409 N. 10th Street
Suite 100
McAllen, TX 78601

Cheryl M. Lott
Buchalter Nemer
A Professional Corporation

13

1000 Wilshire Boulevard
Suite 1500
Lost Angeles, CA 90017

Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street
Suite 28
Westborough, MA 01581

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Brian H. Newman
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Melody A. Petrossian
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road

Suite 200
Carle Place, NY 11514

Robert W. Smyth, Jr
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, IL 60603

Gerald R. Walton
Gerald R. Walton & Associates
2800 Euclid Avenue
Suite 320
Cleveland, OH 44115

Scott A. Weathers
Weathers Law Office
333 N. Pennsylvania Street
Suite 200
Indianapolis, IN 46204

by placing same in the United States mail chute located at 224 South Michigan Avenue, Chicago, Illinois 60604, properly addressed and postage fully prepaid, this 25th day of January, 2008, on or before the hour of 5:00 p.m.

s/Al F. Hofeld