IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL NO. 1715 Lead Case No. 05 C 07097 (Centralized before Judge Aspen) |
| | ) | |
| ROCHELLE WASHINGTON and SIDNEY WASHINGTON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05 C 1007 |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY and AMC MORTGAGE SERVICES, INC., | ) ) ) ) ) | Judge Coar |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    **SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Tuesday, January 29, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Joint (Agreed) Motion for Reassignment of Related Action**, a copy of which was previously served upon you.

Dated: January 25, 2008                    Respectfully submitted,

ROCHELLE WASHINGTON and
SIDNEY WASHINGTON,
Plaintiffs,

AMERIQUEST MORTGAGE COMPANY,
DEUTSCHE BANK NATIONAL TRUST
COMPANY and AMC MORTGAGE
SERVICES, INC., Defendants

By: s/Albert F. Holfeld
       One of their Attorneys

By: s/ Jonathan N. Ledsky
       One of their Attorneys

Albert F. Hofeld
Edelman Combs Latturner
  & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, Illinois  60603
(312) 917-4515

Jonathan N. Ledsky
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60604
    (312) 341-9400

2

## <u>CERTIFICATE OF SERVICE</u>

Albert F. Hofeld, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing this 25th day of January, 2008. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**1:05-cv-7097 Notice has been electronically mailed to:**

Emily L. Alb  ealb@rathjewoodward.com, nwood@rathjewoodward.com

Michael Christian Andolina  mandolina@sidley.com, efilingnotice@sidley.com

Sarah K. Andrus  sandrus@buchalter.com

George P. Apostolides  gapostolides@arnstein.com

Argent Mortgage Company, LLC  gtam@argentmortgage.com

Harry N. Arger  harger@dykema.com

Charles McLeod Baird  charlesmbaird@att.net

David Thomas Ballard  dballard@btlaw.com

Henry M. Baskerville  hbaskerville@daniellynchlaw.com

Caryn Becker  cbecker@lchb.com, glewis@lchb.com

Anne A Bergman  aabergman@aol.com

Brandon A Block  bblock@buchalter.com

James Kenneth Borcia  jborcia@tsmp.com, cclose@tsmp.com, tsmpdocket@tsmp.com

Dennis E. Both  dbothlaw@comcast.net

Jill Henniger Bowman  jbowman@jameshoyer.com

James McGinnis Boyers  jboyers@woodmclaw.com, scraig@woodmclaw.com

Kate M. Bradley  kbradley@brouse.com, lblower@brouse.com

Michael A. Braun   mabraun@speakeasy.net

Michael J. Breslin   mbreslin@kilpatrickstockton.com, egilliard@kilpatrickstockton.com

Brian Scott Brewer   bbrewer@pckltdlaw.com

Brian Lewis Bromberg   brian@bromberglawoffice.com, brian.bromberg@gmail.com

Jimmie H. Brown   help@bspclaw.com

Scott J. Brown   sjb@cassiday.com

William R. Brown   wbrown@schuckitlaw.com, asmith@schuckitlaw.com

Adam Rien Bunge   abunge@karballaw.com

Anthony C. Campanale   accampanale@acclaw.com

Joseph B. Carini , III   carinij@jbltd.com, walkerc@jbltd.com

Gregory A. Cerulo   gcerulo@qjhp.com, kmccoskey@qjhp.com, mwatson@qjhp.com,

pmonroe@qjhp.com, Psepich@qjhp.com, sjensen@qjhp.com

David Joel Chizewer   david.chizewer@goldbergkohn.com

Ronald I. Chorches   Ronaldchorches@sbcglobal.net

Anna-Katrina Saranti Christakis   aschristakis@arnstein.com, ehernandez@arnstein.com,

