

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY, a Delaware corporation; ) <br> and ARGENT MORTGAGE ) <br> COMPANY LLC, a Delaware limited ) <br> liability company, ) <br> ) <br>       Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHWEST TITLE and ESCROW ) <br> CORPORATION, a Minnesota ) <br> corporation, et al. ) <br> ) <br>       Third-Party Defendants ) | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) <br><br> **FILED** <br> JAN 24, 2008 <br> JAN 2 4 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

## MOTION TO WITHDRAW

NOW COMES counsel, Brown, Udell & Pomerantz for the Third-Party Defendant, Illinois Mortgage Funding Corp., and moving for leave to withdraw in this matter states as follows:

At the commencement of this action, the firm of Brown Udell & Pomerantz and Dennis E. Both were retained to represent Illinois Mortgage Funding. Pursuant to the attached written request, Brown, Udell & Pomerantz and Dennis E. Both have been requested to withdraw their representation in this matter,

WHEREFORE, Brown, Udell & Pomerantz and Dennis E. Both pray this Honorable Court for entry of an order granting their leave to withdraw their appearance in this matter.

BROWN, UDELL & POMERANTZ

By: _____

Dennis E. Both, attorney

Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY, a Delaware corporation; ) <br> and ARGENT MORTGAGE ) <br> COMPANY LLC, a Delaware limited ) <br> liability company, ) <br> ) <br>     Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHWEST TITLE and ESCROW ) <br> CORPORATION, a Minnesota ) <br> corporation, et al. ) <br> ) <br>     Third-Party Defendants ) | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

## REQUEST FOR WITHDRAWAL

The undersigned, as president of Illinois Mortgage Funding Corp., on behalf of Illinois Mortgage Funding Corp., hereby requests and consents to Brown, Udell & Pomerantz's withdrawal from further representation of Illinois Mortgage Funding in the above captioned matter.

                                        ILLINOIS MORTGAGE FUNDING
                                        CORPORATION

                         By: _____
                                 Its President