

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) Lead Case No. 05-CV-07097 ) ) (Centralized before The Honorable ) Marvin E. Aspen) ) ) |
| Third-Party Plaintiffs, | ) This Document Relates To: ) GARCIA v. ARGENT MORTGAGE |
| v. | ) 06-CV-1829 ) |
| NORTHWEST TITLE and ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) |
| Third-Party Defendants | ) |

F I L E D
JAN 24 2008
JAN 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Bernard E. LeSage
Sarah K. Andrus
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on the 31st day of January, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable judge Marvin E. Aspen or any judge sitting in his stead, in Room 2568, of the Dirksen Federal Building, 219 S Dearborn Street, Chicago, Illinois, and then and there present **MOTION TO WITHDRAW**, a copy of which is attached hereto and hereby served upon you.

ILLINOIS MORTGAGE FUNDING
CORPORATION

By: _____
One of its attorneys

Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn under oath, deposes and states that I served the aforementioned **MOTION TO WITHDRAW** on the following parties:

**TO:** Bernard E. LeSage  
Sarah K. Andrus  
Buchalter Nemer  
1000 Wilshire Boulevard, Suite 1500  
Los Angeles, CA 90017-2457  

Thomas J. Wiegand  
Gregory J. Miarecki  
David E. Dahlquist  
Winston & Strawn LLP  
35 West Wacker Drive  
Chicago, Illinois 60601  

mailing a copy to them in a properly addressed envelope, with postage prepaid, and depositing said envelope in U.S. Mail at the corner of Halsted and Evergreen, Chicago, Illinois on the day of January, 2008, before the hour of 5:00 p.m.

_____