IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Third-Party Defendants MORTGAGE PRO, USA hereby gives notice that Michael R. Gregg, Steven M. Sandler and Amir R. Tahmassebi of Merlo, Kanofsky, Brinkmeier and Gregg, Ltd. are being substituted as attorneys, replacing Martin A. Kanofsky of Merlo, Kanofsky, Brinkmeier and Gregg, Ltd.

Respectfully submitted,

/S/ _____
Martin A. Kanofsky
ARDC No: 6180290

/S/ _____
Steven M. Sandler
ARDC No: 2454602

/S/ _____
Michael R. Gregg
ARDC No: 6197027

/S/ _____
Amir R. Tahmassebi
ARDC No: 6287787

Merlo Kanofsky Brinkmeier & Gregg, Ltd.
208 S. LaSalle Street, Suite 950
Chicago, IL 60604
Phone No:   (312) 553-5500
Facsimile No: (312) 553-1586

N:\users\Files\Open Files\0149.12202\Pleadings\Drafts\ notice of Sub of Counsel.doc