**U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 8314

In the Matter of

In Re Ameriquest Mortgage Co.
Mortgage Lending practice Litigation

**THIS DOCUMENT RELATES TO ALL ACTIONS**

AMERIQUEST MORTGAGE COMPANY,
a Delaware Corporation; and ARGENT MORTGAGE
COMPANY LLC, a Delaware limited liability company,

Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION,
a Minnesota Corporation, et al.

Third-Party Defendants.

Lead Case Number: 05-CV-07097

Centralized before the Honorable
Marvin E. Aspen

| |
|---|
| NAME (Type or Print)<br>Michael R. Gregg |
| SIGNATURE (Use electronic signature if the appearance from is filed electronically)<br>/s./ Michael R. Gregg |
| FIRM<br>Merlo, Kanofsky, Brinkmeier & Gregg, Ltd. |
| STREET ADDRESS<br>208 S. LaSalle Street, Suite 950 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 |
| ID Number ( See Item 3 in instructions)     ‌ TELEPHONE NUMBER<br>6197027                                                     (312) 553-5500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES [x]          NO □ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES [x]          NO □ |
| ARE YOU A MEMEMBER OF THIS COURT'S TRIAL BAR?          YES [x]          NO □ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES [x]     NO □ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS<br>RETAINED COUNSEL □     APPOINTED COUNSEL □ |