U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 8314

In the Matter of                                    Lead Case Number: 05-CV-07097

In Re Ameriquest Mortgage Co.
Mortgage Lending practice Litigation
                                                    Centralized before the Honorable
**THIS DOCUMENT RELATES TO ALL ACTIONS**            Marvin E. Aspen

AMERIQUEST MORTGAGE COMPANY,
a Delaware Corporation; and ARGENT MORTGAGE
COMPANY LLC, a Delaware limited liability company,

                    Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION,
a Minnesota Corporation, et al.

                    Third-Party Defendants.

| |
|---|
| NAME (Type or Print)<br>Steven M. Sandler |
| SIGNATURE (Use electronic signature if the appearance from is filed electronically)<br>/s./ Steven M. Sandler |
| FIRM<br>Merlo, Kanofsky, Brinkmeier & Gregg, Ltd. |
| STREET ADDRESS<br>208 S. LaSalle Street, Suite 950 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 |
| ID Number ( See Item 3 in instructions)     \|TELEPHONE NUMBER<br>2454602                                     \|  (312) 553-5500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO [x] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES [x]   NO ☐ |
| ARE YOU A MEMEMBER OF THIS COURT'S TRIAL BAR?    YES [x]   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO [x] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |