**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>      Third-Party Plaintiffs,<br><br>    v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,<br><br>      Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**NOTICE OF FILING**

TO:    Counsel on Court's Electronic Mail System

    PLEASE TAKE NOTICE that on January 25, 2008, I electronically field with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, Third-Party Defendant, Mortgage Pro USAs' Attorney Appearance, a copy of which is hereby served upon you.

                                                  /s/ Amir R. Tahmassebi
                                                Merlo Kanofsky Brinkmeier & Gregg, Ltd.

Amir R. Tahmassebi
Merlo Kanofsky Brinkmeier & Gregg, Ltd.
208 S. LaSalle Street, Suite 950
Chicago, Illinois 60604
Phone No: (312) 553-5500
Facsimile: (312) 553-1586

## **CERTIFICATE OF SERVICE**

      I, Amir R. Tahmassebi, hereby certify that on January 25, 2008, a true and correct copy of Third Party Defendant, Mortgage Pros USA's, Attorney Appearance was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the court's electronic filing system.

      By: /s/ Amir R. Tahmassebi
      Merlo Kanofsky Brinkmeiere & Gregg, Ltd.

Amir R. Tahmassebi
Merlo Kanofsky Brinkmeier & Gregg, Ltd.
208 S. LaSalle Street, Suite 950
Chicago, Illinois 60604
Phone No: (312) 553-5500
Facsimile: (312) 553-1586

N:\users\!Files\Open Files\0149.12202\Pleadings\Not of Filing Att App ART.doc