Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin E. Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | January 25, 2008 |
| **CASE TITLE** | IN RE: AMERIQUEST MORTGAGE CO., Mortgage Lending Practices Litigation | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of the parties, third-party defendant Attorneys' Title Insurance Fund, Inc. is dismissed without prejudice from the first amended consolidated third-party complaint. Parties shall bear their own costs and attorneys' fees. Attorneys' Title Insurance Fund, Inc. terminated.

| | Courtroom Deputy Initials: | JS |
|---|---|---|