# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> Assigned Judge: <br> Honorable Marvin E. Aspen, <br><br> Designated Magistrate Judge: <br> Honorable Morton Denlow |

## MOTION TO WITHDRAW

NOW COMES Third Party Defendant, Hadlock Law Offices, P.C., by and through its attorneys Paul Festenstein and Bradley Levison, of Condon & Cook, L.L.C., and for its Motion to Withdraw states as follows:

1. Pursuant to the attached Notice Dismissal, Hadlock Law Offices, P.C. has been dismissed from this litigation. See Exhibit A.

2. That counsel for Hadlock Law Offices, P.C. now seeks to withdraw their appearances and be removed from the service list.

WHEREFORE, Third Party Defendant, Hadlock Law Offices, P.C., prays that this Honorable Court enter an order withdrawing the appearances of Paul Festenstein and Bradley Levison and removal of said counsel from the service list.

Respectfully submitted,

CONDON & COOK, L.L.C.
745 North Dearborn Street
Chicago, Illinois 60610
(312) 266-1313
Our File No: 128LP.14172

/s/ Paul S. Festenstein
One of the Attorneys for Defendant