IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Assigned Judge:<br>Honorable Marvin E. Aspen,<br><br>Designated Magistrate Judge:<br>Honorable Morton Denlow |

### ORDER

This cause coming before the Court on Third Party Defendant, Hadlock Law Offices PC Motion to Withdraw, due notice having been given and the Court having considered the Stipulation, **IT IS ORDERED that**:

1. Paul Festenstein and Bradley Levison are granted leave to withdraw their appearances.

2. Paul Festenstein and Bradley Levison are hereby removed from the service list.

**IT IS SO ORDERED.**

_____<br>
The Honorable Morton Denlow<br>
The Honorable Marvin E. Aspen