**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715 |
| | | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | | Centralized before Judge Marvin E. Aspen |

**NOTICE OF OPTING-OUT OF CLASS ACTIONS**

The plaintiffs in the following federal actions hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

*Black et. al v. Ameriquest Mortgage Company, et al* (N.D. Ill. Case No. 1:07-cv-00129)

*Raffadeen et. al v. Ameriquest Mortgage Company* (1:07-cv-06415-AKH)


Dated: January 28, 2008          Respectfully Submitted,


                                 By: /s/Daniel S. Blinn
                                     Daniel S. Blinn, ct02188
                                     Andrew G. Pizor, ct27015
                                     Consumer Law Group, LLC
                                     35 Cold Spring Road, Suite 512
                                     Rocky Hill, Connecticut 06067
                                     Tel. (860) 571-0408  Fax (860) 571-7457
                                     dblinn@consumerlawgroup.com
                                     apizor@consumerlawgroup.com

1

## CERTIFICATION OF SERVICE

      This is to certify that on this 28th day of January, 2008, a true and correct copy of the foregoing document was filed. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/Daniel S. Blinn
      Daniel S. Blinn