IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## STIPULATED [PROPOSED] TOLLING OF STATUTES OF LIMITATION WITH OPT OUT PLAINTIFFS

WHEREAS, the Borrower Class Plaintiffs and Ambassador Roland Arnall have entered into (and the Court has approved) a Stipulation in the Borrower Class Action providing, in relevant part, that any statutes of limitation or repose applicable to him in connection with this litigation that had not run as of July 18, 2007 shall be tolled from July 18, 2007 through the date on which the Court issues a ruling on the Motion to Amend and/or other motions related to the First Amended and Consolidated Complaint ("FACC");

WHEREAS, the plaintiffs who have opted out of the Borrower Class in this matter ("Opt-Out Plaintiffs") intend to seek leave to add Ambassador Arnall as a defendant in each of their individual cases;

WHEREAS, neither Ambassador Arnall nor the defendants in the Borrower Class Action have opposed the Borrower Class Plaintiffs' request for leave to amend, but Ambassador Arnall filed a Motion to Dismiss the FACC on September 21, 2007;

WHEREAS, depending on how the Court rules on said Motion to Dismiss, it may be unnecessary for the Opt-Out Plaintiffs and Ambassador Arnall to engage in motion practice in each individual action over whether the Opt-Out Plaintiffs can add Ambassador Arnall or whether their claims have legal merit;

NOW THEREFORE,

The Opt Out Plaintiffs and Ambassador Arnall hereby stipulate that:

1

(1)     If the Court denies Ambassador Arnall's Motion to Dismiss the FACC (or any subsequent proposed amended complaint) ("Denial Order"), then each Opt Out Plaintiff with a valid legal basis to do so also shall be permitted to add Ambassador Arnall as a defendant in their cases, and

(2)     If the Court partially grants and partially denies Ambassador Arnall's Motion to Dismiss the FACC (or any subsequent proposed amended complaint) ("Partial Order"), then those Opt Out Plaintiffs who would continue to have a claim or claims against Ambassador Arnall under the Court's Partial Order shall be permitted to seek leave of court to add him as a defendant in their cases;

(3)     If the Court grants Ambassador Arnall's Motion to Dismiss the FACC, then Ambassador Arnall does not consent to Opt Out Plaintiffs adding him as a defendant in their cases,

(4)     If the Borrower Class Action is dismissed before the Court rules on Ambassador Arnall's Motion to Dismiss the FACC ("Dismissal"), then each Opt Out Plaintiff with a valid legal basis to do so also shall be permitted to seek leave of court to add Ambassador Arnall as a defendant in their cases;

(5)     Any statutes of limitation or statutes of repose applicable to Ambassador Arnall in connection with this litigation that had not run as of July 18, 2007 shall be tolled from July 18, 2007 until fourteen days after the date of a Dismissal, Denial Order or Partial Denial Order, to permit the Opt Out Plaintiffs to file their Amended Complaints adding Ambassador Arnall; and

(6)     Ambassador Arnall reserves all rights he may have to oppose any (i) request by an Opt Out Plaintiff for leave to add him as a party and (ii) amended complaint in which he has been added as a party. The parties shall agree that the Court's prior approved briefing schedule requiring thirty (30) days notice of all motions and allowing thirty (30) days for any oppositions or replies, to allow Ambassador Arnall to address any and all proposed requests for or actual amendments.

IT IS SO ORDERED.
Dated: 1/28/ , 2008

_____
THE HONORABLE MARVIN E. ASPEN