# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.

Plaintiff,

v.                                                        Case No.: 1:05−cv−07097

Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2008:

      MINUTE entry before Judge Marvin E. Aspen dated 1/28/08: Defendants and Borrower and non−Borrower class plaintiffs' motion to extend the date to file response and subsequent schedule (Doc. No. 1903) is granted. Motion terminatd. This order relates only to the Borrower and Non−Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding. Enter Order. The motion hearing set for 1/29/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.