IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION, | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, ET AL. | Lead Case No. 05 C 7097 |
| Plaintiffs, | Centralized Before The Honorable Marvin E. Aspen |
| v. | |
| AMERIQUEST MORTGAGE COMPANY, ET AL. | |
| Defendants. | |

### NOTICE OF AFFILIATES BY THIRD PARTY DEFENDANT, DREAM HOUSE MORTGAGE CORP. PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2

Third Party Defendant, Dream House Mortgage Corp., ("Dream House"), by and through its counsel, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, hereby submits this Corporate Disclosure and Notification of Affiliates and states that it has no parent corporations and no publicly held affiliates.

Dated: January 29, 2008

Respectfully submitted,

By: /s/ Gini Spaziano

*Attorney for Dream House Mortgage Corp.*

Gini Spaziano, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile

## CERTIFICATE OF SERVICE

***I HEREBY CERTIFY*** that a true and correct copy of the foregoing Notice of Affiliates was electronically filed on this 29th day of January, 2008. Notice of this filing will be sent via electronic mail to all counsel of record by operation of the Court's electronic filing system.

*/s/ Gini Spaziano*