**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT IN *LACROSS V. AMERIQUEST MORTGAGE COMPANY, ET AL.***

WHEREAS, on December 26, 2007, Opt-Out Plaintiff Jayleen LaCross filed a Motion for Partial Summary Judgment (the "Motion") against Defendants Ameriquest Mortgage Company and HSBC Bank USA, National Association f/k/a/ HSBC Bank USA (collectively, "Defendants"). [Docket No. 1819.]

WHEREAS, on January 3, 2008, this Court issued a Minute Order requiring all responses to the Motion to be filed by February 4, 2008 and all replies to be filed by February 25, 2008. [Docket No. 1850.]

WHEREAS, in an effort to resolve this matter in the upcoming Opt-Out Mediation, counsel for Plaintiff and Defendants have conferred and agreed as follows:

    (1) to continue the Motion until after this matter is addressed in mediation; and

    (2) if this matter is not resolved in mediation, Defendants will have 60 days after the close of mediation to file their response and Plaintiff will have three weeks thereafter to file a reply, unless a different date is set by the Court.

**IT IS SO STIPULATED.**

Dated: January 30, 2008

By: /s/ Daniel S. Blinn

*Attorneys for Plaintiff Jayleen LaCross*

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd.
Suite 512
Rocky Hill, CT 06067
(860) 571-0408

Dated: January 30, 2008

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc. and HSBC Bank USA, National Association f/k/a/ HSBC Bank USA*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

## **ORDER**

Counsel for Opt-Out Plaintiff Jayleen LaCross and Defendants having so stipulated, and the Court having considered the Stipulation, IT IS ORDERED that

(1) The Motion is continued until after this matter is addressed in the Opt-Out Mediation; and

(2) If this matter is not resolved in mediation, Defendants will have 60 days after the close of mediation to file their response and Plaintiff will have three weeks thereafter to file a reply, unless a different date is set by the Court.

**IT IS SO ORDERED.**

Dated:_____, 2007  _____
THE HONORABLE MARVIN E. ASPEN

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 30th day of January 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 1287490v2

BN 1699697v1      4