IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION _____ AMERIQUEST MORTGAGE COMPANY, a Delaware Company, et al., Defendants and Third-Party Plaintiffs, v. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., Third-Party Defendants. | Lead Case No. 05 CV 07097 Centralized before: The Honorable Marvin E. Aspen |

**ALLIED HOME MORTGAGE'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF HENRY BASKERVILLE AS COUNSEL FOR ALLIED**

Third-Party Defendant, Allied Home Mortgage Capital Corporation ("Allied"), hereby submits this Motion for Leave to Withdraw the Appearance of Henry Baskerville as counsel for Allied and support states as follows:

1. Mr. Baskerville will no longer be working for the Law Offices of Daniel Lynch.

2. Responsibility for this case will be transferred to another attorney in the firm.

3. Allied will continue to be represented by Daniel Lynch.

WHEREFORE, Allied, respectfully requests this Honorable Court grant leave to withdraw Henry Baskerville's appearance as counsel for Allied, and any other relief the Court deems equitable and just.

Dated: February 1, 2008

Daniel Lynch (IL. Bar No. 6202499)
Henry Baskerville  (Ill. Bar No. 6285712)
The Law Offices of Daniel Lynch
150 South Wacker Dr., Suite 2600
Chicago, Illinois 60606
312-346-8700 (tel)  / 312-346-5180 (fax)

Respectfully submitted,
ALLIED HOME MORTGAGE,

 s// *Henry Baskerville*

**Certificate of Service**

I, Henry Baskerville, hereby certify that on February 1, 2008, the attached documents were electronically filed with the Clerk in the above captioned matter and a true and correct copy of said documents was served upon counsel via the CM / ECF online filing system.

 s/ *Henry Baskerville*