IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION ) ) ) ) AMERIQUEST MORTGAGE COMPANY, ) a Delaware Company, et al., ) ) Defendants and Third-Party Plaintiffs, ) ) v. ) ) NORTHWEST TITLE AND ESCROW ) CORPORATION, ) a Minnesota corporation, et al., ) ) Third-Party Defendants. ) | Lead Case No. 05 CV 07097<br><br>Centralized before:<br>The Honorable Marvin E. Aspen |

**NOTICE OF MOTION TO WITHDRAW**

PLEASE TAKE NOTICE that on Tuesday, February 12, 2008 at 10:30 am or as soon thereafter as counsel can be heard, I shall appear before the Honorable Marvin E. Aspen or whomever may be sitting in his stead in Courtroom 2565 of the Everett McKinley Dirksen Building, and then and there present third-party defendant Allied Home Mortgage's **MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF HENRY BASKERVILLE**, a copy of which is hereupon served on you.

Dated: February 1, 2008

| | |
|---|---|
| Daniel Lynch (IL. Bar No. 6202499)<br>Henry Baskerville (Ill. Bar No. 6285712)<br>The Law Offices of Daniel Lynch<br>150 South Wacker Dr., Suite 2600<br>Chicago, Illinois 60606<br>312-346-8700 (tel) / 312-346-5180 (fax) | Respectfully submitted,<br><br>By: s// *Henry Baskerville* |

Certificate of Service

I, Henry Baskerville, hereby certify that on February 1, 2008, the attached documents were electronically filed with the Clerk in the above captioned matter and a true and correct copy of said documents was served upon counsel of record via the CM /ECF online filing system.

s// *Henry Baskerville*