Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 2/4/2008 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

Defendants, Citi Residential Lending and WM Specialty Mortgage, Motion (Doc. NO. 1297) for reassignment of Case No. 07 C 5426, Dailey v. Citi Residential Lending, et al, pending before Judge Aspen, as part of MDL 1715 (05C7097) is granted., The Clerk of the Court is directed to add Case No. 07 C 5426 as part of MDL 1715 (05C7097).

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|