IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Brown, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 07-4890 (N.D. Ill.) | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## JOINT APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

## WITH CLIENT CONSENT

Pursuant to Federal Rules of Civil Procedure and Local Rule 83.12, the law firm of Goldberg Kohn hereby applies for withdrawal as attorneys of record for Barclays Capital Real Estate, Inc., d/b/a/ HomeEq Servicing and US Bank National Association as Trustee Structured Under Securitization Servicing Agreement Dated As of November 1, 2005 Asset Securities Corporation Mortgage Pass Through Certificates, Series 2005-AR, (collectively, "Defendants"), and in place and in the stead thereof, Bernard E. LeSage and the law firm of Buchalter Nemer, P.C. hereby applies for substitution as attorneys of record for Defendants, whose consent to the aforesaid withdrawal and substitution is set forth below.

All future pleadings, notices and other papers should be served on Defendants as follows:

Bernard E. LeSage, Esq.

Buchalter Nemer, P.C.

1000 Wilshire Boulevard, Suite 1500

Los Angeles, California 90017-2457

Telephone: (213) 891-0700

Facsimile: (213) 896-0400

1

belasage@buchalter.com

DATED this 4th day of February, 2008.

Consent to the foregoing withdrawal and substitution provided by:

**Barclays Capital Real Estate, Inc., d/b/a/ HomeEq Servicing & US Bank National Association as Trustee Structured Under Securitization Servicing Agreement Dated As of November 1, 2005 Asset Securities Corporation Mortgage Pass Through Certificates, Series 2005-AR**

By: /s/ Dana C. Campbell\_\_\_\_

Its: Litigation Management Associate

| **WITHDRAWING COUNSEL** | **BUCHALTER NEMER, P.C.** |
|---|---|
| By: /s/ Jonathan H. Claydon \_\_\_\_<br>    Jonathan H. Claydon<br>    Goldberg Kohn Bell Black<br>    Rosenbloom & Moritz, Ltd.<br>    55 East Monroe, Suite 3300<br>    Chicago, Illinois | By: /s/ Bernard E. LeSage\_\_\_\_<br>    Bernard E. LeSage, Esq.<br>    BUCHALTER NEMER, a P.C.<br>    1000 Wilshire Boulevard, Suite 1500<br>    Los Angeles, CA 90017-2457 |

3

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 5th day of February 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     /s/ Bernard E. LeSage

BN 1709560v1