**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number:
AMERIQUEST MORTGAGE COMPANY, et al,
    Defendants and Third-Party Plaintiffs
         v.
NORTHWEST TITLE AND ESCROW CORPORATION, et al
    Third-Party Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
    TURNKEY TITLE CORPORATION, Third-Party Defendant

| | |
|---|---|
| NAME (Type or print) <br> Gayle Yeatman Fisher | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gayle Yeatman Fisher | |
| FIRM <br> Barack Ferrazzano Kirschbaum & Nagelberg LLP | |
| STREET ADDRESS <br> 200 W. Madison Street, Suite 3900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6226417 | TELEPHONE NUMBER <br> 312-984-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |