IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION )<br>)<br>)<br>) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br>*Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:07-cv-6191 (N.D. Ill.) and *Ferrara, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:07-cv-6867 (N.D. Ill.) )<br>)<br>)<br>)<br>)<br>) | Marvin E. Aspen |

### AMERICA'S SERVICING COMPANY'S *UNOPPOSED* MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant, America's Servicing Company ("ASC") seeks an additional twenty-one days, to and including, February 27, 2008, to respond to Plaintiffs' Complaint in the above-referenced matter and states as follows in support:

1. Plaintiff filed this Complaint against ASC and other Defendants, including Ameriquest Mortgage Co. ("Ameriquest"), on or about November 1, 2007. ASC accepted Plaintiffs' request for a waiver of service, dated November 16, 2007, which allowed it sixty days from the date of the request to file a responsive pleading.

2. On or about January 7, 2008, Defendant Ameriquest filed a Motion for Reassignment pursuant to Local Rule 40.4(c), seeking to have this matter and other related cases transferred to this Court for pretrial proceedings.

3. On January 14, 2008, Judge Kennelly entered an Order staying the above-referenced matter pending resolution of the Motion for Reassignment.

4. The Motion for Reassignment was granted on January 23, 2008, and the matter was transferred to this Court.

5. Now that the case has been transferred, ASC requires a brief extension of time to respond to Plaintiffs' Complaint and asks for an additional twenty-one days, to and including, February 27, 2008, to do so. Counsel for ASC has conferred with Plaintiffs' counsel and is advised Plaintiffs don't object to the present Motion.

WHEREFORE, Defendant America's Servicing Company respectfully requests that this Court enter an order allowing it an additional twenty-one days, to and including, February 27, 2008, to file a response to Plaintiffs' Complaint in the above-referenced matter.

Date: February 7, 2008

Respectfully submitted,

AMERICA'S SERVICING COMPANY

By: /s/ Robert J. Emanuel
One of its attorneys

Robert J. Emanuel
Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000
Facsimile: (312) 840-7900

460154.1