**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> ─────────────────────────────── <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION FOR AMENDED SCHEDULING ORDER PENDING MEDIATION**

WHEREAS, Retired Judge Donald J. O'Connell has been privately retained to hold mediation sessions between those individual plaintiffs who have elected to opt out of the master class complaints (collectively "Opt-Out Plaintiffs") and Defendants Argent Mortgage Company; Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc. ("Defendants");

WHEREAS, the first session of the mediation, which was scheduled for February 1, 2008, required a continuance due to multiple weather-related flight cancellations of counsel traveling to Chicago to attend;

WHEREAS, the next in-person session of the mediation is scheduled to commence on Judge O'Connell's earliest available date of March 6, 2008;

WHEREAS, between now and March 6, 2008, Opt-Out Plaintiffs and Defendants have agreed to mediate among themselves without direct assistance from Judge O'Connell and will continue to exchange documents that may facilitate settlement;

NOW THEREFORE, the parties propose amending the discovery schedule in the Opt-Out cases to extend all dates as follows:

1. All fact and expert discovery in all Opt Out cases shall be completed by September 22, 2008.

2. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by July 21, 2008. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by August 21, 2008.

**IT IS SO STIPULATED:**

Dated:   February 8, 2008                    By:/s/ Charles M. Delbaum
                                                *Attorneys for Certain Opt-Out Plaintiffs*

                                                Charles M. Delbaum
                                                National Consumer Law Center
                                                77 Summer Street, 10th Floor
                                                Boston, MA 01220
                                                (617) 266-0313

Dated:   February 8, 2008                    By:/s/ Daniel S. Blinn
                                                *Attorneys for Certain Opt-Out Plaintiffs*

                                                Daniel S. Blinn
                                                Consumer Law Group
                                                35 Cold Spring Rd., Suite 512
                                                Rocky Hill, CT 06067
                                                (860) 571-0408

Dated:   February 8, 2008                    By:/s/ Daniel Harris
                                                *Attorneys for Certain Opt-Out Plaintiffs*

                                                Daniel Harris
                                                Law Offices of Daniel Harris
                                                150 N. Wacker Drive, Suite 3000
                                                Chicago, IL 60606

Dated:   February 8, 2008                    By:/s/ Christopher Lefebvre
                                                *Attorneys for Certain Opt-Out Plaintiffs*

                                                Christopher Lefebvre
                                                Law Offices of Claude Lefebvre & Sons
                                                P.O. Box 479
                                                Pawtucket, RI 02862

Dated:　February 8, 2008　　　　　By:/s/ Earl P. Underwood
　　　　　　　　　　　　　　　　　　　*Attorneys for Certain Opt-Out Plaintiffs*

　　　　　　　　　　　　　　　　　　　Earl P. Underwood
　　　　　　　　　　　　　　　　　　　P.O. Box 969
　　　　　　　　　　　　　　　　　　　Fairhope, AL 36533


Dated:　February 8, 2008　　　　　By:/s/ Daniel Edelman
　　　　　　　　　　　　　　　　　　　*Attorneys for Certain Opt-Out Plaintiffs*

　　　　　　　　　　　　　　　　　　　Daniel Edelman
　　　　　　　　　　　　　　　　　　　Edelman, Combs, Latturner & Goodwin, LLC
　　　　　　　　　　　　　　　　　　　120 S. LaSalle Street, 18th Floor
　　　　　　　　　　　　　　　　　　　Chicago, IL 60603


Dated:　February 8, 2008　　　　　By:/s/ Charles McLeod Baird
　　　　　　　　　　　　　　　　　　　*Attorneys for Certain Opt-Out Plaintiffs*

　　　　　　　　　　　　　　　　　　　Charles McLeod Baird
　　　　　　　　　　　　　　　　　　　235 Peachtree Street
　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　Atlanta, GA 30303-1400

　　　　　　　　　　　　　　　　　　By:/s/ Charles J. Roedercheimer
Dated:　February 8, 2008　　　　　*Attorneys for Certain Opt-Out Plaintiffs*

　　　　　　　　　　　　　　　　　　　Charles J. Roedersheimer
　　　　　　　　　　　　　　　　　　　Thompson & DeVany LLP
　　　　　　　　　　　　　　　　　　　1340 Woodman Drive
　　　　　　　　　　　　　　　　　　　Dayton, OH 45432

Dated: February 8, 2008                  By:/s/ Thomas J. Wiegand
                                         *Attorneys for Argent Mortgage Company, LLC*

                                         Thomas J. Wiegand
                                         WINSTON & STRAWN LLP
                                         35 W. Wacker Drive
                                         Chicago, IL 60601-9703



Dated: February 8, 2008                  By:/s/ Bernard E. LeSage

                                         *Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

                                         Bernard E. LeSage
                                         Sarah K. Andrus
                                         BUCHALTER NEMER,
                                         A Professional Corporation
                                         1000 Wilshire Boulevard, Suite 1500
                                         Los Angeles, CA 90017-2457

## **ORDER**

Counsel for Defendants and Opt Out Plaintiffs having so stipulated, and the Court having considered the Stipulation, **IT IS ORDERED that:**

1. All fact and expert discovery in all Opt-Out cases shall be completed by September 22, 2008.

2. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by July 21, 2008. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by August 21, 2008.

**IT IS SO ORDERED.**

_____
The Honorable Morton Denlow
The Honorable Marvin E. Aspen

**CERTIFICATE OF SERVICE**

      I, Bernard E, LeSage, hereby certify that on this 8th day of February 2008, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/  Bernard E. LeSage