UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ameriquest Mortgage Company, et al.
                                          Plaintiff,

v.                                                   Case No.: 1:05−cv−07097
                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 11, 2008:

     MINUTE entry before Judge Marvin E. Aspen dated 2/11/08:Defendant Metro Title Company's Motion to join [1847] and adopt the response filed by certain third−party defendants to motions regarding case management issues and motion to reconsider December 10 and 12, 2007 minute entries and third−party defendant Hadlock Law Offices, P.C.'s motion to join and adopt the responses (Doc. No. 1857) is granted. Motions terminated. Judicial staff mailed notice notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.