**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Martin v. Argent Mortgage Company, LLC, et al.*, Case No. 06-1947 (N.D. Ill.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

On February 8, 2008, plaintiffs in *Martin v. Argent Mortgage Company, LLC, et al.*, Case No. 06-1947 (N.D. Ill.) filed a Motion For Leave to File Amended Complaint. [Docket No. 23.] Although Defendants continue to dispute the merits of the claims in this action, they do not oppose the granting of leave to amend.

DATED: February 12th, 2008

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; ACC Capital Holdings Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc. and Deutsche Bank National Trust Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

1

2

## CERTIFICATE OF SERVICE

  I, Bernard E. LeSage, hereby certify that on this 12th day of February 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              By: /s/ Bernard E. LeSage

BN 1722874v1