**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the<br>Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO MULTIPLE ACTIONS | ) ) ) ) ) ) | Hon. Morton Denlow,<br>Magistrate Judge<br><br>February 13, 2008 |

## INDIVIDUAL CLAIMS STEERING COMMITTEE MEDIATION STATUS REPORT #1

The members of the Individual Claims Steering Committee (ICSC) submit this status report in order to inform the Court of the progress in mediation of the opt-out plaintiffs' claims.

The initial mediation session opt-out plaintiffs scheduled for February 1, 2008 with Judge Donald P. O'Connell, but was canceled due to a snowstorm which shut down O'Hare airport. However, the ICSC and counsel for Defendants Ameriquest Mortgage Company, Argent Mortgage Company and numerous assignees/holders who have been added to these actions, all of whom are represented by the Buchalter firm, met telephonically with Judge O'Connell on

February 6, 2008.[1] With the assistance of Judge O'Connell, the parties agreed on a process for addressing opt-out plaintiffs' claims for rescission in an orderly and manageable fashion. As a result, the parties expect to be adequately informed and prepared to address rescission for certain prioritized cases at the next-scheduled in-person mediation session, set for March 6, 2008 with Judge O'Connell.[2] The prioritized cases are those of borrowers who have not refinanced out of their Ameriquest or Argent loan or sold their homes, who have not released claims in response to the Attorneys General settlement, and who believe they will be financially able to accomplish a rescission.

    The parties have a cordial and generally cooperative working relationship and are optimistic that at least a substantial number of pending cases can be resolved amicably. Recognizing this, they have stipulated to extend the time for discovery and experts, subject to court approval.

    The ICSC, whose members represent in excess of 90% of the individual opt-out claims, has also sent a detailed summary of the initial mediation session to counsel for all other individual opt-out plaintiffs of whom they are aware.

---

[1] This initial session did not include counsel for third party defendants, including title and closing defendants, but the parties discussed ways to bring them into the process.

[2] The parties also agreed that, should he wish to, Judge O'Connell was welcome to discuss the pending MDL litigation with this court.

        Respectfully submitted,

        Individual Claims Steering Committee

Dated: February 13, 2008      By: /s/ Charles M. Delbaum

*Attorneys for Certain Plaintiffs*

Charles M. Delbaum
National Consumer Law Center
77 Summer Street
10th Floor
Boston, MA 02110
(617) 542-8010

Dated: February 13, 2008      By: /s/ Daniel S. Blinn

*Attorneys for Certain Plaintiffs*

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd.
Suite 512
Rocky Hill, CT 06067
(860) 571-0408

Dated: February 13, 2008      By: /s/ Daniel Harris

*Attorneys for Certain Plaintiffs*

Daniel Harris, Esq.
Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

Dated: February 13, 2008     By: /s/Tara Goodwin

*Attorneys for Certain Plaintiffs*

Daniel A. Edelman, Esq.
Tara Goodwin, Esq.
Al Hofeld, Esq.
EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603-3403

Dated: February 13, 2008     By: /s/ Christopher M. Lefebvre
*Attorneys for Certain Plaintiffs*

Christopher M. Lefebvre, Esq.
Two Dexter Street
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

Dated: February 13, 2008     By: /s/ Earl P. Underwood, Jr.

*Attorneys for Certain Plaintiffs*
Earl P. Underwood, Jr.
21 South Section Street
PO Box 969
Fairhope, Alabama 36533

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

5

/s/ Charles M. Delbaum