**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

**MOTION TO EXTEND THE DATE TO FILE RESPONSE AND SUBSEQUENT SCHEDULE**

The parties jointly move, pursuant to the annexed Stipulation, to extend the time from February 15, 2008 to March 17, 2008, by which Plaintiffs are to file their response to the pending motion to dismiss and to extend the schedule for other matters as set forth in the Stipulation.

Wherefore, the parties request this Court to approve and adopt this schedule set forth in their Stipulation.

Dated: February 14, 2008

By: *_/s/ Marvin A. Miller, on behalf of_*
Attorneys for Borrower and Non-Borrower Class Plaintiffs

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Kelly M. Dermody
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION FOR STAY OF ALL**
**PROCEEDINGS AND AMENDED SCHEDULING ORDER**

WHEREAS, pursuant to their early agreement, the parties continued and then participated in the mediation on January 16, 2008 with Judge Daniel Weinstein (Ret.);

WHEREAS, as reported to the Court by separate Joint Mediation Status Report, the parties are continuing to exchange positions and believe that a t continuance of the schedule will allow them sufficient time to explore further the possibility of settlement;

NOW THEREFORE, the parties propose continuing the stay from February 15, 2008 to March 17, 2008, and amending the discovery schedule in the case to extend all dates as follows:

1. Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on March 17, 2008;

2. Defendants' reply to Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on April 17, 2008;

3. All fact and expert discovery shall be completed by July 11, 2008; and

4. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by May 12, 2008. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by June 13, 2008.

5. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

IT IS SO STIPULATED:

Dated: February 14, 2008

By: */s/ Marvin A. Miller, on behalf of*
Attorneys for Borrower Class Plaintiffs

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Kelly M. Dermody
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Dated: February 14, 2008

By: */s/ TJ Weigand/AMS*
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: February 14, 2008

By: *BE Lesage/AMS*
Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.' Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

Bernard E. LeSage
Sara K. Andrus
BUCKHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: February 14, 2008

By: /s/ *Alan N. Salpeter*
*Attorneys specially appearing for Roland Arnall*

Alan N. Salpeter
DEWEY & LeBOEUF LLP
Two Prudential Plaza, Suite 3700
180 N. Stetson Avenue
Chicago, IL 60601