# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE AMERIQUEST MORTGAGE
CO. MORTGAGE LENDING
PRACTICES LITIGATION

THIS DOCUMENT RELATES TO
ALL ACTIONS

MDL No. 1715

Lead Case No. 05-cv-07097

(Centralized before

The Honorable Marvin E. Aspen)

## STIPULATION FOR STAY OF ALL
## PROCEEDINGS AND AMENDED SCHEDULING ORDER

WHEREAS, pursuant to their early agreement, the parties continued and then participated in the mediation on January 16, 2008 with Judge Daniel Weinstein (Ret.);

WHEREAS, as reported to the Court by separate Joint Mediation Status Report, the parties are continuing to exchange positions and believe that a t continuance of the schedule will allow them sufficient time to explore further the possibility of settlement;

NOW THEREFORE, the parties propose continuing the stay from February 15, 2008 to March 17, 2008, and amending the discovery schedule in the case to extend all dates as follows:

1. Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on March 17, 2008;

2. Defendants' reply to Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on April 17, 2008;

3.      All fact and expert discovery shall be completed by July 11, 2008; and

4.      Each party shall disclose any and all affirmative experts, consistent with the

requirements of Federal Rule of Civil Procedure 26(a)(2), by May 12, 2008. Each party

shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule

of Civil Procedure 26(a)(2), by June 13, 2008.

5.      Absent further leave of Court, Plaintiffs shall file a motion for class

certification no earlier than the close of discovery.  Defendants shall file any opposition

within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall

have up to 30 days after the filing of Defendants' Opposition to file their reply.

IT IS SO STIPULATED:

Dated:  February 14, 2008              By:  */s/ Marvin A. Miller, on behalf of*_____
                                            Attorneys for Borrower Class Plaintiffs

                                            Marvin A. Miller
                                            MILLER LAW LLC
                                            115 S. LaSalle Street
                                            Suite 2910
                                            Chicago, IL 60603

                                            Kelly M. Dermody
                                            LIEFF CABRASER HEIMANN &
                                            BERNSTEIN, LLP
                                            275 Battery Street, 30th Floor
                                            San Francisco, CA 94111-3339
                                            Gary Klein
                                            Elizabeth Ryan
                                            Shennan Kavanagh
                                            RODDY KLEIN & RYAN
                                            727 Atlantic Avenue
                                            Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Dated: February 14, 2008     By: */s/ TJ Weigand/AMS*
                             *Attorneys for Argent Mortgage*
                             *Company, LLC*

                             Thomas J. Wiegand
                             WINSTON & STRAWN LLP
                             35 W. Wacker Drive
                             Chicago, IL 60601-9703

Dated: February 14, 2008     By: *BE Lesage/AMS*
                             Attorneys for Ameriquest Mortgage
                             Company; AMC Mortgage Services, Inc.'
                             Town & Country Credit Corporation;
                             Ameriquest Capital Corporation; Town &
                             Country Title Services, Inc.; and Ameriquest
                             Mortgage Securities, Inc.

                             Bernard E. LeSage
                             Sara K. Andrus
                             BUCKHALTER NEMER,
                             A Professional Corporation
                             1000 Wilshire Boulevard, Suite 1500
                             Los Angeles, CA 90017-2457

Dated: February 14, 2008     By: */s/ Alan N. Salpeter*
                             *Attorneys specially appearing for*
                             *Roland Arnall*

                             Alan N. Salpeter
                             DEWEY & LeBOEUF LLP
                             Two Prudential Plaza, Suite 3700
                             180 N. Stetson Avenue
                             Chicago, IL 60601

3