IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT MEDIATION STATUS REPORT**

The Borrower and Non-borrower Class Plaintiffs and the Defendants are continuing their mediation efforts. The parties had mediation sessions on December 6, 2007 and January 16, 2008 with Judge Daniel Weinstein (ret.), and have been working with the mediator since the second mediation, including but not limited to the exchange of information through the mediator's office. The current status is that Plaintiffs have requested that Defendants provide them with certain information on or before February 15, 2008. The parties intend to continue their discussions with additional formal and informal sessions before mid-March. They therefore request that the existing stay of proceedings continue until March 15, 2008.

Dated: February 14, 2008 By: */s/ Marvin A. Miller, on behalf of*
Attorneys for Borrower and Non-Borrower Class Plaintiffs

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Kelly M. Dermody
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609


Dated: February 14, 2008 By: */s/ TJ Weigand/AMS*
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: February 14, 2008 By: *BE Lesage/AMS*
Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.' Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

Bernard E. LeSage
Sara K. Andrus
BUCKHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457


Dated: February 14, 2008 By: /s/ *Alan N. Salpeter*
*Attorneys specially appearing for Roland Arnall*

Alan N. Salpeter
DEWEY & LeBOEUF LLP
Two Prudential Plaza, Suite 3700
180 N. Stetson Avenue
Chicago, IL 60601

3