**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: All Opt Out Actions | |

**DEFENDANTS' MEDIATION STATUS REPORT REGARDING OPT OUT CASES**

Pursuant to this Court's Order of February 4, 2008 [Docket No. 1938], Defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; ACC Capital Holdings Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc. (collectively "Defendants") provide the following status report regarding the mediation that is proceeding in the Opt Out Cases.

The parties in the Opt Out Cases selected the Honorable Donald P. O'Connell to serve as mediator and scheduled two initial mediation sessions to take place in Chicago. The first was scheduled for February 1, 2008 and the second will take place on March 6, 2008. Due to inclement weather, the first session could not take place in person. Nonetheless the parties continued to work in good faith toward narrowing and organizing the issues for resolution. On February 6, 2008, Defendants' counsel, members of the Independent Claims Steering Committee ("ICSC") and other counsel for Opt Out Plaintiffs participated in a conference call with Judge O'Connell to prepare for the March 6, 2008. The parties have also communicated without Judge O'Connell's involvement to prepare and organize the issues for mediation. All parties necessary for resolution of the Opt Out cases will be assembled in Chicago for the March 6 mediation and for such subsequent mediation dates as may be required. The ICSC has notified all Plaintiffs'

1

attorneys and this Firm has notified all Defendants, Third Party Defendants, insurance carriers and investors.

The parties have worked cordially and professionally and have made progress toward resolution by settlement. However, recognizing that the settlement process will be labor intensive, all parties have stipulated to extend the time for discovery and expert disclosures, subject to this Court's consideration and approval [Docket No. 1952].

DATED: February 14, 2008            By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; ACC Capital Holdings Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on this 14th day of February 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                           By: /s/ Bernard E. LeSage

BN 1733452v1