# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ameriquest Mortgage Company, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 22, 2008:

    MINUTE entry before Judge Marvin E. Aspen dated 2/22/08: Defendants and Borrower and non−borrower class plaintiffs' motion to extend the date to file response and subsequent schedule (Doc. No. 1968 is granted. Motion terminated. The stay of all proceedings is continued to 3/17/08. Plaintiffs opposition to Arnall's motion to dismiss (Doc. No. 1139) first amended class action complaint is to be filed by 3/17/08. Defendants reply is to be filed on 4/17/08. All fact and expert discovery shall be completed by 7/11/08. For further details see Order signed by Judge Aspen on 2/22/08.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.