UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Honorable Marvin E. Aspen<br>Senior Judge |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>NORTHERN TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*,<br><br>    Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Morton Denlow<br>U.S. Magistrate Judge |

## MOTION FOR LEAVE TO FILE

NOW COMES Third-Party Defendant, DESAUTELS, MAHONEY & KOHN, LLC, by and through its attorneys, Gary T. Jansen and Nicole D. Milos of CREMER, KOPON, SHAUGHNESSY & SPINA, LLC, and moves this Honorable Court to enter an Order granting it leave to file *instanter* its *Appearance* on behalf of Third-Party Defendant DESAUTELS, MAHONEY & KOHN, LLC, and *Disclosure Statement* pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2.

Respectfully submitted,

s/ Gary T. Jansen
One of the Attorneys for Third-Party Defendant
Desautels, Mahoney & Kohn, LLC

Gary T. Jansen
CREMER KOPON SHAUGHNESSY & SPINA
180 North La Salle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
Document No. 185251

## CERTIFICATION

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

I hereby certify that on **February 22, 2008**, I caused to be electronically filed Third-Party Defendant DESAUTELS, MAHONEY & KOHN, LLC's **Motion for Leave to File** pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Gary T. Jansen
Gary T. Jansen, ARDC No. 1688081
Attorney for Third-Party Defendant
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 726-3800
Facsimile: (312 726-3818
gjansen@cksslaw.com