UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Honorable Marvin E. Aspen <br> Senior Judge <br><br> Honorable Morton Denlow <br> U.S. Magistrate Judge |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br>     Third-Party Plaintiffs, <br><br>   v. <br><br> NORTHERN TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*, <br><br>     Third-Party Defendants. | |

## NOTICE OF ELECTRONIC FILING

TO:   ALL COUNSEL OF RECORD
       SEE PROOF OF SERVICE

    PLEASE TAKE NOTICE that on **February 22, 2008**, we caused to be electronically filed with the Clerk of the Court, on behalf of Third-Party Defendant DESAUTELS, MAHONEY & KOHN, LLC, its **MOTION FOR LEAVE TO FILE**, which is herewith attached and hereby served upon you.

                                           Respectfully submitted,

                                           s/ Gary T. Jansen
                One of the Attorneys for Third-Party Defendant
                          Desautels, Mahoney & Kohn, LLC

Gary T. Jansen
CREMER KOPON SHAUGHNESSY & SPINA
180 North La Salle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
Document No. 185849

## CERTIFICATION

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

I hereby certify that on **February 22, 2008**, I caused to be electronically filed Third-Party Defendant DESAUTELS, MAHONEY & KOHN, LLC's **Notice of Electronic Filing** pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Gary T. Jansen
Gary T. Jansen, ARDC No. 1688081
Attorney for Third-Party Defendant
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 726-3800
Facsimile: (312 726-3818
gjansen@cksslaw.com