IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | Lead Case No. 05-CV-07097 (Centralized before The Honorable Marvin E. Aspen) |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE and ESCROW CORPORATION, a Minnesota corporation, et al. | |
| Third-Party Defendants | |

## MOTION TO WITHDRAW

NOW COMES counsel, Dennis Both of Brown, Udell & Pomerantz, (BUP) for the Third-Party Defendant, Cross Country Lenders L.L.C.( Cross Country), and moving for leave to withdraw in this matter states as follows:

At the commencement of this action, the firm of Brown Udell & Pomerantz and Dennis E. Both were retained to represent Cross Country, pursuant to a written representation agreement. Dennis Both and BUP have performed in accordance with the agreement, but Cross Country has substantially failed in the performance of its obligations pursuant to the agreement. Owing to that failure the attorney/client

relationship has broken down and Dennis Both and BUP can no longer represent Cross Country .

WHEREFORE, Brown, Udell & Pomerantz and Dennis E. Both pray this Honorable Court for entry of an order granting their leave to withdraw their appearance in this matte on behalf of Cross Country Lenders L.L.C.

BROWN, UDELL & POMERANTZ

By: _____
Dennis E. Both, attorney

Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089