IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) | MDL No. 1715 |
| AMERIQUEST MORTGAGE ) <br> COMPANY, a Delaware corporation; ) <br> and ARGENT MORTGAGE ) <br> COMPANY LLC, a Delaware limited ) <br> liability company, ) <br> ) | Lead Case No. 05-CV-07097 <br><br> (Centralized before The Honorable <br> Marvin E. Aspen) |
| Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) | This Document Relates To: <br> GARCIA v. ARGENT MORTGAGE <br> 06-CV-1829 |
| NORTHWEST TITLE and ESCROW ) <br> CORPORATION, a Minnesota ) <br> corporation, et al. ) <br> ) <br> Third-Party Defendants ) | |

## NOTICE OF MOTION

**TO:** Geofrey Chadwick
Cross Country Lenders
4 Research Drive
Shelton, CT. 06484

**PLEASE TAKE NOTICE** that on the 4th day of March, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable judge Marvin E. Aspen or any judge sitting in his stead, in Room 2568, of the Dirksen Federal Building, 219 S Dearborn Street, Chicago, Illinois, and then and there present **MOTION TO WITHDRAW**, a copy of which is attached hereto and hereby served upon you.

Dennis Both Brown, Udell & Pomerantz

By: _[signature]_

One of its attorneys

Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn under oath, deposes and states that I served the aforementioned **MOTION TO WITHDRAW** on the following parties:

**TO:** Geofrey Chadwick
Cross Country LendersL.L.C.
4 Research Drive
Shelton, CT 06484

mailing a copy to them in a properly addressed envelope, with postage prepaid, and depositing said envelope in U.S. Mail at the corner of Halsted and Evergreen, Chicago, Illinois on the 25th day of February, 2008, before the hour of 5:00 p.m.