IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ) *Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:07-cv-6191 (N.D. Ill.) ) and *Ferrara, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 1:07-cv-6867 (N.D. Ill.) ) ) ) | Marvin E. Aspen |

NOTICE OF MOTION

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on the 4th day of March, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Marvin E. Aspen in Room 2568, United States Courthouse, at 219 South Dearborn, Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present America's Servicing Company's Unopposed Motion for Additional Time to Respond to Plaintiffs' Complaint, a copy of which has been filed electronically and is herewith served upon you.

Date:   February 27, 2008

Respectfully submitted,

AMERICA'S SERVICING COMPANY

By:   /s/ Susan J. Miller
            One of its attorneys

Robert J. Emanuel
Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:   (312) 840-7900

CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 27th day of February, 2008, a true and correct copy of the foregoing Unopposed Motion for Additional Time to Respond to Plaintiffs' Complaint was filed electronically. Notice of this filing will be sent to the following parties via the Court's electronic filing system:

Daniel Mark Harris
 Email: lawofficedh@yahoo.com
Anthony P. Valach, Jr.
 Email: anthonyvalach@sbcglobal.net
Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
Telephone: (312) 960-1802
*Attorneys for Plaintiffs*

Harry N. Arger
 Email: harger@dykema.com
Richard Eric Gottlieb
 Email: rgottlieb@dykema.com
Michelle Bacher Fisher
 Email: mfisher@dykema.com
Renee Lynn Zipprich
 Email: rzipprich@dykema.com
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Washington Mutual Bank*

Linda Beth Dubnow
 Email: ldubnow@mcguirewoods.com
Blair Baker Hanzlik
 Email: bhanzlik@mcguirewoods.com
McGuireWoods LLP
77 West Wacker Drive, #4100
Chicago, Illinois 60601
Telephone: (312) 849-8100
*Attorneys for Bear Stearns/EMC*

        /s/ Susan J. Miller
          Susan J. Miller