## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES

MDL 1715
Lead Case No. 05 C 07097
Centralized before
Judge Marvin E. Aspen

This Document Relates to:
Bronwen Elliot-Labin, et. al.
   -vs-
Ameriquest Mortgage Company, et. al.

Case No. 07-cv-6191

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

America's Servicing Company

| | |
|---|---|
| NAME (Type or print) | |
| Susan J. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Susan J. Miller | |
| FIRM | |
| Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS | |
| 330 N. Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6290246 | 312.840.7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |