## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 28th day of February, 2008, a true and correct copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties via the Court's electronic filing system:

Daniel Mark Harris
  Email: lawofficedh@yahoo.com
Anthony P. Valach, Jr.
  Email: anthonyvalach@sbcglobal.net
Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
Telephone:   (312) 960-1802

*Attorneys for Plaintiffs*

Harry N. Arger
  Email: harger@dykema.com
Richard Eric Gottlieb
  Email: rgottlieb@dykema.com
Michelle Bacher Fisher
  Email: mfisher@dykema.com
Renee Lynn Zipprich
  Email: rzipprich@dykema.com
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone:   (312) 876-1700

*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Washington Mutual Bank*

          /s/ Susan J. Miller
          Susan J. Miller