# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of            Case Number 05-CV-7097

AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation; and ARGENT MORTGAGE COMPANY LLC, A Delaware limited liability corporation v. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Third-Party Defendant DESAUTELS, MAHONEY & KOHN, LLC

| | |
|---|---|
| NAME (Type or Print) | |
| Gary T. Jansen | |
| SIGNATURE | |
| s/ Gary T. Jansen | |
| FIRM | |
| Cremer Kopon Shaughnessy & Spina LLC | |
| STREET ADDRESS | |
| 180 North LaSalle Street, Suite 3300 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER | TELEPHONE NUMBER |
| 1688081 | (312) 726-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL APPOINTED COUNSEL | |
| RETAINED COUNSEL ☐ | APPOINTED COUNSEL ☐ |