# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number 05-CV-7097

AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation; and ARGENT MORTGAGE COMPANY LLC, A Delaware limited liability corporation v. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Third-Party Defendant DESAUTELS, MAHONEY & KOHN, LLC

| |
|---|
| NAME (Type or Print) |
| Nicole D. Milos |
| SIGNATURE |
| s/ Nicole D. Milos |
| FIRM |
| Cremer Kopon Shaughnessy & Spina LLC |
| STREET ADDRESS |
| 180 North LaSalle Street, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |
| ID NUMBER                                    TELEPHONE NUMBER |
| 6275533                                       (312) 726-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL APPOINTED COUNSEL |
| RETAINED COUNSEL ☐                    APPOINTED COUNSEL ☐ |