UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Honorable Marvin E. Aspen<br>Senior Judge<br><br>Honorable Morton Denlow<br>U.S. Magistrate Judge |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>  Third-Party Plaintiffs,<br><br>v.<br><br>NORTHERN TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,<br><br>  Third-Party Defendants. | |

## THIRD-PARTY DEFENDANT DESAUTELS, MAHONEY & KOHN, LLC'S DISCLOSURE STATEMENT

Third-Party Defendant DESAUTELS, MAHONEY & KOHN, LLC by and through its attorneys Gary T. Jansen and Nicole D. Milos of CREMER, KOPON, SHAUGHNESSY & SPINA, LLC, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

1. Desautels, Mahoney & Kohn, LLC is a dissolved Connecticut corporation with no parent corporations.
2. No other publicly held company owns 10% or more of stock in Desautels, Mahoney & Kohn, LLC.

Respectfully submitted,
s/ Gary T. Jansen
One of the Attorneys for Third-Party Defendant
Desautels, Mahoney & Kohn, LLC

Gary T. Jansen
CREMER KOPON SHAUGHNESSY & SPINA
180 North La Salle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
Document No. 185245