# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES | MDL 1715<br>Lead Case No. 05 C 07097<br>Centralized before<br>Judge Marvin E. Aspen |
| This Document Relates to:<br>Bronwen Elliot-Labin, et. al.<br>-vs-<br>Ameriquest Mortgage Company, et. al. | Case No. 07-cv-6191 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

America's Servicing Company

| | |
|---|---|
| NAME (Type or print) | |
| Robert J. Emanuel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Robert J. Emanuel | |
| FIRM | |
| Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS | |
| 330 N. Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6229212 | 312.840.7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐           APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 28th day of February, 2008, a true and correct copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties via the Court's electronic filing system:

| | |
|---|---|
| Daniel Mark Harris<br>Email: lawofficedh@yahoo.com<br>Anthony P. Valach, Jr.<br>Email: anthonyvalach@sbcglobal.net<br>Law Offices of Daniel Harris<br>150 North Wacker Drive<br>Suite 3025<br>Chicago, Illinois 60606<br>Telephone: (312) 960-1802<br><br>*Attorneys for Plaintiffs* | Harry N. Arger<br>Email: harger@dykema.com<br>Richard Eric Gottlieb<br>Email: rgottlieb@dykema.com<br>Michelle Bacher Fisher<br>Email: mfisher@dykema.com<br>Renee Lynn Zipprich<br>Email: rzipprich@dykema.com<br>Dykema Gossett PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, Illinois 60606<br>Telephone: (312) 876-1700<br><br>*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Washington Mutual Bank* |

                                                  /s/ Robert J. Emauel
                                                  Robert J. Emanuel