# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 05 CV 07097

IN RE: AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICIES LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

ELIOT-LABIN et al. v.
AMERIQUEST MORTGAGE COMPANY, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EMC MORTGAGE CORPORATION

| |
|---|
| NAME (Type or print)<br>BLAIR B. HANZLIK |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Blair B. Hanzlik |
| FIRM<br>MCGUIREWOODS LLP |
| STREET ADDRESS<br>77 WEST WACKER DRIVE, SUITE 4100 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6279664 | TELEPHONE NUMBER<br>(312) 849-8100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |