UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO().<br>MORTGAGE LENDING PRACTICES )<br>LITIGATION )<br>                                                             )<br>BRONWEN ELLIOT-LABIN et al. )<br>       Plaintiffs, )<br>vs. )<br>AMERIQUEST MORTGAGE COMPANY et al., )<br>       Defendants. ) | MDL 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable<br>Marvin E. Aspen |

**NOTICE OF FILING**

To:    Counsel on the Court's Electronic Mail System

      PLEASE TAKE NOTICE that on February 29, 2008, the undersigned electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant EMC Mortgage Corporation's Attorney Appearances, copies of which are hereby served upon you.

Date:  February 29, 2008

                              Respectfully Submitted,

                              EMC Mortgage Corporation

                              s/ Blair B. Hanzlik
                              One of its Attorneys

                              Linda B. Dubnow
                              Blair B. Hanzlik  (ARDC # 6279664)
                              McGuireWoods, LLP
                              77 W. Wacker Drive, Suite 4100
                              Chicago, IL 60601-1818
                              Telephone:  (312) 849-8100
                              Fax: (312) 849-3690

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 29th day of February, 2008, a copy of the foregoing Notice of Filing and Defendant EMC Mortgage Corporation's Appearance were filed electronically and served electronically upon the counsel of record by virtue of the Court's ECF system:

      s/ Blair Hanzlik

      McGuireWoods, LLP
      77 W. Wacker Drive, Suite 4100
      Chicago, IL 60601-1818
      Telephone: (312) 849-8100
      Fax: (312) 849-3690