UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

  MINUTE entry before Judge Marvin E. Aspen dated 3/5/08: For the reasons set forth in the Memorandum Opinion and Order, we deny ChoicePoint's and Equifax's motions to dismiss (Docket Nos. 1044 and 1062) with respect to the Second, Third and Fourth Claims, which allege breach of contract. We further deny the motions as to the Seventh Claim (negligent misrepresentation) and the Ninth Claim (rescission). We grant the motions as to the Fifth and Sixth Claims, for indemnification and contribution, and hereby dismiss these claims with prejudice. We further dismiss the Eighth Claim for negligence without prejudice. It is so ordered. Motions terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.