# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT ALSO RELATES TO: | Centralized before The Honorable Marvin E. Aspen |
| *Martin v. Argent Mortgage Co., LLC, et al.,* Case No. 06-c-1947 (N.D. Ill.) | |
| *Jenkins v. Argent Mortgage Co., LLC, et al.,* Case No. 06-c-2044 (N.D. Ill.) | |
| *Green v. Argent Mortgage Co., LLC, et al.,* Case No. 06-c-2045 (N.D. Ill.) | |
| *Grabs v. Argent Mortgage Co., LLC, et al.,* Case No. 06-c-2809 (N.D. Ill.) | |

### JOINT APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF CERTAIN COUNSEL FOR ARGENT MORTGAGE COMPANY, LLC

Stephen P. Kikoler, Lorne T. Saeks, James M. Dash and Melinda J. Morales, each of the firm Much Shelist Denenberg Ament & Rubenstein, P.C., hereby apply for withdrawal of their appearances as counsel for Argent Mortgage Company, LLC, and in their stead, Michael Swistak of Swistak and Levine applies for substitution of his appearance for Argent.

The appearance of Michael Swistak on behalf of Argent is limited to the following cases: *Martin v. Argent Mortgage Co.*, LLC, et al., Case No. 06-c-1947 (N.D. Ill.*)*; *Jenkins v. Argent Mortgage Co., LLC, et al.*, Case No. 06-c-2044 (N.D. Ill.); *Green v. Argent Mortgage Co., LLC, et al*., Case No. 06-c-2045 (N.D. Ill.); and *Grabs v. Argent Mortgage Co., LLC*, et al., Case No. 06-c-2809 (N.D. Ill.).

| WITHDRAWING COUNSEL: | SUBSTITUTING COUNSEL: |
|---|---|
| By: /s/ Lorne T. Saeks<br>Lorne T. Saeks<br>Stephen P. Kikoler<br>James M. Dash<br>Melinda J. Morales<br>**MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.**<br>191 North Wacker Drive, Suite 1800<br>Chicago, Illinois 60606<br>(312) 521-2000 | By: /s/ Michael P. Swistak<br>Michael P. Swistak<br>**Swistak & Levine, P.C.**<br>30445 Northwestern Highway<br>Suite 140<br>Farmington, MI 48334-3174 |