## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| | ) | Centralized before The Honorable |
| THIS DOCUMENT RELATES TO: | ) | Marvin E. Aspen |
| | ) | |
| *Martin v. Argent Mortgage Co., LLC,* | ) | |
| *et al.,* Case No. 06-c-1947 (N.D. Ill.) | ) | |
| | ) | |
| *Jenkins v. Argent Mortgage Co., LLC,* | ) | |
| *et al.*, Case No. 06-c-2044 (N.D. Ill.) | ) | |
| | ) | |
| *Green v. Argent Mortgage Co., LLC,* | ) | |
| *et al.*, Case No. 06-c-2045 (N.D. Ill.) | ) | |
| | ) | |
| *Grabs v. Argent Mortgage Co., LLC,* | ) | |
| *et al.*, Case No. 06-c-2809 (N.D. Ill.) | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, March 13, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Courtroom 2568, in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **JOINT APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF CERTAIN COUNSEL FOR ARGENT MORTGAGE COMPANY, LLC,** a copy of which is served upon you.

Dated: March 7, 2008

MUCH SHELIST DENENBERG
AMENT & RUBENSTEIN, P.C

By:___/s/ Lorne T. Saeks_____

Lorne T. Saeks
Stephen P. Kikoler
James M. Dash
Melinda J. Morales
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
312.521.2000
Attorney No. 80580

## CERTIFICATE OF SERVICE

I, Lorne T. Saeks, an attorney, certify that on March 7, 2008, I electronically filed a copy of the foregoing **JOINT APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF CERTAIN COUNSEL FOR ARGENT MORTGAGE COMPANY, LLC** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

        /s/ Lorne T. Saeks