IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715<br>Lead Case No. 05-cv-07097<br><br>**Centralized Before The Honorable Marvin E. Aspen** |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that on February 15, 2008, Kirby Noonan Lance & Hoge LLP moved its offices to:

350 Tenth Avenue, Suite 1300
San Diego, CA 92101-8700

The telephone and facsimile numbers will remain the same.

All correspondence, service of documents, etc. related to the above-entitled matter Should be directed to the handling attorney at the address indicated above.

DATED: February 26, 2008            Respectfully submitted,

/s/ Jonathan A. Boynton
Michael L. Kirby
Jonathan A. Boynton
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Ste. 1300
San Diego, CA 92101-8700
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

### IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION
### MDL NO. 1715
### Lead Case No. 05-cv-07097

### CERTIFICATE OF SERVICE

I, Virginia Soto Perez, hereby certify that on March 11, 2008, service of **NOTICE OF CHANGE OF ADDRESS** was accomplished in the manner indicated below:

☒ **By USDC ECF Filing System:** on all parties registered for ECF filing in the above-captioned litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 11, 2008 at San Diego, California.

/s/ Virginia Soto Perez
Virginia Soto Perez

KNLH\510775.1

-2-