# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al., | ) ) ) Lead Case No. 05 C 7097 |
| Defendants and Third-Party Plaintiffs, | ) ) Centralized Before: ) Hon. Marvin E. Aspen |
| v. | ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) |
| Third-Party Defendants. | ) |

## RULE 7.1 DISCLOSURE STATEMENT
## NON-GOVERNMENTAL CORPORATE PARTIES

Third-Party Defendants Stewart Title Insurance Co., Stewart Title of Illinois, Stewart Title of Seattle, and Stewart Title Guaranty Co. by their attorneys, and for their Notification of Affiliates pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, state as follows:

i) Stewart Information Services Corporation is the parent corporation, directly or indirectly, of Stewart Title Insurance Co., Stewart Title of Illinois, Stewart Title of Seattle, and Stewart Title Guaranty Co.;

and

ii) No publicly held company owns more than 10% of Stewart Information Services Corporation's stock.

Respectfully submitted,

STEWART TITLE INSURANCE CO.
STEWART TITLE OF ILLINOIS
STEWART TITLE OF SEATTLE
STEWART TITLE GUARANTY CO.


By: /s/ Anna C. Schumaker
       One of its Attorneys


Gerard D. Kelly
Michael C. Andolina
Anna C. Schumaker
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated:   March 10, 2008

## **CERTIFICATE OF SERVICE**

      Anna C. Schumaker, an attorney, hereby certifies that she electronically filed the foregoing **Rule 7.1 Disclosure Statement Non-Governmental Corporate Parties** with the Clerk of Court for the Northern District of Illinois using the CM/ECF system, which will send notification of the filing to all CM/ECF participants.

                                              /s/ Anna C. Schumaker
                                                  Anna C. Schumaker

CH1 4178970v.1