## ORDER

Counsel for Defendants and Opt Out Plaintiffs having so stipulated, and the Court having considered the Stipulation, **IT IS ORDERED that:**

1. All fact and expert discovery in all Opt-Out cases shall be completed by September 22, 2008.

2. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by July 21, 2008. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by August 21, 2008.

**IT IS SO ORDERED.**

_____
The Honorable Morton Denlow
The Honorable Marvin E. Aspen      3/11/08