31601/04888/RGS/SJB                                                                ARDC# 6206656

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION, ) ) ) ) | |
| Plaintiff, ) ) | No. 05-CV-7097 |
| v. ) ) | Judge Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, et al., ) ) | |
| Defendants. | |

### NOTICE OF FILING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that we have on **March 12, 2008** filed **Third Party Defendant, Nigro Law Offices, P.C.'s Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Notification of Affiliates Pursuant to LR 3.2** with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By: _____
One of the Attorneys for JOHN WEBER; JACOBOWITZ & POTOTSKY (NY); DEWRELL SACKS, LLP (GA); LIETO & GREENBERG (CT); DANIEL NIGRO (MA & RI)

Scott J. Brown
CASSIDAY SCHADE LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois 60606-2903
(312) 641-3100

The undersigned certifies that on March 12, 2008, the following described documents were served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5. Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.



31601/04888/RGS/SJB

In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation v. John Weber; Jacobowitz & Pototsky (NY); Dewrell Sacks, LLP (GA); Lieto & Greenberg (CT); Daniel Nigro (MA & RI)

## SERVICE LIST

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
David E. Dahlquist, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Richard P. Colbert Day
Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

John Cseh
12800 Shaker Boulevard
Suite U12
Cleveland, OH 44120

Daniel A. Edelman
Edelman & Combs
135 S. LaSalle Street, Suite 2040
Chicago, IL 60603

Cheryl M. Lott
Buchalter Nemer
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886

Scott A. Weathers
Weathers Law Office
333 N. Pennsylvania Street, Suite 200
Indianapolis, IN 46204

Rachel A.P. Saldana
Melody A. Petrossian
Buchalter Nemer
a Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square, Suite 1800
Indianapolis, IN 46204

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street, Suite 28
Westborough, MA 01581

William E. Hosler
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, MI 48009
John Robert King
Law Office of John King
3409 N. 10th Street, Suite 100
McAllen, TX 78601

Michael S. Deck
Law Office of John King
3409 N. 10th Street
McAllen, TX 78501
Robert W. Smyth, Jr.
Donohue, Brown, Mathewson & Smyth LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road, Suite 200
Carle Place, NY 11514