**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

**STIPULATION FOR STAY OF ALL
PROCEEDINGS AND AMENDED SCHEDULING ORDER**

WHEREAS, pursuant to their early agreement, the parties continued and then participated in the mediation on January 16, 2008 with Judge Daniel Weinstein (Ret.);

WHEREAS, the parties are continuing to exchange positions and information and believe that a short continuance of the schedule will allow them sufficient time to explore settlement;

NOW THEREFORE, the parties propose continuing the stay from March 17, 2008 to March 31, 2008, and amending the discovery schedule in the case to extend all dates as follows:

1. Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on March 31, 2008;

2. Defendants' reply to Plaintiffs' opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on April 7, 2008;

3. All fact and expert discovery shall be completed by June 30, 2008; and

4. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by April 30, 2008. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by May 26, 2008.

5. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

IT IS SO STIPULATED:

Dated: March 13, 2008  By: */s/ Marvin A. Miller, on behalf of*

Attorneys for Borrower Class Plaintiffs

MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Kelly M. Dermody
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

                                                      Terry Smiljanich
                                                      Jill Bowman
                                                      JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
                                                      One Urban Center, Suite 550
                                                      4830 West Kennedy Blvd., Suite 550
                                                      Tampa, FL 33609

Dated: March 13, 2008              By: */s/ TJ Weigand/AMS*
                                                      *Attorneys for Argent Mortgage Company, LLC*

                                                      Thomas J. Wiegand
                                                      WINSTON & STRAWN LLP
                                                      35 W. Wacker Drive
                                                      Chicago, IL 60601-9703

Dated: March13, 2008               By: *BE Lesage/AMS*
                                                      Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.' Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

                                                     Bernard E. LeSage
                                                     Sara K. Andrus
                                                     BUCKHALTER NEMER,
                                                     A Professional Corporation
                                                     1000 Wilshire Boulevard, Suite 1500
                                                     Los Angeles, CA 90017-2457

Dated: March 13, 2008              By: /s/ *Alan N. Salpeter*
                                                      *Attorneys specially appearing for Roland Arnall*

                                                     Alan N. Salpeter
                                                     DEWEY & LeBOEUF LLP
                                                     Two Prudential Plaza, Suite 3700
                                                     180 N. Stetson Avenue
                                                     Chicago, IL 60601