## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05 C 7097 <br><br> Centralized before the Honorable Marvin E. Aspen |
| _____ | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | |
| Third-Party Defendants. | |

### NOTICE OF CHANGE OF ADDRESS AND FIRM NAME

Third-Party Defendant Allied Home Mortgage Capital Corp. hereby submits this Notice concerning the change of the name of its counsel's firm. Please take notice that its counsel, Daniel Lynch of the Law Offices of Daniel Lynch, has formed a partnership known as Lynch & Stern LLP, through which he will continue to represent Allied Home Mortgage Capital Corp. The street address is unchanged, but Mr. Lynch's e-mail address will change to dan@lynchandstern.com.

Dated: March 13, 2008                                     Respectfully submitted,

Daniel Lynch (Ill. Bar No. 6202499)                  *s/ Daniel Lynch*
Avidan J. Stern (Ill. Bar No. 6201978)
Lynch & Stern LLP
150 South Wacker Dr., Suite 2600
Chicago, Illinois 60606
312-442-9480 (tel) / 312-896-5883 (fax)

## Certificate of Service

    I, Daniel Lynch, hereby certify that on March 13, 2008, the above document was electronically filed with the Clerk in the above captioned matter and a true and correct copy of said documents was served upon counsel via the CM / ECF online filing system.

                                                                           s/ *Daniel Lynch*