# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 05 CV 07097

**IN RE: AMERIQUEST MORTGAGE CO.**
**MORTGAGE LENDING PRACTICIES LITIGATION**

**THIS DOCUMENT RELATED TO ALL ACTIONS**

**ELLIOT-LABIN et al. v.**
**AMERIQUEST MORTGAGE COMPANY, et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EMC MORTGAGE CORPORATION

| | |
|---|---|
| NAME (Type or print) BLAIR B. HANZLIK | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Blair B. Hanzlik | |
| FIRM MCGUIREWOODS LLP | |
| STREET ADDRESS 77 WEST WACKER DRIVE, SUITE 4100 | |
| CITY/STATE/ZIP CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6279664 | TELEPHONE NUMBER (312) 849-8100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |