# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br>  ) <br> _____ ) <br>  ) <br> BRONWEN ELLIOT-LABIN et al. ) <br>  ) <br>       Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> AMERIQUEST MORTGAGE COMPANY et al., ) <br>  ) <br>       Defendants. ) | MDL 1715 <br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable <br> Marvin E. Aspen |

## NOTICE OF FILING

To:     Counsel on the Court's Electronic Mail System

PLEASE TAKE NOTICE that on March 14, 2008, the undersigned electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant EMC Mortgage Corporation's Corrected Attorney Appearances, copies of which are hereby served upon you.

Date: March 14, 2008

Respectfully Submitted,
EMC Mortgage Corporation

s/ Blair B. Hanzlik
One of its Attorneys

Linda B. Dubnow
Blair B. Hanzlik  (ARDC # 6279664)
McGuireWoods, LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone:  (312) 849-8100
Fax: (312) 849-3690

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 14th day of March, 2008, a copy of the foregoing Notice of Filing and Defendant EMC Mortgage Corporation's Corrected Appearance were filed electronically and served electronically upon the counsel of record by virtue of the Court's ECF system:

s/ Blair Hanzlik

McGuireWoods, LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8100
Fax: (312) 849-3690