IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,  ) ) ) ) ) | |
| Third-Party Plaintiffs,  ) ) | |
| v.  ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,  ) ) ) ) | |
| Third-Party Defendants.  ) | |

**CERTAIN THIRD-PARTY DEFENDANTS' CONSOLIDATED MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

Third-Party Defendants listed in Exhibit A hereto (collectively, "Third-Party Defendants") respectfully move to dismiss all counts of Defendants/Third-Party Plaintiffs' Second Amended Consolidated Third-Party Complaint pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6) on grounds that apply to all of them. In support, Third-Party Defendants adopt and incorporate their Consolidated Memorandum of Law in Support of their Motion to Dismiss. Third-Party Defendants further state that by their submission of their Consolidated Motion and Memorandum, as ordered by the Court, they reserve their respective rights to move to dismiss or otherwise challenge the sufficiency of the Second Amended Consolidated Third-Party Complaint in separate motions on grounds that are not common to all

1

Third-Party Defendants joined in this Motion, including those grounds for dismissal that were presented in the motions to dismiss that have been previously filed, as noted in Exhibit A.

                                                            Respectfully submitted,

                                          By: /s/ John L. Ropiequet
                                                 One of their Attorneys

Keith Verges
Mark Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

**CERTIFICATE OF SERVICE**

I, John L. Ropiequet, an attorney for certain defendants, hereby certify that on March 14, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John L. Ropiequet

8013716_1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>        Third-Party Plaintiffs,<br><br>  v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,<br><br>        Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**EXHIBIT A TO
CERTAIN THIRD-PARTY DEFENDANTS' CONSOLIDATED MOTION TO DISMISS
THE SECOND AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

| | |
|---|---|
| A American Financial Group, Inc. | Timothy Hoffman<br>Hector Ledesma<br>SANCHEZ DANIELS & HOFFMAN LLP<br>333 West Wacker Drive, Suite 500<br>Chicago, IL 60606<br>Tel. (312) 641-1555<br>Fax (312) 641-3004 |
| Absolute Title Services Inc.<br>Law Title Insurance Agency, Inc.<br>Law Title Insurance Company, Inc. | David A. Ward<br>WARD & METTI, P.C.<br>245 Waukegan Road, Suite 230<br>Northfield, IL 60093<br>Tel. (847) 501-6565<br>Fax (847) 501-6589 |

| | |
|---|---|
| Access Title LLC | Michael W. Favicchio<br>ACCESS TITLE LLC<br>1200 Reservoir Avenue<br>Cranston, RI 02920<br>Tel. (401) 946-1850<br>Fax (401) 383-0572 |
| Ace Mortgage Funding Inc.<br>Archer Land Title Inc. | David T. Ballard<br>BARNES & THORNBURG LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Tel. (312) 338-5914<br>Fax (312) 759-5646 |
| Advantage Equity Services, Inc.<br>S*ubject to, and without waiving its previously filed Motion to Dismiss [Docket No. 1633, filed 11/27/07]* | Stephen M. Sedor<br>DURANT NICHOLS HOUSTON HODGSON & CORTESE-COSTA PC<br>1057 Broad Street<br>Bridgeport, CT 06604<br>Tel. (203) 337-3438<br>Fax (203) 384-0317 |
| Allied Home Mortgage Capital Corp. | Daniel Lynch<br>Avidan J. Stern<br>LYNCH & STERN LLP<br>150 South Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>Tel. (312) 650-6546<br>Fax (312) 896-5883 |
| Atamian Law Associates, P.C. d/b/a Premier Title & Escrow Co., Inc.<br>David B. Carroll, P.C.<br>Frank J. Manni<br>Law Offices of Marc D. Foley, P.C.<br>Law Offices of Jonathan P. Ash<br>Medici & Sciacca P.C.<br>Tapalian & Tadros, P.C. | Bruce R. Meckler<br>J. Aaron Jensen<br>Christopher E. Kentra<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898 |
| Avalon Abstract Corp. | Lloyd J. Weinstein<br>Melissa A. Cavaliere<br>THE WEINSTEIN GROUP, P.C.<br>Ten Newton Place, Suite 201<br>Hauppauge, New York 11788<br>Tel. (631) 851 1090<br>Fax (631) 851 1092 |

