# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | | |

## MOTION TO WITHDRAW APPEARANCE OF AL HOFELD, JR.

Plaintiffs hereby move to withdraw the appearance of Al Hofeld, Jr. as counsel for plaintiffs.

In support of this motion, plaintiffs state:

1. Al Hofeld, Jr. no longer works for the law firm of Edelman, Combs, Latturner & Goodwin, LLC, the firm representing plaintiffs in this matter.

2. Responsibility for this case will be transferred to another attorney within the firm of Edelman, Combs, Latturner & Goodwin, LLC. Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner will remain as counsel for plaintiffs.

WHEREFORE, plaintiffs respectfully request that the Court enter an order permitting the withdrawal of the appearance of Al Hofeld, Jr. as counsel for plaintiffs in this matter.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on March 17, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com,

kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

| | |
|---|---|
| Dominic J. Rizzi<br>drizzi@millerfaucher.com | Lorne Todd Saeks<br>lsaeks@muchshelist.com |
| Samuel H. Rudman<br>srudman@lerachlaw.com | Terry A. Smiljanich<br>tsmiljanich@jameshoyer.com,<br>dstephens@jameshoyer.com,<br>jbowman@jameshoyer.com, |
| Craig Allan Varga<br>cvarga@vblhc.com | lmartin@jameshoyer.com |
| Thomas Joseph Wiegand<br>twiegand@winston.com,<br>ECF_CH@winston.com | Kristina M. Van Buskirk<br>Kvanbuskirk@ngelaw.com |

                                      s/Cathleen M. Combs
                                      Cathleen M. Combs

                                      *Attorneys for Plaintiffs*
                                      Daniel A. Edelman
                                      Cathleen M. Combs
                                      James O. Latturner
                                      EDELMAN, COMBS, LATTURNER
                                              & GOODWIN, LLC
                                      120 S. LaSalle Street, 18th Floor
                                      Chicago, Illinois  60603
                                      (312) 739-4200
                                      (312) 419-0379 (FAX)