IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before<br>The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>       Third –Party Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, *et al.*<br><br>       Third-Party Defendants | |

**CONSENT STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE THIRD PARTY COMPLAINT AND
DEMAND FOR JURY TRIAL FOR THIRD-PARTY DEFENDANTS
EQUIFAX INFORMATION SERVICES LLC AND
EQUIFAX CREDIT MARKETING SERVICES**

Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") and Third-Party Defendants Equifax Information Services LLC and Equifax Credit Marketing Services (collectively, "Equifax") hereby consent and stipulate, pursuant to Fed. R. Civ. P. 6(b), that Equifax has through and including Friday, April 18, 2008 to file its answers, defenses, objections, claims, or other responses under Fed. R. Civ. P. 12 to the Third Party Complaint. This request and stipulation is made before the original deadline to answer has expired.

US2000 10682942.1

Dated: March 17, 2008

| Consented To By: | Consented To By: |
|---|---|
| Equifax Information Services LLC and Equifax Credit Marketing Services | Ameriquest Mortgage Company |
| By: /s/ Stephanie M. Zimdahl, Esq. <br> One of Their Attorneys | By: /s/ Jay R. Ziegler, Esq. <br> One of Its Attorneys |
| Mara McRae, Esq. <br> (GA Bar No. 499138) <br> Michael J. Breslin, Esq. <br> (GA Bar No. 142551) <br> Kilpatrick Stockton LLP <br> 1100 Peachtree Street, Suite 2800 <br> Atlanta, Georgia 30309-4530 <br> Telephone: 404-815-6500 <br> Facsimile: 404-815-6555 | Jay R. Ziegler, Esq. <br> (Cal. Bar No. 54877) <br> Rachael H. Berman, Esq. <br> (Cal. Bar No. 174718) <br> Buchalter Nemer P.C. <br> 1000 Wilshire Boulevard <br> Suite 1500 <br> Los Angeles, California 90017-2457 <br> Phone: (213) 891-0700 <br> Fax: (213) 896-0400 |
| Robert E. Shapiro, Esq. <br> (ARDC #03125180) <br> Stephanie M. Zimdahl, Esq. <br> (ARDC # 6287755) <br> Barack Ferrazzano Kirschbaum <br> & Nagelberg LLP <br> 200 West Madison Street, Suite 3900 <br> Chicago, Illinois 60606 <br> Telephone: 312-984-3118 <br> Facsimile: 312-984-3150 | Attorneys for Third-Party Plaintiff <br> Ameriquest Mortgage Company |
| Attorneys for Third Party Defendants Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc., and Equifax Marketing Services | |

## CERTIFICATE OF SERVICE

I, Stephanie M. Zimdahl, an attorney, hereby certify that service of the attached **CONSENT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE THIRD PARTY COMPLAINT AND DEMAND FOR JURY TRIAL FOR THIRD-PARTY DEFENDANTS EQUIFAX INFORMATION SERVICES LLC AND EQUIFAX CREDIT MARKETING SERVICES** was accomplished pursuant to ECF as to Filing Users on the attached service list and I shall comply with LR 5.5 as to any party on the attached service list who is not a Filing User or represented by a Filing User.

This 17th day of March, 2008.

/s/ Stephanie M. Zimdahl
Stephanie M. Zimdahl

US2000 10682942.1