UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO:<br>**[Docket #859]** | (Centralized before<br>The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>    Third –Party Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, *et al.*<br><br>    Third-Party Defendants | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, April 3, 2008, at the hour of 10:30 a.m.,** I shall appear before Judge Marvin E. Aspen, Courtroom 2568, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and shall present the **Consent Stipulation To Extend Time To Answer Or Otherwise Respond To The Third Party Complaint and Demand For Jury Trial For Third-Party Defendants Equifax Information Services LLC and Equifax Credit Marketing Services,** Electronic Format, a copy of which is attached hereto and herewith served upon you at which time and place you may appear if you so see fit.

Dated: March 17, 2008
       Chicago, Illinois

Respectfully submitted,

By: /s/ Stephanie M. Zimdahl, Esq.
    Stephanie M. Zimdahl

Attorneys for Third Party Defendants
Equifax Information Services LLC,
successor in interest to Equifax Credit
Information Services, Inc., and Equifax
Marketing Services

Mara McRae, Esq.
(GA Bar No. 499138)
Michael J. Breslin, Esq.
(GA Bar No. 142551)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: 404-815-6500
Facsimile: 404-815-6555

Robert E. Shapiro, Esq.
(ARDC #03125180)
Stephanie M. Zimdahl, Esq.
(ARDC # 6287755)
Barack Ferrazzano Kirschbaum
    & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: 312-984-3118
Facsimile: 312-984-3150

## **CERTIFICATE OF SERVICE**

I, Stephanie M. Zimdahl, an attorney, hereby certify that service of the attached **Notice of Motion and Consent Stipulation To Extend Time To Answer Or Otherwise Respond To The Third Party Complaint and Demand For Jury Trial For Third-Party Defendants Equifax Information Services LLC and Equifax Credit Marketing Services** was accomplished pursuant to ECF as to Filing Users on the attached service list and I shall comply with LR 5.5 as to any party on the attached service list who is not a Filing User or represented by a Filing User.

This 17th day of March, 2008.

/s/ Stephanie M. Zimdahl
Stephanie M. Zimdahl