JKB/cic/324052                                                          4711-89-51

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | )<br>)<br>) MDL No. 1715<br>)<br>) Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | )<br>)<br>) (Centralized before The Honorable<br>) Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company, | )<br>)<br>) |
| Third-Party Plaintiffs, | )<br>) |
| v. | )<br>) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | )<br>) |
| Third-Party Defendants. | )<br>) |

### MICHIGAN TRUST TITLE AGENCY, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 AND NOTIFICATION OF AFFILIATES PURSUANT TO LR 3.2

Third Party Defendant, Michigan Trust Title Agency, LLC, incorrectly named as Michigan Trust Title Company, LLC, by and through its attorneys, Tressler, Soderstrom, Maloney & Priess, LLP, pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, hereby submits this Corporate Disclosure Statement and Notification of Affiliates and states that it has no parent corporations and no publicly held affiliates.

MICHIGAN TRUST TITLE AGENCY, LLC

By:_____/s/James K. Borcia_____
One of Its Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 |
| | ) |
| | ) Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) |
| | ) (Centralized before The Honorable |
| | ) Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company, | ) ) ) |
| | ) |
| Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) |
| | ) |
| Third-Party Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed **Michigan Trust Title Agency, LLC's Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Notification of Affiliates Pursuant to LR 3.2** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to All Counsel of Record.

MICHIGAN TRUST TITLE AGENCY, LLC

By:_____/s/James K. Borcia_____
One of Its Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000