JKB/cic/324098                          4711-89-51

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) MDL No. 1715 ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) Lead Case No. 05-CV-07097 ) ) (Centralized before The Honorable ) Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company, | ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) |
| Third-Party Defendants. | ) |

## NOTICE OF FILING

TO:     **ALL COUNSEL OF RECORD**

     PLEASE TAKE NOTICE that on the 20th day of March, 2008 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Michigan Trust Title Agency, LLC's Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Notification of Affiliates Pursuant to LR 3.2,** a copy of which is attached hereto and hereby served upon you.

                                            MICHIGAN TRUST TITLE AGENCY, LLC

                                            By:    /s/James K. Borcia
                                                      One of Its Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000