In Re: Jerome L. Sievers and Cheryl M. Sievers

**AFFIDAVIT OF TRUSTEE RE: TRUTH & LENDING CLAIM REPORTED AS ASSET IN CHAPTER 7/ CASE NO. 05-32276-asd**

STATE OF CONNECTICUT )
) ss
HARTFORD COUNTY )

Ronald I. Chorches, being duly sworn, deposes and says:

1. I am the trustee of the above captioned estate and have personal knowledge of the facts set forth in this affidavit.

2. On May 5, 2005 Jerome L. Sievers and Cheryl M. Sievers filed for Chapter 7 Bankruptcy.

3. Prior to July 7, 2005 Mr. Sievers testified at a hearing to a Truth and Lending Rescission claim against Ameriquest Mortgage Company.

4. At that time the truth and Lending Rescission claim, as well as the pendant state law claim of unfair and deceptive trade practices were treated as an asset to the bankruptcy estate.

5. Any failure to list the claim in the bankruptcy schedules was a result of bonafide error.

_____
Ronald I Chorches

Subscribed and sworn to before me
this 15th day of February, 2006.

_____
Notary Public