UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MDL NO: 1715
LEAD CASE NO. 1:05-CV-07097
THIS DOCUMENT RELATES
TO CASE NO. 06-1734(N.D. ILL.)

IN RE: AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

DEFENDANTS )

THIS DOCUMENT RELATES TO
Ronald I. Chorches, Bankruptcy Trustee
For the estate of Jerome and Cheryl
Sievers V. Ameriquest Mortgage Company
Et al. NO. 06-1734(N.D. ILL.)                        March 24, 2008

## MOTION TO AMEND COMPLAINT

Plaintiff Ronald I. Chorches, Bankruptcy Trustee of the Bankrupt Estate of Jerome and Cheryl Sievers hereby moves pursuant to FRCP 15 for Leave to Amend the Complaint. A copy of the amended complaint is attached hereto with the following amendments:

1) Substitute Ronald I Chorches for the plaintiffs as per the court order granting plaintiff's motion to substitute on April 3, 2007.

2) Include claim in paragraph 34 that the violation is apparent on the face of the documents.

Defendants are not prejudiced as Defendant Deutsche Bank National Trust Company has not yet filed an answer and the court has already substituted the plaintiff. Moreover defendants had notice that plaintiffs on January 27, 2006 (Doc. 56) had

previously sought to amend the complaint prior to the transfer to include the bankruptcy trustee.

                PLAINTIFFS,

                By:     s/Peter Lachmann
                Peter Lachmann
                Fed Bar No. ct23757
                Peter.lachmann@sbcglobal.net
                250 West Main Street, Rm 210
                Branford, CT 06405
                Tel. (203) 488-6793
                Fax. (203) 488-6814

**Certificate of Service**

I, Peter Lachmann, hereby certifiy that on March 24, 2008, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the court's electonic filing system. Parties may access this filing through the court's filing system.

                By   /s/ Peter Lachmann