UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 1, 2008:


MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/1/08:Plaintiffs' Motion to withdraw the appearance of Al Hofeld, Jr., as attorney [2036] is granted. Motion terminated. Attorney Michael James Aschenbrener for Plaintiffs added. Attorney Al Hofeld, Jr terminated. The motion hearing set for 4/3/08 is stricken.Judicial staff mailed notice. notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.