**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, a ) <br> Delaware corporation; and ARGENT ) <br> MORTGAGE COMPANY LLC, a Delaware ) <br> limited liability company, ) <br> ) <br> Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHWEST TITLE AND ESCROW ) <br> CORPORATION, a Minnesota corporation, ) <br> et al., ) <br> ) <br> Third-Party Defendants. ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable <br> Marvin E. Aspen |

**CERTAIN THIRD-PARTY DEFENDANTS' CONSOLIDATED
MOTION FOR EXTENSION OF TIME AND STAY**

The Third-Party Defendants set forth in Appendix A hereto (collectively, "Third-Party Defendants") respectfully move for (1) an extension of time; and (2) a stay with respect to certain matters set forth in the Court's February 11, 2008, Order and state:

**I.**

**INTRODUCTION**

On February 11, 2008, the Court entered a Memorandum Opinion Order (Document 1958 "Order") regarding case management and other issues. The Order sets forth deadlines for certain responsive pleadings and a proposal for organization of Third-Party Defendants. The Order also requires cooperation "as the mediation process unfolds." On March 6, 2008, certain Third-Party

Defendant liaison counsel attended a mediation session. On March 14, 2008, and pursuant to the Order, certain Third-Party Defendants filed their Consolidated Motion to Dismiss. In addition, Third-Party Defendants have circulated proposals to address their organization, as required at page four of the Order. However, Third-Party Defendants have not reached a consensus on a written proposal to file with the Court and request an extension of time because they do not anticipate being able to do so by the current April 1, 2008, deadline. Finally, Third-Party Defendants request a stay of any additional responsive pleadings and further participation in mediation until the Court rules on the Consolidated Motion to Dismiss.

## II.

## ARGUMENT

### A. Request for Extension of Time Regarding Organization of Third-Party Defendants.

Page four of the Court's Order permits Third-Party Defendants to "develop and propose a structure that suits their needs with respect to committee(s) or subcommittee(s), counsel leadership, and specific division of responsibilities." The Order requires filing of a written proposal by April 1, 2008. Third-Party Defendants have exchanged draft forms of proposals, but are not prepared to file a joint proposal on April 1, 2008. Some of the reasons include (1) Third-Party Defendants focused their efforts on the Consolidated Motion to Dismiss; (2) there are many complexities with trying to develop a structure that may address the complex divergent interests of literally hundreds of different parties and over 500 different transactions; (3) Third-Party Defendants are informed that a further amended third-party complaint is anticipated, which may introduce hundreds of additional transactions and corresponding third party claim sand defense counsel; and (4) intervening holidays and spring break have made conferences difficult. Accordingly, Third-Party Defendants respectfully request that the Court allow them at least an

additional two weeks, until April 15, 2008, in which to submit any written proposal(s) regarding their organization.

## B. Request for Stay of Further Responsive Pleadings and Mediation.

Third-Party Defendants have complied with the deadline for the Consolidated Motion to Dismiss. The Order sets forth further deadlines for three additional motions to dismiss, consolidated by subgroup, and answers, "assuming it becomes necessary." In addition, page three of the Order states that the "parties are expected to cooperate as the mediation process unfolds." Third-Party Defendants sent liaison representatives to the joint mediation session on March 6, 2008, but were unable to meaningfully participate because (1) no particular transactions involving any particular Third-Party Defendant were subjects of the mediation; (2) no demands have been made on any Third-Party Defendant; and (3) Third-Party Defendants have had no discovery (e.g. Third-Party Plaintiffs have not yet produced all discovery that was the subject of previous orders) and oppose any contribution, given their pending Motion to Dismiss. Accordingly, Third-Party Defendants respectfully request that the Court stay (1) all briefing and responsive pleadings beyond the pending Consolidated Motion to Dismiss; and (2) participation in mediation by Third-Party Defendants, until the Court has ruled on the Consolidated Motion to Dismiss. Third-Party Defendants respectfully assert that this stay will simplify an already complex case by allowing the existing Plaintiffs and Defendants to resolve their much more fully-developed legal and factual claims.

## III.

## RELIEF REQUESTED

For the reasons set forth above, Third-Party Defendants respectfully request that the Court (1) postpone any submission regarding organization under the Court's Order

until April 15, 2008; and (2) stay all further motions to dismiss, answers, and participation in mediation, until a ruling on the Motion to Dismiss.

Respectfully submitted,

By: /s/ Russell W. Hubbard
     Russell W. Hubbard

Keith Verges
Mark Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

**CERTAIN THIRD-PARTY DEFENDANTS' CONSOLIDATED**
<u>**MOTION FOR EXTENSION OF TIME AND STAY**</u> **– Page** 4

## CERTIFICATE OF SERVICE

I, Russell W. Hubbard, hereby certify that on this 1st day of April 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's copy" of this Consolidated Motion for Extension of Time and Stay was sent to the Honorable Marvin E. Aspen, United States District Court, 219 South Dearborn Street, Room 2578, Chicago, Illinois 60064, via overnight delivery on this 1st day of April, 2008.

/s/ Russell W. Hubbard
Russell W. Hubbard