**APPENDIX TO CERTAIN THIRD-PARTY DEFENDANTS'
CONSOLIDATED MOTION FOR EXTENSION OF TIME AND STAY**

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Law Office of Anthony A. Senerchia, Sr. P.C | Eric D Kaplan<br>Jared Ira Rothkopf<br>Kaplan Papadakis & Gournis, LLP<br>180 North LaSalle St., Suite 2108<br>Chicago, IL 60601<br>Tel. (312) 726-0531<br>Fax (312) 726-4928<br>ekaplan@kpglaw.com<br>jrothkopf@kpglaw.com |
| Connecticut Closing Services<br>Joseph D'Agostino<br>Portnoy and Greene, P.C<br>Timothy P. Kennedy | Harlene G. Matyas<br>Sreeram Natarajan<br>Margaret M. Rule<br>Tribler Orpett & Meyer, PC<br>225 West Washington Street, Suite 1300<br>Chicago, IL 60606<br>Tel. (312) 201-6400<br>Fax (312) 201-6401<br>hgmatyas@tribler.com<br>snatarajan@tribler.com<br>mmrule@tribler.com |
| Dream House Mortgage Corp. | Gini Spaziano<br>Preston Halperin<br>Dean Wagner<br>Julie Zaccignini<br>Shechtman Halperin Savage Llp<br>1080 Main Street<br>Pawtucket, RI 02860<br>Tel. (401) 272-1400<br>Fax (401) 272-1403<br>gps@shslawfirm.com<br>phalperin@shslawfirm.com<br>dwagner@shslawfirm.com<br>jzaccagnini@shslawfirm.com |
| Equity Settlement Services, Inc. | Alexander E. Sklavos<br>Law Offices of Alexander E. Sklavos, PC<br>One Old Country Road, Suite 200<br>Carle Place, NY 11514<br>Tel. (516) 248-4000<br>Fax (516) 877-8010<br>aes@sklavoslaw.com |

**APPENDIX TO CERTAIN THIRD-PARTY DEFENDANTS'
CONSOLIDATED MOTION FOR EXTENSION OF TIME AND STAY – Page 1**

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Desautels, Mahoney & Kohn LLC<br>Hillard N. Einbinder | Gary Thomas Jansen<br>Nicole D Milos<br>Cremer Kopon Shaughnessy & Spina<br>180 North LaSalle Street, Suite 3300<br>Chicago, IL 60601<br>Tel. (312) 980-3016<br>Fax (312) 726-3818<br>gjansen@cksslaw.com<br>nmilos@cksslaw.com |
| Ace Mortgage Funding Inc.<br>Archer Land Title Inc. | Chris Jones<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Tel. (317) 231-7795<br>Fax (317) 231-7433<br>chris.jones@btlaw.com |
| Fairfield Mortgage Inc.<br>First American Title Insurance Co.<br>Metropolitan Title Co.<br>Midland Title Security, Inc.<br>Mortgage Guarantee & Title Co.<br>Ohio Bar Title Insurance Co. | Jeffrey T. Heintz<br>Chris Swing<br>Kate Bradley<br>Brouse McDowell<br>388 Main St., Ste. 500<br>Akron, OH 44311<br>Tel. (330) 535-5711<br>fax (330) 253-8601<br>jheintz@brouse.com<br>cswing@brouse.com<br>kbradley@brouse.com |
| Sierra Title Company of Cameron and Willacy Counties | John King<br>M. Steven Deck<br>Law Offices of John King<br>3409 N. 10th Street<br>McAllen, TX 78501<br>Tel.: (956) 687-6294<br>Fax: (956) 687-5524<br>jking@kingrgvlaw.com<br>sdeck@kingrgvlaw.com |
| Nations Title Agency of Illinois, Inc.<br>Nations Title Agency of Michigan, Inc.<br>Nations Title Agency of Missouri, Inc.<br>Texas Nations Title Agency, Inc.<br>Guarantee Title and Trust Co. | David C. McCormack<br>McCormack Law<br>18875 Saratoga Court<br>Brookfield, WI 53045<br>Tel. (262) 790-1160<br>Fax (262) 790.1208<br>maclaw@execpc.com |

