**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                   Case No.: 1:05−cv−07097
                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

    MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/2/08:Consent stipulation of third−party plaintiff Ameriqust Mortgage Co. and Third−party defendants Equifax Information Services LLC and Equifax Credit Marketing Services' to extend time for Equifax defendants to answer or otherwise respnd to the third−party complaint and demand for jury trial, through and including 4/18/08, is granted. Motion terminated. The motion hearing set for 4/3/08 is stricken. Enter Order.Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.