**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO: | (Centralized before The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, <br><br> Third –Party Plaintiff, <br><br> v. <br><br> TRANS UNION LLC, *et al.* <br><br> Third-Party Defendants | |

**ORDER EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO THIRD PARTY COMPLAINT AND
DEMAND FOR JURY TRIAL**

Counsel for Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") and counsel for Third-Party Defendants Equifax Information Services LLC and Equifax Credit Marketing Services (collectively, "Equifax") having so stipulated, and the Court having considered the stipulation to extend Equifax's deadline to answer or otherwise respond to Ameriquest's Third-Party Complaint up to, and including, Friday, April 18, 2008:

**IT IS HEREBY ORDERED** that Equifax shall have up to, and including, Friday, April 18, 2008 to file its answers, defenses, objections, claims, or other responses under Fed. R. Civ. P. 12 to Ameriquest's Third Party Complaint.

US2000 10707084.1

Dated: April 2, 2008

_____
Marvin E. Aspen, Judge
United States District Court

Prepared By:

Michael J. Breslin, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: 404-815-6500
Facsimile: 404-815-6555

One of the attorneys for Third Party Defendants Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc., and Equifax Marketing Services

US2000 10707084.1