# EXHIBIT A

# United States District Court
# Northern District of Illinois

In the Matter of

Washington, et al

v.

Ameriquest Mortgage, et al

Case No. 05 C 1007

Designated Magistrate Judge
Morton Denlow

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge David II. Coar to be related to **05C7097(MDL-1715**, which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Marvin Aspen

Dated: January 25, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Marvin Aspen.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JAN 2 5 2008

Finding of Relatedness (Rev. 9/99)