**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> JASON W. CRAWFORD and ) <br> NATALIE J. CRAWFORD, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     vs. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> ) <br>     Defendant. ) | MDL No. 1715 <br> Lead Case No. 05-CV-7097 <br><br> **Centralized before the <br> Honorable Marvin E. Aspen** <br><br> Case No. 1:08-CV-176 |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE AN AMENDED COMPLAINT**

NOW COME Plaintiffs Jason W. Crawford and Natalie J. Crawford, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and hereby move the Court for leave to file an Amended Complaint. In support of their Motion, Plaintiffs show as follows:

1. On October 1, 2007, Plaintiffs filed a Complaint against Defendant Ameriquest Mortgage Company ("Ameriquest") in the Superior Court of Orange County, North Carolina.

2. In the Complaint, Plaintiffs sought the following relief: (a) reformation of their Ameriquest promissory note (a two-year adjustable rate mortgage) on the basis of fraud and (b) an award of monetary damages from Ameriquest under the North Carolina Unfair Trade Practices Act.

3. On November 1, 2007, Ameriquest removed this action to the United States District Court for the Middle District of North Carolina pursuant to 28 U.S.C. §1332.

4. On January 28, 2008, Plaintiffs' civil action was transferred from the Middle District of North Carolina to the Northern District of Illinois as a tag-along action to the Ameriquest Mortgage Co. Mortgage Lending Practices Litigation.

5. Plaintiffs seek leave of court to file an Amended Complaint which:

a. Adds Mortgage Information Services, Inc. ("MIS") as a defendant and asserts a claim against MIS for unfair and deceptive trade practices;

b. Asserts further allegations of unfair and deceptive trade practices by Ameriquest;

c. Alleges the existence of a civil conspiracy between Ameriquest and MIS in the loan closing process on Plaintiffs' note; and,

d. Adds WM Specialty Mortgage LLC as a defendant who, according to Ameriquest, is the legal holder of Plaintiffs' note.

6. Plaintiffs' proposed Amended Complaint is attached hereto as Exhibit #1.

7. Ameriquest has informed the undersigned counsel that it does not object to Plaintiffs' Motion for Leave to File an Amended Complaint.

8. The interests of justice will be served by allowing Plaintiffs' Motion and Ameriquest will not be unduly prejudiced by the filing of an Amended Complaint.

WHEREFORE, Plaintiffs request that the Court issue an Order granting them leave to file the proposed Amended Complaint and granting such further relief as may be deemed just and proper.

This the 2nd day of April, 2008.

               /s/ Carlos E. Mahoney
               Carlos E. Mahoney
               Counsel for Plaintiffs
               Glenn, Mills, Fisher & Mahoney, P.A.
               P. O. Drawer 3865
               Durham, North Carolina 27702-3865
               Telephone: (919) 683-2135
               Fax: (919) 688-9339
               cmahoney@gmf-law.com
               N.C. State Bar No. 26509

## CERTIFICATE OF SERVICE

I, Carlos E. Mahoney, hereby certify that on April 2, 2008, I electronically filed the foregoing document entitled, **Plaintiffs' Motion for Leave to File An Amended Complaint,** with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of the filing to all CM/ECF participants and I hereby certify that I will mail the document to the following non-CM/ECF participants on April 3, 2008.

    Karen L. Stevenson
    BuchalterNemer
    1000 Wilshire Blvd., Suite 1500
    Los Angeles, CA 90017-2457
    Counsel for Ameriquest

    Michael J. Allen
    Carruthers & Roth, P.A.
    P.O. Box 540
    Greensboro, NC 27402
    Counsel for Ameriquest

                            Respectfully submitted,

                            /s/ Carlos E. Mahoney
                            Carlos E. Mahoney
                            Counsel for Plaintiffs
                            Glenn, Mills, Fisher & Mahoney, P.A.
                            P. O. Drawer 3865
                            Durham, North Carolina 27702-3865
                            Telephone: (919) 683-2135
                            Fax: (919) 688-9339
                            cmahoney@gmf-law.com
                            N.C. State Bar No. 26509