FILED

MAR 31 2008
Mar 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MDL NO: 1715
LEAD CASE NO. 1:05-CV-07097
THIS DOCUMENT RELATES
TO CASE NO. 06-1734(N.D. ILL.)

IN RE: AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

**DEFENDANTS** )
THIS DOCUMENT RELATES TO
Ronald I. Chorches, Bankruptcy Trustee
For the estate of Jerome and Cheryl
Sievers V. Ameriquest Mortgage Company
Et al. NO. 06-1734(N.D. ILL.)

March 24, 2008

### OBJECTION TO MOTION TO DISMISS

Plaintiff Ronald I. Chorches, Bankruptcy Trustee of the Bankrupt Estate of Jerome and Cheryl Sievers hereby objects To Defendant's Motion to Dismiss (Doc. No. 625). In support of this objection, plaintiff submits the attached memorandum.

PLAINTIFFS,

By: ___s/Peter Lachmann___
Peter Lachmann
Fed Bar No. ct23757
Peter.lachmann@sbcglobal.net
250 West Main Street, Rm 210
Branford, CT 06405
Tel. (203) 488-6793
Fax. (203) 488-6814

### Certificate of Service

I, Peter Lachmann, hereby certifiy that on March 24, 2008, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the court's electonic filing system. Parties may access this filing through the court's filing system.

By /s/ Peter Lachmann