**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING<br>PRACTICES LITIGATION<br><br>_____<br><br>AMERIQUEST MORTGAGE COMPANY, a<br>Delaware Corporation; and ARGENT MORTGAGE<br>COMPANY LLC, a Delaware limited liability,<br><br>        Defendants/Third-Party Plaintiffs,<br><br>NORTHWEST TITLE AND ESCROW<br>CORPORATION, a Minnesota Corporation, et al.,<br><br>        Third-Party Defendants. | MDL No. 1715<br><br>Lead Case No. 05 C 07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |

**MOTION FOR LEAVE
TO WITHDRAW APPEARANCE**

Attorney Michael G. Salemi, one of the attorneys of record for Third Party Defendants American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title of Michigan, Fidelity National Title Insurance Company of New York, Ticor Title Insurance Co., Fidelity National Title Insurance Co., Fidelity National Title Company, and Chicago Title Insurance Company (collectively, "Certain Third Party Defendants"), pursuant to Local Rule 83.17 hereby respectfully requests leave of this Court to withdraw his appearance in this case, and states as follows:

1. In November 2007, attorneys Michael G. Salemi and Albert E. Fowerbaugh, Jr., both then associated with Locke Lord Bissell & Liddell LLP, filed their appearances on behalf of Certain Third Party Defendants.

2. Also in November 2007, attorneys James S. Schreier and Eric P. Early, both of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP, filed their appearances on behalf of Certain Third Party Defendants.

3. As of February 19, 2008, Mr. Fowerbaugh is no longer associated with Locke Lord Bissell & Liddell LLP but is continuing to represent Certain Third Party Defendants in this matter.

4. After April 4, 2008, Mr. Salemi will no longer be associated with Locke Lord Bissell & Liddell LLP.

5. Attorneys Albert E. Fowerbaugh, Jr., now of DLA Piper, and James S. Schreier and Eric P. Early, of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP, will continue to represent Certain Third Party Defendants in this matter.

WHEREFORE, attorney Michael G. Salemi respectfully requests entry of an order granting him leave to withdraw his appearance as counsel for Third Party Defendants American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title of Michigan, Fidelity National Title Insurance Company of New York, Ticor Title Insurance Co., Fidelity National Title Insurance Co., Fidelity National Title Company, and Chicago Title Insurance Company in this case and for such other relief as this Court finds just and appropriate.

                                                s/ Michael G. Salemi

Michael G. Salemi (06279741)
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Tel: 312-443-0323 (MGS)
Fax: 312-896-6323 (MGS)

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true copy of the preceding document was served on April 4, 2008 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/ Michael G. Salemi

Michael G. Salemi (06279741)
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Tel: 312-443-0323 (MGS)
Fax: 312-896-6323 (MGS)