**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING<br>PRACTICES LITIGATION<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability,<br><br>Defendants/Third-Party Plaintiffs,<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, et al.,<br><br>Third-Party Defendants. | MDL No. 1715<br><br>Lead Case No. 05 C 07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |

## NOTICE OF MOTION

To: All counsel of record

     PLEASE TAKE NOTICE that on Tuesday, April 8, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in the courtroom usually occupied by him, Courtroom 2568, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present Michael G. Salemi's **Motion for Leave to Withdraw Appearance**, a copy of which was previously served upon you.

                                        Third Party Defendants AMERICAN PIONEER TITLE INSURANCE COMPANY, CHICAGO TITLE COMPANY, CHICAGO TITLE OF MICHIGAN, FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, TICOR TITLE INSURANCE CO., FIDELITY NATIONAL TITLE INSURANCE CO., FIDELITY NATIONAL TITLE COMPANY, and CHICAGO TITLE INSURANCE COMPANY

                                        By:   s/ Michael G. Salemi
                                             One of Their Attorneys

Michael G. Salemi (06279741)
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Tel: 312-443-0323 (MGS)
Fax: 312-896-6323 (MGS)

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true copy of the preceding document was served on April 4, 2008 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                              s/ Michael G. Salemi

Michael G. Salemi (06279741)
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Tel: 312-443-0323 (MGS)
Fax: 312-896-6323 (MGS)