**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                  Plaintiff,

v.                                           Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/7/08:Attorney Michael G. Salemi's Motion to withdraw as attorney [2076] for third−party defendants American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title of Michigan, Fidelity National Title Insurance Company of New York, Ticor Title Insurance Co., Fidelity National Title Insurance Co., Fidelity National Title Company, and Chicago Title Insurance Company is granted. Motion terminated. Attorney Michael G. Salemi terminated. Attorneys Albert E. Fowerbaugh, Jr., James S. Schreier and Eric P. Early will continue to represent certain third−party defendants in this matter. The motion hearing set for 4/8/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.