

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

In Re Ameriquest Mortgage Co.
Mortgage Lending Practices Litigation

Case Number: 1:05-cv-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third Party Defendant ChoicePoint Precision Marketing LLC

FILED
APR 7, 2008
APR - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Note: Pursuant to MDL Rule 1.4, the pro hac vice requirement is waived.

| | |
|---|---|
| NAME (Type or print) Shelley J. Webb | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Shelley J. Webb | |
| FIRM Williams & Connolly LLP | |
| STREET ADDRESS 725 Twelfth Street, N.W. | |
| CITY/STATE/ZIP Washington, D.C. 20005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (202) 434-5000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