

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

| | |
|---|---|
| NAME: | Andrew R. Greene |
| FIRM: | Johnston & Greene, LLC |
| STREET ADDRESS: | 542 South Dearborn Street |
| CITY/STATE/ZIP: | Chicago, Illinois 60605 |
| PHONE NUMBER: | (312) 341-3900 |
| ARDC NO. (If Member of Illinois State Bar): | 6225072 |

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 05-CV-07097 | In re Ameriquest Mortgage Co. Lending Practices | Marvin E. Aspen |
| 07-CV-06654 | The Village of Schaumburg v. St. Paul Mercury Ins. Co. | Marvin E. Aspen |
| | | |
| | | |
| | | |

_____   _____4/2/2008_____
Attorney's Signature                      Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**

FILED APR - 4 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

