31601/04888/RGS/SJB

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO.,<br>MORTGAGE LENDING PRACTICES LITIGATION, | ) ) ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | MDL. No. 1715 |
| | ) | Lead Case No. 05-CV-7097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware<br>Corporation; and ARGENT MORTGAGE COMPANY,<br>LLC a Delaware Limited Liability Company, | ) ) ) ) | Centralized Before<br>JUDGE MARVIN E. ASPEN |
| Third-Party Plaintiffs, vs. | ) ) | |
| NORTHWEST TITLE AND ESCROW<br>CORPORATION, a Minnesota Corporation, et. al., | ) ) ) | |
| Third-Party Defendants. | ) ) | |

## THIRD PARTY DEFENDANT, JOHN WEBER & ASSOCIATES, P.C.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 AND NOTIFICATION OF AFFILIATES PURSUANT TO LR 3.2

Third-Party Defendant, JOHN WEBER & ASSOCIATES, P.C., by its attorneys, CASSIDAY SCHADE LLP, pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, hereby submits this Corporate Disclosure Statement and Notification of Affiliates and states that it has no parent corporations and no publicly held affiliates.

Respectfully Submitted

s/ Scott J. Brown
One of the Attorneys for Defendants, LAW OFFICES OF DANIEL J. NIGRO, P.C.; LEE S. JACOBOWITZ, ESQ.; CAROLYN T. DALEY; JOHN WEBER & ASSOCIATES, P.C.; DEWRELL & SACKS, LLP; LIETO & GREENBERG, LLP

Scott J. Brown
ARDC #: 6206656
CASSIDAY SCHADE LLP
20 N. Wacker Dr., #1040
Chicago, IL 60606
(312) 641-3100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Third-Party Defendant, DANIEL J. NIGRO, P.C.'s, Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Notification of Affiliates Pursuant to LR 3.2 was filed electronically this 12th day of March, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and upon all non-Filing Users (as indicated below) by mail. Parties may access this filing through the Court's electronic system.

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
David E. Dahlquist, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Richard P. Colbert Day
Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

John Cseh
12800 Shaker Boulevard
Suite U12
Cleveland, OH 44120

Daniel A. Edelman
Edelman & Combs
135 S. LaSalle Street, Suite 2040
Chicago, IL 60603

Cheryl M. Lott
Buchalter Nemer
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886
Scott A. Weathers
Weathers Law Office
333 N. Pennsylvania Street, Suite 200
Indianapolis, IN 46204

Rachel A.P. Saldana
Melody A. Petrossian
Buchalter Nemer
a Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square, Suite 1800
Indianapolis, IN 46204

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street, Suite 28
Westborough, MA 01581

William E. Hosler
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, MI 48009
John Robert King
Law Office of John King
3409 N. 10th Street, Suite 100
McAllen, TX 78601

Michael S. Deck
Law Office of John King
3409 N. 10th Street
McAllen, TX 78501

Robert W. Smyth, Jr.
Donohue, Brown, Mathewson & Smyth LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road, Suite 200
Carle Place, NY 11514

s/ Scott J. Brown
ARDC #: 6206656
CASSIDAY SCHADE LLP
20 N. Wacker Dr., #1040
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 (fax)
sjb@cassiday.com
*One of the Attorneys for Defendants, Law Offices Of Daniel
J. Nigro, P.C.; Lee S. Jacobowitz, Esq.; Carolyn T. Daley;
John Weber & Associates, P.C.; Dewrell & Sacks, LLP; Lieto
& Greenberg, LLP*

7076702 SBROWN;DMARTINE