IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  ───────────────────────────  THIS DOCUMENT RELATES TO ALL ACTIONS  ───────────────────────────  AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,  Third-Party Plaintiffs,  v.  NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*  Third-Party Defendants. | MDL No. 1715  Lead Case No. 05-CV-07097  (Centralized before The Honorable Marvin E. Aspen) |

### MOTION FOR LEAVE TO FILE THIRD AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Defendants and Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company LLC ("Third-Party Plaintiffs") respectfully request leave to file a Third Amended Consolidated Third-Party Complaint ("TATPC"). A copy of the proposed TATPC is attached hereto as Exhibit A.

Third-Party Plaintiffs filed their original Third-Party Complaint on July 31, 2007 (Docket No. 955); a First Amended Third-Party Complaint on August 24, 2007 (Docket No. 1028); and, on November 26, 2007, filed a motion for leave to file a Second Amended Third-Party Complaint, which was granted by the Court on February 11, 2008 (Docket No. 1955). Over the

past several months, Third-Party Plaintiffs have worked diligently to serve the Third-Party Defendants related to the Borrowers' Class Action, as well as the hundreds of individual cases filed by the Opt-Out Plaintiffs. In that time, however, dozens of new cases have been transferred to this MDL proceeding. In nearly all of these cases, there is one or more third-party defendants who are contractually obligated to indemnify Third-Party Plaintiffs in connection with the claims asserted.

Fed. R. Civ. P. 15(a) provides that leave to amend "should be freely given." The Court's main inquiry is whether the amendment will unduly prejudice opposing parties. *Stephenson v. Hartford Life & Annuity Ins. Co.*, No. 02 C 3917, 2006 U.S. Dist. LEXIS 60696, at *25-28 (N.D. Ill. Aug. 9, 2006); *Alberto-Culver Co. v. Gillette Co.*, 408 F. Supp. 1160, 1162 (N.D. Ill. 1976). Here, Third-Party Plaintiffs do not seek to change the substance of their claims in any way. Rather, the TATPC merely (1) adds approximately 40 new Third-Party Defendants, who have been identified based on newly transferred cases; and (2) asserts additional claims against some of the existing Third-Party Defendants in connection with the newly transferred cases. The vast majority of the Third-Party Defendants have not yet filed answers, and no discovery has taken place on the third-party claims. Moreover, there is a pending motion to dismiss brought by the Third-Party Defendants which has not yet been fully briefed, and has not been ruled on by the Court. Thus, the filing of the TATPC will not prejudice any party to this litigation. *See, e.g., Stephenson*, U.S. Dist. LEXIS 60696 at *34-37 (finding no prejudice when defendants were added four years into the litigation).

For these reasons, Third-Party Plaintiffs respectfully request that this Court enter an Order granting them leave to file the proposed Third Amended Consolidated Third-Party Complaint.

DATED: April 9, 2008

Respectfully submitted,

By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
 Facsimile: (312) 558-5700

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**CERTIFICATE OF SERVICE**

    I, Bernard E. LeSage, hereby certify that on this 9th day of April 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                         By: /s/ Bernard E. LeSage