**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) |
| | ) ) |
| AMERIQUEST MORTGAGE CO., | ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| TRANS UNION, LLC, et. al, | ) ) |
| Third-Party Defendants. | ) ) |

MDL No. 1715

Lead Case No. 05-cv-07097

Centralized before The Honorable
Marvin E. Aspen

**CHOICEPOINT PRECISION MARKETING LLC'S NOTICE OF SUBSTITUTION OF COUNSEL**

By and through its attorneys, Third Party Defendant ChoicePoint Precision

Marketing LLC hereby gives notice that Shelley J. Webb of Williams & Connolly LLP is being

substituted as an attorney, replacing Paven Malhotra of Williams & Connolly LLP.

Respectfully submitted,

/s/ Paven Malhotra
Paven Malhotra

/s/ Shelley J. Webb
Shelley J. Webb

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (Telephone)
(202) 434-5029 (Facsimile)

## CERTIFICATE OF SERVICE

I, Paven Malhotra, hereby certify that on April 10, 2008, a true and correct copy of the

foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail

to all counsel of record by operation of the Court's electronic filing system.  Parties may access

this filing through the Court's system.


/s/ Paven Malhotra
Paven Malhotra