# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| IN RE: Ameriquest Mortgage Co., ) | |
| Mortgage Lending Practices Litigation. ) | |
| ) | |
| ) | MDL No. 1715 |
| ) | |
| _____) | Lead Case No. 05-CV-07097 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Centralized before the Honorable |
| *Wilbert Cooley, et al. v. Ameriquest* ) | Marvin E. Aspen |
| *Mortgage Company, et al*; ) | |
| Case No. 07 C 7182; ) | |
| *George Gray, et al. v. Ameriquest* ) | |
| *Mortgage Company, et al*; ) | |
| Case No. 07 C 7181; ) | |
| Angela Sanderson, et al. v. Ameriquest ) | |
| Mortgage Company, et al; ) | |
| Case No. 07 C 7247; ) | |
| Glennie Williams, et al. v. Ameriquest ) | |
| Mortgage Company, et al; ) | |
| Case No. 08 C 1581; ) | |
| Madison Pittman, et al. v. Ameriquest ) | |
| Mortgage Company, et al; ) | |
| Case No. 08 C 1582. ) | |

## NOTICE OF OPTING-OUT OF CLASS ACTIONS

The plaintiffs in the following federal actions hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

*Wilbert Cooley, et al. v. Ameriquest Mortgage Company, et al*; (N.D. Ill. Case No. 07-cv-7182);

*George Gray, et al. v. Ameriquest Mortgage Company, et al*; (N.D. Ill. Case No. 07-cv-7181);

*Angela Sanderson, et al. v. Ameriquest Mortgage Company, et al*; (N.D. Ill.Case No. 07-cv-7247);

Glennie Williams, et al. v. Ameriquest Mortgage Company, et al; (N.D. Ill. Case No. 08-cv-1581);

Madison Pittman, et al. v. Ameriquest Mortgage Company, et al; (N.D. Ill. Case No. 08-cv-1582).

Respectfully submitted this 10th day of April, 2008.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
(251) 990-5558 (voice)
(251) 990-0626 (fax)
epunderwood@alalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of April, 2008, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

I further certify that on this 10th day of April, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.