## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

### NOTICE OF INDIVIDUALS OPTING-OUT OF CLASS ACTION

The following parties hereby provide notice to this Court that they opt-out of any class or putative class involving their Ameriquest mortgage:

> Bob & Karen Jagoe of Bolingbrook, IL
>
> Joyce Griggs of Savannah, GA
>
> Osman & Azra Zahirovic of Chicago. IL
>
> Jose & Rose Mejia of Chicago, IL

Respectfully Submitted:

Date:   April 10, 2008          _____ /s/ Anthony P. Valach, Jr._____
                                One of their attorneys

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

## <u>CERTIFICATE OF SERVICE</u>

I, Anthony P. Valach, Jr., hereby certify that on this 10th day of April 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

By: _____ /s/ Anthony P. Valach, Jr. _____