**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge Marvin E. Aspen <br><br> APRIL 10, 2008 |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | | |

**INDIVIDUAL CLAIMANTS' STEERING COMMITTEE
STATUS REPORT ON THE STATUS OF THE MEDIATION**

In accordance with the Court's March 11, 2008 directive, the Individual Claims Steering Committee (the "Committee") submits the following report regarding the status of the mediation of the opt-out claims in the referenced matter.

All members of the Committee attended a mediation before Hon. Donald P. O'Connell of O'Connell Mediation Services on March 6, 2008. The mediation was also attended by the Ameriquest-related defendants as well as numerous (1) servicers and assignees, (2) third-party defendants, and (3) insurers. Because of the large number of attendees, it was not possible for the parties to meet together. Judge O'Connell met separately with each of the five categories of participants, with frequent visits to apprise the various participants of each others' positions.

At the mediation, the Committee members submitted a uniform approach to settling the claims of approximately 500 of their clients who have rescinded their mortgages and have already paid off their mortgage loans. The defendants agreed at the mediation that they would submit offers to those plaintiffs by April 6, 2008, but they have not done do.

The committee members agreed at the mediation to submit demands on behalf of a small sampling of their clients whose mortgages are still in place and who therefore need a loan modification or rescission, and they did so within a few weeks of the mediation. The defendants agreed at the mediation that they would respond to those demands prior to the next mediation session, which is scheduled for May 7, 2008, and counsel for Ameriquest has indicated that he expects that responses will be made by April 16, 2008.

        Respectfully Submitted, the Individual Claims Steering Committee

By: /s/Daniel S. Blinn
Daniel S. Blinn, (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457
dblinn@consumerlawgroup.com

and

/s/Charles Delbaum
Charles Delbaum
National Consumer Law Center
77 Summer Street
Boston, MA  02110

### CERTIFICATION OF SERVICE

This is to certify that on this 10th day of April, 2008, a true and correct copy of the foregoing document was filed. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn