IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 1715 <br> Lead Case No. 05-cv-07097 <br> (Centralized before the Honorable Marvin E. Aspen) |

**JOINT MEDIATION STATUS REPORT**

Based on the Court's March 11, 2008 order [Docket No. 2016], Borrower and Non-Borrower Class Plaintiffs and Defendants (the "parties") jointly submit this Mediation Status Report to apprise the Court of the progress of their settlement discussions since February 14, 2008. *See*, [Docket No. 1970] ("Joint Mediation Status Report"). The parties report the following:

1. The parties are continuing their mediation efforts. After the December 6, 2007 and January 16, 2008 mediation sessions with the Hon. Daniel Weinstein (Ret.), the parties held a telephone conference with Judge Weinstein on January 30, 2008.

2. In addition, the parties have engaged in settlement discussions on several occasions by telephone conference between formal mediation sessions.

3. The parties had scheduled a further mediation session with Judge Weinstein to be held in mid-March 2008 that was cancelled because of the unexpected death of Roland Arnall.

4. The parties are currently scheduled for another mediation session with Judge

Weinstein on June 2, 2008.

     5.     In a related state court action, *Ricci et al. v. Ameriquest Mortgage Company et al.* Case No. 05-cv-01214-JRT-FLN, (which is also included in these settlement discussions), the Court set a trial date to begin on July 14, 2008.

     6.     By a separate filing, the parties request that the Court approve their stipulation to extend pending deadlines to allow continuation of the mediation process.

                                Respectfully submitted,

Dated: April 10, 2008          By: */s/ Gary Klein, on behalf of*
                                   Attorneys for Borrower and Non-Borrower
                                   Class Plaintiffs
                                   Gary Klein
                                   Elizabeth Ryan
                                   Shennan Kavanagh
                                   RODDY KLEIN & RYAN
                                   727 Atlantic Avenue
                                   Boston, MA 02111-2810

                                   Marvin A. Miller
                                   MILLER LAW LLC
                                   115 S. LaSalle Street
                                   Suite 2910
                                   Chicago, IL 60603

                                   Kelly M. Dermody
                                   LIEFF CABRASER HEIMANN &
                                   BERNSTEIN, LLP
                                   275 Battery Street, 30th Floor
                                   San Francisco, CA 94111-3339

                                  Terry Smiljanich
                                  Jill Bowman
                                  JAMES HOYER NEWCOMBER &
                                  SMILJANICH, P.A.
                                  One Urban Center, Suite 550
                                  4830 West Kennedy Blvd., Suite 550
                                  Tampa, FL 33609

Dated: April 10, 2008              By: /s/ TJ Weigand/AMS
                                  *Attorneys for Argent Mortgage*
                                  *Company, LLC*
                                  Thomas J. Wiegand
                                  WINSTON & STRAWN LLP
                                  35 W. Wacker Drive
                                  Chicago, IL 60601-9703

Dated: April 10, 2008              By: BE Lesage/AMS
                                  Attorneys for Ameriquest Mortgage
                                  Company; AMC Mortgage Services, Inc.'
                                  Town & Country Credit Corporation;
                                  Ameriquest Capital Corporation; Town &
                                  Country Title Services, Inc.; and Ameriquest
                                  Mortgage Securities, Inc.
                                  Bernard E. LeSage
                                  Sara K. Andrus
                                  BUCKHALTER NEMER,
                                  A Professional Corporation
                                  1000 Wilshire Boulevard, Suite 1500
                                  Los Angeles, CA 90017-2457

Dated: April 10, 2008              By: /s/ Alan N. Salpeter
                                  *Attorneys specially appearing for*
                                  *Roland Arnall*
                                  Alan N. Salpeter
                                  DEWEY & LeBOEUF LLP
                                  Two Prudential Plaza, Suite 3700
                                  180 N. Stetson Avenue
                                  Chicago, IL 60601

CERTIFICATE OF SERVICE

I, Gary Klein, hereby certify that on this 10th day of April, 2008, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

/s/ Gary Klein
Gary Klein