**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: All Opt Out Actions | |

**DEFENDANTS' MEDIATION STATUS REPORT REGARDING OPT OUT CASES**

  Pursuant to this Court's Order of March 11, 2008 [Docket No. 2016], Defendants Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; ACC Capital Holdings Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc. (collectively "Defendants") provide the following status report regarding the mediation that is proceeding in the Opt Out Cases.

  The parties in the Opt Out Cases selected the Honorable Donald P. O'Connell to serve as mediator and scheduled multiple mediation sessions to take place in Chicago. The first was scheduled for February 1, 2008, the second for March 6, 2008 and the third is set to take place on May 7, 2008. Due to weather related flight cancellations into Chicago, the first session of the mediation could not take place. Nonetheless, the parties continued to work in good faith toward narrowing and organizing the issues for resolution. On February 6, 2008, Defendants' counsel, members of the Independent Claims Steering Committee ("ICSC") and other counsel for Opt Out Plaintiffs participated in a conference call with Judge O'Connell in an effort to streamline the process for the March 6, 2008 session. The parties also held communicated without Judge O'Connell's involvement to discuss preparation for the mediation process, the involvement of third party defendants and the exchange of documents.

The first in-person mediation with Judge O'Connell took place on March 6, 2008 and was attended by Opt-Out Plaintiffs, Defendants, current loan assignees, third party defendants, and insurance carriers. This session was extremely productive in setting a protocol for resolving the in excess of 830 Opt-Out claims. Judge O'Connell assigned both Plaintiffs and Defendants various projects to prepare for the next session of the mediation which both sides are in the process of completing. In addition, Defendants continue to provide documents that may facilitate settlement to both the Plaintiffs and the third party defendants.

Based on the foregoing, it is clear that the parties have made significant progress toward resolving the Opt-Out Cases. It is also clear that multiple mediation sessions may be required to achieve complete resolution.

DATED: April 10, 2008

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; ACC Capital Holdings Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 10th day of April 2008, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage