IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY, a Delaware corporation; ) <br> and ARGENT MORTGAGE ) <br> COMPANY LLC, a Delaware limited ) <br> liability company, ) <br> ) <br>     Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FAIRWAY FINANCIAL GROUP LLC., ) <br> et al. ) <br> ) <br>     Third-Party Defendants ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

## MOTION TO WITHDRAW

NOW COME Dennis E. Both and Michael J. Delrahim and moving to withdraw their appearance on behalf of third-party Defendant Fairway Financial Group LLC states as follows.

Your movants were retained by Fairway Financial Group LLC pursuant to a retention agreement which established the obligations of the parties. Fairway Financial has not performed its obligations pursuant to the agreement and the attorneys can no longer effectively represent Fairway Financial.

WHEREFORE, Dennis E. Both and Michael J. Delrahim prays this Honorable Court for leave to withdraw their appearances on behalf of Fairway Financial Group LLC in this matter.

                                                FAIRWAY FINANCIAL GROUP LLC

                                        By:   Dennis E. Both// s_____
                                                   One of their attorneys

Michael J. Delrahim
Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089