IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | Lead Case No. 05-CV-07097 (Centralized before The Honorable Marvin E. Aspen) |
| Third-Party Plaintiffs, | |
| v. | |
| FAIRWAY FINANCIAL GROUP LLC., et al. | |
| Third-Party Defendants | |

## NOTICE OF MOTION

TO: See Service List

PLEASE TAKE NOTICE that on the 22nd day of April, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marvin E. Aspen or any Judge sitting in his stead, in Room 2568, of the Dirksen Federal Building, 219 S Dearborn Street, Chicago, Illinois, and then and there present **MOTION TO WITHDRAW,** a copy of which is attached hereto and hereby served upon you.

FAIRWAY FINANCIAL GROUP LLC

By: Dennis E. Both // s_____
One of its attorneys

Michael J. Delrahim
Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn under oath, deposes and states that I served the aforementioned **MOTION TO WITHDRAW** on the following parties:

- **Electronic Notice given to all names/ parties that have appeared**

and

TO: Joseph D'Agostino
Fairway Financial Gr.
1062 Barnes Rd, Suite 304
Wellingford, CT 06492

by mailing a copy to him in a properly addressed envelope, with postage prepaid, and depositing said envelope in U.S. Mail at the corner of Halsted and Evergreen, Chicago, Illinois on the day of April 11, 2008, before the hour of 5:00 p.m.

Dennis E. Both // s