IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL NO. 1715<br><br>Lead Case No. 05 C 07097<br><br>(Centralized before Judge Aspen) |
| SARAH TUCKER,<br><br>       Plaintiff,<br><br>       v.<br><br>ARGENT MORTGAGE COMPANY and DOES 1-5,<br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br>No. 08 C 992<br><br>Judge Darrah |

## NOTICE OF MOTION

TO:  Lloyd Brooks
     15008 Woodlawn Avenue
     1st Floor
     Dolton, Illinois  60419

**AND SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Thursday, April 17, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendant's Motion For Reassignment of Related Action**, a copy of which was previously served upon you.

Dated: April11, 2008                Respectfully submitted,

                                    ARGENT MORTGAGE COMPANY, LLC,
                                    Defendant


                                    By: s/ Jonathan N. Ledsky
                                        One of its Attorneys


Craig A. Varga
Jonathan N. Ledsky
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60606
(312) 341-9400

## CERTIFICATE OF SERVICE

Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing. Notice of this filing will be sent via electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, including:

Lloyd J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
1st Floor
Dolton, Illinois 60419

The following counsel is not registered with the CM/ECF e-Filing for receipt of electronic filings and consequently was mailed copies by U.S. mail:

Michael Swistak
Swistak and Levine, P.C.
304445 Northwest Highway
Farmington, Michigan 48334-3174

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, Connecticut  06901-2047

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, Connecticut  06901

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street
Suite 28
Westborough, MA 01581

Wayne B. Holstad
30 East Seventh Street
#1690
St. Paul, Minnesota 55101

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road
Suite 200
Carle Place, New York  11514

Robert W. Smyth, Jr.
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, Illinois 60603

John Robert King
Law Office of John King
3409 N. 10th Street
Suite 100
McAllen, Texas  78601

Michael S. Deck
Law Office of John King
3409 N. 10th Street
McAllen, Texas  78501

John Cseh
12800 ShakerBoulevard
Suite U12
Cleveland, Ohio  44120

Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886

                                                      s/Jonathan N. Ledsky

4