IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Sievers, et al. v. Ameriquest Mortgage Company, et al.*, Case No. 06-1734 (N.D. Ill.) (D. Conn. Case No. 3:05-01296) | |

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**

On March 30, 2007, Ameriquest Mortgage Company ("AMQ") and Deutsche Bank National Trust Company ("Deutsche Bank") (together, "Defendants") filed a Motion to Dismiss plaintiffs Jerome and Cheryl Sievers' ("Plaintiffs") complaint for lack of standing, because Plaintiffs' claims in the action were property of their bankruptcy estate, and only the trustee had standing to prosecute the claims. [Docket No. 625.]

On April 3, 2007, this Court granted Plaintiffs' motion to substitute Ronald I. Chorches, Bankruptcy Trustee, as plaintiff in the action. [Docket Nos. 65 and 67, Case No. 06-1734.]

In light of the Court's ruling substituting Mr. Chorches as Plaintiff, Defendants hereby respectfully give notice of their withdrawal of their Motion to Dismiss, without prejudice.

1

DATED: April 11, 2008  By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; ACC Capital Holdings Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc. and Deutsche Bank National Trust Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 11th day of April 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage