**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| _____ ) | | Centralized before the Honorable |
| | ) | Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a | ) | |
| Delaware corporation; and ARGENT | ) | |
| MORTGAGE COMPANY LLC, a Delaware | ) | |
| limited liability company, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWEST TITLE AND ESCROW | ) | |
| CORPORATION, a Minnesota corporation, | ) | |
| et al., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**FURTHER MOTION FOR EXTENSION OF TIME TO REPORT
REGARDING ORGANIZATION OF THIRD-PARTY DEFENDANTS**

Certain Third-Party Defendants respectfully move for a further extension of time to submit a proposal for organization as required in the Court's February 11, 2008, Order and state:

On April 1, 2008 (Document 2062), certain Third-Party Defendants requested an extension of time through April 14, 2008, to report regarding their efforts to "develop and propose a structure that suits their needs with respect to committee(s) or subcommittee(s), counsel leadership, and specific division of responsibilities." The undersigned has been assisting in the development process and has distributed various draft forms of proposals, but the parties are not yet prepared to file a proposed structure with the Court. The undersigned will provide a proposal or status report by April 21, 2008. The undersigned respectfully requests the additional

time due to the complexity in coordinating and communicating with the large number of Third-Party Defendants.

For the reasons set forth above, the undersigned respectfully requests that the Court permit Third-Party Defendants to develop and propose their structure, as required in the Court's February 11, 2008, Order by April 21, 2008.

Respectfully submitted,

By:/s/ Keith R. Verges_____
    Keith R. Verges

Keith Verges
Mark Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

**FURTHER MOTION FOR EXTENSION OF TIME TO REPORT**
**REGARDING ORGANIZATION OF THIRD-PARTY DEFENDANTS** – Page 2

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred via telephone with many of the Third-Party Defendants via conference call and that there was no opposition to seeking a further extension of time. The undersigned therefore believes that he has notified and received no objections to this extension and that it is therefore unopposed by Third-Party Defendants.

/s/ Keith R. Verges
Keith R. Verges

## CERTIFICATE OF SERVICE

I, Keith R. Verges, hereby certify that on this 14th day of April 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Keith R. Verges
Keith R. Verges