IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | Lead Case No. 05-CV-07097 (Centralized before The Honorable Marvin E. Aspen) |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE and ESCROW CORPORATION, a Minnesota corporation, et al. | |
| Third-Party Defendants | |

## MOTION TO WITHDRAW

NOW COME Dennis E. Both and Michael J. Delrahim and moving to withdraw their appearance on behalf of third-party Defendant Envision Mortgage Solutions states as follows.

Your movants were retained by Envision Mortgage Solutions pursuant to a retention agreement which established the obligations of the parties. Envision Mortgage Solutions has not performed its obligations pursuant to the agreement and the attorneys can no longer effectively represent Envision Mortgage.

WHEREFORE, Dennis E. Both and Michael J. Delrahim prays this Honorable Court for leave to withdraw their appearances on behalf of Envision Mortgage

Solutions in this matter.

                                  ENVISION SOLUTIONS    MORTGAGE

By:   Dennis E. Both// s
       One of their attorneys

Michael J. Delrahim
Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Attorney No. 34089