UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                              Plaintiff,

v.                                                         Case No.: 1:05−cv−07097
                                                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 18, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/18/08:This court's order of 4/17/08 (Doc. No. 2112) withdrawing the motion to withdraw (2004) is vacated. Attorney Dennis E. Both and Michal J. Delrahim's motion (2004) to withdraw as counsel for defendant Fairway Financial Group LLC is reinstated. Attorneys Dennis E. Both and Michal J. Delrahim's motion to withdraw as counsel for defendant Fairway Financial Group, LLC (2004) is granted. Motion terminated. Attorney Dennis E. Both and Michael J. Delrahim terminated. The motion hearing set for 4/22/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.