**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| _____ | ) | Centralized before the Honorable |
| | ) | Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a | ) | |
| Delaware corporation; and ARGENT | ) | |
| MORTGAGE COMPANY LLC, a Delaware | ) | |
| limited liability company, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWEST TITLE AND ESCROW | ) | |
| CORPORATION, a Minnesota corporation, | ) | |
| et al., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**THIRD-PARTY DEFENDANTS' PRELIMINARY STATUS REPORT
REGARDING STRUCTURE AND DIVISION OF RESPONSIBILITIES**

## I. INTRODUCTION

On February 11, 2008, the Court ordered Third-Party Defendants to "develop and propose a structure that suits their needs with respect to committee(s) or subcommittee(s), counsel leadership and specific division of responsibilities." Third-Party Defendants have been diligently working to accomplish this goal and have reached a general consensus to appoint Liaison Counsel and four committees:

(1)     Third-Party Defendants' Steering Committee ("TPDSC");

(2)     Third-Party Defendants' Underwriters Sub-Committee;

(3)     Third-Party Defendants' Closers Sub-Committee; and

(4)     Third-Party Defendants' Brokers Sub-Committee.

In addition, Third-Party Defendants have participated in at least 14 conference calls, together with numerous conferences by smaller groups of Third-Party Defendants in order to work out details regarding the responsibility and oversight of Liaison Counsel, together with compensation of Liaison Counsel for efforts that are necessary on behalf of all Third-Party Defendants. The general consensus to date is that the undersigned will serve as Liaison Counsel with the oversight and review of TPDSC. In addition, there is a general consensus that Third-Party Defendants shall share the expenses of Liaison Counsel, to the extent those expenses are necessarily incurred on behalf of all Third-Party Defendants.

The parties have not, however, worked out all of the details, and respectfully request that the Court permit a formal submission by either agreement or any necessary competing motion(s) on May 5, 2008. In that regard, the undersigned plans to submit (1) a status report regarding the existence of any agreement, or counterproposals and objections; and (2) a motion presenting any proposal that appears to have unanimous or majority consensus.

## II.  RELIEF REQUESTED

The undersigned respectfully requests that the Court permit formal submissions with respect to structure and division of responsibilities for Third-Party Defendants on May 5, 2008, and that the Court also permit any groups of Third-Party Defendants who disagree or have competing proposals to submit their proposals on May 5, 2008.

Respectfully submitted,


By: /s/ Keith R. Verges
   Keith R. Verges

Keith Verges
Mark Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he has conferred by telephone and/or e-mail with counsel for in excess of 100 named Third-Party Defendants and the foregoing fairly presents the current status.

/s/ Keith R. Verges
Keith R. Verges

## CERTIFICATE OF SERVICE

I, Keith R. Verges, hereby certify that on this 21st day of April 2008, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Keith R. Verges
Keith R. Verges