IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>      Third-Party Plaintiffs,<br><br>    v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,<br><br>      Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**CERTAIN THIRD-PARTY DEFENDANTS' CONSOLIDATED
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Certain Third-Party Defendants respectfully file this Consolidated Unopposed Motion for Extension of Time with respect to the filing of their reply to Third-Party Plaintiffs' Opposition to Motion to Dismiss Second Amended Consolidated Third-Party Complaint (the "Reply"), which is currently due on April 25, 2008 and state:

**I.**

**INTRODUCTION & FACTUAL BACKGROUND**

On February 11, 2008, the Court entered a Memorandum Opinion Order (Document 1958 "Order") regarding case management and other issues. The Order sets forth deadlines for certain responsive pleadings and a proposal for organization of Third-Party Defendants. Specifically,

the Order states that Third-Party Defendants may file their Reply by April 25, 2008. Because Third-Party Defendants have not yet reached a consensus on a written proposal to file with the Court regarding their organization, a Further Motion for Extension of Time to Report Regarding Organization of Third-Party Defendants was filed on April 14, 2008. Due to the continued lack of consensus as to their organization, Third-Party Defendants cannot file the Reply by April 25, 2008 and respectfully request an extension to file a consolidated Reply.

## II.

### RELIEF REQUESTED

For the reasons set forth above, Third-Party Defendants respectfully request that the Court extend Third-Party Defendants' deadline to file the Reply until May 28, 2008.

Respectfully submitted,

By: /s/ Russell W. Hubbard
Russell W. Hubbard

Keith Verges
Mark Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100

**CERTAIN THIRD-PARTY DEFENDANTS' CONSOLIDATED**
**UNOPPOSED MOTION FOR EXTENSION OF TIME– Page 2**

Facsimile (312) 876-0288

*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

**CERTAIN THIRD-PARTY DEFENDANTS' CONSOLIDATED**
<u>**UNOPPOSED MOTION FOR EXTENSION OF TIME**</u>**– Page 3**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on April 22, 2008 he has conferred by telephone with Brian Newman, counsel for Third-Party Plaintiff Ameriquest Mortgage Company, who is unopposed to the filing of this motion.

/s/ Russell W. Hubbard
Russell W. Hubbard

## CERTIFICATE OF SERVICE

I, Russell W. Hubbard, hereby certify that on this 22nd day of April 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Russell W. Hubbard
Russell W. Hubbard