IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**MOTION TO MODIFY PLEADINGS AND DISCOVERY SCHEDULE**

The parties jointly move, in light of the continuing mediation and the death of Roland Arnall and the pursuant to the annexed Stipulation, to modify the schedule for pleadings and discovery in this national class action.

Wherefore, the parties request this Court to approve and adopt this schedule set forth in their Stipulation.

Dated: April 23, 2008

By: */s/ Marvin A. Miller, on behalf of*
Attorneys for Borrower and Non-Borrower
Class Plaintiffs
Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Kelly M. Dermody
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Marvin A. Miller, one of the attorneys for plaintiffs, hereby certify that on April 23, 2008, service of the foregoing ***Motion To Modify Pleadings And Discovery Schedule*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

       */s/ Marvin A. Miller*
       Marvin A. Miller

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before<br><br>The Honorable Marvin E. Aspen) |

**STIPULATION FOR STAY OF ALL
PROCEEDINGS AND AMENDED SCHEDULING ORDER**

WHEREAS, pursuant to their early agreement, the parties continued and then participated in the mediation on January 16, 2008, with Judge Daniel Weinstein (Ret.);

WHEREAS, as reported to the Court by separate Joint Mediation Status Report, the parties are continuing to exchange positions and believe that a continuance of the schedule will allow them sufficient time to explore further the possibility of settlement;

WHEREAS, the parties participated in several telephone conference calls with the mediator and were to meet in person again on March 17, 2008, but Ambassador Roland Arnall died shortly before that session and the scheduled mediation session was canceled;

WHEREAS, as a result of Mr. Arnall's passing, the Plaintiffs will need to substitute a new party defendant and, if necessary, comply with the California Probate law;

WHEREAS, the parties contemplate another in-person mediation session on June 5, 2008.

WHEREAS, Judge Weinstein has not been available to conduct another mediation session as he has been, and will continue to be, out of the country through the middle of May, 2008.

NOW THEREFORE, the parties propose continuing the stay to June 15, 2008 and amending the discovery schedule in the case to extend all dates as follows:

**Motion to Substitute Parties**

1. Defendants shall file an appropriate suggestion of death, pursuant to Federal Rule of Civil Procedure 25, on or before May 15, 2008.

2. Plaintiffs may file a motion to amend and/or for leave to substitute parties, pursuant to Federal Rule of Civil Procedure 25, on or before June 30, 2008.

3. The Defendants may oppose the motion for leave to amend and/or susbstitute parties on or before July 15, 2008.

4. Plaintiffs shall reply in support of the motion for leave to amend and/or substitute parties on or before July 31, 2008.

**Motion to Dismiss**

5. In the event the Court grants leave to amend and/or substitute a party in place of Ambassador Arnall ("Substituted Defendant"), the Substituted Defendant shall file a motion to dismiss or responsive pleading on or before August 12, 2008.

6. Plaintiffs shall oppose the Substituted Defendant's Motion to Disimiss the First Amended Consolidated Class Action Complaint by September 15, 2008.

7. The Substituted Defendant shall reply in support of its Motion to Dismiss the First Amended Consolidated Class Action Complaint by October 6, 2008.

**Fact and Expert Discovery**

8. Consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), each party shall disclose any and all affirmative experts by August 31, 2008 and any and all rebuttal experts by September 26, 2008.

9. The parties shall complete all fact and expert discovery by November 14, 2008.

**Class Certification**

10. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

IT IS SO STIPULATED:

Dated: April 23, 2008                By: */s/ Marvin A. Miller, on behalf of*
                                     Attorneys for Borrower and Non-Borrower
                                     Class Plaintiffs

                                     Marvin A. Miller
                                     MILLER LAW LLC
                                     115 S. LaSalle Street
                                     Suite 2910
                                     Chicago, IL 60603

                                     Kelly M. Dermody
                                     LIEFF CABRASER HEIMANN &
                                     BERNSTEIN, LLP
                                     275 Battery Street, 30th Floor
                                     San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Dated: April 23, 2008        By: */s/ TJ Weigand/AMS*
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: April 23, 2008        By: *BE Lesage/AMS*
Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc., Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

Bernard E. LeSage
Sara K. Andrus
BUCKHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

4

Dated: April 23, 2008 By: /s/ *Alan N. Salpeter*
*Attorneys specially appearing for*
*Roland Arnall*

Alan N. Salpeter
Vincent P. Schmeltz III
DEWEY & LeBOEUF LLP
Two Prudential Plaza, Suite 3700
180 N. Stetson Avenue
Chicago, IL 60601