**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING | ) | Lead Case No. 05 C 7097 |
| PRACTICES LITIGATION | ) | Judge Aspen |

*relating to*

| | | |
|---|---|---|
| NANCY MURRAY, | ) | |
| FRANK HERNANDEZ, | ) | |
| DAVID CECHINI, | ) | |
| ANTHONY LUKAS, | ) | |
| MELISSA MURRAY | ) | |
| JEFF RHODES, | ) | |
| JULIE RHODES, | ) | |
| CARMENCITA SIMPSON, | ) | |
| JOHNNY TREMBLE, | ) | |
| and RONALD MIHALCEAN, | ) | 05 C 1218 (N.D.Ill.) |
| | ) | Originally filed on March 1, 2005 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

*and*

| | | |
|---|---|---|
| LARRY CRANE, | ) | |
| DARRELL BRUCE, | ) | |
| DANIECE BONNER, | ) | |
| PERRIE BONNER, | ) | |
| and LORETTA WIESJAHN, | ) | |
| | ) | |
| Plaintiffs, | ) | 2 : 05 CV 323 (N.D.Ind.) |
| | ) | Originally filed on August 23, 2005 |
| v. | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO VOLUNTARILY DISMISS "FIRM OFFER OF CREDIT"
FAIR CREDIT REPORTING ACT CASES**

The individual plaintiffs in the above-entitled Fair Credit Reporting Act actions

respectfully request that this Court dismiss their actions with prejudice, with each party to bear their own costs. In support of this motion, plaintiffs state as follows:

      1.      Several plaintiffs claimed that defendant willfully violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*. ("FCRA"), by using credit information without a permissible purpose, in that prescreened mailers sent to these plaintiffs did not contain a "firm offer of credit." These claims were made in a "Consolidated Fair Credit Reporting Act Complaint" (Docket No. 706); leave to file this pleading was given by this Court on May 25, 2007 (Docket No. 791).

      2.      The United States Court of Appeals for the Seventh Circuit entered an opinion on April 16, 2008 in three "firm offer of credit" cases. *Murray v. New Cingular Wireless Services, Inc.*, 2008 U.S. App. LEXIS 8004 (7th Cir. Apr. 16, 2008). In this decision, the Court held that "neither 15 U.S.C. §1681a(*l*) nor anything else in FCRA says that the initial communication to a consumer must contain all of the important terms that must be agreed on before credit is extended." *Murray* at *9.

      3.      The plaintiffs here have alleged, based upon the mailers they received and the Seventh Circuit's prior holding in *Cole v. U.S. Capital, Inc.*, 389 F.3d 719 (7th Cir. 2004), that because defendants willfully failed to place the terms of an offer into their prescreened mailers, they should be held liable under the FCRA. However, given the Seventh Circuit's holdings in *Murray v. New Cingular Wireless Services*, that argument is no longer persuasive.

      4.      By this motion, the plaintiffs do not seek to dismiss any other claims except those stated in their "Consolidated Fair Credit Reporting Act Complaint" (Docket No. 706), or otherwise affect other matters pending in this multi-district litigation.

      WHEREFORE, consolidated plaintiffs respectfully request that this Court dismiss the actions currently pending before this Court with prejudice, with each party to bear their own costs.

        Respectfully submitted,

        /s/ Thomas E. Soule
        Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

      I, Thomas E. Soule, certify that on April 24, 2008, I had a true copy of the preceding document filed with the Court electronically and served on the following persons by operation of the Court's electronic filing system:

*Counsel for Ameriquest Mortgage Co.*
Craig A. Varga
Jonathan N. Ledsky
Joshua D. Davidson
VARGA BERGER LEDSKY HAYES & CASEY
224 S. Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-2900 (fax)
cvarga@vblhc.com
jledsky@vblhc.com
jdavidson@vblhc.com

        /s/ Thomas E. Soule
        Thomas E. Soule