**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL No. 1715 |
| MORTGAGE LENDING | ) | Lead Case No. 05 C 7097 |
| PRACTICES LITIGATION | ) | Judge Aspen |

*relating to*

| | | |
|---|---|---|
| NANCY MURRAY, | ) | |
| FRANK HERNANDEZ, | ) | |
| DAVID CECHINI, | ) | |
| ANTHONY LUKAS, | ) | |
| MELISSA MURRAY | ) | |
| JEFF RHODES, | ) | |
| JULIE RHODES, | ) | |
| CARMENCITA SIMPSON, | ) | |
| JOHNNY TREMBLE, | ) | |
| and RONALD MIHALCEAN, | ) | 05 C 1218 (N.D.Ill.) |
| | ) | Originally filed on March 1, 2005 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

*and*

| | | |
|---|---|---|
| LARRY CRANE, | ) | |
| DARRELL BRUCE, | ) | |
| DANIECE BONNER, | ) | |
| PERRIE BONNER, | ) | |
| and LORETTA WIESJAHN, | ) | |
| | ) | |
| Plaintiffs, | ) | 2 : 05 CV 323 (N.D.Ind.) |
| | ) | Originally filed on August 23, 2005 |
| v. | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**To:** Counsel of Record (see certificate of service)

     **PLEASE TAKE NOTICE** that on Tuesday, May 6, 2008 at 10:30 a.m., we shall appear before the Honorable Judge Aspen in Room 2568 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or any Judge sitting in his stead, and then and there present **MOTION TO VOLUNTARILY DISMISS FIRM OFFER OF CREDIT FAIR CREDIT REPORTING ACT CASES**, a copy of which is attached hereto and hereby served upon you.

                                                              s/ Thomas E. Soule  
                                                               Thomas E. Soule

Daniel A. Edelman  
Cathleen M. Combs  
James O. Latturner  
Thomas E. Soule  
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC  
120 South LaSalle Street, 18th Floor  
Chicago, Illinois 60603  
(312) 739-4200  
(312) 419-0379 (FAX)  
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

  I, Thomas E. Soule, certify that on April 24, 2008, I had a true copy of the preceding document, and the motion referred to therein, filed with the Court electronically and served on the following persons by operation of the Court's electronic filing system:

*Counsel for Ameriquest Mortgage Co.*
Craig A. Varga
Jonathan N. Ledsky
Joshua D. Davidson
VARGA BERGER LEDSKY HAYES & CASEY
224 S. Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-2900 (fax)
cvarga@vblhc.com
jledsky@vblhc.com
jdavidson@vblhc.com

                s/ Thomas E. Soule
                Thomas E. Soule