# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                Plaintiff,

v.                                           Case No.: 1:05−cv−07097
                                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen:Certain third−party defendants' consolidated Motion for extension of time [2062] and stay is granted in part and denied in part. Motion terminated. Third−party defendants motion for extension of time to file submission regarding organization under the Court's Order until 4/15/08 is granted. The motion to stay all further motions to dismiss, answer and participation in mediation until a ruling on the motion to dismiss is denied. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.