UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ameriquest Mortgage Company, et al.
                                      Plaintiff,

v.                                                Case No.: 1:05−cv−07097
                                                         Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/25/08:Certain third−party defendants' consolidated unopposed Motion (2117) for extension of time to file reply regarding MOTION by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to dismiss *Second Amended Consolidated Third−Party complaint [2034] until 5/28/08, is granted. Motion terminated.Judicial staff mailed notice(gl, )*

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.