**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO Docket No. 2121 | |

**STATEMENT IN RESPONSE TO PLAINTIFFS' MOTION TO VOLUNTARILY
DISMISS "FIRM OFFER OF CREDIT" FAIR CREDIT REPORTING ACT CASES**

    Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation and Town & Country Credit Corporation (hereinafter collectively "Defendants") do not oppose the individual Plaintiffs' Motion to Voluntarily Dismiss "Firm Offer of Credit" Fair Credit Reporting Act Cases (Docket # 2121). Defendants concur that all Fair Credit Reporting Act ("FCRA") cases against them which allege that Defendants' mailers violated the FCRA firm offer of credit requirements are now without merit and should be dismissed based upon the Seventh Circuit's holding in *Murray v. New Cingular Wireless Services, Inc.*, 2008 U.S. App. LEXIS 8004 at * 3-10 (7th Cir. April 14, 2008).

    In *Murray*, the 7th Circuit held that FCRA does not require a "valuable" firm offer of credit, only a firm offer of credit as defined in 15 U.S.C. §1681a(l). *Murray*, 2008 U.S. App. LEXIS 8004 at *5. The Seventh Circuit found that *Cole v. U.S. Capital*, 389 F.3d 719 (7th Cir. 2004), the case upon which Plaintiffs in this type of FCRA litigation rely, "is beside the point for pure offers of credit" such as mortgages. *Murray*, 2008 U.S. App. LEXIS 8004 at *5. The Seventh Circuit further held that firm offer of credit mailers offering mortgages need not contain all material terms as Plaintiffs have contended based upon Cole. Id. at *7-10. Rather, the

1

2

question is "whether the offer will be honored (if the verification checks out), not whether ll terms appear in an initial mailing." Id. at *9-10.

Based upon the 7th Circuit's holdings in *Murray*, and the similar holdings of the First Circuit in *Sullivan v. Greenwood Credit Union*, 520 F.3d 70 (1st Cir. March 19, 2008), all of the cases set forth in the individual Plaintiffs' instant motion should be dismissed, as should all other cases in which Defendants are accused of violating the FCRA firm offer of credit requirements (including the Non-Borrower Consolidated Class Action Complaint – Docket #323).

DATED: April 29, 2008

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company, Ameriquest Capital Corporation and Town & Country Credit Corporation*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

3

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on this 29th day of April 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            By: /s/ Bernard E. LeSage

BN 1915764v1