**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715 Lead Case No. 05-cv-07097 Centralized before Judge Marvin E. Aspen |
| SANDRA HARRIS and NORMAN HARRIS, Plaintiffs, v. TOWN & COUNTRY CREDIT CORP., BEAR STEARNS MORTGAGE CAPITAL CORPORATION, EMC MORTGAGE CORPORATION, TRISTAR TITLE, LLC, and DOES 1–5, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | THIS DOCUMENT RELATES TO No. 06-CV-3048 ONLY |

**LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendant LaSalle Bank National Association, as Trustee For Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset-Backed Certificates, Series 2005-TC1 ("LaSalle Bank, as Trustee"), incorrectly sued as Bear Stearns Mortgage Capital Corporation, by its attorneys, moves by agreement pursuant to Fed. R. Civ. P. 6(b) for an enlargement of the time for it to answer or otherwise plead to Plaintiffs' Amended Complaint, and in support of its unopposed motion states the following:

1.      Plaintiffs' Amended Complaint ("Complaint") was served on April 8, 2008.

2. Counsel for LaSalle Bank, as Trustee was only recently retained and requires additional time to properly investigate the allegations in this matter and formulate an appropriate response.

3. On April 29, 2008, counsel for LaSalle Bank, as Trustee contacted Plaintiffs' counsel in order to obtain an enlargement of time to answer or otherwise plead to Plaintiffs' Complaint.

4. Plaintiffs' counsel has kindly consented to allow LaSalle Bank, as Trustee an extension of time of up to and including May 27, 2008, within which to answer or otherwise plead to Plaintiffs' Complaint.

5. This request for an extension is not meant for the purposes of undue delay and no party will be prejudiced by this extension.

WHEREFORE, defendant LaSalle Bank National Association, as Trustee For Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset-Backed Certificates, Series 2005-TC1 requests that this Court grant it an enlargement of time up to and including May 27, 2008, in which to answer or otherwise plead to Plaintiffs' Amended Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Dated: April 29, 2008 Respectfully submitted,

**LASALLE BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR
CERTIFICATEHOLDERS OF BEAR
STEARNS ASSET BACKED SECURITIES I
LLC ASSET-BACKED CERTIFICATES,
SERIES 2005-TC1**

By: s/ Margaret J. Rhiew
Richard E. Gottlieb (rgottlieb@dykema.com)
Margaret J. Rhiew (mrhiew@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax:    312-627-2302

and

Regina J. McClendon
John B. Sullivan
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: 415-398-3344
Fax:    415-956-0439
Email: rjm@severson.com
Email: jbs@severson.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **April 29, 2008**, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Irina V. Frye

CHICAGO\2444727.2
ID\IVF