**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715 Lead Case No. 05-cv-07097 <br><br> Centralized before Judge Marvin E. Aspen |
| SANDRA HARRIS and NORMAN HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> TOWN & COUNTRY CREDIT CORP., BEAR STEARNS MORTGAGE CAPITAL CORPORATION, EMC MORTGAGE CORPORATION, TRISTAR TITLE, LLC, and DOES 1–5, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | THIS DOCUMENT RELATES TO No. 06-CV-3048 ONLY |

**NOTICE OF MOTION**

**TO:** ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Thursday, May 8, 2008,** at **10:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Marvin E. Aspen** or any judge sitting in his stead in **Room 2568** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present the Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiffs' Complaint filed by LaSalle Bank National Association, as Trustee For Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset-Backed Certificates, Series 2005-TC1, incorrectly sued as Bear Stearns Mortgage Capital Corporation.

Dated: April 29, 2008         **LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET-BACKED CERTIFICATES, SERIES 2005-TC1**

By:   s/ Margaret J. Rhiew
      Richard E. Gottlieb (rgottlieb@dykema.com)
      Margaret J. Rhiew (mrhiew@dykema.com)
      DYKEMA GOSSETT PLLC
      10 South Wacker Drive, Suite 2300
      Chicago, IL 60606
      Phone: 312-876-1700
      Fax:    312-627-2302

      and

      Regina J. McClendon
      John B. Sullivan
      SEVERSON & WERSON
      A Professional Corporation
      One Embarcadero Center, 26th Floor
      San Francisco, California 94111
      Phone: 415-398-3344
      Fax:    415-956-0439
      Email: rjm@severson.com
      Email: jbs@severson.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 29, 2008**, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Irina V. Frye

CHICAGO\2444729.1
ID\IVF