**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**ORDER**

Counsel for Defendants and Borrower and Non-Borrower Class Plaintiffs having so stipulated, and the Court having considered the Stipulation, IT IS ORDERED that:

1. This Order relates only to the Borrower and Non-Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding;

2. Defendants shall file an appropriate suggestion of death, pursuant to Federal Rule of Civil Procedure 25, on or before May 15, 2008.

3. Plaintiffs may file a motion to amend and/or for leave to substitute parties, pursuant to Federal Rule of Civil Procedure 25, on or before June 30, 2008.

4. The Defendants may oppose the motion for leave to amend and/or susbstitute parties on or before July 15, 2008.

5. Plaintiffs shall reply in support of the motion for leave to amend and/or substitute parties on or before July 31, 2008.

**Motion to Dismiss.**

6.       In the event the Court grants leave to amend and/or substitute a party in place of Ambassador Arnall ("Substituted Defendant"), the Substituted Defendant shall file a motion to dismiss or responsive pleading on or before August 12, 2008.

7.       Plaintiffs shall oppose the Substituted Defendant's Motion to Disimiss the First Amended Consolidated Class Action Complaint by September 15, 2008.

8.       The Substituted Defendant shall reply in support of its Motion to Dismiss the First Amended Consolidated Class Action Complaint by October 6, 2008.

**Fact and Expert Discovery**

9.       Consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), each party shall disclose any and all affirmative experts by August 31, 2008 and any and all rebuttal experts by September 26, 2008.

10.      The parties shall complete all fact and expert discovery by November 14, 2008.

**Class Certification**

11.      Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery.  Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

12.      The stay of all proceedings in this matter is continued to March 31, 2008;

13.      Plaintiffs' Opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on March 31, 2008;

14. Defendants' Reply to Plaintiffs' Opposition to Ambassador Roland Arnall's Motion To Dismiss First Amended Class Action Complaint will be due on April 7, 2008;

15. All fact and expert discovery shall be completed by June 30, 2008;

16. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by April 25, 2008.

18. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by May 26, 2008; and

19. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

**IT IS SO ORDERED.**

Dated: May 6, 2008

_____
The Honorable Morton Denlow
The Honorable Marvin E. Aspen