# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 05 CV 07097 |
| In Re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation, et al.<br>v.<br>Liberty Title and Escrow Co., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Liberty Title & Escrow Co.,

---

**NAME (Type or print)**
Dennis E. Both

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
s/ Dennis E. Both

**FIRM**
Brown, Udell & Pomerantz

**STREET ADDRESS**
1332 N Halsted Street, #100

**CITY/STATE/ZIP**
Chicago, IL 60622

**ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER**
(312) 475-9900

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ✓   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