IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | Lead Case No. 05-CV-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| Third-Party Plaintiffs, | ) ) | This Document Relates To:<br>Garcia V. Argent Mortgage |
| v. | ) ) | 06-CV-1829 |
| LIBERTY TITLE & ESCROW CO., et al. | ) ) ) | |
| Third-Party Defendants | ) ) ) | |

## NOTICE OF FILING

TO:  See Service List

**PLEASE TAKE NOTICE** that on the 8th day of May, 2008, I filed with the United States District Court for the Northern District of Illinois, Chicago, Illinois an **APPEARANCE**, a copy of which is attached hereto and is hereby served upon you.

                LIBERTY TITLE & ESCROW CO.,

          By:  _s/ Dennis E. Both_____
                One of their attorneys

Dennis E. Both
**BROWN, UDELL & POMERANTZ, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900
Atty. No. 34089

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn under oath, deposes and states that I served the aforementioned **NOTICE OF FILING AN APPEARANCE** on the following parties:

### SERVICE LIST:

- **Electronic Notice given to all names/ parties that have appeared**

Dennis E. Both // s