# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION** | **MDL No. 1715**<br><br>**Lead Case No. 05-cv-07097**<br><br><br><br>**Centralized before Judge Marvin E. Aspen** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Julien v. Ameriquest Mortgage Co., N. D. Ill., Case No. 06-cv-04037; Jones v. Argent Mortgage Co., N.D. Ill., Case No. 06-CV-04038; Lindsey v. Ameriquest Mortgage Co., N.D. Ill., Case No. 07-CV-00308; Coleman v. Ameriquest Mortgage Co., N.D. Ill., Case No. 07-CV-03577; Westmoreland v. Ameriquest Mortgage Co., N.D. Ill., Case No. 07-CV-04872.** | |

## NOTICE BY INDIVIDUAL OPT-OUT PLAINTIFFS
## OF ATTORNEY CHARLES M. BAIRD'S CHANGE OF ADDRESS

Individual opt-out Plaintiffs in the above-styled related actions give notice that effective immediately their attorney Charles M. Baird has changed his address to that given below.

(Signature follows.)

s/Charles M. Baird
Charles M. Baird
Georgia Bar No. 032500

Attorney at Law
1270 Caroline Street, Suite D120-440
Atlanta, Georgia 30307-2758
(404) 522-9845
Fax: (404) 627-7056
E-mail: charlesmbaird@att.net

Attorney for Plaintiffs in the
Related Actions Styled Above

## CERTIFICATE OF SERVICE

I certify that on May 9, 2008, the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Charles M. Baird
Charles M. Baird