**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO DOCKET #859 | Centralized before The Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE CO., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, et al. <br><br> Third-Party Defendants | |

## MOTION TO STAY OF DISCOVERY WITH RESPECT TO THE THIRD PARTY COMPLAINT (DOCKET #859)

The parties to the Third Party Complaint (Docket #859) jointly move, pursuant to the annexed Stipulation For Stay of Discovery Proceedings with Respect to the Third Party Complaint (Docket #859), to stay the discovery proceedings in connection with the Third Party Complaint until after the upcoming mediation on June 5, 2008.

Wherefore the parties request the Court to approve the Stipulation and the discovery schedule set forth therein.

Dated: May 12, 2008

- 2 -

By: /s/ Bernard E. LeSage
    Attorneys for Defendant and
    Third Party Plaintiff Ameriquest
    Mortgage Company

    Bernard E. Le Sage
    Sarah K. Andrus
    BUCHALTER NEMER
    A Professional Corporation
    1000 Wilshire Blvd., Suite 1500
    Los Angeles, CA 90017-2457

BN 1930295v1

**CERTIFICATE OF SERVICE**

    I, Bernard E. LeSage, hereby certify that on this 12th day of May 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                    By: /s/ Bernard E. LeSage