**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715  Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO DOCKET #859 | ) ) ) ) ) ) ) | Centralized before The Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE CO., Third-Party Plaintiff, v. TRANS UNION, LLC, et al. Third-Party Defendants | ) ) ) ) ) ) ) ) ) ) | |

**STIPULATION FOR STAY OF DICOVERY PROCEEDINGS WITH RESPECT TO
THE THIRD PARTY COMPLAINT (DOCKET #859)**

WHEREAS in or around July 2007, Ameriquest Mortgage Company ("AMQ") filed a Third Party Complaint (Docket # 859) against Trans Union Corporation, Trans Union LLC, ChoicePoint Precision Marketing, LLC and Equifax Information Services, LLC, successor in interest to Equifax Information Services Inc. and Equifax Credit Marketing Services (hereinafter collectively the "Third Party Defendants"). AMQ's Third Party Complaint alleges that the Third Party Defendants failed in their obligations to AMQ to assist AMQ in complying with the firm offer of credit requirements of the Fair Credit Reporting Act ("FCRA"), thereby causing AMQ to

be sued by the Non-Borrower Plaintiffs in the Non-Borrower Consolidated Class Action Complaint (Docket #323);

WHEREAS in or around March 2008, the Court denied in part, and granted in part the Third Party Defendants' motions to dismiss the Third Party Complaint;

WHEREAS at various times in March and April 2008, AMQ and the Third Party Defendants propounded discovery upon each other related to the Third Party Complaint;

WHEREAS on or about April 14, 2008 the Seventh Circuit issued its decision in *Murray v. New Cingular Wireless Services, Inc.*, 2008 U.S. App. LEXIS 8004 (7th Cir. 2008). In *Murray*, the Seventh Circuit clarified the state of the law with regard to firm offers of credit mailers under the FCRA;

WHEREAS based upon *Murray* this Court granted the individual plaintiffs' motions to dismiss their FCRA firm offer of credit cases (*See* Docket # 2134);

WHEREAS this Court has, at various times, issued a Stipulation for Stay of all Proceedings and Amended Scheduling Order so that the parties could participate in mediation before Judge Daniel Weinstein (Ret.). The next mediation before Judge Weinstein is scheduled for June 5, 2008;

WHEREAS the parties desire to stay all discovery with respect to the Third Party Complaint (Docket #859) until after the June 5, 2008 mediation;

NOW THEREFORE, based upon the foregoing developments, AMQ and the Third Party Defendants stipulate and agree that:

    1.    All discovery with respect to the Third Party Complaint (Docket #859) is stayed until June 6, 2008;

///

2. Responses to all currently pending/outstanding discovery shall be due on July 7, 2008.

**IT IS SO STIPULATED**:

Dated: May 12, 2008

By: /s/ Bernard E. LeSage
 Attorneys for Defendant and
 Third Party Plaintiff Ameriquest
 Mortgage Company

 Bernard E. Le Sage
 Sarah K. Andrus
 BUCHALTER NEMER
 A Professional Corporation
 1000 Wilshire Blvd., Suite 1500
 Los Angeles, CA 90017-2457

Dated: May 12, 2008

By: /s/ Laurie S. Fulton
 Attorneys for Third Party Defendant
 ChoicePoint Precision Marketing, LLC

 Laurie S. Fulton
 Williams & Connolly
 725 Twelfth Street N.W.
 Washington, D.C. 20005

Dated: May 12, 2008

By: /s/ Robert Schuckit
 Attorneys for Third Party Defendants
 Trans Union Corporation and Trans
 Union, LLC

 Robert Schuckit
 Schuckit & Associates
 30th Floor Market Tower
 10 W. Market Street, Suite 3000
 Indianapolis, IN 46204

Dated:  May 12, 2008

By: /s/ Michael Breslin
Attorneys for Third Party Defendants
Equifax Information Services, LLC,
successor in interest to Equifax
Credit Information Services, Inc. and
Equifax Credit Marketing Services

Michael Breslin
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

BN 1928855v1

**CERTIFICATE OF SERVICE**

  I, Bernard E. LeSage, hereby certify that on this 12th day of May 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 By: /s/ Bernard E. LeSage