UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Honorable Marvin E. Aspen <br> Senior Judge <br><br> Honorable Morton Denlow <br> U.S. Magistrate Judge |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NORTHERN TITLE AND ESCROW CORPORATION, a Minnesota corporation, *et al.*, <br><br> Third-Party Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.17, Third-Party Defendant THE MATLUSKY FIRM, LLC respectfully requests that Gary T. Jansen and Nicole D. Milos of Cremer Kopon Shaughnessy & Spina LLC be granted leave to file substitute appearances on behalf of said Third-Party Defendant and, further, that Carrie A. Durkin and Bradford A. LeHew of Litchfield Cavo LLP be granted leave to withdraw.

Respectfully submitted,

s/ Gary T. Jansen
One of the Attorneys for Third-Party Defendant

Gary T. Jansen
CREMER KOPON SHAUGHNESSY & SPINA
180 North La Salle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800 – Telephone
(312) 726-3818 – Facsimile
ARDC No. 1688081
Document No. 192113

## **CERTIFICATION**

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

I hereby certify that on May 12, 2008, I caused to be electronically filed Third-Party Defendant MATLUSKY FIRM LLC's Motion for Leave to Withdraw and for Substitution of Counsel pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Gary T. Jansen
Gary T. Jansen, ARDC No. 1688081
Attorney for Third-Party Defendant
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 726-3800
Facsimile: (312 726-3818
gjansen@cksslaw.com
