## CERTIFICATION

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

    I hereby certify that on May 12, 2008, I caused to be electronically filed Third-Party Defendant BARUTI, SCOLA & SMITH P.C. f/k/a LAW OFFICES OF BORNER, SCOLA, BARUTI & VANCINI P.C.'s Motion for Leave to Withdraw and for Substitution of Counsel pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Gary T. Jansen
Gary T. Jansen, ARDC No. 1688081
Attorney for Third-Party Defendant
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 726-3800
Facsimile: (312 726-3818
gjansen@cksslaw.com
