IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 Lead Case No. 05 C 7097 Judge Aspen |

*relating to*

| | | |
|---|---|---|
| JOHNNY TREMBLE, | ) ) | |
| Plaintiff, | ) ) | 05 C 2625 (N.D. Ill.) Originally filed on May 2, 2005 |
| v. | ) ) | |
| TOWN & COUNTRY CREDIT CORPORATION, | ) ) | |
| Defendant. | ) | |

*and*

| | | |
|---|---|---|
| ROSE MAYFIELD, | ) ) | |
| Plaintiff, | ) ) | 05 C 6158 (N.D.Ill.) Originally filed on October 25, 2005 |
| v. | ) ) | |
| TOWN & COUNTRY CREDIT CORPORATION, | ) ) | |
| Defendant. | ) | |

**MOTION TO VOLUNTARILY DISMISS "FIRM OFFER OF CREDIT"
FAIR CREDIT REPORTING ACT CASES**

The individual plaintiffs in the above-entitled Fair Credit Reporting Act actions respectfully request that this Court dismiss their actions with prejudice, with each party to bear their own costs. In support of this motion, plaintiffs state as follows:

1. Several plaintiffs claimed that defendant willfully violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*. ("FCRA"), by using credit information without a permissible purpose, in that prescreened mailers sent to these plaintiffs did not contain a "firm offer of credit."

2. The United States Court of Appeals for the Seventh Circuit entered an opinion on April 16, 2008 in three "firm offer of credit" cases. *Murray v. New Cingular Wireless Services, Inc.*, 2008 U.S. App. LEXIS 8004 (7th Cir. Apr. 16, 2008). In this decision, the Court held that "neither 15 U.S.C. §1681a(*l*) nor anything else in FCRA says that the initial communication to a consumer must contain all of the important terms that must be agreed on before credit is extended." *Murray* at *9.

3. The plaintiffs here have alleged, based upon the mailers they received and the Seventh Circuit's prior holding in *Cole v. U.S. Capital, Inc.*, 389 F.3d 719 (7th Cir. 2004), that because defendants willfully failed to place the terms of an offer into their prescreened mailers, they should be held liable under the FCRA. However, given the Seventh Circuit's holdings in *Murray v. New Cingular Wireless Services*, that argument is no longer persuasive.

4. By this motion, the plaintiffs do not seek to dismiss any other claims except those of case No. 05 C 2625 (N.D. Ill.) and 05 C 6158 (N.D. Ill.), or otherwise affect other matters pending in this multi-district litigation.

5. A substantively identical motion was granted by this Court on May 5, 2008 (Docket No. 2134).

WHEREFORE, plaintiffs respectfully request that this Court dismiss the actions currently pending before this Court with prejudice, with each party to bear their own costs.

        Respectfully submitted,

        /s/ Daniel A. Edelman
        Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, certify that on May 21, 2008, I had a true copy of the preceding document filed with the Court electronically and served on the following persons by operation of the Court's electronic filing system:

*Counsel for Ameriquest Mortgage Co.*
Craig A. Varga
Jonathan N. Ledsky
Joshua D. Davidson
VARGA BERGER LEDSKY HAYES & CASEY
224 S. Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-2900 (fax)
cvarga@vblhc.com
jledsky@vblhc.com
jdavidson@vblhc.com

                                                    /s/ Daniel A. Edelman
                                                    Daniel A. Edelman