IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) | MDL No. 1715 | |
| MORTGAGE LENDING ) | Lead Case No. 05 C 7097 | |
| PRACTICES LITIGATION ) | Judge Aspen | |

*relating to*

| | | |
|---|---|---|
| JOHNNY TREMBLE, ) | | |
| CARMENCITA SIMPSON, ) | | |
| and TAMMY WASHINGTON, ) | | |
| ) | 05 C 2625 (N.D. Ill.) | |
| Plaintiffs, ) | Originally filed on May 2, 2005 | |
| ) | | |
| v. ) | | |
| ) | | |
| TOWN & COUNTRY CREDIT CORPORATION, ) | | |
| ) | | |
| Defendant. ) | | |

*and*

| | | |
|---|---|---|
| ROSE MAYFIELD, ) | | |
| and LARRY DRANE, ) | | |
| ) | | |
| Plaintiffs, ) | 05 C 6158 (N.D.Ill.) | |
| ) | Originally filed on October 25, 2005 | |
| v. ) | | |
| ) | | |
| TOWN & COUNTRY CREDIT CORPORATION, ) | | |
| ) | | |
| Defendant. ) | | |

## NOTICE OF MOTION

**TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Tuesday, May 27, 2008 at 10:30 a.m., we will appear before the Honorable Marvin Aspen in Room 2568 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or another Judge sitting in his stead, and then and there present **MOTION TO VOLUNTARILY DISMISS "FIRM OFFER OF CREDIT"FAIR CREDIT REPORTING ACT CASES**, copies of which are attached hereto and hereby served upon you.

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, certify that on May 21, 2008, I had a true copy of the preceding document filed with the Court electronically and served on the following persons by operation of the Court's electronic filing system:

*Counsel for Ameriquest Mortgage Co.*
Craig A. Varga
Jonathan N. Ledsky
Joshua D. Davidson
VARGA BERGER LEDSKY HAYES & CASEY
224 S. Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-2900 (fax)
cvarga@vblhc.com
jledsky@vblhc.com
jdavidson@vblhc.com

                                                  s/ Daniel A. Edelman
                                                  Daniel A. Edelman