# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 5/28/2008 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co., et al | | |

**DOCKET ENTRY TEXT**

Third-party defendant The Matlusky Firm, LLC's motion (2149) for leave to withdraw and for substitution of counsel is granted. Gary T. Jansen and Nicole D. Milos of Cremer Kopon Shaughnessy & Spina LLC are granted leave to file their appearance on behalf of third-party defendant The Matlusky Firm, LLC, and Carrie A. Durkin and Bradford A. LeHew of Litchfield Cavo LLP are granted leave to withdraw as counsel.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|