# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 5/28/2008 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co., et al | | |

**DOCKET ENTRY TEXT**

Third-party defendant Bartuti, Scola & Smith, P.C. f/k/a Law Offices of Borner, Scola, Baruti & Vancin P.C.'s motion (2150) for leave to withdraw and for substitution of counsel is granted. Gary T. Jansen and Nicole D. Milos of Cremer Kopon Shaughnessy & Spina LLC are granted leave to file their appearance on behalf of third-party defendants Baruti, Scola & Smith P.C. f/k/a Law offices of Borner, Scola, Baruti & Vancini P.C., and Juanita B. Rodriguez and Joseph R. Marconi of Johnson & Bell, Ltd., are granted leave to withdraw as counsel.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|