UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF INDIVIDUALS OPTING-OUT OF CLASS ACTION

The following parties hereby provide notice to this Court that they opt-out of any class or putative class involving their Ameriquest mortgage:

Juan Baez & Cruz Rivera of Melrose Park, IL

Pedro & Celia Banuelos of Wheeling, IL

Luisa & Jorge Bolo of River Grove, IL

Trayvass & Michelle Gallant of Kernersville, NC

Johanna Guyton of Chicago, IL

Julie Noradin of Chicago, IL

Selvin & Beatrice Quire of Evanston, IL

Rose Terry of Evanston, IL

Terry Watt & Roy Parnell of Chicago, IL

Respectfully Submitted:

Date: May 30, 2008

/s/ Anthony P. Valach, Jr.
One of their attorneys

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802

F: (312) 960-1936
lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

## CERTIFICATE OF SERVICE

    I, Anthony P. Valach, Jr., hereby certify that on this 30th day of May 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


                                     By:    /s/ Anthony P. Valach, Jr.