IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al.,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORP., a Minnesota corporation, et al.,<br><br>    Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | |

**NOTICE OF CORPORATE DISSOLUTION OF THIRD-PARTY DEFENDANT
LAKE FRONT MORTGAGE, INC.
and
MOTION TO WITHDRAW AS COUNSEL**

Counsel for Third-Party Defendant Lake Front Mortgage, Inc. hereby notifies this Honorable Court, the Third-Party Plaintiffs and the Third-Party Defendants herein that Third-Party Defendant Lake Front Mortgage, Inc., an Ohio corporation, Charter No. 1150952, has filed a Certificate of Dissolution, Doc. No. 200803100864, with the Ohio Secretary of State, a copy of which is attached hereto, as Exhibit A. Accordingly, the corporation has ceased to exist. Counsel has been informed by the former President of Lake Front Mortgage, Inc. that the corporation had no property, funds or other assets when it ceased to exist.

Lake Front Mortgage, Inc. was named as a Third-Party Defendant in only one transaction and that claim has absolutely no merit, as set forth in Third-Party Defendant Lake Front Mortgage, Inc.'s Motion to Dismiss, filed on December 5, 2007.

Counsel for the now defunct Third-Party Defendant Lake Front Mortgage, Inc. hereby moves this Honorable Court for an Order permitting him to withdraw as counsel. Counsel has received a letter, a copy of which is attached hereto as Exhibit B, from the former President of Third-Party Defendant Lake Front Mortgage, Inc., instructing him to cease all legal activity on behalf of the now defunct corporation.

Respectfully submitted,

s/Gerald R. Walton_____
Gerald R. Walton, Esq. (0003914)
Gerald R. Walton & Associates
2800 Euclid Avenue, Suite 320
Cleveland, OH. 44115
(216) 621-1230, (216) 621-3039 (fax)
GRWalton49@aol.com
Attorney for Third-Party Defendant
 Lake Front Mortgage, Inc.

**CERTIFICATE OF SERVICE**

I, Gerald R. Walton, Attorney for Third-Party Defendant Lake Front Mortgage, Inc., hereby certify that on May 30, 2008, I electronically filed the foregoing Notice of Corporate Dissolution of Third-Party Defendant Lake Front Mortgage, Inc. and Motion to Withdraw as Counsel with the Clerk of the Court by utilizing the CM/ECF system which sends notice of filing to all counsel of record.

s/Gerald R. Walton_____