

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 02/01/2008 | 200803100864 | DOMESTIC/DISSOLUTION (DIS) | 50.00 | .00 | .00 | .00 | .00 |

## Receipt
This is not a bill. Please do not remit payment.

JOHN C CSEH
26909 MIDLAND RD
BAY VILLAGE, OH 44140

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

**1150952**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**LAKE FRONT MORTGAGE, INC.**

and, that said business records show the filing and recording of:

Document(s)
**DOMESTIC/DISSOLUTION**

Document No(s):
**200803100864**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 25th day of January, A.D. 2008.

*Jennifer Brunner*

Ohio Secretary of State

Page 1



Prescribed by:
The Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.sos.state.oh.us
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| Mail Form to one of the Following: |
| ○ Yes   PO Box 1390  Columbus, OH 43216  *** Requires an additional fee of $100 *** |
| ⦿ No    PO Box 1329  Columbus, OH 43216 |

# CERTIFICATE OF DISSOLUTION BY SHAREHOLDERS, DIRECTORS, OR INCORPORATORS
(Domestic Profit)
(Filing Fee $50.00)

**(CHECK ONLY ONE (1) BOX)**

(1) ☑ Shareholders (150-DISS)    (2) ☐ Directors (137-DISD)    (3) ☐ Incorporators (138-DISI)

Complete the general information in this section for the box checked above.

LAKE FRONT MORTGAGE, INC.
(Exact Name of Corporation)
1150952
(Charter Number)

JOHN T. CSEH                      , who is    PRESIDENT
(Name)                                          (Title)

of the above named Ohio corporation, articles of incorporation of which were filed in the office of the secretary of state on ___April 25, 2000___ do hereby certify that:
(Date)

**Effective Date (Optional)** _____ Date specified can be no more than 90 days after date of filing. If a date is
                                (mm/dd/yyyy)    specified, the date must be a date on or after the date of filing.

The place where its principal office in Ohio is or is to be located is:

BAY VILLAGE                       , Ohio    Cuyahoga
(City, Township or Village)                    (County)

The name and Ohio address of statutory agent is:

JOHN T. CSEH
(Name)
26909 MIDLAND RD.
(Street)            NOTE: P.O. Box Addresses are NOT acceptable.

BAY VILLAGE                       , Ohio    44140
(City)                                        (Zip Code)

NOTE: If the statutory agent listed has changed or differs from the agent currently appearing on the corporate records in the secretary of state's office, the named agent must acknowledge and accept the appointment as statutory agent.

## ACCEPTANCE OF APPOINTMENT

The Undersigned, JOHN T. CSEH _____, named herein as the
Statutory agent for the corporation named herein, hereby acknowledges and accepts the appointment of statutory agent for said corporation.

Signature: _____
              (Statutory Agent)

561                              Page 1 of 5                     Last Revised: June 2004

Page 2

**Complete the information in this section if box (1) or (2) is checked.**

The names and complete street addresses of the DIRECTORS are:
*Note: P.O. Box Addresses are NOT acceptable.*

| Name | Street | City & State | Zip Code |
|---|---|---|---|
| JOHN T. CSEH | 26909 MIDLAND RD., | BAY VILLAGE, OHIO | 44140 |

The names and complete street addresses of the OFFICERS are:
*Note: P.O. Box Addresses are NOT acceptable.*

| Name | Street | City & State | Zip Code |
|---|---|---|---|
| JOHN T. CSEH | 26909 MIDLAND RD. | BAY VILLAGE, OHIO | 44140 |

**Complete the information in this section if box (1) is checked.**

The undersigned have been authorized to execute and file this certificate by a resolution adopted:
(Check one of the following)

☑ at a special meeting of the shareholders of said corporation, notice of which was given to all shareholders of every class, whether entitled to vote or not, by the votes cast in person or by proxy, by the holders of record of shares entitling them to exercise ___100___ % of the voting power

☐ in writing signed under provisions of section 1701.54 of the ORC by all the shareholders who would be entitled to a notice of a meeting held for such purpose declaring that the corporation elects to wind up its affairs and dissolve

