May 30, 2008

Dear Mr. Walton:

Please be advised that as the former president of Lake Front Mortgage, Inc., I am informing you that the company has been dissolved with the Ohio Secretary of State. The former company had no assets or property at the time it was dissolved and does not have any today. Pease cease any and all legal action against me because there is no money to pay.

Sincerely,

John T. Cseh
Former President
Lake Front Mortgage, Inc.