## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14 and 83.17.

In the Matter of                                              Case Number 05-CV-7097

AMERIQUEST MORTGAGE COMPANY, a Delaware
Corporation; and ARGENT MORTGAGE COMPANY LLC,
A Delaware limited liability corporation v. NORTHWEST TITLE
AND ESCROW CORPORATION, a Minnesota corporation,
*et al.*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Third-Party Defendant BARUTI, SCOLA & SMITH P.C. f/k/a LAW OFFICES OF BORNER, SCOLA, BARUTI & VANCINI P.C.

| |
|---|
| NAME (Type or Print) |
| Gary T. Jansen |
| SIGNATURE |
| s/ Gary T. Jansen |
| FIRM |
| Cremer Kopon Shaughnessy & Spina LLC |
| STREET ADDRESS |
| 180 North LaSalle Street, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |
| ID NUMBER            TELEPHONE NUMBER |
| 1688081                   (312) 726-3800 |
| |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES |
| |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  NO |
| |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    NO |
| |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES |
| |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL APPOINTED COUNSEL |
| RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |

## CERTIFICATION

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

    I hereby certify that on May 30, 2008, I caused to be electronically filed Third-Party Defendant Baruti, Scola & Smith P.C., f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C.'s ATTORNEY APPEARANCE FORM pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Gary T. Jansen
Gary T. Jansen, ARDC No. 1688081
Attorney for Third-Party Defendant
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 726-3800
Facsimile: (312 726-3818
gjansen@cksslaw.com
