IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION,<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 1715<br><br>Lead case No. 05-7097<br><br>Centralized before the Honorable Marvin E. Aspen |

### MOTION TO WITHDRAW AS COUNSEL

Now comes Amy E. Gibson Lum, and in support of her Motion to Withdraw as Counsel in the above-captioned matter, states as follows:

1. Ms. Lum was formerly employed as an attorney with the law firm Katten Muchin Rosenman LLP ("Katten"). While employed at Katten, an Appearance was filed on Ms. Lum's behalf as counsel for First American Title Insurance Company.

2. Ms. Lum ceased her employment with Katten in April 2008 and is currently employed at a different law firm, Perkins Coie LLP ("Perkins Coie").

3. Ms. Lum is continuing to receive electronic filing notices relating to this litigation despite the fact that she is no longer working at Katten or on this matter.

WHEREFORE, Ms. Lum respectfully requests that she be permitted to withdraw as counsel in the above-captioned litigation.

Date: June 3, 2008                    By: /s/Amy Gibson Lum
                                          One of Their Attorneys

Amy E. Gibson Lum
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
312.324.8400
312.324-9400
alum@perkinscoie.com

91004-1118/LEGAL14332675.1