IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, <br><br> THIS DOCUMENT RELATES TO ALL CASES | MDL No. 1715 <br><br> Lead case No. 05-7097 <br><br> Centralized before the Honorable Marvin E. Aspen |

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL

TO:  All Counsel of Record

**PLEASE TAKE NOTICE** that on Thursday, June 5, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, the attached Motion to Withdraw will be before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in the United States District Court at 219 South Dearborn, Court Room 2568 in Chicago, Illinois 60604 and present the Motion to Withdraw as Counsel, a copy of which is hereby served upon you.

Dated:  June 3, 2008

        Respectfully submitted,

        AMERIQUEST MORTGAGE CO.

        By  /s/ Amy E. Gibson Lum
            One of Its Attorneys

Amy E. Gibson Lum
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400
312.324-9400
alum@perkinscoie.com

## CERTIFICATE OF SERVICE

I, Amy Lum, hereby certify that on this 3rd day of June 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Amy E. Gibson Lum