Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097(MDL-1715) | **DATE** | 6/4/2008 |
| **CASE TITLE** | In Re: In re: Ameriquest Mortgage Co., et al | | |

**DOCKET ENTRY TEXT**

The LandAmerica Parties' Motion for Entry of Order Appointing Liaison Counsel and Participation in Fees and Costs (Docket No. 2135) is granted with respect to the proposed structure and duties of Liaison Counsel and the various subcommittees. The Court believes that additional briefing may be necessary however, with respect to Liaison Counsel's reimbursement proposal, particularly as a significant number of Third-Party Defendants have yet to offer an opinion on this issue. Accordingly, and if they choose, any additional Third-Party Defendants wishing to object to Liaison Counsel's reimbursement proposal must file a consolidated response, with alternate proposal(s), by June 26, 2008. At its discretion, Liaison Counsel may file a reply to the consolidated objection, if any, by July 11, 2008.

*Marvin E Aspen*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GL |
|---|---|---|