# EXHIBIT A

The Law Offices of
# Earl P. Underwood, Jr.

21 South Section Street
Post Office Box 969
Fairhope, Alabama 36533-0969
(251) 990-5558

Earl P. Underwood, Jr.
James D. Patterson

April 27, 2007

VIA FAX 800-664-2256 and Certified Mail

Ameriquest Mortgage Company
ATTN: Funding
1600 S. Douglass Rd
Anaheim, CA 92806

RE: Benjamin A. and Maia Lewis
 Lender's Loan No.0142568187-5672
 Property Address: 495 Ridgewood Dr.
 Daphne, AL 36526

Gentlemen:

I am writing on behalf of Benjamin and Maia Lewis to provide you with notice of the exercise of their right to rescind the above-reference loan pursuant to 15 U.S.C. § 1635. You should regard this as notice, pursuant to 12 C.F.R. § 226.15, of their election to rescind that loan.

The Lewises have retained their right to rescind this loan because of the failure of the original lender, Ameriquest Mortgage Company, to comply with the disclosure requirements set out in the Federal Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA").

Furthermore Mr. and Mrs. Lewis' right to rescind this loan also arises from the fact that they were not properly notified of their right to rescind. On the Notice of Right to Cancel form, the Document Signing date was not entered, nor was the Final Date to Cancel.

The Lewises reserve their right to pursue other remedies, including money damages and attorneys fees, in addition to this exercise of their right to rescind.

Additionally please treat this letter as a "qualified written request" under the Federal Service Act, which is a part of the Real Estate Settlement Procedures Act, 12 U.S.C. 2605(e). This request is made on behalf of the Lewises. Specifically, we are requesting the following information:

 1. An accounting of all fees in the above loan.

Post Office Box 969
21 South Section Street
Fairhope, Alabama 36533-0969
Voice: (251) 990-5558
Fax: (251) 990-0626

World Wide Web Address:
http://www.alalaw.com
E-mail address:
epunderwood@alalaw.com

2. An accounting of all payments received on the above loan.

3. A copy of the HUD Settlement Statement.

4. The name of the Title Insurer and a copy of the policy.

Sincerely,

Earl P. Underwood, Jr.

EPUjr/dcl

Cc: Benjamin and maia Lewis