**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: ALL DOCUMENTS | **SUGGESTION OF DEATH UPON THE RECORD OF DEFENDANT ROLAND E. ARNALL.** |

**SUGGESTION OF DEATH UPON THE RECORD OF DEFENDANT ROLAND E. ARNALL**

In accordance with Federal Rule of Civil Procedure 25(a)(1), Ameriquest Mortgage Company, ACC Capital Holdings Corporation, Town And Country Credit Corporation, Ameriquest Mortgage Securities, Inc., and AMC Mortgage Services, who are parties to this action, suggest upon the record the death of Roland E. Arnall. on March 17, 2008, and that his successor is the Roland and Dawn Arnall Living Trust.

DATED: June 11, 2008

By: /s/ Bernard E. Lesage
*Attorneys for Ameriquest Mortgage Company, ACC Capital Holdings Corporation, Town And Country Credit Corporation, Ameriquest Mortgage Securities, Inc., and AMC Mortgage Services*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)