FILED
JUN 10 2008
6-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTIRCT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before Judge Marvin E. Aspen |
| MARLON MANIER and TANYA S. MANIER,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC, HOMEQ SERVICING CORPORATION, PRIME PLUS MORTGAGE, INC., WELLS FARGO BANK MINNESOTA, NA., as Trustee Of PARK PLACE SECURITIES, INC., Floating Rate Pass-Through Certificates, Series 2005-WHQ3 Under Pooling and Servicing Agreement Dated as of May 1, 2005, Without Recourse, and DOES 1-5,<br><br>Defendants, | 07 C 2773<br><br>(Originally 07 C 10651 (E.D. Mich.))<br><br>(Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097) |

### DEFENDANT, PRIME PLUS MORTGAGE, INC's RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT

NOW COMES the Defendant, Prime Plus Mortgage, Inc., by and through its attorneys, the LAW OFFICES OF JOHN F. HARRINGTON, and by way of Response to Plaintiff's Motion for Entry of Default, hereby states as follows:

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite M-200
Warren, Michigan
48093
(586) 751-3610
(586) 751-3612 (Fax)

1

1. In response to the allegations contained in this paragraph, Defendant, Prime Plus Mortgage, Inc., neither admits nor denies the same and leaves Plaintiffs to their proofs.

2. In response to the allegations contained in this paragraph, Defendant, Prime Plus Mortgage, Inc., denies the same as being untrue. That, in fact, the Resident Agent of Prime Plus Mortgage, Inc., is Andy Salama, as Plaintiffs acknowledge in the Summons, attached as Exhibit A to the Motion for Entry of Default. However, the individual served with the Summons was a receptionist at Prime Plus Mortgage, Inc., a Penina Polocoser, who was employed at said company for a short period of time and had no authority whatsoever to accept legal pleadings, let alone the complaint in the case at hand. As such, Prime Plus Mortgage, Inc., was not served with the Summons and Complaint.

3. In response to the allegations contained in this paragraph, Defendant, Prime Plus Mortgage, Inc. states that as it was never properly served with the Summons and Complaint, that it does not have the duty to answer the same. Moreover, as the Summons that was issued on February 13, 2007 in the United States District Court for the Eastern District of Michigan has now expired, thus this matter should be dismissed.

4. In response to the allegations contained in this paragraph, Defendant, Prime Plus Mortgage, Inc., denies the same, as set forth in paragraph (3).

5. In response to the allegations contained in this paragraph, Defendant, Prime Plus Mortgage, Inc., was never required to file an Answer or otherwise respond to the Complaint, as it has not been properly served with the Summons and Complaint.

WHEREFORE, Defendant, Prime Plus Mortgage, Inc., hereby prays this Honorable Court deny the Motion for Entry of Default and, instead, dismiss the matter against Prime Plus

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite M-200
Warren, Michigan
48093
(586) 751-3610
(586) 751-3612 (Fax)

Mortgage, Inc., as it was never properly served with the Summons and Complaint and the same has now expired.

LAW OFFICES OF JOHN F. HARRINGTON

BY: _____
JOHN F. HARRINGTON (P40443)
Attorney for Plaintiffs
30500 Van Dyke Avenue, Suite 200
Warren, Michigan 48093
(586) 751-3610

Dated: June 5, 2008

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite M-200
Warren, Michigan
48093
(586) 751-3610
(586) 751-3612 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTIRCT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

| | | |
|---|---|---|
| MARLON MANIER and TANYA S. MANIER, | ) ) | 07 C 2773 |
| Plaintiffs, | ) ) ) ) ) | (Originally 07 C 10651 (E.D. Mich.)) |
| v. | ) ) | |
| ARGENT MORTGAGE COMPANY, LLC, HOMEQ SERVICING CORPORATION, PRIME PLUS MORTGAGE, INC., WELLS FARGO BANK MINNESOTA, NA., as Trustee Of PARK PLACE SECURITIES, INC., Floating Rate Pass-Through Certificates, Series 2005-WHQ3 Under Pooling and Servicing Agreement Dated as of May 1, 2005, Without Recourse, and DOES 1-5, | ) ) ) ) ) ) ) ) ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097) |
| Defendants, | ) | |

## PROOF OF SERVICE

I, Carol A. Pocket, certify that a copy of Defendant, Prime Plus Mortgage, Inc.'s Response to Plaintiff's Motion for Entry of Default, was served upon the interested parties to the aforementioned cause of action, listed below:

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite M-200
Warren, Michigan
48093
(586) 751-3610
(586) 751-3612 (Fax)

1

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 Fax
courtecl@edcombs.com

Mark van der Laan
Dykema Gossett PLLC
300 Ottawa Avenue, NW, Suite 700
Grand Rapids, MI 49503

Richard E. Gottlieg
Margaret J. Rhiew
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606

Kevin H. Breck
David A. Breuch
Clark Hill
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

by placing the same in an envelope, duly addressed, with postage prepaid thereon and causing said envelope to be deposited in a United States Mail receptacle within the City of Warren, Michigan, on the 6TH day of June, 2008.

I declare the above statements to be true to the best of my knowledge, information and belief.

_____
CAROL A. POCKET

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite M-200
Warren, Michigan
48093
(586) 751-3610
(586) 751-3612 (Fax)