# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 00176 |
|---|---|

Jason Crawford and Natalie Crawford
v.
Ameriquest Mortgage Co., Mortgage Information Services, Inc
and WM Specialty Mortgage, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Mortgage Information Systems, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Emily L. Alb | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Emily L. Alb | |
| FIRM<br>Rathje & Woodward, LLC | |
| STREET ADDRESS<br>300 W. Roosevelt Road, Suite 300 | |
| CITY/STATE/ZIP<br>Wheaton, Illinois 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>No. 6288926 | TELEPHONE NUMBER<br>630-668-8500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |