IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |
| JASON W. CRAWFORD and NATALIE J. CRAWFORD,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, MORTGAGE INFORMATION SERVICES, INC., and WM SPECIALTY MORTGAGE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 1:08-CV-176 |

## MORTGAGE INFORMATION SERVICES, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Defendant Mortgage Information Services, Inc. ("MIS") respectfully moves this Court for an extension of time to file a responsive pleading to Plaintiffs' Amended Complaint. In support of its motion, MIS states as follows:

1. Plaintiffs' Amended Complaint was filed on or about April 25, 2008, and MIS was served thereafter.

2. Thereafter, Plaintiffs' agreed to allow MIS until June 20, 2008 to file an answer or otherwise respond to the Amended Complaint. MIS filed and this Court granted a motion to that effect.

3. MIS reasonably requires additional time to investigate Plaintiffs' claims and prepare an appropriate responsive pleading.

4. Counsel for MIS has conferred with counsel for Plaintiffs, and counsel for Plaintiffs has no objection to extending the time for MIS to answer or otherwise plead to July 5, 2008.

5. This motion is made in good faith and not for the purpose of delay, and this motion will not prejudice any other party to this action.

WHEREFORE, MIS respectfully moves this Court for an order granting it an extension of time, up to and including July 5, 2008, within which to answer or otherwise respond to Plaintiffs' Amended Complaint.

Dated: June 12, 2008

Respectfully submitted,

Timothy D. Elliott (ARDC 6237023)
Emily L. Alb (ARDC 6288926)
RATHJE & WOODWARD, LLC
300 E. Roosevelt Rd., Suite 300
Wheaton, IL 60187
Tel.: 630-668-8500
Fax: 630-668-7350

Attorneys for Mortgage Information Services, Inc.