IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-CV-7097 |
| JASON W. CRAWFORD and NATALIE J. CRAWFORD, | ) ) ) ) | Centralized before the Honorable Marvin E. Aspen |
| Plaintiffs, | ) ) | Case No. 1:08-CV-176 |
| v. | ) ) ) | |
| AMERIQUEST MORTGAGE COMPANY, MORTGAGE INFORMATION SERVICES, INC., and WM SPECIALTY MORTGAGE LLC, a Delaware Limited Liability Company, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See attached

Please take notice that on the 17th day of June, 2008, at 10:30 a.m., I shall appear before the Honorable Judge Marvin E. Aspen and present the attached Mortgage Information Services' Agreed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint in the courtroom usually occupied by him in the Dirksen Federal Building, a copy of which is attached hereto and hereby served upon you.

Dated:  June 12, 2008

Respectfully submitted,

*[signature]*

Timothy D. Elliott (ARDC 6237023)
Emily L. Alb (ARDC 6288926)
RATHJE & WOODWARD, LLC
300 East Roosevelt Rd., Suite 300
Wheaton, IL 60187
Telephone: (630) 668-8500

1

## CERTIFICATE OF SERVICE

    I certify that on the 12th day of June, 2008, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P.O. Drawer 3865
Durham, NC 27702-3865

_____
Emily L. Alb