## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Ameriquest Mortgage Company, et al.
            Plaintiff,

v.                    Case No.: 1:05−cv−07097
                   Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen dated 6/17/08: The parties participating in the class claims mediation are to file a written status report updating the Court on the progress of the mediation by 7/1/08. Similarly, the parties in the opt−out claims mediation are to file a written status report updating the Court by 7/1/08. These reports may be filed jointly or separately.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.