**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br><br>*Ball-Daniel v. Argent Mortgage Company, LLC et al.*,<br>Case No.: 06-6602 | Centralized before the Honorable Marvin E. Aspen |

**VERNELL BALL-DANIEL'S
NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

TO: Counsel of Record

PLEASE TAKE NOTICE that on the 24th day of June, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Marvin Aspen in Courtroom 2568, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **VERNELL BALL-DANIEL'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**, a copy of which is attached hereto.

Respectfully submitted by:

/s/ Anthony P. Valach, Jr.
Counsel for the Plaintiffs

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
Phone: (312) 960-1802
Fax: (312) 960-1936
lawofficedh@yahoo.com

CERTIFICATE OF SERVICE

      I, Anthony P. Valach, Jr., hereby certify that on this 17th day of June 2008, a true and correct copy of **VERNELL BALL-DANIEL'S NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** was served, via the Court's electronic filing system, upon counsel of record.


                      /s/ Anthony Valach
                      Anthony Valach