# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097<br><br>Centralized before the Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>*Kessler v. Ameriquest Mortgage Company, et al.*, Case No.: 06-4999; *Thibodeau v. Ameriquest Mortgage Company, et al.,* Case No.: 06-5148; *Cashen v. Ameriquest Mortgage Company, et al.*, Case No.: 06-4683; *Cooper v. Ameriquest Mortgage Company, et al.*, Case No.: 06-6604; *Scott, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-6786; *Leach v. Ameriquest Mortgage Company, et al.*, Case No.: 06-5000; *Barletta, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-4560; *Gelman*, *et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-4684; *Solnin, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-4866; *Harrison v. Ameriquest Mortgage Company, et al.*, Case No.: 06-6947; *Bush, et al. v. Ameriquest Mortgage Company, et al.,* Case No.: 06-6946; *Shields v. Ameriquest Mortgage Company, et al.*, Case No.: 06-6787; *Sedgwick, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-2333; *Fuller, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 07-291; *Lappin, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-5147; *Grabowski v. Ameriquest Mortgage Company, et al.*, Case No.: 06-2549; *Joyner, et al. v. Ameriquest Mortgage Company, et al.* Case No.: 06-6784; *Rodriguez, et al. v. Ameriquest Mortgage Company, et al.,* No.: 06-2187; *Tieri v. Ameriquest Mortgage Company, et al.*, Case No.: 06-2683; *Van Gorp, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-1731; *Dearden v. Ameriquest Mortgage Company, et al.*, Case No.: 06-2912; *Maldonado, et al. v. Ameriquest Mortgage Company, et al.*, Case No.:  06-6609; *Warren, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-4415; *Applegate, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-4867; *Calder v. Ameriquest Mortgage* | |

*Company, et al.*, Case No.: 06-5146; *Dougherty, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-2482; *O'Malley v. Ameriquest Mortgage Company, et al.*, Case No.: 06-6373; *Wessel, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 06-1899; *Morgida, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 07-3006; *Kite, et al. v. Ameriquest Mortgage Company, et al.*, Case No.: 07-4059; *Hall v. Ameriquest Mortgage Company, et al.*, Case No. 06-6607; *Krause, et al., v. Ameriquest Mortgage Company*, Case No. 07-4628; *Pearson v. Ameriquest Mortgage Company, et al.,* Case No. 07-4628

### VARIOUS INDIVIDUAL PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15, the plaintiffs in the above listed actions move this Court for leave to file a consolidated second amended complaint. A copy of the proposed second amended complaint is attached as <u>Exhibit</u> A. The Ameriquest defendants do not oppose this motion.

1. The above listed actions were originally filed in the Northern District of Illinois and have been deemed related to MDL No. 1715, *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*.

2. During the course of discovery, plaintiffs have learned that their mortgages have been assigned to other entities.

3. In the interest of judicial economy, plaintiffs seek to add recently identified assignees as defendants in these actions and add relevant assertions describing the assignments through this consolidated amended complaint.

4. Plaintiffs also incorporate, by reference, their allegations in their original complaint.

5. The amendments will not prejudice any party to this action. This motion is based on the

above described, newly discovered information, which constitutes good cause for granting plaintiffs leave to amend their complaints. Also, the Ameriquest defendants do not oppose this motion.

    6. Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." See <u>Barry Aviation Inc. v. Land O'Lakes Municipal Airport Commission</u>, 377 F.3d 682, 687 (7th Cir. 2004) ("The federal rule policy of deciding cases on the basis of substantive rights involved rather than on technicalities requires that plaintiff be given every opportunity to cure a formal defect in his pleading"); <u>Liu v. T&H Machine, Inc.</u>, 191 F.3d 790, 794 (7th Cir. 1999) ("Leave to amend is to be 'freely given when justice so requires.'").

    7. There is no reason to deny leave to amend. The amendments are sought at a very early stage of the litigation, are done in good faith and would not cause any prejudice to the defendants who were named in the original complaint or the newly named defendants. See <u>Bethany Pharmaceutical Co. v. QVC, Inc.</u>, 241 F.3d 854, 860 (7th Cir. 2001) ("A court should allow amendment of a pleading except when there is undue delay, bad faith, dilatory motive on the part of the movant … [and] undue prejudice to the opposing party by virtue of the allowance of the amendment"); <u>Orlowski v. Dominic's Finer Foods, Inc.</u>, 937 F.Supp. 723, 732 (N.D. Ill. 1996). ("The purpose of this liberal standard is to allow plaintiffs to present, and have the court decide, a case on its merits"). Moreover, defendants represented by Ameriquest's counsel do not oppose this motion.

    WHEREFORE, plaintiffs respectfully requests that this Court enter an Order granting them leave to file the proposed Second Amended Complaint, a copy of which is attached as <u>Exhibit</u> A, and to grant any further or other relief that the Court deems just.

Respectfully submitted by:

/s/ Anthony P. Valach, Jr.
Counsel for the Plaintiffs

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL  60606
Phone: (312) 960-1802
Fax: (312) 960-1936
lawofficedh@yahoo.com

CERTIFICATE OF SERVICE

      I, Anthony P. Valach, Jr., hereby certify that on this 17th day of June 2008, a true and correct copy of **VARIOUS INDIVIDUAL PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDEND COMPLAINT** was served, via the Court's electronic filing system, upon counsel of record.

                                            /s/ Anthony Valach
                                             Anthony Valach