IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 1:05-cv-0797<br><br>Centralized before the<br>Hon. Marvin E. Aspen<br><br>June 19, 2008 |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW |   |
| JOHN W. ANDERSON JR., et al.,<br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, et al.,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:06-cv-03125<br><br>Hon. Marvin E. Aspen |

PLAINTFFS' MOTION FOR LEAVE TO
FILE AMENDED COMPLAINT, *INSTANTER*, ON CONSENT

Pursuant to Federal Rule of Civil Procedure 15, the plaintiffs in this action move the Court for leave to file an amended complaint *instanter*. A copy of the filed current complaint and the proposed amended complaint are attached as Exhibits A and B respectively.

1. This action was originally filed in the District of Connecticut on February 9, 2006 as Case No. 3:06-cv-00209. It was subsequently transferred on June 26, 2006 to the Northern

District of Illinois as a tag-along action to MDL No. 1715, *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*.

2. During the course of the discovery process, the Plaintiffs have learned that a number of the mortgages at issue in this action have been assigned to other entities.

3. The proposed amended complaint adds these assignees as defendants in this action and adds relevant assertions describing the assignments.

4. The allegations of the proposed amended complaint are the same as in the previous complaint.

5. The current and proposed amended complaints assert that the plaintiffs are entitled to rescind their mortgages. According to the Truth in Lending Acts "[a]ny consumer who has the right to rescind a transaction under section 1635 of this title may rescind the transaction as against any assignee of the obligation." 15 U.S.C. § 1641(c); Conn. Gen. Stats. § 36a-683(k)(3).

6. The sole defendant in the original complaint in this action and in the counts of the complaint which Plaintiff seeks to amend, Ameriquest Mortgage Company, has stipulated to the granting of motions for leave to amend plaintiffs' complaint to add assignees of the mortgage loans at issue as additional defendants.

7. The amendments will not prejudice any party to this action. This motion is based on the above-described, newly discovered information, which constitutes good cause for granting the plaintiffs leave to amend the complaint.

WHEREFORE the plaintiffs respectfully request that the Court enter an order granting them leave to amend the complaint *instanter*.

PLAINTIFFS,
JOHN W. ANDERSON JR., et al.

By: /s/ Daniel S. Blinn

Daniel S. Blinn (ct02188)
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd.; Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408; Fax (860) 571-7457

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn