**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, ) ) ) ) ) ) | |
| Third-Party Plaintiffs, ) ) | |
| v. ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., ) ) ) ) | |
| Third-Party Defendants. ) | |

**THIRD-PARTY DEFENDANTS' UNOPPOSED MOTION TO
EXTEND DEADLINE TO FILE ADDITIONAL MOTIONS TO DISMISS**

Third-Party Defendants, through the undersigned Liaison Counsel, request that the Court extend the deadline set forth on page five of its February 11, 2008, Order (Doc. No. 1958), and state:

On February 11, 2008, the Court granted Third-Party Defendants leave to file both a consolidated motion to dismiss by March 14, 2008, and three additional motions to dismiss, consolidated by subgroup (brokers; title examiners and closing agents; and underwriters) by June 20, 2008. The Third-Party Defendants have filed their

Consolidated Motion to Dismiss, briefing on which has recently closed, but upon which no ruling has been rendered. In order to efficiently present any residual issues, Third-Party Defendants respectfully request an extension of time past June 20, 2008, in which to file any additional motions to dismiss, if necessary. Third-Party Defendants request an extension until sixty (60) days after any order on the pending Consolidated Motion to Dismiss. Third-Party Defendants also request that the deadlines for the response and reply set forth in the Order be likewise extended past their respective deadlines of August 1, 2008, and August 22, 2008, to allow orderly responsive briefing.

## **RELIEF REQUESTED**

For the reasons set forth above, Third-Party Defendants respectfully request that the Court permit them to file any necessary additional motions to dismiss, consolidated by subgroup (brokers; title examiners and closing agents; and underwriters) sixty (60) days after the Court enters any order on Third-Party Defendants' Consolidated Motion to Dismiss. Third-Party Defendants further request that the response and reply brief deadlines be extended such that the response(s) will be due forty (40) days after any additional motion(s) are filed and the reply(ies) due twenty-one (21) days after the response(s).

Respectfully submitted,

By: /s/ Russell W. Hubbard
    Russell W. Hubbard

Keith Verges
Mark Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with counsel for Third-Party Plaintiffs who does not oppose the relief requested herein.

/s/ Keith R. Verges
Keith R. Verges

**THIRD-PARTY DEFENDANTS' UNOPPOSED MOTION TO EXTEND
DEADLINE TO FILE ADDITIONAL MOTIONS TO DISMISS – Page 3**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of June 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Russell W. Hubbard
Russell W. Hubbard