Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 6/23/2008 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for leave to file amended complaint, (Doc. No. 2190) is granted. The motion hearing set for 6/24/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|