IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO DOCKET #859 | Centralized before The Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE CO., <br><br>       Third-Party Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.<br><br>       Third-Party Defendants | |

## MOTION TO FURTHER STAY DISCOVERY WITH RESPECT TO THE THIRD PARTY COMPLAINT (DOCKET #859)

The parties to the Third Party Complaint (Docket #859) jointly move, pursuant to the annexed Further Stipulation For Stay of Discovery Proceedings with Respect to the Third Party Complaint (Docket #859), to stay the discovery proceedings in connection with the Third Party Complaint until August 15, 2008.

Wherefore the parties request the Court to approve the Stipulation and the discovery schedule set forth therein.

- 2 -

Dated: June 24, 2008 By: /s/ Bernard E. LeSage
Attorneys for Defendant and
Third Party Plaintiff Ameriquest
Mortgage Company

Bernard E. Le Sage
Sarah K. Andrus
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 24th day of June 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 2047127v1