IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO DOCKET #859 | Centralized before The Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE CO.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.<br><br>Third-Party Defendants | |

**FURTHER STIPULATION FOR STAY OF DICOVERY PROCEEDINGS WITH RESPECT TO THE THIRD PARTY COMPLAINT (DOCKET #859)**

WHEREAS in or around July 2007, Ameriquest Mortgage Company ("AMQ") filed a Third Party Complaint (Docket # 859) against Trans Union Corporation, Trans Union LLC, ChoicePoint Precision Marketing, LLC and Equifax Information Services, LLC, successor in interest to Equifax Information Services Inc. and Equifax Credit Marketing Services (hereinafter collectively the "Third Party Defendants"). AMQ's Third Party Complaint alleges that the Third Party Defendants failed in their obligations to AMQ to assist AMQ in complying with the firm offer of credit requirements of the Fair Credit Reporting Act ("FCRA"), thereby causing AMQ to

be sued by the Non-Borrower Plaintiffs in the Non-Borrower Consolidated Class Action Complaint (Docket #323);

WHEREAS in or around March 2008, the Court denied in part, and granted in part the Third Party Defendants' motions to dismiss the Third Party Complaint;

WHEREAS at various times in March and April 2008, AMQ and the Third Party Defendants propounded discovery upon each other related to the Third Party Complaint;

WHEREAS on or about April 14, 2008 the Seventh Circuit issued its decision in *Murray v. New Cingular Wireless Services, Inc.*, 2008 U.S. App. LEXIS 8004 (7th Cir. 2008). In *Murray*, the Seventh Circuit clarified the state of the law with regard to firm offers of credit mailers under the FCRA;

WHEREAS based upon *Murray*, this Court granted the individual plaintiffs' motions to dismiss their FCRA firm offer of credit cases (*See* Docket # 2134);

WHEREAS this Court has, at various times, issued a Stipulation for Stay of all Proceedings and Amended Scheduling Order so that the parties could participate in mediation before Judge Daniel Weinstein (Ret.).

WHEREAS the mediation on June 5, 2008 before Judge Weinstein did not result in the resolution of the Plaintiffs' claims;

WHEREAS the parties previously entered into a stipulation to stay all discovery with respect to the Third Party Company (Docket #859) until the June 5, 2008 mediation; and

WHEREAS the parties desire to continue the stay on all discovery with respect to the Third Party Complaint (Docket #859) so that the parties can continue to concentrate on mediating their claims.

NOW THEREFORE, based upon the foregoing developments, AMQ and the Third Party

Defendants stipulate and agree that:

1. All discovery with respect to the Third Party Complaint (Docket #859) is stayed until July 15, 2008;

2. Responses to all currently pending/outstanding discovery shall be due on August 15, 2008.

**IT IS SO STIPULATED**:


Dated: June 12, 2008         By: /s/ Bernard E. LeSage
                             Attorneys for Defendant and
                             Third Party Plaintiff Ameriquest
                             Mortgage Company

                             Bernard E. Le Sage
                             Sarah K. Andrus
                             BUCHALTER NEMER
                             A Professional Corporation
                             1000 Wilshire Blvd., Suite 1500
                             Los Angeles, CA 90017-2457


Dated: June 12, 2008         By: /s/ Laurie S. Fulton
                             Attorneys for Third Party Defendant
                             ChoicePoint Precision Marketing, LLC

                             Laurie S. Fulton
                             Williams & Connolly
                             725 Twelfth Street N.W.
                             Washington, D.C. 20005

Dated:    June 12, 2008    By: /s/ Robert Schuckit
    Attorneys for Third Party Defendants
    Trans Union Corporation and Trans
    Union, LLC

    Robert Schuckit
    Schuckit & Associates
    30th Floor Market Tower
    10 W. Market Street, Suite 3000
    Indianapolis, IN 46204

Dated:    June 12, 2008    By: /s/ Michael Breslin
    Attorneys for Third Party Defendants
    Equifax Information Services, LLC,
    successor in interest to Equifax
    Credit Information Services, Inc. and
    Equifax Credit Marketing Services

    Michael Breslin
    Kilpatrick Stockton LLP
    1100 Peachtree Street, Suite 2800
    Atlanta, GA 30309-4530

## CERTIFICATE OF SERVICE

      I, Bernard E. LeSage, hereby certify that on this 24th day of June 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Bernard E. LeSage

BN 2021106v1