IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | ) MDL No. 1715 ) ) Lead Case No. 1:05-cv-07097 ) ) Centralized before the ) Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW ) ) ) ) ) ) | ) ) ) ) June 25, 2008 ) ) |
| MICHAEL BOWE, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>    Defendants. | ) ) ) ) Case No. 1:06-cv-02471 ) ) Hon. Marvin E. Aspen ) ) |

**MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, *INSTANTER*, ON CONSENT**

The Plaintiffs in the above-captioned matter hereby withdraw their Motion for Leave to File Amended Complaint, filed June 19, 2008. Incorrect assignees were listed in the Proposed Amended Complaint. Plaintiffs intend to file a new Motion to Amend with the correct assignees.

                                                PLAINTIFFS,

                                  /s/Daniel S. Blinn
                By: _____
                              Daniel S. Blinn (ct02188)
                              dblinn@consumerlawgroup.com
                              Consumer Law Group, LLC
                              35 Cold Spring Rd.; Suite 512
                              Rocky Hill, Connecticut 06067
                              Tel. (860) 571-0408  Fax (860) 571-7457

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 25th day of June 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                  /s/ Daniel S. Blinn
                  Daniel S. Blinn