**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO: | Centralized before the Honorable Marvin E. Aspen |

Plaintiffs:

Cathleen Kessler, Case No.: 06-4999

Chantel & Jeffrey Thibodeau, Case No.: 06-5148

Daniel & Donna Cashen, Case No.: 06-4683

Donald & Patricia Cooper, Case No.: 06-6604

George & Cynthia Scott, Case No.: 06-6786

Glenn Leach, Case No.: 06-5000

Gregory & Pam Barletta, Case No.: 06-4560

Hope & Carl Gelman, Case No.: 06-4684

Janet & Gilbert Solnin, Case No.: 06-4866

Jeremy Harrison, Case No.: 06-6947

Joseph Bush & Dorothy Muller: Case No.: 06-6946

Judy Shields, Case No.: 06-6787

Kelly & Jo Lynn Sedgwick, Case No.: 06-2333

Kurt & Nancy Fuller, Case No.: 07-291

William & Linda Lappin, Case No.: 06-5147

Peter Grabowski, Case No.: 06-2549

Preston & Delana Joyner, Case No.: 06-6784

Ralph Rodriguez & Barbara Chapman, Case No.: 06-2187

Rocco C. Tieri, Case No.: 06-2683

Rosalind & Randy Van Gorp, Case No.: 06-1731

Scott K. Dearden, Case No.: 06-2912

Shawn & Shari Maldonado, Case No.: 06-6609

Sheila & Ronald Warren, Case No.: 06-4415

Thomas & Linda Applegate, Case No.: 06-4867

Vicki Calder, Case No.: 06-5146

John Dougherty & Geraldine Pomilio Dougherty, Case No.: 06-2482

Lori O'Malley, Case No.: 06-6373

Kevin & Sherry Wessel, Case No.: 06-1899

Donald & Sharon Green, Case No.: 06-6945

Troy & Melissa Morgida, Case No.: 07-3006

Joseph & Montrea Kite, Case No.: 07-4059

Mary Hall, Case No.: 06-6607

James & Genise Krause, Case No.: 07-4628

Sherry Pearson, Case No.: 07-4628

      Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY

AMC MORTGAGE SERVICES, INC.

AMERIQUEST MORTGAGE SECURITIES, INC.

ACC CAPITAL HOLDINGS CORPORATION

COUNTRYWIDE HOME LOANS, INC.

WASHINGTON MUTUAL BANK

DEUTSCHE BANK NATIONAL TRUST COMPANY

PARK PLACE SECURITIES, INC.

WELLS FARGO BANK, N.A.

GOLDMAN SACHS MORTGAGE COMPANY

MERRILL LYNCH MORTGAGE LENDING, INC.

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES QUEST 2005-X2

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2004-R3

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2005-R3

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2004-R1

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2005-R6

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2004-R7

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2004-R8

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2005-R4

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2004-R12

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2005-R5

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2003-8

PARK PLACE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2004-MCW1

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2004-R9

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2003-6

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2005-R10

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2004-R11

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2003-13

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2004-R5

AMERIQUEST MORTGAGE SECURITIES INC.
ASSET BACKED PASS THROUGH
CERTIFICATES SERIES 2006-R1

                         Defendants.

**NOTICE OF FIILING AS TO THE ADDITION AND SUBTRACTION OF PARTIES TO AND FROM THE SECOND AMENDED COMPLAINT IN KESSLER, ET AL., V. AMERIQUEST MORTGAGE COMPANY, ET AL., FILED ON JUNE 25, 2008**

The following parties were added to the second amended complaint as plaintiffs:

Mary Hall, Case No.: 06-6607

James & Genise Krause, Case No.: 07-4628

Sherry Pearson, Case No.: 07-4628

The following parties were added to the second amended complaint as defendants:

Wells Fargo Bank, N.A.

Merrill Lynch Mortgage Lending, Inc.

Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series 2006-R1

The following party was subtracted from the second amended complaint as a plaintiff:

Robert Cleveland, Case No: 06-4306

The following party was subtracted from the second amended complaint as a defendant:

Ameriquest Mortgage Securities, Inc., Asset Baned Passthrough Certificates Series 2004-R6

Respectfully Submitted:

Date: June 25, 2008          /s/ Anthony P. Valach, Jr.
                             One of their attorneys

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 25th day of June 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

      By: ____/s/ Anthony P. Valach, Jr._____