U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:05-cv-07097 |
|---|---|
| Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | MDL No. 1715 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

National Real Estate Information Services

| NAME (Type or print) |
|---|
| Kerry Donovan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kerry Donovan |
| FIRM |
| Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. |
| STREET ADDRESS |
| 55 E. Monroe St., #3300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60609 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292717 | (312) 863-7127 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