# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## MOTION TO MODIFY PLEADINGS AND DISCOVERY SCHEDULE

The parties jointly move, in light of the continuing mediation and the death of Ambassador Roland Arnall, pursuant to the Stipulation for Stay of All Proceedings and Amended Scheduling Order ("Stipulation") (attached as Exhibit 1), to modify the schedule for pleadings and discovery in this national class action.

Wherefore, the parties request that the Court approve and adopt the schedule set forth in the Stipulation.

Dated: June 30, 2008

By: */s/ Marvin A. Miller*
    *Attorneys for Borrower and Non-Borrower*
    *Class Plaintiffs*
    Marvin A. Miller
    MILLER LAW LLC
    115 S. LaSalle Street
    Suite 2910
    Chicago, IL 60603

    Kelly M. Dermody
    LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
    275 Battery Street, 30th Floor
    San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Dated: June 30, 2008   By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*
Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: June 30, 2008   By: /s/ Bernard E. LeSage
*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc., Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*
Bernard E. LeSage
Sara K. Andrus
BUCKHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: June 30, 2008   By: /s/ Vincent P. Schmeltz III
*Attorneys specially appearing for Roland Arnall*
Alan N. Salpeter
DEWEY & LeBOEUF LLP
Two Prudential Plaza, Suite 3700
180 N. Stetson Avenue
Chicago, IL 60601

2