# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before<br><br>The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**STIPULATION FOR STAY OF ALL
PROCEEDINGS AND AMENDED SCHEDULING ORDER**

WHEREAS, pursuant to their early agreement, the parties continued and then participated in several in-person mediation sessions and numerous telephonic sessions beginning on January 16, 2008, with Judge Daniel Weinstein (Ret.);

WHEREAS, the parties are continuing to exchange positions and believe that a continuance of the schedule will allow them sufficient time to explore further the possibility of settlement;

WHEREAS, the parties participated in several telephone conference calls with the mediator and were to meet in person again on March 17, 2008, but Ambassador Roland Arnall passed shortly before that session and the scheduled mediation session was canceled;

WHEREAS, the parties participated in another in-person mediation session on June 2, 2008, and request that all proceedings be stayed until July 14, 2008.

NOW THEREFORE, the parties propose continuing the stay until July 14, 2008, and amending the discovery schedule in the case to extend all dates as follows:

1. Plaintiffs may file a motion to amend and/or for leave to substitute parties, pursuant to Federal Rule of Civil Procedure 25, on or before July 15, 2008.

2. Defendants may oppose the motion for leave and/or for leave to substitute parties, pursuant to Federal Rule of Civil Procedure 25, on or before July 29, 2008.

3. Plaintiffs shall reply in support of the motion for leave to amend and/or substitute parties on or before August 15, 2008.

**Motion to Dismiss.**

4. In the event the Court grants leave to amend and/or substitute a party in place of Ambassador Arnall ("Substituted Defendant"), the Substituted Defendant shall file a motion to dismiss or responsive pleading on or before August 26, 2008.

5. Plaintiffs shall oppose the Substituted Defendants' Motion to Dismiss the First Amended Consolidated Class Action Complaint by September 29, 2008.

6. The Substituted Defendant shall reply in support of its Motion to Dismiss the First Amended Consolidated Class Action Complaint by October 20, 2008.

**Fact and Expert Discovery.**

7. Consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), each party shall disclose any and all affirmative experts by August 15, 2008 and any and all rebuttal experts by October 10, 2008.

8. The parties shall complete all fact and expert discovery by November 28, 2008.

**Class Certification.**

9. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

10. The stay of all proceedings in this matter is continued to July 14, 2008.

IT IS SO STIPULATED:

Dated: June 30, 2008          By: /s/ *Marvin A. Miller, on behalf of*
                                   *Attorneys for Borrower Class Plaintiffs*

                                        Marvin A. Miller
                                        MILLER LAW LLC
                                        115 S. LaSalle Street
                                        Suite 2910
                                        Chicago, IL 60603

                                        Kelly M. Dermody
                                        LIEFF CABRASER HEIMANN &
                                        BERNSTEIN, LLP
                                        275 Battery Street, 30th Floor
                                        San Francisco, CA 94111-3339

                                        Gary Klein
                                        Elizabeth Ryan
                                        Shennan Kavanagh
                                        RODDY KLEIN & RYAN
                                        727 Atlantic Avenue
                                        Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Dated: June 30, 2008      By: /s/ Thomas J. Wiegand
                          Attorneys for Argent Mortgage
                          Company, LLC

                          Thomas J. Wiegand
                          WINSTON & STRAWN LLP
                          35 W. Wacker Drive
                          Chicago, IL 60601-9703

Dated: June 30, 2008      By: /s/Bernard E. LeSage
                          Attorneys for Ameriquest Mortgage
                          Company; AMC Mortgage Services, Inc.,
                          Town & Country Credit Corporation;
                          Ameriquest Capital Corporation; Town &
                          Country Title Services, Inc.; and Ameriquest
                          Mortgage Securities, Inc.

                          Bernard E. LeSage
                          Sara K. Andrus
                          BUCKHALTER NEMER,
                          A Professional Corporation
                          1000 Wilshire Boulevard, Suite 1500
                          Los Angeles, CA 90017-2457

Dated: June 30, 2008      By: /s/ Vincent P. Schmeltz III
                          Attorneys specially appearing for
                          Roland Arnall

                          Alan N. Salpeter
                          Vincent P. Schmeltz III
                          DEWEY & LeBOEUF LLP
                          Two Prudential Plaza, Suite 3700
                          180 N. Stetson Avenue
                          Chicago, IL 60601

4