### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

### NOTICE OF MOTION

TO: Counsel of Record:

PLEASE TAKE NOTICE, that on Thursday, July 3, 2008 at 10:30 a.m. we shall appear before Judge Marvin E. Aspen in Room 2568 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **MOTION TO MODIFY PLEADINGS AND DISCOVERY SCHEDULE**, a copy of which is hereby served upon you.

Dated: June 30, 2008

By: /s/ *Marvin A. Miller*
*Attorneys for Borrower Class Plaintiffs*
Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Kelly M. Dermody
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman

|  |  |
|---|---|
|  | JAMES HOYER NEWCOMBER & SMILJANICH, P.A.<br>One Urban Center, Suite 550<br>4830 West Kennedy Blvd., Suite 550<br>Tampa, FL 33609 |
| Dated: June 30, 2008 | By: /s/ *Thomas J. Wiegan*<br>*Attorneys for Argent Mortgage Company, LLC*<br><br>Thomas J. Wiegand<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703 |
| Dated: June 30, 2008 | By: /s/*Bernard E. LeSage*<br>*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc., Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*<br><br>Bernard E. LeSage<br>Sara K. Andrus<br>BUCKHALTER NEMER,<br>A Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457 |
| Dated: June 30, 2008 | By: /s/ *Vincent P. Schmeltz III*<br>*Attorneys specially appearing for Roland Arnall*<br><br>Alan N. Salpeter<br>Vincent P. Schmeltz III<br>DEWEY & LeBOEUF LLP<br>Two Prudential Plaza, Suite 3700<br>180 N. Stetson Avenue<br>Chicago, IL 60601 |