## CERTIFICATE OF SERVICE

Vincent P. Schmeltz III, an attorney, hereby certifies that on this 30th day of June 2008, he caused a true and correct copy of the foregoing documents, **NOTICE OF MOTION and MOTION TO MODIFY PLEADINGS AND DISCOVERY SCHEDULE** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Vincent P. Schmeltz III
Vincent P. Schmeltz III