# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## ORDER

Counsel for Defendants and Borrower and Non-Borrower Class Plaintiffs having stipulated, and the Court having considered the parties' Stipulation for Stay of All Proceedings and Amended Scheduling Order dated June 30, 2008 ("Stipulation"), IT IS ORDERED that:

1. This Order relates only to the Borrower and Non-Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding;

2. The schedule set forth in the Stipulation, a copy of which is attached to this Order, is adopted as the schedule for proceedings in this action.

Dated: July 1, 2008

_____
The Honorable Marvin E. AspenDDd

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before<br><br>The Honorable Marvin E. Aspen) |

**STIPULATION FOR STAY OF ALL
PROCEEDINGS AND AMENDED SCHEDULING ORDER**

WHEREAS, pursuant to their early agreement, the parties continued and then participated in several in-person mediation sessions and numerous telephonic sessions beginning on January 16, 2008, with Judge Daniel Weinstein (Ret.);

WHEREAS, the parties are continuing to exchange positions and believe that a continuance of the schedule will allow them sufficient time to explore further the possibility of settlement;

WHEREAS, the parties participated in several telephone conference calls with the mediator and were to meet in person again on March 17, 2008, but Ambassador Roland Arnall passed shortly before that session and the scheduled mediation session was canceled;

WHEREAS, the parties participated in another in-person mediation session on June 2, 2008, and request that all proceedings be stayed until July 14, 2008.

NOW THEREFORE, the parties propose continuing the stay until July 14, 2008, and amending the discovery schedule in the case to extend all dates as follows:

1. Plaintiffs may file a motion to amend and/or for leave to substitute parties, pursuant to Federal Rule of Civil Procedure 25, on or before July 15, 2008.

2. Defendants may oppose the motion for leave and/or for leave to substitute parties, pursuant to Federal Rule of Civil Procedure 25, on or before July 29, 2008.

3. Plaintiffs shall reply in support of the motion for leave to amend and/or substitute parties on or before August 15, 2008.

**Motion to Dismiss.**

4. In the event the Court grants leave to amend and/or substitute a party in place of Ambassador Arnall ("Substituted Defendant"), the Substituted Defendant shall file a motion to dismiss or responsive pleading on or before August 26, 2008.

5. Plaintiffs shall oppose the Substituted Defendants' Motion to Dismiss the First Amended Consolidated Class Action Complaint by September 29, 2008.

6. The Substituted Defendant shall reply in support of its Motion to Dismiss the First Amended Consolidated Class Action Complaint by October 20, 2008.

**Fact and Expert Discovery.**

7. Consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), each party shall disclose any and all affirmative experts by August 15, 2008 and any and all rebuttal experts by October 10, 2008.

8. The parties shall complete all fact and expert discovery by November 28, 2008.

**Class Certification.**

9. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

10. The stay of all proceedings in this matter is continued to July 14, 2008.

IT IS SO STIPULATED:

Dated: July 1, 2008          By: */s/ Marvin A. Miller, on behalf of*
                                 *Attorneys for Borrower Class Plaintiffs*

        Marvin A. Miller
        MILLER LAW LLC
        115 S. LaSalle Street
        Suite 2910
        Chicago, IL 60603

        Kelly M. Dermody
        LIEFF CABRASER HEIMANN &
        BERNSTEIN, LLP
        275 Battery Street, 30th Floor
        San Francisco, CA 94111-3339

        Gary Klein
        Elizabeth Ryan
        Shennan Kavanagh
        RODDY KLEIN & RYAN
        727 Atlantic Avenue
        Boston, MA 02111-2810

                                  Terry Smiljanich
                                  Jill Bowman
                                  JAMES HOYER NEWCOMBER &
                                  SMILJANICH, P.A.
                                  One Urban Center, Suite 550
                                  4830 West Kennedy Blvd., Suite 550
                                  Tampa, FL 33609


Dated: July 1, 2008       By: */s/ Thomas J. Wiegand*
                                  *Attorneys for Argent Mortgage*
                                  *Company, LLC*

                                  Thomas J. Wiegand
                                  WINSTON & STRAWN LLP
                                  35 W. Wacker Drive
                                  Chicago, IL 60601-9703


Dated: July 1, 2008       By: /s/*Bernard E. LeSage*
                                  *Attorneys for Ameriquest Mortgage*
                                  *Company; AMC Mortgage Services, Inc.,*
                                  *Town & Country Credit Corporation;*
                                  *Ameriquest Capital Corporation; Town &*
                                  *Country Title Services, Inc.; and Ameriquest*
                                  *Mortgage Securities, Inc.*

                                  Bernard E. LeSage
                                  Sara K. Andrus
                                  BUCKHALTER NEMER,
                                  A Professional Corporation
                                  1000 Wilshire Boulevard, Suite 1500
                                  Los Angeles, CA 90017-2457

Dated: July 1, 2008       By: */s/ Vincent P. Schmeltz III*
                                  *Attorneys specially appearing for*
                                  *Roland Arnall*

                                  Alan N. Salpeter
                                  Vincent P. Schmeltz III
                                  DEWEY & LeBOEUF LLP
                                  Two Prudential Plaza, Suite 3700
                                  180 N. Stetson Avenue
                                  Chicago, IL 60601