**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

**JOINT MEDIATION STATUS REPORT**

Pursuant to the Court's Order of June 17, 2008 (Docket No. 2187), Borrower and Non-Borrower Class Plaintiffs and Defendants (the "Parties") jointly submit this Mediation Status Report to apprise the Court of the progress of their settlement discussions since April 10, 2008. *See* Docket No. 2091. The Parties report the following:

1. The Parties have, to date, participated in three in-person mediation sessions before Hon. Daniel Weinstein (Ret.), on December 7, 2007, January 16, 2008 and June 2, 2008.

2. In addition, the Parties have engaged in settlement discussions on numerous occasions by telephone conference between formal mediation sessions.

3. The Parties have also engaged in settlement discussions on numerous occasions by telephone conference with Judge Weinstein. This week the Parties efforts have resulted in the exchange of proposed settlement term sheets.

4. In order to facilitate ongoing settlement discussions, on June 30, 2008, the parties filed a Stipulation For Stay of All Proceeding and Amended Scheduling Order (Docket No. 2217), which continues various deadlines, and stays all proceedings in this matter until July 14, 2008.

5. The Parties are continuing to discuss settlement, and are hopeful that a settlement in principal may be reached within the next two weeks.

Dated: July 1, 2008  By: */s/ Marvin A. Miller, on behalf of*
*Attorneys for Borrower Class Plaintiffs*

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Kelly M. Dermody
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Dated: July 1, 2008        By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: July 1, 2008        By: /s/*Bernard E. LeSage*
*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc., Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sara K. Andrus
BUCKHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

3

## CERTIFICATE OF SERVICE

      I, Bernard E, LeSage, hereby certify that on this 1st day of July 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 2062706v1