## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## STATUS REPORT RE: MEDIATION WITH OPT-OUT PLAINTIFFS

Pursuant to the Court's Order of June 17, 2008 (Docket No. 2187), the Ameriquest defendants respectfully submit the following status report regarding the mediation and ongoing settlement discussions in this matter.

Representatives of the parties participated in a mediation before Hon. Donald J. O'Connell (Ret.) on March 6, 2008 and again on May 7, 2008. Also present were representatives from the Third-Party Defendants (whom Ameriquest has sued for indemnity), Ameriquest's insurance carriers, and the current servicers and trustees of the loans at issue. The mediation was productive, and resulted in significant progress towards resolving many of the approximately 650 Opt-Out cases. Specifically, Ameriquest made a settlement offer to each of the Opt-Out Plaintiffs, which includes a cash payment, and the possibility of a loan modification. This proposal was made solely by Ameriquest, without any contribution from the Third-Party Defendants, who have indicated that they are waiting for a ruling from the Court on their pending motion to dismiss before they will make a settlement offer.

A continued mediation session with Judge O'Connell is scheduled for **August 13, 2008**, and Ameriquest has agreed to leave its settlement offer open at least until August 12, 2008. To date more than 100 of the Opt-Out Plaintiffs have submitted applications for loan modifications

BN 2060246v1

2

and/or have accepted a cash payment in full settlement of their claims. Ameriquest has forwarded the loan modification applications to the entities servicing the loans, and is working as quickly as possible to process them. Several of the loan modifications have already been approved, and the terms being offered to the borrowers are significantly more favorable than their original terms (*i.e.* a lower interest rate and the loan being converted from an ARM to a fixed rate mortgage).

Ameriquest is continuing to work with counsel for the Opt-Out Plaintiffs and the servicers to process more loan modification applications, and expects that this process will ultimately result in a material number of settlements. Additional settlements may be facilitated by the participation of the Third-Party Defendants, depending on the outcome of the motion to dismiss.

Dated: July 1, 2008

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

**CERTIFICATE OF SERVICE**

I, Bernard E, LeSage, hereby certify that on this 1st day of July 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage