IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | | |

## INDIVIDUAL CLAIMANTS' STEERING COMMITTEE
## MEDIATION STATUS REPORT

In accordance with the Court's June 17, 2008 directive, the Individual Claimants' Steering Committee (the "Committee") submits the following report regarding the status of the mediation of the opt-out claimants in the above-referenced matter.

Committee members participated in mediation sessions conducted by Hon. Donald P. O'Connell of O'Connell Mediation Services on March 6, 2008 and May 7, 2008. The mediation was also attended by the Ameriquest-related defendants, as well as numerous servicers and assignees, third-party defendants, and insurers. Because of the large number of attendees, it was not possible for the parties to meet together. Judge O'Connell met separately with each of the five categories of participants, with frequent visits to apprise the various participants of each others' positions.

At the mediation, the servicers/investors proposed that all opt-out borrowers who had not yet refinanced submit an application for loan modification through Bernie LeSage, counsel for Ameriquest and many of the servicers and assignees. Mr. LeSage would then pass

1

along the applications to the appropriate servicers for processing. The servicers indicated they would process the applications within thirty (30) days of receipt. The servicers would then inform the borrowers through counsel whether their applications were accepted or denied. The Committee members agreed to suggest to their respective clients that they fill out and submit the applications. Since the May mediation session, many opt-out plaintiffs submitted loan modification applications, some of whom have now received loan modification proposals from the various servicers.

Committee members also endeavored at the May mediation session to continue negotiations over potential cash settlements for borrowers who have already refinanced their Ameriquest loans, but this did not lead to any advances in the negotiation process. Since then, counsel for Ameriquest and the relevant assignees have indicated to the Committee that Ameriquest and the assignees do not intend to negotiate further regarding cash-based settlements and any existing offers are now take-them-or-leave-them propositions.

Parties also agreed to participate in another mediation session on August 13, 2008 at the office of Dewey & LeBoeuf in Chicago, Ill.

Respectfully Submitted, the Individual Claimants' Steering Committee,

By: s/ Michael J. Aschenbrener
Michael J. Aschenbrener
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St.
Ste. 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

2

## **CERTIFICATE OF SERVICE**

I, Michael J. Aschenbrener, hereby certify that on July 1, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

| | |
|---|---|
| Samuel H. Rudman<br>srudman@lerachlaw.com | Lorne Todd Saeks<br>lsaeks@muchshelist.com |
| Craig Allan Varga<br>cvarga@vblhc.com | Terry A. Smiljanich<br>tsmiljanich@jameshoyer.com,<br>dstephens@jameshoyer.com,<br>jbowman@jameshoyer.com,<br>lmartin@jameshoyer.com |
| Thomas Joseph Wiegand<br>twiegand@winston.com,<br>ECF_CH@winston.com | |
| | Kristina M. Van Buskirk<br>Kvanbuskirk@ngelaw.com |

s/Michael J. Aschenbrener
Michael J. Aschenbrener

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara Goodwin
Francis Greene
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)