IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |
| JASON W. CRAWFORD and NATALIE J. CRAWFORD, | Case No. 1:08-CV-176 |
| Plaintiffs, | |
| vs. | |
| AMERIQUEST MORTGAGE COMPANY, MORTGAGE INFORMATION SERVICES, INC., and WM SPECIALTY MORTGAGE LLC., a Delaware Limited Liability Company, | |
| Defendants. | |

## DEFENDANT MORTGAGE INFORMATION SERVICES, INC.'S THIRD MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT

Defendant Mortgage Information Services, Inc. ("MIS") respectfully moves this Court to grant it an additional 28 days to answer Plaintiffs' First Amended Complaint or otherwise plead. In support of its motion, MIS states as follows:

1. Plaintiffs' Amended Complaint was filed on or about April 25, 2008, and MIS was served thereafter.

2. Thereafter, Plaintiffs' agreed to allow MIS until June 20, 2008 to file an answer or otherwise respond to the Amended Complaint. MIS filed and this Court granted a motion to that effect. Counsel for Plaintiffs agreed to give MIS until July 7, 2008 to conduct an investigation into Plaintiffs' claims and file its answer.

3. Counsel for MIS received a letter via facsimile from counsel for Plaintiffs in the early afternoon of July 7, 2008. That letter indicated that a tentative settlement agreement in this matter has been reached.

4. Counsel for Plaintiffs does not object to allowing additional time for MIS to file its answer should the need arise.

WHEREFORE, Mortgage Information Services, Inc. respectfully moves this Court to enter an order granting it an additional 28 days to answer Plaintiffs' First Amended Complaint or otherwise plead.

Dated: 7/7/08

Respectfully submitted,

*Emily A. Shupe*
Timothy D. Elliott
Emily Alb Shupe
RATHJE & WOODWARD, LLC
300 E. Roosevelt Rd., Suite 300
Wheaton, IL 60189
630-668-8500

Attorneys for Mortgage Information Services, Inc.