IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |
| JASON W. CRAWFORD and NATALIE J. CRAWFORD, | ) ) ) | Case No. 1:08-CV-176 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| AMERIQUEST MORTGAGE COMPANY, MORTGAGE INFORMATION SERVICES, INC., and WM SPECIALTY MORTGAGE LLC., a Delaware Limited Liability Company, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:
All attorneys of record

  Please take notice that on the 15TH day of July, 2008, at 10:30 a.m., I shall appear before the Honorable Marvin E. Aspen and present the attached Third Motion For Extension of Time to Answer Plaintiffs' Complaint in the courtroom usually occupied by him in the Dirksen Federal Building, a copy of which is attached hereto and hereby served upon you.

Dated: 7/7/08         Respectfully submitted,

                /s/ Emily Alb Shupe
                Timothy D. Elliott
                Emily Alb Shupe
                RATHJE & WOODWARD, LLC
                300 E. Roosevelt Rd., Suite 300
                Wheaton, IL 60189
                630-668-8500

                Attorneys for Mortgage Information Services, Inc.