# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br>*Brown, et al. v. Ameriquest Mortgage Company, et al.*<br>(Case No. 07-cv-4890) | Centralized before the<br>Honorable Marvin E. Aspen |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs Michael and Lorie Gruhlke provide notice to this court of the voluntary dismissal of defendants Wilshire Credit Corporation ("Wilshire") and Merrill Lynch Mortgage Lending, Inc. ("Merrill Lynch") in the above captioned case.

Date: July 9, 2008

Respectfully Submitted:

    /s/ Anthony P. Valach, Jr.
Counsel for Plaintiffs

Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 9th day of July 2008, a true and correct copy of the **NOTICE OF VOLUNTARY DISMISSAL** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ Anthony Valach
                                                   Anthony Valach