# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## [PROPOSED] ORDER

Counsel for Defendants and Borrower and Non-Borrower Class Plaintiffs having stipulated, and the Court having considered the parties' Stipulation for Stay of All Proceedings and Amended Scheduling Order dated July 14, 2008 ("Stipulation"), IT IS ORDERED that:

1. This Order relates only to the Borrower and Non-Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding;

2. The schedule set forth in the Stipulation, a copy of which is attached to this Order, is adopted as the schedule for proceedings in this action.

3. The tolling agreement provided in the Stipulation is approved.

_____

The Honorable Morton Denlow

The Honorable Marvin E. Aspen

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before<br><br>The Honorable Marvin E. Aspen) |

**STIPULATION FOR STAY OF ALL
PROCEEDINGS AND AMENDED SCHEDULING ORDER**

WHEREAS, pursuant to their early agreement, the parties continued and then participated in several in-person mediation sessions and numerous telephonic sessions beginning on January 16, 2008, with Judge Daniel Weinstein (Ret.);

WHEREAS, since their initial session, the parties have participated in dozens of telephone conference calls with the mediator and participated in another in-person mediation session on June 2, 2008; and

WHEREAS, the parties are continuing to exchange positions and believe that a continuance of the schedule will allow them sufficient time to explore further the possibility of settlement;

NOW THEREFORE, the parties propose continuing the stay until July 28, 2008, amending the discovery schedule in the case to extend all dates, and tolling the statute of limitations as to certain parties, as follows:

1. The Borrower and Non-Borrower Class Plaintiffs ("Plaintiffs") may file a motion to amend and/or for leave to substitute parties on or before July 29, 2008.

2. Defendants may oppose the motion for leave and/or for leave to substitute parties on or before August 12, 2008.

3. Plaintiffs shall reply in support of the motion for leave to amend and/or substitute parties on or before August 29, 2008.

**Motion to Dismiss.**

4. In the event the Court grants leave to amend and/or substitute a party in place of Ambassador Arnall ("Substituted Defendant"), the Substituted Defendant shall file a motion to dismiss ("Motion to Dismiss") or responsive pleading on or before September 9, 2008.

5. Plaintiffs shall oppose the Substituted Defendant's Motion to Dismiss by October 13, 2008.

6. The Substituted Defendant shall reply in support of its Motion to Dismiss by November 3, 2008.

**Fact and Expert Discovery.**

7. Consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), each party shall disclose any and all affirmative experts by August 29, 2008 and any and all rebuttal experts by October 24, 2008.

8. The parties shall complete all fact and expert discovery by December 12, 2008.

**Class Certification.**

9. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the

filing of Defendants' Opposition to file their reply.

10. The stay of all proceedings in this matter is continued to July 28, 2008.

**Tolling Agreement.**

11. Ameriquest Capital Corporation; Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall; and Dawn Arnall, Personally, as Trustee for the Living Trust and in all corporate capacities, further stipulate that, so as not to prejudice the rights of Plaintiffs by the grant of additional time, any applicable statutes of limitations or statutes of repose applicable to them in connection with this litigation that have not yet run as of July 11, 2008 shall be tolled beginning on July 11, 2008.

12. The undersigned counsel (originally appearing in this matter for Roland Arnall) has actual and express authority to enter into this Stipulation on behalf of Ameriquest Capital Corporation; Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall; and Dawn Arnall, Personally, as Trustee for the Living Trust and in all corporate capacities, and to represent them in this action.

IT IS SO STIPULATED:

Dated: July 14, 2008        By: _/s/ Marvin A. Miller, on behalf of_
                                  *Attorneys for Borrower Class Plaintiffs*

        Marvin A. Miller
        MILLER LAW LLC
        115 S. LaSalle Street
        Suite 2910
        Chicago, IL 60603

        Kelly M. Dermody
        LIEFF CABRASER HEIMANN &
        BERNSTEIN, LLP
        275 Battery Street, 30th Floor
        San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Dated: July 14, 2008     By: /s/ *Thomas J. Wiegand*
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: July 14, 2008     By: /s/*Bernard E. LeSage*
*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sara K. Andrus
BUCKHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: July 14, 2008     By: /s/ *Vincent P. Schmeltz III*
*Attorneys specially appearing for Roland Arnall*

Alan N. Salpeter
Vincent P. Schmeltz III
DEWEY & LeBOEUF LLP
Two Prudential Plaza, Suite 3700
180 N. Stetson Avenue
Chicago, IL 60601