# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Bailey, et al vs. Ameriquest Mortgage Co., et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion (Doc. No. 2195) for leave to file amended complaint, instanter, on consent is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|