**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before<br><br>The Honorable Marvin E. Aspen) |

**AMENDED STIPULATION FOR STAY OF ALL
PROCEEDINGS AND AMENDED SCHEDULING ORDER**

WHEREAS, pursuant to their early agreement, the parties continued and then participated in several in-person mediation sessions and numerous telephonic sessions beginning on January 16, 2008, with Judge Daniel Weinstein (Ret.);

WHEREAS, since their initial session, the parties have participated in dozens of telephone conference calls with the mediator and participated in another in-person mediation session on June 2, 2008; and

WHEREAS, the parties are continuing to exchange positions and believe that a continuance of the schedule will allow them sufficient time to explore further the possibility of settlement;

NOW THEREFORE, the parties propose continuing the stay until July 28, 2008, amending the discovery schedule in the case to extend all dates, and tolling the statute of limitations as to certain parties, as follows:

1. The Borrower and Non-Borrower Class Plaintiffs ("Plaintiffs") may file a motion to amend and/or for leave to substitute parties on or before July 29, 2008.

2. Defendants may oppose the motion for leave and/or for leave to substitute parties on or before August 12, 2008.

3. Plaintiffs shall reply in support of the motion for leave to amend and/or substitute parties on or before August 29, 2008.

**Motion to Dismiss.**

4. In the event the Court grants leave to amend and/or substitute a party in place of Ambassador Arnall ("Substituted Defendant"), the Substituted Defendant shall file a motion to dismiss ("Motion to Dismiss") or responsive pleading on or before September 9, 2008.

5. Plaintiffs shall oppose the Substituted Defendant's Motion to Dismiss by October 13, 2008.

6. The Substituted Defendant shall reply in support of its Motion to Dismiss by November 3, 2008.

**Fact and Expert Discovery.**

7. Consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), each party shall disclose any and all affirmative experts by August 29, 2008 and any and all rebuttal experts by October 24, 2008.

8. The parties shall complete all fact and expert discovery by December 12, 2008.

**Class Certification.**

9. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the filing of Defendants' Opposition to file their reply.

10. The stay of all proceedings in this matter is continued to July 28, 2008.

**Tolling Agreement.**

11. Ameriquest Capital Corporation (n/k/a SBP Capital Corporation); Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall; and Dawn Arnall, Personally, as Trustee for the Living Trust and in all corporate capacities, further stipulate that, so as not to prejudice the rights of Plaintiffs by the grant of additional time, any applicable statutes of limitations or statutes of repose applicable to them in connection with this litigation that have not yet run as of July 11, 2008 shall be tolled beginning on July 11, 2008.

12. The undersigned counsel (originally appearing in this matter for Roland Arnall) has actual and express authority to enter into this Stipulation on behalf of Ameriquest Capital Corporation (n/k/a SBP Capital Corporation); Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall; and Dawn Arnall, Personally, as Trustee for the Living Trust and in all corporate capacities, and to represent them in this action.

IT IS SO STIPULATED:

Dated: July 16, 2008　　　　　　　　By: */s/ Marvin A. Miller, on behalf of*
　　　　　　　　　　　　　　　　　　　　*Attorneys for Borrower Class Plaintiffs*

　　　　　　　　　　　　　　　　　　　　Marvin A. Miller
　　　　　　　　　　　　　　　　　　　　MILLER LAW LLC
　　　　　　　　　　　　　　　　　　　　115 S. LaSalle Street
　　　　　　　　　　　　　　　　　　　　Suite 2910
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603

　　　　　　　　　　　　　　　　　　　　Kelly M. Dermody
　　　　　　　　　　　　　　　　　　　　LIEFF CABRASER HEIMANN &
　　　　　　　　　　　　　　　　　　　　BERNSTEIN, LLP
　　　　　　　　　　　　　　　　　　　　275 Battery Street, 30th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-3339

　　　　　　　　　　　　　　　　　　　　Gary Klein
　　　　　　　　　　　　　　　　　　　　Elizabeth Ryan
　　　　　　　　　　　　　　　　　　　　Shennan Kavanagh
　　　　　　　　　　　　　　　　　　　　RODDY KLEIN & RYAN
　　　　　　　　　　　　　　　　　　　　727 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　　Boston, MA 02111-2810

　　　　　　　　　　　　　　　　　　　　Terry Smiljanich
　　　　　　　　　　　　　　　　　　　　Jill Bowman
　　　　　　　　　　　　　　　　　　　　JAMES HOYER NEWCOMBER &
　　　　　　　　　　　　　　　　　　　　SMILJANICH, P.A.
　　　　　　　　　　　　　　　　　　　　One Urban Center, Suite 550
　　　　　　　　　　　　　　　　　　　　4830 West Kennedy Blvd., Suite 550
　　　　　　　　　　　　　　　　　　　　Tampa, FL 33609

Dated: July 16, 2008　　　　　　　　By: */s/ Thomas J. Wiegand*
　　　　　　　　　　　　　　　　　　　　*Attorneys for Argent Mortgage*
　　　　　　　　　　　　　　　　　　　　*Company, LLC*

　　　　　　　　　　　　　　　　　　　　Thomas J. Wiegand
　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　35 W. Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601-9703

Dated: July 16, 2008   By: /s/*Bernard E. LeSage*
*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc., Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sara K. Andrus
BUCKHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: July 16, 2008   By: /s/ *Vincent P. Schmeltz III*
*Attorneys specially appearing for Roland Arnall*

Alan N. Salpeter
Vincent P. Schmeltz III
DEWEY & LeBOEUF LLP
Two Prudential Plaza, Suite 3700
180 N. Stetson Avenue
Chicago, IL 60601

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

By: /s/ Vincent P. Schmeltz III