Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Brisett, et al vs. Ameriquest Mortgage Co. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion (2199) for leave to file amended complaint, instanter, on consent is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|

06C2467 Duncan, et al vs. Ameriquest Mortgage Co.                                                                                                          Page 1 of 1