# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER PENDING MEDIATION

WHEREAS, Retired Judge Donald J. O'Connell has been privately retained to hold mediation sessions between those individual plaintiffs who have elected to opt out of the master class complaints (collectively "Opt-Out Plaintiffs") and Defendants Argent Mortgage Company; Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.; CitiFinancial Mortgage; CitiResidential Lending Inc.; Deutsche Bank National Trust Company, as Trustee; HSBC Mortgage Services Inc.; GMAC ResCap; Barclays Capital; US Bank; Litton Loan Servicing; Merrill Lynch Credit Corp.; Wells Fargo Bank, as Trustee; WM Specialty Mortgage LLC; Countrywide; Wilshire Credit Corp.; and Bank of NY Trust Co. ("Defendants"); and

WHEREAS, the parties have already held two in-person mediation sessions with Judge O'Connell (on March 6, 2008 and May 7, 2008), and have a third session scheduled for August 13, 2008; and

WHEREAS, Defendants have made a settlement proposal to the Opt-Out Plaintiffs which includes both a cash payment and the possibility of a loan modification (the "Loan Modification Program"); and

WHEREAS, more than 100 of the Opt-Out Plaintiffs have expressed interest in this proposal, and have submitted documentation in connection with the Loan Modification Program; and

WHEREAS, the parties anticipate that more Opt-Out Plaintiffs will choose to participate in the Loan Modification Program; and

WHEREAS, it would benefit all parties, and advance considerations of judicial economy, to extend the discovery cut-off (currently September 22, 2008), the expert disclosure date (currently July 21, 2008), and the rebuttal expert disclosure date (currently August 21, 2008) for a period of six months; and

WHEREAS, counsel for all Opt-Out Plaintiffs have been notified of the contents of this Stipulation and, to date, none have objected;

NOW THEREFORE, the parties propose amending the discovery schedule in the Opt-Out cases to extend all dates as follows:

1. All fact and expert discovery in all Opt Out cases shall be completed by March 23, 2009.

2. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by January 21, 2009. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by February 23, 2009.

3. Any objection to this Stipulation must be filed within 10 days of the date on which this Stipulation is filed. This Stipulation, and any Order subsequently issued by the Court, shall apply to all Opt-Out Plaintiffs who do not file a timely written objection. In the event that a timely objection is filed, the parties, or any of them, may file a written response to the objection within 10 days.

**IT IS SO STIPULATED:**

Dated: July 17, 2008

By:/s/ Charles M. Delbaum
*Attorneys for Certain Opt-Out Plaintiffs*

Charles M. Delbaum
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 01220
(617) 266-0313

Dated: July 17, 2008

By:/s/ Daniel S. Blinn
*Attorneys for Certain Opt-Out Plaintiffs*

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
(860) 571-0408

Dated: July 17, 2008

By:/s/ Daniel Harris
*Attorneys for Certain Opt-Out Plaintiffs*

Daniel Harris
Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

Dated: July 17, 2008					By: /s/ Christopher Lefebvre
							*Attorneys for Certain Opt-Out Plaintiffs*

							Christopher Lefebvre
							Law Offices of Claude Lefebvre & Sons
							P.O. Box 479
							Pawtucket, RI 02862


Dated: July 17, 2008					By: /s/ Earl P. Underwood
							*Attorneys for Certain Opt-Out Plaintiffs*

							Earl P. Underwood
							P.O. Box 969
							Fairhope, AL 36533


Dated: July 17, 2008					By: /s/ Daniel Edelman
							*Attorneys for Certain Opt-Out Plaintiffs*

							Daniel Edelman
							Edelman, Combs, Latturner & Goodwin, LLC
							120 S. LaSalle Street, 18th Floor
							Chicago, IL 60603


Dated: July 17, 2008					By: /s/ Charles McLeod Baird
							*Attorneys for Certain Opt-Out Plaintiffs*

							Charles McLeod Baird
							235 Peachtree Street
							Suite 400
							Atlanta, GA 30303-1400

Dated: July 17, 2008

By: /s/ Charles J. Roedercheimer
*Attorneys for Certain Opt-Out Plaintiffs*

Charles J. Roedersheimer
Thompson & DeVany LLP
1340 Woodman Drive
Dayton, OH 45432

Dated: July 17, 2008

By: /s/ Royce S. Lanning
*Attorneys for Certain Opt-Out Plaintiffs*

Royce S. Lanning
Gauntt, Earl & Binney, LLP
1400 Woodloch Forest Dr., Suite 575
The Woodlands, Texas 77380

Dated: July 17, 2008

By: /s/ Peter Lachmann
*Attorneys for Certain Opt-Out Plaintiffs*

Peter Lachmann
Attorney At Law
250 West Main Street, Room 210
Branford, CT 06405

Dated: July 17, 2008

By: /s/ D. Richard Black
*Attorneys for Certain Opt-Out Plaintiffs*

D. Richard Black
283 Howard Ave.
Holland, Michigan 49424.

Dated: July 17, 2008

By: /s/ Kevin Haeberle
*Attorneys for Certain Opt-Out Plaintiffs*

Kevin Haeberle
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, N. Y. 10019

Dated: July 17, 2008

By:/s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: July 17, 2008

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc. CitiFinancial Mortgage; CitiResidential Lending Inc.; Deutsche Bank National Trust Company, as Trustee; HSBC Mortgage Services Inc.; GMAC ResCap; Barclays Capital; US Bank; Litton Loan Servicing; Merrill Lynch Credit Corp. ; Wells Fargo Bank, as Trustee; WM Specialty Mortgage LLC; Countrywide; Wilshire Credit Corp.; and Bank of NY Trust Co.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

## ORDER

Counsel for Defendants and Opt-Out Plaintiffs having so stipulated, and the Court having considered the Stipulation, **IT IS ORDERED that:**

1. All fact and expert discovery in all Opt-Out cases shall be completed by March 23, 2009.

2. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by January 21, 2009. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by February 23, 2009.

3. Counsel for all of the Opt-Out Plaintiffs have been advised of the Stipulation. This Order shall apply to all Opt-Out Plaintiffs who do not file a timely written objection within 10 days of the date on which the Stipulation is filed. The Court will consider any objection to the Stipulation, and any response to the objection, on a case-by-case basis.

**IT IS SO ORDERED.**

                                                _____
                                                The Honorable Marvin E. Aspen
                                                The Honorable Morton Denlow

## CERTIFICATE OF SERVICE

      I, Bernard E. LeSage, hereby certify that on this 17th day of July 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 By: /s/ Bernard E. LeSage