# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROGER & LYN BELVAL, CYNTHIA BELCHER & CHRISTOPHER ELLIS, ANNETTE FOUNTAIN, LAURIE IULO & ROBERT IULO, JAY & MELISSA ALVAREZ, KRISTIN & FRANK OLSCHEFSKI, HENRY & JOAN OWEN, GUY & PAULINE PASSARELLO, JOSEPH RODINO, LUZ SANTIAGO; GARY & KELLY STEINMILLER, JAY & SHERRI VALENTIN, GLORIA J. THERRIEN, CHARLES HUMPHREY, WRAY & WENDY BAILEY, CHARLES J. MATAS, LORRAINE & AUSTIN WARNER, SHARON & RONALD KACH, AMY & RAYMOND MCKENZIE,<br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>MERRILL LYNCH CREDIT CORPORATION,<br><br>WM SPECIALTY MORTGAGE LLC,<br><br>HSBC BANK USA, NATIONAL ASSOCIATION F/K/A HSBC BANK USA,<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-R4 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2004, WITHOUT RECOURSE<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC., ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2004-R12, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2004, WITHOUT RECOURSE<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC., ASSET | MDL No. 1715<br>Lead Case No. 1:05-cv-07097<br><br>Case No. 1:06-CV-02469<br>Hon. Marvin E. Aspen<br><br><br><br><br>JULY 22, 2008 |

BACKED PASS THROUGH CERTIFICATES, )
SERIES 2004-R1 UNDER THE POOLING & )
SERVICING AGREEMENT DATED AS OF )
FEBRUARY 1, 2004 WITHOUT RECOURSE )
                                                                     )

DEUTSCHE BANK NATIONAL TRUST )
COMPANY, AS TRUSTEE OF AMERIQUEST )
MORTGAGE SECURITIES, INC., ASSET- )
BACKED PASS THROUGH CERTIFICATES, )
SERIES 2003-6, UNDER THE POOLING & )
SERVICING AGREEMENT DATED AS OF MAY )
1, 2003, WITHOUT RECOURSE )
                                                                     )

DEUTSCHE BANK NATIONAL TRUST )
COMPANY, AS TRUSTEE OF AMERIQUEST )
MORTGAGE SECURITIES INC., ASSET )
BACKED PASS-THROUGH CERTIFICATES, )
SERIES 2004-R7 UNDER THE POOLING & )
SERVICING AGREEMENT DATED AS OF JULY )
1, 2004, WITHOUT RECOURSE )
                                                                     )

DEUTSCHE BANK NATIONAL TRUST )
COMPANY, AS TRUSTEE OF AMERIQUEST )
MORTGAGE SECURITIES INC., ASSET )
BACKED PASS-THROUGH CERTIFICATES, )
SERIES 2004-R10 UNDER THE POOLING & )
SERVICING AGREEMENT DATED AS OF )
OCTOBER 1, 2004, WITHOUT RECOURSE, )
       Defendants. )
 )
 )

## CONSENT MOTION TO SUBSTITUTE PARTY

      Pursuant to Federal Rule of Civil Procedure 25(c), Plaintiffs, Ronald J. Kach and Sharon A. Kach, in the above-entitled matter respectfully move the Court for an order substituting Ronald I. Chorches, Trustee, as party for the Plaintiffs Ronald J. Kach and Sharon A. Kach, the individuals. In support of this motion, Plaintiffs state the following:

      1.     This action is for violations of the plaintiffs' rights to cancel mortgage loans as established by the Truth-in-Lending Act, 15 U.S.C. § 1640(a).

      2.     On May 11, 2007, Ronald J. Kach and Sharon A. Kach filed a Chapter 7 Voluntary Petition in the United States Bankruptcy Court, District of Connecticut, Docket No: 07-31067.

      3.      On June 2, 2008, Ronald I. Chorches, Trustee, filed an Application to Employ Daniel S. Blinn, Esq. as Attorney for Trustee with the United States Bankruptcy Court.

      4.      On June 19, 2008, United States Bankruptcy Judge Albert S. Dabrowski granted the application.

      5.      Counsel for Ameriquest has been contacted and consents to the filing of this motion.

Wherefore, Plaintiffs move for an order substituting the chapter 7 Trustee, Ronald I. Chorches, as the Plaintiff to replace Ronald J. Kach and Sharon A. Kach in their capacity as individual plaintiffs.

      PLAINTIFFS, RONALD J. KACH AND
      SHARON A. KACH


      By: /s/Daniel S. Blinn
      Daniel S. Blinn, ct02128
      dblinn@consumerlawgroup.com
      Consumer Law Group, LLC
      35 Cold Spring Rd. Suite 512
      Rocky Hill, CT  06067
      Tel. (860) 571-0408  Fax. (860) 571-7457


**CERTIFICATION**

      I hereby certify that on this 22nd day of July, 2008, a copy of the foregoing Motion to Substitute was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


      /s/Daniel S. Blinn
      Daniel S. Blinn