United States District Court
Northern District of Illinois

MHN

In RE: Ameriquest Mortgage Co Mortgage Lending Practices Litigation
Jonathan Lee Riches, Intervenor

FILED
7-21-2008
JUL 21 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MDL: 1715    Lead Case No: 05-7097

Motion For Reconsideration & Clarification
Under Fed. R. Civ. P rule 24(A)2, Motion To Intervene As Plaintiff

Comes now the Plaintiff, Jonathan Lee Riches, in Pro-Se, moves this honorable
Court to intervene as Plaintiff in the Ameriquest Mortgage Lending Practices
Litigation, MDL:1715, case # 05-7097 under Fed. R. Civ. P rule 24(A)2 - as a
Matter of right. I have a interest in this case to support Plaintiffs claims
of violations of the truth in Lending Act. My Intervention presents questions of
Law and Fact that are common in this Action, Plaintiff moves this honorable court
for a motion for reconsideration so Plaintiff can intervene in this Litigation as
Riches has newly discovered evidence, I have Information, documents, tangible
evidence, and Exhibits related to this case. I can be reached or called at the below
Address. Plaintiff Jonathan Lee Riches prays this court will grant Intervention rule
24(A)2 for relief.

Respectfully

Jonathan Lee Riches
#40948-018                    7-16-08
FcI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400