IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715 <br><br> Lead Case No. 05 C 07097 <br><br> (Centralized before Judge Aspen) |
| SENCIO and ALICIA SALAZAR, <br><br> Plaintiffs, <br><br> v. <br><br> ARGENT MORTGAGE COMPANY, LLC and DEUTSCHE BANK NATIONAL TRUST COMPANY, <br><br> Defendants. | No. 08 C 3875 <br><br> Judge Kocoras |

## NOTICE OF MOTION

TO:     Daniel Mark Harris
         The Law Offices of Daniel Harris
         150 North Wacker Drive
         Suite 3000
         Chicago, Illinois 60606

         AND SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Thursday, July 31, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendants' (Agreed) Motion For Reassignment of Related Action**, a copy of which was previously served upon you.

Dated: July 23, 2008                                  Respectfully submitted,

                                                     ARGENT MORTGAGE COMPANY, LLC and
                                                     DEUTSCHE BANK NATIONAL TRUST
                                                     COMPANY, Defendants


                                                     By: s/ Jonathan N. Ledsky
                                                             One of their Attorneys


Craig A. Varga
Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60606
(312) 341-9400

## CERTIFICATE OF SERVICE

      Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the

foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing. Notice of this filing will

be sent via electronic mail to all counsel of record by operation of the Court's electronic filing

system. Parties may access this filing through the Court's system, including:

Daniel Mark Harris
The Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606

      The following counsel is not registered with the CM/ECF e-Filing for receipt of electronic

filings and consequently was mailed copies by U.S. mail:

Michael Swistak
Swistak and Levine, P.C.
304445 Northwest Highway
Farmington, Michigan 48334-3174

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, Connecticut  06901-2047

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, Connecticut  06901

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street
Suite 28
Westborough, MA 01581

Wayne B. Holstad
30 East Seventh Street
#1690
St. Paul, Minnesota 55101

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road
Suite 200
Carle Place, New York  11514

Robert W. Smyth, Jr.
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, Illinois 60603

John Robert King
Law Office of John King
3409 N. 10th Street
Suite 100
McAllen, Texas  78601

Michael S. Deck
Law Office of John King
3409 N. 10th Street
McAllen, Texas  78501

John Cseh
12800 Shaker Boulevard
Suite U12
Cleveland, Ohio  44120
Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886

                                                            s/Jonathan N. Ledsky