# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br>*Geis, et al. v. Ameriquest Mortgage Company, et al.*<br>(Case No. 06-cv-1716)<br><br>*Cleveland v. Ameriquest Mortgage Company, et al.*<br>(Case No. 06-cv-4306) | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs Douglas and Evelyn Geis (06-cv.1617) and Robert Cleveland (06-cv-4306) provide notice to this Court of the voluntary dismissal of their above captioned cases, without prejudice.

Date:  August 6, 2008        Respectfully Submitted:


              /s/ Anthony P. Valach, Jr.       .
               Counsel for Plaintiffs


Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

     I, Anthony P. Valach, Jr., hereby certify that on this 6th day of August 2008, a true and correct copy of plaintiffs' **NOTICE OF VOLUNTARY DISMISSAL** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                       /s/ Anthony Valach
                                                        Anthony Valach