UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF INDIVIDUALS OPTING-OUT OF CLASS ACTION

The following parties hereby provide notice to this Court that they opt-out of any class or putative class involving their Ameriquest mortgage:

        Ananais & Ethel Colister of Sauk Village, IL

        Michael Cox & Susan Lawrence of South Holland, IL

        Ramses Favela of Chicago. IL

        Wences Garcia & Maria Lara of Chicago, IL

        Elizabeth Hill of Chicago. IL

        Alfredo & Ana Velia Jaime of Chicago. IL

        Denise & Carey Lee of Chicago. IL

        Daryl Monson of Chicago. IL

        Lawrence Mueller of Forest Park. IL

        Benjamin Neeley of Chicago. IL

        John & Constance Puga of Bolingbrook, IL

        James Shew of Chicago. IL

        Harold Wells of Maywood. IL

                                          Respectfully Submitted:

Date:  August 6, 2008                             _____/s/ Anthony P. Valach, Jr._____
                                                                One of their attorneys

                                                     Anthony P. Valach, Jr.
                                                     Daniel M. Harris
                                                   THE LAW OFFICES OF DANIEL HARRIS
                                                   150 N. Wacker Drive, Suite 3000
                                                   Chicago, IL 60606
                                                   P: (312) 960-1802
                                                   F: (312) 960-1936
                                                   anthonyvalach@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 6th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


      By:     /s/ Anthony P. Valach, Jr.