IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO: Counsel of Record:

PLEASE TAKE NOTICE, that on Thursday, August 14, 2008 at 10:30 a.m. we shall appear before Judge Marvin E. Aspen in Room 2568 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **AMENDED STIPULATION FOR STAY OF ALL PROCEEDINGS AND AMENDED SCHEDULING ORDER**, a copy of which is hereby served upon you.

Dated: August 11, 2008                                         ROLAND ARNALL

                                                                          By:    /s/ Vincent P. Schmeltz III
                                                                                    One of his attorneys

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
Therese King Nohos, Esq.
Bradley I. Schecter, Esq.
DEWEY & LEBOEUF LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, Illinois 60601-6710
Telephone: 312-794-8000
Facsimile: 312-794-8100