## CERTIFICATE OF SERVICE

  Vincent P. Schmeltz III, an attorney, hereby certifies that on this 11th day of August 2008, he caused a true and correct copy of the foregoing document, **NOTICE OF MOTION** and **AMENDED STIPULATION FOR STAY OF ALL PROCEEDINGS AND AMENDED SCHEDULING ORDER** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              By: /s/ Vincent P. Schmeltz III
                  Vincent P. Schmeltz III