

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: J. Aaron Jensen

FIRM: Meckler Bulger Tilson Marick & Pearson LLP (Firm Name Change)

STREET ADDRESS: 123 N. Wacker Drive, Suite 1800

CITY/STATE/ZIP: Chicago, IL 60606

PHONE NUMBER: (312) 474-7900

E-MAIL ADDRESS: aaron.jensen@mbtlaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6270008

If you have previously filed an appearance with this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07-cv-5480 | Velocent Systems v. Conesa, VCG Ltd. | Der-Yeghiayan |
| 06-cv-6315 | Khayat v. Leech | Shadur |
| 05-cv-7097 | Re: Ameriquest Mortgage Co. Litigation | Aspen |
| | | |
| | | |
| | | |

s/ J. Aaron Jensen                                              August 12, 2008
_____                    _____
Attorney's Signature                                                    Date