# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## MOTION FOR LEAVE TO WITHDRAW THE
## APPEARANCE OF BRADLEY I. SCHECTER

Roland Arnall, pursuant to Local Rule 83.17 of the Local Rules of the United States District Court, Northern District of Illinois, moves for the entry of an Order withdrawing Bradley I. Schecter's appearance on behalf of Arnall. In support of this motion, Arnall states as follows:

1. Bradley I. Schecter is leaving the firm of Dewey & LeBoeuf LLP and therefore will no longer be involved in this matter.

WHEREFORE, Roland Arnall respectfully requests that the Court enter an Order withdrawing Bradley I. Schecter's appearance.

CH22198.1

Dated: August 15, 2008                                    ROLAND ARNALL


                                                                                By:    /s/ Bradley I. Schecter
                                                                                           One of his attorneys

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
Therese King Nohos, Esq.
Bradley I. Schecter, Esq.
DEWEY & LEBOEUF LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, Illinois 60601-6710
Telephone: 312-794-8000
Facsimile: 312-794-8100