**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 (Centralized before the Honorable Marvin E. Aspen) |
| | Magistrate Judge Morton Denlow |

**NOTICE OF MOTION**

TO:    Counsel of Record:

PLEASE TAKE NOTICE, that on Tuesday, August 19, 2008 at 10:30 a.m. we shall appear before Judge Marvin E. Aspen in Room 2568 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **MOTION TO WITHDRAW THE APPEARANCE OF BRADLEY I. SCHECTER**, a copy of which is hereby served upon you.

Dated: August 15, 2008                     ROLAND ARNALL

By:    /s/ Bradley I. Schecter
       One of his attorneys

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
Therese King Nohos, Esq.
Bradley I. Schecter, Esq.
DEWEY & LEBOEUF LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, Illinois  60601-6710
Telephone:  312-794-8000
Facsimile:  312-794-8100