## CERTIFICATE OF SERVICE

      Bradley I. Schecter, an attorney, hereby certifies that on this 15th day of August 2008, he caused a true and correct copy of the foregoing document, **NOTICE OF MOTION** and **MOTION TO WITHDRAW THE APPEARANCE OF BRADLEY I. SCHECTER** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bradley I. Schecter
Bradley I. Schecter