*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 05cv7097          Assigned/Issued By: CEM

Judge Name: ASPEN              Designated Magistrate Judge: DENLOW

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
                                           _____
☐ Wage-Deduction Garnishment Summons       _____
                                           *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                           ☐ Other
☐ Writ _____              _____
        *(Type of Writ)*                   _____
                                           *(Type of issuance)*

19 Original and 0 copies on 8/14/08 as to SEE ATTACHED LIST.
                              *(Date)*

Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series 2004-R3
Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series 2005-R3
Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series 2003-8
Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificate Series 2004-R11
Park Place Securities Inc. Asset Backed Pass Through Certificates Series 2004-MCWI

Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R-12
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2005-R6

Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R1
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R5
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R8
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2003-6
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2006-R1
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R7
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R9

Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2005-R10
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2005-R5
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2005-R4
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2003-13
Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2005-R7