## United States District Court for the Northern District of Illinois

Case Number: 05CV7097　　　　　Assigned/Issued By: DAJ

Judge Name:　　　　　Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*　☐ $350.00　☐ $39.00　☐ $5.00
　　　　　　　☐ IFP　　　☑ No Fee　☐ Other _____
　　　　　　　☐ $455.00

Number of Service Copies _____　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

**ISSUANCES**

☑ Summons　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　_____
☐ Citation to Discover Assets　　 _____
　　　　　　　　　　　　　　　　(Victim, Against and $ Amount)
☐ Writ _____
　　　(Type of Writ)

  1  Original and  0  copies on  08/15/08  as to AMERIQUEST MORTGAGE
　　　　　　　　　　　　　(Date)
SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES SERIES QUEST

2004-R11.

C:\wpwin80\docket\feeinfo.frm　　03/14/05