**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS: | ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| *Furgeson v. Ameriquest Mortg. Co.*, 04 C 7627, *Salazar v. Ameriquest Mortg. Co.*, 05 C 4162, *Smith v. Ameriquest Mortg Co.*, 05 C 648, *Jimenez v. Ameriquest Mortg. Co.*, 05 C 1009, *Treadwell v. Ameriquest Mortg. Co.*, 05 C 1078, *Key v. Ameriquest Mortg. Co.*, 05 CV 1077, *Wertepny v. Ameriquest Mortg. Co.*, 05 CV 1402, *Harris v. Ameriquest Mortg. Co.*, 05 CV 4025, *Mills v. Ameriquest Mortg. Co.*, 05 CV 3976, and *Pintsak v. Ameriquest Mortg. Co.*, 05 CV 5035. | ) ) ) ) ) ) ) ) ) ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the accompanying Memorandum of Law and 56.1(a)(3) Statement of Material Facts, plaintiffs respectfully move this Court for a grant of summary judgment in their favor on the sole issue of defendants' liabilities for failing to fully disclose borrowers' payment schedules on their TILA Disclosure Statements, finding defendants Ameriquest Mortgage Company ("Ameriquest"), Deutsche Bank, and WM Specialty Mortgage, LLC liable for violations of the Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") and implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226.

1

WHEREFORE, plaintiffs respectfully request that this Court grant summary judgment for plaintiffs, award the statutory remedies of rescission, maximum statutory damages, and attorney's fees, and to grant any or further relief that the Court deems just.

Respectfully submitted,

s/ Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER
&  GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois, 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Michael J. Aschenbrener, hereby certify that on August 22, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

3

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Lorne Todd Saeks
lsaeks@muchshelist.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

 

s/Michael J. Aschenbrener
Michael J. Aschenbrener

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)