**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO THE ) <br> FOLLOWING INDIVIDUAL ACTIONS: ) <br> ) <br> *Furgeson v. Ameriquest Mortg. Co., 04 C 7627,* ) <br> *Salazar v. Ameriquest Mortg. Co., 05 C 4162,* ) <br> *Smith v. Ameriquest Mortg Co., 05 C 648,* ) <br> *Jimenez v. Ameriquest Mortg. Co., 05 C 1009,* ) <br> *Treadwell v. Ameriquest Mortg. Co., 05 C 1078,* ) <br> *Key v. Ameriquest Mortg. Co., 05 CV 1077,* ) <br> *Wertepny v. Ameriquest Mortg. Co., 05 CV 1402,* ) <br> *Harris v. Ameriquest Mortg. Co., 05 CV 4025,* ) <br> *Mills v. Ameriquest Mortg. Co., 05 CV 3976, and* ) <br> *Pintsak v. Ameriquest Mortg. Co., 05 CV 5035.* ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

**NOTICE OF MOTION**

**TO:** SEE ATTACHED SERVICE LIST

    **PLEASE TAKE NOTICE** that on **Thursday, August 28 at 10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**, which was electronically filed and served upon you through the Court's CM/ECF system.

                                                           s/Michael J. Aschenbrener
                                                           Michael J. Aschenbrener

                                                           *Attorneys for Plaintiffs*
                                                           Daniel A. Edelman
                                                           Cathleen M. Combs
                                                           James O. Latturner
                                                           Michael J. Aschenbrener
                                                           EDELMAN, COMBS, LATTURNER
                                                               & GOODWIN, LLC
                                                           120 S. LaSalle Street, 18th Floor
                                                           Chicago, Illinois  60603
                                                           (312) 739-4200
                                                           (312) 419-0379 (FAX)

Dated: August 22, 2008

## CERTIFICATE OF SERVICE

I, Michael J. Aschenbrener, hereby certify that on August 22, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Lorne Todd Saeks
lsaeks@muchshelist.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

s/Michael J. Aschenbrener
Michael J. Aschenbrener

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)