**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) | |
| MORTGAGE LENDING PRACTICES ) | MDL No. 1715 |
| LITIGATION ) | |
| _____ ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO THE ) | |
| FOLLOWING INDIVIDUAL ACTIONS: ) | Centralized before Judge |
| ) | Marvin E. Aspen |
| *Furgeson v. Ameriquest Mortg. Co.*, 04 C 7627, ) | |
| *Salazar v. Ameriquest Mortg. Co.*, 05 C 4162, ) | |
| *Smith v. Ameriquest Mortg Co.*, 05 C 648, ) | |
| *Jimenez v. Ameriquest Mortg. Co.*, 05 C 1009, ) | |
| *Treadwell v. Ameriquest Mortg. Co.*, 05 C 1078, ) | |
| *Key v. Ameriquest Mortg. Co.*, 05 CV 1077, ) | |
| *Wertepny v. Ameriquest Mortg. Co.*, 05 CV 1402, ) | |
| *Harris v. Ameriquest Mortg. Co.*, 05 CV 4025, ) | |
| *Mills v. Ameriquest Mortg. Co.*, 05 CV 3976, and ) | |
| *Pintsak v. Ameriquest Mortg. Co.*, 05 CV 5035. ) | |

**NOTICE OF FILING**

       **PLEASE TAKE NOTICE** that on August 22, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following document: **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT.**

                                             s/Michael J. Aschenbrener
                                             Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael A. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)


Dated: August 22, 2008

## **CERTIFICATE OF SERVICE**

        I, Michael J. Aschenbrener, hereby certify that on August 22, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

| | |
|---|---|
| Samuel H. Rudman<br>srudman@lerachlaw.com | Lorne Todd Saeks<br>lsaeks@muchshelist.com |
| Craig Allan Varga<br>cvarga@vblhc.com | Terry A. Smiljanich<br>tsmiljanich@jameshoyer.com,<br>dstephens@jameshoyer.com,<br>jbowman@jameshoyer.com,<br>lmartin@jameshoyer.com |
| Thomas Joseph Wiegand<br>twiegand@winston.com,<br>ECF_CH@winston.com | |
| | Kristina M. Van Buskirk<br>Kvanbuskirk@ngelaw.com |

 

            s/Michael J. Aschenbrener
            Michael J. Aschenbrener


            *Attorneys for Plaintiffs*
            Daniel A. Edelman
            Cathleen M. Combs
            James O. Latturner
            Michael J. Aschenbrener
            EDELMAN, COMBS, LATTURNER
              & GOODWIN, LLC
            120 S. LaSalle Street, 18th Floor
            Chicago, Illinois  60603
            (312) 739-4200
            (312) 419-0379 (FAX)