IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS: | Centralized before Judge Marvin E. Aspen |
| *Furgeson v. Ameriquest Mortg. Co.*, 04 C 7627, *Salazar v. Ameriquest Mortg. Co.*, 05 C 4162, *Smith v. Ameriquest Mortg Co.*, 05 C 648, *Jimenez v. Ameriquest Mortg. Co.*, 05 C 1009, *Treadwell v. Ameriquest Mortg. Co.*, 05 C 1078, *Key v. Ameriquest Mortg. Co.*, 05 CV 1077, *Wertepny v. Ameriquest Mortg. Co.*, 05 CV 1402, *Harris v. Ameriquest Mortg. Co.*, 05 CV 4025, *Mills v. Ameriquest Mortg. Co.*, 05 CV 3976, and *Pintsak v. Ameriquest Mortg. Co.*, 05 CV 5035. | |

**PLAINTIFFS' LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1(a)(3) of the Rules of the U.S. District Court for the Northern District of Illinois, Plaintiffs Marie Furgeson, Sergio Salazar, Guadalupe Salazar, Eric Smith, Guillermina Yanong, Nelson Jimenez, Melinda Jimenez, Gilbert Treadwell, Genelle Treadwell, Earl Key, Brett Wertepny, Yvonne Wertepny, Castella Williams Harris, Delois Mills, William Pintsak, and Sandra Pintsak submit the following Statement of Material Facts as to which there is no genuine issue of material fact in support of his motion for summary judgment against defendant Ameriquest Mortgage Company ("Ameriquest"):

      1.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331

(general federal question) and 1337 (interstate commerce) and 15 U.S.C. § 1640 (Truth in Lending Act). (Answer to Plaintiff Marie Furgeson's Second Amended Complaint, ¶ 2, attached hereto as Appendix 2; Answer to Plaintiffs Sergio Salazar and Guadalupe Salazar's Third Amended Complaint, ¶ 2, attached hereto as Appendix 7; Answer to Plaintiffs Eric Smith and Guillermina Yanong's Second Amended Complaint, ¶ 2, attached hereto as Appendix 12; Answer to Plaintiffs Nelson Jimenez and Melinda Jimenez's Complaint, ¶ 2, attached hereto as Appendix 19; Answer to Plaintiffs Gilbert Treadwell and Genelle Treadwell's Second Amended Complaint, ¶ 2, attached hereto as Appendix 23; Answer to Plaintiff Earl Key's Amended Complaint, ¶ 2, attached hereto as Appendix 28; Answer to Plaintiffs Brett Wertepny and Yvonne Wertepnys' Amended Complaint, ¶ 2, attached hereto as Appendix 35; Answer to Plaintiff Castella Williams Harris's Amended Complaint, ¶ 2, attached hereto as Appendix 40; Answer to Plaintiff Delois Mills's Second Amended Complaint, ¶ 2, attached hereto as Appendix 45; and, Ameriquest's Answer to Plaintiffs Sandra Pintsak and William Pintsak's Amended Complaint, ¶ 2, attached hereto as Appendix 50).

## FACTS RELATING TO ALL PLAINTIFFS

2. All plaintiffs obtained mortgage loans from Ameriquest Mortgage Company. (Answer to Plaintiff Marie Furgeson's Second Amended Complaint, ¶ 7, attached hereto as Appendix 2; Answer to Plaintiffs Sergio Salazar and Guadalupe Salazar's Third Amended Complaint, ¶ 14, attached hereto as Appendix 7; Answer to Plaintiffs Eric Smith and Guillermina Yanong's Second Amended Complaint, ¶ 12, attached hereto as Appendix 12; Answer to Plaintiffs Nelson Jimenez and Melinda Jimenez's Complaint, ¶ 5, attached hereto as Appendix 19; Answer to Plaintiffs Gilbert Treadwell and Genelle Treadwell's Second Amended Complaint, ¶ 8, attached hereto as Appendix 23; Answer to Plaintiff Earl Key's Amended Complaint, ¶ 10, attached hereto

as Appendix 28; Ameriquest's Rule 26(a)(1) Disclosures to Brett and Yvonne Wertepny, documents A-00008 through A-00026, attached hereto as Appendix 34; Answer to Plaintiff Castella Williams Harris's Amended Complaint, ¶ 11, attached hereto as Appendix 40; Answer to Plaintiff Delois Mills's Second Amended Complaint, ¶ 8, attached hereto as Appendix 45; and, Ameriquest's Answer to Plaintiffs Sandra Pintsak and William Pintsak's Amended Complaint, ¶¶ 10 and 12, attached hereto as Appendix 50).

