# APPENDIX 4

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603-3403
(312) 739-4200
(800) 644-4673
(312) 419-0379 (FAX)
Email: edcombs@aol.com
www.edcombs.com

November 9, 2004

**BY MESSENGER**

Ameriquest Mortgage Corporation
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

          Re:    Notice of rescission, claim and lien, Maria Furgeson, 2016 South 14th Street, Springfield, IL 62702.

Ladies/ Gentlemen:

      The above client hereby gives notice that she rescinds the above loan for noncompliance with the Truth in Lending Act, including without limitation provision of a misdated notice of the right to cancel.

      Please be further advised that we have been retained by the above client to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

      If you claim that the owner of the loan is other than yourself, please identify the owner pursuant to 15 U.S.C. §1641(d).

      Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

                                        Sincerely,

                                        Daniel A. Edelman

cc: client

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on November 9, 2004.

_____
Daniel A. Edelman

# APPENDIX 5

## DECLARATION OF MICHAEL J. ASCHENBRENER

I declare under penalty of perjury under the laws of the United States and Illinois that the foregoing is true and correct:

1. On February 7, 2008, Sarah Andrus of Buchalter Nemer sent a list of borrowers represented by Edelman, Combs, Latturner & Goodwin, LLC ("ECL&G") and the relevant holders/investors of those borrowers' loans to a now former ECL&G attorney, Al F. Hofeld, Jr. via email.

2. This list identified several loans as being owned by Washington Mutual Bank.

3. Karen Stevenson, counsel for WM Specialty Mortgage, LLC, informed me in April 2008 that all loans on the above-referenced list held by Washington Mutual Bank are actually held by WM Specialty Mortgage, LLC and that all "Washington Mutual Bank" entries on the list should state "WM Specialty Mortgage, LLC."

4. Attached to this declaration and incorporated by reference is a true and correct copy of a forward of the email from Sarah Andrus to Al F. Hofeld, Jr. and the above-referenced list, which was included as an attachment to Ms. Andrus' email.

Executed this 8th day of August, 2008.

Michael J. Aschenbrener

## Michael Aschenbrener

| | |
|---|---|
| **From:** | Al Hofeld |
| **Sent:** | Friday, February 08, 2008 9:10 AM |
| **To:** | Aziza Khatoon |
| **Cc:** | Tara Goodwin; Cathleen M. Combs; Michael Aschenbrener; Alana J. Parvey |
| **Subject:** | FW: Ameriquest/MDL |
| **Attachments:** | Investor Info - Edelman.pdf |

A,

Here's a new list of our clients' loans' investors. I've not exaimed it closely yet, but it looks like there's new information here. Please save to TM in 16124 and log and file the hard copy.

Thanks a lot,

Al

**From:** Andrus, Sarah [mailto:SANDRUS@buchalter.com]
**Sent:** Thursday, February 07, 2008 5:50 PM
**To:** Al Hofeld
**Subject:** Ameriquest/MDL

Al: Following the recent conference calls and correspondence among counsel in the above referenced action, attached please find data related to your clients' respective loans. Additional information to follow. Thanks - Sarah

Sarah K. Andrus
Buchalter Nemer
1000 Wilshire Blvd., Fifteenth Floor
Los Angeles, CA 90017
Direct Dial: (213) 891-5145
Facsimile: (213) 896-0400

For policies governing this e-mail please see www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

