UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ BRONWEN ELLIOT-LABIN et al.(07-C-6191) Plaintiffs, v. AMERIQUEST MORTGAGE COMPANY et al., Defendants. | MDL 1715 Lead Case No. 05-cv-07097 Centralized before the Honorable Marvin E. Aspen |

## MOTION FOR LEAVE TO WITHDRAW

McGuireWoods LLP and its attorney, Blair B. Hanzlik, pursuant to Local Rule 83.17 of the Local Rules of the United States District Court, Northern District of Illinois, respectfully move for leave to withdraw as counsel of record for the defendant, EMC Mortgage Corporation ("EMC"). EMC has consented to this withdrawal. EMC will continue to be represented by counsel of record, Linda B. Dubnow, Neal, Gerber, Eisenberg, Two North LaSalle Street, Chicago, IL 60602. No party will be prejudiced in granting this motion for leave to withdraw.

WHEREFORE, Blair B. Hanzlik respectfully prays that this Court enter an order granting leave to withdraw.

Date: August 25, 2008                                                           EMC Mortgage Corporation

_s/_Blair B. Hanzlik_____
By one of its attorneys

1

2

Blair B. Hanzlik
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Phone: (312) 849-8100
Fax: (312) 849-3690

## Certificate of Service

      I, Blair B. Hanzlik, an attorney, hereby certify that on August 25, 2008, I caused a copy of the foregoing **Motion for Leave to Withdraw** to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court System.

s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601
Tel: (312) 849-8100
Fax: (312) 849-3690

6497941