# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> ) <br> BRONWEN ELLIOT-LABIN et al. (07-C-6191) ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY et al., ) <br> ) <br> Defendants. ) | MDL 1715 <br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable <br> Marvin E. Aspen |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 2, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marvin E. Aspen or any judge sitting in his stead in Room 2568, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached Motion for Leave to Withdraw, a copy of which is attached hereto and hereby served upon you:

Date: August 25, 2008                                EMC Mortgage Corporation

                                                                             \_s/\_Blair B. Hanzlik_____
                                                                             By one of its attorneys

                                                                             Blair B. Hanzlik
                                                                             McGuireWoods LLP
                                                                             77 West Wacker Drive, Suite 4100
                                                                             Chicago, IL  60601-1818

Phone: (312) 849-8100
Fax: (312) 849-3690

**Certificate of Service**

  I, Blair B. Hanzlik, an attorney, hereby certify that on August 25, 2008, I caused a copy of the foregoing **Notice of Motion** to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court System.

s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601
Tel: (312) 849-8100
Fax: (312) 849-3690

\6506900.1