UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO :<br>*ASENCIO & ALICIA SALAZAR and HAZEL STREET v. ARGENT MORTGAGE COMPANY, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, ARGENT MORTGAGE SECURITIES, INC., CITIGROUP INC., LEHMAN BROTHERS INC. and ARGENT MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-M3*<br>(Case No. 08-cv-3875) | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF FILING

**TO: Counsel on the Attached Service List**

    **PLEASE TAKE NOTICE** that on **Monday, August 25, 2008**, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, plaintiffs' **AMENDED COMPLAINT**, a copy of which is hereby served upon you.

                                                   Respectfully submitted by:

                                                     s/ Anthony P. Valach, Jr.
                                                     Counsel for the Plaintiffs

THE LAW OFFICES OF DANIEL HARRIS
Anthony Valach
Daniel Harris
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936

## CERTIFICATE OF SERVICE

    I, Anthony P. Valach, Jr., hereby certify that on this 25th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

                          By:    /s/ Anthony P. Valach, Jr.