# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ameriquest Mortgage Company, et al.

                Plaintiff,

v.                                               Case No.: 1:05−cv−07097
                                                 Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/25/08:Argent dismisses its third−party claims against Hadlock Law Offices, P.C. and EW Mortgage Company, without prejudice. Argent also dismissed the Mitchell related third−party claims against Commonwealth Land Title Insurance Company, without prejudice, although that party remains in this action because other third−party claims are still pending against it. The parties shall bear their own costs and attorneys' fees. EW Mortgage Company and Hadlock Law Offices, P.C. terminated as third−party defendants. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.