**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ameriquest Mortgage Company, et al.

                                   Plaintiff,

v.                                         Case No.: 1:05−cv−07097
                                              Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/26/08:McGuire
Woods, LLP and its attorney, Blair B. Hanzlik's Motion to withdraw as attorney [2307]
for defendant EMC Mortgage Corporation is granted. Motion terminated. Attorney Blair
Baker Hanzlik terminated. Defendant EMC will continue to be represented by counsel of
record, Linda B. Dubrow, Neal Gerber, Eisenberg. The motion hearing set for 9/2/08 is
stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.