**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| In re Ameriquest Mortgage Co., ) | |
| Mortgage Lending Practices Litigation. ) | |
| ) | MDL No. 1715 |
| _____ ) | Lead Case No. 05-CV-7097 |
| **Individual Case Information:** ) | |
| ) | |
| CAMILLE J. GBUREK, (06 C 2639, N.D.Ill) ) | |
| Plaintiff, ) | Centralized before the Honorable |
| v. ) | |
| ) | |
| ARGENT MORTGAGE, ) | Marvin E. Aspen |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:   Counsel of Record

     **PLEASE TAKE NOTICE** that on **September 18, 2008, at 10:30 a.m.**, I shall appear before the **Honorable Marvin E. Aspen in Room 2568** of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **MOTION TO WITHDRAW**, a copy of which is attached hereto.

                                                      Respectfully submitted,

                                                      /s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092
312.726.1093 (fax)

**CERTIFICATE OF SERVICE**
     I certify that on August 26, 2008, I served the foregoing to ECF counsel of record via the ECF system for the Northern District of Illinois.

                                                      /s/Alexander H. Burke