**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) |
| | MDL No. 1715 |
| | Lead Case No. 1:05-cv-07097 |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTIONS LISTED ON APPENDIX A | ) ) ) ) ) |
| | Centralized before the Hon. Marvin E. Aspen |
| | August 27, 2008 |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

The plaintiffs identified in Appendix A (hereinafter "Movants") move for partial summary judgment on the issue of liability against the defendants identified in each of their actions. Movants are entitled to summary judgment on the question of whether Ameriquest Mortgage Company violated the Truth in Lending Act by failing to clearly and conspicuously disclose the effects of rescinding their mortgages, as required by 15 U.S.C. § 1635(a) and 12 C.F.R. § 226.23(b)(1). Ameriquest failed to meet this requirement by giving each Movant a "Notice of Right to Cancel" disclosure form that matched the language of Federal Reserve Board Model Form H-8. Form H-8 is inappropriate for transactions in which the consumer refinances an existing mortgage loan with the same creditor. This violation entitles the Movants to assert rescission against Ameriquest and all assignees of their mortgages.

The Movants have submitted affidavits, a Statement of Material Facts and a memorandum of law in support of this motion.

WHEREFORE, the Movants respectfully request that the Court enter summary judgment in their favor on the issue of liability for the counts identified on attached Appendix A.

/s/Daniel S. Blinn
Daniel S. Blinn, ct02188
dblinn@consumerlawgroup.com
Andrew G. Pizor ct27015
apizor@consumerlawgroup.com
Matthew W. Graeber ct27545
mwgraeber@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457

## CERTIFICATION

I hereby certify that on this 27th day of August, 2008, a copy of foregoing Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn ct02188