| Case | Count | Movant | Property Address | Defendants (in addition to Ameriquest) |
|---|---|---|---|---|
| Bailey, et al. v. Ameriquest Mortgage Company Case No. 1:06-cv-01733 | 20 | Cynthia Thompson & Justin Thompson | 63 Henry Street New Britain, CT 06051 | CitiFinancial Mortgage Company, Inc. |
| Bailey, et al. v. Ameriquest Mortgage Company Case No. 1:06-cv-01733 | 24 | Al Carbone | 129 Banard Drive Newington, CT 06111 | WM Specialty Mortgage LLC, Without Recourse |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 1 | Lyn L. and Roger E. Belval | 63 Colchester Ave. East Hampton, CT 06424 | HSBC Bank USA, National Association f/k/a HSBC Bank USA |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 2 | Cynthia Belcher & Christopher Ellis | 461 North Spring St. 4D Naugatuck, CT 06770 | WM Specialty Mortgage LLC, Without Recourse |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 3 | Annette Fountain | 5 Grace Street Middletown, CT 06457 | Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass-Through Certificates, Series 2004-R4 under the Pooling and Servicing Agreement dated as of May 1, 2004, Without Recourse |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 5 | Laurie & Robert Iulo | 95 Noble Street West Haven, CT 06516 | Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass Through Certificates, Series 2004-R12, Under the Pooling and Servicing Agreement dated as of December 1, 2004, Without Recourse. |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 7 | Jay & Melissa Alvarez | 73 Morley Dr. Meriden, CT 06450 | Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass Through Certificates, Series 2004-R12, Under the Pooling and Servicing Agreement dated as of December 1, 2004, Without Recourse. |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 8 | Kristin and Frank Olschefski | 52 Douglas Drive Meriden, CT 06451 | WM Specialty Mortgage LLC, Without Recourse |

| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 9 | Henry T. & Joan A. Owen | 86 Tremont Street Meriden, CT 06450 | Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass Through Certificates, Series 2004-R1 under the Pooling & Servicing Agreement dated as of February 1, 2004 Without Recourse. |
|---|---|---|---|---|
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 11 | Joseph A. Rodino | 34 Butlertown Road Waterford, CT 06385 | Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass Through Certificates, Series 2004-R1 under the Pooling & Servicing Agreement dated as of February 1, 2004 Without Recourse. |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 13 | Gary W. & Kelly Steinmiller | 13 Cards Mill Road Columbia, CT 06237 | Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-6, under the Pooling & Servicing Agreement Dated as of May 1, 2003, Without Recourse. |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 14 | Jay & Sherri Valentin | 74 Morley Dr. Meriden, CT 06450 | Merrill Lynch Credit Corporation |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 18 | Wray & Wendy Bailey | 293 Green Manor Terrace Windsor Locks, CT 06096 | HSBC Bank USA, National Association f/k/a HSBC Bank USA |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 19 | Charles J. Matas | 89 East Gate Lane Hamden, CT 06514 | Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass-Through Certificates, Series 2004-R7 under the Pooling & Servicing Agreement dated as of July 1, 2004, Without Recourse. |
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 21 | Sharon & Ronald Kach | 11 Shari Dr. Seymour, CT 06483 | WM Specialty Mortgage LLC, Without Recourse |

| | | | | |
|---|---|---|---|---|
| Belval, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-02469 | 23 | Sharon & Ronald Kach | 11 Shari Dr. Seymour, CT 06483 | WM Specialty Mortgage LLC, Without Recourse |
| Black, et al. v. Ameriquest Mortgage Company Case No. 1:07-cv-00129 | 6 | Cheryl P. & Arnold Jones | 166-15 120th Ave. Jamaica, NY 11434 | WM Specialty Mortgage LLC, Without Recourse |
| Brissett, et al. v. Ameriquest Mortgage Company Case No. 1:07-cv-00130 | 3 | Sean K. & Patricia Wells | 823 E 228th Street Bronx, NY 10466 | Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass-Through Certificates, Series 2004-R11 under the Pooling & Servicing Agreement dated as of December 1, 2004, Without Recourse. |
| Brissett, et al. v. Ameriquest Mortgage Company Case No. 1:07-cv-00130 | 4 | Pearl Sullivan | 3619 Paulding Avenue Bronx, NY 10469 | WM Specialty Mortgage LLC, Without Recourse |
| Damm, et al. v. Ameriquest Mortgage Company, et al. Case No. 1:06-cv-04032 | 13 | Leigh Mumford & Wayne Mumford | 65 Vineyard Rd North Haven, CT 06473 | Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass Through Certificates, Series 2004-R12, Under the Pooling and Servicing Agreement dated as of December 1, 2004, Without Recourse. |
| Punch, et al. v. Ameriquest Mortgage Company Case No. 1:06-cv-6753 | 2 | Olivia Browne | 1088 Barbey St. Brooklyn, NY 11207 | Deutsche Bank National Trust Co. as trustee for Ameriquest Mortgage Securities, Inc. Asset-Backed Passthrough Certificates Series 2004-R5 |
| Punch, et al. v. Ameriquest Mortgage Company Case No. 1:06-cv-6753 | 3 | Herbert Lawson, Jr. | 143-04 119th Ave. Jamaica, NY 11436 | WM Specialty Mortgage LLC, Without Recourse |