IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) MDL No. 1715 ) ) Lead Case No. 1:05-cv-07097 ) |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTIONS LISTED ON APPENDIX A | ) Centralized before the ) Hon. Marvin E. Aspen ) ) August 27, 2008 ) |

**STATEMENT OF MATERIAL FACTS**

Movants submit the following statement of material facts as to which there are no genuine issue and that entitle Movants to judgment as a matter of law:

1. All of the Movants are natural persons. Affidavits of Movants ("Movant Affs."), ¶ 1.

2. Movants have owned the properties identified in their affidavits (hereinafter "the Properties") at all times relevant to this action. Movants Affs., ¶ 2.

3. The Properties were the primary residences of the Movants at all times relevant to this action. Movant Affs., ¶ 3.

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1640(e), 28 U.S.C. §§ 1331 and 1332.

5. Movants' claims are properly before the Northern District of Illinois as tag-along actions to the Ameriquest Mortgage Co. Mortgage Lending Practices Multidistrict Litigation No. 1715.

6. While owning and residing in the Properties, each Movant entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more

than four monthly installments over thirty years. Movant Affs., ¶ 4.

7. As part of these mortgage loan transactions, Ameriquest retained a security interest in each Property. Movant Affs., ¶ 5.

8. These mortgage loans were for personal, family, and/or household purposes. Movant Affs., ¶ 6.

9. On the dates specified in each Movant's affidavit, Movants refinanced each Ameriquest mortgage loan with a new mortgage loan from Ameriquest (hereinafter the "New Loans"). Movant Affs., ¶ 7.

10. Each New Loan was payable to Ameriquest in more than four monthly installments over thirty years. Movant Affs., ¶ 8.

11. As part of each New Loan transaction with Ameriquest, Ameriquest retained a security interest in each Property. Movant Affs., ¶ 9.

12. These New Loans were for personal, family, and/or household purposes. Movant Affs., ¶ 10.

13. During each closing for each New Loan, Ameriquest gave Movants a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A to each Movant's affidavit. Movant Affs., ¶ 11.

14. Each Movant has notified Ameriquest that he or she wants to cancel their New Loan transaction. A true and correct copy of the letters used to notify Ameriquest is attached as Exhibit B to each Movant's affidavit. Movant Affs., ¶ 12.

15. Ameriquest subsequently assigned each Movant's New Loan to the entity identified in the Affidavit of Matthew W. Graeber.

16. Movants now seek a court order compelling Ameriquest and the assignees to

rescind their loans.

/s/Daniel S. Blinn
Daniel S. Blinn

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of August, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Daniel S. Blinn
Daniel S. Blinn
