## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1715 ) ) ) Lead Case No. 1:05-cv-07097 ) |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTIONS LISTED ON APPENDIX A | ) Centralized before the ) Hon. Marvin E. Aspen ) ) August 27, 2008 ) |

### AFFIDAVIT OF MATTHEW W. GRAEBER

**STATE OF CONNECTICUT:**

: ss. **Rocky Hill**

**COUNTY OF HARTFORD :**

I, Matthew W. Graeber, having been duly sworn, hereby state:

1.      I am over the age of eighteen years, and I believe in the obligations of an oath.

2.      The facts set forth below were made of my own personal knowledge.

3.      I am an associate attorney with Consumer Law Group, LLC, which is located at 35 Cold Spring Road, Suite 512 in Rocky Hill, Connecticut.

4.      I submit this affidavit in support of the Movant's Motion for Partial Summary Judgment (the "Motion"). The Movants are a subset of the Opt-Out Plaintiffs in this action.

5.      Citi Residential Lending, Inc. services some of the loans at issue in the Motion.

6.      In response to inquiries submitted by Consumer Law Group, Citi Residential Lending, Inc. has identified the assignees of those loans it services.

7.      On February 21, 2007 attorneys for the Movants entered into a stipulation with attorneys for Ameriquest Mortgage Company in which Ameriquest agreed to "identify all

assignees of Opt-Out Plaintiffs loans[.]" That stipulation has been filed with this Court as Docket No. 465.

8.      I have examined the information provided by Ameriquest and Citi Residential to Consumer Law Group.

9.      Based on my examination of the information produced by Ameriquest and Citi Residential, I have determined that the defendants listed on Exhibit 1 to this affidavit are assignees of the Movants' loans.

_____
Matthew W. Graeber

Subscribed and sworn to before me,
this 27th day of August, 2008.

_____
Notary Public
My Commission Expires:


THOMAS H. BENOIT
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2012

2