# AFFIDAVIT OF
# AL CARBONE

STATE OF __CT__ :
                       : ss. __Rocky Hill__
COUNTY OF __Hart__ :

I, Al Carbone, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1. I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2. I owned the real estate and home located at 129 Banard Drive, Newington, CT 06111 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3. This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4. While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5. As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6. This mortgage loan was for personal, family, and/or household purposes.

7. On 2/20/2004 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8. The 2/20/2004 mortgage loan was payable to Ameriquest in more than four

monthly installments over thirty years.

9. As part of the 2/20/2004 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10. The 2/20/2004 mortgage loan was for personal, family, and/or household purposes.

11. During the mortgage closing for the 2/20/2004 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12. I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

*Al Carbone*
Al Carbone

Subscribed and sworn to before me
this 29T day of January, 2008.

*[signature]*
NOTARY PUBLIC

**THOMAS H. BENOIT**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2012

# Exhibit A

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: February 20, 2004
LOAN NO.: 0071434724 - 5678
TYPE: ADJUSTABLE RATE

BORROWER(S): Al Carbone

ADDRESS: 129 Banard Drive
CITY/STATE/ZIP: Newington, CT 06111

PROPERTY: 129 Banard Drive
Newington, CT 06111

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is [ ENTER DOCUMENT SIGNING DATE ] ;
   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN: FUNDING
PHONE: (714)541-9960
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of [ ENTER FINAL DATE TO CANCEL ]

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____   _____
SIGNATURE                        DATE

# Exhibit B

Tracy Worrest
Paralegal
Telephone (860) 571-0408 *ext* 113
Facsimile (860) 571-7457
Email: *tworrest@consumerlawgroup.com*

February 12, 2005

**VIA CERTIFIED MAIL - 70023150000203277539**

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re: Al Carbone
Loan No.: 0071434724-5678

Property Address: 129 Barnard Drive
Newington, CT 06111

To Whom It May Concern:

    This office represents Al Carbone concerning the loan transaction, which he entered into with Ameriquest Mortgage Company on February 20, 2004. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

    My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which he was provided was not filled out and accordingly did not list the date of the transaction nor the final date by which he could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

    We look forward to your response.

Sincerely,

Daniel S. Blinn

cc Al Carbone



CONSUMER LAW GROUP

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*