AFFIDAVIT OF
LYNN L. BELVAL

STATE OF Connecticut :
: ss. East Hampton
COUNTY OF Middlesex :

I, Lynn L. Belval, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1. I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2. I owned the real estate and home located at 63 Colchester Ave., East Hampton, CT 06424 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3. This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4. While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5. As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6. This mortgage loan was for personal, family, and/or household purposes.

7. On 1/29/2004 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8. The 1/29/2004 mortgage loan was payable to Ameriquest in more than four

monthly installments over thirty years.

9. As part of the 1/29/2004 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10. The 1/29/2004 mortgage loan was for personal, family, and/or household purposes.

11. During the mortgage closing for the 1/29/2004 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12. I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

_____
Lynn L. Belval

Subscribed and sworn to before me
this 7TH day of JANUARY, 2008.

_____
NOTARY PUBLIC
MY COMM EXP 06/30/08

# Exhibit A

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: January 29, 2004
LOAN NO.: 0068755909 - 7401
TYPE: FIXED RATE

BORROWER(S): LYNN L. BELVAL   ROGER E. BELVAL, Jr.

ADDRESS: 63 COLCHESTER AVENUE
CITY/STATE/ZIP: EAST HAMPTON, CT 06424

PROPERTY: 63 COLCHESTER AVENUE
EAST HAMPTON, CT 06424

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is     **ENTER DOCUMENT SIGNING DATE**

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN: FUNDING
PHONE: (714)541-9960
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of   **ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____        _____
SIGNATURE                             DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER LYNN L. BELVAL      Date      BORROWER/OWNER ROGER E. BELVAL, Jr.      Date

BORROWER/OWNER                     Date      BORROWER/OWNER                           Date



106-1-NRC (Rev 11/03)

**BORROWER COPY**

01/28/2004 6:28:27 PM

# Exhibit B



Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

October 3, 2005

VIA CERTIFIED MAIL - 70050390000153579556

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

      Re:    Lynn L. Belval and Roger E. Belval, Jr.
              Ameriquest Loan No: 0037511409-9602
              Ameriquest Loan No: 0068755909-7401

Property Address:    63 Colchester Avenue, East Hampton, CT 06424

To Whom It May Concern:

        This office represents Lynn L. Belval and Roger E. Belval, Jr. concerning the loan transaction which they entered into with Ameriquest Mortgage Company on January 29, 2004, which mortgage has been assigned to HSBC. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

        My clients' right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which they were provided was not filled out and accordingly did not list the date of the transaction nor the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

        Even if the Notice of Right to Cancel had disclosed the date of the transaction and the deadline to rescind, it would still have been insufficient, because Ameriquest utilized the wrong form. Specifically, this mortgage loan refinanced a prior mortgage with Ameriquest. Section 226.23(b)(2) requires that the creditor provide the appropriate model form in Appendix H to the regulation or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest utilized Form H-8. The disclosures are different for loans where a third party loan is being refinanced, and the appropriate disclosures were not made in this instance.

        We look forward to your response.

CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

Sincerely,

Daniel S. Blinn

cc: Lynn L. Belval and Roger E. Belval, Jr.

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

HSBC Mortgage
One HSBC-12th Floor
Legal Processing
Buffalo, NY 14203



