## AFFIDAVIT OF
## CYNTHIA BELCHER

STATE OF _Connecticut_ :
: ss. _Windsor_
COUNTY OF _Hartford_ :

I, Cynthia Belcher, a plaintiff in this action, being duly sworn, hereby make this affidavit and

say:

1.      I am over eighteen years of age.  I believe in the obligations of an oath, and the

statements of fact set forth below were made of my own personal knowledge.

2.      I owned the real estate and home located at 461 North Spring St. 4D, Naugatuck,

CT 06770 (the "Property") at all times relevant to this action including, but not limited to, the

time I entered into the mortgage transactions described below.

3.      This property was also my primary residence at all times relevant to this action,

including, but not limited to, the time I entered into the mortgage transactions described below.

4.      While owning and residing in the Property, I entered into a mortgage loan with

Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly

installments over thirty years.

5.      As part of this mortgage loan transaction, Ameriquest retained a security interest

in the Property.

6.      This mortgage loan was for personal, family, and/or household purposes.

7.      On 1/24/2005 I refinanced this Ameriquest mortgage loan with a new mortgage

loan from Ameriquest.

8.     The 1/24/2005 mortgage loan was payable to Ameriquest in more than four monthly installments over thirty years.

9.     As part of the 1/24/2005 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10.    The 1/24/2005 mortgage loan was for personal, family, and/or household purposes.

11.    During the mortgage closing for the 1/24/2005 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12.    I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

Cynthia Belcher

Subscribed and sworn to before me
this 31st day of January, 2008.

NOTARY PUBLIC

# Exhibit A

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: January 24, 2005
LOAN NO.: 0107050122 - 7344
TYPE: ADJUSTABLE RATE

BORROWER(S): Cynthia Belcher        Christopher Ellis

ADDRESS:        461 North Spring Street APT./UNIT 4D
CITY/STATE/ZIP:   NAUGATUCK,CT 06770

PROPERTY:   461 North Spring Street 4D
            Naugatuck, CT  06770

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|

;

    or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)634-3494**
FAX:      **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                                              DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Cynthia Belcher                Date          BORROWER/OWNER  Christopher Ellis                Date

BORROWER/OWNER                Date          BORROWER/OWNER                Date

1064-NRC (Rev 11/03)

77777770707070007676524217177444400772170
5433764623073331743668512760077424373774O
1223075604373776012237626257570866545007
06004107050122548000910?

**BORROWER COPY**

01/24/2005 4:32:24 PM

# Exhibit B

Andrew G. Pizor
Attorney-at-Law
Telephone (860) 571-0408
Facsimile (860) 571-7457
apizor@consumerlawgroup.com

November 23, 2005

VIA CERTIFIED MAIL # 7005 0390 0001 5357 9952

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:              Cynthia Belcher and Christopher Ellis
                      Ameriquest Loan No: 0107050122-7344

Property Address:     461 North Spring Street, 4D
                      Naugatuck, CT 06770

Dear Ms. Tran:

      Thank you for your letter dated May 24, 2005 replying to our May 5, 2005 notice rescinding the above mortgage for our clients. Accompanying your letter was Ameriquest's copy of a signed and dated Notice of Right to Cancel. In your letter you requested that we advise you of additional pertinent information.

      Please be advised that after reviewing the documents you enclosed with your letter and our clients' documents, I have determined that our clients have another basis for rescinding their loan, other than the reason previously mentioned in our original letter. Accordingly, for the reason set forth below, I renew our clients' previous rescission and request that Ameriquest reconsider its refusal to comply in the matter established in the federal and state Truth in Lending Acts and Regulation Z.

      Our clients' right to rescind this transaction is predicated upon the fact that Ameriquest provided them with the wrong Notice of Right to Cancel disclosures. Specifically, this mortgage loan refinanced a prior mortgage with Ameriquest. Regulation Z, section 226.23(b)(2) requires that the creditor provide the appropriate model form from Appendix H to the regulation or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest

**CONSUMER
LAW GROUP**llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

utilized Form H-8. The disclosures are different for loans where a third party loan is being refinanced, and the appropriate disclosures were not made in this instance.

Our clients renew their offer to discuss a tender obligation, should it arise, and satisfactory ways in which they may meet there obligations. Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

We look forward to your response.

Sincerely,

/Andrew G. Pizor

cc: Cynthia Belcher and Christopher Ellis

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

George Springer (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

