# AFFIDAVIT OF ANNETTE FOUNTAIN

STATE OF Connecticut  
: ss. Rocky Hill  
COUNTY OF Hartford :

I, Annette Fountain, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1. I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2. I owned the real estate and home located at 5 Grace Street, Middletown, CT 06457 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3. This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4. While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5. As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6. This mortgage loan was for personal, family, and/or household purposes.

7. On 3/19/2004 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8. The 3/19/2004 mortgage loan was payable to Ameriquest in more than four monthly installments over thirty years.

9. As part of the 3/19/2004 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10. The 3/19/2004 mortgage loan was for personal, family, and/or household purposes.

11. During the mortgage closing for the 3/19/2004 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12. I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

                                              */s/ Annette Fountain*
                                              Annette Fountain

Subscribed and sworn to before me this 28 day of January, 2008.

*/s/ Dora P. Fernandez*
NOTARY PUBLIC

**DORA P. FERNANDEZ**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2010

# Exhibit A

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: March 19, 2004
LOAN NO.: 0074018987 - 5699
TYPE: ADJUSTABLE RATE

BORROWER(S): Annette Fountain

ADDRESS: 5 GRACE STREET
CITY/STATE/ZIP: Middletown, CT 06457

PROPERTY: 5 GRACE STREET
Middletown, CT 06457

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN: FUNDING
PHONE: (714)541-9960
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                                      DATE

# Exhibit B



Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

March 14, 2005

**VIA CERTIFIED MAIL - 70023150000203214367**

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town and Country Road, Suite 450
Orange, CA 92868

Re:  Annette Fountain
     Loan No.: 0074018987-5699

Property Address:  5 Grace Street
                   Middletown, CT 06457

To Whom It May Concern:

  This office represents Annette Fountain concerning the loan transaction, which she entered into with Ameriquest Mortgage Company on March 19, 2004. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

  My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which she was provided was not filled out and accordingly did not list the date of the transaction nor the final date by which she could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

  It is our view that the rescission is valid. Our client has elected to continue making monthly payments. Please be advised that she does not intend to waive her rescission claim by continuing with her payments. Her payments should be treated as advances towards whatever tender obligations she may eventually owe.

CONSUMER LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

We look forward to your response.

Sincerely,

*[signature]*

Daniel S. Blinn

cc Annette Fountain

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Postmark Here

Sent To: Ameriquest
Street, Apt. No; or PO Box No. 100 Town and Country Rd.
City, State, ZIP+4: Orange, CA 92868

PS Form 3800, June 2002

7002 3150 0002 0321 4367

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town and Country Rd.
Suite 400
Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Fountain
C. Date of Delivery: MAR 21 2003

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 3150 0002 0321 4367

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540