## AFFIDAVIT OF
## MELISSA ALVAREZ

STATE OF _CT_ :
                 : ss. _Meriden_
COUNTY OF _New Haven_ :

I, Melissa Alvarez, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1. I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2. I owned the real estate and home located at 73 Morley Dr., Meriden, CT 06450 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3. This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4. While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5. As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6. This mortgage loan was for personal, family, and/or household purposes.

7. On 10/19/2004 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8. The 10/19/2004 mortgage loan was payable to Ameriquest in more than four monthly installments over thirty years.

9. As part of the 10/19/2004 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10. The 10/19/2004 mortgage loan was for personal, family, and/or household purposes.

11. During the mortgage closing for the 10/19/2004 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12. I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

_____
Melissa Alvarez

Subscribed and sworn to before me
this 3rd day of January, 2008.

_____
NOTARY PUBLIC

NANCY E. ZALENSKI
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 2008

# Exhibit A

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: October 18, 2004
LOAN NO.: 0096180765 - 7403
TYPE: ADJUSTABLE RATE

BORROWER(S): Jay Alvarez   Melissa Alvarez

ADDRESS: 73 MORLEY DR
CITY/STATE/ZIP: MERIDEN, CT 06450

PROPERTY: 73 Morley Dr
MERIDEN, CT 06450

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   **ENTER DOCUMENT SIGNING DATE**
   October 19, 2004

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**
October 22, 2004

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____    _____
SIGNATURE                     DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

| BORROWER/OWNER Jay Alvarez | Date | BORROWER/OWNER Melissa Alvarez | Date |
|---|---|---|---|
| BORROWER/OWNER | Date | BORROWER/OWNER | Date |

1064-NRC (Rev 11/03)

**BORROWER COPY**

10/18/2004 3:01:20 PM

# Exhibit B

Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

November 29, 2005

**VIA CERTIFIED MAIL 70050390000153580477**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re: Jay and Melissa Alvarez
Ameriquest Loan No: 0060499282-5633
Ameriquest Loan No.: 0096180765-7403

Property Address: 73 Morley Drive, Meriden, CT 06450



CONSUMER
LAW GROUP llc

To Whom It May Concern:

This office represents Jay and Melissa Alvarez concerning the loan transactions which they entered into with Ameriquest Mortgage Company on October 17, 2003 and October 18, 2004 I have been authorized by my clients to rescind these transactions and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23.

My clients' right to rescind the October 17, 2003 transaction is predicated upon the fact that the Notice of Right to Cancel with which they were provided was not filled-out and accordingly did not list the date of the transaction nor the final date by which they could cancel th

With regard to the October 18, 2004 transaction, th Cancel was insufficient, because Ameriquest utilized the w Specifically, this mortgage loan refinanced a prior mortgag Section 226.23(b)(2) requires that the creditor provide the form in Appendix H to the regulation or a substantially sim than utilize the model form in Appendix H applicable to a original creditor (Form H-9), Ameriquest utilized Form H- are different for loans where a third party loan is being refi appropriate disclosures were not made in this instance.



  We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

  We look forward to your response.

Sincerely,

*[signature]*

Daniel S. Blinn

cc: Jay and Melissa Alvarez

   AMC Mortgage Services, Inc.
   P.O. Box 11000
   Santa Ana, CA 92711-1000

   Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
   Buchalter, Nemer, Fields & Younger
   601 S. Figueroa Street, Suite 2400
   Los Angeles, CA 90017-5704

   Joseph M. Pastore III (via facsimile 275-6410)
   Brown Raysman Millstein Felder & Steiner
   CityPlace II
   185 Asylum Street
   Hartford, CT 06103