**AFFIDAVIT OF**
**HENRY T. OWEN**

**STATE OF** Connecticut     :
                             : ss. Hendlen
**COUNTY OF** New Haven   :

I, Henry T. Owen, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1.      I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2.      I owned the real estate and home located at 86 Tremont Street, Meriden, CT 06450 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3.      This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4.      While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5.      As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6.      This mortgage loan was for personal, family, and/or household purposes.

7.      On 12/9/2003 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8.      The 12/9/2003 mortgage loan was payable to Ameriquest in more than four

monthly installments over thirty years.

9.      As part of the 12/9/2003 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10.     The 12/9/2003 mortgage loan was for personal, family, and/or household purposes.

11.     During the mortgage closing for the 12/9/2003 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12.     I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

Henry T. Owen

Subscribed and sworn to before me
this _9th_ day of _January_, 2008.

My Commission Expires
Sept, 30, 2010

NOTARY PUBLIC _Peoples United Bank_

# Exhibit A

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   December 9, 2003
LOAN NO.:   0063058523 - 5876
TYPE:   FIXED RATE

BORROWER(S): Henry T. Owen        Joan A. Owen

ADDRESS:        86 Tremont Street
CITY/STATE/ZIP:   MERIDEN, CT 06450

PROPERTY:   86 Tremont Street
            MERIDEN, CT  06450

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

    | ENTER DOCUMENT SIGNING DATE |
    | --- |
    | |
    ;

    or

2.  The date you received your Truth in Lending disclosures;

    or

3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1100 Town and Country Road, Suite 200**
**Orange, CA 92868**

ATTN:  **FUNDING**
PHONE: **(714)541-9960**
FAX:      **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
| |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                        DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          _____
BORROWER/OWNER Henry T. Owen          Date       BORROWER/OWNER Joan A. Owen          Date

_____          _____
BORROWER/OWNER          Date       BORROWER/OWNER          Date

1004-NRC (Rev 11/03)

0000000630585230400050101

**LENDER COPY**

12/08/2003 4:43:29 PM

# EXHIBIT B

Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

October 10, 2005

**VIA CERTIFIED MAIL # 70050390000153580293**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:                              Henry T. Owen & Joan A. Owen
                                  Ameriquest Loan No: 0063058523-5876

Property Address:                86 Tremont Street, Meriden, CT 06450

To Whom It May Concern:



**CONSUMER
LAW GROUP**llc

This office represents Henry T. Owen & Joan A. Owen concerning the
loan transaction which they entered into with Ameriquest Mortgage Company
on December 9, 2003. I have been authorized by my clients to rescind this
transaction and hereby exercise that right pursuant to the Federal Truth in
Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23.

My clients' right to rescind this transaction is predicated upon the fact
that the Notice of Right to Cancel with which they were provided was not filled-
out and accordingly did not list the date of the transaction nor the final date by
which they could cancel the loan transaction. We are prepared to discuss a
tender obligation, should it arise, and satisfactory ways in which my client may
meet this obligation. Please be advised that if you do not cancel the security
interest and return all consideration paid by my client within 20 days of receipt
of this letter, you will be responsible for actual and statutory damages pursuant
to 15 U.S.C. § 1640(a).

Even if the Notice of Right to Cancel had disclosed the date of the
transaction and the deadline to rescind, it would still have been insufficient,
because Ameriquest utilized the wrong form. Specifically, this mortgage loan
refinanced a prior mortgage with Ameriquest. Section 226.23(b)(2) requires that
the creditor provide the appropriate model form in Appendix H to the regulation

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ☎ 571 ☎ 0408
fax 860 ☎ 571 ☎ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest utilized Form H-8. The disclosures are different for loans where a third party loan is being refinanced, and the appropriate disclosures were not made in this instance.

It is our view that the rescission is valid. Our clients have elected to continue making monthly payments. Please be advised that they do not intend to waive their rescission claim by continuing with their payments. Their payments should be treated as advances towards whatever tender obligations they may eventually owe.

We look forward to your response.

Sincerely,

Daniel S. Blinn

cc:    Henry T. Owen & Joan A. Owen

       AMC Mortgage Services, Inc.
       P.O. Box 11000
       Santa Ana, CA 92711-1000

       Bernard E. LeSage, Esq. (via facsimile 213-630-571
       Buchalter, Nemer, Fields & Younger
       601 S. Figueroa Street, Suite 2400
       Los Angeles, CA 90017-5704

       Joseph M. Pastore III (via facsimile 275-6410)
       Brown Raysman Millstein Felder & Steiner
       CityPlace II
       185 Asylum Street
       Hartford, CT 06103

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here    10|10    Owen

Sent To   Ann Tr000 - AMC
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7005 0390 0001 5358 0293