**AFFIDAVIT OF**
**JOSEPH A. RODINO**

STATE OF *PENNSYLVANIA* :
                    : ss. *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*
COUNTY OF *PIKE* :

I, Joseph A. Rodino, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1. I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2. I owned the real estate and home located at 34 Butlertown Road, Waterford, CT 06385 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3. This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4. While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5. As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6. This mortgage loan was for personal, family, and/or household purposes.

7. On 12/12/2003 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8. The 12/12/2003 mortgage loan was payable to Ameriquest in more than four monthly installments over thirty years.

9. As part of the 12/12/2003 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10. The 12/12/2003 mortgage loan was for personal, family, and/or household purposes.

11. During the mortgage closing for the 12/12/2003 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12. I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

Joseph A. Rodino

Subscribed and sworn to before me
this 8th day of July , 2008.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Anita L. Glickenstein, Notary Public
Blooming Grove Twp., Pike County
My Commission Expires Jan. 11, 2009
Member, Pennsylvania Association of Notaries

# EXHIBIT A

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: December 12, 2003
LOAN NO.: 0063818504 - 5875
TYPE: ADJUSTABLE RATE

BORROWER(S): JOSEPH A. RODINO

ADDRESS: 34 BUTLERTOWN ROAD
CITY/STATE/ZIP: WATERFORD,CT 06385

PROPERTY: 34 BUTLERTOWN ROAD
WATERFORD, CT 06385

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN: FUNDING
PHONE: (714)541-9960
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

# EXHIBIT B



**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

May 25, 2005

**VIA CERTIFIED MAIL - 70001530000286639972**
Ameriquest Mortgage Company
Attn: Legal counsel – Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:              Joseph A. Rodino
                    Loan No.: 0063818504

Property Address:       34 Butlertown Road
                    Waterford, CT 06385

To Whom It May Concern:

        This office represents Joseph A. Rodino concerning the loan transaction, which he entered into with Ameriquest Mortgage Company on December 12, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

        My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which he was provided was not filled out and accordingly did not list the date of the transaction nor the final date by which he could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

        It is our view that the rescission is valid. Our client has elected to continue making monthly payments. Please be advised that he does not intend to waive his rescission claim by continuing with his payments. His payments should be treated as advances towards whatever tender obligations he may eventually owe.

        We look forward to your response.

Sincerely,

Daniel S. Blinn

**CONSUMER**
**LAW GROUP** llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

cc:    Joseph A. Rodino

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

   Ameriquest Mortgage Company
   Attn: Legal counsel - Ann Tran
   1100 Town and Country Rd, #200
   Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ □ Agent
                        □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                     MAY 3 1 2005

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☒ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)
   7000 1530 0002 8663 9972

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | 5/25/05 |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Sent To  Ameriquest - Ann Tran
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, May 2000      See Reverse for Instructions

7000 1530 0002 8663 9972