# AFFIDAVIT OF
# SHERRI VALENTIN

STATE OF __CT__ :
: ss. __Norwalk__
COUNTY OF __Fairfield__ :

I, Sherri Valentin, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1. I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2. I owned the real estate and home located at 74 Morley Dr., Meriden, CT 06450 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3. This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4. While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5. As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6. This mortgage loan was for personal, family, and/or household purposes.

7. On 9/13/2004 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8. The 9/13/2004 mortgage loan was payable to Ameriquest in more than four

monthly installments over thirty years.

9. As part of the 9/13/2004 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10. The 9/13/2004 mortgage loan was for personal, family, and/or household purposes.

11. During the mortgage closing for the 9/13/2004 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12. I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

_____
Sherri Valentin

Subscribed and sworn to before me
this 31 day of January, 2008.

_____
SANDRA L. BROWN
NOTARY PUBLIC
MY COMMISSION EXPIRES APRIL 30, 2010

# Exhibit A

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: September 3, 2004
LOAN NO.: 0092210087 - 5699
TYPE: ADJUSTABLE RATE

BORROWER(S): Sherri H. Valentin    Jay G. Valentin

ADDRESS: 74 Morley Dr
CITY/STATE/ZIP: meriden, CT 06450

PROPERTY: 74 Morley Dr
meriden, CT 06450

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   ENTER DOCUMENT SIGNING DATE
   SEPTEMBER 13TH 2004

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL
SEPTEMBER 16TH 2004

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____    _____
SIGNATURE                          DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_Sherri H. Valentin_  9/13/04      _Jay G. Valentin_  9/13/04
BORROWER/OWNER Sherri H. Valentin  Date   BORROWER/OWNER Jay G. Valentin  Date

_____   ____    _____   ____
BORROWER/OWNER            Date    BORROWER/OWNER            Date


1064-NRC (Rev 01/04)

BORROWER COPY

09/13/2004 1:39:25 PM

OO-CLG0024029

# Exhibit B



Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

October 24, 2005

**VIA CERTIFIED MAIL # 7005 0390 0001 5358 0873**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:   Sherri H. Valentin and Jay Valentin
      Ameriquest Loan No: 0092210087-5699
      Merrill Lynch Loan No.: 7077675572

Property Address:   74 Morley Dr.
                    Meriden, CT 06450

To Whom It May Concern:

    This office represents Sherri H. Valentin and Jay Valentin concerning the loan transaction which they entered into with Ameriquest Mortgage Company on September 13, 2004 and which mortgage has been assigned to Merrill Lynch. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23.

    My clients' right to rescind this transaction is predicated upon the fact that Ameriquest provided them with the wrong Notice of Right to Cancel form. Specifically, this mortgage loan refinanced a prior mortgage with Ameriquest. Section 226.23(b)(2) requires that the creditor provide the appropriate model form in Appendix H to the regulation or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest utilized Form H-8. The disclosures are different for loans where a third party loan is being refinanced, and the appropriate disclosures were not made in this instance.

    We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

    We look forward to your response.

Sincerely,

Daniel S. Blinn

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ∎ 571 ∎ 0408
fax 860 ∎ 571 ∎ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

cc: Sherri H. Valentin and Jay Valentin

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

Merrill Lynch Credit Corporation
Mortgage Service Center
Attn. Legal Dept.
2001 Leadenhall Road
Mt. Laurel, NJ 08054



