# AFFIDAVIT OF
# WRAY BAILEY

STATE OF _Florida_ :
: ss. ON 5/08/2004 Refinanced 293 Green Manor Ter.
COUNTY OF _Brevard_ : was 293 Windsorlocks, Ct.

I, Wray Bailey, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1. I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2. I owned the real estate and home located at 293 Green Manor Terrace, Windsor Locks, CT 06096 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3. This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4. While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5. As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6. This mortgage loan was for personal, family, and/or household purposes.

7. On 5/8/2004 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8. The 5/8/2004 mortgage loan was payable to Ameriquest in more than four

monthly installments over thirty years.

9. As part of the 5/8/2004 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10. The 5/8/2004 mortgage loan was for personal, family, and/or household purposes.

11. During the mortgage closing for the 5/8/2004 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12. I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

Wray Bailey

Subscribed and sworn to before me
this 2nd day of January, 2008.

NOTARY PUBLIC

KIMBERLEY J. DURNIN
Notary Public - State of Florida
My Commission Expires Jul 27, 2008
Commission # DD 341685
Bonded By National Notary Assn.

# Exhibit A

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: May 8, 2004
LOAN NO.: 0079494589 - 5699
TYPE: FIXED RATE

BORROWER(S): Wray Bailey    Wendy Bailey

ADDRESS: 293 GREEN MANOR TER
CITY/STATE/ZIP: WINDSOR LOCKS, CT 06096

PROPERTY: 293 Green Manor Terrace
WINDSOR LOCKS, CT 06096

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

    **ENTER DOCUMENT SIGNING DATE**

    or
2. The date you received your Truth in Lending disclosures;
    or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1100 Town and Country Road, Suite 200
Orange, CA 92868

ATTN: FUNDING
PHONE: (714)541-9960
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____     _____
SIGNATURE                          DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____  ____    _____  ____
BORROWER/OWNER Wray Bailey      Date    BORROWER/OWNER Wendy Bailey    Date

_____  ____    _____  ____
BORROWER/OWNER                  Date    BORROWER/OWNER                 Date

NRC (Rev 11/03)

**BORROWER COPY**

05/07/2004 5:49:39 PM

# Exhibit B



Andrew G. Pizor
Attorney
Telephone (203) 570-4249
Facsimile (860) 571-7457
apizor@consumerlawgroup.com

March 1, 2007

**VIA CERTIFIED MAIL – 7006 2150 0005 5002 6865**

HSBC Bank USA, National Association
1105 N. Market Street
Wilmington, DE 19801

Re:   Wray & Wendy Bailey

Property Address:   293 Green Manor Terrace, Windsor Locks, CT 06096

To Whom It May Concern:

This office represents Wray & Wendy Bailey concerning the loan transaction which they entered into with Ameriquest Mortgage Company on May 8, 2004, which mortgage has been assigned to HSBC. Our firm previously notified your company, via your legal department in Buffalo, that our clients have exercised their right to rescind this transaction. This letter is intended to notify you directly and to reiterate that my clients are exercising that right pursuant to the Connecticut Truth-In-Lending Act, Conn. Gen. Stat. § 36a-676 *et seq.*, the Federal Truth in Lending Act, 15 U.S.C. § 1635, and Regulation Z § 226.23 (12 C.F.R. § 226.23).

My clients' right to rescind this transaction is predicated upon the fact that the Notice of Right to Cancel with which they were provided was not filled out and accordingly did not list the date of the transaction nor the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Even if the Notice of Right to Cancel had disclosed the date of the transaction and the deadline to rescind, it would still have been insufficient,

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

because Ameriquest utilized the wrong form. Specifically, this mortgage loan refinanced a prior mortgage with Ameriquest. Section 226.23(b)(2) requires that the creditor provide the appropriate model form in Appendix H to the regulation or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest utilized Form H-8. The disclosures are different for loans where a third party loan is being refinanced, and the appropriate disclosures were not made in this instance.

It is our view that the rescission is valid and effective. In the event that your company does not comply with this rescission notice in a timely manner, my clients do not waive their rescission claim by subsequently continuing to make regular monthly payments. Nor do they waive the rescission claim by paying the alleged balance due on this mortgage by refinancing the debt or by selling the secured property. Instead, the payments should be treated as advances towards whatever tender obligations my clients may eventually owe. In the event that my clients pay more than the amount required pursuant to any tender obligation, your company must refund the excess.

We look forward to your response.

Sincerely,

Andrew G. Pizor

cc: Wray & Wendy Bailey

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Bailey, Wray
Postmark Here
August 2006

Sent To: HSBC Bank USA, National Assoc.
Street, Apt. No. or PO Box No: 1105 N. Market St
City, State, ZIP: Wilmington, DE 19801

7006 2150 0005 5002 6865

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HSBC Bank USA, National Association
1105 N. Market Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☒ Addressee
B. Received by (Printed Name): S. Clue
C. Date of Delivery: 3/5/07
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail ☒ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0005 5002 6865

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540