# AFFIDAVIT OF
# SHARON KACH

STATE OF _Az_ :
: ss. _Tucson_
COUNTY OF _Pima_ :

I, Sharon Kach, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1. I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2. I owned the real estate and home located at 11 Shari Dr., Seymour, CT 06483 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3. This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4. While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5. As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6. This mortgage loan was for personal, family, and/or household purposes.

7. On 7/20/2004 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8. The 7/20/2004 mortgage loan was payable to Ameriquest in more than four

monthly installments over thirty years.

9. As part of the 7/20/2004 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10. The 7/20/2004 mortgage loan was for personal, family, and/or household purposes.

11. During the mortgage closing for the 7/20/2004 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12. I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

_____
Sharon Kach

Subscribed and sworn to before me
this ___ day of _____, 2008.

_____
NOTARY PUBLIC

KIRSTEN M. ALVAREZ
Notary Public - Arizona
Pima County
My Commission Expires
March 8, 2009

# Exhibit A

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: July 20, 2004
LOAN NO.: 0086007820 - 7378
TYPE: ADJUSTABLE RATE

BORROWER(S): Sharon Kach    Ronald Kach

ADDRESS: 11 SHARI DR
CITY/STATE/ZIP: SEYMOUR, CT 06483

PROPERTY: 11 Shari Drive
SEYMOUR, CT 06483

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

   **ENTER DOCUMENT SIGNING DATE**
   July 20, 2004

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**
July 23 2004

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                        DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.



_/s/ Sharon Kach_   7/20/04    _/s/ Ronald Kach_   7/20/04
BORROWER/OWNER Sharon Kach    Date    BORROWER/OWNER Ronald Kach    Date

_____
BORROWER/OWNER                 Date       BORROWER/OWNER               Date



1064-NRC (Rev 01/04)

**LENDER COPY**

07/20/2004 1:43:42 PM

AQ-CLG0012112

# Exhibit B



Andrew G. Pizor
Attorney-at-Law
Telephone (860) 571-0408
Direct (203) 570-4249
Facsimile (860) 571-7457
apizor@consumerlawgroup.com

May 29, 2007

**VIA CERTIFIED MAIL # 7006 2150 0005 5002 7442**

WM Specialty Mortgage LLC, Without Recourse
Corporation Service Company
84 State Street
Boston, MA 02109

**VIA CERTIFIED MAIL # 7006 2150 0005 5002 7428**

Ameriquest Mortgage Company
c/o Bernard E. LeSage, Esq.
Buchalter Nemer P.C.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

Re:         Sharon and Ronald Kach
             Loan No. 86007820

Property Address:   11 Shari Dr., Seymour, CT 06483

To Whom It May Concern:

      This office represents Mr. and Ms. Kach concerning the loan transaction they entered into with the Ameriquest Mortgage Company bearing the above loan number and subsequently assigned to WM Specialty Mortgage. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Connecticut Truth-In-Lending Act, Conn. Gen. Stat. § 36a-676 *et seq.*, the Federal Truth in Lending Act, 15 U.S.C. § 1635, and Regulation Z § 226.23 (12 C.F.R. § 226.23).

      My clients' right to rescind this transaction is predicated upon the fact that Ameriquest utilized the wrong Notice of Right to Cancel form. Specifically, this mortgage loan refinanced a prior mortgage with Ameriquest.

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

Reg. Z § 226.23(b)(2) requires that the creditor provide the appropriate model form from Appendix H to the regulation or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest utilized Form H-8. The disclosures are different for loans where a third party loan is being refinanced, and the appropriate disclosures were not made in this instance. Assignees are fully liable for rescission under the Truth in Lending Acts. My clients reserve all rights to raise additional or alternative grounds for rescission as may be subsequently identified under state or federal law.

My clients are ready, willing, and able to tender any money owed, consistent with the timing and procedure set forth in the Truth in Lending Acts and Regulation Z. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways by which my clients may meet this obligation. However, please note that the information we have appears to indicate that this loan has been satisfied meaning that the borrowers would not be liable for tendering any money or goods to either Ameriquest or WM Specialty Mortgage. If you have information to the contrary, please provide it with your response to this rescission notice.

Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to the Truth in Lending Acts.

Sincerely,

Andrew G. Pizor

cc: Sharon and Ronald Kach