# AFFIDAVIT OF
# SEAN K. WELLS

STATE OF _New York_ :
: ss. _New York City_
COUNTY OF _Bronx_ :

I, Sean K. Wells, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1. I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2. I owned the real estate and home located at 823 E 228th Street, Bronx, NY 10466 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3. This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4. While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5. As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6. This mortgage loan was for personal, family, and/or household purposes.

7. On 9/2/2004 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8. The 9/2/2004 mortgage loan was payable to Ameriquest in more than four

monthly installments over thirty years.

9.  As part of the 9/2/2004 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10. The 9/2/2004 mortgage loan was for personal, family, and/or household purposes.

11. During the mortgage closing for the 9/2/2004 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12. I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

_____
Sean K. Wells

Subscribed and sworn to before me
this 18th day of Jan, 2008.

_____
NOTARY PUBLIC

Sita Kepekci
Notary Public State of New York
No. 01KE6005151
Qualified in New York County
Commission Expires April 6, 20__

01/18/08

# Exhibit A

# NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: September 2, 2004
LOAN NO.: 0090226184 - 5644
TYPE: FIXED RATE

BORROWER(S): Sean Wells    Patricia Wells

ADDRESS: 823 E 228TH STREET
CITY/STATE/ZIP: Bronx, NY 10466

PROPERTY: 823 E 228TH STREET
Bronx, NY 10466

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever following events occurs last:

1. The date of the transaction, which is

   **ENTER DOCUMENT SIGNING DATE**

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE                         DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Sean Wells _____ Date     BORROWER/OWNER Patricia Wells _____ Date

BORROWER/OWNER _____ Date     BORROWER/OWNER _____ Date

NRC (Rev 01/04)



BORROWER COPY

09/01/2004 5:30:51 PM

# Exhibit B

# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg  
Licensed in  
New York and California

40 Exchange Place, Suite 2010  
New York, NY 10005  
Phone: (212) 248-7906  
Fax:    (212) 248-7908

VIA CERTIFIED MAIL # 7003-1010-0003-4185-6946

August 2, 2006

Ameriquest Mortgage Company  
Attn. FUNDING  
1600 S. Douglass Rd.  
Anaheim, CA 92806

Re:         Sean K. Wells and Patricia Wells  
            Loan No. 0090226184-5644

Property Address:    823 E 228th Street  
                     Bronx, NY 10466

To Whom It May Concern:

This office represents Sean K. Wells and Patricia Wells concerning the loan transaction they entered into with Ameriquest Mortgage Company on or about September 2, 2004. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, and Regulation Z § 226.23 (12 C.F.R. § 226.23).

My clients' right to rescind this transaction is predicated upon the fact that Ameriquest utilized the wrong Notice of Right to Cancel form. Specifically, this mortgage loan refinanced a prior mortgage with Ameriquest. Reg. Z § 226.23(b)(2) requires that the creditor provide the appropriate model form from Appendix H to the regulation or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest utilized Form H-8. The disclosures are different for loans where a third party loan is being refinanced, and the appropriate disclosures were not made in this instance. My clients reserve all rights to raise additional or alternative grounds for rescission as may be subsequently identified under state or federal law.

My clients are ready, willing, and able to tender any money owed, consistent with the timing and procedure set forth in the Truth in Lending Acts and Regulation Z. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways by which my clients may meet this obligation.

It is our view that the rescission is valid. In the event that Ameriquest does not comply with this rescission notice in a timely manner, my clients do not waive their rescission claim by subsequently continuing to make regular monthly payments. Nor do they waive their rescission claim by paying the alleged balance due on this mortgage by refinancing the debt or by selling the secured property. Instead, the payments should be treated as advances towards whatever tender obligations my clients may eventually owe. In the event that my clients pay more than the amount required pursuant to any tender obligation, your company must refund the excess.

Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to the Truth in Lending Acts.

We look forward to your response.

Sincerely,

Brian L. Bromberg

cc:  Sean K. Wells and Patricia Wells
823 E 228th Street
Bronx, NY 10466

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

2