# AFFIDAVIT OF
# WAYNE MUMFORD

STATE OF __CT.__ :
: ss. __046582208__
COUNTY OF __NEW HAVEN__ :

I, Wayne Mumford, a plaintiff in this action, being duly sworn, hereby make this affidavit and say:

1. I am over eighteen years of age. I believe in the obligations of an oath, and the statements of fact set forth below were made of my own personal knowledge.

2. I owned the real estate and home located at 65 Vineyard Rd, North Haven, CT 06473 (the "Property") at all times relevant to this action including, but not limited to, the time I entered into the mortgage transactions described below.

3. This property was also my primary residence at all times relevant to this action, including, but not limited to, the time I entered into the mortgage transactions described below.

4. While owning and residing in the Property, I entered into a mortgage loan with Ameriquest Mortgage Company that was payable to Ameriquest in more than four monthly installments over thirty years.

5. As part of this mortgage loan transaction, Ameriquest retained a security interest in the Property.

6. This mortgage loan was for personal, family, and/or household purposes.

7. On 9/27/2004 I refinanced this Ameriquest mortgage loan with a new mortgage loan from Ameriquest.

8. The 9/27/2004 mortgage loan was payable to Ameriquest in more than four monthly installments over thirty years.

9. As part of the 9/27/2004 mortgage loan transaction with Ameriquest, Ameriquest retained a security interest in the Property.

10. The 9/27/2004 mortgage loan was for personal, family, and/or household purposes.

11. During the mortgage closing for the 9/27/2004 mortgage loan Ameriquest gave me a document entitled Notice of Right to Cancel, a true and correct copy of which is attached as Exhibit A.

12. I have notified Ameriquest that I want to cancel my mortgage loan transaction. A true and correct copy of the letter used to notify Ameriquest is attached as Exhibit B.

_____
Wayne Mumford

Subscribed and sworn to before me
this 2nd day of January, 2008.

_____
NOTARY PUBLIC

LEIGH ANN BECK
NOTARY PUBLIC
MY COMMISSION EXPIRES APR 30, 2008

# Exhibit A

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  September 27, 2004
LOAN NO.:   0093970366 - 5876
TYPE:   ADJUSTABLE RATE

BORROWER(S): Wayne Mumford     Leigh Mumford

ADDRESS:       65 VINEYARD ROAD
CITY/STATE/ZIP:   NORTH HAVEN, CT 06473

PROPERTY:   65 Vineyard Road
            NORTH HAVEN, CT 06473

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is   **ENTER DOCUMENT SIGNING DATE**   ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)634-3494**
FAX:    **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                         DATE

# Exhibit B



Andrew G. Pizor
Attorney-at-Law
Telephone (860) 571-0408
Facsimile (860) 571-7457
apizor@consumerlawgroup.com

January 6, 2006

**VIA CERTIFIED MAIL # 7005 0390 0001 5357 9976**

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town and Country Road, Suite 450
Orange, CA 92868

Re:      Wayne and Leigh Mumford
         Loan No.: 0093970366-5876

Property Address:   65 Vineyard Road
                    North Haven, CT 06473

To Whom It May Concern:

      This office represents Wayne and Leigh Mumford concerning the loan transaction she entered into with Ameriquest on or about April 26, 2005. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Connecticut Truth-In-Lending Act, Conn. Gen. Stat. § 36a-676 *et seq.*, the federal Truth in Lending Act, 15 U.S.C. § 1635, and Regulation Z § 226.23 (12 C.F.R. § 226.23).

      My clients' right to rescind this transaction is predicated upon the fact that the Notice of Right to Cancel provided them by Ameriquest was not properly filled-out and listed neither the date of the transaction nor the final date by which they could cancel the transaction.

      Even if the Notice of Right to Cancel had disclosed the date of the transaction and the deadline to rescind, it would still have been insufficient, because Ameriquest utilized the wrong form. Specifically, this mortgage loan refinanced a prior mortgage with Ameriquest. Section 226.23(b)(2) requires that the creditor provide the appropriate model form in Appendix H to the regulation or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest utilized Form H-8. The disclosures are different for loans where a third party loan is being refinanced, and the appropriate disclosures were not made in this

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*

instance. My clients reserve all rights to raise additional or alternative grounds for rescission as may be subsequently identified under state or federal law.

My clients are ready, willing, and able to tender any money owed, consistent with the timing and procedure set forth in the Truth in Lending Acts and Regulation Z. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways by which my client may meet this obligation.

Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to the Truth in Lending Acts.

Sincerely,

Andrew G. Pizor

cc: Wayne and Leigh Mumford

Bernard E. LeSage, Esq. (via facsimile to 213-630-571
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

George C. Springer, Jr. (via facsimile to 860-275-641
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103


