UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF INDIVIDUALS OPTING-OUT OF CLASS ACTION

The following parties hereby provide notice to this Court that they opt-out of any class or putative class involving their Ameriquest mortgage:

Asencio & Alicia Salazar of Franklin Park, IL

Hazel Street of Chicago. IL

Respectfully Submitted:

Date: August 27, 2008                     /s/ Anthony P. Valach, Jr.
                                          One of their attorneys

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

**CERTIFICATE OF SERVICE**

    I, Anthony P. Valach, Jr., hereby certify that on this 27th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

    By:    /s/ Anthony P. Valach, Jr.