# United States District Court for the Northern District of Illinois

Case Number: 05CV7097        Assigned/Issued By: DAJ

Judge Name:                 Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☒ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☒ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__2__ Original and __0__ copies on __08/27/08__ as to BEAR STEARNS & CO INC,
                                    (Date)
AMERIQUEST MORTGAGE SECURITIES INC ASSETT BACKED PASS THROUGH

CERTIFICATES SERIES 2005-R10.

C:\wpwin80\docket\feeinfo.frm    03/14/05