# United States District Court for the Northern District of Illinois

Case Number: 05CV7097      Assigned/Issued By: DAJ

Judge Name:      Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:** ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
      (Type of Writ)

__2__ Original and __0__ copies on __08/27/08__ as to _____
(Date)

AMERIQUEST MORTGAGE SECURITIES INC ASSETT BACKED PASS THROUGH

CERTIFICATES SERIES 2005-R6, SERIES 2005-R7.

C:\wpwin80\docket\feeinfo.frm     03/14/05