**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

**NOTICE TO CALL MOTION TO ATTENTION OF COURT FOR DECISION**

Via CM/ECF

TO:     All attorneys of record

PLEASE TAKE NOTE that pursuant to LR 78.5, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc. and Commonwealth Land Title Company (the "LandAmerica Parties") call **Document 2135**, entitled Certain Third-Party Defendants' Motion for Entry of Order Appointing Liaison Counsel and Participation in Fees and Costs (the "Motion") to the attention of the Court for decision. The Motion was filed with the Court on May 5, 2008. On June 4, 2008, after reviewing Mortgage Information Services, Inc.'s Partial Opposition to LandAmerica's Motion (**Document 2153**) and the Reply in Support of the Motion (**Document 2164**), the Court granted the Motion with respect to the proposed structure and duties of Liaison Counsel and the various subcommittees (**Document 2178**). The Court gave any Third-Party Defendants wishing to object to Liaison Counsel's reimbursement proposal the option to file a consolidated response, with alternate proposal(s), by June 26, 2008. No response or alternate proposal has been filed to date. Accordingly, due to the single objection and failure of any Third-Party Defendant to submit an alternate proposal to Liaison Counsel's reimbursement proposal, the LandAmerica Parties notice the Motion to the attention of the Court and respectfully request that the Court grant the Motion and enter Liaison Counsel's reimbursement proposal.

DATED:  August 28, 2008      By:/s/ Russell W. Hubbard

*Attorneys for Commonwealth Land Title*
*Insurance Company, Lawyers Title*
*Insurance Corporation, Transnation Title*
*Insurance Company, LandAmerica*
*Financial Group, Inc., and Commonwealth*
*Land Title Company*

Keith Verges, Esq.
Mark Davenport, Esq.
Don Colleluori, Esq.
Russell W. Hubbard
Figari & Davenport, L.L.P.
3400 Bank of America Plaza
901 Main St.
Dallas, TX 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Jeffrey D.  Pilgrim
Anna-Katrina Christakis
ARNSTEIN & LEHR LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910
Phone: 312.876.7814
Fax: 312.876.0288

## <u>CERTIFICATE OF SERVICE</u>

I, Russell W. Hubbard, hereby certify that on this 28th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Russell W. Hubbard</u>