**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS:<br><br>*All Opt Out Actions* | |

**NOTICE TO CALL MATTER TO ATTENTION OF COURT FOR DECISION**

TO: ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to Local Rule 78.5, Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, Ameriquest Capital Corporation, Town & Country Title Services, Inc., Ameriquest Mortgage Securities, Inc., CitiFinancial Mortgage, CitiResidential Lending Inc., Deutsche Bank National Trust Company, as Trustee, HSBC Mortgage Services Inc., GMAC ResCap, Barclays Capital, US Bank, Litton Loan Servicing, Merrill Lynch Credit Corp., Wells Fargo Bank, as Trustee, WM Specialty Mortgage LLC, Countrywide, Wilshire Credit Corp. and Bank of NY Trust Co. ("Defendants") call **Document 2259**, entitled Joint Stipulation and [Proposed] Amended Scheduling Order Pending Mediation ("Stipulation") to the attention of the Court for decision.

The Stipulation was filed with the Court on July 17, 2008 and, consistent with a procedure previously used by the Court to address the difficulty in obtaining signatures from

multiple Opt-Out counsel, provided that any objections to the Stipulation by Opt-Out parties who did not affirmatively sign must be filed within ten (10) days of July 17, 2008[1].

No objections to the Stipulation have been filed and Defendants submit that consideration of the Stipulation at this time is important because, under the existing scheduling order, all fact discovery is to be completed by September 22, 2008 and the deadlines for disclosing experts has already passed.

The parties are engaged in discovery, both formal and informal, but recognize that, particularly with the increasing numbers of opt out cases being filed, and with much of the parties' efforts devoted to the ongoing mediation before the Honorable Donald J. O'Connell (the details of which are set forth in the Stipulation), additional time is necessary to complete the process.

The parties have been operating in good faith under the agreement reached between them, but require guidance from the Court at this time and Defendants respectfully request that the Stipulation be entered as presented.

                                                        Respectfully submitted,

DATED: September 3, 2008              By: /s/ Bernard E. LeSage

                                          *Attorneys for Defendants (as defined above)*
                                            Bernard E. LeSage, Esq.
                                            Sarah K. Andrus, Esq.
                                            BUCHALTER NEMER, a P.C.
                                            1000 Wilshire Boulevard, Suite 1500
                                            Los Angeles, CA 90017-2457
                                            (213) 891-0700
                                            (213) 896-0400 fax

---

[1] Defendants' counsel is advised that, as set forth in the Stipulation, the Independent Claims Steering Committee advised all Opt-Out counsel of the stipulation and, while not all signatures were obtained, no objections were received.

BN 2207591v1

3

## CERTIFICATE OF SERVICE

    I, Bernard E, LeSage, hereby certify that on this 3rd day of September 2008, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                              By: /s/  Bernard E. LeSage