**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> THIS DOCUMENT RELATES TO ) <br> ) <br> ) <br> ) <br> *Bailey, et al., v. Ameriquest Mortgage Co., et al* ) <br> *Case No. 1:06-cv-01733* ) <br> ) <br> *Belval, et al., v. Ameriquest Mortgage Co., et al* ) <br> *Case No. 1:06-cv-02469* ) <br> ) <br> *Black, et al., v. Ameriquest Mortgage Co., et al* ) <br> *Case No. 1:07-cv-00130* ) <br> ) <br> *Brissett, et al., v. Ameriquest Mortgage Co., et al* ) <br> *Case No. 1:07-cv-00130* ) <br> ) <br> *Damm, et al., v. Ameriquest Mortgage Co., et al* ) <br> *Case No. 1:06-cv-04032* ) <br> ) <br> *Punch, et al, v. Ameriquest Mortgage Co., et al* ) <br> *Case No. 1:06-cv-6753* ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> The Honorable Marvin E. Aspen <br><br> Hon. Morton Denlow, <br> Magistrate Judge <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> September 9, 2008 |

**<u>MOTION FOR PROTECTIVE ORDER</u>**

In response to Defendant Ameriquest's 35 Notices of Depositions of the Plaintiffs in the referenced actions to be taken in Chicago (scheduled for September 11, 2008 through October 6, 2008), the Plaintiffs move for the entry of a protective order under Fed. R. Civ. P. 26(b) requiring that the depositions be taken in the District where the cases were originally filed and requiring Defendant to reschedule the depositions evenly over no less than a four month period. Plaintiffs further seek a protective order from Defendant's Notices of Depositions and associated Requests for Production of Documents on the grounds that: 1) they fail to give reasonable notice

as required by Fed. R. Civ. P. 30(b)(1); and 2) the document requests fail to allow Plaintiffs 30 days to respond as required by Fed. R. Civ. P. 30(b)(5) and Rule 34(b).  Plaintiffs seek a protective order on the grounds that requiring them to travel to Chicago from Connecticut and New York, especially on such short notice, is calculated to annoy and oppress the Plaintiffs and will also pose an undue burden and unreasonable expense upon them.  Plaintiffs seek an order requiring Defendant to depose Plaintiffs in the districts where they originally filed their actions (and in which they reside) over a reasonable period of time, no shorter than four months, and with sufficient advanced notice to respond to the document requests submitted with the notices of depositions.  Plaintiffs' memorandum of law in support of their motion is filed herewith.

Respectfully Submitted,

By: /s/Daniel S. Blinn
Daniel S. Blinn  ct02188
Matthew W. Graeber ct 424250
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut  06067
Tel (860) 571-0408
Fax (860) 571-7457
dblinn@consumerlawgroup.com
mgraeber@consumerlawgroup.com

### CERTIFICATION OF SERVICE

This is to certify that on this 9th day of September, 2008, a true and correct copy of the foregoing document was filed.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn