IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION,<br><br>    Plaintiffs,<br>_____<br>AMERIQUEST MORTGAGE CO.,<br>a Delaware corporation, and<br>ARGENT MORTGAGE COMPANY, LLC,<br>a Delaware limited liability company,<br><br>    Defendants/Third-Party<br>    Plaintiffs<br><br>    v.<br>NORTHWEST TITLE AND ESCROW<br>CORPORATION, a Minnesota corporation,<br>et atl.<br><br>    Third-Party Defendants | MDL 1715<br><br>Lead Case No.: 05-cv-7097<br><br><br>(Centralized before the Honorable<br>Marvin E. Aspen) |

## NOTICE OF MOTION

TO:    All Counsel of Record

**Please Take Notice** that on Thursday, September 18, 2008 at 10:30 a.m. the undersigned shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in courtroom 2568, or in the courtroom usually occupied by him located in the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, and then there present the attached **Motion to Withdraw**, a copy of which is attached hereto and served upon you.

                                              Respectfully submitted,
                                              KEVIN J. CLANCY

                                              */s/ Kevin J. Clancy*

Kevin J. Clancy (IL Bar No. 6217109)
Lowis & Gellen
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2250

## CERTIFICATE OF SERVICE

    The undersigned, an Attorney, hereby certifies that on September 11, 2008, he caused the foregoing document to filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing all counsel of record in this case. In addition, the undersigned certifies that he caused a copy of the foregoing document to be served upon the following entities by depositing the same in the U.S. Mail, first class mail proper postage prepaid and properly addressed, from 200 W. Adams, Chicago, Illinois 60606 at or before the hour of 5:00 p.m. on September 11, 2008.

Lenders First Choice
Attn: Legal Department
25B Technology Drive, Suite 100
Irvine, CA 92618

Financial Title Company
c/o Mercury Companies, Inc.
Attn: Legal Department
25B Technology Drive, Suite 100
Irvine, CA 92618

Lenders First Choice
Attn: Legal Department
3803 Parkwood, Suite 100
Frisco, TX 75034

                                                    Kevin J. Clancy