*In Re: Ameriquest*

05 C 7097
(MDL-1715)

## ORDER

Counsel for Defendants and Opt-Out Plaintiffs having so stipulated, and the Court having considered the Stipulation, **IT IS ORDERED that:**

1. All fact and expert discovery in all Opt-Out cases shall be completed by March 23, 2009.

2. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by January 21, 2009. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by February 23, 2009.

3. Counsel for all of the Opt-Out Plaintiffs have been advised of the Stipulation. This Order shall apply to all Opt-Out Plaintiffs who do not file a timely written objection within 10 days of the date on which the Stipulation is filed. The Court will consider any objection to the Stipulation, and any response to the objection, on a case-by-case basis.

**IT IS SO ORDERED.**

_____
The Honorable Marvin E. Aspen
The Honorable Morton Denlow

9/11/08

BN 2092451v2

7