**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715 |
| | ) | Lead Case No. 05-CV-07097 |
| _____ | ) ) | Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) ) | |
| Third-Party Defendants. | ) | |

<u>**NOTICE OF CHANGE OF ADDRESS**</u>

TO:     Counsel on Court's Electronic Mail System

Effective September 22, 2008, the law firm of MERLO KANOFSKY BRINKMEIER & GREGG LTD. has changed suite numbers to suite 1750. Please amend your service list to reflect the change of the law firm's suite number. The law firm's street address, telephone numbers, facsimile numbers, e-mail addresses and web site remains unchanged.

Respectfully submitted,

/s/ Steven M. Sandler
Attorneys for Third Party Defendant-
Mortgage Pros USA

Steven M. Sandler  ARDC: 2454602
MERLO KANOFSKY BRINKMEIER & GREGG, LTD.
208 S. LaSalle Street, Suite 1750
Chicago, Illinois 60604
Phone No: (312) 553-5500
Facsimile: (312) 553-1586

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2008, a copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filings system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF System.

/s/ Steven M. Sandler
Attorneys for Third Party Defendant- Mortgage Pros USA

Steven M. Sandler  ARDC: 2454602
MERLO KANOFSKY BRINKMEIER & GREGG, LTD.
208 S. LaSalle Street, Suite 1750
Chicago, Illinois 60604
Phone No: (312) 553-5500
Facsimile: (312) 553-1586