IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MCL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO: ROSEMON, et al. v. AMERIQUEST MORTGAGE COMPANY, et al., N.D. ILL, CASE NO. 06-CV-6441 | (Centralized before the Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| TRISTAR TITLE, LLC an Illinois limited liability company; ROY W. WALLER, an individual; and DOES 1-10 inclusive, | |
| Third-Party Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW

Michael J. Weber, of the law firm of Leo and Weber, P.C., pursuant to Local Rule 83.17 of the Local Rules of the United States District Court, Northern District of Illinois, respectfully moves for leave to withdraw as counsel of record for the third-party defendant, Roy W. Waller ("Waller"). Waller has consented to this withdrawal. (See Waller Consent, attached hereto as Exhibit "A"). Waller will be representing himself, pro se. No party will be prejudiced in granting this motion for leave to withdraw.

WHEREFORE, Michael J. Weber respectfully prays that this Court enter an order granting leave to withdraw.

Respectfully Submitted,

**Roy W. Waller**

By: /s/ Michael J. Weber

One of his Attorneys

Michael J. Weber (ARDC #6186285)
Leo & Weber, P.C.
One North LaSalle Street, Suite 3600
Chicago, Illinois 60602
Telephone: (312) 857-0910
mweber@leoweber.com