I, Roy W. Waller, state that I consent to the withdrawal of Michael J. Weber and Michele L. Killebrew of the law firm of Leo & Weber, P.C. as my attorneys in the matter entitled *In re Ameriquest Mortgage Co.*, Lead Case No. 05-CV-07097. I do not wish to retain new counsel at this time and I understand that until I retain new counsel I will be representing myself pro se.

Respectfully submitted,

Roy W. Waller, Third Party Defendant

