| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** ) ) ) ) ) ) **THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW** ) ) ) ) ) ) ) | **MDL No. 1715** **Lead Case No. 1:05-cv-07097** **Centralized before the Hon. Marvin E. Aspen** **September 18, 2008** |
| **ROGER & LYN BELVAL, et al.,** **PLAINTIFFS,** **v.** **AMERIQUEST MORTGAGE COMPANY, et al.** **DEFENDANTS.** ) ) ) ) ) ) ) ) ) ) ) | **Case No. 1:06-CV-02469** **Hon. Marvin E. Aspen** |

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)

    Kristin Olschefski, Co-Plaintiff of Count Eight of the above captioned matter and successor of Frank Olschefski, by her counsel, Daniel S. Blinn, suggests upon the record, pursuant to Rule 25(a)(1), the death of Frank Olschefski during the pendency of this action.

    PLAINTIFF, Kristin Olschefski, individually
and as successor to Frank Olschefski

By: /s/Daniel S. Blinn
Daniel S. Blinn  ct02188
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408
Fax (860) 571-7457
dblinn@consumerlawgroup.com

## **CERTIFICATION**

      I hereby certify that on **this 18th day of September, 2008**, a copy of the foregoing **Suggestion of Death** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        /s/Daniel S. Blinn
                        Daniel S. Blinn