IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before<br><br>The Honorable Marvin E. Aspen) |

## AMENDED STIPULATION FOR STAY OF ALL PROCEEDINGS AND AMENDED SCHEDULING ORDER

WHEREAS, pursuant to their early agreement, the parties continued this litigation and then participated in several in-person mediation sessions and numerous telephonic sessions beginning on January 16, 2008, with Judge Daniel Weinstein (Ret.);

WHEREAS, since their initial session, the parties have participated in many telephone conference calls with the mediator and participated in additional in-person mediation sessions on June 2 and August 6, 2008; and

WHEREAS, the parties are going to engage in another in-person mediation session before Judge Weinstein and believe that a continuance of the schedule will allow them sufficient time to explore further the possibility of settlement;

NOW THEREFORE, the parties propose continuing the stay until October 14, 2008, amending the discovery schedule in the case to extend all dates, and tolling the statute of limitations as to certain parties, as follows:

1. The Borrower and Non-Borrower Class Plaintiffs ("Plaintiffs") may file a motion to amend and/or for leave to substitute parties on or before October 15, 2008.

2. Defendants may oppose the motion for leave and/or for leave to substitute parties on or before October 23, 2008.

3. Plaintiffs shall reply in support of the motion for leave to amend and/or substitute parties on or before November 10, 2008.

**Motion to Dismiss.**

4. In the event the Court grants leave to amend and/or substitute a party in place of Ambassador Arnall ("Substituted Defendant"), the Substituted Defendant shall file a motion to dismiss ("Motion to Dismiss") or responsive pleading on or before November 19, 2008.

5. Plaintiffs shall oppose the Substituted Defendant's Motion to Dismiss by December 31, 2008.

6. The Substituted Defendant shall reply in support of its Motion to Dismiss by January 20, 2009.

**Fact and Expert Discovery.**

7. Consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), each party shall disclose any and all affirmative experts by November 10, 2008 and any and all rebuttal experts by January 5, 2009.

8. The parties shall complete all fact and expert discovery by February 27, 2009.

**Class Certification.**

9. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the

filing of Defendants' Opposition to file their reply.

10. The stay of all proceedings in this matter is continued to October 15, 2008.

**Tolling Agreement.**

11. Ameriquest Capital Corporation (n/k/a SBP Capital Corporation); Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall; and Dawn Arnall, Personally, as Trustee for the Living Trust and in all corporate capacities, further stipulate that, so as not to prejudice the rights of Plaintiffs by the grant of additional time, any applicable statutes of limitations or statutes of repose applicable to them in connection with this litigation that have not yet run as of July 11, 2008 shall be tolled beginning on July 11, 2008.

12. The undersigned counsel (originally appearing in this matter for Roland Arnall) has actual and express authority to enter into this Stipulation on behalf of Ameriquest Capital Corporation (n/k/a SBP Capital Corporation); Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall; and Dawn Arnall, Personally, as Trustee for the Living Trust and in all corporate capacities, and to represent them in this action.

IT IS SO STIPULATED:

Dated: September 18, 2008     By: /s/ *Marvin A. Miller, on behalf of*
                                  *Attorneys for Borrower Class Plaintiffs*

                                  Marvin A. Miller
                                  MILLER LAW LLC
                                  115 S. LaSalle Street
                                  Suite 2910
                                  Chicago, IL 60603

                                  Kelly M. Dermody
                                  LIEFF CABRASER HEIMANN &
                                  BERNSTEIN, LLP
                                  275 Battery Street, 30th Floor
                                  San Francisco, CA 94111-3339

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Dated: September 18, 2008    By: /s/ *Thomas J. Wiegand*
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: September 18, 2008    By: /s/*Bernard E. LeSage*
*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc., Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sara K. Andrus
BUCKHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: September 18, 2008        By: /s/ *Vincent P. Schmeltz III*
                                            *Attorneys specially appearing for*
                                            *Roland Arnall*

                                            Alan N. Salpeter
                                            Vincent P. Schmeltz III
                                            DEWEY & LeBOEUF LLP
                                            Two Prudential Plaza, Suite 3700
                                            180 N. Stetson Avenue
                                            Chicago, IL 60601