# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## [PROPOSED] ORDER

Counsel for Defendants and Borrower and Non-Borrower Class Plaintiffs having stipulated, and the Court having considered the parties' Stipulation for Stay of All Proceedings and Amended Scheduling Order dated September 19, 2008 ("Stipulation"), IT IS ORDERED that:

1. This Order relates only to the Borrower and Non-Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding;

2. The schedule set forth in the Stipulation, a copy of which is attached to this Order, is adopted as the schedule for proceedings in this action.

3. The tolling agreement provided in the Stipulation is approved.

_____
The Honorable Morton Denlow
The Honorable Marvin E. Aspen

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before<br><br>The Honorable Marvin E. Aspen) |

## AMENDED STIPULATION FOR STAY OF ALL PROCEEDINGS AND AMENDED SCHEDULING ORDER

WHEREAS, pursuant to their early agreement, the parties continued this litigation and then participated in several in-person mediation sessions and numerous telephonic sessions beginning on January 16, 2008, with Judge Daniel Weinstein (Ret.);

WHEREAS, since their initial session, the parties have participated in many telephone conference calls with the mediator and participated in additional in-person mediation sessions on June 2 and August 6, 2008; and

WHEREAS, the parties are going to engage in another in-person mediation session before Judge Weinstein and believe that a continuance of the schedule will allow them sufficient time to explore further the possibility of settlement;

NOW THEREFORE, the parties propose continuing the stay until October 14, 2008, amending the discovery schedule in the case to extend all dates, and tolling the statute of limitations as to certain parties, as follows:

1. The Borrower and Non-Borrower Class Plaintiffs ("Plaintiffs") may file a motion to amend and/or for leave to substitute parties on or before October 15, 2008.

2. Defendants may oppose the motion for leave and/or for leave to substitute parties on or before October 23, 2008.

3. Plaintiffs shall reply in support of the motion for leave to amend and/or substitute parties on or before November 10, 2008.

**Motion to Dismiss.**

4. In the event the Court grants leave to amend and/or substitute a party in place of Ambassador Arnall ("Substituted Defendant"), the Substituted Defendant shall file a motion to dismiss ("Motion to Dismiss") or responsive pleading on or before November 19, 2008.

5. Plaintiffs shall oppose the Substituted Defendant's Motion to Dismiss by December 31, 2008.

6. The Substituted Defendant shall reply in support of its Motion to Dismiss by January 20, 2009.

**Fact and Expert Discovery.**

7. Consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), each party shall disclose any and all affirmative experts by November 10, 2008 and any and all rebuttal experts by January 5, 2009.

8. The parties shall complete all fact and expert discovery by February 27, 2009.

**Class Certification.**

9. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the

filing of Defendants' Opposition to file their reply.

10. The stay of all proceedings in this matter is continued to October 15, 2008.

**Tolling Agreement.**

11. Ameriquest Capital Corporation (n/k/a SBP Capital Corporation); Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall; and Dawn Arnall, Personally, as Trustee for the Living Trust and in all corporate capacities, further stipulate that, so as not to prejudice the rights of Plaintiffs by the grant of additional time, any applicable statutes of limitations or statutes of repose applicable to them in connection with this litigation that have not yet run as of July 11, 2008 shall be tolled beginning on July 11, 2008.

12. The undersigned counsel (originally appearing in this matter for Roland Arnall) has actual and express authority to enter into this Stipulation on behalf of Ameriquest Capital Corporation (n/k/a SBP Capital Corporation); Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall; and Dawn Arnall, Personally, as Trustee for the Living Trust and in all corporate capacities, and to represent them in this action.

IT IS SO STIPULATED:

Dated: September 18, 2008   By: /s/ *Marvin A. Miller, on behalf of*
  *Attorneys for Borrower Class Plaintiffs*

  Marvin A. Miller
  MILLER LAW LLC
  115 S. LaSalle Street
  Suite 2910
  Chicago, IL 60603

  Kelly M. Dermody
  LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
  275 Battery Street, 30th Floor
  San Francisco, CA 94111-3339

                                  Gary Klein
                                  Elizabeth Ryan
                                  Shennan Kavanagh
                                  RODDY KLEIN & RYAN
                                  727 Atlantic Avenue
                                  Boston, MA 02111-2810

                                  Terry Smiljanich
                                  Jill Bowman
                                  JAMES HOYER NEWCOMBER &
                                  SMILJANICH, P.A.
                                  One Urban Center, Suite 550
                                  4830 West Kennedy Blvd., Suite 550
                                  Tampa, FL 33609

Dated: September 18, 2008      By: */s/ Thomas J. Wiegand*
                                  *Attorneys for Argent Mortgage*
                                  *Company, LLC*

                                  Thomas J. Wiegand
                                  WINSTON & STRAWN LLP
                                  35 W. Wacker Drive
                                  Chicago, IL 60601-9703

Dated: September 18, 2008      By: */s/Bernard E. LeSage*
                                  *Attorneys for Ameriquest Mortgage*
                                  *Company; AMC Mortgage Services, Inc.,*
                                  *Town & Country Credit Corporation;*
                                  *Ameriquest Capital Corporation; Town &*
                                  *Country Title Services, Inc.; and Ameriquest*
                                  *Mortgage Securities, Inc.*

                                  Bernard E. LeSage
                                  Sara K. Andrus
                                  BUCKHALTER NEMER,
                                  A Professional Corporation
                                  1000 Wilshire Boulevard, Suite 1500
                                  Los Angeles, CA 90017-2457

Dated: September 18, 2008    By: /s/ *Vincent P. Schmeltz III*
                                                  *Attorneys specially appearing for*
                                                  *Roland Arnall*

                                                  Alan N. Salpeter
                                                  Vincent P. Schmeltz III
                                                  DEWEY & LeBOEUF LLP
                                                  Two Prudential Plaza, Suite 3700
                                                  180 N. Stetson Avenue
                                                  Chicago, IL 60601