### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** | **MDL No. 1715** |
| | **Lead Case No. 1:05-cv-07097** |
| | **Centralized before the Hon. Marvin E. Aspen** |
| **THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS** | |
| | **September 19, 2008** |

### NOTICE OF MOTION

**TO: COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on **Thursday, September 25, 2008**, at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and there present their **MOTION TO CLARIFY NOVEMBER 7, 2006 MEMORANDUM OPINION AND ORDER**, a copy of which is currently being served upon you.

/s/Daniel S. Blinn
Daniel S. Blinn, ct02188
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408  Fax (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 19th day of September, 2008, a copy of foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/Daniel S. Blinn
Daniel S. Blinn