# I IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

## STATUS REPORT RE: MEDIATION WITH OPT-OUT PLAINTIFFS

The Ameriquest defendants respectfully submit the following status report regarding the mediation and ongoing settlement discussions with the Opt-Out Plaintiffs.

Representatives of the parties have, to date, participated in three mediation sessions before Hon. Donald J. O'Connell (Ret.), on March 6, 2008, May 7, 2008, and August 13, 2008. Also present were representatives from the Third-Party Defendants (whom Ameriquest has sued for indemnity), Ameriquest's insurance carriers, and the current servicers and trustees of the loans at issue. A further mediation session has been confirmed with Judge O'Connell for November 5th.

As previously reported to the Court, several months ago, Ameriquest made a global settlement offer to all of the Opt-Out Plaintiffs, offering both a cash payment and the possibility of a favorable modification of the terms of each borrower's loan. This offer has resulted in more than 50 completed settlements to date, and these cases have been dismissed with prejudice (or will be dismissed shortly). More than 100 Opt-Out Plaintiffs have submitted applications for loan modifications, which Ameriquest has forwarded along to the current servicers of the loans in question for consideration and approval. Ameriquest expects that this will result in several dozen additional settlements in the near future. In addition, earlier this month, Ameriquest made

BN 2267348v1

a global settlement proposal to the approximately 250 named Third-Party Defendants in this matter, whom Ameriquest has sued for indemnity in connection with the Opt-Out Plaintiffs' claims.

Going forward, Ameriquest intends to continue to pursue settlements with as many of the Opt-Out Plaintiffs as possible, in cooperation with the Third-Party Defendants. Unfortunately, a number of the Opt-Out Plaintiffs (represented by the Consumer Law Group and the law firm of Edelman, Combs, *et al.*) have made the decision to abandon settlement discussions, and ramp up their litigation activity by filing motions for partial summary judgment. (*See* Docket Nos. 2301-2306 and 2332-2336). In addition to being in violation of the Court's November 7, 2006 Case Management Order—as set forth in objections filed by Ameriquest (Docket No. 2339)—these motions significantly harm the prospects of settlement, and should not be allowed. Hopefully, these motions will not adversely impact the settlement efforts that Ameriquest is making with the cooperating parties.

Dated: September 19, 2008

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

BN 2267348v1

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 19th day of September 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 2267348v1