## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

## STATUS REPORT RE: MEDIATION WITH BORROWER AND NON-BORROWER CLASS PLAINTIFFS

The Ameriquest defendants respectfully submit the following status report regarding the mediation and ongoing settlement discussions with the Borrower and Non-Borrower Class Plaintiffs.

Over the past few months, Ameriquest, representatives from the Borrower and Non-Borrowers Class Plaintiffs, and other interested parties, have engaged in several mediation sessions with Hon. Daniel Weinstein (Ret.). These sessions have been productive and, accordingly, the parties have scheduled a further in-person mediation session to take place in October 2008. In connection therewith, the parties have filed with the Court a Stipulation requesting that the Court extend the stay in this matter until October 14, 2008, in order to allow the parties to direct their resources towards finalizing a settlement. In addition, in the event that the parties are unable to settle, the Stipulation requests an extension of certain deadlines, including the discovery cut-off, the deadline for expert disclosures, motions for leave to amend, and the Plaintiffs' anticipated motions for class certification. [*See* Amended Stipulation for Stay of All Proceedings and Amended Scheduling Order (Docket No. 2373) and Notice of Motion (Docket No. 2374)].

Dated: September 18, 2008

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

2

BN 2271953v1

3

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 18th day of September 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage