IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 1:05-cv-07097 <br><br> Centralized before the <br> Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO MULTIPLE ACTIONS | Hon. Morton Denlow, <br> Magistrate Judge |

## INDIVIDUAL CLAIMANTS STEERING COMMITTEE'S MEDIATION STATUS REPORT

The members of the Individual Claims Steering Committee (ICSC) submit this status report in order to inform the Court of the current status of the mediation of the opt-out plaintiffs' claims. In brief, there has been progress on only a very small percentage of cases and the parties are at an impasse with respect to the remainder. The minimal progress and the reasons for the impasse are explained below.

The last in-person mediation session at which all parties -- opt out plaintiffs, defendants, third party defendants, assignees, investors, servicers and insurers -- were present was held on May 7, 2008. Two categories of cases for possible settlement were identified: (1) approximately 380 cases involving already paid-off loans (due to refinancing or sale of the home); and (2) several hundred other cases that might be amenable to resolution through modification of loans that have not been paid off. As to the former, a handful of the plaintiffs accepted Ameriquest's minimal "take it or leave it" payment offers, which have now expired. The vast majority of these

paid off loan cases therefore remain pending. As to the second category of cases, those needing loan modifications, scores of opt-out plaintiffs have submitted applications for loan modifications to Ameriquest, but only approximately 50 are being resolved, in significant part because defendants and assignees have been unwilling to reduce the principal owed on the toxic loans Ameriquest originated.

Although it had been agreed at the May 7 mediation session that the next in-person session would be on August 13, 2008 in Chicago with Judge O'Connell, the parties later revised this plan. At a conference call with Judge O'Connell on August 9, 2008, the mediator and the parties agreed that the best use of the August 13 meeting date would be for the defendants, third party defendants, assignees, investors, servicers and insurers to meet together, without the plaintiffs, to try to agree among themselves on offers for the plaintiffs. Thus opt out plaintiffs were excused from the August 13, 2008 mediation session.

Unfortunately, the August 13 session failed to produce improvement in offers to the opt out plaintiffs. The Individual Claimants Steering Committee has now concluded that further mediation without a change in factors affecting the parties' settlement considerations would be fruitless. Specifically, there is no realistic hope that a substantial number of additional cases can be settled through the mediation process without rulings from this Court.

As a result, the Committee agreed that some opt out plaintiffs would file Motions in this court seeking Partial Summary Judgment, and this has occurred.(Docket Nos. 2301-2306 and 2333-2337). Other plaintiffs with the identical issues have been invited to join in these motions and are expected to do so shortly. Importantly, these Motions will establish not only whether Ameriquest is liable for certain claims shared by many others, but also whether the assignees of the loans are liable for the violations Ameriquest is alleged to have committed.

2

In addition, with the Committee's approval, some opt-out plaintiffs filed a response to Defendants' Motion to Compel them to "follow" this Court's Case Management Order (Docket No. 2367), arguing that the Summary Judgment motions are permitted by the CMO. Further, the Individual Claimants Steering Committee has today filed its own Motion to Clarify this court's November 7, 2006. (Docket No. 2377).

While not as critical as the pending dispositive motions and the Motion to Clarify, it should be noted that the parties are currently also at odds regarding Ameriquest's right to re-depose certain plaintiffs, as well as its right to depose in Chicago out-of-state plaintiffs whose cases were transferred to this District only as a result of the MDL process. Motions for protective orders on both issues are currently pending.

Once this Court has resolved the pending Summary Judgment Motions and also the Third Party Defendants' Motion to Dismiss,[1] opt out plaintiffs expect they would be willing to resume the mediation process with Judge O'Connell.[2] This willingness, however, is conditioned upon Defendants being prepared to negotiate in a give and take process with individual plaintiffs.

---

[1] Resolution of the Third Party Defendants' Motion to Dismiss is important because most third party defendants have been unwilling to consider making meaningful contributions toward settlements of the opt out cases until their motion is decided.

[2] To avoid any possible misunderstanding, opt out plaintiffs wish to make it perfectly clear that they have the highest respect and appreciation for Judge O'Connell and his efforts to mediate a successful resolution of these cases. However, while the Individual Claimants Steering Committee has been informed that a mediation session has been scheduled for November 5, 2008, they have not committed to attending it for the reasons explained herein.

Respectfully submitted,

Individual Claims Steering Committee

Dated: September 19, 2008                By:

/s/ Charles M. Delbaum
*Co-chair*
Charles M. Delbaum
National Consumer Law Center
77 Summer Street
10th Floor
Boston, MA 02110
(617) 542-8010
By: /s/ Daniel S. Blinn
*Co-chair*
Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd.
Suite 512
Rocky Hill, CT 06067
(860) 571-0408

By:/s/ Daniel Harris

*Attorneys for Certain Plaintiffs*

Daniel Harris, Esq.
Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

4

By: /s/Tara Goodwin

*Attorneys for Certain Plaintiffs*

Daniel A. Edelman, Esq.
Tara Goodwin, Esq.
EDELMAN, COMBS, LATTURNER, &
GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603-3403

By: /s/ Christopher M. Lefebvre
*Attorneys for Certain Plaintiffs*

Christopher M. Lefebvre, Esq.
Two Dexter Street
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

By: /s/ Earl P. Underwood, Jr.

*Attorneys for Certain Plaintiffs*
Earl P. Underwood, Jr.
21 South Section Street
PO Box 969
Fairhope, Alabama 36533

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2008 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Charles M. Delbaum