IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) Centralized before the Honorable ) Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) ) |
| Third-Party Defendants. | ) |

### THIRD-PARTY DEFENDANTS' STATUS REPORT REGARDING MEDIATION

Third-Party Defendants provide the following status report regarding mediation:

On August 13, 2008, several representatives of Third-Party Defendants and Liaison Counsel (specifically counsel with Arnstein & Lehr) attended a mediation session conducted by Judge O'Connell, and attended by representatives for Ameriquest. Plaintiffs did not attend this mediation session. While the mediation session was informative, Ameriquest had not yet made any settlement demand to any Third-Party Defendant. The parties proposed that Ameriquest would make any necessary settlement demands by August 27, 2008. Thereafter, mediation was scheduled to reconvene on November 5, 2008.

**THIRD-PARTY DEFENDANTS' STATUS REPORT REGARDING MEDIATION – Page 1**

On September 12, 2008, Liaison Counsel received a written settlement proposal directed to all Third-Party Defendants, which Liaison Counsel has circulated to all Third-Party Defendants. In addition, Liaison Counsel presided over a September 17, 2008, conference call attended by Third-Party Defendants. The Third-Party Defendants have discussed settlement, and will continue to discuss any appropriate counter-offer and their plans for attending the next mediation session. Third-Party Defendants have not yet had an opportunity to sufficiently analyze the settlement demand in order to make any appropriate counter-offer, either jointly or severally. A meaningful representative group of Third-Party Defendants will attend the November 5 mediation session.

Respectfully submitted,

By: /s/ Keith R. Verges
 Keith R. Verges

Keith R. Verges
Mark T. Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

## CERTIFICATE OF SERVICE

I, Keith R. Verges, hereby certify that on this 19th day of September 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Keith R. Verges
Keith R. Verges