# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) |
| | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) ) |
| Third-Party Defendants. | ) |

## THIRD PARTY DEFENDANT GUARANTEE TITLE AND TRUST COMPANY IN REHABILITATION'S MOTION TO STAY

Now comes the Third Party Defendant Guarantee Title and Trust Company in Rehabilitation, by and through its attorney David C. McCormack and moves this Honorable Court, in comity with a Rehabilitation Order entered on July 28, 2008 by the Court of Common Pleas of Franklin County, Ohio under Ohio Revised Code 3903.13(A), for a stay of all proceedings in this cause pertaining to Third Party Defendant Guarantee Title and Trust Company in Rehabilitation. The grounds for this Motion are:

    1. The Guarantee Title and Trust Company (GTT) is an Ohio-domiciled insurance company. GTT is a party in the above-captioned case.

2. On July 28, 2008, the Court of Common Pleas of Franklin County, Ohio, entered a Rehabilitation Order against GTT declaring the transaction of further business by GTT financially hazardous to the public. The Rehabilitation Order appoints Mary Jo Hudson, Superintendent of the State of Ohio Department of Insurance, as Rehabilitator of GTT. A copy of the Rehabilitation Order is attached and incorporated by reference into this Motion as Exhibit A.

3. Rehabilitation is intended, in part, to provide the Rehabilitator the opportunity to review the troubled insurer's financial condition to determine whether the insurer can be rehabilitated back into a going concern. The Rehabilitation Order and Ohio Revised Code Section 3903.13 therefore declare that any action or proceeding pending in any Court in which GTT is a party or is obligated to defend a party should be stayed for a period of at least 90 days in order to protect the limited resources of the GTT Rehabilitation estate for its policyholders and creditors.

WHEREFORE, the Guarantee Title and Trust Company in Rehabilitation prays this Honorable Court enter an Order staying all proceedings pertaining to it in this cause for a period of at least ninety (90) days.

Dated this 14th day of July , 2007.

                s/ David C. McCormack
                David C. McCormack
                State Bar No. 1023467
                Attorney for Guarantee Title and Trust Company

McCormack Law, S.C.
18875 Saratoga Ct.
Brookfield, WI 53145
(262) 790-1160
(262) 790-1208 (fax)
MacLaw@execpc.com

## CERTIFICATE OF SERVICE

I, David C. McCormack, hereby certify that on September 22, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                            s/ David C. McCormack  
                                                            David C. McCormack  
                                                            State Bar No. 1023467  
                                                            Attorney for Guarantee Title and Trust Company

McCormack Law, S.C.  
18875 Saratoga Ct.  
Brookfield, WI 53145  
(262) 790-1160  
(262) 790-1208 (fax)  
MacLaw@execpc.com