IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) |
| | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) ) |
| Third-Party Defendants. | ) |

## ORDER STAYNG PROCEEDINGS PERTAINING TO THIRD PARTY DEFENDANT GUARANTEE TITLE AND TRUST COMPANY IN REHABILITATION'S

This matter having come before the Court on the Third Party Defendant Guarantee Title and Trust Company in Rehabilitation's Motion for a Stay of Proceedings. The Court GRANTS the Motion for the reasons set forth therein and further finds as follows:

1. The Guarantee Title and Trust Company (GTT) is a third party defendant in this case. On July 28, 2008, the Court of Common Pleas of Franklin County, Ohio entered a Rehabilitation Order against GTT appointing Mary Jo Hudson, Superintendent of Insurance for the State of Ohio, as Rehabilitator of GTT pursuant to Ohio Revised Code §3903.13(A).

2. The Rehabilitation Order requires that all proceedings in which GTT is a party and all proceedings involving any party whom GTT is obligated to defend be stayed for no less than ninety (90) days.

3. The Rehabilitation Order and Ohio Statutes respecting that Order are entitled to full faith and credit by this Court pursuant to Article IV of the United States Constitution.

THEREFORE, it is ORDERED, ADJUDGED AND DECREED that those aspects pertaining directly third party defendant Guarantee Title and Trust Company within this matter are hereby stayed for ninety (90) days from the date hereof, subject to extensions consistent with the Ohio

Rehabilitation Order or dissolutions of that Order, attached hereto.

**SO ORDERED:**

_____

Honorable Marvin E. Aspen

Date: _____