IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MCL No. 1715 |
| _____ | Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO: ROSEMON, et al. v. AMERIQUEST MORTGAGE COMPANY, et al., N.D. ILL, CASE NO. 06-CV-6441 | (Centralized before the Honorable Marvin E. Aspen) |
| _____ | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| TRISTAR TITLE, LLC an Illinois limited liability company; ROY W. WALLER, an individual; and DOES 1-10 inclusive, | |
| Third-Party Defendants . | |

## NOTICE OF MOTION

To: All Counsel of Record

On the **2nd** day of **October**, **2008**, at **10:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marvin E. Aspen or any Judge sitting in his stead, in Courtroom 2568, located at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois 60604, and present the PREVIOUSLY FILED **MOTION FOR LEAVE TO WITHDRAW,** a copy of which is attached hereto and served upon you.

**Dated** this 22nd day of September, 2008.

        **Roy W. Waller**

        /s/ Michele Killebrew
        One of his Attorneys

Michael J. Weber, ARDC # 06186285
Michele Killebrew, ARDC # 6289931
Leo & Weber, P.C.
One N. LaSalle St., Suite 3600
Chicago, Illinois 60602
(312) 857-0910