# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.

                                Plaintiff,

v.                                                    Case No.: 1:05−cv−07097
                                                         Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 23, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 9/23/08: All briefing is stayed regarding plaintiffs motion for summary judgment, (lead by the Furgeson plaintiffs) (Doc. No. 2301−2306) and Plaintiffs motion for partial summary judgment (2332−2336), pending the Courts ruling on Defendants objections (2337 and 2339) to these motions, and the Opt−Out Plaintiffs motion to clarify November 7, 2008 Memorandum Opinion and Order (Doc. 2377).Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.