# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.

                     Plaintiff,

v.                                         Case No.: 1:05−cv−07097
                                         Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 23, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 9/23/08:The Court will shortly address some of the parties' concerns, as set forth in their reports on mediation, that allegedly may be impeding the mediation process. The parties should continue expeditiously with mediation in good faith. In addition, the parties participating in the class claims mediation, as well as the parties participating in the opt−out claims mediation, are to file another written status report updating the Court on the progress of the mediation by 12/15/08. The parties should feel free, of course, to file interim reports as necessary to update the Court. As before, these reports may be filed jointly or separately. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.