UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 25, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 9/25/08: Third−party defendants unopposed motion to extend deadlines to file additional motions to dismiss (2200) is granted. Motion terminated. Third−party defendants are to file any additional motions to dismiss sixty (6) days after the Court enters any order on third−party defendants' consolidated motion to dismiss. Any responses to be filed forty (4) days after any additional motion(s) are filed. Any reply(ies) to be filed twenty−one (21) days after the response(s). Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.