AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE PRACTICES LITIGATION

CASE NUMBER: MDL 1715; 05-CV-7097

V.

ASSIGNED JUDGE: Judge Aspen

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Denlow

TO: (Name and address of Defendant)

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony P. Valach, Jr.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 2 6 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/1/2008 |
| NAME OF SERVER *(PRINT)* Christopher Jones | TITLE Corrine Wattenburg - Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
   45 Fremont, 26th Fl, San Francisco, CA 94105

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   1st Address: 420 Montgomery St, San Francisco, CA - Bad Address - This is a Branch Location

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8-20-08
            *Date*                *Signature of Server*

29 Cerrito, Irvine, CA 92612
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | | | | |
|---|---|---|---|---|
| Attorney or Party without Attorney:<br>Law Offices Of: DANIEL HARRIS<br>150 N. Wacher Drive<br>Suite 3000<br>Chicago, IL 60606 | | | | For Court Use Only |
| Telephone No: 312-960-1802 FAX: No: 312-960-1936 | | Ref. No or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT

Plaintiff: IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE PRACTICES LITIGATION
Defendant: AMERIQUEST MORTGAGE COMPANY

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>MDL 1715; 05-CV-7097 |
|---|---|---|---|---|

1. I, Christopher Jones, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant WELLS FARGO BANK, N.A. as follows:

2. Documents: SUMMONS IN A CIVIL CASE; COMPLAINT.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 07/21/08 | 11:21am | Business | This is a Branch location. Per manager all legal documents must go to 45 Fremont, 26th Fl, SF, CA Attempt made by: Christopher Jones. Attempt at: 420 MONTGOMERY STREET San Francisco CA 94104. |
| Fri | 08/01/08 | 1:05pm | Business | Personal Service on: WELLS FARGO BANK, N.A. Business - 45 Fremont 26th Fl San Francisco, CA. 94105 by Serving: Corinne Wattenburg - Legal Secretary - Authorized to Accept. Served by: Christopher Jones |

3. Person Executing
   a. Christopher Jones
   b. **Premier Legal Solutions**
      29 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee* for service was: $110.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 801
      (iii) County: San Francisco

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☦ Date: Fri, Aug. 01, 2008          **AFFIDAVIT OF REASONABLE DILIGENCE**          (Christopher Jones)          harris.7979