Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 9/29/2008 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Company, et al | | |

**DOCKET ENTRY TEXT**

We order all affected parties to file a brief within 15 days (on or by Wednesday, October 15, 2008), presenting their views on the ramifications of the *Andrews* decision for the Ameriquest MDL and what appropriate action may be necessary. Parties may file response briefs within 5 days thereafter (on or by Tuesday, October 21, 2008).

■[ For further details see text below.]

Notices mailed by Judicial staff.

**STATEMENT**

As many of the parties may be aware – particularly parties to the Consolidated Borrower Class Action Complaint – last week the Seventh Circuit issued its opinion in *Andrews v. Chevy Chase Bank*, No. 07-1326 (7th Cir. Sept. 24, 2008). In that opinion, which is attached for ease of reference, the Seventh Circuit held that a class action may not be certified for TILA rescission claims, as a matter of law. *Id*., slip op. at 1-2, 12-15. Defendants to the Borrower Complaint previously raised this issue, and it needs to be addressed again in light of the *Andrews* decision. Accordingly, we order all affected parties to file a brief within 15 days (on or by Wednesday, October 15, 2008), presenting their views on the ramifications of the *Andrews* decision for the Ameriquest MDL and what appropriate action may be necessary. Parties may file response briefs within 5 days thereafter (on or by Tuesday, October 21, 2008).