AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

KESSLER, et al.

V.

AMERIQUEST MORTGAGE COMPANY, et al.

CASE NUMBER: 05-cv-7097

ASSIGNED JUDGE: Judge Aspen

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Denlow

TO: (Name and address of Defendant)

AMERIQUEST MORTGAGE SECURITIES INC. ASSET BACKED PASS THROUGH CERTIFICATE SERIES 2005-R6
(c/o Deutsche Bank National Trust Company, as trustee)
1761 E. St. Andrew Place
Santa Ana, CA 92705

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

(By) DEPUTY CLERK

August 14, 2008
Date

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/27/2008 |
|---|---|
| NAME OF SERVER *(PRINT)* Surya Von Rosen | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   1760 E. St Andrews Pl, Santa Ana, CA 92705 to Suzanne Patten - Authorized Person

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/27/2008
             Date               *Signature of Server*

                29 Cerrito, Irvine, CA 92612
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.