IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, ) ) ) ) ) ) ) | |
| Third-Party Plaintiffs, ) ) | |
| v. ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., ) ) ) ) ) | |
| Third-Party Defendants. ) | |

### SUPPORTING DOCUMENTATION DETAILING LIAISON COUNSEL FEES AND EXPENSES PRIOR TO JUNE 4, 2008

In accordance with the Court's order (**Doc. No. 2347**) Liaison Counsel submits documentation attached hereto as Exhibit "1" detailing their attorneys' fees and expenses from October 25, 2007, through June 4, 2008, for performing tasks for which they seek reimbursement, including drafting Certain Third-Party Defendants' Motion to Dismiss the Consolidated Third-Party Complaint and Reply in Support thereof. Due to the addition and withdrawal of numerous Third-Party Defendants in this matter since the Motion for Entry of Order Appointing Liaison Counsel and Participation in Fees and Costs (the "Motion") was filed on May 5, 2008, the formula used for splitting the reimbursable amount among the Third-Party Defendants has changed as follows:

Arithmetically, the formula for reimbursement was initially based on 118 total Third-Party Defendants and 470 total transactions. $55,000 of the total would be split per party, resulting in $466.10 per party. The other $55,000 would be split per transaction, so each party would pay, in addition to the $466.10, an additional $117.02 for each transaction affecting that Third-Party Defendant. This formula produces the following results for a given Third-Party Defendant:

| One Transaction | $583.12 |
|---|---|
| Two Transactions | $700.14 |
| Three Transactions | $817.16 |
| Four Transactions | $934.18 |
| Five Transactions | $1,051.20 |
| Six Transactions | $1,168.22 |
| Seven Transactions | $1,285.24 |
| Eight Transactions | $1,402.26 |

Based upon the most recent number of total Third-Party Defendants, 111, and corresponding transactions, 471, $55,000 of the total would be split per party resulting in $495.50 per party. The other $55,000 would be split per transaction so each party would pay, in addition to the $495.50, an additional $116.77 for each transaction affecting that Third-Party Defendant:

| One Transaction | $612.27 |
|---|---|
| Two Transactions | $729.04 |
| Three Transactions | $845.81 |
| Four Transactions | $962.58 |
| Five Transactions | $1,079.35 |
| Six Transactions | $1,196.12 |
| Seven Transactions | $1,312.89 |
| Eight Transactions | $1,429.66 |

The total of Liaison Counsel's fees and expenses is $159,154.25, but, as previously indicated in the Motion, Liaison Counsel agreed to limit reimbursement to the amount of $110,000.[1] Liaison Counsel respectfully requests that the Court approve this fee and formula as

---

[1] *See* the Declaration of Keith Verges attached hereto as Exhibit "A."

an order of the Court so Liaison Counsel may request payment from each Third-Party Defendant without further motion or process, and that Liaison Counsel be permitted to seek Court enforcement, upon notice and motion only, against any Third-Party Defendant that refuses to pay the Court-ordered fees upon request.

Respectfully submitted,

By: /s/ Keith R. Verges
Keith R. Verges

Keith Verges
Mark Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

*Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

## CERTIFICATE OF SERVICE

I, Keith R. Verges, hereby certify that on this 29th day of September 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Keith R. Verges
Keith R. Verges