## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| ——————————————————— | ) ) | Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) |  |
| Third-Party Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) ) |  |
| Third-Party Defendants. | ) ) |  |

### DECLARATION OF KEITH VERGES

1.  My name is Keith Verges.  I am over the age of eighteen years and am competent to make this declaration.  I am legal counsel for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Company, LandAmerica Financial Group, Inc., Transnation Title Insurance Company, and Commonwealth Land Title Company.  I have personal knowledge of the statements set forth herein, and such information is true and correct.

2.  I, or persons supervised by me, have reviewed the detailed daily narratives of all tasks performed by Liaison Counsel and delegees in this matter.  Persons supervised by me prepared the attached Exhibit 1, which is a compilation of all time entries for legal tasks performed on behalf of all Third-Party Defendants   Exhibit 1 is referred to as the Supporting Documentation Detailing Liaison Counsel Fees and Expenses Prior to June 4, 2008 (the

<u>DECLARATION OF KEITH VERGES</u> – Page 1



"Supporting Documentation"), which contains a complete and accurate account of the tasks performed by Liaison Counsel and others at his request at the law firms of Figari & Davenport, LLP and Arnstein & Leher, L.L.P. The Supporting Documentation identifies who did the work, the nature of the work, along with the amount of time it took to perform each task, and the amount of attorneys' fees billed for performing each task. The hourly rate of each person performing the work is included herein. I personally reviewed and revised the Supporting Documentation with reference to the underlying statements and included only tasks that I believe were done on behalf of all Third-Party Defendants, as opposed to tasks that were done for my clients or for tasks that Third-Party Defendants did not authorize.

3.     The Supporting Documentation details each task performed in chronological order. The initials of the individual attorney that performed each task as described therein are included in both the "description" column and the "hours" column of the Supporting Documentation and reference the following attorneys:

      a)  KRV – Keith Verges: $280.00/hr

      b)  RH – Russell W. Hubbard: $170.00/hr

      c)  AL - JLR - John L. Ropiquet (Arstein & Lehr): $480.00/hr

      d)  AL - JDP - Jeffrey D. Pilgrim (Arstein & Lehr): $365.00/hr

      e)  AL - ASC – Anna S. Christakis (Arstein & Lehr): $365.00/hr

      f)  AL - JBK – Jonathan B. Kinsley (Arstein & Lehr): $245.00/hr

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 29th day of September, 2008.

COMMONWEALTH LAND TITLE INSURANCE
COMPANY, LAWYERS TITLE INSURANCE
CORPORATION, TRANSNATION TITLE
INSURANCE COMPANY, LANDAMERICA
FINANCIAL GROUP, INC., AND
COMMONWEALTH LAND TITLE COMPANY

By: _____

Its:    Legal Counsel

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 10/25/07 | KRV: Review Motion to Compel Formation of Committee Regarding Third-Party Defendants related to Docket 284, 1046-47; memorandum to B. Newman; | KRV .50 | $140.00 |
| 10/30/07 | KRV: Draft proposal to all counsel for Third-Party Defendants to consider steering committee; | KRV 1.5 | $420.00 |
| 10/31/07 | KRV: Various memoranda with B. Newman; review pleadings in MDL and prepare index of significant pleadings; letter to all potential Third-Party Defendants' counsel; telephone conference with counsel for First American; telephone conference with various counsel for Third-Party Defendants; review various messages; prepare status report; | KRV 4.0 | $1120.00 |
| 11/01/07 | KRV: Review memorandum from J. Heintz; memorandum to J. Heintz; review several messages from counsel for Third-Party Defendants; | KRV .50 | $140.00 |
| 11/02/07 | KRV: Draft and revise letter confirming conference call; | KRV .50 | $140.00 |
| 11/02/07 | RH: Research multi-district litigation rules and procedures, especially severance and dismissal; | RH 2.1 | $357.00 |
| 11/05/07 | KRV: Prepare agenda for conference call; letter to all Third-Party Defendants' counsel; telephone conference with Carol of The Mortgage Store; memorandum to J. Heintz; research procedural defenses and substitute issues affecting Third-Party Complaint and potential severance; | KRV 4.3 | $1204.00 |
| 11/05/07 | RH: Research regarding Motion to Dismiss multi-district litigation case; | RH 2.0 | $340.00 |
| 11/06/07 | KRV: Review various messages from counsel for Third-Party Defendants; prepare for conference call; conduct conference call with numerous counsel and representatives for Third-Party Defendants; review Motion to Stay pending class certification decision; review multitude of emails regarding committees and defenses of Third Party Defendants; telephone conference with D. Chizewer regarding Motion to Stay pending class certification; | KRV 5.0 | $1400.00 |
| 11/06/07 | RH: Conference call with Third-Party Defendants regarding forming of committees; | RH 1.0 | $170.00 |
| 11/07/07 | KRV: Review messages regarding formation of committees from various counsel for Third-Party Defendants; memorandum to various counsel for Third-Party Defendants; | KRV 2.0 | $560.00 |
| 11/09/07 | KRV: Telephone conference with J. Platt; review and compare emails from various Third-Party Defendants; assess interest in committee formation and possible joinder in Motion to Stay or Dismiss; various memoranda to other Third-Party defense counsel; | KRV 2.9 | $812.00 |



EXHIBIT
1

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|---|---|---|---|
| 11/12/07 | KRV: Research options in response to Complaint, including dismissal and severance; various memoranda to other Third-Party Defendants' counsel; | KRV .90 | $252.00 |
| 11/13/07 | KRV: Telephone conference with C. Savack; research potential severance or dismissal; draft letter to all Third-Party Defendants' counsel; | KRV 1.5 | $420.00 |
| 11/14/07 | KRV: Letter to other Third-Party Defendants' counsel; | KRV .50 | $140.00 |
| 11/14/07 | KRV: Telephone conference with C. Swing (First American); | KRV .30 | $84.00 |
| 11/14/07 | KRV: Telephone conference with C. Motley (Vital Signings); | KRV .20 | $56.00 |
| 11/15/07 | KRV: Telephone conference with D. Chizewer; review additional messages from other Third-Party Defendants' counsel; review messages from D. Chizewer; research substantive and procedural issues in response to Complaint; | KRV 3.1 | $868.00 |
| 11/19/07 | KRV: Prepare for conference call; conference call with Third-Party Defendants' counsel; | KRV 1.0 | $280.00 |
| 11/19/07 | KRV: Research defensive issues; | KRV .50 | $140.00 |
| 11/19/07 | KRV: Telephone conference with A. Greene (Old Republic); | KRV .20 | $56.00 |
| 11/19/07 | KRV: Telephone conference with other Third-Party Defendants' counsel; work on coalition to join in Motion to Dismiss; | KRV 1.0 | $280.00 |
| 11/19/07 | RH: Two conference calls regarding committee formation; | RH 1.0 | $170.00 |
| 11/20/07 | KRV: Telephone conference with C. Swing; review memorandum from C. Swing; draft proposed form of Answer; research issues relating to dismissal; | KRV 2.4 | $672.00 |
| 11/21/07 | KRV: Review various Complaints for Opt-In Plaintiffs from B. McNamara; review Order of Dismissal from other Third-Party Defendants; review various messages from B. McNamara; | KRV 1.7 | $476.00 |
| 11/26/07 | KRV: Telephone conference with A. Jensen; telephone conference and memorandum to R. Hoffman with Zurich; draft Motion to Sever and Strike; work on Answer in alternative; memorandum to B. Newman; memoranda to J. Ropiequet; | KRV .90 | $252.00 |
| 11/27/07 | KRV: Memorandum to C. Swing; | KRV .20 | $56.00 |
| 11/27/07 | KRV: Telephone conference with A. Jensen; | KRV .20 | $56.00 |
| 11/27/07 | KRV: Draft Motion to Dismiss and Strike; | KRV 1.5 | $420.00 |

