UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Ameriquest Mortgage Company, et al.
　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:05−cv−07097
　　　　　　　　　　　　　　　　　　　　　Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
　　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 30, 2008:

　　　　MINUTE entry before the Honorable Marvin E. Aspen dated 9/30/08:Defendant/third−party defendant Roy W. Waller's Motion to withdraw [2363] (2264) Michele L. Killebrew and Michael J. Weber as counsel is granted. Motion terminated. Attorney Michele Lynn Killebrew and Michael J. Weber terminated. Defendant Roy W. Waller will represent himself until such time he retains new counsel. The motion hearing set for 10/2/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.