# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | |
| MICHAEL DAVIS and JANICE DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, L.L.C., PREFERRED LENDING GROUP OF MICHIGAN, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of ARGENT SECURITIES, INC., Asset-Backed Pass-Through Certificates, Series 2004-W11 under the Pooling and Servicing Agreement dated as of October 1, 2004, Without Recourse,<br><br>Defendants. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 07 C 1344<br><br>(Originally 06 C 214 (W.D. Mich.))<br><br>(Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097)<br><br><br><br><br><br>**JURY DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Michael Davis and Janice Davis and Defendant Ameriquest Mortgage Company hereby stipulate to the dismissal of Plaintiffs' claims against named defendants with prejudice with each party to bear its own costs and fees.

| | |
|---|---|
| **MICHAEL DAVIS and JANICE DAVIS** | **AMERIQUEST MORTGAGE COMPANY** |
| By: s/Cathleen M. Combs<br>    One of Their Attorneys | By: s_____<br>One of Their Attorneys |
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>120 South LaSalle Street, 18th Floor<br>Chicago IL 60603<br>(312) 739-4200<br>(312) 419-0379 (fax) | Bernard LeSage<br>Brian Newman<br>BUCHALTER NEMER<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>(213) 891-0700<br>(213) 896-0400 (fax) |

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on September 30, 2008, I filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the following:

Bernard E. LeSage
blesage@buchalter.com

Brian Newman
bnewman@buchalter.com

                                                            s/Cathleen M. Combs
                                                            Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois60603
(312) 739-4200
(312) 419-0379 (FAX)