**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> JASON W. CRAWFORD and ) <br> NATALIE J. CRAWFORD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> MORTGAGE INFORMATION SERVICES, ) <br> INC., and WM SPECIALTY MORTGAGE, ) <br> LLC, a Delaware Limited Liability Company, ) <br> ) <br> Defendants. ) <br> _____) | MDL No. 1715 <br> Lead Case No. 05-CV-7097 <br> <br> Centralized before the <br> Honorable Marvin E. Aspen <br> <br> Case No. 1:08-CV-176 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME Plaintiff and Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal with prejudice of all claims alleged in the Complaint and Amended Complaint filed in this civil action (case no. 1:08-CV-176).

This the 1st day of October, 2008.

/s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Counsel for Plaintiffs

<u>s/ Bernard E. LeSage</u>
Bernard E. LeSage
BUCHALTER NEMER, P.C.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Counsel for Defendants Ameriquest Mortgage
Company and WM Specialty Mortgage, LLC

<u>s/ Timothy D. Elliott</u>
Timothy D. Elliott
Rathje & Woodward, LLC
300 E. Roosevelt Rd., Suite 300
Wheaton, Illinois 60187
Telephone: (630) 668-8500
Counsel for Defendant Mortgage
Information Services, Inc.

**CERTIFICATE OF SERVICE**

I, Carlos E. Mahoney, hereby certify that on October 1, 2008, I electronically filed the foregoing document entitled, **Stipulation of Dismissal with Prejudice,** with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of the filing to all attorneys in this action.

    Respectfully submitted,

    /s/ Carlos E. Mahoney
    Carlos E. Mahoney
    Glenn, Mills, Fisher & Mahoney, P.A.
    P. O. Drawer 3865
    Durham, North Carolina 27702-3865
    Telephone: (919) 683-2135
    Fax: (919) 688-9339
    cmahoney@gmf-law.com
    N.C. State Bar No. 26509
    Counsel for Plaintiffs