**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br>*Carpenter v. Ameriquest Mortgage Company, et al.,* Case No. 07-1514 (N.D. Ill.) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 41(a)(2), plaintiff Eulla D. Carpenter has voluntarily dismissed with prejudice the above-captioned action, Carpenter v. Ameriquest Mortgage Co., et al. (originally filed as Case No. 07-35 (S.D. Ohio)). The action was dismissed with prejudice on October 1, 2008. A true and correct copy of the docket with the Notation Order sustaining the Dismissal is attached hereto as Exhibit 1.

DATED: October 2, 2008

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

- 2 -

# Exhibit 1

BN 2306419v1

# U.S. District Court
## Southern District of Ohio (Dayton)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00035-WHR

| | |
|---|---|
| Carpenter v. Ameriquest Mortgage Company et al | Date Filed: 02/02/2007 |
| Assigned to: Walter H Rice | Date Terminated: 03/19/2007 |
| Cause: 28:1441 Petition for Removal - Fair Credit Reporti | Jury Demand: Defendant |
| | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Eulla D Carpenter**     represented by     **Melissa A Greenlee**
Miami Valley Fair Housing
21-23 East Babbitt Street
Dayton, OH 45405-4968
937-223-6035
Fax: 937-223-6279
Email: melissa.greenlee@mvfairhousing.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall J Smith**
Miami Valley Fair Housing Center, Inc.
21-23 E. Babbitt Street
Dayton, OH 45405
937-223-6035
Fax: 937-223-6279
Email: randy.smith@mvfairhousing.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**     represented by     **Jeffrey M Hendricks**
Graydon Head & Ritchey LLP

- 3 -

                                                                     1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
513-621-6464
Email: jhendricks@graydon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMC Mortgage Services, Inc**       represented by  **Jeffrey M Hendricks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2007 | 1 | NOTICE OF REMOVAL against Eulla D Carpenter, filed by Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (Attachments: # 1 Complaint, Exhibits and Summons from Montgomery County Common Pleas Court)(bev1, ) Modified on 2/2/2007 (bev1, ). (Entered: 02/02/2007) |
| 02/02/2007 | 2 | Filing fee: $ 350, receipt number 334638 (bev1, ) Additional attachment(s) added on 2/2/2007 (bev1, ). (Entered: 02/02/2007) |
| 02/02/2007 | | NOTICE: If case is referred, it will be to Magistrate Judge Sharon L. Ovington. (bev1, ) (Entered: 02/02/2007) |
| 02/02/2007 | 3 | COMPLAINT against Ameriquest Mortgage Company and AMC Mortgage Services, Inc, filed by Plaintiff Eulla D Carpenter in Montgomery County Common Pleas Court case no. 07-362.(bev1, ) (Entered: 02/02/2007) |
| 02/07/2007 | | Set/Reset Hearings: Preliminary Pretrial Conference set for 2/22/2007 at 9:00 AM by telephone before Walter H Rice. Prior to the pretrial conference counsel must comply with the MANDATORY DISCLOSURE RULES of Fed. R. Civ. P. 26(a)(1) and the MANDATORY, pre-preliminary pretrial conference between counsel, required by Fed. R. Civ. P. 26(f). NOTE...the format for the Rule 26(f) conference between counsel and the Report to the court has been altered. This new form is available on line and MUST be utilized in this case. The Report must be filed 7 DAYS PRIOR TO THE CONFERENCE. Pretrial procedures and forms can be found at our website |

BN 2306419v1

|  |  | at www.ohsd.uscourts.gov. Should more attorneys be actively involved than those listed on the Court's docket, please notify Karla Evans, at 937-512-1500, immediately, to include the additional attorneys in the Preliminary Pretrial Conference. If you wish a number other than your office number called, please advise 24 hours preceding the conference. (kopf1, ) (Entered: 02/07/2007) |
|---|---|---|
| 02/15/2007 | 4 | ANSWER to Complaint by Defendant AMC Mortgage Services, Inc.(Hendricks, Jeffrey) (Entered: 02/15/2007) |
| 02/15/2007 | 5 | ANSWER to Complaint by Defendant Ameriquest Mortgage Company.(Hendricks, Jeffrey) (Entered: 02/15/2007) |
| 02/15/2007 | 6 | Corporate Disclosure Statement by AMC Mortgage Services, Inc. (Hendricks, Jeffrey) (Entered: 02/15/2007) |
| 02/15/2007 | 7 | Corporate Disclosure Statement by Ameriquest Mortgage Company. (Hendricks, Jeffrey) (Entered: 02/15/2007) |
| 02/15/2007 | 8 | RULE 26(f) REPORT by Plaintiff Eulla D Carpenter, Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (Greenlee, Melissa) (Entered: 02/15/2007) |
| 02/22/2007 |  | Minute Entry for proceedings held before Judge Walter H Rice : Initial Pretrial Conference held on 2/22/2007. A Preliminary Pretrial Conference Order to issue in writing. (kse1, ) (Entered: 02/23/2007) |
| 03/19/2007 | 9 | CONDITIONAL TRANSFER ORDER (CTO-16) by MDL Panel . Signed on 3/13/07. (ep1, ) (Entered: 03/19/2007) |
| 03/19/2007 | 10 | NOTICE OF TRANSMITTAL re 9 Order. Case transferred to the Northern District of Illinois, Judge Marvin E. Aspen. Certified copy of transfer order, and docket sheet sent along with instructions for retrieving electronic case filings. (ep1, ) (Entered: 03/19/2007) |
| 04/09/2007 | 11 | NOTICE OF TRANSMITTAL Returned re 10 Notice (ep1, ) (Entered: 04/10/2007) |
| 10/01/2008 | 12 | First MOTION to Dismiss by Plaintiff Eulla D Carpenter. Responses due by 10/27/2008 (Smith, Randall) (Entered: 10/01/2008) |
| 10/01/2008 |  | NOTATION ORDER SUSTAINING; 12 Motion to Dismiss. Signed by Judge Walter H Rice on 10/1/2008. (davisj1, ) (Entered: 10/01/2008) |

## **CERTIFICATE OF SERVICE**

   I, Bernard E, LeSage, hereby certify that on this 2nd day of October 2008, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                By: /s/  Bernard E. LeSage

BN 2306419v1