### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | |
| Third-Party Defendants. | |

### MOTION TO WITHDRAW

Jeffrey D. Pilgrim, an attorney, respectfully requests that this Court withdraw his appearance as local counsel for Third Party Defendant, LandAmerica Financial Group, Inc. (LandAmerica) in this matter. In support of this Motion, the undersigned states:

1. Jeffrey D. Pilgrim is leaving the employment of Arnstein & Lehr LLP, the firm representing Land America as local counsel in this matter.

2. John L. Ropiequet of Arnstein & Lehr LLP will remain as local counsel for Land America.

Respectfully submitted,

By: /s/ Jeffrey D. Pilgrim
One of their attorneys

8214605-1

1

John L. Ropiequet
Anna-Katrina S. Christakis
Jeffrey D. Pilgrim
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

## **CERTIFICATE OF SERVICE**

Jeffrey D. Pilgrim, an attorney for certain defendants, hereby certifies that on October 2, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jeffrey D. Pilgrim