## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, ) ) ) ) ) Third-Party Plaintiffs, ) ) v. ) ) NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., ) ) ) ) Third-Party Defendants. ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **October 9, 2008, at 10:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Aspen or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2568 of the Dirksen Federal Courthouse, and will then and there present the attached **Motion to Withdraw,** a copy of which is attached and hereby served upon you.

Respectfully submitted,

BY: /s/Jeffrey D. Pilgrim
One of their Attorneys

John L. Ropiequet (ARDC #2376563)
Anna-Katrina S. Christakis (ARDC# 6242675)
Jeffrey D. Pilgrim (ARDC # 6270439)
Arnstein & Lehr LLP
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100

## CERTIFICATE OF SERVICE

      Anna-Katrina S. Christakis, an attorney, certifies that on **October 2, 2008,** she electronically filed Sears' **Notice of Motion,** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      Respectfully submitted,

By: /s/ Jeffrey D. Pilgrim
      One of their attorneys

John L. Ropiequet (ARDC #2376563)
Anna-Katrina S. Christakis (ARDC# 6242675)
Jeffrey D. Pilgrim (ARDC # 6270439)
Arnstein & Lehr LLP
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100

8224780.1