## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,<br><br>    Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

## DECLARATION OF KEITH VERGES

  1. My name is Keith Verges. I am over the age of eighteen years and am competent to make this declaration. I am legal counsel for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Company, LandAmerica Financial Group, Inc., Transnation Title Insurance Company, and Commonwealth Land Title Company. I have personal knowledge of the statements set forth herein, and such information is true and correct.

  2. I, or persons supervised by me, have reviewed the detailed daily narratives of all tasks performed by Liaison Counsel and delegees in this matter. Persons supervised by me prepared the attached Exhibit 1, which is a compilation of all time entries for legal tasks performed on behalf of all Third-Party Defendants   Exhibit 1 is referred to as the Supporting Documentation Detailing Liaison Counsel Fees and Expenses From June 4, 2008, Through

**DECLARATION OF KEITH VERGES – Page 1**



September 4, 2008, (the "Supporting Documentation"), which contains a complete and accurate account of the tasks performed by Liaison Counsel and others at his request at the law firm of Figari & Davenport, LLP. The Supporting Documentation identifies who did the work, the nature of the work, along with the amount of time it took to perform each task, and the amount of attorneys' fees billed for performing each task. Costs and expenses for performing the work are also included therein. The hourly rate of each person performing the work is included herein. I personally reviewed and revised the Supporting Documentation with reference to the underlying statements and included only tasks that I believe were done on behalf of all Third-Party Defendants, as opposed to tasks that were done for my clients or for tasks that Third-Party Defendants did not authorize.

3.     The Supporting Documentation details each task performed in chronological order. The initials of the individual attorney that performed each task as described therein are included in both the "description" column and the "hours" column of the Supporting Documentation and reference the following attorneys:

a)  KRV – Keith Verges: $280.00/hr

b)  RH – Russell W. Hubbard: $170.00/hr

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6th day of October, 2008.

<u>DECLARATION OF KEITH VERGES</u> – Page 2

COMMONWEALTH LAND TITLE INSURANCE
COMPANY, LAWYERS TITLE INSURANCE
CORPORATION, TRANSNATION TITLE
INSURANCE COMPANY, LANDAMERICA
FINANCIAL GROUP, INC., AND
COMMONWEALTH LAND TITLE COMPANY

By: _____

Its:     Legal Counsel

**DECLARATION OF KEITH VERGES** – **Page 3**

## LIAISON COUNSEL FEES AND EXPENSES FROM
## JUNE 4, 2008 THROUGH SEPTEMBER 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 6/4/08 | RH: Review minute entry regarding liaison counsel Order; | RH .10 | $17.00 |
| 6/10/08 | KRV: Review additional emails from Third-Party Defendants regarding fee sharing; memorandum to B. Newman; | KRV .30 | $84.00 |
| 6/16/08 | KRV: Draft and revise Motion to Extend Deadlines for Additional Motions to Dismiss; memorandum to B. Newman; | KRV .70 | $196.00 |
| 6/16/08 | RH: Review correspondence regarding Motion to Extend Time to File Motion to Dismiss; | RH .10 | $17.00 |
| 6/17/08 | KRV: Revise Motion to Extend Deadlines; review memorandum from B. Newman; review Motions or Leave to Amend; | KRV .60 | $168.00 |
| 6/17/08 | RH: Email Motion for Extension to all Third-Party Defendants; revise Motion for Extension; | RH .40 | $68.00 |
| 6/18/08 | KRV: Memorandum to A. Greene; | KRV .20 | $56.00 |
| 6/20/08 | KRV: Work on finalizing Participation Agreement for those agreeing to sign; | KRV .30 | $84.00 |
| 6/20/08 | RH: Finalize and e-file Motion to Extend Deadline for Motion to Dismiss; | RH .40 | $68.00 |
| 6/24/08 | RH: Revise Participation Agreement and exhibits; | RH .80 | $136.00 |
| 6/26/08 | RH: Finalize Participation Agreement and exhibits; review correspondence; review notice of addition and subtraction of parties; | RH .80 | $136.00 |
| 6/27/08 | RH: Email to T. Wallace regarding Participation Agreement; | RH .20 | $34.00 |
| 6/30/08 | RH: Email to C. Murphy; review court's Order regarding filing mediation status report; | RH .20 | $34.00 |
| 6/30/08 | KRV: Itemized costs and expenses for June 2008:<br>6/18/08 – Xerox $1.95<br>6/20/08 – Xerox $16.20<br>6/20/08 – Xerox $19.05<br>6/20/08 – Xerox $22.65<br>6/20/08 – Xerox $12.00<br>6/20/08 – Xerox $15.30<br>6/24/08 – Xerox $0.15<br>6/30/08 – Long Distance $0.28<br>6/30/08 – Long Distance $0.21<br>6/30/08– Long Distance $0.07<br>6/30/08– Long Distance $0.14 | | $88.00 |
| 7/1/08 | RH: Revise mediation status report; email C. Murphy; e-file mediation status report; telephone conference with G. Flynn; | RH 1.10 | $187.00 |

