UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715 |
| | LEAD CASE NO. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | Centralized before the Honorable Marvin E. Aspen |
| STEVE T. HARRELL, et al. | |
| PLAINTIFFS | CASE NO. 08-cv-00173 |
| v. | (Originally 07-cv-368 (E.D. Ky.)) |
| AMERIQUEST MORTGAGE CO. | |
| DEFENDANT | |

**NOTICE OF OPTING OUT**

The Plaintiffs, Steve T. Harrell and Sonya Harrell, hereby state that they opt-out of participation in any pending class action lawsuit in this MDL that may relate to them.

Respectfully submitted,

/s/ Melissa R. Dixon
John M. Gambrel
Melissa R. Dixon
Gambrel & Wilder Law Offices, PLLC
1222 ½ N. Main Street, Suite 2
London, Kentucky 40741
Telephone: (606) 878-8906
Facsimile: (606) 878-8907

## CERTIFICATE OF SERVICE

 I, Melissa R. Dixon, hereby certify that on October 8, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Harry W. Cappell, Esq.
Nathan Hugh Blaske, Esq.
Grayon, Head & Ritchey
511 Walnut Street
Suite 1900
Cincinnati, OH 45202

               /s/ Melissa R. Dixon
               Melissa R. Dixon