## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br>Centralized before |
| This Document Relates to:<br>Jose and Rose Mejia, et al.<br>v.<br>Ameriquest Mortgage Company, et al. | Judge Marvin E. Aspen<br><br>Case No. 08-cv-1386 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EMC Mortgage Corporation

| |
|---|
| NAME (Type or print)<br>Robert J. Emanuel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert J. Emanuel |
| FIRM<br>Burke, Warren, MacKay & Serritella, P.C. |
| STREET ADDRESS<br>330 North Wabash Avenue, 22nd Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229212 | (312) 840-7000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 9th day of October, 2008, a true and correct copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties via the Court's electronic filing system:

Daniel Mark Harris
 Email: lawofficedh@yahoo.com
Anthony P. Valach, Jr.
 Email: anthonyvalach@sbcglobal.net
Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
Telephone: (312) 960-1802

*Attorneys for Plaintiffs*

Craig Allen Varga
 Email: cvarga@vblhc.com
Jonathan N. Ledsky
 Email: jledsky@vblhc.com
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60604
Telephone: (312) 341-9400

*Attorneys for Defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company*

Bernard E. LeSage
 Email: blesage@buchalter.com
Buchalter Nemer
1000 Wilshire Boulevard
#1500
Los Angeles, California 90017
Telephone: (213) 891-0700

*Attorneys for Defendant Deutsche Bank National Trust Company*

 /s/ Robert J. Emanuel
 Robert J. Emanuel

483980.1