NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br>*Kennedy, et al.*, *v. Ameriquest Mortgage Company, et al.*<br>(Case No. 08-cv-4462) | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs Gary and Carolyn Singer (08-cv-4462) provide notice to this Court of the voluntary dismissal of their claims, without prejudice. The other plaintiffs in this case, Randy Kennedy, Amii Kennedy, Bruce Levine, Daniel McCorkle, Anthony Tilford and Jean Marie Tilford are not dismissing their claims.

Date: October 10, 2008        Respectfully Submitted:


                                     /s/ Anthony P. Valach, Jr.          .
                                     Counsel for Plaintiffs


                                     Daniel M. Harris
                                     Anthony P. Valach, Jr.
                                     **THE LAW OFFICES OF DANIEL HARRIS**
                                     150 N. Wacker Drive, Suite 3000
                                     Chicago, IL 60606
                                     P: (312) 960-1802
                                     F: (312) 960-1936
                                     lawofficedh@yahoo.com
                                     anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

    I, Anthony P. Valach, Jr., hereby certify that on this 10th day of October 2008, a true and correct copy of plaintiffs' **NOTICE OF VOLUNTARY DISMISSAL** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                          /s/ Anthony Valach
                          Anthony Valach