IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the<br>Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | | October 13, 2008 |
| CALVIN DUNCAN, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>    Defendant. | ) ) ) ) ) ) ) ) ) | Case No. 1:06-cv-02467<br><br>Hon. Marvin E. Aspen |

## **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)**

    Thomas Sherman, Plaintiff of Count Seven of the above captioned matter, by his counsel, Daniel S. Blinn, suggests upon the record, pursuant to Rule 25(a)(1), the death of Thomas Sherman during the pendency of this action.

                                                                                 PLAINTIFF, Thomas Sherman,

                                                                                  By:/s/Daniel S. Blinn
                                                                                  Daniel S. Blinn  ct02188
                                                                                  Consumer Law Group, LLC
                                                                                  35 Cold Spring Road, Suite 512
                                                                                  Rocky Hill, Connecticut 06067
                                                                                  Tel. (860) 571-0408
                                                                                  Fax (860) 571-7457
                                                                                  dblinn@consumerlawgroup.com

## **CERTIFICATION**

  I hereby certify that on **this 13th day of October, 2008**, a copy of the foregoing **Suggestion of Death** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/Daniel S. Blinn
          Daniel S. Blinn