IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the<br>Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | | October 13, 2008 |
| CALVIN DUNCAN, *et al.*,<br>　　Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>　　Defendant. | ) ) ) ) ) ) ) ) ) | Case No. 1:06-cv-02467<br><br>Hon. Marvin E. Aspen |

## MOTION TO SUBSTITUTE PLAINTIFF

Pursuant to F.R.C.P. Rule 25(a)(1), Jennifer Wolfer, the executrix of the estate of Thomas Sherman, informs that:

1. Thomas Sherman, a plaintiff in the above action, died on April 29, 2008;

2. Plaintiff's counsel filed a Suggestion of Death Upon the Record as to Thomas Sherman on September 15, 2008;

3. Letters of administration were issued to Jennifer Wolfer as executrix of the estate of Thomas Sherman by the Court of Probate, District of Clinton, in the State of Connecticut on July 8, 2008;

4. Jennifer Wolfer has duly qualified and is now acting as executrix of the estate of Thomas Sherman and is the representative of Thomas Sherman, a deceased plaintiff in the above action.

5. This action is for violations of the plaintiff's right to cancel a mortgage loan as established by the Truth-in-Lending Act, 15 U.S.C. § 1635.

6. This action is not extinguished by the death of the plaintiff. Abel v. Knickerbocker Realty Co., 846 F. Supp. 445, 448 (D. Md. 1994) (holding TILA suit survives death of obligor and may be maintained by administrator of estate).

7. Copies of Thomas Sherman's Certificate of Death and the Decree Granting Administration of Will are attached hereto as "Exhibit A."

**WHEREFORE**, Jennifer Wolfer now moves this court for an order substituting her, as administrator of the estate of Thomas Sherman, as plaintiff in this action.

PLAINTIFF, Jennifer Wolfer, Executrix of the estate of Thomas Sherman, deceased.

By: /s/Daniel S. Blinn
Daniel S. Blinn  ct02188
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel (860) 571-0408
Fax (860) 571-7457
dblinn@consumerlawgroup.com

## **CERTIFICATION**

I hereby certify that on **this 13th day of October, 2008** a copy of the foregoing **Motion to Substitute Party** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    s/sDaniel S. Blinn
    Daniel S. Blinn