| DECREE GRANTING ADMINISTRATION OR PROBATE OF WILL<br>C-260  REV. 10/05 | STATE OF CONNECTICUT<br>COURT OF PROBATE | RECORDED: |
|---|---|---|
| COURT OF PROBATE, DISTRICT OF Clinton | | DISTRICT NO. 027 |

STATE OF

Thomas Sherman, AKA Thomas D. Sherman (08-0115)

| FIDUCIARY'S NAME AND ADDRESS | POSITION OF TRUST |
|---|---|
| Jennifer Wolfer, 32 River Road, Clinton, CT 06413 | Executrix |

At a court of probate held at the place and time of hearing set by the Court, together with any continuances thereof, as of record appears, on the petitioner's application for admission to probate of an instrument in writing purporting to be the last will and testament of said decedent dated January 12, 2008, and for the appointment of the proposed fiduciary, and the issuance of letters testamentary, all as in said application more fully appears.

PRESENT: Hon. Raymond J. Rigat, Judge

After due hearing, THE COURT FINDS that:

The above-named decedent died on the 29th day of April, 2008, domiciled at the time of death at 32 River Road, Clinton, CT 06413 and having estate whereof administration appertains to this Court, and administration of said estate ought to be granted.

All persons known to be interested in said proceedings have received notice of their right to request a hearing in a decedent's estate matter.

The fiduciary named above has accepted the position of trust designated above, and

Probate bond of the fiduciary as required by statute is fixed at $ 13,500.00.

And it is ORDERED AND DECREED that:

Said will (*and codicils, if any*) is duly proved, and the same is approved and admitted to probate as the LAST WILL AND TESTAMENT of said deceased, and the fiduciary named above is approved, and letters testamentary are hereby issued to said fiduciary.

And it is further ORDERED AND DECREED that:

Two months from the date hereof, be and the same is allowed said fiduciary within which to make a true and complete inventory of all property of the estate of said deceased.

Twelve months from the date hereof, be and the same is allowed said fiduciary within which to settle said estate.

All claims against the above estate be presented pursuant to the provisions of C.G.S. Ch. 802b, Part VII.

*Notice of this decree be given by the judge, clerk, or assistant clerk by regular mail, not more than TEN days from the date hereof.*

Dated at Clinton, Connecticut, this 8th day of July, 2008.

Raymond J. Rigat, Judge

As used in this decree, the word fiduciary includes the plural, where the context so requires.

DECREE GRANTING ADMINISTRATION OR PROBATE OF WILL
PC-260

VS-4 REV. 1/04
STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**

STATE FILE NUMBER (For State Use only. Do not write in this box)

1. DECEDENT'S LEGAL NAME (include AKA's if any) (First, Middle, Last): Thomas D. Sherman
2. SEX: Male
3. ACTUAL OR PRESUMED DATE OF DEATH (MM/DD/YYYY): April 29, 2008
4. ACTUAL OR PRESUMED TIME OF DEATH: 1:00 PM

5. AGE LAST BIRTHDAY: 59
7. DATE OF BIRTH: 03/14/1949
8. BIRTHPLACE: New York, New York

9. RESIDENCE (State): Connecticut
10. RESIDENCE (County): Middlesex
11. RESIDENCE (City or Town): Clinton
12. RESIDENCE (Street and No.): 32 River Road

14. ZIP CODE: 06413
15. EVER IN US ARMED FORCES: No
16. MARITAL STATUS AT TIME OF DEATH: Divorced

18. FATHER'S NAME: George Sherman
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Ethel unavailable

20. INFORMANT'S NAME: Susanne Wolfer
21. INFORMANT'S RELATIONSHIP TO DECEDENT: companion
22. MAILING ADDRESS: 32 River Road, Clinton, CT 06413

24. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: Hospice Facility
25. FACILITY NAME: Conn. Hospice, 100 Double Beach Rd., Branford, CT 06405

26. CITY OR TOWN OF DEATH: Branford 06405
27. COUNTY OF DEATH: New Haven
28. METHOD OF DISPOSITION: Cremation

29. DISPOSITION: River View Crematory
30. LOCATION: Old Saybrook, CT
31. DATE: 05/02/2008
32. WAS BODY EMBALMED? No

33. FUNERAL FACILITY: Swan F.H., 80 East Main Street, Clinton, CT 06413
35. LICENSE NUMBER: 2680

36. DATE PRONOUNCED DEAD: April 29, 2008
37. TIME PRONOUNCED: 1:00 pm
38. NURSE PRONOUNCEMENT NAME: Karen Scialabba RN
40. DATE SIGNED: 04/29/2008

INMEDIATE CAUSE: Widely metastatic lung cancer — 7 yrs

49. MAILING – CERTIFIER: Conn. Hospice, 100 Double Beach Rd, Branford, CT 06405

THIS CERTIFICATE WAS RECEIVED FOR RECORD ON: May 2, 2008

50. DECEDENT'S EDUCATION: High School Graduate/GED
51. DECEDENT OF HISPANIC ORIGIN? No
52. DECEDENT'S RACE: White

53. DECEDENT'S USUAL OCCUPATION: Tug boat Captain
54. KIND OF BUSINESS/INDUSTRY: Transportation
55. SOCIAL SECURITY NUMBER: 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

I certify that this is a true copy of the certificate received for record.

Attest _____
Registrar of the Town of Branford

| FIDUCIARY'S PROBATE CERTIFICATE PC-450 REV. 8/02 | STATE OF CONNECTICUT COURT OF PROBATE | |
|---|---|---|
| COURT OF PROBATE, DISTRICT OF Clinton | DISTRICT NO. 027 | DATE OF CERTIFICATE |
| ESTATE OF/IN THE MATTER OF Thomas Sherman, AKA Thomas D. Sherman (08-0115) | | July 8, 2008 Valid for: 1 year from this date |
| FIDUCIARY'S NAME AND ADDRESS Jennifer Wolfer, 32 River Road, Clinton, CT 06413 | FIDUCIARY'S POSITION OF TRUST Executrix | DATE OF APPOINTMENT July 8, 2008 |

The undersigned hereby certifies that the fiduciary of the above-named estate has accepted appointment, has executed bond according to law or has been excused from executing bond by will or by statute, and is legally authorized and qualified to act as such fiduciary on said estate because said appointment is unrevoked and in full force as of the above date of certificate.

Limitation, if any, on the above certificate:

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the above date of certificate.

*Margaret G. Schroeder*
Margaret A. Schroeder, Clerk

Court Seal

NOT VALID WITHOUT COURT OF PROBATE SEAL IMPRESSED

FIDUCIARY'S PROBATE CERTIFICATE
PC-450