**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) | |
| MORTGAGE LENDING PRACTICES ) | |
| LITIGATION ) | MDL No. 1715 |
| _____ ) | Lead Case No. 05-cv-07097 |
| ) | |
| THIS DOCUMENT RELATES TO ALL ) | |
| INDIVIDUAL ACTIONS ) | Centralized before Judge |
| ) | Marvin E. Aspen |

**NOTICE OF FILING**

**TO:** SEE ATTACHED SERVICE LIST

    **PLEASE TAKE NOTICE** that, on October 14, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **OPT-OUT PLAINTIFFS' REPLY MEMORANDUM INSUPPORT OF THEIR MOTION TO CLARIFY NOVEMBER 7, 2006 MEMORANDUM OPINION AND ORDER.**

    Respectfully Submitted, the Individual Claimants' Steering Committee,

By: s/Charles Delbaum
    National Consumer Law Center
    7 Winthrop Square, 4th Floor
    Boston, MA 02110
    (617) 542-8010
    (617) 542-8028 (FAX)

By: s/Daniel S. Blinn
    Daniel S. Blinn
    Consumer Law Group, LLC
    35 Cold Springs Road, Suite 512
    Rocky Hill, CT 06067
    (860) 571-0408
    (860) 571-7457 (FAX)

By: s/ Tara L. Goodwin
    Tara L. Goodwin
    Edelman, Combs, Latturner & Goodwin, LLC
    120 S. LaSalle St., Ste. 1800
    Chicago, IL 60603

(312) 739-4200

Dated: October 14, 2008

## CERTIFICATE OF SERVICE

I, Tara Goodwin, hereby certify that on October 14, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales

| | |
|---|---|
| mmorales@muchshelist.com, rmclarney@muchshelist.com | Lorne Todd Saeks lsaeks@muchshelist.com |
| Andrew G. Pizor apizor@consumerlawgroup.com | Terry A. Smiljanich tsmiljanich@jameshoyer.com, dstephens@jameshoyer.com, |
| Dominic J. Rizzi drizzi@millerfaucher.com | jbowman@jameshoyer.com, lmartin@jameshoyer.com |
| Samuel H. Rudman srudman@lerachlaw.com | Kristina M. Van Buskirk Kvanbuskirk@ngelaw.com |
| Craig Allan Varga cvarga@vblhc.com | |
| Thomas Joseph Wiegand twiegand@winston.com, ECF_CH@winston.com | |

Respectfully Submitted, the Individual Claimants' Steering Committee,

By: s/Charles Delbaum
    National Consumer Law Center
    7 Winthrop Square, 4th Floor
    Boston, MA 02110
    (617) 542-8010
    (617) 542-8028 (FAX)

By: s/Daniel S. Blinn
    Daniel S. Blinn
    Consumer Law Group, LLC
    35 Cold Springs Road, Suite 512
    Rocky Hill, CT 06067
    (860) 571-0408
    (860) 571-7457 (FAX)

By: s/ Tara L. Goodwin
    Tara L. Goodwin
    Edelman, Combs, Latturner & Goodwin, LLC
    120 S. LaSalle St., Ste. 1800
    Chicago, IL 60603
    (312) 739-4200