IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: BORROWERS' CONSOLIDATED CLASS ACTION | |

**JOINDER IN MEMORANDUM OF POINTS AND AUTHORITIES REGARDING DISMISSAL OF BORROWERS' CONSOLIDATED CLASS ACTION REQUIRED BY SEVENTH CIRCUIT OPINION IN *ANDREWS V. CHEVY CHASE BANK***

Defendant Argent Mortgage Company, LLC ("Argent") hereby joins in certain Defendants' Memorandum Of Points And Authorities Regarding Dismissal Of Borrowers' Consolidated Class Action Required By Seventh Circuit Opinion In *Andrews v. Chevy Chase Bank* ("Memorandum").

One point in that Memorandum warrants additional comment by Argent. Certain Defendants correctly argue that the absence of classwide rescission renders all class relief improper because Plaintiffs cannot jettison an important right of unnamed class members while enforcing that right individually. Plaintiffs are at a fork in the road in terms of this litigation – they must either abandon their class action and proceed individually on their rescission and statutory damages claims, or they must abandon their rescission claims and attempt to seek class certification on their remaining damage claims.

Which direction to head is a decision that each plaintiff must made individually. And, indeed, plaintiffs will likely make different choices depending on their individual situations and the strength of their various claims. For example, plaintiffs receiving loans from Argent will, as a general rule, have much weaker claims on their non-rescission claims, such as their fraud

- 2 -

claims and claims concerning rushed closings, than their fellow class members. This is because Argent is a wholesale mortgage lender. By definition, a wholesale lender has no involvement in the negotiation or communication of loan terms, or the loan closing. Argent likewise has no involvement in collecting loan payments or otherwise servicing loans. Indeed, Argent's involvement in the loan process is limited to funding loans originated by independent mortgage brokers, who are responsible for ensuring that the origination process is effectuated in compliance with all aspects of applicable law. Given Argent's attenuated relationship with borrowers, class plaintiffs receiving loans from Argent will have a difficult time arguing that Argent defrauded them, and will be more likely to opt-out of the class and pursue rescission claims individually. The individual nature of each plaintiff's decision in this regard makes all class relief in this case improper.

DATED: October 15, 2008

Respectfully submitted,

By: /s/ Thomas J. Wiegand

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
twiegand@winston.com

*Attorneys for Argent Mortgage Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all parties.

          /s/ Thomas J. Wiegand
          Attorney for Wayne Lee