## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 10/25/07 | KRV: Review Motion to Compel Formation of Committee Regarding Third-Party Defendants related to Docket 284, 1046-47; memorandum to B. Newman; | KRV .50 | $140.00 |
| 10/30/07 | KRV: Draft proposal to all counsel for Third-Party Defendants to consider steering committee; | KRV 1.5 | $420.00 |
| 10/31/07 | KRV: Various memoranda with B. Newman; review pleadings in MDL and prepare index of significant pleadings; letter to all potential Third-Party Defendants' counsel; telephone conference with counsel for First American; telephone conference with various counsel for Third-Party Defendants; review various messages; prepare status report; | KRV 4.0 | $1120.00 |
| 11/01/07 | KRV: Review memorandum from J. Heintz; memorandum to J. Heintz; review several messages from counsel for Third-Party Defendants; | KRV .50 | $140.00 |
| 11/02/07 | KRV: Draft and revise letter confirming conference call; | KRV .50 | $140.00 |
| 11/02/07 | RH: Research multi-district litigation rules and procedures, especially severance and dismissal; | RH 2.1 | $357.00 |
| 11/05/07 | KRV: Prepare agenda for conference call; letter to all Third-Party Defendants' counsel; telephone conference with Carol of The Mortgage Store; memorandum to J. Heintz; research procedural defenses and substitute issues affecting Third-Party Complaint and potential severance; | KRV 4.3 | $1204.00 |
| 11/05/07 | RH: Research regarding Motion to Dismiss multi-district litigation case; | RH 2.0 | $340.00 |
| 11/06/07 | KRV: Review various messages from counsel for Third-Party Defendants; prepare for conference call; conduct conference call with numerous counsel and representatives for Third-Party Defendants; review Motion to Stay pending class certification decision; review multitude of emails regarding committees and defenses of Third Party Defendants; telephone conference with D. Chizewer regarding Motion to Stay pending class certification; | KRV 5.0 | $1400.00 |
| 11/06/07 | RH: Conference call with Third-Party Defendants regarding forming of committees; | RH 1.0 | $170.00 |
| 11/07/07 | KRV: Review messages regarding formation of committees from various counsel for Third-Party Defendants; memorandum to various counsel for Third-Party Defendants; | KRV 2.0 | $560.00 |
| 11/09/07 | KRV: Telephone conference with J. Platt; review and compare emails from various Third-Party Defendants; assess interest in committee formation and possible joinder in Motion to Stay or Dismiss; various memoranda to other Third-Party defense counsel; | KRV 2.9 | $812.00 |

B, C

B

MTD

B

B

B

EXHIBIT
A
tabbies®

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 11/12/07 | KRV: Research options in response to Complaint, including dismissal and severance; various memoranda to other Third-Party Defendants' counsel; | KRV .90 | $252.00 |
| 11/13/07 | KRV: Telephone conference with C. Savack; research potential severance or dismissal; draft letter to all Third-Party Defendants' counsel; | KRV 1.5 | $420.00 |
| 11/14/07 | KRV: Letter to other Third-Party Defendants' counsel; | KRV .50 | $140.00 |
| 11/14/07 | KRV: Telephone conference with C. Swing (First American); | KRV .30 | $84.00 |
| 11/14/07 | KRV: Telephone conference with C. Motley (Vital Signings); | KRV .20 | $56.00 |
| 11/15/07 | KRV: Telephone conference with D. Chizewer; review additional messages from other Third-Party Defendants' counsel; review messages from D. Chizewer; research substantive and procedural issues in response to Complaint; | KRV 3.1 | $868.00 |
| 11/19/07 | KRV: Prepare for conference call; conference call with Third-Party Defendants' counsel; | KRV 1.0 | $280.00 |
| 11/19/07 | KRV: Research defensive issues; | KRV .50 | $140.00 |
| 11/19/07 | KRV: Telephone conference with A. Greene (Old Republic); | KRV .20 | $56.00 |
| 11/19/07 | KRV: Telephone conference with other Third-Party Defendants' counsel; work on coalition to join in Motion to Dismiss; | KRV 1.0 | $280.00 |
| 11/19/07 | RH: Two conference calls regarding committee formation; | RH 1.0 | $170.00 |
| 11/20/07 | KRV: Telephone conference with C. Swing; review memorandum from C. Swing; draft proposed form of Answer; research issues relating to dismissal; | KRV 2.4 | $672.00 |
| 11/21/07 | KRV: Review various Complaints for Opt-In Plaintiffs from B. McNamara; review Order of Dismissal from other Third-Party Defendants; review various messages from B. McNamara; | KRV 1.7 | $476.00 |
| 11/26/07 | KRV: Telephone conference with A. Jensen; telephone conference and memorandum to R. Hoffman with Zurich; draft Motion to Sever and Strike; work on Answer in alternative; memorandum to B. Newman; memoranda to J. Ropiequet; | KRV .90 | $252.00 |
| 11/27/07 | KRV: Memorandum to C. Swing; | KRV .20 | $56.00 |
| 11/27/07 | KRV: Telephone conference with A. Jensen; | KRV .20 | $56.00 |
| 11/27/07 | KRV: Draft Motion to Dismiss and Strike; | KRV 1.5 | $420.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 11/28/07 | KRV: Various memoranda with B. McNamara; telephone conference with A. Jensen; letter to all Third-Party Defendants' counsel; work on setting up conference call; draft and revise Motion to Dismiss; telephone conference with E. Early and W. Housely; review various Orders on scheduling dismissal; | KRV 2.4 | $672.00 |
| 11/29/07 | KRV: Review memorandum from B. Newman; draft Motion to Dismiss; telephone conferences with various Third-Party Defendants' counsel; | KRV 1.4 | $393.00 |
| 11/30/07 | KRV: Prepare for conference call organized by counsel for Third-Party Defendants, B. Newman; conference call with all Defendants' and Third-Party Defendants' counsel; conference call with only Third-Party Defendants' counsel; various emails to counsel for Third-Party Defendants; | KRV 2.4 | $672.00 |
| 11/30/07 | RH: Conference call with Defendants and Third-Party Defendants; | RH 1.0 | $170.00 |
| 12/03/07 | RH: Research Motion To Dismiss issues; review draft copies of motions to dismiss submitted by Third-Party Defendants; | RH 3.5 | $585.00 |
| 12/04/07 | KRV: Telephone conference with A. Greene; review various Motions to Dismiss and Answers; draft Motion to Dismiss; work on issues relating to attorney roster and appearances; various memoranda with J. Ropiequet; | KRV 4.1 | $1148.00 |
| 12/06/07 | KRV: Review additional Appearances and Motions to Dismiss; memorandum to D. Eckler; review message from A. Fowerbaugh regarding Motion to Require Consolidated Response and objections thereto; | KRV 1.2 | $336.00 |
| 12/06/07 | RH: Research issue regarding motion to dismiss; review individual lawsuits underlying Third-Party claims; | RH 2.1 | $357.00 |
| 12/07/07 | KRV: Draft Motion to Dismiss; | KRV .70 | $196.00 |
| 12/07/07 | KRV: Draft Response to Motion to Require Consolidated Answer and various other case management issues; | KRV 1.9 | $532.00 |
| 12/10/07 | KRV: Review Objections filed by Fidelity to Case Management Proposal; draft Objections to Case Management Motions; review various Answers and Motions to Dismiss; review various messages from Co-Defendants' counsel; review minute entry regarding Motion to Dismiss by NREIS, Consolidated Motion to Dismiss; draft and revise Response to Case Management Motions; | KRV 4.5 | $1260.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 12/11/07 | KRV: Review various messages regarding Case Management Motions and forced consolidation of responses; letter to all Third-Party Defendants' counsel; draft Motion to Reconsider orders requiring consolidated answer and imposing effective moratorium on Motions to Dismiss; review additional filings and docket entries; | KRV 4.0 | $1120.00 |
| 12/11/07 | RH: Research issues regarding committee formation and case consolidation; | RH 1.5 | $255.00 |
| 12/12/07 | KRV: Draft and revise Response to Case Management Motions and Motion to Reconsider entry regarding consolidated Answer; | KRV 2.6 | $728.00 |
| 12/12/07 | KRV: Telephone conference with A. Greene regarding Old Republic; | KRV .50 | $140.00 |
| 12/12/07 | KRV: Telephone conference with A. Fowerbaugh; | KRV .20 | $56.00 |
| 12/12/07 | KRV: Telephone conference with M. Andolina regarding Stewart; | KRV .10 | $28.00 |
| 12/12/07 | KRV: Revise Response to Case Management Motions and Motion to Reconsider; research due process and other issues; | KRV 4.5 | $1,260.00 |
| 12/12/07 | KRV: Memorandum to A. Fowerbaugh; | KRV .20 | $56.00 |
| 12/12/07 | RH: Research issue regarding due process in context of committee formation, case management orders, and case consolidation; | RH 4.6 | $782.00 |
| 12/13/07 | KRV: Revise Response to Case Management Motions and to Motion to Reconsider; research due process and other issues; | KRV 7.8 | $2184.00 |
| 12/13/07 | RH: Revise draft Response to Case Management Orders; | RH .30 | $51.00 |
| 12/13/07 | AL: Conducted research for drafting Motion to Dismiss; drafted Memorandum of Law in Support of Motion to Dismiss; office conferences with J.L. Ropiequet and A.S. Christakis regarding status and responsive pleading; | AL-JDP 5.2 | $1898.00 |
| 12/13/07 | AL: Ameriquest: Review additional Motions to Dismiss; office conference with J. Pilgrim regarding same; | AL-JLR 1.0 | $480.00 |
| 12/14/07 | KRV: Draft Memorandum in Support of Motion to Dismiss; conference call with counsel for Third-Party Defendant; | KRV 2.0 | $560.00 |
| 12/14/07 | KRV: Prepare for conference call with all Third-Party Defendants' counsel; | KRV .60 | $168.00 |
| 12/14/07 | KRV: Revise Motion to Reconsider and Response to Case Management Issues; | KRV 2.0 | $560.00 |
| 12/14/07 | KRV: Memorandum to all Third-Party Defendants' counsel; | KRV .70 | $196.00 |

