IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO: Counsel of Record:

PLEASE TAKE NOTICE, that on Tuesday, October 28, 2008 at 10:30 a.m. we shall appear before Judge Marvin E. Aspen in Room 2568 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **AMENDED STIPULATION FOR STAY OF ALL PROCEEDINGS AND AMENDED SCHEDULING ORDER**, a copy of which is hereby served upon you.

Dated: October 22, 2008

ROLAND ARNALL

By: /s/ Vincent P. Schmeltz III
One of his attorneys

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
Therese King Nohos, Esq.
DEWEY & LEBOEUF LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, Illinois 60601-6710
Telephone: 312-794-8000
Facsimile: 312-794-8100

## CERTIFICATE OF SERVICE

      Vincent P. Schmeltz III, an attorney, hereby certifies that on this 22nd day of October 2008, he caused a true and correct copy of the foregoing document, **NOTICE OF MOTION** and **AMENDED STIPULATION FOR STAY OF ALL PROCEEDINGS AND AMENDED SCHEDULING ORDER** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                           By:   /s/ Vincent P. Schmeltz III
                                                                                                                      Vincent P. Schmeltz III