## CERTIFICATE OF SERVICE

  Vincent P. Schmeltz III, an attorney, hereby certifies that on this 23rd day of October 2008, he caused a true and correct copy of the foregoing document, **AMENDED NOTICE OF MOTION** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 By: /s/ Vincent P. Schmeltz III
                     Vincent P. Schmeltz III