UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 27, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen:Defendants and Borrowers and Non−Borrower Class Plaintiffs Motion to stay [2469] all proceedings and amended sscheduling order is granted. Motion terminated. This order relates only to the Borrower and and Non−Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding. The schedule set forth in the stipulation, a copy of which is attached to this Order is adopted as the schedule for proceedings in this action. The tolling agreement provided in the stipulation is approved. Enter Order.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.