IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before |
| THIS DOCUMENT RELATES TO ALL ACTIONS | The Honorable Marvin E. Aspen) |

## AMENDED STIPULATION FOR STAY OF ALL PROCEEDINGS AND AMENDED SCHEDULING ORDER

WHEREAS, pursuant to their early agreement, the parties continued this litigation and then participated in several in-person mediation sessions and numerous telephonic sessions beginning on January 16, 2008, with Judge Daniel Weinstein (Ret.);

WHEREAS, since their initial session, the parties have participated in dozens of telephone conference calls with the mediator and participated in additional in-person mediation sessions on June 2 and August 6, 2008; and

WHEREAS, the parties are going to engage in another in-person mediation session before Judge Weinstein on December 11, 2008, and believe that a continuance of the schedule will allow them sufficient time to explore further the possibility of settlement;

NOW THEREFORE, the parties propose continuing the stay until December 15, 2008, amending the discovery schedule in the case to extend all dates, and tolling the statute of limitations as to certain parties, as follows:

1. The Borrower and Non-Borrower Class Plaintiffs ("Plaintiffs") may file a motion to amend and/or for leave to substitute parties on or before December 16, 2008.

2. Defendants may oppose the motion for leave and/or for leave to substitute parties on or before December 30, 2008.

3. Plaintiffs shall reply in support of the motion for leave to amend and/or substitute parties on or before January 13, 2009.

**Motion to Dismiss.**

4. In the event the Court grants leave to amend and/or substitute a party in place of Ambassador Arnall ("Substituted Defendant"), the Substituted Defendant shall file a motion to dismiss ("Motion to Dismiss") or responsive pleading on or before January 27, 2009.

5. Plaintiffs shall oppose the Substituted Defendant's Motion to Dismiss by February 24, 2009.

6. The Substituted Defendant shall reply in support of its Motion to Dismiss by March 16, 2009.

**Fact and Expert Discovery.**

7. Consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), each party shall disclose any and all affirmative experts by January 26, 2009 and any and all rebuttal experts by March 6, 2009.

8. The parties shall complete all fact and expert discovery by April 30, 2009.

**Class Certification.**

9. Absent further leave of Court, Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after Plaintiffs file their motion for class certification, and Plaintiffs shall have up to 30 days after the

filing of Defendants' Opposition to file their reply.

10.     The stay of all proceedings in this matter is continued to December 15, 2008.

**Tolling Agreement.**

11.     Ameriquest Capital Corporation (n/k/a SBP Capital Corporation); Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall; and Dawn Arnall, Personally, as Trustee for the Living Trust and in all corporate capacities, further stipulate that, so as not to prejudice the rights of Plaintiffs by the grant of additional time, any applicable statutes of limitations or statutes of repose applicable to them in connection with this litigation that have not yet run as of July 11, 2008 shall be tolled beginning on July 11, 2008.

12.     The undersigned counsel (originally appearing in this matter for Roland Arnall) has actual and express authority to enter into this Stipulation on behalf of Ameriquest Capital Corporation (n/k/a SBP Capital Corporation); Roland and Dawn Arnall Living Trust; The Estate of Roland Arnall; and Dawn Arnall, Personally, as Trustee for the Living Trust and in all corporate capacities, and to represent them in this action.

IT IS SO STIPULATED:

Dated:  October 24, 2008          By: */s/ Marvin A. Miller, on behalf of*
                                       *Attorneys for Borrower Class Plaintiffs*

                                       Marvin A. Miller
                                       MILLER LAW LLC
                                       115 S. LaSalle Street
                                       Suite 2910
                                       Chicago, IL 60603

                                       Kelly M. Dermody
                                       LIEFF CABRASER HEIMANN &
                                       BERNSTEIN, LLP
                                       275 Battery Street, 30th Floor
                                       San Francisco, CA 94111-3339

- 3 -

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Dated: October 24, 2008
     By: */s/ Thomas J. Wiegand*
        *Attorneys for Argent Mortgage*
        *Company, LLC*

        Thomas J. Wiegand
        WINSTON & STRAWN LLP
        35 W. Wacker Drive
        Chicago, IL 60601-9703

Dated: October 24, 2008
     By: */s/Bernard E. LeSage*
        *Attorneys for Ameriquest Mortgage*
        *Company; AMC Mortgage Services, Inc.,*
        *Town & Country Credit Corporation;*
        *Ameriquest Capital Corporation; Town &*
        *Country Title Services, Inc.; and Ameriquest*
        *Mortgage Securities, Inc.*

        Bernard E. LeSage
        Sara K. Andrus
        BUCKHALTER NEMER,
        A Professional Corporation
        1000 Wilshire Boulevard, Suite 1500
        Los Angeles, CA 90017-2457

- 4 -

Dated: October 24, 2008      By: /s/ *Vincent P. Schmeltz III*

*Attorneys specially appearing for*
*Roland Arnall*

Alan N. Salpeter
Vincent P. Schmeltz III
DEWEY & LeBOEUF LLP
Two Prudential Plaza, Suite 3700
180 N. Stetson Avenue
Chicago, IL 60601

- 5 -