**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> _____) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> *Ameriquest v. Mattix, et al.*, **06-cv-04043** ) <br> (Prior case No. 06-cv-1719 D. Minn.) ) <br> _____) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

## MOTION TO WITHDRAW

Anne A. Bergman, an attorney representing defendants and counterclaimants Lori Mattix and Ivory Ford in the above referenced matter, respectfully requests this Court grant her motion to withdraw as counsel in the above captioned case. In support of this Motion, the undersigned states:

1. I am retiring from the practice of law.

2. Co-counsel Kirstin Siegesmund, an attorney of record, employed by the Minneapolis Legal Aid Society, will continue to represent Lori Mattix and Ivory Ford in this litigation.

Dated: October 30, 2008

/s/ Anne Bergman
Anne Bergman
1434 Triangle Drive
Houlton, WI 54082
(715)549-6313
aabergman@aol.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of October, 2008, I electronically filed the foregoing Motion to Withdraw with the Clerk of Court using the CCCM/ECF system which will send notification of such filing to all counsel of record.

/s/ Anne Bergman
Anne Bergman