# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> _____) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> *Ameriquest v. Mattix, et al.*, **06-cv-04043** ) <br> (Prior case No. 06-cv-1719 D. Minn.) ) <br> _____) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

## NOTICE OF MOTION

To: All counsel of record

PLEASE TAKE NOTICE that on November 13, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Marvin E. Aspen or any judge sitting in his stead, in the courtroom 2568, located at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois 60604 and present the attached Motion for Leave to Withdraw, a copy of which is hereby served upon you.

Dated: October 30, 2008

/s/ Anne Bergman
Anne Bergman
1434 Triangle Drive
Houlton, WI 54082
(715)549-6313
aabergman@aol.com

## CERTIFICATE OF SERVICE

This is to certify that on this 30st day of October, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of Court using the CCCM/ECF system which will send notification of such filing to all counsel of record.

/s/ Anne Bergman
Anne Bergman