# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 05-cv-07097

In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Salazar, et al. v. Argent Mortgage Company, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lehman Brothers, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Steven M. Brandstedt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Steven M. Brandstedt | |
| FIRM <br> Litchfield Cavo LLP | |
| STREET ADDRESS <br> 303 West Madison Street, Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6277173 | TELEPHONE NUMBER <br> (312) 781-6646 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

   I, Steven M. Brandstedt, hereby certify that on October 30, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system. I also certify that a hard copy was or will be served via U.S. mail on the parties without e-mail addresses.

Daniel Mark Harris
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
(312)960-1802
lawofficedh@yahoo.com

Anthony P. Valach, Jr.
The Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312)960-1803
anthonyvalach@sbcglobal.net

Craig Allen Varga
Jonathan N. Ledsky
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60604
(312) 341-9400
cvarga@vblhc.com
jledsky@vblhc.com

                 /s/ Steven M. Brandstedt
                 Steven M. Brandstedt

 Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com