UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITITGATION | MDL no. 1715 <br><br> Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO: *ASENCIO & ALICIA SALAZAR and HAZEL STREET v. ARGENT MORTGAGE COMPANY, LLC, DEUTSCHE BANK NATIONAL TRUST COMPAY, ARGENT MORTGAGE SECURITIES, INC., CITIGROUP INC., LEHMAN BROTHERS, INC. and ARGENT MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-M3*(Case No. 08-cv-3875) | Centralized before the Honorable Marvin E. Aspen <br><br><br><br><br><br><br><br> JURY TRIAL DEMAND |

**NOTICE OF LIQUIDATION AND LITIGATION STAY**

PLEASE TAKE NOTICE that, on September 19, 2008 (the "Commencement Date"), the Securities Investor Protection Corporation ("SIPC") filed a Complaint and Application to commence liquidation of Lehman Brothers Inc. ("Lehman Brothers") pursuant to the Securities Investor Protection Act of 1970 ("SIPA"), 15 U.S.C. § 78aaa *et seq.*, in the United States District Court for the Southern District of New York ("District Court"), case no., 1:08-cv-08119 (GEL). A copy of the Order Commencing Liquidation of Lehman Brothers is attached hereto as Exhibit A. The case has now been transferred to the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"), case no. 08-1420 (JMP).

PLEASE BE ADVISED that, as of the Commencement Date, any new or further action against Lehman Brothers is stayed pursuant to the Bankruptcy Code, 11 U.S.C. § 362 (the "Automatic Stay"), which provides, in relevant part, that the filing of an action pursuant to the SIPA operates a stay, applicable to all entities, of among other things, "the commencement or

continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title . . . ." and of "any act to obtain possession of property of the estate or of the property from the estate or to exercise control over property of the estate." 11 U.S.C. §362(a)(1) & 362(a)(1) & 362(a)(3). The Order Commencing Liquidation entered by the District Court reinforces the stay pursuant to section 362. Exhibit A at 2.

PLEASE BE FURTHER ADVISED that any action taken against Lehman Brothers without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void *ab initio* and may result in a finding of contempt and an assessment of penalties and fines, as appropriate. Lehman Brothers reserves and retains its statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

October 30, 2008  /s/ Thomas M. Crawford
Thomas M. Crawford

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

      I, Thomas M. Crawford, hereby certify that on October 30, 2008, a true and correct copy of the foregoing motion was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system. I also certify that a hard copy was or will be served via U.S. mail on the parties without e-mail addresses.

Daniel Mark Harris
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
(312)960-1802
lawofficedh@yahoo.com

Anthony P. Valach, Jr.
The Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312)960-1803
anthonyvalach@sbcglobal.net

Craig Allen Varga
Jonathan N. Ledsky
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60604
(312) 341-9400
cvarga@vblhc.com
jledsky@vblhc.com

                                                /s/ Thomas M. Crawford
                                                Thomas M. Crawford

 Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com