UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITITGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *ASENCIO & ALICIA SALAZAR and* ) <br> *HAZEL STREET v. ARGENT MORTGAGE* ) <br> *COMPANY, LLC, DEUTSCHE BANK* ) <br> *NATIONAL TRUST COMPAY, ARGENT* ) <br> *MORTGAGE SECURITIES, INC.,* ) <br> *CITIGROUP INC., LEHMAN BROTHERS,* ) <br> *INC. and ARGENT MORTGAGE* ) <br> *SECURITIES, INC. ASSET BACKED* ) <br> *PASS THROUGH CERTIFICATES,* ) <br> *SERIES 2006-M3*(Case No. 08-cv-3875) ) | MDL no. 1715 <br><br> Lead case No. 05-7097 <br><br> Centralized before the <br> Honorable Marvin E. Aspen |

**DEFENDANT LEHMAN BROTHERS, INC., NOTIFICATION AS TO AFFILIATES**

NOW COMES defendant, LEHMAN BROTHERS, INC., by and through its attorneys, LITCHFIELD CAVO, LLP., and makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

1. Lehman Brothers, Inc. is a wholly owned subsidiary of Lehman Brothers Holdings, Inc. (LBHI).

October 30, 2008                                                                                  s/ Thomas M. Crawford
                                                                                                              Thomas M. Crawford

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com

## CERTIFICATE OF SERVICE

      I, Thomas M. Crawford, hereby certify that on October 30, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system. I also certify that a hard copy was or will be served via U.S. mail on the parties without e-mail addresses.

Daniel Mark Harris
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
(312)960-1802
lawofficedh@yahoo.com

Anthony P. Valach, Jr.
The Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312)960-1803
anthonyvalach@sbcglobal.net

Craig Allen Varga
Jonathan N. Ledsky
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60604
(312) 341-9400
cvarga@vblhc.com
jledsky@vblhc.com

                                            /s/ Thomas M. Crawford
                                            Thomas M. Crawford

 Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com