**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br>Centralized before<br>Judge Marvin E. Aspen |
| This Document Relates to:<br>Barbara G. Holland<br>v.<br>Ameriquest Mortgage Company, et al. | Case No. 07-cv-02769<br>(Originally CA-06-10558 (MA)) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EMC Mortgage Corporation, wrongly named as Bear Sterns Mortgage Cap/Amresco

| |
|---|
| NAME (Type or print)<br>Robert J. Emanuel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert J. Emanuel |
| FIRM<br>Burke, Warren, MacKay & Serritella, P.C. |
| STREET ADDRESS<br>330 North Wabash Avenue, 22nd Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229212 | (312) 840-7000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 3rd day of November, 2008, a true and correct copy of the foregoing Appearance was filed electronically.

Notice of this filing will be sent to the following party via the Court's electronic filing system:

>Christopher M. Lefebvre
>Claude and Christopher Lefebvre, P.C.
>Two Dexter Street
>P.O. Box 479
>Pawtucket , RI 02862
>Telephone: (401) 728-6060
>Facsimile: (401) 728-6534
>Email: court@lefebvrelaw.com
>
>*Attorneys for Plaintiff*

Notice of this filing will be delivered to the following party via First Class U.S. Mail, postage prepaid.

>Steven E. Snow
>Partridge Snow & Hahn LLP
>180 South Main Street
>Providence , Rhode Island 02903
>Telephone: (401) 861-8210
>
>*Attorneys for Defendants Ameriquest Mortgage Company and Town & Country Credit Corp.*

>/s/ Robert J. Emanuel
>Robert J. Emanuel

486676.1