Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 11/4/2008 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co. | | |

**DOCKET ENTRY TEXT**

As there is no formal motion before us, we decline to issue any of the rulings suggested by Defendants and Third-Party Defendants. As always, we expect the parties to continue their participation in the ongoing mediations in good faith.

■[ For further details see text below.]

Notices mailed by Judicial staff.

**STATEMENT**

(Reserved for use by the Court)

## ORDER

On September 29, 2008, we ordered parties affected by the Seventh Circuit's decision in *Andrews v. Chevy Chase Bank*, No. 07-1326 (7th Cir. Sept. 24, 2008), to file briefs presenting their views on the potential ramifications of that opinion for this matter. (Dkt. No. 2412.) Per that order, the Class Plaintiffs and Defendants submitted initial briefs summarizing their positions. (Dkt. Nos. 2457-59.) We also received response briefs from Class Plaintiffs, Defendants and Third-Party Defendants. (Dkt. Nos. 2466-68.)

We have reviewed the parties submissions and interpretations of *Andrews*, and we appreciate their input. We wish to clarify, however, that we had not intended for any particular party to seek substantive relief in these briefs or use them as a means to manipulate or thwart the mediation process. Rather, we felt that, in good faith, we must bring the *Andrews* decision to the parties' attention. As there is no formal motion before us, we decline to issue any of the rulings suggested by Defendants and Third-Party Defendants. As always, we expect the parties to continue their participation in the ongoing mediations in good faith.