**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br>Centralized before |
| This Document Relates to:<br>Maria Pena, et al.<br>v.<br>Ameriquest Mortgage Company, et al. | Judge Marvin E. Aspen<br><br>Case No. 06-06745<br>(Originally CA-06-11507 (MA)) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EMC Mortgage Corporation, wrongly named as Bear Sterns Mortgage Cap/Ameresco

| |
|---|
| NAME (Type or print)<br>Robert J. Emanuel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert J. Emanuel |
| FIRM<br>Burke, Warren, MacKay & Serritella, P.C. |
| STREET ADDRESS<br>330 North Wabash Avenue, 22nd Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6229212 | TELEPHONE NUMBER<br>(312) 840-7000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 4th day of November, 2008, a true and correct copy of the foregoing Appearance was filed electronically.

Notice of this filing will be sent to the following party via the Court's electronic filing system:

Christopher M. Lefebvre
Claude and Christopher Lefebvre, P.C.
Two Dexter Street
P.O. Box 479
Pawtucket, Rhode Island 02862
Telephone:    (401) 728-6060
Facsimile:    (401) 728-6534
Email: court@lefebvrelaw.com

*Attorneys for Plaintiffs*

Bernard E. LeSage
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, California 90017
Telephone:    (213) 891-7000
Email: blesage@buchalter.com

*Attorneys for Defendants Wells Fargo Bank and HSBC Mortgage Services, Inc.*

Notice of this filing will be delivered to the following party via First Class U.S. Mail, postage prepaid.

Steven E. Snow
Partridge Snow & Hahn LLP
180 South Main Street
Providence, Rhode Island 02903
Telephone:    (401) 861-8200

*Attorneys for Defendant Ameriquest Mortgage Company*

                                                  /s/ Robert J. Emanuel
                                                    Robert J. Emanuel

487031.1