## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | MDL no. 1715 |
| MORTGAGE LENDING PRACTICES | ) | |
| LITITGATION | ) | Lead case No. 05-7097 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Centralized before the |
| *ASENCIO & ALICIA SALAZAR and* | ) | Honorable Marvin E. Aspen |
| *HAZEL STREET v. ARGENT MORTGAGE* | ) | |
| *COMPANY, LLC, DEUTSCHE BANK* | ) | |
| *NATIONAL TRUST COMPAY, ARGENT* | ) | |
| *MORTGAGE SECURITIES, INC.,* | ) | |
| *CITIGROUP INC., LEHMAN BROTHERS,* | ) | |
| *INC. and ARGENT MORTGAGE* | ) | |
| *SECURITIES, INC. ASSET BACKED* | ) | |
| *PASS THROUGH CERTIFICATES,* | ) | JURY TRIAL DEMAND |
| *SERIES 2006-M3*(Case No. 08-cv-3875) | ) | |

## MOTION FOR NOTICE OF LIQUIDATION AND LITIGATION STAY

NOW COMES Defendant, LEHMAN BROTHERS, INC., ("Lehman Brothers"), by and through its attorneys, Litchfield Cavo LLP, and for its Motion for Notice of Liquidation and Litigation Stay, states as follows:

1.     On September 19, 2008 (the "Commencement Date"), the Securities Investor Protection Corporation ("SIPC") filed a Complaint and Application to commence liquidation of Lehman Brothers Inc. ("Lehman Brothers") pursuant to the Securities Investor Protection Act of 1970 ("SIPA"), 15 U.S.C. § 78aaa *et seq.*, in the United States District Court for the Southern District of New York ("District Court"), case no., 1:08-cv-08119 (GEL).  A copy of the Order Commencing Liquidation of Lehman Brothers is attached hereto as Exhibit A.

2.     The case has now been transferred to the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"), case no. 08-1420 (JMP).

3.     As of the Commencement Date, any new or further action against Lehman Brothers is stayed pursuant to the Bankruptcy Code, 11 U.S.C. § 362 (the "Automatic Stay"), which provides, in relevant part, that the filing of an action pursuant to the SIPA operates a stay, applicable to all entities, of among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title . . . ." and of "any act to obtain possession of property of the estate or of the property from the estate or to exercise control over property of the estate." 11 U.S.C. §362(a)(1) & 362(a)(1) & 362(a)(3).  The Order Commencing Liquidation entered by the District Court reinforces the stay pursuant to section 362.  Exhibit A at 2.

4.     Any action taken against Lehman Brothers without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void *ab initio* and may result in a finding of contempt and an assessment of penalties and fines, as appropriate.

5.     Lehman Brothers reserves and retains its statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

WHEREFORE, for the reasons set forth above, defendant, LEHMAN BROTHERS, hereby moves this Honorable Court to enter an order which stays the pending litigation against Lehman Brothers and defers the proceedings to the Bankruptcy Court stated in the Notice, and any other relief this honorable Court deems necessary.

November 6, 2008                                      /s/ Thomas M. Crawford
                                                     Thomas M. Crawford

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I, Thomas M. Crawford, hereby certify that on November 6, 2008, a true and correct copy of the foregoing motion was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system. I also certify that a hard copy was or will be served via U.S. mail on the parties without e-mail addresses.

Daniel Mark Harris
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
(312)960-1802
lawofficedh@yahoo.com

Anthony P. Valach, Jr.
The Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312)960-1803
anthonyvalach@sbcglobal.net

Craig Allen Varga
Jonathan N. Ledsky
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60604
(312) 341-9400
cvarga@vblhc.com
jledsky@vblhc.com

/s/ Thomas M. Crawford
Thomas M. Crawford

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com