**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) | MDL no. 1715 |
| MORTGAGE LENDING PRACTICES ) | |
| LITITGATION ) | Lead case No. 05-7097 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Centralized before the |
| *ASENCIO & ALICIA SALAZAR and* ) | Honorable Marvin E. Aspen |
| *HAZEL STREET v. ARGENT MORTGAGE* ) | |
| *COMPANY, LLC, DEUTSCHE BANK* ) | |
| *NATIONAL TRUST COMPAY, ARGENT* ) | |
| *MORTGAGE SECURITIES, INC.,* ) | |
| *CITIGROUP INC., LEHMAN BROTHERS,* ) | |
| *INC. and ARGENT MORTGAGE* ) | |
| *SECURITIES, INC. ASSET BACKED* ) | |
| *PASS THROUGH CERTIFICATES,* ) | JURY TRIAL DEMAND |
| *SERIES 2006-M3*(Case No. 08-cv-3875) ) | |

**NOTICE OF MOTION**

To: All counsel on service list

On November 13, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Aspen, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2568 of the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, and shall then and there present Defendant **Lehman Brothers, Inc.'s Motion for Notice of Liquidation and Litigation Stay.**

                                                              s/ Thomas M. Crawford
                                                              Thomas M. Crawford

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I, Thomas M. Crawford, hereby certify that on November 6, 2008, a true and correct copy of the foregoing notice was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system. I also certify that a hard copy was or will be served via U.S. mail on the parties without e-mail addresses.

Daniel Mark Harris
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
(312)960-1802
lawofficedh@yahoo.com

Anthony P. Valach, Jr.
The Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312)960-1803
anthonyvalach@sbcglobal.net

Craig Allen Varga
Jonathan N. Ledsky
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60604
(312) 341-9400
cvarga@vblhc.com
jledsky@vblhc.com

/s/ Thomas M. Crawford
Thomas M. Crawford

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com