UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Ameriquest Mortgage Company, et al.
                                Plaintiff,
v.                                              Case No.: 1:05−cv−07097
                                                Honorable Marvin E. Aspen
Ameriquest Mortgage Company, et al.
                                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, November 7, 2008:


MINUTE entry before the Honorable Marvin E. Aspen dated 11/6/08: In preparation for the December 19, 2008 status conference, the parties including the Borrower and Non−Borrower Class Plaintiffs, Defendants/Third−Party Plaintiffs, Third−Party Defendants (for both third−party actions), and Opt−Out Plaintiffs must file a written status report updating the Court on the progress of their relevant portion(s) of the MDL by December 15, 2008. In their reports, counsel should summarize the status of discovery to date, identify any pending motions, describe any issues that may be raised at the status hearing, and further note any additional matters that may require our attention. These reports may be filed jointly or separately, and also may be combined with the mediation status reports due the same day, at the parties' discretion. Judicial notice mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.