IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-7097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, et al., <br><br>             Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, et al., <br><br>             Third-Party Defendants. | |

## SUGGESTION OF BANKRUPTCY

Archer Land Title, LLC (hereafter the "Debtor"), hereby requests that the Court PLEASE TAKE NOTICE that on the 5th day of November, 2008, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware under Chapter 7 of Title 11 of the United States Code under Case No. 08-12643.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362(a), the Debtor's filing of its voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's case; (b) the

enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained before the commencement of the Debtor's case; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

By: /s/ *David T. Ballard*
David T. Ballard

3

## CERTIFICATE OF SERVICE

I, David T. Ballard, hereby certify that on this 10th day of November, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *David T. Ballard*
David T. Ballard

CHDS01 DTB 507457v1