# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 11/14/2008 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

In preparation for the December 19, 2008 status hearing, a tentative agenda is set forth below. we ask the parties to review the attached order concerning certain procedural matters, including, for example, our requirement that counsel file all documents under the MDL's lead case number, 05-7097. Any comments should be forwarded to the Court within five (5) days, with service to opposing counsel. It is so ordered.

■[ For further details see text below.]   Notices mailed by Judicial staff.

**STATEMENT**

((Reserved for use by the Court)

## ORDER

In preparation for the December 19, 2008 status hearing, a tentative agenda is set forth below.

The Court will hear brief updates from lead counsel* for the parties as follows:

(1) Non-Borrower and Borrower Class Actions;
(2) Consolidated Third-Party Action (Docket No. 1657);
(3) Credit Reporting Agency Third-Party Action (Docket No. 859);
(4) Opt-Out/Individual Actions.

Each update should concisely cover the items to be summarized in the parties' December 15, 2008 reports, including the status of discovery, outstanding motions or issues, and the progress of the pertinent mediation.

We also ask lead counsel to inform us if they believe additional topics should be addressed. Accordingly, if any party feels that a specific matter should be added to this agenda, that party has five (5) days from receipt of this order to advise us, with service on opposing counsel, of the issue they wish to discuss. Only matters raised in this manner, and subject to our approval, will be addressed at the status hearing. When contemplating additional potential issues for the hearing, the parties should bear in mind that the Court will file opinions on all significant pending motions prior to the status hearing.

**STATEMENT**

  Finally, we ask the parties to review the attached order concerning certain procedural matters, including, for example, our requirement that counsel file all documents under the MDL's lead case number, 05-7097. Any comments should be forwarded to the Court within five (5) days, with service to opposing counsel. It is so ordered.

---

\* Given the size of this MDL, and the potential for incurring undue expense, we do not desire or require all counsel to appear for the status hearing. "Lead counsel" for purposes of this order means appropriate representatives from the parties' counsel leadership – such as designated Lead Counsels, Liaison Counsels, and the Individual Claims Steering Committee. (*See*, *e.g.,* 11/7/2006 Case Mgmt. Order (providing that Co-Lead Counsel for Plaintiffs shall "act as spokesperson at pre-trial conferences").) In addition to lead counsel, counsel for a party <u>uniquely</u> affected by a topic under discussion at the hearing may also attend, if they feel it necessary.