UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | MDL No. 1715 |
| LITIGATION | ) | Lead Case No. 05-CV-7097 |
| | ) | |
| | ) | Centralized before the |
| | ) | Honorable Marvin E. Aspen |
| | ) | |

      As referenced in the minute order setting the agenda for the December 19, 2008 status hearing, we hereby address several procedural matters. We ask that counsel review and comply with these requirements.

      Within 30 days, all counsel wishing to receive notice must electronically file an appearance before this Court and, at the very least, ensure that they are placed on the Court's electronic service list for the MDL lead case number, 05-7097. Counsel need not file motions to appear *pro hac vice* in this MDL but may simply file an appearance form. Counsel should review the Northern District of Illinois' e-filing requirements as posted on its website, and the Court's CM/ECF HelpDesk (312-846-8727) can assist you if needed.

      When completing an appearance form or otherwise signing up for service, counsel must include the email address where they prefer to receive notice. For cost and efficiency reasons, the Clerk of the Court will then issue all notices electronically. If you have already filed an appearance or requested service, please make sure that your email address as submitted to the Court is correct.

      Based on calls we regularly receive, it appears that many attorneys are wary of filing an appearance in the MDL, lest they be bombarded with multiple email notifications as documents are filed. First, we observe that, to reduce the number of incoming emails, counsel may elect to get one summary email daily covering case activity for all of their cases in the Northern District, rather than notifications for each individual docket entry. (To do so, counsel should proceed to the "Utilities" menu in CM/ECF, select "Maintain Your Account" and then update their email preferences.) Second, counsel would be wise to stay abreast of developments on the lead case docket because we generally do not enter orders under the individual case numbers. We rely exclusively on the lead case docket.

      Relatedly, counsel must provide the Court with courtesy copies of all filings. This is particularly true if you have mistakenly filed a motion under the individual case number – without the courtesy copy, we may not see it.

      Finally, we understand that a handful judges in other districts have established websites to help manage MDL matters before them. (*See, e.g.,* Manual for Complex Litigation (Fourth) § 40.3.) Although we do not intend to create a website on our own initiative, we encourage the

parties to consider doing so, if they have not already.  This is merely a suggestion, however, which we pass along as a possible means of enabling the large number of interested parties and counsel to readily access information about the MDL.  The parties must inform the Court should they plan to develop such a website.  It is so ordered.