IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., <br><br> Third-Party Defendants. | |

## NOTICE OF LIQUIDATION AND LITIGATION STAY
## THIRD PARTY DEFENDANT GUARANTEE TITLE AND TRUST COMPANY

Please take notice that on October 27, 2008, the Franklin County, Ohio Court of Common Pleas in Case No. 08CVH07-10725 entered an Order placing The Guarantee Title and Trust Company ("GTT") into liquidation due to its hazardous financial condition. Attached as Exhibit A is a copy of the Final Order and Judgment of Liquidation and Appointment of Liquidator, Declaration of absolute Final Bar Date for Claimants to File Proof of Claims and Notice of Continuous Hearings. ("Liquidation Order")

PLEASE BE ADVISED that the Liquidation Order permanently enjoins and stays all litigation pursuant to Ohio Revised Code Section 3903.24.

Dated this 15th day of November, 2008.

                                                                    <u>s/ David C. McCormack</u>
                                                                    David C. McCormack
                                                                    Attorney for Guarantee Title and Trust Company

McCormack Law, S.C.
18875 Saratoga Ct.
Brookfield, WI 53145
(262) 790-1160
(262) 790-1208 (fax)
MacLaw@execpc.com