# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware Limited liability company, Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,<br><br>Third-Party Defendants. | |

## NOTICE OF NON-OPPOSITION TO THIRD PARTY DEFENDANT GUARANTEE TITLE AND TRUST COMPANY IN REHABILITATION'S MOTION TO STAY

On September 22, 2008, Third-Party Defendant Guarantee Title and Trust Company in Rehabilitation, filed a Motion To Stay. [Docket No. 2385] Third-Party Plaintiffs do not oppose the granting of the motion to stay all proceedings in this cause pertaining to Third-Party Defendant Guarantee Title and Trust Company in Rehabilitation.

DATED: November 17, 2008

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company and Argent Mortgage Company LLC*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on this 17th day of November 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                             By: /s/ Bernard E. LeSage