**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>*Louis Brown, et al. v. Ameriquest Mortgage Company, et al.*; Case No. 1:07-05585 | |

<u>**NOTICE OF UNOPPOSED MOTION**</u>

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 20, 2008 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present the Unopposed Motion To Amend the Caption To Properly Name Defendant WM Specialty Mortgage, LLC, erroneously sued as Washington Mutual Bank.

DATED: November 18, 2008

Respectfully submitted,

By:     /s/ Bernard E. LeSage
BERNARD E. LESAGE
*Attorneys for Defendant
WM Specialty Mortgage, LLC,
erroneously sued as Washington Mutual Ban*k

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

- 1 -

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on this 18th day of November 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> By:     /s/ Bernard E. LeSage
> BERNARD E. LESAGE
> *Attorneys for Defendant*
> *WM Specialty Mortgage, LLC,*
> *erroneously sued as Washington Mutual Bank*