UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                  Case No.: 1:05−cv−07097
                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 18, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen:Defendant WM Specialty Mortgage, LLC's Motions (2499, 2501, 2503, 2505, 2507, 2508, 2509, 2511, 2513, & 2515) to amend the caption to properly name Defendant WM Specialty Mortgage, LLC rather than as Washington Mutual Bank is granted. Motion terminated. WM Specialty Mortgage, LLC added. Washington Mutual Bank terminated. The motion hearings set for 11/20/08 are stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.