**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>*Curtis Rackley, et al. v. Ameriquest Mortgage Company, et al.*; Case No. 07-06712 | |

**UNOPPOSED MOTION TO AMEND THE CAPTION TO PROPERLY NAME
DEFENDANT WM SPECIALTY MORTGAGE, LLC**

Defendant WM Specialty Mortgage, LLC, erroneously sued as Washington Mutual Bank ("WM Specialty") moves the Court for an order to amend the caption in this action so that it is properly named as "WM Specialty Mortgage, LLC" rather than as "Washington Mutual Bank". Counsel for WM Specialty conferred with counsel for Plaintiffs Curtis Rackley; Ross & Lindsey Smitherman; Jessie & Teresa Holyfield; Bob & Debra Parker ("Plaintiffs") and Plaintiffs do not oppose this Motion.

**GROUNDS FOR RELIEF**

1. On 10/17/07, Plaintiffs filed this action before the United States District Court for the Northern District of Illinois. On or about 07/25/08, Plaintiffs filed the First Amended Complaint, naming "Washington Mutual Bank" as one of the defendants.

2. The entity that actually owned or owns the loans at issue in this action is WM Specialty.

3. WM Specialty has, in the past, answered on behalf of "WM Specialty Mortgage, LLC, erroneously sued as Washington Mutual Bank."

4. At present, however, Washington Mutual Bank is in Federal Deposit Insurance Corporation receivership, and WM Specialty is a subsidiary of JP Morgan Chase Bank, N.A.

5. Accordingly, WM Specialty no longer has the authority to act on behalf of Washington Mutual Bank.

6. The First Amended Complaint improperly names Washington Mutual Bank as a defendant in place of WM Specialty.

7. A defendant may move to amend a caption to make corrections to its name. *See Kozloff, Inc. v. H&G Distributors, Inc.*, 717 F. Supp. 1336, 1337 n.1 (N.D. Ill. 1989). As such, WM Specialty seeks to amend the caption in this action so that it is named as a defendant instead of "Washington Mutual Bank."

8. On October 28, 2008, WM Specialty's counsel conferred with Plaintiffs' counsel, who indicated that Plaintiffs do not oppose the instant motion.

9. WM Specialty's counsel has given due notice of this Motion, in the manner provided for in Rule 5 of the Federal Rules of Civil Procedure, on all parties that have appeared in this action to date. The appropriate Certificate of Service is attached to this Motion.

DATED: November 18, 2008         Respectfully submitted,

By:    /s/ Bernard E. LeSage
BERNARD E. LESAGE
*Attorneys for Defendant*
*WM Specialty Mortgage, LLC,*
*erroneously sued as Washington Mutual Bank*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

- 3 -

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on this 18th day of November 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                         By:      /s/ Bernard E. LeSage
                                BERNARD E. LESAGE
                                *Attorneys for Defendant*
                                *WM Specialty Mortgage, LLC,*
                                *erroneously sued as Washington Mutual Bank*