UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                                  Case No.: 1:05−cv−07097
                                                                               Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 19, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Defendant WM Specialty Mortgage LLC.'s Unopposed Motions to [2519, 2522, 2524, 2526, & 2528) amend the caption to properly name defendant WM Specialty Mortgage, LLC rather than as Washington Mutual Bank] is granted. Motion terminated. Party WM Specialty Mortgage, LLC added. Defendant Washington Mutual Bank terminated. The motion hearing set for 11/20/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.