**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, a ) <br> Delaware corporation; and ARGENT ) <br> MORTGAGE COMPANY LLC, a Delaware ) <br> limited liability company, ) <br> ) <br>       Third-Party Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> NORTHWEST TITLE AND ESCROW ) <br> CORPORATION, a Minnesota corporation, ) <br> et al., ) <br> ) <br>       Third-Party Defendants. ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable <br> Marvin E. Aspen |

**THIRD-PARTY DEFENDANTS' AGENDA SUBMISSION
FOR DECEMBER 19, 2008, STATUS HEARING**

The undersigned, as Liaison Counsel to Third-Party Defendants, submits the following additional agenda items in response to the Court's November 14, 2008, Order.

**1.      Third-Party Defendants' Remaining Responsive Pleadings.**

Pursuant to the Court's February 11, 2008, Order (Doc. 1958), the Court permitted Third-Party Defendants to file three additional motions to dismiss, "consolidated by sub-group (brokers, title examiners and closing agents, and underwriters)" with the current deadline established by the Court's September 25, 2008, docket entry (Doc. 2393) as 60 days after the Order on Defendants' Consolidated Motion to Dismiss, which was entered

on October 14, 2008 (Doc. 2455). Accordingly, there may be further motions to dismiss filed on or about December 12, 2008.

To the extent further motions to dismiss are not filed, those Third-Party Defendants who have not answered question the feasibility of a consolidated answer, especially since there are separate pleadings for each opt-out Plaintiff's complaint and each Defendant's answer thereto. Third-Party Defendants therefore request that their responsive pleading obligation be an agenda item.

2. **Liaison Counsel Compensation.**

To the extent that the Court is not already planning to file an opinion on Liaison Counsel's motion for approval of its fees and expenses, Liaison Counsel respectfully requests that the Court address the proposed compensation plan and objection thereto.

Respectfully submitted,

By:/s/ Keith R. Verges
    Keith R. Verges

Keith R. Verges
Mark T. Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Christopher S. Naveja
Jason B. Hirsh
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

*Liaison Counsel and Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

## CERTIFICATE OF SERVICE

I, Keith R. Verges, hereby certify that on this 21st day of November 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Keith R. Verges
Keith R. Verges