

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Jeffrey W. Finke

FIRM: Law Office of Jeffrey W. Finke

STREET ADDRESS: 55 West Wacker Drive, Suite 1400

CITY/STATE/ZIP: Chicago, IL 60601-1799

PHONE NUMBER: (312) 606-3333

E-MAIL ADDRESS: jwfinke@mindspring.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 0808679

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 05 C 7097 | In re Ameriquest Mortgage Co. | Aspen |
|  |  |  |
| 08 C 2950 | Touhy v. Langeland | Holderman |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Jeffrey W. Finke                                      November 21, 2008
_____          _____
Attorney's Signature                                              Date