**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL | ) | Centralized before Judge |
| ACTIONS | ) | Marvin E. Aspen |
| | ) | |

_____

| | | |
|---|---|---|
| MARIANNE FREEBERG, | ) | |
| OSCAR H. FREEBERG and | ) | 06 CV 06717 |
| CECILIA M. ROWAN, | ) | |
| | ) | Judge Amy J. St. Eve |
| Plaintiffs, | ) | Magistrate Judge Cole |
| | ) | |
| v. | ) | Transferred to Judge Aspen for |
| | ) | pretrial proceedings under MDL |
| AMERIQUEST MORTGAGE COMPANY, | ) | #1715, Lead Case #05 C 7097 |
| HOUSEHOLD FINANCE CORPORATION, | ) | |
| HSBC BANK USA, CREDIT-BASED ASSET | ) | |
| SERVICING AND SECURITIZATION, LLC, | ) | |
| LITTON LOAN SERVICING, LP, and DOES 1-10, | ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE FOURTH AMENDED COMPLAINT, *INSTANTER***

Plaintiffs Marianne Freeberg, Oscar H. Freeberg, and Cecila M. Rowan hereby

respectfully move this Court, pursuant to Fed. R. Civ. P. 15(a), for leave to file a Fourth Amended

Complaint, *Instanter,* in this action. A copy of plaintiffs' proposed Fourth Amended Complaint is

attached hereto as Appendix A. In support of their motion, plaintiffs state as follows:

1.      Ms. Freeberg, Mr. Freeberg, and Ms. Rowan filed this action on

December 5, 2006 against defendant Ameriquest Mortgage Company and affiliates to rescind

their mortgage loan and recover damages for violations of the Truth In Lending Act, 15 U.S.C. §

1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, C.F.R. part 226; and

state law.

        2.     Plaintiffs' fourth amended complaint seeks merely to add U.S. Bank, N.A.

as a defendant.  Ameriquest has recently informed plaintiffs that U.S. Bank, N.A. was the owner

of plaintiff Cecilia Rowan's loan.  (This information is rarely, if ever, available on public record.)

        3.     The minor, proposed changes would not cause any prejudice to any

defendant.  See Johnson v. Oroweat Foods, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the

addition of new factual allegations or a change in legal theory only prejudices the defendant if the

amendment is sought shortly before or during trial);  Hely & Patterson Intern v. F.D. Rich

Housing, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice

means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the

opportunity to present facts or evidence which it would have offered had the amendments . . .

been timely"); Head v. Timken Roller Bearing Co., 486 F.2d 870, 873 (6th Cir. 1973)

("amendments should be tendered no later than the time of pretrial . . .").

        4.     Fed. R. Civ. P. 15(a) provides that "leave [to file an amended complaint] shall

be freely given when justice so requires."  A district court should only deny a motion to amend a

complaint if there is a substantial reason to do so.  Espey v. Wainwright, 734 F.2d 748, 750 (11th

Cir. 1984)  ("Unless there is a substantial reason to deny leave to amend, the discretion of the district

court is not broad enough to permit denial");  Dussouy v. Gulf Coast Investment Corp., 660 F.2d

748, 597 (5th Cir. 1981).

WHEREFORE, plaintiffs respectfully request that this Court enter an Order (A) granting them leave to file the proposed Fourth Amended Complaint, a copy of which is attached as <u>Appendix A</u>, (B) deeming the Fourth Amended Complaint filed *instanter*, and (C) granting any further or other relief that the Court deems just.

Respectfully submitted,

<u>s/Cathleen M. Combs</u>
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS
      & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen Combs, hereby certify that on November 24, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com,
rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com,
Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com,
kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com,
ppratt@winston.com,
ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com,
jramirez@millerfaucher.com,
snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com,
linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com,
rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Lorne Todd Saeks
lsaeks@muchshelist.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

s/Cathleen M. Combs
Cathleen M. Combs

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)