UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                              Plaintiff,

v.                                                    Case No.: 1:05−cv−07097
                                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 25, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 11/25/08: The parties are granted until December 3, 2008, to respond if they wish to two of the suggested December 19, 2008 status hearing agenda items proposed by certain parties: (1) Opt−Out Plaintiffs proposal to discuss a procedure allowing certain plaintiffs to obtain discovery closure date and then return to the transferor court, as described in their November 21, 2008 filing (Dkt. No. 2535); and (2) third−party Defendants proposal to discuss their responsive pleading obligation, as described in their November 21, 2008 filing (Dkt. No. 2533).Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.