# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.

                                             Plaintiff,

v.

                                         Case No.: 1:05–cv–07097
                                         Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen: Enter Memorandum Opinion and Order: We deny the motions to dismiss filed by Citi Residential (Dailey Dkt. Nos. 23–24) and ASC (Nimox Dkt. Nos. 56–57), (Individual Case No. 07C5426). Although Citi Residential and ASC may not be held substantively liable in these particular matters, we retain these servicers as necessary parties pursuant to Rule 19. It is so ordered.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.