U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERIQUEST MORTGAGE COMPANY, et al, | ) |
| | ) |
|     Defendants and Third-Party Plaintiffs, | ) |
| | ) |
|         v. | )   No. 05-cv-07097 |
| | ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, et al, | ) |
| | ) |
|     Third-Party Defendants. | ) |

## MOTION TO WITHDRAW ANNALIESE FLEMING AS COUNSEL

Turnkey Title Corporation ("Turnkey Title"), by its attorneys and pursuant to Rule 83.17 of the Local Rules of the Northern District Court of Illinois, hereby moves this Court to withdraw Annaliese Fleming as its counsel of record in this matter.

In support of this motion, Turnkey Title states as follows:

1. On January 7, 2008, Annaliese Fleming filed her appearance jointly with Gayle Yeatman Fisher as counsel on behalf of Turnkey Title.

2. Ms. Fleming is leaving the law firm Barack Ferrazzano Kirschbaum & Nagelberg LLP ("Barack Ferrazzano"), which serves as counsel for Turnkey Title in this matter.

3. As such, Turnkey Title would like to have Ms. Fleming withdrawn as counsel of record in this matter.

4. Withdrawing Ms. Fleming as Turnkey Title's counsel should have no impact on this case. Turnkey Title continues to be represented by Barack Ferrazzano, 200 West Madison Street, Suite 3900, Chicago, Illinois 60606. Ms. Fisher's appearance remains on file and Heather J. Macklin of Barack Ferrazzano will also file her appearance on behalf of Turnkey Title shortly.

547107 v1

WHEREFORE, Turnkey Title respectfully requests that the Court grant its motion and withdraw Annaliese Fleming as counsel of record.

    Respectfully submitted,

/s/Annaliese Fleming_____
Annaliese Fleming
BARACK, FERRAZZANO, KIRSCHBAUM,
& NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100

Dated: December 10, 2008