U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERIQUEST MORTGAGE COMPANY, et al, | ) |
| | ) |
| Defendants and Third-Party Plaintiffs, | ) |
| | ) |
| v. | )   No. 05-cv-07097 |
| | ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, et al, | ) |
| | ) |
| Third-Party Defendants. | ) |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that, on **December 16, 2008**, at **10:30 a.m.**, I shall appear before the Honorable Judge Marvin E. Aspen in Room 2568, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Motion to Withdraw Annaliese Fleming as Counsel for Turnkey Title Corporation.

Dated:  December 10, 2008                    Respectfully submitted,


                                             /s/Annaliese Fleming_____
                                             Annaliese Fleming
                                             BARACK, FERRAZZANO, KIRSCHBAUM,
                                             & NAGELBERG LLP
                                             200 West Madison Street, Suite 3900
                                             Chicago, Illinois 60606
                                             (312) 984-3100

## CERTIFICATE OF SERVICE

I, Annaliese Fleming, hereby certify that on this 10th day of December 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              By: /s/Annaliese Fleming_____
                                   Annaliese Fleming
                                   Attorneys for Defendant
                                   Turnkey Title Corporation