# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.

                Plaintiff,

v.                                                 Case No.: 1:05−cv−07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 10, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:For the reasons stated in the Memorandum Opinion and Order, we award Liaison Counsel $70,020 as compensation for work performed on behalf of Third−Party Defendants through June 4, 2008. Third−Party Defendants, including MIS, shall reimburse Liaison Counsel pursuant to the formula previously approved by the Court. This ruling disposes of all pending issues presented in the Motion. (Dkt. No. 2135) Objections to Liaison Counsel's pending reimbursement request must be filed by December 31, 2008, with Liaison Counsel's reply due January 14, 2009. It is so ordered. (For further detail see Memorandum Opinion and Order.) Mailed notice(dl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.