UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br><br>AMERIQUEST MORTGAGE CO., ET AL.,<br><br>      Third-Party Plaintiffs<br><br>  v.<br><br>NORTHWEST TITLE & ESCROW<br>CORPORATION, ET AL.<br><br>      Third-Party Defendants | MDL DOCKET NO.: 1715<br><br><br><br>LEAD CASE 1:05-cv-07097<br><br><br><br>CENTRALIZED BEFORE THE<br>HONORABLE MARVIN E. ASPEN |

## SUGGESTION OF BAKRUPTCY

Jonathan Means, Defendant (hereinafter the "Debtor"), hereby requests that the Court PLEASE TAKE NOTICE that on September 3, 2008, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the District of Arizona (Phoenix) under Chapter 7 of Title 11 of the United States Code under Case No. 08-11648.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § of 362(a), the Debtor's filing of his voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings

against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's case; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained before the commencement of the Debtor's case; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

                                                           _____
                                                           Emily K. Lashley, Fed. ID #28142
                                                           Whiteford, Taylor & Preston L.L.P.
                                                           Towson Commons, Suite 300
                                                           One West Pennsylvania Ave.
                                                           Towson, MD 21204-5025
                                                           (410) 832-2000
                                                           elashley@wtplaw.com
                                                           Attorney for Defendant, Jonathan Means

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10$^h$ day of December, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____
Emily K. Lashley, Fed. ID #28142

406393