**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br> Third-Party Plaintiffs, <br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., <br> Third-Party Defendants. | Centralized before the Honorable Marvin E. Aspen |

**NOTICE OF MOTION**

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that, on December 19, 2008 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present the attached Motion to Extend Time to File An Additional Motion To Dismiss and/or Answer the Third-Party Complaint.

Dated: December 12, 2008　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /S/ Christopher H. Murphy
　　　　　　　　　　　　　　　　　　　　*Attorney for Battersby Title, Inc.; Colonial Title, Inc., Heights Title Agency, Inc.; National Real Estate Information Services of New Jersey; Superior Closing Services, Inc.; Taylor Title Inc.; Title-Tech Networks, Inc., and Towne & Country Land Title Agency, Inc*

COZEN O'CONNOR
222 S. Riverside Plaza
Suite 1500
Chicago, IL 60606
(p) 312.382.3150
(f) 312.706.9755

## CERTIFICATE OF SERVICE

I, Christopher H. Murphy, hereby certify that on this the 12th day of December, 2008, a true and correct copy of the foregoing document and its attachment were filed electronically. Notice of this filing was sent to counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

By: /S/ Christopher H. Murphy