**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) Centralized before The Honorable ) Marvin E. Aspen |
| THIS DOCUMENT RELATES TO DOCKET # 859 | |
| AMERIQUEST MORTGAGE CO., | |
| Third-Party Plaintiff, | |
| v. | |
| TRANS UNION, LLC, et. al, | |
| Third-Party Defendants. | |

**CREDIT REPORTING AGENCY THIRD-PARTY DEFENDANTS' JOINT
STATUS REPORT**

Pursuant to the Court's Order of November 7, 2008 [Dkt. No. 2491], Credit Reporting Agency Third-Party Defendants Trans Union LLC and Trans Union Corporation (collectively "Trans Union"), Equifax Information Services, LLC, successor in interest to Equifax Information Services Inc. and Equifax Credit Marketing Services ("Equifax"), and ChoicePoint Precision Marketing LLC ("CPPM"), collectively, the Credit Reporting Agency Defendants ("CRAs") provide this Joint Status Report in the Credit Reporting Agency Third-Party (Non-Borrower) Action [Dkt. No. 859] ( "CRA Third-Party Action").

In July 2007, Ameriquest served the CRA Third-Party Action on Equifax, Trans Union and ChoicePoint. The claims set forth by Ameriquest therein are derivative in nature, and,

referencing the "firm offer of credit" claims of the Non-Borrower class against it, Ameriquest pleads "[t]o the extent that these allegations are found to be true by a trier of fact, the alleged failure to comply with the FCRA" is attributable to the CRAs. CRA Third-Party Complaint [Dkt. No. 859] ¶ 8. Given the Borrower and Non-Borrower Class Plaintiffs' Status Report, which indicates that the Non-Borrower Plaintiffs and Defendants "have reached an agreement that the Class Allegations of the Non-Borrower Complaint should be dismissed in their entirety," there appears to be no basis for the CRA Third-Party Action. Once the Non-Borrower action is dismissed, it should effectively end the CRA Third-Party Action.

### I.     Discovery Status

In September 2007, Equifax and CPPM separately filed motions to dismiss the CRA Third-Party Complaint, and on March 5, 2008, this Court granted in part and denied in part those motions, dismissing with prejudice the indemnity and contribution claims [Dkt. No. 2003]. Thereafter, the CRAs and Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") propounded discovery requests related to the CRA Third-Party Complaint, including interrogatories and requests for production of documents. On June 24, 2008, before discovery responses had been served, Ameriquest and the CRAs filed a stipulated stay of discovery until August 15, 2008 [Dkt. No. 2206].

On August 19, 2008, Ameriquest and the CRAs filed a Stipulation For Indefinite Stay Of All Proceedings With Respect To The Third-Party Complaint (Docket # 859) [Dkt. No. 2300] ("Stipulation"). The Stipulation was based upon various developments, including the Seventh Circuit's decision in *Murray v. New Cingular Wireless Services, Inc.*, 2008 U.S. App. LEXIS 8004 (7th Cir. Apr. 14, 2008), which clarified the law with regard to firm offer of credit mailers

under the Fair Credit Reporting Act ("FCRA").[1/] The Stipulation also was based on the ongoing mediation related to the underlying claims of the Non-Borrower Plaintiffs in the Non-Borrower Consolidated Class Action. The parties stipulated that all proceedings with respect to the CRA Third-Party Complaint would be stayed indefinitely, including all pending/outstanding discovery. The Stipulation further provided that the stay could be lifted at any time upon written notice by any party, or by the Court. On November 13, 2008, the Court granted the Stipulation [Dkt. No. 2494].

## II. Pending Motions

There are no pending motions in the CRA Third-Party Action.

## III. Issues That May Be Raised at the Status Hearing

Given recent developments related to the agreement among the Non-Borrower Plaintiffs and Defendants that the Class Allegations of the Non-Borrower Complaint be dismissed in their entirety, the CRAs may seek from the Court a time for briefing a motion that the CRA Third-Party Complaint also be dismissed in its entirety.

## IV. Mediation

Consistent with, and based upon the reasoning underlying the parties' stipulation to an indefinite stay of the CRA Third-Party Action, the CRAs have not participated in mediation regarding the Third-Party Complaint or the Non-Borrower Class Actions. Ameriquest has yet to provide basic documents and information regarding the basis for the CRA Third-Party Complaint, including identification of the alleged oral (or written) contracts alleged to have been breached and the misrepresentations alleged to have been made. Particularly in light of *Murray*,

---

[1/] The Seventh Circuit's decision in *Murray* is relevant to the CRA Third-Party Complaint because of its derivative nature; to the extent that Non-Borrower claims against Ameriquest are found to be invalid, based upon *Murray*, then there is no basis for the claims brought by Ameriquest against the CRAs.

3

and without the benefit of any information providing a foundation for the claims made by Third-Party Plaintiff Ameriquest against them, the CRAs do not believe that their participation in mediation is warranted at this time.

Dated: December 15, 2008.

Respectfully Submitted,

By: /s/ Laurie S. Fulton
Laurie S. Fulton (lfulton@wc.com)
Jon R. Fetterolf (jfetterolf@wc.com)
Shelley J. Webb (swebb@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone (202) 434-5000
Facsimile (202) 434-5029
*Attorneys for ChoicePoint Precision Marketing LLC*


/s/ Robert J. Schuckit (signed w/ permission)
Robert J. Schuckit, Esq. (IL #6183900)
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com
E-Mail: wbrown@schuckitlaw.com
*Counsel for Trans Union, LLC and Trans Union Corporation*


/s/ Michael Breslin (signed w/ permission)
Michael Breslin
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
*Attorneys for Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc. and Equifax Credit Marketing Services*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Laurie S. Fulton
Laurie S. Fulton