UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

DEC 12 2008
DEC 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In Re: Ameriquest Mortgage

05 C 7097



NOTICE OF APPEAL Judge MARVIN ASPEN's 11/19/2008 order

Jonathan Lee Riches moves to appeal this courts 11/19/2008 order denying intervention in this Ameriquest Mortgage litigation. I appeal to the 7th circuit court of appeals. Ameriquest Mortgage denied me a mortgage because I'm Jewish, this is discrimination and I bought a Fema trailer. Defendants charged me 99% interest in retaliation for me having a relationship with Ameriquest Mortgage CEO that I met on Eharmony.com. Defendants are bias and prejudice giving former inmates a mortgage this is discrimination. Defendants are cooking their books and gave Rachael Ray a free mortgage and Bob Vila this old house is a defendant. I was forced to mortgage my home to pay for this lawsuit. I have mortgage nightmares, defendants got LA police swat to kick me out of my home Christmas eve and leave me homeless in Skid Row. Defendants provided a safe haven for Taliban tribal shieks in Tora Bora. I appeal this 11/19/2008 order, Judge Aspen mortgaged his Aspen home using the defendants, this is a conflict of Interest. I'm physically and emotionally scarred from defendants. Google my full name to see.
   I appeal

Jonathan Lee Riches
#40948-018    12-6-08
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400