UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



# FILED

IN RE: Ameriquest Mortgage

DEC 12 2008
DEC 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

05 C 7097

## NOTICE OF APPEAL Judge MARVIN Aspen's 11/19/2008 Order

Jonathan Lee Riches moves to appeal this courts 11/19/2008 order denying Intervention in this Ameriquest Mortgage Litigation. I appeal to the 7th circuit court of appeals.

Ameriquest Mortgage denied me a mortgage because I'm Jewish, this is discrimination and I bought a fema trailer. Defendants charged me 99% interest in retaliation for me having a relationship with Ameriquest Mortgage ceo that I met on Eharmony.com. Defendants are bias and prejudice giving former inmates a mortgage this is discrimination. Defendants are cooking their books and gave Rachael Ray a free mortgage and Bob vila this old house is a defendant. I was forced to mortgage my home to pay for this lawsuit I have Mortgage Nightmares, defendants got LA Police swat to kick me out of my home christmas eve and leave me homeless in Skid Row. Defendants provided a safe haven for taliban tribal sheiks in Tora Bora. I appeal this 11/19/2008 order, Judge Aspen Mortgaged his Aspen home using the defendants, this is a conflict of Interest. I'm Physically and emotionally scarred from defendants. Google my full name to see.

I appeal

Jonathan Lee Riches
#40448-018        12-6-08
FCI williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

## SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:   05 cv 7097

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Ameriquest/appellee | | Riches/appellant |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Bernard E. LeSage | Name | Jonathan L. Riches |
| Firm | Buchalter Nemer | Firm | pro-se #40948-018 |
| Address | 1000 Wilshire Blvd. #1500 Los Angeles, CA 90017-2457 | Address | FCI Williamsburg P.O. Box 340 Salter, SC 29590 |
| Phone | 213-891-0700 | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Aspen | Date Filed in District Court | 12/20/05 |
| Court Reporter | M. Hacker   X-5564 | Date of Judgment | 11/19/08 |
| Nature of Suit Code | 890 | Date of Notice of Appeal | 12/12/08 |

COUNSEL:        Appointed [ ]        Retained [ ]        Pro Se [X]

FEE STATUS:        Paid [ ]        Due [X]        IFP [ ]

IFP Pending [ ]        U.S. [ ]        Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?        Yes [ ]        No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]        Denied [ ]        Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Order Form (01/2005)

Case: 1:05-cv-07097 Document #: 2563 Filed: 12/16/08 Page 3 of 420 PageID #:28170
Case 1:05-cv-07097   Document 2592   Filed 11/19/2008   Page 1 of 2

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 11/19/2008 |
| **CASE TITLE** | In Re: Ameriquest Mortgage | | |

**DOCKET ENTRY TEXT**

Presently before us is Jonathan Lee Riches' motion to intervene as a plaintiff in the Ameriquest MDL (Case No. 05-7097) under Federal Rule of Civil Procedure 24(a)(2), filed July 21, 2008. (Dkt. No. 2266.) Because his motion does not demonstrate "an interest relating to the property or transaction that is the subject of the action," Fed. R. Civ. P. 24(a)(2), we deny the motion. (Dkt. No. 2266). In addition, we caution Riches that his meritless attempts to insert himself into litigation in this district will not be tolerated.

■[ For further details see text below.]

Notices mailed by Judicial staff.

---

## STATEMENT

(Reserved for use by the Court)

## ORDER

    Presently before us is Jonathan Lee Riches' motion to intervene as a plaintiff in the Ameriquest MDL (Case No. 05-7097) under Federal Rule of Civil Procedure 24(a)(2), filed July 21, 2008. (Dkt. No. 2266.) Because his motion does not demonstrate "an interest relating to the property or transaction that is the subject of the action," Fed. R. Civ. P. 24(a)(2), we deny the motion. In addition, we caution Riches that his meritless attempts to insert himself into litigation in this district will not be tolerated.

    In his motion, Riches claims that he has "information, documents, tangible evidence, and [e]xhibits related to this case," and that he has an "interest in this case to support Plaintiffs claims." (Mot. at 1.) He alleges that his proposed "intervention presents questions of law and fact that are common in this action." (*Id.*) Riches' motion does not, however, claim that his interest is related to the "property or transaction that is the subject of the action," or contain any grounds supporting his intervention. Fed. R. Civ. P. 24(a)(2).

The motion fails to indicate that "disposing of the action may as a practical matter impair or impede [Riches] ability to protect [any interest]," *id.*, unless he is allowed to intervene. Even if we afford Riches' motion the more liberal construction due *pro se* litigants, *see Erickson v. Pardus*, --- U.S. ----, ----, 127 S. Ct. 2197, 2200 (2007), we must deny this motion because he failed to provide any information in support of his proposed intervention. He has not, for example, identified who he is or how he might have an interest in this litigation.

    Nonetheless, we know who Riches is. Indeed, Riches is a notoriously abusive litigant, with a long history of filing frivolous actions across the country. *See Riches v. Karpinski*, Nos. 08 C 346 & 347, 2008 WL 2564785, at *1-2 (W.D. Wis. June 25, 2008) (recounting progression of Riches' filing of more than 1800 federal lawsuits in recent years and concluding that "[p]etitioner is not welcome here"); *see, e.g.*, *Riches v. Rushdie*, No. 08 C 449, 2008 WL 4516325 (S.D. Ill. Oct. 6, 2008); *Riches v. Kurtz*, No. 08 C 448, 2008 WL 2874948 (S.D. Ill. July 23, 2008); *Riches v. Garese*, No. 08 C 086, 2008 WL 2475733 (June 18, 2008); *Riches v. Olbermann*, No. 08 C 1452, 2008 WL 2321820 (May 30, 2008); *Riches v. Winfrey*, No. 07 C 05984, slip op. (N.D. Ill. Oct. 31, 2007);

| STATEMENT |
| --- |

*Rich v. United Airlines Inc.*, No. 06 C 00978, slip. op. (N.D. Ill. Apr. 19, 2006). As mentioned by numerous courts, Riches has "struck out" under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), and therefore is unable to bring any new claims *in forma pauperis*. *See Rushdie*, 2008 WL 4516325, at *1 & n.2; *Karpinski*, 2008 WL 2564785, at *1; *Garese*, 2008 WL 2475733, at *1-3; *Olbermann,* 2008 WL 2321820, at *1-3; *Winfrey*, No. 07 C 05984, slip op. (N.D. Ill. Oct. 31, 2007). No longer able to file complaints, Riches has engaged in a new strategy of attempting to intervene in suits in which he has no legitimate business, thus meddling in federal proceedings without having to pay a filing fee. *See Riches v. 104th World Series*, No. 08 C 510, 2008 WL 4809642, (N.D. Ind. Oct. 31, 2008) (observing that Riches attempted to intervene in MDL 1700 pending in the Northern District of Indiana and restricting Riches from "filing any other papers in this court"); *In re Riches*, No. 105 C 99, 2008 WL 3978059, at *1-2 (S.D. Ga. Aug. 26, 2008) (enjoining Riches from "filing any further motion to intervene"). We will not permit Riches to do so here.

We caution Riches that he will be subject to sanctions and/or restrictions on his ability to file papers in this Court if he further attempts to initiate lawsuits or intervene in pending litigation in the Northern District of Illinois. We are also forwarding a copy of this order to the Executive Committee to ensure that it is aware of Riches' litigation history and propensity for frivolous filings. It is so ordered.

APPEAL, CASREF, DENLOW, MDL1715, PROTO, RELATED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:05-cv-07097
## Internal Use Only

In Re: "Ameriquest Mortgage Co., Mortgage Lending Practices Litigation"
Assigned to: Honorable Marvin E. Aspen
Referred to: Honorable Morton Denlow
Member cases:

Date Filed: 12/20/2005
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

1:05-cv-07098
1:05-cv-07100
1:05-cv-07099
1:05-cv-07101
1:05-cv-07102
1:06-cv-01730
1:06-cv-01732
1:06-cv-01734
1:06-cv-01740
1:06-cv-01736
1:06-cv-01742
1:06-cv-01738
1:06-cv-01739
1:06-cv-01735
1:06-cv-01733
1:06-cv-01741
1:06-cv-01737
1:06-cv-01731
1:06-cv-01924
1:06-cv-01930
1:06-cv-01929
1:06-cv-01926
1:06-cv-01928
1:06-cv-02476
1:06-cv-02477
1:06-cv-02478
1:06-cv-02479
1:06-cv-02475

1:06-cv-02467
1:06-cv-02468
1:06-cv-02469
1:06-cv-02470
1:06-cv-02471
1:06-cv-02473
1:06-cv-02474
1:06-cv-01581
1:06-cv-03123
1:06-cv-03126
1:06-cv-03125
1:06-cv-03127
1:06-cv-03422
1:06-cv-03424
1:06-cv-03425
1:06-cv-03423
1:06-cv-03426
1:06-cv-03427
1:06-cv-03583
1:06-cv-03584
1:06-cv-03585
1:06-cv-03586
1:06-cv-02830
1:06-cv-02430
1:06-cv-02637
1:06-cv-02912
1:06-cv-02736
1:06-cv-02826
1:06-cv-02482
1:06-cv-01716
1:06-cv-02187
1:06-cv-02897
1:06-cv-02807
1:06-cv-02697
1:06-cv-02683
1:06-cv-02333
1:06-cv-02828
1:06-cv-02482
1:06-cv-04042
1:06-cv-04032
1:06-cv-04034

1:06-cv-04035
1:06-cv-04036
1:06-cv-04037
1:06-cv-04040
1:06-cv-04043
1:06-cv-04044
1:06-cv-04038
1:05-cv-05911
1:06-cv-01691
1:06-cv-01831
1:06-cv-01899
1:06-cv-01947
1:06-cv-01981
1:05-cv-00648
1:06-cv-04672
1:06-cv-04673
1:06-cv-04720
1:06-cv-04721
1:06-cv-04722
1:06-cv-04723
1:06-cv-04724
1:06-cv-04725
1:06-cv-04726
1:06-cv-04727
1:06-cv-04713
1:06-cv-04714
1:06-cv-04715
1:06-cv-04716
1:06-cv-04718
1:06-cv-04728
1:06-cv-04719
1:06-cv-05699
1:06-cv-05700
1:06-cv-05702
1:06-cv-05704
1:06-cv-05706
1:06-cv-05708
1:06-cv-05701
1:06-cv-05703
1:06-cv-05705
1:06-cv-05707

1:06-cv-03124
1:06-cv-06043
1:06-cv-06743
1:06-cv-06745
1:06-cv-06747
1:06-cv-06749
1:06-cv-06753
1:06-cv-06755
1:06-cv-06742
1:06-cv-06744
1:06-cv-06746
1:06-cv-06748
1:06-cv-06750
1:06-cv-06754
1:06-cv-06756
1:06-cv-06762
1:06-cv-06764
1:06-cv-06766
1:06-cv-06761
1:06-cv-06763
1:06-cv-06765
1:07-cv-00158
1:07-cv-00133
1:07-cv-00136
1:07-cv-00108
1:07-cv-00110
1:07-cv-00114
1:07-cv-00135
1:07-cv-00134
1:07-cv-00116
1:07-cv-00132
1:07-cv-00130
1:07-cv-00109
1:07-cv-00111
1:07-cv-00113
1:07-cv-00115
1:07-cv-00117
1:07-cv-00119
1:07-cv-00121
1:07-cv-00123
1:07-cv-00125

1:07-cv-00127
1:07-cv-00129
1:07-cv-00131
1:07-cv-00118
1:07-cv-00120
1:07-cv-00122
1:07-cv-00124
1:07-cv-00126
1:07-cv-00128
1:07-cv-00112
1:07-cv-00308
1:07-cv-00309
1:07-cv-00310
1:07-cv-00311
1:07-cv-00312
1:07-cv-00313
1:07-cv-00314
1:07-cv-00316
1:07-cv-00317
1:07-cv-00318
1:07-cv-00319
1:07-cv-00320
1:07-cv-00321
1:07-cv-00322
1:07-cv-00323
1:07-cv-00324
1:07-cv-00325
1:07-cv-00326
1:07-cv-00327
1:07-cv-00328
1:07-cv-00329
1:07-cv-00330
1:07-cv-00331
1:07-cv-00332
1:07-cv-00907
1:07-cv-01025
1:07-cv-01027
1:07-cv-01029
1:07-cv-01024
1:07-cv-01026
1:07-cv-01028

1:07-cv-01030
1:07-cv-01339
1:07-cv-01340
1:07-cv-01341
1:07-cv-01342
1:07-cv-01343
1:07-cv-01344
1:07-cv-01345
1:07-cv-01346
1:07-cv-01347
1:07-cv-01509
1:07-cv-01510
1:07-cv-01512
1:07-cv-01514
1:07-cv-01511
1:07-cv-01513
1:07-cv-01623
1:07-cv-01625
1:07-cv-01624
1:07-cv-01627
1:07-cv-01629
1:07-cv-01631
1:07-cv-01626
1:06-cv-06763
1:07-cv-01628
1:07-cv-01630
1:07-cv-01632
1:07-cv-01746
1:07-cv-01748
1:07-cv-01750
1:07-cv-01745
1:07-cv-01749
1:07-cv-01747
1:07-cv-00095
1:07-cv-00772
1:06-cv-06784
1:06-cv-06717
1:06-cv-06607
1:06-cv-06947
1:06-cv-07017
1:06-cv-06946

1:06-cv-04741
1:07-cv-00726
1:07-cv-00586
1:07-cv-00306
1:06-cv-06602
1:07-cv-00620
1:06-cv-06604
1:06-cv-06786
1:07-cv-00291
1:06-cv-07191
1:07-cv-00351
1:07-cv-02774
1:07-cv-02775
1:07-cv-02773
1:07-cv-02765
1:07-cv-02769
1:07-cv-02772
1:07-cv-02770
1:07-cv-03516
1:07-cv-03517
1:07-cv-03585
1:07-cv-03577
1:07-cv-03578
1:07-cv-03579
1:07-cv-03580
1:07-cv-03581
1:07-cv-03582
1:07-cv-03583
1:07-cv-03584
1:07-cv-03937
1:07-cv-03938
1:07-cv-03939
1:07-cv-03940
1:07-cv-03941
1:07-cv-03942
1:07-cv-03943
1:07-cv-01817
1:07-cv-02460
1:07-cv-04258
1:07-cv-04259
1:07-cv-04257

1:07-cv-04431
1:07-cv-04872
1:07-cv-04870
1:07-cv-04871
1:07-cv-04873
1:07-cv-04874
1:07-cv-05064
1:07-cv-05066
1:07-cv-05067
1:07-cv-05068
1:07-cv-05282
1:07-cv-05283
1:07-cv-05284
1:07-cv-05421
1:07-cv-05422
1:07-cv-05582
1:07-cv-05583
1:07-cv-05580
1:07-cv-05584
1:07-cv-05581
1:07-cv-03315
1:07-cv-06233
1:07-cv-06234
1:07-cv-06232
1:07-cv-06231
1:07-cv-06714
1:07-cv-06239
1:07-cv-06237
1:07-cv-06238
1:07-cv-06713
1:07-cv-06711
1:07-cv-06811
1:07-cv-06712
1:07-cv-06709
1:07-cv-06710
1:07-cv-06708
1:07-cv-06810
1:07-cv-07182
1:07-cv-07181
1:07-cv-07247
1:07-cv-06812

1:08-cv-00182
1:08-cv-00177
1:08-cv-00173
1:08-cv-00180
1:08-cv-00181
1:07-cv-05878
1:07-cv-06191
1:08-cv-00175
1:08-cv-00174
1:07-cv-05426
1:08-cv-00741
1:08-cv-00742
1:08-cv-00743
1:08-cv-00739
1:08-cv-00738
1:08-cv-00744
1:06-cv-01547
1:08-cv-01081
1:08-cv-01585
1:08-cv-01583
1:08-cv-01584
1:08-cv-01581
1:08-cv-01582
1:08-cv-01857
1:08-cv-01858
1:08-cv-01859
1:08-cv-01986
1:08-cv-00178
1:08-cv-02355
1:08-cv-00740
1:08-cv-02353
1:08-cv-02354
1:08-cv-02628
1:08-cv-02627
1:08-cv-03010
1:08-cv-03011
1:08-cv-03252
1:08-cv-03326
1:08-cv-03960
1:08-cv-03875
1:08-cv-04290

1:08-cv-04293
1:08-cv-03961
1:08-cv-04291
1:08-cv-04292
1:08-cv-04296
1:08-cv-04549
1:08-cv-04548
1:08-cv-04547
1:08-cv-04544
1:08-cv-04993
1:08-cv-04882
1:08-cv-04992
1:08-cv-04991
1:08-cv-05932
1:08-cv-05934
1:08-cv-05933
1:08-cv-05929
1:08-cv-05930

related Cases: 1:06-cv-06967
1:08-cv-02680
1:06-cv-02637
1:08-cv-01386
1:06-cv-05991
1:06-cv-06441
1:06-cv-06609
1:07-cv-03006
1:07-cv-04628

Cause: 28:1331 Federal Question

**In Re**

**Ameriquest Mortgage Company**

**Plaintiff**

**Duval Naughton**                    represented by    **Caryn Becker**
Lieff, Cabraser, Heimann & Bernstein,
LLP
275 Battery Street
San Francisco , CA 94111
415-956-1000
Email: cbecker@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Edward Klein**
Roddy Klein & Ryan

727 Atlantic Ave
2nd Floor
Boston , MA 02111
(617)357-5500
Email: klein@roddykleinryan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles McLeod Baird**
235 Peachtree Street
Suite 400
Atlanta , GA 30303-1400
404-522-9485
Email: charlesmbaird@att.net
*ATTORNEY TO BE NOTICED*

**Kelly M Dermody**
Lieff Cabraser Heimann & Bernstein
275 Battery Street
30th Floor Embarcadero Ctr. West
San Francisco , CA 94111
(415) 956-1000
Email: kdermody@lchb.com
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
Lieff Cabraser Heimann & Bernstein,
LLP
250 Hudson Street
8th Floor
New York , NY 10013-1413
(212) 355-9500
Email: rgeman@lchb.com
*ATTORNEY TO BE NOTICED*

**Shennan Kavanagh**
Roddy Klein & Ryan
727 Atlantic Avenue
Boston , MA 02111
617-357-5500
Email: kavanagh@roddykleinryan.com
*ATTORNEY TO BE NOTICED*

**Terry A Smiljanich**
James Hoyer Newcomer & Smiljanich
PA
4830 West Kennedy Boulevard
Suite 550
Tampa , FL 33609
(813) 286-4100

Email: tsmiljanich@jameshoyer.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn Gay**        represented by   **Caryn Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary Edward Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly M Dermody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shennan Kavanagh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terry A Smiljanich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David M. Wakefield**       represented by   **Caryn Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary Edward Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly M Dermody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shennan Kavanagh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terry A Smiljanich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Wakefield**                    represented by **Caryn Becker**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Gary Edward Klein**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Kelly M Dermody**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Rachel Geman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Shennan Kavanagh**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Terry A Smiljanich**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latonya Williams**                   represented by **Caryn Becker**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Charles McLeod Baird**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Gary Edward Klein**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly M Dermody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shennan Kavanagh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terry A Smiljanich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daisybel Tolbert**                    represented by **Caryn Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary Edward Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly M Dermody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shennan Kavanagh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terry A Smiljanich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Tolbert**                    represented by   **Caryn Becker**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Charles McLeod Baird**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gary Edward Klein**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kelly M Dermody**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Rachel Geman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Shennan Kavanagh**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Terry A Smiljanich**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Williams**                    represented by   **Caryn Becker**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Charles McLeod Baird**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gary Edward Klein**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kelly M Dermody**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Rachel Geman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Shennan Kavanagh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terry A Smiljanich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adolph Peter Kurt Burggraff**          represented by   **Caryn Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary Edward Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Henniger Bowman**
James Hoyer Newcomer & Smiljanich,
P.A.
4830 W. Kennedy Blvd.
Tampa , FL 33609
(813) 286-4100
Fax: (312) 286-4174
Email: jbowman@jameshoyer.com
*ATTORNEY TO BE NOTICED*

**Kelly M Dermody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Geman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel H Rudman**
Coughlin Stoia Geller Rudman &
Robbins LLP
200 Broadhollow Road
#406
Melville , NY 11747
(631) 367-7100
Email: srudman@csgrr.com
*ATTORNEY TO BE NOTICED*

**Terry A Smiljanich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph A Mikowski**                represented by   **Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia J Mikowski**              represented by   **Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard A Madrazo**                represented by   **Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominic J. Rizzi**
Cafferty Faucher LLP
30 North LaSalle Street
Suite 3200
Chicago , IL 60602
Email: drizzi@caffertyfaucher.com
*ATTORNEY TO BE NOTICED*

**Evan Jay Kaufman**
Coughlin Stoia Geller Rudman &
Robbins, LLP
58 South Service Road
Suite 200
Melville , NY 11747
Email: ekaufman@csgrr.com
*ATTORNEY TO BE NOTICED*

**Lori Ann Fanning**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago , IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: LFanning@MillerLawLLC.com
*ATTORNEY TO BE NOTICED*

**Marvin Alan Miller**
Miller Law LLC
115 South LaSalle Street

Suite 2910
Chicago , IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: Mmiller@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Jewell**                          represented by   **Daniel Mark Harris**
                                                           Attorney at Law
                                                           150 North Wacker Drive
                                                           Suite 3025
                                                           Chicago , IL 60606
                                                           (312) 960-1802
                                                           Email: lawofficedh@yahoo.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Charles McLeod Baird**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Jewell**                       represented by   **Daniel Mark Harris**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Charles McLeod Baird**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camille J Gburek**                      represented by   **Keith James Keogh**
                                                           Law Offices of Keith J. Keogh
                                                           227 West Monroe Street
                                                           #2000
                                                           Chicago , IL 60606
                                                           (312) 726-1092
                                                           Email: Keith@Keoghlaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Charles McLeod Baird**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Elizabeth Monkus**
                                                           Hauselman, Rappin & Olswang, Ltd.
                                                           Attorney at Law

39 S. LaSalle
Suite 1105
Chicago , IL 60606
312-372-2020
Fax: 312-372-0404
Email: emonkus@hrolaw.com
*TERMINATED: 12/13/2006*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs/Individual actions**          represented by   **Daniel S. Blinn**
Consumer Law Group
35 Cold Spring Rd.
Suite 512
Rocky Hill , CT 06067
(860) 571-0408
Email: dblinn@consumerlawgroup.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Al Hofeld , Jr.**
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago , IL 60603
(312) 739-4200
Email: ahofeld@edcombs.com
*TERMINATED: 04/01/2008*

**Cathleen M. Combs**
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago , IL 60603
(312) 739-4200
Email: ccombs@edcombs.com
*ATTORNEY TO BE NOTICED*

**Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel A. Edelman**
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor

Chicago , IL 60603
(312) 739-4200
Email: courtecl@edcombs.com
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
KamberEdelson LLC
350 N. LaSalle St.
Suite 1300
Chicago , IL 60654
312-589-6370
Email:
maschenbrener@kamberedelson.com
*ATTORNEY TO BE NOTICED*

**Tara Leigh Goodwin**
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago , IL 60603
(312) 739-4200
Email: tgoodwin@edcombs.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa M. Garacia**                    represented by **Charles McLeod Baird**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary A. Maltese**                    represented by **Charles McLeod Baird**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Parkhurst**                    represented by **Charles McLeod Baird**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalind Van Gorp**

**Plaintiff**

**Randy Van Gorp**                     represented by **Charles McLeod Baird**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gordon R Howard**                    represented by **Charles McLeod Baird**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nola Howard**                    represented by  **Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Yeaman**                  represented by  **Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Yeaman**                 represented by  **Charles McLeod Baird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lamar Gray, Sr.**

**Plaintiff**

**Verna Joyce Gray**

**Plaintiff**

**Renza Heard**

**Plaintiff**

**Glories Heard**

**Plaintiff**

**Mary Hall**

**Plaintiff**

**WM Specialty Mortgage LLC**      represented by  **Bernard E. LeSage**
Buchalter Nemer
1000 Wilshire Boulevard
#1500
Los Angeles , CA 90017-2457
(213) 891-0700
Email: blesage@buchalter.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Borrower Plaintiffs**

**Plaintiff**

**Marlon Manier**

**Plaintiff**

**Tanya S. Manier**

**Plaintiff**

**Melissa Morgida**

**Plaintiff**

**Troy Morgida**

**Plaintiff**

**Wilbert Cooley**

**Plaintiff**

**Kandee Cooley**

**Plaintiff**

**Phillip M Hanson**

**Plaintiff**

**Arthur Brian Boudin**                     represented by   **Earl P Underwood**
                                                             P.O. Box 969
                                                             Fairhope , AL 36533-0969
                                                             (251) 990-5558
                                                             Fax: 251-990-0626
                                                             Email: epunderwood@gmail.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Roberson**                        represented by   **Earl P Underwood**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cedric Anthony**                          represented by   **Earl P Underwood**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwendolyn Wilcox**                        represented by   **Earl P Underwood**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lee Jackson**                             represented by   **Earl P Underwood**
                                                             (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taronya Jackson**                    represented by   **Earl P Underwood**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hattie Jones**                       represented by   **Earl P Underwood**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harold Howard**                      represented by   **Earl P Underwood**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie May Howard**                  represented by   **Earl P Underwood**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roosevelt Harris**                   represented by   **Earl P Underwood**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Florita Harris**                     represented by   **Earl P Underwood**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eddie German**                       represented by   **Earl P Underwood**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Simmons**                   represented by   **Earl P Underwood**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ricky Owen**                    represented by   **Earl P Underwood**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melinda Owen**                  represented by   **Earl P Underwood**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Mitchell**            represented by   **Earl P Underwood**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Howell**                   represented by   **Earl P Underwood**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Howell**                  represented by   **Earl P Underwood**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chonita Means**                 represented by   **Earl P Underwood**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Thomas**                   represented by   **Earl P Underwood**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Miller**                represented by   **Earl P Underwood**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Miller**                    represented by   **Earl P Underwood**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Williams**                   represented by   **Earl P Underwood**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mona Ladnier**                     represented by   **Earl P Underwood**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Artis**                     represented by   **Earl P Underwood**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Hunter**                 represented by   **Earl P Underwood**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leroy McCraney**                   represented by   **Earl P Underwood**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valecia McCraney**                 represented by   **Earl P Underwood**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Cook**                     represented by   **Earl P Underwood**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Cook**                          represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melvin Barlow**                         represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Barlow**                         represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnny Moseley**                        represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Moseley**                         represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Brown**                           represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lillie Johnson**                        represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derrel Powell**                         represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynda Powell**                          represented by   **Earl P Underwood**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loretta Patterson**                    represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Stearley**                       represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Stearley**                       represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Poe**                          represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Poe**                           represented by   **Earl P Underwood**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald I. Chorches**                   represented by   **Peter Lachmann**
                                                          Attorney At Law
                                                          250 West Main Street
                                                          Room 210
                                                          Branford , CT 06405
                                                          (203)488-6814
                                                          Email: Peter.lachmann@sbcglobal.net
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Non-Borrower Plaintiffs**

**Plaintiff**

**Paul W Derda**

**Plaintiff**

**Cindy K Derda**

**Plaintiff**

**Jason W Crawford**                    represented by  **Carlos E. Mahoney**
                                                         Glenn, Mills and Fisher, P.A.
                                                         400 West Main Street
                                                         Suite 709
                                                         Durham , NC 27701
                                                         919-683-2135
                                                         Fax: 919-688-9339
                                                         Email: cmahoney@gmf-law.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalie J Crawford**                  represented by  **Carlos E. Mahoney**
                                                         Glenn, Mills and Fisher, P.A.
                                                         400 West Main Street
                                                         Suite 709
                                                         Durham , NC 27702
                                                         919-683-2135
                                                         Fax: 919-688-9339
                                                         Email: cmahoney@gmf-law.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Sanderson**

**Plaintiff**

**George Gray**

**Plaintiff**

**Claude Williams**

**Plaintiff**

**Madison Pittman**                     represented by  **Madison Pittman**
                                                         PRO SE

**Plaintiff**

**George Gray**

**Plaintiff**

**Benjamin A. Lewis**                   represented by  **James Donnie Patterson**
                                                         P.O. Box 969
                                                         Fairhope , AL 36533-0969
                                                         251-990-5558
                                                         Email: jpatterson@alalaw.com

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maia Lewis**                              represented by **James Donnie Patterson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Anderson**                        represented by **James Donnie Patterson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pkanita Bonner**                          represented by **James Donnie Patterson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Simon Golston**                           represented by **James Donnie Patterson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Mae Golston**                      represented by **James Donnie Patterson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Venus Robbins**                           represented by **James Donnie Patterson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randolph Carpenter**                      represented by **James Donnie Patterson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Hardin**                            represented by **James Donnie Patterson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Hardin**                             represented by **James Donnie Patterson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Asset Backed Funding Corp. NIM**

**2005-AQ1 LLC**

<u>Plaintiff</u>

**Arthur Coleman**                     represented by  **Lloyd J Brooks**
                                                        The Brooks Law Firm
                                                        15008 Woodlawn Avenue
                                                        Floor One
                                                        Dolton , IL 60419
                                                        (708) 841-8000
                                                        Fax: 708-841-8080
                                                        Email:
                                                        lloyd.brooks@thebrooksfirm.com
                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Elgin Swanigan, Jr.**                represented by  **Lloyd J Brooks**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Denise Swanigan**                    represented by  **Lloyd J Brooks**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Melvina Swanigan**                   represented by  **Lloyd J Brooks**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Sarah Tucker**                       represented by  **Lloyd J Brooks**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Dwayne McLin**                       represented by  **Lloyd J Brooks**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Ivan Sims**                          represented by  **Lloyd J Brooks**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**William Yeaman**                     represented by  **Lloyd J Brooks**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Pamela Yeaman**                              represented by **Lloyd J Brooks**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethelyn Coleman**                            represented by **Lloyd J Brooks**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine W. Holt**                          represented by **Lloyd J Brooks**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Lee Riches**                        represented by **Jonathan Lee Riches**
                                                              #40948-018
                                                              P.O. Box 340
                                                              Salters, SC 29590
                                                              PRO SE

**Plaintiff**

**Asencio Salazar**                            represented by **Asencio Salazar**
                                                              PRO SE

**Plaintiff**

**Alicia Salazar**                             represented by **Alicia Salazar**
                                                              PRO SE

**Plaintiff**

**Hazel Street**                               represented by **Hazel Street**
                                                              PRO SE

**Plaintiff**

**Jose Mejia**                                 represented by **Jose Mejia**
                                                              PRO SE

**Plaintiff**

**Rose Mejia**                                 represented by **Rose Mejia**
                                                              PRO SE

**Plaintiff**

**Azra Zahirovic**                             represented by **Azra Zahirovic**
                                                              PRO SE

**Plaintiff**

**Osman Zahirovic**                            represented by **Osman Zahirovic**
                                                              PRO SE

**Plaintiff**

**Ameriquest Mortgage Securities Inc.**
**Asset Backed Pass Through**
**Certificate Series 2003-13**

**Plaintiff**

**Steve T. Harrell**                          represented by    **Steve T. Harrell**
                                                                PRO SE

**Plaintiff**

**Sonya Harrell**                             represented by    **Sonya Harrell**
                                                                PRO SE

**Plaintiff**

**Cheryl Talley**                             represented by    **Cheryl Talley**
                                                                1577 Deer Path Lane
                                                                Franklin Grove, IL 61031
                                                                (815) 456-2946
                                                                PRO SE


V.

**Defendant**

**Ameriquest Mortgage Company**               represented by    **Bernard E. LeSage**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Brandon A Block**
                                                                Buchalter, Nemer, Fields & Younger
                                                                601 S. Figuerosa Street
                                                                Los Angeles , CA 90017
                                                                (213)891-5108
                                                                Email: bblock@buchalter.com
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Brian H. Newman**
                                                                Buchalter Nemer
                                                                A Professional Corporation
                                                                1000 Wilshire Boulevard
                                                                Suite 1500
                                                                Los Angeles , CA 90017
                                                                (213) 891-0700
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Cheryl M. Lott**
                                                                Buchalter Nemer
                                                                A Professional Corporation
                                                                1000 Wilshire Boulevard

Suite 1500
Lost Angeles , CA 90017
(213) 891-0700
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago , IL 60604
(312) 341-9400
Email: cvarga@vblhc.com
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago , IL 60604
(312) 341-9400
Email: jledsky@vblhc.com
*ATTORNEY TO BE NOTICED*

**Joshua R. Mandell**
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles , CA 90017
(213) 891-0700
Email: jmandell@buchalter.com
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles , CA 90017
(213) 891-0700
*ATTORNEY TO BE NOTICED*

**Rachel A.P. Saldana**
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard
Suite 1500
Los Angeles , CA 90017
(213) 891-5093
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
Buchalter Nemer, A Professional
Corporation
1000 Wilshire Blvd.
Suite 1500
Los Angeles , CA 90017-2457
(213) 891-0700
Email: sandrus@buchalter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Argent Mortgage Company, LLC**          represented by **Michael Swistak**
Swistak and Levine, P.C.
304445 Northwest Highway
Farmington , MI 48334-3174
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Philip Kikoler**
Much, Shelist, Freed, Denenberg,
Ament & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago , IL 60605-1615
(312)521-2000
Email: skikoler@muchshelist.com
*TERMINATED: 03/10/2008*
*LEAD ATTORNEY*

**Thomas Joseph Wiegand**
Winston & Strawn LLP
35 West Wacker Drive
Chicago , IL 60601-9703
(312) 558-5600
Email: twiegand@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bernard E. LeSage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Edward Dahlquist**
Winston & Strawn LLP
35 West Wacker Drive
Chicago , IL 60601-9703
(312) 558-5600
Email: ddahlquist@winston.com
*ATTORNEY TO BE NOTICED*

**Greg J. Miarecki**
Winston & Strawn LLP
35 West Wacker Drive
Chicago , IL 60601-9703
(312) 558-5600
Email: gmiarecki@winston.com
*ATTORNEY TO BE NOTICED*

**James Michael Dash**
Much, Shelist, Freed, Denenberg,
Ament & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago , IL 60605-1615
(312)521-2000
Email: jdash@muchshelist.com
*TERMINATED: 03/10/2008*

**Jean K. Janes**
Much, Shelist, Freed, Denenberg,
Ament & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago , IL 60605-1615
(312)521-2000
Email: jjanes@muchshelist.com
*TERMINATED: 05/25/2007*

**Lorne Todd Saeks**
Much, Shelist, Freed, Denenberg,
Ament & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago , IL 60605-1615
(312)521-2000
Email: lsaeks@muchshelist.com
*TERMINATED: 03/10/2008*

**Melinda J. Morales**
Much, Shelist, Freed, Denenberg,
Ament & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago , IL 60605-1615
(312)521-2000
Email: mmorales@muchshelist.com
*TERMINATED: 03/10/2008*

**Defendant**

**WMC Mortgage Corporation**

<u>Defendant</u>

**HSBC Mortgage Services Inc.**          represented by   **Richard P. Colbert**
Day, Berry & Howard
One Canterbury Green
Stamford , CT 06901-2047
203-977-7375
Fax: 203-977-7301
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra van Nes Dolger**
Day Berry and Howard LLP
One Canterbury Green
Stamford , CT 06901
(203) 977-7301
*ATTORNEY TO BE NOTICED*

**Bernard E. LeSage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristina M Van Buskirk**
Neal, Gerber & Eisenberg LLP
2 North La Salle Street
Chicago , IL 60602
(312)269-2961
Fax: 312 269 1747
Email: Kvanbuskirk@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Synde B. Keywell**
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago , IL 60601
(312) 602-5000
Fax: 312-602-5050
Email: synde.keywell@bryancave.com
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**GMAC Mortgage Corporation**          represented by   **James McGinnis Boyers**
Wooden & McLaughlin
211 N. Pennsylvania
Suite 1800
Indianapolis , IN 46204
317-639-6151
Email: jboyers@woodmclaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer VanFossen**

**Defendant**

**Carolyn Pittman**

**Defendant**

**Countrywide Home Loans Inc**     represented by  **Bernard E. LeSage**
*TERMINATED: 03/07/2007*                  (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Home Loans, Inc.**     represented by  **Bernard E. LeSage**
*TERMINATED: 03/07/2007*                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Home Loans, Inc.**     represented by  **Bernard E. LeSage**
*TERMINATED: 03/07/2007*                  (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank National Trust**     represented by  **Bernard E. LeSage**
**Company**                               (See above for address)
*TERMINATED: 11/28/2007*

**Defendant**

**EMC Mortgage Corporation**     represented by  **Linda Beth Dubnow**
                                      Neal Gerber & Eisenberg
                                      2 North LaSalle Street
                                      Suite 2200
                                      Chicago , IL 60602
                                      312-269-8065
                                      Email: ldubnow@ngelaw.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Robert Jerald Emanuel**
                                      Burke, Warren, MacKay & Serritella,
                                      P.C.
                                      330 North Wabash Avenue
                                      22nd Floor
                                      Chicago , IL 60611-3607
                                      (312) 840-7000
                                      Email: remanuel@burkelaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blair Baker Hanzlik**
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago , IL 60601-7567
(312)849-8100
Email: bhanzlik@mcguirewoods.com
*TERMINATED: 08/26/2008*

**Mara McRae**
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta , GA 30309
404 815 6500
Email:
mmcrae@kilpatrickstockton.com
*ATTORNEY TO BE NOTICED*

**Renee Lynn Zipprich**
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago , IL 60606
(312) 876-1700
Email: rzipprich@dykema.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMC Mortgage Services, Inc.**          represented by     **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ameriquest Mortgage Securities, Inc.**     represented by     **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne N. Davies**
Buchalter Nemer, A Professional
Corporation
18400 Von Karman Avenue
Sutie 800
Irvine , CA 92612
949 760 1121

Email: jdavies@buchalter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Town & Country Credit Corporation**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank National Trust**          represented by   **Bernard E. LeSage**
**Company, N.A.**                                     (See above for address)
*TERMINATED: 11/28/2007*

**Defendant**

**Deutsche Bank National Trust**
**Company, N.A.**
*TERMINATED: 11/28/2007*

**Defendant**

**Ameriquest Mortgage Securities, Inc.**          represented by   **Joanne N. Davies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank National Trust**
**Company, N.A.**
*TERMINATED: 11/28/2007*

**Defendant**

**Wells Fargo Bank, N.A.**          represented by   **Bernard E. LeSage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HomeQ Servicing Corp.**          represented by   **Richard Eric Gottlieb**
*TERMINATED: 06/27/2007*                              Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago , IL 60606
(312) 876-1700
Email: rgottlieb@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bernard E. LeSage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renee Lynn Zipprich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wells Fargo Bank N.A.**                 represented by **Richard Eric Gottlieb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bernard E. LeSage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renee Lynn Zipprich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CitiMortgage, Inc.**                 represented by **Bernard E. LeSage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ameriquest Capital Corporation**                 represented by **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ACC Capital Holdings Corporation**                 represented by **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Town and Country Credit
Corporation**                 represented by **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMC Mortgage Services, Inc.**                 represented by **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ocwen Loan Servicing, LLC.**                 represented by **Harry N. Arger**

Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago , IL 60606
(312) 876-1700
Email: harger@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Bacher Fisher**
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago , IL 60606
312-627-2573
Fax: 312-6272302
Email: mfisher@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee Lynn Zipprich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Eric Gottlieb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wm Specialty Mortgage LLC**          represented by  **Bernard E. LeSage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roland Arnall**          represented by  **Alan Norris Salpeter**
Dewey & LeBoeuf LLP
180 North Stetson Avenue
Suite 3700
Chicago , IL 60601
(312) 784-8088
Email: asalpeter@dl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Ian Schecter**
Dewey & LeBoeuf LLP
180 North Stetson Avenue
Suite 3700

Chicago , IL 60601
(312) 794-8000
Fax: (312) 794-8100
Email: bschecter@dl.com
*TERMINATED: 08/15/2008*

**Therese King Nohos**
Dewey & Le Boeuf LLP
Two Prudential Plaza, 180 North
Stetson Ave.
Suite 3700
Chicago , IL 60601
312 794 8027
Email: tnohos@dl.com
*ATTORNEY TO BE NOTICED*

**Vincent P. Schmeltz , III**
Dewey & LeBoeuf LLP
180 North Stetson Avenue
Suite 3700
Chicago , IL 60601
(312) 794-8000
Email: vschmeltz@dl.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CitiFinancial Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Wm Specialty Mortgage LLC**          represented by   **Bernard E. LeSage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wm Specialty Mortgage LLC**          represented by   **Bernard E. LeSage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Choicepoint Precision Marketing,**          represented by   **Shelley J. Webb**
**Inc.**                                                    Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington , DC 20005
(202) 434-5000
Email: swebb@wc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**WM Specialty Mortgage, LLC**                represented by **Bernard E. LeSage**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Home Loans, Inc.**             represented by **Bernard E. LeSage**
*Countrywide Home Loans, Inc.*                               (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Homeq Servicing Corporation**
*TERMINATED: 09/21/2007*

**Defendant**

**Fairfield Mortgage, Inc.**

**Defendant**

**First American Title Insurance**           represented by **Emily Mulder Milman**
**Company**                                                 Neal, Gerber & Eisenberg
                                                            Two North LaSalle Street
                                                            Suite 2200
                                                            Chicago , IL 60602
                                                            (312) 269-8000
                                                            Email: emulder@ngelaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael D. Sher**
                                                            Neal, Gerber & Eisenberg
                                                            Two North LaSalle Street
                                                            Suite 2200
                                                            Chicago , IL 60602
                                                            (312) 269-8000
                                                            Email: msher@ngelaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Peter R. Wilson**
                                                            Katten Muchin Rosenman LLP
                                                            525 West Monroe Street
                                                            Chicago , IL 60661
                                                            (312) 902-5200
                                                            Email: peter.wilson@kattenlaw.com
                                                            *TERMINATED: 06/16/2008*
                                                            *LEAD ATTORNEY*

                                                            **Robert Radasevich**
                                                            Neal, Gerber & Eisenberg
                                                            Two North LaSalle Street
                                                            Suite 2200

Chicago , IL 60602
(312) 269-8000
Email: rradasevich@ngelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Papadopoulos**
Neal Gerber & Eisenberg LLP
*LEAD ATTORNEY*

**Timothy J. Patenode**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago , IL 60661
(312) 902-5200
Email:
timothy.patenode@kattenlaw.com
*TERMINATED: 06/16/2008*
*LEAD ATTORNEY*

**Amy Gibson Lum**
Perkins Coie LLP
131 S. Dearborn St.
Suite 1700
Chicago , IL 60603
(312) 324-8662
Email: alum@perkinscoie.com
*TERMINATED: 01/22/2008*

**Athanasios Papadopoulos**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 2200
Chicago , IL 60602
(312) 269-8000
Email: tpapadopoulos@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Christopher F. Swing**
Brouse McDowell
388 S. Main STreet
Suite 500
Akron , OH 44311-4407
330 535 5711
Email: cswing@brouse.com
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Heintz**
Brouse McDowell
388 S. Main Street

Suite 500
Akron , OH 44311-4407
330 535 5711
Email: jheintz@brouse.com
*ATTORNEY TO BE NOTICED*

**Jenny R. Leifer**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago , IL 60661
312 902 5574
Fax: 312 577 4468
Email: jenny.leifer@kattenlaw.com
*TERMINATED: 01/22/2008*

**Kate M. Bradley**
Brouse McDowell
388 S. Main Street
Suite 500
Akron , OH 44311-4407
330 535 5711
Email: kbradley@brouse.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Goldman Gruder & Woods, LLC**

**Defendant**
**Dsautels, Mahoney & Kohn LLC**

**Defendant**
**Chicago Title Company**

**Defendant**
**Day Smith & Collier LLC**

**Defendant**
**Heights Title Agency, Inc.**                    represented by **John J. McDonough**
Cozen O'Connor
45 Broadway
Suite 1600
New York , NY 10006
212 509 9400
*ATTORNEY TO BE NOTICED*

**Defendant**
**Law Offices of Joseph J. D'Agostino, Jr.**

**Defendant**

**Mac Kinnon & Tavano**                  represented by  **Joseph B. Carini , III**
                                                      Johnson & Bell, Ltd.
                                                      33 West Monroe Street
                                                      Suite 2700
                                                      Chicago , IL 60603
                                                      (312) 984 6668
                                                      Email: carinij@jbltd.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Perrotta, Cahn & Prieto, P.C.**

**Defendant**

**5 Star Financial Inc.,**

**Defendant**

**A American Financial Group, Inc.**

**Defendant**

**Absolute Title Services, Inc.**

**Defendant**

**Texas Nations Title Agency, Inc..**

**Defendant**

**Access Title, LLC**

**Defendant**

**Ace Mortgage Funding, Inc.**

**Defendant**

**Acro Mortgage LLC**

**Defendant**

**Advantage Equity Services, Inc.**

**Defendant**

**Advisor Mortgage LLC**

**Defendant**

**Alpha Mortgage Lending**

**Defendant**

**American Elite Financial Inc.**

**Defendant**

**American Residential Mortgage**

**Defendant**

**American Mortgage Corporation**          represented by   **Bernard E. LeSage**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Amstar Mortgage Corp.**

**Defendant**

**Archer Land Title, Inc.**

**Defendant**

**B & P Mortgage, Inc.**

**Defendant**

**Bankers Title & Escrow Agency, Inc.**

**Defendant**

**Battersby Title, Inc.**                  represented by   **John J. McDonough**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Beacon Mortgage Services LLC**

**Defendant**

**BLS Funding Corp.**

**Defendant**

**CBC Companies, Inc.**

**Defendant**

**Chicago Mortgage Acceptance**

**Defendant**

**Chicago Title of Michigan**

**Defendant**

**Chioce Title Agency, Inc.**

**Defendant**

**Cislo Title Company**

**Defendant**

**Citywide Mortgage Pros, Inc.**

**Defendant**

**Citywide Title Corporation**             represented by   **Cinthia Granados Motley**

Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
120 North LaSalle Street
Suite 2600
Chicago , IL 60602
(312) 704-0550
Email: cinthia.motley@wilsonelser.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel John McMahon**
Wilson, Elser, Moskowitz, Edelman &
Dicker
120 North LaSalle Street
Suite 2600
Chicago , IL 60602
(312) 704-0550
Email:
Daniel.McMahon@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Robert Platt**
Coman & Anderson, P.C.
2525 Cabot Drive
#300
Lisle , IL 60532
(630) 428-2660
Email: jplatt@comananderson.com
*TERMINATED: 11/26/2007*
*LEAD ATTORNEY*

**Rebecca Rothmann**
Wilson, Elser, Moskowitz, Edelman &
Dicker
120 North LaSalle Street
Suite 2600
Chicago , IL 60602
(312) 704-0550
Email:
rebecca.rothmann@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Ann Beck**
Coman & Anderson, P.C.
2525 Cabot Drive
#300
Lisle , IL 60532

(630) 428-2660
Email: mbeck@comanderson.com
*TERMINATED: 11/26/2007*

**Defendant**

**Classic Home Mortgage Corp.**

**Defendant**

**Colonial Title & Escrow Inc.**    represented by  **John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commonwealth Land Title Insurance**    represented by  **Donald Colleluori**
**Company**    Figari & Davenport, LLP
901 Main Street
Suite 3400
Dallas , TX 75202
(214) 939-2000
Fax: 214/939-2090
Email: don.colleluori@figdav.com
*ATTORNEY TO BE NOTICED*

**Keith R Verges**
Figari Davenport LLP
901 Main Street
Suite 3400
Dallas , TX 75202
(214) 939-2000
Fax: (214) 939-2090
Email: kverges@figdav.com
*ATTORNEY TO BE NOTICED*

**Mark T Davenport**
Figari & Davenport, LLP
901 Main Street
Suite 3400
Dallas , TX 75202
(214) 939-2000
Fax: 214-939-2090
Email: mark.davenport@figdav.com
*ATTORNEY TO BE NOTICED*

**Russell W. Hubbard**
Figari & Davenport, LLP
901 Main Street
Suite 3400
Dallas , TX 75202
214 939 2000
Email: russell.hubbard@figdav.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Direct Banc Mortgage LLC**

**Defendant**

**Dream House Mortgage Corp.**

**Defendant**

**Eden Rock Mortgage Corp.**

**Defendant**

**BW Mortgage Company**

**Defendant**

**Eldridge Mortgage Company Inc.**

**Defendant**

**Envision Mortgage Solutions Inc.**

**Defendant**

**Equity Solutions Inc.**

**Defendant**

**Fairway Financial Group LLC**

**Defendant**

**WM Specialty Mortgage LLC**

**Defendant**

**Fidelity National Title Insurance
Company of New York**

**Defendant**

**Fidelity Title and Escrow, Inc.**

**Defendant**

**First USA Funding LLC**

**Defendant**

**Esq. Frank J. Manni**

**Defendant**

**Freedom Mortgage Team, Inc.**

**Defendant**

**Genesis Mortgage Corp.**

**Defendant**

**Global Mortgage Inc.**

**Defendant**

**Grand Mortgage Corporation**

**Defendant**

**Great American Mortgage Corp.**

**Defendant**

**Great Lakes Mortgage Co., LLC**

**Defendant**

**Great Lakes National Mortgage Banc Inc.**

**Defendant**

**Great Lakes National Mortgage Co.**

**Defendant**

**Hadlock Law Offices, P.C.**

**Defendant**

**HWB Inc.**

**Defendant**

**Hamilton Mortgage Co.**

**Defendant**

**Illinois Mortgage Funding Corp.**

**Defendant**

**Integrity 1st Mortgage**

**Defendant**

**Investment Mortgage Group**

**Defendant**

**Jones, Damia, Kaufman, Borofsky & DePaul LLC**

represented by **Susan N.K. Gummow**
Clausen Miller P.C.
10 South LaSalle Street
Suite 1600
Chicago , IL 60603
(312) 855-1010
Email: sgummow@clausen.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lake Front Mortgage Inc.**

represented by **Gerald R. Walton**
Gerald R. Walton & Associates

2800 Euclid Avenue
Suite 320
Cleveland , OH 44115
216 621 1230
Email: grwalton49@aol.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Landsel Title Agency, Inc.**

**Defendant**

**Manefield Mortgage Services Inc.**

**Defendant**

**Law Offices of Borner, Scola Baruti & Vancini P.C.**

**Defendant**

**Law Offices of William A. Snider**

**Defendant**

**Law Title Insurance Agency, Inc.**

**Defendant**

**Medici & Sciacca, P.C.**

**Defendant**

**Metropolitan Title Company**                   represented by   **Emily Mulder Milman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Sher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter R. Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Radasevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Papadopoulos**
(See above for address)

*LEAD ATTORNEY*

**Timothy J. Patenode**
(See above for address)
*TERMINATED: 06/16/2008*
*LEAD ATTORNEY*

**Amy Gibson Lum**
(See above for address)
*TERMINATED: 01/22/2008*

**Athanasios Papadopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher F. Swing**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Heintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenny R. Leifer**
(See above for address)
*TERMINATED: 01/22/2008*
*ATTORNEY TO BE NOTICED*

**Kate M. Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michigan Land Title Agency, Inc.**

**Defendant**

**Michigan Title Company**

**Defendant**

**Michigan Trust Agency, LLC**

**Defendant**

**Midland Title Security, Inc.**          represented by   **Emily Mulder Milman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Sher**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Peter R. Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Radasevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Papadopoulos**
(See above for address)
*LEAD ATTORNEY*

**Timothy J. Patenode**
(See above for address)
*TERMINATED: 06/16/2008*
*LEAD ATTORNEY*

**Amy Gibson Lum**
(See above for address)
*TERMINATED: 01/22/2008*

**Athanasios Papadopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher F. Swing**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Heintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenny R. Leifer**
(See above for address)
*TERMINATED: 01/22/2008*
*ATTORNEY TO BE NOTICED*

**Kate M. Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Midwest Land Title Company, Inc.**

**Defendant**

**Mortgage Guarantee & Title Company**

represented by **Emily Mulder Milman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Sher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter R. Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Radasevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Papadopoulos**
(See above for address)
*LEAD ATTORNEY*

**Timothy J. Patenode**
(See above for address)
*TERMINATED: 06/16/2008*
*LEAD ATTORNEY*

**Amy Gibson Lum**
(See above for address)
*TERMINATED: 01/22/2008*

**Athanasios Papadopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher F. Swing**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Heintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenny R. Leifer**
(See above for address)
*TERMINATED: 01/22/2008*
*ATTORNEY TO BE NOTICED*

Kate M. Bradley
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**P&L Mortgage, Inc.**

**Defendant**

**Mortgage Pros USA**

**Defendant**

**Nationwide Mortgage,**

**Defendant**

**Ohio Bar Title Insurance Co.**          represented by   **Emily Mulder Milman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Sher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter R. Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Radasevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Papadopoulos**
(See above for address)
*LEAD ATTORNEY*

**Timothy J. Patenode**
(See above for address)
*TERMINATED: 06/16/2008*
*LEAD ATTORNEY*

**Amy Gibson Lum**
(See above for address)
*TERMINATED: 01/22/2008*

**Athanasios Papadopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher F. Swing**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Heintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenny R. Leifer**
(See above for address)
*TERMINATED: 01/22/2008*
*ATTORNEY TO BE NOTICED*

**Kate M. Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ohio Lending Solutions**

**Defendant**

**Pan American Funding Group**

**Defendant**

**Patriot Title Co., Inc.**

**Defendant**

**Preferred Lending Group**

**Defendant**

**Premier Title & Escrow Co,**

**Defendant**

**Prime Plus Mortgage**

**Defendant**

**Quality Title Agency**

**Defendant**

**Reagle Search & Signature Services, LLC**

**Defendant**

**Republic Title Co.**

**Defendant**

**Search2Close of Columbus, LLC**          represented by **David William Warren**
                                             Joelson, Rosenberg, Moss, Cohen,

Warren & Drasnin, PLC
30665 Northwestern Highway
200
Farmington Hills , MI 48334
248)855-2233
Email:
dwwarren@joelsonrosenberg.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Southern Star Mortgage Corp.**

**Defendant**

**Stewart Title Insurance Co.**　　　　represented by　**Gerard David Kelly**
Sidley Austin LLP
One South Dearborn Street
Chicago , IL 60603
(312) 853-7000
Email: gkelly@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna C. Schumaker**
Sidley Austin LLP
One South Dearborn Street
Chicago , IL 60603
312 853 0324
Email: aschumaker@sidley.com
*ATTORNEY TO BE NOTICED*

**Michael Christian Andolina**
Sidley Austin LLP
One South Dearborn Street
Chicago , IL 60603
(312) 853-7000
Email: mandolina@sidley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stewart Title of IL**　　　　represented by　**Gerard David Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna C. Schumaker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Christian Andolina**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Supreme Funding Mort. Service Inc.**

**Defendant**

**The Closing Office**

**Defendant**

**The Guarantee Title and Trust Co.**

**Defendant**

**The Mortgage Edge Inc.**

**Defendant**

**The Mortgage Store**

**Defendant**

**Ticor Title Insurance Co.**

**Defendant**

**Title Source Inc.**                    represented by   **Adam Rien Bunge**
Karbal, Cohen, Economou, Silk &
Dunne, LLC
200 South Michigan Avenue
20th Floor
Chicago , IL 60604
(312)431-3700
Email: abunge@karballaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward A. Cohen**
Karbal, Cohen, Economou, Silk &
Dunne, LLC
200 South Michigan Avenue
20th Floor
Chicago , IL 60604
(312)431-3700
Email: ecohen@karballaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry A Hoellwarth**
Karbal, Cohen, Economou, Silk &
Dunne, LLC
200 South Michigan Avenue
20th Floor
Chicago , IL 60604

(312)431-3700
Email: lhoellwarth@karballaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kerry M Summers**

**Defendant**

**Taylor Abstract Company**

**Defendant**

**Title Works, Inc.**

**Defendant**

**Title-Tech Networks, Inc.**                    represented by   **John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Top Choice Mortgage LLC**

**Defendant**

**Top Flite Financial Inc.**

**Defendant**

**Tower Financial Group Inc.**

**Defendant**

**Transnation Title Insurance Co.**              represented by   **Donald Colleluori**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith R Verges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark T Davenport**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell W. Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Travis Mortgae LLC**

**Defendant**

**TriUnion Title LLC**

**Defendant**

**Union Mortgage Services of
Cleveland Inc.**

**Defendant**

**Universal Home Leading Inc.**

**Defendant**

**William Hajj Mortgage Co. LLC**

**Defendant**

**Barclays Capital Real Estate Inc.,**          represented by **Bernard E. LeSage**
**d/b/a HomEq Servicing**                                                 (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**A Title Escrow Company, Inc.**

**Defendant**

**ATM Corporation of America**

**Defendant**

**Avalon Abstract Co.**

**Defendant**

**B&S Service LLC**

**Defendant**

**Angela Bartucci**                             represented by **Gary Thomas Jansen**
                                                               Cremer, Kopon, Shaughnessy & Spina
                                                               180 North LaSalle Street
                                                               Suite 3300
                                                               Chicago , IL 60601
                                                               (312) 726-3800
                                                               Email: gjansen@cksslaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Arthur W. Lache**

**Defendant**

**Northwest Title and Escrow**                  represented by **Joseph E. Nealon**
                                                               The Law Office of Joseph E. Nealon
                                                               45 Lyman Street
                                                               Suite 28
                                                               Westborough , MA 01581

(508) 366-0044
*ATTORNEY TO BE NOTICED*

**Wayne B. Holstad**
30 East Seventh Street
#1690
St. Paul , MN 55101
(651) 379-5006
Fax: (651) 379-5007
Email: wholstad@integraonline.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blackstone National Title LLC**

**Defendant**

**Christopher M. Boedefeld**
*Esq.*
*TERMINATED: 11/20/2007*

**Defendant**

**CloseNet, LLC**                    represented by   **Joseph E. Nealon**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Wayne B. Holstad**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Commonwealth Land Title Co.**      represented by   **Donald Colleluori**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Keith R Verges**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Mark T Davenport**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Russell W. Hubbard**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Complete Tile Solutions**

**Defendant**

| | | |
|---|---|---|
| **Carolyn T. Daley** | represented by | **Rudolf G. Schade , Jr.** |
| | | Cassiday, Schade & Gloor |
| | | 20 North Wacker Drive |
| | | Suite 1040 |
| | | Chicago , IL 60606-2903 |
| | | (312) 641-3100 |
| | | Email: rgs@cassiday.com |
| | | *ATTORNEY TO BE NOTICED* |

**Scott J. Brown**
Cassiday Schade LLP
20 North Wacker Drive
Suite 1040
Chicago , IL 60606-2903
(312) 641-3100
Email: sjb@cassiday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cesar Gaitan**

**Defendant**

| | | |
|---|---|---|
| **David Carroll** | represented by | **Christopher E. Kentra** |
| | | Meckler, Bulger & Tilson |
| | | 123 North Wacker Drive |
| | | Suite 1800 |
| | | Chicago , IL 60606 |
| | | (312)474-7900 |
| | | Email: chris.kentra@mbtlaw.com |
| | | *ATTORNEY TO BE NOTICED* |

**J. Aaron Jensen**
Meckler Bulger Tilson Marick &
Pearson LLP
123 North Wacker Drive
Suite 1800
Chicago , IL 60606
(312)474-7900
Email: aaron.jensen@mbtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Devon Title Agency**
*TERMINATED: 11/20/2007*

**Defendant**

**Dewrell Sacks, LLP**

**Defendant**

| | | |
|---|---|---|
| **Equity Settlement Services, Inc** | represented by | **Alexander Edward Sklavos** |

Law Offices of Alexander E. Sklavos,
PC
1 Old Country Road
Suite 200
Carle Place , NY 11514
516 248 4000
*ATTORNEY TO BE NOTICED*

**George P. Apostolides**
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago , IL 60606-3913
(312) 876-7100
Email: gapostolides@arnstein.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Express Financial Services, Inc.**

**Defendant**

**Fidelity National Title Insurance Co.**

**Defendant**

**Cruz, Jr.**

**Defendant**

**Financial Title Co.**

**Defendant**

**First Choice Signing Services**

**Defendant**

**First Merit Settlement Services, Inc.**         represented by   **Matthew L. Kurzweg**
Kurzweg Law Offices
Gulf Tower, 34th Floor
707 Grant Street
Pittsburgh , PA 15219
412 258 2223
Email: mkurzweg@kurzweglaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**General American Corporation**

**Defendant**

**Gail Many**

**Defendant**

**Shaw**
*Esq.*

**Defendant**

**Ilene Chapel**                          represented by  **William E. Hosler**
                                                        Williams, Williams, Rattner & Plunkett,
                                                        P.C.
                                                        380 N. Old Woodward Avenue
                                                        Suite 300
                                                        Birmingham , MI 48009
                                                        (248) 642-0333
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Holler & Holler LLC**

**Defendant**

**Home Equity Title Services, Inc.**

**Defendant**

**Home-Land Title & Abstract Co.**

**Defendant**

**Indiana Title Network Co.**             represented by  **Cinthia Granados Motley**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel John McMahon**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Rebecca Rothmann**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**John Weber & Associates**

**Defendant**

**Joshua Hiltibidal**

**Defendant**

**LandAmerica Financial Group, Inc.**    represented by  **Donald Colleluori**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Keith R Verges**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Mark T Davenport**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell W. Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Law Office of Anthony A. Senerchia**

**Defendant**

**Law Office of Daniel Nigro**

**Defendant**

**Law Office of Joseph E. Nealon**

**Defendant**

**Law Office of Gregory Lattanzi**          represented by   **Susan N.K. Gummow**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Law Office of Jonathan P. Ash**

**Defendant**

**Law Office of Morris I. Olmer**

**Defendant**

**Law Offices Of Marc D. Foley**

**Defendant**

**Law Title Insurance Co., Inc.**          represented by   **Russell W. Hubbard**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Martin M. Hochman**

**Defendant**

**Michael Hogan**

**Defendant**

**Lee S. Jacobowitz**

**Defendant**

**Lawyers Title Insurance Corp.**          represented by   **Donald Colleluori**
                                                             (See above for address)

*ATTORNEY TO BE NOTICED*

**Mark T Davenport**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lenders First Choice**

**Defendant**

**Lynne A. Love**

**Defendant**

**Mortgage Information Service**          represented by   **Emily Alb Shupe**
Rathje & Woodward LLC
300 E. Roosevelt Road
Suite 300
Wheaton , IL 60187
(630) 668-8500
Email: ealb@rathjewoodward.com
*ATTORNEY TO BE NOTICED*

**Scott A. Weathers**
Weathers Law Office
333 N. Pennsylvania Street
Suite 200
Indianapolis , IN 46204
317 822 8010
Email: scott@sawlaw.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Smith**

**Defendant**

**National Closing Solutions**
*TERMINATED: 11/20/2007*

**Defendant**

**National RealEstate Information**          represented by   **John J. McDonough**
**Service of New Jersey**                                    (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National RealEstate Information**          represented by   **Kerry Donovan Nelson**
**Service**                                                  Goldberg, Kohn, Bell, Black,
Rosenbloom & Moritz, Ltd
55 East Monroe
Suite 3300

|  |  |  |
|---|---|---|
|  |  | Chicago , IL 60603-5792 |
|  |  | 312 863 7127 |
|  |  | Email: |
|  |  | kerry.donovan@goldbergkohn.com |
|  |  | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Nations Title Agency of Illinois, Inc.**

**Defendant**

**Scott L. Brisco**

**Defendant**

**Scott Drier**

**Defendant**

**Nations Title Agency of Michigan**

**Defendant**

**Nations Title Agency of Missouri**

**Defendant**

**New Vision Title**

**Defendant**

**Resource Title**

**Defendant**

| | | |
|---|---|---|
| **Schop & Pleskow** | represented by | **Susan N.K. Gummow** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Roy W. Waller** | represented by | **Michael J. Weber** |
| | | Leo & Weber P.C. |
| | | One North LaSalle Street |
| | | 3600 |
| | | Chicago , IL 60602 |
| | | (312) 857-0910 |
| | | Email: mweber@leoweber.com |
| | | *LEAD ATTORNEY* |

**Defendant**

| | | |
|---|---|---|
| **Paul D. Boudreau** | represented by | **Robert W. Smyth , Jr.** |
| | | Donohue, Brown, Mathewson & Smyth |
| | | |
| | | 140 South Dearborn Street |
| | | Suite 700 |
| | | Chicago , IL 60603 |

(312) 422-0900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kent Mathewson**
Donohue, Brown, Mathewson & Smyth

140 South Dearborn Street
Suite 700
Chicago , IL 60603
(312) 422-0900
Email: kent@dbmslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shane Delorenze**

**Defendant**

**Nigro Associates**

**Defendant**

**North American Title Co.**

**Defendant**

**Placer Title Co.**
*TERMINATED: 11/20/2007*

**Defendant**

**Portony and Green**

**Defendant**

**Residential Title Service**                     represented by **James V. Noonan**
                                                  Noonan & Lieberman
                                                  105 West Adams Street
                                                  Suite 3000
                                                  Chicago , IL 60603
                                                  (312) 431-1455
                                                  Email:
                                                  jnoonan@noonanandlieberman.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Katherine Marie Donat**
                                                  Noonan & Lieberman, Ltd.
                                                  105 W. Adams
                                                  Suite 3000
                                                  Chicago , IL 60603
                                                  (312) 431-1455
                                                  Email:
                                                  kdonat@noonanandlieberman.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Parkhurst**

**Defendant**

**Cameron and Willacy Counties**

**Defendant**

**Sheila Dolan, Sierra Title Co.**

**Defendant**

**Specialty Title Services, Inc.**

**Defendant**

**Stewart Title of Seattle**                represented by    **Gerard David Kelly**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Anna C. Schumaker**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michael Christian Andolina**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Superior Closing Services, LLC**          represented by    **John J. McDonough**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Gordon Videll**

**Defendant**

**Tapalian & Tadros**

**Defendant**

**Tek Title**

**Defendant**

**The Matlusky Firm**                       represented by    **Gary Thomas Jansen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Nicole D Milos**

Cremer, Kopon, Shaughnessy & Spina
180 North LaSalle Street
Suite 3300
Chicago , IL 60601
(312) 726-3800
Email: nmilos@cksslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Titleserv, Inc.**
*TERMINATED: 11/20/2007*

**Defendant**

**Towne & Country Land Title Agency, Inc.**                    represented by **John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TranStar National Title**

**Defendant**

**Tri-Source Title Agency, Inc.**

**Defendant**

**Tristar Title, LLC**

**Defendant**

**William J. Petz**

**Defendant**

**True Title, Inc.**
*TERMINATED: 11/20/2007*

**Defendant**

**TurnkeyTitle Corporation**                    represented by **Annaliese Flynn Fleming**
Barack, Ferrazzano, Kirschbaum, & Nagelberg
200 West Madison St.
Suite 3900
Chicago , IL 60606
(312) 984-3100
Email: annaliese.fleming@bfkn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vital Signing, Inc.**

**Defendant**

**Liberty Funding Services, Inc.**

**Defendant**

**Michigan Trust Title Agency, LLC**          represented by  **James Kenneth Borcia**
Tressler, Soderstrom, Maloney & Priess

233 South Wacker Drive
22nd Floor
Chicago , IL 60606-6308
(312) 627-4000
Email: jborcia@tsmp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sumner, Kerry A.**

**Defendant**

**Cross Country Lenders LLC**

**Defendant**

**Sette & Bonadies, P.C.**          represented by  **Gary Thomas Jansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole D Milos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fred Sette**          represented by  **Gary Thomas Jansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole D Milos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Desautels, Mahoney & Kohn, LLC**          represented by  **Gary Thomas Jansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oxford Home Mortgage LLC**

**Defendant**

**Lieto & Greenberg LLP**

**Defendant**

**Mortgage Depot**

**Defendant**

**Connecticut Closing Services**

**Defendant**

**Allen A. Currier**

**Defendant**

**Connecticut Attorneys Title
Insurance Company**

**Defendant**

**Mansfield Mortgage Services Inc.**

**Defendant**

**EW Mortgage Company**

**Defendant**

**Metro Title Company**                    represented by  **Don E. Glickman**
*doing business as*                                         Glickman, Flesch & Rosenwein
Sierra Title of Cameron                                     230 West Monroe Street
                                                           Suite 800
                                                           Chicago , IL 60606
                                                           (312) 346-1080
                                                           Fax: (312) 346-3708
                                                           Email: dglickman@lawggf.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James A. Flesch**
                                                           Glickman, Flesch & Rosenwein
                                                           230 West Monroe Street
                                                           #800
                                                           Chicago , IL 60606
                                                           (312) 346-1080
                                                           Fax: (312) 346-3708
                                                           Email: jaflesch@lawggf.com

                                                           **John Robert King**
                                                           Law Office of John King
                                                           3409 N. 10th Street
                                                           Suite 100
                                                           McAllen , TX 78601
                                                           (956) 687-6294
                                                           Fax: (956) 687-5514
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael S. Deck**

Law Office of John King
3409 N. 10th Street
McAllen , TX 78501
956 687 6294
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wallacy Counties**                    represented by    **John Robert King**
*a Texas Corporation*                                      (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael S. Deck**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Park Place Securities, Inc.**

**Defendant**

**Goldman Sachs Mortgage Company**

**Defendant**

**Washington Mutual Bank**              represented by    **Bernard E. LeSage**
*TERMINATED: 11/18/2008*                                  (See above for address)
                                                          *TERMINATED: 11/18/2008*

**Defendant**

**Citi Residential Lending, Inc.**      represented by    **Bernard E. LeSage**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**America's Servicing Company**         represented by    **Robert Jerald Emanuel**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Susan J. Miller Overbey**
                                                          Burke, Warren, MacKay & Serritella,
                                                          P.C.
                                                          330 North Wabash Avenue
                                                          22nd Floor
                                                          Chicago , IL 60611
                                                          (312) 840-7000
                                                          Email: smiller@burkelaw.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**ACC Capital Holdings**

**Defendant**

**Deutsche Bank National Trust
Company**
*TERMINATED: 11/28/2007*

**Defendant**

**Morgage Information Services, Inc.**

**Defendant**

**WM Specialty Mortgage LLC**

**Defendant**

**Bear Stearns Mortgage Capital
Corporation**

represented by **Richard Eric Gottlieb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret J. Rhiew**
Dykema Gossett PLLC IL
10 South Wacker Drive
Suite 2300
Chicago , IL 60606
(312)627-2192
Email: mrhiew@dykema.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ameriquest Mortgage Company, Inc.**

**Defendant**

**Deutsche Bank National Trust**

**Defendant**

**Merrill Lynch Mortgage Lending,
Inc.**
*TERMINATED: 07/09/2008*

**Defendant**

**Asset Backed Funding Corp. NIM
2005-AQ1 LLC**

**Defendant**

**argent securities inc**

represented by **Thomas Joseph Wiegand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Edward Dahlquist**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Greg J. Miarecki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**argent securities inc**

**Defendant**

**Household Finance Corporation**

**Defendant**

**Deutsche Bank National Trust**          represented by   **Bernard E. LeSage**
**Company, as Trustee**                                     (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Household Finance Corporation**

**Defendant**

**CitiFinancial Mortgage Company Inc**

**Defendant**

**Merrill Lynch Credit Corporation**      represented by   **Bernard E. LeSage**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Argent Mortgage Securities, Inc.**      represented by   **Thomas Joseph Wiegand**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Citigroup Inc.**

**Defendant**

**Lehman Brothers Inc.**                  represented by   **Thomas M. Crawford**
                                                            Litchfield Cavo
                                                            303 West Madison Street
                                                            Suite 300
                                                            Chicago , IL 60606
                                                            (312) 781-6677
                                                            Email: crawford@litchfieldcavo.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Steven Michael Brandstedt**

Asler Murphy & McQuillen, LLP.
1 N. LaSalle Street
Suite 2300
Chicago , IL 60602
(312) 345-0700
Email: brandstedt@litchfieldcavo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bear, Stearns & Co. Inc.**

**Defendant**

**Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2005-R6**

**Defendant**

**Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2005-R7**

**Defendant**

**Argent Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2006-M3**

**Defendant**

**Deutsche Bank National Trust Company**

**Defendant**

**Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates, Series 2005-R10**

**Defendant**

**Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2003-8**

**Defendant**

**Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2003-13**

**Defendant**

**Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2003-6**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2004-R1**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2004-R3**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2004-R5**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2004-R7**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2004-R8**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2004-R9**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2004-R11**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backedе Pass Through
Certificate Series 2004-R12**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2005-R3**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through**

**Certificate Series 2005-R4**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2005-R5**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2005-R6**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2005-R10**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2005-R7**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificates Series Quest 2005-X2**

**Defendant**

**Ameriquest Mortgage Securities Inc.
Asset Backed Pass Through
Certificate Series 2006-R1**

**Defendant**

**Park Place Securities Inc. Asset
Backed Pass Through Certificates
Series 2004-MCW1**

**Defendant**

**EMC Mortgage Corporation,
Wrongly Named as Bear Sterns
Mortgage Cap-Amresco**

represented by **Robert Jerald Emanuel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WM Specialty Mortgage, LLC**

**Defendant**

**WM Specialty Mortgage, LLC**

**Defendant**

**U.S. Bank, N.A.**

**ThirdParty Plaintiff**

**Johnnie Ross**                              represented by   **Jimmie H. Brown**
                                                               Brown & Scoccimaro, P.C.
                                                               1801 Gillionville Road
                                                               Albany , GA 31707
                                                               229-432-9310
                                                               Email: help@bspclaw.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ralph O. Scoccimaro**
                                                               Brown & Scoccimaro, P.C.
                                                               1801 Gillionville Road
                                                               Albany , GA 31707
                                                               229-432-9310
                                                               Email: help@bspclaw.com
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Charles Meadows**                           represented by   **Jimmie H. Brown**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ralph O. Scoccimaro**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Joseph Riggins**                            represented by   **Jimmie H. Brown**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ralph O. Scoccimaro**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Nicole Riggins**                            represented by   **Jimmie H. Brown**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ralph O. Scoccimaro**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Town & Country Credit Corporation**         represented by   **Bernard E. LeSage**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Citywide Title Corporation**          represented by   **Daniel John McMahon**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

                                                         **Cinthia Granados Motley**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Rebecca Rothmann**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**David Carroll**

**ThirdParty Plaintiff**

**Certain other defendants**

V.

**Third Party Defendant**

**Turnkey Title Corporation**          represented by   **Annaliese Flynn Fleming**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Gayle L. Yeatman**
                                                         Barack, Ferrazzano, Kirschbaum,
                                                         Perlman & Nagelberg
                                                         333 West Wacker Drive
                                                         Suite 2700
                                                         Chicago , IL 60606
                                                         (312) 984-3100
                                                         Email: gayle.fisher@bfkn.com
                                                         *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**TEK Title, LLC**          represented by   **Robert Stuart Pinzur**
                                             Pinzur, Cohen & Kerr, Ltd.
                                             4180 RFD Route 83
                                             Suite 208
                                             Long Grove , IL 60047
                                             (847) 821-5290
                                             Email: rpinzur@pckltdlaw.com
                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brian Scott Brewer**
Pinzur, Cohen & Kerr, Ltd.
4180 RFD Route 83
Suite 208
Long Grove , IL 60047
(847) 821-5290
Email: bbrewer@pckltdlaw.com
*ATTORNEY TO BE NOTICED*

**Brian R Merfeld**
Pinzur, Cohen & Kerr, Ltd.
4180 RFD Route 83
Suite 208
Long Grove , IL 60047
(847) 821-5290
Email: bmerfeld@pckltdlaw.com
*ATTORNEY TO BE NOTICED*

**Laura E. Cohen**
Pinzur, Cohen & Kerr, Ltd.
4180 RFD Route 83
Suite 208
Long Grove , IL 60047
(847) 821-5290
Email: lcohen@pckltdlaw.com
*ATTORNEY TO BE NOTICED*

**Megan Laura Kerr**
Pinzur, Cohen & Kerr, Ltd.
4180 RFD Route 83
Suite 208
Long Grove , IL 60047
(847) 821-5290
Email: mkerr@pckltdlaw.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**Michael Hogan**

**Third Party Defendant**
**ATM Corporation of America**

**Third Party Defendant**
**Scott Drier**

**Third Party Defendant**
**Complete Title Solutions, Inc.**

**Third Party Defendant**

**First Merit Settlement Services, Inc.**

**Third Party Defendant**

**Advantage Notary Services**

**Third Party Defendant**

**Jeremy Clason**

**Third Party Defendant**

**Law Title Insurance Co., Inc.**          represented by   **David A. Ward**
                                                             Ward & Metti, P.C.
                                                             2516 Waukegan Road
                                                             Suite 300
                                                             Glenview , IL 60025-1774
                                                             (847) 657-8387
                                                             Fax: (312) 896-9229
                                                             Email: wardmetti@msn.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Tristar Title, LLC**

**Third Party Defendant**

**Guadalupe Cruz**

**Third Party Defendant**

**Michael Pickett**

**Third Party Defendant**

**Michael R Smith**

**Third Party Defendant**

**Angela Bartucci**          represented by   **Gary Thomas Jansen**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Lee J. Schoen**
                                              Schoen & Smith, Ltd.
                                              200 West Adams Street
                                              1005
                                              Chicago , IL 60606
                                              (312) 726-5151
                                              Email: lschoen@schoenmslaw.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Elite Closing Service**

**Third Party Defendant**

**Sonia Serrano**

**Third Party Defendant**

**Tia M. Martin**

**Third Party Defendant**

**Mortgage Services Group, LLC**

**Third Party Defendant**

**Sheila Dolan**

**Third Party Defendant**

**Express Financial Services, Inc.**

**Third Party Defendant**

**Nations Title Agency of Illinois, Inc.**      represented by   **David Christian McCormack**
McCormack Law
18875 Saratoga Court
Brookfield , WI 53045
(262) 790-1160
Email: maclaw@execpc.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Arthur Lachel**

**Third Party Defendant**

**Lynne A. Love**

**Third Party Defendant**

**Shane Delorenze**

**Third Party Defendant**

**Cesar Gaitan**

**Third Party Defendant**

**Northwest Title and Escrow**      represented by   **Joseph E. Nealon**
**Corporation**                                      (See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne B. Holstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**CT Mortgage Information Services**

**Third Party Defendant**

**Hedy Griego**

**Third Party Defendant**

**William Petz**

**Third Party Defendant**

**Holler & Holler, LLC**

**Third Party Defendant**

**Superior Closing Services, LLC**     represented by     **Christopher H Murphy**
Cozen & O'Conner
222 South Riverside Plaza,
Suite 1500
Chicago , IL 60606
(312) 382-3100
Email: chmurphy@cozen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**John Duplice**

**Third Party Defendant**

**Vital Signing, Inc.**     represented by     **Rebecca Rothmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cinthia Granados Motley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel John McMahon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Jim Gritsonis**

**Third Party Defendant**

**First Choice Signing Service, LLC**

**Third Party Defendant**

**Commonwealth Land Title Co.**          represented by   **Albert Edwin Fowerbaugh , Jr.**
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago , IL 60606
(312) 368-6804
Fax: 312-251-2177
Email: al.fowerbaugh@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark T Davenport**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna-Katrina S Christakis**
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago , IL 60606-3913
(312) 939-0920
Email: kchristakis@gradypilgrim.com
*TERMINATED: 10/03/2008*
*ATTORNEY TO BE NOTICED*

**Christopher S. Naveja**
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago , IL 60606-3913
(312) 876-7100
Email: csnaveja@arnstein.com
*ATTORNEY TO BE NOTICED*

**Donald Colleluori**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Brett Hirsh**
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago , IL 60606-3913
(312) 876-7100
Email: jbhirsh@arnstein.com
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Pilgrim**
Grady Pilgrim Christakis Bell LLP

53 West Jackson
Suite 224
Chicago , IL 60604
312-939-0923
Fax: 312-939-0983
Email: jpilgrim@gradypilgrim.com
*TERMINATED: 10/03/2008*
*ATTORNEY TO BE NOTICED*

**John L. Ropiequet**
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago , IL 60606-3913
(312) 876-7100
Email: jlropiequet@arnstein.com
*ATTORNEY TO BE NOTICED*

**Keith R Verges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Law Office of William A. Snider**

**Third Party Defendant**

**Steven Pfeiffer**

**Third Party Defendant**

**Specialty Title Services, Inc.**

**Third Party Defendant**

**Roy W. Waller**                    represented by   **Michael J. Weber**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

                                                      **Michele Lynn Killebrew**
                                                      Leo & Weber PC
                                                      One North LaSalle Street
                                                      Suite 3600
                                                      Chicago , IL 60602
                                                      (312)857-0910
                                                      Email: mkillebrew@leoweber.com
                                                      *TERMINATED: 09/30/2008*

**Third Party Defendant**

**Lee S. Jacobowitz**                represented by   **Scott J. Brown**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Joshua Hiltibidal**

**Third Party Defendant**

**Schop & Pleskow, LLP**                    represented by   **Richard M. Kaplan**
Clausen Miller P.C.
10 South LaSalle Street
Suite 1600
Chicago , IL 60603
(312) 855-1010
Email: rkaplan@clausen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Kenneth Flynn**
Clausen Miller P.C.
10 South LaSalle Street
Suite 1600
Chicago , IL 60603
(312) 855-1010
Email: gflynn@clausen.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Trans Union LLC**                          represented by   **William R. Brown**
Schuckit & Associates, PC
10 W. Market Street
Suite 3000
Indianapolis , IN 46204
317 363 2400
Email: wbrown@schuckitlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Schuckit**
Schuckit & Associates, P.C.
10 W. Market Street
Suite 3000
Indianapolis , IN 46204
317-363-2400
Fax: 317-363-2257
Email: rschuckit@schuckitlaw.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Trans Union Corporation**                  represented by   **William R. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Schuckit**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Choicepoint Precision Marketing,**          represented by   **Laurie S Fulton**
**Inc.**                                                       Williams & Connolly, LLP
                                                              725 Twelfth Street, N.W.
                                                              Washington , DC 20005
                                                              (202) 434-5787
                                                              Email: lfulton@wc.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jon R. Fetterolf**
                                                              Williams & Connolly LLP
                                                              725 Twelfth Street, N.W.
                                                              Washington , DC 20005
                                                              (202) 434-5351
                                                              Email: jfetterolf@wc.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Paven Malhotra**
                                                              Williams & Co;nnolly LLP
                                                              725 Twelfth Street, N.W.
                                                              Washington , DC 20005
                                                              (202) 434-5798
                                                              Email: pmalhotra@wc.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Shelley J. Webb**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Equifax Credit Information Services,**          represented by   **Bradley J Miller**
**Inc.**                                                          Kilpatrick Stockton LLP
                                                                 1100 Peachtree Street
                                                                 Suite 2800
                                                                 Atlanta , GA 30309
                                                                 (404) 815-6500
                                                                 Email: bmiller@kilpatrickstockton.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Mara McRae**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michael J. Breslin**

1100 Pearctree Street, NE
Suite 2800
Atlanta , GA 30309
(404) 815-6500
Email:
mbreslin@kilpatrickstockton.com
*ATTORNEY TO BE NOTICED*

**Robert Eliot Shapiro**
Barack Ferrazzano Kirschbaum &
Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago , IL 60606
(312) 984-3100
Email: rob.shapiro@bfkn.com
*ATTORNEY TO BE NOTICED*

**Stephanie Michelle Zimdahl**
Barack, Ferrazzano, Kirschbaum &
Nagelberg
200 West Madison Street
Suite 3900
Chicago , IL 60606
(312)
Email: stephanie.zimdahl@bfkn.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Equifax Marketing Services**          represented by   **Bradley J Miller**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael J. Breslin**
                                                         1100 Pearctree Street, NE
                                                         Suite 2800
                                                         Atlanta , GA 30309
                                                         (404) 815-6500
                                                         Email:
                                                         mbreslin@kilpatrickstockton.com
                                                         *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Fairfield Mortgage, Inc.**          represented by   **Michael D. Sher**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Thomas Papadopoulos**
                                                       (See above for address)

*LEAD ATTORNEY*

**Christopher F. Swing**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Heintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kate M. Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**First American Title Insurance Company**    represented by    **Athanasios Papadopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher F. Swing**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Heintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kate M. Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Radasevich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Goldman Gruder & Woods, LLC**    represented by    **Jeanne Marie Hoffmann**
BryceDowney, LLC
200 N. LaSalle St
Suite 2700
Chicago , IL 60601
(312)377-1501
Email: jhoffmann@brycedowney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence J. Madden**
BryceDowney, LLC
200 N. LaSalle St
Suite 2700

Chicago , IL 60601
(312)377-1501
Email: tmadden@brycedowney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Crown Mortgage Corp.**

**Third Party Defendant**

| **Stewart Title Guaranty Company** | represented by | **Gerard David Kelly** |
|---|---|---|

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna C. Schumaker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Christian Andolina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

| **Liberty Title Escrow Company, Inc.** | represented by | **Dennis E. Both** |
|---|---|---|

1332 N. Halsted
suite 100
Chicago , IL 60622
(312)475-9900
Email: dbothlaw@att.net
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Paradise Financial Services LLC**

**Third Party Defendant**

**Greenwich Mortgage Corp**

**Third Party Defendant**

| **Hillard N. Einbinder** | represented by | **Gary Thomas Jansen** |
|---|---|---|
| *Attorney at Law* | | |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole D Milos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Precision Financial Inc.**

**Third Party Defendant**

**American Pioneer Title Insurance Company**          represented by          **Albert Edwin Fowerbaugh , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric P. Early**
Christensen, Glaser, Fink, Jacobs,
Weil& Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles , CA 90067
310 282 6227
Email: eearly@chrisglase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Salemi**
Burke, Warren, MacKay & Serritella,
PC
330 North Wabash
22nd Floor
Chicago , IL 60611-3607
(312) 840-7112
Fax: (312) 840-7900
Email: msalemi@burkelaw.com
*TERMINATED: 04/07/2008*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**L & S Mortgage LLC**          represented by          **Gerald R. Walton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Old Republic National Title Insurance Company**          represented by          **Charles Addison Valente**
Krasnow Saunders Cornblath, LLP
500 North Dearborn Street
Second Floor
Chicago , IL 60610
(312) 755-5700
Email: cvalente@ksc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Robert Greene**
Johnston & Greene, LLC
542 South Dearborn Street

Chicago , IL 60605
(312) 341-3900
Fax: (312) 341-0700
Email: agreene@johnstongreene.com
*ATTORNEY TO BE NOTICED*

**Emily V. Wolf**
Krasnow Saunders Cornblath, LLP
500 N. Dearborn
Suite 200
Chicago , IL 60610
312 755 5700
Email: ewolf@ksc-law.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**Dsautels, Mahoney & Kohn LLC**

**Third Party Defendant**
**Chicago Title Company**                  represented by  **Albert Edwin Fowerbaugh , Jr.**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eric P. Early**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael G. Salemi**
                                                        (See above for address)
                                                        *TERMINATED: 04/07/2008*
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**Day Smith & Collier LLC**

**Third Party Defendant**
**Heights Title Agency, Inc.**             represented by  **Christopher H Murphy**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John J. McDonough**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**Law Offices of Joseph J. D'Agostino,**   represented by  **Harlene G. Matyas**
**Jr.**                                                 (312) 201-6400

Email: hgmatyas@tribler.com
*ATTORNEY TO BE NOTICED*

**Sreeram Natarajan**
Tribler Orpett & Meyer, PC
225 West Washington Street
Suite 1300
Chicago , IL 60606
(312) 201-6400
Email: snatarajan@tribler.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**Mac Kinnon & Tavano**                represented by **Joseph B. Carini , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**Perrotta, Cahn & Prieto, P.C.**          represented by **John William Patton , Jr.**
Patton & Ryan, LLC
330 North Wabash Avenue
#2900
Chicago , IL 60611
(312) 261-5160
Email: jpatton@pattonryan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Martin Fenwick**
1749 N. Wells Street
Apt. #1701
Chicago , IL 60614
(773) 401-4405
Email: mfenwick@pattonryan.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**Texas Nations Title Agency, Inc..**        represented by **David Christian McCormack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**5 Star Financial Inc.,**

**Third Party Defendant**
**A American Financial Group, Inc.**         represented by **Hector Ledesma**
Sanchez & Daniels
333 West Wacker Drive
Suite 500

Chicago , IL 60606
(312) 641-1555
Email: hledesma@sanchezdh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy V. Hoffman**
Sanchez, Daniels & Hoffman
333 West Wacker Drive
Suite 500
Chicago , IL 60606
(312) 641-1555
Email: thoffman@sanchezdh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Absolute Title Services, Inc.**                    represented by **David A. Ward**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Access Title, LLC**

**Third Party Defendant**

**Ace Mortgage Funding, Inc.**                    represented by **David Thomas Ballard**
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago , IL 60606
(312)357-1313
Email: dballard@btlaw.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Acro Mortgage LLC**

**Third Party Defendant**

**Advantage Equity Services, Inc.**

**Third Party Defendant**

**Advisor Mortgage LLC**

**Third Party Defendant**

**Alpha Mortgage Lending**

**Third Party Defendant**

**American Elite Financial Inc.**

**Third Party Defendant**

**American Residential Mortgage**

**Third Party Defendant**

**American Mortgage Corporation**

**Third Party Defendant**

**Amstar Mortgage Corp.**

**Third Party Defendant**

**Archer Land Title, Inc.**                      represented by   **David Thomas Ballard**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**B & P Mortgage, Inc.**

**Third Party Defendant**

**Bankers Title & Escrow Agency, Inc.**

**Third Party Defendant**

**Battersby Title, Inc.**                        represented by   **Christopher H Murphy**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **John J. McDonough**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Beacon Mortgage Services LLC**

**Third Party Defendant**

**BLS Funding Corp.**                            represented by   **Kevin Michael O'Hagan**
                                                                  O'Hagan Spencer, LLC
                                                                  One E. Wacker Drive
                                                                  Suite 3400
                                                                  Chicago , IL 60601
                                                                  312-422-6120
                                                                  Fax: (312) 422-6110
                                                                  Email: kohagan@ohaganspencer.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**CBC Companies, Inc.**                          represented by   **Stephen M. Sedor**
                                                                  Durant, Nichols, Houston, Hodgson &

Cortese-Costa PC
1057 Broad Street
Bridgeport , CT 06604
(203) 337-8242
Email: ssedor@durantnic.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Colleluori**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph E. Nealon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne B. Holstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Chicago Mortgage Acceptance**

**Third Party Defendant**

**Chicago Title of Michigan**          represented by   **Albert Edwin Fowerbaugh , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric P. Early**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Salemi**
(See above for address)
*TERMINATED: 04/07/2008*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Chioce Title Agency, Inc.**          represented by   **John E Kerley**
Kerley & Associates, P.C.
2131 West White Oaks Drive
Suite B-2
Springfield , IL 62704
(217)698-0007
Email: lawyerjohn@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Cislo Title Company**

**Third Party Defendant**

**Citywide Mortgage Pros, Inc.**

**Third Party Defendant**

**Classic Home Mortgage Corp.**                    represented by   **Edward M. Ordonez**
                                                                    Cozen O'Connor
                                                                    222 S. Riverside Plaza
                                                                    Suite 1500
                                                                    Chicago , IL 60606
                                                                    (312) 382-3100
                                                                    Email: eordonez@cozen.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Kristin Sihyun Yoo**
                                                                    Cozen O'Connor
                                                                    222 South Riverside Plaza
                                                                    #1500
                                                                    Chicago , IL 60606
                                                                    (312) 382-3100
                                                                    Email: kyoo@cozen.com
                                                                    *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Colonial Title & Escrow Inc.**                   represented by   **Christopher H Murphy**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **John J. McDonough**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Commonwealth Land Title Insurance Company**      represented by   **Albert Edwin Fowerbaugh , Jr.**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Anna-Katrina S Christakis**
                                                                    (See above for address)
                                                                    *TERMINATED: 10/03/2008*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Christopher S. Naveja**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Donald Colleluori**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Brett Hirsh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Pilgrim**
(See above for address)
*TERMINATED: 10/03/2008*
*ATTORNEY TO BE NOTICED*

**John L. Ropiequet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith R Verges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark T Davenport**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell W. Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**Direct Banc Mortgage LLC**

**Third Party Defendant**
**Dream House Mortgage Corp.**          represented by **Preston W Halperin**
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket , RI 02860
(401) 272-1403
Email: phalperin@shslawfirm.com
*LEAD ATTORNEY*

**Dean J. Wagner**
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket , RI 02860
401-272-1400
Email: dwagner@shslawfirm.com
*ATTORNEY TO BE NOTICED*

Gini Spaziano
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket , RI 02860
401-272-1400
Email: gspaziano@shslawfirm.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Eden Rock Mortgage Corp.**

**Third Party Defendant**

**Eldridge Mortgage Company Inc.**          represented by   **Maureen Ann Beck**
                                                              (See above for address)
                                                              *TERMINATED: 11/26/2007*

**Third Party Defendant**

**Envision Mortgage Solutions Inc.**        represented by   **Dennis E. Both**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Equity Solutions Inc.**

**Third Party Defendant**

**BW Mortgage Company**

**Third Party Defendant**

**Fairway Financial Group LLC**             represented by   **Dennis E. Both**
                                                              (See above for address)
                                                              *TERMINATED: 04/18/2008*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Fidelity National Title Insurance**       represented by   **Albert Edwin Fowerbaugh , Jr.**
**Company of New York**                                       (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Eric P. Early**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **James S Schreier**
                                                              Glaser, Weil, Fink, Jacobs, & Shapiro,
                                                              LLP

10250 Constellation Boulevard
19th Floor
Los Angeles , CA 90067
310 282 6216
Fax: 310 553 7615
Email: jschreier@glaserweil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Salemi**
(See above for address)
*TERMINATED: 04/07/2008*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Fidelity Title and Escrow, Inc.**

**Third Party Defendant**

**Esq. Frank J. Manni**                 represented by  **Christopher E. Kentra**
                                        (See above for address)
                                        *LEAD ATTORNEY*

                                        **J. Aaron Jensen**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**First USA Funding LLC**

**Third Party Defendant**

**Freedom Mortgage Team, Inc.**

**Third Party Defendant**

**Genesis Mortgage Corp.**

**Third Party Defendant**

**Global Mortgage Inc.**                represented by  **Russell M. Kofoed**
                                        Law Offices of Russell M. Kofoed
                                        222 South Riverside Plaza
                                        Suite 1410
                                        Chicago , IL 60606-6008
                                        (312)876-0500
                                        Email: russellkofoed@sbcglobal.net
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Grand Mortgage Corporation**

**Third Party Defendant**

**Great American Mortgage Corp.**

**Third Party Defendant**

**Great Lakes Mortgage Co., LLC**

**Third Party Defendant**

**Great Lakes National Mortgage Banc Inc.**

**Third Party Defendant**

**Great Lakes National Mortgage Co.**

**Third Party Defendant**

| | | |
|---|---|---|
| **Hadlock Law Offices, P.C.**<br>*TERMINATED: 08/25/2008* | represented by | **Paul S. Festenstein**<br>Condon & Cook<br>745 North Dearborn Street<br>Chicago , IL 60610<br>(312) 266-1313<br>Email: pfestenstein@condoncook.com<br>*TERMINATED: 02/11/2008*<br>*LEAD ATTORNEY* |
| | | **Bradley Steven Levison**<br>Strauss & Watychowicz PC<br>115 South Emerson<br>Mt. Prospect , IL 60056<br>(847)870-1200<br>Email: blevison@condoncook.com<br>*TERMINATED: 02/11/2008* |

**Third Party Defendant**

| | | |
|---|---|---|
| **Integrity 1st Mortgage** | represented by | **Richard M. Waris**<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2200<br>Chicago , IL 60606-4673<br>(312) 346-1973<br>Email: rwaris@pretzel-stouffer.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James Joseph Sipchen**<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2200<br>Chicago , IL 60606-4673<br>(312) 346-1973<br>Email: jsipchen@pretzel-stouffer.com<br>*ATTORNEY TO BE NOTICED* |

**Matthew F Tibble**
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2200
Chicago , IL 60606-4673
312 578 7445
Email: mtibble@pretzel-stouffer.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Hamilton Mortgage Co.**

**Third Party Defendant**

**HWB Inc.**

**Third Party Defendant**

**Illinois Mortgage Funding Corp.**          represented by  **Dennis E. Both**
(See above for address)
*TERMINATED: 01/29/2008*
*LEAD ATTORNEY*

**Third Party Defendant**

**Integrity 1st Mortgage**          represented by  **Donald Patrick Eckler**
Patton & Ryan, LLC
330 North Wabash
Suite 2900
Chicago , IL 60611
312 261 5175
Email: deckler@pretzel-stouffer.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Investment Mortgage Group**

**Third Party Defendant**

**Jones, Damia, Kaufman, Borofsky &**          represented by  **Richard M. Kaplan**
**DePaul LLC**          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Kenneth Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Lake Front Mortgage Inc.**          represented by  **Gerald R. Walton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Cseh**
12800 ShakerBoulevard
Suite U12
Cleveland , OH 44120
(440) 250-0411
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Landsel Title Agency, Inc.**

**Third Party Defendant**

**Manefield Mortgage Services Inc.**

**Third Party Defendant**

**Law Offices of Borner, Scola Baruti**            represented by   **Gary Thomas Jansen**
**& Vancini P.C.**                                                 (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Joseph R. Marconi**
                                                                   Johnson & Bell, Ltd.
                                                                   33 West Monroe Street
                                                                   Suite 2700
                                                                   Chicago , IL 60603
                                                                   (312) 372-0770
                                                                   Email: marconij@jbltd.com
                                                                   *TERMINATED: 05/28/2008*
                                                                   *LEAD ATTORNEY*

                                                                   **Juanita B. Rodriguez**
                                                                   Johnson & Bell, Ltd.
                                                                   33 West Monroe Street
                                                                   Suite 2700
                                                                   Chicago , IL 60603
                                                                   (312) 984-0264
                                                                   Email: rodriguezj@jbltd.com
                                                                   *TERMINATED: 05/28/2008*

                                                                   **Nicole D Milos**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Law Offices of William A. Snider**

**Third Party Defendant**

**Law Title Insurance Agency, Inc.**            represented by   **David A. Ward**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Medici & Sciacca, P.C.**                 represented by **Christopher E. Kentra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **J. Aaron Jensen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Metropolitan Title Company**             represented by **Athanasios Papadopoulos**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Christopher F. Swing**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey T. Heintz**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kate M. Bradley**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert Radasevich**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Michigan Land Title Agency, Inc.**

**Third Party Defendant**

**Michigan Title Company**

**Third Party Defendant**

**Michigan Trust Agency, LLC**

**Third Party Defendant**

**Midland Title Security, Inc.**           represented by **Athanasios Papadopoulos**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Christopher F. Swing**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey T. Heintz**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kate M. Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Radasevich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Midwest Land Title Company, Inc.**

**Third Party Defendant**

**Mortgage Guarantee & Title Company**    represented by  **Athanasios Papadopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher F. Swing**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Heintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kate M. Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Radasevich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Patriot Title Co., Inc.**

**Third Party Defendant**

**Mortgage Pros USA**    represented by  **Michael Raymond Gregg**
Merlo Kanofsky Brinkmeier & Gregg Ltd.
208 South Lasalle Street
Suite 950
Chicago , IL 60604
(312) 553-5500
Email: mrg@merlolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amir R. Tahmassebi**
Konicek & Dillon, P.C.
21 W. State Street
Geneva , IL 60134
Email: art@merlolaw.com
*ATTORNEY TO BE NOTICED*

**Martin A. Kanofsky**
Merlo Kanofsky Brinkmeier & Gregg
Ltd.
208 South Lasalle Street
Suite 1750
Chicago , IL 60604
(312) 553-5500
Email: mak@merlolaw.com
*TERMINATED: 03/10/2008*
*ATTORNEY TO BE NOTICED*

**Steven Michael Sandler**
Michael Best & Friedrich LLP (WI)
100 E. Wisconsin
Suite 3300
Milwaukee , WI 53202
312 553 5500
Email: sms@merlolaw.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Nationwide Mortgage,**

**Third Party Defendant**

**Ohio Bar Title Insurance Co.**          represented by  **Athanasios Papadopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher F. Swing**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Heintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kate M. Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Radasevich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Ohio Lending Solutions**

**Third Party Defendant**

**P&L Mortgage, Inc.**

**Third Party Defendant**

**Pan American Funding Group**

**Third Party Defendant**

**Preferred Lending Group**

**Third Party Defendant**

**Premier Title & Escrow Co,**            represented by   **Christopher E. Kentra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **J. Aaron Jensen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Prime Plus Mortgage**

**Third Party Defendant**

**Quality Title Agency**

**Third Party Defendant**

**Reagle Search & Signature Services,
LLC**

**Third Party Defendant**

**Republic Title Co.**                     represented by   **Michael A. Braun**
                                                          Braun & Rivkin
                                                          33 North Dearborn Street
                                                          Suite 500
                                                          Chicago , IL 60602
                                                          (312) 580-0001
                                                          Email: mabraun@speakeasy.net
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lee M. Weisz**
                                                          Braun & Rivkin
                                                          33 North Dearborn Street
                                                          Suite 500
                                                          Chicago , IL 60602
                                                          (312) 580-0001
                                                          Email: weiszlaw@aol.com

*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Supreme Funding Mort. Service Inc.**

**Third Party Defendant**

**Search2Close of Columbus, LLC**                represented by  **David William Warren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Southern Star Mortgage Corp.**                represented by  **Michael Alan Kraft**
Kraft Law Office
4343 Commerce Court
Suite 415
Lisle , IL 60532
(630) 505 4119
Email: mike@mkraftlaw.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Stewart Title Insurance Co.**                represented by  **Gerard David Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna C. Schumaker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Christian Andolina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Stewart Title of IL**                represented by  **Gerard David Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna C. Schumaker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Christian Andolina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Title Source Inc.**                represented by  **Adam Rien Bunge**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward A. Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry A Hoellwarth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Ticor Title Insurance Co.**          represented by   **Albert Edwin Fowerbaugh , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric P. Early**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Salemi**
(See above for address)
*TERMINATED: 04/07/2008*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**The Mortgage Store**          represented by   **James Kenneth Borcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell M. Kofoed**
(See above for address)
*LEAD ATTORNEY*

**Third Party Defendant**

**The Mortgage Edge Inc.**

**Third Party Defendant**

**The Guarantee Title and Trust Co.**          represented by   **David Christian McCormack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**The Closing Office**

**Third Party Defendant**

**Kerry M Summers**

**Third Party Defendant**

**Taylor Abstract Company**                  represented by   **Christopher H Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Title Works, Inc.**

**Third Party Defendant**

**Title-Tech Networks, Inc.**                represented by   **Christopher H Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Top Choice Mortgage LLC**

**Third Party Defendant**

**Top Flite Financial Inc.**

**Third Party Defendant**

**Tower Financial Group Inc.**               represented by   **Walter J. Manning**
1260 Greenwich Avenue
Warwick , RI 02886
(401) 921-2250
Fax: (401) 921-2398
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Transnation Title Insurance Co.**          represented by   **Albert Edwin Fowerbaugh , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna-Katrina S Christakis**
(See above for address)
*TERMINATED: 10/03/2008*
*ATTORNEY TO BE NOTICED*

**Christopher S. Naveja**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald Colleluori**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Brett Hirsh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Pilgrim**
(See above for address)
*TERMINATED: 10/03/2008*
*ATTORNEY TO BE NOTICED*

**John L. Ropiequet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith R Verges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark T Davenport**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell W. Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Travis Mortgae LLC**                                        represented by **Dominick W. Savaiano**
Clausen Miller P.C.
10 South LaSalle Street
Suite 1600
Chicago , IL 60603
(312) 855-1010
Email: dsavaiano@clausen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel B Templeman**
Clausen & Miller
Chicago , IL 60603
312-855-1010
Email: jtempleman@clausen.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**TriUnion Title LLC**

**Third Party Defendant**

**Universal Home Leading Inc.**

**Third Party Defendant**

**William Hajj Mortgage Co. LLC**

**Third Party Defendant**

| | | |
|---|---|---|
| **Northwest Title and Escrow** | represented by | **Christopher B Hunter** |

Christopher B Hunter
1401 S. Brentwood Blvd.
St. Louis , MO 63144
Email: cbhunter@rothlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph E. Nealon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne B. Holstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**A Title Escrow Company, Inc.**

**Third Party Defendant**

| | | |
|---|---|---|
| **Angela Bartucci** | represented by | **Gary Thomas Jansen** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Arthur W. Lache**

**Third Party Defendant**

**ATM Corporation of America**

**Third Party Defendant**

**Avalon Abstract Co.**

**Third Party Defendant**

**B&S Service LLC**

**Third Party Defendant**

**Blackstone National Title LLC**

**Third Party Defendant**

**Carolyn T. Daley**
*TERMINATED: 11/28/2007*

**Third Party Defendant**

**Cesar Gaitan**

**Third Party Defendant**

**Christopher M. Boedefeld**
*Esq.*
*TERMINATED: 11/20/2007*

**Third Party Defendant**

**CloseNet, LLC**                                    represented by    **Joseph E. Nealon**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Wayne B. Holstad**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Commonwealth Land Title Co.**                     represented by    **Donald Colleluori**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Jeffrey D. Pilgrim**
                                                                      (See above for address)
                                                                      *TERMINATED: 10/03/2008*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Keith R Verges**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Mark T Davenport**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Russell W. Hubbard**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Complete Tile Solutions**

**Third Party Defendant**

**Devon Title Agency**
*TERMINATED: 11/20/2007*

**Third Party Defendant**

| | | |
|---|---|---|
| **Dewrell Sacks, LLP** | represented by | **Rudolf G. Schade , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Scott J. Brown**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Third Party Defendant**

| | | |
|---|---|---|
| **Equity Settlement Services, Inc** | represented by | **Alexander Edward Sklavos**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **George P. Apostolides**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Third Party Defendant**

**Express Financial Services, Inc.**

**Third Party Defendant**

| | | |
|---|---|---|
| **Fidelity National Title Insurance Co.** | represented by | **Albert Edwin Fowerbaugh , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Eric P. Early**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael G. Salemi**<br>(See above for address)<br>*TERMINATED: 04/07/2008*<br>*ATTORNEY TO BE NOTICED* |

**Third Party Defendant**

**Cruz, Jr.**

**Third Party Defendant**

**Shaw**
*Esq.*

**Third Party Defendant**

| | | |
|---|---|---|
| **General American Corporation** | represented by | **Joseph J Siprut**<br>Schopf & Weiss<br>One South Wacker Drive<br>28th Floor<br>Chicago , IL 60606<br>Email: siprut@sw.com |

*LEAD ATTORNEY*

**Peter Vincent Baugher**
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago , IL 60606
(312) 701-9300
Email: baugher@sw.com
*LEAD ATTORNEY*

**Third Party Defendant**
**Gail Many**

**Third Party Defendant**
**First Merit Settlement Services, Inc.**          represented by   **Matthew L. Kurzweg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**First Choice Signing Services**

**Third Party Defendant**
**Financial Title Co.**          represented by   **Kevin J. Clancy**
Lowis & Gellen
200 West Adams
Suite 1900
Chicago , IL 60606
(312) 364-2500
Email: kclancy@lowis-gellen.com
*TERMINATED: 09/17/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**
**Holler & Holler LLC**

**Third Party Defendant**
**Home Equity Title Services, Inc.**          represented by   **Anthony C. Campanale**
Anthony C. Campanale & Associates
19 South LaSalle Street
Suite 1500
Chicago , IL 60603
(312)641-2233
Email: accampanale@acclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Home-Land Title & Abstract Co.**    represented by  **Gregory A. Cerulo**
Quinn, Johnston, Henderson &
Pretorius
227 Northeast Jefferson Street
Peoria , IL 61602
(309) 674-1133
Email: gcerulo@qjhp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Andrew Kraft**
Quinn, Johnston, Henderson &
Pretorius
227 Northeast Jefferson Street
Peoria , IL 61602
(309) 674-1133
Email: mkraft@qjhp.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Ilene Chapel**    represented by  **William E. Hosler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Indiana Title Network Co.**    represented by  **Cinthia Granados Motley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel John McMahon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Rothmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**John Weber & Associates**    represented by  **Rudolf G. Schade , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott J. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Joshua Hiltibidal**

**Third Party Defendant**

**LandAmerica Financial Group, Inc.**          represented by   **Albert Edwin Fowerbaugh , Jr.**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Anna-Katrina S Christakis**
                                                                (See above for address)
                                                                *TERMINATED: 10/03/2008*

                                                                **Christopher S. Naveja**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Donald Colleluori**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jason Brett Hirsh**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jeffrey D. Pilgrim**
                                                                (See above for address)
                                                                *TERMINATED: 10/03/2008*

                                                                **John L. Ropiequet**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Keith R Verges**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Mark T Davenport**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Russell W. Hubbard**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Law Office of Anthony A. Senerchia**          represented by   **Eric D Kaplan**
                                                                Kaplan Papadakis & Gournis, LLP
                                                                180 North LaSalle St.
                                                                Suite 2108
                                                                Chicago , IL 60601
                                                                (312) 726-0531
                                                                Email: ekaplan@kpglaw.com
                                                                *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jared Ira Rothkopf**
Kaplan, Papadakis & Gournis
180 N. LaSalle St.
Suite 2108
Chicago , IL 60601
(312)726-0531
Email: jrothkopf@kpglaw.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Law Office of Joseph E. Nealon**

**Third Party Defendant**

**Law Office of Daniel Nigro**                 represented by  **Rudolf G. Schade , Jr.**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Scott J. Brown**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Law Office of Gregory Lattanzi**             represented by  **Richard M. Kaplan**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **George Kenneth Flynn**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Law Office of Jonathan P. Ash**              represented by  **Christopher E. Kentra**
                                               (See above for address)
                                               *LEAD ATTORNEY*

                                               **J. Aaron Jensen**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Law Offices Of Marc D. Foley**               represented by  **Christopher E. Kentra**
                                               (See above for address)
                                               *LEAD ATTORNEY*

                                               **J. Aaron Jensen**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Law Office of Morris I. Olmer**

**Third Party Defendant**

**Law Title Insurance Co., Inc.**              represented by  **Russell W. Hubbard**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Lawyers Title Insurance Corp.**              represented by  **Albert Edwin Fowerbaugh , Jr.**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Anna-Katrina S Christakis**
                                                             (See above for address)
                                                             *TERMINATED: 10/03/2008*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Christopher S. Naveja**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Donald Colleluori**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jason Brett Hirsh**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey D. Pilgrim**
                                                             (See above for address)
                                                             *TERMINATED: 10/03/2008*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **John L. Ropiequet**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Keith R Verges**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Mark T Davenport**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Russell W. Hubbard**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Lee S. Jacobowitz**                    represented by  **Rudolf G. Schade , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Lenders First Choice**                 represented by  **Kevin J. Clancy**
(See above for address)
*TERMINATED: 09/17/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Lynne A. Love**

**Third Party Defendant**

**Martin M. Hochman**

**Third Party Defendant**

**Michael Hogan**

**Third Party Defendant**

**Mike Smith**

**Third Party Defendant**

**Mortgage Information Service**         represented by  **Derek M. Johnson**
Rathje & Woodward LLC
300 East Roosevelt Road
Suite 300
Wheaton , IL 60187
630 668 8500
Email: djohnson@rathjewoodward.com

*ATTORNEY TO BE NOTICED*

**Emily Alb Shupe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A. Weathers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy D. Elliott**
Rathje & Woodward
300 East Roosevelt Road

Suite 300
Wheaton , IL 60187
(630)668-8500
Fax: (630)668-7350
Email: telliott@rathjewoodward.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**National Closing Solutions**
*TERMINATED: 11/20/2007*

**Third Party Defendant**

**National RealEstate Information
Service of New Jersey**

represented by **Christopher H Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**National RealEstate Information
Service**

represented by **David Joel Chizewer**
Goldberg, Kohn, Bell, Black,
Rosenbloom & Moritz, Ltd.
55 East Monroe Street #3300
Chicago , IL 60603
(312)201-4000
Email:
david.chizewer@goldbergkohn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alais Lachlan Maclean Griffin**
Goldberg, Kohn, Bell, Black,
Rosenbloom & Moritz, Ltd.
55 East Monroe Street #3300
Chicago , IL 60603
(312)201-4000
Email: alais.griffin@goldbergkohn.com

*ATTORNEY TO BE NOTICED*

**Chante Danielle Spann**
Goldberg, Kohn, Bell, Black,
Rosenbloom & Moritz, Ltd
55 East Monroe
Suite 3300
Chicago , IL 60603-5792
(312) 201-4000

Email:
Chante.Spann@goldbergkohn.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Nations Title Agency of Illinois, Inc.**

**Third Party Defendant**

**Resource Title**                            represented by   **James Joseph Sipchen**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Matthew F Tibble**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Roy W. Waller**                             represented by   **Michael J. Weber**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

                                                               **Michele Lynn Killebrew**
                                                               (See above for address)
                                                               *TERMINATED: 09/30/2008*

**Third Party Defendant**

**Schop & Pleskow**                           represented by   **David William Warren**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Scott Drier**

**Third Party Defendant**

**Scott L. Brisco**

**Third Party Defendant**

**Nations Title Agency of Michigan**          represented by   **David Christian McCormack**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Nations Title Agency of Missouri**          represented by   **David Christian McCormack**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**New Vision Title**

**Third Party Defendant**

**Nigro Associates**

**Third Party Defendant**

**North American Title Co.**
*TERMINATED: 10/16/2007*

**Third Party Defendant**

**Paul D. Boudreau**                    represented by    **Robert W. Smyth , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Carlos A. Ortiz**
                                                          Hinshaw & Culbertson LLP
                                                          222 North La Salle Street
                                                          Suite 300
                                                          Chicago , IL 60601
                                                          (312) 704-3198
                                                          Fax: (312) 704-3001
                                                          Email: cortiz@hinshawlaw.com
                                                          *TERMINATED: 11/14/2007*

                                                          **Charles Scott Ofstein**
                                                          Donohue, Brown, Mathewson & Smyth

                                                          140 South Dearborn Street
                                                          Suite 800
                                                          Chicago , IL 60603
                                                          (312) 422-0900
                                                          Fax: (312) 422-0909
                                                          Email: ofstein@DBMSlaw.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joseph Kent Mathewson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Placer Title Co.**
*TERMINATED: 11/20/2007*

**Third Party Defendant**

**Portony and Green**                   represented by    **Harlene G. Matyas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sreeram Natarajan**
                                                          (See above for address)

*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Residential Title Service**                    represented by **James V. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Marie Donat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Scott Parkhurst**

**Third Party Defendant**

**Shane Delorenze**

**Third Party Defendant**

**Sheila Dolan**

**Third Party Defendant**

**Sierra Title Co.**

**Third Party Defendant**

**Cameron and Willacy Counties**

**Third Party Defendant**

**Specialty Title Services, Inc.**               represented by **Kevin J. Clancy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Stewart Title of Seattle**                     represented by **Gerard David Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna C. Schumaker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Christian Andolina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Superior Closing Services, LLC**               represented by **John J. McDonough**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Gordon Videll**                    represented by   **Richard M. Kaplan**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **George Kenneth Flynn**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Sheila Dolan, Sierra Title Co.**

**Third Party Defendant**

**Tapalian & Tadros**               represented by   **Christopher E. Kentra**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

                                                     **Brian J. Williams**
                                                     Meckler, Bulger & Tilson
                                                     123 North Wacker Drive
                                                     Suite 1800
                                                     Chicago , IL 60606
                                                     (312)474-7900
                                                     Email: brian.williams@mbtlaw.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **J. Aaron Jensen**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Tek Title**

**Third Party Defendant**

**The Matlusky Firm**               represented by   **Carrie A. Durkin**
                                                     Litchfield Cavo
                                                     303 West Madison Street
                                                     Suite 300
                                                     Chicago , IL 60606
                                                     (312) 781-6677
                                                     Email: durkin@litchfieldcavo.com
                                                     *TERMINATED: 05/28/2008*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Gary Thomas Jansen**
                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradford Allen LeHew**
Litchfield Cavo LLP
303 West Madison Street
Suite 300
Chicago , IL 60606
(312)781-6677
Email: lehew@litchfieldcavo.com
*TERMINATED: 05/28/2008*
*ATTORNEY TO BE NOTICED*

**Nicole D Milos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Titleserv, Inc.**
*TERMINATED: 11/20/2007*

**Third Party Defendant**

**Towne & Country Land Title**          represented by     **Christopher H Murphy**
**Agency, Inc.**                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **John J. McDonough**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**TranStar National Title**             represented by     **Frank John Kokoszka**
                                                           Kokoszka & Janczur, P.C.
                                                           140 South Dearborn Street
                                                           Suite 1610
                                                           Chicago , IL 60603-5208
                                                           (312) 443-9600
                                                           Fax: (312) 443-5704
                                                           Email: fkokoszka@k-jlaw.com
                                                           *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Tri-Source Title Agency, Inc.**

**Third Party Defendant**

**Tristar Title, LLC**

**Third Party Defendant**

**True Title, Inc.**

*TERMINATED: 11/20/2007*

**Third Party Defendant**

**TurnkeyTitle Corporation**                  represented by   **Annaliese Flynn Fleming**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Vital Signing, Inc.**

**Third Party Defendant**

**William J. Petz**

**Third Party Defendant**

**Allied Home Mortgage Capital Corp.**        represented by   **Daniel Francis Lynch**
                                                              Lynch & Stern LLP
                                                              150 South Wacker Drive
                                                              Suite 2600
                                                              Chicago , IL 60606
                                                              (312) 442-9480
                                                              Fax: (312) 896-5883
                                                              Email: dan@lynchandstern.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Avidan Joel Stern**
                                                              Lynch & Stern LLP
                                                              150 S. Wacker Drive
                                                              Suite 2600
                                                              Chicago , IL 60606
                                                              (847) 650-6546
                                                              Fax: (312) 896-5883
                                                              Email: avi@lynchandstern.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Henry M. Baskerville**
                                                              Stelter & Duffy, Ltd.
                                                              11 S. LaSalle
                                                              Suite 1200
                                                              Chicago , IL 60603
                                                              (312) 338-0200
                                                              Fax: (312) 338-0070
                                                              Email: hbasker@stelterandduffy.com
                                                              *TERMINATED: 02/11/2008*

**Third Party Defendant**

**Equixifax Information Services LLC**         represented by   **Mara McRae**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Michael J. Breslin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Equifax Credit Marketing Services**     represented by     **Mara McRae**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Michelle Zimdahl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Liberty Funding Services, Inc.**

**Third Party Defendant**

**Michigan Trust Title Agency, LLC**     represented by     **James Kenneth Borcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Sumner, Kerry A.**

**Third Party Defendant**

**Tapalian & Tadros**     represented by     **Bruce Robert Meckler**
Meckler, Bulger & Tilson
123 North Wacker Drive
Suite 1800
Chicago , IL 60606
(312)474-7900
Email: bruce.meckler@mbtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Timothy P Kennedy**     represented by     **Harlene G. Matyas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sreeram Natarajan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Attorney Cislo Title Company**     represented by     **Jeffrey Wayne Finke**
Law Office of Jeffrey W. Finke
55 West Wacker Drive

Suite 1400
Chicago , IL 60601-1799
312-606-3333
Email: jwfinke@mindspring.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Cross Country Lenders LLC**          represented by  **Dennis E. Both**
(See above for address)
*TERMINATED: 02/28/2008*

**Third Party Defendant**

**Sette & Bonadies, P.C.**          represented by  **Gary Thomas Jansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda E. Unger**
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street
Suite 300
Chicago , IL 60661
(312) 345-1718
Fax: 312-345-1778
Email: lunger@lbbslaw.com
*TERMINATED: 05/28/2008*
*LEAD ATTORNEY*

**Nicole D Milos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Siobhan M. Murphy**
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street
Suite 300
Chicago , IL 60661
(312) 345-1718
Fax: (312)345-1778
Email: smurphy@lbbslaw.com
*TERMINATED: 05/28/2008*

**Third Party Defendant**

**Fred Sette**          represented by  **Gary Thomas Jansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda E. Unger**

(See above for address)
*TERMINATED: 05/28/2008*
*LEAD ATTORNEY*

**Nicole D Milos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Siobhan M. Murphy**
(See above for address)
*TERMINATED: 05/28/2008*

**Third Party Defendant**

**Dey Smith & Collier LLC**                    represented by   **Richard M. Waris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Patrick Eckler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Joseph Sipchen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew F Tibble**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Desautels, Mahoney & Kohn, LLC**            represented by   **Gary Thomas Jansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Oxford Home Mortgage LLC**

**Third Party Defendant**

**Lieto & Greenberg LLP**                      represented by   **Rudolf G. Schade , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott J. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Mortgage Depot**

**Third Party Defendant**

**Connecticut Closing Services**          represented by          **Harlene G. Matyas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sreeram Natarajan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Allen A. Currier**

**Third Party Defendant**

**Connecticut Attorneys Title
Insurance Company**

**Third Party Defendant**

**Mansfield Mortgage Services Inc.**

**Third Party Defendant**

**EW Mortgage Company**          represented by          **Alexander Edward Sklavos**
*TERMINATED: 08/25/2008*                              (See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Fidelity National Title Company**          represented by          **Albert Edwin Fowerbaugh , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric P. Early**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Salemi**
(See above for address)
*TERMINATED: 04/07/2008*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Chicago Title Insurance Company**          represented by          **Albert Edwin Fowerbaugh , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric P. Early**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael G. Salemi**
(See above for address)
*TERMINATED: 04/07/2008*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Lisa Hayes**                           represented by  **Daniel Mark Harris**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Attorneys' Title Insurance Fund, Inc.**    represented by  **Peter James Valeta**
                                                        Meckler Bulger Tilson Marick &
*TERMINATED: 01/25/2008*                                 Pearson LLP
                                                        123 North Wacker Drive
                                                        Suite 1800
                                                        Chicago , IL 60606
                                                        (312)474-7900
                                                        Email: peter.valeta@mbtlaw.com
                                                        *TERMINATED: 01/25/2008*

**Third Party Defendant**

**Synodi Videll & Green, LLC**               represented by  **Richard M. Kaplan**
*a Connecticut limited company*                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **George Kenneth Flynn**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Susan N.K. Gummow**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Willacy Counties**                         represented by  **Don E. Glickman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James A. Flesch**
                                                        (See above for address)

**Third Party Defendant**

**Certain other third party defendants**

**Service List**                             represented by  **Andrew G. Pizor**
                                                        Consumer Law Group

35 Cold Spring Road
Suite 512
Rocky Hill , CT 06067
(860) 571-7457
Email: apizor@consumerlawgroup.com

*ATTORNEY TO BE NOTICED*

**Anne A Bergman**
Anne A. Bergman, Attorney at Law
312 North Main Street
Stillwater , MN 55082
(651)430-2662
Email: aabergman@aol.com
*TERMINATED: 11/06/2008*
*ATTORNEY TO BE NOTICED*

**Brian Lewis Bromberg**
Bromberg Law Office, P.C.
40 Exchange Place
Suite 2010
New York , NY 10005
(212)248-7906
Email: brian@bromberglawoffice.com
*ATTORNEY TO BE NOTICED*

**Charles M. Delbaum**
National Consumer Law Center
77 Summer Street
10th Floor
Boston , MA 02110
(617)2266-0313
Email: cdelbaum@nclc.org
*ATTORNEY TO BE NOTICED*

**Emily K Lashley**
Whiteford, Taylor & Preston
One W. Pennsylvania Ave.
Suite 300
Towson , MD 21204-5025
410-832-2000
Email: elashley@wtplaw.com
*ATTORNEY TO BE NOTICED*

**Jennifer Ryan Lazenby**
Whiteford, Taylor & Preston
One W. Pennsylvania Ave.
Towson Commons
Suite 300
Towson , MD 21204-5025

410 832 2064
Email: jlazenby@wtplaw.com
*ATTORNEY TO BE NOTICED*

**Kristin Ann Siegesmund**
Mid Minnesota Legal Assistance
2929 Fourth Avenue S
Minneapolis , MN 55408
612-746-3619
Email: kasiegesmund@midmnlegal.org
*ATTORNEY TO BE NOTICED*

**William Henry Robertson , V**
Beasley, Allen, Crow, Methvin, Portis
& Miles, P.C.
272 Commerce Street
Post Office Box 4160
Montgomery , AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: bill.robertson@beasleyallen.com

*ATTORNEY TO BE NOTICED*

**V.**

**Movant**

**Partner Daniel A. Edelman**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by     **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by          **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by          **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

Jonathan N. Ledsky
(See above for address)
*ATTORNEY TO BE NOTICED*

Melody A. Petrossian
(See above for address)
*ATTORNEY TO BE NOTICED*

Sarah K. Andrus
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**TEK Title, LLC**                     represented by   Robert Stuart Pinzur
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Brian Scott Brewer
(See above for address)
*ATTORNEY TO BE NOTICED*

Brian R Merfeld
(See above for address)
*ATTORNEY TO BE NOTICED*

Laura E. Cohen
(See above for address)
*ATTORNEY TO BE NOTICED*

Megan Laura Kerr
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Michael Hogan**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**        represented by   Bernard E. LeSage
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Brandon A Block
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Scott Parkhurst**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Complete Title Solutions, Inc.**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**    represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**    represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by  **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by     **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by     **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**     represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**ATM Corporation of America**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**     represented by    **Bernard E. LeSage**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**     represented by     **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

|                                         |                |  **Sarah K. Andrus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

| **Ameriquest Mortgage Company** | represented by | **Bernard E. LeSage**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Brandon A Block**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Craig Allen Varga**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan N. Ledsky**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Melody A. Petrossian**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah K. Andrus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

| **Ameriquest Mortgage Company** | represented by | **Bernard E. LeSage**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Brandon A Block**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**            represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**                  represented by  **Bernard E. LeSage**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Brandon A Block**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Craig Allen Varga**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jonathan N. Ledsky**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Melody A. Petrossian**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Sarah K. Andrus**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**                  represented by  **Bernard E. LeSage**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Brandon A Block**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Craig Allen Varga**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jonathan N. Ledsky**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Melody A. Petrossian**
                                                                (See above for address)

*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by     **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**

(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Express Financial Services, Inc.**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by     **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**         represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**         represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by  **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Northwest Title and Escrow**          represented by  **Joseph E. Nealon**
**Corporation**                                         (See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne B. Holstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by  **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Nations Title Agency of Illinois, Inc.**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**    represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Nations Title Agency of Illinois, Inc.**

**ThirdParty Plaintiff**

**Town & Country Credit Corporation**    represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Northwest Title and Escrow Corporation**    represented by   **Joseph E. Nealon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne B. Holstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**    represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Nations Title Agency of Illinois, Inc.**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brandon A Block**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Craig Allen Varga**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jonathan N. Ledsky**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Melody A. Petrossian**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sarah K. Andrus**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brandon A Block**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Craig Allen Varga**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jonathan N. Ledsky**
                                                          (See above for address)

*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Holler & Holler, LLC**

**Third Party Defendant**

**Superior Closing Services, LLC**          represented by          **John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by          **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Holler & Holler, LLC**

**Third Party Defendant**

| | | |
|---|---|---|
| **Superior Closing Services, LLC** | represented by | **John J. McDonough** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Ameriquest Mortgage Company** | represented by | **Bernard E. LeSage** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Holler & Holler, LLC**

**Third Party Defendant**

| | | |
|---|---|---|
| **Superior Closing Services, LLC** | represented by | **John J. McDonough** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Ameriquest Mortgage Company** | represented by | **Bernard E. LeSage** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Holler & Holler, LLC**

**Third Party Defendant**

**Superior Closing Services, LLC**          represented by **John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by          **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Superior Closing Services, LLC**          represented by          **John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Holler & Holler, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by          **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Holler & Holler, LLC**

**Third Party Defendant**

**Superior Closing Services, LLC**     represented by  **John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**     represented by  **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Superior Closing Services, LLC**          represented by  **John J. McDonough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Holler & Holler, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by  **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Holler & Holler, LLC**

**Third Party Defendant**

**Superior Closing Services, LLC**          represented by   **John J. McDonough**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brandon A Block**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Craig Allen Varga**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jonathan N. Ledsky**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Melody A. Petrossian**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sarah K. Andrus**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**John Duplice**

**Third Party Defendant**

**Holler & Holler, LLC**

**Third Party Defendant**

**Superior Closing Services, LLC**          represented by   **John J. McDonough**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Law Office of William A. Snider**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by     **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Law Office of William A. Snider**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by     **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Law Office of William A. Snider**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by          **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Law Office of William A. Snider**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by          **Bernard E. LeSage**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Law Office of William A. Snider**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

Sarah K. Andrus
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Law Office of William A. Snider**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   Bernard E. LeSage
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Brandon A Block
(See above for address)
*ATTORNEY TO BE NOTICED*

Craig Allen Varga
(See above for address)
*ATTORNEY TO BE NOTICED*

Jonathan N. Ledsky
(See above for address)
*ATTORNEY TO BE NOTICED*

Melody A. Petrossian
(See above for address)
*ATTORNEY TO BE NOTICED*

Sarah K. Andrus
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Law Office of William A. Snider**

**Third Party Defendant**

**Steven Pfeiffer**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   Bernard E. LeSage
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Law Office of William A. Snider**

**Third Party Defendant**

**Steven Pfeiffer**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**       represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  | **Sarah K. Andrus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **ThirdParty Plaintiff** | | |
| **Ameriquest Mortgage Company** | represented by | **Bernard E. LeSage**<br>(See above for address)<br>*TERMINATED: 01/22/2008*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Brandon A Block**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Craig Allen Varga**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Jonathan N. Ledsky**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Melody A. Petrossian**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Sarah K. Andrus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

| **Ameriquest Mortgage Company** | represented by | **Bernard E. LeSage**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Brandon A Block**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Craig Allen Varga**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**                represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Swistak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**Third Party Defendant**

**Tia M. Martin**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**Third Party Defendant**

**Cesar Gaitan**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

| | | |
|---|---|---|
| **Northwest Title and Escrow Corporation** | represented by | **Joseph E. Nealon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Wayne B. Holstad**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Ameriquest Mortgage Company** | represented by | **Bernard E. LeSage**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Brandon A Block**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Craig Allen Varga**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan N. Ledsky**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Melody A. Petrossian**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah K. Andrus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Third Party Defendant**

**Nations Title Agency of Illinois, Inc.**

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Town & Country Credit Corporation** | represented by | **Bernard E. LeSage**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**    represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**    represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**        represented by    **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Northwest Title and Escrow**        represented by    **Joseph E. Nealon**
**Corporation**                                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne B. Holstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Ameriquest Mortgage Company** | represented by | **Bernard E. LeSage** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**Third Party Defendant**

**Tia M. Martin**

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Ameriquest Mortgage Company** | represented by | **Bernard E. LeSage** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Tristar Title, LLC**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by  **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Nations Title Agency of Illinois, Inc.**

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by  **Bernard E. LeSage**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ameriquest Mortgage Company**          represented by  **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Nations Title Agency of Illinois, Inc.**

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Ameriquest Mortgage Company** | represented by | **Bernard E. LeSage**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Brandon A Block**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Brian H. Newman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Cheryl M. Lott**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Craig Allen Varga**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan N. Ledsky**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Joshua R. Mandell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Melody A. Petrossian**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Rachel A.P. Saldana**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah K. Andrus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Michigan Trust Title Agency, LLC** | represented by | **James Kenneth Borcia** |

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Ameriquest Mortgage Company**          represented by   **Bernard E. LeSage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon A Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Allen Varga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan N. Ledsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody A. Petrossian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Argent Mortgage Company, LLC**          represented by   **Michael Swistak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Philip Kikoler**
(See above for address)
*TERMINATED: 03/10/2008*
*LEAD ATTORNEY*

**Thomas Joseph Wiegand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Edward Dahlquist**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg J. Miarecki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Dash**
(See above for address)
*TERMINATED: 03/10/2008*

**Jean K. Janes**
(See above for address)
*TERMINATED: 05/25/2007*

**Lorne Todd Saeks**
(See above for address)
*TERMINATED: 03/10/2008*

**Melinda J. Morales**
(See above for address)
*TERMINATED: 03/10/2008*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2005 | 1 | TRANSFER ORDER from MDL Panel establishing MDL 1715. (dmkf, ) (Entered: 12/20/2005) |
| 12/14/2005 | 2 | LETTER from MDL Panel establising MDL 1715. (dmkf, ) (Entered: 12/20/2005) |
| 01/09/2006 | 3 | LETTER to Mr. Haynes from Caryn Becker, Lieff, Cabraser, Heimann & Bernstein, LLP dated 01/06/2006. (hp, ) (Entered: 01/18/2006) |
| 01/09/2006 | 4 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to appoint intermin class counsel for MDL plaintiffs pursuant to Fed.R.Civ.P.23(g); Notice of motion (hp, ) Modified on 1/18/2006 (hp, ). (Entered: 01/18/2006) |
| 01/09/2006 | 5 | MEMORANDUM of Points and Authorities by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff in Support of their Motion to appoint intermin class counsel for MDL plaintiffs pursuant to Fed.R.Civ.P.23(g) 4 (hp, ) Modified on 1/18/2006 (hp, ). (Entered: 01/18/2006) |
| 01/09/2006 | 6 | DECLARATION of Terry A. Smiljanich by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff re 5 , 4 (Exhibit) (hp, ) (Entered: 01/18/2006) |
| 01/09/2006 | 7 | DECLARATION of Gary Klein in support of motion for appointment of |

| | | |
|---|---|---|
| | | interim class counsel by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff re 5 6 (Exhibit) (hp, ) (Entered: 01/18/2006) |
| 01/09/2006 | 8 | PROOF of Service by U.S. Mail filed by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff dated on 01/06/2006 re 5 6 7 (hp, ) (Entered: 01/18/2006) |
| 01/09/2006 | 9 | DECLARATION of Kelly M. Dermody by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff (Exhibit) (hp, ) (Entered: 01/18/2006) |
| 01/11/2006 | | (Court only) ***Party Duval Naughton rep by Gary Edward Klein, and Lynn Gay, and David M. Wakefield, and Janet Wakefield, and Latonya Williams, and Daisybel Tolbert, and William Tolbert added. (hp, ) (Entered: 01/18/2006) |
| 01/11/2006 | 10 | MOTION by Plaintiffs for provisional certification of rescission class for purposes of preliminary injunction; Notice of filing (hp, ) (Entered: 01/18/2006) |
| 01/11/2006 | 11 | NOTICE of motion by Kelly M Dermody, Gary Edward Klein for presentment of motion for preliminary injunction on behalf of the proposed rescission class 10 before Honorable Marvin E. Aspen on 2/7/2006 at 10:30 AM. (hp, ) (Entered: 01/18/2006) |
| 01/11/2006 | 12 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff for preliminary injunction on behalf of the proposed rescission class (hp, ) (Entered: 01/18/2006) |
| 01/11/2006 | 13 | MEMORANDUM by Plaintiffs in Support of their motion for preliminary injunction on behalf of the proposed rescission class 12 (hp, ) (Entered: 01/18/2006) |
| 01/11/2006 | 14 | MEMORANDUM by Plaintiffs in Support of motion for provisional certification of rescission class for purposes of preliminary injunction relief 10 (hp, ) (Entered: 01/18/2006) |
| 01/11/2006 | 15 | DECLARATION of Kelly M. Dermody in support of plaintiffs' motion for provisional class certification re [10 14 (Exhibit) (hp, ) (Entered: 01/18/2006) |
| 01/11/2006 | | (Court only) ***Attorney Gary Edward Klein for Duval Naughton and Lynn Gay, Kelly M. Dermody for Duval Naughton and Lynn Gay, Terry A. Smiljanich for Duval Naughton and Lynn Gay added. (hp, ) (Entered: 01/23/2006) |
| 01/11/2006 | 16 | DECLARATION of Daniel S. Blinn in support of their motion for provisional certification of "Rescission" Class 12 by Plaintiffs (hp, ) (Entered: 01/23/2006) |

| 01/11/2006 | 17 | DECLARATION of Gena E. Wiltsek in support of Plaintiffs motion for provisional certification of "Rescission" class for purposes of preliminary injunctive relief 12 by Plaintiffs(hp, ) (Entered: 01/23/2006) |
|---|---|---|
| 01/11/2006 | 18 | DECLARATION of Terry A. Smiljanich in support of their motion for provisional certification of "Rescission" class 14 by Plaintiffs' (hp, ) (Entered: 01/23/2006) |
| 01/11/2006 | 19 | DECLARATION of Shennan Kavanagh in support of motion for provisional certification of "Rescission" class injunction 10 , 12 by Plaintiffs (hp, ) (Entered: 01/23/2006) |
| 01/11/2006 | 20 | LIST of Exhibits by Plaintiffs relevant to Motion for Preliminary Injunction and Motion for Provisional Certification of Recission Class 10 12 (hp, ) (Entered: 01/23/2006) |
| 01/24/2006 | 21 | Designation Of O. Randolph Bragg As Local Counsel For Service, Pursuant To Local Rule 83.15 by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with certificate of service* (Attachments: # 1 MDL Service List)(Kavanagh, Shennan) (Entered: 01/24/2006) |
| 01/24/2006 | 22 | NOTICE by Duval Naughton, Latonya Williams, Cheryl Williams Of Related "Tag-Along" Action. (lcw, ) (Entered: 01/26/2006) |
| 02/01/2006 | 23 | Defendants' Status Conference STATEMENT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 02/01/2006) |
| 02/03/2006 | 24 | MOTION to appoint counsel *MOTION TO REQUIRE NOTICE AND OBJECTION TO MOTION TO APPOINT INTERIM CLASS COUNSEL* (Attachments: # 1 Exhibit A-B)Associated Cases: 1:05-cv-07097,1:05-cv-07098,1:05-cv-07099,1:05-cv-07100,1:05-cv-07101,1:05-cv-07102 (Edelman, Daniel) (Entered: 02/03/2006) |
| 02/03/2006 | 25 | NOTICE of Motion by Daniel A. Edelman for presentment of motion to appoint counsel, 24 before Honorable Marvin E. Aspen on 2/7/2006 at 10:30 AM. (Edelman, Daniel) (Entered: 02/03/2006) |
| 02/06/2006 | 26 | SUPPLEMENT by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to declaration 17 *Of Gena E. Wiltsek In Support Of Motion For Provisional Certification Of "Rescission" Class For Purposes Of Preliminary Injunctive Relief* (Attachments: # 1 Exhibit A - Attorneys General Settlement Agreement# 2 Exhibit B - Press Release And Fact Sheet)(Klein, Gary) (Entered: 02/06/2006) |
| 02/06/2006 | 27 | SUPPLEMENT by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to declaration 19 *Of Shennan Kavanagh In Support Of Motion For Provisional Certification Of "Rescission" Class For Purposes Of Preliminary Injunctive Relief* (Attachments: # 1 Exhibit A - Stegman Declaration# 2 Exhibit B - Redell Declaration)(Klein, Gary) (Entered: 02/06/2006) |

| 02/06/2006 | 28 | RESPONSE by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to statement 23 *Of Status Conference* (Attachments: # 1 MDL Service List)(Klein, Gary) (Entered: 02/06/2006) |
| --- | --- | --- |
| 02/07/2006 | 51 | MINUTE entry before Judge Marvin E. Aspen dated 2/7/06: Status hearing held on 2/7/2006 amd continued to 6/13/06 at 10:30 a.m. Judicial staff mailed notice (gl, ) (Entered: 02/21/2006) |
| 02/14/2006 | 29 | MEMORANDUM by Ameriquest Mortgage Company in Opposition to *Plaintiffs' Motion for Provisional Class Certification* (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 30 | MEMORANDUM by Ameriquest Mortgage Company in Opposition to *Plaintiffs' Motion for Preliminary Injunction* (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 31 | MEMORANDUM by Ameriquest Mortgage Company *Regarding the Mailing of Notice of Possible Rescission Rights* (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 32 | MEMORANDUM by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *Concerning Potential Foreclosures While Plaintiffs' Motion For Preliminary Injunction Is Pending* (Attachments: # 1 MDL Service List)(Klein, Gary) (Entered: 02/14/2006) |
| 02/14/2006 | 33 | OBJECTIONS *to Declaration of Gena E. Wiltsek* (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 34 | OBJECTIONS *to Declaration of Daniel S. Blinn* (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 35 | OBJECTIONS *to Declaration of Shennan Kavanagh* (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 36 | OBJECTIONS *to Declaration of Terry A. Smiljanich* (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 37 | OBJECTIONS *to Supplemental Declaration of Gena E. Wiltsek* (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 38 | OBJECTIONS *to Supplemental Declaration of Shennan Kavanagh* (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 39 | Request for Judicial Notice by Ameriquest Mortgage Company (Attachments: # 1 # 2)(LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 40 | DECLARATION of Bernard E. LeSage by Ameriquest Mortgage Company (Attachments: # 1 # 2)(LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 41 | DECLARATION of Vicky Camacho by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 42 | DECLARATION of Michael Gibson by Ameriquest Mortgage Company |

|  |  |  |
|---|---|---|
|  |  | (Attachments: # 1 # 2)(LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 43 | STIPULATION *for Standstill* (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/14/2006 | 44 | CERTIFICATE by Ameriquest Mortgage Company of Service (LeSage, Bernard) (Entered: 02/14/2006) |
| 02/17/2006 | 45 | REPLY by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to memorandum 31 *Concerning Potential Foreclosures While Plaintiffs' Motion For Preliminary Injuction Is Pending* (Attachments: # 1 MDL Service List)(Klein, Gary) (Entered: 02/17/2006) |
| 02/17/2006 | 46 | REPLY by In Re Ameriquest Mortgage Company *Defendant Ameriquest Mortgage Company's Reply to Plaintiffs' Memorandum Concerning Potential Foreclosures* (LeSage, Bernard) (Entered: 02/17/2006) |
| 02/17/2006 | 47 | OBJECTIONS *Defendant Ameriquest Mortgage Company?s Evidentiary Objections To Plaintiffs? Memorandum Concerning Potential Foreclosures* (LeSage, Bernard) (Entered: 02/17/2006) |
| 02/17/2006 | 48 | DECLARATION of Elizabeth M. Smith by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 02/17/2006) |
| 02/17/2006 | 49 | DECLARATION of Craig Varga by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 02/17/2006) |
| 02/17/2006 | 50 | CERTIFICATE by Ameriquest Mortgage Company Certificate of Service (LeSage, Bernard) (Entered: 02/17/2006) |
| 02/21/2006 | 52 | Filed 2/7/06 Organization and Management Plan issued by Judge Aspen. (gl, ) (Entered: 02/21/2006) |
| 02/21/2006 | 53 | MINUTE entry before Judge Marvin E. Aspen dated 2/21/06: Enter Stipulation for Standstill. Defendants shall file and serve on or before 2/14/06, their Memorandum of Points and Authorities in opposition to plaintiffs' motion for preliminary Injunction [10], and their memorandum of points and authorities in opposition to plaintiffs' motion for preliminary class certification (12). Plaintiffs shall file and serve on or before 3/1/06, any and all reply memorandum of points and authorities to defendants' opposition to plaintiffs' motion for preliminary injunction, and defendants' memorandum of points and authorities in opposition to plaintiffs' motion for preliminary injunction. Judicial staff mailed notice (gl, ) (Entered: 02/21/2006) |
| 02/21/2006 | 54 | Emter STIPULATION for Standstill Signed by Judge Marvin E. Aspen on 2/21/2006:Judicial staff mailed notice(gl, ) (Entered: 02/21/2006) |
| 02/24/2006 | 55 | DOCUMENT entered in error. (LeSage, Bernard) Modified on 2/27/2006 (rbf, ). (Entered: 02/24/2006) |
| 02/24/2006 | 56 | DOCUMENT entered in error. (LeSage, Bernard) Modified on 2/27/2006 (rbf, ). (Entered: 02/24/2006) |
| 02/24/2006 | 57 | DOCUMENT entered in error. (LeSage, Bernard) Modified on 2/27/2006 |

| | | |
|---|---|---|
| | | (rbf, ). (Entered: 02/24/2006) |
| 02/24/2006 | 58 | DOCUMENT entered in erro. (LeSage, Bernard) Modified on 2/27/2006 (rbf, ). (Entered: 02/24/2006) |
| 02/24/2006 | 59 | Certificate of Service for Pro Hac Vice Applications by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 02/24/2006) |
| 03/01/2006 | 60 | DECLARATION of Harriet Holder by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - Blank form of Notice of Right to Cancel and Exhibit B - H8 Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 61 | DECLARATION of Duval H. Naughton by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 62 | DECLARATION of Amanda Lokker by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 63 | DECLARATION of Timothy and Cynthia Dion by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - H8 Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 64 | DECLARATION of Rochelle Dygert by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 65 | DECLARATION of David and Janet Wakefield by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - H8 Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 66 | DECLARATION of Sharon Ann Burton by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 67 | DECLARATION of Christopher Bourassa by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - H8 Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 68 | DECLARATION of Rebecca Smith by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - Blank form of* |

| | | |
|---|---|---|
| | | *Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 69 | DECLARATION of Lynn Gay by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - H8 form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 70 | DECLARATION of Joshua Wilgoren by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 71 | DECLARATION of Develin Lyons by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 72 | DECLARATION of Frank and Martha White by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - H8 Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 73 | DECLARATION of Daisybel and William Tolbert by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 74 | DECLARATION of James W. Devlin by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *with Exhibit A - Blank form of Notice of Right to Cancel* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 75 | RESPONSE by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to objections 34 , objections 37 , objections 36 , objections 33 , objections 38 , objections 35 (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 76 | REPLY by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to memorandum in opposition to motion 29 *For Provisional Certification Of Rescission Class For Purposes Of Preliminary Injunctive Relief* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 77 | REPLY by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to memorandum in opposition to motion 30 *For Preliminary Injunction* (Klein, Gary) (Entered: 03/01/2006) |
| 03/01/2006 | 78 | CERTIFICATE by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams Of Service (Attachments: # 1 MDL Service List)(Klein, |

| | | |
|---|---|---|
| | | Gary) (Entered: 03/01/2006) |
| 03/16/2006 | 79 | INCORRECT event was used. Associated Cases: 1:05-cv-07097,1:05-cv-07098,1:05-cv-07099,1:05-cv-07100,1:05-cv-07101,1:05-cv-07102 (LeSage, Bernard) Modified on 3/17/2006 (rbf, ). (Entered: 03/16/2006) |
| 03/16/2006 | 80 | INCORRECT event was used. (LeSage, Bernard) Modified on 3/17/2006 (rbf, ). (Entered: 03/16/2006) |
| 03/16/2006 | 81 | Defendants' Memorandum in Support of their Motion for Reassignment of Related Cases by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/16/2006) |
| 03/16/2006 | 82 | Declaration of Benard E. LeSage in Support of Defendants' Motion for Reassignment of Related Cases by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/16/2006) |
| 03/16/2006 | 83 | Defendants' Request for Judicial Notice in Support of Motion for Reassignment of Related Cases by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/16/2006) |
| 03/16/2006 | 84 | Defendants' Appendix of Related Cases in Support of Motion for Reassignment of Related Cases by Ameriquest Mortgage Company (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21 # 22 # 23 # 24 # 25 # 26 # 27)(LeSage, Bernard) (Entered: 03/16/2006) |
| 03/16/2006 | 85 | Certificate of Service by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/16/2006) |
| 03/17/2006 | 86 | NOTICE of Correction regarding other 80 , MOTION by In Re Ameriquest Mortgage Company to reassign case *Notice of Filing Motion For Reassignment of Related Cases* 79 . The incorrect event was used at the time of filing these documents. (rbf, ) (Entered: 03/17/2006) |
| 03/17/2006 | 87 | NOTICE by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/17/2006) |
| 03/17/2006 | 88 | MOTION by In Re Ameriquest Mortgage Company to reassign case *Motion for Reassignment of Related Cases* Associated Cases: 1:05-cv-07097,1:05-cv-07098,1:05-cv-07099,1:05-cv-07100,1:05-cv-07101,1:05-cv-07102(LeSage, Bernard) (Entered: 03/17/2006) |
| 03/20/2006 | 89 | NOTICE of Motion by Bernard E. LeSage for presentment of motion to reassign case 88 before Honorable Marvin E. Aspen on 4/4/2006 at 10:30 AM. (LeSage, Bernard) (Entered: 03/20/2006) |
| 03/22/2006 | 90 | Notice of Settlement and Dismissal of "Tag-Along" Case by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/22/2006) |
| 03/22/2006 | 91 | CERTIFICATE of Service by In Re Ameriquest Mortgage Company regarding other 90 (LeSage, Bernard) (Entered: 03/22/2006) |
| 03/23/2006 | 92 | MOTION by In Re Ameriquest Mortgage Company to amend/correct MOTION by In Re Ameriquest Mortgage Company to reassign case |

| | | |
|---|---|---|
| | | *Motion for Reassignment of Related Cases* 88 *Amended Motion for Reassignment of Related Cases* Associated Cases: 1:05-cv-07097,1:05-cv-07098,1:05-cv-07099,1:05-cv-07100,1:05-cv-07101,1:05-cv-07102 (LeSage, Bernard) (Entered: 03/23/2006) |
| 03/23/2006 | 93 | MEMORANDUM by Ameriquest Mortgage Company in Support of motion to amend/correct, motion for relief,, 92 (LeSage, Bernard) (Entered: 03/23/2006) |
| 03/23/2006 | 94 | DECLARATION of Bernard E. LeSage by Ameriquest Mortgage Company *in Support of Defendants' Amended Motion for Reassignment of Related Cases* (LeSage, Bernard) (Entered: 03/23/2006) |
| 03/23/2006 | 95 | Defendants' Supplemental Request for Judicial Notice in Support of Amended Motion for Reassignment of Related Cases by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/23/2006) |
| 03/23/2006 | 96 | APPENDIX by Ameriquest Mortgage Company *in Support of Amended Motion for Reassignment of Related Cases* (LeSage, Bernard) (Entered: 03/23/2006) |
| 03/23/2006 | 97 | CERTIFICATE of Service by In Re Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/23/2006) |
| 03/28/2006 | 98 | CERTIFICATE of Service by In Re Ameriquest Mortgage Company *Amended* (LeSage, Bernard) (Entered: 03/28/2006) |
| 03/31/2006 | 99 | MOTION to reassign case */Cross Motion for Reassignment of Related Cases* (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)Associated Cases: 1:05-cv-07097,1:05-cv-07098,1:05-cv-07099,1:05-cv-07100,1:05-cv-07101,1:05-cv-07102 (Hofeld, Albert) (Entered: 03/31/2006) |
| 03/31/2006 | 100 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to reassign case, 99 before Honorable Marvin E. Aspen on 4/4/2006 at 10:30 AM. (Hofeld, Albert) (Entered: 03/31/2006) |
| 03/31/2006 | 101 | RESPONSE by Unknown Daniel A Edelman *RESPONSE TO DEFENDANTS' MOTIONS FOR REASSIGNMENT OF RELATED CASES* (Hofeld, Albert) (Entered: 03/31/2006) |
| 04/03/2006 | 102 | INCORRECT pdf linked. (Hill, Stanley) Modified on 4/4/2006 (rbf, ). Additional attachment(s) added on 4/4/2006 (rbf, ). (Entered: 04/03/2006) |
| 04/03/2006 | 103 | CERTIFICATE of Service *Certificate of Service of Plaintiff, Gavione Tammerello's Objections & Opposition to Defendant's Amended Motion for Reassignment of Related Cases* by Stanley L. Hill on behalf of Gavione Tammerello (Hill, Stanley) (Entered: 04/03/2006) |
| 04/03/2006 | 104 | OBJECTIONS *Plaintiff, Gavione Tammerello's Objections and Opposition to Defendant's Amended Motion for Reassignment of Related Cases* (Hill, Stanley) (Entered: 04/03/2006) |
| 04/04/2006 | 105 | NOTICE of Correction regarding objections 102 . The incorrect pdf was |

| | | |
|---|---|---|
| | | linked to entry number 102. Counsel realized error and re-filed corrected document, see number 104. (rbf, ) (Entered: 04/04/2006) |
| 04/04/2006 | 110 | MINUTE entry before Judge Marvin E. Aspen dated 4/4/06: Motion hearing held. Defendants' motion and amended motion for reassignment of related cases is granted in part and denied in part. The court accepts the cases proposed by defendants except for the following: 05 C 1687 Abercrombie v. Argent (J. Filip); 05 C 389, Hubbard v. Ameriquest (J. Filip); 05 C 1007, Washington v. Ameriquest, (J. Coar); 05 C 432, Jones v. Ameriquest, (J. Coar); 05 C 4709, Lemmons v. ameriquest, (J. Kendall); 05 C 5024, Payne v. Ameriquest, (J. Nolan); 05 C 4696, Zarate v. Ameriquest, (J. Keys); and 05 C 466, Tammerello v. Ameriquest, (J. Coar). Plaintiffs' cross-motion for reassignment of related cases is granted. ((79, 88, 92 & 99). Motions terminated. As previously ordered, discovery is stayed as to the pending cases before Judge Aspen. The stay of discovery also applies to the new cases just reassignd and accepted by Judge Aspen. For those cases any other cases not transferrred to Judge Aspen, discovery is not stayed and the parties must abide by existing discovery and briefing schedules set by the respective judges in those cases. Judicial staff mailed notice (gl, ) (Entered: 04/15/2006) |
| 04/06/2006 | 106 | NOTICE by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams re MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff for preliminary injunction 10 *Of Supplemental Authority In Support Of Motion For Provisional Certification Of Rescission Class* (Attachments: # 1 McKenna Decision# 2 Certificate of Service # 3 MDL Service List)(Klein, Gary) (Entered: 04/06/2006) |
| 04/10/2006 | 107 | RESPONSE by Defendant Ameriquest Mortgage Company *to Plaintiffs' Notice of Supplemental Authority in Support of Motion for Provisional Certification of Rescission Class* (LeSage, Bernard) (Entered: 04/10/2006) |
| 04/10/2006 | 108 | CERTIFICATE of Service by Defendant Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 04/10/2006) |
| 04/10/2006 | 109 | TRANSCRIPT of proceedings for the following dates: 02/07/2006; Before the Honorable Marvin E. Aspen (hp, ) (Entered: 04/11/2006) |
| 04/18/2006 | 111 | STATEMENT by Ameriquest Mortgage Company *re Motion to Compel* (LeSage, Bernard) (Entered: 04/18/2006) |
| 04/18/2006 | 112 | Request for Judicial Notice in Support of Statement re Motion to Compel by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 04/18/2006) |
| 04/18/2006 | 113 | CERTIFICATE by Ameriquest Mortgage Company of Service (LeSage, Bernard) (Entered: 04/18/2006) |
| 04/20/2006 | 114 | MOTION by Movant Daniel A. Edelman to reassign case *(Plaintiffs' Second Motion for Reassignment of Related Cases)* (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit A-C to Exhibit 3 Hawkins Complaint# 5 Exhibit D-H to Exhibit 3 Hawkins Complaint# 6 Exhibit 4# 7 Exhibit A-G# 8 Exhibit 5# 9 Exhibit 6# 10 Exhibit A-B# 11 Exhibit C-F# 12 Exhibit 7# 13 Exhibit 8# 14 Exhibit 9# 15 Exhibit 10# 16 Exhibit 11# 17 Exhibit A-C# 18 Exhibit D-I# 19 Exhibit 12# 20 Exhibit 13) Associated Cases: 1:05-cv-07097, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-02024(Edelman, Daniel) Modified on 4/21/2006 (rbf, ). (Entered: 04/20/2006) |
| 04/20/2006 | 115 | NOTICE of Motion by Daniel A. Edelman for presentment of motion to reassign case,,, 114 before Honorable Marvin E. Aspen on 4/27/2006 at 10:30 AM. (Edelman, Daniel) (Entered: 04/20/2006) |
| 04/24/2006 | 116 | Issues STATEMENT by Ameriquest Mortgage Company *for Court to Consider in Connection With Plaintiff's Second Motion for Reassignment of Related Cases* (LeSage, Bernard) (Entered: 04/24/2006) |
| 04/24/2006 | 117 | CERTIFICATE of Service by Defendant Ameriquest Mortgage Company regarding statement 116 *of Issues for Court to Consider in Connection with Plaintiffs' Second Motion for Reassignment of Related Cases* (LeSage, Bernard) (Entered: 04/24/2006) |
| 04/26/2006 | 118 | MINUTE entry before Judge Marvin E. Aspen dated 4/26/06: Plaintiffs' Second Motion for Reassignment of Related Cases)is granted. 114 Motion hearing set for 4/27/06 is stricken. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 04/26/2006) |
| 04/27/2006 | 119 | TRANSCRIPT of proceedings for the following dates: 04/04/2006; Before the Honorable Marvin E. Aspen (hp, ) (Entered: 04/28/2006) |
| 05/04/2006 | 120 | MOTION for leave to file *second amended complaint - class action* (Attachments: # 1 Appendix A (part 1)# 2 Appendix A (part 2)# 3 Appendix B-C)Associated Cases: 1:05-cv-07097, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-02024, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479,1:06-cv-02480 (Burke, Alexander) Modified on 5/5/2006 (rbf, ). (Entered: 05/04/2006) |
| 05/04/2006 | 121 | NOTICE of Motion by Alexander Holmes Burke for presentment of motion for leave to file,, 120 before Honorable Marvin E. Aspen on 5/16/2006 at 10:30 AM. (Burke, Alexander) (Entered: 05/04/2006) |
| 05/09/2006 | 122 | MEMORANDUM by Ameriquest Mortgage Company in Opposition to *Motion to Amend* (LeSage, Bernard) (Entered: 05/09/2006) |
| | | |

| 05/09/2006 | 123 | DECLARATION of Brandon Block by Ameriquest Mortgage Company *in Support of Defendants' Opposition to Motion for Leave to Amend* (LeSage, Bernard) (Entered: 05/09/2006) |
| 05/09/2006 | 124 | DECLARATION of Jonathan Ledsky by Ameriquest Mortgage Company *in Support of Defendants' Opposition to Motion for Leave to Amend* (LeSage, Bernard) (Entered: 05/09/2006) |
| 05/09/2006 | 125 | Request for Judicial Notice in Support of Defendants' Opposition to Motion for Leave to Amend by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/09/2006) |
| 05/09/2006 | 126 | CERTIFICATE by Ameriquest Mortgage Company of Service (LeSage, Bernard) (Entered: 05/09/2006) |
| 05/11/2006 | 133 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Defendant Ameriquest Mortgage Company by Sarah K. Andrus; Order entered granting leave by Marvin E. Aspen. Filing fee $50.00 paid, receipt number 1097626 (hp, ) (Entered: 05/16/2006) |
| 05/11/2006 | 134 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ameriquest Mortgage Company by Brandon A Block; Order entered granting leave by Marvin E. Aspen. Filing fee $50.00 paid, receipt number 1097626 (hp, ) (Entered: 05/16/2006) |
| 05/11/2006 | 135 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ameriquest Mortgage Company by Melody A. Petrossian; Order entered granting leave by Marvin E. Aspen. Filing fee $50.00 paid, receipt number 1097626 (hp, ) (Entered: 05/16/2006) |
| 05/11/2006 | 136 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ameriquest Mortgage Company by Bernard E. LeSage; Order entered granting leave by Marvin E. Aspen. Filing fee $50.00 paid, receipt number 1097626 (hp, ) (Entered: 05/16/2006) |
| 05/15/2006 | 127 | ATTORNEY Appearance *LTS Appearance* (Saeks, Lorne) (Entered: 05/15/2006) |
| 05/15/2006 | 128 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by Lorne Todd Saeks *LTS Martin Appearance* (Saeks, Lorne) (Entered: 05/15/2006) |
| 05/15/2006 | 129 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by Stephen Philip Kikoler *SPK Martin Appearance* (Kikoler, Stephen) (Entered: 05/15/2006) |
| 05/15/2006 | 130 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by Stephen Philip Kikoler *SPK Jenkins Appearance* (Kikoler, Stephen) (Entered: 05/15/2006) |
| 05/15/2006 | 131 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by James Michael Dash *JD Jenkins Appearance* (Dash, James) (Entered: 05/15/2006) |

| 05/15/2006 | 132 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by James Michael Dash *JD Martin Appearance* (Dash, James) (Entered: 05/15/2006) |
|---|---|---|
| 05/24/2006 | 137 | ATTORNEY Appearance for Defendant Ameriquest Mortgage Company by Bernard E. LeSage (LeSage, Bernard) (Entered: 05/24/2006) |
| 05/24/2006 | 138 | ATTORNEY Appearance for Defendant Ameriquest Mortgage Company by Bernard E. LeSage *Sarah K. Andrus Appearance* (LeSage, Bernard) (Entered: 05/24/2006) |
| 05/24/2006 | 139 | ATTORNEY Appearance for Defendant Ameriquest Mortgage Company by Bernard E. LeSage *Craig A. Varga Appearance* (LeSage, Bernard) (Entered: 05/24/2006) |
| 05/24/2006 | 140 | ATTORNEY Appearance for Defendant Ameriquest Mortgage Company by Bernard E. LeSage *Brandon Block Appearance* (LeSage, Bernard) (Entered: 05/24/2006) |
| 05/24/2006 | 141 | ATTORNEY Appearance for Defendant Ameriquest Mortgage Company by Bernard E. LeSage *Melody A. Petrossian Appearance* (LeSage, Bernard) (Entered: 05/24/2006) |
| 05/30/2006 | 142 | MINUTE entry before Judge Marvin E. Aspen dated 5/30/06: Enter Memorandum Opinion and Order: We hereby grant Plaintiffs' motion for temporary injunctive relief. Once the terms, timing and delivery method of the requested notice are finalized, Ameriquest will be required to deliver such notice to its mortgagees who face foreclosure prior to our decisions on plaintiffs' motion for preliminary injunction and class certification. The injunction will terminate (or will be supplemented) upon issuance of those decisions. The parties must negotiate the language, timing and delivery of the notice and file an agreed proposal addressing these issues by 6/13/06. If they cannot agree, the parties shall file separate proposals on or by the same date. Finally, Ameriquest has until 6/7/06 to file a specific and supported bond request. Plaintiffs may respond on or by 6/13/06. Judicial staff maield notice (gl, ) (Entered: 05/30/2006) |
| 05/30/2006 | 143 | Enter MEMORANDUM Opinion and Order Signed by Judge Marvin E. Aspen on 5/30/2006:Judicial staff mailed notice(gl, ) (Entered: 05/30/2006) |
| 05/31/2006 | 144 | MINUTE entry before Judge Marvin E. Aspen dated 5/31/06: We find that it is not necessary for all the parties to travel to Chicago on June 13, 2006 simply to file their respective proposed organization and management plans or other required submissions. After reviewing the parties' June 13, 2006 filings, we will issue an order setting the next status hearing. The parties in the cases listed below are expected to appear on June 13, 2006 at 10:30 and update the Court as to the status of those matters so that we may further consider Defendants' motions for reassignment of related cases. Status hearing set for 6/13/2006 at 10:30 AM. Judicial staff mailed notice (gl, ) (Entered: 05/31/2006) |
| 06/07/2006 | 145 | MOTION by Movant Daniel A. Edelman to reassign case *(Plaintiffs'* |

| | | |
|---|---|---|
| | | *Third Motion for Reassignment of Related Cases)* (Attachments: # 1 Exhibit 1-4# 2 Exhibit 5# 3 Exhibit 6# 4 Exhibit 7# 5 Exhibit 8# 6 Exhibit 9# 7 Exhibit A-C# 8 Exhibit D-G# 9 Exhibit 10# 10 Exhibit 11# 11 Exhibit A-C# 12 Exhibit D-I# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit A-G# 18 Exhibit 16# 19 Exhibit 17# 20 Exhibit 18# 21 Exhibit 19# 22 Exhibit 20# 23 Exhibit A-I# 24 Exhibit 21-22)Associated Cases: 1:05-cv-07097, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581 :06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-02024, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02480(Edelman, Daniel) (Entered: 06/07/2006) |
| 06/07/2006 | 146 | NOTICE of Motion by Daniel A. Edelman for presentment of motion to reassign case,,,, 145 before Honorable Marvin E. Aspen on 6/13/2006 at 10:30 AM. (Edelman, Daniel) (Entered: 06/07/2006) |
| 06/07/2006 | 147 | STIPULATION *RE AMOUNT OF SECURITY FOR ISSUANCE OF TEMPORARY INJUNCTIVE RELIEF AND [PROPOSED] ORDER THEREON* (LeSage, Bernard) (Entered: 06/07/2006) |
| 06/08/2006 | 148 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by Greg J. Miarecki (Miarecki, Greg) (Entered: 06/08/2006) |
| 06/08/2006 | 149 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by Thomas Joseph Wiegand (Wiegand, Thomas) (Entered: 06/08/2006) |
| 06/08/2006 | 150 | MOTION by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC to reassign case *Defendants' Second Motion For Reassignment of Related Cases* Associated Cases: 1:05-cv-07097, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-02024, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02480, 1:06-cv-03123, 1:06-cv-03126, 1:06-cv-03128(LeSage, Bernard) Modified on 6/9/2006 (rbf, ). (Entered: 06/08/2006) |
| 06/08/2006 | 151 | NOTICE of Motion by Bernard E. LeSage for presentment of motion to reassign case,,, 150 before Honorable Marvin E. Aspen on 6/13/2006 at 10:30 AM. (LeSage, Bernard) (Entered: 06/08/2006) |
| 06/08/2006 | 152 | APPENDIX by Ameriquest Mortgage Company, Argent Mortgage Company, LLC *in Support of Second Motion for Reassignment of Related* |

| | | |
|---|---|---|
| | | *Cases* (Attachments: # 1)(LeSage, Bernard) (Entered: 06/08/2006) |
| 06/08/2006 | 153 | CERTIFICATE of Service by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC (LeSage, Bernard) (Entered: 06/08/2006) |
| 06/12/2006 | 154 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by Melinda J. Morales (Morales, Melinda) (Entered: 06/12/2006) |
| 06/12/2006 | 155 | STIPULATION *RE FORM OF NOTICE RE TEMPORARY INJUNCTIVE RELIEF AND [PROPOSED] ORDER THEREON* (LeSage, Bernard) (Entered: 06/12/2006) |
| 06/12/2006 | 156 | MEMORANDUM by Ameriquest Mortgage Company in Opposition to *Plaintiffs' Third Motion for Reassignment of Related Cases* (LeSage, Bernard) (Entered: 06/12/2006) |
| 06/12/2006 | 157 | DECLARATION of Sabrina Lemmon regarding memorandum in opposition 156 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/12/2006) |
| 06/12/2006 | 158 | DECLARATION of Tina Rodriguez regarding memorandum in opposition 156 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/12/2006) |
| 06/13/2006 | 159 | MOTION by Movant Daniel A. Edelman to appoint counsel *Co-Lead Class Counsel* Associated Cases: 1:05-cv-07097, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-02024, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02480, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128(Hofeld, Albert) Modified on 6/14/2006 (rbf, ). (Entered: 06/13/2006) |
| 06/13/2006 | 160 | INCORRECT pdf linked. (Hofeld, Albert) Modified on 6/14/2006 (rbf, ). (Entered: 06/13/2006) |
| 06/13/2006 | 161 | MEMORANDUM by Daniel A. Edelman in Support of motion to appoint counsel,, 159 *Co-Lead Class Counsel* (Attachments: # 1 Exhibit A-B) (Hofeld, Albert) (Entered: 06/13/2006) |
| 06/13/2006 | 162 | PLAINTIFFS' JOINT AND AGREED ORGANIZATION AND CASE MANAGEMENT PLAN by Duval Naughton, Latonya Williams, Cheryl Williams, Adolph Peter Kurt Burggraff (Attachments: # 1 Text of Proposed Order)(Dermody, Kelly) (Entered: 06/13/2006) |
| 06/13/2006 | 163 | STATUS Report *(ECLG Plaintiffs' Proposed Organization and Case Managment Plan)* by Daniel A. Edelman (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Hofeld, Albert) (Entered: 06/13/2006) |

| 06/13/2006 | 164 | ATTORNEY Appearance for Richard A Madrazo *by Marvin A. Miller* (Miller, Marvin) Modified on 6/14/2006 (rbf, ). (Entered: 06/13/2006) |
| 06/13/2006 | 165 | ATTORNEY Appearance for Plaintiff Richard A Madrazo by Dominic J. Rizzi (Rizzi, Dominic) (Entered: 06/13/2006) |
| 06/13/2006 | 166 | DEFENDANTS PROPOSED ORGANIZATION PLAN by Ameriquest Mortgage Company (Attachments: # 1 Exhibit 1-7# 2 Exhibit 8# 3 Exhibit 9# 4 Exhibit 10-11)(LeSage, Bernard) (Entered: 06/13/2006) |
| 06/13/2006 | 167 | DECLARATION of Jeffrey Dahl by Ameriquest Mortgage Company *In Support of Defendants Proposed Organization Plan* (LeSage, Bernard) (Entered: 06/13/2006) |
| 06/13/2006 | 168 | ATTORNEY Appearance (Harris, Daniel) (Entered: 06/13/2006) |
| 06/13/2006 | 169 | MEMORANDUM by James Jewell, Jennifer Jewell in Support of motion to appoint counsel,, 159 (Harris, Daniel) (Entered: 06/13/2006) |
| 06/14/2006 | 170 | PROOF OF SERVICE by Duval Naughton, Latonya Williams, Cheryl Williams, Adolph Peter Kurt Burggraff (Dermody, Kelly) (Entered: 06/14/2006) |
| 06/14/2006 | 171 | STIPULATION *AND [PROPOSED] ORDER THEREON GRANTING DEFENDANTS' SECOND AND PLAINTIFFS' THIRD MOTIONS FOR REASSIGNMENT OF RELATED CASES* (LeSage, Bernard) (Entered: 06/14/2006) |
| 06/20/2006 | 172 | MEMORANDUM by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams in Opposition to *Ameriquest's Request For Limitation On Injunctive Relief Based On A Monitor Appointed Pursuant To Agreement With Various State Attorneys General* (Attachments: # 1 Proof of Service) (Klein, Gary) (Entered: 06/20/2006) |
| 06/20/2006 | 173 | DEFENDANT AMERIQUEST MORTGAGE COMPANY?S BRIEF REGARDING WHETHER THE NOTICE TO MORTGAGEES WHO FACE FORECLOSURE SHOULD BE SENT TO BORROWERS WHOSE LOANS ORIGINATED AFTER JANUARY 23, 2006 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/20/2006) |
| 06/21/2006 | 174 | CERTIFICATE of Service by Defendant Ameriquest Mortgage Company regarding other 173 (LeSage, Bernard) (Entered: 06/21/2006) |
| 06/21/2006 | 175 | STIPULATION regarding stipulation 171 *AMENDED STIPULATION AND [PROPOSED] ORDER THEREON GRANTING DEFENDANTS? SECOND AND PLAINTIFFS? THIRD MOTIONS FOR REASSIGNMENT OF RELATED CASES* (LeSage, Bernard) (Entered: 06/21/2006) |
| 06/22/2006 | 176 | RESPONSE by Plaintiffs Duval Naughton, Latonya Williams, Cheryl Williams, Adolph Peter Kurt Burggraff to other 166 *TO DEFENDANTS' ORGANIZATION PLAN* (Attachments: # 1 Certificate of Service) (Dermody, Kelly) (Entered: 06/22/2006) |
| | | |

| 06/22/2006 | 177 | RESPONSE *in Opposition to Edelman Motion to Appoint Counsel and Opposition to Edelman Plaintiffs' Proposed Organization and Case Management Plan* (Attachments: # 1 Exhibit A# 2 Certificate of Service Attachment #1)(Bowman, Jill) (Entered: 06/22/2006) |
|---|---|---|
| 06/22/2006 | 178 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl WilliamsFor Approval Of Plaintiffs' Proposed Organization And Case Management Plan And To Lift Stay Associated Cases: 1:05-cv-07097, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-02024, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02480, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128(Klein, Gary) Modified on 6/23/2006 (rbf, ). (Entered: 06/22/2006) |
| 06/22/2006 | 179 | MEMORANDUM by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams in Support of *Motion For Approval Of Plaintiffs' Proposed Organization And Case Management Plan And To Lift Stay* (Klein, Gary) (Entered: 06/22/2006) |
| 06/22/2006 | 180 | NOTICE of Motion by Gary Edward Klein for presentment of motion for miscellaneous relief,,, 178 before Honorable Marvin E. Aspen on 6/27/2006 at 10:30 AM. (Klein, Gary) (Entered: 06/22/2006) |
| 06/22/2006 | 181 | CERTIFICATE by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams of Service *Re: Motion For Approval of Plaintiffs' Case Management Plan And To Lift Stay* (Klein, Gary) (Entered: 06/22/2006) |
| 06/23/2006 | 182 | MEMORANDUM by Ameriquest Mortgage Company in Opposition to *COOPERATING PLAINTIFFS MOTION TO LIFT STAY AND APPROVE COOPERATING PLAINTIFFS CASE MANAGEMENT PLAN* (LeSage, Bernard) (Entered: 06/23/2006) |
| 06/23/2006 | 183 | Defendants' Request for Judicial Notice in Support of Preliminary Opposition by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/23/2006) |
| 06/23/2006 | 184 | CERTIFICATE of Service by Defendant Ameriquest Mortgage Company regarding memorandum in opposition 182 (LeSage, Bernard) (Entered: 06/23/2006) |
| 06/26/2006 | 185 | RESPONSE by Plaintiffs James Jewell, Jennifer Jewell *Regarding Case Management* (Attachments: # 1 Certificate of Service)(Harris, Daniel) (Entered: 06/26/2006) |

| 06/26/2006 | 186 | MINUTE entry before Judge Marvin E. Aspen dated 6/26/06: The motion hearing set for June 27, 2006 on cooperating plaintiffs' motion for approval of plaintiffs proposed organization and case management plan and to lift stay is stricken. The Court will set a briefing schedule. Judicial staff mailed notice (gl, ) (Entered: 06/26/2006) |
|---|---|---|
| 06/27/2006 | 187 | (ECLG Plaintiffs' Consolidated Response to Other Proposed Organization and Management Plans) by Daniel A. Edelman (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Hofeld, Albert) (Entered: 06/27/2006) |
| 06/27/2006 | 188 | DEFENDANTS PROPOSED INTEGRATED ORGANIZATION AND CASE MANAGEMENT PLAN by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/27/2006) |
| 06/28/2006 | 189 | MINUTE entry before Judge Marvin E. Aspen dated 6/28/06: Plaintiffs' third motion for reassignment based on relatedness (145) is granted. Motion terminated. Defendants' second motion for reassignment of related cases (150) is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 06/28/2006) |
| 06/28/2006 | 190 | Enter amended stipulation and order granting defendants' second and plaintiffs' third motions for reassignment of related cases. Signed by Judge Marvin E. Aspen on 6/27/2006:Judicial staff mailed notice(gl, ) (Entered: 06/28/2006) |
| 06/28/2006 | 191 | MINUTE entry before Judge Marvin E. Aspen : Status hearing held on 6/13/06 and continued to 10/26/2006 at 10:30 AM. Judicial staff mailed notice (gl, ) (Entered: 06/28/2006) |
| 06/30/2006 | 192 | REPLY by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to other 173 *Defendant Ameriquest Mortgage Company's Brief Regarding Whether The Notice To Mortgagees Who Face Foreclosure Should Be Sent To Borrowers Whose Loans Originated After January 23, 2006* (Attachments: # 1 Proof of Service)(Klein, Gary) (Entered: 06/30/2006) |
| 07/05/2006 | 193 | MEMORANDUM by James Jewell, Jennifer Jewell *Regarding Conflict of Interest Issues* (Attachments: # 1 Certificate of Service)(Harris, Daniel) (Entered: 07/05/2006) |
| 07/07/2006 | 194 | MINUTE entry before Judge Marvin E. Aspen : The parties hereto having so stipulated, it is ordered that the bond amount for the issuance of the limited injunction pursuant to the Court's May 30, 2006 Memorandum Opinion and Order shall be $25,000, subject to adjustment in the sound discretion of this Court upon a showing of good cause by any party. Judicial staff mailed notice (gl, ) (Entered: 07/07/2006) |
| 07/07/2006 | 195 | Enter ORDER setting bond in the amount of $25,000. Signed by Judge Marvin E. Aspen on 7/7/2006:Judicial staff mailed notice(gl, ) (Entered: 07/07/2006) |
| 07/07/2006 | 196 | DECLARATION of Jill H. Bowman by Duval Naughton, Latonya |

| | | |
|---|---|---|
| | | Williams, Cheryl Williams, Adolph Peter Kurt Burggraff *in Support of Motion for Approval of Case Management Plan and Motion to Lift Stay* (Bowman, Jill) (Entered: 07/07/2006) |
| 07/07/2006 | 197 | Notice of Settlement and Dismissal of Transferred "Tag-Along" Case by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/07/2006) |
| 07/07/2006 | 198 | DECLARATION of Charles Delbaum and Daniel Blinn by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *In Support Of Application For Appointment As Co-Chair Of The Individual Claims Steering Committee* (Attachments: # 1 Exhibit A - NCLC Resume# 2 Exhibit B - CLG Resume)(Klein, Gary) (Entered: 07/07/2006) |
| 07/07/2006 | 199 | REPLY by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to Response 185 , memorandum in opposition 182 , other 188 , other 187 *Memorandum On Case Management Issues* (Attachments: # 1 Appendix 1 - Press Release# 2 Appendix 2- LA Times News Article) (Klein, Gary) (Entered: 07/07/2006) |
| 07/07/2006 | 200 | CERTIFICATE by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams Of Service *Re: Cooperating Plaintiffs' Omnibus Reply Memorandum On Case Management Issues And Declarations In Support* (Klein, Gary) (Entered: 07/07/2006) |
| 07/10/2006 | 201 | NOTICE by Duval Naughton, Latonya Williams, Cheryl Williams, Adolph Peter Kurt Burggraff re declaration 196 *of Filing Exhibit A to Declaration of Jill Bowman in Support of Cooperating Plaintiffs' Motion for Approval of Case Management Plan and Motion to Lift Stay* (Bowman, Jill) (Entered: 07/10/2006) |
| 07/11/2006 | | (Court only) ***Party Service List rep by Daniel Mark Harris added. (tlm, ) (Entered: 07/11/2006) |
| 07/12/2006 | 202 | MEMORANDUM by Service List *Various Plaintiffs' Memorandum Proposing Compromise and Responding to the Roddy Lieff Group's Brief of July 7, 2006* (Attachments: # 1 Certificate of Service)(Harris, Daniel) (Entered: 07/12/2006) |
| 07/13/2006 | 203 | MOTION by Defendant Argent Mortgage Company, LLC to dismiss *and Transfer* (Attachments: # 1 Exhibit A)Associated Cases: 1:05-cv-07097,1:06-cv-02480(Miarecki, Greg) (Entered: 07/13/2006) |
| 07/13/2006 | 204 | NOTICE of Motion by Greg J. Miarecki for presentment of motion to dismiss 203 before Honorable Marvin E. Aspen on 7/18/2006 at 10:30 AM. (Miarecki, Greg) (Entered: 07/13/2006) |
| 07/17/2006 | 205 | MINUTE entry before Judge Marvin E. Aspen dated 7/17/06: Unopposed motion to dismiss and transfer (203) as to Case No. 06 C 2480 is granted. The motion hearing set for July 18, 2006 is stricken. Judicial staff mailed notice (gl, ) (Entered: 07/17/2006) |

| 07/19/2006 | 206 | ATTORNEY Appearance for Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams by Shennan Kavanagh (Kavanagh, Shennan) (Entered: 07/19/2006) |
|---|---|---|
| 07/19/2006 | 207 | STIPULATION *regarding Reassignment of Rogers v. Town & Country etc* (LeSage, Bernard) (Entered: 07/19/2006) |
| 07/21/2006 | 208 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by Melinda J. Morales *Appearance of Melinda J. Morales* (Morales, Melinda) (Entered: 07/21/2006) |
| 07/21/2006 | 209 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by Stephen Philip Kikoler *Appearance of Stephen P. Kikoler* (Kikoler, Stephen) (Entered: 07/21/2006) |
| 07/21/2006 | 210 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by James Michael Dash *Appearance of James M. Dash* (Dash, James) (Entered: 07/21/2006) |
| 07/21/2006 | 211 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by Lorne Todd Saeks *Appearance of Lorne T. Saeks* (Saeks, Lorne) (Entered: 07/21/2006) |
| 07/24/2006 | 212 | STATEMENT by Movant Daniel A. Edelman memorandum 202 *of Concurrence with the Harris Firm's Proposed Compromise* (Attachments: # 1 Exhibit A-B)(Hofeld, Albert) (Entered: 07/24/2006) |
| 07/28/2006 | 213 | REPLY by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to statement 212 *Of ECLG Of Concurrence With The Harris Firm's Proposed Compromise* (Attachments: # 1 Proof Of Service) (Klein, Gary) (Entered: 07/28/2006) |
| 08/03/2006 | 214 | ATTORNEY Appearance for Plaintiff Richard A. Madrazo by Samuel H. Rudman; Notice of filing (hp, ) (Entered: 08/07/2006) |
| 08/03/2006 | 215 | ATTORNEY Appearance for Plaintiff Richard A. Madrazo by Evan Jay Kaufman ; Notice of filing (hp, ) (Entered: 08/07/2006) |
| 08/08/2006 | 216 | EXECUTIVE COMMITTEE ORDER:Case referred to Magistrate Judge Morton Denlow. (For further detail see order.) Signed by Judge Marvin E. Aspen on 08/08/2006. (hp, ) (Entered: 08/14/2006) |
| 08/14/2006 | 217 | MINUTE entry before Judge Morton Denlow : Status hearing set for 9/28/2006 at 10:00 AM. in Courtroom 1350. Parties shall deliver a copy of an initial status report to chambers, Room 1356, two business days before the initial status hearing. If the parties have recently prepared and filed an initial status report, the submission of the previously filed initial status report is sufficient. The parties are directed to review and to comply with Judge Denlow's standing order setting initial status report. Copies are available in chambers or through Judge Denlow's web page at www.ilnd.uscourts.gov. Mailed notice (dmk, ) (Entered: 08/14/2006) |

| 08/15/2006 | 218 | (INCORRECT EVENT USED TO DESCRIBE DOCUMENT) Attorney Appearance Form by Adolph Peter Kurt Burggraff (Bowman, Jill) Modified on 8/16/2006 (lcw, ). (Entered: 08/15/2006) |
|---|---|---|
| 08/16/2006 | 219 | NOTICE of Correction regarding document 218 . (lcw, ) (Entered: 08/16/2006) |
| 08/16/2006 | 220 | ATTORNEY Appearance for Plaintiff Adolph Peter Kurt Burggraff by Jill Henniger Bowman (Bowman, Jill) (Entered: 08/16/2006) |
| 08/16/2006 | 221 | MOTION by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC to reassign case *(Gburek v. Ameriquest Mortg. Co., et al.)* Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911,1:05-cv-07098, 1:05-cv-07099,1:05-cv-07100, 1:05-cv-07101,1:05-cv-07102, 1:06-cv-01581,1:06-cv-01691, 1:06-cv-01716,1:06-cv-01730, 1:06-cv-01731,1:06-cv-01732, 1:06-cv-01733,1:06-cv-01734, 1:06-cv-01735,1:06-cv-01736, 1:06-cv-01737,1:06-cv-01738, 1:06-cv-01739,1:06-cv-01740, 1:06-cv-01741,1:06-cv-01742, 1:06-cv-01831,1:06-cv-01899, 1:06-cv-01924,1:06-cv-01926, 1:06-cv-01928,1:06-cv-01929, 1:06-cv-01930,1:06-cv-01947, 1:06-cv-01981,1:06-cv-02024, 1:06-cv-02187,1:06-cv-02333, 1:06-cv-02396,1:06-cv-02397, 1:06-cv-02430,1:06-cv-02467, 1:06-cv-02468,1:06-cv-02469, 1:06-cv-02470,1:06-cv-02471, 1:06-cv-02472,1:06-cv-02473, 1:06-cv-02474,1:06-cv-02475, 1:06-cv-02476,1:06-cv-02477, 1:06-cv-02478,1:06-cv-02479, 1:06-cv-02480,1:06-cv-02482, 1:06-cv-02514,1:06-cv-02637, 1:06-cv-02676,1:06-cv-02683, 1:06-cv-02697,1:06-cv-02736, 1:06-cv-02807,1:06-cv-02826, 1:06-cv-02828,1:06-cv-02830, 1:06-cv-02832,1:06-cv-02897, 1:06-cv-02912,1:06-cv-03123, 1:06-cv-03125,1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045 (LeSage, Bernard) (Entered: 08/16/2006) |
| 08/16/2006 | 222 | (Duplicate Filing of Document# 221) Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111,1:05-cv-05911,1:05-cv-07098, 1:05-cv-07099,1:05-cv-07100, 1:05-cv-07101,1:05-cv-07102, 1:06-cv-01581,1:06-cv-01691, 1:06-cv-01716,1:06-cv-01730, 1:06-cv-01731,1:06-cv-01732, 1:06-cv-01733,1:06-cv-01734, 1:06-cv-01735,1:06-cv-01736, 1:06-cv-01737,1:06-cv-01738, 1:06-cv-01739,1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02480, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, |

|  |  | 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043,1:06-cv-04044, 1:06-cv-04045 (LeSage, Bernard) Modified on 8/16/2006 (gma, ). (Entered: 08/16/2006) |
|---|---|---|
| 08/16/2006 | 223 | Memorandum of Law in Support of Motion for Reassignment of Gburek v. Argent Mortg. Co., LLC, et al. by Ameriquest Mortgage Company, Argent Mortgage Company, LLC (LeSage, Bernard) (Entered: 08/16/2006) |
| 08/16/2006 | 224 | DECLARATION of Bernard E. LeSage by Ameriquest Mortgage Company, Argent Mortgage Company, LLC *in Support of Renewed Motion for Reassignment of Gburek v. Argent Mortg. Co., LLC, et al.* (LeSage, Bernard) (Entered: 08/16/2006) |
| 08/16/2006 | 225 | NOTICE by Ameriquest Mortgage Company, Argent Mortgage Company, LLC re MOTION by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC to reassign case *(Gburek v. Ameriquest Mortg. Co., et al.)* 221 (LeSage, Bernard) (Entered: 08/16/2006) |
| 08/16/2006 | 226 | CERTIFICATE of Service by Bernard E. LeSage on behalf of Ameriquest Mortgage Company, Argent Mortgage Company, LLC (LeSage, Bernard) (Incorrect PDF Linked) Modified on 8/16/2006 (gma, ). (Entered: 08/16/2006) |
| 08/16/2006 | 227 | CERTIFICATE of Service by Bernard E. LeSage on behalf of Ameriquest Mortgage Company, Argent Mortgage Company, LLC regarding MOTION by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC to reassign case *(Gburek v. Ameriquest Mortg. Co., et al.)* 222 , other 223 , notice of filing 225 , MOTION by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC to reassign case *(Gburek v. Ameriquest Mortg. Co., et al.)* 221 , declaration 224 (LeSage, Bernard) (Entered: 08/16/2006) |
| 08/16/2006 | 228 | NOTICE of Correction regarding MOTION by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC to reassign case *(Gburek v. Ameriquest Mortg. Co., et al.)* 222 (Duplicate Filing of Document# 221) (gma, ) (Entered: 08/16/2006) |
| 08/16/2006 | 229 | NOTICE of Correction regarding certificate of service 226 (Incorrect PDF Linked) (gma, ) (Entered: 08/16/2006) |
| 08/16/2006 | 230 | CERTIFICATE of Service *(Amended)* by Bernard E. LeSage on behalf of Ameriquest Mortgage Company, Argent Mortgage Company, LLC regarding other 223 , notice of filing 225 , MOTION by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC to reassign case *(Gburek v. Ameriquest Mortg. Co., et al.)* 221 , certificate of service 226 , declaration 224 (LeSage, Bernard) (Entered: 08/16/2006) |
| 08/18/2006 | 231 | Amended Notice of Filing by Ameriquest Mortgage Company, Argent |

| | | |
|---|---|---|
| | | Mortgage Company, LLC (LeSage, Bernard) (Entered: 08/18/2006) |
| 08/18/2006 | 232 | CERTIFICATE of Service *of Amended Notice of Filing* by Bernard E. LeSage on behalf of Ameriquest Mortgage Company, Argent Mortgage Company, LLC regarding other 231 (LeSage, Bernard) (Entered: 08/18/2006) |
| 08/22/2006 | 233 | MINUTE entry before Judge Morton Denlow : Status hearing reset for 10/26/2006 at 10:00 AM. Status hearing set for 9/28/06 is stricken. Mailed notice (dmk, ) (Entered: 08/22/2006) |
| 09/11/2006 | 234 | MOTION by Movant Daniel A. EdelmanLeave to Cite Additional Authorities (Attachments: # 1 Appendix A-C# 2 Appendix D-G) Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723 (Hofeld, Albert) (Entered: 09/11/2006) |
| 09/11/2006 | 235 | *Notice of Motion for Leave to Cite Additional Authorities* NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for miscellaneous relief,,,,, 234 before Honorable Marvin E. Aspen on 9/19/2006 at 10:30 AM. (Hofeld, Albert) (Entered: 09/11/2006) |
| 09/15/2006 | 236 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams for order *For Document Preservation* (Attachments: # 1 [Proposed] Order)Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, |

| | | |
|---|---|---|
| | | 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727 (Klein, Gary) (Entered: 09/15/2006) |
| 09/15/2006 | 237 | MEMORANDUM by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams in Support of motion for order,,,,,, 236 *For Document Preservation* (Attachments: # 1 Certificate of Service)(Klein, Gary) (Entered: 09/15/2006) |
| 09/18/2006 | 238 | MINUTE entry before Judge Marvin E. Aspen dated 9/18/06: Any response to defendants' renewed motion for reassignment of Grubek v. Argent Mortgage Co., et al (Dkt. No. 222 & 221) is to be filed on or before 9/26/06. Any reply is to be filed by 9/29/06. Judicial staff mailed notice (gl, ) (Entered: 09/18/2006) |
| 09/18/2006 | 239 | MINUTE entry before Judge Marvin E. Aspen dated 9/18/06: The status hearing set for October 26, 2006 is reset to 12/21/2006 at 10:30 AM. Judicial staff mailed notice (gl, ) (Entered: 09/18/2006) |
| 09/18/2006 | 240 | MINUTE entry before Judge Marvin E. Aspen dated 9/18/06: ECLG plaintiffs' motion to cite additional authorities in support of their pending motion for appointment as lead counsel (Dkt. No. 234) is granted. Motion terminated. The motion hearing set for September 19, 2006 is stricken. Judicial staff mailed notice (gl, ) (Entered: 09/18/2006) |
| 09/20/2006 | 241 | MINUTE entry before Judge Marvin E. Aspen dated 9/20/06: Any responees to cooperating plaintiffs' motion for entry of a document preservation order (Dkt. No. 236) are to be filed on or before 10/5/06. Any replies to be filed by 10/13/06. Judicial staff mailed notice (gl, ) (Entered: 09/20/2006) |
| 09/22/2006 | 242 | MOTION by Movant Daniel A. EdelmanMotion to Lift Stay Due to Overwhelming Financial Distress (Attachments: # 1 Appendix A-C# 2 Appendix D-F)Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, |

| | | |
|---|---|---|
| | | 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727 (Hofeld, Albert) Modified on 9/25/2006 (cdy, ). (Entered: 09/22/2006) |
| 09/22/2006 | 243 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for miscellaneous relief,,,,,, 242 (Hofeld, Albert) (Entered: 09/22/2006) |
| 09/25/2006 | 244 | MINUTE entry before Judge Marvin E. Aspen dated 9/25/06: Any response to the Talley plaintiffs motion to lift stay due to overwhelming financial distress (Dkt. No. 242) is to be filed on or before 10/13/06. Any reply is to be filed by 10/20/06. The motion hearing set for September 28, 2006 is stricken. Judicial staff mailed notice (gl, ) (Entered: 09/25/2006) |
| 09/25/2006 | 245 | TRANSCRIPT of proceedings for the following dates: 06/13/2006; Before the Honorable Marvin E. Aspen (hp, ) (Entered: 09/26/2006) |
| 09/26/2006 | 246 | RESPONSE by Camille J Gburek to MOTION by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC to reassign case *(Gburek v. Ameriquest Mortg. Co., et al.)* 221 *06-C-2639* (Keogh, Keith) (Entered: 09/26/2006) |
| 09/26/2006 | 247 | NOTICE by Camille J Gburek re response to motion 246 *06-C-2639* (Keogh, Keith) (Entered: 09/26/2006) |
| 09/27/2006 | 248 | MINUTE entry before Judge Morton Denlow : Status hearing is reset for 12/21/2006 at 10:00 AM. Status hearing set for 10/26/06 is stricken. Mailed notice (dmk, ) (Entered: 09/27/2006) |
| 09/29/2006 | 249 | REPLY to motion to reassign case,,,,,, 221 (Stanton, Patrick) (Entered: 09/29/2006) |
| 09/29/2006 | 250 | NOTICE by WMC Mortgage Corporation re reply 249 (Stanton, Patrick) (Entered: 09/29/2006) |

| | | |
|---|---|---|
| 10/05/2006 | 251 | STIPULATION regarding motion for order,,,,,,, 236 (LeSage, Bernard) (Entered: 10/05/2006) |
| 10/06/2006 | 252 | MINUTE entry before Judge Marvin E. Aspen dated 10/6/06: Pursuant to stipulation of the parties, regarding motion for entry of a document preservation order, any responses to plaintiff' motion for entry of a document preservation order are to be filed on or before October 16, 2006. Any replies are to be filed by October 24, 2006. Judicial staff mailed notice (gl, ) (Entered: 10/06/2006) |
| 10/06/2006 | 253 | Enter stipulation and Order regarding motion for entry of a document preservation order. Signed by Judge Marvin E. Aspen on 10/6/2006:Judicial staff mailed notice(gl, ) (Entered: 10/06/2006) |
| 10/12/2006 | 254 | RESPONSE by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to MOTION by Movant Daniel A. EdelmanMotion to Lift Stay Due to Overwhelming Financial Distress 242 (Attachments: # 1 Exhibit A: Dudeck Correspondence# 2 Exhibit B: List Of Borrowers Who Have Received Blank Notices Of Right To Cancel)(Klein, Gary) (Entered: 10/12/2006) |
| 10/12/2006 | 255 | CERTIFICATE of Service by Gary Edward Klein on behalf of Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams regarding response to motion, 254 (Klein, Gary) (Entered: 10/12/2006) |
| 10/12/2006 | 256 | MOTION by Defendant Ameriquest Mortgage Company to reassign case (*JOINT MOTION BY PLAINTIFFS AND DEFENDANTS*) Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, |

| | | |
|---|---|---|
| | | 1:06-cv-04726, 1:06-cv-04727 (LaSage Bernard) Modified on 10/13/2006 (cdy, ). (Entered: 10/12/2006) |
| 10/12/2006 | 257 | NOTICE of Motion by Bernard E. LeSage for presentment of motion to reassign case,,,,,, 256 before Honorable Marvin E. Aspen on 10/19/2006 at 10:30 AM. (LeSage, Bernard) (Entered: 10/12/2006) |
| 10/12/2006 | 258 | MEMORANDUM by Ameriquest Mortgage Company in Support of motion to reassign case,,,,,, 256 (LeSage, Bernard) (Entered: 10/12/2006) |
| 10/12/2006 | 259 | DECLARATION of Bernard E. LeSage regarding motion to reassign case,,,,,, 256 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/12/2006) |
| 10/12/2006 | 260 | [Proposed] Order for Joint Motion for Reassignment of Cases by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/12/2006) |
| 10/12/2006 | 261 | APPENDIX motion to reassign case,,,,,, 256 by Ameriquest Mortgage Company *(APPENDIX OF COMPLAINTS)* (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19) (LeSage, Bernard) (Entered: 10/12/2006) |
| 10/12/2006 | 262 | CERTIFICATE by Ameriquest Mortgage Company of Service (LeSage, Bernard) (Entered: 10/12/2006) |
| 10/13/2006 | 263 | MEMORANDUM by Ameriquest Mortgage Company in Opposition to *Talleys' Motion to Lift Stay* (LeSage, Bernard) (Entered: 10/13/2006) |
| 10/13/2006 | 264 | DECLARATION of Clarisa Gastelum by Ameriquest Mortgage Company *in Support of Defendants' Opposition to Talleys' Motion to Lift Stay* (LeSage, Bernard) (Entered: 10/13/2006) |
| 10/13/2006 | 265 | DECLARATION of Jeffrey D. Dahl by Ameriquest Mortgage Company *in Support of Defendants Opposition to Talleys' Motion to Lift Stay* (LeSage, Bernard) (Entered: 10/13/2006) |
| 10/13/2006 | 266 | DECLARATION of Bernard E. LeSage by Ameriquest Mortgage Company *in Support of Defendants' Opposition to Talleys' Motion to Lift Stay* (Attachments: # 1 # 2)(LeSage, Bernard) (Entered: 10/13/2006) |
| 10/13/2006 | 267 | CERTIFICATE of Service by Defendant Ameriquest Mortgage Company *of Oppostion to Talleys' Motion to Lift Stay and Declarations of Clarisa Gastelum, Jeffrey D. Dahl, and Bernard E. LeSage in Support thereof* (LeSage, Bernard) (Entered: 10/13/2006) |
| 10/16/2006 | 268 | MEMORANDUM by Ameriquest Mortgage Company in Opposition to motion for order,,,,,,, 236 (LeSage, Bernard) (Entered: 10/16/2006) |
| 10/16/2006 | 269 | DECLARATION of Bernard E. LeSage regarding memorandum in opposition 268 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/16/2006) |
| 10/18/2006 | 270 | MINUTE entry before Judge Marvin E. Aspen dated 10/18/06: Joint Motion to reassign cases 256 is taken under advisement. The motion hearing set for October 19, 2006 is stricken. Judicial staff mailed notice |

| | | |
|---|---|---|
| | | (gl, ) (Entered: 10/18/2006) |
| 10/20/2006 | 271 | MOTION by Movant Daniel A. Edelman for extension of time to file response/reply Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111,1:05-cv-05911,1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100,1:05-cv-07101,1:05-cv-07102,1:06-cv-01581, 1:06-cv-01691,1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736,1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740,1:06-cv-01741,1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924,1:06-cv-01926,1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397,1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04713, 1:06-cv-04714, 1:06-cv-04715, 1:06-cv-04716, 1:06-cv-04717, 1:06-cv-04718, 1:06-cv-04719, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727, 1:06-cv-04728 (Hofeld, Albert) Modified on 10/23/2006 (emd, ). Modified on 11/14/2006 (cdy, ). (Entered: 10/20/2006) |
| 10/20/2006 | 272 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for extension of time to file response/reply,,,,,, 271 before Honorable Marvin E. Aspen on 10/31/2006 at 10:30 AM. (Hofeld, Albert) (Entered: 10/20/2006) |
| 10/24/2006 | 273 | MINUTE entry before Judge Marvin E. Aspen dated 10/24/06: Defendants' renewed motion (Dkt. Nos. 221 & 222) for reassignment of Gburek v. Argent Mortgage Co., LLC., et al, Case No. 06 C 2639, is granted. Motions terminated. Judicial staff mailed notice (gl, ) (Entered: 10/24/2006) |
| 10/24/2006 | 274 | REPLY by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to memorandum in opposition 268 *To Motion For Entry Of A Document Preservation Order* (Attachments: # 1 Certificate of Service)(Klein, Gary) (Entered: 10/24/2006) |
| 10/25/2006 | 275 | MINUTE entry before Judge Marvin E. Aspen dated 10/25/06: Joint motion of the parties for reassignment of the 19 cases listed in the motion, for pretrial proceedings along with the other actions in this multidistrict ligation proceeding (Dkt. No. 256) is granted. Motion terminated. 256 . |

| | | Judicial staff mailed notice (gl, ) (Entered: 10/25/2006) |
|---|---|---|
| 10/26/2006 | 276 | Request for Oral Argument by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/26/2006) |
| 10/27/2006 | 277 | ATTORNEY Appearance for Defendant HSBC Mortgage Services Inc. by Synde B. Keywell (Keywell, Synde) (Entered: 10/27/2006) |
| 10/27/2006 | 278 | ATTORNEY Appearance for Defendant HSBC Mortgage Services Inc. by Kristina M Van Buskirk (Van Buskirk, Kristina) (Entered: 10/27/2006) |
| 10/27/2006 | 279 | REPLY by Movant Daniel A. Edelman *Reply in Support of Terry and Cheryl Talley's Motion to Lift Stay* (Attachments: # 1 Exhibit A-C# 2 Exhibit D-E)(Hofeld, Albert) (Entered: 10/27/2006) |
| 10/27/2006 | 280 | NOTICE by Daniel A. Edelman re reply 279 *Notice of Filing: Reply in Support of Terry and Cheryl Talley's Motion to Lift Stay* (Hofeld, Albert) (Entered: 10/27/2006) |
| 10/30/2006 | 281 | MINUTE entry before Judge Marvin E. Aspen dated 10/30/06: Daniel A. Edelman's motion for extension of time to file reply in support of motion to lift stay (Dkt. No. 271) through October 27, 2006 is granted. Motion terminated. The motion hearing set for October 31, 2006 is stricken. Judicial staff mailed notice (gl, ) (Entered: 10/30/2006) |
| 11/02/2006 | 282 | MINUTE entry before Judge Marvin E. Aspen dated 11/2/06: We hold that Ameriquest must notify all borrowers, including those who signed mortgage contracts after January 23, 2006, of potential claims and defenses available to them under the Truth in Lending Act. Judicial staff mailed notice (gl, ) (Entered: 11/02/2006) |
| 11/07/2006 | 283 | MINUTE entry before Judge Marvin E. Aspen dated 11/7/06: Enter Memorandum Opinion and Order: On February 7, 2006, we instituted a motion and discovery stay pending further case reassignments and the MDL Panel's completion of the "tag-along" process. Eight months later, the stay remains in place, preventing the parties from going forward with the litigation. However, while discovery should proceed shortly, we do want confirmation that the reassignment of cases has concluded or is nearing conclusion. All parties are required to submit by November 13, 2006, a list of any cases still awaiting reassignment. The litigation may resume at the later of November 13, 2006 or immediately upon resolution of the identified outstanding reassignment issues. Plaintiffs shall file consolidated class action complaints by December 6, 2006. Defendants shall have until January 19, 2007 to respond to those complaints. Plaintiffs will have until FEbruary 9, 2007 to file their opposition to any Rule 12 motions, defendants are allowed until February 23, 2007 to respond, and plaintiffs will then hae until March 1, 2007 to file any corresponding reply. The parties have until November 5, 2007 to conduct discovery. Expert disclosures shall be made within six months from the start of discovery. Motions for class certification will be due by December 20, 2007. Defendants will have until January 1, 2008 to respond to the class certification motions; plaintiffs will then have until February 4, 2008 to file their reply. Judicial staff mailed notice (gl, ) (Entered: 11/07/2006) |

| 11/07/2006 | 284 | Enter MEMORANDUM Opinion and Order Signed by Judge Marvin E. Aspen on 11/7/2006:Judicial staff mailed notice(gl, ) (Entered: 11/07/2006) |
|---|---|---|
| 11/08/2006 | 285 | MINUTE entry before Judge Marvin E. Aspen 11/8/06: Through the Case Management Order we entered on November 7, 2006, the discovery stay in place since February 6, 2006 will be lifted on or before November 13, 2006. For this reason, and because plaintiffs have not articulated a real and specific danger of document destruction, this motion and Ameriquest's request for oral argument (Docket No. 276) are denied. Plaintiffs may serve requests for documents beginning November 13, 2006.Motions terminated. Judicial staff mailed notice (gl, ) Modified on 11/8/2006 (gl, ). (Entered: 11/08/2006) |
| 11/08/2006 | 286 | MINUTE entry before Judge Marvin E. Aspen dated 11/8/06: Through the Case Management Order we entered on November 7, 2006, the discovery stay in place since February 6, 2006 will be lifted on or before November 13, 2006. For this reason, Movant Daniel A. Edelman's motion to lift stay due to overwhelming financial distress (Dkt. No. 242) is denied as moot. Motion terminated. Plaintiffs may serve requests for documents beginning November 13, 2006. Judicial staff mailed notice (gl, ) (Entered: 11/08/2006) |
| 11/13/2006 | 287 | NOTICE by David M. Wakefield, Janet Wakefield, Latonya Williams, Cheryl Williams, Adolph Peter Kurt Burggraff re memorandum opinion and order 284 of Cases Pending Before the MDL Panel and Cases Requiring Re-Assignment (Attachments: # 1 Exhibit MDL Case Listing Report)(Bowman, Jill) (Entered: 11/13/2006) |
| 11/13/2006 | 288 | STATUS Report ECLG Plaintiffs' List of Cases Still Awaiting Transfer/Reassignment by Daniel A Edelman (Hofeld, Albert) (Entered: 11/13/2006) |
| 11/13/2006 | 289 | NOTICE by Daniel A Edelman re status report 288 Notice of Filing: ECLG Plaintiffs' List of Cases Still Awaiting Reassignment (Hofeld, Albert) (Entered: 11/13/2006) |
| 11/13/2006 | 290 | NOTICE by Service List of filing list of cases awaiting reassignment to MDL (Pizor, Andrew) (Entered: 11/13/2006) |
| 11/13/2006 | 291 | Statement re Cases Awaiting Reassignment by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/13/2006) |
| 11/13/2006 | 292 | MOTION by Unknown Daniel A Edelman to withdraw Motion to Withdraw Class Allegations Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv- |

| | | |
|---|---|---|
| | | 02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727 (Hofeld, Albert) Modified on 11/14/2006 (cdy, ). (Entered: 11/13/2006) |
| 11/13/2006 | 293 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to withdraw,,,,,,, 292 before Honorable Marvin E. Aspen on 11/21/2006 at 10:30 AM. (Hofeld, Albert) (Entered: 11/13/2006) |
| 11/13/2006 | 294 | MOTION by Unknown Daniel A Edelman to withdraw *Plaintiff's Motion to Withdraw Class Allegations* Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727, 1:06-cv-04728, 1:06-cv-05699, 1:06-cv-5700, 1:06-cv-05701, 1:06-cv-05702, 1:06-cv-05703, 1:06-cv-05704, 1:06-cv-5705, 1:06-cv-5706, 1:06-cv-05707, 1:06-cv-05708, 1:06-cv-06043 (Hofeld, Albert) Modified on 11/14/2006 (cdy, ). (Entered: 11/13/2006) |
| | | |

| 11/13/2006 | 295 | MOTION by Unknown Daniel A Edelman to withdraw *Class Allegations* Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727, 1:06-cv-04728, 1:06-cv-05699, 1:06-cv-5700, 1:06-cv-05701, 1:06-cv-05702, 1:06-cv-05703, 1:06-cv-05704, 1:06-cv-5705, 1:06-cv-5706, 1:06-cv-05707, 1:06-cv-05708, 1:06-cv-06043 (Hofeld, Albert) Modified on 11/14/2006 (cdy, ). (Entered: 11/13/2006) |
| 11/13/2006 | 296 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to withdraw,,,,,,, 295 before Honorable Marvin E. Aspen on 11/21/2006 at 10:30 AM. (Hofeld, Albert) (Entered: 11/13/2006) |
| 11/13/2006 | 297 | MOTION by Unknown Daniel A Edelman to withdraw *Class Allegations* Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, |

| | | |
|---|---|---|
| | | 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727, 1:06-cv-04728, 1:06-cv-05699, 1:06-cv-5700, 1:06-cv-05701, 1:06-cv-05702, 1:06-cv-05703, 1:06-cv-05704, 1:06-cv-5705, 1:06-cv-5706, 1:06-cv-05707, 1:06-cv-05708, 1:06-cv-06043 (Hofeld, Albert) Modified on 11/14/2006 (cdy, ). (Entered: 11/13/2006) |
| 11/13/2006 | 298 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to withdraw,,,,,,,, 297 before Honorable Marvin E. Aspen on 11/21/2006 at 10:30 AM. (Hofeld, Albert) (Entered: 11/13/2006) |
| 11/13/2006 | 299 | MOTION by Unknown Daniel A Edelman to withdraw *Class Allegations* Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727, 1:06-cv-04728, 1:06-cv-05699, 1:06-cv-5700, 1:06-cv-05701, 1:06-cv-05702, 1:06-cv-05703, 1:06-cv-05704, 1:06-cv-5705, 1:06-cv-5706, 1:06-cv-05707, 1:06-cv-05708, 1:06-cv-06043 (Hofeld, Albert) Modified on 11/14/2006 (cdy, ). (Entered: 11/13/2006) |
| 11/13/2006 | 300 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to withdraw,,,,,,, 299 before Honorable Marvin E. Aspen on 11/21/2006 at 10:30 AM. (Hofeld, Albert) (Entered: 11/13/2006) |

| | | |
|---|---|---|
| 11/13/2006 | 301 | MOTION by Unknown Daniel A Edelman to dismiss *Counts II and III of Their Complaint* Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727, 1:06-cv-04728, 1:06-cv-05699, 1:06-cv-5700, 1:06-cv-05701, 1:06-cv-05702, 1:06-cv-05703, 1:06-cv-05704, 1:06-cv-5705, 1:06-cv-5706, 1:06-cv-05707, 1:06-cv-05708, 1:06-cv-06043 (Hofeld, Albert) Modified on 11/14/2006 (cdy, ). (Entered: 11/13/2006) |
| 11/13/2006 | 302 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to dismiss,,,,,,,, 301 before Honorable Marvin E. Aspen on 11/21/2006 at 10:30 AM. (Hofeld, Albert) (Entered: 11/13/2006) |
| 11/16/2006 | | (Court only) ***Attorney Richard Andre Lilly for Service List added. (emd, ) (Entered: 11/16/2006) |
| 11/17/2006 | 303 | SUPPLEMENT by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to notice of filing, 287 *Notice Of Cases Pending That Are Subject To Reassignment Or Transfer* (Attachments: # 1 Certificate of Service)(Klein, Gary) (Entered: 11/17/2006) |
| 11/17/2006 | 304 | Notice of Non-Opposition to Motions to Withdraw Class Allegations by Ameriquest Mortgage Company, Argent Mortgage Company, LLC (LeSage, Bernard) (Entered: 11/17/2006) |
| 11/20/2006 | 305 | Joint Notice Concerning Selection Of Mediator by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Ameriquest Mortgage Company (Attachments: # 1 Hon. John K. Trotter (Ret.) Resume# 2 Certificate of Service)(Klein, Gary) (Entered: 11/20/2006) |

| 11/20/2006 | 306 | Plaintiffs' Notification of Agreed-Upon Mediator by Daniel A Edelman (Hofeld, Albert) (Entered: 11/20/2006) |
|---|---|---|
| 11/20/2006 | 307 | NOTICE by Daniel A Edelman re other 306 *Plaintiffs' Notification of Agreed-Upon Mediator* (Hofeld, Albert) (Entered: 11/20/2006) |
| 11/20/2006 | 308 | MOTION by Defendant Ameriquest Mortgage Companyto Enter Stipulation to Mediate and Issue Scheduling Order in Accordance with Terms of Stipulation Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727, 1:06-cv-04728, 1:06-cv-05699, 1:06-cv-5700, 1:06-cv-05701, 1:06-cv-05702, 1:06-cv-05703, 1:06-cv-05704, 1:06-cv-5705, 1:06-cv-5706, 1:06-cv-05707, 1:06-cv-05708, 1:06-cv-06043 (LeSage, Bernard) Modified on 11/21/2006 (cdy, ). (Entered: 11/20/2006) |
| 11/20/2006 | 309 | NOTICE of Motion by Bernard E. LeSage for presentment of motion for miscellaneous relief,,,,,,, 308 before Honorable Marvin E. Aspen on 12/21/2006 at 10:30 AM. (LeSage, Bernard) (Entered: 11/20/2006) |
| 11/20/2006 | 310 | DECLARATION of Bernard E. LeSage regarding motion for miscellaneous relief,,,,,,, 308 by Ameriquest Mortgage Company (Attachments: # 1 Exhibit 1-18)(LeSage, Bernard) (Entered: 11/20/2006) |
| 11/20/2006 | 311 | Notice of Selection of Mediators by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/20/2006) |
| 11/21/2006 | 312 | MINUTE entry before Judge Marvin E. Aspen dated 11/20/06: Any motions noticed for hearing for November 21, 2006 are taken under advisement. The motion hearing set for November 21, 2006 is stricken. Judicial staff mailed notice (gl, ) (Entered: 11/21/2006) |

| 11/29/2006 | 313 | MOTION by Unknown Daniel A Edelman to reassign case *Plaintiffs' Fourth Motion for Reassignment of Related Cases* (Attachments: # 1 Exhibit A - Whitsett Complaint# 2 Exhibit B - Manier Complaint (Part One)# 3 Exhibit B - Manier Complaint (Part Two)# 4 Exhibit C - Perez Complaint (Part One)# 5 Exhibit C - Perez Complaint (Part Two)# 6 Exhibit D - Bowden Complaint (Part One)# 7 Exhibit D - Bowden Complaint (Part Two)# 8 Exhibit E - Rosemon Complaint (Part One)# 9 Exhibit E - Rosemon Complaint (Part Two))Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727, 1:06-cv-04728, 1:06-cv-05699, 1:06-cv-5700, 1:06-cv-05701, 1:06-cv-05702, 1:06-cv-05703, 1:06-cv-05704, 1:06-cv-5705, 1:06-cv-5706, 1:06-cv-05707, 1:06-cv-05708, 1:06-cv-06043 (Hofeld, Albert) Modified on 11/30/2006 (cdy, ). (Entered: 11/29/2006) |
| 11/29/2006 | 314 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to reassign case,,,,,,,,,,, 313 before Honorable Marvin E. Aspen on 12/5/2006 at 10:30 AM. (Hofeld, Albert) (Entered: 11/29/2006) |
| 11/30/2006 | 315 | ATTORNEY Appearance for Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff by Caryn Becker (Becker, Caryn) (Entered: 11/30/2006) |
| 12/01/2006 | 316 | STATEMENT *Regarding the Reassignment of Certain Cases in Plaintiffs' Fourth Motion for Reassignment of Related Cases* (LeSage, Bernard) (Entered: 12/01/2006) |
| 12/01/2006 | 317 | Defendants' Request for Judicial Notice in Support of Statement Regarding the Reassignment of Certain Cases in Plaintiffs' Fourth Motion |

| | | |
|---|---|---|
| | | for Reassignment of Related Cases by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/01/2006) |
| 12/04/2006 | 318 | MINUTE entry before Judge Marvin E. Aspen dated 12/4/06: Plaintiff's fourth motion for reassignment of related cases (Dkt. No. 313) is entered and continued to December 7, 2006 at 10:30 a.m. The motion hearing set for December 5, 2006 is stricken. Judicial staff mailed notice (gl, ) (Entered: 12/04/2006) |
| 12/04/2006 | 319 | ATTORNEY Appearance for Service List by Anne A Bergman *Attorney for Lori Mattix and Ivory Ford* (Bergman, Anne) (Entered: 12/04/2006) |
| 12/04/2006 | 320 | MOTION by Unknown Daniel A Edelman to compel *(I) Motion to Clarify Commencement of Discovery and Motion Practice (II) Motion to Compel and (III) Response to Defendants' Motion to Enter Stipulation* (Attachments: # 1 Exhibit D-F) Associated Cases: 1:05-cv-07097, 1:05-cv-00648, 1:05-cv-05111, 1:05-cv-05911, 1:05-cv-07098, 1:05-cv-07099, 1:05-cv-07100, 1:05-cv-07101, 1:05-cv-07102, 1:06-cv-01581, 1:06-cv-01691, 1:06-cv-01716, 1:06-cv-01730, 1:06-cv-01731, 1:06-cv-01732, 1:06-cv-01733, 1:06-cv-01734, 1:06-cv-01735, 1:06-cv-01736, 1:06-cv-01737, 1:06-cv-01738, 1:06-cv-01739, 1:06-cv-01740, 1:06-cv-01741, 1:06-cv-01742, 1:06-cv-01831, 1:06-cv-01899, 1:06-cv-01924, 1:06-cv-01926, 1:06-cv-01928, 1:06-cv-01929, 1:06-cv-01930, 1:06-cv-01947, 1:06-cv-01981, 1:06-cv-02024, 1:06-cv-02187, 1:06-cv-02333, 1:06-cv-02396, 1:06-cv-02397, 1:06-cv-02430, 1:06-cv-02467, 1:06-cv-02468, 1:06-cv-02469, 1:06-cv-02470, 1:06-cv-02471, 1:06-cv-02472, 1:06-cv-02473, 1:06-cv-02474, 1:06-cv-02475, 1:06-cv-02476, 1:06-cv-02477, 1:06-cv-02478, 1:06-cv-02479, 1:06-cv-02482, 1:06-cv-02514, 1:06-cv-02637, 1:06-cv-02676, 1:06-cv-02683, 1:06-cv-02697, 1:06-cv-02736, 1:06-cv-02807, 1:06-cv-02826, 1:06-cv-02828, 1:06-cv-02830, 1:06-cv-02832, 1:06-cv-02897, 1:06-cv-02912, 1:06-cv-03123, 1:06-cv-03125, 1:06-cv-03126, 1:06-cv-03127, 1:06-cv-03128, 1:06-cv-03422, 1:06-cv-03423, 1:06-cv-03424, 1:06-cv-03425, 1:06-cv-03426, 1:06-cv-03427, 1:06-cv-03583, 1:06-cv-03584, 1:06-cv-03585, 1:06-cv-03586, 1:06-cv-03587, 1:06-cv-04032, 1:06-cv-04034, 1:06-cv-04035, 1:06-cv-04036, 1:06-cv-04037, 1:06-cv-04038, 1:06-cv-04039, 1:06-cv-04040, 1:06-cv-04042, 1:06-cv-04043, 1:06-cv-04044, 1:06-cv-04045, 1:06-cv-04672, 1:06-cv-04673, 1:06-cv-04720, 1:06-cv-04721, 1:06-cv-04722, 1:06-cv-04723, 1:06-cv-04724, 1:06-cv-04725, 1:06-cv-04726, 1:06-cv-04727, 1:06-cv-04728, 1:06-cv-05699, 1:06-cv-5700, 1:06-cv-05701, 1:06-cv-05702, 1:06-cv-05703, 1:06-cv-05704, 1:06-cv-5705, 1:06-cv-5706, 1:06-cv-05707, 1:06-cv-05708, 1:06-cv-06043 (Hofeld, Albert) Modified on 12/5/2006 (cdy, ). (Entered: 12/04/2006) |
| 12/04/2006 | 321 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to compel,,,,,,, 320 before Honorable Marvin E. Aspen on 12/7/2006 at 10:30 AM. (Hofeld, Albert) (Entered: 12/04/2006) |
| 12/05/2006 | 322 | Defendants' Request to Continue Hearing on Motions Filed by ECLG Plaintiffs by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/05/2006) |
| | | |

| | | |
|---|---|---|
| 12/06/2006 | 323 | *Consolidated* AMENDED complaint by Adolph Peter Kurt Burggraff against Ameriquest Mortgage Company *for Claims of Non-Borrowers* (Attachments: # 1 Exhibit Quarterman solicitation# 2 Exhibit Klutho solicitation# 3 Exhibit Forrest solicitation 1# 4 Exhibit Forrest solicitation 2# 5 Exhibit Forrest solicitation 3)(Bowman, Jill) (Entered: 12/06/2006) |
| 12/06/2006 | 324 | MINUTE entry before Judge Marvin E. Aspen dated 12/6/06: Any responses to plaintiffs' fourth motion for reassignment of related cases (Dkt. No. 313) and ECLG plaintiffs motion to clarify commencement of discovery and motion practice and motion to compel (Dkt. No. 320) are to be filed on or before 12/18/06. Any replies are to be filed by 12/22/06. The motion hearing set for December 7, 2006 is stricken. The status hearing set for December 21, 2006 is reset to December 28, 2006 at 10:30 a.m. Judicial staff mailed notice (gl, ) (Entered: 12/06/2006) |
| 12/06/2006 | 325 | *Borrowers' Consolidated* AMENDED complaint by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams against Ameriquest Mortgage Company (Attachments: # 1 Certificate of Service)(Klein, Gary) (Entered: 12/06/2006) |
| 12/07/2006 | 326 | ATTORNEY Appearance for Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff by Rachel Geman (Geman, Rachel) (Entered: 12/07/2006) |
| 12/08/2006 | 327 | MOTION by Plaintiff Camille J Gburek to withdraw as attorney Associated Cases: 1:05-cv-07097,1:06-cv-02637(Monkus, Elizabeth) (Entered: 12/08/2006) |
| 12/08/2006 | 328 | NOTICE of Motion by Elizabeth Monkus for presentment of motion to withdraw as attorney 327 before Honorable Marvin E. Aspen on 12/14/2006 at 10:30 AM. (Monkus, Elizabeth) (Entered: 12/08/2006) |
| 12/08/2006 | 329 | MINUTE entry before Judge Morton Denlow : Status hearing set for 12/21/06 is stricken. Mailed notice (dmk, ) (Entered: 12/08/2006) |
| 12/11/2006 | 330 | ANSWER to Complaint *(Amended* by GMAC Mortgage Corporation (Boyers, James) (Entered: 12/11/2006) |
| 12/13/2006 | 331 | RESPONSE *of Plaintiffs in the individual actions to Defendants' Motion to Enter Stipulation, with Ex. A List of cases* (Pizor, Andrew) (Entered: 12/13/2006) |
| 12/13/2006 | 332 | MEMORANDUM by Latonya Williams, Cheryl Williams, Adolph Peter Kurt Burggraff in Support of motion to compel,,,,,,,, 320 *in Support of ECLG Plaintiffs' Motion to Clarify Commencement of Discovery* (Bowman, Jill) (Entered: 12/13/2006) |
| 12/13/2006 | 333 | MINUTE entry before Judge Marvin E. Aspen dated 12/13/06: Elizxabeth Monkus' motion to withdraw as counsel for plaintiff Camille J. Gburek (Dkt. No. 327) is granted. Motion terminated. Attorney Elizabeth Monkus terminated. Keith J. Keogh of the Law Offices of Keth J. Keogh, Ltd., will |

| | | |
|---|---|---|
| | | remain as counsel for plaintiff. The motion hearing set for December 14, 2006 is stricken. Judicial staff mailed notice (gl, ) (Entered: 12/13/2006) |
| 12/14/2006 | 334 | Defendants' Request to Continue Status Hearing and Related Matters Due to Scheduling Conflicts During the Week of December 25, 2006 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/14/2006) |
| 12/18/2006 | 335 | Notice of Opting-Out of Class Actions by Plaintiffs/Individual actions (Pizor, Andrew) (Entered: 12/18/2006) |
| 12/18/2006 | 336 | MEMORANDMUM by Ameriquest Mortgage Company in Opposition to motion to compel,,,,,,,, 320 (LeSage, Bernard) (Entered: 12/18/2006) |
| 12/18/2006 | 337 | REPLY by Ameriquest Mortgage Company to MOTION by Defendant Ameriquest Mortgage Companyto Enter Stipulation to Mediate and Issue Scheduling Order in Accordance with Terms of Stipulation 308 (LeSage, Bernard) (Entered: 12/18/2006) |
| 12/18/2006 | 338 | Defendants' Supplemental Statement Regarding the Reassignment of Certain Cases in Plaintiffs' Fourth Motion for Reassignment of Related Cases by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/18/2006) |
| 12/18/2006 | 372 | PLAINTIFF'S NOTICE to opt out of class action. (vkd, ) (Entered: 01/11/2007) |
| 12/19/2006 | 339 | MINUTE entry before Judge Marvin E. Aspen dated 12/19/06:The status hearing set for December 21, 2006 is reset to 12/28/2006 at 10:30 AM.Judicial staff mailed notice (gl, ) (Entered: 12/19/2006) |
| 12/19/2006 | 340 | Notice of Individual Opt-Outs Of Class Actions by Plaintiffs/Individual actions (Valach, Anthony) (Entered: 12/19/2006) |
| 12/20/2006 | 341 | MINUTE entry before Judge Marvin E. Aspen dated 12/20/06: We decline to enter the Stipulation attached to defendants' motion. ECLG no longer joins in the Stipulation, and it contains several terms that do not meet our approval. The parties shall confer in an attempt to submit a revised stipulation -or a notification that they cannot reach agreement -by January 19, 2007. The status hearing set for December 28, 2006 is reset to February 8, 2007 at 10:30 a.m.Judicial staff mailed notice (gl, ) (Entered: 12/20/2006) |
| 12/20/2006 | 342 | MINUTE entry before Judge Marvin E. Aspen dated 12/20/06: Having reviewed the parties' November 13, 2006 filings, we are reasonably confident that the reassignment of cases is nearing conclusion. Accordingly, the discovery stay is lifted immediately. Plaintiffs' motion for a document preservation order and the Talleys' motion to lift the stay due to overwhelming financial distress (Dkt. Nos. 236 & 242) are denied. Motions terminated.Judicial staff mailed notice (gl, ) (Entered: 12/20/2006) |
| 12/22/2006 | 343 | Notice of Opt-Out of Class Actions by Plaintiffs/Individual actions (Keogh, Keith) (Entered: 12/22/2006) |
| | | |

| | | |
|---|---|---|
| 12/22/2006 | 344 | NOTICE by Plaintiffs/Individual actions re other 343 *Notice to Opt-Out of Class Actions* (Keogh, Keith) (Entered: 12/22/2006) |
| 12/22/2006 | 345 | REPLY by Unknown Daniel A Edelman *in support of ECLG Plaintiffs' Fourth Motion for Reassignment* (Attachments: # 1 Exhibit A-D (part one) # 2 Exhibit D (part two)# 3 Exhibit E-F# 4 Exhibit G-H# 5 Exhibit K-L (part one)# 6 Exhibit L (part two)# 7 Exhibit L (part three)# 8 Exhibit L (part four)# 9 Exhibit L (part five)# 10 Exhibit L (part six)# 11 Exhibit L (part seven)# 12 Exhibit M-Q# 13 Exhibit R (part one)# 14 Exhibit R (part two)# 15 Exhibit R (part three)# 16 Exhibit R (part four)# 17 Exhibit R (part 5)# 18 Exhibit R (part six)# 19 Exhibit R (part seven)# 20 Exhibit S) (Hofeld, Albert) (Entered: 12/22/2006) |
| 12/22/2006 | 346 | NOTICE by Daniel A Edelman re reply,, 345 (Hofeld, Albert) (Entered: 12/22/2006) |
| 12/27/2006 | 347 | MINUTE entry before Judge Marvin E. Aspen dated 12/27/06: Defendants are to respond to plaintiffs' motion for leave to amend complaint (Filed under case no. 06 C 4032) on or before 1/12/07. Plaintiffs are to reply by 1/22/07. The motion hearing set for December 28, 2006 is stricken.Judicial staff mailed notice (gl, ) (Entered: 12/27/2006) |
| 12/28/2006 | 348 | NOTICE by Service List *Notice of Opting-Out* (Bergman, Anne) (Entered: 12/28/2006) |
| 12/29/2006 | 349 | MINUTE entry before Judge Morton Denlow :Status hearing set for 2/8/2007 at 10:00 AM.Mailed notice (dmk, ) (Entered: 12/29/2006) |
| 01/03/2007 | 350 | MOTION by Movant Daniel A. Edelman to reassign case *(Fifth)* (Attachments: # 1 Exhibit 1# 2 Exhibit 2 (Part 1)# 3 Exhibit 2 (Part 2)# 4 Exhibit 3# 5 Exhibit 4 (Part 1)# 6 Exhibit 4 (Part 2)# 7 Exhibit 4 (Par 3)# 8 Exhibit 5)(Edelman, Daniel) (Entered: 01/03/2007) |
| 01/03/2007 | 351 | *(Fifth)* NOTICE of Motion by Daniel A. Edelman for presentment of motion to reassign case, 350 before Honorable Marvin E. Aspen on 1/9/2007 at 10:30 AM. (Edelman, Daniel) (Entered: 01/03/2007) |
| 01/03/2007 | 352 | Notice Of Individual Opt-Outs of Class Actions by Service List (Valach, Anthony) (Entered: 01/03/2007) |
| 01/03/2007 | 361 | NOTICE by Lisa M. Garacia of Opting-Out of Class Actions. (gej, ) (Entered: 01/08/2007) |
| 01/03/2007 | 362 | NOTICE by Mary A. Maltese of Opting-Out of Class Actions. (gej, ) (Entered: 01/08/2007) |
| 01/04/2007 | 353 | Notice Of Individual Opt-Out of Class Actions by Service List (Valach, Anthony) (Entered: 01/04/2007) |
| 01/04/2007 | 354 | MINUTE entry before Judge Marvin E. Aspen dated 1/4/07: Plaintiffs' Fourth Motion for reassignment of related cases (Dkt. No. 313) is granted in part and denied in part. We grant plaintiffs' motion as to Bowden and Rosemon (Case Nos. 06 C 5991 & 06 C 6441), but decline to reassign |

| | | |
|---|---|---|
| | | Whitsett, Perez, and Manier (Case Nos. 06 C 5432, 06 C 5344 & 06 C 5373). Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 01/04/2007) |
| 01/04/2007 | 355 | MINUTE entry before Judge Marvin E. Aspen dated 1/4/07: Plaintiffs' motion to compel (Dkt. No. 320) is referred to Magistrate Judge Denlow. The parties should direct this and all future discovery disputes to Magistrate Judge Denlow, although we note that all individual plaintiffs should make every practicable effort to coordinate discovery through the individual Claims Steering Committee. Judicial staff mailed notice (gl, ) (Entered: 01/04/2007) |
| 01/05/2007 | 356 | MINUTE entry before Judge Morton Denlow :This matter has been referred to Judge Denlow for ruling on a pending motion. If no briefing schedule has been set or if no briefing is desired, the parties are to notice the motion up on Mondays or Wednesdays at 9:15 a.m. Judge Denlow does not desire briefs on discovery disputes. Otherwise, the parties are to appear for argument at the status hearing set for 2/8/07 at 10:00 a.m. Mailed notice (dmk, ) (Entered: 01/05/2007) |
| 01/05/2007 | 357 | NOTICE by Plaintiffs/Individual actions *of Opting Out of Participation in Class Actions* (Baird, Charles) (Entered: 01/05/2007) |
| 01/05/2007 | 358 | Notice of Individual Opt-Outs from Class Actions by Daniel A Edelman (Hofeld, Albert) (Entered: 01/05/2007) |
| 01/05/2007 | 359 | NOTICE by Daniel A Edelman re other 358 *Notice of Filing* (Hofeld, Albert) (Entered: 01/05/2007) |
| 01/05/2007 | 360 | Notice of Individual Opt-Out From Class Actions by Plaintiffs/Individual actions *represented by Counsel Christopher M. Lefebvre* (Lefebvre, Christopher) (Entered: 01/05/2007) |
| 01/05/2007 | 368 | NOTICE of Opting Out of Class Actions by Jennifer VanFossen. (gej, ) (Entered: 01/09/2007) |
| 01/05/2007 | 369 | NOTICE of Opting Out of Class Actions by Carolyn Pittman. (gej, ) (Entered: 01/09/2007) |
| 01/08/2007 | 363 | MINUTE entry before Judge Marvin E. Aspen dated 1/8/07: Any responses to plaintiffs' fifth motion for reassignment of related cases (350) are to be filed on or before 1/24/07. Any replies are to be filed by 2/2/07. The motion hearing set for 1/9/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 01/08/2007) |
| 01/08/2007 | 364 | MOTION by Defendant Ameriquest Mortgage Company for leave to file excess pages (LeSage, Bernard) (Entered: 01/08/2007) |
| 01/08/2007 | 365 | NOTICE of Motion by Bernard E. LeSage for presentment of motion for leave to file excess pages 364 before Honorable Marvin E. Aspen on 1/11/2007 at 10:30 AM. (LeSage, Bernard) (Entered: 01/08/2007) |
| 01/08/2007 | 366 | MEMORANDUM by Ameriquest Mortgage Company in support of motion for leave to file excess pages 364 (LeSage, Bernard) (Entered: |

| | | 01/08/2007) |
|---|---|---|
| 01/08/2007 | 367 | DECLARATION of Bernard E. LeSage regarding motion for leave to file excess pages 364 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 01/08/2007) |
| 01/10/2007 | 370 | MINUTE entry before Judge Marvin E. Aspen dated 1/10/07: Defendants' motion to expand the page limit for defendants' motion to dismiss the Borrowers' complaint to 30 pages and for defendants' motion to dismiss the non-borrowers' complaint to 40 pages (Dkt. No. 364) is granted. Motion terminated. The motion hearing set for January 11, 2007 is stricken. Judicial staff mailed notice (gl, ) (Entered: 01/10/2007) |
| 01/10/2007 | 371 | Notice of Non-Opposition to Motion for Leave to Amend Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 01/10/2007) |
| 01/11/2007 | | (Court only) ***Party Third Party Plaintiffs Johnnie Ross, and Charles Meadows, and Joseph Riggins, and Nicole Riggins added. (hp, ) (Entered: 01/16/2007) |
| 01/11/2007 | 373 | LETTER from Velma Anderson dated 1/5/2007 to Clerk counsel for Third Party Plaintiffs (hp, ) (Entered: 01/16/2007) |
| 01/11/2007 | 374 | ATTORNEY Appearance for Third Party Plaintiffs Johnnie Ross, Charles Meadows, Joseph Riggins, Nicole Riggins by Jimmie H. Brown (hp, ) (Entered: 01/16/2007) |
| 01/11/2007 | 375 | ATTORNEY Appearance for Third Party Plaintiffs Johnnie Ross, Charles Meadows, Joseph Riggins, Nicole Riggins by Ralph O. Scoccimaro (hp, ) (Entered: 01/16/2007) |
| 01/11/2007 | 376 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Dean D. Hines and Donna Hines, Katheryn Cheek and Phillip Cheek by Bryan Anthony Vroon; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $50.00 paid, receipt number 10645797 (hp, ) (hp, ). (Entered: 01/16/2007) |
| 01/11/2007 | 415 | MOTION to withdraw as counsel of record by Citifinancial Mortgage Company. (Entered: 01/26/2007) |
| 01/18/2007 | 377 | Motion to Withdraw Appearance by Richard A Madrazo (Rizzi, Dominic) (Entered: 01/18/2007) |
| 01/19/2007 | 378 | MOTION by Defendant Ameriquest Mortgage Company to compel *Filing of Amended Master Class Complaints In Compliance with Court's Order* (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 379 | NOTICE of Motion by Bernard E. LeSage for presentment of motion to compel 378 before Honorable Marvin E. Aspen on 2/8/2007 at 10:30 AM. (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 380 | MEMORANDUM by Ameriquest Mortgage Company in support of motion to compel 378 (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 381 | DECLARATION of Bernard E. LeSage regarding motion to compel 378 |

| | | |
|---|---|---|
| | | by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 382 | Argent Mortgage Company, LLC's Joinder in Defendants' Motion to Compel Filing of Amended Master Class Complaints in Compliance with Court's Order by Argent Mortgage Company, LLC (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 383 | NOTICE by Richard A Madrazo *of Change of Firm Affiliation* (Miller, Marvin) (Entered: 01/19/2007) |
| 01/19/2007 | 384 | RESPONSE by Plaintiff Plaintiffs/Individual actions to terminate hearings, set/reset hearings,,,, 341 *Notice Regarding Mediation* (Blinn, Daniel) (Entered: 01/19/2007) |
| 01/19/2007 | 385 | *Re: Docket #384* NOTICE of Motion by Daniel S. Blinn for presentment of before Honorable Marvin E. Aspen on 2/8/2007 at 10:30 AM. (Blinn, Daniel) (Entered: 01/19/2007) |
| 01/19/2007 | 386 | MOTION by Defendant Ameriquest Mortgage Company to dismiss *Certain Counts of the Non-Borrower Complaint and Motion for a More Definite Statement* (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 387 | MEMORANDUM by Ameriquest Mortgage Company in support of motion to dismiss 386 (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 388 | Request for Judicial Notice in Support of Defendants' Motion to Dismiss Certain Counts of the Non-Borrower Complaint and Motion for a More Definite Statement by Ameriquest Mortgage Company (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 389 | MOTION by Movant Daniel A. Edelman to withdraw *class allegations in FCRA complaints* (Hofeld, Albert) (Entered: 01/19/2007) |
| 01/19/2007 | 390 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to withdraw 389 before Honorable Marvin E. Aspen on 1/25/2007 at 10:30 AM. (Hofeld, Albert) (Entered: 01/19/2007) |
| 01/19/2007 | 391 | MOTION by Defendant Ameriquest Mortgage Company to dismiss *Borrowers' Complaint or, In the Alternative, For A More Definite Statement* (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 392 | MEMORANDUM by Ameriquest Mortgage Company in support of motion to dismiss 391 (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 393 | Request for Judicial Notice in Support of Motion to Dismiss Borrowers' Complaint or, In the Alternative, for A More Definite Statement by Ameriquest Mortgage Company (Attachments: # 1 Exhibit 1, Part 1# 2 Exhibit 1, Part 2# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17# 19 Exhibit 18# 20 Exhibit 19# 21 Exhibit 20# 22 Exhibit 21# 23 Exhibit 22)(LeSage, Bernard) (Entered: |

| | | |
|---|---|---|
| | | 01/19/2007) |
| 01/19/2007 | 394 | Joinder in Defendants' Motion to Dismiss Borrowers' Complaint or, in the Alternative, For a More Definite Statement by Argent Mortgage Company, LLC (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 395 | Defendants' Mediation Status Report by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 396 | DECLARATION of Bernard E. LeSage regarding other 395 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 397 | Argent Mortgage Company, LLC's Joinder in Defendants' Mediation Status Report by Argent Mortgage Company, LLC (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 398 | STIPULATION *Re Mediation* (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 399 | Defendants' Notice of Selection of Proposed Mediators by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/19/2007 | 400 | Argent Mortgage Company, LLC's Notice of Selection of Proposed Mediators by Argent Mortgage Company, LLC (LeSage, Bernard) (Entered: 01/19/2007) |
| 01/22/2007 | 401 | MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* (Attachments: # 1 Appendix A - Amended Complaint (part one)# 2 Appendix A - Amended Complaint (part two))(Hofeld, Albert) (Entered: 01/22/2007) |
| 01/22/2007 | 402 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 401 before Honorable Marvin E. Aspen on 1/25/2007 at 10:30 AM. (Hofeld, Albert) (Entered: 01/22/2007) |
| 01/22/2007 | 414 | LETTER from Elmer E. Evans and Connie Evans dated 01/16/2007. (hp, ) (Entered: 01/24/2007) |
| 01/23/2007 | 403 | MOTION by Defendant Ameriquest Mortgage Company to reassign case *(Joint Motion for Reassignment)* (LeSage, Bernard) (Entered: 01/23/2007) |
| 01/23/2007 | 404 | NOTICE of Motion by Bernard E. LeSage for presentment of motion to reassign case 403 before Honorable Marvin E. Aspen on 2/8/2007 at 10:30 AM. (LeSage, Bernard) (Entered: 01/23/2007) |
| 01/23/2007 | 405 | MEMORANDUM by Ameriquest Mortgage Company in support of motion to reassign case 403 (LeSage, Bernard) (Entered: 01/23/2007) |
| 01/23/2007 | 406 | DECLARATION of Bernard E. LeSage regarding motion to reassign case 403 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 01/23/2007) |
| 01/23/2007 | 407 | MOTION by Service List to reassign case *The Law Offices of Daniel Harris Motion for Reassignment of Related Cases* (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# |

|            |     |                                                                                                                                                                                                                                                     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | 12 Exhibit 12# 13 Exhibit 13)(Valach, Anthony) (Entered: 01/23/2007)                                                                                                                                                                                 |
| 01/23/2007 | 408 | NOTICE of Motion by Anthony P. Valach, Jr for presentment of motion to reassign case, 407 before Honorable Marvin E. Aspen on 1/30/2007 at 10:30 AM. (Valach, Anthony) (Entered: 01/23/2007)                                                          |
| 01/23/2007 | 409 | Certificate of Service of Plaintiffs' Motion for Reassignment of Related Cases by Service List (Valach, Anthony) (Entered: 01/23/2007)                                                                                                                |
| 01/24/2007 | 410 | MINUTE entry before Judge Marvin E. Aspen dated 1/24/07: Any response to the plaintiff's (Buckner) motion for leave to file amended complaint 401 are to be filed on or before 2/9/2007 Replies due by 2/16/2007. The motion hearing set for January 25, 2007 is stricken.Judicial staff mailed notice (gl, ) (Entered: 01/24/2007) |
| 01/24/2007 | 411 | MINUTE entry before Judge Marvin E. Aspen dated 1/24/07: The plaintiffs', (Murray, et al v. Ameriquest) motion to withdraw 389 class allegations from fair credit reporting act complaints is reset to 2/6/07 at 10:30 a.m. The motion hearing set for January 25, 2007 is stricken. Judicial staff mailed notice (gl, ) (Entered: 01/24/2007) |
| 01/24/2007 | 412 | MEMORANDMUM by Ameriquest Mortgage Company in Opposition to motion to reassign case, 350 (LeSage, Bernard) (Entered: 01/24/2007)                                                                                                                      |
| 01/24/2007 | 413 | Request for Judicial Notice in Support of Defendants' Opposition to the Reassignment of Certain Cases in Plaintiffs' Fifth Motion for Reassignment of Related Cases by Ameriquest Mortgage Company (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(LeSage, Bernard) (Entered: 01/24/2007) |
| 01/26/2007 | 416 | MEMORANDMUM by Ameriquest Mortgage Company in Opposition to motion to reassign case, 407 (LeSage, Bernard) (Entered: 01/26/2007)                                                                                                                      |
| 01/26/2007 | 417 | MOTION by Movant Daniel A. Edelman to reassign case *(sixth motion for reassignment of related cases)* (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5 (Part 1)# 6 Exhibit 5 (Part 2)# 7 Exhibit 6# 8 Exhibit 7 (Part 1)# 9 Exhibit 7 (Part 2)# 10 Exhibit 8) (Edelman, Daniel) (Entered: 01/26/2007) |
| 01/26/2007 | 418 | *Sixth* NOTICE of Motion by Daniel A. Edelman for presentment of motion to reassign case, 417 before Honorable Marvin E. Aspen on 2/8/2007 at 10:30 AM. (Edelman, Daniel) (Entered: 01/26/2007)                                                       |
| 01/29/2007 | 419 | MINUTE entry before Judge Marvin E. Aspen dated 1/29/07: Plaintiffs' motion for reassignment of related cases (417) is reset to 2/6/07 at 10:30 a.m. The motion hearing set for January 30, 2007 is stricken.Judicial staff mailed notice (gl, ) (Entered: 01/29/2007) |
| 01/30/2007 | 420 | NOTICE OF DEFENDANTS AGREEMENT WITH MOTION TO WITHDRAW CLASS ALLEGATIONS FROM FAIR CREDIT REPORTING ACT COMPLAINTS WITH CERTAIN CONDITIONS by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 01/30/2007) |
| 01/30/2007 | 422 | MINUTE entry before Judge Marvin E. Aspen dated 1/30/07: Defendant                                                                                                                                                                                   |

| | | |
|---|---|---|
| | | Citifinancial Mortgage Company's Motion to withdraw Samuel R. Ardery anhd Suzette M. Sims as counsel for Citifinancial (Dkt. No. 415) is granted. Motion terminated. Jonathan N. Ledsky, counsel for defendant Ameriquest Mortgage Co., is now assuming the defense on behalf of Citifinancial Mortgage Co. Judicial staff mailed notice (gl, ) (Entered: 02/01/2007) |
| 01/30/2007 | 423 | Enter ORDER granting motion to withdraw the appearance of Samuel R. Ardery and Suzette V. Sims as counsel for defendant Citifinancial Mortgage Company. Signed by Judge Marvin E. Aspen on 1/30/2007: Judicial staff mailed notice(gl, ) (Entered: 02/01/2007) |
| 01/31/2007 | 421 | MEMORANDUM by Ameriquest Mortgage Company in support of motion to dismiss 391 *Notice of Supplemental Authority, McKenna et al. v First Horizon Home Loan Corp.* (LeSage, Bernard) (Entered: 01/31/2007) |
| 02/01/2007 | 424 | MEMORANDUM motion to dismiss 391 by Ameriquest Mortgage Company *Notice of Supplemental Authority, Berry v. American Express Publishing, Inc.* (LeSage, Bernard) (Entered: 02/01/2007) |
| 02/02/2007 | 425 | MOTION by Movant Daniel A. EdelmanLeave to Take Limited Discovery (Attachments: # 1 Exhibit A-D# 2 Exhibit E# 3 Exhibit F-I# 4 Exhibit J-K# 5 Exhibit L (part one)# 6 Exhibit L (part two)# 7 Exhibit L (part three)# 8 Exhibit L (pafrt four)# 9 Exhibit L (part five)# 10 Exhibit L (part six)# 11 Exhibit L (part seven)# 12 Exhibit M-P# 13 Exhibit Q) (Hofeld, Albert) (Entered: 02/02/2007) |
| 02/02/2007 | 426 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for miscellaneous relief, 425 before Honorable Marvin E. Aspen on 2/8/2007 at 10:30 AM. (Hofeld, Albert) (Entered: 02/02/2007) |
| 02/02/2007 | 427 | MEMORANDMUM by Duval Naughton, Latonya Williams, Cheryl Williams, Adolph Peter Kurt Burggraff in Opposition to motion to compel 378 *filing of amended master class complaints* (Dermody, Kelly) (Entered: 02/02/2007) |
| 02/05/2007 | 428 | MINUTE entry before Judge Marvin E. Aspen dated 2/5/07: Any responses to the plaintiffs motion (Dkt. No. 389) to withdraw class allegations from Fair Credit Reporting Act Complaints (in the Murray, et al v. Ameriquest Mortgage Co., Tremble v. Town & Country Credit Corp., Mayfiled v. Town & Country Credit Corp., and Crane, et al v. Ameriquest Mortgage Co.) are to be filed on or before 2/21/07. Any replies are to be filed by 2/28/07. The motion hearing set for February 6, 2007 is stricken. :Judicial staff mailed notice (gl, ) (Entered: 02/05/2007) |
| 02/05/2007 | 429 | MINUTE entry before Judge Marvin E. Aspen dated 2/5/07:Any responses to plaintiffs motion for reassignment of related cases 407 are to be filed on or before 2/21/07. Any replies are to be filed by 2/28/07. The motion hearing set for February 6, 2007 is stricken.Judicial staff mailed notice (gl, ) (Entered: 02/05/2007) |
| 02/05/2007 | 430 | MINUTE entry before Judge Marvin E. Aspen dated 2/5/07 :The status hearing set for February 8, 2007 is reset to April 26, 2007 at 10:30 |

| | | |
|---|---|---|
| | | AM.Judicial staff mailed notice (gl, ) (Entered: 02/05/2007) |
| 02/05/2007 | 431 | MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* (Attachments: # 1 Appendix A - Amended Complaint (part one)# 2 Appendix A - Amended Complaint (part two))(Hofeld, Albert) (Entered: 02/05/2007) |
| 02/05/2007 | 432 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 431 before Honorable Marvin E. Aspen on 2/15/2007 at 10:30 AM. (Hofeld, Albert) (Entered: 02/05/2007) |
| 02/05/2007 | 433 | STATUS Report *For Borrower And Non-Borrower Class Plaintiffs* by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff (Attachments: # 1 Certificate of Service) (Klein, Gary) (Entered: 02/05/2007) |
| 02/05/2007 | 434 | MINUTE entry before Judge Morton Denlow :Status hearing is reset for 4/26/2007 at 10:00 AM. Status hearing set for 2/8/07 is stricken.Mailed notice (dmk, ) (Entered: 02/05/2007) |
| 02/05/2007 | 435 | Notice of Dismissal (Terrazas, et al. v. Ameriquest Mortgage Co., et al.) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 02/05/2007) |
| 02/05/2007 | 436 | MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* (Attachments: # 1 Appendix A - Amended Complaint (part one)# 2 Appendix A - Amended Complaint (part two))(Hofeld, Albert) (Entered: 02/05/2007) |
| 02/05/2007 | 437 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 436 before Honorable Marvin E. Aspen on 2/15/2007 at 10:30 AM. (Hofeld, Albert) (Entered: 02/05/2007) |
| 02/06/2007 | 438 | MINUTE entry before Judge Marvin E. Aspen dated 2/6/07: The plaintiffs' motion in Murray, et al v. Ameriquest Mortgage Co., Tremble v. Town & Country Credit Corp., Mayfiled v. Town & Country Credit Corp., and Crane, et al v. Ameriquest Mortgage Co., to withdraw class allegations from fair credit reporting act complaints (Dkt. No. 389) is granted. Motion terminated. The briefing schedule set in this court's order of February 5, 2007, (Dkt. No. 428) relating to the plaintiffs motion to withdraw class allegations from fair credit reporting act complaints, is vacated. Judicial staff mailed notice (gl, ) (Entered: 02/06/2007) |
| 02/06/2007 | 439 | MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* (Attachments: # 1 Appendix A - Amended Complaint (part one)# 2 Appendix A - Amended Complaint (part two))(Hofeld, Albert) (Entered: 02/06/2007) |
| 02/06/2007 | 440 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 439 before Honorable Marvin E. Aspen on 2/15/2007 at 10:30 AM. (Hofeld, Albert) (Entered: 02/06/2007) |
| 02/06/2007 | 441 | MOTION by Movant Daniel A. Edelman for leave to file *Amended |

|  |  | *Complaint, Instanter* (Attachments: # 1 Appendix A# 2 Exhibit A-J) (Edelman, Daniel) (Entered: 02/06/2007) |
|---|---|---|
| 02/06/2007 | 442 | NOTICE of Motion by Daniel A. Edelman for presentment of motion for leave to file 441 before Honorable Marvin E. Aspen on 2/15/2007 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Edelman, Daniel) (Entered: 02/06/2007) |
| 02/06/2007 | 443 | MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* (Attachments: # 1 Appendix A - Amended Complaint (part one)# 2 Appendix A - Amended Complaint (part two))(Hofeld, Albert) (Entered: 02/06/2007) |
| 02/06/2007 | 444 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 443 before Honorable Marvin E. Aspen on 2/15/2007 at 10:30 AM. (Hofeld, Albert) (Entered: 02/06/2007) |
| 02/08/2007 | 445 | MOTION by Movant Daniel A. Edelman to reassign case *(Seventh Motion for Reassignment of Related Cases)* (Attachments: # 1 Exhibit 1 (Part 1)# 2 Exhibit 1 (Part 2)# 3 Exhibit 2 (Part 1)# 4 Exhibit 2 (Part 2)# 5 Exhibit 3 (Part 1)# 6 Exhibit 3 (Part 2))(Edelman, Daniel) (Entered: 02/08/2007) |
| 02/08/2007 | 446 | *(Seventh)* NOTICE of Motion by Daniel A. Edelman for presentment of motion to reassign case, 445 before Honorable Marvin E. Aspen on 2/15/2007 at 10:30 AM. (Edelman, Daniel) (Entered: 02/08/2007) |
| 02/09/2007 | 447 | RESPONSE by Janet Wakefield, Latonya Williams, Cheryl Williams, Adolph Peter Kurt Burggraffin Opposition to MOTION by Defendant Ameriquest Mortgage Company to dismiss *Certain Counts of the Non-Borrower Complaint and Motion for a More Definite Statement* 386 (Attachments: # 1 Exhibit Fisher v. Finance# 2 Errata Parthiban v. GMAC# 3 Exhibit Monroe v. AIG# 4 Errata Hogan v. PMI# 5 Exhibit Webb v. Aames# 6 Exhibit Miller v. Corestar# 7 Exhibit Preston v. Mortg. Guaranty# 8 Exhibit Glatt v. The PMI Group)(Bowman, Jill) (Entered: 02/09/2007) |
| 02/09/2007 | 448 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams for leave to file *Response In Excess Of The Page Limitation* (Attachments: # 1 Borrower Plaintiffs' Response To Motion To Dismiss Borrowers' Complaint Or For A More Definite Statement# 2 Exhibit 1 to Borrower Plaintiffs' Response# 3 Certificate of Service) (Klein, Gary) (Entered: 02/09/2007) |
| 02/09/2007 | 449 | RESPONSE by Ameriquest Mortgage Company to MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* 401 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 02/09/2007) |
| 02/09/2007 | 450 | NOTICE of Motion by Gary Edward Klein for presentment of motion for leave to file, 448 before Honorable Marvin E. Aspen on 2/15/2007 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Klein, Gary) (Entered: 02/09/2007) |

| | | |
|---|---|---|
| 02/14/2007 | 451 | MINUTE entry before Judge Marvin E. Aspen dated 2/14/07:Any responses to plaintiffs' Sixth and Seventh motions (Dkt. No. 417 & 445) for reassignment of related cases are to be filed on or before 3/2/07. Any replies to be filed by 3/13/07. The motion hearing set for February 15, 2007 is stricken.Judicial staff mailed notice (gl, ) (Entered: 02/14/2007) |
| 02/14/2007 | 452 | MINUTE entry before Judge Marvin E. Aspen dated 2/14/07:Any responses to plaintffs' motions for leave to file amended complaint (Dkt Nos. 431, 436, 439, 441 & 443) are to be filed on or before 3/3/07. Any replies are to be filed by 3/13/07. The motion hearing set for February 15, 2007 is stricken. Judicial staff mailed notice (gl, ) (Entered: 02/14/2007) |
| 02/14/2007 | 453 | MINUTE entry before Judge Marvin E. Aspen dated 2/14/07:Plaintiffs' Motion for leave to exceed the page limitation on borrower plaintiffs' response to motion to dismiss Borrowers' complaint or for a more definite statement to exceed the 15-page limitation by 10 pages is granted. [Dkt. No.448] Motion terminated. The motion hearing set for February 15, 2007 is stricken.Judicial staff mailed notice (gl, ) (Entered: 02/14/2007) |
| 02/14/2007 | 454 | RESPONSE by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to motion to dismiss 391 *Borrowers' Complaint Or For A More Definite Statement* (Attachments: # 1 Exhibit 1# 2 Certificate of Service)(Klein, Gary) (Entered: 02/14/2007) |
| 02/14/2007 | 455 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Second Amended Complaint* (Attachments: # 1 Exhibit A)Associated Cases: 1:05-cv-07097, 1:06-cv-04037(Baird, Charles) (Entered: 02/14/2007) |
| 02/14/2007 | 456 | NOTICE of Motion by Charles McLeod Baird for presentment of motion for leave to file, 455 before Honorable Marvin E. Aspen on 2/27/2007 at 10:30 AM. (Baird, Charles) (Entered: 02/14/2007) |
| 02/14/2007 | 457 | MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint, instanter* (Attachments: # 1 Appendix A# 2 Exhibit A-D# 3 Exhibit E-L)(Hofeld, Albert) (Entered: 02/14/2007) |
| 02/14/2007 | 458 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 457 before Honorable Marvin E. Aspen on 3/1/2007 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Hofeld, Albert) (Entered: 02/14/2007) |
| 02/15/2007 | 459 | MINUTE entry before Judge Marvin E. Aspen dated 2/15/07: Defendants are to reply to plaintiffs' response to defendants' motion to dismiss certain counts of the non-borrower complaint and motion for a more definite statement [Dkt. No.386]and defendants'motion to dismiss borrowers' complaint or in the alternative, for a more definite statement by 3/2/07. [Dkt. No. 391].Judicial staff mailed notice (gl, ) (Entered: 02/15/2007) |
| 02/16/2007 | 460 | Consolidate Responsive Pleading In All Cases Excluded From The Master Class Complaints by Ameriquest Mortgage Company, Argent Mortgage Company, LLC , *et al.* (LeSage, Bernard) (Entered: 02/16/2007) |

| 02/19/2007 | 461 | MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* (Attachments: # 1 Appendix A# 2 Exhibit A-F)(Hofeld, Albert) (Entered: 02/19/2007) |
| --- | --- | --- |
| 02/19/2007 | 462 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 461 before Honorable Marvin E. Aspen on 3/1/2007 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Hofeld, Albert) (Entered: 02/19/2007) |
| 02/21/2007 | 463 | MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint, instanter* (Attachments: # 1 Appendix A# 2 Exhibit A-B# 3 Exhibit C-J)(Hofeld, Albert) (Entered: 02/21/2007) |
| 02/21/2007 | 464 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 463 before Honorable Marvin E. Aspen on 3/1/2007 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Hofeld, Albert) (Entered: 02/21/2007) |
| 02/21/2007 | 465 | STIPULATION regarding stipulation 398 (*Amended Stipulation re Mediation* (LeSage, Bernard) (Entered: 02/21/2007) |
| 02/23/2007 | 466 | MEMORANDMUM by Ameriquest Mortgage Company in Opposition to motion for leave to file, 455 (LeSage, Bernard) (Entered: 02/23/2007) |
| 02/23/2007 | 772 | NOTICE of Opt-Out From Class Action by Plaintiff, Rodney S. Means (Previously misplaced document). (hp, ) (Entered: 05/15/2007) |
| 02/26/2007 | 467 | MOTION by Movant Daniel A. Edelman for leave to file *Amended Complant, Instanter* (Attachments: # 1 Appendix A# 2 Exhibit A-B# 3 Exhibit C-F)(Hofeld, Albert) (Entered: 02/26/2007) |
| 02/26/2007 | 468 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 467 before Honorable Marvin E. Aspen on 3/1/2007 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Hofeld, Albert) (Entered: 02/26/2007) |
| 02/26/2007 | 469 | MINUTE entry before Judge Marvin E. Aspen dated 2/26/07:Any responses to plaintiffs' (Julien, et al v. Ameriquest) motion for leave to file second amended complaint instanter, with incorporated memorandum of law [Dkt. No. 455] are to be filed on or before 3/2/07. Any replies are to be filed by 3/13/07. The motion hearing set for 2/27/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 02/26/2007) |
| 02/28/2007 | 470 | MINUTE entry before Judge Marvin E. Aspen dated 2/28/07:Defendants are to respond to plaintiffs' motions for leave to file amended complaints (Dkt. Nos. 457, 461, 463, & 467) on or before 3/2/07. Plaintiffs are to reply by 3/13/07. The motion hearing set for March 1, 2007 is stricken.Judicial staff mailed notice (gl, ) (Entered: 02/28/2007) |
| 02/28/2007 | 471 | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE (DaMate v. AMC Mortgage Services, Inc.) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 02/28/2007) |
| 02/28/2007 | 472 | JOINT STATEMENT RE REASSIGNMENT by Ameriquest Mortgage |

| | | |
|---|---|---|
| | | Company (LeSage, Bernard) (Entered: 02/28/2007) |
| 02/28/2007 | 473 | AMENDED other 472 by Ameriquest Mortgage Company *AMENDED JOINT STATEMENT REGARDING REASSIGNMENT* (LeSage, Bernard) (Entered: 02/28/2007) |
| 03/02/2007 | 474 | REPLY by Defendant Argent Mortgage Company, LLC to other 394 (Miarecki, Greg) (Entered: 03/02/2007) |
| 03/02/2007 | 475 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by Jean K. Janes *in the Fredrich Grabs Case* (Janes, Jean) (Entered: 03/02/2007) |
| 03/02/2007 | 476 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT by Argent Mortgage Company, LLC *436* (Miarecki, Greg) (Entered: 03/02/2007) |
| 03/02/2007 | 477 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT by Argent Mortgage Company, LLC *439* (Miarecki, Greg) (Entered: 03/02/2007) |
| 03/02/2007 | 478 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT by Argent Mortgage Company, LLC *441* (Miarecki, Greg) (Entered: 03/02/2007) |
| 03/02/2007 | 479 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT by Argent Mortgage Company, LLC *443* (Miarecki, Greg) (Entered: 03/02/2007) |
| 03/02/2007 | 480 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT by Argent Mortgage Company, LLC *457* (Miarecki, Greg) (Entered: 03/02/2007) |
| 03/02/2007 | 481 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT by Argent Mortgage Company, LLC *467* (Miarecki, Greg) (Entered: 03/02/2007) |
| 03/02/2007 | 482 | RESPONSE by Ameriquest Mortgage Company to MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* 443 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 483 | MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* (Attachments: # 1 Appendix A# 2 Exhibit A-C# 3 Exhibit D-G# 4 Exhibit H-L)(Hofeld, Albert) (Entered: 03/02/2007) |
| 03/02/2007 | 484 | RESPONSE by Ameriquest Mortgage Company to MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* 461 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 485 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 483 before Honorable Marvin E. Aspen on 3/8/2007 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Hofeld, Albert) (Entered: 03/02/2007) |
| 03/02/2007 | 486 | RESPONSE by Ameriquest Mortgage Company to MOTION by Movant |

| | | |
|---|---|---|
| | | Daniel A. Edelman for leave to file *Amended Complaint, instanter* 457 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 487 | RESPONSE by Ameriquest Mortgage Company to MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint, instanter* 463 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 488 | RESPONSE by Ameriquest Mortgage Company to MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* 439 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 489 | RESPONSE by Ameriquest Mortgage Companyin Opposition to MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* 431 *Opposition to Motion* (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 490 | RESPONSE by Ameriquest Mortgage Company to MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint, Instanter* 441 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 491 | Notice of Non-Opposition by Ameriquest Mortgage Company *to Plaintiffs' Motion for Leave to File Amended Complaint* (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 492 | MEMORANDMUM by Ameriquest Mortgage Company in Opposition to motion to reassign case, 417 (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 493 | MEMORANDMUM by Ameriquest Mortgage Company in Opposition to motion to reassign case, 445 (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 494 | NOTICE OF WITHDRAWAL OF OPPOSITIONS TO PLAINTIFFS' SIXTH AND SEVENTH MOTIONS FOR REASSIGNMENT OF RELATED CASES by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 495 | REPLY by Defendant Ameriquest Mortgage Company to motion to dismiss 391 *DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS BORROWERS' COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT* (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 496 | SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS BORROWERS' COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 497 | RESPONSE by Ameriquest Mortgage Companyin Support of MOTION by Defendant Ameriquest Mortgage Company to compel *Filing of Amended Master Class Complaints In Compliance with Court's Order* 378 (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 498 | REPLY by Defendant Ameriquest Mortgage Company to motion to dismiss 386 *DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS CERTAIN COUNTS OF THE NON-BORROWER* |

| | | |
|---|---|---|
| | | *COMPLAINT AND FOR A MORE DEFINITE STATEMENT* (LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 499 | SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS CERTAIN COUNTS OF THE NON-BORROWERS' COMPLAINT AND FOR A MORE DEFINITE STATEMENT by Ameriquest Mortgage Company (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(LeSage, Bernard) (Entered: 03/02/2007) |
| 03/02/2007 | 510 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ameriquest Mortgage Company by Brian H. Newman; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $50.00 paid, receipt number 10338297 (hp, ) (Entered: 03/06/2007) |
| 03/02/2007 | 511 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ameriquest Mortgage Company by Rachel A.P. Saldana; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $50.00 paid, receipt number 10338298 (hp, ) (Entered: 03/06/2007) |
| 03/02/2007 | 512 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ameriquest Mortgage Company by Cheryl M. Lott; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $50.00 paid, receipt number 10338246 (hp, ) (Entered: 03/06/2007) |
| 03/02/2007 | 514 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ameriquest Mortgage Company by Joshua R. Mandell; Order entered granting/ leave by Judge Marvin E. Aspen. Filing fee $50.00 paid, receipt number 10338299 (hp, ) (Entered: 03/06/2007) |
| 03/05/2007 | 500 | MINUTE entry before Judge Marvin E. Aspen :Any responses to plaintiffs' motion for leave to file [483] amended complaint are to be filed by 3/2/07. Any replies to be filed by 3/13/07. The motion hearing set for 3/8/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 03/05/2007) |
| 03/05/2007 | 501 | MINUTE entry before Judge Marvin E. Aspen dated : This court's order entered 3/5/07 is corrected to read as follows: Any responses to plaintiff's motion for leave to file amended complaint (Dkt. No. 483) are to be filed on or before 3/13/07. Any replies are to be filed by 3/28/07. The motion hearing set for March 8, 2007 is stricken.Judicial staff mailed notice (gl, ) (Entered: 03/05/2007) |
| 03/05/2007 | 502 | THIRD party complaint by Ameriquest Mortgage Company against Turnkey Title Corporation *(Lindsey v. Ameriquest Mortgage Company, et al., Case No. 07-308 (N.D.Ill.).*(LeSage, Bernard) (Entered: 03/05/2007) |
| 03/05/2007 | 503 | THIRD party complaint by Ameriquest Mortgage Company against TEK Title, LLC, Michael Hogan *(Re Brown v. Ameriquest Mortgage Company, et al., Case No. 05-5111 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/05/2007) |
| 03/05/2007 | 504 | THIRD party complaint by Ameriquest Mortgage Company against TEK Title, LLC, Michael Hogan *(Re Holzmeister v. Ameriquest Mortgage Co.,* |

| | | |
|---|---|---|
| | | *et al., Case No. 05-5911 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/05/2007) |
| 03/05/2007 | 505 | REPLY by Defendant Ameriquest Mortgage Company to motion to dismiss 386 *AMENDED REPLY IN SUPPORT OF THEIR MOTION TO DISMISS CERTAIN COUNTS OF THE NON-BORROWER COMPLAINT AND FOR A MORE DEFINITE STATEMENT* (LeSage, Bernard) (Entered: 03/05/2007) |
| 03/06/2007 | 506 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff for leave to file *Replies By March 14, 2007 (Unopposed)* (Attachments: # 1 Certificate of Service) (Klein, Gary) (Entered: 03/06/2007) |
| 03/06/2007 | 507 | THIRD party complaint by Ameriquest Mortgage Company against ATM Corporation of America, Scott Drier *(Addison v. Ameriquest Mortgage Co., et al., Case No. 06-4728 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 508 | THIRD party complaint by Ameriquest Mortgage Company against Complete Title Solutions, Inc. *(Kessler v. Ameriquest Mortgage Co., et al., Case No. 06-4999 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 509 | THIRD party complaint by Ameriquest Mortgage Company against First Merit Settlement Services, Inc., Scott Parkhurst *(Leach v. Ameriquest Mortgage Co., et al., Case No. 06-5000 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 513 | THIRD party complaint by Ameriquest Mortgage Company against Complete Title Solutions, Inc. *(Gelman v. Ameriquest Mortgage Co., et al., Case No. 06-4684 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 515 | THIRD party complaint by Ameriquest Mortgage Company against Advantage Notary Services, Jeremy Clason *(Cleveland v. Ameriquest Mortgage Co., et al., Case No. 06-4306 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 516 | THIRD party complaint by Ameriquest Mortgage Company against Law Title Insurance Co., Inc. *(Castella Harris v. Ameriquest Mortgage Co., et al., Case No. 05-4025 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 517 | THIRD party complaint by Town & Country Credit Corporation against Tristar Title, LLC *(Sandra Harris v. Town & Country Credit Corporation, Case No. 06-3048 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 518 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Calvin Brown v. Ameriquest Mortgage Co., et al., Case No. 06-2830 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 519 | THIRD party complaint by Ameriquest Mortgage Company against |

| | | |
|---|---|---|
| | | Tristar Title, LLC *(Lappin v. Ameriquest Mortgage Co., et al., Case No. 06-5147 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 520 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Luedtke v. Ameriquest Mortgage Co., et al., Case No. 05-4644 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 521 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Gerbig v. Ameriquest Mortgage Co., et al., Case No. 06-4868 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 522 | THIRD party complaint by Ameriquest Mortgage Company against Guadalupe Cruz, Tristar Title, LLC *(Billings v. Ameriquest Mortgage Co., et al., Case No. 06-1849 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 523 | THIRD party complaint by Ameriquest Mortgage Company against ATM Corporation of America *(Julien v. Ameriquest Mortgage Co., et al., Case No. 06-4037*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 524 | THIRD party complaint by Ameriquest Mortgage Company against Michael Pickett, Tristar Title, LLC *(Hall v. Ameriquest Mortgage Co., et al., Case No. 06-1944 (N.D. Ill.)*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/06/2007 | 525 | THIRD party complaint by Ameriquest Mortgage Company against Michael R Smith, Tristar Title, LLC *(Hawkins v. Ameriquest Mortgage Co., et al., Case No.06-1848 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/06/2007) |
| 03/07/2007 | 526 | NOTICE of Motion by Gary Edward Klein for presentment of motion for leave to file, 506 before Honorable Marvin E. Aspen on 3/13/2007 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Klein, Gary) (Entered: 03/07/2007) |
| 03/07/2007 | 527 | MINUTE entry before Judge Marvin E. Aspen dated 3/7/07: The referral to Magistrate Judge Denlow is enhanced to include defendants' motion to compel filing of amended master class complaints (dkt. No. 378).Judicial staff mailed notice (gl, ) (Entered: 03/07/2007) |
| 03/07/2007 | 528 | MINUTE entry before Judge Marvin E. Aspen dated 3/7/07:Plaintiffs' Motion for leave to file amended complaint 443 is granted Defendant Countrywide Home Loans Inc. is dismissed without prejudice and Deutsche Bank National Trust Company is added as a defendant. Motion terminated: Judicial staff mailed notice (gl, ) (Entered: 03/07/2007) |
| 03/07/2007 | 529 | NOTICE OF DISMISSAL (Third-Party Complaint against Tristar Title, LLC and Michael Pickett, Re Hall v. Ameriquest Mortgage Co., et al., Case No. 06-1944 (N.D. Ill.)) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | | (Court only) Countrywide Home Loans, Inc. terminated. (gl, ) (Entered: 03/07/2007) |
| 03/07/2007 | 530 | NON-OPPOSITION RE MOTION FOR LEAVE TO AMEND by |

| | | |
|---|---|---|
| | | Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 531 | THIRD party complaint by Ameriquest Mortgage Company against Angela Bartucci, Tristar Title, LLC *(Re Berquist v. Ameriquest Mortgage Co., et al., Case No. 06-1438 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 532 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Re Anderson v. Ameriquest Mortgage Co., et al., Case No. 06-1981 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 533 | THIRD party complaint by Ameriquest Mortgage Company against Elite Closing Service, Sonia Serrano *(Re Applegate v. Ameriquest Mortgage Co., et al., Case no. 06-4867 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 534 | THIRD party complaint by Ameriquest Mortgage Company against Tia M. Martin, Tristar Title, LLC *(Balark, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-2430 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 535 | THIRD party complaint by Ameriquest Mortgage Company against Mortgage Services Group, LLC *(Barletta v. Ameriquest Mortgage Co., et al., Case No. 06-4560 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 536 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Bricker v. Ameriquest Mortgage Co., et al., Case No. 06-4528 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 537 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Re Dorothy Brown v. Ameriquest Mortgage Co., et al., Case No. 05-4723 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 538 | THIRD party complaint by Ameriquest Mortgage Company against Sheila Dolan, Tristar Title, LLC *(Re Buckner v. Ameriquest Mortgage Co., et al., Case No. 05-6808 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 539 | THIRD party complaint by Ameriquest Mortgage Company against Express Financial Services, Inc. *(Calder v. Ameriquest Mortgage Co., et al., Case No. 06-5146 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 540 | MINUTE entry before Judge Marvin E. Aspen dated 3/7/07:Plaintiffs' motion (Dkt. No. 441) for leave to file amended complaint joining defendant Deutsche Bank and dismissing defendant Countrywide Home Loans, Inc. without prejudice is granted. Deutsche Bank added as party defendant. Defendant Countrywide Home Loans, Inc. is dismissed without prejudice. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 03/07/2007) |
| 03/07/2007 | 541 | MINUTE entry before Judge Marvin E. Aspen dated 3/7/07:Plaintiffs' Motion for leave to file 457 amended complaint to add the claim that defendants did not provide the appropriate number of completed notices of |

| | | |
|---|---|---|
| | | right to cancel is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 03/07/2007) |
| 03/07/2007 | 542 | MINUTE entry before Judge Marvin E. Aspen dated 3/7/07: Plaintiffs' Motion for leave to file amended complaint to add a claim that Argent Mortgage Company violated the Equal Credit Opportunity Act ("ECOA")[Dkt. No. 467] is granted. Motions terminated. Judicial staff mailed notice (gl, ) (Entered: 03/07/2007) |
| 03/07/2007 | 543 | MINUTE entry before Judge Marvin E. Aspen dated 3/7/07 :Plaintiffs' Motion for leave to file amended complaint 436 is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 03/07/2007) |
| 03/07/2007 | 544 | MINUTE entry before Judge Marvin E. Aspen dated 3/7/07:Plaintiffs' Motion for leave to file amended complaint [Dkt. No. 439] is granted. Motion terminated: Judicial staff mailed notice (gl, ) (Entered: 03/07/2007) |
| 03/07/2007 | 545 | THIRD party complaint by Ameriquest Mortgage Company against Nations Title Agency of Illinois, Inc., Arthur Lachel *(Re Cashen v. Ameriquest Mortgage Co., et al., Case No. 06-4683 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 546 | THIRD party complaint by Ameriquest Mortgage Company against Lynne A. Love, Tristar Title, LLC *(Re Clarke v. Ameriquest Mortgage Co., et al., Case No. 06-4201 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 547 | THIRD party complaint by Ameriquest Mortgage Company against Shane Delorenze *(Re Dearden v. Ameriquest Mortgage Co., et al., Case No. 06-2912 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 548 | THIRD party complaint by Ameriquest Mortgage Company against Cesar Gaitan, Tristar Title, LLC *(Re Doolittle v. Ameriquest Mortgage Co., et al., Case No. 06-5033 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 549 | THIRD party complaint by Ameriquest Mortgage Company against Express Financial Services, Inc. *(Re Dougherty v. Ameriquest Mortgage Co., et al., Case No. 06-2482 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 550 | THIRD party complaint by Ameriquest Mortgage Company against Northwest Title and Escrow Corporation *(Re Furgeson v. Ameriquest Mortgage Co., et al., Case No. 04-7627 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 551 | THIRD party complaint by Ameriquest Mortgage Company against CT Mortgage Information Services, Hedy Griego *(Geis v. Ameriquest Mortgage Co., et al., Case No. 06-1716 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 552 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Re Grabowski v. Ameriquest Mortgage Co., et al., Case No. 06-2549 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/07/2007) |

| 03/07/2007 | 553 | THIRD party complaint by Ameriquest Mortgage Company against William Petz, Northwest Title and Escrow Corporation *(Re Horne v. Ameriquest Mortgage Co., et al., Case No. 06-4715 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| --- | --- | --- |
| 03/07/2007 | 554 | THIRD party complaint by Ameriquest Mortgage Company against Nations Title Agency of Illinois, Inc. *(Re Jiminez v. Ameriquest Mortgage Co., et al., Case No. 05-1009 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 555 | THIRD party complaint by Ameriquest Mortgage Company against Nations Title Agency of Illinois, Inc. *(Re Renaldo Jones v. Ameriquest Mortgage Co., et al., Case No. 06-2397 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 556 | THIRD party complaint by Town & Country Credit Corporation against Northwest Title and Escrow Corporation *(Re Jude v. Town & Country Credit Corporation, Case No. 06-1691 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 557 | THIRD party complaint by Ameriquest Mortgage Company against Nations Title Agency of Illinois, Inc. *(Re Key v. Ameriquest Mortgage Co., et al., Case No. 05-1077 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 558 | THIRD party complaint by Ameriquest Mortgage Company against Holler & Holler, LLC, Superior Closing Services, LLC, John Duplice *(Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 559 | THIRD party complaint by Ameriquest Mortgage Company against Holler & Holler, LLC, Superior Closing Services, LLC *(Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 560 | THIRD party complaint by Ameriquest Mortgage Company against Holler & Holler, LLC, Superior Closing Services, LLC *(Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 561 | THIRD party complaint by Ameriquest Mortgage Company against Holler & Holler, LLC, Superior Closing Services, LLC *(Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 562 | THIRD party complaint by Ameriquest Mortgage Company against Holler & Holler, LLC, Superior Closing Services, LLC *(Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 563 | THIRD party complaint by Ameriquest Mortgage Company against Vital Signing, Inc., Jim Gritsonis *(Gburek v. Ameriquest Mortgage Co., et al., Case No. 06-2637 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/07/2007) |

| | | |
|---|---|---|
| 03/07/2007 | 564 | THIRD party complaint by Ameriquest Mortgage Company against First Choice Signing Service, LLC *(Melissa Harris v. Ameriquest Mortgage Co., et al., Case No. 06-4030 (C.D. Ill.)).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 565 | THIRD party complaint by Ameriquest Mortgage Company against Commonwealth Land Title Co. *(Eskra v. Ameriquest Mortgage Co., et al., Case No. 06-1879 (N.D. Ill.).*(LeSage, Bernard) (Entered: 03/07/2007) |
| 03/07/2007 | 566 | DEFENDANTS' NOTICE OF WITHDRAWAL OF OPPOSITION TO PLAINTIFFS' FIFTH MOTION FOR REASSIGNMENT OF RELATED CASES by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/07/2007) |
| 03/08/2007 | 567 | THIRD party complaint by Ameriquest Mortgage Company against Superior Closing Services, LLC, Holler & Holler, LLC *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).* (LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 568 | THIRD party complaint by Ameriquest Mortgage Company against Holler & Holler, LLC, Superior Closing Services, LLC *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 569 | THIRD party complaint by Ameriquest Mortgage Company against Superior Closing Services, LLC, Holler & Holler, LLC *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).* (LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 570 | THIRD party complaint by Ameriquest Mortgage Company against Holler & Holler, LLC, Superior Closing Services, LLC *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 571 | THIRD party complaint by Ameriquest Mortgage Company against John Duplice, Holler & Holler, LLC, Superior Closing Services, LLC *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 572 | THIRD party complaint by Ameriquest Mortgage Company against Law Office of William A. Snider *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 573 | THIRD party complaint by Ameriquest Mortgage Company against Law Office of William A. Snider *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 574 | THIRD party complaint by Ameriquest Mortgage Company against Law Office of William A. Snider *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.)).*(LeSage, Bernard) (Entered: 03/08/2007) |

| 03/08/2007 | 575 | THIRD party complaint by Ameriquest Mortgage Company against Law Office of William A. Snider *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.))*.(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 576 | THIRD party complaint by Ameriquest Mortgage Company against Law Office of William A. Snider *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.))*.(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 577 | MINUTE entry before Judge Morton Denlow :Defendants' motion to compel filing of amended master class complaint 378 has been referred to Judge Denlow for ruling. If no briefing schedule has been set or if no briefing is desired, the parties are to notice the motion up on Mondays or Wednesdays at 9:15 a.m. Judge Denlow does not desire briefs on discovery disputes. Otherwise, the parties are to appear for status or argument at 10:00 a.m. on 4/26/07.Mailed notice (dmk, ) (Entered: 03/08/2007) |
| 03/08/2007 | 578 | THIRD party complaint by Ameriquest Mortgage Company against Law Office of William A. Snider *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.))*.(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 579 | THIRD party complaint by Ameriquest Mortgage Company against Steven Pfeiffer, Law Office of William A. Snider *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.))*.(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 580 | THIRD party complaint by Ameriquest Mortgage Company against Law Office of William A. Snider, Steven Pfeiffer *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.))*.(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 581 | THIRD party complaint by Ameriquest Mortgage Company against Law Office of William A. Snider, Steven Pfeiffer *(Re Anderson, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-209 (D. Conn.))*.(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 582 | MOTION by Movant Daniel A. Edelman to reassign case *ECLG Plaintiffs' Eighth Motion for Reassignment of Related Cases* (Attachments: # 1 Exhibit 1 - Patterson# 2 Exhibit 2 - Johnson# 3 Exhibit 3 - Onesimus# 4 Exhibit 4 - Whitsett# 5 Exhibit 5 - Perez (part one)# 6 Exhibit 5 - Perez (part two))(Hofeld, Albert) (Entered: 03/08/2007) |
| 03/08/2007 | 583 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to reassign case, 582 before Honorable Marvin E. Aspen on 3/15/2007 at 10:30 AM. (Hofeld, Albert) (Entered: 03/08/2007) |
| 03/08/2007 | 584 | THIRD party complaint by Ameriquest Mortgage Company against Specialty Title Services, Inc. *(Re Pintsak, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-5035 (N.D. Ill.))*.(LeSage, Bernard) (Entered: 03/08/2007) |

| | | |
|---|---|---|
| 03/08/2007 | 585 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Re Magliano, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-1945 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 586 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Re Mormon, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-2514 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 587 | THIRD party complaint by Ameriquest Mortgage Company against Roy W. Waller, Tristar Title, LLC *(Re Rosemon, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-6441 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 588 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC, Tia M. Martin *(Re Henson v. Ameriquest Mortgage Co., et al., Case No. 06-1876 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 589 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC, Cesar Gaitan *(Re Rehbock v. Ameriquest Mortgage Co., et al., Case No. 06-1581 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/08/2007 | 590 | THIRD party complaint by Ameriquest Mortgage Company against Northwest Title and Escrow Corporation *(Re Ralph Rodriguez, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-2187 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/08/2007) |
| 03/12/2007 | 591 | MINUTE entry before Judge Marvin E. Aspen dated 3/12/07: Borrower and Non-Borrower plaintiffs unopposed motion (Dkt. No. 506) for leave to file replies by on or before 3/14/07 to defendants responses to plaintiffs oppositions to defendants motions to dismiss Borrowers and non-borrowers complaint (Dkt. No. 495 & 498), as well as to defendants response to plaintiffs opposition to its motion to compel (Dkt. No. 378) filing of amended master class complaint is granted. Motion terminated. The motion hearing set for March 13, 2007 is stricken.Judicial staff mailed notice (gl, ) (Entered: 03/12/2007) |
| 03/12/2007 | 592 | THIRD party complaint by Ameriquest Mortgage Company against Nations Title Agency of Illinois, Inc. *(Re Salazar v. Ameriquest Mortgage Co., et al., Case No. 05-4162 (N.D Ill.)).*(LeSage, Bernard) (Entered: 03/12/2007) |
| 03/12/2007 | 593 | THIRD party complaint by Town & Country Credit Corporation against Tristar Title, LLC *(Re King Smith v. Town & Country Credit Corp., et al., Case No. 06-3704 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/12/2007) |
| 03/12/2007 | 594 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Re Edward Smith v. Ameriquest Mortgage Co., et al., Case No. 06-2828 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/12/2007) |
| 03/12/2007 | 595 | THIRD party complaint by Ameriquest Mortgage Company against Lee S. Jacobowitz *(Re Solnin v. Ameriquest Mortgage Co., et al., Case no. 06-* |

| | | |
|---|---|---|
| | | *4866 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/12/2007) |
| 03/12/2007 | 596 | THIRD party complaint by Ameriquest Mortgage Company against Joshua Hiltibidal, Northwest Title and Escrow Corporation *(Re Sutton v. Ameriquest Mortgage Co., et al., Case No. 06-4714 (N.D.Ill.)).*(LeSage, Bernard) (Entered: 03/12/2007) |
| 03/12/2007 | 597 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC, Tia M. Martin *(Re Kenneth Thompson v. Ameriquest Mortgage Co., et al., Case No. 06-1546 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/12/2007) |
| 03/12/2007 | 598 | THIRD party complaint by Ameriquest Mortgage Company against Tristar Title, LLC *(Re Tieri v. Ameriquest Mortgage Co., et al., Case No. 06-2683 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/12/2007) |
| 03/12/2007 | 599 | THIRD party complaint by Ameriquest Mortgage Company against Nations Title Agency of Illinois, Inc. *(Re Treadwell v. Ameriquest Mortgage Co., et al., Case No. 05-1078 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/12/2007) |
| 03/12/2007 | 600 | THIRD party complaint by Ameriquest Mortgage Company against Schop & Pleskow, LLP *(Re Thibodeau v. Ameriquest Mortgage Co., et al., Case No. 06-5148 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/12/2007) |
| 03/12/2007 | 601 | THIRD party complaint by Ameriquest Mortgage Company against Nations Title Agency of Illinois, Inc. *(Re Eric Smith v. Ameriquest Mortgage Co., et al., Case No. 05-648 (N.D. Ill.)).*(LeSage, Bernard) (Entered: 03/12/2007) |
| 03/13/2007 | 602 | RESPONSE by Ameriquest Mortgage Company to MOTION by Movant Daniel A. Edelman for leave to file *Amended Complaint* 483 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 03/13/2007) |
| 03/13/2007 | 603 | Notice of Non-Opposition to Motion to Withdraw Class Allegations by EMC Mortgage Corporation *(Harris v. Town & Country Credit Corporation, et al., 06 C 3048)* (Gottlieb, Richard) (Entered: 03/13/2007) |
| 03/13/2007 | 616 | NOTICE by Christine M. Jackson of Change of Firm's Contact Information counsel for plaintiff (hp, ) (Entered: 03/21/2007) |
| 03/14/2007 | 604 | MINUTE entry before Judge Marvin E. Aspen :Any responses to plaintiffs' eighth motion for reassignment of related cases, 582 are to be filed on or before 3/29/07. Any replies are to be filed by 4/5/07. The motion hearing set for March 15, 2007 is stricken. Judicial staff mailed notice (gl, ) (Entered: 03/14/2007) |
| 03/14/2007 | 605 | MOTION to withdraw *class allegations* Associated Cases: 1:05-cv-07097, 1:06-cv-01731(Valach, Anthony) (Entered: 03/14/2007) |
| 03/14/2007 | 606 | NOTICE of Motion by Anthony P. Valach, Jr for presentment of motion to withdraw class allegations 605 on April 3, 2007 at 10:30 a.m. before the Honorable Marvin E Aspen (Valach, Anthony) TEXT HAS BEEN MODIFIED BY CLERK'S OFFICE. Modified on 3/14/2007 (rbf, ). |

| | | (Entered: 03/14/2007) |
|---|---|---|
| 03/14/2007 | | (Court only) Set/Reset Deadlines as to MOTION to withdraw *class allegations*MOTION to withdraw 605 . Motion Hearing set for 4/3/2007 at 10:30 AM. (rbf, ) (Entered: 03/14/2007) |
| 03/14/2007 | 607 | ] *Notice of Non-Opposition*to motion for leave to amend complaint (LeSage, Bernard) TEXT HAS BEEN MODIFIED BY CLERK'S OFFICE. Modified on 3/14/2007 (rbf, ). (Entered: 03/14/2007) |
| 03/14/2007 | 608 | SUR-REPLY by Plaintiffs David M. Wakefield, Janet Wakefield, Latonya Williams, Cheryl Williams, Adolph Peter Kurt Burggraff to reply 498 *to Defendants' Motion to Dismiss Non-Borrower Complaint* (Bowman, Jill) (Entered: 03/14/2007) |
| 03/14/2007 | 609 | RESPONSE by Cheryl Williams to MOTION by Defendant Ameriquest Mortgage Company to compel *Filing of Amended Master Class Complaints In Compliance with Court's Order 378* (Dermody, Kelly) (Entered: 03/14/2007) |
| 03/14/2007 | 610 | SUR-REPLY by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams to reply 474 , reply 495 *In Support Of Borrowers' Opposition To Defendants' Motion To Dismiss* (Attachments: # 1 Certificate of Service)(Klein, Gary) (Entered: 03/14/2007) |
| 03/15/2007 | 611 | RESPONSE by Defendant Ameriquest Mortgage Company to motion to reassign case, 582 *NOTICE OF NON-OPPOSITION TO PLAINTIFFS' EIGHTH REASSIGNMENT MOTION* (LeSage, Bernard) (Entered: 03/15/2007) |
| 03/16/2007 | 612 | NOTICE OF DISMISSAL (Third-Party Complaint against Tristar Title, LLC, Re Mormon, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-2514 (N.D. Ill.)) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/16/2007) |
| 03/16/2007 | 613 | NOTICE OF DISMISSAL (Third-Party Complaint against Tristar Title, LLC and Tia Martin, Re Henson v. Ameriquest Mortgage Co., et al., Case No. 06-1876 (N.D. Ill.)) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/16/2007) |
| 03/16/2007 | 614 | NOTICE OF DISMISSAL (Third-Party Complaint against Commonwealth Land Title Company, Re Eskra v. Ameriquest Mortgage Co., et al., Case No. 06-1879 (N.D. Ill.)) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/16/2007) |
| 03/16/2007 | 615 | MINUTE entry before Judge Marvin E. Aspen dated 3/16/07: Defendants shall, within forty-five (45) days of the last date on which an Answer is due in currently filed individual cases, submit a consolidated third-party complaint which incorporates those third-party complaints already filed and all other such complaints defendants plan to file.Judicial staff mailed notice (gl, ) (Entered: 03/16/2007) |
| 03/22/2007 | 617 | MINUTE entry before Judge Marvin E. Aspen :This Court's order of |

| | | |
|---|---|---|
| | | March 16, 2007 regarding the filing of third-party complaints is amended as follows: (For further details see text of order)Mailed notice (dl) (Entered: 03/22/2007) |
| 03/22/2007 | 618 | MOTION by Defendant Ameriquest Mortgage Company to reassign case *of related action* (Ledsky, Jonathan) (Entered: 03/22/2007) |
| 03/22/2007 | 619 | NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to reassign case 618 before Honorable Marvin E. Aspen on 3/29/2007 at 10:30 AM. (Ledsky, Jonathan) (Entered: 03/22/2007) |
| 03/23/2007 | 620 | MOTION by Movant Daniel A. Edelman to reassign case *ECLG Plaintiffs' Ninth Motion for Reassignment of Related Cases* (Attachments: # 1 Exhibit 1 - Rodriguez Complaint (part one)# 2 Exhibit 1 - Rodriguez Complaint (part two))(Hofeld, Albert) (Entered: 03/23/2007) |
| 03/23/2007 | 621 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to reassign case, 620 before Honorable Marvin E. Aspen on 4/3/2007 at 10:30 AM. (Hofeld, Albert) (Entered: 03/23/2007) |
| 03/27/2007 | 622 | NOTICE by defendants of non-opposition to plaintiffs' ninth motion for reassignments of related cases. (LeSage, Bernard) text Modified on 3/28/2007 (lcw, ). (Entered: 03/27/2007) |
| 03/28/2007 | 623 | Notice of Change in Status of Individual Opt-Out of Class Actions by Service List (Valach, Anthony) (Entered: 03/28/2007) |
| 03/29/2007 | 624 | *(AMENDED)* NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to reassign case 618 before Honorable Marvin E. Aspen on 4/5/2007 at 10:30 AM. (Ledsky, Jonathan) (Entered: 03/29/2007) |
| 03/30/2007 | 625 | MOTION by Defendant Ameriquest Mortgage Company to dismiss *(Re Sievers, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-1296 (D. Conn.)* (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 626 | MEMORANDUM in support of motion to dismiss (LeSage, Bernard) TEXT HAS BEEN MODIFIED BY CLERK'S OFFICE. Modified on 4/2/2007 (rbf, ). (Entered: 03/30/2007) |
| 03/30/2007 | 627 | Request for Judicial Notice in Support of Defendants' Motion to Dismiss Complaint (Re Sievers, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-1296 (D. Conn.) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 628 | ANSWER to Complaint *(Re Childres v. Ameriquest Mortgage Company, et al., Case No. 06-12673 (E.D. Mich.))* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 629 | ANSWER to Complaint *(Re Childres v. Ameriquest Mortgage Company, et al., Case No. 06-12673 (E.D. Mich.))* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 630 | ANSWER to Complaint *(Childres v. Ameriquest Mortgage Company, et al., Case No. 06-12673 (E.D. Mich.))* by Ameriquest Mortgage Securities, |

| | | |
|---|---|---|
| | | Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 631 | ANSWER to Complaint *(Carter, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-137 (N.D. Ind.))* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 632 | ANSWER to Complaint *(Re Carter, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-137 (N.D. Ind.))* by AMC Mortgage Services, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 633 | ANSWER to Complaint *(Re Carter, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-137 (N.D. Ind.))* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 634 | ANSWER to Complaint *(Re Horne, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-cv-00423 (S.D. Ill.))* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 635 | ANSWER to Complaint *(Re Horne, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-cv-00423 (S.D. Ill.))* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 636 | ANSWER to Complaint *(Re Horne, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-cv-00423 (S.D. Ill.))* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 637 | ANSWER to Complaint *(Re Geis, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-01716 (N.D. Ill.))* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 638 | ANSWER to Complaint *(Re Geis, et al. v. Ameriquest Mortgage Co., et al., Case No. 06-01716 (N.D. Ill.))* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 639 | ANSWER to Complaint *(Re Balark, et al. v. Ameriquest Mortgage Co., et al. Case No. 06-2430 (N.D. Ill.))* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 640 | ANSWER to Complaint *(Re Balark, et al. v. Ameriquest Mortgage Co., et al. Case No. 06-2430 (N.D. Ill.))* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 641 | ANSWER to Complaint *(Re Balark, et al. v. Ameriquest Mortgage Co., et al. Case No. 06-2430 (N.D. Ill.))* by Ameriquest Mortgage Securities, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 642 | ANSWER to Complaint *(Re Brown, et al. v. Ameriquest Mortgage Company, et al., Case No. 05-cv-5111 (N.D. Ill.) )* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 643 | ANSWER to Complaint *(Re Brown, et al. v. Ameriquest Mortgage Company, et al., Case No. 05-cv-5111 (N.D. Ill.))* by AMC Mortgage Services, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 644 | ANSWER to Complaint *(Re Brown, et al. v. Ameriquest Mortgage* |

| | | |
|---|---|---|
| | | *Company, et al., Case No. 05-cv-5111 (N.D. Ill.))* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 645 | ANSWER to Complaint *(Re Szurley v. Ameriquest Mortgage Company, Case No. 06-30175 (D. Mass.))* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 646 | ANSWER to Complaint *(Re Thompson v. Ameriquest Mortgage Co., et al., Case No. 06-1546 (N.D. Ill.))* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 647 | ANSWER to Complaint *(Re Thompson v. Ameriquest Mortgage Co., et al., Case No. 06-1546 (N.D. Ill.))* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 648 | ANSWER to Complaint *(Re Thompson v. Ameriquest Mortgage Co., et al., Case No. 06-1546 (N.D. Ill.))* by Ameriquest Mortgage Securities, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 649 | ANSWER to Complaint *(Re Nauracy v. Ameriquest Mortgage Company, et al., Case No. 06-130 (N.D. Ind.))* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 650 | ANSWER to Complaint *(Re Nauracy v. Ameriquest Mortgage Company, et al., Case No. 06-130 (N.D. Ind.))* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 651 | MOTION by Defendant Ameriquest Mortgage Company to dismiss *Consolidated Motion to Dismiss Opt-Out Complaints and Motion for More Definite Statement* (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 652 | MEMORANDUM by Ameriquest Mortgage Company in support of motion to dismiss 651 (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 653 | ANSWER to Complaint *(Re Miller v. Ameriquest Mortgage Company, et al., Case No. 06-00189 (N.D. Ind.))* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 654 | ANSWER to Complaint *(Re Miller v. Ameriquest Mortgage Company, et al., Case No. 06-00189 (N.D. Ind.))* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 655 | ANSWER to Complaint *(Re Miller v. Ameriquest Mortgage Company, et al., Case No. 06-00189 (N.D. Ind.))* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 656 | ANSWER to Complaint *(Re Nelson, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-cv-00154 (N.D. IND))* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 657 | ANSWER to Complaint *(Re Nelson, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-cv-00154 (N.D. IND))* by AMC Mortgage Services, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 658 | ANSWER to Complaint *(Re Nelson, et al. v. Ameriquest Mortgage* |

| | | |
|---|---|---|
| | | *Company, et al., Case No. 06-cv-00154 (N.D. IND))* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 659 | ANSWER to Complaint *(Re Luedtke, et al. v. Ameriquest Mortgage Company, et al., Case No. 05-cv-04644 (N.D. Ill.))* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 660 | ANSWER to Complaint *(Re Luedtke, et al. v. Ameriquest Mortgage Company, et al., Case No. 05-cv-04644 (N.D. Ill.))* by AMC Mortgage Services, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 661 | ANSWER to Complaint *(Re Hawkins v. Ameriquest Mortgage Co. et al., Case No. 06-01848 (N.D. ILL.))* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 662 | ANSWER to Complaint *(Re Hawkins v. Ameriquest Mortgage Co. et al., Case No. 06-01848 (N.D. ILL.) )* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 663 | ANSWER to Complaint *(Re Hawkins v. Ameriquest Mortgage Co. et al., Case No. 06-01848 (N.D. ILL.))* by Ameriquest Mortgage Securities, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 664 | ANSWER to Complaint *(Re Cole, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-135 (N.D. Ind.))* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 665 | ANSWER to Complaint *(Re Cole, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-135 (N.D. Ind.))* by AMC Mortgage Services, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 666 | ANSWER to Complaint (Re *Lehr v. Ameriquest Mortgage Company, et al., Case No. 06-cv-12477 (E.D.Mich.))* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 667 | ANSWER to Complaint (Re *Lehr v. Ameriquest Mortgage Company, et al., Case No. 06-cv-12477 (E.D.Mich.))* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 668 | ANSWER to Complaint (Re *Lehr v. Ameriquest Mortgage Company, et al., Case No. 06-cv-12477 (E.D.Mich.))* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 669 | ANSWER to Complaint (Re *Mayfield v. Town & Country Credit Corporation, Case No. 05-cv-06158 (N.D. Ill.))* by Town & Country Credit Corporation(LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 670 | ANSWER to Complaint (Re *Smith v. Ameriquest Mortgage Company, et al., Case No. 06-CV-0785 (S.D. Ind.))* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/30/2007) |
| 03/30/2007 | 671 | ANSWER to Complaint (Re *Smith v. Ameriquest Mortgage Company, et al., Case No. 06-CV-0785 (S.D. Ind.))* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 03/30/2007) |

| | | |
|---|---|---|
| 03/30/2007 | 672 | ANSWER to Complaint *(Re ROGERS v. TOWN & COUNTRY CREDIT CORPORATION, et al. Case No. 06-CV-2736 (N.D. Ill.))* by Town & Country Credit Corporation(LeSage, Bernard) (Entered: 03/30/2007) |
| 04/02/2007 | 673 | MINUTE entry before Judge Marvin E. Aspen :Any response to plaintiffs' motion to withdraw 605 , in Van Gorp., et al v. Ameriquest Mortgage Co., et al, are to be filed on or before 4/12/07. Any replies to be filed by 4/17/07. The motion hearing set for 4/3/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 04/02/2007) |
| 04/02/2007 | 674 | MINUTE entry before Judge Marvin E. Aspen dated 4/2/07:Plaintiffs Ninth Motion for reassignment of related cases 620 is granted. Motion terminated. The motion hearing set for 4/3/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 04/02/2007) |
| 04/04/2007 | 675 | MINUTE entry before Judge Marvin E. Aspen dated 4/4/07:Plaintiffs are to respond to defendants' motion (618) for reassignment of Case No. 06 C 6967 as part of MDL 1715 on or before 4/16/07. Defendants are to reply by 4/19/07. The motion hearing set for 4/5/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 04/04/2007) |
| 04/05/2007 | 676 | MOTION to transfer case *Gordon Howard and Nola Howard v. Ameriquest* (Burke, Alexander) (Entered: 04/05/2007) |
| 04/05/2007 | 677 | *Howard v. Ameriquest, 07 c 95* NOTICE of Motion by Alexander Holmes Burke for presentment of motion to transfer case 676 before Honorable Marvin E. Aspen on 4/26/2007 at 10:30 AM. (Burke, Alexander) (Entered: 04/05/2007) |
| 04/09/2007 | 678 | MINUTE entry before Judge Marvin E. Aspen dated 4/9/07:Plaintiffs' Sixth Motion for reassignment of related cases (Dkt. No. 417) is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 04/09/2007) |
| 04/09/2007 | 679 | MINUTE entry before Judge Marvin E. Aspen dated 4/9/07:Plaintiffs' Seventh Motion for reassignment of related cases 445 is granted; Motions terminated. Judicial staff mailed notice (gl, ) (Entered: 04/09/2007) |
| 04/09/2007 | 680 | MINUTE entry before Judge Marvin E. Aspen dated 4/9/07:Plaintiffs' Eighth Motion for reassignment of Related Cases 582 is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 04/09/2007) |
| 04/09/2007 | 681 | MINUTE entry before Judge Marvin E. Aspen dated 4/9/07:Plaintiffs' Motion for leave to file 401 amended complaint is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 04/09/2007) |
| 04/09/2007 | 682 | MINUTE entry before Judge Marvin E. Aspen dated 4/10/07:Plaintiffs' Motion for leave to file 483 amended complaint is granted. Party defendant Deutsche Bank National Trust Company, N.A. added. Motions terminated. Judicial staff mailed notice (gl, ) (Entered: 04/09/2007) |
| 04/09/2007 | 683 | MINUTE entry before Judge Marvin E. Aspen dated 4/10/07:Plaintiffs' Motion for leave to file 463 amended complaint is granted. Motion terminated. Party defendant Deutsche Bank National Trust Company, |

| | | |
|---|---|---|
| | | N.A. added. Judicial staff mailed notice (gl, ) (Entered: 04/09/2007) |
| 04/09/2007 | 684 | MINUTE entry before Judge Marvin E. Aspen dated 4/10/07:Plaintiffs' Motion for leave to file Amended Complaint 461 is granted. Party defendants Ameriquest Mortgage Securities, Inc., and Deutsche Bank National Trust Company, N.A. added. Motions terminated. Judicial staff mailed notice (gl, ) (Entered: 04/09/2007) |
| 04/10/2007 | 685 | MINUTE entry before Judge Marvin E. Aspen dated 4/10/07:Plaintiffs' motion to dismiss Counts II and III of their complaint (Dkt. No. 301) in Case 06 C 3048, Harris, et al v. Town & Country Credit Corp., et al, is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 04/10/2007) |
| 04/10/2007 | 686 | MINUTE entry before Judge Marvin E. Aspen dated 4/10/07:Plaintiffs' Motions to withdraw their class allegations without prejudice is granted. Motions terminated. [Dkt Nos. 294, 295, 297 & 299).Judicial staff mailed notice (gl, ) (Entered: 04/10/2007) |
| 04/10/2007 | 687 | MINUTE entry before Judge Marvin E. Aspen dated 4/10/07:Plaintiffs' Fifth Motion for reassignment of related cases 350 is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 04/10/2007) |
| 04/11/2007 | 688 | MINUTE entry before Judge Marvin E. Aspen dated 4/11/07:The status hearing set for April 26, 2007 is reset to 6/28/2007 at 10:30 AM.Judicial staff mailed notice (gl, ) (Entered: 04/11/2007) |
| 04/11/2007 | 689 | MOTION for extension of time to file answer *to Amended Complaint in Case No. 06-cv-4418 (AGREED)* (Zipprich, Renee) (Entered: 04/11/2007) |
| 04/11/2007 | 690 | *(Case No. 06-cv-4418) AMENDED* NOTICE of Motion by Renee Lynn Zipprich for presentment of motion for extension of time to file answer 689 before Honorable Marvin E. Aspen on 4/17/2007 at 10:30 AM. (Zipprich, Renee) (Entered: 04/11/2007) |
| 04/12/2007 | 691 | MINUTE entry before Judge Marvin E. Aspen dated 4/12/07:Plaintiffs' Motion for reassignment of related case 407 is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 04/12/2007) |
| 04/13/2007 | 692 | MINUTE entry before Judge Morton Denlow : Oral argument on Defendants' motion to compel filing of amended master class complaints 378 is set for 5/16/2007 at 02:00 PM. Status hearing set for 4/26/07 at 10:15 a.m. to stand. Counsel may contact Judge Denlow's Courtroom deputy at 312-435-5857 prior to the status hearing date to make arrangements to participate by phone. (dmk, ) (Entered: 04/13/2007) |
| 04/16/2007 | 693 | RESPONSE by Pamela Yeaman, William Yeamanin Opposition to MOTION by Defendant Ameriquest Mortgage Company to reassign case *of related action* 618 (Brooks, Lloyd) (Entered: 04/16/2007) |
| 04/16/2007 | 694 | NOTICE by Pamela Yeaman, William Yeaman re response in opposition to motion 693 (Brooks, Lloyd) (Entered: 04/16/2007) |
| 04/16/2007 | 695 | MINUTE entry before Judge Marvin E. Aspen dated 4/16/07: Defendant |

| | | |
|---|---|---|
| | | Wells Fargo Bank, N.A.'s agreed motion for enlargement of time, up to and including 5/1/07, to respond to plaintiffs' amended complaint (689) is granted. Motion terminated. The motion hearing set for 4/17/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 04/16/2007) |
| 04/16/2007 | 696 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff, Plaintiffs/Individual actionsFor Additional Case Management Guidelines (Attachments: # 1 Certificate of Service)(Klein, Gary) (Entered: 04/16/2007) |
| 04/16/2007 | 697 | NOTICE of Motion by Gary Edward Klein for presentment of motion for miscellaneous relief, 696 before Honorable Morton Denlow on 4/26/2007 at 10:00 AM. (Klein, Gary) (Entered: 04/16/2007) |
| 04/19/2007 | 698 | ANSWER to Complaint *and Affirmative Defenses (Re Surin v. Alpha Mortgage Lending, LLC, et al., Case No. 05-cv-1653 (D. Conn.))* by Argent Mortgage Company, LLC(Miarecki, Greg) (Entered: 04/19/2007) |
| 04/23/2007 | 699 | STATUS Report by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 04/23/2007) |
| 04/23/2007 | 700 | MINUTE entry before Judge Marvin E. Aspen dated 4/23/07: Enter Memorandum Opinion and Order: We deny defendants' Motion to Dismiss the borrower plaintiffs' consolidated class action complaint 391 and for a more definite statement. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 04/23/2007) |
| 04/23/2007 | 701 | Enter MEMORANDUM Opinion and Order Signed by Judge Marvin E. Aspen on 4/23/2007. Judicial staff mailed notice(gl, ) (Entered: 04/23/2007) |
| 04/23/2007 | 702 | MINUTE entry before Judge Marvin E. Aspen dated 4/23/07:Enter Memorandum Opinion and Order: We deny defendants' Motion to dismiss and for a more definite statement. 386 Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 04/23/2007) |
| 04/23/2007 | 703 | Enter MEMORANDUM Opinion and Order Signed by Judge Marvin E. Aspen on 4/23/2007.Judicial staff mailed notice(gl, ) (Entered: 04/23/2007) |
| 04/24/2007 | 704 | NOTICE by David M. Wakefield, Janet Wakefield, Latonya Williams, Cheryl Williams, Adolph Peter Kurt Burggraff *of Filing Notice of Taking Deposition of Wayne Lee* (Bowman, Jill) (Entered: 04/24/2007) |
| 04/24/2007 | 705 | STATUS Report by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff (Attachments: # 1 Certificate of Service)(Klein, Gary) (Entered: 04/24/2007) |
| 04/24/2007 | 706 | COMPLAINT *(Consolidated)* filed by Plaintiffs/Individual actions; Jury Demand. (Attachments: # 1 Exhibit 1-12# 2 Exhibit 13-24# 3 Exhibit 25-39# 4 Exhibit 40-41)(Edelman, Daniel) (Entered: 04/24/2007) |
| | | |

| | | |
|---|---|---|
| 04/24/2007 | 707 | MINUTE entry before Judge Marvin E. Aspen dated 4/24/07:Plaintiffs' (Lynn and Denise Julien) Motion for leave to file a second amended complaint against Ameriquest Mortgage Company 455 is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 04/24/2007) |
| 04/24/2007 | 708 | MINUTE entry before Judge Marvin E. Aspen dated 4/24/07: At this stage in the proceedings, we cannot determine that either proposed amended is futile, and we therefore grant the motion (25) for leave to amend. Judicial staff mailed notice (gl, ) (Entered: 04/24/2007) |
| 04/24/2007 | 709 | RESPONSE by Plaintiff Plaintiffs/Individual actions to status report 699 *filed on behalf of Individual Claims Steering Committee* (Pizor, Andrew) (Entered: 04/24/2007) |
| 04/24/2007 | 710 | MOTION by Movant Daniel A. Edelman for leave to file *consolidated Fair Credit Reporting Act complaint, on behalf of plaintiffs in Murray et al v Ameriquest, and Crane et al v Ameriquest* (Edelman, Daniel) (Entered: 04/24/2007) |
| 04/24/2007 | 711 | NOTICE of Motion by Daniel A. Edelman for presentment of motion for leave to file 710 before Honorable Marvin E. Aspen on 5/1/2007 at 10:30 AM. (Edelman, Daniel) (Entered: 04/24/2007) |
| 04/24/2007 | 714 | SECOND AMENDED complaint by plaintiffs against defendants with jury demand. (jmp, ) (Entered: 04/25/2007) |
| 04/25/2007 | 712 | MINUTE entry before Judge Marvin E. Aspen :At this state in the proceedings, we cannot determine that either proposed amendment is futile, and we therefore grant the motion (431) for leave to amend. Motion terminated. judicial staff mailed notice. (gl, ) (Entered: 04/25/2007) |
| 04/25/2007 | 713 | MINUTE entry before Judge Marvin E. Aspen dated 4/25/07:Plaintiffs' unopposed motion (676) for reassignment of Howard v. Ameriquest, Case No. 07 C 0095, pending before Judge Der-Yeghiayan, as part of Case 05 C 7097 (MDL 1715), to the calendar of Judge Aspen, is granted. Motion terminated. The motion hearing set for 4/26/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 04/25/2007) |
| 04/25/2007 | 715 | MINUTE entry before Judge Marvin E. Aspen :Any responses to the Borrower, non-Borrower and individual plaintiffs' motion (696) for additional Case Management Guidelines are to be filed on or before 5/3/07. Any replies are to be filed by 5/10/07. The motion hearing set for 4/26/07 is stricken. Plaintiffs request in its motion for additional case management guidelines that an order be entered requiring interested parties and/or their attorneys to enroll in the ECF system in order to minimize the need for paper service and that exceptions be made only after motion for good cause shown is granted. Interested parties and/or their attorneys are directed to enroll in the ECF system in order to minimize the need for paper serive with exceptions only after motion for good cause is shown. The motion hearing set for 4/26/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 04/25/2007) |

| 04/25/2007 | 716 | MINUTE entry before Judge Morton Denlow :The Time of the Status hearing set for 4/26/2007 is reset to 11:30 AM.Mailed notice (dmk, ) (Entered: 04/25/2007) |
| 04/26/2007 | 717 | NOTICE by Gordon R Howard, Nola Howard *of Opting-Out of Class Actions* (Keogh, Keith) (Entered: 04/26/2007) |
| 04/26/2007 | 728 | MINUTE entry before Judge Morton Denlow : Status hearing held. Defendants' oral motion to withdraw their motion to compel 378 filing of amended master class complaints in compliance with Court's Order is granted. Defendants' motion to compel the filing of amended master class complaint 378 is withdrawn. Oral argument set for 5/16/2007 is stricken. By agreement of the parties, the date for the disclosure of experts is extended to 9/13/2007, given the fact that discovery is still in its early stages. Status hearing continued to 6/7/2007 at 10:30 AM. Enter Protective Order. Mailed notice (jmp, ) (Entered: 04/30/2007) |
| 04/26/2007 | 730 | ENTER STIPULATED PROTECTIVE Order Signed by Judge Morton Denlow on 4/26/2007. Mailed notice (jmp, ) (Entered: 04/30/2007) |
| 04/27/2007 | 718 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Opposition to Motion to Dismiss Instanter* (Blinn, Daniel) (Entered: 04/27/2007) |
| 04/27/2007 | 719 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Instanter Individual Claims Steering Committee's Memorandum in Opposition to Defendants' Motion to Dismiss Opt-Out Complaints and for more Definite Statement* (Blinn, Daniel) (Entered: 04/27/2007) |
| 04/27/2007 | 720 | NOTICE of Motion by Daniel S. Blinn for presentment of motion for leave to file, 719 before Honorable Marvin E. Aspen on 5/3/2007 at 10:30 AM. (Blinn, Daniel) (Entered: 04/27/2007) |
| 04/27/2007 | 721 | MEMORANDMUM by Plaintiffs/Individual actions in Opposition to motion to dismiss 651 (Blinn, Daniel) (Entered: 04/27/2007) |
| 04/30/2007 | 722 | MEMORANDMUM by Plaintiffs/Individual actions in Opposition to motion to dismiss 651 *CORRECTED* (Attachments: # 1 Appendix A) (Blinn, Daniel) (Entered: 04/30/2007) |
| 04/30/2007 | 723 | MEMORANDMUM by Plaintiffs/Individual actions in Opposition to motion to dismiss 651 *Amended to Add Exhibits* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Blinn, Daniel) (Entered: 04/30/2007) |
| 04/30/2007 | 724 | MEMORANDMUM by Plaintiffs/Individual actions in Opposition to motion to dismiss 651 *Supplement to ICSC Memorandum in Opposition to Defendants' Motion to Dismiss Opt-Out Complaints* (Valach, Anthony) (Entered: 04/30/2007) |
| 04/30/2007 | 725 | NOTICE by Plaintiffs/Individual actions re memorandum in opposition to motion 724 *Notice of Filing Plaintiffs' Supplement to ICSC's Memorandum in Opposition to Defedants' Motion to Dismiss Opt-Out Complaints* (Valach, Anthony) (Entered: 04/30/2007) |
| | | |

| | | |
|---|---|---|
| 04/30/2007 | 726 | MOTION by Defendant Ameriquest Mortgage Company to reassign case *MOTION FOR REASSIGNMENT OF RELATED ACTION* (Attachments: # 1 Exhibit A)(Ledsky, Jonathan) (Entered: 04/30/2007) |
| 04/30/2007 | 727 | NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to reassign case 726 before Honorable Marvin E. Aspen on 5/8/2007 at 10:30 AM. (Ledsky, Jonathan) (Entered: 04/30/2007) |
| 04/30/2007 | 729 | MEMORANDMUM by Plaintiffs/Individual actions in Opposition to motion to dismiss 651 *Supplement by George Willis Jones, Jr., and Annette M. Lindsey to Memorandum in Opposition to Motion to Dismiss* (Baird, Charles) (Entered: 04/30/2007) |
| 04/30/2007 | 731 | MEMORANDMUM by Anne Bergman in Opposition to motion to dismiss 651 (Bergman, Anne) (Entered: 04/30/2007) |
| 04/30/2007 | 732 | MINUTE entry before Judge Marvin E. Aspen dated 4/30/07:Defendants are to respond to plaintiffs' motion for leave to file 710 consolidated Fair Credit Reporting Act Complaint on behalf of plaintiffs in Murray v. Ameriquest on or before 5/15/2007. Plaintiffs are to reply by 5/24/2007. The motion hearing set for May 1, 2007 is stricken.Judicial staff mailed notice (gl, ) (Entered: 04/30/2007) |
| 05/01/2007 | 733 | ATTORNEY Appearance *on behalf of Wachovia Equity Servicing LLC, as Successor to HomEq Servicing Corp., and Wells Fargo Bank, N.A., as Trustee* (Gottlieb, Richard) (Entered: 05/01/2007) |
| 05/01/2007 | 734 | ATTORNEY Appearance for Defendants HomeQ Servicing Corp., Wells Fargo Bank N.A. by Renee Lynn Zipprich (Zipprich, Renee) (Entered: 05/01/2007) |
| 05/01/2007 | 735 | ANSWER to Complaint *(Amended Complaint Filed In Re Black v. Argent Mortgage Company, et al., Case No. 06 C 4418 (N.D. Ill.))* by Wells Fargo Bank N.A.(Gottlieb, Richard) (Entered: 05/01/2007) |
| 05/02/2007 | 736 | MINUTE entry before Judge Marvin E. Aspen :Plaintiffs' Motion for leave to file instanter individual claims steering committee's memorandum in opposition to defendants' motion to dismiss opt-out complaints and for more definite statement 718 is granted. Motion terminated. The motion hearing set for May 3, 2007 is stricken.Judicial staff mailed notice (gl, ) (Entered: 05/02/2007) |
| 05/02/2007 | 737 | MOTION for extension of time *to answer or other wise respond to Plaintiff's Complaint until May 24, 2007 (Unopposed)* (Bogo-Ernst, Debra) (Entered: 05/02/2007) |
| 05/02/2007 | 738 | *Unopposed* NOTICE of Motion by Debra L Bogo-Ernst for presentment of extension of time 737 before Honorable Marvin E. Aspen on 5/8/2007 at 10:30 AM. (Bogo-Ernst, Debra) (Entered: 05/02/2007) |
| 05/02/2007 | 739 | Joint Application for Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Archer)* (LeSage, Bernard) (Entered: 05/02/2007) |
| | | |

| 05/02/2007 | 740 | Joint Application for Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Anderson)* (LeSage, Bernard) (Entered: 05/02/2007) |
|---|---|---|
| 05/02/2007 | 741 | Joint Application For Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Pasacreta)* (LeSage, Bernard) (Entered: 05/02/2007) |
| 05/02/2007 | 742 | Joint Application for Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Rehbock)* (LeSage, Bernard) (Entered: 05/02/2007) |
| 05/02/2007 | 743 | Joint Application for Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Freeberg)* (LeSage, Bernard) (Entered: 05/02/2007) |
| 05/02/2007 | 744 | Joint Application for Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Belval)* (LeSage, Bernard) (Entered: 05/02/2007) |
| 05/02/2007 | 745 | Joint Application for Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Lacross)* (LeSage, Bernard) (Entered: 05/02/2007) |
| 05/02/2007 | 746 | Joint Application for Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Gerbig)* (LeSage, Bernard) (Entered: 05/02/2007) |
| 05/02/2007 | 747 | Joint Application for Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Damm)* (LeSage, Bernard) (Entered: 05/02/2007) |
| 05/02/2007 | 748 | Joint Application for Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Beane)* (LeSage, Bernard) (Entered: 05/02/2007) |
| 05/02/2007 | 749 | Joint Application for Withdrawal and Substitution of Counsel With Client Consent by Ameriquest Mortgage Company *(Kosla)* (LeSage, Bernard) (Entered: 05/02/2007) |
| 05/03/2007 | 750 | RESPONSE by Defendant Ameriquest Mortgage Company to motion for miscellaneous relief, 696 (LeSage, Bernard) (Entered: 05/03/2007) |
| 05/04/2007 | 751 | ANSWER to Complaint *(In re Roop v. Argent Mortgage Company, et al., Case No. 07 C 1347 (N.D. Ill.))* by EMC Mortgage Corporation(Zipprich, Renee) (Entered: 05/04/2007) |
| 05/04/2007 | 752 | Corporate Disclosure STATEMENT by EMC Mortgage Corporation *(In re Roop v. Argent Mortgage Company, et al., Case No. 07 C 1347 (N.D. Ill.))* (Zipprich, Renee) (Entered: 05/04/2007) |
| 05/07/2007 | 753 | MINUTE entry before Judge Marvin E. Aspen dated 5/6/07:Defendant CitiMortgage, Inc.'s unopposed Motion for extension of time 737 until 5/24/07, in which to answer or otherwise respond to plaintiff's complaint |

| | | is granted. Motion terminated. The motion hearing set for 5/8/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 05/07/2007) |
|---|---|---|
| 05/07/2007 | 754 | MINUTE entry before Judge Marvin E. Aspen dated 5/7/07:Plaintiff is to respond to defendants' motion to reassign case 07 C 1817 as part of MDL 1715 726 on or before 5/22/07. Defendants are to reply by 5/30/07. The motion hearing set for 5/8/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 05/07/2007) |
| 05/07/2007 | 755 | ANSWER to amended complaint *Non-Borrowers' Consolidated Complaint [Docket No. 323]* by Ameriquest Capital Corporation(LeSage, Bernard) (Entered: 05/07/2007) |
| 05/07/2007 | 756 | ANSWER to Complaint *Non-Borrowers' Consolidated Complaint [Docket No. 323]* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 05/07/2007) |
| 05/07/2007 | 757 | ANSWER to Complaint *(BORROWERS CONSOLIDATED CLASS ACTION COMPLAINT)* by Argent Mortgage Company, LLC(Miarecki, Greg) (Entered: 05/07/2007) |
| 05/07/2007 | 758 | ANSWER to amended complaint *Borrowers' Consolidated Class Action Complaint* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 05/07/2007) |
| 05/07/2007 | 759 | ANSWER to amended complaint *Borrowers' Consolidated Class Action Complaint* by ACC Capital Holdings Corporation(LeSage, Bernard) (Entered: 05/07/2007) |
| 05/07/2007 | 760 | ANSWER to amended complaint *Borrowers' Consolidated Class Action Complaint* by Town and Country Credit Corporation(LeSage, Bernard) (Entered: 05/07/2007) |
| 05/07/2007 | 761 | ANSWER to amended complaint *Borrowers' Consolidated Class Action Complaint* by AMC Mortgage Services, Inc.(LeSage, Bernard) (Entered: 05/07/2007) |
| 05/07/2007 | 762 | Answer to Borrowers' Consolidated Class Action Complaint [Docket No. 325] by Ameriquest Mortgage Securities, Inc. (LeSage, Bernard) (Entered: 05/07/2007) |
| 05/09/2007 | 763 | MINUTE entry before Judge Marvin E. Aspen dated 5/9/07: Defendants' motion for reassignment of Yeaman v. Ameriquest Mortgage Co., et al No. 06 C 6967 (Dkt. No. 618) as part of MDL 1715 from the calendar of Judge Grady to the calendar of Judge Aspen is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 05/09/2007) |
| 05/10/2007 | 764 | REPLY by Daniel A. Edelman to Response 750 *to All Plaintiffs' Motion for Additional Case Management Guidelines* (Hofeld, Albert) (Entered: 05/10/2007) |
| 05/10/2007 | 765 | NOTICE by Daniel A. Edelman re reply to response to motion 764 *for Additional Case Management Guidelines* (Hofeld, Albert) (Entered: 05/10/2007) |

| 05/11/2007 | 766 | REPLY by Ameriquest Mortgage Company to MOTION by Defendant Ameriquest Mortgage Company to dismiss *Consolidated Motion to Dismiss Opt-Out Complaints and Motion for More Definite Statement* 651 (LeSage, Bernard) (Entered: 05/11/2007) |
| --- | --- | --- |
| 05/11/2007 | 767 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *a Consolidated Fair Credit Reporting Act Complaint* (Attachments: # 1 Appendix A# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6)(Edelman, Daniel) (Entered: 05/11/2007) |
| 05/11/2007 | 768 | NOTICE of Motion by Daniel A. Edelman for presentment of motion for leave to file, 767 before Honorable Marvin E. Aspen on 5/17/2007 at 10:30 AM. (Edelman, Daniel) (Entered: 05/11/2007) |
| 05/15/2007 | 769 | Notice of Non-Opposition to Motion for Leave to Amend by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/15/2007) |
| 05/15/2007 | 770 | Notice of Non-Opposition to Motion for Leave to Amend by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/15/2007) |
| 05/15/2007 | 771 | Notice of Non-Opposition to Motion for Leave to Amend by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/15/2007) |
| 05/16/2007 | 773 | Notice of Non-Opposition to Motion for Leave (re Chistopher Clarke) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/16/2007) |
| 05/21/2007 | 774 | MINUTE entry before Judge Marvin E. Aspen dated 5/21/07:Defendants are to respond to plaintiffs' motion for leave to file a consolidated fair credit reporting act complaint 767 on or before 6/6/2007. Plaintiffs are to reply by 6/15/07. Judicial staff mailed notice (gl, ) (Entered: 05/21/2007) |
| 05/21/2007 | 775 | MINUTE entry before Judge Marvin E. Aspen dated 5/21/07: Defendants shall have 45 days from the entry of this order to file third-party complaints in connection with each of the two pending class actions. Defendants shall file no more than two consolidated third-party complaints (one for each class action).Judicial staff mailed notice (gl, ) (Entered: 05/21/2007) |
| 05/21/2007 | 776 | *HSBC BANK USA* ANSWER to amended complaint by HSBC Mortgage Services Inc.(LeSage, Bernard) (Entered: 05/21/2007) |
| 05/24/2007 | 777 | MOTION by Defendant CitiMortgage, Inc. for extension of time *to move, answer or otherwise respond to Plaintiff's Complaint* (Bogo-Ernst, Debra) (Entered: 05/24/2007) |
| 05/24/2007 | 778 | *Unopposed* NOTICE of Motion by Debra L Bogo-Ernst for presentment of extension of time 777 before Honorable Marvin E. Aspen on 5/29/2007 at 09:00 AM. (Bogo-Ernst, Debra) (Entered: 05/24/2007) |
| 05/24/2007 | 779 | MINUTE entry before Judge Marvin E. Aspen dated 5/24/07:Defendant Citimortgage, Inc.'s unopposed motion for extension of time until 6/21/07 to answer or otherwise respond to plaintiff's complaint 777 is granted. Motion terminated. The motion hearing set for 5/29/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 05/24/2007) |

| 05/24/2007 | 780 | MOTION to substitute attorney *(AGREED) (O'Malley v. Ameriquest Mortgage Company, et al., 06 C 6373)* (Gottlieb, Richard) (Entered: 05/24/2007) |
| 05/24/2007 | 781 | NOTICE of Motion by Richard Eric Gottlieb for presentment of motion to substitute attorney 780 before Honorable Marvin E. Aspen on 5/31/2007 at 10:30 AM. (Gottlieb, Richard) (Entered: 05/24/2007) |
| 05/24/2007 | 782 | MOTION by Defendant Argent Mortgage Company, LLC to withdraw as attorney *Motion to Withdraw Appearance* (Attachments: # 1 Text of Proposed Order)(Janes, Jean) (Entered: 05/24/2007) |
| 05/24/2007 | 783 | NOTICE of Motion by Jean K. Janes for presentment of motion to withdraw as attorney 782 before Honorable Marvin E. Aspen on 5/29/2007 at 10:30 AM. (Janes, Jean) (Entered: 05/24/2007) |
| 05/24/2007 | 784 | Statement in further support of motion for leave to file consolidated Fair Credit Reporting Act complaint STATEMENT by Plaintiffs/Individual actions (Edelman, Daniel) (Entered: 05/24/2007) |
| 05/24/2007 | 785 | MOTION by Defendant Ameriquest Mortgage Company to dismiss *DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTON FOR MORE DEFINITE STATEMENT* (LeSage, Bernard) (Entered: 05/24/2007) |
| 05/24/2007 | 786 | MOTION by Defendant Ameriquest Mortgage Company to dismiss *MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTION FOR MORE DEFINITE STATEMENT* (LeSage, Bernard) (Entered: 05/24/2007) |
| 05/24/2007 | 787 | NOTICE by Ameriquest Mortgage Company *NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE CONSOLIDATED AMENDED COMPLAINT (MURRAY V. AMERIQUEST)* (LeSage, Bernard) (Entered: 05/24/2007) |
| 05/24/2007 | 788 | NOTICE by Ameriquest Mortgage Company *NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT (BUCKNER V. AMERIQUEST MORTGAGE COMPANY)* (LeSage, Bernard) (Entered: 05/24/2007) |
| 05/24/2007 | 789 | NOTICE by Ameriquest Mortgage Company *NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLIANT (MARTIN V. AMERIQUEST MORTGAGE COMPANY)* (LeSage, Bernard) (Entered: 05/24/2007) |
| 05/25/2007 | 790 | MINUTE entry before Judge Marvin E. Aspen dated 5/25/07:Jean K. Janes' motion to withdraw her appearance as counsel of record for defendant Argent Mortgage Co., LLC (782) is granted. Motion terminated. Attorney Jean K. Janes terminated. Defendant will continue to be represented by other attorneys at Much Shelist, who previously have entered their appearances. The motion hearing set for 5/29/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 05/25/2007) |

| 05/25/2007 | 791 | MINUTE entry before Judge Marvin E. Aspen dated 5/25/07:Plaintiffs' (Murray, et al v. Ameriquest - 05 C 1818 & Crane, et al v. Ameriquest Mortgage) Motion for leave to file consolidated fair credit reporting act complaint 710 is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 05/25/2007) |
|---|---|---|
| 05/29/2007 | 792 | MINUTE entry before Judge Marvin E. Aspen dated 5/29/07:Defendant Ocwen Loan Servicing, LLC's Motion to substitute attorney 780 is granted. Attorneys Richard Eric Gottlieb, Harry N. Arger, Renee Lynn Zipprich, and Michelle Bacher Fisher added for Ocwen Loan Servicing, LLC. Motion terminated. Attorneys Matthew P. Connelly and John D. Fitzpatrick terminated as counsel for defendant Ocwen Loan Servicing, LLC. The motion hearing set for 5/31/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 05/29/2007) |
| 05/29/2007 | 793 | MOTION by Defendants ACC Capital Holdings Corporation, AMC Mortgage Services, Inc., Ameriquest Mortgage Company to reassign case *DEFENDANTS' MOTION FOR REASSIGNMENT OF RELATED ACTIONS* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Ledsky, Jonathan) (Entered: 05/29/2007) |
| 05/29/2007 | 794 | NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to reassign case, 793 before Honorable Marvin E. Aspen on 6/5/2007 at 10:30 AM. (Ledsky, Jonathan) (Entered: 05/29/2007) |
| 05/30/2007 | 795 | Notice of Individual Opt-Out of Class Action by Plaintiffs/Individual actions *Troy & Melissa Morgida* (Valach, Anthony) (Entered: 05/30/2007) |
| 05/30/2007 | 796 | Notice of Non-Opposition to Motion for Leave to Amend (Besterfield) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/30/2007) |
| 05/30/2007 | 797 | Notice of Non-Opposition to Motion for Leave to Amend (Blackburn) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/30/2007) |
| 05/30/2007 | 798 | Notice of Non-Opposition to Motion for Leave to Amend (Lurry-Payne) by Town & Country Credit Corporation (LeSage, Bernard) (Entered: 05/30/2007) |
| 05/30/2007 | 799 | Notice of Non-Opposition to Motion for Leave to Amend by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/30/2007) |
| 05/30/2007 | 800 | Notice of Non-Opposition to Motion for Leave to Amend (Magliano) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/30/2007) |
| 05/30/2007 | 801 | Notice of Non-Opposition to Motion for Leave to Amend (Hawkins) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/30/2007) |
| 05/30/2007 | 802 | Notice of Non-Opposition to Motion for Leave to Amend (Kosla) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/30/2007) |
| 05/30/2007 | 803 | Notice of Non-Opposition to Motion for Leave to Amend (Churchill) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/30/2007) |

| 05/30/2007 | 804 | Notice of Non-Opposition to Motion for Leave to Amend (Preimesberger) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/30/2007) |
| 05/30/2007 | 805 | Notice of Non-Opposition to Motion for Leave to Amend (Vincer) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/30/2007) |
| 05/30/2007 | 806 | MOTION by Defendant HSBC Mortgage Services Inc. for joinder *IN DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTION FOR MORE DEFINITE STATEMENT* Associated Cases: 1:05-cv-07097, 1:06-cv-01581(LeSage, Bernard) (Entered: 05/30/2007) |
| 06/01/2007 | 807 | STIPULATION *Regarding Service Of Deposition Notices* (Klein, Gary) (Entered: 06/01/2007) |
| 06/04/2007 | 808 | MINUTE entry before Judge Marvin E. Aspen dated 6/4/07:Plaintiffs are to respond to defendants' motion for reassignment of related cases, 793 on or before 6/19/07. Defendants are to reply by 6/26/07. The motion hearing set for 6/5/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 06/04/2007) |
| 06/04/2007 | 809 | STATUS Report by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/04/2007) |
| 06/05/2007 | 810 | STATUS Report *from Individual Claims Steering Committee* by Plaintiffs/Individual actions (Pizor, Andrew) (Entered: 06/05/2007) |
| 06/05/2007 | 811 | MOTION by Defendant Ameriquest Mortgage Company to dismiss *(Julien)* (LeSage, Bernard) (Entered: 06/05/2007) |
| 06/05/2007 | 812 | MEMORANDUM by Ameriquest Mortgage Company in support of motion to dismiss 811 *(Julien)* (LeSage, Bernard) (Entered: 06/05/2007) |
| 06/05/2007 | 813 | STATUS Report *(Borrower and Non-Borrower Plaintiffs)* by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff (Klein, Gary) (Entered: 06/05/2007) |
| 06/06/2007 | 814 | RESPONSE by Ameriquest Mortgage Company to MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *a Consolidated Fair Credit Reporting Act Complaint* 767 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 06/06/2007) |
| 06/06/2007 | 815 | Notice of Non-Opposition to Motion for Leave to Amend (Balark) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/06/2007) |
| 06/06/2007 | 816 | Notice of Non-Opposition to Motion for Leave to Amend (Burgess) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/06/2007) |
| 06/06/2007 | 817 | Notice of Non-Opposition to Motion for Leave to Amend (Smith) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/06/2007) |
| 06/07/2007 | 818 | ATTORNEY Appearance for Defendant Argent Mortgage Company, LLC by David Edward Dahlquist (Dahlquist, David) (Entered: 06/07/2007) |

| | | |
|---|---|---|
| 06/07/2007 | 822 | MINUTE entry before Judge Morton Denlow : Magistrate Judge Status hearing held and continued to 7/10/2007 at 10:30 AM. Enter order regarding service of deposition notices. Mailed notice (jmp, ) (Entered: 06/11/2007) |
| 06/08/2007 | 819 | JOINT APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT by Wells Fargo Bank N.A. (LeSage, Bernard) (Entered: 06/08/2007) |
| 06/11/2007 | 820 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Amended Complaint* (Attachments: # 1 Exhibit A - original complaint# 2 Exhibit B - Proposed Amended Complaint)Associated Cases: 1:05-cv-07097, 1:06-cv-03125(Pizor, Andrew) (Entered: 06/11/2007) |
| 06/11/2007 | 821 | *Amended Complaint* NOTICE of Motion by Andrew G. Pizor for presentment of motion for leave to file, 820 before Honorable Marvin E. Aspen on 6/19/2007 at 10:30 AM. (Pizor, Andrew) (Entered: 06/11/2007) |
| 06/14/2007 | 823 | RESPONSE by Plaintiffs/Individual actionsin Opposition to MOTION by Defendant Ameriquest Mortgage Company to dismiss *DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTON FOR MORE DEFINITE STATEMENT 785* (Valach, Anthony) (Entered: 06/14/2007) |
| 06/14/2007 | 824 | NOTICE by Plaintiffs/Individual actions re response in opposition to motion, 823 (Valach, Anthony) (Entered: 06/14/2007) |
| 06/14/2007 | 825 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT by Argent Mortgage Company, LLC (Dahlquist, David) (Entered: 06/14/2007) |
| 06/14/2007 | 826 | Notice of Non-Opposition to Motion for Leave to Amend (Fleming) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/14/2007) |
| 06/14/2007 | 827 | Notice of Non-Opposition to Motion for Leave to Amend by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/14/2007) |
| 06/14/2007 | 828 | Notice of Non-Opposition to Motion for Leave to Amend (Miller) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/14/2007) |
| 06/14/2007 | 829 | Notice of Non-Opposition to Motion for Leave to Amend (Hodor) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/14/2007) |
| 06/14/2007 | 830 | Notice of Non-Opposition to Motion for Leave to Amend (Hayden) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/14/2007) |
| 06/14/2007 | 831 | Notice of Non-Opposition to Motion for Leave to Amend (Igaz) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/14/2007) |
| 06/14/2007 | 832 | Notice of Non-Opposition to Motion for Leave to Amend (McKimmy) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/14/2007) |
| 06/15/2007 | 833 | JOINDER OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY IN DEFENDANTS' CONSOLIDATED MOTION TO DISMISS OPT-OUT COMPLAINTS AND MOTION FOR MORE |

| | | |
|---|---|---|
| | | DEFININTE STATEMENT by Deutsche Bank National Trust Company, N.A. (LeSage, Bernard) (Entered: 06/15/2007) |
| 06/18/2007 | 834 | MINUTE entry before Judge Marvin E. Aspen dated 6/18/07:Defendants are to respond to plaintiffs' motion for leave to file amended complaint (820) on or before 7/3/07. Plaintiffs are to reply by 7/13/07. The motion hearing set for 6/19/07 is stricken.Judicial staff mailed notice notice (gl, ) (Entered: 06/18/2007) |
| 06/18/2007 | 835 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams for leave to file *First Amended Class Action Complaint (Borrower Plaintiffs)* (Attachments: # 1 Exhibit A - Borrower Plaintiffs' [Proposed] First Amended Consolidated Class Action Complaint)(Klein, Gary) (Entered: 06/18/2007) |
| 06/18/2007 | 836 | NOTICE of Motion by Gary Edward Klein for presentment of motion for leave to file, 835 before Honorable Marvin E. Aspen on 6/26/2007 at 10:30 AM. (Klein, Gary) (Entered: 06/18/2007) |
| 06/19/2007 | 837 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT by Argent Mortgage Company, LLC (Dahlquist, David) (Entered: 06/19/2007) |
| 06/19/2007 | 838 | Notice of Non-Opposition to Motion for Leave to Amend Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/19/2007) |
| 06/20/2007 | 839 | STIPULATION *STIPULATION RE PRESENTMENT OF MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT* (LeSage, Bernard) (Entered: 06/20/2007) |
| 06/21/2007 | 840 | MOTION by Defendant CitiMortgage, Inc. for joinder *in Defendants' Consolidated Motion to Dismiss Opt-Out Complaints and Motion for More Definite Statement 785* (Bogo-Ernst, Debra) (Entered: 06/21/2007) |
| 06/21/2007 | 841 | NOTICE by Ameriquest Mortgage Company *Notice of Partial Dismissal of First Count* (LeSage, Bernard) (Entered: 06/21/2007) |
| 06/22/2007 | 842 | RESPONSE by Plaintiffs/Individual actionsin Opposition to MOTION by Defendant Ameriquest Mortgage Company to dismiss *(Julien)* 811 (Baird, Charles) (Entered: 06/22/2007) |
| 06/25/2007 | 843 | MINUTE entry before Judge Marvin E. Aspen dated 6/25/07:We hereby waive the Local Rule 5.3(b) presentment requirement. We take the parties' request for a bifurcated docket under advisement; in the interim, we will maintain the current docketing system. Finally, we deny plaintiffs' request that we order defendants to produce a master MDL Case List; attached to this Order is the most recent case list, prepared in accordance with our files. If the parties recognize any errors or omissions in this list, they should promptly file any corrections or additions. The status hearing set for 6/28/07 is reset to 9/13/07 at 10:30 a.m. Judicial staff mailed notice notice (Attachments: # 1) (gl, ) (Entered: 06/25/2007) |
| 06/25/2007 | 844 | MINUTE entry before Judge Marvin E. Aspen dated 6/25/07:Enter |

| | | |
|---|---|---|
| | | Memorandum Opinion and Order: We deny defendants' Motion to dismiss [785 & 786] (other than as to the defective disclosure claims discussed herein) and for a more definite statement. Motion terminated.Judicial staff mailed notice notice (gl, ) (Entered: 06/25/2007) |
| 06/25/2007 | 845 | Enter MEMORANDUM Opinion and Order Signed by Judge Marvin E. Aspen on 6/25/2007:Judicial staff mailed notice notice(gl, ) (Entered: 06/25/2007) |
| 06/25/2007 | 846 | MINUTE entry before Judge Marvin E. Aspen dated 6/25/07:Pursuant to stipulation of the parties, any response in opposition to Borrower plaintiffs' motion for leave to file first amended class action complaint (Dkt. No. 835) is to be filed on or before 7/18/2007 Any reply in support of motion shall be filed by 8/2/2007. The motion hearing set for 6/26/07 is stricken.Judicial staff mailed notice notice (gl, ) (Entered: 06/25/2007) |
| 06/25/2007 | 847 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Amended Complaint* (Attachments: # 1 Exhibit A (original complaint)# 2 Exhibit B (proposed amended complaint))(Pizor, Andrew) (Entered: 06/25/2007) |
| 06/25/2007 | 848 | MINUTE entry before Judge Marvin E. Aspen dated 6/25/07 :We deny defendants motion to dismiss (Dkt. No. 811) (Case 06 C 4037, Julien vs. Ameriquest Mortgage) for the reasons set forth in our Memorandum Opinion and Order denying defendants consolidated motion to dismiss the opt-out complaints (Dkt.No. 845).Judicial staff mailed notice notice (gl, ) (Entered: 06/25/2007) |
| 06/25/2007 | 849 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Amended Complaint* (Attachments: # 1 Exhibit A (original complaint)# 2 Exhibit B (proposed amended complaint))(Pizor, Andrew) (Entered: 06/25/2007) |
| 06/26/2007 | 850 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Amended Complaint* (Attachments: # 1 Exhibit A (original complaint)# 2 Exhibit B (proposed amended complaint))(Pizor, Andrew) (Entered: 06/26/2007) |
| 06/26/2007 | 851 | MINUTE entry before Judge Marvin E. Aspen dated 6/26/07:The Brickers concede their ECOA claim is untimely, and we grant defendants' motion (Dkt. No. 651) with respect to that claim. We deny the remainder of the motion (Dkt. No. 651) for the reasons set forth in our Memorandum Opinion and Order denying defendants' consolidated motion to dismiss the opt-out complaints [Dkt. No. 845]. Motion terminated.Judicial staff mailed notice notice (gl, ) (Entered: 06/26/2007) |
| 06/26/2007 | 852 | STIPULATION of Dismissal *(Gray v. HomEq Servicing Corporation, No. 07-317)* (Gottlieb, Richard) (Entered: 06/26/2007) |
| 06/26/2007 | 853 | STIPULATION of Dismissal *(Heard v. HomEq Servicing Corp., No. 07-119)* (Gottlieb, Richard) (Entered: 06/26/2007) |
| 06/27/2007 | 854 | MINUTE entry before Judge Marvin E. Aspen dated 6/27/07:Pursuant to |

| | | |
|---|---|---|
| | | Federal Rules of Civl Procedure 41(a)(1), all claims against defendant HomEq are dismissed with prejudice in Cases 07 C 119 and 07 C 317 HomeQ Servicing Corp. terminated.Judicial staff mailed notice notice (gl, ) (Entered: 06/27/2007) |
| 06/28/2007 | 855 | Notice of Non-Opposition to Motion for Leave to Amend (Nelson) by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/28/2007) |
| 07/03/2007 | 856 | RESPONSE by Ameriquest Mortgage Company to MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Amended Complaint*MOTION for leave to file 820 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 07/03/2007) |
| 07/05/2007 | 857 | MOTION by Plaintiff Plaintiffs/Individual actions to alter judgment *(Bailey)* (Pizor, Andrew) (Entered: 07/05/2007) |
| 07/05/2007 | 858 | *Defendant Deutsche Bank National Trust Company's* ANSWER to Complaint by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 07/05/2007) |
| 07/05/2007 | 859 | THIRD party complaint by Ameriquest Mortgage Company against Trans Union LLC, Trans Union Corporation, Choicepoint Precision Marketing, Inc., Equifax Credit Information Services, Inc., Equifax Marketing Services.(LeSage, Bernard) (Entered: 07/05/2007) |
| 07/06/2007 | 860 | STIPULATION *AND REQUEST TO CONTINUE JULY 10, 2007 STATUS CONFERENCE* (LeSage, Bernard) (Entered: 07/06/2007) |
| 07/06/2007 | 861 | MEMORANDUM by Mary Hall in Opposition to motion for joinder 840 (Valach, Anthony) (Entered: 07/06/2007) |
| 07/06/2007 | 862 | NOTICE by Mary Hall re memorandum in opposition to motion 861 *Notice of Filing of Memorandum in Opposition to Defendant CitiMortgage's Motion for Joinder* (Valach, Anthony) (Entered: 07/06/2007) |
| 07/06/2007 | 863 | *Defendant HSBC Mortgage Services, Inc's* ANSWER to Complaint *and Affirmative Defenses to First Amended Complaint* by HSBC Mortgage Services Inc.(LeSage, Bernard) (Entered: 07/06/2007) |
| 07/06/2007 | 864 | *Defendant HSBC Mortgage Services, Inc.* ANSWER to Complaint *and Affirmative Defenses* by HSBC Mortgage Services Inc.(LeSage, Bernard) (Entered: 07/06/2007) |
| 07/09/2007 | 865 | MINUTE entry before Judge Morton Denlow :Status hearing reset for 8/16/2007 at 10:30 AM. on recquest of the parties. Status hearing set for 7/10/07 is stricken.Mailed notice (dmk, ) (Entered: 07/09/2007) |
| 07/09/2007 | 866 | Notice of Continued Hearing Date by Ameriquest Mortgage Company *(July 10, 2007 Hearing continued to August 16, 2007)* (LeSage, Bernard) (Entered: 07/09/2007) |
| 07/10/2007 | 867 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Amended Complaint, Instanter (DUNCAN, et al)* (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A - original complaint# 2 Exhibit B - amended complaint)(Pizor, Andrew) (Entered: 07/10/2007) |
| 07/10/2007 | 868 | *Defendant CitiFinancial Mortgage Company's* ANSWER to Complaint *and Affirmative Defenses* by CitiMortgage, Inc.(LeSage, Bernard) (Entered: 07/10/2007) |
| 07/10/2007 | 869 | *DEFENDANT CITIFINANCIAL MORTGAGE COMPANY'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES* by CitiMortgage, Inc. (LeSage, Bernard) (Entered: 07/10/2007) |
| 07/10/2007 | 870 | THIRD PARTY SUMMONS Issued 5 originals and 5 copies as to Third Party Defendants Trans Union LLC, Trans Union Corporation, Choicepoint Precision Marketing, Inc., Equifax Credit Information Services, Inc., Equifax Marketing Services. (jmp, ) (Entered: 07/11/2007) |
| 07/11/2007 | 871 | *Deutsche Bank National Trust Company* ANSWER to Complaint *and Affirmative Defenses* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 07/11/2007) |
| 07/11/2007 | 872 | *Deutsche Bank National Trust Company* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 07/11/2007) |
| 07/11/2007 | 873 | *Deutsche Bank National Trust Company* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 07/11/2007) |
| 07/11/2007 | 874 | *Deutsche Bank National Trust Company* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 07/11/2007) |
| 07/11/2007 | 875 | *Deutsche Bank National Trust Company* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 07/11/2007) |
| 07/12/2007 | 876 | MOTION by Defendants ACC Capital Holdings Corporation, Argent Mortgage Company, LLC to reassign case *of related action* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Ledsky, Jonathan) (Entered: 07/12/2007) |
| 07/12/2007 | 877 | NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to reassign case 876 before Honorable Marvin E. Aspen on 7/19/2007 at 10:30 AM. (Ledsky, Jonathan) (Entered: 07/12/2007) |
| 07/13/2007 | 878 | NOTICE by Argent Mortgage Company, LLC *OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT (JILES)* (Dahlquist, David) (Entered: 07/13/2007) |
| 07/13/2007 | 879 | NOTICE by Argent Mortgage Company, LLC *OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT (MANIER)* (Dahlquist, David) (Entered: 07/13/2007) |
| 07/13/2007 | 880 | Notice of Non-Opposition to Rosemon Motion for Leave to Amend Complaint by Ameriquest Mortgage Company (LeSage, Bernard) |

| | | |
|---|---|---|
| | | (Entered: 07/13/2007) |
| 07/13/2007 | 881 | NOTICE of Non-Opposition to King Smith Motion for Leave to Amend Complaint by Town & Country Credit Corporation (LeSage, Bernard) (Entered: 07/13/2007) |
| 07/13/2007 | 882 | NOTICE of Non-Opposition to Davis Motion for Leave to Amend Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/13/2007) |
| 07/13/2007 | 883 | NOTICE of Non-Opposition to Walker Motion for Leave to Amend Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/13/2007) |
| 07/13/2007 | 884 | NOTICE of Non-Opposition to Luedtke Motion for Leave to Amend Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/13/2007) |
| 07/13/2007 | 885 | NOTICE of Non-Opposition to Mills Motion for Leave to Amend Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/13/2007) |
| 07/16/2007 | 886 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Second Amended Complaint - Instanter (Damm)* (Attachments: # 1 Exhibit A - First Amended Complaint# 2 Exhibit B - Second Amended Complaint) (Pizor, Andrew) (Entered: 07/16/2007) |
| 07/17/2007 | 887 | NOTICE of Non-Opposition to Karlin Motion for Leave to File Amended Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/17/2007) |
| 07/17/2007 | 888 | NOTICE of Non-Opposition to Patterson Motion for Leave to File Amended Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/17/2007) |
| 07/17/2007 | 889 | NOTICE of Non-Opposition to Addison Motion for Leave to File Amended Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/17/2007) |
| 07/17/2007 | 890 | NOTICE of Non-Opposition to McGowan Motion for Leave to File Amended Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/17/2007) |
| 07/17/2007 | 891 | NOTICE of Non-Opposition to Britt Motion for Leave to File Amended Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/17/2007) |
| 07/17/2007 | 892 | NOTICE of Non-Opposition to Bumpers Motion for Leave to File Amended Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/17/2007) |
| 07/17/2007 | 893 | NOTICE of Non-Opposition to Adkins Motion for Leave to File Amended Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/17/2007) |

| 07/17/2007 | 894 | NOTICE of Non-Opposition to Jeffress Motion for Leave to File Second Amended Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/17/2007) |
| 07/17/2007 | 895 | NOTICE of Non-Opposition to Dumas Motion for Leave to File Second Amended Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/17/2007) |
| 07/17/2007 | 896 | STIPULATION regarding motion for leave to file, 835 *FIRST AMENDED COMPLAINT- BRIEFING SCHEDULE* (LeSage, Bernard) (Entered: 07/17/2007) |
| 07/18/2007 | 897 | MINUTE entry before Judge Marvin E. Aspen dated 7/18/07:Plaintiffs are to respond to defendants' motion to reassign case 07 C 3315 as part of MDL 1715 876 on or before 8/2/2007. Defendants are to reply by 8/13/2007. The motion hearing set for 7/19/07 is stricken.Judicial staff mailed notice notice (gl, ) (Entered: 07/18/2007) |
| 07/19/2007 | 898 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Amended Complaint, Instanter, On Consent (Ingham)* (Attachments: # 1 Exhibit A - Original Complaint# 2 Exhibit B - Amended Complaint) (Pizor, Andrew) (Entered: 07/19/2007) |
| 07/19/2007 | 899 | *Defendant WM Specialty Mortgage LLC's* ANSWER to Complaint *Answer and Affirmative Defenses to Amended Cmplaint* by WM Specialty Mortgage LLC, Wm Specialty Mortgage LLC(LeSage, Bernard) (Entered: 07/19/2007) |
| 07/19/2007 | 900 | *Defendant Deutsche Bank National Trust Company's Amended Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 07/19/2007) |
| 07/19/2007 | 901 | NOTICE of Non-Opposition to Bowe Motion for Leave to File Amended Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/19/2007) |
| 07/20/2007 | 902 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT (ALLAN) by Argent Mortgage Company, LLC (Dahlquist, David) (Entered: 07/20/2007) |
| 07/23/2007 | 903 | ATTORNEY Appearance *Alan N. Salpeter* (Salpeter, Alan) (Entered: 07/23/2007) |
| 07/23/2007 | 904 | ATTORNEY Appearance for Defendant Roland Arnall by Vincent P. Schmeltz, III (Schmeltz, Vincent) (Entered: 07/23/2007) |
| 07/23/2007 | 905 | ATTORNEY Appearance for Defendant Roland Arnall by Bradley Ian Schecter (Schecter, Bradley) (Entered: 07/23/2007) |
| 07/23/2007 | 906 | *HSBC MORTGAGE SERVICES, INC ANSWER AND AFFIRMATIVE* ANSWER to Complaint *DEFENSES TO AMENDED COMPLAINT* by HSBC Mortgage Services Inc.(LeSage, Bernard) (Entered: 07/23/2007) |

| | | |
|---|---|---|
| 07/23/2007 | 907 | *Defendant HSBC Mortgage Services, Inc's* ANSWER to Complaint *and Affirmative Defenses to Second Amended Complaint* by HSBC Mortgage Services Inc.(LeSage, Bernard) (Entered: 07/23/2007) |
| 07/23/2007 | 908 | *DEFENDANT CITIFINANCIAL MORTGAGE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT* ANSWER to Complaint *OF PLAINTIFF DANIEL L. VINCER* by CitiFinancial Mortgage Company(LeSage, Bernard) (Entered: 07/23/2007) |
| 07/23/2007 | 909 | *DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT* ANSWER to Complaint *OF PLAINTIFFS LOUIS PASACRETA, ET AL.* by Countrywide Home Loans, Inc.(LeSage, Bernard) (Entered: 07/23/2007) |
| 07/24/2007 | 910 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Amended Complaint (Black)* (Attachments: # 1 Exhibit A - Complaint# 2 Exhibit B - Proposed First Amended Complaint)(Pizor, Andrew) (Entered: 07/24/2007) |
| 07/24/2007 | 911 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams(Emergency) To Compel Compliance With Agreements To Stay Foreclosure (Kavanagh, Shennan) (Entered: 07/24/2007) |
| 07/24/2007 | 912 | MEMORANDUM by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams in support of motion for miscellaneous relief 911 (Kavanagh, Shennan) (Entered: 07/24/2007) |
| 07/24/2007 | 913 | AFFIDAVIT by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams in Support of MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams (Emergency) To Compel Compliance With Agreements To Stay Foreclosure 911 (Kavanagh, Shennan) (Entered: 07/24/2007) |
| 07/24/2007 | 914 | MINUTE entry before Judge Marvin E. Aspen dated 7/24/07: The referral to Magistrate Judge Denlow is enhanced to include Borrower plaintiff, Vaughn Debold's emergency motion to compel compliance with agreements to stay foreclosure.Judicial staff mailed notice notice (gl, ) (Entered: 07/24/2007) |
| 07/24/2007 | 915 | ALIAS Summons Issued 1 original and 1 copy as to Third Party Defendant Equifax Marketing Services. (jmp, ) (Entered: 07/24/2007) |
| 07/24/2007 | 916 | MINUTE entry before Judge Marvin E. Aspen dated 7/24/07:Defendants' motion for reassignment (Dkt. No. 726) of Case No. 07 C 1817, Moore v. Ameriquest Mortgage, et al from the calendar of Judge Manning to the calendar of Judge Aspen as part of MDL Docket No. 1715, is granted. Motion terminated.Judicial staff mailed notice notice (gl, ) (Entered: 07/24/2007) |

| 07/24/2007 | 917 | DECLARATION of Bernard LeSage by Ameriquest Mortgage Company *in Opposition to Borrower Plaintiff, Vaugh Debold's Emergency Motion to Compel Compliance with Agreements to Stay Foreclosure* (LeSage, Bernard) (Entered: 07/24/2007) |
| --- | --- | --- |
| 07/24/2007 | 918 | MINUTE entry before Judge Marvin E. Aspen dated 7/24/07:Defendants' Motion for reassignment of related actions, (07 C 2459 - Coleman v. Ameriquest; 07 C 2460 - McLin v. Ameriquest; and 07 C 2462 - Sims v. Ameriquest) 793 to the calendar of Judge Aspen as part of MDL 1715 is granted. Motion terminated. Judicial staff mailed notice notice (gl, ) (Entered: 07/24/2007) |
| 07/25/2007 | 919 | Notice Of Withdrawal Of Borrower Plaintiff, Vaugh DeBold's Emergency Motion To Compel Compliance With Agreements To Stay Foreclosure by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams (Kavanagh, Shennan) (Entered: 07/25/2007) |
| 07/25/2007 | 920 | MINUTE entry before Judge Marvin E. Aspen dated 7/25/07: We amend our June 25, 2007 decision (Dkt. 845) to reflect our recognition of this correction and provide that Samuel Greene, Jr.'s and Robert Muro's claims are no longer dismissed.Judicial staff mailed notice notice (gl, ) (Entered: 07/25/2007) |
| 07/25/2007 | 921 | ATTORNEY Appearance for Third Party Defendants Equifax Credit Information Services, Inc., Equifax Marketing Services by Bradley J Miller (Miller, Bradley) (Entered: 07/25/2007) |
| 07/25/2007 | 922 | *Defendant WM Specialty Mortgage LLC's Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint (Re: Ernest Burgess, Peggy G. Burgess and Sarah Chaumley v. Ameriquest Mortgage Company, et al.)* by WM Specialty Mortgage LLC(LeSage, Bernard) (Entered: 07/25/2007) |
| 07/25/2007 | 923 | *Defendant HomeQ Servicing Corp's Answer and* ANSWER to Complaint *Affirmative Defenses to Second Amended Complaint (Re: Tregg G. Howze and Wanda L. Howze)* by HomeQ Servicing Corp.(LeSage, Bernard) (Entered: 07/25/2007) |
| 07/25/2007 | 924 | *Defendant Wells Fargo Bank N.A.'s Answer* ANSWER to Complaint *and Affirmative Defenses to Second Amended Complaint (Re: Tregg E. Howze and Wanda L. Howze)* by Wells Fargo Bank N.A.(LeSage, Bernard) (Entered: 07/25/2007) |
| 07/25/2007 | 925 | *Defendant Country Wide Home Loans, Inc.'s Answer and* ANSWER to Complaint *Affirmative Defenses to Amended Complaint (Re: Ernest Burgess, Peggy G. Burgess and Sarah Chaumley)* by Countrywide Home Loans, Inc.(LeSage, Bernard) (Entered: 07/25/2007) |
| 07/26/2007 | 926 | MOTION by Third Party Defendants Equifax Credit Information Services, Inc., Equifax Marketing Services for extension of time *To Respond to Third Party Complaint* (Miller, Bradley) (Entered: 07/26/2007) |

| 07/26/2007 | 927 | NOTICE of Non-Opposition to Equifax's Motion to Enlarge Time to Respond to Third Party Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/26/2007) |
| 07/26/2007 | 928 | *Defendant Wells Fargo Bank N.A.'s Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint (RE: ERNEST BURGESS, PEGGY G. BURGESS and SARAH CHAUMLEY)* by Wells Fargo Bank N.A.(LeSage, Bernard) (Entered: 07/26/2007) |
| 07/27/2007 | 929 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *(McCall)* (Attachments: # 1 Exhibit A - Original Complaint# 2 Exhibit B - Amended Complaint)(Pizor, Andrew) (Entered: 07/27/2007) |
| 07/27/2007 | 930 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *(Mangene)* (Attachments: # 1 Exhibit A - Original Complaint# 2 Exhibit B - Amended Complaint)(Pizor, Andrew) (Entered: 07/27/2007) |
| 07/27/2007 | 931 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *(Veinot)* (Attachments: # 1 Exhibit A - Complaint# 2 Exhibit B - Amended Complaint)(Pizor, Andrew) (Entered: 07/27/2007) |
| 07/27/2007 | 932 | ATTORNEY Appearance for Defendant Roland Arnall by Therese King Nohos (Nohos, Therese) (Entered: 07/27/2007) |
| 07/27/2007 | 933 | AMENDED complaint by Plaintiffs/Individual actions against Ameriquest Mortgage Company *(Coleman)* (Attachments: # 1 Exhibit A)(Baird, Charles) (Entered: 07/27/2007) |
| 07/30/2007 | 934 | MOTION by Defendant Roland Arnall to stay *Roland Arnall's Motion To Postpone Certain Depositions* (Attachments: # 1 Exhibit A-B)(Salpeter, Alan) (Entered: 07/30/2007) |
| 07/30/2007 | 935 | NOTICE of Motion by Alan Norris Salpeter for presentment of motion to stay 934 before Honorable Morton Denlow on 8/1/2007 at 09:15 AM. (Salpeter, Alan) (Entered: 07/30/2007) |
| 07/30/2007 | 936 | *Defendant WM Specialty Mortgage LLC's Answer* ANSWER to Complaint *and Affirmative Defenses to Complaint (Re: Calvin and Dora Brown)* by WM Specialty Mortgage LLC(LeSage, Bernard) (Entered: 07/30/2007) |
| 07/30/2007 | 937 | *Defendant WM Specialty Mortgage, LLC's Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint (Re: Joseph Onesimus and Myra Onesimus)* by Wm Specialty Mortgage LLC(LeSage, Bernard) (Entered: 07/30/2007) |
| 07/30/2007 | 938 | *Defendant WM Specialty Mortgage LLC's Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint (Re: Michael Igaz and Connie Igaz)* by Wm Specialty Mortgage LLC(LeSage, Bernard) (Entered: 07/30/2007) |
| 07/30/2007 | 939 | *Defendant WM Specialty Mortgage LLC's Answer and* ANSWER to Complaint *Affirmative Defenses to Corrected Amended Complaint (RE: James Carter and Evie Carter)* by Wm Specialty Mortgage LLC(LeSage, |

| | | Bernard) (Entered: 07/30/2007) |
|---|---|---|
| 07/30/2007 | 940 | *Defendant Wells Fargo Bank, N.A.'S Answer and* ANSWER to Complaint *Affirmative Defenses to Amended Complaint (RE: Renza Heard and Gloria Heard)* by Wells Fargo Bank N.A.(LeSage, Bernard) (Entered: 07/30/2007) |
| 07/30/2007 | 941 | *Defendant WM Specialty Mortgage, LLC'S Answer and* ANSWER to Complaint *Affirmative Defenses to Amended Complaint (RE: Mary Ann Horne and Ann M. Parker)* by Wm Specialty Mortgage LLC(LeSage, Bernard) (Entered: 07/30/2007) |
| 07/30/2007 | 942 | *Defendant WM Specialty Mortgage LLC'S Answer and* ANSWER to Complaint *Affirmative Defenses to Amended Complaint (RE: James Besterfield)* by Wm Specialty Mortgage LLC(LeSage, Bernard) (Entered: 07/30/2007) |
| 07/30/2007 | 943 | *Defendant Deutsche Bank National Trust's* ANSWER to Complaint *Answer and Affirmative Defenses to Complaint (Re: Eric Smith and Guillermina Yanong)* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 07/30/2007) |
| 07/31/2007 | 944 | MOTION by Defendant Ameriquest Mortgage Company to reassign case *of related action* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Ledsky, Jonathan) (Entered: 07/31/2007) |
| 07/31/2007 | 945 | NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to reassign case 944 before Honorable Marvin E. Aspen on 8/9/2007 at 10:30 AM. (Ledsky, Jonathan) (Entered: 07/31/2007) |
| 07/31/2007 | 946 | ATTORNEY Appearance for Defendant Ameriquest Mortgage Company by Bernard E. LeSage *in Opt-Out Actions* (LeSage, Bernard) (Entered: 07/31/2007) |
| 07/31/2007 | 947 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl WilliamsMotion Pursuant to Local Rule 26.2 for Leave to File Declaration of Marvin A. Miller and Exhibits as a Restricted Document (Miller, Marvin) (Entered: 07/31/2007) |
| 07/31/2007 | 948 | *Notice of Motion Pursuant to Local Rule 26.2 for Leave to File Declaration of Marvin A. Miller and Exhibits as a Restricted Document* NOTICE of Motion by Marvin Alan Miller for presentment of motion for miscellaneous relief, 947 before Honorable Morton Denlow on 8/6/2007 at 09:15 AM. (Miller, Marvin) (Entered: 07/31/2007) |
| 07/31/2007 | 949 | MEMORANDUM by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams in Opposition to motion to stay 934 *Opposition to Non-Party Roland Arnall's Motion to Postpone Depositions [and Stay Discovery]* (Miller, Marvin) (Entered: 07/31/2007) |
| 07/31/2007 | 950 | DECLARATION of Jill Bowman by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, |

| | | |
|---|---|---|
| | | William Tolbert, Cheryl Williams *in Opposition to Arnall's Request to Stay Merits Discovery* (Miller, Marvin) (Entered: 07/31/2007) |
| 07/31/2007 | 951 | DECLARATION of Marvin A. Miller by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *in Opposition to Arnall's Request to Stay Merits Discovery* (Miller, Marvin) (Entered: 07/31/2007) |
| 07/31/2007 | 952 | MOTION by Defendant Ameriquest Mortgage Company for discovery *Motion to Enter Stipulation With Opt-Out Plaintiffs Re: Discovery* (LeSage, Bernard) (Entered: 07/31/2007) |
| 07/31/2007 | 953 | STIPULATION *Stipulation With Opt-Out Plaintiffs Re: Discovery* (LeSage, Bernard) (Entered: 07/31/2007) |
| 07/31/2007 | 954 | Proposed Briefing Schedule Re: Motion to Enter Stipulation With Opt Out Plaintiffs Re: Discovery by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/31/2007) |
| 07/31/2007 | 955 | Consolidated Third-Party Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/31/2007) |
| 07/31/2007 | 957 | ATTORNEY Appearance for Plaintiff Richard A Madrazo by Lori Ann Fanning (jmp, ) (Entered: 08/02/2007) |
| 08/01/2007 | 956 | MINUTE entry before Judge Morton Denlow : Motion hearing held on 8/1/2007. Defendant Roland Arnall's motion to postpone certain depositions 934 is denied without prejudice to Mr. Arnall to seek discovery in the event he remains a defendant in this case. Motion for leave to file declaration of Marvin A. Miller and exhibits as a restricted document 947 is granted as stipulated by the parties. Motion hearing set for 8/6/07 is stricken. Motion to compel compliance with agreements to stay foreclosure 911 is withdrawn.Motions terminated: MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams(Emergency) To Compel Compliance With Agreements To Stay Foreclosure 911 , MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl WilliamsMotion Pursuant to Local Rule 26.2 for Leave to File Declaration of Marvin A. Miller and Exhibits as 947 , MOTION by Defendant Roland Arnall to stay Roland Arnall's Motion To Postpone Certain Depositions 934 Mailed notice (dmk, ) (Entered: 08/01/2007) |
| 08/01/2007 | 964 | ATTORNEY Appearance by Laurie S. Fulton for third-party defendant ChoicePoint Precision Marketing, Inc. (jmp, ) (Entered: 08/02/2007) |
| 08/01/2007 | 965 | ATTORNEY Appearance for Third Party Defendant Choicepoint Precision Marketing, Inc. by Paven Malhotra. (jmp, ) (Entered: 08/03/2007) |
| 08/01/2007 | 966 | ATTORNEY Appearance for Third Party Defendant Choicepoint Precision Marketing, Inc. by Jon R. Fetterolf. (jmp, ) (Entered: |

| | | |
|---|---|---|
| | | 08/03/2007) |
| 08/01/2007 | 967 | UNOPPOSED MOTION by Third Party Defendant Choicepoint Precision Marketing, Inc. for extension of time to respond to Ameriquest Mortgage Co.'s third party complaint 859 . (jmp, ) (Entered: 08/03/2007) |
| 08/01/2007 | 969 | DECLARATION of Marvin A Miller in opposition to Arnall's Request to Stay Merits Discovery; Notice of Filing. (RESTRICTED). (rbf, ) (Entered: 08/03/2007) |
| 08/02/2007 | 958 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Choicepoint Precision Marketing, Inc. on 7/13/2007, answer due 8/2/2007. (Ledsky, Jonathan) (Entered: 08/02/2007) |
| 08/02/2007 | 959 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Equifax Marketing Services on 7/25/2007, answer due 8/14/2007. (Ledsky, Jonathan) (Entered: 08/02/2007) |
| 08/02/2007 | 960 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Equifax Credit Information Services, Inc. on 7/13/2007, answer due 8/2/2007. (Ledsky, Jonathan) (Entered: 08/02/2007) |
| 08/02/2007 | 961 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Trans Union LLC on 7/13/2007, answer due 8/2/2007. (Ledsky, Jonathan) (Entered: 08/02/2007) |
| 08/02/2007 | 962 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Trans Union Corporation on 7/13/2007, answer due 8/2/2007. (Ledsky, Jonathan) (Entered: 08/02/2007) |
| 08/02/2007 | 963 | NOTICE by Marvin Alan Miller of Change of Address (Miller, Marvin) (Entered: 08/02/2007) |
| 08/03/2007 | 968 | *Defendant Deutsche Bank National Trust Company's Amended Answer and* ANSWER to Complaint *Affirmative Defenses to Second Amended Complaint (Re: Eric Smith and Guillermina Yanong)* by Deutsche Bank National Trust Company, N.A.(LeSage, Bernard) (Entered: 08/03/2007) |
| 08/03/2007 | 970 | MINUTE entry before Judge Marvin E. Aspen dated 8/3/07 :Defendants Equifax's Agreed Motion (Dkt. No. 926) for extension of time, up to and including 9/1/07, in which to respond to Ameriquest's Third Party Complaint (Dkt. No. 859) is granted. Motion terminated. Judicial staff mailed notice notice (gl, ) (Entered: 08/03/2007) |
| 08/06/2007 | 971 | *Defendant HomeQ Servicing Corporation's* ANSWER to Complaint *Answer and Affirmative Defenses to Second Amended Complaint (Re: Marlon Manier and Tanya S. Manier)* by HomeQ Servicing Corp. (LeSage, Bernard) (Entered: 08/06/2007) |
| 08/06/2007 | 972 | *Defendant WM Specialty Mortgage, LLC's Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint* by WM Specialty Mortgage, LLC(LeSage, Bernard) (Entered: 08/06/2007) |
| 08/06/2007 | 973 | *Defendant WM Specialty Mortgage LLC's Answer and* ANSWER to |

| | | |
|---|---|---|
| | | Complaint *Affirmative Defenses to Amended Complaint (Re: Mike J. Magliano and Judith Magliano)* by WM Specialty Mortgage, LLC (LeSage, Bernard) (Entered: 08/06/2007) |
| 08/06/2007 | 974 | *Defendant WM Specialty Mortgage LLC's Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint (Re: Norman and Christine Martin)* by WM Specialty Mortgage, LLC(LeSage, Bernard) (Entered: 08/06/2007) |
| 08/06/2007 | 975 | MOTION by Defendants AMC Mortgage Services, Inc., Ameriquest Mortgage Company to reassign case *of Related Actin* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Ledsky, Jonathan) (Entered: 08/06/2007) |
| 08/06/2007 | 976 | NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to reassign case 975 before Honorable Marvin E. Aspen on 8/21/2007 at 10:30 AM. (Ledsky, Jonathan) (Entered: 08/06/2007) |
| 08/08/2007 | 977 | MINUTE entry before Judge Marvin E. Aspen dated 8/8/07:Plaintiff is to respond to defendnat's motion for reassignment of related action (Case No. 07 C 3842, pending before J. Manning) 944 on or before 8/23/2007. Defendants are to reply by 8/30/2007. The motion hearing set for 8/9/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 08/08/2007) |
| 08/08/2007 | 978 | MINUTE entry before Judge Marvin E. Aspen :Choicepoint Precision Marketing, Inc.'s unopposed Motion for extension of time (Dkt. No. 967), up to and including 9/7/07, to respond to Ameriquest Mortgage Co.'s third party complaint is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 08/08/2007) |
| 08/08/2007 | 979 | *DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY NA'S* ANSWER to Complaint *ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT (RE: SONJA DAVIS and DONYA DAVIS)* by Deutsche Bank National Trust Company, N.A.(LeSage, Bernard) (Entered: 08/08/2007) |
| 08/08/2007 | 980 | *DEFENDANT COUNTRYWIDE HOME LOANS, INC'S ANSWER* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT (RE: SONJA DAVIS and DONYA DAVIS)* by Countrywide Home Loans Inc(LeSage, Bernard) (Entered: 08/08/2007) |
| 08/10/2007 | 981 | *Defendant Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Complaint (Re: Patricia and Donald Cooper)* by Deutsche Bank National Trust Company, N.A. (LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 982 | *Defendant Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Complaint (Re: Anthony and Michelle Bricker)* by Deutsche Bank National Trust Company, N.A. (LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 983 | *Defendant Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Complaint (Re: Thomas and Linda Applegate)* by Deutsche Bank National Trust Company, N.A. |

| | | |
|---|---|---|
| | | (LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 984 | *Defendant Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Complaint (Re: Annetter M. Lindsey)* by Deutsche Bank National Trust Company, N.A.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 985 | *Defendant Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint (Re: Janet Diggins)* by Deutsche Bank National Trust Company, N.A.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 986 | *Defendant Deutsche Bank National Trust Company's* ANSWER to Complaint *Answer and Affirmative Defenses to Complaint (Re: Tara and Jonathan Walczak-Daege)* by Deutsche Bank National Trust Company, N.A.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 987 | *Defendant Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *to Plaintiff's Complaint (Re: Ralph Rodriguez and Barbara Chapman)* by Deutsche Bank National Trust Company, N.A.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 988 | *Defendant Deutsche Bank National Trust Company;s Answer* ANSWER to Complaint *and Affirmative Defenses (Re: Vicki Calder)* by Deutsche Bank National Trust Company, N.A.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 989 | *Defendant Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Complaint (RE: Pam Barletta)* by Deutsche Bank National Trust Company, N.A.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 990 | ATTORNEY Appearance *Notice of Appearance by Defendant Countrywide Home Loans, Inc. (Re: John McCall et al)* (LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 991 | ANSWER to Complaint *in Pierce v. Ameriquest et al.* by AMC Mortgage Services, Inc.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 992 | ANSWER to Complaint *in Pierce v. Ameriquest et al.* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 993 | ANSWER to Complaint *in Pierce v. Ameriquest et al.* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 994 | ANSWER to Complaint *Cooper et al v. Ameriquest Mortgage Company et al* by AMC Mortgage Services, Inc.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 995 | ANSWER to Complaint *Cooper et al v. Ameriquest Mortgage Company et al* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 996 | ANSWER to Complaint *Diggins v. Ameriquest et al.* by AMC Mortgage |

| | | |
|---|---|---|
| | | Services, Inc.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 997 | ANSWER to Complaint *Diggins v. Ameriquest et al.* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 998 | ANSWER to Complaint *Diggins v. Ameriquest et al.* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 999 | ANSWER to Complaint *Walczak-Daege v. Ameriquest et al.* by AMC Mortgage Services, Inc.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 1000 | ANSWER to Complaint *Walczak-Daege v. Ameriquest et al.* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/10/2007 | 1001 | ANSWER to Complaint *Walczak-Daege v. Ameriquest et al.* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 08/10/2007) |
| 08/13/2007 | 1002 | Notice of Individual Opt-Out of Class Action by Joseph & Montrea Kite by Plaintiffs/Individual actions (Valach, Anthony) (Entered: 08/13/2007) |
| 08/13/2007 | 1003 | MOTION by Defendant Ameriquest Mortgage Company for protective order *Re Deposition of D. Arnell NOTICE OF PRESENTMENT (Before Judge Delow)* (LeSage, Bernard) (Entered: 08/13/2007) |
| 08/13/2007 | 1004 | MOTION by Defendant Ameriquest Mortgage Company for protective order *Re Deposition of D. Arnall Memorandum of Law (Before Judge Denlow)* (LeSage, Bernard) (Entered: 08/13/2007) |
| 08/13/2007 | 1005 | MOTION by Defendant Ameriquest Mortgage Company for protective order *Declaration of D. Arnel (Before Judge Denlow)* (LeSage, Bernard) (Entered: 08/13/2007) |
| 08/13/2007 | 1006 | MOTION by Defendant Ameriquest Mortgage Company for protective order *Re Deposition of D. Arnall--Declaration of B. Lasege* (LeSage, Bernard) (Entered: 08/13/2007) |
| 08/13/2007 | 1007 | MOTION by Defendant Ameriquest Mortgage Company for protective order *Re Deposition of D. Arnall--Declaration of D. Tiberend* (LeSage, Bernard) (Entered: 08/13/2007) |
| 08/14/2007 | 1008 | Jointly Submitted Stipulated [Proposed] Amended Scheduling Order by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 08/14/2007) |
| 08/14/2007 | 1009 | STATUS Report *(Borrower and Non-Borrower Plaintiffs)* by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff (Klein, Gary) (Entered: 08/14/2007) |
| 08/14/2007 | | (Court only) ***Motions terminated: MOTION by Defendant Ameriquest Mortgage Company for protective order *Re Deposition of D. Arnall--Declaration of D. Tiberend* 1007 , MOTION by Defendant Ameriquest Mortgage Company for protective order *Re Deposition of D. Arnell NOTICE OF PRESENTMENT (Before Judge Delow)* 1003 , MOTION by Defendant Ameriquest Mortgage Company for protective order *Re* |

| | | |
|---|---|---|
| | | *Deposition of D. Arnall--Declaration of B. Lasege* 1006 , MOTION by Defendant Ameriquest Mortgage Company for protective order *Re Deposition of D. Arnall Memorandum of Law (Before Judge Denlow)* 1004 , MOTION by Defendant Ameriquest Mortgage Company for protective order *Declaration of D. Arnel (Before Judge Denlow)* 1005 (jmp, ) (Entered: 08/14/2007) |
| 08/14/2007 | 1010 | STATUS Report *(Before Judge Denlow)* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 08/14/2007) |
| 08/16/2007 | 1012 | MINUTE entry before Judge Morton Denlow : Magistrate Judge Status hearing held and continued to 9/20/2007 at 10:30 AM. Motion hearing held regarding defendants motion for a protective order precluding the deposition of Dawn Arnall. Defendants motion for a protective order precluding the deposition of Dawn Arnall 1006 is granted without prejudice to plaintiff later seeking to depose Dawn Arnall for good cause shown. Enter stipulated amended scheduling order. All fact and expert discovery shall be completed by 3/7/2008. Mailed notice (jmp, ) (Entered: 08/20/2007) |
| 08/16/2007 | 1013 | ENTER Stipulated [Proposed] Amended Scheduling Order Signed by Judge Morton Denlow on 8/16/2007. Mailed notice (jmp, ) (Entered: 08/20/2007) |
| 08/20/2007 | 1011 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Third Amended Complaint (Instanter)* (Attachments: # 1 Exhibit A - Second Amended Complaint# 2 Exhibit B - Proposed Third Amended Complaint) (Pizor, Andrew) (Entered: 08/20/2007) |
| 08/20/2007 | 1014 | MINUTE entry before Judge Marvin E. Aspen dated 8/20/07:Plaintiffs are to respond to defendants' motion to reassign case 07 C 4059, Kite v. Ameriquest, etal, pending before J. Kendall, 975 on or before 9/5/07. Defendants are to reply by 9/13/07. The motion hearing set for 8/21/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 08/20/2007) |
| 08/21/2007 | 1015 | ATTORNEY Appearance for Third Party Defendant Equifax Credit Information Services, Inc. by Stephanie Michelle Zimdahl (Zimdahl, Stephanie) (Entered: 08/21/2007) |
| 08/21/2007 | 1016 | ATTORNEY Appearance for Third Party Defendant Equifax Credit Information Services, Inc. by Robert Eliot Shapiro (Shapiro, Robert) (Entered: 08/21/2007) |
| 08/21/2007 | 1017 | *DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S ANSWER* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO COMPLAINT (Re: Annette M. Lindsey)* by Deutsche Bank National Trust Company, N.A.(LeSage, Bernard) (Entered: 08/21/2007) |
| 08/22/2007 | 1018 | NOTICE of Non-Opposition to McCall to Motion for Leave to Amend Complaint by Ameriquest Mortgage Company (LeSage, Bernard) TEXT HAS BEEN MODIFIED BY CLERK'S OFFICE. Modified on 8/23/2007 (rbf, ). (Entered: 08/22/2007) |
| | | |

| 08/22/2007 | 1019 | NOTICE of Non-Opposition to Damm Motion for Leave to Amend by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 08/22/2007) |
|---|---|---|
| 08/22/2007 | 1020 | MOTION by counsel for Defendant Ameriquest Mortgage Company to withdraw as attorney *certain attorneys* (LeSage, Bernard) (Entered: 08/22/2007) |
| 08/23/2007 | 1021 | Notice of Individual Opt-Out of Class Action by James & Genise Krause & Sherry Pearson by Plaintiffs/Individual actions (Valach, Anthony) (Entered: 08/23/2007) |
| 08/23/2007 | 1022 | NOTICE of Non-Opposition to Defendants' Motion for Reassignment of Related Action by Plaintiffs/Individual actions *Joseph & Montrea Kite* (Valach, Anthony) (Entered: 08/23/2007) |
| 08/23/2007 | 1023 | NOTICE of Non-Opposition to Duncan Motion for Leave to Amend by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 08/23/2007) |
| 08/23/2007 | 1024 | MINUTE entry before Judge Marvin E. Aspen :The status hearing set for 9/13/07, before Judge Aspen, is reset to 9/20/2007 at 10:30 AM.Judicial staff mailed notice (gl, ) (Entered: 08/23/2007) |
| 08/23/2007 | 1025 | MINUTE entry before Judge Marvin E. Aspen dated 8/23/07:Defendants' Motion for reassignment of related action, Case No. 07 C 4059, pending before Judge Kendall, 975 as part of MDL 1715 is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 08/23/2007) |
| 08/24/2007 | 1026 | MOTION by counsel for Plaintiff Plaintiffs/Individual actions to withdraw as attorney (Monteiro, Jeremy) (Entered: 08/24/2007) |
| 08/24/2007 | 1027 | NOTICE of Motion by Jeremy Patrick Monteiro for presentment of motion to withdraw as attorney 1026 before Honorable Marvin E. Aspen on 8/28/2007 at 10:30 AM. (Monteiro, Jeremy) (Entered: 08/24/2007) |
| 08/24/2007 | 1028 | First Amended Consolidated Third-Party Complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 08/24/2007) |
| 08/27/2007 | 1029 | MINUTE entry before Judge Marvin E. Aspen dated 8/27/07:Plaintiff's Motion to withdraw the appearance of Jeremy P. Monteiro as counsel for plaintiff 1026 is granted. Motion terminated. Jeremy P. Monteiro terminated. Daniel A. Edelman, Cathy M. Combs and James O. Latturner will remain as counsel for plaintiff. The motion hearing set for 8/28/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 08/27/2007) |
| 08/27/2007 | 1030 | *Defendant Deutsche Bank National Trust Company's* ANSWER to Complaint *Answer and Affirmative Defenses to Amended Complaint (Re: Edward Smith and Gail Smith)* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 08/27/2007) |
| 08/27/2007 | 1031 | *Defendant Deutsche Bank National Trust Company's Answer and* ANSWER to Complaint *Affirmative Defenses to Amended Complaint (Re: Nile E. Hawkins)* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 08/27/2007) |

| 08/27/2007 | 1032 | *Defendant Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Second Amended Complaint (Re: Steven B. Hodor and Valerie L. Hodor)* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 08/27/2007) |
|---|---|---|
| 08/27/2007 | 1033 | *Defendant Wells Fargo Bank Minnesota, N.A.'s Answer* ANSWER to Complaint *and Affirmative Defenses to Second Amended Complaint (Re: Velma Jean Jiles)* by Wells Fargo Bank N.A.(LeSage, Bernard) (Entered: 08/27/2007) |
| 08/27/2007 | 1034 | *Countrywide Home Loans, Inc.'s Answer* ANSWER to Complaint *and Affirmative Defenses to Second Amended Complaint (Re: Velma Jean Jiles)* by Countrywide Home Loans, Inc.(Countrywide Home Loans, Inc.) (LeSage, Bernard) (Entered: 08/27/2007) |
| 08/27/2007 | 1035 | *Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint (Re: Eric Balark and Michelle McMiller)* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 08/27/2007) |
| 08/27/2007 | 1036 | *Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint (Re: Christopher Clarke and Karie Clark)* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 08/27/2007) |
| 08/27/2007 | 1037 | *Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Complaint (Re: Dale Churchill and Kelley Churchill)* by Deutsche Bank National Trust Company (LeSage, Bernard) (Entered: 08/27/2007) |
| 08/27/2007 | 1038 | *Deutsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint (Re: Nancy Hayden and Terry Hayden)* by Deutsche Bank National Trust Company (LeSage, Bernard) (Entered: 08/27/2007) |
| 08/27/2007 | 1039 | *Defendant Duetsche Bank National Trust Company's Answer* ANSWER to Complaint *and Affirmative Defenses to Complaint (Re: Ernie J. McKimmy and Angelique McKimmy)* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 08/27/2007) |
| 08/27/2007 | 1040 | Notice of Withdrawal of Defendant HSBC Mortgage Services, Inc's Answer to McLin Complaint by HSBC Mortgage Services Inc. *Re: Dwayne McLin and Bridgette McLin* (LeSage, Bernard) (Entered: 08/27/2007) |
| 08/30/2007 | 1041 | *Defendant WM Specialty Mortgage LLC's Answer* ANSWER to Complaint *and Affirmative Defenses to First Amended Complaint (Re: Donald Green and Sharon Green)* by WM Specialty Mortgage LLC (LeSage, Bernard) (Entered: 08/30/2007) |
| 08/30/2007 | 1042 | RESPONSE by Defendant Town & Country Credit Corporation to notice of motion 1027 *DEFENDANTS NOTICE OF NON-OPPOSITION TO PLAINTIFFS MOTION TO WITHDRAW APPEARANCE* (LeSage, |

| | | |
|---|---|---|
| | | Bernard) (Entered: 08/30/2007) |
| 08/30/2007 | 1046 | MINUTE entry before Judge Morton Denlow : Defendant Ameriquest Mortgage Company's motion to enter stipulation with Opt-Out Plaintiff 952 is granted. Any objections to be filed on or by 9/27/2007. Responses due by 10/11/2007. Replies due by 10/25/2007. Enter Order. Mailed notice (jmp, ) (Entered: 09/04/2007) |
| 08/30/2007 | 1047 | ENTER ORDER Signed by Judge Morton Denlow on 8/30/2007. Mailed notice (jmp, ) (Entered: 09/04/2007) |
| 08/31/2007 | 1043 | MOTION by Third Party Defendants Equifax Credit Information Services, Inc., Equifax Marketing Services for leave to file excess pages (Miller, Bradley) (Entered: 08/31/2007) |
| 08/31/2007 | 1044 | MOTION by Third Party Defendants Equifax Credit Information Services, Inc., Equifax Marketing Services to dismiss *Third-Party Complaint* (Miller, Bradley) (Entered: 08/31/2007) |
| 08/31/2007 | 1045 | MEMORANDUM by Equifax Credit Information Services, Inc., Equifax Marketing Services in support of motion to dismiss 1044 *Third-Party Complaint* (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Miller, Bradley) (Entered: 08/31/2007) |
| 09/04/2007 | 1048 | STIPULATION of Dismissal *STIPULATION OF PLAINTIFF AND DEFENDANT DEUTSCHE BANK TO BE BOUND BY JUDGMENT AFFECTING UNDERLYING REAL PROPERTY COLLATERAL; CONDITIONAL DISMISSAL; ORDER THEREON* (LeSage, Bernard) (Entered: 09/04/2007) |
| 09/04/2007 | 1080 | THIRD-PARTY SUMMONS Issued 3 originals and 3 copies as to third-party defendants Fairfield Mortgage, Inc., First American Title Insurance Com;any, Goldmand Gruder & Woods, LLC. (jmp, ) (Entered: 09/14/2007) |
| 09/04/2007 | | (Court only) ***Party Crown Mortgage Corp., and Stewart Title Guaranty Company, and Liberty Title Escrow Company, Inc., and Paradise Financial Services LLC, and Greenwich Mortgage Corp, and Hillard N. Einbinder, and Precision Financial Inc., and American Pioneer Title Insurance Company, and L & S Mortgage LLC, and Old Republic National Title Insurance Company added. (jmp, ) (Entered: 09/14/2007) |
| 09/04/2007 | 1081 | THIRD-PARTY SUMMONS Issued 3 originals and 3 copies as to Third Party Defendants Crown Mortgage Corp., Stewart Title Guaranty Company, Liberty Title Escrow Company, Inc. (jmp, ) (Entered: 09/14/2007) |
| 09/04/2007 | 1082 | THIRD-PARTY SUMMONS Issued 2 originals and 2 copies as to Third Party Defendant Paradise Financial Services LLC. (jmp, ) (Entered: 09/14/2007) |
| 09/04/2007 | 1083 | THIRD-PARTY SUMMONS Issued 2 originals and 2 copies as to Third Party Defendants Greenwich Mortgage Corp, Hillard N. Einbinder. (jmp, ) (Entered: 09/14/2007) |

| 09/04/2007 | 1084 | THIRD-PARTY SUMMONS Issued 2 originals and 2 copies as to Third Party Defendants Precision Financial Inc., American Pioneer Title Insurance Company. (jmp, ) (Entered: 09/14/2007) |
| 09/04/2007 | 1085 | THIRD-PARTY SUMMONS Issued 2 originals and 2 copies as to Third Party Defendants L & S Mortgage LLC, Old Republic National Title Insurance Company. (jmp, ) (Entered: 09/14/2007) |
| 09/04/2007 | 1141 | NOTICE of opting-out of class actions by plaintiffs' counsel Earl P. Underwood, Jr. (jmp, ) (Entered: 09/24/2007) |
| 09/04/2007 | 1673 | Enter stipulation of plaintiff and defendant Deutsche Bank to be bound by judgment affecting underlying real property collaterial; conditional dismissal ORDER. Signed by Judge Marvin E. Aspen on 9/4/2007:Judicial staff mailed notice(gl, ) (Entered: 11/28/2007) |
| 09/05/2007 | 1049 | MOTION to sever *Borrowers' Motion to Sever Pursuant to Fed.R.Civ.P. 21 or, Alternatively, to Order Separate Trials Pursuant to Fed.R.Civ.P. 42 (b) of Defendants' Consolidated Third-Party Complaint* (Miller, Marvin) (Entered: 09/05/2007) |
| 09/06/2007 | 1050 | MINUTE entry before Judge Marvin E. Aspen dated 9/6/07:Plaintiffs' Motion for leave to file 1011 third amended complaint is granted. Motions terminated. Judicial staff mailed notice (gl, ) (Entered: 09/06/2007) |
| 09/06/2007 | 1051 | ANSWER to Complaint *in Maldonado* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 09/06/2007) |
| 09/06/2007 | 1052 | ANSWER to Complaint *in Maldonado* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 09/06/2007) |
| 09/07/2007 | 1053 | NOTICE by Marvin Alan Miller of Change of Address (Miller, Marvin) (Entered: 09/07/2007) |
| 09/07/2007 | 1054 | ANSWER to Complaint *in Rodriguez* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 09/07/2007) |
| 09/07/2007 | 1055 | ANSWER to Complaint *in Rodriguez* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 09/07/2007) |
| 09/07/2007 | 1056 | ANSWER to Complaint *in Rodriguez* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 09/07/2007) |
| 09/07/2007 | 1057 | ANSWER to Complaint *in Strait* by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 09/07/2007) |
| 09/07/2007 | 1058 | ANSWER to Complaint *in Strait* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 09/07/2007) |
| 09/07/2007 | 1059 | ANSWER to Complaint *in Strait* by Ameriquest Mortgage Securities, Inc. (LeSage, Bernard) (Entered: 09/07/2007) |
| 09/07/2007 | 1060 | ANSWER to Complaint *in Mikowski* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 09/07/2007) |

| 09/07/2007 | 1061 | ANSWER to Complaint *in Mikowski* by Ameriquest Mortgage Securities, Inc.(LeSage, Bernard) (Entered: 09/07/2007) |
| 09/07/2007 | 1062 | MOTION by Third Party Defendant Choicepoint Precision Marketing, Inc. to dismiss *Third Party Plaintiff Complaint* (Attachments: # 1 Memorandum# 2 Affidavit Meredith Sidewater# 3 Exhibit Exhibit A# 4 Exhibit Exhibit B)(Fulton, Laurie) (Entered: 09/07/2007) |
| 09/07/2007 | 1063 | Corporate Disclosure Statement by Choicepoint Precision Marketing, Inc. (Fulton, Laurie) (Entered: 09/07/2007) |
| 09/10/2007 | 1064 | MINUTE entry before Judge Marvin E. Aspen dated 9/10/07:The status hearing set for 9/20/07 is reset to 12/20/2007 at 10:30 AM.Judicial staff mailed notice (gl, ) (Entered: 09/10/2007) |
| 09/10/2007 | 1065 | ATTORNEY Appearance for Third Party Defendants Trans Union LLC, Trans Union Corporation by Robert J. Schuckit (Schuckit, Robert) (Entered: 09/10/2007) |
| 09/10/2007 | 1066 | MOTION by Third Party Defendants Trans Union LLC, Trans Union Corporation for extension of time to file answer regarding third party complaint 859 *(Agreed)* (Attachments: # 1 Text of Proposed Order Granting Agreed Motion For Enlargement Of Time To Respond To Complaint)(Schuckit, Robert) (Entered: 09/10/2007) |
| 09/10/2007 | 1067 | STIPULATION *AND ORDER AMENDING DEFENDANT'S NAME (Case No. 07 C 2773, Manier v. Argent Mortgage Company, LLC, et al.)* (Gottlieb, Richard) (Entered: 09/10/2007) |
| 09/10/2007 | 1068 | MOTION by Defendant Ameriquest Mortgage Company to reassign case (LeSage, Bernard) (Entered: 09/10/2007) |
| 09/10/2007 | 1069 | MEMORANDUM by Ameriquest Mortgage Company in support of motion to reassign case 1068 *Memorandum of Law in Support of Motion for Reassignment* (LeSage, Bernard) (Entered: 09/10/2007) |
| 09/10/2007 | 1070 | DECLARATION of Bernard E. LeSage regarding memorandum in support of motion 1069 by Ameriquest Mortgage Company *Declaration of Bernard E. LeSage in Support of Motion for Reassignment* (Attachments: # 1 Exhibit #1)(LeSage, Bernard) (Entered: 09/10/2007) |
| 09/10/2007 | 1071 | NOTICE of Motion by Bernard E. LeSage for presentment of motion to reassign case 1068 before Honorable Marvin E. Aspen on 9/20/2007 at 10:30 AM. (LeSage, Bernard) (Entered: 09/10/2007) |
| 09/10/2007 | 1072 | *Defendant WM Specialty Mortgage LLC's Answer* ANSWER to Complaint *and Affirmative Defenses to Complaint (Re: Michael Bowe)* by WM Specialty Mortgage, LLC(LeSage, Bernard) (Entered: 09/10/2007) |
| 09/11/2007 | 1073 | MINUTE entry before Judge Marvin E. Aspen dated 9/11/07:Any responses to third-party defendant Equifax's motion to dismiss 1044 third-party complaint are to be filed on or before 10/1/2007. Any Replies due by 10/16/2007.Judicial staff mailed notice (gl, ) (Entered: 09/11/2007) |

| | | |
|---|---|---|
| 09/11/2007 | 1074 | MINUTE entry before Judge Marvin E. Aspen dated 9/11/07:Any response(s) to third-party defendant Choicepoint Precision Marketing LLC's motion to dismiss 1062 the complaint of third party plaintiff Ameriquest Mortgage Company are to be filed on or before 10/1/2007. Any Replies due by 10/16/2007.Judicial staff mailed notice (gl, ) (Entered: 09/11/2007) |
| 09/12/2007 | 1075 | MOTION by Third Party Defendant Northwest Title and Escrow Corporation for summary judgment (Attachments: # 1 proposed judgment) (Hunter, Christopher) (Entered: 09/12/2007) |
| 09/12/2007 | 1076 | MEMORANDUM of Law in Support of Motion for Summary Judgment (Attachments: # 1 Excerpts from Deposition of Plaintiff, Cindy Derda# 2 Exhibit Exhibits of Cindy Derda's Deposition, attached hereto# 3 Excerpts from Deposition of Nate Hufker)(Hunter, Christopher) (Entered: 09/12/2007) |
| 09/12/2007 | 1077 | MINUTE entry before Judge Marvin E. Aspen dated 9/12/07: The Court has set this matter for a status hearing on 12/20/07, at 10:30 a.m. The parties are to be prepared to report, to the Court, their resolution of issues pertaining to mediation, including whether they have agreed to proceed, the timing and format of any mediation, and the arrangements for sharing the associated costs.Judicial staff mailed notice (gl, ) (Entered: 09/12/2007) |
| 09/12/2007 | 1078 | STATEMENT by Third Party Defendant Northwest Title and Escrow Corporationin Support of MOTION by Third Party Defendant Northwest Title and Escrow Corporation for summary judgment 1075 of Uncontroverted Facts in Support of Motion for Summary Judgment (Hunter, Christopher) (Entered: 09/12/2007) |
| 09/12/2007 | 1086 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ameriquest Mortgage Securities, Inc. by Joanne N. Davies; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 103 11698. (jmp, ) (Entered: 09/14/2007) |
| 09/13/2007 | 1079 | CORRECTED CAPTION FOR FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company, Argent Mortgage Company, LLC 1028 (Dahlquist, David) (Entered: 09/13/2007) |
| 09/13/2007 | 1087 | NOTICE OF CORRECTION: The incorrect document (PDF file) was linked to the entry. The text of the entry has been edited and the PDF file has been replaced. Mailed notice (jmp, ) (Entered: 09/17/2007) |
| 09/13/2007 | | (Court only) ***Party Allied Home Mortgage Capital Corp. added. (cdy, ) (Entered: 10/05/2007) |
| 09/14/2007 | 1088 | THIRD-PARTY SUMMONS Issued 1 original and 1 copy as to Chicago Title Company. (jmp, ) (Entered: 09/17/2007) |
| 09/14/2007 | 1089 | THIRD-PARTY SUMMONS Issued 5 originals and 5 copies as to Dey Smith & Collier LLC Heights Title Agency, Inc., Law Offices of Joseph J. |

|  |  | D'Agostino, Jr., MacKinnon & Tavano, Perrotta, Cahn & Prieto, P.C. (jmp, ) (Entered: 09/17/2007) |
|---|---|---|
| 09/14/2007 | 1090 | THIRD-PARTY SUMMONS Issued 4 Originals and 4 copies as to Texas Nations Title Agency, Inc., 5 Star Financial Inc., A American Financial Group,. Inc., Absolute Title Services, Inc. (jmp, ) (Entered: 09/17/2007) |
| 09/14/2007 | 1091 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to Access Title, LLC, Ace Mortgage Funding, Inc., ACRO Mortgage LLC, Advantage Equity Services, Inc. Advisor Mortgage LLC.(jmp, ) (Entered: 09/17/2007) |
| 09/14/2007 | 1092 | THIRD-PARTY SUMMONS Issued as 3 originals and 3 copies to Alpha Mortgage Lending, American Elite Financial Inc., American Residential Mortgage. (jmp, ) (Entered: 09/17/2007) |
| 09/14/2007 | 1093 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to American Mortgage Corporation Amstar Mortgage Corp., Archer Lend Title, Inc., B & P Mortgage, Inc. (jmp, ) (Entered: 09/17/2007) |
| 09/14/2007 | 1094 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to Bankers Title & Escrow Agency, Inc., Battersby Title, Inc., Beacon Mortgage Services, LLC, BLS Funding Corp. (jmp, ) (Entered: 09/17/2007) |
| 09/14/2007 | 1095 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to CBC Companies, Chicago Mortgage Acceptance, Chicago Title of Michigan, Choice Title Agency, Inc. (jmp, ) (Entered: 09/17/2007) |
| 09/14/2007 | 1096 | THIRD-PARTY SUMMONS Issued 5 originals and 5 copies as to Cislo Title Company, Citywide Mortgage Pros, Inc. Citywide Title Corporation, Classic Home Mortgage Corp., Colonial Title & Escrow Inc. (jmp, ) (Entered: 09/17/2007) |
| 09/14/2007 | 1097 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to Commonwealth Land Title Insurance Company, Direct Banc Mortgage LLC, Dream House Mortgage Corp., Eden Rock Mortgage Corp. (jmp, ) (Entered: 09/17/2007) |
| 09/14/2007 | 1098 | THIRD-PARTY SUMMONS Issued 5 originals and 5 copies as to Eldridge Mortgage Company Inc., Envision Mortgage Solutions Inc., Equity Solutions Inc., BW Mortgage Company, Fairway Financial Group LLC (jmp, ) (Entered: 09/17/2007) |
| 09/17/2007 | 1099 | ATTORNEY Appearance for Defendant Ameriquest Mortgage Company by Bernard E. LeSage *Joanne N. Davies Appearance* (LeSage, Bernard) (Entered: 09/17/2007) |
| 09/17/2007 | 1100 | MOTION by Defendant WM Specialty Mortgage, LLCUnopposed Motion to Recaption (Green, et al. v. Ameriquest Mortgage Company, et al., Case No. 06-6945) (LeSage, Bernard) (Entered: 09/17/2007) |
| 09/17/2007 | 1101 | NOTICE of Motion by Bernard E. LeSage for presentment of motion for miscellaneous relief 1100 before Honorable Marvin E. Aspen on |

| | | |
|---|---|---|
| | | 9/20/2007 at 10:30 AM. (LeSage, Bernard) (Entered: 09/17/2007) |
| 09/18/2007 | 1102 | MOTION by Defendant Ameriquest Mortgage Company for discovery *MOTION FOR LEAVE TO PROPOUND ADDITIONAL INTERROGATORIES AND FOR 60-DAY EXTENSION OF DISCOVERY CUT-OFF DATE OR COURT ORDER OBLIGING CLASS PLAINTIFFS TO PROVIDE MEANINGFUL RESPONSES TO DEFENDANTS PENDING DISCOVERY REQUESTS BY OCTOBER 1, 2007* (LeSage, Bernard) (Entered: 09/18/2007) |
| 09/18/2007 | 1103 | NOTICE of Motion by Bernard E. LeSage for presentment of motion for discovery, 1102 before Honorable Morton Denlow on 9/20/2007 at 10:00 AM. (LeSage, Bernard) (Entered: 09/18/2007) |
| 09/18/2007 | 1104 | DECLARATION of Bernard LeSage regarding motion for discovery, 1102 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 09/18/2007) |
| 09/18/2007 | 1105 | CERTIFICATE by Ameriquest Mortgage Company Certificate of Service (LeSage, Bernard) (Entered: 09/18/2007) |
| 09/18/2007 | 1106 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff for order *To Preserve Documents* (Attachments: # 1 Exhibit A - Proposed Order)(Klein, Gary) (Entered: 09/18/2007) |
| 09/18/2007 | 1107 | MEMORANDUM by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff in support of motion for order, 1106 *To Preserve Documents* (Klein, Gary) (Entered: 09/18/2007) |
| 09/18/2007 | 1108 | MINUTE entry before Judge Marvin E. Aspen dated 9/18/07:Plaintiffs are to respond to defendants' motion to reassign case number 07 C 3006 as part of MDL 1715 1068 on or before 10/4/07. Defendants are to reply by 10/12/07. The motion hearing set for 9/20/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 09/18/2007) |
| 09/18/2007 | 1109 | MINUTE entry before Judge Marvin E. Aspen :Defendant WM Specialty Mortgage LLC,'s, incorrectly sued as Washington Mutual Bank, motion to recaption, as it relates to Case No. 06 C 6945, is granted. Party WM Specialty Mortgage LLC added. Washington Mutual Bank terminated. Motion terminated. The motion hearing set for 9/20/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 09/18/2007) |
| 09/18/2007 | 1110 | Notice of Non-Opposition to Defendants Motion for Reassignment of Related Action by Melissa Morgida, Troy Morgida (Valach, Anthony) (Entered: 09/18/2007) |
| 09/18/2007 | 1111 | Notice of Individuals Opting-Out of Class Action by Plaintiffs/Individual actions (Valach, Anthony) (Entered: 09/18/2007) |
| 09/18/2007 | 1112 | MEMORANDUM by Ameriquest Mortgage Company in Opposition to motion for order, 1106 (LeSage, Bernard) (Entered: 09/18/2007) |

| 09/18/2007 | 1113 | DECLARATION of Diane Tiberend regarding memorandum in opposition to motion 1112 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 09/18/2007) |
| 09/18/2007 | 1114 | BORROWER AND NON-BORROWER PLAINTIFFS JOINT STATUS REPORT by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff (Geman, Rachel) (Entered: 09/18/2007) |
| 09/18/2007 | 1115 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to Fidelity National Title Insurance Company of New York,., First USA Funding LLC, and Frank J. Manni, Esq. (jmp, ) (Entered: 09/19/2007) |
| 09/18/2007 | 1116 | THIRD-PARTY SUMMONS Issued as to 5 originals and 5 copies on 9/18/2007 as to Freedom Mortgage Team, Inc., Genesis Mortgage Corp., Global Mortgage Inc. Grand Mortgage Corporation, and Great American Mortgage Corp. (jmp, ) (Entered: 09/19/2007) |
| 09/18/2007 | 1117 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to Great Lakes Mortgage Co., LLC, Great Lakes National Mortgage Banc Inc., Great Lakes National Mortgage Co., and Hadlock Law Offices, P.C. (jmp, ) (Entered: 09/19/2007) |
| 09/18/2007 | 1118 | THIRD-PARTY SUMMONS Issued 5 originals and 5 copies as toHamilton Mortgage Co., HWB Inc., Illinois Mortgage Funding Corp., Integrity 1st Mortgage, and Investment Mortgage Group. (jmp, ) (Entered: 09/19/2007) |
| 09/18/2007 | 1119 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to Jones, Damia, Kaufman, Borofsky & DePaul LLC, Lake Front Mortgage Inc. Landsel Title Agency, Inc., Manefield Mortgage Services Inc. (jmp, ) (Entered: 09/19/2007) |
| 09/18/2007 | 1120 | THIRD-PARTY SUMMONS Issued 3 originals and 3 copies as to Law Offices of Borner, Scola Baruti & Vancini P.C., Law Offices of William A. Snider, Law Title Insurance Agency, Inc. (jmp, ) (Entered: 09/19/2007) |
| 09/18/2007 | 1121 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to Medici & Sciacca, P.C., Metropolitan Title Company, Michigan Land Title Agency, Inc., Michigan Title Company (jmp, ) (Entered: 09/19/2007) |
| 09/18/2007 | 1122 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to Michigan Trust Agency, LLC, Midland Title Security, Inc., Midwest Land Title Company, Mortgage Guarantee & Title Company. (jmp, ) (Entered: 09/19/2007) |
| 09/18/2007 | 1123 | THIRD-PARTY SUMMONS Issued 7 originals and 7 copies as to Patriot Title Co., Inc., Mortgage Pros USA, Nationwide Mortgage, Ohio Bar Title Insurance Co., Ohio Lending Solutions, P&L Mortgage, Inc., Pan American Funding Group. (jmp, ) Modified on 10/29/2007 (ea, ). (Entered: 09/19/2007) |
| 09/18/2007 | 1125 | THIRD-PARTY SUMMONS Issued 6 originals and 6 copies as to |

|  |  | Preferred Lending Group, Premier Title & Escrow Co,. Prime Plus Mortgage, Quality Title Agency, Reagle Search & Signature Services, LLC, Republic Title Co. (jmp, ) (Entered: 09/19/2007) |
|---|---|---|
| 09/18/2007 | 1126 | THIRD-PARTY SUMMONS Issued 5 originals and 5 copies as to Supreme Funding Mort. Service Inc., Search2Close of Columbus, LLC, Southern Star Mortgage Corp., Stewart Title Insurance Co., Stewart Title of IL. (jmp, ) (Entered: 09/19/2007) |
| 09/18/2007 | 1127 | THIRD-PARTY SUMMONS Issued 6 originals and 6 copies as to Title Source Inc., Ticor Title Insurance Co., The Mortgage Store, The Mortgage Edge Inc., The Guarantee Title and Trust Co., The Closing Office. (jmp, ) (Entered: 09/19/2007) |
| 09/18/2007 | 1128 | THIRD-PARTY SUMMONS Issued 2 originals and 2 copies as to Kerry A. Summers, Taylor Abstract Company. (jmp, ) (Entered: 09/19/2007) |
| 09/19/2007 | 1124 | MINUTE entry before Judge Marvin E. Aspen dated 9/19/07:Defendant Trans Union, LLC and Trans Union Corporation's agreed motion for enlargement of time to respond to the third-party complaint (Doc. No. 1066) is granted. Motion terminated. Trans Union is granted an extension of time up to and including 10/1/07 to file its response to the third-party complaint.Judicial staff mailed notice (gl, ) (Entered: 09/19/2007) |
| 09/19/2007 | 1129 | DECLARATION of Diane Tiberend regarding memorandum in opposition to motion 1112 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 09/19/2007) |
| 09/19/2007 | 1130 | THIRD-PARTY SUMMONS Issued 5 originals and 5 copies as to Title Works, Inc., Title-Tech Networks, Inc., Top Choice Mortgage LLC, Top Flite Financial Inc., Tower Financial Group Inc. (jmp, ) (Entered: 09/20/2007) |
| 09/19/2007 | 1131 | THIRD-PARTY SUMMONS Issued 5 originals and 5 copies as to Transnation Title Insurance Co., Travis Mortgae LLC, TriUnion Title LLC, Union Mortgage Services of Cleveland Inc. Universal Home LeadingInc. (jmp, ) (Entered: 09/20/2007) |
| 09/19/2007 | 1132 | SUMMONS Issued as to 1 original and 1 copy as to William Hajj Mortgage Co., LLC. (jmp, ) (Entered: 09/20/2007) |
| 09/20/2007 | 1178 | MINUTE entry before Judge Morton Denlow : Magistrate Judge Status hearing held. Motion hearing held. Plaintiffs' motion for entry of a document preservation order is denied without prejudice based on the affidavit that has been presented and discussions taken place in open Court. Defendants' motion for leave to propound additional interrogatories 1102 is granted and Defendant's motion for 60-day extension of discovery cut-off date 1102 is denied without prejudice. Enter Order. Enter Addendum to stipulated Protective Order. Status hearing set for 11/5/2007 at 02:00 PM. Mailed notice (jmp, ) (Entered: 10/04/2007) |
| 09/20/2007 | 1179 | ORDER Signed by Judge Morton Denlow on 10/2/2007, nunc pro tunc to 9/20/2007: Mailed notice (jmp, ) (Entered: 10/04/2007) |
|  |  |  |

| 09/20/2007 | 1181 | ADDENDUM TO STIPULATED PROTECTIVE Order Signed by Judge Morton Denlow 10/2/2007, nunc pro tunc on 9/20/2007: Mailed notice (jmp, ) (Entered: 10/04/2007) |
| --- | --- | --- |
| 09/21/2007 | 1133 | MINUTE entry before Judge Marvin E. Aspen dated 9/21/07:Pursuant to stipulation and order amending defendant HomEq Servicing Corporation's name, defendant's name is hereby changed to Barclays Capital Real Estate Inc., d/b/a HomEq Servicing. Party Barclays Capital Real Estate Inc., d/b/a HomEq Servicing added. Homeq Servicing Corporation terminated.Judicial staff mailed notice (gl, ) (Entered: 09/21/2007) |
| 09/21/2007 | 1134 | Enter Stipulation and ORDER amended defendant's name. Signed by Judge Marvin E. Aspen on 9/21/2007:Judicial staff mailed notice(gl, ) (Entered: 09/21/2007) |
| 09/21/2007 | 1135 | MINUTE entry before Judge Marvin E. Aspen dated 9/21/07:Defendants' Motion for reassignment of Case No. 07 C 3006, Morgida, et al v. Ameriquest Mortgage Co., et al, 1068 as part of MDL 1715, is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 09/21/2007) |
| 09/21/2007 | 1136 | MOTION by Defendant Roland Arnall for leave to file excess pages (Attachments: # 1 Certificate of Service)(Salpeter, Alan) (Entered: 09/21/2007) |
| 09/21/2007 | 1137 | NOTICE of Motion by Alan Norris Salpeter for presentment of motion for leave to file excess pages 1136 before Honorable Marvin E. Aspen on 9/25/2007 at 10:30 AM. (Attachments: # 1 Certificate of Service) (Salpeter, Alan) (Entered: 09/21/2007) |
| 09/21/2007 | 1138 | MOTION by Defendant Roland Arnall to dismiss *Borrowers' First Amended Consolidated Class Action Complaint* (Attachments: # 1 Exhibit Exhibit A)(Salpeter, Alan) (Entered: 09/21/2007) |
| 09/21/2007 | 1139 | MOTION by Defendant Roland Arnall to dismiss *Borrowers' First Amended Consolidated Class Action Complaint* (Attachments: # 1 Certificate of Service)(Salpeter, Alan) (Entered: 09/21/2007) |
| 09/21/2007 | 1140 | MEMORANDUM *In Support Of Roland Arnall's Motion To Dismiss Borrowers' First Amended Class Action Complaint* (Attachments: # 1 Exhibit A)(Salpeter, Alan) (Entered: 09/21/2007) |
| 09/24/2007 | 1142 | THIRD-PARTY SUMMONS Issued 7 originals and 7 copies as to Northwest Title and Escrow, A Title Escrow Company, Inc. Angela Bartucci, Arthur W. Lache., ATM Corporation of America, Avalon Abstract Co., B&S Service LLC.(jmp, ) (Entered: 09/24/2007) |
| 09/24/2007 | 1143 | MINUTE entry before Judge Marvin E. Aspen dated 9/24/07:Any responses to Roland Arnall's motion to dismiss[ 1139] are to be filed on or before 10/26/07. Any replies are to be filed by 11/13/07. Roland Arnall's agreed motion (Doc. No. 1136) for leave to file a thirty-page memorandum in support of his motion to dismiss, granting plaintiffs leave to file a response memorandum of thirty pages in opposition to Arnall's motion to dismiss; and granting Arnall leave to file a reply brief in support |

| | | |
|---|---|---|
| | | of his motion to dismiss of up to twenty pages, is granted. Motion terminated. The motion hearing set for 9/25/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 09/24/2007) |
| 09/24/2007 | 1144 | THIRD-PARTY SUMMONS Issued 7 originals and 7 copies as to Blackstone National Title LLC, Carolyn T. Daley, Cesar Gaitan, Christopher M. Boedefeld, Esq, CloseNet, LLC, Commonwealth Land Title Co., Complete Tile Solutions. (jmp, ) (Entered: 09/24/2007) |
| 09/24/2007 | 1145 | THIRD-PARTY SUMMONS Issued 6 originals and 6 copies as to David Carroll, Devon Title Agency, Dewrell Sacks, LLP, Equity Settlement Services, Inc. Express Financial Services, Fidelity National Title Insurance Co. (jmp, ) (Entered: 09/24/2007) |
| 09/24/2007 | 1146 | THIRD-PARTY SUMMONS Issued 7 originals and 7 copies as to Guadalupe Cruz Jr, Gregory Shaw Esp, General American Corporation, Gail Many, First Merit Settlement Services, First Choice Signing Services, Financial Title Co. (jmp, ) (Entered: 09/24/2007) |
| 09/24/2007 | 1147 | THIRD-PARTY SUMMONS Issued 6 originals and 6 copies as to Holler & Holler LLC, Home Equity Title Services, Inc. Home-Land Title & Abstract Co. Ilene Chapel, Indiana Title Network Co. John Weber & Associates. (jmp, ) (Entered: 09/24/2007) |
| 09/24/2007 | 1148 | MINUTE entry before Judge Marvin E. Aspen dated 9/24/07: Enter Memorandum Opinion and Order: we deny Trevinos motion to dismiss Counts II and III of the Amended Complaint.(Doc. No. 33 in Case No. 06 C 6765 - Skanes v. Ameriquest). Judicial staff mailed notice (gl, ) (Entered: 09/24/2007) |
| 09/24/2007 | 1149 | Enter MEMORANDUM Opinion and Order regarding motion to dismiss (Doc. No. 33) in Case No. 06 C 6765 - Skanes v. Ameriquest). Signed by Judge Marvin E. Aspen on 9/24/2007:Judicial staff mailed notice(gl, ) (Entered: 09/24/2007) |
| 09/24/2007 | 1153 | THIRD-PARTY SUMMONS Issued 5 originals and 5 copies as to Joshua Hiltibidal, LandAmerica Financial Grp, Inc., Law Office of Anthony A. Senerchia, Law Office of Joseph E. Nealon, Law Office of Daniel Nigro. (jmp, ) (Entered: 09/26/2007) |
| 09/24/2007 | 1154 | THIRD-PARTY SUMMONS Issued 5 originals and 5 copies as to Law Office of Gregory Lattanzi, Law Office of Jonathan P. Ash, Law Offices Of Marc D. Foley, Law Office of Morris I. Olmer, Law Title Insurance Co., Inc. (jmp, ) (Entered: 09/26/2007) |
| 09/24/2007 | 1155 | THIRD-PARTY SUMMONS Issued 8 originals and 8 copies as to Lawyers Title Insurance Corp., Lee S. Jacobowitz, Lenders First Choice, Lynn A. Love, Martin M. Hochman, Michael Hogan, Mike Smith, Mortgage Information Service (jmp, ) (Entered: 09/26/2007) |
| 09/24/2007 | 1156 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to National Closing Solutions, National RealEstate Information. Ser. Of New Jersey, National RealEstate Information Service, Nations Title Agency of |

| | | IL. (jmp, ) (Entered: 09/26/2007) |
|---|---|---|
| 09/24/2007 | 1157 | THIRD-PARTY SUMMONS Issued 8 originals and 8 copies as to Resource Title, Roy W. Waller, Schop & Pleskow, Scott Drier, Scott L. Brisco, Nations Title Agency of Michigan, Nations Title Agency of Missouri, New Vision Title. (jmp, ) (Entered: 09/26/2007) |
| 09/24/2007 | 1158 | THIRD-PARTY SUMMONS Issued 8 originals and 8 copies as to Nigro Associates, North American Title Co., Paul D. Boudreau, Placer Title Co., Portony and Green, Residential Title Service, Scott Parkhurst, Shane Delorenze. (jmp, ) (Entered: 09/26/2007) |
| 09/24/2007 | 1159 | THIRD-PARTY SUMMONS Issued 6 originals and 6 copies as to Sheila Dolan, Sierra Title Co. And Cameron and Willacy Counties, Specialty Title Services, Stewart Title of Seattle, Superior Closing Service, Gordon Videll (jmp, ) (Entered: 09/26/2007) |
| 09/24/2007 | 1160 | THIRD-PARTY SUMMONS Issued 3 originals and 3 copies as to Tapalian & Tadros, Tek Title, The Matlusky Firm. (jmp, ) (Entered: 09/26/2007) |
| 09/24/2007 | 1161 | THIRD-PARTY SUMMONS Issued 5 originals and 5copies as to Tia M. Martin, Titleserv, Inc., Towne & Country Land Title Agency, Inc., TranStar National Title, Tri-Source Title Agency, Inc. & Tristar Title, LLC. (jmp, ) (Entered: 09/26/2007) |
| 09/24/2007 | 1162 | THIRD-PARTY SUMMONS Issued 4 originals and 4 copies as to True Title, Inc., Turnkey Title Corporation, Vital Signing, Inc., and William J. Petz. (jmp, ) (Entered: 09/26/2007) |
| 09/25/2007 | 1150 | (Proposed) Order by Argent Mortgage Company, LLC (Attachments: # 1 Exhibit ADDENDUM TO STIPULATED PROTECTIVE ORDER) (Miarecki, Greg) (Entered: 09/25/2007) |
| 09/25/2007 | 1151 | Jointly Submitted Stipulated Proposed Scheduling Order Re: Choicepoints Motion to Dismiss by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 09/25/2007) |
| 09/25/2007 | 1152 | MOTION by Defendant Ameriquest Mortgage Company for leave to file *Reply* (LeSage, Bernard) (Entered: 09/25/2007) |
| 09/26/2007 | 1163 | NOTICE by Wilbert Cooley, Kandee Cooley *of Filing Motion for Tag Along Action and Brief in Support* (Attachments: # 1 Notice of Filing Motion for Tag Along Action# 2 Notice of Filing Brief In Support of Motion for Tag Along Action)(Underwood, Earl) (Entered: 09/26/2007) |
| 09/28/2007 | 1166 | MOTION by counsel for defendant Alpha Mortgage Lending LLC to withdraw as attorney. (jmp, ) (Entered: 10/02/2007) |
| 10/01/2007 | 1164 | ANSWER to Third Party Complaint *and Affirmative Defenses* by Trans Union LLC, Trans Union Corporation(Schuckit, Robert) (Entered: 10/01/2007) |
| 10/01/2007 | 1165 | RESPONSE by Ameriquest Mortgage Companyin Opposition to |

| | | |
|---|---|---|
| | | MOTION by Third Party Defendants Equifax Credit Information Services, Inc., Equifax Marketing Services to dismiss *Third-Party Complaint* 1044 (LeSage, Bernard) (Entered: 10/01/2007) |
| 10/03/2007 | 1167 | AFFIDAVIT of Service filed by ThirdParty Plaintiff Ameriquest Mortgage Company regarding Third Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint and First Amended Consolidated Third-Party Complaint served on Scott Drier on 09/26/07 (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1168 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Cesar Gaitan on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1169 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Michael Hogan on 9/27/2007, answer due 10/17/2007. (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1170 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Law Title Insurance Co., Inc. on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1171 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Nations Title Agency of Illinois, Inc. on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1172 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Northwest Title and Escrow Corporation on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1173 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Residential Title Service on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1174 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Mike Smith on 9/29/2007, answer due 10/19/2007. (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1175 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Specialty Title Services, Inc. on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1176 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to TEK Title, LLC on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1177 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Roy W. Waller on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/03/2007) |
| 10/03/2007 | 1194 | NOTICE of withdrawal of counsel Brendan R. Tupa for plaintiffs Phillip M. Hanson and Janet M. Hanson. (jmp, ) (Entered: 10/04/2007) |
| 10/04/2007 | 1180 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as |

| | | to A American Financial Group, Inc. on 9/25/2007, answer due 10/15/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
|---|---|---|
| 10/04/2007 | 1182 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Stewart Title of IL on 9/26/2007, answer due 10/16/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1183 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Grand Mortgage Corporation on 9/26/2007, answer due 10/16/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1184 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Republic Title Co. on 9/26/2007, answer due 10/16/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1185 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Law Title Insurance Agency, Inc. on 9/25/2007, answer due 10/15/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1186 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Ticor Title Insurance Co. on 9/25/2007, answer due 10/15/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1187 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Absolute Title Services, Inc. on 9/26/2007, answer due 10/16/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1188 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Illinois Mortgage Funding Corp. on 9/25/2007, answer due 10/15/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1189 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Freedom Mortgage Team, Inc. on 9/25/2007, answer due 10/15/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1190 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Envision Mortgage Solutions Inc. on 9/25/2007, answer due 10/15/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1191 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Integrity 1st Mortgage on 9/25/2007, answer due 10/15/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1192 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to P&L Mortgage, Inc. on 9/25/2007, answer due 10/15/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1193 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Citywide Title Corporation on 9/25/2007, answer due 10/15/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |
| 10/04/2007 | 1195 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Investment Mortgage Group on 9/29/2007, answer due 10/19/2007. (Wiegand, Thomas) (Entered: 10/04/2007) |

| | | |
|---|---|---|
| 10/05/2007 | 1196 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Home Equity Title Services, Inc. on 10/2/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/05/2007) |
| 10/05/2007 | 1197 | SUMMONS Returned Unexecuted by Ameriquest Mortgage Company as to Arthur Lachel. (Ledsky, Jonathan) (Entered: 10/05/2007) |
| 10/05/2007 | 1198 | RESPONSE by Ameriquest Mortgage Companyin Opposition to MOTION to sever *Borrowers' Motion to Sever Pursuant to Fed.R.Civ.P. 21 or, Alternatively, to Order Separate Trials Pursuant to Fed.R.Civ.P. 42 (b) of Defendants' Consolidated Third-Party Complaint* 1049 (LeSage, Bernard) (Entered: 10/05/2007) |
| 10/05/2007 | 1199 | ATTORNEY Appearance for Third Party Defendant Allied Home Mortgage Capital Corp. by Daniel Francis Lynch (Lynch, Daniel) (Entered: 10/05/2007) |
| 10/05/2007 | 1200 | ATTORNEY Appearance for Third Party Defendant Allied Home Mortgage Capital Corp. by Henry M. Baskerville (Baskerville, Henry) (Entered: 10/05/2007) |
| 10/08/2007 | 1201 | WAIVER OF SERVICE returned executed by Plaintiffs/Individual actions. WM Specialty Mortgage LLC waiver sent on 8/28/2007, answer due 10/29/2007. (Pizor, Andrew) (Entered: 10/08/2007) |
| 10/09/2007 | 1202 | ATTORNEY Appearance for Defendant Citywide Title Corporation by Jeffrey Robert Platt (Platt, Jeffrey) (Entered: 10/09/2007) |
| 10/09/2007 | 1203 | ATTORNEY Appearance for Defendant Citywide Title Corporation by Maureen Ann Beck (Beck, Maureen) (Entered: 10/09/2007) |
| 10/09/2007 | 1204 | MOTION by Defendant Citywide Title Corporation for extension of time to file answer regarding third party complaint 859 (Platt, Jeffrey) (Entered: 10/09/2007) |
| 10/09/2007 | 1205 | NOTICE of Motion by Jeffrey Robert Platt for presentment of motion for extension of time to file answer, motion for relief 1204 before Honorable Marvin E. Aspen on 10/16/2007 at 10:30 AM. (Platt, Jeffrey) (Entered: 10/09/2007) |
| 10/09/2007 | 1206 | RESPONSE by ThirdParty Plaintiff Ameriquest Mortgage Company to motion for extension of time to file answer, motion for relief 1204 *Non-Opposition to Motion for Extension of Time to Answer* (LeSage, Bernard) (Entered: 10/09/2007) |
| 10/09/2007 | 1207 | RESPONSE by Ameriquest Mortgage Companyin Opposition to MOTION by Third Party Defendant Choicepoint Precision Marketing, Inc. to dismiss *Third Party Plaintiff Complaint* 1062 (LeSage, Bernard) (Entered: 10/09/2007) |
| 10/09/2007 | 1208 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Equixfax Information Services LLC, Equifax Credit Marketing Services by Michael J. Breslin; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 103 41658. (jmp, ) (Entered: 10/10/2007) |

| 10/09/2007 | 1481 | Plaintiffs Paul W. Derda and Cindy K. Derda's MOTION for leave to file their answers to defendant's Northwest's summary judgment motion. (Doc. No. 1290) instanter. (gl, ) (Entered: 10/30/2007) |
| 10/09/2007 | 1482 | Plaintiffs Paul W. Derda and Cindy K. Derda Answer to defendant Northwest Title's motion for summary judgment (Doc. No. 1075). (gl, ) (Entered: 10/30/2007) |
| 10/09/2007 | 1483 | Plaintiffs Paul W. Derda and Cindy K. Derda's MEMORANDUM in Opposition to defendant Northwest Title's motion for summary judgment 1075 (gl, ) (Entered: 10/30/2007) |
| 10/09/2007 | 1484 | Plaintiffs Paul W. Derda and Cindy K. Derda's RESPONSE to defendant Northwest Title's statement of uncontroverted facts. 1078 (gl, ) (Entered: 10/30/2007) |
| 10/10/2007 | 1209 | STIPULATION of Dismissal *OF THE FIRST COUNT BY PLAINTIFFS JUNIOR TERRANCE BLACK AND RENE CAMPBELL AGAINST DEFENDANTS AMERIQUEST MORTGAGE COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY WITH PREJUDICE* (LeSage, Bernard) (Entered: 10/10/2007) |
| 10/11/2007 | 1210 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Financial Title Co. on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1211 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Commonwealth Land Title Co. on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1212 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Lawyers Title Insurance Corp. on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1213 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to New Vision Title on 10/3/2007, answer due 10/23/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1214 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Paul D. Boudreau on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1215 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Superior Closing Services, LLC on 9/29/2007, answer due 10/19/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1216 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to B&S Service LLC on 9/29/2007, answer due 10/19/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1217 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Gordon Videll on 9/29/2007, answer due 10/19/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |

| 10/11/2007 | 1218 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Holler & Holler LLC on 9/29/2007, answer due 10/19/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1219 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Tapalian & Tadros on 10/4/2007, answer due 10/24/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1220 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Nations Title Agency of Michigan on 10/3/2007, answer due 10/23/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1221 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Angela Bartucci on 10/4/2007, answer due 10/24/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1222 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to The Matlusky Firm on 9/27/2007, answer due 10/17/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1223 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Schop & Pleskow on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1224 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Titleserv, Inc. on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1225 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Lee S. Jacobowitz on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1226 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Equity Settlement Services, Inc on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1227 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Home-Land Title & Abstract Co. on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1228 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Nations Title Agency of Missouri on 10/2/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1229 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to A Title Escrow Company, Inc. on 10/2/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1230 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to TranStar National Title on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1231 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Lenders First Choice on 10/1/2007, answer due 10/22/2007. (Ledsky, |

| | | |
|---|---|---|
| | | Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1232 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Fidelity National Title Insurance Co. on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1233 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Devon Title Agency on 10/2/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1234 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Indiana Title Network Co. on 10/5/2007, answer due 10/25/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1235 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Equifax Credit Marketing Services, Equixifax Information Services LLC by Mara McRae; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 107 25015. (jmp, ) (Entered: 10/11/2007) |
| 10/11/2007 | 1236 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Sheila Dolan on 10/3/2007, answer due 10/23/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1237 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to ATM Corporation of America on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1238 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Turnkey Title Corporation on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/11/2007) |
| 10/11/2007 | 1239 | MINUTE entry before Judge Marvin E. Aspen dated 10/11/07:Third party defendant Citywide Title Corporation's Motion (Doc. No. 1204) for extension of time to answer or otherwise plead, up to and including 11/14/07 is granted. Motion terminated. The motion hearing set for 10/16/07 is stricken. Judicial staff mailed notice. notice (gl, ) (Entered: 10/11/2007) |
| 10/11/2007 | 1240 | NOTICE by Arthur Brian Boudin, Dorothy Roberson, Cedric Anthony, Gwendolyn Wilcox, Lee Jackson, Taronya Jackson, Hattie Jones, Harold Howard, Willie May Howard, Roosevelt Harris, Florita Harris, Eddie German, Jennifer Simmons, Ricky Owen, Melinda Owen, Christine Mitchell, Paul Howell, Diane Howell, Chonita Means, Lisa Thomas, Timothy Miller, Angela Miller, Joyce Williams, Mona Ladnier, Martha Artis, Frederick Hunter, Leroy McCraney, Valecia McCraney, William Cook, Melissa Cook, Melvin Barlow, Gloria Barlow, Johnny Moseley, Wanda Moseley, Louis Brown, Lillie Johnson, Derrel Powell, Lynda Powell, Loretta Patterson, Larry Stearley, Nancy Stearley, Richard Poe, Cheryl Poe *Notice of Opting Out of Class Actions* (Underwood, Earl) (Entered: 10/11/2007) |
| 10/11/2007 | 1241 | STIPULATION *EXTENDING TIME FOR THIRD-PARTY DEFENDANT PLACER TITLE COMPANY TO RESPOND TO AMERIQUEST* |

| | | |
|---|---|---|
| | | *MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT* (LeSage, Bernard) (Entered: 10/11/2007) |
| 10/11/2007 | 1242 | THE entry is a duplicate filing of document number 1235. (jmp, ) Modified on 10/25/2007 (jmp, ). (Entered: 10/12/2007) |
| 10/11/2007 | 1448 | NOTICE of Correction regarding application to appear pro hac vice, 1242 . The entry is a duplicate of entry no. 1235. (jmp, ) (Entered: 10/25/2007) |
| 10/12/2007 | 1243 | ATTORNEY Appearance for Third Party Defendant The Matlusky Firm by Carrie A. Durkin (Durkin, Carrie) (Entered: 10/12/2007) |
| 10/12/2007 | 1244 | ATTORNEY Appearance for Third Party Defendant The Matlusky Firm by Bradford Allen LeHew (LeHew, Bradford) (Entered: 10/12/2007) |
| 10/12/2007 | 1245 | MOTION by Third Party Defendant The Matlusky Firm for extension of time *to Answer or Otherwise Plead* (LeHew, Bradford) (Entered: 10/12/2007) |
| 10/12/2007 | 1246 | NOTICE of Motion by Bradford Allen LeHew for presentment of extension of time 1245 before Honorable Marvin E. Aspen on 10/16/2007 at 10:30 AM. (LeHew, Bradford) (Entered: 10/12/2007) |
| 10/12/2007 | 1247 | STIPULATION *JOINT STIPULATION TO EXTEND TIME TO RESPOND* (LeSage, Bernard) (Entered: 10/12/2007) |
| 10/15/2007 | 1248 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Amended Complaint (Bailey, et al)* (Attachments: # 1 Exhibit A - Original Complaint# 2 Exhibit B - Proposed First Amended Complaint)(Pizor, Andrew) (Entered: 10/15/2007) |
| 10/15/2007 | 1249 | ATTORNEY Appearance for Third Party Defendants Trans Union LLC, Trans Union Corporation by William R. Brown (Brown, William) (Entered: 10/15/2007) |
| 10/15/2007 | 1250 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Landsel Title Agency, Inc. on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1251 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Ohio Lending Solutions on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1252 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Reagle Search & Signature Services, LLC on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1253 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Quality Title Agency on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1254 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Heights Title Agency, Inc. on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |

| | | |
|---|---|---|
| 10/15/2007 | 1255 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Bankers Title & Escrow Agency, Inc. on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1256 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Eldridge Mortgage Company Inc. on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1257 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Search2Close of Columbus, LLC on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1258 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Ohio Bar Title Insurance Co. on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1259 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Old Republic National Title Insurance Company on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1260 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Precision Financial Inc. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1261 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Liberty Funding Services, Inc. on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1262 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to BLS Funding Corp. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1263 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Southern Star Mortgage Corp. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1264 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Frank J. Manni on 10/5/2007, answer due 10/25/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1265 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Universal Home Leading Inc. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1266 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Cislo Title Company on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1267 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Title Source Inc. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1268 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Battersby Title, Inc. on 10/3/2007, answer due 10/23/2007. (Wiegand, |

| | | Thomas) (Entered: 10/15/2007) |
|---|---|---|
| 10/15/2007 | 1269 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Classic Home Mortgage Corp. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1270 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Michigan Trust Title Agency, LLC on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1271 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Archer Land Title, Inc. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1272 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Sumner, Kerry A. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1273 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Law Offices of Borner, Scola Baruti & Vancini P.C. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1274 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Nationwide Mortgage, on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1275 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Stewart Title Insurance Co. on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1276 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Fidelity National Title Insurance Company of New York on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1277 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to The Closing Office on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1278 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to First American Title Insurance Company on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1279 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Chicago Title of Michigan on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1280 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Access Title, LLC on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1281 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Mortgage Pros USA on 10/4/2007, answer due 10/24/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1282 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as |

| | | |
|---|---|---|
| | | to Dream House Mortgage Corp. on 10/4/2007, answer due 10/24/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1283 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Liberty Title Escrow Company, Inc. on 10/4/2007, answer due 10/24/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1284 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Greenwich Mortgage Corp on 10/4/2007, answer due 10/24/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1285 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Mortgage Guarantee & Title Company on 10/4/2007, answer due 10/24/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1286 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Fidelity Title and Escrow, Inc. on 10/4/2007, answer due 10/24/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1287 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Tower Financial Group Inc. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1288 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Premier Title & Escrow Co, on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 1289 | MINUTE entry before Judge Marvin E. Aspen dated 12/15/07:Third-party defendant The Matlusky Firm, LLC's motion for an exztension of time to answer or otherwise plead (Doc. No. 1245) to the third-party complaint, up to and including 11/14/07, is granted. Motion terminated. The motion hearing set for 10/16/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 10/15/2007) |
| 10/15/2007 | 1290 | Document Removed pursuant to Court Order. (DUPLICATE FILING) (Hunter, Christopher) (Entered: 10/15/2007) |
| 10/15/2007 | 1291 | Document Removed pursuant to Court Order. (DUPLICATE FILING) (Hunter, Christopher) (Entered: 10/15/2007) |
| 10/15/2007 | 1292 | Document Removed pursuant to Court Order. (DUPLICATE FILING) (Hunter, Christopher) (Entered: 10/15/2007) |
| 10/15/2007 | 1293 | ATTORNEY Appearance for Third Party Defendants Law Title Insurance Co., Inc., Absolute Title Services, Inc., Law Title Insurance Agency, Inc. by David A. Ward (Ward, David) (Entered: 10/15/2007) |
| 10/15/2007 | 1294 | MOTION by Third Party Defendants Law Title Insurance Co., Inc., Absolute Title Services, Inc., Law Title Insurance Agency, Inc. for extension of time (Ward, David) (Entered: 10/15/2007) |
| 10/15/2007 | 1295 | NOTICE of Motion by David A. Ward for presentment of extension of time 1294 before Honorable Marvin E. Aspen on 10/23/2007 at 10:30 AM. (Ward, David) (Entered: 10/15/2007) |
| | | |

| 10/15/2007 | 1296 | NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANT NORTH AMERICAN TITLE COMPANY, INC., WITHOUT PREJUDICE by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/15/2007) |
| 10/15/2007 | 1297 | MOTION by Defendant Wm Specialty Mortgage LLC to reassign case *(Dailey v. Citi Residential Lending, et al., Case No. 07-cv-5426)* (LeSage, Bernard) (Entered: 10/15/2007) |
| 10/15/2007 | 1298 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT TRUE TITLE INC. TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/15/2007) |
| 10/16/2007 | 1299 | MINUTE entry before Judge Marvin E. Aspen dated 10/16/07:Defendants' Motion for reassignment of related action, Case No. 07 C 3843, Holt v. Ameriquest, as part of MDL 1715, pending before Judge Manning, (Doc. No. 944) is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 10/16/2007) |
| 10/16/2007 | 1300 | MINUTE entry before Judge Marvin E. Aspen :Ameriquest's motion for leave to file reply (Doc. No. 1152) to Equifax's motion to dismiss seven days after Equifax files their response in support of their motion is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 10/16/2007) |
| 10/16/2007 | 1301 | MINUTE entry before Judge Marvin E. Aspen dated 10/16/07:Defendants' motion (Doc. No. 876) for reassignment of Case No. 07 C 3315, Swanigan, et al v. Argent Mortgage, et al, pending before J. Filip, as part of MDL-1715, is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 10/16/2007) |
| 10/16/2007 | 1302 | ATTORNEY Appearance for Third Party Defendant Old Republic National Title Insurance Company by Charles Addison Valente (Valente, Charles) (Entered: 10/16/2007) |
| 10/16/2007 | 1303 | ATTORNEY Appearance for Third Party Defendant Old Republic National Title Insurance Company by Charles Addison Valente (Valente, Charles) (Entered: 10/16/2007) |
| 10/16/2007 | 1304 | MINUTE entry before Judge Marvin E. Aspen :Case No. 07 C 95, Howard v. Ameriquest, having been reassigned to the calendar of Judge Aspen as part of MDL 1715, the Defendants' Motion (Doc. No. 403) to reassign case no. 07 C 95, is terminated as granted. Judicial staff mailed notice (gl, ) (Entered: 10/16/2007) |
| 10/16/2007 | 1305 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/16/2007) |
| 10/16/2007 | 1306 | MINUTE entry before Judge Marvin E. Aspen :Defendant Roland Arnell's |

| | | |
|---|---|---|
| | | Motion for leave to file brief in excess pages 1136 having been granted in this court's minute order of 9/24/07, the motion is terminated.Judicial staff mailed notice (gl, ) (Entered: 10/16/2007) |
| 10/16/2007 | 1307 | MINUTE entry before Judge Marvin E. Aspen :Third-party defendant Equifax's motion for leave to file excess pages (Doc. No. 1043) is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 10/16/2007) |
| 10/16/2007 | 1308 | MINUTE entry before Judge Marvin E. Aspen dated 10/16/07: Pursuant to stipulation (Doc. No. 1298),, the time for third-party defendant True Title Inc. to respond to Ameriquest Mortgage Co.'s first amended consoldiated third-party complaint is extended up to and including 11/23/07.Judicial staff mailed notice (gl, ) (Entered: 10/16/2007) |
| 10/16/2007 | 1309 | MINUTE entry before Judge Marvin E. Aspen dated 10/16/07:Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, third party plaintiff Ameriquest Mortgage Company dismisses its first amended consolidated third party complaint with respect to North American Title Company, Inc. only, without prejudice. The parties shall bear their own costs and attorneys' fees. North American Title Co. terminated.Judicial staff mailed notice (gl, ) (Entered: 10/16/2007) |
| 10/16/2007 | 1310 | ATTORNEY Appearance for Third Party Defendants TEK Title, LLC, TEK Title, LLC by Robert Stuart Pinzur (Pinzur, Robert) (Entered: 10/16/2007) |
| 10/16/2007 | 1311 | ATTORNEY Appearance for Third Party Defendants TEK Title, LLC, TEK Title, LLC by Laura E. Cohen (Cohen, Laura) (Entered: 10/16/2007) |
| 10/16/2007 | 1312 | ATTORNEY Appearance for Third Party Defendants TEK Title, LLC, TEK Title, LLC by Megan Laura Kerr (Kerr, Megan) (Entered: 10/16/2007) |
| 10/16/2007 | 1313 | ATTORNEY Appearance for Third Party Defendants TEK Title, LLC, TEK Title, LLC by Brian Scott Brewer (Brewer, Brian) (Entered: 10/16/2007) |
| 10/16/2007 | 1314 | ATTORNEY Appearance for Third Party Defendants TEK Title, LLC, TEK Title, LLC by Brian R Merfeld (Merfeld, Brian) (Entered: 10/16/2007) |
| 10/16/2007 | 1315 | MOTION by Third Party Defendants TEK Title, LLC, TEK Title, LLC for extension of time to file answer regarding other 1028 *Or Otherwise Plead* (Attachments: # 1 Exhibit A)(Brewer, Brian) (Entered: 10/16/2007) |
| 10/16/2007 | 1316 | NOTICE of Motion by Brian Scott Brewer for presentment of motion for extension of time to file answer, motion for relief 1315 before Honorable Marvin E. Aspen on 10/23/2007 at 10:30 AM. (Brewer, Brian) (Entered: 10/16/2007) |
| 10/16/2007 | 1317 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT ALLIED HOME MORTGAGE TO RESPOND TO ARGENT MORTGAGE COMPANYS FIRST AMENDED |

| | | |
|---|---|---|
| | | CONSOLIDATED THIRD-PARTY COMPLAINT by Allied Home Mortgage Capital Corp. (Lynch, Daniel) (Entered: 10/16/2007) |
| 10/16/2007 | 1318 | ATTORNEY Appearance for Third Party Defendant A American Financial Group, Inc. by Timothy V. Hoffman (Hoffman, Timothy) (Entered: 10/16/2007) |
| 10/16/2007 | 1319 | MOTION by Third Party Defendant A American Financial Group, Inc. for extension of time to file answer *or otherwise plead* (Hoffman, Timothy) (Entered: 10/16/2007) |
| 10/16/2007 | 1320 | *A American Financial Group, Inc.'s* NOTICE of Motion by Timothy V. Hoffman for presentment of motion for extension of time to file answer 1319 before Honorable Marvin E. Aspen on 10/23/2007 at 10:30 AM. (Hoffman, Timothy) (Entered: 10/16/2007) |
| 10/16/2007 | 1321 | ATTORNEY Appearance for Third Party Defendants Stewart Title Guaranty Company, Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of Seattle, Defendants Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of Seattle by Anna C. Schumaker (Schumaker, Anna) (Entered: 10/16/2007) |
| 10/16/2007 | 1322 | ATTORNEY Appearance for Third Party Defendants Stewart Title Guaranty Company, Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of Seattle, Defendants Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of Seattle by Gerard David Kelly (Kelly, Gerard) (Entered: 10/16/2007) |
| 10/16/2007 | 1323 | ATTORNEY Appearance for Third Party Defendants Stewart Title Guaranty Company, Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of Seattle, Defendants Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of Seattle by Michael Christian Andolina (Andolina, Michael) (Entered: 10/16/2007) |
| 10/16/2007 | 1324 | MOTION by Third Party Defendants Stewart Title Guaranty Company, Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of Seattle, Defendants Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of Seattle for extension of time to file answer *or Otherwise Plead to Third-Party Complaint* (Schumaker, Anna) (Entered: 10/16/2007) |
| 10/16/2007 | 1325 | NOTICE of Motion by Anna C. Schumaker for presentment of motion for extension of time to file answer, 1324 before Honorable Marvin E. Aspen on 10/23/2007 at 10:30 AM. (Schumaker, Anna) (Entered: 10/16/2007) |
| 10/16/2007 | 1326 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT DREAM HOUSE MORTGAGE CORP. TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/16/2007) |
| 10/16/2007 | 1327 | MOTION by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff to compel (Attachments: # |

| | | |
|---|---|---|
| | | 1 Proposed Order)(Kavanagh, Shennan) (Entered: 10/16/2007) |
| 10/16/2007 | 1328 | MEMORANDUM by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams in support of motion to compel 1327 (Kavanagh, Shennan) (Entered: 10/16/2007) |
| 10/16/2007 | 1329 | REPLY by Third Party Defendant Equixifax Information Services LLC to motion to dismiss 1044 (Zimdahl, Stephanie) (Entered: 10/16/2007) |
| 10/16/2007 | 1330 | NOTICE by Equixifax Information Services LLC re reply 1329 (Zimdahl, Stephanie) (Entered: 10/16/2007) |
| 10/16/2007 | 1331 | MINUTE entry before Judge Marvin E. Aspen :The Clerk of the Court is directed to remove the images of Document Nos. 1290, 1291 and 1292 as they are duplicates of Documents Nos. 1075 & 1076). Mailed notice (jmp, ) (Entered: 10/17/2007) |
| 10/16/2007 | 1333 | ANSWER to amended complaint by Eldridge Mortgage Company Inc. (jmp, ) (Entered: 10/17/2007) |
| 10/17/2007 | 1332 | MEMORANDUM by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams, Adolph Peter Kurt Burggraff in support of motion to compel 1327 *(AMENDED)* (Kavanagh, Shennan) (Entered: 10/17/2007) |
| 10/17/2007 | 1334 | ATTORNEY Appearance (Lachmann, Peter) (Entered: 10/17/2007) |
| 10/17/2007 | 1335 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT VITAL SIGNING INC. TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/17/2007) |
| 10/17/2007 | 1336 | ATTORNEY Appearance for Third Party Defendant Integrity 1st Mortgage by Richard M. Waris (Waris, Richard) (Entered: 10/17/2007) |
| 10/17/2007 | 1337 | MOTION by Third Party Defendant Integrity 1st Mortgage for extension of time to file answer (Waris, Richard) (Entered: 10/17/2007) |
| 10/17/2007 | 1338 | NOTICE of Motion by Richard M. Waris for presentment of motion for extension of time to file answer 1337 before Honorable Marvin E. Aspen on 10/23/2007 at 10:30 AM. (Waris, Richard) (Entered: 10/17/2007) |
| 10/17/2007 | 1339 | ATTORNEY Appearance for Third Party Defendant Integrity 1st Mortgage by Matthew F Tibble (Tibble, Matthew) (Entered: 10/17/2007) |
| 10/17/2007 | 1340 | ATTORNEY Appearance for Third Party Defendant Integrity 1st Mortgage by James Joseph Sipchen (Sipchen, James) (Entered: 10/17/2007) |
| 10/17/2007 | 1341 | PROPOSED Pretrial Order *re Plaintiffs' Motion for Order Compelling Defendants to Produce Documents* by AMC Mortgage Services, Inc. (Attachments: # 1 Submission of Proposed Order# 2 Certificate of Service Certificate of Service)(LeSage, Bernard) (Entered: 10/17/2007) |

| | | |
|---|---|---|
| 10/17/2007 | 1342 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT ANGELA BARTUCCI TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/17/2007) |
| 10/18/2007 | 1343 | ANSWER to amended complaint by Search2Close of Columbus, LLC (Warren, David) (Entered: 10/18/2007) |
| 10/18/2007 | 1344 | ATTORNEY Appearance for Third Party Defendant National RealEstate Information Service by David Joel Chizewer (Chizewer, David) (Entered: 10/18/2007) |
| 10/18/2007 | 1345 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT TRANSTAR NATIONAL TITLE TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/18/2007) |
| 10/18/2007 | 1346 | ATTORNEY Appearance for Third Party Defendant Residential Title Service, Defendant Residential Title Service by James V. Noonan (Noonan, James) (Entered: 10/18/2007) |
| 10/18/2007 | 1347 | NOTICE by Residential Title Service re attorney appearance 1346 (Noonan, James) (Entered: 10/18/2007) |
| 10/18/2007 | 1348 | ATTORNEY Appearance for Third Party Defendant Residential Title Service, Defendant Residential Title Service by Katherine Marie Donat (Donat, Katherine) (Entered: 10/18/2007) |
| 10/18/2007 | 1349 | NOTICE by Residential Title Service re attorney appearance 1348 (Donat, Katherine) (Entered: 10/18/2007) |
| 10/18/2007 | 1350 | MOTION by Third Party Defendant Residential Title Service for extension of time *to answer or plead* (Noonan, James) (Entered: 10/18/2007) |
| 10/18/2007 | 1351 | NOTICE of Motion by James V. Noonan for presentment of extension of time 1350 before Honorable Marvin E. Aspen on 10/23/2007 at 10:30 AM. (Noonan, James) (Entered: 10/18/2007) |
| 10/19/2007 | 1352 | WAIVER OF SERVICE returned executed by Plaintiffs/Individual actions. WM Specialty Mortgage, LLC waiver sent on 9/21/2007, answer due 11/20/2007. (Pizor, Andrew) (Entered: 10/19/2007) |
| 10/19/2007 | 1353 | MINUTE entry before Judge Marvin E. Aspen dated 10/19/07: Third-party defendant Integrity 1st Mortgage's motion for enlargement of time (Doc. 1337), to and including 11/18/07, to answer or otherwise plead to the first amended third-party complaint, is granted. Motion terminated. The motion hearing set for 10/23/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 10/19/2007) |
| 10/19/2007 | 1354 | MINUTE entry before Judge Marvin E. Aspen :Third-party defendants Law Title Insurance Agency, Inc, Law Title Insurance Company, Inc., and |

| | | |
|---|---|---|
| | | Absolute Title Services, Inc.'s motion for an extension of time to answer or otherwise plead to the third-party complaints, up to and including 11/14/07 is granted. Motion terminated. The motion hearing set for 10/23/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 10/19/2007) |
| 10/19/2007 | 1355 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT GREGORY R. SHAW TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/19/2007) |
| 10/19/2007 | 1356 | ATTORNEY Appearance for Third Party Defendant Home Equity Title Services, Inc. by Anthony C. Campanale (Campanale, Anthony) (Entered: 10/19/2007) |
| 10/19/2007 | 1357 | REPLY by Plaintiff Borrower Plaintiffs to motion to sever 1049 *Borrower and Non-Borrower Plaintiffs' Reply in Support of Their Motion to Sever or Alternatively for Separate Trial* (Miller, Marvin) (Entered: 10/19/2007) |
| 10/22/2007 | 1358 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT ROY W. WALLER TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/22/2007) |
| 10/22/2007 | 1359 | ATTORNEY Appearance for Third Party Defendant A American Financial Group, Inc. by Hector Ledesma (Ledesma, Hector) (Entered: 10/22/2007) |
| 10/22/2007 | 1360 | MOTION by Third Party Defendant Old Republic National Title Insurance Company for extension of time to file answer regarding other 1079 *Third Party Complaint* (Torre, Emily) (Entered: 10/22/2007) |
| 10/22/2007 | 1361 | NOTICE of Motion by Emily Wolf Torre for presentment of motion for extension of time to file answer, motion for relief 1360 before Honorable Marvin E. Aspen on 11/6/2007 at 10:30 AM. (Torre, Emily) (Entered: 10/22/2007) |
| 10/22/2007 | 1362 | MINUTE entry before Judge Marvin E. Aspen dated 10/22/07:Third-party Defendant Residential Title Services, Inc.'s Motion for extension of time to answer or plead, up to and including 11/15/07, (Doc. No. 1360) is granted. Motion terminated. The motion hearing set for 10/23/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 10/22/2007) |
| 10/22/2007 | 1363 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT SPECIALTY TITLE SERVICES, INC. TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/22/2007) |
| 10/22/2007 | 1364 | MINUTE entry before Judge Marvin E. Aspen dated 10/22/07:Third-party defendant, A American Financial Group, Inc.'s Motion for extension of |

| | | |
|---|---|---|
| | | time to answer or otherwise plead, of twenty-one days (11/15/07, 1319 is granted. Motion terminated. The motion hearing set for 10/23/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 10/22/2007) |
| 10/22/2007 | 1365 | MINUTE entry before Judge Marvin E. Aspen dated 10/22/07:Third party-defendant Tek Title, LLC.'s Motion for extension of time to answer or otherwise plead on or before 11/30/07 1315 is granted. Motion terminated. The motion hearing set for 10/23/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 10/22/2007) |
| 10/22/2007 | 1366 | MINUTE entry before Judge Marvin E. Aspen dated 10/22/07:Agreed Motion for extension of time to answer 1324 or otherwise plead in response to third-party complaint until 12/17/07, is granted. Motion terminated/ The motion hearing set for 10/23/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 10/22/2007) |
| 10/22/2007 | 1367 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Deutsche Bank National Trust Company on 9/21/2007, answer due 10/11/2007. (Pizor, Andrew) (Entered: 10/22/2007) |
| 10/22/2007 | 1368 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT TITLESERV. INC. TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/22/2007) |
| 10/22/2007 | 1369 | STIPULATION regarding other 1028 *EXTENDING TIME FOR THIRD PARTY DEFENDANT NATIONAL REAL ESTATE INFORMATION SERVICES TO RESPOND TO AMERIQUEST'S AND ARGENT'S FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT* (Chizewer, David) (Entered: 10/22/2007) |
| 10/22/2007 | 1370 | ATTORNEY Appearance for Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. by Peter R. Wilson (Wilson, Peter) (Entered: 10/22/2007) |
| 10/22/2007 | 1371 | ATTORNEY Appearance for Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. by Jenny R. Leifer (Leifer, Jenny) (Entered: 10/22/2007) |
| 10/22/2007 | 1372 | ATTORNEY Appearance for Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. by Amy Gibson Lum (Lum, Amy) (Entered: 10/22/2007) |
| 10/22/2007 | 1373 | ATTORNEY Appearance for Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. by Timothy J. Patenode (Patenode, Timothy) (Entered: 10/22/2007) |
| 10/22/2007 | 1374 | Rule 7.1 Disclosure STATEMENT by Mortgage Guarantee & Title |

| | | Company (Patenode, Timothy) (Entered: 10/22/2007) |
|---|---|---|
| 10/22/2007 | 1375 | Rule 7.1 Disclosure STATEMENT by Ohio Bar Title Insurance Co. (Patenode, Timothy) (Entered: 10/22/2007) |
| 10/22/2007 | 1376 | Rule 7.1 Disclosure STATEMENT by First American Title Insurance Company (Patenode, Timothy) (Entered: 10/22/2007) |
| 10/22/2007 | 1377 | Rule 7.1 Disclosure STATEMENT by Metropolitan Title Company (Patenode, Timothy) (Entered: 10/22/2007) |
| 10/22/2007 | 1378 | Rule 7.1 Disclosure STATEMENT by Midland Title Security, Inc. (Patenode, Timothy) (Entered: 10/22/2007) |
| 10/22/2007 | 1446 | PRO SE Appearance by Defendant and Third Party Defendant Roy W. Waller. (kw, ) (Entered: 10/25/2007) |
| 10/23/2007 | 1379 | MINUTE entry before Judge Marvin E. Aspen dated 10/23/07: Pursuant to stipulation, all third-party defendants are given an extension of time, up to and including 12/3/07, in which to respond to the First Amended Consolidated Third-Party Complaint.Judicial staff mailed notice (gl, ) (Entered: 10/23/2007) |
| 10/23/2007 | 1380 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT LEE S. JACOBOWITZ TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/23/2007) |
| 10/23/2007 | 1381 | SUR-REPLY by ThirdParty Plaintiff Ameriquest Mortgage Company *In Opposition to Equifax's Motion to Dismiss* (LeSage, Bernard) (Entered: 10/23/2007) |
| 10/23/2007 | 1382 | ATTORNEY Appearance for Third Party Defendant Goldman Gruder & Woods, LLC by Jeanne Marie Hoffmann (Hoffmann, Jeanne) (Entered: 10/23/2007) |
| 10/23/2007 | 1383 | ATTORNEY Appearance for Third Party Defendant Mac Kinnon & Tavano, Defendant Mac Kinnon & Tavano by Joseph B. Carini, III (Carini, Joseph) (Entered: 10/23/2007) |
| 10/23/2007 | 1384 | ATTORNEY Appearance for Third Party Defendant Goldman Gruder & Woods, LLC by Jeanne Marie Hoffmann *Terrence J. Madden Appearance* (Hoffmann, Jeanne) (Entered: 10/23/2007) |
| 10/23/2007 | 1385 | MOTION by Third Party Defendant Mac Kinnon & Tavano, Defendant Mac Kinnon & Tavano for extension of time to file answer regarding other 1028 (Carini, Joseph) (Entered: 10/23/2007) |
| 10/23/2007 | 1386 | NOTICE of Motion by Joseph B. Carini, III for presentment of motion for extension of time to file answer, motion for relief 1385 before Honorable Marvin E. Aspen on 10/30/2007 at 10:30 AM. (Carini, Joseph) (Entered: 10/23/2007) |
| 10/23/2007 | 1387 | ATTORNEY Appearance for Third Party Defendant Portony and Green |

| | | |
|---|---|---|
| | | by Harlene G. Matyas (Matyas, Harlene) (Entered: 10/23/2007) |
| 10/23/2007 | 1388 | ATTORNEY Appearance for Third Party Defendant Hillard N. Einbinder by Gary Thomas Jansen (Attachments: # 1 Certificate of Service)(Jansen, Gary) (Entered: 10/23/2007) |
| 10/23/2007 | 1389 | MOTION by Defendant Portony and Green for extension of time to file answer *Enlargement of Time to File Responsive Pleading* (Matyas, Harlene) (Entered: 10/23/2007) |
| 10/23/2007 | 1390 | ATTORNEY Appearance for Third Party Defendant Hillard N. Einbinder by Nicole D Milos (Attachments: # 1 Certificate of Service)(Milos, Nicole) (Entered: 10/23/2007) |
| 10/23/2007 | 1391 | ATTORNEY Appearance for Third Party Defendant Portony and Green by Sreeram Natarajan (Natarajan, Sreeram) (Entered: 10/23/2007) |
| 10/23/2007 | 1392 | *Enlargement* NOTICE of Motion by Harlene G. Matyas for presentment of motion for extension of time to file answer 1389 before Honorable Marvin E. Aspen on 11/6/2007 at 10:30 AM. (Matyas, Harlene) (Entered: 10/23/2007) |
| 10/23/2007 | 1393 | ATTORNEY Appearance for Third Party Defendant Law Offices of Borner, Scola Baruti & Vancini P.C. by Juanita B. Rodriguez (Rodriguez, Juanita) (Entered: 10/23/2007) |
| 10/23/2007 | 1394 | ATTORNEY Appearance for Third Party Defendant Law Offices of Borner, Scola Baruti & Vancini P.C. by Joseph R. Marconi (Marconi, Joseph) (Entered: 10/23/2007) |
| 10/23/2007 | 1395 | ATTORNEY Appearance for Defendant Michigan Trust Title Agency, LLC by James Kenneth Borcia (Borcia, James) (Entered: 10/23/2007) |
| 10/23/2007 | 1396 | MOTION by ThirdParty Plaintiff Ameriquest Mortgage CompanyMOTION REGARDING CERTAIN CASE MANAGEMENT ISSUES WITH RESPECT TO DEFENDANTS THIRD-PARTY COMPLAINT (LeSage, Bernard) (Entered: 10/23/2007) |
| 10/23/2007 | 1453 | AFFIRMATIVE defenses by third-party defendant Search 2 Close. (jmp, ) (Entered: 10/26/2007) |
| 10/23/2007 | 1454 | ANSWER to First Amended Consolidated Third Party Complaint and affirmative defenses by Search 2 Close. (jmp, ) (Entered: 10/26/2007) |
| 10/23/2007 | 1455 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of First Merit Settlement Services, Inc. by Matthew L. Kurzweg; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 106 50364. (jmp, ) (Entered: 10/26/2007) |
| 10/24/2007 | 1397 | ATTORNEY Appearance for Third Party Defendant Goldman Gruder & Woods, LLC by Terrence J. Madden (Madden, Terrence) (Entered: 10/24/2007) |
| 10/24/2007 | 1398 | Rule 7.1 Disclosure Statement STATEMENT by Search2Close of Columbus, LLC (Warren, David) (Entered: 10/24/2007) |

| 10/24/2007 | 1399 | ATTORNEY Appearance *for Third Party Defendant Tapalian & Tadros, P.C.* (Meckler, Bruce) (Entered: 10/24/2007) |
| 10/24/2007 | 1400 | ATTORNEY Appearance for Third Party Defendant Tapalian & Tadros by Brian J. Williams (Williams, Brian) (Entered: 10/24/2007) |
| 10/24/2007 | 1401 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Law Office of Jonathan P. Ash on 10/3/2007, answer due 10/23/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1402 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Portony and Green on 10/2/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1403 | MOTION by Third Party Defendant Tapalian & Tadros for extension of time *to answer or otherwise plead to First Amended Consolidated Third-Party Complaint* (Williams, Brian) (Entered: 10/24/2007) |
| 10/24/2007 | 1404 | NOTICE of Motion by Brian J. Williams for presentment of extension of time 1403 before Honorable Marvin E. Aspen on 11/6/2007 at 10:30 AM. (Williams, Brian) (Entered: 10/24/2007) |
| 10/24/2007 | 1405 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Vital Signing, Inc. on 9/28/2007, answer due 10/18/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1406 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to True Title, Inc. on 10/2/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1407 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to National Closing Solutions on 10/2/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1408 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Placer Title Co. on 10/2/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1409 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to William J. Petz on 10/3/2007, answer due 10/23/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1410 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to David Carroll on 10/3/2007, answer due 10/23/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1411 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Blackstone National Title LLC on 10/4/2007, answer due 10/24/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1412 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Law Office of Daniel Nigro on 10/3/2007, answer due 10/23/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1413 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to |

| | | |
|---|---|---|
| | | Law Office of Anthony A. Senerchia on 10/5/2007, answer due 10/25/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1414 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Law Office of Joseph E. Nealon on 10/4/2007, answer due 10/24/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1415 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Shaw on 10/8/2007, answer due 10/29/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1416 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Lynne A. Love on 10/14/2007, answer due 11/5/2007. (Ledsky, Jonathan) (Entered: 10/24/2007) |
| 10/24/2007 | 1417 | ATTORNEY Appearance *of Harlene G. Matyas for Timothy P. Kennedy* (Matyas, Harlene) (Entered: 10/24/2007) |
| 10/24/2007 | 1418 | ATTORNEY Appearance for Third Party Defendant Timothy P Kennedy by Sreeram Natarajan (Natarajan, Sreeram) (Entered: 10/24/2007) |
| 10/24/2007 | 1419 | ATTORNEY Appearance for Third Party Defendant Cislo Title Company by Jeffrey Wayne Finke (Finke, Jeffrey) (Entered: 10/24/2007) |
| 10/24/2007 | | (Court only) ***Attorney Joseph E. Nealon for Northwest Title and Escrow Corporation added. (jmp, ) (Entered: 10/26/2007) |
| 10/24/2007 | 1456 | ANSWER to Third Party Complaint by third-party defendant Northwest Title and Escrow Corporation. (jmp, ) (Entered: 10/26/2007) |
| 10/24/2007 | 1467 | ANSWER to First Amended Consolidated Third-Party Complaint by Third-Party Defendant Kerry A. Sumner. (kw, ) (Entered: 10/29/2007) |
| 10/24/2007 | 1468 | ANSWER to First Amended Consolidated Third-Party Complaint by Third-Party Defendant Nationwide Mortgage.(kw, ) (Entered: 10/29/2007) |
| 10/25/2007 | 1420 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Pan American Funding Group on 10/9/2007, answer due 10/29/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1421 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Chicago Title Company on 10/9/2007, answer due 10/29/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1422 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Medici & Sciacca, P.C. on 10/10/2007, answer due 10/30/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1423 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Allied Home Mortgage Capital Corp. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1424 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Amstar Mortgage Corp. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |

| | | |
|---|---|---|
| 10/25/2007 | 1425 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Stewart Title Guaranty Company on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1426 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Hadlock Law Offices, P.C. on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1427 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Equity Solutions Inc. on 10/4/2007, answer due 10/24/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1428 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Taylor Abstract Company on 10/4/2007, answer due 10/24/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1429 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Prime Plus Mortgage on 10/10/2007, answer due 10/30/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1430 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Cross Country Lenders LLC on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1431 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Sette & Bonadies, P.C. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1432 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Fairway Financial Group LLC on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1433 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Fred Sette on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1434 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Hillard N. Einbinder on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1435 | NOTICE by Residential Title Service *filing Rule 7.1 Disclosure Statement* (Noonan, James) (Entered: 10/25/2007) |
| 10/25/2007 | 1436 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Law Offices of Joseph J. D'Agostino, Jr on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1437 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Dey Smith & Collier LLC on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1438 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Jones, Damia, Kaufman, Borofsky & DePaul LLC on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |

| 10/25/2007 | 1439 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Fairfield Mortgage, Inc. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1440 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Desautels, Mahoney & Kohn, LLC on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1441 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Goldman Gruder & Woods, LLC on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1442 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Hamilton Mortgage Co. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1443 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Oxford Home Mortgage LLC on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1444 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to William Hajj Mortgage Co. LLC on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/25/2007) |
| 10/25/2007 | 1445 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by National RealEstate Information Service (Chizewer, David) (Entered: 10/25/2007) |
| 10/25/2007 | 1447 | STIPULATION *Regarding Extention of Deadlines Relating to Plaintiffs' Motion for Leave to File First Amended Class Action Complaint* (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service) (Salpeter, Alan) (Entered: 10/25/2007) |
| 10/25/2007 | 1449 | ATTORNEY Appearance for Third Party Defendant Law Office of Anthony A. Senerchia by Jared Ira Rothkopf (Rothkopf, Jared) (Entered: 10/25/2007) |
| 10/25/2007 | 1450 | ATTORNEY Appearance for Third Party Defendant Law Office of Anthony A. Senerchia by Eric D Kaplan (Kaplan, Eric) (Entered: 10/25/2007) |
| 10/25/2007 | 1451 | ATTORNEY Appearance for Third Party Defendant Travis Mortgae LLC by Dominick W. Savaiano (Savaiano, Dominick) (Entered: 10/25/2007) |
| 10/25/2007 | 1452 | ATTORNEY Appearance for Third Party Defendant Travis Mortgae LLC by Joel B Templeman (Templeman, Joel) (Entered: 10/25/2007) |
| 10/26/2007 | 1457 | ATTORNEY Appearance for Third Party Defendant Search2Close of Columbus, LLC, Defendant Search2Close of Columbus, LLC by David William Warren (Warren, David) (Entered: 10/26/2007) |
| 10/26/2007 | 1458 | ATTORNEY Appearance for Third Party Defendants Sette & Bonadies, P.C., Fred Sette by Linda E. Unger (Unger, Linda) (Entered: 10/26/2007) |
| 10/26/2007 | 1459 | ATTORNEY Appearance for Third Party Defendants Sette & Bonadies, P.C., Fred Sette by Siobhan M. Murphy (Murphy, Siobhan) (Entered: |

| | | |
|---|---|---|
| | | 10/26/2007) |
| 10/26/2007 | 1460 | ATTORNEY Appearance for Third Party Defendant Global Mortgage Inc. by Russell M. Kofoed (Attachments: # 1 Certificate of Service) (Kofoed, Russell) (Entered: 10/26/2007) |
| 10/26/2007 | 1461 | *Third Party defendant Global Mortgage, Inc.* ANSWER to amended complaint by Global Mortgage Inc.(Kofoed, Russell) (Entered: 10/26/2007) |
| 10/26/2007 | 1462 | ATTORNEY Appearance for Third Party Defendant Republic Title Co. by Lee M. Weisz (Weisz, Lee) (Entered: 10/26/2007) |
| 10/26/2007 | 1463 | ATTORNEY Appearance for Third Party Defendant Republic Title Co. by Michael A. Braun (Braun, Michael) (Entered: 10/26/2007) |
| 10/26/2007 | 1464 | MOTION by Third Party Defendants Sette & Bonadies, P.C., Fred Sette for extension of time *to File Responsive Pleading* (Unger, Linda) (Entered: 10/26/2007) |
| 10/26/2007 | 1465 | NOTICE of Motion by Linda E. Unger for presentment of extension of time 1464 before Honorable Marvin E. Aspen on 11/1/2007 at 10:30 AM. (Unger, Linda) (Entered: 10/26/2007) |
| 10/26/2007 | 1476 | MOTION by Third Party Defendant Turnkey Title Corporation for extension of time to respond to Third Party Plaintiff's First Amended Consolidated Third-Party Complaint. (kw, ) (Entered: 10/30/2007) |
| 10/29/2007 | 1466 | MINUTE entry before Judge Marvin E. Aspen dated 10/29/07:Third-party defendant Mackinnon & Tavano, LLC.'s Motion for extension of time to answer and file affirmative defenses or otherwise plead 1385 in response to the third-party plaintiff's first amended consolidated third party complaint, up to and including 11/23/07, is granted. Motion terminated. The motion hearing set for 10/30/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 10/29/2007) |
| 10/29/2007 | 1469 | ATTORNEY Appearance for Third Party Defendant Paul D. Boudreau by Carlos A. Ortiz (Ortiz, Carlos) (Entered: 10/29/2007) |
| 10/29/2007 | 1470 | ATTORNEY Appearance for Third Party Defendant Illinois Mortgage Funding Corp. by Dennis E. Both (Both, Dennis) (Entered: 10/29/2007) |
| 10/29/2007 | 1471 | MOTION by Third Party Defendant Illinois Mortgage Funding Corp. for extension of time (Both, Dennis) (Entered: 10/29/2007) |
| 10/29/2007 | 1472 | NOTICE of Motion by Dennis E. Both for presentment of extension of time 1471 before Honorable Marvin E. Aspen on 10/30/2007 at 10:30 AM. (Both, Dennis) (Entered: 10/29/2007) |
| 10/29/2007 | 1473 | MINUTE entry before Judge Marvin E. Aspen dated 10/29/07:Third-party defendant Illinois Mortgage Funding Corporation's Motion for extension of time 1471 in which to answer the third-party plaintiffs complaint, to and including 11/30/07, is granted. Motion terminated. The motion hearing set for 10/30/07 is stricken. Judicial staff mailed notice (gl, ) |

| | | (Entered: 10/29/2007) |
|---|---|---|
| 10/29/2007 | 1474 | ATTORNEY Appearance for Third Party Defendant Angela Bartucci by Lee J. Schoen (Schoen, Lee) (Entered: 10/29/2007) |
| 10/29/2007 | 1475 | ATTORNEY Appearance for Third Party Defendant TranStar National Title by Frank John Kokoszka (Kokoszka, Frank) (Entered: 10/29/2007) |
| 10/29/2007 | 1487 | RULE 7.1 Disclosure Statement Non-Governmental Corporate Parties. (jmp, ) (Entered: 10/31/2007) |
| 10/30/2007 | 1477 | REPLY by Third Party Defendant Choicepoint Precision Marketing, Inc. (Fulton, Laurie) (Entered: 10/30/2007) |
| 10/30/2007 | 1478 | ATTORNEY Appearance for Third Party Defendant Vital Signing, Inc. by Rebecca Rothmann (Rothmann, Rebecca) (Entered: 10/30/2007) |
| 10/30/2007 | 1479 | ATTORNEY Appearance for Third Party Defendant Vital Signing, Inc. by Cinthia Granados Motley (Motley, Cinthia) (Entered: 10/30/2007) |
| 10/30/2007 | 1480 | ATTORNEY Appearance for Third Party Defendant Vital Signing, Inc. by Daniel John McMahon (McMahon, Daniel) (Entered: 10/30/2007) |
| 10/30/2007 | 1485 | MINUTE entry before Judge Marvin E. Aspen dated 10/30/07:Plaintiffs Paul and Cindy Derda's Motion (Doc. No. 1481) for leave to file answer to defendant Northwest Title's motion for summary judgment, memorandum in opposition, and response to defendant 's statement of uncontroverted facts, instanter, is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 10/30/2007) |
| 10/30/2007 | 1486 | MINUTE entry before Judge Marvin E. Aspen dated 10/30/07:Defendant Northwest Title & Escrow Corporation is to file a reply to plaintiffs Paul and Cindy Derda's responses to defendant's motion for summary judgment 1075 by 11/13/07.Judicial staff mailed notice (gl, ) (Entered: 10/30/2007) |
| 10/30/2007 | 1515 | ANSWER to Third-Party Complaint by Access Title, LLC,(kw, ) (Entered: 11/01/2007) |
| 10/30/2007 | 1522 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Fairfield Mortgage, Inc., First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. by Christopher F. Swing; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 111 5334. (jmp, ) (Entered: 11/02/2007) |
| 10/30/2007 | 1523 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Fairfield Mortgage, Inc., First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. by Kate M. Bradley; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 111 5334. (jmp, ) (Entered: 11/02/2007) |
| 10/30/2007 | 1524 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Fairfield Mortgage, Inc., First American Title Insurance Company, Metropolitan |

| | | |
|---|---|---|
| | | Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. by Jeffrey T. Heintz; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 111 5334. (jmp, ) (Entered: 11/02/2007) |
| 10/30/2007 | 1636 | MOTION by counsel John Robert King for Defendant Metro Title Company for leave to to appear pro hac vice. (jmp, ) (Entered: 11/19/2007) |
| 10/31/2007 | 1488 | MINUTE entry before Judge Marvin E. Aspen dated 10/31/07:Third-Party Defendants', Fred Sette and Sette & Bonadies, P.C., motion (Doc. No. 1464) for extension of time ti file responsive pleading to the third-party complaint, up to and including 12/7/07, is granted. Motion terminated. The motion hearing set for 11/1/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 10/31/2007) |
| 10/31/2007 | 1489 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Colonial Title & Escrow Inc. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1490 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Beacon Mortgage Services LLC on 10/10/2007, answer due 10/30/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1491 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Preferred Lending Group on 10/12/2007, answer due 11/1/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1492 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Metropolitan Title Company on 10/4/2007, answer due 10/24/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1493 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Title-Tech Networks, Inc. on 10/5/2007, answer due 10/25/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1494 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Eden Rock Mortgage Corp. on 10/5/2007, answer due 10/25/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1495 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Travis Mortgae LLC on 10/5/2007, answer due 10/25/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1496 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Lieto & Greenberg LLP on 10/5/2007, answer due 10/25/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1497 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Mortgage Depot on 10/9/2007, answer due 10/29/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1498 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Connecticut Closing Services on 10/6/2007, answer due 10/26/2007. |

| | | (Wiegand, Thomas) (Entered: 10/31/2007) |
|---|---|---|
| 10/31/2007 | 1499 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Timothy P Kennedy on 10/6/2007, answer due 10/26/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1500 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Mac Kinnon & Tavano on 10/5/2007, answer due 10/25/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1501 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Allen A. Currier on 10/6/2007, answer due 10/26/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1502 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Patriot Title Co., Inc. on 10/17/2007, answer due 11/6/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1503 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Connecticut Attorneys Title Insurance Company on 10/5/2007, answer due 10/25/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1504 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Lake Front Mortgage Inc. on 10/16/2007, answer due 11/5/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1505 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Paradise Financial Services LLC on 10/13/2007, answer due 11/2/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1506 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Advisor Mortgage LLC on 10/13/2007, answer due 11/2/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1507 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Top Flite Financial Inc. on 10/15/2007, answer due 11/5/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1508 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Crown Mortgage Corp. on 10/18/2007, answer due 11/7/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1509 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Mansfield Mortgage Services Inc. on 10/11/2007, answer due 10/31/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1510 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to EW Mortgage Company on 10/19/2007, answer due 11/8/2007. (Wiegand, Thomas) (Entered: 10/31/2007) |
| 10/31/2007 | 1511 | MOTION by Third Party Defendant Republic Title Co. for extension of time to file answer *to third-party complaint* (Weisz, Lee) (Entered: 10/31/2007) |
| 10/31/2007 | 1512 | NOTICE of Motion by Lee M. Weisz for presentment of motion for |

| | | extension of time to file answer 1511 before Honorable Marvin E. Aspen on 11/8/2007 at 10:30 AM. (Weisz, Lee) (Entered: 10/31/2007) |
|---|---|---|
| 10/31/2007 | 1513 | ATTORNEY Appearance for Third Party Defendant Connecticut Closing Services by Harlene G. Matyas (Matyas, Harlene) (Entered: 10/31/2007) |
| 10/31/2007 | 1514 | ATTORNEY Appearance for Third Party Defendant Connecticut Closing Services by Sreeram Natarajan (Natarajan, Sreeram) (Entered: 10/31/2007) |
| 11/01/2007 | 1516 | ATTORNEY Appearance for Third Party Defendant Law Offices of Joseph J. D'Agostino, Jr by Harlene G. Matyas (Matyas, Harlene) (Entered: 11/01/2007) |
| 11/01/2007 | 1517 | ATTORNEY Appearance for Third Party Defendant Law Offices of Joseph J. D'Agostino, Jr by Sreeram Natarajan (Natarajan, Sreeram) (Entered: 11/01/2007) |
| 11/01/2007 | 1530 | TRANSCRIPT of proceedings for the following dates: 7/24/2007, 9/19/2007, 9/20/2007; Before the Honorable Morton Denlow. (Documents 1530-1 through 1530-3) (jmp, ) (Entered: 11/02/2007) |
| 11/01/2007 | 1535 | MOTION by Third Party Defendant Chioce Title Agency, Inc. for extension of time to move, plead or otherwise respond. (jmp, ) (Entered: 11/05/2007) |
| 11/01/2007 | 1536 | NOTICE of Motion by Joseph B. Jerome, Kevin M Butler for presentment of motion for extension of time to move, plead or otherwise respond 1535 before Honorable Marvin E. Aspen on 11/15/2007 at 10:30 AM. (jmp, ) (Entered: 11/05/2007) |
| 11/02/2007 | 1518 | WAIVER of service returned unexecuted as to Deutsche Bank National Trust Company - see attached (relates to McCall, et al), filed by Plaintiffs/Individual actions. (Pizor, Andrew) (Entered: 11/02/2007) |
| 11/02/2007 | 1519 | ATTORNEY Appearance for Third Party Defendant Dey Smith & Collier LLC by Richard M. Waris (Waris, Richard) (Entered: 11/02/2007) |
| 11/02/2007 | 1520 | ATTORNEY Appearance for Third Party Defendant Dey Smith & Collier LLC by Matthew F Tibble (Tibble, Matthew) (Entered: 11/02/2007) |
| 11/02/2007 | 1521 | ATTORNEY Appearance for Third Party Defendant Dey Smith & Collier LLC by James Joseph Sipchen (Sipchen, James) (Entered: 11/02/2007) |
| 11/02/2007 | 1525 | ATTORNEY Appearance for Third Party Defendants American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title of Michigan, Fidelity National Title Insurance Company of New York, Ticor Title Insurance Co., Fidelity National Title Insurance Co. by Albert Edwin Fowerbaugh, Jr (Fowerbaugh, Albert) (Entered: 11/02/2007) |
| 11/02/2007 | 1526 | ATTORNEY Appearance for Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Albert Edwin Fowerbaugh, Jr |

| | | (Fowerbaugh, Albert) (Entered: 11/02/2007) |
|---|---|---|
| 11/02/2007 | 1527 | MOTION by counsel for Third Party Defendant Paul D. Boudreau to withdraw as attorney (Ortiz, Carlos) (Entered: 11/02/2007) |
| 11/02/2007 | 1528 | NOTICE of Motion by Carlos A. Ortiz for presentment of motion to withdraw as attorney 1527 before Honorable Marvin E. Aspen on 11/8/2007 at 10:30 AM. (Ortiz, Carlos) (Entered: 11/02/2007) |
| 11/02/2007 | 1529 | Objection to November 7, 2006 Memorandum Order and Opinion by First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. (Patenode, Timothy) (Entered: 11/02/2007) |
| 11/02/2007 | 1531 | WITHDRAWING *Bruce R. Meckler* as counsel for Third Party Defendant Tapalian & Tadros and substituting Christopher E. Kentra as counsel of record (Kentra, Christopher) (Entered: 11/02/2007) |
| 11/02/2007 | 1532 | WITHDRAWING *Brian J Williams* as counsel for Third Party Defendant Tapalian & Tadros and substituting J. Aaron Jensen as counsel of record (Jensen, J.) (Entered: 11/02/2007) |
| 11/02/2007 | 1533 | ATTORNEY Appearance for Third Party Defendant Tapalian & Tadros by Christopher E. Kentra (Kentra, Christopher) (Entered: 11/02/2007) |
| 11/02/2007 | 1534 | ATTORNEY Appearance for Third Party Defendant Tapalian & Tadros by J. Aaron Jensen (Jensen, J.) (Entered: 11/02/2007) |
| 11/05/2007 | 1537 | MINUTE entry before Judge Marvin E. Aspen dated 11/5/07:Third-party defendant Tapalian & Tadros' Motion for extension of time, to and including 11/27/07, to respond to the first amended consolidated third-party complaint 1403 is granted. Motion terminated. The motion hearing set for 11/6/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 11/05/2007) |
| 11/05/2007 | 1538 | MINUTE entry before Judge Marvin E. Aspen dated 11/5/07:Third-party defendant Old Republic National Title Insurance Company's Motion for an extension of time until 12/14/07 to answer or otherwise plead to the third-party complaint 1360 is granted. Motion terminated. The motion hearing set for 11/6/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 11/05/2007) |
| 11/05/2007 | 1539 | MINUTE entry before Judge Marvin E. Aspen dated 11/5/07:Third-party defendant Portnoy & Greene, P.C.'s Motion for extension of time, up to and including 12/14/07, to answer or otherwise plead to the third-party complaint 1389 is granted. Motion terminated. The motion hearing set for 11/6/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 11/05/2007) |
| 11/05/2007 | 1540 | MINUTE entry before Judge Marvin E. Aspen dated 11/5/07:Third-party defendant Republic Title Company's Motion for extension of time, up to and including 11/30/07, to answer or otherwise plead to the third-party complaint 1511 is granted. Motion terminated. The motion hearing set for 11/8/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: |

| | | 11/05/2007) |
|---|---|---|
| 11/05/2007 | 1541 | MINUTE entry before Judge Marvin E. Aspen dated 11/5/07: Third-parry defendant Paul D. Boudreau's motion to withdraw as attorney (Doc. No. 1527) noticed for hearing for 11/8/07 is reset to 11/15/2007 at 10:30 AM. The motion hearing set for 11/8/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 11/05/2007) |
| 11/05/2007 | 1542 | Third-Party defendants Advantage Equity Services, Inc., and CBC Companies' motion for extension of time to answer or otherwise plead. (gl, ) (Entered: 11/05/2007) |
| 11/05/2007 | 1543 | MOTION by Third Party Defendant National RealEstate Information Service to stay , *Pending a Class Certification Decision, Any Claims In The Third-Party Complaint Which Are From Claims By Absent Class Members* (Attachments: # 1 2003 U.S. Dist. LEXIS 22767)(Griffin, Alais) (Entered: 11/05/2007) |
| 11/05/2007 | 1544 | NOTICE of Motion by Alais Lachlan Maclean Griffin for presentment of motion to stay, 1543 before Honorable Marvin E. Aspen on 11/8/2007 at 10:30 AM. (Griffin, Alais) (Entered: 11/05/2007) |
| 11/05/2007 | 1545 | ATTORNEY Appearance for Third Party Defendant Advantage Equity Services, Inc. and CBC Companies, Inc. by Stephen M. Sedor (gl, ) (Entered: 11/05/2007) |
| 11/05/2007 | 1546 | MINUTE entry before Judge Marvin E. Aspen dated 11/5/07:Third-party defendants Advantage Equity Services, Inc., and CBC Companies' Motion (Doc. No. 1542) for extension of time to answer or otherwise plead to third-party plaintiffs' first amended consolidated third-party complaint, up to and including 11/23/07, is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 11/05/2007) |
| 11/05/2007 | 1547 | MINUTE entry before Judge Marvin E. Aspen dated 11/5/07 :National Real Estate Information Services' motion to stay pending a class certification decision any claims in the third-party complaint which are derived from claims by absent class members 1543 noticed for hearing for 11/8/07 is reset to 11/15/2007 at 10:30 AM. The motion hearing set for 11/8/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 11/05/2007) |
| 11/05/2007 | 1548 | ATTORNEY Appearance for Third Party Defendant National RealEstate Information Service by Alais Lachlan Maclean Griffin (Griffin, Alais) (Entered: 11/05/2007) |
| 11/05/2007 | 1549 | ATTORNEY Appearance for Third Party Defendant National RealEstate Information Service by Chante Danielle Spann (Spann, Chante) (Entered: 11/05/2007) |
| 11/05/2007 | 1550 | MOTION by Plaintiff Plaintiffs/Individual actions to amend/correct *Motion for Leave to File Amended Complaint [Annette M. Lindsey]* (Attachments: # 1 Exhibit Ex. A to Mot. to Amend: Prop. Am. Compl.# 2 Exhibit Ex. A to Prop. Am. Compl.# 3 Exhibit Ex. B to Prop. Am. Compl.)(Baird, Charles) (Entered: 11/05/2007) |
| | | |

| 11/05/2007 | 1583 | ATTORNEY Appearance for Third Party Defendants Search2Close by David William Warren. (jmp, ) (Entered: 11/08/2007) |
| 11/05/2007 | 1584 | CERTIFICATE of Service by Search2Close regarding attorney appearance 1583 . (jmp, ) (Entered: 11/08/2007) |
| 11/06/2007 | 1551 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to National RealEstate Information Service on 10/4/2007, answer due 10/24/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1552 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Avalon Abstract Co. on 10/11/2007, answer due 10/31/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1553 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Martin M. Hochman on 10/6/2007, answer due 10/26/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1554 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to General American Corporation on 10/2/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1555 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Express Financial Services, Inc. on 10/3/2007, answer due 10/23/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1556 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to First Merit Settlement Services, Inc. on 10/3/2007, answer due 10/23/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1557 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to CloseNet, LLC on 10/17/2007, answer due 11/6/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1558 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Resource Title on 10/17/2007, answer due 11/6/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1559 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Christopher M. Boedefeld on 10/18/2007, answer due 11/7/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1560 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to John Weber & Associates on 10/9/2007, answer due 10/29/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1561 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Tri-Source Title Agency, Inc. on 10/9/2007, answer due 10/29/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1562 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to National RealEstate Information Service of New Jersey on 10/3/2007, answer due 10/23/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1563 | NOTICE by Trans Union LLC, Choicepoint Precision Marketing, Inc., |

| | | |
|---|---|---|
| | | Equifax Credit Information Services, Inc. re MOTION by ThirdParty Plaintiff Ameriquest Mortgage CompanyMOTION REGARDING CERTAIN CASE MANAGEMENT ISSUES WITH RESPECT TO DEFENDANTS THIRD-PARTY COMPLAINT 1396 *of Filing Joint Response* (Breslin, Michael) (Entered: 11/06/2007) |
| 11/06/2007 | 1564 | RESPONSE by Third Party Defendants Trans Union LLC, Choicepoint Precision Marketing, Inc., Equifax Credit Information Services, Inc. to motion for miscellaneous relief 1396 *Non-Borrower Third-Party Defendants' Joint Response to Third-Party Plaintiffs' Motion Regarding Certain Case Management Issues* (Breslin, Michael) (Entered: 11/06/2007) |
| 11/06/2007 | 1565 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Dewrell Sacks, LLP on 10/10/2007, answer due 10/30/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1566 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Law Offices Of Marc D. Foley on 10/11/2007, answer due 10/31/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1567 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Law Office of Gregory Lattanzi on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1568 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Law Office of Morris I. Olmer on 10/1/2007, answer due 10/22/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1569 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Ilene Chapel on 10/16/2007, answer due 11/5/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1570 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Complete Title Solutions, Inc. on 10/22/2007, answer due 11/13/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1571 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Stewart Title of Seattle on 10/9/2007, answer due 10/29/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1572 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Tristar Title, LLC on 10/19/2007, answer due 11/8/2007. (Ledsky, Jonathan) (Entered: 11/06/2007) |
| 11/06/2007 | 1573 | MINUTE entry before Judge Marvin E. Aspen dated 11/6/07 :Third-party defendant Choice Title Agency, Inc.'s Motion for extension of time to answer, plead or otherwise respond to the first amended consolidated third-party complaint, 1535 up to and including 11/23/07 is granted. Motion terminated. The motion hearing set for 11/15/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 11/06/2007) |
| 11/06/2007 | 1574 | MINUTE entry before Judge Morton Denlow :Status hearing is reset to 1/10/2008 at 10:30 AM.Mailed notice (dmk, ) (Entered: 11/06/2007) |

| 11/06/2007 | 1575 | SUR-REPLY by ThirdParty Plaintiff Ameriquest Mortgage Company to motion to dismiss 1062 by *Third Party Defendant Choicepoint* (LeSage, Bernard) (Entered: 11/06/2007) |
|---|---|---|
| 11/06/2007 | 1579 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Mark T Davenport; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $50 paid, receipt number 111 5433. (jmp, ) (Entered: 11/08/2007) |
| 11/06/2007 | 1580 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Commonwealth Land Title Co., CBC Companies, Inc., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Donald Colleluori; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 111 5453. (jmp, ) (Entered: 11/08/2007) |
| 11/06/2007 | 1581 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Law Title Insurance Co., Inc. by Russell W. Hubbard; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 111 5453. (jmp, ) (Entered: 11/08/2007) |
| 11/06/2007 | 1582 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of CBC Companies, Inc., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc. by Keith R Verges; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 111 5453. (jmp, ) (Entered: 11/08/2007) |
| 11/06/2007 | 1588 | ANSWER to First Amended Consolidated Third-Party Complaint by Metro Title Company, d/b/a Sierra Title of Cameron and Wallacy Counties. (jmp, ) (Entered: 11/09/2007) |
| 11/06/2007 | 1589 | ANSWER to amended consolidated complaint by Lisa Hayes. (jmp, ) (Entered: 11/09/2007) |
| 11/07/2007 | 1576 | SUGGESTION of Bankruptcy *pursuant to 11 USC Sec. 362* by Tri-Source Title Agency, Inc. (Alden, Matthew) (Entered: 11/07/2007) |
| 11/07/2007 | 1577 | PROPOSED Pretrial Order *PROPOSED SCHEDULING ORDER ON MOTION REGARDING CERTAIN CASE MANAGEMENT ISSUES WITH RESPECT TO DEFENDANTS THIRD-PARTY COMPLAINT* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/07/2007) |
| 11/07/2007 | 1578 | RESPONSE by Defendant Ameriquest Mortgage Company to motion to amend/correct, 1550 *NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT* (LeSage, Bernard) (Entered: 11/07/2007) |

| 11/08/2007 | 1585 | WITHDRAWING *Brian J Williams* as counsel for Third Party Defendant Tapalian & Tadros and substituting J. Aaron Jensen as counsel of record (Jensen, J.) (Entered: 11/08/2007) |
| 11/08/2007 | 1586 | ATTORNEY Appearance for Third Party Defendant Resource Title by James Joseph Sipchen (Sipchen, James) (Entered: 11/08/2007) |
| 11/08/2007 | 1587 | ATTORNEY Appearance for Third Party Defendant Resource Title by Matthew F Tibble (Tibble, Matthew) (Entered: 11/08/2007) |
| 11/09/2007 | 1590 | Corporate disclosure statement pursuant to FED.R.CIV.P.7.1 and notification of affiliates pursuant to LR 3.2 by Integrity 1st Mortgage , *third party defendant* (Sipchen, James) (Entered: 11/09/2007) |
| 11/09/2007 | 1591 | corporate disclosure statement pursuant to FED.R.CIV.P.7.1 and notification of affiliates pursuant to LR 3.2 of third party defendant by Dey Smith & Collier LLC (Sipchen, James) (Entered: 11/09/2007) |
| 11/09/2007 | 1592 | REPLY by Northwest Title and Escrow to memorandum in opposition to motion 1483 *for Summary Judgment* (Hunter, Christopher) (Entered: 11/09/2007) |
| 11/09/2007 | 1593 | RESPONSE by ThirdParty Plaintiff Ameriquest Mortgage Company to Response, 1564 , motion for miscellaneous relief 1396 *THIRD-PARTY PLAINTIFFS NOTICE OF NON-OPPOSITION TO NON-BORROWER THIRD-PARTY DEFENDANTS RESPONSE TO THIRD-PARTY PLAINTIFFS MOTION REGARDING CERTAIN CASE MANAGEMENT ISSUES* (LeSage, Bernard) (Entered: 11/09/2007) |
| 11/09/2007 | 1594 | ATTORNEY Appearance for Third Party Defendant BLS Funding Corp. by Kevin Michael O'Hagan (O'Hagan, Kevin) (Entered: 11/09/2007) |
| 11/09/2007 | 1614 | ATTORNEY Appearance for Third Party Defendant Lake Front Mortgage Inc. by John Cseh, President. (jmp, ) (Entered: 11/13/2007) |
| 11/09/2007 | 1621 | MOTION by Third Party Defendant Lake Front Mortgage Inc. for extension of time in which to move and/or plead to the third-party complaint. (jmp, ) (Entered: 11/14/2007) |
| 11/09/2007 | 1622 | ANSWER to Third Party Complaint by Tower Financial Group Inc. (jmp, ) (Entered: 11/14/2007) |
| 11/12/2007 | 1595 | NOTICE by AMC Mortgage Services, Inc., Town & Country Credit Corporation, Ameriquest Mortgage Securities, Inc., Ameriquest Capital Corporation, Ameriquest Mortgage Company, Argent Mortgage Company, LLC *OF NON-OPPOSITION TO THIRD-PARTY DEFENDANT NATIONAL REAL ESTATE INFORMATION SERVICES' MOTION TO STAY* (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1596 | WAIVER OF SERVICE returned executed by Argent Mortgage Company, LLC. American Pioneer Title Insurance Company waiver sent on 11/9/2007, answer due 1/8/2008. (Dahlquist, David) (Entered: 11/12/2007) |

| | | |
|---|---|---|
| 11/12/2007 | 1597 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Advantage Equity Services, Inc. on 10/3/2007, answer due 10/23/2007. (Dahlquist, David) (Entered: 11/12/2007) |
| 11/12/2007 | 1598 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to CBC Companies, Inc. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1599 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Chioce Title Agency, Inc. on 10/2/2007, answer due 10/22/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1600 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Genesis Mortgage Corp. on 10/29/2007, answer due 11/19/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1601 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to The Guarantee Title and Trust Co. on 10/3/2007, answer due 10/23/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1602 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to First USA Funding LLC on 10/16/2007, answer due 11/5/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1603 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Commonwealth Land Title Insurance Company on 10/17/2007, answer due 11/6/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1604 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Texas Nations Title Agency, Inc.. on 10/30/2007, answer due 11/19/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1605 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Ace Mortgage Funding, Inc. on 10/22/2007, answer due 11/13/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1606 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Michigan Title Company on 10/29/2007, answer due 11/19/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1607 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Alpha Mortgage Lending on 10/24/2007, answer due 11/13/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1608 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Perrotta, Cahn & Prieto, P.C. on 10/29/2007, answer due 11/19/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1609 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Supreme Funding Mort. Service Inc. on 10/16/2007, answer due 11/5/2007. (Wiegand, Thomas) (Entered: 11/12/2007) |
| 11/12/2007 | 1610 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Amended Complaint* (Attachments: # 1 Exhibit A)(Valach, Anthony) |

| | | (Entered: 11/12/2007) |
|---|---|---|
| 11/12/2007 | 1611 | *Notice of Motion For Leave to File Amended Complaint* NOTICE of Motion by Anthony P. Valach, Jr for presentment of motion for leave to file 1610 before Honorable Marvin E. Aspen on 11/20/2007 at 10:30 AM. (Valach, Anthony) (Entered: 11/12/2007) |
| 11/12/2007 | 1612 | NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/12/2007) |
| 11/13/2007 | 1613 | MOTION by Plaintiff Plaintiffs/Individual actions for default judgment as to *HSBC Bank USA, National Association F/K/A HSBC Bank USA (Lacross matter)* (Pizor, Andrew) (Entered: 11/13/2007) |
| 11/13/2007 | 1615 | ATTORNEY Appearance for Plaintiff Arthur Brian Boudin by Earl P Underwood (Underwood, Earl) (Entered: 11/13/2007) |
| 11/13/2007 | 1616 | ATTORNEY Appearance for Plaintiffs Dorothy Roberson, Cedric Anthony, Lee Jackson, Taronya Jackson, Hattie Jones, Harold Howard, Willie May Howard, Roosevelt Harris, Florita Harris, Eddie German, Jennifer Simmons, Ricky Owen, Melinda Owen, Christine Mitchell, Paul Howell, Diane Howell, Chonita Means, Lisa Thomas, Timothy Miller, Angela Miller, Joyce Williams, Mona Ladnier, Martha Artis, Frederick Hunter, Leroy McCraney, Valecia McCraney, William Cook, Melissa Cook, Melvin Barlow, Gloria Barlow, Johnny Moseley, Wanda Moseley, Louis Brown, Lillie Johnson, Derrel Powell, Lynda Powell, Loretta Patterson, Larry Stearley, Nancy Stearley, Richard Poe, Cheryl Poe by Earl P Underwood (Underwood, Earl) (Entered: 11/13/2007) |
| 11/13/2007 | 1617 | ATTORNEY Appearance for Third Party Defendants Financial Title Co., Lenders First Choice by Kevin J. Clancy (Clancy, Kevin) (Entered: 11/13/2007) |
| 11/13/2007 | 1624 | NOTICE by Therese King Nohos of Change of Address. (jmp, ) (Entered: 11/14/2007) |
| 11/14/2007 | 1618 | MOTION by Plaintiff Plaintiffs/Individual actions to withdraw motion for default judgment 1613 *(LaCross matter)* (Pizor, Andrew) (Entered: 11/14/2007) |
| 11/14/2007 | 1619 | Notice of Opting-Out of Class Actions by Plaintiffs/Individual actions *(Raffadeen matter 1:07-cv-5284)* (Pizor, Andrew) (Entered: 11/14/2007) |
| 11/14/2007 | 1620 | Notice of Opting-Out of Class Action by Plaintiffs/Individual actions *(Todd, 1:07-cv-6233)* (Pizor, Andrew) (Entered: 11/14/2007) |
| 11/14/2007 | 1623 | MINUTE entry before Judge Marvin E. Aspen dated 11/14/07:National Real Estate Information Services' Motion to stay 1543 pending a class certification decision, any claims in the third-party complaint which are derived from claims by Absent class members is granted. Motion terminated. The motion hearing set for 11/15/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 11/14/2007) |
| 11/14/2007 | 1625 | MINUTE entry before Judge Marvin E. Aspen dated 11/14/07:Third-party |

| | | |
|---|---|---|
| | | defendant Paul D. Boudreau's Motion to withdraw Carlos A. Ortiz as attorney 1527 is granted. Motion terminated. Attorney Carlos A. Ortiz terminated. The motion hearing set for 11/15/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 11/14/2007) |
| 11/14/2007 | 1626 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Metro Title Company, Willacy Counties by Michael S. Deck; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 111 5327. (jmp, ) (Entered: 11/15/2007) |
| 11/14/2007 | 1637 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Metro Title Company by John Robert King; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 111 5527. (jmp, ) (Entered: 11/19/2007) |
| 11/15/2007 | 1627 | ATTORNEY Appearance for Third Party Defendants Frank J. Manni, Medici & Sciacca, P.C., Premier Title & Escrow Co,, Law Office of Jonathan P. Ash, Law Offices Of Marc D. Foley by Christopher E. Kentra (Kentra, Christopher) (Entered: 11/15/2007) |
| 11/15/2007 | 1628 | RESPONSE by Defendant Ameriquest Mortgage Company *NON-OPPOSITION TO VARIOUS INDIVIDUAL PLAINTIFFS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT* (LeSage, Bernard) (Entered: 11/15/2007) |
| 11/15/2007 | 1629 | ATTORNEY Appearance for Third Party Defendants Frank J. Manni, Medici & Sciacca, P.C., Premier Title & Escrow Co,, Law Office of Jonathan P. Ash, Law Offices Of Marc D. Foley by J. Aaron Jensen (Jensen, J.) (Entered: 11/15/2007) |
| 11/15/2007 | 1630 | ATTORNEY Appearance for Third Party Defendant Envision Mortgage Solutions Inc. by Dennis E. Both (Both, Dennis) (Entered: 11/15/2007) |
| 11/15/2007 | 1631 | ATTORNEY Appearance for Third Party Defendant Perrotta, Cahn & Prieto, P.C. by John William Patton, Jr (Patton, John) (Entered: 11/15/2007) |
| 11/15/2007 | 1632 | ATTORNEY Appearance (Valeta, Peter) (Entered: 11/15/2007) |
| 11/16/2007 | 1633 | MINUTE entry before Judge Marvin E. Aspen :Various individual plaintiffs' Motion for leave to file 1610 amended complaint is granted. Motion terminated. The motion hearing set for 11/20/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 11/16/2007) |
| 11/16/2007 | 1638 | MINUTE entry before Judge Marvin E. Aspen : John Robert King's attorney for Metro Title Company, Motion for leave to appear pro hac vice 1636 is granted. Mailed notice (jmp, ) (Entered: 11/19/2007) |
| 11/19/2007 | 1634 | ATTORNEY Appearance for Third Party Defendant Perrotta, Cahn & Prieto, P.C. by Michael Martin Fenwick (Fenwick, Michael) (Entered: 11/19/2007) |
| 11/19/2007 | 1635 | ATTORNEY Appearance for Third Party Defendants Nations Title Agency of Illinois, Inc., Texas Nations Title Agency, Inc.., The Guarantee |

| | | |
|---|---|---|
| | | Title and Trust Co., Nations Title Agency of Michigan, Nations Title Agency of Missouri by David Christian McCormack (McCormack, David) (Entered: 11/19/2007) |
| 11/19/2007 | 1639 | ATTORNEY Appearance for Third Party Defendant Perrotta, Cahn & Prieto, P.C. by Michael Martin Fenwick (Fenwick, Michael) (Entered: 11/19/2007) |
| 11/19/2007 | 1656 | JOINT ANSWER to defendants and Third Party plaintiffs' Complaint by Northwest Title and Escrow Corporation and CloseNet, LLC. (jmp, ) (Entered: 11/26/2007) |
| 11/20/2007 | 1640 | AMENDED complaint by Plaintiffs/Individual actions against Park Place Securities, Inc., Goldman Sachs Mortgage Company, Washington Mutual Bank, Deutsche Bank National Trust Company, Ameriquest Mortgage Securities, Inc., ACC Capital Holdings Corporation, AMC Mortgage Services, Inc., Ameriquest Mortgage Company, Countrywide Home Loans, Inc.(Countrywide Home Loans, Inc.) (Valach, Anthony) (Entered: 11/20/2007) |
| 11/20/2007 | 1641 | MOTION by Defendant Citywide Title Corporation to substitute attorney (Platt, Jeffrey) (Entered: 11/20/2007) |
| 11/20/2007 | 1642 | NOTICE of Motion by Jeffrey Robert Platt for presentment of motion to substitute attorney 1641 before Honorable Marvin E. Aspen on 11/27/2007 at 10:30 AM. (Platt, Jeffrey) (Entered: 11/20/2007) |
| 11/20/2007 | 1643 | ATTORNEY Appearance for Third Party Defendants American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title of Michigan, Fidelity National Title Insurance Company of New York, Ticor Title Insurance Co., Fidelity National Title Insurance Co., Fidelity National Title Company, Chicago Title Insurance Company by Eric P. Early (Early, Eric) (Entered: 11/20/2007) |
| 11/20/2007 | 1644 | Notice of Dismissal of Third Party Defendant National Closing Solutions, Inc. Without Prejudice by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/20/2007) |
| 11/20/2007 | 1645 | Notice of Dismissal of Third Party Defendant Christopher M. Boedefeld Without Prejudice by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/20/2007) |
| 11/20/2007 | 1646 | Notice of Dismissal of Third Party Defendant Titleserve, Inc. Without Prejudice by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/20/2007) |
| 11/20/2007 | 1647 | Notice of Dismissal of Third Party Defendant Placer Title Co. Without Prejudice by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/20/2007) |
| 11/20/2007 | 1648 | Notice of Dismissal of Third Party Defendant True Title, Inc. Without Prejudice by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/20/2007) |
| | | |

| | | |
|---|---|---|
| 11/20/2007 | 1649 | Notice of Dismissal of Third Party Defendant Devon Title Agency Without Prejudice by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/20/2007) |
| 11/20/2007 | | (Court only) *** Notice of Dismissal of Third Party Defendant(s) National Closing Solutions, Inc., Titleserve, Inc., Placer Title Co., True Title, Inc., Devon Title Agency without prejudice. (jmp, ) (Entered: 11/21/2007) |
| 11/21/2007 | 1650 | Rule 7.1 Disclosure Statement Non-Governmental Corporate Parties by A American Financial Group, Inc. (Ledesma, Hector) (Entered: 11/21/2007) |
| 11/21/2007 | 1651 | Resource Title, LLC's Corporate Disclosure Statement Pursuant to Fed.R.Civ.P.7.1 and Notification of Affiliates Pursuant to LR 3.2 by Resource Title (Sipchen, James) (Entered: 11/21/2007) |
| 11/21/2007 | 1652 | MOTION by Third Party Defendant Dream House Mortgage Corp. for extension of time *to Respond to Third-Party Complaint - ASSENTED TO* (Spaziano, Gini) (Entered: 11/21/2007) |
| 11/26/2007 | 1653 | MINUTE entry before Judge Marvin E. Aspen :Third party defendant Citywide Title Corporation's Motion to substitute attorney 1641 is granted. Motion terminated. Attorney Daniel John McMahon for Citywide Title Corporation, Rebecca Rothmann for Citywide Title Corporation, Cinthia Granados Motley for Citywide Title Corporation added. Attorney Maureen Ann Beck and Jeffrey Robert Platt terminated. The motion hearing set for 11/27/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 11/26/2007) |
| 11/26/2007 | 1654 | MOTION by Third Party Defendant Old Republic National Title Insurance Company for leave to appear as Attorney (Greene, Andrew) (Entered: 11/26/2007) |
| 11/26/2007 | 1655 | Third Party Defendants' Rule 7.1 Disclosure Statement by American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title of Michigan, Fidelity National Title Insurance Company of New York, Ticor Title Insurance Co., Fidelity National Title Insurance Co., Fidelity National Title Company, Chicago Title Insurance Company (Fowerbaugh, Albert) (Entered: 11/26/2007) |
| 11/26/2007 | 1657 | MOTION by Defendants Ameriquest Mortgage Securities, Inc., Town & Country Credit Corporation, Ameriquest Capital Corporation, AMC Mortgage Services, Inc., Ameriquest Mortgage Company, Argent Mortgage Company, LLC to amend/correct other 1028 (Attachments: # 1 Exhibit 1-2)(Wiegand, Thomas) (Entered: 11/26/2007) |
| 11/27/2007 | 1658 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Towne & Country Land Title Agency, Inc. on 10/15/2007, answer due 11/5/2007. (Ledsky, Jonathan) (Entered: 11/27/2007) |
| 11/27/2007 | 1659 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Mortgage Information Service on 10/29/2007, answer due 11/19/2007. (Ledsky, Jonathan) (Entered: 11/27/2007) |

| 11/27/2007 | 1660 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to LandAmerica Financial Group, Inc. on 10/19/2007, answer due 11/8/2007. (Ledsky, Jonathan) (Entered: 11/27/2007) |
| 11/27/2007 | 1661 | STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT VITAL SIGNING, INC. TO RESPOND TO AMERIQUEST MORTGAGE COMPANYS FIRST AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 11/27/2007) |
| 11/27/2007 | 1662 | ATTORNEY Appearance for Third Party Defendant Fidelity National Title Insurance Company of New York by James S Schreier (Schreier, James) (Entered: 11/27/2007) |
| 11/27/2007 | 1663 | MOTION by Third Party Defendants Advantage Equity Services, Inc., CBC Companies, Inc. to dismiss (Sedor, Stephen) (Entered: 11/27/2007) |
| 11/27/2007 | 1664 | MEMORANDUM by Advantage Equity Services, Inc., CBC Companies, Inc. in support of motion to dismiss 1663 (Attachments: # 1 Appendix Case 1# 2 Appendix Case 2)(Sedor, Stephen) (Entered: 11/27/2007) |
| 11/27/2007 | 1665 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Transnation Title Insurance Co. on 11/1/2007, answer due 11/21/2007. (Wiegand, Thomas) (Entered: 11/27/2007) |
| 11/27/2007 | 1666 | WAIVER OF SERVICE returned executed by Argent Mortgage Company, LLC. Midland Title Security, Inc. waiver sent on 10/3/2007, answer due 12/3/2007. (Dahlquist, David) (Entered: 11/27/2007) |
| 11/27/2007 | 1682 | JOINT ANSWER to defendants and Third Party Plaintiffs' Complaint by Third Party defendants Northwest Title and Escrow Corporation and CloseNet, LLC. (jmp, ) (Entered: 11/29/2007) |
| 11/28/2007 | 1667 | MINUTE entry before Judge Marvin E. Aspen dated 11/28/07:Third-party defendant Dream House Mortgage Corp.'s agreed Motion for extension of time to answer or otherwise respond to the third-party complaint to 12/31/07 is granted. [Doc. No. 1652]. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 1668 | MINUTE entry before Judge Marvin E. Aspen :Third-party defendant shall have until 1/3/08, to file an opposition to the motion regarding certain case management issues with respect to defendants' third party complaint (Doc. No. 1396). Third-party plaintiffs shall have until 1/17/08 to file a reply in support of their motion. Ruling is set for 1/24/08 at 10:30 a.m.Judicial staff mailed notice (gl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 1669 | Enter Scheduling ORDER on motion (Doc. No. 1356) Signed by Judge Marvin E. Aspen on 11/28/2007:Judicial staff mailed notice(gl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 1670 | MINUTE entry before Judge Marvin E. Aspen dated 11/28/07:Parties' stipulation regarding extension of deadlines relating to borrower class plaintiffs' motion for leave to file first amended class action complaint is allowed. The deadlines contained in parties' stipulated briefing schedule |

| | | |
|---|---|---|
| | | for motion for leave to file first amended class action complaint and other motions related to the first amended class action complaint as modified and entered by the Court, shall be extended as follows: Plaintiffs' opposition to Ambassador Roland Arnall's motion to dismiss first amended class action complaint will be due on 1/10/08; and Defendants reply or surreply to plaintiffs' opposition to Ambassador Roland Arnall's motion to dismiss first amended class action complaint will be due on 2/4/08. The status hearing set for 12/20/07 is reset to 1/24/08 at 10:30 a.m. Judicial staff mailed notice (gl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 1671 | MINUTE entry before Judge Marvin E. Aspen :Third-party defendant Lake Front Mortgage Inc.,'s Motion for extension of twenty (20) days in which to answer or otherwise plead in response to the third-party complaint 1621 is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 1672 | MINUTE entry before Judge Marvin E. Aspen :Pursuat to stipulation of plaintiff and defendant Deutsche Bank to be bound by judgment affecting underlying real property collarial; conditional dismissal; order thereon (Doc. No. 1048), the instant action is hereby dismissed as to Deutsche Bank National Trust Company, with prejudice, so that Deutsche Bank National Trust Company need not be required to participate any further in this action or proceeding stemming therefrom; and Deutsche Bank National Trust Company, agrees to be bound by whatever final order of judgment is issued by this Court regarding the Loan, and deed of trust associated therewith, that are the subject of the within action so long as such final order or judgment does not contain a monetary judgment or any finding of liability against Deutsche Bank. Enter Order. Deutsche Bank National Trust Company terminated.Judicial staff mailed notice (gl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 1674 | MINUTE entry before Judge Marvin E. Aspen :Plaintiff's motion to withdraw motion for default against defendant HSBC Bank USA, National Association F/K/A HSBC Bank USA (Doc. No. 1618) is granted. Plaintiff's motion for default (Doc. No. 1613) is withdrawn. Motions terminated. (Case No. 06 C 4036).Judicial staff mailed notice (gl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 1675 | MINUTE entry before Judge Marvin E. Aspen dated 11/28/07: The First Count of the Amended Complaint filed in Case No. 06 CV 5540 (E.D.N.Y.) transferred Case No. 07C00129(N.D.Ill.) and all claims asserted therein by plaintiffs against defendants shall be dismissed with prejudice, pursuant to stipulation (Doc. No. 1209). Judicial staff mailed notice (gl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 1676 | MINUTE entry before Judge Marvin E. Aspen dated 11/28/07: Pursuant to F.R.C.P. 41(a)(1), plaintiffs Rafaela Guzman and Oscar Pena hereby give notice that the claims asserted in the Fifteenth Count of the Third Amended Complaint against defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass-Through Certificates, Series 2004-r8 Under the Pooling & Servicing Agreement dates as of 8/1/04, |

| | | |
|---|---|---|
| | | without recourse are dismissed with prejudice. The remaining claims in this complaint shall not be affected by this stipulation (Doc. No. 20 - Civil Case No. 06 C 2468).Judicial staff mailed notice (gl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 1677 | MINUTE entry before Judge Marvin E. Aspen dated 11/28/07: Pursuant to stipulation (Doc. No. 54 in Case No. 06C2467)), plaintiffs Todd Tofil and Corrine Robar and defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass-Through Certificates, Series 2004-R8 under the Pooling & Servicing Agreement dated as of 8/1/04, without recourse (collectively, "Defendants") hereby stipulate that the Tenth Count of the Amended Complaint filed in the N.D.Ill. Case No. 06 CV 2467, and all claims asserted therein by plaintiffs against defendants are dismissed with prejudice. The remaining claims in this complaint shall not be affected by this stipulation.Judicial staff mailed notice (gl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 1678 | MOTION by Third Party Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Defendant Ohio Bar Title Insurance Co. for extension of time *to Answer or Otherwise Respond to First Amended Third-Party Complaint* (Bradley, Kate) (Entered: 11/28/2007) |
| 11/28/2007 | 1679 | STIPULATION regarding other 1028 *Stipulation Extending Time for Third-Party Defendants LandAmerica Financial Group, Inc., Commonwealth Land Title Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and Transnation Title Insurance Company to Respond to Ameriquest Mortgage Company's First Amended Consolidated Third-Party Complaint* (Verges, Keith) (Entered: 11/28/2007) |
| 11/29/2007 | 1680 | ATTORNEY Appearance for Third Party Defendant Fairway Financial Group LLC by Dennis E. Both (Both, Dennis) (Entered: 11/29/2007) |
| 11/29/2007 | 1681 | ATTORNEY Appearance for Third Party Defendants American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title of Michigan, Fidelity National Title Insurance Company of New York, Ticor Title Insurance Co., Fidelity National Title Insurance Co., Fidelity National Title Company, Chicago Title Insurance Company by Michael G. Salemi (Salemi, Michael) (Entered: 11/29/2007) |
| 11/29/2007 | 1683 | MOTION by Third Party Defendants Nations Title Agency of Illinois, Inc., Texas Nations Title Agency, Inc.., The Guarantee Title and Trust Co., Nations Title Agency of Michigan, Nations Title Agency of Missouri for extension of time to file answer (McCormack, David) (Entered: 11/29/2007) |
| 11/29/2007 | 1684 | SUMMONS Returned Unexecuted by Argent Mortgage Company, LLC as to Midwest Land Title Company, Inc.. (Wiegand, Thomas) (Entered: 11/29/2007) |
| | | |

| | | |
|---|---|---|
| 11/29/2007 | 1685 | STIPULATION *Extending Time for Third Party Defendants Fidelity National Title Insurance Company of New York, Fideity National Title Insurance Company, Fidelity National Title Company, Chicago Title Company, Chicago Title Insurance Company, Chicago Title of Michigan, Ticor Title Insurance Company and American Pioneer Title Insurance Company to Respond to Ameriquest's First Amended Consolidated Third Party Complaint* (Fowerbaugh, Albert) (Entered: 11/29/2007) |
| 11/29/2007 | 1686 | MOTION by Third Party Defendants Law Offices of Joseph J. D'Agostino, Jr, Timothy P Kennedy, Defendant Connecticut Closing Services to dismiss (Matyas, Harlene) (Entered: 11/29/2007) |
| 11/29/2007 | 1687 | MEMORANDUM by Law Offices of Joseph J. D'Agostino, Jr, Timothy P Kennedy, Connecticut Closing Services in support of motion to dismiss 1686 (Matyas, Harlene) (Entered: 11/29/2007) |
| 11/29/2007 | 1688 | MOTION by Third Party Defendant Portony and Green to dismiss (Matyas, Harlene) (Entered: 11/29/2007) |
| 11/29/2007 | 1689 | MEMORANDUM by Portony and Green in support of motion to dismiss 1688 (Matyas, Harlene) (Entered: 11/29/2007) |
| 11/30/2007 | 1690 | STIPULATION regarding other 1028 *Extending Time for Third-Party Defendant's Citywide Title Corporation and Indiana Title Network Company To Respond to Agent Mortgage Company's First Amended Consolidated Third-Party Complaint* (Motley, Cinthia) (Entered: 11/30/2007) |
| 11/30/2007 | 1691 | ATTORNEY Appearance for Third Party Defendant Old Republic National Title Insurance Company by Andrew Robert Greene (Greene, Andrew) (Entered: 11/30/2007) |
| 11/30/2007 | 1692 | ATTORNEY Appearance for Third Party Defendants Schop & Pleskow, LLP, Jones, Damia, Kaufman, Borofsky & DePaul LLC, Law Office of Gregory Lattanzi, Gordon Videll, Synodi Videll & Green, LLC by Richard M. Kaplan (Kaplan, Richard) (Entered: 11/30/2007) |
| 11/30/2007 | 1693 | ATTORNEY Appearance for Third Party Defendants Schop & Pleskow, LLP, Jones, Damia, Kaufman, Borofsky & DePaul LLC, Law Office of Gregory Lattanzi, Gordon Videll, Synodi Videll & Green, LLC by George Kenneth Flynn (Flynn, George) (Entered: 11/30/2007) |
| 11/30/2007 | 1694 | STIPULATION *Stipulation Enlarging Time to Answer or Otherwise Plead to First Amended Consolidated Third Party Complaint* (Attachments: # 1 Order)(Flynn, George) (Entered: 11/30/2007) |
| 11/30/2007 | 1695 | CERTIFICATE of Service by George Kenneth Flynn on behalf of Schop & Pleskow, LLP, Jones, Damia, Kaufman, Borofsky & DePaul LLC, Law Office of Gregory Lattanzi, Gordon Videll, Synodi Videll & Green, LLC regarding stipulation 1694 (Flynn, George) (Entered: 11/30/2007) |
| 11/30/2007 | 1696 | MOTION by Defendants Deutsche Bank National Trust Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Company to reassign case *(UNOPPOSED) (Krause v. Ameriquest Mortgage Co., No. 1:07-cv-4628)* |

| | | |
|---|---|---|
| | | (Arger, Harry) (Entered: 11/30/2007) |
| 11/30/2007 | 1697 | MEMORANDUM by Deutsche Bank National Trust Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Company in support of motion to reassign case 1696 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Arger, Harry) (Entered: 11/30/2007) |
| 11/30/2007 | 1698 | NOTICE of Motion by Harry N. Arger for presentment of motion to reassign case 1696 before Honorable Marvin E. Aspen on 12/6/2007 at 10:30 AM. (Arger, Harry) (Entered: 11/30/2007) |
| 11/30/2007 | 1699 | ATTORNEY Appearance for Third Party Defendant Southern Star Mortgage Corp. by Michael Alan Kraft (Kraft, Michael) (Entered: 11/30/2007) |
| 12/03/2007 | 1700 | ATTORNEY Appearance for Third Party Defendant Cross Country Lenders LLC by Dennis E. Both (Both, Dennis) (Entered: 12/03/2007) |
| 12/03/2007 | 1701 | MOTION by Third Party Defendant Attorneys' Title Insurance Fund, Inc. to dismiss *First Amended Consolidated Third-Party Complaint* (Valeta, Peter) (Entered: 12/03/2007) |
| 12/03/2007 | 1702 | MEMORANDUM by Attorneys' Title Insurance Fund, Inc. in support of motion to dismiss 1701 *First Amended Consolidated Third-Party Complaint* (Valeta, Peter) (Entered: 12/03/2007) |
| 12/03/2007 | 1703 | NOTICE of Motion by Peter James Valeta for presentment of motion to dismiss 1701 before Honorable Marvin E. Aspen on 12/13/2007 at 10:30 AM. (Valeta, Peter) (Entered: 12/03/2007) |
| 12/03/2007 | 1704 | ATTORNEY Appearance for Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by John L. Ropiequet (Ropiequet, John) (Entered: 12/03/2007) |
| 12/03/2007 | 1705 | ATTORNEY Appearance for Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Anna-Katrina Saranti Christakis (Christakis, Anna-Katrina) (Entered: 12/03/2007) |
| 12/03/2007 | 1706 | MOTION by Defendant Ameriquest Mortgage Company to reassign case (Attachments: # 1 Exhibit 1 Brown Amended Complaint# 2 Exhibit 2 O'Keefe Complaint)(LeSage, Bernard) (Entered: 12/03/2007) |
| 12/03/2007 | 1707 | ATTORNEY Appearance for Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Jeffrey D. Pilgrim (Pilgrim, Jeffrey) (Entered: 12/03/2007) |
| 12/03/2007 | 1708 | ATTORNEY Appearance for Third Party Defendant Mortgage Pros USA, Defendant Mortgage Pros USA by Martin A. Kanofsky (Kanofsky, |

| | | Martin) (Entered: 12/03/2007) |
|---|---|---|
| 12/03/2007 | 1709 | ATTORNEY Appearance for Third Party Defendant Equity Settlement Services, Inc, Defendant Equity Settlement Services, Inc by George P. Apostolides (Apostolides, George) (Entered: 12/03/2007) |
| 12/03/2007 | 1710 | MOTION by Third Party Defendant Mac Kinnon & Tavano to dismiss *Third Parties' Complaint* (Carini, Joseph) (Entered: 12/03/2007) |
| 12/03/2007 | 1711 | MEMORANDUM by Mac Kinnon & Tavano in support of motion to dismiss 1710 (Carini, Joseph) (Entered: 12/03/2007) |
| 12/03/2007 | 1712 | ATTORNEY Appearance for Third Party Defendants Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Russell W. Hubbard (Hubbard, Russell) (Entered: 12/03/2007) |
| 12/03/2007 | 1713 | Attorney Appearance Form by Home-Land Title & Abstract Co. (Cerulo, Gregory) (Entered: 12/03/2007) |
| 12/03/2007 | 1714 | MOTION by Third Party Defendant National RealEstate Information Service to dismiss *or Alternatively*, MOTION by Third Party Defendant National RealEstate Information Service to stay (Attachments: # 1 Exhibit A)(Chizewer, David) (Entered: 12/03/2007) |
| 12/03/2007 | 1715 | NOTICE of Motion by David Joel Chizewer for presentment of motion to dismiss, motion to stay 1714 before Honorable Marvin E. Aspen on 12/11/2007 at 10:30 AM. (Chizewer, David) (Entered: 12/03/2007) |
| 12/03/2007 | 1716 | ATTORNEY Appearance for Third Party Defendants Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Donald Colleluori (Colleluori, Donald) (Entered: 12/03/2007) |
| 12/03/2007 | 1717 | ATTORNEY Appearance for Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Keith R Verges (Verges, Keith) (Entered: 12/03/2007) |
| 12/03/2007 | 1718 | Attorney Appearance Form by Home-Land Title & Abstract Co. (Kraft, Michael) (Entered: 12/03/2007) |
| 12/03/2007 | 1719 | MOTION by Third Party Defendant Tek Title, Defendant Tek Title to dismiss *Pursuant to Federal Rule of Civil Procedure 12(b)(6)* (Brewer, Brian) (Entered: 12/03/2007) |
| 12/03/2007 | 1720 | ATTORNEY Appearance for Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Mark T Davenport (Davenport, Mark) (Entered: 12/03/2007) |

| 12/03/2007 | 1721 | NOTICE of Motion by Brian Scott Brewer for presentment of motion to dismiss 1719 before Honorable Marvin E. Aspen on 12/13/2007 at 10:30 AM. (Brewer, Brian) (Entered: 12/03/2007) |
| --- | --- | --- |
| 12/03/2007 | 1722 | ANSWER to amended complaint by Mortgage Pros USA(Kanofsky, Martin) (Entered: 12/03/2007) |
| 12/03/2007 | 1723 | NOTICE by Mortgage Pros USA re answer to amended complaint 1722 (Kanofsky, Martin) (Entered: 12/03/2007) |
| 12/03/2007 | 1724 | MOTION by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC Regarding Third-Party Defendant Case Management Issues (Attachments: # 1 Text of Proposed Order Proposed Order on Motion Regarding Third-Party Defendant Case Management Issues)(Wiegand, Thomas) (Entered: 12/03/2007) |
| 12/03/2007 | 1725 | ANSWER to Complaint by Home Equity Title Services, Inc.(Campanale, Anthony) (Entered: 12/03/2007) |
| 12/03/2007 | 1726 | ATTORNEY Appearance for Third Party Defendant The Mortgage Store by Russell M. Kofoed (Kofoed, Russell) (Entered: 12/03/2007) |
| 12/03/2007 | 1727 | CERTIFICATE of Service by Russell M. Kofoed on behalf of The Mortgage Store regarding attorney appearance 1726 (Kofoed, Russell) (Entered: 12/03/2007) |
| 12/03/2007 | 1728 | MOTION by Third Party Defendant Hillard N. Einbinder to dismiss (Attachments: # 1 Certificate of Service # 2 Notice of Filing # 3 Certificate of Service)(Jansen, Gary) (Entered: 12/03/2007) |
| 12/03/2007 | 1729 | by Hillard N. Einbinder (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Certificate of Service # 5 Notice of Filing # 6 Certificate of Service) (Jansen, Gary) (Entered: 12/03/2007) |
| 12/03/2007 | 1730 | MOTION by Third Party Defendant Cross Country Lenders LLC for extension of time (Both, Dennis) (Entered: 12/03/2007) |
| 12/03/2007 | 1731 | NOTICE by Cross Country Lenders LLC re MOTION by Third Party Defendant Cross Country Lenders LLC for extension of time 1730 (Both, Dennis) (Entered: 12/03/2007) |
| 12/03/2007 | 1732 | MOTION by Third Party Defendant Envision Mortgage Solutions Inc. for extension of time (Both, Dennis) (Entered: 12/03/2007) |
| 12/03/2007 | 1733 | NOTICE by Envision Mortgage Solutions Inc. (Both, Dennis) (Entered: 12/03/2007) |
| 12/03/2007 | 1734 | MOTION by Third Party Defendant Fairway Financial Group LLC for extension of time (Both, Dennis) (Entered: 12/03/2007) |
| 12/03/2007 | 1735 | NOTICE by Fairway Financial Group LLC re MOTION by Third Party Defendant Fairway Financial Group LLC for extension of time 1734 (Both, Dennis) (Entered: 12/03/2007) |
| 12/03/2007 | 1736 | MOTION by Third Party Defendant Illinois Mortgage Funding Corp. for |

| | | |
|---|---|---|
| | | extension of time (Both, Dennis) (Entered: 12/03/2007) |
| 12/03/2007 | 1737 | NOTICE by Illinois Mortgage Funding Corp. re MOTION by Third Party Defendant Illinois Mortgage Funding Corp. for extension of time 1736 (Both, Dennis) (Entered: 12/03/2007) |
| 12/03/2007 | 1738 | ANSWER to Complaint with Jury Demand *Answer to First Amended Consolidated Third-Party Complaint* by First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. (Swing, Christopher) (Entered: 12/03/2007) |
| 12/03/2007 | 1739 | *Michigan Trust Title Agency, LLC's* ANSWER to amended complaint *First Amended Consolidated*, THIRD party complaint by Michigan Trust Title Agency, LLC against Ameriquest Mortgage Company, Argent Mortgage Company, LLC. by Michigan Trust Title Agency, LLC(Borcia, James) (Entered: 12/03/2007) |
| 12/03/2007 | 1740 | NOTICE by Michigan Trust Agency, LLC re answer to amended complaint, third party complaint,, 1739 (Borcia, James) (Entered: 12/03/2007) |
| 12/03/2007 | 1741 | ANSWER to Complaint *Answer to First Amended Consolidated Third-Party Complaint* by Cislo Title Company(Finke, Jeffrey) (Entered: 12/03/2007) |
| 12/03/2007 | 1742 | NOTICE by Cislo Title Company re answer to complaint 1741 *First Amended Consolidated Third-Party Complaint* (Finke, Jeffrey) (Entered: 12/03/2007) |
| 12/03/2007 | 1743 | MOTION by Third Party Defendants Law Title Insurance Co., Inc., Law Title Insurance Agency, Inc., Defendant Absolute Title Services, Inc. for extension of time *to answer or otherwise plead* (Ward, David) (Entered: 12/03/2007) |
| 12/03/2007 | 1744 | NOTICE of Motion by David A. Ward for presentment of extension of time 1743 before Honorable Marvin E. Aspen on 12/13/2007 at 10:30 AM. (Ward, David) (Entered: 12/03/2007) |
| 12/03/2007 | 1745 | ANSWER to Complaint with Jury Demand *Joint Answer and Affirmative Defenses to Second Amended Consolidated Thirty-Party Complaint* by Financial Title Co., Lenders First Choice(Clancy, Kevin) (Entered: 12/03/2007) |
| 12/03/2007 | 1746 | ANSWER to Complaint with Jury Demand *Answer to Second Amended Consolidated Third-Party Complaint* by Specialty Title Services, Inc. (Clancy, Kevin) (Entered: 12/03/2007) |
| 12/03/2007 | 1747 | ANSWER to amended complaint *Answer to First Amended Consolidated Third Party Complaint of Ameriquest/Argent* by Southern Star Mortgage Corp.(Kraft, Michael) (Entered: 12/03/2007) |
| 12/04/2007 | 1748 | MOTION by Third Party Defendant Law Office of Anthony A. Senerchia for extension of time to file answer *or otherwise plead* (Kaplan, Eric) |

| | | (Entered: 12/04/2007) |
|---|---|---|
| 12/04/2007 | 1749 | NOTICE by Law Office of Anthony A. Senerchia re MOTION by Third Party Defendant Law Office of Anthony A. Senerchia for extension of time to file answer *or otherwise plead* 1748 (Kaplan, Eric) (Entered: 12/04/2007) |
| 12/04/2007 | 1750 | ATTORNEY Appearance for Third Party Defendant Chioce Title Agency, Inc. by John E Kerley (Kerley, John) (Entered: 12/04/2007) |
| 12/04/2007 | 1751 | MINUTE entry before Judge Marvin E. Aspen dated 12/4/07:Defendants' unopposed motion (Doc. No. 1696) for reassignment of related action, Case No. 07 C 4628, as part of MDL 1715 is granted. Motion terminated. The motion hearing set for 12/6/07 is stricken. Judicial staff mailed notice (gl, ) (Entered: 12/04/2007) |
| 12/04/2007 | 1752 | ATTORNEY Appearance for ThirdParty Plaintiff Citywide Title Corporation, Defendant Citywide Title Corporation by Daniel John McMahon (McMahon, Daniel) (Entered: 12/04/2007) |
| 12/04/2007 | 1753 | ATTORNEY Appearance for Third Party Defendant Indiana Title Network Co., Defendant Indiana Title Network Co. by Daniel John McMahon (McMahon, Daniel) (Entered: 12/04/2007) |
| 12/04/2007 | 1754 | MINUTE entry before Judge Marvin E. Aspen dated 12/4/07:Stipulation (Doc. No. 1685 to extend time for third party defendants to respond to Ameriquest Mortgage Company's first amended consolidated third party complaint, up to and including 12/31/07, is granted. Enter Order.Judicial staff mailed notice (gl, ) (Entered: 12/04/2007) |
| 12/04/2007 | 1755 | ATTORNEY Appearance for ThirdParty Plaintiff Citywide Title Corporation, Defendant Citywide Title Corporation by Cinthia Granados Motley (Motley, Cinthia) (Entered: 12/04/2007) |
| 12/04/2007 | 1756 | ATTORNEY Appearance for Third Party Defendant Indiana Title Network Co., Defendant Indiana Title Network Co. by Cinthia Granados Motley (Motley, Cinthia) (Entered: 12/04/2007) |
| 12/04/2007 | 1757 | Enter ORDER regarding stipulation, 1685 Signed by Judge Marvin E. Aspen on 12/4/2007:Judicial staff mailed notice(gl, ) (Entered: 12/04/2007) |
| 12/04/2007 | 1758 | ATTORNEY Appearance for ThirdParty Plaintiff Citywide Title Corporation, Defendant Citywide Title Corporation by Rebecca Rothmann (Rothmann, Rebecca) (Entered: 12/04/2007) |
| 12/04/2007 | 1759 | ATTORNEY Appearance for Third Party Defendant Indiana Title Network Co., Defendant Indiana Title Network Co. by Rebecca Rothmann (Rothmann, Rebecca) (Entered: 12/04/2007) |
| 12/04/2007 | 1760 | MINUTE entry before Judge Marvin E. Aspen dated 12/4/07: Stipulation (Doc. No. 1694) enlarging time for third-party defendants, law offices of Gregory T. Lattanzi, Schop & Pleskow, LLP, Synodi Videll & Green, LLC. Gordon P. Videll, and Jones Damia, Kaufman, Boroesky & DePaul, |

| | | |
|---|---|---|
| | | LLC to answer or otherwise plead to first amended consolidated third party complaint, up to and including 1/4/08, is granted. Enter Order.Judicial staff mailed notice (gl, ) (Entered: 12/04/2007) |
| 12/04/2007 | 1761 | Enter ORDER regarding stipulation [Doc. No. 1694]. Signed by Judge Marvin E. Aspen on 12/4/2007:Judicial staff mailed notice(gl, ) (Entered: 12/04/2007) |
| 12/05/2007 | 1762 | ATTORNEY Appearance for Third Party Defendants Ace Mortgage Funding, Inc., Archer Land Title, Inc. by David Thomas Ballard (Ballard, David) (Entered: 12/05/2007) |
| 12/05/2007 | 1763 | NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANT HOME EQUITY TITLE SERVICES, INC. WITHOUT PREJUDICE by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/05/2007) |
| 12/05/2007 | 1764 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/05/2007) |
| 12/05/2007 | 1765 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/05/2007) |
| 12/05/2007 | 1774 | MOTION by Third Party Defendant Lake Front Mortgage Inc., to dismiss and/or MOTION by Third Party Defendant Lake Front Mortgage Inc., for a more definite statement. (jmp, ) (Entered: 12/07/2007) |
| 12/06/2007 | 1766 | ATTORNEY Appearance for Third Party Defendant Home-Land Title & Abstract Co. by Michael Andrew Kraft (Kraft, Michael) (Entered: 12/06/2007) |
| 12/06/2007 | 1767 | ATTORNEY Appearance for Third Party Defendant Home-Land Title & Abstract Co. by Gregory A. Cerulo (Cerulo, Gregory) (Entered: 12/06/2007) |
| 12/06/2007 | 1768 | NOTICE by Nations Title Agency of Illinois, Inc., Texas Nations Title Agency, Inc.., The Guarantee Title and Trust Co., Nations Title Agency of Michigan, Nations Title Agency of Missouri *of Stipulation of Ameriquest of Extension until December 31, 2007 to Answer or Otherwise Plead.* (McCormack, David) (Entered: 12/06/2007) |
| 12/06/2007 | 1769 | STIPULATION *Enlarging time to Answer or Otherwise Plead to First Amended Consolidated Third Party Complaint* (Templeman, Joel) (Entered: 12/06/2007) |
| 12/06/2007 | 1770 | Notice of Additional Individual Opt-Outs from Class Actions by Borrower Plaintiffs *Thomas and Christena Blain, Mildred Clay, Robert and Twila Wayne, Thomas and Victoria Wildermuth and Jonathan Daege and Tara Walczak-Daege* (Hofeld, Albert) (Entered: 12/06/2007) |
| 12/06/2007 | 1771 | NOTICE by Borrower Plaintiffs re other 1770 (Hofeld, Albert) (Entered: 12/06/2007) |
| | | |

| 12/06/2007 | 1772 | Notice of Individuals Opting-Out of Class Action by Plaintiffs/Individual actions *Elliot-Labin, Faust & Russell, Holland, Janeway, Moss, Nowik, Newbolt, Ferrara, Kruger, Haskins, Martindell, and Vigil* (Valach, Anthony) (Entered: 12/06/2007) |
| --- | --- | --- |
| 12/06/2007 | 1773 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/06/2007) |
| 12/07/2007 | 1775 | ANSWER to Complaint by The Mortgage Store(Kofoed, Russell) (Entered: 12/07/2007) |
| 12/07/2007 | 1776 | OBJECTIONS by American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title of Michigan, Fidelity National Title Insurance Company of New York, Ticor Title Insurance Co., Fidelity National Title Insurance Co., Fidelity National Title Company, Chicago Title Insurance Company to MOTION by Defendants Ameriquest Mortgage Company, Argent Mortgage Company, LLC Regarding Third-Party Defendant Case Management Issues 1724 (Fowerbaugh, Albert) (Entered: 12/07/2007) |
| 12/07/2007 | 1783 | DESIGNATION of Local Counsel for Metro Title Company and Willacy Counties by James A. Flesch, Don E. Glickman. (jmp, ) (Entered: 12/10/2007) |
| 12/10/2007 | 1777 | ATTORNEY Appearance for Plaintiff Plaintiffs/Individual actions by Albert F Hofeld, Jr (Hofeld, Albert) (Entered: 12/10/2007) |
| 12/10/2007 | 1778 | MINUTE entry before Judge Marvin E. Aspen dated 12/10/07:Plaintiffs are to respond to third-party defendant National Real Estate Information Services' motion to dismiss or in the alternative to stay (DOc. No. 1714) on or before 4/30/2007. Defendants are to reply by 5/14/2007. The morion hearing set for 12/11/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 12/10/2007) |
| 12/10/2007 | 1779 | MINUTE entry before Judge Marvin E. Aspen dated 12/10/07:Defendant/Third-Party Plaintiffs' Motion 1724 regrding Third-Party Defendant Case Management Issues is granted in part and denied in part. Motion terminated. We hereby order all Third-Party Defendants to file Notices of Appearance with this Court by 12/28/07. Third-Party Defendants shall have until 3/31/08 to answer or otherwise respond to the amended consolidated third-party complaint. We further order third-party defendants to coordinate and file a consolidated answer or a consolidated motion to dismiss, by that date. Defendants' Third-Party plaintiffs shall have until 4/30/08 to respond to any motion to dismiss the third-party complaint. Any replies to be filed by 5/14/08. Judicial staff mailed notice (gl, ) (Entered: 12/10/2007) |
| 12/10/2007 | 1780 | MINUTE entry before Judge Marvin E. Aspen dated 12/10/07: The status hearing set for 1/24/08, before Judge Aspen, is reset to 2/21/2008 at 10:30 AM.Judicial staff mailed notice (gl, ) (Entered: 12/10/2007) |
| 12/10/2007 | 1781 | MINUTE entry before Judge Morton Denlow :Status hearing reset to |

| | | |
|---|---|---|
| | | 2/21/2008 at 10:00 AM. on request of the parties. Status hearing set for 1/10/08 is stricken.Mailed notice (dmk, ) (Entered: 12/10/2007) |
| 12/10/2007 | 1782 | MINUTE entry before Judge Marvin E. Aspen dated 12/10/07: This court's order of 12/10/07 is amended to read that Defendants/Third-Party Plaintiffs shall have until 4/30/08 to respond to any motion to dismiss the third-party complaints, including any motion to dismiss previously filed. All other aspects of the order to remain in effect. Third-party plaintiffs stipulation (Doc. No. 1769) enlarging time for third-party defendant Travis Mortgage LLC to answer or otherwise plead to first amended consolidated third-party complaint is moot, in light of this court's order of 12/10/07.Judicial staff mailed notice (gl, ) (Entered: 12/10/2007) |
| 12/10/2007 | 1784 | Notice of Opting out of Class Actions by Plaintiffs/Individual actions *[Coleman]* (Baird, Charles) (Entered: 12/10/2007) |
| 12/10/2007 | 1785 | Notice of Opting Out of Class Actions by Plaintiffs/Individual actions *[Westmoreland]* (Baird, Charles) (Entered: 12/10/2007) |
| 12/10/2007 | 1786 | SUGGESTION of Bankruptcy as to Express Financial Services and Express Title Services of Ohio, Inc. (jmp, ) (Entered: 12/11/2007) |
| 12/10/2007 | 1787 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Equity Settlement Services, Inc, EW Mortgage Company by Alexander Edward Sklavos; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 111 5748. (jmp, ) (Entered: 12/11/2007) |
| 12/10/2007 | 1790 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of L & S Mortgage LLC, Lake Front Mortgage Inc. by Gerald R. Walton; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 103 42418. (jmp, ) (Entered: 12/11/2007) |
| 12/11/2007 | 1788 | ATTORNEY Appearance for Third Party Defendant General American Corporation by Peter Vincent Baugher (Baugher, Peter) (Entered: 12/11/2007) |
| 12/11/2007 | 1789 | ATTORNEY Appearance for Third Party Defendant General American Corporation by Joseph J Siprut (Siprut, Joseph) (Entered: 12/11/2007) |
| 12/11/2007 | 1791 | NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANTS EXPRESS FINANCIAL SERVICES, INC. AND EXPRESS TITLE SERVICES OF OHIO, INC. WITHOUT PREJUDICE by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/11/2007) |
| 12/12/2007 | 1792 | MINUTE entry before Judge Marvin E. Aspen dated 12/12/07: As set forth in this Court's Order of 12/10/07 (Doc. No. 1779), Third-party defendants shall have until 3/31/08 to answer or otewise respond to the amended consolidated third-party complaint. We further order third-party defendants to coordinate and file a consolidated answer or a consolidated motion to dismiss by that date. Defendnats' Third-party plaintiffs shall have until 4/30/08 to respond to any motions to dismis the third-party complaint. Any replies to be filed by 5/14/08. The motion hearing set for 12/13/07 is stricken. Third-Party defendants Law Title Insurance's motion |

| | | |
|---|---|---|
| | | for an extension of time to answer or otherwisse plead (Doc. No. 1743) is moot, in light of the 12/10/07 order.Judicial staff mailed notice (gl, ) (Entered: 12/12/2007) |
| 12/12/2007 | 1793 | RESPONSE by Hillard N. Einbinderin Opposition to MOTION by ThirdParty Plaintiff Ameriquest Mortgage CompanyMOTION REGARDING CERTAIN CASE MANAGEMENT ISSUES WITH RESPECT TO DEFENDANTS THIRD-PARTY COMPLAINT 1396 (Attachments: # 1 Notice of Filing # 2 Certificate of Service # 3 Certificate of Service)(Jansen, Gary) (Entered: 12/12/2007) |
| 12/12/2007 | 1794 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Allied Home Mortgage Capital Corp. (Lynch, Daniel) (Entered: 12/12/2007) |
| 12/12/2007 | 1795 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/12/2007) |
| 12/14/2007 | 1796 | ATTORNEY Appearance for Third Party Defendant Paul D. Boudreau by Charles Scott Ofstein (Ofstein, Charles) (Entered: 12/14/2007) |
| 12/14/2007 | 1797 | Notice of Individual Opting-Out of Class Action by Plaintiffs/Individual actions *O'Keefe* (Valach, Anthony) (Entered: 12/14/2007) |
| 12/14/2007 | 1798 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company *(Jiminez 05-1009)* (LeSage, Bernard) (Entered: 12/14/2007) |
| 12/14/2007 | 1799 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company *(Titus-Ashford 06-7062)* (LeSage, Bernard) (Entered: 12/14/2007) |
| 12/14/2007 | 1800 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company *(Treadwell 05-1078)* (LeSage, Bernard) (Entered: 12/14/2007) |
| 12/14/2007 | 1801 | ATTORNEY Appearance for Third Party Defendant Paul D. Boudreau, by Joseph Kent Mathewson. (jmp, ) (Entered: 12/17/2007) |
| 12/14/2007 | 1802 | ATTORNEY Appearance for Third Party Defendant Paul D. Boudreau, by Robert W. Smyth, Jr. (jmp, ) (Entered: 12/17/2007) |
| 12/14/2007 | 1807 | LETTER from Gary Klein dated 12/08/2007. (jmp, ) (Entered: 12/20/2007) |
| 12/17/2007 | 1803 | ATTORNEY Appearance for Third Party Defendant Hadlock Law Offices, P.C. by Paul S. Festenstein (Festenstein, Paul) (Entered: 12/17/2007) |
| 12/18/2007 | 1804 | ATTORNEY Appearance for Defendants Jones, Damia, Kaufman, Borofsky & DePaul LLC, Law Office of Gregory Lattanzi, Schop & Pleskow, Third Party Defendant Synodi Videll & Green, LLC by Susan N.K. Gummow (Gummow, Susan) (Entered: 12/18/2007) |
| 12/18/2007 | 1805 | ATTORNEY Appearance for Third Party Defendants Superior Closing |

| | | |
|---|---|---|
| | | Services, LLC, Heights Title Agency, Inc., Battersby Title, Inc., Colonial Title & Escrow Inc., National RealEstate Information Service of New Jersey, Towne & Country Land Title Agency, Inc. by Christopher H Murphy *of Cozen O'Connor* (Murphy, Christopher) (Entered: 12/18/2007) |
| 12/19/2007 | 1806 | STIPULATION *For Stay of All Proceedings and Amended Scheduling Order* (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service # 3 Letter to Judge Aspen and Judge Denlow)(Salpeter, Alan) (Entered: 12/19/2007) |
| 12/20/2007 | 1808 | SUMMONS Returned Executed by Argent Mortgage Company, LLC as to Landsel Title Agency, Inc. on 11/15/2007, answer due 12/5/2007. (Wiegand, Thomas) (Entered: 12/20/2007) |
| 12/20/2007 | 1809 | SUMMONS Returned Executed by Argent Mortgage Company, LLC (Wiegand, Thomas) (Entered: 12/20/2007) |
| 12/20/2007 | 1810 | ATTORNEY Appearance for Third Party Defendant Hadlock Law Offices, P.C. by Bradley Steven Levison (Levison, Bradley) (Entered: 12/20/2007) |
| 12/20/2007 | 1811 | MOTION by Third Party Defendant Roy W. Waller to substitute attorney (Weber, Michael) (Entered: 12/20/2007) |
| 12/20/2007 | 1812 | NOTICE of Motion by Michael J. Weber for presentment of motion to substitute attorney 1811 before Honorable Marvin E. Aspen on 1/3/2008 at 10:30 AM. (Weber, Michael) (Entered: 12/20/2007) |
| 12/20/2007 | 1813 | CERTIFICATE of Service by Third Party Defendant Roy W. Waller regarding notice of motion 1812 , MOTION by Third Party Defendant Roy W. Waller to substitute attorney 1811 (Weber, Michael) (Entered: 12/20/2007) |
| 12/20/2007 | 1814 | ATTORNEY Appearance for Third Party Defendant Dream House Mortgage Corp. by Gini Spaziano (Spaziano, Gini) (Entered: 12/20/2007) |
| 12/20/2007 | 1815 | ATTORNEY Appearance for Third Party Defendant Dream House Mortgage Corp. by Dean J. Wagner (Wagner, Dean) (Entered: 12/20/2007) |
| 12/20/2007 | 1816 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Joshua Hiltibidal on 11/28/2007, answer due 12/18/2007. (Ledsky, Jonathan) (Entered: 12/20/2007) |
| 12/20/2007 | 1817 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Scott Parkhurst on 11/16/2007, answer due 12/6/2007. (Ledsky, Jonathan) (Entered: 12/20/2007) |
| 12/20/2007 | 1829 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Ilene Chapel by William E. Hosler; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50 paid, receipt number 10342649. (gmr, ) (Entered: 12/26/2007) |
| 12/21/2007 | 1818 | *Defendant Deutsche Bank Natioanal Trust* ANSWER to Complaint |

| | | |
|---|---|---|
| | | *Company's Answer and Affirmative Defenses to Amended Complaint (Re: Cathleen Kessler, et al)* by Deutsche Bank National Trust Company (LeSage, Bernard) (Entered: 12/21/2007) |
| 12/26/2007 | 1819 | MOTION by Plaintiff Plaintiffs/Individual actions for partial summary judgment *(Jayleen LaCross)* (Pizor, Andrew) (Entered: 12/26/2007) |
| 12/26/2007 | 1820 | RULE 56 (a)1 Statement by Plaintiffs/Individual actions regarding motion for partial summary judgment 1819 *(Jayleen LaCross)* (Pizor, Andrew) (Entered: 12/26/2007) |
| 12/26/2007 | 1821 | AFFIDAVIT by Plaintiff Plaintiffs/Individual actions in Support of MOTION by Plaintiff Plaintiffs/Individual actions for partial summary judgment *(Jayleen LaCross)* 1819 *(Affidavit of Jayleen LaCross)* (Pizor, Andrew) (Entered: 12/26/2007) |
| 12/26/2007 | 1822 | MEMORANDUM by Plaintiffs/Individual actions in support of motion for partial summary judgment 1819 *(Jayleen LaCross)* (Pizor, Andrew) (Entered: 12/26/2007) |
| 12/26/2007 | 1823 | AFFIDAVIT by Plaintiff Plaintiffs/Individual actions in Support of MOTION by Plaintiff Plaintiffs/Individual actions for partial summary judgment *(Jayleen LaCross)* 1819 (Attachments: # 1 Exhibit 1 - Adjustable Rate Note 03/17/03# 2 Exhibit 2 - Adjustable Rate Note 07/03/03# 3 Exhibit 3 - Adjustable Rate Note 12/22/03# 4 Exhibit 4 - Fixed Rate Note 06/24/03# 5 Exhibit 5 - Fixed Rate Note 05/16/03# 6 Exhibit 6 - Adjustable Rate Note 05/23/03# 7 Exhibit 7 - Adjustable Rate Note 11/18/04# 8 Exhibit 8 - Fixed Rate Note 03/24/04# 9 Exhibit 9 - Modification Agreement 02/20/04# 10 Exhibit 10 - Adjustable Rate Note 08/06/04# 11 Exhibit 11 - Adjustable Rate Note 03/19/04# 12 Exhibit 12 - Adjustable Rate Note 12/10/04# 13 Exhibit 13 - Request for Admissions Directed to Defendant Ameriquest Mortgage Company 09/10/07# 14 Exhibit 14 - Ann Tran's letter to Daniel S. Blinn 09/22/05# 15 Exhibit 15 - letter from Daniel S. Blinn to Ann Tran 09/07/05# 16 Exhibit 16 - Certified Mail Receipt# 17 Exhibit 17 - letter from Daniel S. Blinn to HSBC 09/07/05# 18 Exhibit 18 - Certified Mail Receipt)(Pizor, Andrew) (Entered: 12/26/2007) |
| 12/26/2007 | 1824 | AFFIDAVIT by Plaintiff Plaintiffs/Individual actions in Support of MOTION by Plaintiff Plaintiffs/Individual actions for partial summary judgment *(Jayleen LaCross)* 1819 *Affidavit of Alan Cicchetti* (Pizor, Andrew) (Entered: 12/26/2007) |
| 12/26/2007 | 1825 | MINUTE entry before Judge Marvin E. Aspen dated 12/26/07: Attorney Christopher B Hunter for Northwest Title and Escrow added. Judicial staff mailed notice (gl, ) (Entered: 12/26/2007) |
| 12/26/2007 | 1826 | MINUTE entry before Judge Marvin E. Aspen dated 12/26/07: Defendants and Borrower and Non-Borrower Class plaintiffs" Stipulation for stay of all proceedings and amended scheduling order (Doc. No. 1806) is allowed. This order relates only to the Borrower and Non-Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding. The stay of all proceedings in this matter is |

| | | |
|---|---|---|
| | | continued to 1/25/08. Plaintiffs' opposition to Ambassador Roland Arball's motion to dismiss first amended class action complaint will be due on 1/25/08. Defendants' reply to plaintiffs' opposition to Ambassador Roland Arnall's motion to dismiss first amended class action complaint will be due on 2/20/08. All fact and expert discovery shall be completed by 5/21/08. Each party shall disclose any and all affirmative experts, consistent with the requirements of FRCP 20(a)(2) by 3/21/08. Each party shall disclose any and all rebuttal experts, consistent with the requirements of FRCP 26(a)(2) by 4/21/08; and Absent further leave of court, plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after plaintiffs file their motion for class certification, and plaintiffs shall have up to 30 days after the filing of defendants' opposition to file their reply. Enter Order.Judicial staff mailed notice (gl, ) (Entered: 12/26/2007) |
| 12/26/2007 | 1827 | Enter ORDER regarding stipulation for stay of all proceedings and amended scheduling order (Doc. No. 1806). Signed by Judge Marvin E. Aspen on 12/26/2007:Judicial staff mailed notice(gl, ) (Entered: 12/26/2007) |
| 12/26/2007 | 1828 | NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANT ANGELA BARTUCCI WITHOUT PREJUDICE by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 12/26/2007) |
| 12/27/2007 | 1830 | ATTORNEY Appearance for Third Party Defendant Title Source Inc., Defendant Title Source Inc. by Adam Rien Bunge (Bunge, Adam) (Entered: 12/27/2007) |
| 12/27/2007 | 1831 | ATTORNEY Appearance for Third Party Defendant Taylor Abstract Company by Christopher H Murphy *Cozen O'Connor* (Murphy, Christopher) (Entered: 12/27/2007) |
| 12/27/2007 | 1832 | ATTORNEY Appearance for Third Party Defendant Mortgage Information Service by Timothy D. Elliott (Elliott, Timothy) (Entered: 12/27/2007) |
| 12/27/2007 | 1833 | ATTORNEY Appearance for Third Party Defendant Mortgage Information Service by Emily L. Alb (Alb, Emily) (Entered: 12/27/2007) |
| 12/28/2007 | 1834 | ATTORNEY Appearance for Third Party Defendant Equifax Credit Information Services, Inc. by Robert Eliot Shapiro (Shapiro, Robert) (Entered: 12/28/2007) |
| 12/28/2007 | 1835 | ATTORNEY Appearance for Third Party Defendant Equifax Credit Information Services, Inc. by Stephanie Michelle Zimdahl (Zimdahl, Stephanie) (Entered: 12/28/2007) |
| 12/28/2007 | 1836 | ATTORNEY Appearance for Third Party Defendants Equifax Credit Information Services, Inc., Equifax Marketing Services by Michael J. Breslin (Breslin, Michael) (Entered: 12/28/2007) |
| 12/28/2007 | 1837 | ATTORNEY Appearance for Third Party Defendants Equifax Credit Information Services, Inc., Equifax Marketing Services by Michael J. |

| | | |
|---|---|---|
| | | Breslin *of Mara McRae* (Breslin, Michael) (Entered: 12/28/2007) |
| 12/28/2007 | 1838 | Rule 7.1 Disclosure STATEMENT by Old Republic National Title Insurance Company (Torre, Emily) (Entered: 12/28/2007) |
| 12/28/2007 | 1839 | ATTORNEY Appearance for Third Party Defendants Lee S. Jacobowitz, Dewrell Sacks, LLP, John Weber & Associates, Law Office of Daniel Nigro, Lieto & Greenberg LLP, Defendant Carolyn T. Daley by Scott J. Brown (Brown, Scott) (Entered: 12/28/2007) |
| 12/28/2007 | 1840 | CERTIFICATE of Service by Defendant Carolyn T. Daley, Third Party Defendants Dewrell Sacks, LLP, John Weber & Associates, Law Office of Daniel Nigro, Lee S. Jacobowitz, Lieto & Greenberg LLP regarding attorney appearance 1839 (Brown, Scott) (Entered: 12/28/2007) |
| 12/28/2007 | 1841 | RESPONSE by Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to MOTION by ThirdParty Plaintiff Ameriquest Mortgage CompanyMOTION REGARDING CERTAIN CASE MANAGEMENT ISSUES WITH RESPECT TO DEFENDANTS THIRD-PARTY COMPLAINT 1396 *Response by Third-Party Defendants to Motions Regarding Case Management Issues and Motion to Reconsider December 10 and 12, Minute Entries* (Attachments: # 1 Exhibit A)(Verges, Keith) (Entered: 12/28/2007) |
| 12/28/2007 | 1842 | ATTORNEY Appearance for Defendant Carolyn T. Daley, Third Party Defendants Dewrell Sacks, LLP, John Weber & Associates, Law Office of Daniel Nigro, Lee S. Jacobowitz, Lieto & Greenberg LLP by Rudolf G. Schade, Jr (Schade, Rudolf) (Entered: 12/28/2007) |
| 12/28/2007 | 1843 | CERTIFICATE of Service by Third Party Defendants Lee S. Jacobowitz, Dewrell Sacks, LLP, John Weber & Associates, Law Office of Daniel Nigro, Lieto & Greenberg LLP, Defendant Carolyn T. Daley regarding attorney appearance 1842 (Schade, Rudolf) (Entered: 12/28/2007) |
| 01/02/2008 | 1844 | MINUTE entry before Judge Marvin E. Aspen dated 1/2/08:Roy W. Waller's Motion to withdraw appearance and leave to file substitute appearance 1811 is granted. Motion terminated. Attorney Michael J. Weber for Roy W. Waller added. Pro se appearance of Roy W. Waller terminated. The motion hearing set for 1/3/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 01/02/2008) |
| 01/02/2008 | 1845 | ATTORNEY Appearance for Third Party Defendant Title Source Inc., Defendant Title Source Inc. by Edward A. Cohen (Cohen, Edward) (Entered: 01/02/2008) |
| 01/02/2008 | 1846 | ATTORNEY Appearance for Third Party Defendant Title Source Inc., Defendant Title Source Inc. by Larry A Hoellwarth (Hoellwarth, Larry) (Entered: 01/02/2008) |
| 01/02/2008 | 1847 | MOTION by Third Party Defendants Lee S. Jacobowitz, Dewrell Sacks, LLP, John Weber & Associates, Law Office of Daniel Nigro, Lieto & |

| | | |
|---|---|---|
| | | Greenberg LLP, Defendant Carolyn T. Daley to join *and adopt the Response Filed by Certain Third-Party Defendants to Motions Regarding Case Management Issues and Motion to Reconsider December 10 and 12, 2007 minute entries; and* (Attachments: # 1 Certificate of Service) (Schade, Rudolf) (Entered: 01/02/2008) |
| 01/02/2008 | 1848 | *Defendant Deutsche Bank National* ANSWER to Complaint *Trust Company's Answer and Affirmative Defenses to Complaint (Re: Cathleen Kessler, et al)* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 01/02/2008) |
| 01/02/2008 | 1849 | *Defendant WM Specialty Mortgage, LLC's Answer* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint (Re: Cathleen Kessler, et al.)* by WM Specialty Mortgage, LLC(LeSage, Bernard) (Entered: 01/02/2008) |
| 01/03/2008 | 1850 | MINUTE entry before Judge Marvin E. Aspen dated 1/3/08: Any responses to plaintiff Jayleen LaCross's motion for partial summary judgment (Doc. No. 44 filed in Case No. 06 C 4036) are to be filed on or before 2/4/08. Any replies to be filed by 2/25/08.Judicial staff mailed notice (gl, ) (Entered: 01/03/2008) |
| 01/03/2008 | 1851 | ATTORNEY Appearance for Third Party Defendant Roy W. Waller by Michele Lynn Killebrew (Killebrew, Michele) (Entered: 01/03/2008) |
| 01/03/2008 | 1852 | CERTIFICATE of Service by Third Party Defendant Roy W. Waller regarding attorney appearance 1851 (Killebrew, Michele) (Entered: 01/03/2008) |
| 01/03/2008 | 1853 | ATTORNEY Appearance for Third Party Defendant Roy W. Waller by Michael J. Weber (Weber, Michael) (Entered: 01/03/2008) |
| 01/03/2008 | 1854 | CERTIFICATE of Service by Third Party Defendant Roy W. Waller regarding attorney appearance 1853 (Weber, Michael) (Entered: 01/03/2008) |
| 01/03/2008 | 1855 | RESPONSE by Integrity 1st Mortgage, Resource Title, Dey Smith & Collier LLC to MOTION by ThirdParty Plaintiff Ameriquest Mortgage CompanyMOTION REGARDING CERTAIN CASE MANAGEMENT ISSUES WITH RESPECT TO DEFENDANTS THIRD-PARTY COMPLAINT 1396 *and motion to reconsider December 10 and 12, 2007 minute entries* (Sipchen, James) (Entered: 01/03/2008) |
| 01/04/2008 | 1856 | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE by Mortgage Information Service (Elliott, Timothy) (Entered: 01/04/2008) |
| 01/04/2008 | 1857 | MOTION by Defendant Metro Title Company to join *and Adopt the Response Filed by Certain Third-Party Defendants to Motions Regarding Case Management Issues and Motion to Reconsider December 10 and 12, 2007 Minute Entries* (Glickman, Don) (Entered: 01/04/2008) |
| 01/04/2008 | 1858 | NOTICE by Metro Title Company re MOTION by Defendant Metro Title Company to join *and Adopt the Response Filed by Certain Third-Party Defendants to Motions Regarding Case Management Issues and Motion to* |

| | | |
|---|---|---|
| | | *Reconsider December 10 and 12, 2007 Minute Entries* 1857 (Glickman, Don) (Entered: 01/04/2008) |
| 01/04/2008 | 1859 | ATTORNEY Appearance for Third Party Defendant Old Republic National Title Insurance Company by Emily Wolf Torre (Torre, Emily) (Entered: 01/04/2008) |
| 01/07/2008 | 1860 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to North American Title Co. on 10/11/2007, answer due 10/31/2007. (Ledsky, Jonathan) (Entered: 01/07/2008) |
| 01/07/2008 | 1861 | SUMMONS Returned Executed by Ameriquest Mortgage Company as to Sierra Title Co. on 10/8/2007, answer due 10/28/2007. (Ledsky, Jonathan) (Entered: 01/07/2008) |
| 01/07/2008 | 1862 | ATTORNEY Appearance for Third Party Defendant Dream House Mortgage Corp. by Preston W Halperin (Halperin, Preston) (Entered: 01/07/2008) |
| 01/07/2008 | 1863 | ATTORNEY Appearance for Third Party Defendants Turnkey Title Corporation, TurnkeyTitle Corporation, Defendant TurnkeyTitle Corporation by Annaliese Flynn Fleming (Fleming, Annaliese) (Entered: 01/07/2008) |
| 01/07/2008 | 1864 | MOTION by Defendant Ameriquest Mortgage Company to reassign case *Elliot-Labin (07-cv-6191) and Ferrara (07-cv-6867)* (Attachments: # 1 Exhibit Elliot-Labin Complaint# 2 Exhibit Ferrara Complaint)(LeSage, Bernard) (Entered: 01/07/2008) |
| 01/08/2008 | 1865 | Rule 36 Requests for Admission by Perrotta, Cahn & Prieto, P.C. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Fenwick, Michael) (Entered: 01/08/2008) |
| 01/08/2008 | 1866 | NOTICE by Perrotta, Cahn & Prieto, P.C. re other 1865 *Rule 36 Requests for Admission* (Fenwick, Michael) (Entered: 01/08/2008) |
| 01/08/2008 | 1867 | NOTICE of Motion by Russell W. Hubbard for presentment of motion for miscellaneous relief 1396 before Honorable Marvin E. Aspen on 1/10/2008 at 10:30 AM. (Hubbard, Russell) (Entered: 01/08/2008) |
| 01/09/2008 | 1868 | NOTICE of Motion by Russell W. Hubbard for presentment of motion for miscellaneous relief 1396 before Honorable Marvin E. Aspen on 1/24/2008 at 10:30 AM. (Hubbard, Russell) (Entered: 01/09/2008) |
| 01/09/2008 | 1869 | WAIVER OF SERVICE returned executed by Plaintiffs/Individual actions. WM Specialty Mortgage LLC waiver sent on 11/20/2007, answer due 1/22/2008. (Valach, Anthony) (Entered: 01/09/2008) |
| 01/11/2008 | 1870 | CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITI RESIDENTIAL LENDING, INC. by Citi Residential Lending, Inc. (LeSage, Bernard) (Entered: 01/11/2008) |
| 01/14/2008 | 1871 | MINUTE entry before Judge Marvin E. Aspen dated 1/14/08:Joint Motion to reassign case nos. 07 C 4890 and 07 C 5878 as part of MDL 1715 1706 |

| | | |
|---|---|---|
| | | is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 01/14/2008) |
| 01/14/2008 | 1872 | Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure STATEMENT by Commonwealth Land Title Co. (Pilgrim, Jeffrey) (Entered: 01/14/2008) |
| 01/14/2008 | 1873 | Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure STATEMENT by Lawyers Title Insurance Corp. (Pilgrim, Jeffrey) (Entered: 01/14/2008) |
| 01/14/2008 | 1874 | Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure STATEMENT by Commonwealth Land Title Insurance Company (Pilgrim, Jeffrey) (Entered: 01/14/2008) |
| 01/14/2008 | 1875 | Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure STATEMENT by Transnation Title Insurance Co. (Pilgrim, Jeffrey) (Entered: 01/14/2008) |
| 01/14/2008 | 1876 | Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure STATEMENT by LandAmerica Financial Group, Inc. (Pilgrim, Jeffrey) (Entered: 01/14/2008) |
| 01/15/2008 | 1877 | SUGGESTION of Bankruptcy as to Southern Star Mortgage Corp. *filed* by Southern Star Mortgage Corp. (Attachments: # 1 Exhibit Exhibit A-Notice of Bankruptcy)(Kraft, Michael) (Entered: 01/15/2008) |
| 01/16/2008 | 1878 | Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure STATEMENT by Metro Title Company *d/b/a Sierra Title of Cameron and Willacy Counties* (Glickman, Don) (Entered: 01/16/2008) |
| 01/17/2008 | 1879 | ATTORNEY Appearance for Third Party Defendant Classic Home Mortgage Corp. by Edward M. Ordonez (Ordonez, Edward) (Entered: 01/17/2008) |
| 01/17/2008 | 1880 | ATTORNEY Appearance for Third Party Defendant Classic Home Mortgage Corp. by Kristin Sihyun Yoo (Yoo, Kristin) (Entered: 01/17/2008) |
| 01/17/2008 | 1881 | NOTICE by David A. Ward of Change of Address (Ward, David) (Entered: 01/17/2008) |
| 01/17/2008 | 1882 | SUPPLEMENT by Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to response to motion,, 1841 *to Exhibit A, identifying additional Third-Party Defendants Joining in the Motion* (Verges, Keith) (Entered: 01/17/2008) |
| 01/17/2008 | 1883 | REPLY by ThirdParty Plaintiff Ameriquest Mortgage Company to motion for miscellaneous relief 1396 *REPLY IN SUPPORT OF MOTIONS REGARDING THIRD-PARTY DEFENDANT CASE MANAGMENT ISSUES* (LeSage, Bernard) (Entered: 01/17/2008) |
| 01/18/2008 | 1884 | NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN THIRD-PARTY DEFENDANTS by Argent Mortgage Company, LLC (Wiegand, Thomas) (Entered: 01/18/2008) |
| 01/18/2008 | 1885 | NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN |

| | | |
|---|---|---|
| | | THIRD-PARTY DEFENDANTS by Argent Mortgage Company, LLC (Wiegand, Thomas) (Entered: 01/18/2008) |
| 01/18/2008 | 1886 | STIPULATION of Dismissal *WITHOUT PREJUDICE OF THIRD-PARTY DEFENDANT ATTORNEYS' TITLE INSURANCE FUND, INC.* (Wiegand, Thomas) (Entered: 01/18/2008) |
| 01/18/2008 | 1887 | MOTION by Third Party Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co., Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. to substitute attorney (Radasevich, Robert) (Entered: 01/18/2008) |
| 01/18/2008 | 1888 | Substitution of Counsel by First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. (Radasevich, Robert) (Entered: 01/18/2008) |
| 01/18/2008 | 1889 | NOTICE of Motion by Robert Radasevich for presentment of motion to substitute attorney, 1887 before Honorable Marvin E. Aspen on 1/24/2008 at 10:30 AM. (Radasevich, Robert) (Entered: 01/18/2008) |
| 01/18/2008 | 1890 | Withdrawal of Motion to Dismiss First Amended Consolidated Third-Party Complaint by Attorneys' Title Insurance Fund, Inc. (Valeta, Peter) (Entered: 01/18/2008) |
| 01/18/2008 | 1891 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Mortgage Information Service by Scott A. Weathers; Order entered granting leave by Judge Marvin E. Aspen. Filing fee $ 50.00 paid, receipt number 1116204 (jmp, ) (Entered: 01/22/2008) |
| 01/22/2008 | 1892 | STIPULATION *[Proposed] Tolling of Statutes of Limitation with Opt Out Plaintiffs* (Salpeter, Alan) (Entered: 01/22/2008) |
| 01/22/2008 | 1893 | NOTICE of Motion by Alan Norris Salpeter for presentment of before Honorable Marvin E. Aspen on 1/29/2008 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Salpeter, Alan) (Entered: 01/22/2008) |
| 01/22/2008 | 1894 | ATTORNEY Appearance for Plaintiff Gwendolyn Wilcox by Earl P Underwood (Underwood, Earl) (Entered: 01/22/2008) |
| 01/22/2008 | 1895 | MINUTE entry before Judge Marvin E. Aspen dated 12208:Defendants First American Title Company, Midland Title Security, Inc., Ohio Bar Title Insurance Company, Mortgage Guarantee & Title Company, and Metropolitan Title Company's motion for substitution of counsel on behalf of certain defendants (Doc. No. 1887) is granted. Motion terminated. Attorneys Michael D. Sher, Robert Radasevich, Emily Milman, and Thomas Papadopoulos of Neal Gerber & Eisenberg LLP added as counsel. Attorneys Timothy J. Patenode, Peter R. Wilson, Amy E. Lum Gibson and Jennry R. Leifter of Katten Muchin Rosenman are terminated. The motion hearing set for 1/24/08 is stricken.Judicial staff mailed notice (gl, ) |

| | | |
|---|---|---|
| | | (Entered: 01/22/2008) |
| 01/22/2008 | 1896 | MINUTE entry before Judge Marvin E. Aspen dated 1/22/08: Defendants and third party plaintiffs' motion regarding certain case management issues with respect to defendant third-party complaint is taken under advisement. The motion hearing set for 1/24/08 is stricken. Ruling set for 1/24/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 01/22/2008) |
| 01/22/2008 | 1897 | MINUTE entry before Judge Marvin E. Aspen dated 1/22/08: The ruling date of 1/24/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 01/22/2008) |
| 01/22/2008 | 1898 | MINUTE entry before Judge Marvin E. Aspen dated 1/22/08:Plaintiffs' and defendants' Motion to reassign case 1864 07 C 6191, Elliot-Labin, et al v. Ameriquest and 07 C 6867, Ferrara, et al v. Ameriquest as part of MDL 1715 (05C7097) is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 01/22/2008) |
| 01/22/2008 | 1899 | NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANT GENERAL AMERICAN CORPORATION WITHOUT PREJUDICE by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 01/22/2008) |
| 01/22/2008 | 1900 | NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANT LAW OFFICES OF SARINO R. COSTANZO WITHOUT PREJUDICE by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 01/22/2008) |
| 01/24/2008 | 1901 | ATTORNEY Appearance for Third Party Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co., Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. by Robert Radasevich (Radasevich, Robert) (Entered: 01/24/2008) |
| 01/24/2008 | 1902 | ATTORNEY Appearance for Third Party Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co., Defendants First American Title Insurance Company, Metropolitan Title Company, Midland Title Security, Inc., Mortgage Guarantee & Title Company, Ohio Bar Title Insurance Co. by Athanasios Papadopoulos (Papadopoulos, Athanasios) (Entered: 01/24/2008) |
| 01/24/2008 | 1907 | MOTION by counsel for Third Party Defendant Illinois Mortgage Funding Corp., to withdraw as attorney, Brown, Udell & Pomerantz and Dennis F. Both. (jmp, ) (Entered: 01/25/2008) |
| 01/24/2008 | 1908 | NOTICE of Motion by Charles McLeod Baird, Dennis E. Both for presentment of motion to withdraw as attorney, Brown, Udell & Pomerantz and Dennis F. Both 1907 before Honorable Marvin E. Aspen on 1/31/2008 at 10:30 AM. (jmp, ) (Entered: 01/25/2008) |
| 01/25/2008 | 1903 | MOTION by Plaintiff Borrower Plaintiffs for extension of time to file response/reply *Motion to Extend the Date to File Response and* |

| | | |
|---|---|---|
| | | *Subsequent Schedule with annexed Stipulation* (Miller, Marvin) (Entered: 01/25/2008) |
| 01/25/2008 | 1904 | NOTICE of Motion by Marvin Alan Miller for presentment of motion for extension of time to file response/reply 1903 before Honorable Marvin E. Aspen on 1/29/2008 at 10:30 AM. (Miller, Marvin) (Entered: 01/25/2008) |
| 01/25/2008 | 1905 | MOTION by Plaintiff Plaintiffs/Individual actions to reassign case *Washington v. Ameriquest, et al.* (Hofeld, Albert) (Entered: 01/25/2008) |
| 01/25/2008 | 1906 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to reassign case 1905 before Honorable Marvin E. Aspen on 1/29/2008 at 10:30 AM. (Hofeld, Albert) (Entered: 01/25/2008) |
| 01/25/2008 | 1909 | WITHDRAWING *Martin A Kanofsky* as counsel for Third Party Defendant Mortgage Pros USA and substituting Michael Raymond Gregg as counsel of record (Gregg, Michael) (Entered: 01/25/2008) |
| 01/25/2008 | 1910 | NOTICE by Mortgage Pros USA re withdrawal substitution of counsel within same firm 1909 (Gregg, Michael) (Entered: 01/25/2008) |
| 01/25/2008 | 1911 | ATTORNEY Appearance for Third Party Defendant Mortgage Pros USA by Michael Raymond Gregg (Gregg, Michael) (Entered: 01/25/2008) |
| 01/25/2008 | 1912 | NOTICE by Mortgage Pros USA (Gregg, Michael) (Entered: 01/25/2008) |
| 01/25/2008 | 1913 | ATTORNEY Appearance for Third Party Defendant Mortgage Pros USA by Steven Michael Sandler (Sandler, Steven) (Entered: 01/25/2008) |
| 01/25/2008 | 1914 | NOTICE by Mortgage Pros USA (Sandler, Steven) (Entered: 01/25/2008) |
| 01/25/2008 | 1915 | ATTORNEY Appearance for Third Party Defendant Mortgage Pros USA by Amir R. Tahmassebi (Tahmassebi, Amir) (Entered: 01/25/2008) |
| 01/25/2008 | 1916 | NOTICE by Mortgage Pros USA (Tahmassebi, Amir) (Entered: 01/25/2008) |
| 01/25/2008 | 1917 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company *(Filian, et al v. Ameriquest, Case No. 06-2826)* (LeSage, Bernard) Modified on 1/28/2008 (gl, ). (Entered: 01/25/2008) |
| 01/25/2008 | 1918 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT by Ameriquest Mortgage Company *(Key 05-1077)* (LeSage, Bernard) (Entered: 01/25/2008) |
| 01/25/2008 | 1919 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company *(Polydoros 05-6517)* (LeSage, Bernard) (Entered: 01/25/2008) |
| 01/25/2008 | 1920 | MINUTE entry before Judge Marvin E. Aspen dated 1/25/08:Pursuant to stipulation of the parties, third-party defendant Attorneys' Title Insurance Fund, Inc. is dismissed without prejudice from the first amended consolidated third-party complaint. Parties shall bear their own costs and attorneys' fees. Attorneys' Title Insurance Fund, Inc. terminated.Judicial |

| | | |
|---|---|---|
| | | staff mailed notice(gl, ) (jms, ). (Entered: 01/25/2008) |
| 01/25/2008 | 1921 | MOTION by Third Party Defendant Hadlock Law Offices, P.C. to withdraw (Attachments: # 1 Exhibit Notice of Dismissal Without Prejudice of Certain Third Party Defendants# 2 Text of Proposed Order Order)(Festenstein, Paul) (Entered: 01/25/2008) |
| 01/25/2008 | 1922 | MINUTE entry before Judge Marvin E. Aspen dated 1/25/08: Attorney Peter James Valeta counsel for Attorneys' TItle is terminated.Judicial staff mailed notice (gl, ) (Entered: 01/25/2008) |
| 01/25/2008 | 1923 | MINUTE entry before Judge Marvin E. Aspen dated 1/25/08:Joint (Agreed) Motion (Doc. No. 1905) for reassignment of Case No. 05 C 1007 as part of MDL 1715 (05C7097) is granted. Motion terminated. The motion hearing set for 1/29/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 01/25/2008) |
| 01/28/2008 | 1924 | NOTICE by Plaintiffs/Individual actions *of Opting-Out of Class Actions (Black, et al & Raffadeen, et al)* (Blinn, Daniel) (Entered: 01/28/2008) |
| 01/28/2008 | 1925 | MINUTE entry before Judge Marvin E. Aspen dated 1/28/08: The Court allows the Borrower Class plaintiffs and Ambassdor Roland Arnall's stipulated tolling of statutes of limitations with opt out plaintiffs. The motion hearing set for 1/29/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 01/28/2008) |
| 01/28/2008 | 1926 | Stipulated Tolling of Statutes of Limitation with opt-out plaintiffs. Signed by Judge Marvin E. Aspen on 1/28/2008:Judicial staff mailed notice(gl, ) (Entered: 01/28/2008) |
| 01/28/2008 | 1927 | MINUTE entry before Judge Marvin E. Aspen dated 1/28/08: Defendants and Borrower and non-Borrower class plaintiffs' motion to extend the date to file response and subsequent schedule (Doc. No. 1903) is granted. Motion terminatd. This order relates only to the Borrower and Non-Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding. Enter Order. The motion hearing set for 1/29/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 01/28/2008) |
| 01/28/2008 | 1928 | ORDER regarding motion for extension of time to file response/reply 1903 , Signed by Judge Marvin E. Aspen on 1/28/2008:Judicial staff mailed notice(gl, ) (Entered: 01/28/2008) |
| 01/28/2008 | 1929 | MINUTE entry before Judge Marvin E. Aspen dated 1/28/08: Docket Entry 1920 having been entered on the docket incorrectly, the entry is vacated. Judicial staff mailed notice (gl, ) (Entered: 01/28/2008) |
| 01/28/2008 | 1930 | MINUTE entry before Judge Marvin E. Aspen dated 1/28/08: Pursuant to stipulation of the parties, third-party defendant Attorneys' Title Insurance Fund, Inc. is dismissed without prejudice from the first amended consolidated third-party complaint. Parties shall bear their own costs and attorneys' fees. Attorneys' Title Insurance Fund, Inc. terminated.Judicial staff mailed notice (gl, ) (Entered: 01/28/2008) |
| | | |

| 01/29/2008 | 1931 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Dream House Mortgage Corp. (Spaziano, Gini) (Entered: 01/29/2008) |
| 01/29/2008 | 1932 | MINUTE entry before Judge Marvin E. Aspen dated 1/29/08:Third-party defendant, Illinois Mortgage Funding Corp's motion to withdraw the appearance of Dennis E. Both (1907) is granted. Motion terminated. Attorney Dennis E. Both terminated. The motion hearing set for 1/31/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 01/29/2008) |
| 01/30/2008 | 1933 | STIPULATION regarding motion for partial summary judgment 1819 *STIPULATION TO CONTINUE* (LeSage, Bernard) (Entered: 01/30/2008) |
| 02/01/2008 | 1934 | MOTION by counsel for Third Party Defendant Allied Home Mortgage Capital Corp. to withdraw as attorney *(appearance of Henry Baskerville)* (Baskerville, Henry) (Entered: 02/01/2008) |
| 02/01/2008 | 1935 | NOTICE of Motion by Henry M. Baskerville for presentment of motion to withdraw as attorney 1934 before Honorable Marvin E. Aspen on 2/12/2008 at 10:30 AM. (Baskerville, Henry) (Entered: 02/01/2008) |
| 02/01/2008 | 1936 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company *(Bergquist 06-1438)* (LeSage, Bernard) (Entered: 02/01/2008) |
| 02/01/2008 | 1937 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company *(Doolittle 05-5033)* (LeSage, Bernard) (Entered: 02/01/2008) |
| 02/04/2008 | 1938 | MINUTE entry before Judge Marvin E. Aspen dated 2/4/08: The parties participating in the class claims mediation are to file a written status report updating the Court on the progress of the mediation by 2/15/08. Similarly, the parties in the opt-out claims mediation are to file a written status report updating the Court by 2/15/08. These reports may be filed jointly or separately.Judicial staff mailed notice (gl, ) (Entered: 02/04/2008) |
| 02/04/2008 | 1939 | MINUTE entry before Judge Marvin E. Aspen : Defendants, Citi Residential Lending and WM Specialty Mortgage, Motion (Doc. NO. 1297 ) for reassignment of Case No. 07 C 5426, Dailey v. Citi Residential Lending, et al, pending before Judge Aspen, as part of MDL 1715 (05C7097) is granted., The Clerk of the Court is directed to add Case No. 07 C 5426 as part of MDL 1715 (05C7097). Mailed notice (jmp, ) (Entered: 02/05/2008) |
| 02/05/2008 | 1940 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Countrywide Home Loans, Inc.(Countrywide Home Loans, Inc.) on 2/5/2008, answer due 2/25/2008. (Valach, Anthony) (Entered: 02/05/2008) |
| 02/05/2008 | 1941 | SUMMONS Issued 5 originals and 5 copies as to Defendants Ameriquest Mortgage Securities, Inc., ACC Capital Holdings Corporation, Countrywide Home Loans, Inc., Park Place Securities, Inc., Goldman Sachs Mortgage Company. (jmp, ) (Entered: 02/05/2008) |
| 02/05/2008 | 1942 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE |

| | | |
|---|---|---|
| | | AMENDED COMPLAINT by Ameriquest Mortgage Company *(Perez 06-5373)* (LeSage, Bernard) (Entered: 02/05/2008) |
| 02/05/2008 | 1943 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company *(Winters 07-1341)* (LeSage, Bernard) (Entered: 02/05/2008) |
| 02/05/2008 | 1944 | JOINT APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT by Ameriquest Mortgage Company *(Brown 07-4890)* (LeSage, Bernard) (Entered: 02/05/2008) |
| 02/06/2008 | 1945 | ATTORNEY Appearance for Third Party Defendant Turnkey Title Corporation by Gayle L. Yeatman *Fisher* (Yeatman, Gayle) (Entered: 02/06/2008) |
| 02/06/2008 | 1946 | MINUTE entry before Judge Marvin E. Aspen dated 2/6/08:Pursuant to stipulated dismissal of First Amended consolidated third-party complaint with respect to Attorneys' Title Insurance Fund, Inc., Third-party Defendant Attorneys' Title's motion to dismiss first amended consolidated third-party complaint (Doc. No. 1701) is withdrawn without prejudice. The parties shall bear their own costs. Motions terminated.Judicial staff mailed notice (gl, ) (Entered: 02/06/2008) |
| 02/06/2008 | 1947 | MINUTE entry before Judge Marvin E. Aspen dated 2/6/08:The status hearing set for 2/21/08, before Judge Aspen, is reset to 4/17/08 at 10:30 a.m. Judicial staff mailed notice (gl, ) (Entered: 02/06/2008) |
| 02/06/2008 | 1948 | MINUTE entry before Judge Morton Denlow :Status hearing reset to 4/17/2008 at 10:15 AM. on request of the parties. Status hearing set for 2/21/08 is stricken.Mailed notice (dmk, ) (Entered: 02/06/2008) |
| 02/06/2008 | 1949 | MINUTE entry before Judge Marvin E. Aspen dated 2/6/08: Counsel's Motion to withdraw as attorney 1166 for defendant Alpha Mortgage Lending, LLC is granted. Motion terminated. Attorney Richard S. Ravosa, Esquire, terminated as counsel for defendant Alpha Mortgage Lending, LLC. Judicial staff mailed notice (gl, ) (Entered: 02/06/2008) |
| 02/07/2008 | 1950 | MOTION for extension of time to file answer *America's Servicing Company's Unopposed Motion for Additional Time to Respond to Plaintiffs' Complaint* (Emanuel, Robert) (Entered: 02/07/2008) |
| 02/07/2008 | 1951 | NOTICE of Motion by Robert Jerald Emanuel for presentment of motion for extension of time to file answer 1950 before Honorable Marvin E. Aspen on 2/14/2008 at 10:30 AM. (Emanuel, Robert) (Entered: 02/07/2008) |
| 02/08/2008 | 1952 | STIPULATION *FOR AMENDED SCHEDULING ORDER PENDING MEDIATION* (LeSage, Bernard) (Entered: 02/08/2008) |
| 02/11/2008 | 1953 | MINUTE entry before Judge Marvin E. Aspen dated 2/11/08:Third-party Defendant, Allied Home Mortgage Capital Corporation's Motion to withdraw the appearance of Henry Baskerville as attorney 1934 is granted. Motion terminated. Attorney Henry M. Baskerville terminated. The motion hearing set for 2/12/08 is stricken.Judicial staff mailed notice (gl, ) |

| | | (Entered: 02/11/2008) |
|---|---|---|
| 02/11/2008 | 1954 | MINUTE entry before Judge Marvin E. Aspen dated 2/11/08:Defendant America Servicing Co.'s unopposed Motion for additional 1950 time, to and including 2/27/08, to respond to plaintiffs' complaint is granted. Motion terminated. The motion hearing set for 2/14/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 02/11/2008) |
| 02/11/2008 | 1955 | MINUTE entry before Judge Marvin E. Aspen dated 2/11/08: Defendants' motion (Doc. No. 1657) for leave to amend first amended consolidated third-party complaint is granted. Motion terminated. Judicial staff mailed notice notice (gl, ) (Entered: 02/11/2008) |
| 02/11/2008 | 1956 | MINUTE entry before Judge Marvin E. Aspen dated 2/11/08:Defendant Metro Title Company's Motion to join 1847 and adopt the response filed by certain third-party defendants to motions regarding case management issues and motion to reconsider December 10 and 12, 2007 minute entries and third-party defendant Hadlock Law Offices, P.C.'s motion to join and adopt the responses (Doc. No. 1857) is granted. Motions terminated. Judicial staff mailed notice notice (gl, ) (Entered: 02/11/2008) |
| 02/11/2008 | 1957 | MINUTE entry before Judge Marvin E. Aspen dated 2/11/08: Enter Memorandum Opinion and Order: Third-party plaintiffs' case Management Motion (Docket No. 1936) is denied. Third-Party Defendants' Motion to Reconsider (Docket No. 1841) is granted in part and denied in part. Motion terminated.Judicial staff mailed notice notice (gl, ) (Entered: 02/11/2008) |
| 02/11/2008 | 1958 | Enter MEMORANDUM Opinion and Order Signed by Judge Marvin E. Aspen on 2/11/2008:Judicial staff mailed notice notice(gl, ) (Entered: 02/11/2008) |
| 02/11/2008 | 1959 | MINUTE entry before Judge Marvin E. Aspen :Third-party defendant, Hadlock Law Offices, P.C.'s Motion to withdraw [1921 the appearances of Paul Festenstein and Bradley Levison is granted. Attorney Paul S. Festenstein and Bradley Steven Levison terminated. Motion terminated. Judicial staff mailed notice. notice (gl, ) (Entered: 02/11/2008) |
| 02/12/2008 | 1960 | ATTORNEY Appearance for Plaintiff Plaintiffs/Individual actions by Michael James Aschenbrener (Aschenbrener, Michael) (Entered: 02/12/2008) |
| 02/12/2008 | 1961 | Notice of Non-Opposition To Motion For Leave To File Amended Complaint by Ameriquest Mortgage Company *(Billings 06-1849)* (LeSage, Bernard) (Entered: 02/12/2008) |
| 02/12/2008 | 1962 | Notice of Non-Opposition To Motion For Leave To File Amended Complaint by Ameriquest Mortgage Company *(Sutton 06-4714)* (LeSage, Bernard) (Entered: 02/12/2008) |
| 02/12/2008 | 1963 | Notice of Non-Opposition To Motion For Leave To File Amended Complaint by Ameriquest Mortgage Company *(Green 06-2045)* (LeSage, Bernard) (Entered: 02/12/2008) |

| 02/12/2008 | 1964 | Notice of Non-Opposition To Motion For Leave To File Amended Complaint by Ameriquest Mortgage Company *(Jenkins 06-2044)* (LeSage, Bernard) (Entered: 02/12/2008) |
| 02/12/2008 | 1965 | Notice of Non-Opposition To Motion For Leave To File Amended Complaint by Ameriquest Mortgage Company *(Martin 06-1947)* (LeSage, Bernard) (Entered: 02/12/2008) |
| 02/12/2008 | 1966 | MINUTE entry before Judge Marvin E. Aspen dated 2/12/08:Joint application for withdrawal and substitution of counsel with client consent (Doc. No. 1944) is granted. Attorney Bernard E. LeSage for Barclays Capital Real Estate Inc., d/b/a HomEq Servicing added. Attorney Jonathan H. Claydon terminated.Judicial staff mailed notice (gl, ) (Entered: 02/12/2008) |
| 02/13/2008 | 1967 | STATUS Report *Mediation Status Report* by Plaintiffs/Individual actions (Blinn, Daniel) (Entered: 02/13/2008) |
| 02/14/2008 | 1968 | MOTION by In Re Ameriquest Mortgage Company for extension of time to file response/reply *Motion to Extend the Date to File Response and Subsequent Schedule* (Miller, Marvin) (Entered: 02/14/2008) |
| 02/14/2008 | 1969 | STIPULATION *for Stay of All Proceedings and Amended Scheduling Order* (Miller, Marvin) (Entered: 02/14/2008) |
| 02/14/2008 | 1970 | STATUS Report *Joint Mediation Status Report* by Ameriquest Mortgage Company (Miller, Marvin) (Entered: 02/14/2008) |
| 02/14/2008 | 1971 | DEFENDANTS MEDIATION STATUS REPORT REGARDING OPT OUT CASES by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 02/14/2008) |
| 02/15/2008 | 1972 | MINUTE entry before Judge Marvin E. Aspen dated 2/15/08: This court's order of 12/12/08 (Doc. No. 1966) is amended to include that Steven A. Levy of Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd., is terminated as counsel for Barclay Capital Real Estate Inc. d/b/a HomEq Servicing. Judicial staff mailed notice (gl, ) (Entered: 02/15/2008) |
| 02/20/2008 | 1973 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to ACC Capital Holdings on 2/13/2008, answer due 3/4/2008. (Valach, Anthony) (Entered: 02/20/2008) |
| 02/20/2008 | 1974 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities, Inc. on 2/13/2008, answer due 3/4/2008. (Valach, Anthony) (Entered: 02/20/2008) |
| 02/20/2008 | 1975 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Park Place Securities, Inc. on 2/13/2008, answer due 3/4/2008. (Valach, Anthony) (Entered: 02/20/2008) |
| 02/22/2008 | 1976 | MINUTE entry before Judge Marvin E. Aspen dated 2/22/08: Defendants and Borrower and non-borrower class plaintiffs' motion to extend the date to file response and subsequent schedule (Doc. No. 1968 is granted. Motion terminated. The stay of all proceedings is continued to 3/17/08. |

| | | |
|---|---|---|
| | | Plaintiffs opposition to Arnall's motion to dismiss (Doc. No. 1139) first amended class action complaint is to be filed by 3/17/08. Defendants reply is to be filed on 4/17/08. All fact and expert discovery shall be completed by 7/11/08. For further details see Order signed by Judge Aspen on 2/22/08.Judicial staff mailed notice (gl, ) (Entered: 02/22/2008) |
| 02/22/2008 | 1977 | Enter ORDER Signed by Judge Marvin E. Aspen on 2/22/2008:Judicial staff mailed notice(gl, ) (Entered: 02/22/2008) |
| 02/22/2008 | 1978 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company *(Cole 06-6043)* (LeSage, Bernard) (Entered: 02/22/2008) |
| 02/22/2008 | 1979 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT by Ameriquest Mortgage Company *(Prudy-Roth 06-1738)* (LeSage, Bernard) (Entered: 02/22/2008) |
| 02/22/2008 | 1980 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT by Ameriquest Mortgage Company *(Orrision 07-0128)* (LeSage, Bernard) (Entered: 02/22/2008) |
| 02/22/2008 | 1981 | NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT by Ameriquest Mortgage Company *(Vincer 06-6749)* (LeSage, Bernard) (Entered: 02/22/2008) |
| 02/22/2008 | 1982 | MOTION by Third Party Defendant Dsautels, Mahoney & Kohn LLC for leave to file *Appearance and Disclosure Statement* (Jansen, Gary) (Entered: 02/22/2008) |
| 02/22/2008 | 1983 | NOTICE by Desautels, Mahoney & Kohn, LLC re MOTION by Third Party Defendant Dsautels, Mahoney & Kohn LLC for leave to file *Appearance and Disclosure Statement* 1982 (Jansen, Gary) (Entered: 02/22/2008) |
| 02/25/2008 | 1984 | MOTION by counsel for Third Party Defendant Cross Country Lenders LLC to withdraw as attorney (Both, Dennis) (Entered: 02/25/2008) |
| 02/25/2008 | 1985 | NOTICE of Motion by Dennis E. Both for presentment of motion to withdraw as attorney 1984 before Honorable Marvin E. Aspen on 3/4/2008 at 10:30 AM. (Both, Dennis) (Entered: 02/25/2008) |
| 02/27/2008 | 1986 | MOTION by Defendant America's Servicing Company for extension of time (Miller, Susan) (Entered: 02/27/2008) |
| 02/27/2008 | 1987 | NOTICE of Motion by Susan J. Miller for presentment of extension of time 1986 before Honorable Marvin E. Aspen on 3/4/2008 at 10:30 AM. (Miller, Susan) (Entered: 02/27/2008) |
| 02/28/2008 | 1988 | MINUTE entry before Judge Marvin E. Aspen dated 2/28/08:Third-party defendant Desautels, Mahoney LLC's Motion for leave to file 1982 the appearance of Gary T. Jansen and Disclosure Statement pursuant to FRCP 7.1 and LR 3.2 is granted. Motion terminated. Attorney Gary Thomas Jansen for Third-party defendant,Desautels, Mahoney & Kohn, LLC added. Judicial staff mailed notice (gl, ) (Entered: 02/28/2008) |

| | | |
|---|---|---|
| 02/28/2008 | 1989 | MINUTE entry before Judge Marvin E. Aspen dated 2/28/08:Defendant America's Servicing Company's unopposed Motion (1986) for extension of time to respond to plaintiff's complaint, up to and including 3/5/08 is granted. Motion terminated. The motion hearing set for 3/4/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 02/28/2008) |
| 02/28/2008 | 1990 | MINUTE entry before Judge Marvin E. Aspen dated 2/28/08:Counsel Dennis Both's motion to withdraw (doc. no. 1984) as counsel for Defendant Cross Country Lenders, LLC's is granted. Motion terminated. Attorney Dennis E. Both terminated as counsel for Cross Country Lenders, LLC. The motion hearing set for 3/4/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 02/28/2008) |
| 02/28/2008 | 1991 | ATTORNEY Appearance for Defendant America's Servicing Company by Susan J. Miller (Attachments: # 1 Certificate of Service)(Miller, Susan) (Entered: 02/28/2008) |
| 02/28/2008 | 1992 | Attorney Appearance Form by Dsautels, Mahoney & Kohn LLC (Attachments: # 1 Certificate of Service)(Jansen, Gary) (Entered: 02/28/2008) |
| 02/28/2008 | 1993 | Attorney Appearance Form by Desautels, Mahoney & Kohn, LLC *(Milos, Nicole)* (Attachments: # 1 Certificate of Service)(Jansen, Gary) (Entered: 02/28/2008) |
| 02/28/2008 | 1994 | Third-Party Defendant Desautels, Mahoney & Kohn, LLC's Disclosure Statement by Desautels, Mahoney & Kohn, LLC (Attachments: # 1 Certificate of Service)(Jansen, Gary) (Entered: 02/28/2008) |
| 02/28/2008 | 1995 | Disclosure Statement by Desautels, Mahoney & Kohn, LLC (Attachments: # 1 Certificate of Service)(Jansen, Gary) (Entered: 02/28/2008) |
| 02/28/2008 | 1996 | ATTORNEY Appearance for Defendant America's Servicing Company by Robert Jerald Emanuel (Emanuel, Robert) (Entered: 02/28/2008) |
| 02/29/2008 | 1997 | Attorney Appearance by EMC Mortgage Corporation (Attachments: # 1 Notice of Filing)(Hanzlik, Blair) (Entered: 02/29/2008) |
| 02/29/2008 | 1998 | Attorney Appearance by EMC Mortgage Corporation (Dubnow, Linda) (Entered: 02/29/2008) |
| 03/03/2008 | 1999 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Goldman Sachs Mortgage Company on 2/20/2008, answer due 3/11/2008. (Valach, Anthony) (Entered: 03/03/2008) |
| 03/03/2008 | 2000 | ATTORNEY Appearance (Mahoney, Carlos) (Entered: 03/03/2008) |
| 03/03/2008 | 2001 | NOTICE by Jason W Crawford, Natalie J Crawford *of Opt-Out from Class Actions* (Mahoney, Carlos) (Entered: 03/03/2008) |
| 03/05/2008 | 2002 | MINUTE entry before Judge Marvin E. Aspen dated 3/5/08: For the reasons set forth in the Memorandum Opinion and Order, we deny ChoicePoint's and Equifax's motions to dismiss (Docket Nos. 1044 and |

| | | |
|---|---|---|
| | | 1062) with respect to the Second, Third and Fourth Claims, which allege breach of contract. We further deny the motions as to the Seventh Claim (negligent misrepresentation) and the Ninth Claim (rescission). We grant the motions as to the Fifth and Sixth Claims, for indemnification and contribution, and hereby dismiss these claims with prejudice. We further dismiss the Eighth Claim for negligence without prejudice. It is so ordered. Motions terminated. Judicial staff mailed notice (gl, ) (Entered: 03/05/2008) |
| 03/05/2008 | 2003 | Enter MEMORANDUM Opinion and Order Signed by Judge Marvin E. Aspen on 3/5/2008:Judicial staff mailed notice(gl, ) (Entered: 03/05/2008) |
| 03/05/2008 | 2004 | *No. 07-cv-6191,* ANSWER to Complaint by America's Servicing Company(Emanuel, Robert) (Entered: 03/05/2008) |
| 03/07/2008 | 2005 | ATTORNEY Appearance for Defendant David Carroll by Christopher E. Kentra *ATTORNEY Appearance for Third-Party Defendant David B. Carroll, P.C.* (Kentra, Christopher) (Entered: 03/07/2008) |
| 03/07/2008 | 2006 | ATTORNEY Appearance for Defendant David Carroll by J. Aaron Jensen *ATTORNEY Appearance for Third-Party Defendant David B. Carroll, P.C.* (Jensen, J.) (Entered: 03/07/2008) |
| 03/07/2008 | 2007 | MOTION by Defendant Argent Mortgage Company, LLC, Third Party Defendant Argent Mortgage Company, LLC to withdraw *as Counsel for Argent Mortgage Company, LLC* (Saeks, Lorne) (Entered: 03/07/2008) |
| 03/07/2008 | 2008 | NOTICE of Motion by Lorne Todd Saeks for presentment of motion to withdraw 2007 before Honorable Marvin E. Aspen on 3/13/2008 at 10:30 AM. (Saeks, Lorne) (Entered: 03/07/2008) |
| 03/10/2008 | 2009 | MINUTE entry before Judge Marvin E. Aspen dated 3/10/08:Joint application for withdrawl and substitution of certain counsel for Argent Mortgage Company, LLC, (Doc. No. 2007) is granted. Motion terminated. Attorney Michael Swistak for Argent Mortgage Company, LLC added. Attorney Stephen Philip Kikoler; Melinda J. Morales; Lorne Todd Saeks; James Michael Dash and Martin A. Kanofsky terminated. The motion hearing set for 3/13/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 03/10/2008) |
| 03/10/2008 | 2010 | *Defendant Deutsche Bank National Trust Company* ANSWER to Complaint *as Trustee's Answer and Affirmative Defenses to Amended Complaint* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/10/2008) |
| 03/10/2008 | 2011 | *Defendant WM Specialty Mortgage, LLC's* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/10/2008) |
| 03/10/2008 | 2012 | *Defendant WM Specialty Mortgage LLC's* ANSWER to Complaint *and Affirmative Defenses to Amended Complaint* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/10/2008) |
| 03/10/2008 | 2013 | ATTORNEY Appearance for Third Party Defendant Title-Tech Networks, |

| | | Inc. by Christopher H Murphy *of Cozen O'Connor* (Murphy, Christopher) (Entered: 03/10/2008) |
|---|---|---|
| 03/11/2008 | 2014 | NOTICE by Jonathan Andrews Boynton of Change of Address (Boynton, Jonathan) (Entered: 03/11/2008) |
| 03/11/2008 | 2015 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Stewart Title Guaranty Company, Stewart Title Insurance Co., Stewart Title of IL, Stewart Title of Seattle (Schumaker, Anna) (Entered: 03/11/2008) |
| 03/11/2008 | 2016 | MINUTE entry before Judge Marvin E. Aspen dated 3/11/08: The parties participating in the class claims mediation are to file a written status report updating the Court on the progress of the mediation by 4/10/08. Similarly, the parties in the opt-out claims mediation are to file a written status report updating the Court by 4/10/08. These reports may be filed jointly or separately.Judicial staff mailed notice (gl, ) (Entered: 03/11/2008) |
| 03/11/2008 | 2017 | MINUTE entry before Judge Marvin E. Aspen dated 3/11/08: Stipulation for amended scheduling order pending mediation (Doc. No. 1952) is allowed. Enter Order.Judicial staff mailed notice (gl, ) (Entered: 03/11/2008) |
| 03/11/2008 | 2018 | Enter ORDER regarding stipulation (Doc. No.1952]. Signed by Judge Marvin E. Aspen on 3/11/2008:Judicial staff mailed notice(gl, ) (Entered: 03/11/2008) |
| 03/11/2008 | 2019 | MINUTE entry before Judge Marvin E. Aspen dated 3/11/08:Plaintiffs are to respond to defendant Ameriquest Mortgage Co.'s motion to dismiss (Doc. No. 625 - regarding Sievers v. Ameriquest case) on or before 4/10/08. Defendants are to reply by 4/24/08. Judicial staff mailed notice (gl, ) (Entered: 03/11/2008) |
| 03/11/2008 | 2020 | MINUTE entry before Judge Marvin E. Aspen datd 3/11/08:Defendnats are to respond to plaintiffs' (Bailey) motion to alter judgment 857 on or before 4/10/2008. Plaintiff(s) to reply by 4/24/2008.Judicial staff mailed notice (gl, ) (Entered: 03/11/2008) |
| 03/11/2008 | 2021 | MINUTE entry before Judge Marvin E. Aspen :dated 3/11/08 Plaintiffs' Motion to withdraw 605 class allegations (VanGorp v. Ameriquest 06 C 1731) is granted. Motion terminated. Judicial staff mailed notice (gl, ) (Entered: 03/11/2008) |
| 03/12/2008 | 2022 | Third Party Defendant, Nigro Law Offices, P.C.'s Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Notification of Affiliates Pursuant to Local Rule 3.2 by Nigro Associates (Brown, Scott) (Entered: 03/12/2008) |
| 03/12/2008 | 2023 | NOTICE by Nigro Associates re other 2022 (Brown, Scott) (Entered: 03/12/2008) |
| 03/12/2008 | 2024 | *DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S ANSWERS PLAINTIFFS SPYROS J. POLYDOROS* ANSWER to amended complaint by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 03/12/2008) |

| | | |
|---|---|---|
| 03/12/2008 | 2025 | ANSWER to Complaint *AMENDED COMPLAINT OF JUAN L. PEREZ AND CONSUELO PEREZ (CASE NO.06-C5373)* by Deutsche Bank National Trust Company(LeSage, Bernard) (Entered: 03/12/2008) |
| 03/13/2008 | 2026 | STIPULATION *for Stay of all Proceedings and Amended Scheduling Order* (Miller, Marvin) (Entered: 03/13/2008) |
| 03/13/2008 | 2027 | MOTION by Plaintiff Borrower PlaintiffsMotion to Extend the Date to File Response and Subsequent Schedule (Miller, Marvin) (Entered: 03/13/2008) |
| 03/13/2008 | 2028 | NOTICE by Daniel Francis Lynch of Change of Address (Lynch, Daniel) (Entered: 03/13/2008) |
| 03/13/2008 | 2029 | ATTORNEY Appearance for Third Party Defendant Allied Home Mortgage Capital Corp. by Avidan Joel Stern *(additional appearance for existing third party defendant)* (Stern, Avidan) (Entered: 03/13/2008) |
| 03/13/2008 | 2030 | *DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/13/2008) |
| 03/13/2008 | 2031 | *DEFENDANT CITI RESIDENTIAL LENDING INC.'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/13/2008) |
| 03/14/2008 | 2032 | ATTORNEY Appearance for Defendant EMC Mortgage Corporation by Blair Baker Hanzlik (Attachments: # 1 Notice of Filing)(Hanzlik, Blair) (Entered: 03/14/2008) |
| 03/14/2008 | 2033 | ATTORNEY Appearance for Defendant EMC Mortgage Corporation by Linda Beth Dubnow (Dubnow, Linda) (Entered: 03/14/2008) |
| 03/14/2008 | 2034 | MOTION by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to dismiss *Second Amended Consolidated Third-Party Complaint* (Ropiequet, John) (Entered: 03/14/2008) |
| 03/14/2008 | 2035 | MEMORANDUM of Law in Support of their motion to dismiss the Second Amended Consolidated Third-Party Complaint 2034 by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. (Ropiequet, John) Modified by Clerk's Office on 3/17/2008 (td, ). (Entered: 03/14/2008) |
| 03/14/2008 | | (Court only) ***Motions terminated: MOTION by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to dismiss *Second Amended Consolidated Third-Pa 2035 (Filed under incorrect event)* (td, ) *(Entered: 03/17/2008)* |

| 03/17/2008 | 2036 | MOTION by counsel for Plaintiff Borrower Plaintiffs to withdraw as attorney *Al Hofeld, Jr.* (Combs, Cathleen) (Entered: 03/17/2008) |
| 03/17/2008 | 2037 | NOTICE of Motion by Cathleen M. Combs for presentment of motion to withdraw as attorney 2036 before Honorable Marvin E. Aspen on 3/25/2008 at 10:30 AM. (Combs, Cathleen) (Entered: 03/17/2008) |
| 03/17/2008 | 2038 | MOTION by ThirdParty Plaintiff Ameriquest Mortgage Company for extension of time *(Agreed) to extend time to answer or otherwise respond to Third Party complaint and Demand for Jury* (Zimdahl, Stephanie) (Entered: 03/17/2008) |
| 03/17/2008 | 2039 | NOTICE of Motion by Stephanie Michelle Zimdahl for presentment of extension of time 2038 before Honorable Marvin E. Aspen on 4/3/2008 at 10:30 AM. (Zimdahl, Stephanie) (Entered: 03/17/2008) |
| 03/17/2008 | 2040 | *DEFENDANT WM SPECIALTY MORTGAGE, LLC'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO ROBINSON'S SECOND AMENDED COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/17/2008) |
| 03/17/2008 | 2041 | *DEFENDANT WM SPECIALTY MORTGAGE, LLC'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO TITUS-ASHFORD'S AMENDED COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/17/2008) |
| 03/17/2008 | 2042 | *DEFENDANT WM SPECIALTY MORTGAGE, LLC'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO MARTIN'S AMENDED COMPLAINT* by Argent Mortgage Company, LLC(LeSage, Bernard) (Entered: 03/17/2008) |
| 03/17/2008 | 2043 | *DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENESES TO JENKIN'S AMENDED COMPLAINT* by Argent Mortgage Company, LLC(LeSage, Bernard) (Entered: 03/17/2008) |
| 03/17/2008 | 2044 | *DEFENDANT WM SPECIALTY MORTGAGE, LLC'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO MARTIN'S AMENDED COMPLAINT* by Argent Mortgage Company, LLC(LeSage, Bernard) (Entered: 03/17/2008) |
| 03/17/2008 | 2045 | *DEFENDANT WM SPECIALTY MORTGAGE, LLC'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO DORTHY BROWN'S SECOND AMENDED COMPLAINT* by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 03/17/2008) |
| 03/17/2008 | 2046 | *DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO GARDNER COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/17/2008) |
| 03/19/2008 | 2047 | ANSWER to Complaint with Jury Demand by Choicepoint Precision Marketing, Inc.(Fulton, Laurie) (Entered: 03/19/2008) |

| | | |
|---|---|---|
| 03/19/2008 | 2048 | *DEFENDANT CITI RESIDENTIAL LENDING INC.'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO BOTHWELL SECOND AMENDED COMPLAINT* by Citi Residential Lending, Inc.(LeSage, Bernard) (Entered: 03/19/2008) |
| 03/20/2008 | 2049 | Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Notification of Affiliates Pursuant to LR 3.2 by Michigan Trust Title Agency, LLC (Borcia, James) (Entered: 03/20/2008) |
| 03/20/2008 | 2050 | NOTICE by Michigan Trust Title Agency, LLC re other 2049 *of Filing* (Borcia, James) (Entered: 03/20/2008) |
| 03/20/2008 | 2051 | *DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., AS TRUSTEE'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO BILLINGS AMENDED COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/20/2008) |
| 03/20/2008 | 2052 | *DEFENDANT CITI RESIDENTIAL LENDING INC.'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO VINCER SECOND AMENDED COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/20/2008) |
| 03/20/2008 | 2053 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Second Amended Complaint (Westmoreland)* (Attachments: # 1 Exhibit A-Second Amended Complaint)(Baird, Charles) (Entered: 03/20/2008) |
| 03/24/2008 | 2054 | RESPONSE *to Motion to Dismiss* (Attachments: # 1 Memorandum, # 2 Affidavit)(Lachmann, Peter) (Entered: 03/24/2008) |
| 03/24/2008 | 2055 | MOTION by Plaintiff Ronald I. Chorches to amend/correct (Attachments: # 1 Text of Proposed Order Amended Complaint)(Lachmann, Peter) (Entered: 03/24/2008) |
| 03/26/2008 | 2056 | *DEFENDANT WM SPECIALTY MORTGAGE LLC'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO RITTER AMENDED COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/26/2008) |
| 03/26/2008 | 2057 | *DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO RITTER AMENDED COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/26/2008) |
| 03/26/2008 | 2058 | *DEFENDANT WM SPECIALTY MORTGAGE LLC'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO MEEHAN AMENDED COMPLAINT* by American Mortgage Corporation(LeSage, Bernard) (Entered: 03/26/2008) |
| 03/31/2008 | 2059 | *DEFENDANT WASHINGTON MUTUAL BANK'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO FURGESON'S THIRD AMENDED COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/31/2008) |
| 03/31/2008 | 2060 | *DEFENDANT WM SPECIALTY MORTGAGE, LLC'S* ANSWER to |

| | | |
|---|---|---|
| | | Complaint *AND AFFIRMATIVE DEFENSES TO FURGESON'S THIRD AMENDED COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 03/31/2008) |
| 03/31/2008 | 2072 | MOTION by Plaintiff Ronald I. Chorches to amend complaint. (jmp, ) (Entered: 04/03/2008) |
| 03/31/2008 | 2073 | OBJECTIONS to MOTION by Defendant Ameriquest Mortgage Company to dismiss 625 (Re Sievers, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-1296 (D. Conn.) (jmp, ) (Entered: 04/03/2008) |
| 03/31/2008 | 2074 | MEMORANDUM in support of OBJECTIONS to MOTION by Defendant Ameriquest Mortgage Company to dismiss 625 (Re Sievers, et al. v. Ameriquest Mortgage Co., et al., Case No. 05-1296 (D. Conn.) 2073 by Ronald I. Chorches (jmp, ) (Entered: 04/03/2008) |
| 03/31/2008 | 2075 | THIRD AMENDED complaint by Ronald I. Chorches against Deutsche Bank National Trust Company, Ameriquest Mortgage Company. (jmp, ) (Entered: 04/03/2008) |
| 04/01/2008 | 2061 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/1/08:Plaintiffs' Motion to withdraw the appearance of Al Hofeld, Jr., as attorney 2036 is granted. Motion terminated. Attorney Michael James Aschenbrener for Plaintiffs added. Attorney Al Hofeld, Jr terminated. The motion hearing set for 4/3/08 is stricken.Judicial staff mailed notice. notice (gl, ) (Entered: 04/01/2008) |
| 04/01/2008 | 2062 | MOTION by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. for extension of time to file (Attachments: # 1 Appendix) (Hubbard, Russell) (Entered: 04/01/2008) |
| 04/01/2008 | 2063 | *DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO SUTTON'S AMENDED COMPLAINT* by Ameriquest Mortgage Company(LeSage, Bernard) (Entered: 04/01/2008) |
| 04/02/2008 | 2064 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/2/08:Defendants and Borrower and Non-Borrower Class Plaintiffs motion to extend the date to file response and subsequent schedule for other matters as set forth in the stipulation 2027 is granted. Motion terminated. The stay in this matter is continued to 3/31/08. Plaintiffs' opposition to Arnall's motion to dismiss first amended class action complaint will be due on 3/31/08. Defendants reply will be due on 4/7/08. All fact and expert discovery shall be completed by 6/30/08. Each party shall disclose any and all affirmative experts by 4/25/08. Each party shall disclose any and all rebutal experts by 5/26/08. Plaintiffs shall file a motion for class certification no earlier than the close of discovery. Defendants shall file any opposition within 30 days after plaintiffs file their motion for class certification and plaintiffs shall have up to 30 days after the filing of defendants' opposition to file their reply. Enter Order. Judicial staff mailed notice (gl, ) (Entered: 04/02/2008) |

| 04/02/2008 | 2065 | ORDER granting motion and stipulation for stay of all proceedings and amended scheduling order. Signed by Judge Honorable Marvin E. Aspen on 4/2/2008:Judicial staff mailed notice(gl, ) (Entered: 04/02/2008) |
| 04/02/2008 | 2066 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/2/08:Consent stipulation of third-party plaintiff Ameriqust Mortgage Co. and Third-party defendants Equifax Information Services LLC and Equifax Credit Marketing Services' to extend time for Equifax defendants to answer or otherwise respnd to the third-party complaint and demand for jury trial, through and including 4/18/08, is granted. Motion terminated. The motion hearing set for 4/3/08 is stricken. Enter Order.Judicial staff mailed notice (gl, ) (Entered: 04/02/2008) |
| 04/02/2008 | 2067 | ORDER extending time to answer or otherwise respond to third-party complaint and demand for jury trial. Signed by Judge Honorable Marvin E. Aspen on 4/2/2008:Judicial staff mailed notice(gl, ) (Entered: 04/02/2008) |
| 04/02/2008 | 2068 | MOTION by Defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company to reassign case *(AGREED) MOTION FOR REASSIGNMENT OF RELATED ACTION* (Attachments: # 1 Exhibit A)(Ledsky, Jonathan) (Entered: 04/02/2008) |
| 04/02/2008 | 2069 | NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to reassign case 2068 before Honorable Marvin E. Aspen on 4/8/2008 at 10:30 AM. (Ledsky, Jonathan) (Entered: 04/02/2008) |
| 04/02/2008 | 2070 | MOTION by Plaintiffs Jason W Crawford, Natalie J Crawford for leave to file *an Amended Complaint* (Attachments: # 1 Exhibit Proposed Amended Complaint)(Mahoney, Carlos) (Entered: 04/02/2008) |
| 04/02/2008 | 2071 | *DEFENDANT HSBC MORTGAGE SERVICES, INC.'S* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES TO FREEBERG'S SECOND AMENDED COMPLAINT* by HSBC Mortgage Services Inc.(LeSage, Bernard) (Entered: 04/02/2008) |
| 04/04/2008 | 2076 | MOTION by counsel for Third Party Defendants American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title of Michigan, Fidelity National Title Insurance Company of New York, Ticor Title Insurance Co., Fidelity National Title Insurance Co., Fidelity National Title Company, Chicago Title Insurance Company to withdraw as attorney (Salemi, Michael) (Entered: 04/04/2008) |
| 04/04/2008 | 2077 | NOTICE of Motion by Michael G. Salemi for presentment of motion to withdraw as attorney, 2076 before Honorable Marvin E. Aspen on 4/8/2008 at 10:30 AM. (Salemi, Michael) (Entered: 04/04/2008) |
| 04/04/2008 | 2078 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/4/08:The status hearing set for 4/17/08, before Judge Aspen, is reset to 7/10/2008 at 10:30 AM.Judicial staff mailed notice (gl, ) (Entered: 04/04/2008) |
| 04/04/2008 | 2079 | MINUTE entry before Judge Honorable Marvin E. Aspe dated |

| | | |
|---|---|---|
| | | 4/4/08:Defendants' agreed Motion for reassignment of related action, Case No. 08 C 1386, pending before J. Kennelly, as part of MDL 1715, Case No. 05 C 7097, 2068 is granted. Motion terminated. The motion hearing set for 4/8/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 04/04/2008) |
| 04/04/2008 | 2083 | NOTICE by Andrew Robert Greene of Change of Address. (jmp, ) (Entered: 04/09/2008) |
| 04/07/2008 | 2080 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/7/08:Attorney Michael G. Salemi's Motion to withdraw as attorney 2076 for third-party defendants American Pioneer Title Insurance Company, Chicago Title Company, Chicago Title of Michigan, Fidelity National Title Insurance Company of New York, Ticor Title Insurance Co., Fidelity National Title Insurance Co., Fidelity National Title Company, and Chicago Title Insurance Company is granted. Motion terminated. Attorney Michael G. Salemi terminated. Attorneys Albert E. Fowerbaugh, Jr., James S. Schreier and Eric P. Early will continue to represent certain third-party defendants in this matter. The motion hearing set for 4/8/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 04/07/2008) |
| 04/07/2008 | 2082 | ATTORNEY Appearance for Third Party Defendant Choicepoint Precision Marketing LLC, Inc., by Shelley J. Webb. (jmp, ) (Entered: 04/09/2008) |
| 04/08/2008 | 2081 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/8/08:Plainitffs' Motion for leave to file 2070 an amended complaint is granted. Motion terminated. Party Mortgage Information Services, Inc., and WM Specialty Mortgage LLC added. Judicial staff mailed notice (gl, ) (Entered: 04/08/2008) |
| 04/09/2008 | 2084 | Third Party Defendant, John Weber & Associates, P.C.'s Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Notification of Affiliates Pursuant to LR 3.2 by John Weber & Associates (Brown, Scott) (Entered: 04/09/2008) |
| 04/09/2008 | 2085 | NOTICE by John Weber & Associates re other 2084 (Brown, Scott) (Entered: 04/09/2008) |
| 04/09/2008 | 2086 | MOTION by ThirdParty Plaintiff Ameriquest Mortgage Company for leave to file *THIRD AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT* (Attachments: # 1 Exhibit Exhibit A)(LeSage, Bernard) (Entered: 04/09/2008) |
| 04/10/2008 | 2087 | Substitution of Counsel Within Same Firm by Choicepoint Precision Marketing, Inc. (Malhotra, Paven) (Entered: 04/10/2008) |
| 04/10/2008 | 2088 | NOTICE by Angela Sanderson, George Gray, Claude Williams, Madison Pittman, Wilbert Cooley, Kandee Cooley *of Opting Out of Class Actions* (Underwood, Earl) (Entered: 04/10/2008) |
| 04/10/2008 | 2089 | Notice of Individuals Opting-Out of Class Action - Jagoe, Griggs, Zahirovic and Mejia by Plaintiffs/Individual actions (Valach, Anthony) |

| | | (Entered: 04/10/2008) |
|---|---|---|
| 04/10/2008 | 2090 | STATUS Report *ICSC's Status Report on the Status of the Mediation* by Plaintiffs/Individual actions (Blinn, Daniel) (Entered: 04/10/2008) |
| 04/10/2008 | 2091 | STATUS Report *Joint Mediation Status Report* by Borrower Plaintiffs, Non-Borrower Plaintiffs (Klein, Gary) (Entered: 04/10/2008) |
| 04/10/2008 | 2092 | STATUS Report *on mediation of Opt-Out Plaintiffs' Claims on behalf of certain Third-Party Defendants* by Superior Closing Services, LLC (Murphy, Christopher) (Entered: 04/10/2008) |
| 04/10/2008 | 2093 | DEFENDANTS' MEDIATION STATUS REPORT REGARDING OPT OUT CASES by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 04/10/2008) |
| 04/11/2008 | 2094 | MOTION by counsel for Third Party Defendant Fairway Financial Group LLC to withdraw as attorney (Both, Dennis) (Entered: 04/11/2008) |
| 04/11/2008 | 2095 | NOTICE of Motion by Dennis E. Both for presentment of motion to withdraw as attorney 2094 before Honorable Marvin E. Aspen on 4/22/2008 at 09:30 AM. (Both, Dennis) (Entered: 04/11/2008) |
| 04/11/2008 | 2096 | ATTORNEY Appearance for Third Party Defendant The Mortgage Store by James Kenneth Borcia (Borcia, James) (Entered: 04/11/2008) |
| 04/11/2008 | 2097 | MOTION by Defendant Argent Mortgage Company, LLC to reassign case *DEFENDANT'S MOTION FOR REASSIGNMENT OF RELATED ACTION* (Attachments: # 1 Exhibit A)(Ledsky, Jonathan) (Entered: 04/11/2008) |
| 04/11/2008 | 2098 | NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to reassign case 2097 before Honorable Marvin E. Aspen on 4/17/2008 at 10:30 AM. (Ledsky, Jonathan) (Entered: 04/11/2008) |
| 04/11/2008 | 2099 | THIRD PARTY PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS SECOND AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 04/11/2008) |
| 04/11/2008 | 2100 | REPLY by Defendant Ameriquest Mortgage Company *Notice of Withdrawal of Motion to Dismiss* (LeSage, Bernard) (Entered: 04/11/2008) |
| 04/11/2008 | 2101 | RESPONSE by Defendant Ameriquest Mortgage Company to motion to amend/correct 2072 *Notice of Non-Opposition* (LeSage, Bernard) (Entered: 04/11/2008) |
| 04/11/2008 | 2102 | THIRD PARTY PLAINTIFFS' OPPOSITION TO CERTAIN THIRD PARTY DEFENDANTS' MOTION FOR EXTENSION OF TIME TO STAY by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 04/11/2008) |
| 04/14/2008 | 2103 | AMENDED complaint by Jason W Crawford, Natalie J Crawford against all defendants (Mahoney, Carlos) (Entered: 04/14/2008) |

| 04/14/2008 | 2104 | Summons in a Civil Case by Jason W Crawford, Natalie J Crawford *to be issued to Mortgage Information Services, Inc.* (Mahoney, Carlos) (Entered: 04/14/2008) |
| 04/14/2008 | 2105 | Summons in a Civil Case by Jason W Crawford, Natalie J Crawford *to be issued to WM Specialty Mortgage LLC* (Mahoney, Carlos) (Entered: 04/14/2008) |
| 04/14/2008 | 2106 | MINUTE entry before Judge Honorable Morton Denlow:Status hearing reset to 7/10/2008 at 10:00 AM. Status hearing set for 4/17/08 is stricken.Mailed notice (dmk, ) (Entered: 04/14/2008) |
| 04/14/2008 | 2107 | MOTION by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. for extension of time to file *status report regarding organization of Third-Party Defendants* (Verges, Keith) (Entered: 04/14/2008) |
| 04/15/2008 | 2108 | MOTION by counsel for Third Party Defendant Envision Mortgage Solutions Inc. to withdraw as attorney (Both, Dennis) (Entered: 04/15/2008) |
| 04/15/2008 | 2109 | NOTICE of Motion by Dennis E. Both for presentment of motion to withdraw as attorney 2108 before Honorable Marvin E. Aspen on 5/8/2008 at 10:30 AM. (Both, Dennis) (Entered: 04/15/2008) |
| 04/15/2008 | 2110 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/15/08:Defendant, Argent Mortgage Company, LLC.'s Motion to reassign case 2097 number 08 C 992, pending before Judge Darrah, as part of MDL 1715 (05C7097) is granted. Motions terminated. The motion hearing set for 4/17/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 04/15/2008) |
| 04/15/2008 | 2111 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Superior Closing Services, LLC, Heights Title Agency, Inc., Battersby Title, Inc., Colonial Title & Escrow Inc., Title-Tech Networks, Inc., National RealEstate Information Service of New Jersey, Towne & Country Land Title Agency, Inc. Title-Tech Networks, Inc. by John J. McDonough; Order entered granting leave by Judge Honorable Marvin E. Aspen. Filing fee $ 50.00 paid, receipt number 462 4000 692. (jmp, ) (Entered: 04/16/2008) |
| 04/17/2008 | 2112 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/17/08:Attorneys Dennis E. Both and Michael J. Delrahim's Motion to withdraw their motion to withdraw (2094) as counsel for third-party defendant Fairway Financial Group, LLC, is granted. The motion is withdrawn (2094). Motion terminated. Attorney Dennis E. Both and Michael J. Delrahim will remain as counsel for defendant Faiway Financial Group LLC. The motion hearing set for 4/22/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 04/17/2008) |
| 04/18/2008 | 2113 | MINUTE entry before Judge Honorable Marvin E. Aspen dated |

| | | |
|---|---|---|
| | | 4/18/08:This court's order of 4/17/08 (Doc. No. 2112) withdrawing the motion to withdraw (2004) is vacated. Attorney Dennis E. Both and Michal J. Delrahim's motion (2004) to withdraw as counsel for defendant Fairway Financial Group LLC is reinstated. Attorneys Dennis E. Both and Michal J. Delrahim's motion to withdraw as counsel for defendant Fairway Financial Group, LLC (2004) is granted. Motion terminated. Attorney Dennis E. Both and Michael J. Delrahim terminated. The motion hearing set for 4/22/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 04/18/2008) |
| 04/18/2008 | 2114 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/18/98:Attorney Dennis E. Both and Michael J. Delrahim's Motion to withdraw as attorney 2108 for defendant Envision Mortgage Solutions is withdrawn. Motion terminated. The motion hearing set for 5/8/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 04/18/2008) |
| 04/18/2008 | 2115 | ANSWER to Third Party Complaint by Equifax Credit Marketing Services(Zimdahl, Stephanie) (Entered: 04/18/2008) |
| 04/21/2008 | 2116 | STATUS Report *Third-Party Defendants' Preliminary Status Report Regarding Structure and Division of Responsibilities* by Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. (Verges, Keith) (Entered: 04/21/2008) |
| 04/21/2008 | 2119 | MOTION by Ameriquest Mortgage Company to transfer pursuant to 28 U.S.C. SECTION 1407 (Exhibits) (Document Not Scanned). (jmp, ) (Entered: 04/24/2008) |
| 04/22/2008 | 2117 | MOTION by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. for extension of time to file response/reply (Hubbard, Russell) (Entered: 04/22/2008) |
| 04/23/2008 | 2118 | MOTION by ThirdParty Plaintiff Ameriquest Mortgage Company, Plaintiffs Borrower Plaintiffs, Non-Borrower PlaintiffsMotion to Modify Pleadings and Discovery Schedule (Miller, Marvin) (Entered: 04/23/2008) |
| 04/23/2008 | 2120 | REVISED MOTION; with Memorandum in support by Ameriquest Mortgage Company to transfer pursuant to 28 U.S.C. Section 1407 (Attachments). (Document Not Scanned). (jmp, ) (Entered: 04/24/2008) |
| 04/24/2008 | 2121 | MOTION by Movant Daniel A. Edelman to dismiss *"Firm Offer of Credit" Fair Credit Reporting Act Cases* (Soule, Thomas) (Entered: 04/24/2008) |
| 04/24/2008 | 2122 | NOTICE of Motion by Thomas Everett Soule for presentment of motion to dismiss 2121 before Honorable Marvin E. Aspen on 5/6/2008 at 10:30 AM. (Soule, Thomas) (Entered: 04/24/2008) |
| 04/25/2008 | 2123 | MINUTE entry before Judge Honorable Marvin E. Aspen:Certain third-party defendants' consolidated Motion for extension of time 2062 and stay |

| | | |
|---|---|---|
| | | is granted in part and denied in part. Motion terminated. Third-party defendants motion for extension of time to file submission regarding organization under the Court's Order until 4/15/08 is granted. The motion to stay all further motions to dismiss, answer and participation in mediation until a ruling on the motion to dismiss is denied. Judicial staff mailed notice (gl, ) (Entered: 04/25/2008) |
| 04/25/2008 | 2124 | MINUTE entry before Judge Honorable Marvin E. Aspen dated :Further motion for extension of time to report regarding organization of third-party defendants 2107 by 4/21/08, is granted as moot. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 04/25/2008) |
| 04/25/2008 | 2125 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/25/08:Certain third-party defendants' consolidated unopposed Motion (2117) for extension of time to file reply regarding MOTION by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to dismiss *Second Amended Consolidated Third-Party complaint 2034 until 5/28/08, is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 04/25/2008)* |
| 04/29/2008 | 2126 | RESPONSE by Defendant Ameriquest Mortgage Company to motion to dismiss 2121 *STATEMENT IN RESPONSE TO PLAINTIFFS MOTION TO VOLUNTARILY DISMISS FIRM OFFER OF CREDIT FAIR CREDIT REPORTING ACT CASES* (LeSage, Bernard) (Entered: 04/29/2008) |
| 04/29/2008 | 2127 | ATTORNEY Appearance *for Bear Stearns Mortgage Capital Corporation (Harris v. Town & Country Credit Corp., 06 C 3048)* (Gottlieb, Richard) (Entered: 04/29/2008) |
| 04/29/2008 | 2128 | ATTORNEY Appearance for Defendant Bear Stearns Mortgage Capital Corporation by Margaret J. Rhiew *(Harris v. Town & Country Credit Corp., 06 C 3048)* (Rhiew, Margaret) (Entered: 04/29/2008) |
| 04/29/2008 | 2129 | MOTION by Defendant Bear Stearns Mortgage Capital Corporation for extension of time to file answer *(UNOPPOSED) (Harris v. Town & Country Credit Corp., 06 C 3048)* (Rhiew, Margaret) (Entered: 04/29/2008) |
| 04/29/2008 | 2130 | NOTICE of Motion by Margaret J. Rhiew for presentment of motion for extension of time to file answer 2129 before Honorable Marvin E. Aspen on 5/8/2008 at 10:30 AM. (Rhiew, Margaret) (Entered: 04/29/2008) |
| 04/30/2008 | 2131 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/30/08:LaSalle Bank National Association, as Trustee's unopposed Motion for extension of time to answer 2129 or otherwise plead to plaintiffs complaint, up to and including 5/27/08, is granted. Motion terminated. The motion hearing set for 5/8/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 04/30/2008) |
| 05/02/2008 | 2132 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 5.2.08:Enter Memorandum Opinion and Order: We grant Northwest Title |

| | | |
|---|---|---|
| | | & Escrow Corporation's MOTION for summary judgment and dismiss all claims against it. (Individual Case No. 07 C 3517).Judicial staff mailed notice (gl, ) (Entered: 05/02/2008) |
| 05/02/2008 | 2133 | MEMORANDUM Opinion and Order dated 5/2/08. (Individual Case No. 07C3517). Signed by Judge Honorable Marvin E. Aspen on 5/2/2008:Judicial staff mailed notice(gl, ) (Entered: 05/02/2008) |
| 05/05/2008 | 2134 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/5/08:The individual plaintiffs' Motion to voluntarily dismiss (2121) "First Offer Of Credit" Fair Credit Reporting Act Cases, Case No. 05 C 1218 and 06 C 2472) with prejudice and with each party to bear their own costs is granted. Motion terminated. The motion hearing set for 5/6/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 05/05/2008) |
| 05/05/2008 | 2135 | STATUS Report *Third-Party Defendants' Status Report and Certain Third-Party Defendants' Motion for Entry of Order Appointing Liaison Counsel and Participation in Fees and Costs* by Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. (Attachments: # 1 Text of Proposed Order Order Designating Third-Party Defendants' Liaison Counsel and Committees)(Verges, Keith) (Entered: 05/05/2008) |
| 05/06/2008 | 2136 | MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/6/08:The parties' Motion 2118 to modify pleading and discovery schedule is granted. Motion terminated. Enter Order.Judicial staff mailed notice (gl, ) (Entered: 05/06/2008) |
| 05/06/2008 | 2137 | ORDER granting motion to modify pleadings and discovery schedule (2118). Signed by Judge Honorable Marvin E. Aspen on 5/6/2008:Judicial staff mailed notice(gl, ) (Entered: 05/06/2008) |
| 05/08/2008 | 2138 | SUMMONS Returned Executed by Jason W Crawford, Natalie J Crawford as to WM Specialty Mortgage LLC on 5/2/2008, answer due 5/22/2008. (Mahoney, Carlos) (Entered: 05/08/2008) |
| 05/08/2008 | 2139 | SUMMONS Returned Executed by Jason W Crawford, Natalie J Crawford as to Mortgage Information Service on 5/1/2008, answer due 5/21/2008. (Mahoney, Carlos) (Entered: 05/08/2008) |
| 05/08/2008 | 2140 | ATTORNEY Appearance for Third Party Defendant Liberty Title Escrow Company, Inc. by Dennis E. Both (Both, Dennis) (Entered: 05/08/2008) |
| 05/08/2008 | 2141 | NOTICE by Liberty Title Escrow Company, Inc. re attorney appearance 2140 (Both, Dennis) (Entered: 05/08/2008) |
| 05/09/2008 | 2142 | NOTICE by Charles McLeod Baird of Change of Address (Baird, Charles) (Entered: 05/09/2008) |
| 05/09/2008 | 2143 | ATTORNEY Appearance for Third Party Defendant Mortgage Information Service by Derek M. Johnson (Johnson, Derek) (Entered: 05/09/2008) |
| | | |

| 05/12/2008 | 2144 | MOTION by Defendant Ameriquest Mortgage Company to stay *OF DISCOVERY WITH RESPECT TO THE THIRD PARTY COMPLAINT (DOCKET #859)* (LeSage, Bernard) (Entered: 05/12/2008) |
| 05/12/2008 | 2145 | STIPULATION regarding motion to stay 2144 *OF DICOVERY PROCEEDINGS WITH RESPECT TO THE THIRD PARTY COMPLAINT (DOCKET #859)* (LeSage, Bernard) (Entered: 05/12/2008) |
| 05/12/2008 | 2146 | NOTICE OF NON-OPPOSITION TO MOTION FOR ENTRY OF ORDER APPOINTING LIAISON COUNSEL AND PARTICIPATION IN FEES AND COSTS by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 05/12/2008) |
| 05/12/2008 | 2147 | MOTION by Third Party Defendant Fred Sette to substitute attorney, MOTION by counsel for Third Party Defendant Fred Sette to withdraw as attorney (Attachments: # 1 Certificate of Service)(Jansen, Gary) (Entered: 05/12/2008) |
| 05/12/2008 | 2148 | MOTION by Third Party Defendant Sette & Bonadies, P.C. to substitute attorney, MOTION by counsel for Third Party Defendant Sette & Bonadies, P.C. to withdraw as attorney (Attachments: # 1 Certificate of Service)(Jansen, Gary) (Entered: 05/12/2008) |
| 05/12/2008 | 2149 | MOTION by Third Party Defendant The Matlusky Firm to substitute attorney, MOTION by counsel for Third Party Defendant The Matlusky Firm to withdraw as attorney (Attachments: # 1 Certificate of Service) (Jansen, Gary) (Entered: 05/12/2008) |
| 05/12/2008 | 2150 | MOTION by Third Party Defendant Law Offices of Borner, Scola Baruti & Vancini P.C. to substitute attorney, MOTION by counsel for Third Party Defendant Law Offices of Borner, Scola Baruti & Vancini P.C. to withdraw as attorney (Attachments: # 1 Certificate of Service)(Jansen, Gary) (Entered: 05/12/2008) |
| 05/14/2008 | 2151 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Second Amended Complaint (Coleman)* (Attachments: # 1 Exhibit A - Second Amended Complaint)(Baird, Charles) (Entered: 05/14/2008) |
| 05/15/2008 | 2152 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Third Amended Complaint (Julien)* (Attachments: # 1 Exhibit A - Third Amended Complaint)(Baird, Charles) (Entered: 05/15/2008) |
| 05/16/2008 | 2153 | RESPONSE by Third Party Defendant Mortgage Information Service *To Land America Parties' Motion For Entry Of Order Appointing Liaison Counsel And Participation In Fees And Costs* (Elliott, Timothy) (Entered: 05/16/2008) |
| 05/19/2008 | 2154 | NOTICE of Motion by Russell W. Hubbard for presentment of before Honorable Marvin E. Aspen on 5/22/2008 at 10:30 AM. (Hubbard, Russell) (Entered: 05/19/2008) |
| 05/20/2008 | 2155 | MINUTE entry before the Honorable Marvin E. Aspen dated 5/20/08:Certain third-party defendants' motion for entry of order appointing liaison counsel and participation in fees and costs (2135) |

| | | |
|---|---|---|
| | | noticed for hearing for 5/22/08 is reset to 6/3/2008 at 10:30 AM. The motion hearing set for 5/22/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 05/20/2008) |
| 05/21/2008 | 2156 | MOTION by Plaintiff Plaintiffs/Individual actions to Voluntarily Dismiss "Firm Offer of Credit" Fair Credit Reporting Act Cases *(Case No. 05 C 2625 and Case No. 05 C 6158)* (Edelman, Daniel) (Entered: 05/21/2008) |
| 05/21/2008 | 2157 | NOTICE of Motion by Daniel A. Edelman for presentment of motion for miscellaneous relief 2156 before Honorable Marvin E. Aspen on 5/27/2008 at 10:30 AM. (Edelman, Daniel) (Entered: 05/21/2008) |
| 05/21/2008 | 2158 | MINUTE entry before the Honorable Marvin E. Aspen dated 5/21/08:The individual plaintiffs' Motion 2156 to voluntarily dismiss "Firm Offer Of Credit" fair credit reporting act cases (05C2625 and 05 C 6158) is granted. These two actions are dismissed with prejudice, with each party to bear their own costs. The motion hearing set for 5/27/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 05/21/2008) |
| 05/23/2008 | 2159 | MOTION FOR REASSIGNMENT (Banuelos 08-2680) by Ameriquest Mortgage Company (Attachments: # 1 Exhibit Complaint)(LeSage, Bernard) (Entered: 05/23/2008) |
| 05/28/2008 | 2160 | REPLY by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to motion to dismiss, 2034 (Ropiequet, John) (Entered: 05/28/2008) |
| 05/28/2008 | 2161 | MINUTE entry before the Honorable Marvin E. Aspen: Third-party defendants Sette & Bonadies, P.C. and Fred Sette's motion 2148 for leave to withdraw and for substitution of counsel is granted. Gary T. Jansen and Nicole D. Milos of Cremer Kopon Shaughnessy & Spina LLC are granted leave to file their appearance on behalf of third-party defendants Sette & Bonadies, P.C., and Fred Sette, and Linda E. Unger and Siobhan M. Murphy of Lewis Brisbois Bisgaard & Smith LLP are granted leave to withdraw as counsel. Attorney Gary Thomas Jansen and Nicole D Milos added. Attorney Siobhan M. Murphy and Linda E. Unger terminated. Mailed notice (jmp, ) (Entered: 05/29/2008) |
| 05/28/2008 | 2162 | MINUTE entry before the Honorable Marvin E. Aspen: Third-party defendant The Matlusky Firm, LLC's motion 2149 for leave to withdraw and for substitution of counsel is granted. Gary T. Jansen and Nicole D. Milos of Cremer Kopon Shaughnessy & Spina LLC are granted leave to file their appearance on behalf of third-party defendant The Matlusky Firm, LLC, and Carrie A. Durkin and Bradford A. LeHew of Litchfield Cavo LLP are granted leave to withdraw as counsel. Attorney Gary Thomas Jansen and Nicole D Milos for The Matlusky Firm added. Attorney Carrie A. Durkin and Bradford Allen LeHew terminated. Mailed notice (jmp, ) (Entered: 05/29/2008) |
| 05/28/2008 | 2163 | MINUTE entry before the Honorable Marvin E. Aspen: Third-party defendant Bartuti, Scola & Smith, P.C. f/k/a Law Offices of Borner, |

| | | |
|---|---|---|
| | | Scola, Baruti & Vancin P.C.'s motion 2150 for leave to withdraw and for substitution of counsel is granted. Gary T. Jansen and Nicole D. Milos of Cremer Kopon Shaughnessy & Spina LLC are granted leave to file their appearance on behalf of third-party defendants Baruti, Scola & Smith P.C. f/k/a Law offices of Borner, Scola, Baruti & Vancini P.C., and Juanita B. Rodriguez and Joseph R. Marconi of Johnson & Bell, Ltd., are granted leave to withdraw as counsel. Attorney Gary Thomas Jansen for Angela Bartucci added. Attorney Joseph R. Marconi and Juanita B. Rodriguez terminated. Mailed notice (jmp, ) (Entered: 05/29/2008) |
| 05/29/2008 | 2164 | REPLY by Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to Response 2153 (Hubbard, Russell) (Entered: 05/29/2008) |
| 05/29/2008 | 2165 | TRANSCRIPT of proceedings for the following dates: 8/1/2007; Before the Honorable Honorable Morton Denlow. (Document Not Scanned). (jmp, ) (Entered: 05/30/2008) |
| 05/30/2008 | 2166 | Notice of Individuals Opting-Out of Class Action by Plaintiffs/Individual actions *Baez & Rivera, Banuelos, Bolo, Gallant, Guyton, Noradin, Quire, Terry, Watt & Parnell* (Valach, Anthony) (Entered: 05/30/2008) |
| 05/30/2008 | 2167 | MOTION by counsel for Third Party Defendant Lake Front Mortgage Inc. to withdraw as attorney *With Notice of Corporate Dissolution* (Attachments: # 1 Exhibit Dissolution of Corporation Filing, # 2 Exhibit Dissolution Letter)(Walton, Gerald) (Entered: 05/30/2008) |
| 05/30/2008 | 2168 | ATTORNEY Appearance for Third Party Defendant Law Offices of Borner, Scola Baruti & Vancini P.C. by Gary Thomas Jansen (Jansen, Gary) (Entered: 05/30/2008) |
| 05/30/2008 | 2169 | ATTORNEY Appearance for Third Party Defendant The Matlusky Firm by Gary Thomas Jansen (Jansen, Gary) (Entered: 05/30/2008) |
| 05/30/2008 | 2170 | ATTORNEY Appearance for Third Party Defendants Sette & Bonadies, P.C., Fred Sette by Gary Thomas Jansen (Jansen, Gary) (Entered: 05/30/2008) |
| 05/30/2008 | 2171 | ATTORNEY Appearance for Third Party Defendant Law Offices of Borner, Scola Baruti & Vancini P.C. by Nicole D Milos (Milos, Nicole) (Entered: 05/30/2008) |
| 05/30/2008 | 2172 | ATTORNEY Appearance for Third Party Defendant The Matlusky Firm by Nicole D Milos (Milos, Nicole) (Entered: 05/30/2008) |
| 05/30/2008 | 2173 | ATTORNEY Appearance for Third Party Defendants Sette & Bonadies, P.C., Fred Sette by Nicole D Milos (Milos, Nicole) (Entered: 05/30/2008) |
| 06/02/2008 | 2174 | MINUTE entry before the Honorable Marvin E. Aspen dated 6/2/08: Certain third-party defendants' motion for entry of order appointing liaison counsel and participation in fees and costs (2135) is taken under advisement. The hearing date of 6/3/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 06/02/2008) |

| 06/03/2008 | 2175 | MOTION by counsel for Defendant Ameriquest Mortgage Company to withdraw as attorney (Lum, Amy) (Entered: 06/03/2008) |
| 06/03/2008 | 2176 | NOTICE of Motion by Amy Gibson Lum for presentment of motion to withdraw as attorney 2175 before Honorable Marvin E. Aspen on 6/5/2008 at 10:30 AM. (Lum, Amy) (Entered: 06/03/2008) |
| 06/03/2008 | 2177 | MINUTE entry before the Honorable Marvin E. Aspen dated 6/3/08:Attorney Amy E. Gibson Lum's Motion to withdraw as attorney 2175 is granted. Motions terminated. Amy E. Gibson Lum terminated. The motion hearing set for 6/5/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 06/03/2008) |
| 06/04/2008 | 2178 | MINUTE entry before the Honorable Marvin E. Aspen dated 6/4/08: The LandAmerica Parties' Motion for Entry of Order Appointing Liaison Counsel and Participation in Fees and Costs (Docket No. 2135) is granted with respect to the proposed structure and duties of Liaison Counsel and the various subcommittees. The Court believes that additional briefing may be necessary however, with respect to Liaison Counsel's reimbursement proposal, particularly as a significant number of Third-Party Defendants have yet to offer an opinion on this issue. Accordingly, and if they choose, any additional Third-Party Defendants wishing to object to Liaison Counsel's reimbursement proposal must file a consolidated response, with alternate proposal(s), by June 26, 2008. At its discretion, Liaison Counsel may file a reply to the consolidated objection, if any, by July 11, 2008. Judicial staff mailed notice (gl, ) (Entered: 06/04/2008) |
| 06/04/2008 | 2179 | AMENDED complaint by Benjamin A. Lewis, Maia Lewis against Ameriquest Mortgage Company, Inc., Deutsche Bank National Trust, Ameriquest Mortgage Securities, Inc. (Attachments: # 1 Supplement Summons--Ameriquest Mortgage Co., # 2 Supplement Ameriquest Mortgage Securities, Inc., # 3 Supplement Summons--Deutsche Bank National Trust)(Patterson, James) (Entered: 06/04/2008) |
| 06/05/2008 | 2180 | Exhibit A to Doc. 2179, Amended Complaint (Patterson, James) (Entered: 06/05/2008) |
| 06/06/2008 | 2214 | SUMMONS Issued 2 originals and 2 copies as to Defendants Merrill Lynch Mortgage Lending, Inc. and Wells Fargo Bank, N.A. (jmp, ) (Entered: 06/27/2008) |
| 06/10/2008 | 2182 | RESPONSE by Defendant, Third Party Defendant Prime Plus Mortgage to plaintiff's motion for entry of order of default. (jmp, ) (Entered: 06/12/2008) |
| 06/11/2008 | 2181 | SUGGESTION OF DEATH UPON THE RECORD OF DEFENDANT ROLAND E. ARNALL by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 06/11/2008) |
| 06/12/2008 | 2183 | ATTORNEY Appearance for Defendant Mortgage Information Service by Emily L. Alb (Alb, Emily) (Entered: 06/12/2008) |

| | | |
|---|---|---|
| 06/12/2008 | 2184 | MOTION by Third Party Defendant Mortgage Information Service, Defendant Mortgage Information Service for extension of time to file response/reply *MORTGAGE INFORMATION SERVICES INC.'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT* (Alb, Emily) (Entered: 06/12/2008) |
| 06/12/2008 | 2185 | NOTICE of Motion by Emily L. Alb for presentment of motion for extension of time to file response/reply, 2184 before Honorable Marvin E. Aspen on 6/17/2008 at 10:30 AM. (Alb, Emily) (Entered: 06/12/2008) |
| 06/16/2008 | 2186 | MINUTE entry before the Honorable Marvin E. Aspen dated 6/16/08:Defendant Mortgage Information Services, Inc.'s agreed Motion for extension of time to respond to plaintiff's amended complaint 2184 , up to and including July 5, 2008, is granted. Motion terminated. The motion hearing set for 6/17/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 06/16/2008) |
| 06/17/2008 | 2187 | MINUTE entry before the Honorable Marvin E. Aspen dated 6/17/08: The parties participating in the class claims mediation are to file a written status report updating the Court on the progress of the mediation by 7/1/08. Similarly, the parties in the opt-out claims mediation are to file a written status report updating the Court by 7/1/08. These reports may be filed jointly or separately.Judicial staff mailed notice (gl, ) (Entered: 06/17/2008) |
| 06/17/2008 | 2188 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Amended Complaint (Vernell Ball-Daniel)* (Attachments: # 1 Exhibit A) (Valach, Anthony) (Entered: 06/17/2008) |
| 06/17/2008 | 2189 | NOTICE of Motion by Anthony P. Valach, Jr for presentment of motion for leave to file 2188 before Honorable Marvin E. Aspen on 6/24/2008 at 10:30 AM. (Valach, Anthony) (Entered: 06/17/2008) |
| 06/17/2008 | 2190 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Amended Complaint (Dennis & Rita O'Neil)* (Attachments: # 1 Exhibit A) (Valach, Anthony) (Entered: 06/17/2008) |
| 06/17/2008 | 2191 | NOTICE of Motion by Anthony P. Valach, Jr for presentment of motion for leave to file 2190 before Honorable Marvin E. Aspen on 6/24/2008 at 10:30 AM. (Valach, Anthony) (Entered: 06/17/2008) |
| 06/17/2008 | 2192 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Various Individual Plaintiffs' Second Amended Complaint* (Attachments: # 1 Exhibit A)(Valach, Anthony) (Entered: 06/17/2008) |
| 06/17/2008 | 2193 | NOTICE of Motion by Anthony P. Valach, Jr for presentment of motion for leave to file 2192 before Honorable Marvin E. Aspen on 6/24/2008 at 10:30 AM. (Valach, Anthony) (Entered: 06/17/2008) |
| 06/19/2008 | 2194 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Amended Complaint - Anderson* (Attachments: # 1 Exhibit A - Current Complaint, # 2 Exhibit B - Proposed Second Amended Complaint)(Blinn, |

| | | |
|---|---|---|
| | | Daniel) (Entered: 06/19/2008) |
| 06/19/2008 | 2195 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Proposed Second Amended Complaint - Bailey* (Attachments: # 1 Exhibit A - Current Complaint, # 2 Exhibit B - Proposed Second Amended Complaint)(Blinn, Daniel) (Entered: 06/19/2008) |
| 06/19/2008 | 2196 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Proposed Second Amended Complaint - Duncan* (Attachments: # 1 Exhibit A - Current Complaint, # 2 Exhibit B - Proposed Second Amended Complaint)(Blinn, Daniel) (Entered: 06/19/2008) |
| 06/19/2008 | 2197 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Proposed Second Amended Complaint - Bowe* (Attachments: # 1 Exhibit A - Current Complaint, # 2 Exhibit B - Proposed Second Amended Complaint)(Blinn, Daniel) (Entered: 06/19/2008) |
| 06/19/2008 | 2198 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Proposed Fourth Amended Complaint - Pasacreta* (Attachments: # 1 Exhibit A - Current Complaint, # 2 Exhibit B - Proposed Fourth Amended Complaint)(Blinn, Daniel) (Entered: 06/19/2008) |
| 06/19/2008 | 2199 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Proposed Amended Complaint - Brissett* (Attachments: # 1 Exhibit A - Proposed complaint, # 2 Exhibit B - Proposed Amended Complaint) (Blinn, Daniel) (Entered: 06/19/2008) |
| 06/20/2008 | 2200 | MOTION by Third Party Defendants Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. for extension of time to file (Hubbard, Russell) (Entered: 06/20/2008) |
| 06/20/2008 | 2201 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *First Amended Complaint on Consent (Punch)* (Attachments: # 1 Exhibit A - Current Complaint, # 2 Exhibit B - Proposed First Amended Complaint) (Blinn, Daniel) (Entered: 06/20/2008) |
| 06/23/2008 | 2202 | MINUTE entry before the Honorable Marvin E. Aspen dated 6/23/08: The motion hearings set for 6/24/08 are stricken.Judicial staff mailed notice (gl, ) (Entered: 06/23/2008) |
| 06/23/2008 | 2203 | MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs' Motion for leave to file amended complaint Doc. No. 2188 is granted. The motion hearing set for 6/24/2008 is stricken. Mailed notice (jmp, ) (Entered: 06/24/2008) |
| 06/23/2008 | 2204 | MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs' Motion for leave to file amended complaint Doc. No. 2190 is granted. The motion hearing set for 6/24/2008 is stricken. Mailed notice (jmp, ) (Entered: 06/24/2008) |
| 06/23/2008 | 2205 | MINUTE entry before the Honorable Marvin E. Aspen: Various individual Plaintiffs' motion for leave to file second amended complaint, |

|  |  | (Doc. No. 2192 ) is granted. The motion hearing set for 6/24/2008 is stricken. Mailed notice (jmp, ) (Entered: 06/24/2008) |
|---|---|---|
| 06/24/2008 | ➡📎 2206 | MOTION by ThirdParty Plaintiff Ameriquest Mortgage Company, Defendant Ameriquest Mortgage Company to stay regarding third party complaint 859 (Attachments: # 1 Further Stipulation For Stay of Discovery Proceedings with Respect to the Third Party Complaint (Docket #859))(LeSage, Bernard) (Entered: 06/24/2008) |
| 06/25/2008 | 2207 | MOTION by Plaintiff Plaintiffs/Individual actions to withdraw motion to file instanter 2197 *(Bowe)* (Blinn, Daniel) (Entered: 06/25/2008) |
| 06/25/2008 | 2208 | AMENDED complaint by Plaintiffs/Individual actions against AMC Mortgage Services, Inc., Ameriquest Mortgage Company, Argent Mortgage Company, LLC, Deutsche Bank National Trust *(Ball-Daniel, Case No: 06-6602 N.D. Ill. )* (Valach, Anthony) (Entered: 06/25/2008) |
| 06/25/2008 | 2209 | *Second* AMENDED complaint by Plaintiffs/Individual actions against Ameriquest Mortgage Company, Argent Mortgage Company, LLC, Deutsche Bank National Trust *(O'Neil, Case No: 06-6375 N.D. Ill. )* (Valach, Anthony) (Entered: 06/25/2008) |
| 06/25/2008 | 2210 | *Second* AMENDED complaint by Plaintiffs/Individual actions against Merrill Lynch Mortgage Lending, Inc., Ameriquest Mortgage Securities, Inc., Wells Fargo Bank, N.A., ACC Capital Holdings Corporation, AMC Mortgage Services, Inc., Ameriquest Mortgage Company, Countrywide Home Loans, Inc.(Countrywide Home Loans, Inc.), Park Place Securities, Inc., Goldman Sachs Mortgage Company, Washington Mutual Bank, Deutsche Bank National Trust *(Kessler, et al., Case No: 06-4999 N.D. Ill. )* (Valach, Anthony) (Entered: 06/25/2008) |
| 06/25/2008 | 2211 | NOTICE OF FIILING AS TO THE ADDITION AND SUBTRACTION OF PARTIES TO AND FROM THE SECOND AMENDED COMPLAINT IN KESSLER, ET AL., V. AMERIQUEST MORTGAGE COMPANY, ET AL., FILED ON JUNE 25, 2008 by Plaintiffs/Individual actions (Valach, Anthony) (Entered: 06/25/2008) |
| 06/26/2008 | 2212 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Merrill Lynch Mortgage Lending, Inc. on 6/26/2008, answer due 7/16/2008. (Valach, Anthony) (Entered: 06/26/2008) |
| 06/27/2008 | 2213 | MINUTE entry before the Honorable Morton Denlow: On the Court's request, status hearing set for 7/10/08 is stricken.Mailed notice (dmk, ) (Entered: 06/27/2008) |
| 06/30/2008 | 2215 | ATTORNEY Appearance for Defendant National RealEstate Information Service by Kerry Kristin Donovan (Donovan, Kerry) (Entered: 06/30/2008) |
| 06/30/2008 | 2216 | *First* AMENDED complaint by William Anderson, Pkanita Bonner, Simon Golston, Willie Mae Golston, Venus Robbins, Randolph Carpenter, James Hardin, Lisa Hardin against Asset Backed Funding Corp. NIM 2005-AQ1 LLC, Ameriquest Mortgage Securities, Inc., Ameriquest |

| | | Mortgage Company, Deutsche Bank National Trust (Patterson, James) (Entered: 06/30/2008) |
|---|---|---|
| 06/30/2008 | 2217 | MOTION by Defendant Roland Arnall to set a briefing schedule *Motion to Modify Pleadings and Discovery Schedule* (Attachments: # 1 Exhibit 1) (Schmeltz, Vincent) (Entered: 06/30/2008) |
| 06/30/2008 | 2218 | NOTICE of Motion by Vincent P. Schmeltz, III for presentment of motion by filer to set a briefing schedule 2217 before Honorable Marvin E. Aspen on 7/3/2008 at 10:30 AM. (Attachments: # 1 Certificate of Service) (Schmeltz, Vincent) (Entered: 06/30/2008) |
| 07/01/2008 | 2219 | MINUTE entry before the Honorable Marvin E. Aspen dated 7/1/08:The parties' joint Motion to modify pleadings and discovery schedule (2217) is granted. Motion terminated. Enter Order. The motion hearing set for 7/3/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 07/01/2008) |
| 07/01/2008 | 2220 | ORDER Signed by the Honorable Marvin E. Aspen on 7/1/2008:Judicial staff mailed notice (Attachments: # 1 Stipulation for stay of all proceedings.)(gl, ) (Entered: 07/01/2008) |
| 07/01/2008 | 2221 | STATUS Report *From Certain Third-Party Defendants Regarding Mediation* by Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. (Hubbard, Russell) (Entered: 07/01/2008) |
| 07/01/2008 | 2222 | JOINT MEDIATION STATUS REPORT by Ameriquest Mortgage Company, Inc. (LeSage, Bernard) (Entered: 07/01/2008) |
| 07/01/2008 | 2223 | STATUS REPORT RE: MEDIATION WITH OPT-OUT PLAINTIFFS by Ameriquest Mortgage Company, Inc. (LeSage, Bernard) (Entered: 07/01/2008) |
| 07/01/2008 | 2224 | STATUS Report *on Mediation* by Plaintiffs/Individual actions (Aschenbrener, Michael) (Entered: 07/01/2008) |
| 07/01/2008 | 2225 | NOTICE by Plaintiffs/Individual actions re status report 2224 (Aschenbrener, Michael) (Entered: 07/01/2008) |
| 07/02/2008 | 2226 | MINUTE entry before the Honorable Marvin E. Aspen dated 7/2/08:The status hearing set for 7/10/08, before Judge Aspen, is reset to 10/23/2008 at 10:30 AM.Judicial staff mailed notice (gl, ) (Entered: 07/02/2008) |
| 07/02/2008 | 2227 | MINUTE entry before the Honorable Marvin E. Aspen dated 7/2/08:Plaintiffs and defendants' motion (Doc. No. 2159) for reassignment of Case No. 08 C 2680,Banuelos, et al v. Ameriquest Mortgage Co., to the calendar of Judge Aspen as part of MDL 1715 (Lead Case No. 05 C 7097) is granted. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 07/02/2008) |
| 07/07/2008 | 2228 | MOTION by Defendant Mortgage Information Service for extension of time *DEFENDANT MORTGAGE INFORMATION SERVICES, INC.'S THIRD MOTION FOR EXTENSION OF TIME TO ANSWER* |

| | | |
|---|---|---|
| | | *PLAINTIFF'S COMPLAINT* (Shupe, Emily) (Entered: 07/07/2008) |
| 07/07/2008 | 2229 | NOTICE of Motion by Emily Alb Shupe for presentment of extension of time 2228 before Honorable Marvin E. Aspen on 7/15/2008 at 10:30 AM. (Shupe, Emily) (Entered: 07/07/2008) |
| 07/09/2008 | 2230 | NOTICE of Voluntary Dismissal by Plaintiffs/Individual actions (Valach, Anthony) (Entered: 07/09/2008) |
| 07/14/2008 | 2231 | MINUTE entry before the Honorable Marvin E. Aspen dated 7/14/08:Defendant Mortgage Information Services, Inc.'s third Motion for extension of time 2228 to answer plaintiffs' first amended complaint an additional 28 days is granted. Motion terminated. The motion hearing set for 7/15/08 is stricken. Judicial staff maield notice (gl, ) (Entered: 07/14/2008) |
| 07/14/2008 | 2232 | ATTORNEY Appearance *for Argent Securities Inc* (Dahlquist, David) (Entered: 07/14/2008) |
| 07/14/2008 | 2233 | ATTORNEY Appearance for Defendant argent securities inc by Greg J. Miarecki (Miarecki, Greg) (Entered: 07/14/2008) |
| 07/14/2008 | 2234 | ATTORNEY Appearance for Defendant argent securities inc by Thomas Joseph Wiegand (Wiegand, Thomas) (Entered: 07/14/2008) |
| 07/14/2008 | 2235 | ANSWER to amended complaint 2208 *(Vernell Ball-Daniel v. Argent Mortgage Company, LLC, et al.; Case No. 06-6602) and Affirmative Defenses* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 07/14/2008) |
| 07/14/2008 | 2236 | ANSWER to amended complaint *(Second)* 2209 *(Dennis and Rita ONeil, et al. v. Argent Mortgage Company, LLC, et al.; Case No. 05-7097) and Affirmative Defenses* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 07/14/2008) |
| 07/14/2008 | 2237 | ANSWER to amended complaint 2208 *(Vernell Ball-Daniel v. Argent Mortgage Company, LLC, et al.; Case No. 06-6602) and Affirmative Defenses* by argent securities inc(Wiegand, Thomas) (Entered: 07/14/2008) |
| 07/14/2008 | 2238 | ANSWER to amended complaint *(Second)* 2209 *(Dennis and Rita ONeil, et al. v. Argent Mortgage Company, LLC, et al.; Case No. 05-7097) and Affirmative Defenses* by argent securities inc(Wiegand, Thomas) (Entered: 07/14/2008) |
| 07/14/2008 | 2239 | MINUTE entry before the Honorable Marvin E. Aspen dated 7/14/08:Plaintiffs' Motion (2207) to withdraw the motion for leave to file amended complaint (2197) is granted. Motion terminated. Plaintiffs' motion for leave to file amended complaint instanter 2197 is withdrawn. Motion terminated. Judicial staff maield notice (gl, ) (Entered: 07/14/2008) |
| 07/14/2008 | 2240 | STIPULATION *For Stay of All Proceedings and Amended Scheduling Order* (Attachments: # 1 Exhibit 1 [Proposed] Order)(Schmeltz, Vincent) |

| | | (Entered: 07/14/2008) |
|---|---|---|
| 07/14/2008 | 2241 | *Stipulation for Stay of All Proceedings and Amended Scheduling Order* NOTICE of Motion by Vincent P. Schmeltz, III for presentment of before Honorable Marvin E. Aspen on 7/17/2008 at 10:30 AM. (Schmeltz, Vincent) (Entered: 07/14/2008) |
| 07/14/2008 | 2242 | MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs' motion (Doc. No. 2194) for leave to file amended complaint, instanter, on consent is granted. Mailed notice (jmp, ) (Entered: 07/15/2008) |
| 07/14/2008 | 2243 | MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs' motion (Doc. No. 2195 ) for leave to file amended complaint, instanter, on consent is granted. Mailed notice (jmp, ) (Entered: 07/15/2008) |
| 07/15/2008 | 2247 | MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs' motion 2196 for leave to file amended complaint, instanter, on consent is granted. Mailed notice (jmp, ) (Entered: 07/16/2008) |
| 07/15/2008 | 2249 | MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs' motion 2198 for leave to file fourth amended complaint, instanter is granted. Mailed notice (jmp, ) (Entered: 07/16/2008) |
| 07/15/2008 | 2250 | MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs' motion 2199 for leave to file amended complaint, instanter, on consent is granted. Mailed notice (jmp, ) (Entered: 07/16/2008) |
| 07/15/2008 | 2251 | MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs motion 2201 for leave to file amended complaint, instanter, on consent is granted. Mailed notice (jmp, ) (Entered: 07/16/2008) |
| 07/16/2008 | 2244 | STIPULATION *Amended Stipulation for Stay of All Proceedings and Amended Scheduling Order* (Attachments: # 1 Exhibit [Proposed] Order) (Schmeltz, Vincent) (Entered: 07/16/2008) |
| 07/16/2008 | 2245 | *Second* AMENDED complaint by Plaintiffs/Individual actions against Wm Specialty Mortgage LLC, Deutsche Bank National Trust *(as to Anderson, et al)* (Blinn, Daniel) (Entered: 07/16/2008) |
| 07/16/2008 | 2246 | NOTICE of Motion by Vincent P. Schmeltz, III for presentment of before Honorable Marvin E. Aspen on 7/17/2008 at 10:30 AM. (Schmeltz, Vincent) (Entered: 07/16/2008) |
| 07/16/2008 | 2248 | MINUTE entry before the Honorable Marvin E. Aspen dated: Pursuant to Federal Rule of Civil Procedure 41, the plaintiffs voluntarily dismiss defendants Wilshire Credit Corporation and Merrill Lynch Mortgage Lending, Inc. (Case No. 07 C 4890). Defendants' Motions to dismiss [25 & 52] are terminated as moot. Defendants Wilshire Credit Corporation and Merrill Lynch Mortgage Lending, Inc. terminated.Judicial staff mailed notice (gl, ) (Entered: 07/16/2008) |
| 07/16/2008 | 2252 | MINUTE entry before the Honorable Marvin E. Aspen dated 7/16/08: The Court adopts the defendants and Borrower and Non-Borrower class action plaintiffs' stipulation for stay of all proceedings and amended scheduling |

| | | order. The Order relates only to the Borrower and Non-Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding.The motion hearing set for 7/17/08 is stricken. Enter Order.Judicial staff mailed notice (gl, ) (Entered: 07/16/2008) |
|---|---|---|
| 07/16/2008 | 2253 | ORDER adopting stipulation for stay of all proceedings and amended scheduling order (2240). Signed by the Honorable Marvin E. Aspen on 7/16/2008:Judicial staff mailed notice(gl, ) (Entered: 07/16/2008) |
| 07/16/2008 | 2254 | MINUTE entry before the Honorable Marvin E. Aspen dated 7/16/08: The Court adopts Amended Stipulation for stay of all proceedings and amended scheduling order (2244). Enter Order. Judicial staff mailed notice (gl, ) (Entered: 07/16/2008) |
| 07/16/2008 | 2255 | ORDER adopting amended stipulation for stay of all proceedings and amended scheduling orer (2244). Amended Stipulation attached. Signed by the Honorable Marvin E. Aspen on 7/16/2008:Judicial staff mailed notice(gl, ) (Entered: 07/16/2008) |
| 07/16/2008 | 2256 | ATTORNEY Appearance *on behalf of certain consumers* (Brooks, Lloyd) (Entered: 07/16/2008) |
| 07/17/2008 | 2257 | *Second* AMENDED complaint by Plaintiffs/Individual actions against Household Finance Corporation, Deutsche Bank National Trust (Blinn, Daniel) (Entered: 07/17/2008) |
| 07/17/2008 | 2258 | MINUTE entry before the Honorable Morton Denlow: Status hearing set for 10/23/2008 at 10:00 AM.Mailed notice (dmk, ) (Entered: 07/17/2008) |
| 07/17/2008 | 2259 | JOINT STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER PENDING MEDIATION by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 07/17/2008) |
| 07/21/2008 | 2260 | *Second* AMENDED complaint by Plaintiffs/Individual actions against Deutsche Bank National Trust Company, as Trustee, Household Finance Corporation, CitiFinancial Mortgage Company Inc *(BAILEY)* (Blinn, Daniel) (Entered: 07/21/2008) |
| 07/21/2008 | 2261 | AMENDED complaint by Plaintiffs/Individual actions against Wm Specialty Mortgage LLC, Deutsche Bank National Trust *(Brissett)* (Blinn, Daniel) (Entered: 07/21/2008) |
| 07/21/2008 | 2262 | *Fourth* AMENDED complaint by Plaintiffs/Individual actions against Household Finance Corporation *(Pasacreta)* (Blinn, Daniel) (Entered: 07/21/2008) |
| 07/21/2008 | 2263 | AMENDED complaint by Plaintiffs/Individual actions against Wm Specialty Mortgage LLC, Deutsche Bank National Trust Company, as Trustee *(Punch)* (Blinn, Daniel) (Entered: 07/21/2008) |
| 07/21/2008 | 2266 | MOTION for reconsideration and clarification under Fed.R.Civ.P rule 24 (A)z, Motion to intervene as plaintiff. (jmp, ) (Entered: 07/22/2008) |
| 07/22/2008 | 2264 | MOTION by Plaintiff Plaintiffs/Individual actions to substitute party *On* |

| | | |
|---|---|---|
| | | *Consent re: Ronald J. Kach & Sharon A. Kach* (Blinn, Daniel) (Entered: 07/22/2008) |
| 07/22/2008 | 2265 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Second Amended Complaint Instanter (Black)* (Attachments: # 1 Exhibit A - Current Amended Complaint, # 2 Exhibit B - Proposed Second Amended Complaint)(Blinn, Daniel) (Entered: 07/22/2008) |
| 07/23/2008 | 2267 | MOTION by Defendants Deutsche Bank National Trust Company, Argent Mortgage Company, LLC to reassign case *of related action (AGREED)* (Attachments: # 1 Exhibit A)(Ledsky, Jonathan) (Entered: 07/23/2008) |
| 07/23/2008 | 2268 | *(AGREED)* NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to reassign case 2267 before Honorable Marvin E. Aspen on 7/31/2008 at 10:30 AM. (Ledsky, Jonathan) (Entered: 07/23/2008) |
| 07/24/2008 | 2269 | MINUTE entry before the Honorable Marvin E. Aspen dated 7/24/08:Defendants' Agreed Motion for reassignment of related action, Case No. 08 C 3875, Salazar v. Argent, et al 2267 as part of MDL 1715 is granted. Motion terminated. The motion hearing set for 7/31/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 07/24/2008) |
| 07/28/2008 | 2270 | STIPULATION *Amended Stipulation for Stay of All Proceedings and Amended Scheduling Order* (Attachments: # 1 Exhibit 1 [Proposed] Order)(Schmeltz, Vincent) (Entered: 07/28/2008) |
| 07/28/2008 | 2271 | NOTICE of Motion by Vincent P. Schmeltz, III for presentment of before Honorable Marvin E. Aspen on 7/31/2008 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Schmeltz, Vincent) (Entered: 07/28/2008) |
| 07/28/2008 | 2272 | ANSWER to amended complaint by Washington Mutual Bank(LeSage, Bernard) (Entered: 07/28/2008) |
| 07/28/2008 | 2273 | ANSWER to amended complaint by Wells Fargo Bank, N.A.(LeSage, Bernard) (Entered: 07/28/2008) |
| 07/28/2008 | 2274 | ANSWER to amended complaint by Countrywide Home Loans, Inc. (LeSage, Bernard) (Entered: 07/28/2008) |
| 07/28/2008 | 2275 | ANSWER to amended complaint by Merrill Lynch Credit Corporation (LeSage, Bernard) (Entered: 07/28/2008) |
| 07/28/2008 | 2276 | ANSWER to amended complaint by Deutsche Bank National Trust Company, as Trustee(LeSage, Bernard) (Entered: 07/28/2008) |
| 07/29/2008 | 2277 | MINUTE entry before the Honorable Marvin E. Aspen dated 7/29/08: Amended stipulation for stay of all proceedings and amended scheduling order is allowed. This order relates only to the Borrower and Non-Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding. The schedule set forth in the Stipulation is adopted as the schedule for proceedings in this action. The tolling agreement provided in the stipulation is approved. Enter Order. The motion hearing set for 7/31/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 07/29/2008) |

| 07/29/2008 | 2278 | ORDER adopting document 2270. Signed by the Honorable Marvin E. Aspen on 7/29/2008:Judicial staff mailed notice(gl, ) (Entered: 07/29/2008) |
|---|---|---|
| 07/30/2008 | 2279 | ANSWER to amended complaint *(Charles C. Moss, et al. v. Argent Mortgage Company, LLC, et al.; Case No. C.A. 06-06754) and Affirmative Defenses* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 07/30/2008) |
| 07/30/2008 | 2280 | ANSWER to Complaint with Jury Demand *(AMENDED COMPLAINT) (Douglas S. Conner, et al. v. Argent Mortgage Company, LLC, et al.; Case No. 07 C 121) and Affirmative Defenses* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 07/30/2008) |
| 07/30/2008 | 2281 | ANSWER to Complaint with Jury Demand *(SECOND AMENDED COMPLAINT) (Rose J. Black, et al. v. Argent Mortgage Company, LLC, et al.; Case No. 06 C 4418) and Affirmative Defenses* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 07/30/2008) |
| 08/06/2008 | 2282 | NOTICE of Voluntary Dismissal by Plaintiffs/Individual actions (Valach, Anthony) (Entered: 08/06/2008) |
| 08/06/2008 | 2283 | Notice of Individuals Opting-Out of Class Action by Plaintiffs/Individual actions *Colister, Cox & Lawrence, Favela, Garcia & Lara, Hill, Jaime, Lee, Monson, Mueller, Neeley, Puga, Shew and Wells* (Valach, Anthony) (Entered: 08/06/2008) |
| 08/07/2008 | 2284 | ANSWER to Complaint with Jury Demand *(FOURTH AMENDED COMPLAINT) (Relates to Case No. 1:06-cv-02468) and Affirmative Defenses* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 08/07/2008) |
| 08/11/2008 | 2285 | STIPULATION *Amended Stipulation for Stay of All Proceedings and Amended Scheduling Order* (Attachments: # 1 Exhibit 1 [Proposed] Order)(Schmeltz, Vincent) (Entered: 08/11/2008) |
| 08/11/2008 | 2286 | NOTICE of Motion by Vincent P. Schmeltz, III for presentment of before Honorable Marvin E. Aspen on 8/14/2008 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Schmeltz, Vincent) (Entered: 08/11/2008) |
| 08/12/2008 | 2287 | STIPULATION *Amended Stipulation for Stay of All Proceedings and Amended Scheduling Order* (Attachments: # 1 Exhibit 1 [Proposed] Order)(Schmeltz, Vincent) (Entered: 08/12/2008) |
| 08/12/2008 | 2288 | NOTICE of Motion by Vincent P. Schmeltz, III for presentment of before Honorable Marvin E. Aspen on 8/14/2008 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Schmeltz, Vincent) (Entered: 08/12/2008) |
| 08/13/2008 | 2289 | MINUTE entry before the Honorable Marvin E. Aspen: The motion hearing set for 8/14/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 08/13/2008) |
| 08/14/2008 | 2290 | Notice of Change of Firm Name by Frank J. Manni, Medici & Sciacca, P.C., Premier Title & Escrow Co,, David Carroll, Law Office of Jonathan |

| | | |
|---|---|---|
| | | P. Ash, Law Offices Of Marc D. Foley, Tapalian & Tadros (Jensen, J.) (Entered: 08/14/2008) |
| 08/14/2008 | 2296 | SUMMONS Issued as to Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series 2004-R3, Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series 2005-R3, Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series 2003-8, Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificate Series 2004-R11, Park Place Securities Inc. Asset Backed Pass Through Certificates Series 2004-MCWI, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R-12, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2005-R6, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R1, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R5, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R8, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2003-6, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2006-R1, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R7, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2004-R9, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2005-R10, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2005-R5, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2005-R4, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2003-13, Ameriquest Mortgage Securities Inc. Asset Backed Through Certificate Series 2005-R7.(aac, ) (Entered: 08/15/2008) |
| 08/15/2008 | 2291 | MOTION by counsel for Defendant Roland Arnall to withdraw as attorney *Motion for Leave to Withdraw the Appearance of Bradley I. Schecter* (Schecter, Bradley) (Entered: 08/15/2008) |
| 08/15/2008 | 2292 | NOTICE of Motion by Bradley Ian Schecter for presentment of motion to withdraw as attorney 2291 before Honorable Marvin E. Aspen on 8/19/2008 at 10:30 AM. (Attachments: # 1 Certificate of Service) (Schecter, Bradley) (Entered: 08/15/2008) |
| 08/15/2008 | 2293 | ANSWER to Complaint with Jury Demand *(SECOND AMENDED COMPLAINT) (Stuart Belfeld, et al. v. Argent Mortgage Company, LLC; Case No. 07 C 1749) and Affirmative Defenses* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 08/15/2008) |
| 08/15/2008 | 2294 | MINUTE entry before the Honorable Marvin E. Aspen dated 8/15/08: The parties participating in the class claims mediation are to file a written status report updating the Court on the progress of the mediation by 9/19/08. Similarly, the parties in the opt-out claims mediation are to file a written status report updating the Court by 9/19/08. These reports may be filed jointly or separately.Judicial staff mailed notice (gl, ) (Entered: 08/15/2008) |
| 08/15/2008 | 2295 | ANSWER to Complaint with Jury Demand *(AMENDED COMPLAINT)* |

| | | |
|---|---|---|
| | | *(Herbert J. Graf Jr. v. Argent Mortgage Co.; Case No. C.A. 06-283 (RI)) and Affirmative Defenses* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 08/15/2008) |
| 08/15/2008 | 2297 | MINUTE entry before the Honorable Marvin E. Aspen dated 8/15/08:Bradley I. Schecter's Motion to withdraw as attorney 2291 for Roland Arnall is granted. Motion terminated. Attorney Bradley Ian Schecter terminated. The motion hearing set for 8/19/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 08/15/2008) |
| 08/15/2008 | 2298 | SUMMONS Issued as to Defendant Ameriquest Mortgage Securities Inc. Asset backed pass through certificates series quest 2005-X2. (ep, ) (Entered: 08/18/2008) |
| 08/15/2008 | 2299 | SUMMONS Issued as to Defendant Ameriquest Mortgage Securities, Inc. Asset backed pass through certificates series quest 2004-R11. (ep, ) (Entered: 08/18/2008) |
| 08/19/2008 | 2300 | STIPULATION *FOR INDEFINITE STAY OF ALL PROCEEDINGS WITH RESPECT TO THE THIRD PARTY COMPLAINT (DOCKET #859)* (LeSage, Bernard) (Entered: 08/19/2008) |
| 08/22/2008 | 2301 | MOTION by Plaintiff Plaintiffs/Individual actions for summary judgment (Aschenbrener, Michael) (Entered: 08/22/2008) |
| 08/22/2008 | 2302 | NOTICE of Motion by Michael James Aschenbrener for presentment of motion for summary judgment 2301 before Honorable Marvin E. Aspen on 8/28/2008 at 10:30 AM. (Aschenbrener, Michael) (Entered: 08/22/2008) |
| 08/22/2008 | 2303 | MEMORANDUM by Plaintiffs/Individual actions in support of motion for summary judgment 2301 (Aschenbrener, Michael) (Entered: 08/22/2008) |
| 08/22/2008 | 2304 | NOTICE by Plaintiffs/Individual actions re memorandum in support of motion 2303 *for Summary Judgment* (Aschenbrener, Michael) (Entered: 08/22/2008) |
| 08/22/2008 | 2305 | Local Rule 56.1 (a)(3) STATEMENT by Plaintiffs/Individual actions (Attachments: # 1 Appendix 1-2, # 2 Appendix 3, # 3 Appendix 4-6, # 4 Appendix 7, # 5 Appendix 8, # 6 Appendix 9-11, # 7 Appendix 12-13, # 8 Appendix 14-17, # 9 Appendix 18-19, # 10 Appendix 20, # 11 Affidavit 21-23, # 12 Appendix 24, # 13 Appendix 25-29, # 14 Appendix 30-34, # 15 Appendix 35-38, # 16 Appendix 39, # 17 Appendix 40-43, # 18 Appendix 44-49, # 19 Appendix 50-51, # 20 Appendix 52, # 21 Appendix 53-54)(Aschenbrener, Michael) (Entered: 08/22/2008) |
| 08/22/2008 | 2306 | NOTICE by Plaintiffs/Individual actions re statement,, 2305 *of Material Facts* (Aschenbrener, Michael) (Entered: 08/22/2008) |
| 08/25/2008 | 2307 | MOTION by counsel for Defendant EMC Mortgage Corporation to withdraw as attorney *Blair B. Hanzlik* (Hanzlik, Blair) (Entered: 08/25/2008) |
| | | |

| 08/25/2008 | 2308 | NOTICE of Motion by Blair Baker Hanzlik for presentment of motion to withdraw as attorney 2307 before Honorable Marvin E. Aspen on 9/2/2008 at 10:30 AM. (Hanzlik, Blair) (Entered: 08/25/2008) |
| 08/25/2008 | 2309 | AMENDED complaint by Plaintiffs/Individual actions against Argent Mortgage Securities, Inc., Citigroup Inc., Lehman Brothers Inc., Argent Mortgage Company, LLC, Deutsche Bank National Trust *Salazar, et al. v. Argent Mortgage Company, LLC, et al. (Case No. 08-cv-3875 N.D. Ill)* (Valach, Anthony) (Entered: 08/25/2008) |
| 08/25/2008 | 2310 | NOTICE by Plaintiffs/Individual actions re amended complaint, 2309 *Notice of Filing of Amended Complaint (Salazar et al. v. Argent Mortgage Company, LLC, et al. (Case No. 08-cv-3875 N.D. Ill.)* (Valach, Anthony) (Entered: 08/25/2008) |
| 08/25/2008 | 2311 | MINUTE entry before the Honorable Marvin E. Aspen dated 8/25/08:Defendants are to respond to plaintiffs' motion for summary judgment 2301 on or before 9/29/2008. Plaintiffs to reply by 10/14/2008. The motion hearing set for 8/28/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 08/25/2008) |
| 08/25/2008 | 2312 | AMENDED complaint by Plaintiffs/Individual actions against Bear, Stearns & Co. Inc., Ameriquest Mortgage Company, Deutsche Bank National Trust *Mejia, et al. v. Ameriquest Mortgage Company, et al. (Case No. 08-cv-1386 N.D. Ill.)* (Valach, Anthony) (Entered: 08/25/2008) |
| 08/25/2008 | 2313 | MINUTE entry before the Honorable Marvin E. Aspen dated 8/25/08:Argent dismisses its third-party claims against Hadlock Law Offices, P.C. and EW Mortgage Company, without prejudice. Argent also dismissed the Mitchell related third-party claims against Commonwealth Land Title Insurance Company, without prejudice, although that party remains in this action because other third-party claims are still pending against it. The parties shall bear their own costs and attorneys' fees. EW Mortgage Company and Hadlock Law Offices, P.C. terminated as third-party defendants. Judicial staff mailed notice (gl, ) (Entered: 08/25/2008) |
| 08/25/2008 | 2315 | SUMMONS Issued as to Defendants Argent Mortgage Securities, Inc., Citigroup Inc., Lehman Brothers Inc. (aac, ) (Entered: 08/26/2008) |
| 08/26/2008 | 2314 | MINUTE entry before the Honorable Marvin E. Aspen dated 8/26/08:McGuire Woods, LLP and its attorney, Blair B. Hanzlik's Motion to withdraw as attorney 2307 for defendant EMC Mortgage Corporation is granted. Motion terminated. Attorney Blair Baker Hanzlik terminated. Defendant EMC will continue to be represented by counsel of record, Linda B. Dubrow, Neal Gerber, Eisenberg. The motion hearing set for 9/2/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 08/26/2008) |
| 08/26/2008 | 2316 | MOTION by Defendants Deutsche Bank National Trust Company, Ameriquest Mortgage Company to reassign case *(AGREED) of related action* (Attachments: # 1 Exhibit A)(Ledsky, Jonathan) (Entered: 08/26/2008) |
| 08/26/2008 | 2317 | NOTICE of Motion by Jonathan N. Ledsky for presentment of motion to |

|  |  | reassign case 2316 before Honorable Marvin E. Aspen on 9/4/2008 at 10:30 AM. (Ledsky, Jonathan) (Entered: 08/26/2008) |
|---|---|---|
| 08/26/2008 | 2318 | ANSWER to amended complaint by ACC Capital Holdings Corporation (LeSage, Bernard) (Entered: 08/26/2008) |
| 08/26/2008 | 2319 | ANSWER to amended complaint by AMC Mortgage Services, Inc. (LeSage, Bernard) (Entered: 08/26/2008) |
| 08/26/2008 | 2320 | ANSWER to amended complaint by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 08/26/2008) |
| 08/26/2008 | 2321 | ANSWER to amended complaint by Ameriquest Mortgage Securities, Inc. (LeSage, Bernard) (Entered: 08/26/2008) |
| 08/26/2008 | 2322 | MOTION by counsel for Plaintiff Camille J Gburek to withdraw as attorney *as to attorney Alexander Burke, only* (Burke, Alexander) (Entered: 08/26/2008) |
| 08/26/2008 | 2323 | NOTICE of Motion by Alexander Holmes Burke for presentment of motion to withdraw as attorney 2322 before Honorable Marvin E. Aspen on 9/18/2008 at 10:30 AM. (Burke, Alexander) (Entered: 08/26/2008) |
| 08/26/2008 | 2324 | MOTION by counsel for Plaintiff Camille J Gburek to withdraw as attorney as to attorney Alexander Burke, only (Burke, Alexander) Modified on 8/27/2008 (td, ). (Entered: 08/26/2008) |
| 08/26/2008 | 2325 | NOTICE of Motion by Alexander Holmes Burke for presentment of motion to withdraw as attorney 2324 before Honorable Marvin E. Aspen on 9/18/2008 at 10:30 AM. (Burke, Alexander) Modified on 8/27/2008 (td, ). (Entered: 08/26/2008) |
| 08/26/2008 | 2326 | NOTICE by Plaintiffs/Individual actions *Notice of Filing of Amended Complaint (Mejia, et al. v. Ameriquest Mortgage Company, et al. (Case No. 08-cv-1386, N.D. Ill.))* (Valach, Anthony) (Entered: 08/26/2008) |
| 08/26/2008 | 2327 | AMENDED complaint by Plaintiffs/Individual actions against Ameriquest Mortgage Securities, Inc., Ameriquest Capital Corporation, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, Deutsche Bank National Trust *(Banuelos, et al. v. Ameriquest Mortgage Company, et al. (Case No. 08-cv-2680, N.D. Ill.))* (Valach, Anthony) (Entered: 08/26/2008) |
| 08/26/2008 | 2328 | NOTICE by Plaintiffs/Individual actions re amended complaint, 2327 *Notice of Filing of Amended Complaint (Banuelos, et al. v. Ameriquest Mortgage Company, et al. (Case No. 08-cv-2680, N.D. Ill.))* (Valach, Anthony) (Entered: 08/26/2008) |
| 08/26/2008 | 2329 | SUMMONS Issued as to Defendant Argent Mortgage Securities, Inc. (aac, ) (Entered: 08/27/2008) |
| 08/27/2008 | 2330 | ENTERED IN ERROR (td) Modified on 8/27/2008 (td, ). (Entered: 08/27/2008) |
| 08/27/2008 | 2331 | NOTICE of Correction regarding notice of correction 2330 (td, ) (Entered: |

| | | 08/27/2008) |
|---|---|---|
| 08/27/2008 | [2332](#) | MOTION by Plaintiff Plaintiffs/Individual actions for partial summary judgment (Attachments: # 1 Appendix A - List of Movants)(Blinn, Daniel) (Entered: 08/27/2008) |
| 08/27/2008 | 2333 | MEMORANDUM by Plaintiffs/Individual actions in support of motion for partial summary judgment 2332 (Attachments: # 1 Exhibit A - Rescission Model Form)(Blinn, Daniel) (Entered: 08/27/2008) |
| 08/27/2008 | 2334 | RULE 56 (d)(2) Statement by Plaintiffs/Individual actions regarding motion for partial summary judgment 2332 (Blinn, Daniel) (Entered: 08/27/2008) |
| 08/27/2008 | 2335 | AFFIDAVIT by Plaintiff Plaintiffs/Individual actions in Support of MOTION by Plaintiff Plaintiffs/Individual actions for partial summary judgment 2332 (Attachments: # 1 Exhibit 1 - Assignees)(Blinn, Daniel) (Entered: 08/27/2008) |
| 08/27/2008 | 2336 | MEMORANDUM by Plaintiffs/Individual actions in support of motion for partial summary judgment 2332 *to correct document 2333* (Attachments: # 1 Exhibit A - Rescission Model Form, # 2 Affidavit Justin Thompson, # 3 Affidavit Al Carbone, # 4 Affidavit Lynn L. Belval, # 5 Affidavit Cynthia Belcher, # 6 Affidavit Annette Fountain, # 7 Affidavit Robert Iulo, # 8 Affidavit Melissa Alvarez, # 9 Affidavit Kristin Olschefski, # 10 Affidavit Henry T. Owen, # 11 Affidavit Joseph A. Rodino, # 12 Affidavit Gary W. Steinmiller, # 13 Affidavit Sherri Valentin, # 14 Affidavit Bailey, # 15 Affidavit Charles J. Matas, # 16 Affidavit Sharon Kach, # 17 Affidavit Sharon Kach - 2, # 18 Affidavit Cheryl P. Jones, # 19 Affidavit Sean K. Wells, # 20 Affidavit Pearl Sullivan, # 21 Affidavit Wayn Mumford, # 22 Affidavit Olivia Browne, # 23 Affidavit Herbert Lawson, Jr.)(Blinn, Daniel) (Entered: 08/27/2008) |
| 08/27/2008 | 2337 | MOTION to compel by Ameriquest Mortgage Company to notice of motion 2302 , statement,, 2305 , memorandum in support of motion 2303 , MOTION by Plaintiff Plaintiffs/Individual actions for summary judgment 2301 , notice of filing 2306 , notice of filing 2304 (LeSage, Bernard) Modified on 8/28/2008 (td, ). (Entered: 08/27/2008) |
| 08/27/2008 | 2338 | Notice of Individuals Opting-Out of Class Action (Salazar & Street) by Plaintiffs/Individual actions (Valach, Anthony) (Entered: 08/27/2008) |
| 08/27/2008 | 2340 | SUMMONS Issued as to Defendant Bear, Stearns & Co. Inc., Ameriquest Mortgage Securities In Asset Backed Pass Through Certificates Series 2005-R10. (aac, ) (Entered: 08/28/2008) |
| 08/27/2008 | 2341 | SUMMONS Issued as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series 2005-R6, Series 2005-R7.(aac, ) (Entered: 08/28/2008) |
| 08/28/2008 | 2339 | OBJECTIONS by Ameriquest Mortgage Company to Rule 56 statement 2334 , MOTION by Plaintiff Plaintiffs/Individual actions for partial summary judgment 2332 , memorandum in support of motion,,, 2336 , |

|  |  |  |
|---|---|---|
|  |  | affidavit in support of motion 2335 , memorandum in support of motion 2333 (LeSage, Bernard) (Entered: 08/28/2008) |
| 08/28/2008 | 2342 | *Call Motion to Attention of Court for Decision* NOTICE of Motion by Russell W. Hubbard for presentment of (Hubbard, Russell) (Entered: 08/28/2008) |
| 08/28/2008 | 2343 | *Corrected Motion to Attention of Court for Decision* NOTICE of Motion by Russell W. Hubbard for presentment of (Hubbard, Russell) (Entered: 08/28/2008) |
| 09/02/2008 | 2344 | ANSWER to Complaint with Jury Demand *(SECOND AMENDED COMPLAINT) (Relates to Case No. 06 C 2829) and Affirmative Defenses* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 09/02/2008) |
| 09/03/2008 | 2345 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/3/08:Defendants agreed Motion to reassign case 2316 number 08 C 4462, Kennedy v. Ameriquest as part of MDL 1715 (05C7097) is granted. Motion terminated. The motion hearing set for 9/4/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 09/03/2008) |
| 09/03/2008 | 2346 | NOTICE by Ameriquest Mortgage Company re other 2259 *TO CALL MATTER TO ATTENTION OF COURT FOR DECISION* (LeSage, Bernard) (Entered: 09/03/2008) |
| 09/08/2008 | 2347 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/8/08: On May 5, 2008, certain Third-Party Defendants filed a Motion for Entry of Order Appointing Liaison Counsel and Participation in Fees and Costs (Docket No. 2135). We grant the motion in part and continue it in part, pending Liaison Counsel's submission of the required documentation. It is so ordered.Judicial staff mailed notice (gl, ) (Entered: 09/08/2008) |
| 09/09/2008 | 2348 | MOTION by Plaintiff Plaintiffs/Individual actions for protective order *(in re: certain plaintiffs in the Bailey, Belval, Black, Brisett, Damm and Punch matters* (Blinn, Daniel) (Entered: 09/09/2008) |
| 09/09/2008 | 2349 | MEMORANDUM *of Law in Support of Motion for Protective Order* (Attachments: # 1 Exhibit A - Amreiquest Mortgage Company's Notice of Deposition, # 2 Exhibit B - 2004 U.S. Dist. LEXIS 15477, # 3 Exhibit C - 1988 U.S. Dist. Lexis 12122, # 4 Exhibit D - 2000 U.S. Dist. LEXIS 264) (Blinn, Daniel) (Entered: 09/09/2008) |
| 09/09/2008 | 2350 | ANSWER to Complaint *(Mejia 08-1386)* by Deutsche Bank National Trust Company, as Trustee(LeSage, Bernard) (Entered: 09/09/2008) |
| 09/10/2008 | 2351 | ATTORNEY Appearance for Third Party Defendant Dey Smith & Collier LLC by Donald Patrick Eckler (Eckler, Donald) (Entered: 09/10/2008) |
| 09/10/2008 | 2352 | ATTORNEY Appearance for Third Party Defendant Integrity 1st Mortgage by Donald Patrick Eckler (Eckler, Donald) (Entered: 09/10/2008) |
| 09/10/2008 | 2353 | MOTION by Plaintiff Plaintiffs/Individual actions for protective order |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B-C)(Aschenbrener, Michael) (Entered: 09/10/2008) |
| 09/10/2008 | 2354 | NOTICE of Motion by Michael James Aschenbrener for presentment of motion for protective order 2353 before Honorable Morton Denlow on 9/15/2008 at 09:15 AM. (Aschenbrener, Michael) (Entered: 09/10/2008) |
| 09/11/2008 | 2355 | *RE*- NOTICE of Motion by Michael James Aschenbrener for presentment of motion for protective order 2353 before Honorable Morton Denlow on 9/22/2008 at 09:15 AM. (Aschenbrener, Michael) (Entered: 09/11/2008) |
| 09/11/2008 | 2356 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/11/08: Joint Stipulation (Doc. No. 2259) and (Proposed) amended scheduling order pending mediation is allowed. Enter Order.jJudicial staff mailed notice (gl, ) (Entered: 09/11/2008) |
| 09/11/2008 | 2357 | MOTION by counsel for Third Party Defendants Financial Title Co., Lenders First Choice to withdraw as attorney (Clancy, Kevin) (Entered: 09/11/2008) |
| 09/11/2008 | 2358 | NOTICE of Motion by Kevin J. Clancy for presentment of motion to withdraw as attorney 2357 before Honorable Marvin E. Aspen on 9/18/2008 at 10:30 AM. (Clancy, Kevin) (Entered: 09/11/2008) |
| 09/11/2008 | 2359 | ORDER allowing joint stipulation and amended scheduling order pending mediation. 2259 Signed by the Honorable Marvin E. Aspen on 9/11/2008:Judicial staff mailed notice(gl, ) (Entered: 09/11/2008) |
| 09/11/2008 | 2360 | NOTICE by Steven Michael Sandler of Change of Address (Sandler, Steven) (Entered: 09/11/2008) |
| 09/12/2008 | 2361 | ANSWER to amended complaint *(and Affirmative Defenses)* by Argent Mortgage Securities, Inc.(Wiegand, Thomas) (Entered: 09/12/2008) |
| 09/12/2008 | 2362 | ANSWER to amended complaint *(and Affirmative Defenses)* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 09/12/2008) |
| 09/12/2008 | 2363 | MOTION by Third Party Defendant Roy W. Waller to withdraw (Attachments: # 1 Exhibit A)(Weber, Michael) (Entered: 09/12/2008) |
| 09/12/2008 | 2364 | MOTION by Third Party Defendant Roy W. Waller to withdraw (Attachments: # 1 Exhibit A)(Killebrew, Michele) (Entered: 09/12/2008) |
| 09/12/2008 | 2365 | ANSWER to amended complaint by Deutsche Bank National Trust Company, as Trustee(LeSage, Bernard) (Entered: 09/12/2008) |
| 09/12/2008 | 2366 | ANSWER to amended complaint *(Asencio Salazar)* by Deutsche Bank National Trust Company, as Trustee(LeSage, Bernard) (Entered: 09/12/2008) |
| 09/12/2008 | 2367 | RESPONSE by Plaintiff Plaintiffs/Individual actions to motion to compel, 2337 *Individual Plaintiffs to Follow This Court's November 7, 2006 Case Management Order* (Aschenbrener, Michael) (Entered: 09/12/2008) |
| 09/12/2008 | 2368 | NOTICE by Plaintiffs/Individual actions re Response 2367 *to Defendants'* |

| | | |
|---|---|---|
| | | *Motion to Compel Individual Plaintiffs to Follow This Court's Novemeber 7, 2006 Case Management Order* (Aschenbrener, Michael) (Entered: 09/12/2008) |
| 09/15/2008 | 2369 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/15/08:Alexander H. Burke's Motion to withdraw his appearance as attorney 2322 for plaintiff is granted. Motion terminated. Alexander H. Burke terminated. The motion hearing set for 9/18/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 09/15/2008) |
| 09/15/2008 | 2370 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/15/08:Alexander H. Burke's Motion to withdraw as attorney for 2324 plaintiff in this action is granted. Motion terminated. The motion hearing set for 9/16/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 09/15/2008) |
| 09/17/2008 | 2371 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/17/08:Kevin J. Clancy's Motion to withdraw his appearance as attorney 2357 for third-party defendants Lenders First Choice and Financial Title Company is granted. Motion terminated. Attorney Kevin J. Clancy terminated. as counsel for third-party defendants Lenders First Choice and Financial Title Company. The motion hearing set for 9/18/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 09/17/2008) |
| 09/18/2008 | 2372 | SUGGESTION of Death as to Frank Olschefski *(plaintiff in Belval action)* (Blinn, Daniel) (Entered: 09/18/2008) |
| 09/18/2008 | 2373 | STIPULATION *Amended Stipulation for Stay of All Proceedings and Amended Scheduling Order* (Attachments: # 1 Exhibit 1 [Proposed] Order)(Schmeltz, Vincent) (Entered: 09/18/2008) |
| 09/18/2008 | 2374 | NOTICE of Motion by Vincent P. Schmeltz, III for presentment of before Honorable Marvin E. Aspen on 9/23/2008 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Schmeltz, Vincent) (Entered: 09/18/2008) |
| 09/18/2008 | 2375 | REPLY by Defendant Ameriquest Mortgage Company to motion to compel, 2337 (LeSage, Bernard) (Entered: 09/18/2008) |
| 09/18/2008 | 2376 | RESPONSE by Defendant Ameriquest Mortgage Company to notice of motion 2355 (LeSage, Bernard) (Entered: 09/18/2008) |
| 09/19/2008 | 2377 | MOTION by Plaintiff Plaintiffs/Individual actions to clarify *November 7, 2006 Memorandum Opinion and Order* (Blinn, Daniel) (Entered: 09/19/2008) |
| 09/19/2008 | 2378 | NOTICE of Motion by Daniel S. Blinn for presentment of motion to clarify 2377 before Honorable Marvin E. Aspen on 9/25/2008 at 10:30 AM. (Blinn, Daniel) (Entered: 09/19/2008) |
| 09/19/2008 | 2379 | STATUS REPORT RE: MEDIATION WITH OPT-OUT PLAINTIFFS by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 09/19/2008) |
| 09/19/2008 | 2380 | STATUS REPORT RE: MEDIATION WITH BORROWER AND NON- |

| | | BORROWER CLASS PLAINTIFFS by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 09/19/2008) |
|---|---|---|
| 09/19/2008 | 2381 | RESPONSE by Defendant Ameriquest Mortgage Company to memorandum in support of motion, 2349 (LeSage, Bernard) (Entered: 09/19/2008) |
| 09/19/2008 | 2382 | STATUS Report by Plaintiffs/Individual actions (Delbaum, Charles) (Entered: 09/19/2008) |
| 09/19/2008 | 2383 | *Motion for Protective Order* NOTICE of Motion by Daniel A. Edelman for presentment of before Honorable Morton Denlow on 9/25/2008 at 09:45 AM. (Edelman, Daniel) (Entered: 09/19/2008) |
| 09/19/2008 | 2384 | STATUS Report *Third-Party Defendants' Status Report Regarding Mediation* by Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. (Verges, Keith) (Entered: 09/19/2008) |
| 09/22/2008 | 2385 | MOTION by Third Party Defendant The Guarantee Title and Trust Co. to stay (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(McCormack, David) (Entered: 09/22/2008) |
| 09/22/2008 | 2386 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/22/08: Amended Stipulation for stay of all proceedings and amended scheduling order (Doc. No. 2373) is allowed. The motion hearing set for 9/23/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 09/22/2008) |
| 09/22/2008 | 2387 | ORDER granting amended stipulation (2373) for stay of all proceedings and amended scheduling order Signed by the Honorable Marvin E. Aspen on 9/22/2008:Judicial staff mailed notice(gl, ) (Entered: 09/22/2008) |
| 09/22/2008 | 2388 | NOTICE of Motion by Michael J. Weber for presentment of motion to withdraw 2363 before Honorable Marvin E. Aspen on 10/2/2008 at 10:30 AM. (Weber, Michael) (Entered: 09/22/2008) |
| 09/22/2008 | 2389 | NOTICE of Motion by Michele Lynn Killebrew for presentment of motion to withdraw 2364 before Honorable Marvin E. Aspen on 10/2/2008 at 10:30 AM. (Killebrew, Michele) (Entered: 09/22/2008) |
| 09/23/2008 | 2390 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/23/08: Defendants are to respond to opt-out plaintiffs' motion to clarify 2377 11/7/06 memorandum opinion and order on or before 10/6/2008. Plaintiffs are to reply by 10/14/2008. The motion hearing set for 9/25/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 09/23/2008) |
| 09/23/2008 | 2391 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/23/08: All briefing is stayed regarding plaintiffs motion for summary judgment, (lead by the Furgeson plaintiffs) (Doc. No. 2301-2306) and Plaintiffs motion for partial summary judgment (2332-2336), pending the Courts ruling on Defendants objections (2337 and 2339) to these motions, and the Opt-Out Plaintiffs motion to clarify November 7, 2008 Memorandum Opinion and Order (Doc. 2377).Judicial staff mailed notice (gl, ) (Entered: 09/23/2008) |

| 09/23/2008 | 2392 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/23/08:The Court will shortly address some of the parties' concerns, as set forth in their reports on mediation, that allegedly may be impeding the mediation process. The parties should continue expeditiously with mediation in good faith. In addition, the parties participating in the class claims mediation, as well as the parties participating in the opt-out claims mediation, are to file another written status report updating the Court on the progress of the mediation by 12/15/08. The parties should feel free, of course, to file interim reports as necessary to update the Court. As before, these reports may be filed jointly or separately. Judicial staff mailed notice (gl, ) (Entered: 09/23/2008) |
| --- | --- | --- |
| 09/25/2008 | 2393 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/25/08: Third-party defendants unopposed motion to extend deadlines to file additional motions to dismiss (2200) is granted. Motion terminated. Third-party defendants are to file any additional motions to dismiss sixty (6) days after the Court enters any order on third-party defendants' consolidated motion to dismiss. Any responses to be filed forty (4) days after any additional motion(s) are filed. Any reply(ies) to be filed twenty-one (21) days after the response(s). Judicial staff mailed notice (gl, ) (Entered: 09/25/2008) |
| 09/25/2008 | 2394 | MINUTE entry before the Honorable Morton Denlow:Motion hearing held on 9/25/2008. Plaintiffs' motion for protective order as to the six plaintiffs 2353 is granted without prejudice. Plaintiffs' motion for protective order 2348 is granted. Plaintiffs need not appear in Chicago for their depositions. Motions terminated: Mailed notice (dmk, ) (Entered: 09/25/2008) |
| 09/26/2008 | 2395 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2005-R6 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/26/2008) |
| 09/26/2008 | 2396 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2005-R7 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/26/2008) |
| 09/26/2008 | 2397 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Wells Fargo Bank N.A. on 8/1/2008, answer due 8/21/2008. (Valach, Anthony) (Entered: 09/26/2008) |
| 09/26/2008 | 2398 | SUMMONS Returned Executed by Asencio Salazar, Alicia Salazar, Hazel Street as to Argent Mortgage Securities, Inc. on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/26/2008) |
| 09/26/2008 | 2399 | SUMMONS Returned Executed by Asencio Salazar, Alicia Salazar, Hazel Street as to Argent Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2006-M3 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/26/2008) |
| 09/26/2008 | 2400 | SUMMONS Returned Executed by Asencio Salazar, Alicia Salazar, Hazel |

| | | |
|---|---|---|
| | | Street as to Deutsche Bank National Trust Company on 7/11/2008, answer due 7/31/2008. (Valach, Anthony) (Entered: 09/26/2008) |
| 09/26/2008 | 2401 | SUMMONS Returned Executed by Jose Mejia, Rose Mejia, Azra Zahirovic, Osman Zahirovic as to Ameriquest Mortgage Securities Inc Asset Backed Pass Through Certificates, Series 2005-R10 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/26/2008) |
| 09/29/2008 | 2402 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2003-8 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2403 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2003-13 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2404 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2003-6 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2405 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2004-R1 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2406 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2004-R3 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2407 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2004-R5 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2408 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2004-R7 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2409 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2004-R8 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2410 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2004-R9 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2411 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to |

| | | |
|---|---|---|
| | | Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2004-R11 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2412 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/29/08: We order all affected parties to file a brief within 15 days (on or by Wednesday, October 15, 2008), presenting their views on the ramifications of the Andrews decision for the Ameriquest MDL and what appropriate action may be necessary. Parties may file response briefs within 5 days thereafter (on or by Tuesday, October 21, 2008). Judicial staff mailed notice (Attachments: # 1 7th Circuit Opinion) (gl, ) (Entered: 09/29/2008) |
| 09/29/2008 | 2413 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backede Pass Through Certificate Series 2004-R12 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2414 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2005-R3 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2415 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2005-R4 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2416 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2005-R5 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2417 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2005-R6 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2418 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2005-R10 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2419 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2005-R7 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2420 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series Quest 2005-X2 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |

| 09/29/2008 | 2421 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificate Series 2006-R1 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2422 | SUMMONS Returned Executed by Plaintiffs/Individual actions as to Park Place Securities Inc. Asset Backed Pass Through Certificates Series 2004-MCW1 on 8/27/2008, answer due 9/16/2008. (Valach, Anthony) (Entered: 09/29/2008) |
| 09/29/2008 | 2423 | Supporting Documentation Detailing Liaison Counsel Fees and Expenses Prior to June 4, 2008 by Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. (Attachments: # 1 Exhibit A)(Verges, Keith) (Entered: 09/29/2008) |
| 09/30/2008 | 2424 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/30/08:Defendant/third-party defendant Roy W. Waller's Motion to withdraw 2363 (2264) Michele L. Killebrew and Michael J. Weber as counsel is granted. Motion terminated. Attorney Michele Lynn Killebrew and Michael J. Weber terminated. Defendant Roy W. Waller will represent himself until such time he retains new counsel. The motion hearing set for 10/2/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 09/30/2008) |
| 09/30/2008 | 2425 | STIPULATION of Dismissal *re Davis vs. Argent Mortgage Company, et al. 07-1344* (LeSage, Bernard) (Entered: 09/30/2008) |
| 09/30/2008 | 2426 | ATTORNEY Appearance for Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Christopher S. Naveja *of Arnstein & Lehr LLP* (Naveja, Christopher) (Entered: 09/30/2008) |
| 09/30/2008 | 2427 | MINUTE entry before the Honorable Marvin E. Aspen dated 9/30/08: Pursuant to Federal Rule of Civil Procedure 41(a)(1), all of Plaintiffs, Michael Davis and Janice Davis, claims against defendant Ameriquest Mortgage Company are dismissed with prejudice with each party to bear its own costs and fees.Judicial staff mailed notice (gl, ) (Entered: 09/30/2008) |
| 10/01/2008 | 2428 | ATTORNEY Appearance for Service List by Emily K Lashley (Lashley, Emily) (Entered: 10/01/2008) |
| 10/01/2008 | 2429 | MOTION by counsel for Third Party Defendant LandAmerica Financial Group, Inc. to withdraw as attorney (Christakis, Anna-Katrina) (Entered: 10/01/2008) |
| 10/01/2008 | 2430 | NOTICE of Motion by Anna-Katrina Saranti Christakis for presentment of motion to withdraw as attorney 2429 before Honorable Marvin E. Aspen on 10/9/2008 at 10:30 AM. (Christakis, Anna-Katrina) (Entered: 10/01/2008) |

| 10/01/2008 | 2431 | NOTICE of Voluntary Dismissal by Jason W Crawford, Natalie J Crawford (Mahoney, Carlos) (Entered: 10/01/2008) |
|---|---|---|
| 10/01/2008 | 2432 | MINUTE entry before the Honorable Marvin E. Aspen dated 10/1/08: Pursuant to stipulation of dismissal with prejudice filed on 10/1/08 (2431), and Federal Rule of Civil Procedure 41(a)(1), all of plaintiffs, Jason W. Crawford and Natalie J. Crawford (Case No. 08 C 176) claims against defendants are dismissed with prejudice.Judicial staff mailed notice (gl, ) (Entered: 10/01/2008) |
| 10/02/2008 | 2433 | NOTICE of Voluntary Dismissal by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/02/2008) |
| 10/02/2008 | 2434 | MOTION by counsel for Third Party Defendant LandAmerica Financial Group, Inc. to withdraw as attorney (Pilgrim, Jeffrey) (Entered: 10/02/2008) |
| 10/02/2008 | 2435 | NOTICE of Motion by Jeffrey D. Pilgrim for presentment of motion to withdraw as attorney 2434 before Honorable Marvin E. Aspen on 10/9/2008 at 10:30 AM. (Pilgrim, Jeffrey) (Entered: 10/02/2008) |
| 10/02/2008 | 2436 | MINUTE entry before the Honorable Marvin E. Aspen dated 10/2/08: Third-Party Defendants are to file, on or before 10/17/08, objections or comments, if any, to Liaison Counsels Supporting Documentation detailing Liaison Counsel Fees and Expenses prior to June 4, 2008 (Doc. No. 2432).Judicial staff mailed notice (gl, ) (Entered: 10/02/2008) |
| 10/03/2008 | 2437 | Supporting Documentation Detailing Liaison Counsel Fees and Expenses from June 4, 2008, through September 4, 2008, by Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., Commonwealth Land Title Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. (Attachments: # 1 Exhibit A)(Verges, Keith) (Entered: 10/03/2008) |
| 10/03/2008 | 2438 | MINUTE entry before the Honorable Marvin E. Aspen dated 10/3/08:Anna-Katrina S. Christakis and Jeffrey D. Pilgrim's motions (2429 & 2434) to withdraw as counsel for third-party defendant LandAmerica Financial Group, Inc. is granted. Motions terminated. Anna-Katrina S. Christakis and Jeffrey D. Pilgrim terminaed. The motion hearing set for 10/9/07 is stricken.Judicial staff mailed notice (gl, ) (Entered: 10/03/2008) |
| 10/06/2008 | 2439 | RESPONSE by Defendant Ameriquest Mortgage Company to opt-out plaintiffs' motion to clarify November 7, 2006 memorandum opinion and order, 2337 , objections, 2339 , terminate hearings, set motion and R&R deadlines/hearings,, 2390 , motion to clarify 2377 (LeSage, Bernard) Modified on 10/7/2008 (cdy, ). (Entered: 10/06/2008) |
| 10/07/2008 | 2440 | ATTORNEY Appearance for Plaintiff Plaintiffs/Individual actions by Daniel A. Edelman (Edelman, Daniel) (Entered: 10/07/2008) |
| 10/07/2008 | 2441 | ATTORNEY Appearance for Plaintiff Plaintiffs/Individual actions by Cathleen M. Combs (Combs, Cathleen) (Entered: 10/07/2008) |

| 10/07/2008 | 2442 | ATTORNEY Appearance for Plaintiff Plaintiffs/Individual actions by Tara Leigh Goodwin (Goodwin, Tara) (Entered: 10/07/2008) |
| 10/08/2008 | 2443 | Notice of Opting-Out of Class Action by Steve T. Harrell, Sonya Harrell (Dixon, Melissa) (Entered: 10/08/2008) |
| 10/09/2008 | 2444 | ATTORNEY Appearance for Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. by Jason Brett Hirsh (Hirsh, Jason) (Entered: 10/09/2008) |
| 10/09/2008 | 2445 | ATTORNEY Appearance for Defendant EMC Mortgage Corporation by Robert Jerald Emanuel (Emanuel, Robert) (Entered: 10/09/2008) |
| 10/10/2008 | 2446 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Third Amended Complaint in re: Black, et al matter* (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Exhibit B - Proposed Third Amended Complaint)(Blinn, Daniel) (Entered: 10/10/2008) |
| 10/10/2008 | 2447 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Second Amended Complaint in re Punch, et al* (Attachments: # 1 Exhibit A - Amended Complaint, # 2 Exhibit B - Proposed Second Amended Complaint)(Blinn, Daniel) (Entered: 10/10/2008) |
| 10/10/2008 | 2448 | MOTION by Plaintiff Plaintiffs/Individual actions to file instanter *Second Amended Complaint in re Belval, et al* (Attachments: # 1 Exhibit A - First Amended Complaint, # 2 Exhibit B - Proposed Second Amended Complaint)(Blinn, Daniel) (Entered: 10/10/2008) |
| 10/10/2008 | 2449 | NOTICE of Voluntary Dismissal by Plaintiffs/Individual actions (Valach, Anthony) (Entered: 10/10/2008) |
| 10/13/2008 | 2450 | SUGGESTION of Death as to Thomas Sherman - *Plaintiff in Calvin Duncan, et al, matter* (Blinn, Daniel) (Entered: 10/13/2008) |
| 10/13/2008 | 2451 | MOTION by Plaintiff Plaintiffs/Individual actions to substitute party *Thomas Sherman - Plaintiff in Calvin Duncan, et al, matter* (Attachments: # 1 Exhibit A - Certificate of Death and Decree Granting Administration of Will)(Blinn, Daniel) (Entered: 10/13/2008) |
| 10/14/2008 | 2452 | MINUTE entry before the Honorable Marvin E. Aspen:Enter Memorandum Opinion and Order: We deny Third-Party Defendants' motion (Dkt. No. 2034) with respect to the First, Fifth and Sixth Causes of Action for breach of contract. We grant the motion as to the Third, Fourth, Eighth and Ninth Causes of Action, for equitable indemnity and contribution, and hereby dismiss these claims with prejudice. We further dismiss the Second and Seventh Causes of Action for negligence without prejudice. It is so ordered. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 10/14/2008) |
| 10/14/2008 | 2453 | REPLY by Plaintiff Plaintiffs/Individual actions to motion to clarify 2377 *NOVEMBER 7, 2006 MEMORANDUM OPINION AND ORDER* (Goodwin, Tara) (Entered: 10/14/2008) |

| 10/14/2008 | 2454 | NOTICE by Plaintiffs/Individual actions re reply 2453 *MEMORANDUM IN SUPPORT OF THEIR MOTION TO CLARIFY NOVEMBER 7, 2006 MEMORANDUM OPINION AND ORDER* (Goodwin, Tara) (Entered: 10/14/2008) |
| --- | --- | --- |
| 10/14/2008 | 2455 | MEMORANDUM Opinion and Order regarding Doc. No. 2034. Signed by the Honorable Marvin E. Aspen on 10/14/2008:Judicial staff mailed notice(gl, ) (Entered: 10/15/2008) |
| 10/15/2008 | 2456 | MINUTE entry before the Honorable Marvin E. Aspen dated 10/15/08:The Status hearing set for 10/23/08, before Judge Aspen, is reset to 12/19/2008 at 11:00 AM.Judicial staff mailed notice (gl, ) (Entered: 10/15/2008) |
| 10/15/2008 | 2457 | Class Plaintiffs' Memorandum Of Law Concerning Certification Of Claims For Rescission Under The Truth In Lending Act (Re: Docket No. 2412) by Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams (Klein, Gary) (Entered: 10/15/2008) |
| 10/15/2008 | 2458 | MEMORANDUM text entry, 2412 by Ameriquest Mortgage Company (LeSage, Bernard) (Entered: 10/15/2008) |
| 10/15/2008 | 2459 | JOINDER IN MEMORANDUM OF POINTS AND AUTHORITIES REGARDING DISMISSAL OF BORROWERS' CONSOLIDATED CLASS ACTION REQUIRED BY SEVENTH CIRCUIT OPINION IN ANDREWS V. CHEVY CHASE BANK by Argent Mortgage Company, LLC (Wiegand, Thomas) (Entered: 10/15/2008) |
| 10/17/2008 | 2460 | ANSWER to Complaint with Jury Demand *AND AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT (Christena Blain, et al. v. Argent Mortgage Company, et al; Case No. 07 C 124 (N.D. Ill.))* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 10/17/2008) |
| 10/17/2008 | 2461 | ANSWER to Complaint with Jury Demand *AND AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT (Brenda Bowden, et al. v. Argent Mortgage Company, LLC; Case No. 1:06-cv-05991)* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 10/17/2008) |
| 10/17/2008 | 2462 | ANSWER to Complaint with Jury Demand *AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT (Francis E. Corrigan v. Argent Mortgage Company, LLC., et al.; Case No. C.A. 07-03579)* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 10/17/2008) |
| 10/17/2008 | 2463 | ANSWER to Complaint with Jury Demand *AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT (Thelma Cowles and Terry Cowles v. Argent Mortgage Company, LLC, et al.; Case No. 1:07-cv-62 (WDMI))* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 10/17/2008) |
| 10/17/2008 | 2464 | OBJECTIONS by Mortgage Information Service to other, 2423 *THIRD* |

|  |  | *PARTY DEFENDANT MORTGAGE INFORMATION SYSTEM, INC.'S OBJECTION TO LIASON COUNSEL'S PETITION FOR FEES AND EXPENSES INCURRED PRIOR TO JUNE 4, 2008* (Attachments: # 1 Exhibit Exhibit A)(Shupe, Emily) (Entered: 10/17/2008) |
|---|---|---|
| 10/21/2008 | 2465 | MINUTE entry before the Honorable Morton Denlow: Status hearing reset to 1/8/2009 at 10:00 AM. Status hearing set for 10/23/08 is stricken.Mailed notice (dmk, ) (Entered: 10/21/2008) |
| 10/21/2008 | 2466 | REPLY by Plaintiffs Duval Naughton, Lynn Gay, David M. Wakefield, Janet Wakefield, Latonya Williams, Daisybel Tolbert, William Tolbert, Cheryl Williams *Class Plaintiffs' Reply Memorandum Concerning Certification Of Claims For Rescission Under The Truth In Lending Act* (Klein, Gary) (Entered: 10/21/2008) |
| 10/21/2008 | 2467 | RESPONSE by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to text entry, 2412 *Regarding Effect of Andrews v. Chevy Chase Bank* (Verges, Keith) (Entered: 10/21/2008) |
| 10/21/2008 | 2468 | RESPONSE by Defendant American Mortgage Corporation to memorandum 2458 , text entry, 2412 (LeSage, Bernard) (Entered: 10/21/2008) |
| 10/22/2008 | 2469 | MOTION by Defendant Roland Arnall to stay *Amended Stipulation for Stay of All Proceedings and Amended Scheduling Order* (Schmeltz, Vincent) (Entered: 10/22/2008) |
| 10/22/2008 | 2470 | *Amended Stipulation for Stay of All Proceedings and Amended Scheduling Order* NOTICE of Motion by Vincent P. Schmeltz, III for presentment of (Schmeltz, Vincent) (Entered: 10/22/2008) |
| 10/23/2008 | 2471 | JOINDER IN CERTAIN DEFENDANTS' RESPONSE TO CLASS PLAINTIFFS' MEMORANDUM OF LAW CONCERNING CLASS CERTIFICATION OF CLAIMS FOR RESCISSION UNDER THE TRUTH IN LENDING ACT by Argent Mortgage Company, LLC (Wiegand, Thomas) (Entered: 10/23/2008) |
| 10/23/2008 | 2472 | *Amended* NOTICE of Motion by Vincent P. Schmeltz, III for presentment of motion to stay 2469 before Honorable Marvin E. Aspen on 10/28/2008 at 10:30 AM. (Attachments: # 1 Certificate of Service)(Schmeltz, Vincent) (Entered: 10/23/2008) |
| 10/27/2008 | 2473 | MINUTE entry before the Honorable Marvin E. Aspen:Defendants and Borrowers and Non-Borrower Class Plaintiffs Motion to stay 2469 all proceedings and amended sscheduling order is granted. Motion terminated. This order relates only to the Borrower and and Non-Borrower class actions and is not intended to govern the schedule in the individual cases in this MDL proceeding. The schedule set forth in the stipulation, a copy of which is attached to this Order is adopted as the schedule for proceedings in this action. The tolling agreement provided in the stipulation is approved. Enter Order.Judicial staff mailed notice (gl, ) |

| | | (Entered: 10/27/2008) |
|---|---|---|
| 10/27/2008 | 2474 | ORDER Signed by the Honorable Marvin E. Aspen on 10/27/2008:Judicial staff mailed notice (Attachments: # 1 Amended Stipulation for stay of all proceedings and amended scheduling order)(gl, ) (Entered: 10/27/2008) |
| 10/30/2008 | 2475 | MOTION by Plaintiff Borrower Plaintiffs to withdraw (Attachments: # 1 Notice of motion to withdraw)(Bergman, Anne) (Entered: 10/30/2008) |
| 10/30/2008 | 2476 | ATTORNEY Appearance for Defendant Lehman Brothers Inc. by Thomas M. Crawford (Crawford, Thomas) (Entered: 10/30/2008) |
| 10/30/2008 | 2477 | ATTORNEY Appearance for Defendant Lehman Brothers Inc. by Steven Michael Brandstedt (Brandstedt, Steven) (Entered: 10/30/2008) |
| 10/30/2008 | 2478 | Notice of Liquidation and Litigation Stay by Lehman Brothers Inc. (Attachments: # 1 Exhibit A)(Crawford, Thomas) (Entered: 10/30/2008) |
| 10/30/2008 | 2479 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Lehman Brothers Inc. (Crawford, Thomas) (Entered: 10/30/2008) |
| 11/03/2008 | 2480 | ATTORNEY Appearance *of Robert J. Emanuel Entered on Behalf of EMC Mortgage Corporation, Wrongly Named as Bear Stearns Mortgage Cap-Amresco* (Emanuel, Robert) (Entered: 11/03/2008) |
| 11/04/2008 | 2481 | MINUTE entry before the Honorable Marvin E. Aspen: As there is no formal motion before us, we decline to issue any of the rulings suggested by Defendants and Third-Party Defendants. As always, we expect the parties to continue their participation in the ongoing mediations in good faith. Judicial staff mailed notice (gl, ) (Entered: 11/04/2008) |
| 11/04/2008 | 2482 | ATTORNEY Appearance for Defendant EMC Mortgage Corporation, Wrongly Named as Bear Stearns Mortgage Cap-Amresco by Robert Jerald Emanuel (Emanuel, Robert) (Entered: 11/04/2008) |
| 11/04/2008 | 2483 | *EMC Mortgage Corporation's Answer and Affirmative Defenses to Amended Complaint* ANSWER to Complaint by EMC Mortgage Corporation, Wrongly Named as Bear Stearns Mortgage Cap-Amresco (Emanuel, Robert) (Entered: 11/04/2008) |
| 11/04/2008 | 2484 | *EMC Mortgage Corporation's Answer and Affirmative Defenses to Plaintiff's Amended Complaint* ANSWER to Complaint by EMC Mortgage Corporation, Wrongly Named as Bear Stearns Mortgage Cap-Amresco(Emanuel, Robert) (Entered: 11/04/2008) |
| 11/06/2008 | 2485 | ANSWER to Complaint with Jury Demand *(SECOND AMENDED COMPLAINT)(Joel K. Orrison, et al. v. Argent Mortgage Company, L.L.C., et al.; Case No. 07 C 128) AND AFFIRMATIVE DEFENSES* by Argent Mortgage Company, LLC(Wiegand, Thomas) (Entered: 11/06/2008) |
| 11/06/2008 | 2486 | MOTION by Defendant Lehman Brothers Inc. to stay *litigaton* (Attachments: # 1 Exhibit A)(Crawford, Thomas) (Entered: 11/06/2008) |

| 11/06/2008 | 2487 | NOTICE of Motion by Thomas M. Crawford for presentment of motion to stay 2486 before Honorable Marvin E. Aspen on 11/13/2008 at 10:30 AM. (Crawford, Thomas) (Entered: 11/06/2008) |
| 11/06/2008 | 2488 | MINUTE entry before the Honorable Marvin E. Aspen:Anne A. Bergman's Motion to withdraw 2475 her appearance as counsel for defendants and counterclaimants Lori Mattix and Ivory Ford is granted. Motion terminated. Attorney Anne A Bergman terminated. Co-Counsel Kristin Siegesmund, an attorney of record, will continue to represent Lori Mattix and Ivory Ford in this litigation. The motion hearing set for 11/13/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 11/06/2008) |
| 11/07/2008 | 2489 | RESPONSE by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to objections, 2464 *to Liaison Counsel's Fees and Expenses* (Hubbard, Russell) (Entered: 11/07/2008) |
| 11/07/2008 | 2490 | MINUTE entry before the Honorable Marvin E. Aspen dated 11/7/08:Defendant LEHMAN BROTHERS, INC.'s Motion for liquidation and litigation stay (2486) is granted. Motion terminated. All litigation is stayed with respect to Lehman Brothers, Inc., pending resolution of the liquidation proceedings underway in the Bankruptcy Court for the Southern District of New York. Judicial notice mailed notice (gl, ) (Entered: 11/07/2008) |
| 11/07/2008 | 2491 | MINUTE entry before the Honorable Marvin E. Aspen dated 11/6/08: In preparation for the December 19, 2008 status conference, the parties including the Borrower and Non-Borrower Class Plaintiffs, Defendants/Third-Party Plaintiffs, Third-Party Defendants (for both third-party actions), and Opt-Out Plaintiffs must file a written status report updating the Court on the progress of their relevant portion(s) of the MDL by December 15, 2008. In their reports, counsel should summarize the status of discovery to date, identify any pending motions, describe any issues that may be raised at the status hearing, and further note any additional matters that may require our attention. These reports may be filed jointly or separately, and also may be combined with the mediation status reports due the same day, at the parties' discretion. Judicial notice mailed notice (gl, ) (Entered: 11/07/2008) |
| 11/10/2008 | 2492 | SUGGESTION of Bankruptcy as to Archer Land Title, LLC (Ballard, David) (Entered: 11/10/2008) |
| 11/10/2008 | 2493 | SUGGESTION of Bankruptcy as to Ace Mortgage Funding, LLC (Ballard, David) (Entered: 11/10/2008) |
| 11/13/2008 | 2494 | MINUTE entry before the Honorable Marvin E. Aspen dated 11/13/08: Stipulation (2300) for indefinite stay of all proceedings with respect to the third-party complaint (Docket #859) is granted. Judicial staff mailed notice (gl, ) (Entered: 11/13/2008) |
| 11/13/2008 | 2495 | MINUTE entry before the Honorable Marvin E. Aspen:Any responses to |

| | | |
|---|---|---|
| | | third-party defendant Guarantee Title and Trust Company in Rehabilitation's motion to stay 2385 are to be filed on or before 11/20/2008. Any replies to be filed by 11/24/2008.Judicial staff mailed notice (gl, ) (Entered: 11/13/2008) |
| 11/14/2008 | 2496 | MINUTE entry before the Honorable Marvin E. Aspen dated 11/14/08: In preparation for the December 19, 2008 status hearing, a tentative agenda is set forth below. we ask the parties to review the attached order concerning certain procedural matters, including, for example, our requirement that counsel file all documents under the MDL's lead case number, 05-7097. Any comments should be forwarded to the Court within five (5) days, with service to opposing counsel. It is so ordered.Judicial staff mailed notice (Attachments: # 1 Attachment) (gl, ) (Entered: 11/14/2008) |
| 11/15/2008 | 2497 | NOTICE by The Guarantee Title and Trust Co. *of Liquidation and Litigation Stay* (Attachments: # 1 Exhibit Exhibit A Final Order of Liquidation)(McCormack, David) (Entered: 11/15/2008) |
| 11/17/2008 | 2498 | NOTICE of Non-Opposition to Third Party Defendant Guarantee Title and Trust Company in Rehabilitations Motion to Stay 2385 by Ameriquest Mortgage Company (LeSage, Bernard) Modified on 11/17/2008 (kj, ). (Entered: 11/17/2008) |
| 11/18/2008 | 2499 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (BROWN/07-05585)* (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2500 | *NOTICE OF UNOPPOSED MOTION (BROWN/07-05585)* NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2499 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2501 | MOTION by Plaintiff WM Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (BURRELL/07-06091)* (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2502 | *NOTICE OF UNOPPOSED MOTION (BURRELL/07-06091)* NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2501 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2503 | MOTION by Defendant WM Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (DUNGAN/08-04547)* (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2504 | *NOTICE OF UNOPPOSED MOTION (DUNGAN/08-04547)* NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2503 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |

| 11/18/2008 | 2505 | MOTION by Defendant WM Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (FERRARA/07-06867)* (LeSage, Bernard) (Entered: 11/18/2008) |
|---|---|---|
| 11/18/2008 | 2506 | *NOTICE OF UNOPPOSED MOTION (FERRARA/07-06867)* NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2505 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2507 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (GERMAN/07-05582)* (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2508 | *Notice of Unopposed Motion (German/07-05582)* NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2507 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2509 | MOTION by Defendant WM Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (GONZALES/08-AP-01047)* (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2510 | *NOTICE OF UNOPPOSED MOTION (GONZALES/08-ap-01047)* NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2509 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2511 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (GRAY/07-07181)* (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2512 | *NOTICE OF UNOPPOSED MOTION (GRAY/07-07181)* NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2511 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2513 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (HOWARD/07-05067)* (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2514 | *NOTICE OF UNOPPOSED MOTION (HOWARD/07-05067)* NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2513 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2515 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DFENDANT WM SPECIALTY MORTGAGE, LLC (HUNTER/07-05584)* (LeSage, Bernard) (Entered: |

| | | |
|---|---|---|
| | | 11/18/2008) |
| 11/18/2008 | 2516 | NOTICE OF UNOPPOSED MOTION (HUNTER/07-05584) NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2515 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2517 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct THE CAPTION TO PROPERLY NAME DFENDANT WM SPECIALTY MORTGAGE, LLC (JOHNSON/07-06231) (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2518 | NOTICE OF UNOPPOSED MOTION (JOHNSON/07-06231) NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2517 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2519 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (JONES/06-06743) (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2520 | INCORRECT pdf linked to entry (LeSage, Bernard) Modified on 11/19/2008 (td, ). (Entered: 11/18/2008) |
| 11/18/2008 | 2521 | MINUTE entry before the Honorable Marvin E. Aspen:Defendant WM Specialty Mortgage, LLC's Motions (2499, 2501, 2503, 2505, 2507, 2508, 2509, 2511, 2513, & 2515) to amend the caption to properly name Defendant WM Specialty Mortgage, LLC rather than as Washington Mutual Bank is granted. Motion terminated. WM Specialty Mortgage, LLC added. Washington Mutual Bank terminated. The motion hearings set for 11/20/08 are stricken.Judicial staff mailed notice (gl, ) (Entered: 11/18/2008) |
| 11/18/2008 | 2522 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE LLC (MEANS/07-05583) (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2523 | NOTICE OF UNOPPOSED MOTION (MEANS/07-05583) NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2522 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2524 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (MOSS/06-06754) (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2525 | NOTICE OF UNOPPOSED MOTION (MOSS/06-06754) NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2524 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 PM. (LeSage, Bernard) (Entered: 11/18/2008) |

| 11/18/2008 | 2526 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (RACKLEY/07-06712)* (LeSage, Bernard) (Entered: 11/18/2008) |
|---|---|---|
| 11/18/2008 | 2527 | *NOTICE OF UNOPPOSED MOTION (RACKLEY/07-06712)* NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2526 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2528 | MOTION by Defendant Wm Specialty Mortgage LLC to amend/correct *THE CAPTION TO PROPERLY NAME DEFENDANT WM SPECIALTY MORTGAGE, LLC (THOMAS/07-06232)* (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/18/2008 | 2529 | *NOTICE OF UNOPPOSED MOTION* NOTICE of Motion by Bernard E. LeSage for presentment of motion to amend/correct 2528 before Honorable Marvin E. Aspen on 11/20/2008 at 10:30 AM. (LeSage, Bernard) (Entered: 11/18/2008) |
| 11/19/2008 | 2530 | MINUTE entry before the Honorable Marvin E. Aspen:Defendant WM Specialty Mortgage LLC.'s Unopposed Motions to [2519, 2522, 2524, 2526, & 2528] amend the caption to properly name defendant WM Specialty Mortgage, LLC rather than as Washington Mutual Bank] is granted. Motion terminated. Party WM Specialty Mortgage, LLC added. Defendant Washington Mutual Bank terminated. The motion hearing set for 11/20/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 11/19/2008) |
| 11/19/2008 | 2531 | NOTICE of Correction regarding notice of motion 2520 (td, ) (Entered: 11/19/2008) |
| 11/19/2008 | 2532 | MINUTE entry before the Honorable Marvin E. Aspen:Presently before us is Jonathan Lee Riches' motion to intervene as a plaintiff in the Ameriquest MDL (Case No. 05-7097) under Federal Rule of Civil Procedure 24(a)(2), filed July 21, 2008. (Dkt. No. 2266.) Motion terminated. Because his motion does not demonstrate "an interest relating to the property or transaction that is the subject of the action," Fed. R. Civ. P. 24(a)(2), we deny the motion. In addition, we caution Riches that his meritless attempts to insert himself into litigation in this district will not be tolerated.Judicial staff mailed notice (gl, ) (Entered: 11/19/2008) |
| 11/21/2008 | 2533 | RESPONSE by Third Party Defendants Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp. to text entry,, 2496 *Third-Party Defendants' Agenda Submission for December 19, 2008, Status Hearing* (Verges, Keith) (Entered: 11/21/2008) |
| 11/21/2008 | 2534 | NOTICE by Jeffrey Wayne Finke of Change of Address (Finke, Jeffrey) (Entered: 11/21/2008) |
| 11/21/2008 | 2535 | Certain Opt-out Plaintiffs' Comments on Court's Proposed Agenda for the |

| | | December 19, 2008 Status Hearing by Cheryl Talley (Combs, Cathleen) (Entered: 11/21/2008) |
|---|---|---|
| 11/24/2008 | 2536 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Fourth Amended Complaint. Freeberg v. Ameriquest Mortgage Co., individual case 06-cv-6717* (Attachments: # 1 Fourth Amended Complaint)(Combs, Cathleen) (Entered: 11/24/2008) |
| 11/24/2008 | 2537 | NOTICE of Motion by Cathleen M. Combs for presentment of motion for leave to file 2536 before Honorable Marvin E. Aspen on 12/2/2008 at 10:30 AM. (Combs, Cathleen) (Entered: 11/24/2008) |
| 11/25/2008 | 2538 | MINUTE entry before the Honorable Marvin E. Aspen dated 11/25/08: The parties are granted until December 3, 2008, to respond if they wish to two of the suggested December 19, 2008 status hearing agenda items proposed by certain parties: (1) Opt-Out Plaintiffs proposal to discuss a procedure allowing certain plaintiffs to obtain discovery closure date and then return to the transferor court, as described in their November 21, 2008 filing (Dkt. No. 2535); and (2) third-party Defendants proposal to discuss their responsive pleading obligation, as described in their November 21, 2008 filing (Dkt. No. 2533).Judicial staff mailed notice (gl, ) (Entered: 11/25/2008) |
| 11/26/2008 | 2539 | RESPONSE by Ameriquest Mortgage Companyin Opposition to MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *Fourth Amended Complaint. Freeberg v. Ameriquest Mortgage Co., individual case 06-cv-6717* 2536 *NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE FOURTH* (LeSage, Bernard) (Entered: 11/26/2008) |
| 12/01/2008 | 2540 | MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs' Motion for leave to file 2536 fourth amended complaint, instanter, is granted. Motion terminated. Party U.S. Bank, N.A. added. The motion hearing set for 12/2/08 is stricken. Judicial staff mailed notice (gl, ) (Entered: 12/01/2008) |
| 12/02/2008 | 2541 | MINUTE entry before the Honorable Marvin E. Aspen: Enter Memorandum Opinion and Order: We deny the motions to dismiss filed by Citi Residential (Dailey Dkt. Nos. 23-24) and ASC (Nimox Dkt. Nos. 56-57), (Individual Case No. 07C5426). Although Citi Residential and ASC may not be held substantively liable in these particular matters, we retain these servicers as necessary parties pursuant to Rule 19. It is so ordered.Judicial staff mailed notice (gl, ) (Entered: 12/02/2008) |
| 12/02/2008 | 2542 | MEMORANDUM Opinion and Order Signed by the Honorable Marvin E. Aspen on 12/2/2008:Judicial staff mailed notice(gl, ) (Entered: 12/02/2008) |
| 12/03/2008 | 2543 | DEFENDANTS' BRIEF REGARDING SUGGESTED ADDITIONS TO AGENDA FOR DECEMBER 19, 2008 STATUS HEARING by Ameriquest Mortgage Securities, Inc., Town & Country Credit Corporation, AMC Mortgage Services, Inc., Ameriquest Mortgage Company, ACC Capital Holdings (LeSage, Bernard) (Entered: |

| | | |
|---|---|---|
| | | 12/03/2008) |
| 12/04/2008 | 2544 | SUGGESTION of Bankruptcy as to LandAmerica Financial Group, Inc. (Attachments: # 1 Exhibit)(Hubbard, Russell) (Entered: 12/04/2008) |
| 12/10/2008 | 2545 | MOTION by counsel for Defendant TurnkeyTitle Corporation to withdraw as attorney (Fleming, Annaliese) (Entered: 12/10/2008) |
| 12/10/2008 | 2546 | NOTICE of Motion by Annaliese Flynn Fleming for presentment of motion to withdraw as attorney 2545 before Honorable Marvin E. Aspen on 12/16/2008 at 10:30 AM. (Fleming, Annaliese) (Entered: 12/10/2008) |
| 12/10/2008 | 2547 | MOTION by Plaintiff Plaintiffs/Individual actions for leave to file *A Response to Defendant's Brief Regarding Suggested Additions to Agenda for December 19, 2008 Status Hearing* (Combs, Cathleen) (Entered: 12/10/2008) |
| 12/10/2008 | 2548 | NOTICE of Motion by Cathleen M. Combs for presentment of motion for leave to file 2547 before Honorable Marvin E. Aspen on 12/23/2008 at 10:30 AM. (Combs, Cathleen) (Entered: 12/10/2008) |
| 12/10/2008 | 2549 | MINUTE entry before the Honorable Marvin E. Aspen:For the reasons stated in the Memorandum Opinion and Order, we award Liaison Counsel $70,020 as compensation for work performed on behalf of Third-Party Defendants through June 4, 2008. Third-Party Defendants, including MIS, shall reimburse Liaison Counsel pursuant to the formula previously approved by the Court. This ruling disposes of all pending issues presented in the Motion. (Dkt. No. 2135) Objections to Liaison Counsel's pending reimbursement request must be filed by December 31, 2008, with Liaison Counsel's reply due January 14, 2009. It is so ordered. (For further detail see Memorandum Opinion and Order.) Mailed notice (dl, ) (Entered: 12/10/2008) |
| 12/10/2008 | 2550 | MEMORANDUM Opinion and Order Signed by the Honorable Marvin E. Aspen on 12/10/2008:Mailed notice(dl, ) (Entered: 12/10/2008) |
| 12/11/2008 | 2551 | SUGGESTION of Bankruptcy as to Defendant Jonathan Means (Lashley, Emily) (Entered: 12/11/2008) |
| 12/11/2008 | 2552 | RESPONSE by Plaintiff Plaintiffs/Individual actions to other, 2543 *Defendants' Brief Regarding Suggested Additions to Agenda for December 19, 2008 Status Hearing* (Combs, Cathleen) (Entered: 12/11/2008) |
| 12/12/2008 | 2553 | MINUTE entry before the Honorable Marvin E. Aspen:As set forth in the minute order, we grant Opt-Out Plaintiffs Motion to Clarify [Dkt. No.2377]. We also deny Defendants Motion to Compel as moot [Dkt. No. 2337]. It is so ordered. (For further details see minute order.)Mailed notice (dl, ) (Entered: 12/12/2008) |
| 12/12/2008 | 2554 | MOTION by Third Party Defendant Superior Closing Services, LLC for extension of time *to file Additional Motion to Dismiss and/or Answer the Third-Party Complaint* (Attachments: # 1 Notice of Filing Motion for Extension of Time)(Murphy, Christopher) (Entered: 12/12/2008) |

| 12/12/2008 | 2561 | NOTICE of appeal by Jonathan Lee Riches regarding orders 2532 (Fee Due) (dj,) (Entered: 12/16/2008) |
|---|---|---|
| 12/15/2008 | 2555 | STATUS Report *12.15.08* by Plaintiffs/Individual actions (Blinn, Daniel) (Entered: 12/15/2008) |
| 12/15/2008 | 2556 | STATUS Report *Borrower and Non-Borrower Plaintiffs Joint Status and Mediation Report* by Borrower Plaintiffs (Klein, Gary) (Entered: 12/15/2008) |
| 12/15/2008 | 2557 | STATUS Report *Third-Party Defendants' Consolidated Status Report* by Commonwealth Land Title Co., Commonwealth Land Title Insurance Company, Transnation Title Insurance Co., LandAmerica Financial Group, Inc., Law Title Insurance Co., Inc., Lawyers Title Insurance Corp. (Verges, Keith) (Entered: 12/15/2008) |
| 12/15/2008 | 2558 | NOTICE of Motion by Christopher H Murphy for presentment of extension of time, 2554 before Honorable Marvin E. Aspen on 12/19/2008 at 11:00 AM. (Murphy, Christopher) (Entered: 12/15/2008) |
| 12/15/2008 | 2559 | STATUS Report *Credit Reporting Agency Third-Party Defendants' Joint Status Report* by Choicepoint Precision Marketing, Inc. (Fulton, Laurie) (Entered: 12/15/2008) |
| 12/15/2008 | 2560 | STATUS Report by Town & Country Credit Corporation, Ameriquest Mortgage Securities, Inc., ACC Capital Holdings Corporation, AMC Mortgage Services, Inc., Ameriquest Mortgage Company (Attachments: # 1 Exhibit A)(LeSage, Bernard) (Entered: 12/15/2008) |
| 12/16/2008 | 2562 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 12/16/2008) |