## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

AMERIQUEST MORTGAGE COMPANY, et al.
v.
NORTHWEST TITLE AND ESCROW CORP., et al.

Case Number: 05 CV 7097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

TURNKEY TITLE CORP.

| | |
|---|---|
| NAME (Type or print) Heather J. Macklin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Heather J. Macklin | |
| FIRM BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | |
| STREET ADDRESS 200 W. Madison St., Suite 3900 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06269846 | TELEPHONE NUMBER (312) 984-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL       APPOINTED COUNSEL | |