**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                      Plaintiff,

v.                                                    Case No.: 1:05−cv−07097
                                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 16, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Pursuant to the Class Plaintiffs request, as presented in their Status Report, we hereby indefinitely extend the stay of all proceedings in the Borrower and Non−Borrower class actions to allow the parties additional time to finalize their tentative settlements. (See Dkt. No. 2556 at 2.) Class Plaintiffs request for a status hearing is denied, however. If Class Plaintiffs require a status hearing, they should file a motion and clearly articulate why such a hearing would be necessary and productive.Mailed notice(dl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.