**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                      Plaintiff,

v.                                                     Case No.: 1:05−cv−07097
                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 16, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:We deny Certain Opt−Out Plaintiffs request to add a proposed topic to the agenda for the December 19, 2008 status hearing. (Dkt. No. 2535; see also Dkt. Nos. 2543 & 2547.) Rather, if Opt−Out Plaintiffs wish to develop a release mechanism, as described generally in their recent submissions, they should file a motion to that effect and propose a specific procedure(s) that would suit their needs. (See Dkt. No. 2547 at 1.) Upon filing of such a motion, we will set a briefing schedule permitting other parties an opportunity to respond to the proposal and Opt−Out Plaintiffs an opportunity to reply to any objections or counterproposals.Mailed notice(dl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.