# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 16, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-4189
>
> Caption:
> IN RE:
>  AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION,
> Defendant - Appellee
>
>
> APPEAL OF: JONATHAN LEE RICHES

> District Court No: 1:05-cv-07097
> Court Reporter Mary Hacker
> Clerk/Agency Rep Michael Dobbins
> District Judge Marvin Aspen
>
> Date NOA filed in District Court: 12/12/2008

If you have any questions regarding this appeal, please call this office.

CC:     Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)