# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | |
| Third-Party Defendants. | |

## SUPPORTING DOCUMENTATION DETAILING LIAISON COUNSEL FEES AND EXPENSES FROM SEPTEMBER 5, 2008, THROUGH DECEMBER 5, 2008

In accordance with the Court's orders (**Doc. Nos. 2347, 2550**) Liaison Counsel submits documentation attached hereto as Exhibit "1" detailing their attorneys' fees and expenses from September 5, 2008, through December 5, 2008, for performing tasks for which they seek reimbursement.

The total of Liaison Counsel's fees and expenses is $16,614.51.[1] Based upon the most recent number of total Third-Party Defendants, 126, and corresponding transactions,

---

[1] *See* the Declaration of Keith Verges attached hereto as Exhibit "A."

**SUPPORTING DOCUMENTATION DETAILING LIAISON COUNSEL FEES AND EXPENSES FROM SEPTEMBER 5, 2008, THROUGH DECEMBER 5, 2008 Page 1 of 4**

471, $8,307.26 of the total would be split per party resulting in $65.93 per party. The other $8,307.26 would be split per transaction so each party would pay, in addition to the $65.93, an additional $17.64 for each transaction affecting that Third-Party Defendant:

| | |
|---|---|
| One Transaction | $ 83.57 |
| Two Transactions | $101.21 |
| Three Transactions | $118.85 |
| Four Transactions | $136.49 |
| Five Transactions | $154.13 |
| Six Transactions | $171.77 |
| Seven Transactions | $189.41 |
| Eight Transactions | $207.05 |

Liaison Counsel respectfully requests that the Court approve this fee and formula as an order of the Court so Liaison Counsel may request payment from each Third-Party Defendant without further motion or process, and that Liaison Counsel be permitted to seek Court enforcement, upon notice and motion only, against any Third-Party Defendant that refuses to pay the Court-ordered fees and expenses upon request.

Respectfully submitted,


By: /s/ Russell W. Hubbard
    Russell W. Hubbard

Keith R. Verges
Mark T. Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Christopher S. Naveja
Jason B. Hirsh
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

*Liaison Counsel and Attorneys for*
*Commonwealth Land Title Insurance Company,*
*Lawyers Title Insurance Corporation,*
*Transnation Title Insurance Company,*
*LandAmerica Financial Group, Inc., and*
*Commonwealth Land Title Company*

## CERTIFICATE OF SERVICE

I, Russell W. Hubbard, hereby certify that on this 24th day of December, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Russell W. Hubbard
Russell W. Hubbard