IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., <br><br> Third-Party Defendants. | |

## DECLARATION OF KEITH VERGES

1. My name is Keith Verges. I am over the age of eighteen years and am competent to make this declaration. I am Liaison Counsel and legal counsel for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Company, LandAmerica Financial Group, Inc., Transnation Title Insurance Company, and Commonwealth Land Title Company. I have personal knowledge of the statements set forth herein, and such information is true and correct.

2. I, or persons supervised by me, have reviewed the detailed daily narratives of all tasks performed by Liaison Counsel and delegees in this matter. Persons

**DECLARATION OF KEITH VERGES – Page 1**


EXHIBIT A

supervised by me prepared the attached Exhibit 1, which is a compilation of all time entries for legal tasks performed on behalf of all Third-Party Defendants Exhibit 1 is referred to as the Supporting Documentation Detailing Liaison Counsel Fees and Expenses From September 5, 2008, Through December 5, 2008, (the "Supporting Documentation"), which contains a complete and accurate account of the tasks performed by Liaison Counsel and others at his request at the law firm of Figari & Davenport, LLP. The Supporting Documentation identifies who did the work, the nature of the work, along with the amount of time it took to perform each task, and the amount of attorneys' fees billed for performing each task. Costs and expenses for performing the work are also included therein. The hourly rate of each person performing the work is included herein. I personally reviewed and revised the Supporting Documentation with reference to the underlying statements and included only tasks that I believe were done on behalf of all Third-Party Defendants, as opposed to tasks that were done for my clients or for tasks that Third-Party Defendants did not authorize.

3. The Supporting Documentation details each task performed in chronological order. The initials of the individual attorney that performed each task as described therein are included in both the "description" column and the "hours" column of the Supporting Documentation and reference the following attorneys:

    a) KRV – Keith Verges: $280.00/hr

    b) RWH – Russell W. Hubbard: $170.00/hr

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 29th day of December, 2008.

<u>DECLARATION OF KEITH VERGES</u> – Page 2

COMMONWEALTH LAND TITLE
INSURANCE COMPANY, LAWYERS TITLE
INSURANCE CORPORATION,
TRANSNATION TITLE INSURANCE
COMPANY, LANDAMERICA FINANCIAL
GROUP, INC., AND COMMONWEALTH
LAND TITLE COMPANY

By: _____
Its:  Legal Counsel

**DECLARATION OF KEITH VERGES** – Page 3

# LIAISON COUNSEL FEES AND EXPENSES FROM
# SEPTEMBER 5, 2008 THROUGH DECEMBER 5, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 09/08/08 | Study various scheduling orders preparatory to seeking possible stay on behalf of all Third-Party Defendants; | KRV .30 | $84.00 |
| 09/08/08 | Telephone conference with B. Newman; draft and revise status report to third-party defendants; | RWH 1.5 | $255.00 |
| 09/09/08 | Review brewing discovery controversy and concerns that uniquely affect Third-Party Defendants; revise status report to Third-Party Defendants; review various memoranda from Third-Party Defendants; review recent pleadings on discovery issues; | KRV .90 | $252.00 |
| 09/09/08 | Review correspondence from J. Sipchen; revise status report to Third-Party Defendants; | RWH 1.0 | $170.00 |
| 09/10/08 | Revise status report and agenda letter for all Third-Party Defendants; telephone conference with B. Newman; | KRV .90 | $252.00 |
| 09/11/08 | Revise and circulate status report to all Third-Party Defendants; review settlement proposal and circulate to all Third-Party Defendants; memo to B. LeSage regarding settlement; | KRV 2.0 | $560.00 |
| 09/12/08 | Various memoranda with Third-Party Defendants' counsel regarding status, discovery, settlement and upcoming conference call; | KRV 1.5 | $420.00 |
| 09/15/08 | Cost of conference call with Third-Party Defendants' counsel | | $525.12 |
| 09/15/08 | Review various messages from Third-Party Defendants' counsel and latest revised settlement proposal; | KRV .50 | $140.00 |
| 09/15/08 | Study settlement proposal, original and revised; memorandum to all Third-Party Defendants' counsel; prepare mediation status report for all Third-Party Defendants; | KRV 1.0 | $280.00 |
| 09/17/08 | Prepare for and conduct Third-Party Defendants' conference call; review many messages from Third-Party Defendants as follow-up to call; | KRV 2.0 | $560.00 |
| 09/17/08 | Prepare for and attend Third-Party Defendant conference call, keeping notes thereof; | RWH .70 | $119.00 |
| 09/18/08 | Review latest Stipulation regarding stay; calendar deadlines for benefit of all Third-Party Defendants; prepare mediation status report; | KRV .70 | $196.00 |
| 09/18/08 | Update and revise list of Third-Party Defendants and corresponding transactions based on analysis of electronic filings; | RWH .20 | $34.00 |


