**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that Lieff, Cabraser, Heimann & Bernstein, LLP hereby notifies the Court and all counsel of record of the change of address of their New York office to:

Rachel Geman
Lieff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Dated: December 29, 2008                    Respectfully submitted,


By:   */s/ Rachel Geman*
         Rachel Geman

Rachel Geman (NY Bar No. RG 0998)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile:  (212) 355-9592

| | |
|---|---|
| Kelly M. Dermody (CA Bar No. 171716)<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | Gary Klein<br>Elizabeth Ryan<br>Shennan Kavanagh<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, MA 02111-2810<br>Telephone: (617) 357-5500 ext. 15<br>Facsimile: (617) 357-5030 |

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4800
Facsimile: (312) 782-4485

*Plaintiffs' Liaison Counsel*