U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 05-CV-7097

IN RE: AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES LITIGATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ILENE K. CHAPEL (third party defendant)

| NAME (Type or print) |
| --- |
| WILLIAM E. HOSLER |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ William E. Hosler |

| FIRM |
| --- |
| WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C. |

| STREET ADDRESS |
| --- |
| 380 N. OLD WOODWARD AVENUE, SUITE 300 |

| CITY/STATE/ZIP |
| --- |
| BIRMINGHAM, MI 48009 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | (248) 642-0333 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |