IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO ALL ) ACTIONS ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |

### PLAINTIFFS' MOTION TO SUBSTITUTE JP MORGAN/CHASE FOR WASHINGTON MUTUAL BANK AND ITS SUBSIDIARIES

Certain Opt-out Plaintiffs hereby respectfully move this Court to substitute JP Morgan/Chase as the correct party for all matters in this litigation in which Washington Mutual Bank or a subsidiary of Washington Mutual was a party. *See* Exhibit A, listing all such cases. In support of their motion, Plaintiffs state as follows:

1. Washington Mutual Bank and its subsidiaries were named as a party to many of the individual Opt-Out Plaintiffs' claims in this litigation. *See* Exhibit A.

2. Those Opt-Out Plaintiffs filed claims with the FDIC to preserve their claims after Washington Mutual Bank went into FDIC receivership.

3. On December 22, 2008, the FDIC send Opt-out Plaintiffs' counsel a letter, attached hereto as Exhibit B, stating that under the terms of the Purchase and Assumption Agreement between Washington Mutual Bank and JP Morgan/Chase, JP Morgan/ Chase assumed all litigation against subsidiaries of the former Washington Mutual Bank. *See* Exhibit B.

1

WHEREFORE, plaintiffs respectfully request that this Court enter an Order to substitute JP Morgan/Chase as the correct party for all matters in this litigation in which Washington Mutual Bank or a subsidiary of Washington Mutual Bank was a party.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS
    & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on January 6, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com,
rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com,
Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com,
kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com,
ppratt@winston.com,
ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com,
jramirez@millerfaucher.com,
snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com,
linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com,

rmclarney@muchshelist.com
Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Samuel H. Rudman
srudman@lerachlaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Lorne Todd Saeks
lsaeks@muchshelist.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com




s/Cathleen M. Combs
Cathleen M. Combs



*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

4

# EXHIBIT A

## **EXHIBIT A**

*Furgeson v. Ameriquest Mortgage Company, et al.*
N.D.Ill. Case No.: 04 C 7627

*Jimenez v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 05 C 1009

*Wertepny v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 05 C 1402

*Pintsak v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 05 C 5035

*Doolittle v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 05 C 5033

*Brown v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 05 C 4723

*Carter v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 3425

*Gillespie v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 3427

*Jude v. Town & Country Credit Corporation, et al.*
N.D.Ill Case No.: 06 C 1691

*Thompson v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 1546

*Martin v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 1947

*Filian v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 2826

*Rocco v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 2897

*Grabs v. Argent Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 2809

*Eson v. Argent Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 2829

*Brown v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 2830

*Horne v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 4715

*Diggins v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 7017

*Burgess v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 6748

*Bowden v. Argent Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 5991

*Igaz v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 07 C 126

*Blackburn v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 07 C 309

*Walsh v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 4723

*King v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 07 C 117

*Cowles v. Argent Mortgage Company, et al.*
N.D.Ill Case No.: 07 C 1625

*Robinson v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 6763

*Martin v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 07 C 324

*Titus-Ashford v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 7062

*Patterson v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 07 C 726

*Rosemon v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 06 C 6441

*Williams v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 07 C 127

*Thompson v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 07 C 323

*Onesimus v. Ameriquest Mortgage Company, et al.*
N.D.Ill Case No.: 07 C 620

*Navara, et al., v. Long Beach, et al.*
MDL 07 C 6543

*Mason v. Long Beach, et al.*
E.D.WI. Case No.: 07 C 272 CNC

# EXHIBIT B



**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201

Division of Resolutions and Receiverships

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7008 1830 0000 8032 8651**

December 22, 2008

Joseph And Myra Onesimus
Case No. 07-CV-620 (N.D. Ill)
C/O Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603-3403

SUBJECT: 10015–Washington Mutual Bank
Henderson, NV – In Receivership
**NOTICE OF DISALLOWANCE OF CLAIM**

Dear Claimant:

The Receiver of Washington Mutual Bank has reviewed your claim against the receivership. After a thorough review of your filed claim along with your supporting documentation, the Receiver has determined to disallow your claim for the following reason(s):

> You do not have a valid claim against Washington Mutual Bank or the FDIC as receiver. Under the terms of the Purchase and Assumption Agreement (Agreement) all litigation against subsidiaries of the former Washington Mutual Bank passed to JP Morgan/Chase. The Agreement is available for public review at:
> http://www.fdic.gov/about/freedom/Washington_Mutual_P_and_A.pdf

Pursuant to 12 U.S.C. Section 1821 (d) (6), if you do not agree with this disallowance, you have the right to file a lawsuit on your claim (or continue any lawsuit commenced before the appointment of the Receiver), in the United States District (or Territorial) Court for the District within which the failed institution's principal place of business was located or the United States District Court for the District of Columbia within 60 days from the date of this notice.

**IF YOU DO NOT FILE A LAWSUIT** (or continue any lawsuit commenced before the appointment of the Receiver) **BEFORE THE END OF THE 60-DAY PERIOD, THE DISALLOWANCE WILL BE FINAL, YOUR CLAIM WILL BE FOREVER BARRED AND YOU WILL HAVE NO FURTHER RIGHTS OR REMEDIES WITH RESPECT TO YOUR CLAIM. 12 U.S.C. Section 1821(d)(6)(B).**

However, if a portion of your claim is for an insured deposit, your claim is not against the Receiver but rather is against the FDIC in its "corporate" capacity as deposit insurer. An insured depositor's rights are prescribed in 12 U.S.C. Section 1821(f) and differ from the rights described in the preceding paragraphs.

If you have any questions about this letter, please contact the undersigned at (972) 761-8049.

Sincerely,

Donald Grieser
Claims Department

RLS7218