# Affidavit of Process Server

In Re: Ameriquest Mortgage Co.      05 CV 07097

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Nelson Carvajal__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Carolyn T. Daley__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Third-Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint, First Amended Consolidated Third-Party Complaint and Exhibits A & B

by serving (NAME) __Carolyn T. Daley__

at ☒ Home __3 Town House Drive, Massapequa Park, NY 11762__

☐ Business _____

☐ on (DATE) _____ at (TIME) _____

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☒ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: (NC) 9/29/07 11:30 A.M. ( ) _____
(NC) 10/1/07 8:58 P.M. ( ) _____

**Description:**
☐ Male ☐ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ N.Y.    County ~~of Cook~~ N.Y.

Subscribed and sworn to before me, a notary public, this __6th__ day of __October__, 20__07__

SERVED BY LASALLE PROCESS SERVERS
Nelson Carvajal # 96544

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008

VARGA

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

LaSalle Process Servers L.P.
Business Established 1944
29 S. LaSalle Street ~ Suite 956 ~ Chicago, Illinois 60603
Phone (312) 263-0620 ~ Fax (312) 263-0622

Postmaster **Massapequa PK, NY 11762**
City, State, Zip Code

Date **11-7-07**

### Request of Change of Address or Boxholder
### Information Needed for Service of Legal Process

Please furnish the new address or the name and street address (if a boxholder) for the following:
NAME: **CAROLINE T. DALEY**

ADDRESS: **3 TOWN HOUSE DRIVE**

NOTE: The name and last known address are required for change of address information.
The name, if known, and post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6 (D) (6)(II). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g., process server, attorney, party representing himself): **Process Server**.
2. Statute or regulation that empowers me to serve process
   (not required when requestor is an attorney or a party acting pro se—
   except a corporation acting pro se must cite statue:) **IL. Civil Code of Procedure Para. 5/202**.
3. The names of all known parties to the litigation: **Ameriquest Mortgage**
4. The court in which case has been or will be heard: **U.S.D.C. Northern Dist. of IL**
5. The docket or other identifying number if one has been issued: **05CV 7097**
6. The capacity in which the individual is to be served (e.g. defendant of witness): **Defendant**

### WARNING

THE SUBMISSSION OF FALSE INFORMATION EITHER (1) TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOLXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PORCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE ITIGATION OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE UP TO $10,000 OR IMPRISONMENT OF NOT MAORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001)

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

Signature.
Printed name **BETSY PEREZ**

29 S. LaSalle Street, Suite 956
Address
Chicago, IL 60603
City, State, Zip Code

### FOR POST OFFICE USE ONLY

_____ Still receives mail at this address

_____ Not known at address given

_____ Moved, left no forwarding

_____ No such address

NEW ADDRESS or BOXHOLDER'S NAME
and STREET ADDRESS
**48 HAWXHURST Rd**
**Cold Spring Harbor NY**
**11724-2407**

Yanga

AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; et al.

    Defendants and Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.

    Third-Party Defendants.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

MDL NO. 1715

LEAD CASE NO. 05-CV-07097

(CENTRALIZED BEFORE THE HONORABLE MARVIN E. ASPEN)

To: Name and address of Third Party Defendant

Carolyn T. Daley
3 Town House Drive
Massapequa Park, NY 11762

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| SEE ATTACHED EXHIBIT "A" | Bernie LeSage, Esq.<br>BUCHALTER NEMER<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 |

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

SEP 2 4 2007

DATE

## EXHIBIT "A"

1. Daniel A Edelman
   Albert F. Hofeld, Jr.
   Cathleen M Combs
   James O Latturner
   EDELMAN COMBS LATTURNER & GOODWIN LLC
   120 S LaSalle St., 18th Floor
   Chicago, IL 60603

2. Daniel S. Blinn
   CONSUMER LAW GROUP, LLC
   35 Cold Spring Road, Suite 512
   Rocky Hill, CT 06067

3. Charles Delbaum
   NATIONAL CONSUMER LAW CENTER
   77 Summer Street, 10th Floor
   Boston, MA 02110

4. Brian L. Bromberg
   BRIAN L. BROMBERG, P.C.
   40 Exchange Place, Suite 604
   New York, NY 10005