# Affidavit of Process Server

In Re: Ameriquest Mortgage Co. | 05 CV 07097
--- | ---
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT | CASE #

Being duly sworn, on my oath, I _____, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _First Choice Signing Service, LLC_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Third-Party Summons, Corrected Caption for First Amended Consolidated Third-Party Complaint, First Amended Consolidated Third-Party Complaint and Exhibits A & B

by serving (NAME) _____

at ☐ Home _____
☐ Business _1989-T Peabody Rd, Ste 111, Vacaville, CA_
☐ on (DATE) _____ at (TIME) _____

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☒ Other: NO LONGER RENTING SUITE IN THIS BUILDING. GONE ABOUT ONE MONTH.
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant    1652 W. TEXAS ST., #271 FAIRFIELD, CA. 94533
☒ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) 10/1/07 1:04PM, ( ) _____, ( ) _____
DATE TIME

**Description:**
☐ Male   ☐ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
   ☐ Yellow Skin   ☐ Blond Hair   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
   ☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ CALIFORNIA    County of ~~Cook~~ SOLANO

SAM LOWE    SERVED BY CA. R.P.S. #184
LASALLE PROCESS SERVERS    SOLANO CO.

Subscribed and sworn to before me, a notary public, this _3RD_ day of _OCTOBER_, 20 _07_

_Jacquelyne L. Lowe_
NOTARY PUBLIC

[Seal: JACQUELYNE L. LOWE, COMM. #1591134, NOTARY PUBLIC • CALIFORNIA, SOLANO COUNTY, Comm. Expires JULY 23, 2009]

VARGA

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO ALL
ACTIONS

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

AMERIQUEST MORTGAGE COMPANY, a
Delaware corporation; et al.

MDL NO. 1715

      Defendants and Third-Party
      Plaintiffs,

LEAD CASE NO. 05-CV-07097

v.

NORTHWEST TITLE AND ESCROW
CORPORATION, a Minnesota corporation, et al.

(CENTRALIZED BEFORE THE HONORABLE
MARVIN E. ASPEN)

      Third-Party Defendants.

To: Name and address of Third Party Defendant

First Choice Signing Service, LLC
Attn: Jerrad Rodgers
1652 W. Texas St., Ste. 271
Fairfield, CA 94533

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

SEE ATTACHED EXHIBIT "A"

DEFENDANT AND THIRD-PARTY PLAINTIFF'S
ATTORNEY (name and address)

Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

an answer to the third-party complaint which is herewith served upon you within **20** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*(signature)*

(By) DEPUTY CLERK

SEP 2 4 2007

DATE

## EXHIBIT "A"

1.  Daniel A Edelman
    Albert F. Hofeld, Jr.
    Cathleen M Combs
    James O Latturner
    EDELMAN COMBS LATTURNER & GOODWIN LLC
    120 S LaSalle St., 18th Floor
    Chicago, IL 60603

2.  Daniel S. Blinn
    CONSUMER LAW GROUP, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT 06067

3.  Charles Delbaum
    NATIONAL CONSUMER LAW CENTER
    77 Summer Street, 10th Floor
    Boston, MA 02110