# EXHIBIT A

Case 1:08-cv-04462     Document 14     Filed 09/09/2008     Page 1 of 1

# United States District Court
# Northern District of Illinois

In the Matter of

Kennedy, et al

v.                                                      Case No. 08 C 4462

Ameriquest Mortgage Company, et al              Designated Magistrate Judge
                                                  ~~Martin C. Ashman~~ Denlow

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Amy St. Eve** to be related to **05C7097** (MDL-1715), which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Marvin Aspen

Dated: September 8, 2008

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Marvin Aspen**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: SEP 9 2008

Finding of Relatedness (Rev. 9/99)