IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) | MDL NO. 1715 |
| MORTGAGE LENDING PRACTICES ) | |
| LITIGATION ) | Lead Case No. 05 C 07097 |
| ) | |
| ) | (Centralized before Judge Aspen) |
| ) | |
| ) | |
| RUSSELL & BARBARA BEAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 08 C 6449 |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | Judge Zagel |
| and CITIFINANCIAL MORTGAGE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:** Daniel Mark Harris
The Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606

AND SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Thursday, January 22, 2009, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendant's (Agreed) Motion For Reassignment of Related Action**, a copy of which was previously served upon you.

Dated: January 9, 2009 Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY,
Defendant

By: s/ Jonathan N. Ledsky
One of its Attorneys

Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60606
(312) 341-9400

## CERTIFICATE OF SERVICE

I, Jonathan N. Ledsky, an attorney, hereby certify that a true and correct copy of the foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing upon:

Daniel Mark Harris
lawofficedh@yahoo.com

Anthony P. Valach, Jr.
anthonyvalach@sbcglobal.net

s/Jonathan N. Ledsky

2