# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

January 15, 2009

To:  Michael Dobbins
 UNITED STATES DISTRICT COURT
 Northern District of Illinois
 Chicago , IL 60604-0000

| No.: 08-4189 | IN RE:<br> AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION,<br>Defendant - Appellee<br><br>APPEAL OF: JONATHAN LEE RICHES |
|---|---|

**Originating Case Information:**

District Court No: 1:05-cv-07097
Northern District of Illinois, Eastern Division
Court Reporter Mary Hacker
Clerk/Agency Rep Michael Dobbins
District Judge Marvin Aspen

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| TYPE OF DISMISSAL: | Circuit Rule 3(b) |
|---|---|
| STATUS OF THE RECORD: | no record to be returned |

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                  **Received by:**

_____

form name: **c7_Mandate** (form ID: **135**)