## United States District Court for the Northern District of Illinois

Case Number: 05CV7097　　　　Assigned/Issued By: DAJ

Judge Name: ASPEN　　　　Designated Magistrate Judge: DENLOW

---

**FEE INFORMATION**

*Amount Due:*　☐ $350.00　　☐ $39.00　　☐ $5.00

　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____

　　　　　　　☐ $455.00

Number of Service Copies _____　　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____　　　Receipt #: _____

Date Payment Rec'd: _____　　　Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons　　　　　　　　　　　　☐ Alias Summons

☑ Third Party Summons　　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　_____
☐ Citation to Discover Assets　　　　　(Victim, Against and $ Amount)

☐ Writ _____
　　　　(Type of Writ)

__1__ Original and __1__ copies on __01/20/09__ as to __MORTGAGE INFORMATION__
　　　　　　　　　　　　　　(Date)
__SERVICES INC.__ _____

_____

C:\wpwin80\docket\feeinfo.frm　　　03/14/05