# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER PENDING MEDIATION

WHEREAS, Retired Judge Donald J. O'Connell has been privately retained to hold mediation sessions between those individual plaintiffs who have elected to opt-out of the master class complaints (collectively, the "Opt-Out Plaintiffs"), various Defendants including Argent Mortgage Company and Ameriquest Mortgage Company ("Defendants"), and various Third-Party Defendants; and

WHEREAS, the parties have already held two in-person mediation sessions with Judge O'Connell (on March 6, 2008 and May 7, 2008), and have a further three-day session scheduled for February 18-20th during which they anticipate mediating at least 50 Opt-Out cases; and

WHEREAS, the parties anticipate that the February mediation session will be productive, and may significantly limit the number of Opt-Out cases and related third-party claims in this MDL proceeding; and

WHEREAS, in order to conserve the parties' resources, it would benefit all parties, and advance considerations of judicial economy, to extend the discovery cut-off (currently March 22,

2009), the expert disclosure date (currently January 21, 2009), and the rebuttal expert disclosure date (currently February 21, 2009) for a period of three months; and

WHEREAS, the requested extensions are also appropriate because the Third-Party Defendants (who are essential parties in the Opt-Out cases) have been granted an extension until February 2008 to file a further responsive pleading to the Third-Party Complaint; and

WHEREAS, counsel for all Opt-Out Plaintiffs have been notified of the contents of this Stipulation and, to date, none have objected;

NOW THEREFORE, the parties propose amending the discovery schedule in the Opt-Out cases to extend all dates as follows:

1. All fact and expert discovery in all Opt-Out cases shall be completed by June 23, 2009.

2. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by April 21, 2009. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by May 22, 2009.

3. Any objection to this Stipulation must be filed within 10 days of the date on which this Stipulation is filed. This Stipulation, and any Order subsequently issued by the Court, shall apply to all Opt-Out Plaintiffs who do not file a timely written objection. In the event that a timely objection is filed, the parties, or any of them, may file a written response to the objection within 10 days.

**IT IS SO STIPULATED:**

| | |
|---|---|
| Dated: January 21, 2009 | By: /s/ Charles M. Delbaum<br>*Attorneys for Certain Opt-Out Plaintiffs*<br><br>Charles M. Delbaum<br>National Consumer Law Center<br>77 Summer Street, 10th Floor<br>Boston, MA 01220<br>(617) 266-0313 |
| Dated: January 21, 2009 | By: /s/ Daniel S. Blinn<br>*Attorneys for Certain Opt-Out Plaintiffs*<br><br>Daniel S. Blinn<br>Consumer Law Group<br>35 Cold Spring Rd., Suite 512<br>Rocky Hill, CT 06067<br>(860) 571-0408 |
| Dated: January 21, 2009 | By: /s/ Daniel Harris<br>*Attorneys for Certain Opt-Out Plaintiffs*<br><br>Daniel Harris<br>Law Offices of Daniel Harris<br>150 N. Wacker Drive, Suite 3000<br>Chicago, IL 60606 |
| Dated: January 21, 2009 | By: /s/ Christopher Lefebvre<br>*Attorneys for Certain Opt-Out Plaintiffs*<br><br>Christopher Lefebvre<br>Law Offices of Claude Lefebvre & Sons<br>P.O. Box 479<br>Pawtucket, RI 02862 |

BN 2555853v1

| | |
|---|---|
| Dated: January 21, 2009 | By: /s/ Earl P. Underwood<br>*Attorneys for Certain Opt-Out Plaintiffs*<br><br>Earl P. Underwood<br>P.O. Box 969<br>Fairhope, AL 36533 |
| Dated: January 21, 2009 | By: /s/ Daniel Edelman<br>*Attorneys for Certain Opt-Out Plaintiffs*<br><br>Daniel Edelman<br>Edelman, Combs, Latturner & Goodwin, LLC<br>120 S. LaSalle Street, 18th Floor<br>Chicago, IL 60603 |
| Dated: January 21, 2009 | By: /s/ Charles McLeod Baird<br>*Attorneys for Certain Opt-Out Plaintiffs*<br><br>Charles McLeod Baird<br>235 Peachtree Street<br>Suite 400<br>Atlanta, GA 30303-1400 |
| Dated: January 21, 2009 | By: /s/ Charles J. Roedercheimer<br>*Attorneys for Certain Opt-Out Plaintiffs*<br><br>Charles J. Roedersheimer<br>Thompson & DeVany LLP<br>1340 Woodman Drive<br>Dayton, OH 45432 |
| Dated: January 21, 2009 | By: /s/ Royce S. Lanning<br>*Attorneys for Certain Opt-Out Plaintiffs*<br><br>Royce S. Lanning<br>Gauntt, Earl & Binney, LLP<br>1400 Woodloch Forest Dr., Suite 575<br>The Woodlands, Texas 77380 |

Dated:   January 21, 2009

By: /s/ Peter Lachmann
*Attorneys for Certain Opt-Out Plaintiffs*

Peter Lachmann
Attorney At Law
250 West Main Street, Room 210
Branford, CT 06405

Dated:   January 21, 2009

By: /s/ D. Richard Black
*Attorneys for Certain Opt-Out Plaintiffs*

D. Richard Black
 283 Howard Ave.
Holland, Michigan 49424.

Dated:   January 21, 2009

By: /s/ Kevin Haeberle
*Attorneys for Certain Opt-Out Plaintiffs*

Kevin Haeberle
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, N. Y. 10019

Dated:   January 21, 2009

By: /s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated:   January 21, 2009                    By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc. CitiFinancial Mortgage; CitiResidential Lending Inc.; Deutsche Bank National Trust Company, as Trustee; HSBC Mortgage Services Inc.; GMAC ResCap; Barclays Capital; US Bank; Litton Loan Servicing; Merrill Lynch Credit Corp. ; Wells Fargo Bank, as Trustee; WM Specialty Mortgage LLC; Countrywide; Wilshire Credit Corp.; and Bank of NY Trust Co.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

## **ORDER**

Counsel for Defendants and Opt-Out Plaintiffs having so stipulated, and the Court having considered the Stipulation, **IT IS ORDERED that:**

1. All fact and expert discovery in all Opt-Out cases shall be completed by June 23, 2009.

2. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by April 21, 2009. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by May 22, 2009.

3. Counsel for all of the Opt-Out Plaintiffs have been advised of the Stipulation. This Order shall apply to all Opt-Out Plaintiffs who do not file a timely written objection within 10 days of the date on which the Stipulation is filed. The Court will consider any objection to the Stipulation, and any response to the objection, on a case-by-case basis.

**IT IS SO ORDERED.**

_____
The Honorable Marvin E. Aspen
The Honorable Morton Denlow

BN 2555853v1

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 21st day of January 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: <u>/s/ Bernard E. LeSage</u>

BN 2555853v1