# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 1/22/2009 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Company, et al | | |

**DOCKET ENTRY TEXT**

Defendants and third-party plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company LLC.'s motion for leave to file third amended consolidated third party complaint (2086) is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | `GL |
|---|---|---|