**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTIONS LISTED ON APPENDIX A | |

MDL No. 1715

Lead Case No. 1:05-cv-07097

Centralized before the
Hon. Marvin E. Aspen

January 23, 2009

**INDIVIDUAL CLAIMANTS' STEERING COMMITTEE 'S MOTION FOR EXTENSION OF TIME TO REFILE MOTIONS FOR SUMMARY JUDGMENT**

Certain Opt-Out Plaintiffs hereby move for an extension of time until April 30, 2009 to refile their Motions for Summary Judgment and state the following in support thereof:

1. On August 22, 2998, a subset of Opt-Out Plaintiffs filed a Motion for Summary Judgment, (Dkt. Nos. 2301.2303).

2. On August 27, 2008, a second subset of Opt-Out Plaintiffs filed a Motion for Summary Judgment (Dkt. Nos. 2332-2336).

3. In response, the Defendants filed two Motions to Compel the Opt-Out Plaintiffs to follow the court's November 7, 2006 scheduling order (Dkt. Nos. 2337 & 2339).

4. In a Minute Order issued December 12, 2008, (Dkt. No. 2553), the Court set January 26, 2009 as the deadline for plaintiffs' to refile their Motions for Summary Judgment.

5. The parties have a mediation scheduled for February 18 and 19 and do not wish to pursue the motion prior to that taking place.

6. Additionally, the ICSC requires additional time to solicit the input of the numerous opt-out plaintiffs whose counsel are not part of the committee.

7. Ameriquest's counsel has been contacted and has no objection to the granting of this motion.

Respectfully Submitted, the Individual Claims Steering Committee

By: /s/Daniel S. Blinn
　　Daniel S. Blinn, (ct02188)
　　Consumer Law Group, LLC
　　35 Cold Spring Road, Suite 512
　　Rocky Hill, Connecticut 06067
　　Tel. (860) 571-0408  Fax (860) 571-7457
　　dblinn@consumerlawgroup.com

## **CERTIFICATION**

I hereby certify that on this 23rd day of January, 2009, a copy of foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　/s/Daniel S. Blinn
　　Daniel S. Blinn