**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, ) ) ) ) ) ) | |
| Third-Party Plaintiffs, ) ) | |
| v. ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., ) ) ) ) | |
| Third-Party Defendants. ) | |

**OBJECTION TO JOINT STIPULATION AND PROPOSED
AMENDED SCHEDULING ORDER PENDING MEDIATION**

The undersigned Liaison Counsel submits this Objection to the Joint Stipulation and [Proposed] Amended Scheduling Order Pending Mediation (Doc. 2596) ("Joint Stipulation"), filed by Defendants and Opt-Out Plaintiffs. While Third-Party Defendants agree that discovery should be extended pending mediation, they were not consulted regarding their needs for discovery. Third-Party Defendants presume that the proposed new deadlines are flexible and can be further extended as needed. However, to the extent that the revised deadlines are inflexible, Third-Party Defendants object because they do not anticipate being able to complete discovery they may need in this case by the proposed deadline of June 23, 2009, for at least the following reasons.

First, Third-Party Defendants' next round of motions to dismiss will not be due until, at the earliest, April 2, 2009. Second, to the extent any significant number of opt-out cases are not settled at mediation, the discovery obligations may be monumental, as outlined in the Status Report filed by Defendants. Third, Third-Party Defendants have not participated in any discovery as yet; they have not examined any witnesses or propounded written discovery on any parties. Accordingly, Third-Party Defendants anticipate that it will take substantially beyond the new deadlines in the Joint Stipulation in order for them to complete discovery.

In conclusion, Third-Party Defendants do not oppose the extension of deadlines, but wish to object to the extent those deadlines are perceived as inflexible by the Court or any of the other parties.

Respectfully submitted,

By: /s/ Keith R. Verges
    Keith R. Verges

Keith R. Verges
Mark T. Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Christopher S. Naveja
Jason B. Hirsh
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

*Liaison Counsel and Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

## CERTIFICATE OF SERVICE

I, Russell W. Hubbard, hereby certify that on this 23rd day of January 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Keith R. Verges
Keith R. Verges