Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 2/3/2009 |
| **CASE TITLE** | In Re: Ameriquest Mortgage | | |

**DOCKET ENTRY TEXT**

Accordingly, we award Liaison Counsel $24,625.51 as compensation for work performed on behalf of Third-Party Defendants from June 4 through December 5, 2008. Third-Party Defendants shall reimburse Liaison Counsel pursuant to the formula previously approved by the Court. It is so ordered.

■[ For further details see text below.]   Notices mailed by Judicial staff.

**STATEMENT**

(Reserved for use by the Court)

## ORDER

Pursuant to our orders of September 8 and December 10, 2008 concerning the reimbursement of attorneys' fees (Dkt. Nos. 2347 & 2550), Liaison Counsel has filed two additional requests for reimbursement for work performed for the benefit of Third-Party Defendants as a group.

As detailed in their October 3, 2008 request and supporting documentation, Liaison Counsel seeks reimbursement for fees and expenses incurred from June 4 through September 4, 2008, totaling $8,011.00. (Dkt. No. 2437.) In their December 24, 2008 submission, Liaison Counsel requests reimbursement from Third-Party Defendants in the amount of $16,614.51 for fees and expenses incurred from September 5 through December 5, 2008. (Dkt. No. 2574.)

No Third-Party Defendant has objected to these requests. In addition, we have reviewed Liaison Counsel's supporting documentation and find these requests to be reasonable. Accordingly, we award Liaison Counsel $24,625.51 as compensation for work performed on behalf of Third-Party Defendants from June 4 through December 5, 2008. Third-Party Defendants shall reimburse Liaison Counsel pursuant to the formula previously approved by the Court. It is so ordered.