UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Ameriquest Mortgage Company, et al.
                                      Plaintiff,

v.                                                                        Case No.: 1:05−cv−07097
                                                                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen: Third−Party Defendants filed an objection (Dkt. NO. 2600) to the Joint Stipulation and Proposed amended scheduling order pending mediation (2596) to the extent those deadlines are perceived as inflexible by the Court or any of the other parties. "Objection noted." Defendants and Opt−Out plaintiffs' Joint stipulation and proposed amended scheduling order pending mediation (2596) is allowed. Enter Order.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.