070690.105

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICTOF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | No. MDL No. 1715<br><br>LEAD CASE NO. 05-CV-07097<br><br>Centralized before the Honorable Marvin E. Aspen |

## STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT SCOTT E. LAWRENCE TO RESPOND TO AMERIQUEST MORTGAGE COMPANY'S THIRD AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

WHEREAS, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served upon Third-Party Defendant Scott E. Lawrence its Third Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest has agreed to grant Scott E. Lawrence an extension of time to respond to the Third Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties, through their counsel of record, hereby respectfully request that this Court extend the time for Scott E. Lawrence to respond to the Third Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including March 5, 2009.

**IT IS SO STIPULATED AND RESPECTFULLY REQUESTED**.

Dated: February 3, 2009        Respectfully submitted:

By: /s/ Charles S. Ofstein
*Attorney for Scott Lawrence*
DONOHUE BROWN MATHEWSON & SMYTH LLC
Charles S. Ofstein (ARDC #6280741)
Donald J. Brown (ARDC #0312630)
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone: (312) 422-0900

Dated: February 3, 2009           Respectfully submitted:

                                  By: /s/ Bernard R. LeSage
                                  *Attorney for Ameriquest Mortgage Company*
                                  BUCHALTER NEMER
                                  Bernard E. LeSage
                                  Brian Herman
                                  1000 Wildhire Boulevard, Suite 1500
                                  Los Angeles, CA 90017-2457
                                  Telephone:    (213) 891-5104

## **ORDER**

Counsel for Third-Party Plaintiff, Ameriquest Mortgage Company and Third-Party Defendant, Scott Lawrence, having so stipulated, IT IS ORDERED that Scott Lawrence shall have an extension of time to respond to the Third Amended Consolidated Third-Party Complaint for a period of not more than thirty (30) days, up to and including March 5, 2009.

**IT IS SO ORDERED**.

Dated: _____, 2009

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Charles S. Ofstein, hereby certify that on this 3rd day of February, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

    By: /s/ Charles S. Ofstein
    *Attorney for Scott Lawrence*
    DONOHUE BROWN MATHEWSON & SMYTH LLC
    Charles S. Ofstein (ARDC #6280741)
    Donald J. Brown (ARDC #0312630)
    140 South Dearborn Street, Suite 800
    Chicago, IL 60603
    Telephone: (312) 422-0900