UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

**NOTICE OF INDIVIDUALS OPTING-OUT OF CLASS ACTION**

The following parties hereby provide notice to this Court that they opt-out of any class or putative class involving their Ameriquest or Argent mortgage:

      Barbara & Russell Bean of Graterford, PA

      Randy & Amii Kennedy of Greentown, IN

      Bruce Levine & Daniel McCorkle of Clifton Heights, PA

      Anthony & Jean Marie Tilford of Pottstown, PA

      Natalie Clemons of Detroit, MI

Respectfully Submitted:

Date: February 4, 2009                    /s/ Anthony P. Valach, Jr.
                                                    One of their attorneys

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
**lawofficedh@yahoo.com**

**CERTIFICATE OF SERVICE**

  I, Anthony P. Valach, Jr., hereby certify that on this 4th day of February 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


          By:  /s/ Anthony P. Valach, Jr.