**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> _____ ) <br> AMERIQUEST MORTGAGE COMPANY, a ) <br> Delaware corporation; and ARGENT ) <br> MORTGAGE COMPANY LLC, a Delaware ) <br> limited liability company, ) <br>  ) <br> Third-Party Plaintiffs, ) <br> v. ) <br>  ) <br> NORTHWEST TITLE AND ESCROW ) <br> CORPORATION, a Minnesota corporation, ) <br> et al., ) <br>  ) <br> Third-Party Defendants. ) | MDL No. 1715 <br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable <br> Marvin E. Aspen |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO
THIRD AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

Third-Party Defendant, Midwest Home Funding, LLC, by and through its attorney Cheryl A. Perry, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves this Court for an extension of time to answer or otherwise plead to the Third Amended Consolidated Third-Party Complaint. In support thereof, Midwest Home Funding, LLC, states as follows:

1. Third-Party Plaintiff filed its Third Amended Consolidated Third-Party Complaint naming Midwest Home Funding, LLC, as a third-party defendant, on January 23, 2009.

2. Midwest Home Funding, LLC, was served with the summons and Third Amended Consolidated Third-Party Complaint on January 15, 2009. Its response is due February 4, 2009.

3. Midwest Home Funding, LLC, has recently retained the undersigned counsel to

represent it in this matter.

4. Counsel for Midwest Home Funding, LLC, requests an extension of time up to and including March 4, 2009, to answer or otherwise plead in this matter so that she can become familiar with the Ameriquest Mortgage Lending Practices Litigation and properly investigate this matter.

WHEREFORE, Midwest Home Funding, LLC, prays that this Court grant it an extension of time up to and including March 4, 2009, to answer or otherwise plead to the Third Amended Consolidated Third-Party Complaint.

                                                       Respectfully Submitted,
                                                       MIDWEST HOME FUNDING, LLC

                                                       By: /s/ Cheryl A. Perry
                                                               One of Its Attorneys

Cheryl A. Perry (ARDC #6283738)
Law Office of Cheryl A. Perry
19065 Hickory Creek Drive, Suite 150
Mokena, Illinois 60448
(708) 479-8855 (ph)
(708) 479-8877 (fax)
cheryl@caplawoffice.com

CERTIFICATE OF SERVICE

I, Cheryl A. Perry, an attorney, certify that a true and correct copy of the foregoing Motion was filed electronically and served on all counsel of record by operation of this Court's electronic filing system, on this 4th day of February, 2009.

                                                                  /s/ Cheryl A. Perry