**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> _____ ) <br> AMERIQUEST MORTGAGE COMPANY, a ) <br> Delaware corporation; and ARGENT ) <br> MORTGAGE COMPANY LLC, a Delaware ) <br> limited liability company, ) <br> ) <br> Third-Party Plaintiffs, ) <br> v. ) <br> ) <br> NORTHWEST TITLE AND ESCROW ) <br> CORPORATION, a Minnesota corporation, ) <br> et al., ) <br> ) <br> Third-Party Defendants. ) | MDL No. 1715 <br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable <br> Marvin E. Aspen |

**NOTICE OF MOTION**

To:  SEE CERTIFICATE OF SERVICE

Please take notice that on **Thursdsay, February 12, 2009,** at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen, or any other judge sitting in his place and stead, in courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois and present Midwest Home Funding, LLC's Motion for an Extension of Time to Answer or Otherwise Plead to Third Amended Consolidated Third-Party Complaint, a copy of which is attached hereto.

Respectfully submitted,
MIDWEST HOME FUNDING, LLC


By:      /s/ Cheryl A. Perry

Cheryl A. Perry (ARDC #6283738)
Law Office of Cheryl A. Perry
19065 Hickory Creek Drive, Suite 150
Mokena, Illinois 60448
(708) 479-8855 (ph)
(708) 479-8877 (fax)
cheryl@caplawoffice.com

CERTIFICATE OF SERVICE

      I, Cheryl A. Perry, an attorney, certify that a true and correct copy of the foregoing Notice and Motion therein described were filed electronically and served on all counsel of record by operation of this Court's electronic filing system, on this 4th day of February, 2009.

                                                                       /s/ Cheryl A. Perry