U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                      Case Number: 05 CV 07097

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDNIG PRACTICES
LITIGATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRAVIS MORTGAGE LLC

| | |
|---|---|
| NAME (Type or print) KATHRYN MACKEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kathryn Mackey | |
| FIRM CLAUSEN MILLER, P.C. | |
| STREET ADDRESS 10 South La Salle Street | |
| CITY/STATE/ZIP Chicago, Illinois   60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6297087 | TELEPHONE NUMBER 312-855-1010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

STATE OF ILLINOIS   )
                    )  SS
COUNTY OF COOK      )

### CERTIFICATE OF SERVICE

      The undersigned, a non attorney, being first duly sworn upon oath, deposes and states that the attached ***ATTORNEY APPEARANCE (for KATHRYN MACKEY)*** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois on the 6th day of February, 2008, on behalf of Third Party Defendant, **TRAVIS MORTGAGE LLC,** and that a true and correct copy of said document will be served electronically to counsel of record via the ECF System.

                                        /s/ Rosanne Abraham

[√]    Under penalties as provided by law, I certify that the statements set forth herein are true and correct.