IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 1:05-cv-07097 <br><br> Centralized before the <br> Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO THE INDIVIDUAL ACTION NAMED BELOW | ) ) ) ) ) ) ) | FEBRUARY 9, 2009 |
| Mary Ann Richards, <br>   Plaintiff <br><br> v. <br><br> Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Argent Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4, and Argent Mortgage Company, <br>   Defendants | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:09-cv-00215 <br><br> Hon. Marvin E. Aspen |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT ON CONSENT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby moves for leave to amend her complaint dated October 20, 2008, accordingly. The purpose of amending the complaint is to add in an additional defendant, Argent Mortgage Company ("Argent"). Argent was the originator of the mortgage loan at issue. Plaintiff's counsel has contacted Defendant's counsel who consents to the granting of this Motion. A copy of said Amended Complaint is attached hereto.

        PLAINTIFF,
        Maryanne Richards

By:  /s/Daniel S. Blinn
      Daniel S. Blinn (ct02188)
      dblinn@consumerlawgroup.com
      Consumer Law Group, LLC
      35 Cold Spring Rd.; Suite 512
      Rocky Hill, Connecticut 06067
      Tel. (860) 571-0408  Fax (860) 571-7457

## CERTIFICATION

I hereby certify that on this 9th day of February, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/Daniel S. Blinn
      Daniel S. Blinn