## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 05CV7097      Assigned/Issued By: DAJ

Judge Name:      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☒ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons      ☐ Alias Summons

☒ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Other

☐ Writ _____
             *(Type of Writ)*

_____
_____
*(Type of issuance)*

1 Original and 0 copies on 02/13/09 as to TRISTAR TITLE INC.
                                       *(Date)*