## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 2/17/2009 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for leave to amend complaint on consent (Doc. No. 2620) to add in an additional defendant, Argent Mortgage Company is granted.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GL |
|---|---|---|