IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR CERTAIN THIRD-PARTY DEFENDANTS AND TO RESIGN AS LIAISON COUNSEL

Keith Verges, Mark Davenport, Don Colleluori, and Russell W. Hubbard of Figari & Davenport, LLP, and John L. Ropiequet, Christopher S. Naveja, and Jason B. Hirsh of Arnstein & Lehr, LLP (collectively the "Attorneys") move this Court to withdraw their appearance as counsel for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company (the "LandAmerica Companies"), and state as follows:

1.      Attorneys entered their appearances in this matter on behalf of the LandAmerica Companies on November 8, 2007, December 3, 2007, September 30, 2008, and October 9, 2008 (Doc. Nos. 1579-82, 1704, 1712, 1716, 1717, 1720, 2426, 2444).

2.     Albert Fowerbaugh ("Fowerbaugh") appeared as counsel for the LandAmerica Companies on November 2, 2007 (Doc. No. 1526).

3.     At the request of the LandAmerica Companies, Attorneys will no longer represent the LandAmerica Companies and Fowerbaugh will continue his representation as counsel for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, and Commonwealth Land Title Company in this matter as lead counsel.[1]

4.     Keith Verges also resigns as Liaison Counsel for Third-Party Defendants. Although the Third-Party Defendant Steering Committee has yet to nominate a successor for the Liaison Counsel position, John Ropiequet, who is withdrawing as counsel for the LandAmerica Companies, and James Borcia, counsel for Third-Party Defendants The Mortgage Store and Michigan Trust Title Agency, LLC, have both expressed interest in the position. Liaison Counsel therefore anticipates that the position will not remain vacant. Liaison Counsel will assist Third-Party Defendants and the Third-Party Defendant Steering Committee in the transition to new Liaison Counsel.

5.     This Motion is made without prejudice to Liaison Counsel's application and award of fees. Liaison Counsel will continue to undertake collection of fees already awarded and will make a final application for fees for the first quarter of 2009, up through the date Liaison Counsel's resignation is confirmed.

Accordingly, Attorneys respectfully request that the Court enter an order allowing them to withdraw their appearances on behalf of the LandAmerica Companies, and allowing Keith Verges to withdraw as Liaison Counsel for Third-Party Defendants.

---

[1] LandAmerica Financial Group, Inc. filed a suggestion of bankruptcy on December 4, 2008 (Doc. No. 2544) and has subsequently been dropped as a Third-Party Defendant from this matter.

Respectfully submitted,


By:/s/ John L. Ropiequet
    John L. Ropiequet

Keith R. Verges
Mark T. Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

John L. Ropiequet
Christopher S. Naveja
Jason B. Hirsh
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone (312) 876-7100
Facsimile (312) 876-0288

*Liaison Counsel and Attorneys for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, LandAmerica Financial Group, Inc., and Commonwealth Land Title Company*

## CERTIFICATE OF SERVICE

I, John L. Ropiequet, hereby certify that on this 19th day of February, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John L. Ropiequet
John L. Ropiequet