IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, <br><br>       Third-Party Plaintiffs, <br><br> v. <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., <br><br>       Third-Party Defendants. | |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on **February 26, 2009, at 10:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Marvin E. Aspen or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2568 of the Dirksen Federal Courthouse, and will then and there present the **Motion to Withdraw as Counsel for Certain Third Party Defendants and to Resign as Liaison Counsel** for certain attorneys for the LandAmerica Companies.

                                                            Respectfully submitted,

                                                    BY: /s/John L. Ropiequet

John L. Ropiequet
Christopher S. Naveja
Jason B. Hirsh
Arnstein & Lehr LLP
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100

8356522v1

## **CERTIFICATE OF SERVICE**

John L. Ropiequet, an attorney, certifies that on **February 19, 2009,** he electronically filed the within **Notice of Motion** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

By: /s/ John L. Ropiequet