**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. )<br>MORTGAGE LENDING PRACTICES )<br>LITIGATION )<br>                                                                              )<br>_____) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |
| KATRINA D. PURDY-ROTH and )<br>JERRY ROTH, )<br>)<br>        Plaintiffs, )<br>)<br>        v. )<br>)<br>ARGENT MORTGAGE COMPANY, LLC; )<br>AMERICAN RESIDENTIAL MORTGAGE; )<br>DEUTSCHE BANK NATIONAL TRUST )<br>COMPANY, ARGENT SECURITIES, INC., )<br>Asset Backed Pass-Through Certificates, Series )<br>2003-W8, CITI RESIDENTIAL LENDING, INC., )<br>and DOES 1-5, )<br>)<br>        Defendants. ) | 06 C 1738<br><br>(Originally Case No. 1:05-cv-1618-<br>DFH/VSS (S.D. Ind.))<br><br>Transferred to Judge Aspen for<br>pretrial proceedings under MDL<br>#1715, Lead Case #05 C 7097<br><br>**JURY DEMANDED** |

**PLAINTIFFS' MOTION FOR ENTRY OF ORDER OF DEFAULT AGAINST
<u>AMERICAN RESIDENTIAL MORTGAGE</u>**

        Plaintiffs, Katrina D. Purdy-Roth and Jerry Roth, respectfully asks the Court to enter an order of default against defendant American Residential Mortgage.

        In support of this motion, plaintiffs state as follows:

        1.     Plaintiffs filed their complaint on October 26, 2005, alleging violations of the Truth in Lending Act, 15 U.S.C. §1601 et seq. ("TILA"), and implementing Federal Reserve Board

1

Regulation Z, 12 C.F.R., part 226.

  2. Plaintiffs served HWB, Inc., doing business as American Residential Mortgage, through its registered agent, Mark A. Weddle, on April 26, 2008. <u>Exhibit A</u>.

  3. Fed. R. Civ. P. 12(a)(1) requires a defendant to serve an answer to a complaint "within 20 days after being served with the summons and complaint."

  4. HWB, Inc., d/b/a American Residential Mortgage, was required to appear and serve an answer to plaintiffs' complaint on or before May 16, 2008.

  6. As of February 20, 2009, HWB, Inc., d/b/a American Residential Mortgage has neither filed an appearance, filed an answer to the complaint, nor otherwise plead.

  WHEREFORE, plaintiffs respectfully request that this Court enter an order of default against HWB, Inc., d/b/a American Residential Mortgage, and set the matter for prove up.

          Respectfully submitted,

          s/ Cathleen M. Combs
          Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs

**CERTIFICATE OF SERVICE**

        I, Cathleen M. Combs, hereby certify that on February 23, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was also sent by U.S. mail to parties without an email address.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Alan A. Bouwkamp
Newton Becker Bouwkamp
3755 E. 82nd St.
Indianapolis, IN 46240

HWB, Inc., d/b/a American Residential Mortgage
c/o Registered Agent
Mark A. Weddle
4409 Sophia Ct.
Bloomington, IN 47401

                                              s/ Cathleen M. Combs
                                              Cathleen M. Combs