# EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Katrina D. Purdy-Roth and Jerry Roth

CASE NUMBER: 06 C 1738

V.

ASSIGNED JUDGE: Judge Aspen

Argent Mortgage Company, LLC, American Residential Mortgage, Deutsche Bank National Trust Company, N.A., Argent Securities, Inc., Citi Residential Lending, Inc., and Does 1-5

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

American Residential Mortgage
c/o Registered Agent
Mark A. Weddle
1923 S. Liberty Dr.
Bloomington, IL 47403

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman Combs Latturner & Goodwin
120 S. LaSalle St.
18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature: Cynthia Mercado]*

--------------------------------------
(By) DEPUTY CLERK

**March 12, 2008**
--------------------------------------
Date

1-800-310-8857
812-334-8857
fax 812-334-2274
PO Box 2603
Bloomington, IN
47402

**trace**\tras\*vt* **1** to determine the course of, esp. by going backward from the latest evidence **2** fot follow the development or history of **3** to find out, to discover, to ascertain by **investigations**®

www.traceinvestigations.com
indiana license no pi20700048

## AFFIDAVIT OF SERVICE

Date: April 29, 2008

Re: U.S. District Court, Northern District of Illinois, Case Number 06C1738
Katrina D. Purdy-Roth and Jerry Roth vs. Argent Mortgage Company. LLC, et al.
**Service of Process on American Residential Mortgage**

On Saturday, April 26, 2008 at approximately 10:55a.m., a Summons and Amended Complaint in the above referenced matter was personally served upon Mark A. Weddle as registered agent for American Residential Mortgage, at 4409 Sophia Court, Bloomington, Indiana 47401.

FURTHER AFFIANT SAYETH NAUGHT

Don C. Johnson
Private Process Server


Sworn before me this 21st day of APRIL, 2008, County of Monroe. State of Indiana. My Commission expires October 20, 2014.

Notary Printed Name: Rebecca M. Johnson

Notary Signature: _____

Member National Association of Professional Process Servers