# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of | Case Number: 05-cv-07097

Ameriquest Mortgage Company
Mortgage Lending Practices Litigation
Ameriquest Mortgage Company, et al.
v.
Northwest Title and Escrow Corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Richmond Title Services, LP

| | |
|---|---|
| NAME (Type or print) Matthew D. Matkov | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Matthew D. Matkov | |
| FIRM Saltz Polisher P.C. | |
| STREET ADDRESS 993 Old Eagle School Road, Suite 412 | |
| CITY/STATE/ZIP Wayne, PA 19087 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 93661 | TELEPHONE NUMBER 610-964-3333 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |