# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1715 <br> ) Lead Case No. 05-CV-7097 <br> ) <br> ) <br> ) Centralized before the <br> ) Honorable Marvin E. Aspen |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The Weathers Law Office respectfully moves this Court for leave to withdraw as counsel of record for Third Party Defendant Mortgage Information Services, Inc. In support of its motion, movant states as follows:

1. Weathers Law Office of Indianapolis, Indiana and Rathje & Woodward, LLC of Wheaton, Illinois have filed appearances as counsel for Mortgage Information Services, Inc. in connection with this multi-district litigation.

2. In an effort to avoid duplication of effort by counsel, Weathers Law Office now seeks to withdraw as counsel for Mortgage Information Services, Inc. Mortgage Information Services has agreed to this withdrawal.

3. Rathje & Woodward, LLC will continue to represent Mortgage Information Services, Inc. in connection with this litigation.

4. The relief sought herein will not delay the progress of this litigation, nor will it prejudice any parties to this matter.

WHEREFORE, Weathers Law Offices, counsel of record for Mortgage Information Services, Inc., respectfully requests that this Honorable Court grant it leave to withdraw as counsel of record in the above-entitled matter.

Dated: February 26, 2009                     Respectfully submitted,


/s/ Scott A. Weathers
Scott A. Weathers (IN Atty. No. 11355-49)
Weathers Law Offices
333 N. Pennsylvania St., Suite 200
Indianapolis, IN 46204
Tel. 317-822-8010

## CERTIFICATE OF SERVICE

I certify that on February 26, 2009, the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's electronic filing system.

/s/Timothy D. Elliott