IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) | MDL No. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

### NOTICE OF MOTION

To:   See attached

Please take notice that on the 3rd day of March, 2009, at 10:30 a.m., I shall appear before the Honorable Judge Marvin E. Aspen and present the attached Motion for Leave to Withdraw as Counsel in the courtroom 2568 in the Dirksen Federal Building, a copy of which is attached hereto and hereby served upon you.

Dated: February 26, 2009               Respectfully submitted,

/s/Timothy D. Elliott
Timothy D. Elliott (ARDC 6237023)
RATHJE & WOODWARD, LLC
300 East Roosevelt Rd., Suite 300
Wheaton, IL 60187
Telephone: (630) 668-8500
Facsimile: (630) 668-7350