# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.

　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:05−cv−07097
　　　　　　　　　　　　　　　　　　　　　　　Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2009:

　　　　MINUTE entry before the Honorable Marvin E. Aspen:The Weathers Law Office's Motion to withdraw as attorney [2636] for Third−party defendant Mortgage Information Services, Inc., is granted. Motion terminated. Attorney Scott A. Weathers and The Weathers Law Office terminated. Rathje & Woodward, LLC wil continue to represent Mortgage Information Services, Inc. in connection with this litigation. The motion hearing set for 3/3/09 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.