**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO DOCKET NO. 730 | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) <br><br> Magistrate Judge Morton Denlow |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER PROVISIONS TO CLASS PLAINTIFFS' EXPERT**

WHEREAS, Borrower Class Plaintiffs have retained the services of RUST Consulting Inc. ("RUST") to analyze loan level data ("Loan Data");

WHEREAS, Borrower Class Plaintiffs and Defendants Argent Mortgage Company; LLC Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc. (together, "Defendants") have entered into and the Court has approved the Stipulated Protective Order [Docket No. 730] to protect the confidentiality of the borrowers' privacy;

NOW THEREFORE, Borrower Class Plaintiffs and Defendants stipulate as follows:

1. The terms and conditions of the Stipulated Protective Order, as filed with the Court on April 26, 2007 [Docket No. 730], shall be extended to include RUST;

2. Any Loan Data disclosed to RUST shall be used solely in connection with the MDL settlement discussions and all such Loan Data shall be immediately

returned to Defendants upon completion of its assignments from Class Plaintiffs' counsel;

3. RUST hereby agrees to abide by the terms and conditions of this Court's Protective Order and that any violation of the Court's Protective Order will subject RUST to the personal jurisdiction of the Court for all enforcement proceedings, including but not limited to, contempt of court.

**IT IS SO STIPULATED:**

Dated: March 4, 2009      By: */s/ Gary Klein, on behalf of*
                              Attorneys for Borrower Class Plaintiffs

                                          Gary Klein
                                          Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Kelly M. Dermody
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Dated: March 4, 2009      By: */s/ Bernard E. LeSage*
                              Attorneys for Ameriquest Mortgage

                                                Company; AMC Mortgage Services, Inc., Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

                                                Bernard E. LeSage  
                                                Sara K. Andrus  
                                                BUCKHALTER NEMER,  
                                                A Professional Corporation  
                                                1000 Wilshire Boulevard, Suite 1500  
                                                Los Angeles, CA 90017-2457

Dated: March 4, 2009                  By: */s/ TJ Weigand/AMS*  
                                                *Attorneys for Argent Mortgage Company, LLC*

                                                Thomas J. Wiegand  
                                                WINSTON & STRAWN LLP  
                                                35 W. Wacker Drive  
                                                Chicago, IL 60601-9703

Dated: March 4, 2009                  By: /s/ *Alan N. Salpeter*  
                                                *Attorneys specially appearing for Roland Arnall*

                                                Alan N. Salpeter  
                                                Vincent P. Schmeltz III  
                                                DEWEY & LeBOEUF LLP  
                                                Two Prudential Plaza, Suite 3700  
                                                180 N. Stetson Avenue  
                                                Chicago, IL 60601

Dated: March 4, 2009                  By: /s/ *Matt Potter*  
                                                RUST Consulting, Inc.

## **[PROPOSED] ORDER**

1. Counsel for Borrower Class Plaintiffs, RUST Consulting, Inc. and Defendants having so stipulated, and the Court having considered the Stipulation,

**IT IS SO ORDERED.**


Dated: _____, 2009   _____
The Honorable Morton Denlow
United States District Court Magistrate Judge

**CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 4th day of March 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Bernard E. LeSage

BN 2694511v1