# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 3/4/2009 |
| **CASE TITLE** | In re: Ameriquest Mortgage Company | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for leave to file second amended complaint, instanter (2641) to add as a defendant Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as successor to JPMorgan Chase Bank, N.A., as Trustee of series RAMP 2005-RP3 is granted. The motion hearing set for 3/10/09 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|