**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

**MOTION TO WITHDRAW APPEARANCE OF CHARLES A. VALENTE AS COUNSEL FOR OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**

Third Party Defendant, OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY ("ORT"), by its undersigned counsel, hereby moves for leave to withdraw the appearance of Charles A. Valente, filed on October 16, 2007. In support of its Motion, ORT states as follows:

1. Undersigned counsel formerly was associated with the firm of Krasnow Saunders Cornblath, LLP.

2. Undersigned counsel has since become associated with a new firm, Johnston Greene, LLC.

3. Charles A. Valente is still associated with the firm of Krasnow Saunders Cornblath, LLP.

4. Charles A. Valente no longer represents ORT.

5. ORT continues to be represented by Andrew R. Greene and Emily Wolf.

WHEREFORE, ORT respectfully request this Court enter an Order granting Charles A. Valente leave to withdraw his appearance as counsel for ORT.

                                          Respectfully submitted,

By:    /s Andrew R. Greene
            Andrew R. Greene

Andrew R. Greene
JOHNSTON GREENE LLC
542 S. Dearborn Street, Suite 1310
Chicago, IL 60605
(312) 341-3900