**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on March 24, 2009 at 10:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Marvin E. Aspen, or any Judge sitting in his place or stead, in Room 2568 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Motion to Withdraw Appearance of Charles A. Valente as Counsel for Old Republic National Title Insurance Company*.

By: /s/ Andrew. R. Greene
Attorney for Old Republic National Title

Andrew R. Greene (ARDC #6225072)
Johnston Greene, LLC
542 S. Dearborn Street, Suite 1310
Chicago, IL 60605
(312) 341-3900

**CERTIFICATE OF SERVICE**

I, Andrew R. Greene, an attorney of record in this matter, hereby state that on March 6, 2009, I electronically filed the foregoing Notice of Motion and documents referenced therein, using the CM/ECF SYSTEM which will send notification to all attorneys of record before the hour of 5:00 p.m. on March 6, 2009.

By: /s/ Andrew. R. Greene

Johnston Greene, LLC
542 S. Dearborn Street, Suite 1310
Chicago, IL 60605
(312) 341-3900