31601/04888/RGS/SJB

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: AMERIQUEST MORTGAGE CO., )
MORTGAGE LENDING PRACTICES )
LITIGATION, )
)
          Plaintiff, )   No. 05-CV-7097
)   Judge Marvin E. Aspen
     v. )
)
AMERIQUEST MORTGAGE COMPANY, et al., )
)
          Defendants. )

### JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE APPEARANCE ON BEHALF OF LAW OFFICES OF GEORGE T. CROWLEY

WHEREAS, Law Offices of George T. Crowley was named as a third-party defendant in defendants/third-party plaintiffs Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company, LLC's ("Argent") Third Amended Consolidated Third-Party Complaint filed on January 23, 2009;

WHEREAS, Law Offices Of George T. Crowley was served with a third-party summons in a civil action and a copy of the Third Amended Consolidated Third-Party Complaint on January 30, 2009;

WHEREAS, counsel for Law Offices of George T. Crowley, Scott J. Brown and Rudolf G. Schade of Cassiday Schade LLP, were unable to file appearances on behalf of this third-party defendant due to the electronic database for this MDL proceeding not having Law Offices of George T. Crowley listed as a party to this case until March 5, 2009;

NOW THEREFORE, third-party defendant Law Offices of George T. Crowley and defendants/third-party plaintiffs Ameriquest and Argent stipulate that Law Office of George T. Crowley should be allowed leave of Court to file its appearance in this case.

**IT IS SO STIPULATED:**

Dated: March 6, 2009         By:    /s/ Brian Newman, on behalf of
                                    Attorney for AMERIQUEST MORTGAGE
                                    COMPANY; AMC MORTGAGE
                                    SERVICES, INC.; TOWN & COUNTRY
                                    CREDIT CORPORATION; AMERIQUEST
                                    CAPITAL CORPORATION; TOWN &
                                    COUNTRY TITLE SERVICES, INC.; and
                                    AMERIQUEST MORTGAGE
                                    SECURITIES, INC.

                                    Bernard E. LeSage, Esq.
                                    Brian K. Newman, Esq.
                                    Buchalter Nemer, P.C.
                                    1000 Wilshire Blvd.
                                    Suite 1500
                                    Los Angeles, CA 90017-2457
                                    Telephone: (213) 891-0700
                                    Facsimile: (213) 896-0400

Dated: March 6, 2009         By:    /s/ Thomas J. Wiegand, on behalf of
                                    Attorneys for ARGENT MORTGAGE
                                    COMPANY, LLC

                                    Thomas J. Wiegand
                                    Winston & Strohm, LLP
                                    35 W. Wacker Drive
                                    Chicago, IL 60601
                                    Telephone: (312) 558-5600
                                    Facsimile: (312) 558-5700

Dated: March 6, 2009         By:    /s/ Scott J. Brown, on behalf of
                                    Attorney for THE LAW OFFICES OF
                                    GEORGE T. CROWLEY

                                    Scott J. Brown
                                    Cassiday Schade LLP
                                    20 N. Wacker Drive
                                    Suite 1000
                                    Chicago, IL 60606
                                    Telephone: (312) 641-3100
                                    Facsimile: (312) 444-1669

## [PROPOSED ORDER] OF

1. Counsel for the third-party defendant Law Offices of George T. Crowley and defendant/third-party plaintiffs Ameriquest and Argent having so stipulated, and the Court having considered the Stipulation:

**IT IS SO ORDERED** that third-party defendant Law Offices of George T. Crowley is granted leave of court to file its appearance in this matter.

Dated: _____ 2009

_____
The Honorable Morton Denlow
United States District Court Magistrate Judge

## **CERTIFICATE OF SERVICE**

I, Scott J. Brown, hereby certify that on this 6th day of March 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this file will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. The parties may access this filing through the court system.

_____
Scott J. Brown

7219688 SBROWN;DMARTINE