# EXHIBIT A

Case 1:08-cv-06449    Document 13    Filed 01/21/2009    Page 1 of 1

# United States District Court
# Northern District of Illinois



In the Matter of

Russell Bean, et al

v.                                                        Case No. 08 C 6449

Ameriquest Mortgage Company                               Designated Magistrate Judge
                                                          Morton Denlow

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **James B. Zagel** to be related to **05C7097 (MDL-1715)**, which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

                                                          Judge Marvin Aspen

Dated: January 20, 2009

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Marvin Aspen.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

                                                          Chief Judge James F. Holderman

Dated: JAN 21 2009

Finding of Relatedness (Rev. 9/99)