IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br>_____) <br> ) <br> CHRISTOPHER & PEGGY NEUBECK and ) <br> SAMUEL & KIMBERLY KIRK, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY and ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, ) <br> Defendants. ) | MDL NO. 1715 <br><br> Lead Case No. 05 C 07097 <br><br> (Centralized before Judge Aspen) <br><br><br><br><br><br><br><br> No. 09 C 795 <br><br> Judge Kendall |

## NOTICE OF MOTION

TO:  Daniel Mark Harris
  The Law Offices of Daniel Harris
  150 North Wacker Drive
  Suite 3000
  Chicago, Illinois  60606

PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Tuesday, March 24, 2009, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendant's (Agreed) Motion For Reassignment of Related Action**, a copy of which was previously served upon you.

Dated:  March 9, 2009                                  Respectfully submitted,

                                                      AMERIQUEST MORTGAGE COMPANY,
                                                     Defendant


                                                     By: s/ Jonathan N. Ledsky
                                                          One of its Attorneys


Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60606
(312) 341-9400

## CERTIFICATE OF SERVICE

       I, Jonathan N. Ledsky, an attorney, hereby certify that a true and correct copy of the foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing upon:

                                Daniel Mark Harris
                              lawofficedh@yahoo.com

                              Anthony P. Valach, Jr.
                            anthonyvalach@sbcglobal.net

this 9th day of March, 2009.

                                                          s/Jonathan N. Ledsky