IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) ) ) ) ) | Lead Case No. 05-cv-07097 <br><br> Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| JACQUELINE BUCKNER, | ) ) | 05 C 6808 |
| Plaintiff, | ) ) | |
| | ) | Judge Gottschall |
| v. | ) ) | Magistrate Judge Schenkier |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass-Through Certificates, Series 2004-R8 under the Pooling & Servicing Agreement dated as of August 1, 2004, Without Recourse, AMC MORTGAGE SERVICES, INC., PRICE RITE APPRAISAL, INC.; GREGORY L. DARLING A/K/A GREG DARLING; and DOES 1-5, | ) ) ) ) ) ) ) ) ) ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |
| Defendants. | ) ) | **JURY DEMANDED** |

**PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT AGAINST
<u>GREGORY L. DARLING, a/k/a GREG DARLING</u>**

Plaintiff, Jacqueline Buckner, respectfully asks the Court to enter an order of default against defendant Gergory L. Darling, a/k/a Greg Darling.

In support of this motion, plaintiffs state as follows:

1.   Plaintiff filed her complaint on December 1, 2005, alleging violations of the

1

Truth in Lending Act, 15 U.S.C. §1601 et seq. ("TILA"), and implementing Federal Reserve Board Regulation Z, 12 C.F.R., part 226.

  2. Plaintiff served Gergory L. Darling, a/k/a Greg Darling, through a process server on August 30, 2008.  Exhibit A.

  3. Fed. R. Civ. P. 12(a)(1) requires a defendant to serve an answer to a complaint "within 20 days after being served with the summons and complaint."

  4. Gergory L. Darling, a/k/a Greg Darling, was required to appear and serve an answer to plaintiff's complaint on or before September 19, 2008.

  5. As of March 9, 2009, Gergory L. Darling, a/k/a Greg Darling has neither filed an appearance, filed an answer to the complaint, nor otherwise plead.

  WHEREFORE, plaintiff respectfully requests that this Court enter an order of default against Gergory L. Darling, a/k/a Greg Darling, and set the matter for prove up.

          Respectfully submitted,

          s/ Cathleen M. Combs
          Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs

## **CERTIFICATE OF SERVICE**

I, Cathleen M. Combs, hereby certify that on March 9, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was also sent by U.S. mail to parties without an email address.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Harold Hilborn
hhilborn@vbhlc.com

Gregory L. Darling
2952 N. Ridgeway Ave.
Apt. 1N
Chicago, IL 60618

s/ Cathleen M. Combs
Cathleen M. Combs
