# EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

Jacqueline Buckner

CASE NUMBER: 05 C 6808

V.

ASSIGNED JUDGE: Judge Aspen

Ameriquest Mortgage Company, Deutsche Bank National Trust Company, N.A., Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Price Rite Appraisal, Inc., Gregory L. Darling a/k/a Greg Darling, and Does 1-5

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Gregory L. Darling
2952 N. Ridgeway Ave.
Apt. 1N
Chicago, IL 60618

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman Combs Latturner & Goodwin
120 S. LaSalle St.
18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

J Cervantes
------------------------------
(By) DEPUTY CLERK

August 25, 2008
------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 08-30-08 |
| NAME OF SERVER (PRINT) DON C. HAWORTH | TITLE | PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *residence* *with defendant. Mr. Darling* —

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): *Stated he was defendant.* —

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08 30 08    *Don C. Haworth*
          Date                Signature of Server

DON C. HAWORTH
CHICAGOLAND DETECTIVE SERVICES INC.
2223 W. LYNDALE SUITE R-1
      Address of Server    CHICAGO IL 60647

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.