**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| JACQUELINE BUCKNER, | ) ) | 05 C 6808 |
| Plaintiff, | ) ) ) | Judge Gottschall |
| v. | ) ) | Magistrate Judge Schenkier |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass-Through Certificates, Series 2004-R8 under the Pooling & Servicing Agreement dated as of August 1, 2004, Without Recourse, AMC MORTGAGE SERVICES, INC., PRICE RITE APPRAISAL, INC.; GREGORY L. DARLING A/K/A GREG DARLING; and DOES 1-5, | ) ) ) ) ) ) ) ) ) ) ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |
| Defendants. | ) ) | **JURY DEMANDED** |

**NOTICE OF MOTION**

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Tuesday, March 24, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT AGAINST GREGORY L. DARLING, a/k/a GREG DARLING,** a copy of which is hereby served upon you.

            s/ Cathleen M. Combs
            Cathleen M. Combs


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)


**CERTIFICATE OF SERVICE**

  I, Cathleen M. Combs, hereby certify that on March 9, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Jonathan N. Ledsky<br>jledsky@vbhlc.com | Gregory L. Darling<br>2952 N. Ridgeway Ave.<br>Apt. 1N |
| Craig Allen Varga<br>cvarga@vbhlc.com | Chicago, IL 60618 |
| Harold Hilborn<br>hhilborn@vbhlc.com | |


            s/ Cathleen M. Combs
            Cathleen M. Combs