ltmarshall@arnstein.com, rrjohnson@arnstein.com

Cislo Title Company   jwfinke@mindspring.com

Kevin J. Clancy   kclancy@lowis-gellen.com

Edward A. Cohen   ecohen@karballaw.com

Laura E. Cohen   lcohen@pckltdlaw.com

Donald Colleluori   don.colleluori@figdav.com, valorie.krause@figdav.com

David Edward Dahlquist   ddahlquist@winston.com, ECF_CH@winston.com

4

James Michael Dash   jdash@muchshelist.com

Mark T Davenport   mark.davenport@figdav.com

Joanne N. Davies   jdavies@buchalter.com

Charles M. Delbaum   cdelbaum@nclc.org

Kelly M Dermody   kdermody@lchb.com

Katherine Marie Donat   kdonat@noonanandlieberman.com

Carrie A. Durkin   durkin@litchfieldcavo.com

Eric P. Early   eearly@chrisglase.com

Timothy D. Elliott   telliott@rathjewoodward.com, nwood@rathjewoodward.com

Lori Ann Fanning   LFanning@MillerLawLLC.com, JRamirez@millerlawllc.com,
MMiller@MillerLawLLC.com

Michael Martin Fenwick   mfenwick@pattonryan.com

Paul S. Festenstein   pfestenstein@condoncook.com

Jon R. Fetterolf   jfetterolf@wc.com

Jeffrey Wayne Finke   jwfinke@mindspring.com

Michelle Bacher Fisher   mfisher@dykema.com, mseaton@dykema.com

Annaliese Flynn Fleming   annaliese.fleming@bfkn.com

George Kenneth Flynn   gflynn@clausen.com

Albert Edwin Fowerbaugh , Jr   afowerbaugh@lockelord.com, docket@lockelord.com,
kmorehouse@lockelord.com

Laurie S Fulton   lfulton@wc.com

Rachel Geman   rgeman@lchb.com

Don E. Glickman  dglickman@lawggf.com, ickes@lawggf.com

Richard Eric Gottlieb  ifrye@dykema.com, rgottlieb@dykema.com, tgale@dykema.com

Andrew Robert Greene  agreene@ksc-law.com

Alais Lachlan Maclean Griffin  alais.griffin@goldbergkohn.com

Susan N.K. Gummow  sgummow@clausen.com, kdanta@clausen.com

Daniel Mark Harris  lawofficedh@yahoo.com

Jeffrey T. Heintz  jheintz@brouse.com

Stanley L. Hill  stanhill@megsinet.net

Larry A Hoellwarth  lhoellwarth@karballaw.com

Albert F Hofeld , Jr  ahofeld@edcombs.com

Timothy V. Hoffman  thoffman@sanchezdh.com

Jeanne Marie Hoffmann  jhoffmann@brycedowney.com

Wayne B. Holstad  wholstad@integraonline.com

Russell W. Hubbard  russell.hubbard@figdav.com, candace.gullatt@figdav.com

Christopher B Hunter  cbhunter@rothlaw.com

Gary Thomas Jansen  gjansen@cksslaw.com

J. Aaron Jensen  aaron.jensen@mbtlaw.com

Martin A. Kanofsky  mak@merlolaw.com

Eric D Kaplan  ekaplan@kpglaw.com

Richard M. Kaplan  rkaplan@clausen.com

Evan Jay Kaufman  ekaufman@csgrr.com, amartin@csgrr.com, ChrisS@csgrr.com

Shennan Kavanagh  kavanagh@roddykleinryan.com

Gerard David Kelly   gkelly@sidley.com, efilingnotice@sidley.com

Keith James Keogh   Keith@Keoghlaw.com, Linda@Keoghlaw.com

John E Kerley   lawyerjohn@aol.com

Megan Laura Kerr   mkerr@pckltdlaw.com

Synde B. Keywell   synde.keywell@bryancave.com

Stephen Philip Kikoler   skikoler@muchshelist.com

Michele Lynn Killebrew   mkillebrew@leoweber.com

Gary Edward Klein   klein@roddykleinryan.com, pereira@roddykleinryan.com

Russell M. Kofoed   russellkofoed@sbcglobal.net

Frank John Kokoszka   fkokoszka@k-jlaw.com, tiffany@k-jlaw.com

Michael Alan Kraft   mike@mkraftlaw.com

Michael Andrew Kraft    mkraft@qjhp.com, dgrover@qjhp.com, kmccoskey@qjhp.com,
sjensen@qjhp.com