| | |
|---|---|
| Battersby Title Inc.<br>Colonial Title & Escrow, Inc.<br>Heights Title Agency, Inc.<br>National Real Estate Information Services of New Jersey, Inc.<br>Superior Closing Services, LLC<br>Taylor Abstract Company<br>Title-Tech Networks, Inc.<br>Towne & Country Land Title Agency, Inc | Christopher H. Murphy<br>COZEN O'CONNOR<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3155<br>Fax (312) 706-9755 |
| BLS Funding Corp. | Kevin M. O'Hagan<br>Chance A.E. Hodges<br>O'HAGAN SPENCER, LLC<br>One East Wacker Drive, Suite 3400<br>Chicago, IL 60601<br>Tel. (312) 422-6100<br>Fax (312) 422-6110 |
| Choice Title Agency, Inc. | John E. Kerley<br>Kerley & Associates, PC<br>2131 W. White Oaks Drive, Suite B-2<br>Springfield, IL 62704<br>Tel. (217) 698-0007<br>Fax (217) 726-0006 |
| Cislo Title Co. | Jeffrey Wayne Finke<br>LAW OFFICE OF JEFFREY W. FINKE<br>20 N. Wacker Drive, Suite 1701<br>Chicago, IL 60606<br>Tel. (312) 606-3333<br>Fax (312) 419-1729 |
| Citywide Title Corporation<br>Indiana Title Network Company<br>Vital Signing, Inc. | Daniel J. McMahon<br>Rebecca Rothmann<br>Cinthia Granados Motley<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>120 North LaSalle, 26th Floor<br>Chicago, IL 60602<br>Tel. (312) 704-0550<br>Fax (312) 704-1522 |
| Classic Home Mortgage Corp. | Kristin S. Yoo<br>Edward M. Ordonez<br>COZEN O'CONNOR<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3100<br>Fax (312) 706-9755 |

| | |
|---|---|
| CloseNet, LLC<br>Northwest Title and Escrow Corporation | Wayne B. Holstad<br>30 East Seventh Street, Suite1690<br>St. Paul, MN 55101<br>Tel.(651) 379-5006<br>Fax (651) 379-5007 |
| Commonwealth Land Title Company<br>Commonwealth Land Title Insurance Co.<br>LandAmerica Financial Group, Inc.<br>Lawyers Title Insurance Corporation<br>Transnation Title Insurance Co. | Mark Davenport<br>Keith Verges<br>Don Colleluori<br>Russell W. Hubbard<br>FIGARI & DAVENPORT, L.L.P.<br>3400 Bank of America Plaza<br>901 Main Street<br>Dallas, Texas 75202<br>Tel. (214) 939-2017<br>Fax (214) 939-2090<br>and<br>John L. Ropiequet<br>Anna-Katrina S. Christakis<br>Jeffrey D. Pilgrim<br>ARNSTEIN & LEHR LLP<br>120 South Riverside Plaza, Suite 1200<br>Chicago, Illinois 60606<br>Tel. (312) 876-7100<br>Fax (312) 876-0288 |
| Connecticut Closing Services<br>The Law Offices of Joseph D'Agostino, Jr., LLC<br>Timothy P. Kennedy<br>*Subject to, and without waiving their previously-filed Motion to Dismiss [Docket No. 1686, filed 11/29/07]*<br>Portnoy and Greene, P.C.<br>*Subject to, and without waiving its previously-filed Motion to Dismiss [Docket No. 1688, filed 11/29/07]* | Harlene G. Matyas<br>Sreeram Natarajan<br>Margaret M. Rule<br>TRIBLER ORPETT & MEYER, PC<br>225 West Washington Street, Suite 1300<br>Chicago, IL 60606<br>Tel. (312) 201-6400<br>Fax (312) 201-6401 |
| Dewrell Sacks LLP<br>John Weber & Associates, P.C.<br>Law Offices of Daniel J. Nigro, P.C.<br>Lieto & Greenberg LLP<br>Lee S. Jacobowitz, Esq.<br>Carolyn T. Daley | Rudolf G. Schade, Jr.<br>Scott J. Brown<br>CASSIDAY SCHADE, LLP<br>20 N. Wacker Dr., Suite 1040<br>Chicago, IL 60606-2903<br>Tel. (312) 444-2456<br>Fax (312) 444-1669 |