**APPENDIX TO CERTAIN THIRD-PARTY DEFENDANTS'**
**CONSOLIDATED MOTION FOR EXTENSION OF TIME AND STAY – Page 2**

| **Third-Party Defendant** | **Counsel** |
|---|---|
| The Matlusky Firm, LLC | Carrie A. Durkin<br>Bradford Allen LeHew<br>Litchfield Cavo, LLP<br>303 West Madison Street, Suite 300<br>Chicago, IL 60606<br>Tel. (312) 781-6677<br>Fax (312) 781-6630<br>durkin@litchfieldcavo.com<br>lehew@litchfieldcavo.com |
| Citywide Title Corporation<br>Indiana Title Network Company<br>Vital Signing, Inc. | Daniel J. McMahon<br>Rebecca Rothmann<br>Cinthia Granados Motley<br>Wilson Elser Moskowitz<br>   Edelman & Dicker LLP<br>120 North LaSalle, 26th Floor<br>Chicago, IL 60602<br>Tel. (312) 704-0550<br>Fax (312) 419-1729<br>daniel.mcmahon@wilsonelser.com<br>rebecca.rothmann@wilsonelser.com<br>cinthia.motley@wilsonelser.com |
| Mortgage Information Services, Inc. | Scott A. Weathers<br>Weathers Law Office<br>333 N. Pennsylvania St., Ste. 200<br>Indianapolis, IN 46204<br>Tel: (317) 822-8010<br>Fax (317) 822-8088<br>scott@sawlaw.net |
| Travis Mortgage LLC | Dominick W. Savaiano<br>Joel B Templeman<br>Clausen Miller P.C.<br>10 South LaSalle Street, Suite 1600<br>Chicago, IL 60603<br>Tel. (312) 606-7779<br>Fax (312) 606-7777<br>dsavaiano@clausen.com<br>jtempleman@clausen.com |

| **Third-Party Defendant** | **Counsel** |
|---|---|
| American Pioneer Title Insurance Co.<br>Chicago Title Co.<br>Chicago Title Insurance Co.<br>Chicago Title of Michigan<br>Fidelity Nation Title Company<br>Fidelity National Title Insurance Company<br>Fidelity National Title Insurance Company of New York<br>Ticor Title Insurance Co. | Albert E. Fowerbaugh Jr.<br>DLA Piper US LLP<br>203 N. LaSalle Street, Ste. 1900<br>Chicago, IL 60601-1293<br>Tel. (312) 368-6804<br>Fax (312) 251-2177<br>afowerbaugh@dlapiper.com |
| Lenders First Choice<br>Specialty Title Services, Inc | Kevin J. Clancy<br>Lowis & Gellen<br>200 W. Adams, Suite 1900<br>Chicago, IL 60606<br>kclancy@lowis-gellen.com<br>Tel: (312) 628-7855<br>Fax: 312-364-1003<br>kclancy@lowis-gellen.com |
| Roy W. Waller | Michael Weber<br>Michele L. Killebrew<br>Leo & Weber, P.C.<br>One N. LaSalle St., Ste. 3600<br>Chicago, IL 60602<br>Tel. (312) 857-0910<br>Fax (312) 857-1240<br>mweber@leoweber.com<br>mkillebrew@leoweber.com |
| Title Source Inc. | Edward A. Cohen<br>Larry Hoellwarth<br>Adam Bunge<br>Karbal\|Cohen\|Economou\|Silk\|Dunne \|LLC<br>200 S. Michigan Avenue, 20th Floor<br>Chicago, IL 60604<br>Tel. (312) 431-3643<br>Fax (312) 431-3670<br>ecohen@karballaw.com<br>lah@karballaw.com<br>abunge@karballaw.com |