**REQUIRED**
Must be authenticated **(signed)** by an authorized representative

Authorized Representative: [signature]     Date: 1-23-08

561                Page 2 of 5                Last Revised: June 2004

Page 3

**Complete the information in this section if box (2) is checked.**

The undersigned have been authorized to execute and file this certificate by a resolution of the Board of Directors adopted pursuant to section 1701.86(D)    (_____) (must insert proper paragraph of the ORC)

(Check one of the following)

☐ at a meeting duly called and held on _____

☐ in writing signed by all of the directors pursuant to section 1701.43 of the ORC declaring that the corporation elects to wind up its affairs and dissolve

**REQUIRED**
Must be authenticated **(signed)** by an authorized representative

| Authorized Representative | Date |

---

**Complete the information in this section if box (3) is checked.**

The names and complete street addresses of the INCORPORATORS are:
*Note: P.O. Box Addresses are NOT acceptable.*

| Name | Street | City & State | Zip Code |
|------|--------|--------------|----------|
|      |        |              |          |
|      |        |              |          |
|      |        |              |          |
|      |        |              |          |

Whereas, the corporation has not begun business, or, subscriptions to shares have not been received as set forth in the articles, the incorporators elect to dissolve the corporation.

**REQUIRED**
Must be authenticated **(signed)** by an authorized representative

| Authorized Representative | Date |
| Authorized Representative | Date |
| Authorized Representative | Date |

Complete the information in this section if box (1), (2) or (3) is checked.

**AFFIDAVIT**

In lieu of dissolution releases from various governmental authorities (1701.86(H)(6) ORC)

LAKE FRONT MORTGAGE, INC.
(Exact Name of Corporation)

The undersigned, being first duly sworn, declares that on the dates indicated below, each of the named state governmental agencies was advised IN WRITING of the scheduled date of filing of the Certificate of Dissolution and was advised IN WRITING of the acknowledgement by the corporation of the applicability of the provisions of Section 1701.95 of the ORC.

| AGENCY | DATE NOTIFIED |
|---|---|
| Ohio Department of Taxation<br>Dissolution Section<br>Box 182382<br>Columbus, Ohio 43218-2382 | January 10, 2008 |
| Ohio Job and Family Services<br>Status & Liability Section<br>P.O. 182404<br>Columbus, Ohio 43218-2404 | January 10, 2008 |

The treasurer of any County named below:

| Cuyahoga | January 10, 2008 |
|---|---|
| | |
| | |

Ohio Bureau of Workers' Compensation
30 W. Spring Street
Columbus, Ohio 43215

January 10, 2008

( Note: This affidavit must be signed by one or more persons executing the certificate of dissolution or by an officer of the corporation.)

By: [signature]
Name: JOHN T. CSEH
Title: PRESIDENT

26909 MIDLAND RD.
(Street)

NOTE: P.O. Box Addresses are NOT acceptable.

BAY VILLAGE | OHIO | 44140
(City) | (State) | (Zip Code)

Sworn before me and subscribed in my presence on January 23, 2008
(Date)

MARY ELLEN SCHNEIDER
Notary Public, State of Ohio
My Commission Expires March 12, 2011
Recorded in Lorain County

(Notary Seal)

[signature] (Notary Public)

Commission Expires 3-12-2011
(Date)

| Complete the information in this section if box (1), (2) or (3) is checked. |
|---|

STATE OF OHIO

County of Cuyahoga :SS

JOHN T. CSEH , being first duly sworn, deposes and says that she/he is

President of LAKE FRONT MORTGAGE, INC.
*(Title)*

that this affidavit is made in compliance with section 1701.86 of the ORC:
*(Section #)*

That said corporation has (Check one of the following)

☑ A. has no personal property in any county in the State of Ohio:

☐ B. personal property only in the following county(ies)

_____, _____, _____

and that the net assets of said corporation are sufficient to pay all personal property taxes accrued to date.

Signature: *[signed]*

Name: JOHN T. CSEH

Sworn before me and subscribed in my presence on January 23, 2008
*(Date)*

MARY ELLEN SCHNEIDER
Notary Public, State of Ohio
My Commission Expires March 12, 2011
Recorded in Lorain County

*[signed]* Mary Ellen Schneider
(Notary Public)

(Notary Seal)    Commission Expires 3-12-2011
*(Date)*

561    Page 5 of 5    Last Revised: June 2004

Page 6