3. The loans were secured by mortgages on plaintiffs' homes. (Answer to Plaintiff Marie Furgeson's Second Amended Complaint, ¶ 7, attached hereto as Appendix 2; Answer to Plaintiffs Sergio Salazar and Guadalupe Salazar's Third Amended Complaint, ¶ 17, attached hereto as Appendix 7; Answer to Plaintiffs Eric Smith and Guillermina Yanong's Second Amended Complaint, ¶ 12, attached hereto as Appendix 12; Answer to Plaintiffs Nelson Jimenez and Melinda Jimenez's Complaint, ¶ 5, attached hereto as Appendix 19; Answer to Plaintiffs' Gilbert Treadwell and Genelle Treadwell's Second Amended Complaint, ¶¶ 8 and 10, attached hereto as Appendix 23; Answer to Plaintiff Earl Key's Amended Complaint, ¶¶ 8 and 12, attached hereto as Appendix 28; Answer to Plaintiffs Brett Wertepny and Yvonne Wertepny's Complaint, ¶¶ 5 and 8, attached hereto as Appendix 35; Answer to Plaintiff Castella Williams Harris's Amended Complaint, ¶ 11, attached hereto as Appendix 40; Deutsche Bank's Answer to Plaintiff Delois Mills's Amended Complaint, ¶ 8, attached hereto as Appendix 46; and, Answer to Plaintiffs' William Pintsak and Sandra Pintsak's Amended Complaint, ¶¶ 10 and 15 , attached hereto as Appendix 50).

4. Plaintiffs used the loan proceeds to refinance their previous mo rtgage loans on their homes. (Deposition of Marie Furgeson, p. 45, lines 16-20, relevant portions attached

3

hereto as Appendix 1; Declaration of Sergio Salazar and Guadalupe Salazar, attached hereto as Appendix 6; Declaration of Eric Smith and Guillermina Yanong, attached hereto as Appendix 10; Deposition of Melinda Jimenez, p. 85, lines 15-24, p. 86, line 1, relevant portions attached hereto as Appendix 18; Declaration of Gilbert Treadwell and Genelle Treadwell, attached hereto as Appendix 22; Declaration of Earl Key, attached hereto as Appendix 27; Depostion of Yvonne Wertepny, p. 50, lines 14-18, relevant portions attached hereto as Appendix 33; Ameriquest's Rule 26(a)(1) Disclosures to Castella Williams Harris, document A-0007, attached hereto as Appendix 39; Declaration of Delois Mills, attached hereto as Appendix 44; and Declaration of William Pintsak and Sandra Pintsak, attached hereto as Appendix 49).

  5. The payment schedule on the Truth-in-Lending Disclosure Statements delivered to plaintiffs at their closings do not explicitly state or disclose that payments under the loan are due "monthly." (Exhibit D to Plaintiff Marie Furgeson's Second Amended Complaint, attached hereto as Appendix 3; Exhibit D to Plaintiffs Sergio Salazar and Guadalupe Salazar's Second Amended Complaint, attached hereto as Appendix 8; Ameriquest's Rule 26(a)(1) Disclosures to Eric Smith and Guillermina Yanong, document A-00024, attached hereto as Appendix 11; Exhibit C to Nelson Jimenez and Melinda Jimenez's Complaint, attached hereto as Appendix 20; Exhibit C to Gilbert Treadwell and Genelle Treadwell's Second Amended Complaint, attached hereto as Appendix 24; Ameriquest's Rule 26(a)(1) Disclosures to Earl Key, page A-00025, attached hereto as Appendix 29; Ameriquest's Rule 26(a)(1) Disclosures to Brett Wertepny and Yvonne Wertepny, page A-00026, attached hereto as Appendix 34; Ameriquest's Rule 26(a)(1) Disclosures to Castella Williams Harris, documents A-0046 and A-0047, attached hereto as Appendix 39; Ameriquest's Rule 26(a)(1) Disclosures to Delois Mills, document A-00020, attached hereto as Appendix 43; and,

Exhibit C to Sandra Pintsak and William Pintsak's Amended Complaint, attached hereto as Appendix 52).