*Edelman*

| LOAN NO. | PLAINTIFFS | Investor | Trustee if applicable |
|---|---|---|---|
| 0069529667 | Adams Glenn | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R9 | Deutsche Bank National Trust Company |
| 0069529667 | Adams Laverne | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R9 | Deutsche Bank National Trust Company |
| 0108022369 | Addison Suzette | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R3 | Deutsche Bank National Trust Company |
| 0103988804 | Adkins James | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2005-R2 | Deutsche Bank National Trust Company |
| 0103988804 | Adkins Sherry | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2005-R2 | Deutsche Bank National Trust Company |
| 0136200888 | Albarran Virginia | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R11 | Deutsche Bank National Trust Company |
| 0136721065 | Almond Christopher | Ameriquest Mortgage Securities Inc Asset-Backed Pass Through Certificates Series 2006-R1 | Deutsche Bank National Trust Company |
| 0083573527 | Anderson Dean | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-MCW1 | Wells Fargo Bank N. A. |
| 0038885547 | Anderson Dean | Washington Mutual Bank | N/A |
| 0083573527 | Anderson Diane | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-MCW1 | Wells Fargo Bank N. A. |
| 0038885547 | Anderson Diane | Washington Mutual Bank | N/A |
| 0120808688 | Anthony Derek | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R6 | Deutsche Bank National Trust Company |
| 0120808688 | Anthony Patrina | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R6 | Deutsche Bank National Trust Company |
| 0106588627 | Archer Carlos | Household Finance | N/A |
| 0106588627 | Archer Carolyn | Household Finance | N/A |
| 0120067921 | Balark Eric | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R4 | Deutsche Bank National Trust Company |
| 0099058448 | Battle Mary | GMAC/RFC | N/A |
| 0067116327 | Beane Robert | Ameriquest Funding II LLC | N/A |
| 0067116327 | Beane Virginia | Ameriquest Funding II LLC | N/A |
| 0073073751 | Belfeld Marianne | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2005-WCW1 | Wells Fargo Bank N. A. |
| 0073073751 | Belfeld Stuart | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2005-WCW1 | Wells Fargo Bank N. A. |
| 0132542861 | Belford Dennis | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R10 | Deutsche Bank National Trust Company |
| 0104425285 | Bergquist Sandra | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R4 | Deutsche Bank National Trust Company |
| 0103670881 | Besterfield James | Washington Mutual Bank | N/A |

*Edelman*

| | | | |
|---|---|---|---|
| 0109840405 | Billings Jacob | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R4 | Deutsche Bank National Trust Company |
| 0109840405 | Billings Taylor | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R4 | Deutsche Bank National Trust Company |
| 0061763652 | Black David | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-WHQ1 | Wells Fargo Bank N. A. |
| 0061763652 | Black Rose | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-WHQ1 | Wells Fargo Bank N. A. |
| 0100784800 | Blackburn Joseph | Washington Mutual Bank | N/A |
| 0100784800 | Blackburn Sherry | Washington Mutual Bank | N/A |
| 0057018558 | Blain Christena | Goldman Sachs Mortgage | N/A |
| 0057018558 | Blain Thomas | Goldman Sachs Mortgage | N/A |
| 0125259507 | Booher Steven | Citigroup Global Markets | N/A |
| 0133341487 | Bothwell Cheryl | Ameriquest Funding II LLC | N/A |
| 0133341487 | Bothwell Terry | Ameriquest Funding II LLC | N/A |
| 0056719271 | Bowden Brenda | Washington Mutual Bank | N/A |
| 0056719271 | Bowden Darron | Washington Mutual Bank | N/A |
| 0086694684 | Bricker Antony | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R9 | Deutsche Bank National Trust Company |
| 0086694684 | Bricker Michelle | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R9 | Deutsche Bank National Trust Company |
| 0100645704 | Britt Robert | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R1 | Deutsche Bank National Trust Company |
| 0100645704 | Britt Tammy | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R1 | Deutsche Bank National Trust Company |
| 0069107308 | Brown Calvin | Washington Mutual Bank | N/A |
| 0069107308 | Brown Dora | Washington Mutual Bank | N/A |
| 0101981686 | Brown Kenneth | Merrill Lynch (Cendant) | N/A |
| 0101981686 | Brown Monica | Merrill Lynch (Cendant) | N/A |
| 0083227264 | Buckner Jacqueline | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R8 | Deutsche Bank National Trust Company |
| 0070729785 | Bumpers Elizabeth | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2004-R4 | Deutsche Bank National Trust Company |
| 0070729785 | Bumpers Henry | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2004-R4 | Deutsche Bank National Trust Company |
| 0066806142 | Burgess Ernest | Washington Mutual Bank | N/A |
| 0066806142 | Burgess Peggy | Washington Mutual Bank | N/A |
| 0113169981 | Burris Brett | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R4 | Deutsche Bank National Trust Company |
| 0113169981 | Burris Christine | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R4 | Deutsche Bank National Trust Company |
| 0099195083 | Campau Kathryn | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R1 | Deutsche Bank National Trust Company |
| 0099195083 | Campau Thomas | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R1 | Deutsche Bank National Trust Company |