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 11/28/07 | KRV: Various memoranda with B. McNamara; telephone conference with A. Jensen; letter to all Third-Party Defendants' counsel; work on setting up conference call; draft and revise Motion to Dismiss; telephone conference with E. Early and W. Housely; review various Orders on scheduling dismissal; | KRV 2.4 | $672.00 |
| 11/29/07 | KRV: Review memorandum from B. Newman; draft Motion to Dismiss; telephone conferences with various Third-Party Defendants' counsel; | KRV 1.4 | $393.00 |
| 11/30/07 | KRV: Prepare for conference call organized by counsel for Third-Party Defendants, B. Newman; conference call with all Defendants' and Third-Party Defendants' counsel; conference call with only Third-Party Defendants' counsel; various emails to counsel for Third-Party Defendants; | KRV 2.4 | $672.00 |
| 11/30/07 | RH: Conference call with Defendants and Third-Party Defendants; | RH 1.0 | $170.00 |
| 12/03/07 | RH: Research Motion To Dismiss issues; review draft copies of motions to dismiss submitted by Third-Party Defendants; | RH 3.5 | $585.00 |
| 12/04/07 | KRV: Telephone conference with A. Greene; review various Motions to Dismiss and Answers; draft Motion to Dismiss; work on issues relating to attorney roster and appearances; various memoranda with J. Ropiequet; | KRV 4.1 | $1148.00 |
| 12/06/07 | KRV: Review additional Appearances and Motions to Dismiss; memorandum to D. Eckler; review message from A. Fowerbaugh regarding Motion to Require Consolidated Response and objections thereto; | KRV 1.2 | $336.00 |
| 12/06/07 | RH: Research issue regarding motion to dismiss; review individual lawsuits underlying Third-Party claims; | RH 2.1 | $357.00 |
| 12/07/07 | KRV: Draft Motion to Dismiss; | KRV .70 | $196.00 |
| 12/07/07 | KRV: Draft Response to Motion to Require Consolidated Answer and various other case management issues; | KRV 1.9 | $532.00 |
| 12/10/07 | KRV: Review Objections filed by Fidelity to Case Management Proposal; draft Objections to Case Management Motions; review various Answers and Motions to Dismiss; review various messages from Co-Defendants' counsel; review minute entry regarding Motion to Dismiss by NREIS, Consolidated Motion to Dismiss; draft and revise Response to Case Management Motions; | KRV 4.5 | $1260.00 |

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|---|---|---|---|
| 12/11/07 | KRV: Review various messages regarding Case Management Motions and forced consolidation of responses; letter to all Third-Party Defendants' counsel; draft Motion to Reconsider orders requiring consolidated answer and imposing effective moratorium on Motions to Dismiss; review additional filings and docket entries; | KRV 4.0 | $1120.00 |
| 12/11/07 | RH: Research issues regarding committee formation and case consolidation; | RH 1.5 | $255.00 |
| 12/12/07 | KRV: Draft and revise Response to Case Management Motions and Motion to Reconsider entry regarding consolidated Answer; | KRV 2.6 | $728.00 |
| 12/12/07 | KRV: Telephone conference with A. Greene regarding Old Republic; | KRV .50 | $140.00 |
| 12/12/07 | KRV: Telephone conference with A. Fowerbaugh; | KRV .20 | $56.00 |
| 12/12/07 | KRV: Telephone conference with M. Andolina regarding Stewart; | KRV .10 | $28.00 |
| 12/12/07 | KRV: Revise Response to Case Management Motions and Motion to Reconsider; research due process and other issues; | KRV 4.5 | $1,260.00 |
| 12/12/07 | KRV: Memorandum to A. Fowerbaugh; | KRV .20 | $56.00 |
| 12/12/07 | RH: Research issue regarding due process in context of committee formation, case management orders, and case consolidation; | RH 4.6 | $782.00 |
| 12/13/07 | KRV: Revise Response to Case Management Motions and to Motion to Reconsider; research due process and other issues; | KRV 7.8 | $2184.00 |
| 12/13/07 | RH: Revise draft Response to Case Management Orders; | RH .30 | $51.00 |
| 12/13/07 | AL: Conducted research for drafting Motion to Dismiss; drafted Memorandum of Law in Support of Motion to Dismiss; office conferences with J.L. Ropiequet and A.S. Christakis regarding status and responsive pleading; | AL-JDP 5.2 | $1898.00 |
| 12/13/07 | AL: Ameriquest: Review additional Motions to Dismiss; office conference with J. Pilgrim regarding same; | AL-JLR 1.0 | $480.00 |
| 12/14/07 | KRV: Draft Memorandum in Support of Motion to Dismiss; conference call with counsel for Third-Party Defendant; | KRV 2.0 | $560.00 |
| 12/14/07 | KRV: Prepare for conference call with all Third-Party Defendants' counsel; | KRV .60 | $168.00 |
| 12/14/07 | KRV: Revise Motion to Reconsider and Response to Case Management Issues; | KRV 2.0 | $560.00 |
| 12/14/07 | KRV: Memorandum to all Third-Party Defendants' counsel; | KRV .70 | $196.00 |

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|---|---|---|---|
| 12/14/07 | KRV: Conference call with all Third-Party Defendants' counsel; | KRV 1.1 | $308.00 |
| 12/14/07 | RH: Prepare for conference call with Third-Party Defendants; attend conference call with Third-Party Defendants; | RH 1.5 | $255.00 |
| 12/14/07 | AL: LandAmerica: Internal meeting with JDP and JLR to develop strategy regarding Motion to Dismiss; | AL-ASC .25 | $91.25 |
| 12/14/07 | AL: Ameriquest: Office conference with A. Christakis, J. Pilgrim regarding issues for Motion to Dismiss; | AL-ASC .50 | $182.50 |
| 12/14/07 | AL: Ameriquest: Office conference with A. Christakis, J. Pilgrim regarding issues for Motion to Dismiss; | AL-JLR .50 | $240.00 |
| 12/14/07 | AL: Drafted Memorandum in Support of Motion to Dismiss; conference call with counsel for Third-Party Defendants; | AL-JDP 2.0 | $730.00 |
| 12/17/07 | KRV: Research recent First Circuit authority on TILA; | KRV .30 | $84.00 |
| 12/17/07 | KRV: Revise Response to Case Management Motion; | KRV .60 | $168.00 |
| 12/17/07 | KRV: Review many emails from Third-Party Defendants' counsel regarding committees, Motion to Dismiss, drafting, and reconsideration of case management issues; | KRV 2.0 | $560.00 |
| 12/17/07 | KRV: Telephone conference with C. Ofstein; | KRV .30 | $84.00 |
| 12/17/07 | AL: Conducted research regarding duties under TILA; drafted Memorandum in Support of Motion to Dismiss; | AL-JDP 3.50 | $1277.50 |
| 12/17/07 | AL: LandAmerica: Additional research regarding economic loss doctrine in support of Motion to Dismiss; | AL-ASC .25 | $91.25 |
| 12/18/07 | KRV: Telephone conference with A. Greene; | KRV .40 | $112.00 |
| 12/18/07 | KRV: Revise Motion for Reconsideration and to address case management issues; | KRV 1.8 | $504.00 |
| 12/18/07 | KRV: Telephone conference with T. Elliott regarding Mortgage Information Services; memorandum to T. Elliott; | KRV .70 | $196.00 |
| 12/18/07 | KRV: Telephone conference with S. Gummow; | KRV .50 | $140.00 |
| 12/18/07 | KRV: Telephone conference with B. Levinson; | KRV .30 | $84.00 |
| 12/18/07 | AL: Drafted Memorandum in Support of Motion to Dismiss Third-Party Complaint; | AL-JDP 6.00 | $2190.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 12/19/07 | KRV: Revise Motion to Reconsider and Response to Case Management Motions based on many substantive suggestions and revisions; | KRV 2.0 | $560.00 |
| 12/19/07 | KRV: Numerous memoranda to and from Third-Party Defendants' counsel to revise motion; | KRV 1.5 | $420.00 |
| 12/19/07 | KRV: Review Stipulation regarding stay pending mediation of class claims; | KRV .20 | $56.00 |
| 12/19/07 | KRV: Review various proposed revisions to motion regarding case management; | KRV 1.5 | $420.00 |
| 12/19/07 | AL: Drafted and revised Memorandum in Support of Motion to Dismiss Third-Party Complaint; office conference with J.L. Ropiequet regarding draft Memorandum; | AL-JDP 4.00 | $1460.00 |
| 12/19/07 | AL: Ameriquest: Review and revise brief for Motion to Dismiss; | AL-JLR 1.25 | $600.00 |
| 12/20/07 | AL: LandAmerica: Reviewed draft Motion to Dismiss prepared by JDP and discussed with JDP; reviewed emails to/from co-counsel regarding comments to Motion to Dismiss; | AL-ASC 1.00 | $365.00 |
| 12/20/07 | AL: Reviewed correspondence to K. Verges regarding draft Memorandum in Support of Motion to Dismiss; office conference with J.L. Ropiequet regarding draft Memorandum; | AL-JDP .75 | $273.75 |
| 12/20/07 | AL: Ameriquest: Message to K. Verges regarding comments on brief for Motion to Dismiss; | AL-JLR .50 | $240.00 |
| 12/20/07 | KRV: Review and revise Motion to Dismiss; | KRV 1.0 | $280.00 |
| 12/20/07 | KRV: Telephone conference with K. Clancy; | KRV .40 | $112.00 |
| 12/20/07 | KRV: Revise Motion to Reconsider docket entries and respond to case management issues; | KRV 2.0 | $560.00 |
| 12/20/07 | KRV: Prepare for conference call with Third-Party Defendants' counsel; | KRV .50 | $140.00 |
| 12/20/07 | KRV: Conduct conference call with Third-Party Defendants' counsel; | KRV .50 | $140.00 |
| 12/20/07 | KRV: Prepare and revise committee lists and duties to achieve consensus on committees; | KRV .80 | $224.00 |
| 12/20/07 | KRV: Letter to all Third-Party Defendants' counsel; | KRV .70 | $196.00 |
| 12/20/07 | RH: Conference call with Third-Party Defendants' counsel; | RH .40 | $68.00 |