-1-



EXHIBIT

1

**LIAISON COUNSEL FEES AND EXPENSES FROM
JUNE 4, 2008 THROUGH SEPTEMBER 4, 2008**

| Date | Description | Hours | Fees |
|---|---|---|---|
| 7/7/08 | RH: Email D. McCormack; | RH .20 | $34.00 |
| 7/8/08 | RH: Review upcoming dates and email them to D. McCormack; | RH .60 | $102.00 |
| 7/9/08 | KRV: Memorandum to other Third-Party Defendants' counsel regarding dates; review pleadings filed; | KRV .30 | $84.00 |
| 7/9/08 | RH: Email D. McCormack; | RH .10 | $17.00 |
| 7/10/08 | RH: Email D. McCormack regarding discovery deadlines; | RH .20 | $34.00 |
| 7/16/08 | KRV: Review Amended Complaints and proposed Stipulations as to scheduling and stay of class action; docket new class action deadlines; | KRV .50 | $140.00 |
| 7/18/08 | KRV: Review Stipulation to amend deadlines in opt-out cases and docket new deadlines; | KRV .30 | $84.00 |
| 7/22/08 | KRV: Memorandum to B. Newman; | KRV .20 | $56.00 |
| 7/24/08 | KRV: Memorandum to B. Newman as liaison counsel on Third-Party counsel issues; | KRV .40 | $112.00 |
| 7/29/08 | KRV: Memorandum to Third-Party Defendants' counsel regarding status of continuing delay by class action and opt-out Plaintiffs and Defendants; | KRV .20 | $56.00 |
| 7/31/08 | KRV: Telephone conference with B. Newman regarding August 13 mediation in Chicago; telephone conference with C. Swing; prepared updated status report to Third-Party Defendants; | KRV .50 | $140.00 |
| 8/1/08 | RH: Review correspondence, court orders, and pleadings in preparation of drafting status report to Third-Party Defendants; | RH .40 | $68.00 |
| 8/4/08 | KRV: Telephone conference with C. Swing; draft and revise status report; | KRV 1.4 | $392.00 |
| 8/4/08 | RH: Draft outline of status report to Third-Party Defendants; draft and revise status report to Third-Party Defendants; review client documents in preparation to draft status report; | RH 2.5 | $425.00 |
| 8/5/08 | KRV: Telephone conference with B. LeSage and B. Newman; revise status report to all Third-Party Defendants' counsel; letter to all Third-Party Defendants' counsel with status report; memorandum to C. Swing; review status report from Defendants; | KRV 1.9 | $532.00 |
| 8/5/08 | RH: Revise and finalize status report to Third-Party Defendants; | RH .90 | $153.00 |

-2-

**LIAISON COUNSEL FEES AND EXPENSES FROM
JUNE 4, 2008 THROUGH SEPTEMBER 4, 2008**

| Date | Description | Hours | Fees |
|---|---|---|---|
| 8/6/08 | KRV: Memorandum to all Third-Party Defendants' counsel regarding mediation; review various mediation status reports; memorandum to various Third-Party Defendants' counsel preparatory to mediation and further settlement negotiations; | KRV 1.6 | $448.00 |
| 8/7/08 | KRV: Telephone conference with B. LeSage regarding mediation issues; | KRV .20 | $56.00 |
| 8/8/08 | KRV: Pre-mediation conference call with Judge O'Connell; prepare report to all Third-Party Defendants' counsel regarding mediation plan; | KRV 1.1 | $308.00 |
| 8/11/08 | KRV: Prepare and revise updated status report to Third-Party Defendants' counsel letter to Third-Party Defendants' counsel review recent pleadings filed regarding Stipulation of Stay; various memoranda with B. LeSage; | KRV 2.0 | $560.00 |
| 8/12/08 | KRV: Prepare for conference call; conference call with all Third-Party Defendants' counsel; memorandum to mediator regarding who will attend mediation and other issues relating to possible settlement; | KRV 2.1 | $588.00 |
| 8/12/08 | RH: Prepare for and attend conference call with Third-Party Defendants; | RH 1.1 | $187.00 |
| 8/13/08 | KRV: Review mediation reports from attendees; prepared revised status report for all Third-Party Defendants; | KRV .30 | $84.00 |
| 8/14/08 | KRV: Review reports from participants; prepare updated status report regarding mediation and settlement; | KRV 1.1 | $308.00 |
| 8/15/08 | KRV: Review and docket requirement to make updated status report regarding mediation and settlement on behalf of Third-Party Defendants; | KRV .20 | $56.00 |
| 8/19/08 | KRV: Analyze all reports of mediation session of August 12, 2008 and prepare status report for all Third-Party Defendants; revise and submit status report to all Third-Party Defendants; | KRV 1.2 | $336.00 |
| 8/20/08 | KRV: Various status memoranda to other Third-Party Defendants regarding mediation; revise status report for all Third-Party Defendants; | KRV .90 | $252.00 |
| 8/21/08 | KRV: Revise status report to all Third-Party Defendants and circulate status report; | KRV .90 | $252.00 |
| 8/27/08 | RH: Prepare for and draft submission of notice for decision upon motion in support of liaison counsel's fees; | RH 1.0 | $170.00 |
| 8/28/08 | KRV: Revise reimbursement notice to move for entry of reimbursement order; review memorandum from C. Swing regarding discovery; | KRV .30 | $84.00 |
| 8/28/08 | RH: Revise Notice in Support of Liaison Counsel Proposal; telephone conference with court clerk; e-file Notice in Support of Entry of Liaison Counsel Proposal; | RH 2.4 | $408.00 |

## LIAISON COUNSEL FEES AND EXPENSES FROM
## JUNE 4, 2008 THROUGH SEPTEMBER 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 8/29/08 | KRV: Telephone conference with A. Greene regarding potential effects of summary judgment motions now pending; memorandum to B. LeSage regarding settlement; | KRV .40 | $112.00 |
| TOTAL | | | $8,011.00 |

670,841v1