B

CMI
CMI
CMI
CMI
CMI
MTD
MTD
MTD
CMI

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 12/14/07 | KRV: Conference call with all Third-Party Defendants' counsel; | KRV 1.1 | $308.00 |
| 12/14/07 | RH: Prepare for conference call with Third-Party Defendants; attend conference call with Third-Party Defendants; | RH 1.5 | $255.00 |
| 12/14/07 | AL: LandAmerica: Internal meeting with JDP and JLR to develop strategy regarding Motion to Dismiss; | AL-ASC .25 | $91.25 |
| 12/14/07 | AL: Ameriquest: Office conference with A. Christakis, J. Pilgrim regarding issues for Motion to Dismiss; | AL-ASC .50 | $182.50 |
| 12/14/07 | AL: Ameriquest: Office conference with A. Christakis, J. Pilgrim regarding issues for Motion to Dismiss; | AL-JLR .50 | $240.00 |
| 12/14/07 | AL: Drafted Memorandum in Support of Motion to Dismiss; conference call with counsel for Third-Party Defendants; | AL-JDP 2.0 | $730.00 |
| 12/17/07 | KRV: Research recent First Circuit authority on TILA; | KRV .30 | $84.00 |
| 12/17/07 | KRV: Revise Response to Case Management Motion; | KRV .60 | $168.00 |
| 12/17/07 | KRV: Review many emails from Third-Party Defendants' counsel regarding committees, Motion to Dismiss, drafting, and reconsideration of case management issues; | KRV 2.0 | $560.00 |
| 12/17/07 | KRV: Telephone conference with C. Ofstein; | KRV .30 | $84.00 |
| 12/17/07 | AL: Conducted research regarding duties under TILA; drafted Memorandum in Support of Motion to Dismiss; | AL-JDP 3.50 | $1277.50 |
| 12/17/07 | AL: LandAmerica: Additional research regarding economic loss doctrine in support of Motion to Dismiss; | AL-ASC .25 | $91.25 |
| 12/18/07 | KRV: Telephone conference with A. Greene; | KRV .40 | $112.00 |
| 12/18/07 | KRV: Revise Motion for Reconsideration and to address case management issues; | KRV 1.8 | $504.00 |
| 12/18/07 | KRV: Telephone conference with T. Elliott regarding Mortgage Information Services; memorandum to T. Elliott; | KRV .70 | $196.00 |
| 12/18/07 | KRV: Telephone conference with S. Gummow; | KRV .50 | $140.00 |
| 12/18/07 | KRV: Telephone conference with B. Levinson; | KRV .30 | $84.00 |
| 12/18/07 | AL: Drafted Memorandum in Support of Motion to Dismiss Third-Party Complaint; | AL-JDP 6.00 | $2190.00 |

Handwritten margin annotations: MTD, MTD, MTD, CMI, ATD/CMI, MTD, MTD, CMI, MTD

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 12/19/07 | KRV: Revise Motion to Reconsider and Response to Case Management Motions based on many substantive suggestions and revisions; | KRV 2.0 | $560.00 |
| 12/19/07 | KRV: Numerous memoranda to and from Third-Party Defendants' counsel to revise motion; | KRV 1.5 | $420.00 |
| 12/19/07 | KRV: Review Stipulation regarding stay pending mediation of class claims; | KRV .20 | $56.00 |
| 12/19/07 | KRV: Review various proposed revisions to motion regarding case management; | KRV 1.5 | $420.00 |
| 12/19/07 | AL: Drafted and revised Memorandum in Support of Motion to Dismiss Third-Party Complaint; office conference with J.L. Ropiequet regarding draft Memorandum; | AL-JDP 4.00 | $1460.00 |
| 12/19/07 | AL: Ameriquest: Review and revise brief for Motion to Dismiss; | AL-JLR 1.25 | $600.00 |
| 12/20/07 | AL: LandAmerica: Reviewed draft Motion to Dismiss prepared by JDP and discussed with JDP; reviewed emails to/from co-counsel regarding comments to Motion to Dismiss; | AL-ASC 1.00 | $365.00 |
| 12/20/07 | AL: Reviewed correspondence to K. Verges regarding draft Memorandum in Support of Motion to Dismiss; office conference with J.L. Ropiequet regarding draft Memorandum; | AL-JDP .75 | $273.75 |
| 12/20/07 | AL: Ameriquest: Message to K. Verges regarding comments on brief for Motion to Dismiss; | AL-JLR .50 | $240.00 |
| 12/20/07 | KRV: Review and revise Motion to Dismiss; | KRV 1.0 | $280.00 |
| 12/20/07 | KRV: Telephone conference with K. Clancy; | KRV .40 | $112.00 |
| 12/20/07 | KRV: Revise Motion to Reconsider docket entries and respond to case management issues; | KRV 2.0 | $560.00 |
| 12/20/07 | KRV: Prepare for conference call with Third-Party Defendants' counsel; | KRV .50 | $140.00 |
| 12/20/07 | KRV: Conduct conference call with Third-Party Defendants' counsel; | KRV .50 | $140.00 |
| 12/20/07 | KRV: Prepare and revise committee lists and duties to achieve consensus on committees; | KRV .80 | $224.00 |
| 12/20/07 | KRV: Letter to all Third-Party Defendants' counsel; | KRV .70 | $196.00 |
| 12/20/07 | RH: Conference call with Third-Party Defendants' counsel; | RH .40 | $68.00 |