EXHIBIT 1

LIAISON COUNSEL FEES AND EXPENSES FROM
SEPTEMBER 5, 2008 THROUGH DECEMBER 5, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 09/19/08 | Finalize and file mediation status report; discussions with various Third-Party Defendants regarding discovery issues; review Ameriquest's mediation status reports; work on reconciling multiple sources of identity and transaction count for Third-Party Defendants; | KRV 1.5 | $420.00 |
| 09/22/08 | Messages to Third-Party Defendants regarding case status; | KRV .20 | $56.00 |
| 09/22/08 | Review and docket new class action deadlines on behalf of all Third-Party Defendants; | KRV .30 | $84.00 |
| 09/23/08 | Review rulings on mediation and summary judgment matters that affect settlement and discovery as to Third-Party Defendants; | KRV .30 | $84.00 |
| 09/24/08 | Review Seventh Circuit ruling in Andrews v. Chevy Chase bank and effect on potential class claims; | KRV .90 | $252.00 |
| 09/24/08 | Memorandum to various Third-Party Defendants; prepare status report regarding Andrews case; | KRV .30 | $84.00 |
| 09/25/08 | Revise status report regarding Andrews case to all Third-Party Defendants' counsel; letter to all Third-Party Defendants' counsel; | KRV .40 | $112.00 |
| 09/25/08 | Review and calendar order on motion to extend deadlines for further motions to dismiss; | KRV .20 | $56.00 |
| 09/29/08 | Review notice from Judge Aspen regarding Andrews case and request for briefing by affected parties; confer with various Third-Party Defendants regarding effect of Andrews and whether collective filing is appropriate; | KRV .50 | $140.00 |
| 09/30/08 | Review messages from Third-Party Defendants' counsel; | KRV .20 | $56.00 |
| 10/01/08 | Review recent appearance of new Third-Party Defendant; telephone conferences with counsel for various Third-Party Defendants; | KRV .50 | $140.00 |
| 10/01/08 | Revise Third-Party Defendant "Welcome Package" for newly added Third-Party Defendants; telephone conference with E. Lashley; e-mail to E. Lashley; | RWH .50 | $85.00 |
| 10/02/08 | Telephone conference with D. Ward; review additional pleadings; | KRV .40 | $112.00 |
| 10/03/08 | Review e-mail from E. Lashley; | RWH .10 | $17.00 |
| 10/07/08 | Various memoranda to Third-Party Defendants' counsel regarding potential briefing after Andrews case; prepare and distribute status report to all Third-Party Defendants' counsel; | KRV 1.60 | $448.00 |
| 10/08/08 | Memo to D. Warren; | KRV .10 | $28.00 |