Matthew L. Kurzweg   mkurzweg@kurzweglaw.com

Peter Lachmann   Peter.lachmann@sbcglobal.net

Bradford Allen LeHew   lehew@litchfieldcavo.com

Bernard E. LeSage   blesage@buchalter.com

Hector Ledesma   hledesma@sanchezdh.com

Jonathan N. Ledsky   jledsky@vblhc.com, sortega@vblhc.com

Bradley Steven Levison   blevison@condoncook.com

Daniel Francis Lynch    dan@daniellynchlaw.com, docketing@daniellynchlaw.com,
SBHaffner@aol.com

Terrence J. Madden   tmadden@brycedowney.com

Paven Malhotra   pmalhotra@wc.com

Joshua R. Mandell   jmandell@buchalter.com

Joseph R. Marconi   marconij@jbltd.com

Joseph Kent Mathewson   kent@dbmslaw.com

Harlene G. Matyas   hgmatyas@tribler.com, inreameriquest@tribler.com, mmrule@tribler.com

David Christian McCormack   maclaw@execpc.com

Daniel John McMahon   Daniel.McMahon@wilsonelser.com

Mara McRae   mmcrae@kilpatrickstockton.com

Bruce Robert Meckler   bruce.meckler@mbtlaw.com

Brian R Merfeld   bmerfeld@pckltdlaw.com

Greg J. Miarecki   gmiarecki@winston.com, ECF_CH@winston.com, selberts@winston.com, swysocki@winston.com

Bradley J Miller   bmiller@kilpatrickstockton.com, wbaesel@kilpatrickstockton.com

Marvin Alan Miller   Mmiller@millerlawllc.com, Jramirez@millerlawllc.com, Lfanning@millerlawllc.com

Emily Mulder Milman   emulder@ngelaw.com, ldalton@ngelaw.com

Nicole D Milos   nmilos@cksslaw.com

Melinda J. Morales   mmorales@muchshelist.com, jbednarz@muchshelist.com

Cinthia Granados Motley   cinthia.motley@wilsonelser.com, rosanne.noguez@wilsonelser.com

Christopher H Murphy   chmurphy@cozen.com

Siobhan M. Murphy   smurphy@lbbslaw.com, dtaccini@lbbslaw.com

Sreeram Natarajan   snatarajan@tribler.com, dmitchell@tribler.com

Therese King Nohos   tnohos@dl.com

James V. Noonan   jnoonan@noonanandlieberman.com

Kevin Michael O'Hagan   kohagan@ohaganspencer.com

Charles Scott Ofstein   ofstein@DBMSlaw.com, skierk@dbmslaw.com

Edward M. Ordonez   eordonez@cozen.com

Athanasios Papadopoulos   tpapadopoulos@ngelaw.com, ggomez@ngelaw.com

Timothy J. Patenode   timothy.patenode@kattenlaw.com, ecfdocket@kattenlaw.com,
janet.jazo@kattenlaw.com

John William Patton , Jr   jpatton@pattonryan.com

Jeffrey D. Pilgrim   jdpilgrim@arnstein.com, docket@arnstein.com, docket@gmail.com,
mmwilliams@arnstein.com

Robert Stuart Pinzur   rpinzur@pckltdlaw.com

Andrew G. Pizor   apizor@consumerlawgroup.com, tbenoit@consumerlawgroup.com

Robert Radasevich   rradasevich@ngelaw.com

Dominic J. Rizzi   drizzi@caffertyfaucher.com, bfreiman@caffertyfaucher.com,
snyland@caffertyfaucher.com

Juanita B. Rodriguez   rodriguezj@jbltd.com, kishj@jbltd.com

John L. Ropiequet   jlropiequet@arnstein.com

Jared Ira Rothkopf   jrothkopf@kpglaw.com

Rebecca Rothmann   rebecca.rothmann@wilsonelser.com

Samuel H Rudman   srudman@csgrr.com

Lorne Todd Saeks   lsaeks@muchshelist.com, nwallace@muchshelist.com

Michael G. Salemi   msalemi@lockelord.com, docket@lockelord.com

Alan Norris Salpeter   asalpeter@dl.com, jefriedman@dl.com, mlhanson@dl.com

Dominick W. Savaiano   dsavaiano@clausen.com

Rudolf G. Schade , Jr   rgs@cassiday.com

Bradley Ian Schecter   bschecter@dl.com, mlhanson@dl.com

Vincent P. Schmeltz , III   vschmeltz@dl.com

Lee J. Schoen   lschoen@schoenmslaw.com, kpatterson@schoenmslaw.com

James S Schreier   jschreier@chrisglase.com

Robert J. Schuckit   rschuckit@schuckitlaw.com, asmith@schuckitlaw.com

Anna C. Schumaker   aschumaker@sidley.com, efilingnotice@sidley.com

Ralph O. Scoccimaro   help@bspclaw.com

Stephen M. Sedor   ssedor@durantnic.com

Robert Eliot Shapiro   rob.shapiro@bfkn.com, sue.coleman@bfkn.com,
sue.coleman@bfkpn.com