| | |
|---|---|
| Dey, Smith & Collier, LLC<br>1st Integrity Mortgage<br>Resource Title, LLC | Richard M. Waris<br>James Joseph Sipchen<br>Donald P. Eckler<br>PRETZEL & STOUFFER, CHTD.<br>One South Wacker Drive, Suite 2500<br>Chicago, IL 60606-4673<br>Tel. (312) 578-7404<br>Fax (312) 346-8242 |
| Dream House Mortgage Corporation | Dean J. Wagner<br>Gini Spaziano<br>Preston Halperin<br>SHECHTMAN HALPERIN SAVAGE LLP<br>1080 Main Street<br>Pawtucket, RI 02860<br>Tel. (401) 272-1400<br>Fax (401) 272-1403 |
| Envision Mortgage Solutions, Inc.<br>Fairway Financial Group LLC | Michael J. Delrahim<br>Dennis E. Both<br>BROWN, UDELL & POMERANTZ<br>1332 N. Halsted Street<br>Chicago, IL 60622<br>Tel. (312) 475-9900<br>Fax (312) 475-1188 |
| Equity Settlement Services, Inc. | Alexander E. Sklavos<br>LAW OFFICES OF ALEXANDER E. SKLAVOS, PC<br>One Old Country Road, Suite 200<br>Carle Place, NY 11514<br>Tel. (516)248-4000<br>Fax (516) 877-8010<br>and<br>George P. Apostolides<br>ARNSTEIN & LEHRr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Tel. (312) 876-7100<br>Fax (312) 876-0288 |

8

| | |
|---|---|
| Fidelity National Title Company<br>Fidelity National Title Insurance Company<br>Fidelity National Title Insurance Company of New York<br>Chicago Title Company<br>Chicago Title Insurance Company<br>Chicago Title of Michigan<br>Ticor Title Insurance Company<br>American Pioneer Title Insurance Company | Albert E. Fowerbaugh, Jr.<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL  60601<br>Tel. (312) 368-6804<br>Fax (312) 251-2177<br>and<br>James S. Schreier<br>Eric P. Early<br>CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA  90067<br>Tel. (310) 553-3000<br>Fax (310) 556-2920 |
| Financial Title Company<br>Lenders First Choice<br>Specialty Title Services, Inc. | Kevin J. Clancy<br>LOWIS & GELLEN<br>200 W. Adams, Suite 1900<br>Chicago, IL 60606<br>Tel. (312) 628-7855<br>Fax (312) 364-1003 |
| First American Title Insurance Company<br>Metropolitan Title Company<br>Midland Title Security, Inc.<br>Mortgage Guarantee and Title Company<br>Ohio Bar Title Insurance Company | Jeffrey T. Heintz<br>Christopher F. Swing<br>Kate M. Bradley<br>BROUSE McDOWELL<br>388 Main St., Ste. 500<br>Akron, OH 44311<br>Tel. (330) 535-5711<br>Fax (330) 253-8601<br>and<br>Michael D. Sher<br>Robert Radasevich<br>Emily Milman<br>Thomas Papadopoulos<br>NEAL GERBER & EISENBERG<br>2 N. LaSalle St., Suite 2200<br>Chicago, Illinois 60602<br>Tel. (312) 269-8039<br>Fax (312) 269-1747 |
| Goldman Gruder & Woods | Jeanne M. Hoffmann<br>Terrence J. Madden<br>BRYCEDOWNEY LLC<br>200 N. LaSalle St., Suite 2700<br>Chicago, IL 60601<br>Tel. (312) 377-1501<br>Fax (312) 377-1502 |