| Third-Party Defendant | Counsel |
|---|---|
| BLS Funding Corp. | Kevin M. O'Hagan<br>Chance A.E. Hodges<br>O'Hagen Spencer, LLC<br>One East Wacker Drive, Suite 3400<br>Chicago, IL 60601<br>Tel. (312) 422-6100<br>Fax (312) 4226110<br>kohagan@ohagenspencer.com<br>chodges@ohaganspencer.com |
| Ilene K. Chapel | William E. Hosler<br>Williams, Williams, Rattner & Plunkett, PC<br>380 N. Old Woodward Ave., Ste. 300<br>Birmingham, MI 48009<br>Tel. (248) 642-0333<br>Fax (248) 642-0856<br>weh@wwrplaw.com |
| MacKinnon & Tavano, LLC | Joseph B. Carini, III<br>Johnson & Bell, Ltd.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>Tel. (312) 984 6668<br>carinij@jbltd.com |
| Law Title Insurance Agency, Inc.<br>Law Title Insurance Company, Inc.<br>Absolute Title Services, Inc. | David A. Ward<br>Ward & Metti, P.C.<br>245 Waukegan Road, Suite 230<br>Northfield, IL 60093<br>Tel. (847) 501-6565<br>Fax (847) 501-6589<br>wardmetti@msn.com |
| Avalon Abstract Corp | Lloyd J. Weinstein<br>Melissa A. Cavaliere<br>The Weinstein Group, P.C.<br>Ten Newton Place, Suite 201<br>Hauppauge, NY 11788<br>Tel. (631) 851-1090<br>Fax (631) 851-1092<br>ljw@theweinsteingroup.net<br>mac@theweinsteingroup.net |

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Republic Title Company | Michael A. Braun<br>Lee M. Weisz<br>Braun & Rivkin<br>33 North Dearborn Street<br>Suite 500<br>Chicago, IL 60602<br>Tel. (312) 580-0001<br>Fax (312) 580-0828<br>mabraun@speakeasy.net<br>weiszlaw@aol.com |
| Perrotta, Cahn & Prieto, P.C. | John W. Patton, Jr.<br>Michael M. Fenwick<br>Patton & Ryan, LLC<br>330 N. Wabash, Suite 2900<br>Chicago, IL 60611<br>Tel. (312) 261-5160<br>jpatton@pattonryan.com<br>mfenwick@pattonryan.com |
| Jones Damia Kaufman Borofsky & DePaul LLC<br>Law Offices of Gregory T. Lattanzi, LLC<br>Synodi Videll & Green, LLC (Gordon Videll)<br>Schop & Pleskow, LLP | George K. Flynn<br>Richard M. Kaplan<br>Susan N.K. Gummow<br>Clausen Miller, P.C.<br>10 S. LaSalle Street<br>Chicago, IL 60603<br>Tel. (312) 855-1010<br>Fax (312) 606-7777<br>gflynn@clausen.com<br>rkaplan@clausen.com<br>sgummow@clausen.com |
| Sette & Bonadies, P.C.<br>Fred Sette | Linda E. Unger<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 W. Adams<br>Chicago, IL 60661<br>Tel.: (312) 463-3326<br>Fax: (312) 345-1778<br>lunger@lbbslaw.com |