6. The payment schedule on the Truth-in-Lending Statements do not explicitly state the date of each the month that payments are due. (Exhibit D to Plaintiff Marie Furgeson's Second Amended Complaint, attached hereto as Appendix 3; Exhibit D to Plaintiffs Sergio Salazar and Guadalupe Salazar's Second Amended Complaint, attached hereto as Appendix 8; Ameriquest's Rule 26(a)(1) Disclosures to Eric Smith and Guillermina Yanong, document A-00024, attached hereto as Appendix 11; Exhibit C to Nelson Jimenez and Melinda Jimenez's Complaint, attached hereto as Appendix 20; Exhibit C to Gilbert Treadwell and Genelle Treadwell's Second Amended Complaint, attached hereto as Appendix 24; Ameriquest's Rule 26(a)(1) Disclosures to Earl Key, page A-00025, attached hereto as Appendix 29; Ameriquest's Rule 26(a)(1) Disclosures to Brett Wertepny and Yvonne Wertepny, page A-00026, attached hereto as Appendix 34; Ameriquest's Rule 26(a)(1) Disclosures to Castella Williams Harris, documents A-0046 and A-0047, attached hereto as Appendix 39; Ameriquest's Rule 26(a)(1) Disclosures to Delois Mills, document A-00020, attached hereto as Appendix 43; and, Exhibit C to Sandra Pintsak and William Pintsak's Amended Complaint, attached hereto as Appendix 52).

7. The Truth-in-Lending Disclosure Statements do not contain a listing of the due dates of each payment under the loan. (Exhibit D to Plaintiff Marie Furgeson's Second Amended Complaint, attached hereto as Appendix 3; Exhibit D to Plaintiffs Sergio Salazar and Guadalupe Salazar's Second Amended Complaint, attached hereto as Appendix 8; Ameriquest's Rule 26(a)(1) Disclosures to Eric Smith and Guillermina Yanong, document A-00024, attached hereto as Appendix 11; Exhibit C to Nelson Jimenez and Melinda Jimenez's Complaint, attached

hereto as Appendix 20; Exhibit C to Gilbert Treadwell and Genelle Treadwell's Second Amended Complaint, attached hereto as Appendix 24; Ameriquest's Rule 26(a)(1) Disclosures to Earl Key, p. A-00025, attached hereto as Appendix 29; Ameriquest's Rule 26(a)(1) Disclosures to Brett Wertepny and Yvonne Wertepny, p. A-00026, attached hereto as Appendix 34; Ameriquest's Rule 26(a)(1) Disclosures to Castella Williams Harris, documents A-0046 and A-0047, attached hereto as Appendix 39; Ameriquest's Rule 26(a)(1) Disclosures to Delois Mills, document A-00020, attached hereto as Appendix 43; and Exhibit C to Sandra Pintsak and William Pintsak's Amended Complaint, attached hereto as Appendix 52).

8. Through counsel, plaintiffs have sent notice of their intent to rescind the loans to Ameriquest. (Appendices 4, 9, 15, 21, 25, 30, 36, 41, 47, and 53.)

9. Ameriquest has not rescinded any of plaintiffs' loans. (Answer to Plaintiff Marie Furgeson's Second Amended Complaint, ¶ 16, attached hereto as Appendix 2; Answer to Plaintiffs Sergio Salazar and Guadalupe Salazar's Third Amended Complaint, ¶ 37, attached hereto as Appendix 7; Appendix 16; *See* Deposition of Nelson Jimenez, p. 163, lines 1-24, p. 164, lines 1-24, attached hereto as Appendix 17. Plaintiff was still making payments and receiving statements, which demonstrates the loan had not been rescinded at time of deposition; Appendix 26; Appendix 31; Appendix 37; Appendix 42; Answer to Plaintiff Delois Mills's Second Amended Complaint, ¶ 22, attached hereto as Appendix 45; and, Ameriquest's Answer to Plaintiffs William Pintsak and Sandra Pintsak's Amended Complaint, ¶ 21, attached hereto as Appendix 50.)