*Edelman*

| | | | |
|---|---|---|---|
| 0077170405 | Carney Veronica | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2004-R6 | Deutsche Bank National Trust Company |
| 0128413408 | Carter Evie | Washington Mutual Bank | N/A |
| 0128413408 | Carter James | Washington Mutual Bank | N/A |
| 0078232485 | Chaumley Sarah | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-MCW1 | Wells Fargo Bank N. A. |
| 0123866485 | Childres Beverly | Washington Mutual Bank | N/A |
| 0106221526 | Churchill Dale | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R5 | Deutsche Bank National Trust Company |
| 0106221526 | Churchill Kelley | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R5 | Deutsche Bank National Trust Company |
| 0112275508 | Clarke Christopher | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R5 | Deutsche Bank National Trust Company |
| 0112275508 | Clarke Karie | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R5 | Deutsche Bank National Trust Company |
| 0091830208 | Clay Mildred | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R10 | Deutsche Bank National Trust Company |
| 0126406008 | Cole Brenda | Citigroup Global Markets | N/A |
| 0126406008 | Cole Robert | Citigroup Global Markets | N/A |
| 0061679734 | Conner Cherie | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-MHQ1 | Wells Fargo Bank N. A. |
| 0061679734 | Conner Douglas | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-MHQ1 | Wells Fargo Bank N. A. |
| 0059459719 | Cowles Terry | Washington Mutual Bank | N/A |
| 0059459719 | Cowles Thelma | Washington Mutual Bank | N/A |
| 0103541462 | Daege Jonathan | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R1 | Deutsche Bank National Trust Company |
| 0100970763 | Davis Donya | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R1 | Deutsche Bank National Trust Company |
| 0061470613 | Davis Janice | Argent Securities Inc Asset Backed Pass Through Certificates Series 2004-W11 | Deutsche Bank National Trust Company |
| 0061470613 | Davis Michael | Argent Securities Inc Asset Backed Pass Through Certificates Series 2004-W11 | Deutsche Bank National Trust Company |
| 0100970763 | Davis Sonja | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R1 | Deutsche Bank National Trust Company |
| 0091594127 | Diggins Janet | Washington Mutual Bank | N/A |
| 0088403308 | Doolittle Babette | Washington Mutual Bank | N/A |
| 0088403308 | Doolittle Edward | Washington Mutual Bank | N/A |
| 0135511566 | Duchene David John | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R11 | Deutsche Bank National Trust Company |
| 0120485628 | Dumas Brenda | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R6 | Deutsche Bank National Trust Company |

3

Case: 1:05-cv-07097 Document #: 2305-4 Filed: 08/22/08 Page 10 of 19 PageID #:25875

*Edelman*

| | | | |
|---|---|---|---|
| 0120485628 | Dumas Floyd | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R6 | Deutsche Bank National Trust Company |
| 0137860185 | Dussia Lori Ann | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R11 | Deutsche Bank National Trust Company |
| 0069203305 | Eggert John | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R3 | Deutsche Bank National Trust Company |
| 0058275090 | Eson Bryan | Washington Mutual Bank | N/A |
| 0058275090 | Eson Karen | Washington Mutual Bank | N/A |
| 0050472182 | Everhart Margie | Argent Securities Inc Asset-Backed Pass Through Certificates Series 2003-W3 | Deutsche Bank National Trust Company |
| 0050472182 | Everhart Terry | Argent Securities Inc Asset-Backed Pass Through Certificates Series 2003-W3 | Deutsche Bank National Trust Company |
| 0073138604 | Filian Alicia Margarita | Washington Mutual Bank | N/A |
| 0073138604 | Filian Carlos | Washington Mutual Bank | N/A |
| 0067486308 | Fleming Byron | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R8 | Deutsche Bank National Trust Company |
| 0067486308 | Fleming Vicki | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R8 | Deutsche Bank National Trust Company |
| 0102233269 | Fonseca Cliff | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R3 | Deutsche Bank National Trust Company |
| 0102233269 | Fonseca Debora | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R3 | Deutsche Bank National Trust Company |
| 0054559836 | Foster Charles | Argent Securities Inc Asset Backed Pass Through Certificates Series 2004-W1 | Deutsche Bank National Trust Company |
| 0093095602 | Freeberg Marianne | Household Finance | N/A |
| 0093095602 | Freeberg Oscar | Household Finance | N/A |
| 0087251104 | Frost Karleen | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R10 | Deutsche Bank National Trust Company |
| 0056296155 | Garcia Nancy | Argent Securities Inc Asset-Backed Pass Through Certificate Series 2004-W5 | Deutsche Bank National Trust Company |
| 0128455003 | Gillespie Cindy | Washington Mutual Bank | N/A |
| 0140424961 | Goods Tammy | Ameriquest Mortgage Securities Inc Asset-Backed Pass Through Certificates Series 2006-R1 | Deutsche Bank National Trust Company |
| 0116230202 | Gould Jason | Washington Mutual Bank | N/A |
| 0055758171 | Grabs Fredrich | Washington Mutual Bank | N/A |
| 0072308471 | Gray Lamar | Lehman Brothers Bank | N/A |
| 0072308471 | Gray Verna Joyce | Lehman Brothers Bank | N/A |
| 0055169775 | Green Viola | Argent Securities Inc Asset-Backed Pass Through Certificate Series 2004-W5 | Deutsche Bank National Trust Company |
| 0119883924 | Guydon Kevin | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R6 | Deutsche Bank National Trust Company |
| 0119883924 | Guydon Rita | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R6 | Deutsche Bank National Trust Company |