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 12/21/07 | KRV: Revise Motion for Reconsideration and to Address Case Management Issues; coordinate with all Third-Party Defendants' counsel on content of Motion for Reconsideration; | KRV 5.0 | $1,400.00 |
| 12/21/07 | AL: Ameriquest: Messages to K. Verges regarding revisions to Case Management, Response and distribution of Motion to Dismiss; | AL-JLR .75 | $360.00 |
| 12/26/07 | AL: Ameriquest: Revisions to brief for Consolidated Motion to Dismiss; message to K. Verges regarding same; | AL-JLR 1.25 | $600.00 |
| 12/26/07 | KRV: Telephone conference with M. Andolina regarding Motion to Reconsider and to address case management issues; | KRV .30 | $84.00 |
| 12/26/07 | KRV: Review and revise Motion to Dismiss; | KRV 1.1 | $308.00 |
| 12/26/07 | KRV: Revise Motion for Reconsideration and incorporate many comments from other Third-Party Defendants' counsel; review various Orders; | KRV 2.5 | $700.00 |
| 12/26/07 | KRV: Work on establishing various committees for briefing, etc.; | KRV .90 | $252.00 |
| 12/27/07 | KRV: Memorandum to M. Andolina regarding Motion to Reconsider Case Management Issues;. | KRV .50 | $140.00 |
| 12/27/07 | KRV: Further revision of Motion to Dismiss; | KRV .90 | $252.00 |
| 12/27/07 | KRV: Revise Case Management Motion and Motion to Dismiss; | KRV 1.5 | $420.00 |
| 12/27/07 | KRV: Telephone conference with A. Sklavos; | KRV .30 | $84.00 |
| 12/27/07 | KRV: Review correspondence regarding Mitchell matter and possible dismissal of the case from MDL; | KRV .50 | $140.00 |
| 12/27/07 | AL: Reviewed and analyzed proposed revisions to Memorandum in Support of Motion to Dismiss; drafted correspondence to J.L. Ropiequet and A.S. Christakis regarding the same; reviewed correspondence from J.L. Ropiequet regarding the same; | AL-JDP 1.0 | $365.00 |
| 12/27/07 | AL: Ameriquest: Review K. Verges' proposed revisions; message to K. Verges, K. Knight regarding same; | AL-JLR 1.0 | $480.00 |
| 12/28/07 | AL: Ameriquest: Review messages regarding draft brief for Motion to Dismiss; message to A. Sklavos, P. Festenstein, J. Carini regarding same; | AL-JLR .50 | $240.00 |
| 12/28/07 | KRV: Coordinate with other Third-Party Defendants' counsel on Motion to Dismiss and Motion Regarding Case Management; | KRV 1.5 | $420.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 12/28/07 | KRV: Revise and finalize Response to Case Management Orders; | KRV 2.0 | $560.00 |
| 12/31/07 | AL: Ameriquest: Additional research regarding defenses in Motion to Dismiss; | AL-ASC 1.5 | $547.50 |
| 01/02/08 | KRV: Work on additional joinders to Case Management Motion; | KRV .90 | $532.00 |
| 01/02/08 | KRV: Letter to all Third-Party Defendants' counsel; | KRV 1.1 | $308.00 |
| 01/02/08 | KRV: Telephone conference with P. Dahlquist on discovery issues. | KRV .30 | $84.00 |
| 01/02/08 | KRV: Work on revisions to Motion to Dismiss and logistics of committees and related issues. | KRV 1.5 | $420.00 |
| 01/02/08 | AL: Ameriquest: Completed research regarding certain issues and met with JK to discuss summary and appendix for Motion to Dismiss; | AL-ASC 1.7 | $620.50 |
| 01/02/08 | AL: Met with A. Christakis regarding issues in Motion to Dismiss; | AL-JBK .20 | $49.00 |
| 01/03/08 | KRV: Letter to all Third-Party Defendants' counsel; review additional pleadings and docket entries; telephone conference with J. Sachien; research issues relating to severance and joinder; | KRV 4.3 | $1204.00 |
| 01/03/08 | AL: Ameriquest: Discussed with JK differences among states in application of law; | AL-ASC .50 | $182.50 |
| 01/03/08 | AL: Began drafting brief in support of Motion to Dismiss; | AL-JBK 5.50 | $1347.50 |
| 01/04/08 | AL: Ameriquest: Reviewed summary of states' law prepared by JK; | AL-ASC .50 | $182.50 |
| 01/04/08 | AL: Ameriquest: Office conference with A. Christakis regarding appendix; | AL-JLR .25 | $120.00 |
| 01/04/08 | AL: Drafted legal summary per A. Christakis' request; | AL-JBK 7.5 | $1837.50 |
| 01/04/08 | KRV: Coordinate with Third-Party Defendants' counsel on issues relating to Motion to Dismiss, mediation, and committee action; review additional docket entries and Orders; | KRV 2.1 | $588.00 |
| 01/06/08 | RH: Prepare necessary documents for Third-Party Defendants' welcome package; | RH 1.2 | $204.00 |

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|---|---|---|---|
| 01/07/08 | KRV: Prepare for conference call with Third-Party Defendants' counsel; telephone conference with J. Ropiequet regarding case management issues; | KRV .80 | $224.00 |
| 01/07/08 | KRV: Telephone conference with Third-Party Defendants' counsel; | KRV 1.0 | $280.00 |
| 01/07/08 | KRV: Several emails to coordinate receiving issues relating to timing and substance of Consolidated Motion to Dismiss; | KRV 1.5 | $420.00 |
| 01/07/08 | KRV: Work on standardized package for Third-Party Defendants; | KRV .50 | $140.00 |
| 01/07/08 | RH: Third-Party Defendants' conference call; | RH .90 | $153.00 |
| 01/08/08 | KRV: Revise presentment of Response to Motion to Reconsider; review additional filings and docket entries; | KRV .20 | $56.00 |
| 01/08/08 | KRV: Telephone conference with counsel for Ameriquest regarding settings of Motion to Reconsider and case management issues; | KRV .40 | $112.00 |
| 01/08/08 | KRV: Revise Motion to Dismiss; | KRV 1.4 | $392.00 |
| 01/08/08 | RH: Research regarding local rule for noticing hearings; draft and revise Notice of Presentment of Case Management Motion; e-file Notice of Presentment; telephone conference with counsel for Ameriquest; | RH 2.5 | $425.00 |
| 01/09/08 | KRV: Work on getting case management issues set for hearing; | KRV .20 | $56.00 |
| 01/09/08 | RH: Email all Third-Party Defendants; telephone conference with court clerk; revise Notice of Presentment and e-file with court; | RH .60 | $102.00 |
| 01/10/08 | KRV: Memorandum to C. Swing; | KRV .20 | $56.00 |
| 01/11/08 | KRV: Telephone conference with L. Unger; | KRV .50 | $140.00 |
| 01/11/08 | KRV: Draft and revise supplement to Case Management Motion; | KRV .60 | $168.00 |
| 01/14/08 | KRV: Memorandum to C. Motley; | KRV .10 | $28.00 |
| 01/14/08 | AL: Ameriquest: Review legal summary; office conference with A. Christakis regarding revisions to same for appendix; | AL-JLR .50 | $240.00 |
| 01/15/08 | KRV: Telephone conference with C. Swing; review additional pleadings; | KRV .90 | $252.00 |
| 01/16/08 | KRV: Memorandum to A. Greene; | KRV .20 | $56.00 |
| 01/16/08 | KRV: Review status report and letter to all Third-Party Defendants' counsel; | KRV .40 | $112.00 |

### LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 01/16/08 | KRV: Draft materials to send to all Third-Party Defendants' counsel; | KRV .90 | $252.00 |
| 01/16/08 | KRV: Memorandum to A. Greene; | KRV .10 | $28.00 |
| 01/16/08 | RH: Revise Third-Party Defendant welcome package; | RH .40 | $68.00 |
| 01/17/08 | KRV: Finalize and file Supplement to Case Management Motion; | KRV 1.8 | $504.00 |
| 01/17/08 | RH: Review letter to Third-Party Defendants; | RH .10 | $17.00 |
| 01/18/08 | AL: Ameriquest: Reviewed all cases cited in appendix regarding survey of economic loss jurisdictions and revised appendix accordingly; | AL-ASC 3.0 | $1095.00 |
| 01/18/08 | AL: Ameriquest: Office conference with A. Christakis regarding appendix for Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 01/21/08 | AL: Substantially revised state survey regarding economic loss doctrine; | AL-ASC 3.1 | $1131.50 |
| 01/22/08 | AL: Ameriquest: Developed strategy regarding Motion to Dismiss; reviewed email from JLR and K. Verges regarding state survey of economic loss doctrine; | AL-ASC 1.0 | $365.00 |
| 01/22/08 | AL: Ameriquest: Review economic loss appendix; office conference with ASC regarding same; draft memorandum to Third-Party counsel regarding same; office conference with ASC and JDP regarding supplementation of Motion to Dismiss and litigation strategy; review messages regarding Motion to Dismiss and appendix; | AL-JLR 1.25 | $600.00 |
| 01/22/08 | AL: Economic loss doctrine research; office conference with J.L. Ropiequet and A.S. Christakis to strategize regarding Motion to Dismiss and related matters; | AL-JDP 1.50 | $547.50 |
| 01/22/08 | KRV: Prepare for conference call; | KRV .20 | $56.00 |
| 01/22/08 | KRV: Conference call with all Third-Party Defendants' counsel; review various filings in MDL; | KRV 1.0 | $280.00 |
| 01/22/08 | RH: Review subject matter of conference call; telephone conference with court clerk; review Pacer for minute entries; Third-Party Defendant conference call; email all Third-Party Defendants regarding Joint Motion to Dismiss; | RH 1.1 | $187.00 |
| 01/23/08 | AL: Ameriquest: Message to co-counsel regarding draft brief and appendix for Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 01/23/08 | KRV: Review various revisions and messages regarding Motion to Dismiss; | KRV .80 | $224.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 01/24/08 | AL: Ameriquest: Correspondence with co-counsel regarding Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 01/24/08 | KRV: Review additional revisions and joinder in Motion to Dismiss; prepare schedule of persons joining and information regarding prior Motions to Dismiss; | KRV 2.9 | $812.00 |
| 01/25/08 | AL: Ameriquest: Reviewed email from Bryan Sullivan regarding Fidelity's comments to Motion to Dismiss and California economic loss doctrine case; reviewed email from Tim Elliott regarding choice of law matrix; | AL-ASC .40 | $146.00 |
| 01/25/08 | AL: Revision of chart regarding various state laws at issue; | AL-JDP .50 | $182.50 |
| 01/25/07 | AL: Ameriquest: Review correspondence from co-counsel regarding Motion to Dismiss; office conference with J. Pilgrim regarding choice of law issues for transaction compilation; | AL-JLR .50 | $240.00 |
| 01/25/08 | KRV: Memorandum to all Third-Party Defendants' counsel; work on coordinating single Consolidated Motion to Dismiss and addressing various states' applicable law; review various filings and amended pleadings; | KRV 2.3 | $644.00 |
| 01/28/08 | AL: Ameriquest: Office conference with JLR regarding updates to Motion to Dismiss and appendix; | AL-ASC .20 | $73.00 |
| 01/28/08 | AL: Office conference with J.L. Ropiequet regarding status of Memorandum in Support of Motion to Dismiss; | AL-JDP .30 | $109.50 |
| 01/28/08 | AL: Ameriquest: Prepare log of co-counsel comments regarding draft brief for Motion to Dismiss; review comments; office conference with A. Christakis, J. Pilgrim regarding preparation for potential co-counsel revisions; | AL-JLR 1.0 | $480.00 |
| 01/28/08 | KRV: Work on coordinating joinder with additional Third-Party Defendants on Motion to Dismiss; letter to D. Dahlquist; | KRV .50 | $140.00 |
| 01/29/08 | AL: Ameriquest: Reviewed additional proposed changes to Motion to Dismiss submitted by Chris Swing; emails from/to JLR regarding internal revisions to Motion to Dismiss and appendix; reviewed economic loss cases submitted by other Third-Party Defendants; | AL-ASC 1.0 | $365.00 |
| 01/29/08 | AL: Review Swing revisions to brief; | AL-JLR .25 | $120.00 |

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|---|---|---|---|
| 01/29/08 | KRV: Memoranda with various Third-Party Defendants' counsel to revise and reach consensus on Motion to Dismiss; review correspondence from Third-Party Defendants' counsel; | KRV .50 | $140.00 |
| 01/30/08 | AL: Attention to comments received on draft Memorandum in Support of Motion to Dismiss; attention to comments received on draft appendix to Memorandum in Support of Motion to Dismiss establishing economic loss doctrine in states; | AL-JDP 1.0 | $365.00 |
| 01/31/08 | AL: Drafted and revised Memorandum in Support of Motion to Dismiss; attention to proposed revisions to draft Memorandum; telephone conference with co-Third-party Defendants' counsel regarding draft Memorandum; office conference with J.L. Ropiequet regarding the same; drafted Motion to Dismiss; | AL-JDP 5.0 | $1825.00 |
| 01/31/08 | KRV: Work on revisions to Motion to Dismiss and obtaining joinder therein; draft letter to all counsel regarding next conference call; review additional pleadings on file; | KRV .60 | $168.00 |
| 02/01/08 | KRV: Work on joinder list for Motion to Dismiss; | KRV .30 | $84.00 |
| 02/01/08 | KRV: Letter to all Third-Party Defendants' counsel; | KRV .80 | $224.00 |
| 02/01/08 | AL: Ameriquest: Reviewed comments to Consolidated Motion to Dismiss submitted by other Third-Party Defendants and emails exchanged regarding same; reviewed updated economic loss appendix; reviewed revised Motion to Dismiss; | AL-ASC 1.4 | $511.00 |
| 02/01/08 | AL: Drafted and revised appendix concerning law on economic loss doctrine for Memorandum in Support of Consolidated Motion to Dismiss; drafted and revised Memorandum in Support of Motion to Dismiss and Motion to Dismiss; message to J.L. Ropiequet and A.S. Christakis regarding the same; | AL-JDP 1.5 | $547.50 |
| 02/01/08 | AL: Ameriquest: Message to A. Fowerbaugh regarding Motion to Dismiss; review revised brief, revisions to Motion, office conference with J. Pilgrim regarding preparation for transmission to co-counsel; message to K. Verges regarding same; telephone conference with A. Griffin regarding arguments in brief; | AL-JLR 1.25 | $600.00 |
| 02/03/08 | KRV: Review and revise Motion to Dismiss; | KRV .30 | $84.00 |
| 02/04/08 | KRV: Prepare for conference call with all Third-Party Defendants' counsel; conduct conference call; telephone conference with S. Deck with law offices of J. Deck; telephone conference with J. King; | KRV 2.0 | $560.00 |