-6-

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 12/21/07 | KRV: Revise Motion for Reconsideration and to Address Case Management Issues; coordinate with all Third-Party Defendants' counsel on content of Motion for Reconsideration; | KRV 5.0 | $1,400.00 |
| 12/21/07 | AL: Ameriquest: Messages to K. Verges regarding revisions to Case Management, Response and distribution of Motion to Dismiss; | AL-JLR .75 | $360.00 |
| 12/26/07 | AL: Ameriquest: Revisions to brief for Consolidated Motion to Dismiss; message to K. Verges regarding same; | AL-JLR 1.25 | $600.00 |
| 12/26/07 | KRV: Telephone conference with M. Andolina regarding Motion to Reconsider and to address case management issues; | KRV .30 | $84.00 |
| 12/26/07 | KRV: Review and revise Motion to Dismiss; | KRV 1.1 | $308.00 |
| 12/26/07 | KRV: Revise Motion for Reconsideration and incorporate many comments from other Third-Party Defendants' counsel; review various Orders; | KRV 2.5 | $700.00 |
| 12/26/07 | KRV: Work on establishing various committees for briefing, etc.; | KRV .90 | $252.00 |
| 12/27/07 | KRV: Memorandum to M. Andolina regarding Motion to Reconsider Case Management Issues;. | KRV .50 | $140.00 |
| 12/27/07 | KRV: Further revision of Motion to Dismiss; | KRV .90 | $252.00 |
| 12/27/07 | KRV: Revise Case Management Motion and Motion to Dismiss; | KRV 1.5 | $420.00 |
| 12/27/07 | KRV: Telephone conference with A. Sklavos; | KRV .30 | $84.00 |
| 12/27/07 | KRV: Review correspondence regarding Mitchell matter and possible dismissal of the case from MDL; | KRV .50 | $140.00 |
| 12/27/07 | AL: Reviewed and analyzed proposed revisions to Memorandum in Support of Motion to Dismiss; drafted correspondence to J.L. Ropiequet and A.S. Christakis regarding the same; reviewed correspondence from J.L. Ropiequet regarding the same; | AL-JDP 1.0 | $365.00 |
| 12/27/07 | AL: Ameriquest: Review K. Verges' proposed revisions; message to K. Verges, K. Knight regarding same; | AL-JLR 1.0 | $480.00 |
| 12/28/07 | AL: Ameriquest: Review messages regarding draft brief for Motion to Dismiss; message to A. Sklavos, P. Festenstein, J. Carini regarding same; | AL-JLR .50 | $240.00 |
| 12/28/07 | KRV: Coordinate with other Third-Party Defendants' counsel on Motion to Dismiss and Motion Regarding Case Management; | KRV 1.5 | $420.00 |

Handwritten margin notes (left side, top to bottom): CMI, CMI, MTD, CMI, MTD, CMI, CMI, MTD, CMI, MTD, MTD, MTD/CMI

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 12/28/07 | KRV: Revise and finalize Response to Case Management Orders; | KRV 2.0 | $560.00 |
| 12/31/07 | AL: Ameriquest: Additional research regarding defenses in Motion to Dismiss; | AL-ASC 1.5 | $547.50 |
| 01/02/08 | KRV: Work on additional joinders to Case Management Motion; | KRV .90 | $532.00 |
| 01/02/08 | KRV: Letter to all Third-Party Defendants' counsel; | KRV 1.1 | $308.00 |
| 01/02/08 | KRV: Telephone conference with P. Dahlquist on discovery issues. | KRV .30 | $84.00 |
| 01/02/08 | KRV: Work on revisions to Motion to Dismiss and logistics of committees and related issues. | KRV 1.5 | $420.00 |
| 01/02/08 | AL: Ameriquest: Completed research regarding certain issues and met with JK to discuss summary and appendix for Motion to Dismiss; | AL-ASC 1.7 | $620.50 |
| 01/02/08 | AL: Met with A. Christakis regarding issues in Motion to Dismiss; | AL-JBK .20 | $49.00 |
| 01/03/08 | KRV: Letter to all Third-Party Defendants' counsel; review additional pleadings and docket entries; telephone conference with J. Sachien; research issues relating to severance and joinder; | KRV 4.3 | $1204.00 |
| 01/03/08 | AL: Ameriquest: Discussed with JK differences among states in application of law; | AL-ASC .50 | $182.50 |
| 01/03/08 | AL: Began drafting brief in support of Motion to Dismiss; | AL-JBK 5.50 | $1347.50 |
| 01/04/08 | AL: Ameriquest: Reviewed summary of states' law prepared by JK; | AL-ASC .50 | $182.50 |
| 01/04/08 | AL: Ameriquest: Office conference with A. Christakis regarding appendix; | AL-JLR .25 | $120.00 |
| 01/04/08 | AL: Drafted legal summary per A. Christakis' request; | AL-JBK 7.5 | $1837.50 |
| 01/04/08 | KRV: Coordinate with Third-Party Defendants' counsel on issues relating to Motion to Dismiss, mediation, and committee action; review additional docket entries and Orders; | KRV 2.1 | $588.00 |
| 01/06/08 | RH: Prepare necessary documents for Third-Party Defendants' welcome package; | RH 1.2 | $204.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 01/07/08 | KRV: Prepare for conference call with Third-Party Defendants' counsel; telephone conference with J. Ropiequet regarding case management issues; | KRV .80 | $224.00 |
| 01/07/08 | KRV: Telephone conference with Third-Party Defendants' counsel; | KRV 1.0 | $280.00 |
| 01/07/08 | KRV: Several emails to coordinate receiving issues relating to timing and substance of Consolidated Motion to Dismiss; | KRV 1.5 | $420.00 |
| 01/07/08 | KRV: Work on standardized package for Third-Party Defendants; | KRV .50 | $140.00 |
| 01/07/08 | RH: Third-Party Defendants' conference call; | RH .90 | $153.00 |
| 01/08/08 | KRV: Revise presentment of Response to Motion to Reconsider; review additional filings and docket entries; | KRV .20 | $56.00 |
| 01/08/08 | KRV: Telephone conference with counsel for Ameriquest regarding settings of Motion to Reconsider and case management issues; | KRV .40 | $112.00 |
| 01/08/08 | KRV: Revise Motion to Dismiss; | KRV 1.4 | $392.00 |
| 01/08/08 | RH: Research regarding local rule for noticing hearings; draft and revise Notice of Presentment of Case Management Motion; e-file Notice of Presentment; telephone conference with counsel for Ameriquest; | RH 2.5 | $425.00 |
| 01/09/08 | KRV: Work on getting case management issues set for hearing; | KRV .20 | $56.00 |
| 01/09/08 | RH: Email all Third-Party Defendants; telephone conference with court clerk; revise Notice of Presentment and e-file with court; | RH .60 | $102.00 |
| 01/10/08 | KRV: Memorandum to C. Swing; | KRV .20 | $56.00 |
| 01/11/08 | KRV: Telephone conference with L. Unger; | KRV .50 | $140.00 |
| 01/11/08 | KRV: Draft and revise supplement to Case Management Motion; | KRV .60 | $168.00 |
| 01/14/08 | KRV: Memorandum to C. Motley; | KRV .10 | $28.00 |
| 01/14/08 | AL: Ameriquest: Review legal summary; office conference with A. Christakis regarding revisions to same for appendix; | AL-JLR .50 | $240.00 |
| 01/15/08 | KRV: Telephone conference with C. Swing; review additional pleadings; | KRV .90 | $252.00 |
| 01/16/08 | KRV: Memorandum to A. Greene; | KRV .20 | $56.00 |
| 01/16/08 | KRV: Review status report and letter to all Third-Party Defendants' counsel; | KRV .40 | $112.00 |

Handwritten margin annotations (left): MTD, CMI, CMI, MTD, CMI, CMI, CMI, CMI, MTD