## LIAISON COUNSEL FEES AND EXPENSES FROM
## SEPTEMBER 5, 2008 THROUGH DECEMBER 5, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 10/09/08 | Review recent appearance of potential broker defendant and investigate whether claims are similar to those of Third-Party Defendants; | KRV .50 | $140.00 |
| 10/09/08 | Review attorneys appearance form for EMC Mortgage; telephone conference with R. Emanual regarding Third-Party Defendant status; | RWH .70 | $119.00 |
| 10/10/08 | Prepare for and conduct Third-Party Defendants' conference call; | KRV 1.0 | $280.00 |
| 10/10/08 | Telephone conference with Third-Party Defendants | RWH .60 | $102.00 |
| 10/13/08 | Memoranda to various Third-Party Defendants' counsel regarding status and preparations for Andrews-related briefing and court-ordered status conference; | KRV .30 | $84.00 |
| 10/13/08 | Telephone conferences with various Third-Party Defendants' counsel regarding upcoming status conference and mediation; | KRV .60 | $168.00 |
| 10/13/08 | Cost of conference call with Third-Party Defendants' counsel | | $891.39 |
| 10/14/08 | Review briefing relating to effect of Andrews and ruling on motion to dismiss; formulate outline for Third-Party Defendants Andrews brief; | KRV .60 | $168.00 |
| 10/14/08 | Review minute entry regarding Third-Party Defendants' Motion to Dismiss; | RWH .20 | $34.00 |
| 10/15/08 | Review various messages from Third-Party Defendants' counsel regarding post-ruling schedule for further briefing and effect of Andrews case; calendar new deadlines and various memoranda regarding dates; review briefs relating to effect of Andrews case; | KRV .80 | $224.00 |
| 10/15/08 | Review and docket new status conference setting; review memorandum opinion on motion to dismiss Third-Party Defendants; | KRV .80 | $224.00 |
| 10/16/08 | Review briefs filed by Argent, Ameriquest and other defendants regarding effect of Andrews; draft response on behalf of all Third-Party Defendants; | KRV .80 | $224.00 |
| 10/16/08 | Review briefing by Argent and Ameriquest regarding impact of Andrews decision; | RWH .60 | $102.00 |
| 10/17/08 | Draft reply on behalf of all Third-Party Defendants related to effect of Andrews on claims; | KRV .80 | $224.00 |
| 10/19/08 | Research and study the briefs filed by Class Plaintiffs and Defendants regarding Andrews v. Chevy Chase Bank and prior orders of the Court and Complaints and admissions by other parties; | KRV 1.3 | $364.00 |
| 10/19/08 | Draft response brief regarding effect of Andrews v. Chevy Chase Bank; | KRV .80 | $224.00 |

## LIAISON COUNSEL FEES AND EXPENSES FROM
## SEPTEMBER 5, 2008 THROUGH DECEMBER 5, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 10/20/08 | Draft and revise brief regarding effect of Andrews v. Chevy Chase Bank; | KRV 1.5 | $420.00 |
| 10/20/08 | Prepare e-mail and distribute draft brief to all Third-Party Defendants; | KRV .30 | $84.00 |
| 10/20/08 | Review various messages from Third-Party Defendants regarding brief on effect of Andrews case; revise brief accordingly; | KRV 1.5 | $420.00 |
| 10/20/08 | Telephone conference with B. Newman regarding settlement status and potential for offers from Third-Party Defendants; | KRV .30 | $84.00 |
| 10/21/08 | Review additional messages from Third-Party Defendants regarding Andrews-related brief; | KRV .80 | $224.00 |
| 10/21/08 | Finalize and file brief regarding effect of Andrews; | KRV .70 | $196.00 |
| 10/22/08 | Draft further letter with status and agenda for conference call of Third-Party Defendants; | KRV .50 | $140.00 |
| 10/22/08 | Review further briefs by Class Plaintiffs and Ameriquest regarding effect of Andrews; | KRV .50 | $140.00 |
| 10/24/08 | Letter to all Third-Party Defendants counsel with status and setting up conference call; | KRV .60 | $168.00 |
| 10/27/08 | Letter to all Third-Party Defendants' counsel regarding next round of motions and conference call; | KRV .30 | $84.00 |
| 10/28/08 | Memoranda to other Third-Party Defendants' preparatory to conference call and second round of motions to dismiss; | KRV .50 | $140.00 |
| 10/29/08 | Memorandum to B. LeSage regarding mediator conference call with Liaison Counsel and potential problems with mediation and Plaintiffs' attendance; | KRV .40 | $112.00 |
| 10/30/08 | Prepare for and conduct conference call with all Third-Party Defendants; | KRV .50 | $140.00 |
| 10/30/08 | Review various messages from B. LeSage regarding mediation and settlement issues; memo to B. LeSage and all Third-Party Defendants counsel regarding attendance at mediation scheduled for November 5, 2008; | KRV .50 | $140.00 |
| 10/30/08 | Telephone conference with Third-Party Defendants; prepare for mediation conference call with Judge O'Connell; | RWH .90 | $153.00 |
| 11/01/08 | Various communications with Third-Party Defendants' counsel regarding mediation; | KRV .30 | $84.00 |
| 11/01/08 | Determine events and outcome of conference call with mediator Judge O'Connell; prepare report to all counsel and report to Third-Party Defendants; | KRV 1.0 | $280.00 |
| 11/01/08 | Mediation conference call with Judge O'Connell, B. LeSage, and B. Newman; | RWH .90 | $153.00 |