Michael D. Sher   msher@ngelaw.com

Kristin Ann Siegesmund   kasiegesmund@midmnlegal.org

James Joseph Sipchen   jsipchen@pretzel-stouffer.com

Terry A Smiljanich   tsmiljanich@jameshoyer.com, dstephens@jameshoyer.com,
jbowman@jameshoyer.com, lmartin@jameshoyer.com

Chante Danielle Spann   Chante.Spann@goldbergkohn.com, Joyce.Bischoff@goldbergkohn.com

Gini Spaziano   gspaziano@shslawfirm.com

10

Christopher F. Swing   cswing@brouse.com

Joel B Templeman   jtempleman@clausen.com

Matthew F Tibble   mtibble@pretzel-stouffer.com

Earl P Underwood   epunderwood@alalaw.com, dclangford@mindspring.com

Linda E. Unger   lunger@lbbslaw.com, dtaccini@lbbslaw.com

Charles Addison Valente   cvalente@ksc-law.com, courtpapers@ksc-law.com

Peter James Valeta   peter.valeta@mbtlaw.com

Kristina M Van Buskirk   Kvanbuskirk@ngelaw.com

Craig Allen Varga   cvarga@vblhc.com

Keith R Verges   kverges@figdav.com, karen.knight@figdav.com

Dean J. Wagner   dwagner@shslawfirm.com

David A. Ward   wardmetti@msn.com

Richard M. Waris   rwaris@pretzel-stouffer.com, tcook@pretzel-stouffer.com

David William Warren   dwwarren@joelsonrosenberg.com

Michael J. Weber   mweber@leoweber.com

Lee M. Weisz   weiszlaw@aol.com

Thomas Joseph Wiegand   twiegand@winston.com, ECF_CH@winston.com

Brian J. Williams   brian.williams@mbtlaw.com

Peter R. Wilson   peter.wilson@kattenlaw.com

Emily V. Wolf   ewolf@ksc-law.com, courtpapers@ksc-law.com

Kristin Sihyun Yoo   kyoo@cozen.com

Stephanie Michelle Zimdahl   stephanie.zimdahl@bfkpn.com, giuseppina.piganto@bfkpn.com,

josie.pignato@bfkpn.com

Renee Lynn Zipprich   rzipprich@dykema.com, cmandel@dykema.com

Further, Albert F. Hofeld, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was served upon:

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

John Cseh
12800 ShakerBoulevard
Suite U12
Cleveland, OH 44120
Michael S. Deck
Law Office of John King
3409 N. 10th Street
McAllen, TX 78501

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street
18th Floor
Chicago, IL 60603

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

William E. Hosler
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Avenue
Suite 300
Birmingham, MI 48009

John Robert King
Law Office of John King
3409 N. 10th Street
Suite 100
McAllen, TX 78601

13

Cheryl M. Lott
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Lost Angeles, CA 90017

Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street
Suite 28
Westborough, MA 01581

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Brian H. Newman
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Melody A. Petrossian
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500

Los Angeles, CA 90017


Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road
Suite 200
Carle Place, NY 11514

Robert W. Smyth , Jr
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, IL 60603

Gerald R. Walton
Gerald R. Walton & Associates
2800 Euclid Avenue
Suite 320
Cleveland, OH 44115

Scott A. Weathers
Weathers Law Office
333 N. Pennsylvania Street
Suite 200
Indianapolis, IN 46204


by placing same in the United States mail chute located at 120 South LaSalle Street, Chicago,

Illinois 60603, properly addressed and postage fully prepaid, this 25th day of January, 2008, on

or before the hour of 5:00 p.m.


s/Albert F. Hofeld

15