| | |
|---|---|
| Guaranty Title and Trust Company<br>Nations Title Agency of Illinois, Inc.<br>Nations Title Agency of Michigan, Inc.<br>Nations Title Agency of Missouri, Inc.<br>Texas Nations Title Agency, Inc. | David C. McCormack<br>MCCORMACK LAW, S.C.<br>18875 Saratoga Court<br>Brookfield, WI 53045<br>Tel. (262) 790-1160<br>Fax (262) 790-1208 |
| Hillard N. Einbinder<br>*Subject to, and without waiving his previously-filed Motion to Dismiss [Docket No. 1728, filed 12/3/07]*<br>Desautels, Mahoney & Kohn, LLC | Gary Thomas Jansen<br>Nicole D Milos<br>CREMER KOPON SHAUGHNESSY & SPINA<br>180 North LaSalle Street, Suite 3300<br>Chicago, IL 60601<br>Tel. (312) 980-3016<br>Fax (312) 726-3818 |
| Home-Land Title & Abstract Co., Inc. | Michael A. Kraft<br>Gregory A. Cerulo<br>Laura A. Peterson<br>QUINN, JOHNSTON, HENDERSON & PRETORIUS, CHTD.<br>227 NE Jefferson<br>Peoria, IL 61602<br>Tel. (309) 674-1133<br>Fax (309 674-6503 |
| Ilene K. Chapel | William E. Hosler<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, PC<br>380 N. Old Woodward Ave., Ste. 300<br>Birmingham, MI 48009<br>Tel. (248) 642-0333<br>Fax (248) 642-0856 |
| Jones Damia Kaufman Borofsky & DePaul LLC<br>Law Offices of Gregory T. Lattanzi, LLC<br>Schop & Pleskow, LLP<br>Synodi Videll & Green, LLC (Gordon Videll) | George K. Flynn<br>Richard M. Kaplan<br>Susan N.K. Gummow<br>CLAUSEN MILLER, P.C.<br>10 S. LaSalle Street<br>Chicago, IL 60603<br>Tel. (312) 855-1010<br>Fax (312) 606-7777 |
| Lake Front Mortgage, Inc.<br>*Subject to, and without waiving its previously-filed Motion to Dismiss [Docket No. 1774, filed 12/5/07]* | Gerald R. Walton<br>GERALD R. WALTON & ASSOCIATES<br>2800 Euclid Avenue, Suite 320<br>Cleveland, Ohio 44115<br>Tel. (216) 621-1230<br>Fax (216) 621-3039 |

| | |
|---|---|
| Law Office of Joseph E. Nealon LLC | Joseph E. Nealon<br>LAW OFFICE OF JOSEPH E. NEALON LLC<br>45 Lyman Street, Suite 28<br>Westborough, MA 01581<br>Tel. (508) 366-0044<br>Fax (508) 366-0162 |
| Law Office of Anthony A. Senerchia, Sr. P.C | Eric D Kaplan<br>Jared Ira Rothkopf<br>KAPLAN PAPADAKIS & GOURNIS, LLP<br>180 North LaSalle St., Suite 2108<br>Chicago, IL 60601<br>Tel. (312) 726-0531<br>Fax (312) 726-4928 |
| Baruti Scola and Smith PC f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C. | Joseph R. Marconi<br>Juanita B. Rodriguez<br>JOHNSON & BELL, LTD.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>Tel. (312) 372-0770<br>Fax (312) 372-9818 |
| MacKinnon & Tavano, LLC<br>*Subject to, and without waiving its previously-filed Motion to Dismiss [Docket No. 1710, filed 12/3/07]* | Joseph B. Carini, III<br>JOHNSON & BELL, LTD.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>Tel. (312) 984 6668 |
| Mortgage Information Services, Inc. | Scott A. Weathers<br>THE WEATHERS LAW OFFICE, P.C.<br>333 North Pennsylvania Street. Suite 200<br>Indianapolis, IN 46204<br>Tel. (317) 822-8010<br>and<br>Timothy D. Elliott<br>RATHJE & WOODWARD, LLC<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, IL  60187<br>Tel. (630) 668-8500<br>Fax (630) 668-7650 |
| Mortgage Pros USA | Michael R. Gregg<br>Steven M. Sandler<br>Amir R. Tahmassebi<br>MERLO KANOFSKY BRINKMEIER & GREGG LTD.<br>208 S. LaSalle St., Ste. 950<br>Chicago, IL  60604<br>Tel. (312) 553-5500<br>Fax (312) 683-7181 |