**APPENDIX TO CERTAIN THIRD-PARTY DEFENDANTS'**
**CONSOLIDATED MOTION FOR EXTENSION OF TIME AND STAY – Page 6**

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Old Republic National Title Insurance Co. | Andrew R. Greene<br>Charles A. Valente<br>Emily Wolf<br>Krasnow Saunders Cornblath, LLP<br>500 N. Dearborn Street, 2nd Floor<br>Chicago, IL 60610<br>Tel. (312) 755-5700<br>Fax (312) 755-5700<br>cvalente@ksc-law.com<br>etorre@ksc-law.com<br>agreene@ksc-law.com |
| Law Offices of Daniel J. Nigro, P.C.<br>Lee S. Jacobowitz, Esq.<br>Carolyn T. Daley<br>John Webber & Associates, P.C.<br>Dewrell & Sacks LLP<br>Lieto & Greenberg LLP | Rudolf G. Schade, Jr.<br>Scott Brown<br>Cassiday Schade, LLP<br>20 N. Wacker Dr., Suite 1040<br>Chicago, IL 60606-2903<br>Tel. (312) 444-2456<br>Fax (312) 444-1669<br>rgs@cassiday.com<br>sjb@cassiday.com |
| Medici & Sciacca PC<br>Frank J. Manni, Esq.<br>The Law Offices of Marc D. Foley, P.C.<br>David B. Carroll, P.C.<br>Atamian Law Associates, P.C. d/b/a<br>   Premier Title & Escrow<br>Law Offices of Jonathan P. Ash<br>Tapalian & Tadros, P.C. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Meckler Bulger & Tilson<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com |
| Classic Home Mortgage Corp. | Kristin S. Yoo<br>Edward M. Ordonez<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3100<br>Fax (312) 706-9755<br>kyoo@cozen.com<br>eordonez@cozen.com |

| **Third-Party Defendant** | **Counsel** |
|---|---|
| Goldman Gruder & Woods | Jeanne M. Hoffmann<br>Terrence J. Madden<br>Bryce Downey LLC<br>200 N. LaSalle St., Suite 2700<br>Chicago, IL 60601<br>Tel. (312) 377-1501<br>Fax (312) 377-1502<br>jhoffmann@brycedowney.com<br>tmadden@brycedowney.com |
| Residential Title Services, Inc | James V. Noonan<br>Katherine Marie Donat<br>Noonan & Lieberman<br>105 West Adams Street, Suite 3000<br>Chicago, IL 60603<br>Tel. (312) 431-1455<br>Fax (312) 431-1456<br>jnoonan@noonanandlieberman.com<br>kdonat@noonanandlieberman.com |
| Allied Home Mortgage Capital Corp. | Daniel Lynch<br>Avidan j. Stern<br>Lynch & Stern, LLP<br>150 South Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>Tel. (312) 346-8700<br>Fax (312) 896-5883<br>dan@daniellynchlaw.com<br>avi@lynchandstern.com |
| Stewart Title Company of Illinois<br>Stewart Title Guaranty Co.<br>Stewart Title Insurance Co.<br>Stewart Title of Seattle, LLC | Michael Andolina<br>Anna Schumaker<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Tel. (312) 853-2228<br>Fax (312) 853-7036<br>mandolina@sidley.com<br>aschumaker@sidley.com |

| **Third-Party Defendant** | **Counsel** |
|---|---|
| National Real Estate Information Services | David Joel Chizewer<br>Alais L.M. Griffin<br>Goldberg Kohn<br>55 East Monroe St., Suite 3300<br>Chicago, IL 60603<br>Tel. (312) 201-3938<br>Fax (312) 863-7438<br>david.chizewer@goldbergkohn.com<br>alais.griffin@goldbergkohn.com |
| Paul D. Boudreau | Charles S. Ofstein<br>Robert Smyth<br>Kent Mathewson<br>Donohue, Brown, Matthewson & Smith<br>140 S. Dearborn Street, Suite 800<br>Chicago, IL 60603<br>Tel. (312) 422-0900<br>Fax (312) 422-0909<br>charles.ofstein@dbmslaw.com<br>robert.smyth@dbmslaw.com<br>kent.mathewson@dbmslaw.com |

**APPENDIX TO CERTAIN THIRD-PARTY DEFENDANTS'
CONSOLIDATED MOTION FOR EXTENSION OF TIME AND STAY – Page 9**