10. Defendant Ameriquest Mortgage Company does business in Illinois. (Answer to Plaintiff Marie Furgeson's Second Amended Complaint, ¶ 4, attached hereto as Appendix 2; Answer to Plaintiffs Sergio Salazar and Guadalupe Salazar's Third Amended

6

Complaint, ¶¶ 3 and 6, attached hereto as Appendix 7; Answer to Plaintiffs Eric Smith and Guillermina Yanong's Second Amended Complaint, ¶ 4, attached hereto as Appendix 12; Answer to Plaintiffs Nelson Jimenez and Melinda Jimenez's Complaint, ¶ 4, attached hereto as Appendix 19; Answer to Plaintiffs Gilbert Treadwell and Genelle Treadwell's Second Amended Complaint, ¶ 4, attached hereto as Appendix 23, Answer to Plaintiff Earl Key's Amended Complaint, ¶ 4, attached hereto as Appendix 28, Answer to Plaintiffs Brett Wertepny and Yvonne Wertepnys' Amended Complaint, ¶ 4, attached hereto as Appendix 35, Answer to Plaintiff Castella Williams Harris's Amended Complaint, ¶ 4, attached hereto as Appendix 40, Answer to Plaintiff Delois Mills's Second Amended Complaint, ¶ 4, attached hereto as Appendix 45, and Ameriquest's Answer to Plaintiffs Sandra Pintsak and William Pintsak's Amended Complaint, ¶ 4, attached hereto as Appendix 50).

11. Ameriquest made more than 26 loans per year. (Answer to Plaintiffs Sergio Salazar and Guadalupe Salazar's Third Amended Complaint, ¶ 8, attached hereto as Appendix 7, Answer to Plaintiffs Nelson Jimenez and Melinda Jimenez's Complaint, ¶ 4, attached hereto as Appendix 19, Answer to Plaintiffs Gilbert Treadwell and Genelle Treadwell's Second Amended Complaint, ¶ 4, attached hereto as Appendix 23, Answer to Plaintiff Earl Key's Amended Complaint, ¶ 4, attached hereto as Appendix 28, Answer to Plaintiffs Brett Wertepny and Yvonne Wertepnys' Amended Complaint, ¶ 4, attached hereto as Appendix 35, Answer to Plaintiff Castella Williams Harris's Amended Complaint, ¶ 4, attached hereto as Appendix 40, Answer to Plaintiff Delois Mills's Second Amended Complaint, ¶ 4, attached hereto as Appendix 45, and Ameriquest's Answer to Plaintiffs Sandra Pintsak and William Pintsak's Amended Complaint, ¶ 6, attached hereto as Appendix 50).

## FACTS RELATING TO MARIE FURGESON

12. Plaintiff Marie Furgeson owns and resided in a house at 2016 W. 14th St., Springfield, IL 62702. (Deposition of Marie Furgeson, p. 10, lines 21-24, p. 11, line 1, relevant portions attached hereto as Appendix 1).

13. On March 21, 2003, Ms. Furgeson obtained a $60,400 loan from Ameriquest Mortgage Company. (Answer to Plaintiff's Second Amended Complaint, ¶ 7, attached hereto as Appendix 2).

14. Ms. Furgeson sent a notice of rescission on November 9, 2004. (Appendix 4).

15. Ameriquest has not rescinded Ms. Furgeson's loan. (*See* Answer to Plaintiff's Second Amended Complaint, ¶ 16, attached hereto as Appendix 2).

16. WM Specialty Mortgage, LLC is the current assignee of Ms. Furgeson's loan. (Declaration of Michael J. Aschenbrener, attached hereto as Appendix 5).