4

*Edelman*

| | | | |
|---|---|---|---|
| 0037122983 | Harris Castella Williams | Ameriquest Mortgage Securities Inc Quest Trust 2003 X1 Asset Backed Pass Through Certificates Series 2003-X1 | Deutsche Bank National Trust Company |
| 0078473709 | Harris Melissa | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R7 | Deutsche Bank National Trust Company |
| 0111248043 | Harris Norman | Bear Sterns Mortgage Cap/Amresco | N/A |
| 0111248043 | Harris Sandra | Bear Sterns Mortgage Cap/Amresco | N/A |
| 0114642309 | Hawkins Nile | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R5 | Deutsche Bank National Trust Company |
| 0138967062 | Hayden Nancy | Ameriquest Mortgage Securities Inc Quest Trust 2006 X1 Asset Backed Certificates Pass Through Series 2006-X1 | Deutsche Bank National Trust Company |
| 0138967062 | Hayden Terry | Ameriquest Mortgage Securities Inc Quest Trust 2006 X1 Asset Backed Certificates Pass Through Series 2006-X1 | Deutsche Bank National Trust Company |
| 0074193848 | Haynes Dana | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-X3 | Deutsche Bank National Trust Company |
| 0066454836 | Heard Glories | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2005-WHQ1 | Wells Fargo Bank N. A. |
| 0066454836 | Heard Renza | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2005-WHQ1 | Wells Fargo Bank N. A. |
| 0044556546 | Henderson Marie (Furgeson) | Washington Mutual Bank | N/A |
| 0069293702 | Hodor Steven | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R3 | Deutsche Bank National Trust Company |
| 0069293702 | Hodor Valerie | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R3 | Deutsche Bank National Trust Company |
| 0095230520 | Holzmeister Michael | Merrill Lynch (Cendant) | N/A |
| 0095230520 | Holzmeister Michael | Merrill Lynch (Cendant) | N/A |
| 0095230520 | Holzmeister Michael | Merrill Lynch (Cendant) | N/A |
| 0121966626 | Horne Mary Ann | Washington Mutual Bank | N/A |
| 0071058671 | Howze Tregg | Park Place Securities, Inc Asset Backed Pass Through Certificates Series PPSI 2005-WHQ2 | Wells Fargo Bank N. A. |
| 0071058671 | Howze Wanda | Park Place Securities, Inc Asset Backed Pass Through Certificates Series PPSI 2005-WHQ2 | Wells Fargo Bank N. A. |
| 0095977864 | Igaz Connie | WASHINGTON MUTUAL BANK | N/A |
| 0095977864 | Igaz Connie | Washington Mutual Bank | N/A |
| 0095977864 | Igaz Michael | WASHINGTON MUTUAL BANK | N/A |
| 0095977864 | Igaz Michael | Washington Mutual Bank | N/A |
| 0080810195 | Ishmael Babatunde | Park Place Securities, Inc Asset Backed Pass Through Certificates Series PPSI 2005-WHQ4 | Wells Fargo Bank N. A. |
| 0080810195 | Ishmael Seidat | Park Place Securities, Inc Asset Backed Pass Through Certificates Series PPSI 2005-WHQ4 | Wells Fargo Bank N. A. |
| 0123705501 | Jeffress Pamela | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R7 | Deutsche Bank National Trust Company |