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 02/04/08 | RH: Telephone conference with Third-Party Defendants; | RH 1.0 | $170.00 |
| 02/04/08 | AL: Office conference with A.S. Christakis regarding revisions to Motion to Dismiss and Memorandum in Support; revised Motion to Dismiss and Memorandum; message to J.L. Ropiequet and A.S. Christakis regarding the same; | AL-JDP 1.7 | $620.50 |
| 02/04/08 | AL: Ameriquest: Message to B. Brewer regarding appendix to brief; office conference with J.D. Pilgrim regarding revisions to motion and brief; | AL-JLR 1.0 | $480.00 |
| 02/05/08 | AL: Attention to proposed revisions to Memorandum in Support of Motion to Dismiss; drafted correspondence to J.L. Ropiequet and A.S. Christakis regarding same; reviewed correspondence regarding revisions to Motion to Dismiss and Memorandum in Support; | AL-JDP 1.0 | $365.00 |
| 02/05/08 | AL: Ameriquest: Reviewed and discussed additional proposed changes to Consolidated Motion to Dismiss; | AL-ASC .80 | $292.00 |
| 02/05/08 | KRV: Review substantive comments and revisions to Motion to Dismiss; | KRV .50 | $140.00 |
| 02/06/08 | AL: Ameriquest: Review applicable cases; office conference with J.D. Pilgrim; message to C. Swing regarding suitability for brief; review revisions to brief for Motion to Dismiss; draft and revise counsel list for same; | AL-JLR 3.25 | $1560.00 |
| 02/07/08 | AL: Ameriquest: Review proposed brief for Motion to Dismiss; message to S. Deck regarding same; | AL-JLR .25 | $120.00 |
| 02/11/08 | AL: Ameriquest: Reviewed appendix regarding joinder to Motion; | AL-ASC .30 | $109.50 |
| 02/11/08 | AL: Reviewed correspondence regarding draft Motion to Dismiss, Memorandum in Support, and status of matter; revised Motion to Dismiss and Memorandum in Support; message to J.L. Ropiequet and A.S. Christakis regarding the same; | AL-JDP 1.3 | $474.50 |
| 02/11/08 | AL: Ameriquest: Revisions to client/counsel list for Motion to Dismiss; message to J. Elliott regarding same; | AL-JLR 1.0 | $480.00 |
| 02/11/08 | KRV: Review memorandum from C. Swing regarding dismissal of co-party; | KRV .20 | $56.00 |
| 02/11/08 | RH: Review Order Regarding Case Management Issues and Motion to Reconsider; | RH .20 | $34.00 |
| 02/12/08 | AL: Ameriquest: Review and correct co-counsel list for email notice and for exhibit to Motion to Dismiss; review docket entries for same; | AL-JLR 1.75 | $840.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 02/12/08 | KRV: Telephone conference with M. Delrahim regarding B. Newman to send out 02/11/08 Order; | KRV .10 | $28.00 |
| 02/12/08 | KRV: Review various messages regarding mediation status from counsel for Third-Party Defendants and Defendants; | KRV .50 | $140.00 |
| 02/12/08 | KRV: Telephone conference with B. Newman; | KRV .40 | $112.00 |
| 02/12/08 | KRV: Revise letter to all Third-Party Defendants' counsel; | KRV .20 | $56.00 |
| 02/13/08 | KRV: Review various messages from B. Newman regarding mediation and potential defenses based on releases in favor of Attorneys' General; | KRV .80 | $224.00 |
| 02/13/08 | KRV: Draft and revise status report and letter to all Third-Party Defendants' counsel. | KRV 1.8 | $504.00 |
| 02/13/08 | KRV: Review several pleadings and reports relating to mediation | KRV .30 | $84.00 |
| 02/14/08 | KRV: Review various messages from Third-Party defense counsel; telephone conference with A. Greene; review status report from Ameriquest parties; memorandum to T. Elliott; review stay orders; research effects of releases; | KRV 1.1 | $308.00 |
| 02/18/08 | AL: Ameriquest: Message to K. Knight regarding address lists; correct and revise same; | AL-JLR .25 | $120.00 |
| 02/20/08 | KRV: Prepare for conference call; | KRV .30 | $84.00 |
| 02/20/08 | KRV: Conference call with Third-Party Defendants' counsel; | KRV .90 | $252.00 |
| 02/20/08 | KRV: Review numerous messages from Third-Party defense counsel regarding upcoming mediation strategy. | KRV .90 | $252.00 |
| 02/20/08 | KRV: Various memoranda to Third-Party defense counsel on issues affecting mediation and Motion to Dismiss; | KRV 1.3 | $364.00 |
| 02/20/08 | AL: Ameriquest: Numerous messages to co-counsel regarding joinder to Motion to Dismiss; revisions to Exhibit A to Motion; revisions to address lists; messages to K. Knight regarding same; | AL-JLR 1.5 | $720.00 |
| 02/21/08 | AL: Ameriquest: Review messages from co-counsel; revisions to client/counsel list for Motion to Dismiss; | AL-JLR .75 | $360.00 |
| 02/21/08 | KRV: Memorandum to all Third-Party defense counsel; review message from Mediator; | KRV .60 | $168.00 |
| 02/22/08 | AL: Ameriquest: Numerous messages to co-counsel regarding joinder in combined Motion to Dismiss; revisions to client/counsel list for Motion to Dismiss; review additional argument from H. Matyas; message to H. Matyas regarding same; | AL-JLR 2.5 | $1200.00 |