Handwritten margin annotations (right): B,C    C

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 01/16/08 | KRV: Draft materials to send to all Third-Party Defendants' counsel; | KRV .90 | $252.00 |
| 01/16/08 | KRV: Memorandum to A. Greene; | KRV .10 | $28.00 |
| 01/16/08 | RH: Revise Third-Party Defendant welcome package; | RH .40 | $68.00 |
| 01/17/08 | KRV: Finalize and file Supplement to Case Management Motion; | KRV 1.8 | $504.00 |
| 01/17/08 | RH: Review letter to Third-Party Defendants; | RH .10 | $17.00 |
| 01/18/08 | AL: Ameriquest: Reviewed all cases cited in appendix regarding survey of economic loss jurisdictions and revised appendix accordingly; | AL-ASC 3.0 | $1095.00 |
| 01/18/08 | AL: Ameriquest: Office conference with A. Christakis regarding appendix for Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 01/21/08 | AL: Substantially revised state survey regarding economic loss doctrine; | AL-ASC 3.1 | $1131.50 |
| 01/22/08 | AL: Ameriquest: Developed strategy regarding Motion to Dismiss; reviewed email from JLR and K. Verges regarding state survey of economic loss doctrine; | AL-ASC 1.0 | $365.00 |
| 01/22/08 | AL: Ameriquest: Review economic loss appendix; office conference with ASC regarding same; draft memorandum to Third-Party counsel regarding same; office conference with ASC and JDP regarding supplementation of Motion to Dismiss and litigation strategy; review messages regarding Motion to Dismiss and appendix; | AL-JLR 1.25 | $600.00 |
| 01/22/08 | AL: Economic loss doctrine research; office conference with J.L. Ropiequet and A.S. Christakis to strategize regarding Motion to Dismiss and related matters; | AL-JDP 1.50 | $547.50 |
| 01/22/08 | KRV: Prepare for conference call; | KRV .20 | $56.00 |
| 01/22/08 | KRV: Conference call with all Third-Party Defendants' counsel; review various filings in MDL; | KRV 1.0 | $280.00 |
| 01/22/08 | RH: Review subject matter of conference call; telephone conference with court clerk; review Pacer for minute entries; Third-Party Defendant conference call; email all Third-Party Defendants regarding Joint Motion to Dismiss; | RH 1.1 | $187.00 |
| 01/23/08 | AL: Ameriquest: Message to co-counsel regarding draft brief and appendix for Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 01/23/08 | KRV: Review various revisions and messages regarding Motion to Dismiss; | KRV .80 | $224.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| | Date | Description | Hours | Fees |
|---|---|---|---|---|
| MTD | 01/24/08 | AL: Ameriquest: Correspondence with co-counsel regarding Motion to Dismiss; | AL-JLR .25 | $120.00 |
| MTD | 01/24/08 | KRV: Review additional revisions and joinder in Motion to Dismiss; prepare schedule of persons joining and information regarding prior Motions to Dismiss; | KRV 2.9 | $812.00 |
| MTD | 01/25/08 | AL: Ameriquest: Reviewed email from Bryan Sullivan regarding Fidelity's comments to Motion to Dismiss and California economic loss doctrine case; reviewed email from Tim Elliott regarding choice of law matrix; | AL-ASC .40 | $146.00 |
| MTD | 01/25/08 | AL: Revision of chart regarding various state laws at issue; | AL-JDP .50 | $182.50 |
| MTD | 01/25/07 | AL: Ameriquest: Review correspondence from co-counsel regarding Motion to Dismiss; office conference with J. Pilgrim regarding choice of law issues for transaction compilation; | AL-JLR .50 | $240.00 |
| MTD | 01/25/08 | KRV: Memorandum to all Third-Party Defendants' counsel; work on coordinating single Consolidated Motion to Dismiss and addressing various states' applicable law; review various filings and amended pleadings; | KRV 2.3 | $644.00 |
| MTD | 01/28/08 | AL: Ameriquest: Office conference with JLR regarding updates to Motion to Dismiss and appendix; | AL-ASC .20 | $73.00 |
| MTD | 01/28/08 | AL: Office conference with J.L. Ropiequet regarding status of Memorandum in Support of Motion to Dismiss; | AL-JDP .30 | $109.50 |
| MTD | 01/28/08 | AL: Ameriquest: Prepare log of co-counsel comments regarding draft brief for Motion to Dismiss; review comments; office conference with A. Christakis, J. Pilgrim regarding preparation for potential co-counsel revisions; | AL-JLR 1.0 | $480.00 |
| MTD | 01/28/08 | KRV: Work on coordinating joinder with additional Third-Party Defendants on Motion to Dismiss; letter to D. Dahlquist; | KRV .50 | $140.00 |
| MTD | 01/29/08 | AL: Ameriquest: Reviewed additional proposed changes to Motion to Dismiss submitted by Chris Swing; emails from/to JLR regarding internal revisions to Motion to Dismiss and appendix; reviewed economic loss cases submitted by other Third-Party Defendants; | AL-ASC 1.0 | $365.00 |
| MTD | 01/29/08 | AL: Review Swing revisions to brief; | AL-JLR .25 | $120.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 01/29/08 | KRV: Memoranda with various Third-Party Defendants' counsel to revise and reach consensus on Motion to Dismiss; review correspondence from Third-Party Defendants' counsel; | KRV .50 | $140.00 |
| 01/30/08 | AL: Attention to comments received on draft Memorandum in Support of Motion to Dismiss; attention to comments received on draft appendix to Memorandum in Support of Motion to Dismiss establishing economic loss doctrine in states; | AL-JDP 1.0 | $365.00 |
| 01/31/08 | AL: Drafted and revised Memorandum in Support of Motion to Dismiss; attention to proposed revisions to draft Memorandum; telephone conference with co-Third-party Defendants' counsel regarding draft Memorandum; office conference with J.L. Ropiequet regarding the same; drafted Motion to Dismiss; | AL-JDP 5.0 | $1825.00 |
| 01/31/08 | KRV: Work on revisions to Motion to Dismiss and obtaining joinder therein; draft letter to all counsel regarding next conference call; review additional pleadings on file; | KRV .60 | $168.00 |
| 02/01/08 | KRV: Work on joinder list for Motion to Dismiss; | KRV .30 | $84.00 |
| 02/01/08 | KRV: Letter to all Third-Party Defendants' counsel; | KRV .80 | $224.00 |
| 02/01/08 | AL: Ameriquest: Reviewed comments to Consolidated Motion to Dismiss submitted by other Third-Party Defendants and emails exchanged regarding same; reviewed updated economic loss appendix; reviewed revised Motion to Dismiss; | AL-ASC 1.4 | $511.00 |
| 02/01/08 | AL: Drafted and revised appendix concerning law on economic loss doctrine for Memorandum in Support of Consolidated Motion to Dismiss; drafted and revised Memorandum in Support of Motion to Dismiss and Motion to Dismiss; message to J.L. Ropiequet and A.S. Christakis regarding the same; | AL-JDP 1.5 | $547.50 |
| 02/01/08 | AL: Ameriquest: Message to A. Fowerbaugh regarding Motion to Dismiss; review revised brief, revisions to Motion, office conference with J. Pilgrim regarding preparation for transmission to co-counsel; message to K. Verges regarding same; telephone conference with A. Griffin regarding arguments in brief; | AL-JLR 1.25 | $600.00 |
| 02/03/08 | KRV: Review and revise Motion to Dismiss; | KRV .30 | $84.00 |
| 02/04/08 | KRV: Prepare for conference call with all Third-Party Defendants' counsel; conduct conference call; telephone conference with S. Deck with law offices of J. Deck; telephone conference with J. King; | KRV 2.0 | $560.00 |