-4-

## LIAISON COUNSEL FEES AND EXPENSES FROM
## SEPTEMBER 5, 2008 THROUGH DECEMBER 5, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 11/03/08 | Memoranda to various Third-Party Defendants' counsel regarding motion to dismiss; | KRV .20 | $56.00 |
| 11/03/08 | Review message from B. LeSage regarding conference call on November 5 regarding mediation; memorandum to all Third-Party Defendants' counsel; | KRV .40 | $112.00 |
| 11/03/08 | Review correspondence from H. Matyas regarding mediation; review correspondence from B. LeSage regarding mediation; | RWH .30 | $51.00 |
| 11/04/08 | Review various messages from Third-Party Defendants' counsel in response to proposed mediation plans by Defendants; | KRV .50 | $140.00 |
| 11/05/08 | Telephone conference with various Third-Party Defendants' counsel regarding mediation and motion practice; | KRV .50 | $140.00 |
| 11/05/08 | Prepare for and attend telephone conference with conference of group of Judge O'Connell and all steering and liaison counsel for all parties in MDL regarding mediation and related issues; | KRV .60 | $168.00 |
| 11/05/08 | Various e-mails with Judge O'Connell and other liaison and steering committee counsel regarding scheduling of mediation; revise status report to all Third-Party Defendants; | KRV .70 | $196.00 |
| 11/05/08 | Conference call with Judge O'Connell and Plaintiffs and Defendants regarding mediation; draft status report regarding mediation to Third-Party Defendants' counsel; | RWH 1.20 | $204.00 |
| 11/10/08 | Review and docket requirement for status report by Third-Party Defendants preparatory to status conference now set for December 19, 2008; prepare draft report in compliance with Order; | KRV .60 | $168.00 |
| 11/13/08 | Memorandum to P. D'Agostino regarding discovery issues as to all Third-Party Defendants; | KRV .10 | $28.00 |
| 11/13/08 | Review additional ECF filings relating to stay of claims as to certain Third-Party Defendants; | KRV .20 | $56.00 |
| 11/14/08 | Review Order for Pretrial Conference; revise status report for all Third-Party Defendants' counsel; letter to all Third-Party Defendants' counsel soliciting comments per Court's Order; | KRV 1.0 | $280.00 |
| 11/14/08 | Cost of conference call with Third-Party Defendants' counsel | | $466.00 |
| 11/17/08 | Telephone conference with S. Sandler regarding broker concerns with motion to dismiss and summary judgment and required status report to Court; | KRV .20 | $56.00 |
| 11/17/08 | Revise status report per court orders for all Third-Party Defendants; | KRV .20 | $56.00 |

## LIAISON COUNSEL FEES AND EXPENSES FROM
## SEPTEMBER 5, 2008 THROUGH DECEMBER 5, 2008

| Date | Description | Hours | Fees |
|---|---|---|---|
| 11/17/08 | Telephone conference with B. LeSage and various memoranda to B. LeSage regarding motions to dismiss; | KRV .20 | $56.00 |
| 11/21/08 | Prepare agenda submission for Third-Party Defendants at December 19, 2008 status conference and file, after considering submissions for other Third-Party Defendants; | KRV .80 | $224.00 |
| 11/21/08 | Revise status report ordered by Court preparatory to December 19, 2008 status conference; prepare related status report to Third-Party Defendants; | KRV 1.0 | $280.00 |
| 11/25/08 | Telephone conference with G. Flynn regarding motion to dismiss practice; prepare status report to Third-Party Defendants' counsel; | KRV .50 | $140.00 |
| 11/25/08 | Review ECF filings regarding status conference; | KRV .10 | $28.00 |
| 11/26/08 | Prepare status report to all Third-Party Defendants' counsel; | KRV 1.0 | $280.00 |
| 12/01/08 | Revise status report; letter to all Third-Party Defendants' counsel; memorandum to C. Swing; | KRV .80 | $224.00 |
| 12/04/08 | Prepare for and conduct conference call of all Third-Party Defendants' counsel preparatory to status report and status conference for December 19, 2008; | KRV 1.0 | $280.00 |
| 12/04/08 | Prepare for and attend Third-Party Defendants' conference call; draft correspondence to Third-Party Defendants; telephone conference with A. Jensen; | RWH 1.0 | $170.00 |
| TOTAL | | 56.7 | $16,614.51 |