| | |
|---|---|
| National Real Estate Information Services<br>*Subject to, and without waiving its previously-filed Motion to Dismiss [Docket No. 1714, filed 12/3/07]* | David Joel Chizewer<br>Alais L.M. Griffin<br>GOLDBERG KOHN<br>55 East Monroe St., Suite 3300<br>Chicago, IL 60603<br>Tel. (312) 201-3938<br>Fax (312) 863-7438 |
| Old Republic National Title Insurance Co. | Andrew R. Greene<br>Charles A. Valente<br>Emily V. Wolf<br>KRASNOW SAUNDERS CORNBLATH, LLP<br>500 N. Dearborn Street, 2nd Floor<br>Chicago, IL 60610<br>Tel. (312) 755-5700<br>Fax (312) 755-5720 |
| Paul D. Boudreau | Charles S. Ofstein<br>Robert W. Smyth, Jr.<br>J. Kent Mathewson<br>DONOHUE BROWN MATHEWSON & SMYTH LLC<br>140 S. Dearborn Street, Suite 800<br>Chicago, IL 60603<br>Tel. (312) 422-0976<br>Fax (312) 422-0909 |
| Perrotta, Cahn & Prieto, P.C. | John W. Patton, Jr.<br>Michael M. Fenwick<br>PATTON & RYAN, LLC<br>330 N. Wabash, Suite 2900<br>Chicago, IL 60611<br>Tel. (312) 261-5160<br>Fax (312) 261-5161 |
| Republic Title Company | Michael A. Braun<br>Lee M. Weisz<br>BRAUN & RIVKIN<br>33 North Dearborn Street, Suite 500<br>Chicago, IL 60602<br>Tel. (312) 580-0001<br>Fax (312) 580-0828 |
| Residential Title Services, Inc. | James V. Noonan<br>Katherine Marie Donat<br>NOONAN & LIEBERMAN<br>105 West Adams Street, Suite 3000<br>Chicago, IL 60603<br>Tel. (312) 431-1455<br>Fax (312) 431-1456 |

| | |
|---|---|
| Roy W. Waller | Michael Weber<br>Michele L. Killebrew<br>LEO & WEBER, P.C.<br>One N. LaSalle St., Ste. 3600<br>Chicago, IL 60602<br>Tel. (312) 857-0910<br>Fax (312) 857-1240 |
| Search 2 Close<br>Search 2 Close of Columbus, Limited | David W. Warren<br>JOELSON ROSENBERG, PLC<br>30665 Northwestern Hwy, Suite 200<br>Farmington Hills, MI 48334<br>Tel. (248) 855-2233<br>Fax (248) 855-2338 |
| Sette & Bonadies, P.C.<br>Fred Sette | Linda E. Unger<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>550 W. Adams<br>Chicago, IL 60661<br>Tel. (312) 463-3326<br>Fax (312) 345-1778 |
| Sierra Title Company of Cameron and Willacy Counties | John King<br>M. Steven Deck<br>LAW OFFICES OF JOHN KING<br>3409 N. 10th Street<br>McAllen, TX 78501<br>Tel. (956) 687-6294<br>Fax (956) 687-5524 |
| Stewart Title Company of Illinois<br>Stewart Title Guaranty Co.<br>Stewart Title Insurance Co.<br>Stewart Title of Seattle, LLC | Gerard D. Kelly<br>Michael Andolina<br>Anna Schumaker<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Tel. (312) 853-2228<br>Fax (312) 853-7036 |
| Tek Title, LLC<br>*Subject to, and without waiving its previously-filed Motion to Dismiss [Docket No. 1719, filed 12/3/07]* | Robert S. Pinzur<br>Brian S. Brewer<br>PINZUR COHEN & KERR LTD<br>4180 RFD Route 83, Suite 208<br>Long Grove, IL 60047<br>Tel. (847) 821-5290<br>Fax (847) 821-5293 |

| | |
|---|---|
| The Matlusky Firm, LLC | Carrie A. Durkin<br>Bradford Allen LeHew<br>LITCHFIELD CAVO, LLP<br>303 West Madison Street, Suite 300<br>Chicago, IL 60606<br>Tel. (312) 781-6677<br>Fax (312) 781-6630 |
| Title Source Inc. | Edward A. Cohen<br>Larry Hoellwarth<br>Adam Bunge<br>KARBAL \| COHEN \| ECONOMOU \| SILK \| DUNNE \| LLC<br>200 S. Michigan Avenue, 20th Floor<br>Chicago, IL 60604<br>Tel. (312) 431-3643<br>Fax (312) 431-3670 |
| TranStar National Title Co. | Frank J. Kokoszka<br>KOKOSZKA & JANCZUR, P.C.<br>140 South Dearborn, Suite 1610<br>Chicago, IL 60603<br>Tel. (312) 443-9600<br>Fax (312) 443-5704 |
| Travis Mortgage LLC | Dominick W. Savaiano<br>Joel B. Templeman<br>CLAUSEN MILLER P.C.<br>10 South LaSalle Street, Suite 1600<br>Chicago, IL 60603<br>Tel. (312) 606-7779<br>Fax (312) 606-7777 |
| TurnKey Title Corporation | Annaliese F. Fleming<br>Gayle Yeatman Fisher<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606<br>Tel. (312) 984-3100<br>Fax (312) 984-3150 |