## FACTS RELATING TO SERGIO SALAZAR AND GUADALUPE SALAZAR

17. Plaintiffs Sergio Salazar and Guadalupe Salazar own and reside in a house at 3800 Marshall Court, Bellwood, IL 60104. (Declaration of Sergio Salazar and Guadalupe Salazar, attached hereto as Appendix 6).

18. On May 28, 2002, Mr. Salazar and Ms. Salazar closed on a loan from Ameriquest Mortgage Company. (Answer to Plaintiffs' Third Amended Complaint, ¶ 14, attached hereto as Appendix 7).

19. The Salazars sent a notice of rescission through DHL overnight delivery on December 23, 2004. (Declaration of Mila Novak, attached hereto as Appendix 9).

8

20.  Ameriquest has not rescinded the Salazars' loan. (Answer to Plaintiffs' Third Amended Complaint, ¶ 37, attached hereto as Appendix 7).

21.  Deutsche Bank National Trust Company, N.A. is the current assignee of the Salazars' loan. (Answer to Plaintiffs' Third Amended Complaint, ¶ 27, attached hereto as Appendix 7).

## FACTS RELATING TO ERIC SMITH AND GUILLERMINA YANONG

22.  Plaintiffs Eric Smith and Guillermina Yanong own and reside in a house at 1844 South 60th Court, Cicero, Illinois 60804. (Declaration of Eric Smith and Guillermina Yanong, attached hereto as Appendix 10).

23.  On February 20, 2002, Mr. Smith and Ms. Yanong obtained a $161,100 loan from Ameriquest Mortgage Company. (Ameriquest's Rule 26(a)(1) Disclosures, documents A-00005 through A-00025, attached hereto as Appendix 11, Ameriquest's Answer to Plaintiffs' Second Amended Complaint, ¶ 12, attached hereto as Appendix 12, and Deutsche Bank's Answer to Plaintiffs' Amended Complaint, ¶ 10, attached hereto as Appendix 13).

24.  Mr. Smith and Ms. Yanong sent a notice of rescission on January 28, 2005 (Appendix 15).

25.  Ameriquest has refused to rescind Mr. Smith and Ms. Yanong's loan. (Appendix 16).

26.  Deutsche Bank National Trust Company, N.A. was the final assignee of Mr. Smith and Ms. Yanong's loan. (Deutsche Bank's Answer to Plaintiffs' Amended Complaint, ¶ 12, hereto attached as Appendix 13).

27.  Mr. Smith and Ms. Yanong have since refinanced their loan again.

(Declaration of Eric Smith and Guillermina Yanong, attached hereto as Appendix 10).

**FACTS RELATING TO NELSON JIMENEZ AND MELINDA JIMENEZ**

28. Plaintiffs Nelson Jimenez and Melinda Jimenez own and reside in a house at 270 Lilac Drive, Romeoville, IL 60446. (Deposition of Nelson Jimenez, p. 17, lines 21-24, p. 18, line 1, relevant portions attached hereto as Appendix 17, and Deposition of Melinda Jimenez, p. 71, lines 13-15, relevant portions attached hereto as Appendix 18).

29. On December 19, 2002, plaintiffs Nelson Jimenez and Melinda Jimenez obtained a mortgage loan from Ameriquest. (Answer to Plaintiffs' Complaint, ¶ 5, attached hereto as Appendix 19).

30. The Jimenezes sent a notice of rescission on January 28, 2005. (Appendix 21).

31. Ameriquest has not rescinded the Jimenezes' loan. (*See* Deposition of Nelson Jimenez, p. 163, lines 1-24, p. 164, lines 1-24, attached hereto as Appendix 17. Plaintiff was still making payments and receiving statements, which demonstrates the loan had not been rescinded at time of deposition.)

32. WM Specialty Mortgage, LLC is the current assignee of the Jimenezes' loan. (Declaration of Michael J. Aschenbrener, attached hereto as Appendix 5).

**FACTS RELATING TO GILBERT TREADWELL AND GENELLE TREADWELL**

33. Plaintiffs Gilbert Treadwell and Genelle Treadwell own and reside in a house at 758 Kedvale, Chicago, IL 60624. (Declaration of Gilbert Treadwell and Genelle Treadwell, attached hereto as Appendix 22).