*Edelman*

| | | | |
|---|---|---|---|
| 0123705501 | Jeffress Scott | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R7 | Deutsche Bank National Trust Company |
| 0054647052 | Jenkins Deborah H. | Argent Securities Inc Asset Backed Pass Through Certificates Series 2004-W1 | Deutsche Bank National Trust Company |
| 0060542834 | Jiles Velma Jean | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-WCW2 | Wells Fargo Bank N. A. |
| 0041552258 | Jimenez Melinda | Washington Mutual Bank | N/A |
| 0041552258 | Jimenez Nelson | Washington Mutual Bank | N/A |
| 0075128322 | Johnson Andrew | Household Finance | N/A |
| 0075128322 | Johnson Barbara | Household Finance | N/A |
| 0105748222 | Johnson Karen | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2005-R2 | Deutsche Bank National Trust Company |
| 0061001616 | Johnson Lisa | Argent Securities Inc Asset Backed Pass Through Certificates Series 2004-W10 | Deutsche Bank National Trust Company |
| 0061001616 | Johnson Philip | Argent Securities Inc Asset Backed Pass Through Certificates Series 2004-W10 | Deutsche Bank National Trust Company |
| 0105748222 | Johnson Stanley | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2005-R2 | Deutsche Bank National Trust Company |
| 0101022929 | Jones Monica | GMAC/RFC | N/A |
| 0100101245 | Jude Bobby | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2004-R12 | Deutsche Bank National Trust Company |
| 0100101245 | Jude Kellie | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2004-R12 | Deutsche Bank National Trust Company |
| 0111659884 | Kanter Alan | Bear Sterns Mortgage Cap/Amresco | N/A |
| 0111659884 | Kanter Jane | Bear Sterns Mortgage Cap/Amresco | N/A |
| 0128708765 | Karlin David | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R9 | Deutsche Bank National Trust Company |
| 0035972652 | Key Earl | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2002-B | Deutsche Bank National Trust Company |
| 0088302120 | King Christina | Washington Mutual Bank | N/A |
| 0088302120 | King Christopher | Washington Mutual Bank | N/A |
| 0071655781 | Kosla Christine | Household Finance | N/A |
| 0071655781 | Kosla Joseph | Household Finance | N/A |
| 0074193848 | Krise George | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-X3 | Deutsche Bank National Trust Company |
| 0075414789 | Kukla Mike | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2004-R5 | Deutsche Bank National Trust Company |
| 0053583357 | Landgren David | ARSI Asset Backed Pass Through Certificates Series 2004-W6 | Deutsche Bank National Trust Company |
| 0087789384 | Leclerc Renee | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-MHQ1 | Wells Fargo Bank N. A. |
| 0123800567 | Lehr Mark | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R7 | Deutsche Bank National Trust Company |
| 0123800567 | Lehr Patricia | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R7 | Deutsche Bank National Trust Company |