-14-

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 02/22/08 | KRV: Revise letter to Judge O'Connell; | KRV .50 | $140.00 |
| 02/22/08 | KRV: Various letters to all Third-Party defense counsel; | KRV .40 | $112.00 |
| 02/22/08 | KRV: memorandum to C. Swing and others regarding mediation; | KRV .80 | $224.00 |
| 02/25/08 | AL: Ameriquest: Review correspondence from co-counsel; revisions to client/counsel list; review Third-Party Defendant list for non-joining parties; message to co-counsel regarding same; | AL-JLR 1.75 | $840.00 |
| 02/25/08 | KRV: Revise letter to Judge O'Connell; | KRV .20 | $56.00 |
| 02/25/08 | KRV: Review various messages from Third-Party Defendants' counsel regarding mediation; | KRV .20 | $56.00 |
| 02/26/08 | KRV: Research rules of committees and potential for compensation; | KRV .30 | $84.00 |
| 02/26/08 | AL: Ameriquest: Messages to co-counsel regarding additions to client list for Motion to Dismiss; revisions to list; review TILA ruling; | AL-JLR 1.5 | $720.00 |
| 02/27/08 | KRV: Letter to Judge O'Connell; various memoranda to B. Newman; | KRV .50 | $140.00 |
| 02/28/08 | KRV: Memorandum to all Third-Party Defendants' counsel; | KRV .30 | $84.00 |
| 02/28/08 | KRV: Memorandum to Judge O'Connell; | KRV .30 | $84.00 |
| 02/28/08 | RH: Draft and revise order regarding liaison counsel structure; research regarding case management orders in context of lead and liaison counsel; review similar orders regarding lead and liaison counsel; research issue regarding fee-sharing in MDL context from Defendant's perspective; | RH 5.9 | $1003.00 |
| 02/29/08 | KRV: Various memoranda to counsel for Third-Party Defendants regarding mediation; | KRV .30 | $84.00 |
| 02/29/08 | KRV: Letter to Judge O'Connell; | KRV .20 | $56.00 |
| 02/29/08 | RH: Revise proposed Order regarding lead counsel and liaison counsel; research regarding fee structuring for compensation of lead and liaison counsel; | RH 3.3 | $561.00 |
| 02/29/08 | AL: Reviewed correspondence and pleadings; attention to Motion to Dismiss and Memorandum in Support; | AL-JDP 2.0 | $730.00 |
| 03/02/08 | RH: Revise motion for lead and liaison counsel and Third-Party Defendants' steering committee; | RH .60 | $102.00 |
| 03/03/08 | RH: Finalize designation of lead counsel, liaison counsel, and steering committee in proposed Order; | RH .50 | $85.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 03/03/08 | AL: Attention to correspondence regarding Motion to Dismiss; office conference with J.L. Ropiequet regarding Motion to Dismiss; | AL-JDP .40 | $146.00 |
| 03/03/08 | AL: Ameriquest: Office conference with JDP regarding final revisions to Motion to Dismiss for filing; | AL-JLR .75 | $360.00 |
| 03/04/08 | KRV: Letter to all Third-Party defense counsel; | KRV .20 | $56.00 |
| 03/05/08 | KRV: Review Order and Opinion on dismissal of FCRA claims against Third-Party Defendants in Non-Borrower cases; telephone conference with D. Ewing; telephone conference with D. McCormack; | KRV .70 | $196.00 |
| 03/05/08 | AL: Ameriquest: Reviewed Judge Aspen's ruling on Choicepoint and Equifax's Motion to Dismiss Third-Party Complaint; reviewed emails from K. Verges and JLR summarizing ruling; | AL-ASC .50 | $182.50 |
| 03/05/08 | AL: Office conference with J.L. Ropiequet regarding Judge's ruling on credit reporting agencies' Motions to Dismiss Third-Party Complaint; | AL-JDP .30 | $109.50 |
| 03/05/08 | AL: Ameriquest: Telephone conference with A. Stern regarding Motion to Dismiss; revise client/counsel list; review and analysis of ruling on Motion to Dismiss Choicepoint party complaint; office conference with JDP, ASC regarding same; | AL-JLR 1.5 | $720.00 |
| 03/06/08 | AL: Attention to credit reporting agencies' Motions to Dismiss Third-Party Complaint, related briefing, and Judge's rulings on Motions; | AL-JDP .30 | $109.50 |
| 03/06/08 | AL: Telephone conference with W. Ward regarding joinder in Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 03/07/08 | AL: Analyzed Court's ruling on credit reporting agencies' Motion to Dismiss Third-Party Complaint; analyzed briefing on Motions; | AL-JDP 2.0 | $730.00 |
| 03/07/08 | AL: Ameriquest: Telephone conference with C. Murphy; message to K. Verges, A. Jensen regarding contract claim issues and Motion to Dismiss; revise client/counsel list; | AL-JLR .75 | $360.00 |
| 03/10/08 | AL: Revised Memorandum in Support of Motion to Dismiss to incorporate Judge's ruling on credit reporting agencies' Motions to Dismiss Third-Party Complaint; | AL-JDP 3.9 | $1423.50 |
| 03/10/08 | AL: Office conference with JDP regarding revisions to brief for Motion to Dismiss; messages to co-counsel regarding joinder in client list for motion; revisions to list; review and revise brief for Motion to Dismiss; message to co-counsel regarding same; | AL-JLR 2.25 | $1080.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 03/10/08 | KRV: Review various messages regarding events in mediation and potential strategy; review various messages regarding Motion to Dismiss, revisions thereto and joinder therein; review Orders regarding withdrawal of counsel; telephone conference with the Weinstein Group regarding Avalon joinder; review Answers and Appearances by other parties; | KRV 1.2 | $336.00 |
| 03/11/08 | AL: Ameriquest: Messages to co-counsel regarding joinder in Motion; revisions to client/counsel list; | AL-JLR .50 | $240.00 |
| 03/11/08 | KRV: Review Report of Mediation and closing instructions; prepare for conference call with Third-Party defense counsel; conduct conference call; revise Motion to Dismiss and supporting brief; | KRV 1.8 | $504.00 |
| 03/11/08 | RH: Review mediation summary; Third-Party Defendant conference all; | RH 1.5 | $255.00 |
| 03/12/08 | AL: Ameriquest: Messages to co-counsel, K. Knight regarding client/counsel list for Motion to Dismiss; revisions to list; | AL-JLR 1.25 | $600.00 |
| 03/12/08 | KRV: Review Order withdrawing class allegations in Van Gorp matter; review scheduling stipulation and enter new deadlines; review Order requiring status report on mediation and docket deadline; review and revise final list of persons joining Motion to Dismiss; review Order for Case Management; memorandum to C. Murphy regarding status report; | KRV 1.8 | $504.00 |
| 03/12/08 | RH: Revise proposed Order regarding lead, liaison counsel, and steering committees; | RH .40 | $68.00 |
| 03/13/08 | AL: Ameriquest: Message to L. Weinstein; telephone call to D. Wagner's office regarding joinder in Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 03/14/08 | AL: Ameriquest: Emails to/from Hodges (Third-Party Defendant's counsel) regarding mediation summary and committee roster; reviewed final draft of Motion to Dismiss including exhibits; | AL-ASC 1.2 | $438.00 |
| 03/14/08 | AL: Correspondence regarding Motion to Dismiss and status of matter; | AL-JDP .40 | $146.00 |
| 03/14/08 | AL: Ameriquest: Prepare counsel list for filing with Motion to Dismiss; office conference with JDP; telephone conference with S. Weathers regarding same; prepare Motion and brief for e-filing; message to co-counsel regarding same; | AL-JLR 2.25 | $1080.00 |
| 03/17/08 | KRV: Revise proposed Order designating lead, liaison, and other counsel to share fees; | KRV .80 | $224.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 03/17/08 | KRV: Letter to all Third-Party Defendants' counsel, review Motion to Dismiss by all Third-Party Defendants; | KRV 1.2 | $336.00 |
| 03/18/08 | KRV: Revise proposed Order to designate lead and related counsel; | KRV 1.0 | $280.00 |
| 03/18/08 | KRV: Letter to all Third-Party Defendants' counsel; | KRV .20 | $56.00 |
| 03/19/08 | KRV: Review emails regarding mediation for Plaintiffs and Defendants' mediation; memorandum to all Third-Party Defendants' counsel; prepare for conference call; various memoranda to mediator regarding continued Third-Party Defendants' participation; telephone conference with K. Bradley regarding conference call; review ChoicePoint's Answer; conference call with all Third-Party Defendants' counsel; | KRV 3.3 | $924.00 |
| 03/19/08 | RH: Third-Party Defendants' conference call; | RH 1.5 | $255.00 |
| 03/20/08 | KRV: Draft and revise Order establishing liaison and steering committee counsel in MDL to arrange payment thereof; draft and revise fee sharing Participation Agreement; | KRV 4.2 | $1176.00 |
| 03/21/08 | KRV: Revise Order and Agreement to establish liaison counsel and arrange for payment of fees; review Motion for Leave to Amend in opt-out case; review Joint Status Report; | KRV 3.0 | $840.00 |
| 03/24/08 | KRV: Revise letter to all Third-Party Defendants' counsel; revise Participation Agreement and proposed Order setting up counsel for all Third-Party Defendants; letter to Third-Party Defendants' counsel; telephone conference with S. Weathers; various memoranda to C. Swing; | KRV 3.6 | $1008.00 |
| 03/25/08 | KRV: Revise proposed Order assigning liaison and other counsel; draft and revise Participation Agreement; draft updated status report; telephone conference with M. Andolina; telephone conference with A. Greene; | KRV 4.1 | $1148.00 |
| 03/26/08 | KRV: Memorandum to C. Jones; revise Order and Participation Agreement; telephone conference with T. Elliott and C. Murphy; various memoranda with Third-Party Defendants' counsel regarding fee and participation issues; prepare for conference call; conference call with Third-Party Defendants' counsel; prepare Motion for Extension of Time and Stay; memorandum to Third-Party Defendants' counsel regarding number of transactions; | KRV 5.1 | $1428.00 |
| 03/27/08 | KRV: Draft and revise Motion to Extend Deadlines and to Stay; memorandum to all Third-Party Defendants' counsel; review several emails from Third-Party Defendants' counsel regarding Motion to Stay; | KRV 3.7 | $1036.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 03/28/08 | KRV: Memorandum to R. McCormack; review various memoranda regarding Motion for Extension of Time and to Stay; revise Order designating counsel; revise Participation Agreement; | KRV 1.8 | $504.00 |
| 03/31/08 | KRV: Revise Motion for Extension of Time and to Stay; review Order designating liaison counsel; revise Participation Agreement; telephone conference with A. Griffin; review letter from M. Gluck; | KRV 3.3 | $924.00 |
| 04/01/08 | KRV: Letter to all Third Party Defendants' counsel; revise Motion to Stay; | KRV 1.1 | $308.00 |
| 04/03/08 | KRV: Prepare for conference call; telephone conference with Third-Party Defendants' counsel regarding fee sharing and organization per court Order; review Ameriquest memorandum regarding objections to Motion to Dismiss and Motion to Reassign; review several messages from Third-Party Defendants' counsel; memorandum to all Third-Party Defendants' counsel; telephone conference with G. Bodelson; telephone conference with M. Cavalier; | KRV 2.5 | $700.00 |
| 04/04/08 | KRV: Review message from Third-Party Defendant Equifax; telephone conference with counsel for Equifax; review Participation Agreement; revise Order designating lead counsel; review various messages from Third-Party Defendants' counsel regarding Participation Agreement and Order Designating Liaison Counsel; review order resetting status conference; calendar new dates; | KRV 3.5 | $980.00 |
| 04/07/08 | KRV: Letter to all Third-Party Defendants' Counsel with fee and related information; revise Participation Agreement; revise Order Appointing Liaison Counsel; work on calculations of fees and expenses to be subject to Participation Agreement; review time records to ascertain joint time and fees, along with projection; telephone conference with M. Andolina regarding fees and issues with retroactive calculation; | KRV 4.0 | $1120.00 |
| 04/08/08 | KRV: Review messages regarding agreement to Participation Agreement; | KRV .30 | $84.00 |
| 04/09/08 | KRV: Review mediation report; memorandum to C. Swing; memorandum to M. Breslin regarding liaison issues as to non-borrower claims; memorandum to Buchalter firm regarding discovery issues on loan files; review settlement demands from 52 Plaintiffs; | KRV 1.2 | $336.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 04/10/08 | KRV: Review Third Amended Complaint; prepare for conference call; various memoranda to B. Newman; memorandum to all Third-Party Defendants' counsel regarding liaison counsel Order and Participation Agreement; review mediation status; revise Order Appointing Liaison Counsel; revise Participation Agreement; review settlement demands information from various Plaintiffs; | KRV 3.5 | $980.00 |
| 04/11/08 | KRV: Revise Order Appointing Liaison Counsel; review letter from G. Bodelson; review Defendants' Mediation Status Report; letter to all Third-Party Defendants' counsel; review various emails regarding agreement and comments to Order Appointing Liaison Counsel and Participation Agreement; prepare and revise Motion to Extend Time to file structure plan; telephone conference with G. Bodelson; | KRV 5.1 | $1428.00 |
| 04/14/08 | KRV: Review Response to Motion to Dismiss; research authorities relating to fee sharing by Defendants; memorandum to all Third-Party Defendants' counsel; review many messages regarding proposed Participation Agreement; telephone conference with C. Murphy regarding issues affection contribution; file Motion for Extension of Time to file status report; review various filings; telephone conference with D. McCormack; | KRV 2.5 | $700.00 |
| 04/15/08 | KRV: Telephone conference with T. Elliott; review various objections, questions, and comments from Third-Party Defendants' counsel regarding Participation Agreement and Order Appointing Liaison Counsel; memorandum to C. Swing, D. McCormack and various others to attempt to build consensus; draft Reply in Support of Stay; prepare for conference all with Third-Party Defendants' counsel; conduct conference call with Third-Party Defendants' counsel; revise Participation Agreement and Order Appointing Liaison Counsel; memorandum to all Third-Party Defendants' counsel; | KRV 2.8 | $784.00 |
| 04/15/08 | RH: Conference call with Third-Party Defendants; draft status report to court regarding progress of Third-Party Defendants' structure and organization; | RH 4.0 | $680.00 |
| 4/16/08 | KRV: Various memoranda to C. Murphy; work on potential compromise of fee contribution issues; telephone conference with D. McCormack; work on Motion to Enter Order on fee sharing; review various messages regarding joinder in Participation Agreement; | KRV 1.8 | $504.00 |
| 04/16/08 | RH: Draft court-ordered status report regarding structure and governance of Third-Party Defendants, including liaison counsel and Participation Agreement; | RH 1.9 | $323.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 04/17/08 | KRV: Telephone conference with T. Elliott; review various messages regarding joinder, objections to Participation Agreement, and possible compromise by objectors having large numbers of transactions; telephone conference with C. Swing; | KRV 1.9 | $532.00 |
| 04/17/08 | RH: Revise status report regarding structure of Third-Party Defendants; | RH 1.5 | $255.00 |
| 04/18/08 | KRV: Draft and revise status report to court; letter to all Third-Party Defendants' counsel; work on briefing to court for entry of Order requiring financial participation by all Third-Party Defendants; memorandum to C. Swing, C Murphy, and T. Elliott; | KRV 2.0 | $560.00 |
| 04/21/08 | KRV: Prepare and revise status report regarding structure and governance of Third-Party Defendants for filing; letter to all Third-Party Defendants' counsel soliciting role for proposals; memorandum to all Third-Party Defendants' counsel; research and begin tally of votes for proposals; memorandum to A. Griffin; review Equifax's Answer; | KRV 3.3 | $924.00 |
| 04/22/08 | KRV: Memorandum to D. Warren regarding proposal; telephone conference with B. Newman regarding Opt-Out Plaintiff demands; review various messages regarding voting on Participation Agreement; | KRV 1.0 | $280.00 |
| 04/22/08 | RH: Telephone conference with B. Newman; draft and revise Motion to Extend Reply Date to Response for Motion to Dismiss; e-file Reply to Response for Motion to Dismiss; | RH 2.0 | $340.00 |
| 04/23/08 | KRV: Memorandum to C. Murphy; review memorandum from D. Both; memorandum to D. Both; | KRV .40 | $112.00 |
| 04/24/08 | KRV: Review various messages regarding Participation Agreement; | KRV .20 | $56.00 |
| 04/25/08 | KRV: Review Order granting further extension of time regarding organization of Third-Party Defendants and for Reply Brief on Motion to Dismiss; review various messages regarding settlement demands, mediation, and voting on compromise Participation Agreement; | KRV 1.2 | $336.00 |
| 04/28/08 | KRV: Review and compile information from various Third-Party Defendants on Participation Agreement and Order Appointing Liaison Counsel; telephone conference with B. Newman regarding settlement proposal; memorandum to all Third-Party Defendants' counsel regarding settlement issues; | KRV 1.7 | $476.00 |
| 04/29/08 | KRV: Memorandum to C. Murphy; work on submission to court with proposed Participation Agreement; review letter to all Third-Party Defendants; telephone conference with B. Newman; memorandum to H. Matyas; memorandum to B. Brewer; telephone conference with T. Elliott; | KRV 2.5 | $700.00 |