-12-

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| | Date | Description | Hours | Fees |
|---|---|---|---|---|
| | 02/04/08 | RH: Telephone conference with Third-Party Defendants; | RH 1.0 | $170.00 |
| MTD | 02/04/08 | AL: Office conference with A.S. Christakis regarding revisions to Motion to Dismiss and Memorandum in Support; revised Motion to Dismiss and Memorandum; message to J.L. Ropiequet and A.S. Christakis regarding the same; | AL-JDP 1.7 | $620.50 |
| MTD | 02/04/08 | AL: Ameriquest: Message to B. Brewer regarding appendix to brief; office conference with J.D. Pilgrim regarding revisions to motion and brief; | AL-JLR 1.0 | $480.00 |
| MTD | 02/05/08 | AL: Attention to proposed revisions to Memorandum in Support of Motion to Dismiss; drafted correspondence to J.L. Ropiequet and A.S. Christakis regarding same; reviewed correspondence regarding revisions to Motion to Dismiss and Memorandum in Support; | AL-JDP 1.0 | $365.00 |
| MTD | 02/05/08 | AL: Ameriquest: Reviewed and discussed additional proposed changes to Consolidated Motion to Dismiss; | AL-ASC .80 | $292.00 |
| MTD | 02/05/08 | KRV: Review substantive comments and revisions to Motion to Dismiss; | KRV .50 | $140.00 |
| MTD | 02/06/08 | AL: Ameriquest: Review applicable cases; office conference with J.D. Pilgrim; message to C. Swing regarding suitability for brief; review revisions to brief for Motion to Dismiss; draft and revise counsel list for same; | AL-JLR 3.25 | $1560.00 B,C |
| MTD | 02/07/08 | AL: Ameriquest: Review proposed brief for Motion to Dismiss; message to S. Deck regarding same; | AL-JLR .25 | $120.00 |
| MTD | 02/11/08 | AL: Ameriquest: Reviewed appendix regarding joinder to Motion; | AL-ASC .30 | $109.50 |
| MTD | 02/11/08 | AL: Reviewed correspondence regarding draft Motion to Dismiss, Memorandum in Support, and status of matter; revised Motion to Dismiss and Memorandum in Support; message to J.L. Ropiequet and A.S. Christakis regarding the same; | AL-JDP 1.3 | $474.50 |
| | 02/11/08 | AL: Ameriquest: Revisions to client/counsel list for Motion to Dismiss; message to J. Elliott regarding same; | AL-JLR 1.0 | $480.00 C |
| | 02/11/08 | KRV: Review memorandum from C. Swing regarding dismissal of co-party; | KRV .20 | $56.00 |
| | 02/11/08 | RH: Review Order Regarding Case Management Issues and Motion to Reconsider; | RH .20 | $34.00 |
| MTD | 02/12/08 | AL: Ameriquest: Review and correct co-counsel list for email notice and for exhibit to Motion to Dismiss; review docket entries for same; | AL-JLR 1.75 | $840.00 C |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 02/12/08 | KRV: Telephone conference with M. Delrahim regarding B. Newman to send out 02/11/08 Order; | KRV .10 | $28.00 |
| 02/12/08 | KRV: Review various messages regarding mediation status from counsel for Third-Party Defendants and Defendants; | KRV .50 | $140.00 |
| 02/12/08 | KRV: Telephone conference with B. Newman; | KRV .40 | $112.00 |
| 02/12/08 | KRV: Revise letter to all Third-Party Defendants' counsel; | KRV .20 | $56.00 |
| 02/13/08 | KRV: Review various messages from B. Newman regarding mediation and potential defenses based on releases in favor of Attorneys' General; | KRV .80 | $224.00 |
| 02/13/08 | KRV: Draft and revise status report and letter to all Third-Party Defendants' counsel. | KRV 1.8 | $504.00 |
| 02/13/08 | KRV: Review several pleadings and reports relating to mediation | KRV .30 | $84.00 |
| 02/14/08 | KRV: Review various messages from Third-Party defense counsel; telephone conference with A. Greene; review status report from Ameriquest parties; memorandum to T. Elliott; review stay orders; research effects of releases; | KRV 1.1 | $308.00 |
| 02/18/08 | AL: Ameriquest: Message to K. Knight regarding address lists; correct and revise same; | AL-JLR .25 | $120.00 |
| 02/20/08 | KRV: Prepare for conference call; | KRV .30 | $84.00 |
| 02/20/08 | KRV: Conference call with Third-Party Defendants' counsel; | KRV .90 | $252.00 |
| 02/20/08 | KRV: Review numerous messages from Third-Party defense counsel regarding upcoming mediation strategy. | KRV .90 | $252.00 |
| 02/20/08 | KRV: Various memoranda to Third-Party defense counsel on issues affecting mediation and Motion to Dismiss; | KRV 1.3 | $364.00 |
| 02/20/08 | AL: Ameriquest: Numerous messages to co-counsel regarding joinder to Motion to Dismiss; revisions to Exhibit A to Motion; revisions to address lists; messages to K. Knight regarding same; | AL-JLR 1.5 | $720.00 |
| 02/21/08 | AL: Ameriquest: Review messages from co-counsel; revisions to client/counsel list for Motion to Dismiss; | AL-JLR .75 | $360.00 |
| 02/21/08 | KRV: Memorandum to all Third-Party defense counsel; review message from Mediator; | KRV .60 | $168.00 |
| 02/22/08 | AL: Ameriquest: Numerous messages to co-counsel regarding joinder in combined Motion to Dismiss; revisions to client/counsel list for Motion to Dismiss; review additional argument from H. Matyas; message to H. Matyas regarding same; | AL-JLR 2.5 | $1200.00 |

C

MTD

MTD

C

C

MTD

B, C

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 02/22/08 | KRV: Revise letter to Judge O'Connell; | KRV .50 | $140.00 |
| 02/22/08 | KRV: Various letters to all Third-Party defense counsel; | KRV .40 | $112.00 |
| 02/22/08 | KRV: memorandum to C. Swing and others regarding mediation; | KRV .80 | $224.00 |
| 02/25/08 | AL: Ameriquest: Review correspondence from co-counsel; revisions to client/counsel list; review Third-Party Defendant list for non-joining parties; message to co-counsel regarding same; | AL-JLR 1.75 | $840.00 |
| 02/25/08 | KRV: Revise letter to Judge O'Connell; | KRV .20 | $56.00 |
| 02/25/08 | KRV: Review various messages from Third-Party Defendants' counsel regarding mediation; | KRV .20 | $56.00 |
| 02/26/08 | KRV: Research rules of committees and potential for compensation; | KRV .30 | $84.00 |
| 02/26/08 | AL: Ameriquest: Messages to co-counsel regarding additions to client list for Motion to Dismiss; revisions to list; review TILA ruling; | AL-JLR 1.5 | $720.00 |
| 02/27/08 | KRV: Letter to Judge O'Connell; various memoranda to B. Newman; | KRV .50 | $140.00 |
| 02/28/08 | KRV: Memorandum to all Third-Party Defendants' counsel; | KRV .30 | $84.00 |
| 02/28/08 | KRV: Memorandum to Judge O'Connell; | KRV .30 | $84.00 |
| 02/28/08 | RH: Draft and revise order regarding liaison counsel structure; research regarding case management orders in context of lead and liaison counsel; review similar orders regarding lead and liaison counsel; research issue regarding fee-sharing in MDL context from Defendant's perspective; | RH 5.9 | $1003.00 |
| 02/29/08 | KRV: Various memoranda to counsel for Third-Party Defendants regarding mediation; | KRV .30 | $84.00 |
| 02/29/08 | KRV: Letter to Judge O'Connell; | KRV .20 | $56.00 |
| 02/29/08 | RH: Revise proposed Order regarding lead counsel and liaison counsel; research regarding fee structuring for compensation of lead and liaison counsel; | RH 3.3 | $561.00 |
| 02/29/08 | AL: Reviewed correspondence and pleadings; attention to Motion to Dismiss and Memorandum in Support; | AL-JDP 2.0 | $730.00 |
| 03/02/08 | RH: Revise motion for lead and liaison counsel and Third-Party Defendants' steering committee; | RH .60 | $102.00 |
| 03/03/08 | RH: Finalize designation of lead counsel, liaison counsel, and steering committee in proposed Order; | RH .50 | $85.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 03/03/08 | AL: Attention to correspondence regarding Motion to Dismiss; office conference with J.L. Ropiequet regarding Motion to Dismiss; | AL-JDP .40 | $146.00 |
| 03/03/08 | AL: Ameriquest: Office conference with JDP regarding final revisions to Motion to Dismiss for filing; | AL-JLR .75 | $360.00 |
| 03/04/08 | KRV: Letter to all Third-Party defense counsel; | KRV .20 | $56.00 |
| 03/05/08 | KRV: Review Order and Opinion on dismissal of FCRA claims against Third-Party Defendants in Non-Borrower cases; telephone conference with D. Ewing; telephone conference with D. McCormack; | KRV .70 | $196.00 |
| 03/05/08 | AL: Ameriquest: Reviewed Judge Aspen's ruling on Choicepoint and Equifax's Motion to Dismiss Third-Party Complaint; reviewed emails from K. Verges and JLR summarizing ruling; | AL-ASC .50 | $182.50 |
| 03/05/08 | AL: Office conference with J.L. Ropiequet regarding Judge's ruling on credit reporting agencies' Motions to Dismiss Third-Party Complaint; | AL-JDP .30 | $109.50 |
| 03/05/08 | AL: Ameriquest: Telephone conference with A. Stern regarding Motion to Dismiss; revise client/counsel list; review and analysis of ruling on Motion to Dismiss Choicepoint party complaint; office conference with JDP, ASC regarding same; | AL-JLR 1.5 | $720.00 |
| 03/06/08 | AL: Attention to credit reporting agencies' Motions to Dismiss Third-Party Complaint, related briefing, and Judge's rulings on Motions; | AL-JDP .30 | $109.50 |
| 03/06/08 | AL: Telephone conference with W. Ward regarding joinder in Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 03/07/08 | AL: Analyzed Court's ruling on credit reporting agencies' Motion to Dismiss Third-Party Complaint; analyzed briefing on Motions; | AL-JDP 2.0 | $730.00 |
| 03/07/08 | AL: Ameriquest: Telephone conference with C. Murphy; message to K. Verges, A. Jensen regarding contract claim issues and Motion to Dismiss; revise client/counsel list; | AL-JLR .75 | $360.00 |
| 03/10/08 | AL: Revised Memorandum in Support of Motion to Dismiss to incorporate Judge's ruling on credit reporting agencies' Motions to Dismiss Third-Party Complaint; | AL-JDP 3.9 | $1423.50 |
| 03/10/08 | AL: Office conference with JDP regarding revisions to brief for Motion to Dismiss; messages to co-counsel regarding joinder in client list for motion; revisions to list; review and revise brief for Motion to Dismiss; message to co-counsel regarding same; | AL-JLR 2.25 | $1080.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 03/10/08 | KRV: Review various messages regarding events in mediation and potential strategy; review various messages regarding Motion to Dismiss, revisions thereto and joinder therein; review Orders regarding withdrawal of counsel; telephone conference with the Weinstein Group regarding Avalon joinder; review Answers and Appearances by other parties; | KRV 1.2 | $336.00 |
| 03/11/08 | AL: Ameriquest: Messages to co-counsel regarding joinder in Motion; revisions to client/counsel list; | AL-JLR .50 | $240.00 |
| 03/11/08 | KRV: Review Report of Mediation and closing instructions; prepare for conference call with Third-Party defense counsel; conduct conference call; revise Motion to Dismiss and supporting brief; | KRV 1.8 | $504.00 |
| 03/11/08 | RH: Review mediation summary; Third-Party Defendant conference all; | RH 1.5 | $255.00 |
| 03/12/08 | AL: Ameriquest: Messages to co-counsel, K. Knight regarding client/counsel list for Motion to Dismiss; revisions to list; | AL-JLR 1.25 | $600.00 |
| 03/12/08 | KRV: Review Order withdrawing class allegations in Van Gorp matter; review scheduling stipulation and enter new deadlines; review Order requiring status report on mediation and docket deadline; review and revise final list of persons joining Motion to Dismiss; review Order for Case Management; memorandum to C. Murphy regarding status report; | KRV 1.8 | $504.00 |
| 03/12/08 | RH: Revise proposed Order regarding lead, liaison counsel, and steering committees; | RH .40 | $68.00 |
| 03/13/08 | AL: Ameriquest: Message to L. Weinstein; telephone call to D. Wagner's office regarding joinder in Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 03/14/08 | AL: Ameriquest: Emails to/from Hodges (Third-Party Defendant's counsel) regarding mediation summary and committee roster; reviewed final draft of Motion to Dismiss including exhibits; | AL-ASC 1.2 | $438.00 |
| 03/14/08 | AL: Correspondence regarding Motion to Dismiss and status of matter; | AL-JDP .40 | $146.00 |
| 03/14/08 | AL: Ameriquest: Prepare counsel list for filing with Motion to Dismiss; office conference with JDP; telephone conference with S. Weathers regarding same; prepare Motion and brief for e-filing; message to co-counsel regarding same; | AL-JLR 2.25 | $1080.00 |
| 03/17/08 | KRV: Revise proposed Order designating lead, liaison, and other counsel to share fees; | KRV .80 | $224.00 |