34. On October 23, 2002, plaintiffs Gilbert Treadwell and Genelle Treadwell

10

obtained a mortgage loan from Ameriquest. (Answer to Plaintiffs' Second Amended Complaint, ¶ 8, attached hereto as Appendix 23).

35. The Treadwells sent a notice of rescission on February 3, 2005. (Appendix 25).

36. Ameriquest has refused to rescind the Treadwells' loan. (Appendix 26).

37. Deutsche Bank National Trust Company was the final assignee of the Treadwells' loan. (Answer to Plaintiffs' Second Amended Complaint, ¶ 17, attached hereto as Appendix 23).

38. The Treadwells have since refinanced their loan again. (Declaration of Gilbert Treadwell and Genelle Treadwell, attached hereto as Appendix 22).

## FACTS RELATING TO EARL KEY

39. Plaintiff Earl Key owns and resides in a house at 7900 S. Kimbark Avenue, Chicago, IL 60619. (Declaration of Earl Key, attached hereto as Appendix 27).

40. On May 18, 2002, plaintiff Earl Key obtained a mortgage loan from Ameriquest. (Answer to Plaintiff's Amended Complaint, ¶ 10, attached hereto as Appendix 28).

41. Mr. Key sent a notice of rescission on February 3, 2005. (Appendix 30).

42. Ameriquest has refused to rescind Mr. Key's loan. (Appendix 31).

43. Deutsche Bank National Trust Company was the final assignee of Mr. Key's loan. (Answer to Plaintiffs' Amended Complaint, ¶ 13, attached hereto as Appendix 28).

44. Mr. Key has since refinanced again. (Declaration of Earl Key, attached hereto as Appendix 27)

11

## FACTS RELATING TO BRETT WERTEPNY AND YVONNE WERTEPNY

45. Plaintiffs Brett Wertepny and Yvonne Wertepny own and reside in a home at 2063 Craig Drive, Des Plaines, IL 60018. (Deposition of Brett Wertepny, p. 4, lines 10-16, relevant portions attached hereto as Appendix 32, and Depostion of Yvonne Wertepny, p. 12, lines 5-24, p. 28, lines 1-24, relevant portions attached hereto as Appendix 33).

46. On May 8, 2003, plaintiffs Brett Wertepny and Yvonne Wertepny obtained a mortgage loan from Ameriquest. (Ameriquest's Rule 26(a)(1) Disclosures, documents A-00008 through A-00026, attached hereto as Appendix 34).

47. The Wertepnys sent a notice of rescission on February 3, 2005. (Appendix 36).

48. Ameriquest has refused to rescind the Wertepnys' loan. (Appendix 37).

49. WM Specialty Mortgage, LLC was the final assignee of the Wertepnys' loan. (Declaration of Michael J. Aschenbrener, attached hereto as Appendix 5).

50. On March 23, 2006, the Wertepnys refinanced again. (Satisfaction of Mortgage by Ameriquest Mortgage Company and mortgage from the Wertepnys to U.S. Bank, N.A., attached hereto as Appendix 38).

## FACTS RELATING TO CASTELLA WILLIAMS HARRIS

51. Plaintiff Castella Williams Harris owns and resides in a home at 6922 S. Winchester, Chicago, IL 60636. (Ameriquest's Rule 26(a)(1) Disclosures, documents A-0007 and A-0153, attached hereto as Appendix 39).

52. On July 8, 2002, plaintiff Castella Williams Harris obtained a mortgage loan from Ameriquest. (Answer to Plaintiff's Amended Complaint, ¶ 11, attached hereto as

12

Appendix 40, and Ameriquest's Rule 26(a)(1) Disclosures, documents A-0023 - A-0051, attached hereto as Appendix 39).

53.  Ms. Harris sent a notice of rescission on June 13, 2002. (Appendix 41).

54.  Ameriquest has refused to rescind Ms. Harris's loan. (Appendix 42).

55.  Deutsche Bank National Trust Company is the current assignee of Ms. Harris's loan. (Answer to Plaintiffs' Amended Complaint, ¶ 13, attached hereto as Appendix 40).