6

*Edelman*

| | | | |
|---|---|---|---|
| 0129516969 | Lewis Patrick | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R9 | Deutsche Bank National Trust Company |
| 0129516969 | Lewis Violata | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R9 | Deutsche Bank National Trust Company |
| 0089427223 | Luedtke Christine | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R10 | Deutsche Bank National Trust Company |
| 0089427223 | Luedtke Roger | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R10 | Deutsche Bank National Trust Company |
| 0106171549 | Lurry-Payne Angela | Household Finance | N/A |
| 0108082066 | Magliano Judith | Washington Mutual Bank | N/A |
| 0108082066 | Magliano Mike | Washington Mutual Bank | N/A |
| 0075090514 | Manier Marlon | Park Place Securities, Inc Asset Backed Pass Through Certificates Series PPSI 2005-WHQ3 | Wells Fargo Bank N. A. |
| 0075090514 | Manier Tanya | Park Place Securities, Inc Asset Backed Pass Through Certificates Series PPSI 2005-WHQ3 | Wells Fargo Bank N. A. |
| 0125579425 | Martin Christine | Washington Mutual Bank | N/A |
| 0051521664 | Martin Johnny | Washington Mutual Bank | N/A |
| 0125579425 | Martin Norman | Washington Mutual Bank | N/A |
| 0129118782 | Martinez Arturo | Washington Mutual Bank | N/A |
| 0129118782 | Martinez Maria | Washington Mutual Bank | N/A |
| 0048603070 | McGowan Sandra | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2003-13 | Deutsche Bank National Trust Company |
| 0124524000 | McKimmy Angelique | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R7 | Deutsche Bank National Trust Company |
| 0124524000 | McKimmy Ernie | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R7 | Deutsche Bank National Trust Company |
| 0120067921 | McMiller Michelle | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R4 | Deutsche Bank National Trust Company |
| 0110926862 | Mikowski Joseph | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R3 | Deutsche Bank National Trust Company |
| 0110926862 | Mikowski Patricia | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R3 | Deutsche Bank National Trust Company |
| 0081183584 | Miller Benjamin | Washington Mutual Bank | N/A |
| 0081183584 | Miller Katherine | Washington Mutual Bank | N/A |
| 0037658861 | Mills Delois | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2002-4 | Deutsche Bank National Trust Company |
| 0093481703 | Montgomery Michele | Ameriquest Mortgage Securities, Inc Quest Trust 2005 X1 Asset Backed Certificate Series 2005-X1 | Deutsche Bank National Trust Company |
| 0131789505 | Nauracy Geraldine | CitiGroup Global Markets | N/A |
| 0131789505 | Nauracy Joseph | CitiGroup Global Markets | N/A |
| 0136721065 | Nelson Derek | Ameriquest Mortgage Securities Inc Asset-Backed Pass Through Certificates Series 2006-R1 | Deutsche Bank National Trust Company |
| 0116493081 | Nimox Yvonne | Credit Suisse First Boston/Wilshire | N/A |
| 0103758769 | Onesimus Joseph | Washington Mutual Bank | N/A |

*Edelman*

| | | | |
|---|---|---|---|
| 0103758769 | Onesimus Myra | Washington Mutual Bank | N/A |
| 0058164559 | Orrison Joel | Goldman Sachs Mortgage | N/A |
| 0058164559 | Orrison Lana | Goldman Sachs Mortgage | N/A |
| 0121966626 | Parker Ann | Washington Mutual Bank | N/A |
| 0077265684 | Parker Carolyn | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R7 | Deutsche Bank National Trust Company |
| 0077265684 | Parker Randy | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R7 | Deutsche Bank National Trust Company |
| 0089538086 | Patterson Estelle | Washington Mutual Bank | N/A |
| 0077652568 | Pena Eddy | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2004-R6 | Deutsche Bank National Trust Company |
| 0080833403 | Perez Consuelo | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R8 | Deutsche Bank National Trust Company |
| 0080833403 | Perez Juan | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R8 | Deutsche Bank National Trust Company |
| 0096677760 | Perry Judy | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2005-R2 | Deutsche Bank National Trust Company |
| 0082139486 | Pierce Jennifer | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2004-R12 | Deutsche Bank National Trust Company |
| 0082139486 | Pierce Michael | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2004-R12 | Deutsche Bank National Trust Company |
| 0040430480 | Pintsak Sandra | Washington Mutual Bank | N/A |
| 0040430480 | Pintsak William | Washington Mutual Bank | N/A |
| 0048177695 | Polydoros Betty | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2003-8 | Deutsche Bank National Trust Company |
| 0048177695 | Polydoros Spyros | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2003-8 | Deutsche Bank National Trust Company |
| 0100699602 | Preimesberger Deborah | GMAC/RFC | N/A |
| 0100699602 | Preimesberger Jack | GMAC/RFC | N/A |
| 0053390431 | Purdy-Roth Katrina | Argent Securities Inc Asset Backed Pass Through Certificates Series 2003-W8 | Deutsche Bank National Trust Company |
| 0099940140 | Rehbock Charles | Household Finance | N/A |
| 0099940140 | Rehbock Linda | Household Finance | N/A |
| 0072915200 | Robinson Sheree | Washington Mutual Bank | N/A |
| 0106137409 | Rocco Joseph | Washington Mutual Bank | N/A |
| 0106137409 | Rocco Nancy | Washington Mutual Bank | N/A |
| 0136200888 | Rodriguez Jose | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2005-R11 | Deutsche Bank National Trust Company |
| 0108036468 | Rodriguez Jose | Bear Sterns Mortgage Cap/Amresco | N/A |
| 0108036468 | Rodriguez Lynore | Bear Sterns Mortgage Cap/Amresco | N/A |
| 0067302992 | Roelofs Donald | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-WWF1 | Wells Fargo Bank N. A. |
| 0067302992 | Roelofs Kathy | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-WWF1 | Wells Fargo Bank N. A. |
| 0070124870 | Roop Christopher | Bear Sterns Mortgage Cap/Amresco | N/A |