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|---|---|---|---|
| 04/30/08 | KRV: Review many messages from Third-Party Defendants' counsel regarding Participation Agreement; draft Motion to Enter Order Appointing Liaison Counsel and Adopting Participation Agreement; memorandum to all Third-Party Defendants' counsel regarding settlement and Participation Agreement; telephone conference with C. Murphy; review pleadings filed; review Ameriquest settlement proposal to Plaintiffs; | KRV 3.5 | $980.00 |
| 05/01/08 | KRV: Telephone conference with T. Wallace; review many email messages regarding potential objections to Participation Agreement; work with objectors to eliminate objections; | KRV 2.0 | $560.00 |
| 05/01/08 | AL: Office conferences with J.L. Ropiequet and A.S. Christakis regarding status of matter and drafting Reply in Support of Motion to Dismiss; reviewed correspondence regarding status of matter; | AL-JDP .80 | $292.00 |
| 05/02/08 | AL: Reviewed Third-Party Defendants' Consolidated Motion to Dismiss for drafting Reply in Support; | AL-JDP 2.1 | $766.50 |
| 05/02/08 | KRV: Memorandum to various Third-Party Defendants' counsel regarding Order Appointing Liaison Counsel and Participation Agreement; draft and revise Status Report and Motion for Entry of Order Appointing Liaison Counsel and awarding fees; telephone conferences with and various memoranda to Third-Party Defendant's counsel to attempt to prevent further objections; research court authority to award Defendants' Liaison Counsel attorneys' fees; | KRV 8.0 | $2240.00 |
| 05/05/08 | KRV: Revise Motion for Entry of Order Appointing Liaison Counsel and awarding attorneys' fees; review memorandum to B. Newman; telephone conference with B. Newman regarding mediation attendees and mediation logistics; revise Order and vote tally for Motion; | KRV 4.0 | $1120.00 |
| 05/06/08 | KRV: Memorandum to Third-Party Defendants' counsel regarding May 7th mediation; letter to Judge O'Connell regarding mediation; organize, as liaison counsel, attendees at mediation, including various emails to prospective attendees; | KRV 2.0 | $560.00 |
| 05/08/08 | AL: Ameriquest: Reviewed and analyzed briefs in connection with Motion to Dismiss regarding analysis and preparation of reply brief; | AL-ASC 2.0 | $730.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 05/08/08 | KRV: Revise proposed Order on liaison committees and counsel; review message from committee members of steering committee; review updated status of mediation; review pleadings relating to direct claims against Co-Third-Party Defendants; telephone conference with B. LeSage; | KRV 1.5 | $420.00 |
| 05/09/08 | KRV: Draft and revise status report regarding mediation and discussion with B. LeSage; memorandum to B. Newman regarding Mitchell dismissal; telephone conference with B. LeSage regarding mediation report to court; letter to all Third-Party Defendants' Counsel; memorandum to various Third-Party Defendants' Counsel regarding administrative issues; | KRV 1.5 | $420.00 |
| 05/12/08 | KRV: Review notices relating to attorney substitution for update of liaison counsel service list; | KRV .10 | $28.00 |
| 05/13/08 | KRV: Memorandum to B. LeSage; | KRV .10 | $28.00 |
| 05/14/08 | AL: Common Counsel: Office conference with J.L. Ropiequet regarding drafting Reply Brief in Support of Motion to Dismiss Third-Party Complaint; analyzed Plaintiff's Response to Motion to Dismiss Third-Party Complaint; | AL-JDP .90 | $328.50 |
| 05/14/08 | AL: Common Counsel: Office conference with JDP regarding issues for Reply Brief; | AL-JLR .50 | $240.00 |
| 05/15/08 | AL: Common Counsel: Review new appearances for counsel list for Reply Brief; | AL-JLR .25 | $120.00 |
| 05/16/08 | AL: Attention to drafting Reply in Support of Motion to Dismiss; | AL-JDP .20 | $73.00 |
| 05/16/08 | AL: Message to K. Verges regarding distribution of Reply Brief for comments; office conference with JDP regarding same; | AL-JLR .25 | $120.00 |
| 05/16/08 | KRV: Memorandum to T. Wallace; telephone conference with T. Wallace and A. Triggle; review additional pleadings; telephone conference with T. Elliott; review Response to Motion for Entry of Order Appointing Liaison Counsel; | KRV 1.5 | $420.00 |
| 05/16/08 | RH: Review issue regarding Reply Brief; review issue regarding Notice of Presentation for Motion Appointing Liaison Counsel; | RH .30 | $51.00 |
| 05/17/08 | AL: Analyzed Third-Party Plaintiff's Response to Motion to Dismiss; formulated arguments for Reply in Support of Motion to Dismiss; conducted research for Reply in Support of Motion to Dismiss; | AL-JDP 6.0 | $2190.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 05/18/08 | AL: Drafted Reply in Support of Motion to Dismiss; | AL-JDP 4.2 | $1533.00 |
| 05/19/08 | AL: Ameriquest: Reviewed and analyzed arguments regarding breach of contract claims; discussed Reply Brief with respect to breach of contract claim with JDP; | AL-ASC 2.8 | $1022.00 |
| 05/19/08 | AL: Drafted Reply in Support of Motion to Dismiss; office conferences with J.L. Ropiequet and A.S. Christakis regarding Reply in Support of Motion to Dismiss; conducted research for Reply in Support of Motion to Dismiss; | AL-JDP 8.0 | $2920.00 |
| 05/19/08 | AL: Common Counsel: Message to R. Hubbard regarding Notice of Motion Regarding Liaison Counsel; office conference with JDP regarding issues for Reply Brief; | AL-JLR .75 | $360.00 |
| 05/19/08 | RH: Draft and revise Notice of Presentation of status report and Motion to Appoint Liaison Counsel; e-file Notice of Presentment; | RH 1.1 | $187.00 |
| 05/20/08 | AL: Common Counsel: Office conference with ASC regarding issues for Reply Brief; review and analysis of prior briefs; revisions to draft Reply Brief; | AL-JLR 3.5 | $1680.00 |
| 05/20/08 | AL: Ameriquest: Continued analysis regarding Reply Brief; | AL-ASC 1.9 | $693.50 |
| 05/20/08 | AL: Reviewed correspondence regarding Reply in Support of Motion to Dismiss; drafted correspondence regarding same; | AL-JDP .30 | $109.50 |
| 05/20/08 | RH: Review correspondence from D. McCormack; email status update to D. McCormack; review status; review Order re-setting hearing; | RH 1.2 | $204.00 |
| 05/21/08 | AL: Ameriquest: Further analysis of arguments in Reply Brief; office conference with JDP and JLR regarding same; | AL-ASC 2.4 | $876.00 |
| 05/21/08 | AL: Office conference with J.L. Ropiequet regarding draft Reply in Support of Motion to Dismiss; drafted and revised Reply in Support of Motion to Dismiss; | AL-JDP 2.0 | $730.00 |
| 05/21/08 | AL: Common Counsel: Revisions to Reply Brief; office conference with JDP, ASC regarding same; | AL-JLR 6.75 | $3240.00 |
| 05/22/08 | AL: Ameriquest: Reviewed and analyzed revised Reply in Support of Motion to Dismiss; | AL-ASC 1.4 | $511.00 |
| 05/22/08 | AL: Drafted and revised Reply in Support of Motion to Dismiss; office conference with J.L. Ropiequet regarding same; | AL-JDP 2.5 | $912.50 |