Handwritten margin annotations (left): MTD; PO/PA; MTD; MTD; MTD; PO/PA

Handwritten margin annotations (right): C; C; B, C

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 03/17/08 | KRV: Letter to all Third-Party Defendants' counsel, review Motion to Dismiss by all Third-Party Defendants; | KRV 1.2 | $336.00 |
| 03/18/08 | KRV: Revise proposed Order to designate lead and related counsel; | KRV 1.0 | $280.00 |
| 03/18/08 | KRV: Letter to all Third-Party Defendants' counsel; | KRV .20 | $56.00 |
| 03/19/08 | KRV: Review emails regarding mediation for Plaintiffs and Defendants' mediation; memorandum to all Third-Party Defendants' counsel; prepare for conference call; various memoranda to mediator regarding continued Third-Party Defendants' participation; telephone conference with K. Bradley regarding conference call; review ChoicePoint's Answer; conference call with all Third-Party Defendants' counsel; | KRV 3.3 | $924.00 |
| 03/19/08 | RH: Third-Party Defendants' conference call; | RH 1.5 | $255.00 |
| 03/20/08 | KRV: Draft and revise Order establishing liaison and steering committee counsel in MDL to arrange payment thereof; draft and revise fee sharing Participation Agreement; | KRV 4.2 | $1176.00 |
| 03/21/08 | KRV: Revise Order and Agreement to establish liaison counsel and arrange for payment of fees; review Motion for Leave to Amend in opt-out case; review Joint Status Report; | KRV 3.0 | $840.00 |
| 03/24/08 | KRV: Revise letter to all Third-Party Defendants' counsel; revise Participation Agreement and proposed Order setting up counsel for all Third-Party Defendants; letter to Third-Party Defendants' counsel; telephone conference with S. Weathers; various memoranda to C. Swing; | KRV 3.6 | $1008.00 |
| 03/25/08 | KRV: Revise proposed Order assigning liaison and other counsel; draft and revise Participation Agreement; draft updated status report; telephone conference with M. Andolina; telephone conference with A. Greene; | KRV 4.1 | $1148.00 |
| 03/26/08 | KRV: Memorandum to C. Jones; revise Order and Participation Agreement; telephone conference with T. Elliott and C. Murphy; various memoranda with Third-Party Defendants' counsel regarding fee and participation issues; prepare for conference call; conference call with Third-Party Defendants' counsel; prepare Motion for Extension of Time and Stay; memorandum to Third-Party Defendants' counsel regarding number of transactions; | KRV 5.1 | $1428.00 |
| 03/27/08 | KRV: Draft and revise Motion to Extend Deadlines and to Stay; memorandum to all Third-Party Defendants' counsel; review several emails from Third-Party Defendants' counsel regarding Motion to Stay; | KRV 3.7 | $1036.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 03/28/08 | KRV: Memorandum to R. McCormack; review various memoranda regarding Motion for Extension of Time and to Stay; revise Order designating counsel; revise Participation Agreement; | KRV 1.8 | $504.00 |
| 03/31/08 | KRV: Revise Motion for Extension of Time and to Stay; review Order designating liaison counsel; revise Participation Agreement; telephone conference with A. Griffin; review letter from M. Gluck; | KRV 3.3 | $924.00 |
| 04/01/08 | KRV: Letter to all Third Party Defendants' counsel; revise Motion to Stay; | KRV 1.1 | $308.00 |
| 04/03/08 | KRV: Prepare for conference call; telephone conference with Third-Party Defendants' counsel regarding fee sharing and organization per court Order; review Ameriquest memorandum regarding objections to Motion to Dismiss and Motion to Reassign; review several messages from Third-Party Defendants' counsel; memorandum to all Third-Party Defendants' counsel; telephone conference with G. Bodelson; telephone conference with M. Cavalier; | KRV 2.5 | $700.00 |
| 04/04/08 | KRV: Review message from Third-Party Defendant Equifax; telephone conference with counsel for Equifax; review Participation Agreement; revise Order designating lead counsel; review various messages from Third-Party Defendants' counsel regarding Participation Agreement and Order Designating Liaison Counsel; review order resetting status conference; calendar new dates; | KRV 3.5 | $980.00 |
| 04/07/08 | KRV: Letter to all Third-Party Defendants' Counsel with fee and related information; revise Participation Agreement; revise Order Appointing Liaison Counsel; work on calculations of fees and expenses to be subject to Participation Agreement; review time records to ascertain joint time and fees, along with projection; telephone conference with M. Andolina regarding fees and issues with retroactive calculation; | KRV 4.0 | $1120.00 |
| 04/08/08 | KRV: Review messages regarding agreement to Participation Agreement; | KRV .30 | $84.00 |
| 04/09/08 | KRV: Review mediation report; memorandum to C. Swing; memorandum to M. Breslin regarding liaison issues as to non-borrower claims; memorandum to Buchalter firm regarding discovery issues on loan files; review settlement demands from 52 Plaintiffs; | KRV 1.2 | $336.00 |