### FACTS RELATING TO DELOIS MILLS

56.  Plaintiff Delois Mills owns and resides in a home at 12449 S. Elizabeth, Calumet Park, IL 60827. (Ameriquest's Rule 26(a)(1) Disclosures, document A-00124, attached hereto as Appendix 43, and Declaration of Delois Mills, attached hereto as Appendix 44).

57.  On July 23, 2002, plaintiff Delois Mills and her late husband obtained a mortgage loan from Ameriquest. (Answer to Plaintiff's Second Amended Complaint, ¶ 8, attached hereto as Appendix 45).

58.  Ms. Mills sent a notice of rescission on June 13, 2002. (Appendix 47).

59.  Ameriquest has refused to rescind Ms. Mills's loan. (Answer to Plaintiff's Second Amended Complaint, ¶ 22, attached hereto as Appendix 45, and Appendix 48).

60.  Deutsche Bank National Trust Company is the current assignee of Ms. Mills's loan. (Deutsche Bank's Answer to Plaintiffs' Amended Complaint, ¶ 14, attached hereto as Appendix 46).

### FACTS RELATING TO WILLIAM PINTSAK AND SANDRA PINTSAK

61.  Plaintiffs William Pintsak and Sandra Pintsak own and reside in a home at 2005 Allen Drive, Geneva, IL 60134. (Declaration of William Pintsak and Sandra Pintsak,

attached hereto as Appendix 49).

62. On November 14, 2002, plaintiffs William Pintsak and Sandra Pintsak obtained a mortgage loan from Ameriquest. (Ameriquest's Answer to Plaintiffs' Amended Complaint, ¶¶ 10 and 12, attached hereto as Appendix 50).

63. The Pintsaks sent a notice of rescission on August 8, 2005. (Appendix 53).

64. Ameriquest has refused to rescind the Pintsaks' loan. (Ameriquest's Answer to Plaintiffs' Amended Complaint, ¶ 21, attached hereto as Appendix 50).

65. WM Specialty Mortgage, LLC is the current assignee of the Pintsaks' loan. (WM Specialty's Answer to Plaintiffs' Second Amended Complaint, ¶¶ 18-19, attached hereto as Appendix 54).

Respectfully submitted,

s/ Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Michael J. Aschenbrener, hereby certify that on August 22, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi

drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Lorne Todd Saeks
lsaeks@muchshelist.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

s/Michael J. Aschenbrener
Michael J. Aschenbrener

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

# INDEX OF APPENDICES
## TO PLAINTIFFS' LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Appendix 1     Deposition of Marie Furgeson (Relevant Portions)

Appendix 2     Ameriquest Mortgage Company's Answer to Marie Furgeson's Second Amended Complaint

Appendix 3     Marie Furgeson's Second Amended Complaint

Appendix 4     Rescission Letter for Marie Furgeson, November 9, 2004

Appendix 5     Declaration of Michael J. Aschenbrener

Appendix 6     Declaration of Sergio & Guadalupe Salazar

Appendix 7     Ameriquest Mortgage Company's Answer to Sergio A. Salzar and Guadalupe Salazar's Third Amended Complaint

Appendix 8     Sergio A. Salzar and Guadalupe Salazar's Third Amended Complaint

Appendix 9     Declaration of Mila Novak

Appendix 10    Declaration of Erix Smith and Guillermina Yanong

Appendix 11    Ameriquest Mortgage Company's Rule 26(a)(1) Disclosures to Eric Smith and Guillermina Yanong

Appendix 12    Ameriquest Mortgage Company's Answer and Affirmative Defenses to Eric Smith and Guillermina Yanong's Second Amended Complaint

Appendix 13    Deutsche Bank National Trust Company's Answer to Eric Smith and Guillermina Yanong's Amended Complaint

Appendix 14    Ameriquest Mortgage Company's Response to Eric Smith and Guillermina Yanong's First Request for Admissions

Appendix 15    Rescission Letter for Eric Smith and Guillermina Yanong, January 28, 2005