*Edelman*

| | | | |
|---|---|---|---|
| 0070124870 | Roop Sarah | Bear Sterns Mortgage Cap/Amresco | N/A |
| 0087266128 | Rosemon Everett | Washington Mutual Bank | N/A |
| 0087266128 | Rosemon Grundia | Washington Mutual Bank | N/A |
| 0053390431 | Roth Jerry | Argent Securities Inc Asset Backed Pass Through Certificates Series 2003-W8 | Deutsche Bank National Trust Company |
| 0113819841 | Rowan Cecilia | CBASS SERVICE RELEASE | N/A |
| 0036302156 | Salazar Guadalupe | Ameriquest Mortgage Securities Inc Quest Trust 2003-X2 Asset Backed Pass Through Certificates Series 2003-X2 | Deutsche Bank National Trust Company |
| 0036302156 | Salazar Sergio | Ameriquest Mortgage Securities Inc Quest Trust 2003-X2 Asset Backed Pass Through Certificates Series 2003-X2 | Deutsche Bank National Trust Company |
| 0073754558 | Salinas Jose | Park Place Securities, Inc Asset Backed Pass Through Certificates Series PPSI 2005-WHQ3 | Wells Fargo Bank N. A. |
| 0073754558 | Salinas Juanita | Park Place Securities, Inc Asset Backed Pass Through Certificates Series PPSI 2005-WHQ3 | Wells Fargo Bank N. A. |
| 0073754558 | Salinas Ruth | Park Place Securities, Inc Asset Backed Pass Through Certificates Series PPSI 2005-WHQ3 | Wells Fargo Bank N. A. |
| 0055344253 | Scott Kenneth | Argent Securities Inc Asset Backed Pass Through Certificates Series 2004-W8 | Deutsche Bank National Trust Company |
| 0055344253 | Scott Marcey | Argent Securities Inc Asset Backed Pass Through Certificates Series 2004-W8 | Deutsche Bank National Trust Company |
| 0061852901 | Seger Deanna | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2003-11 | Deutsche Bank National Trust Company |
| 0061852901 | Seger John | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2003-11 | Deutsche Bank National Trust Company |
| 0080223985 | Shepard Barbara | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R7 | Deutsche Bank National Trust Company |
| 0080223985 | Shepard Terrance | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R7 | Deutsche Bank National Trust Company |
| 0073752909 | Skanes Barbara | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2004-R5 | Deutsche Bank National Trust Company |
| 0123161606 | Smith Cindy | Merrill Lynch (Cendant) | N/A |
| 0090978966 | Smith Edward | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R10 | Deutsche Bank National Trust Company |
| 0090978966 | Smith Gail | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R10 | Deutsche Bank National Trust Company |
| 0099274144 | Smith King | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2004-R12 | Deutsche Bank National Trust Company |
| 0123161606 | Smith Randall | Merrill Lynch (Cendant) | N/A |
| 0067947606 | Stratford Christina | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R3 | Deutsche Bank National Trust Company |
| 0067947606 | Stratford Samuel | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R3 | Deutsche Bank National Trust Company |
| 0065682601 | Sturgis Don | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R3 | Deutsche Bank National Trust Company |