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008**

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 05/22/08 | AL: Common Counsel: Revisions to Reply Brief; office conference with JDP, ASC regarding same; message to co-counsel regarding same; | AL-JLR 4.5 | $2160.00 |
| 05/22/08 | RH: Forward Reply Brief to Third-Party Defendants; | RH .10 | $17.00 |
| 05/23/08 | RH: Review Reply Brief and Response to Motion to Dismiss; | RH .90 | $153.00 |
| 05/23/08 | AL: Ameriquest: Further analysis regarding various arguments; | AL-ASC .90 | $328.50 |
| 05/23/08 | AL: Reviewed correspondence regarding draft Reply in Support of Motion to Dismiss; | AL-JDP .30 | $109.50 |
| 05/23/08 | AL: Common Counsel: Correspondence, telephone conference with co-counsel; revisions to Reply Brief for Motion to Dismiss and appendix; | AL-JLR 1.0 | $480.00 |
| 05/27/08 | AL: Ameriquest: Reviewed draft of Reply Brief distributed for discussion and comment; | AL-ASC .40 | $146.00 |
| 05/27/08 | AL: Drafted and revised Reply in Support of Motion to Dismiss; office conference with J.L. Ropiequet regarding Reply; conference call with Third-Party Defendants' counsel regarding Reply and status of matter; office conference with J.L. Ropiequet and A.S. Christakis regarding Reply and status of matter; | AL-JDP 2.5 | $912.50 |
| 05/27/08 | AL: Common Counsel: Correspondence with co-counsel regarding Reply Brief; conference call regarding same; office conference with JDP, ASC regarding revisions to Reply Brief; prepare same; message to K. Verges regarding same; | AL-JLR 2.75 | $1320.00 |
| 05/27/08 | KRV: Review and revise Reply Brief in Support of Motion to Dismiss; prepare for and conduct conference call regarding Motion to Dismiss and other issues; review various messages regarding Reply Brief and revisions thereto; review various pleadings filed and docket entries; review Response to Motion for Appointment of Liaison Counsel; | KRV 2.9 | $812.00 |
| 05/28/08 | AL: Common Counsel: Final revisions to Reply Brief; messages to co-counsel regarding same; prepare same for filing; | AL-JLR 1.75 | $840.00 |
| 05/28/08 | KRV: Draft and revise Reply Brief on Motion to Appoint Liaison Counsel; memorandum to various Third-Party Defendants' counsel regarding Reply Brief and Order requiring payment of fees; research fee payment to Defendants' liaison counsel; | KRV 3.3 | $924.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 05/28/08 | RH: Research regarding entry of court order mandating sharing of fees and costs by Defendants; | RH 1.5 | $255.00 |
| 05/29/08 | AL: Common Counsel: Message to J. Currie, K. Verges regarding joinder in Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 05/29/08 | KRV: Review final form of Reply in Support of Motion to Dismiss; revise Reply in Support of Fee Allocation; | KRV .70 | $196.00 |
| 05/30/08 | DC: Review Reply Briefs on Motion to Dismiss and Appointment of Liaison Counsel; | DC .30 | $90.00 |
| **TOTAL** | | | **$159,154.25** |