PO|PA

PO|PA

PO|PA

PO|PA

B

B

B

B

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 04/10/08 | KRV: Review Third Amended Complaint; prepare for conference call; various memoranda to B. Newman; memorandum to all Third-Party Defendants' counsel regarding liaison counsel Order and Participation Agreement; review mediation status; revise Order Appointing Liaison Counsel; revise Participation Agreement; review settlement demands information from various Plaintiffs; | KRV 3.5 | $980.00 |
| 04/11/08 | KRV: Revise Order Appointing Liaison Counsel; review letter from G. Bodelson; review Defendants' Mediation Status Report; letter to all Third-Party Defendants' counsel; review various emails regarding agreement and comments to Order Appointing Liaison Counsel and Participation Agreement; prepare and revise Motion to Extend Time to file structure plan; telephone conference with G. Bodelson; | KRV 5.1 | $1428.00 |
| 04/14/08 | KRV: Review Response to Motion to Dismiss; research authorities relating to fee sharing by Defendants; memorandum to all Third-Party Defendants' counsel; review many messages regarding proposed Participation Agreement; telephone conference with C. Murphy regarding issues affection contribution; file Motion for Extension of Time to file status report; review various filings; telephone conference with D. McCormack; | KRV 2.5 | $700.00 |
| 04/15/08 | KRV: Telephone conference with T. Elliott; review various objections, questions, and comments from Third-Party Defendants' counsel regarding Participation Agreement and Order Appointing Liaison Counsel; memorandum to C. Swing, D. McCormack and various others to attempt to build consensus; draft Reply in Support of Stay; prepare for conference all with Third-Party Defendants' counsel; conduct conference call with Third-Party Defendants' counsel; revise Participation Agreement and Order Appointing Liaison Counsel; memorandum to all Third-Party Defendants' counsel; | KRV 2.8 | $784.00 |
| 04/15/08 | RH: Conference call with Third-Party Defendants; draft status report to court regarding progress of Third-Party Defendants' structure and organization; | RH 4.0 | $680.00 |
| 4/16/08 | KRV: Various memoranda to C. Murphy; work on potential compromise of fee contribution issues; telephone conference with D. McCormack; work on Motion to Enter Order on fee sharing; review various messages regarding joinder in Participation Agreement; | KRV 1.8 | $504.00 |
| 04/16/08 | RH: Draft court-ordered status report regarding structure and governance of Third-Party Defendants, including liaison counsel and Participation Agreement; | RH 1.9 | $323.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 04/17/08 | KRV: Telephone conference with T. Elliott; review various messages regarding joinder, objections to Participation Agreement, and possible compromise by objectors having large numbers of transactions; telephone conference with C. Swing; | KRV 1.9 | $532.00 |
| 04/17/08 | RH: Revise status report regarding structure of Third-Party Defendants; | RH 1.5 | $255.00 |
| 04/18/08 | KRV: Draft and revise status report to court; letter to all Third-Party Defendants' counsel; work on briefing to court for entry of Order requiring financial participation by all Third-Party Defendants; memorandum to C. Swing, C Murphy, and T. Elliott; | KRV 2.0 | $560.00 |
| 04/21/08 | KRV: Prepare and revise status report regarding structure and governance for Third-Party Defendants for filing; letter to all Third-Party Defendants' counsel soliciting role for proposals; memorandum to all Third-Party Defendants' counsel; research and begin tally of votes for proposals; memorandum to A. Griffin; review Equifax's Answer; | KRV 3.3 | $924.00 |
| 04/22/08 | KRV: Memorandum to D. Warren regarding proposal; telephone conference with B. Newman regarding Opt-Out Plaintiff demands; review various messages regarding voting on Participation Agreement; | KRV 1.0 | $280.00 |
| 04/22/08 | RH: Telephone conference with B. Newman; draft and revise Motion to Extend Reply Date to Response for Motion to Dismiss; e-file Reply to Response for Motion to Dismiss; | RH 2.0 | $340.00 |
| 04/23/08 | KRV: Memorandum to C. Murphy; review memorandum from D. Both; memorandum to D. Both; | KRV .40 | $112.00 |
| 04/24/08 | KRV: Review various messages regarding Participation Agreement; | KRV .20 | $56.00 |
| 04/25/08 | KRV: Review Order granting further extension of time regarding organization of Third-Party Defendants and for Reply Brief on Motion to Dismiss; review various messages regarding settlement demands, mediation, and voting on compromise Participation Agreement; | KRV 1.2 | $336.00 |
| 04/28/08 | KRV: Review and compile information from various Third-Party Defendants on Participation Agreement and Order Appointing Liaison Counsel; telephone conference with B. Newman regarding settlement proposal; memorandum to all Third-Party Defendants' counsel regarding settlement issues; | KRV 1.7 | $476.00 |
| 04/29/08 | KRV: Memorandum to C. Murphy; work on submission to court with proposed Participation Agreement; review letter to all Third-Party Defendants; telephone conference with B. Newman; memorandum to H. Matyas; memorandum to B. Brewer; telephone conference with T. Elliott; | KRV 2.5 | $700.00 |

B

B

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 04/30/08 | KRV: Review many messages from Third-Party Defendants' counsel regarding Participation Agreement; draft Motion to Enter Order Appointing Liaison Counsel and Adopting Participation Agreement; memorandum to all Third-Party Defendants' counsel regarding settlement and Participation Agreement; telephone conference with C. Murphy; review pleadings filed; review Ameriquest settlement proposal to Plaintiffs; | KRV 3.5 | $980.00 |
| 05/01/08 | KRV: Telephone conference with T. Wallace; review many email messages regarding potential objections to Participation Agreement; work with objectors to eliminate objections; | KRV 2.0 | $560.00 |
| 05/01/08 | AL: Office conferences with J.L. Ropiequet and A.S. Christakis regarding status of matter and drafting Reply in Support of Motion to Dismiss; reviewed correspondence regarding status of matter; | AL-JDP .80 | $292.00 |
| 05/02/08 | AL: Reviewed Third-Party Defendants' Consolidated Motion to Dismiss for drafting Reply in Support; | AL-JDP 2.1 | $766.50 |
| 05/02/08 | KRV: Memorandum to various Third-Party Defendants' counsel regarding Order Appointing Liaison Counsel and Participation Agreement; draft and revise Status Report and Motion for Entry of Order Appointing Liaison Counsel and awarding fees; telephone conferences with and various memoranda to Third-Party Defendant's counsel to attempt to prevent further objections; research court authority to award Defendants' Liaison Counsel attorneys' fees; | KRV 8.0 | $2240.00 |
| 05/05/08 | KRV: Revise Motion for Entry of Order Appointing Liaison Counsel and awarding attorneys' fees; review memorandum to B. Newman; telephone conference with B. Newman regarding mediation attendees and mediation logistics; revise Order and vote tally for Motion; | KRV 4.0 | $1120.00 |
| 05/06/08 | KRV: Memorandum to Third-Party Defendants' counsel regarding May 7th mediation; letter to Judge O'Connell regarding mediation; organize, as liaison counsel, attendees at mediation, including various emails to prospective attendees; | KRV 2.0 | $560.00 |
| 05/08/08 | AL: Ameriquest: Reviewed and analyzed briefs in connection with Motion to Dismiss regarding analysis and preparation of reply brief; | AL-ASC 2.0 | $730.00 |