Appendix 16    Letter from Craig A. Varga responding to Rescission Letter for Eric Smith and Guillermina Yanong, February 17, 2005

Appendix 17   Deposition of Nelson Jimenez (Relevant Portions)

Appendix 18   Deposition of Melinda Jimenez (Relevant Portions)

Appendix 19   Ameriquest Mortgage Company's Answer to Nelson Jimenez and Melinda Jimenez's Complaint

Appendix 20   Nelson Jimenez and Melinda Jimenez's Complaint

Appendix 21   Rescission Letter for Nelson Jimenez and Melinda Jimenez, January 28, 2005

Appendix 22   Declaration of Gilbert Treadwell and Genelle Treadwell

Appendix 23   Ameriquest Mortgage Company's Answer to Gilbert Treadwell and Genelle Treadwell's Second Amended Complaint

Appendix 24   Gilbert Treadwell and Genelle Treadwell's Second Amended Complaint

Appendix 25   Rescission Letter for Gilbert Treadwell and Genelle Treadwell, February 3, 2005

Appendix 26   Letter from Jonathan N. Ledsky responding to Rescission Letter for Gilbert Treadwell and Genelle Treadwell, February 23, 2005

Appendix 27   Declaration of Earl Key

Appendix 28   Ameriquest Mortgage Company's Answer to Earl Key's Amended Complaint

Appendix 29   Ameriquest Mortgage Company's Rule 26(a)(1) Disclosures to Earl Key

Appendix 30   Rescission Letter for Earl Key, February 3, 2005

Appendix 31   Letter from Jonathan N. Ledsky responding to Rescission Letter for Earl Key, February 23, 2005

Appendix 32   Deposition of Brett Wertepny (Relevant Portions)

Appendix 33   Deposition of Yvonne Wertepny (Relevant Portions)

Appendix 34   Ameriquest Mortgage Company's Rule 26(a)(1) Disclosures to Brett Wertepny and Yvonne Wertepny

Appendix 35   Ameriquest Mortgage Company's Answer to Brett Wertepny and Yvonne Wertepny's Complaint

Appendix 36  Rescission Letter for Brett Wertepny and Yvonne Wertepny, February 16, 2005

Appendix 37  Letter from Jonathan N. Ledsky responding to Rescission Letter for Brett Wertepny and Yvonne Wertepny, March 9, 2005

Appendix 38  Satisfaction of Mortgage of April 30, 2006 and Mortgage of March 22, 2006

Appendix 39  Ameriquest Mortgage Company's Rule 26(a)(1) Disclosures to Castella Williams Harris

Appendix 40  Ameriquest Mortgage Company's Answer to Castella Williams Harris's Amended Complaint

Appendix 41  Rescission letter for Castella Williams Harris, June 13, 2005

Appendix 42  Letter from Jonathan N. Ledsky responding to Rescission Letter for Castella Williams Harris, June 29, 2005

Appendix 43  Ameriquest Mortgage Company's Rule 26(a)(1) Disclosures to Delois Mills

Appendix 44  Declaration of Delois Mills

Appendix 45  Ameriquest Mortgage Company's Answer and Affirmative Defenses to Delois Mills's Second Amended Complaint

Appendix 46  Deutsche Bank National Trust Company's Answer and to Delois Mills's Amended Complaint

Appendix 47  Rescission Letter for Delois Mills, July 8, 2005

Appendix 48  Letter from Jonathan N. Ledsky responding to Rescission Letter for Delois Mills, July 20, 2005

Appendix 49  Declaration of Sandra Pintsak and William Pintsak

Appendix 50  Ameriquest Mortgage Company's Answer to Sandra Pintsak and William Pintsak's Amended Complaint

Appendix 51  Ameriquest Mortgage Company's Rule 26(a)(1) Disclosures to Sandra Pintsak and William Pintsak

Appendix 52  Sandra Pintsak and William Pintsak's Amended Complaint

Appendix 53   Rescission Letter for Sandra Pintsak and William Pintsak, August 8, 2005

Appendix 54   WM Specialty Mortgage, LLC's Answer & Affirmative Defenses to Second Amended Complaint