*Edelman*

| | | | |
|---|---|---|---|
| 0083808840 | Sutton Daniel | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R8 | Deutsche Bank National Trust Company |
| 0083808840 | Sutton Jeanie | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R8 | Deutsche Bank National Trust Company |
| 0057161507 | Talley Cheryl | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2003-13 | Deutsche Bank National Trust Company |
| 0057161507 | Talley Terry | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2003-13 | Deutsche Bank National Trust Company |
| 0119859346 | Thompson Ira | Washington Mutual Bank | N/A |
| 0114692502 | Thompson Kenneth | Washington Mutual Bank | N/A |
| 0114692502 | Thompson Linda | Washington Mutual Bank | N/A |
| 0088499686 | Titus-Ashford Jacqueline | Washington Mutual Bank | N/A |
| 0039506936 | Treadwell Genelle | Ameriquest Mortgage Securities Inc Quest Trust 2003-X2 Asset Backed Pass Through Certificates Series 2003-X2 | Deutsche Bank National Trust Company |
| 0039506936 | Treadwell Gilbert | Ameriquest Mortgage Securities Inc Quest Trust 2003-X2 Asset Backed Pass Through Certificates Series 2003-X2 | Deutsche Bank National Trust Company |
| 0065099228 | VanderPol Trudy | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2004-R1 | Deutsche Bank National Trust Company |
| 0065099228 | VanderPol William | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2004-R1 | Deutsche Bank National Trust Company |
| 0130589427 | Vincer Daniel | CitiGroup Global Markets | N/A |
| 0055924302 | Vitti Sharon | Ameriquest Mortgage Securities, Inc Asset-Backed Pass Through Certificates Series 2003-11 | Deutsche Bank National Trust Company |
| 0103541462 | Walczak-Daege Tara | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R1 | Deutsche Bank National Trust Company |
| 0118684869 | Walker Betty | Washington Mutual Bank | N/A |
| 0118684869 | Walker Tyrone | Washington Mutual Bank | N/A |
| 0089620124 | Walsh Keith | Washington Mutual Bank | N/A |
| 0089620124 | Walsh Yvonne | Washington Mutual Bank | N/A |
| 0101022929 | Washington Everett | GMAC/RFC | N/A |
| 0043996610 | Washington Rochelle | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2003-6 | Deutsche Bank National Trust Company |
| 0043996610 | Washington Sydney | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2003-6 | Deutsche Bank National Trust Company |
| 0071265540 | Wayland Clarence | Ameriquest Mortgage Securities Inc Quest Trust 2004 X2 Asset Backed Pass Through Certificates Series 2004-X2 | Deutsche Bank National Trust Company |
| 0087201323 | Wayne Robert | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R10 | Deutsche Bank National Trust Company |
| 0087201323 | Wayne Twila | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R10 | Deutsche Bank National Trust Company |
| 0047675335 | Wertepny Brett | Washington Mutual Bank | N/A |
| 0047675335 | Wertepny Yvonne | Washington Mutual Bank | N/A |

*Edelman*

| | | | |
|---|---|---|---|
| 0083329847 | Whitsett Shalese | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R8 | Deutsche Bank National Trust Company |
| 0075658724 | Wildermuth Thomas | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R7 | Deutsche Bank National Trust Company |
| 0075658724 | Wildermuth Victoria | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R7 | Deutsche Bank National Trust Company |
| 0127314060 | Williams Jesstin | Washington Mutual Bank | N/A |
| 0127314060 | Williams Yvette | Washington Mutual Bank | N/A |
| 0061504098 | Wilson Kurt | Citifinancial | N/A |
| 0061504098 | Wilson Teresa | Citifinancial | N/A |
| 0121331342 | Winters Joe | Ameriquest Mortgage Securities, Inc Asset Backed Pass Through Certificates Series 2005-R4 | Deutsche Bank National Trust Company |
| 0082579582 | Wisniewski Joseph | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-MCW1 | Wells Fargo Bank N. A. |
| 0082579582 | Wisniewski Tasha | Park Place Securities, Inc Asset Backed Pass Through Certificates Series 2004-MCW1 | Wells Fargo Bank N. A. |
| 0099058448 | Wright Evelyn | GMAC/RFC | N/A |
| 0085868602 | Wright Kim | Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates Series 2004-R9 | Deutsche Bank National Trust Company |
| 0038877080 | Zarate Ramon | Ameriquest Funding II LLC | N/A |

# APPENDIX 6

## DECLARATION OF SERGIO & GUADALUPE SALAZAR

We, Sergio A. Salazar and Guadalupe Salazar, declare under penalty of perjury that the foregoing is true and correct:

1. We reside at 3800 Marshall Court, Bellwood, Illinois 60104.

2. This is our primary residence.

3. On May 28, 2002, we obtained a loan from Ameriquest Mortgage Company that was secured by a mortgage on our home at 3800 Marshall Court, Bellwood, Illinois.

4. The mortgage loan of May 28, 2002 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

Executed: this 11th day of August, 2008.

_____
Sergio Salazar

_____
Guadalupe Salazar