-22-

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 05/08/08 | KRV: Revise proposed Order on liaison committees and counsel; review message from committee members of steering committee; review updated status of mediation; review pleadings relating to direct claims against Co-Third-Party Defendants; telephone conference with B. LeSage; | KRV 1.5 | $420.00 |
| 05/09/08 | KRV: Draft and revise status report regarding mediation and discussion with B. LeSage; memorandum to B. Newman regarding Mitchell dismissal; telephone conference with B. LeSage regarding mediation report to court; letter to all Third-Party Defendants' Counsel; memorandum to various Third-Party Defendants' Counsel regarding administrative issues; | KRV 1.5 | $420.00 |
| 05/12/08 | KRV: Review notices relating to attorney substitution for update of liaison counsel service list; | KRV .10 | $28.00 |
| 05/13/08 | KRV: Memorandum to B. LeSage; | KRV .10 | $28.00 |
| 05/14/08 | AL: Common Counsel: Office conference with J.L. Ropiequet regarding drafting Reply Brief in Support of Motion to Dismiss Third-Party Complaint; analyzed Plaintiff's Response to Motion to Dismiss Third-Party Complaint; | AL-JDP .90 | $328.50 |
| 05/14/08 | AL: Common Counsel: Office conference with JDP regarding issues for Reply Brief; | AL-JLR .50 | $240.00 |
| 05/15/08 | AL: Common Counsel: Review new appearances for counsel list for Reply Brief; | AL-JLR .25 | $120.00 |
| 05/16/08 | AL: Attention to drafting Reply in Support of Motion to Dismiss; | AL-JDP .20 | $73.00 |
| 05/16/08 | AL: Message to K. Verges regarding distribution of Reply Brief for comments; office conference with JDP regarding same; | AL-JLR .25 | $120.00 |
| 05/16/08 | KRV: Memorandum to T. Wallace; telephone conference with T. Wallace and A. Triggle; review additional pleadings; telephone conference with T. Elliott; review Response to Motion for Entry of Order Appointing Liaison Counsel; | KRV 1.5 | $420.00 |
| 05/16/08 | RH: Review issue regarding Reply Brief; review issue regarding Notice of Presentation for Motion Appointing Liaison Counsel; | RH .30 | $51.00 |
| 05/17/08 | AL: Analyzed Third-Party Plaintiff's Response to Motion to Dismiss; formulated arguments for Reply in Support of Motion to Dismiss; conducted research for Reply in Support of Motion to Dismiss; | AL-JDP 6.0 | $2190.00 |

POIPA

MTD

MTD

MTD

MTD

MTD

B

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 05/18/08 | AL: Drafted Reply in Support of Motion to Dismiss; | AL-JDP 4.2 | $1533.00 |
| 05/19/08 | AL: Ameriquest: Reviewed and analyzed arguments regarding breach of contract claims; discussed Reply Brief with respect to breach of contract claim with JDP; | AL-ASC 2.8 | $1022.00 |
| 05/19/08 | AL: Drafted Reply in Support of Motion to Dismiss; office conferences with J.L. Ropiequet and A.S. Christakis regarding Reply in Support of Motion to Dismiss; conducted research for Reply in Support of Motion to Dismiss; | AL-JDP 8.0 | $2920.00 |
| 05/19/08 | AL: Common Counsel: Message to R. Hubbard regarding Notice of Motion Regarding Liaison Counsel; office conference with JDP regarding issues for Reply Brief; | AL-JLR .75 | $360.00 |
| 05/19/08 | RH: Draft and revise Notice of Presentation of status report and Motion to Appoint Liaison Counsel; e-file Notice of Presentment; | RH 1.1 | $187.00 |
| 05/20/08 | AL: Common Counsel: Office conference with ASC regarding issues for Reply Brief; review and analysis of prior briefs; revisions to draft Reply Brief; | AL-JLR 3.5 | $1680.00 |
| 05/20/08 | AL: Ameriquest: Continued analysis regarding Reply Brief; | AL-ASC 1.9 | $693.50 |
| 05/20/08 | AL: Reviewed correspondence regarding Reply in Support of Motion to Dismiss; drafted correspondence regarding same; | AL-JDP .30 | $109.50 |
| 05/20/08 | RH: Review correspondence from D. McCormack; email status update to D. McCormack; review status; review Order re-setting hearing; | RH 1.2 | $204.00 |
| 05/21/08 | AL: Ameriquest: Further analysis of arguments in Reply Brief; office conference with JDP and JLR regarding same; | AL-ASC 2.4 | $876.00 |
| 05/21/08 | AL: Office conference with J.L. Ropiequet regarding draft Reply in Support of Motion to Dismiss; drafted and revised Reply in Support of Motion to Dismiss; | AL-JDP 2.0 | $730.00 |
| 05/21/08 | AL: Common Counsel: Revisions to Reply Brief; office conference with JDP, ASC regarding same; | AL-JLR 6.75 | $3240.00 |
| 05/22/08 | AL: Ameriquest: Reviewed and analyzed revised Reply in Support of Motion to Dismiss; | AL-ASC 1.4 | $511.00 |
| 05/22/08 | AL: Drafted and revised Reply in Support of Motion to Dismiss; office conference with J.L. Ropiequet regarding same; | AL-JDP 2.5 | $912.50 |

# LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 05/22/08 | AL: Common Counsel: Revisions to Reply Brief; office conference with JDP, ASC regarding same; message to co-counsel regarding same; | AL-JLR 4.5 | $2160.00 |
| 05/22/08 | RH: Forward Reply Brief to Third-Party Defendants; | RH .10 | $17.00 |
| 05/23/08 | RH: Review Reply Brief and Response to Motion to Dismiss; | RH .90 | $153.00 |
| 05/23/08 | AL: Ameriquest: Further analysis regarding various arguments; | AL-ASC .90 | $328.50 |
| 05/23/08 | AL: Reviewed correspondence regarding draft Reply in Support of Motion to Dismiss; | AL-JDP .30 | $109.50 |
| 05/23/08 | AL: Common Counsel: Correspondence, telephone conference with co-counsel; revisions to Reply Brief for Motion to Dismiss and appendix; | AL-JLR 1.0 | $480.00 |
| 05/27/08 | AL: Ameriquest: Reviewed draft of Reply Brief distributed for discussion and comment; | AL-ASC .40 | $146.00 |
| 05/27/08 | AL: Drafted and revised Reply in Support of Motion to Dismiss; office conference with J.L. Ropiequet regarding Reply; conference call with Third-Party Defendants' counsel regarding Reply and status of matter; office conference with J.L. Ropiequet and A.S. Christakis regarding Reply and status of matter; | AL-JDP 2.5 | $912.50 |
| 05/27/08 | AL: Common Counsel: Correspondence with co-counsel regarding Reply Brief; conference call regarding same; office conference with JDP, ASC regarding revisions to Reply Brief; prepare same; message to K. Verges regarding same; | AL-JLR 2.75 | $1320.00 |
| 05/27/08 | KRV: Review and revise Reply Brief in Support of Motion to Dismiss; prepare for and conduct conference call regarding Motion to Dismiss and other issues; review various messages regarding Reply Brief and revisions thereto; review various pleadings filed and docket entries; review Response to Motion for Appointment of Liaison Counsel; | KRV 2.9 | $812.00 |
| 05/28/08 | AL: Common Counsel: Final revisions to Reply Brief; messages to co-counsel regarding same; prepare same for filing; | AL-JLR 1.75 | $840.00 |
| 05/28/08 | KRV: Draft and revise Reply Brief on Motion to Appoint Liaison Counsel; memorandum to various Third-Party Defendants' counsel regarding Reply Brief and Order requiring payment of fees; research fee payment to Defendants' liaison counsel; | KRV 3.3 | $924.00 |

MTD — (margin notations alongside rows)
B — (margin notations alongside rows)

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED PRIOR TO JUNE 4, 2008

| Date | Description | Hours | Fees |
|------|-------------|-------|------|
| 05/28/08 | RH: Research regarding entry of court order mandating sharing of fees and costs by Defendants; | RH 1.5 | $255.00 |
| 05/29/08 | AL: Common Counsel: Message to J. Currie, K. Verges regarding joinder in Motion to Dismiss; | AL-JLR .25 | $120.00 |
| 05/29/08 | KRV: Review final form of Reply in Support of Motion to Dismiss; revise Reply in Support of Fee Allocation; | KRV .70 | $196.00 |
| 05/30/08 | DC: Review Reply Briefs on Motion to Dismiss and Appointment of Liaison Counsel; | DC .30 | $90.00 |
| TOTAL | | | $159,154.25 |

MTD

MTD