IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before the Honorable Marvin E. Aspen |

**AGREED EXTENSION OF TIME FOR THIRD-PARTY DEFENDANT HERITAGE TITLE TO RESPOND TO AMERIQUEST MORTGAGE COMPANY AND ARGENT MORTGAGE COMPANY LLC'S THIRD AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

WHEREAS, on January 23, 2009, Third-Party Plaintiffs Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company LLC ("Argent") filed its Third Amended Consolidated Third-Party Complaint.

WHEREAS, Ameriquest and Argent have agreed to grant Heritage Title an extension of time to respond to the Third Amended Consolidated Third-Party Complaint.

NOW THEREFORE, the parties hereby respectfully request that this Court extend the time for Heritage Title, to respond to the Third Amended Consolidated Third-Party Complaint up to and including April 6, 2009.

**IT IS SO AGREED AND RESPECTFULLY REQUESTED.**

Dated: March 11, 2009          Respectfully Submitted,

By: */s/* Cinthia G. Motley

*Attorney for Heritage Title Services*
Cinthia G. Motley, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
120 North LaSalle Street, 26th Floor
Chicago, Illinois 60602
(312) 704-0550x132
fax (312) 704-1522
Cinthia.Motley@wilsonelser.com

564670.1

Dated:  March 11, 2009           Respectfully Submitted,

                                 By: */s/* Bernard E. LeSage,

                                 *Attorney for Ameriquest Mortgage Company*

                                 Bernard E. LeSage, Esq.
                                 BUCHALTER NEMER, P.C.
                                 1000 Wilshire Boulevard, Suite 1500
                                 Los Angeles, CA 90017
                                 (213) 891-0700 Telephone
                                 (213) 896-0400 Facsimile

Dated:  March 11, 2009           Respectfully Submitted,

                                 By: /s/ Thomas J. Wiegand

                                 *Attorney for Argent Mortgage Company LLC*

                                 Thomas J. Wiegand, Esq.
                                 Winston & Strawn LLP
                                 35 West Wacker Drive
                                 Chicago, IL 60601
                                 (312) 558-5600 Telephone
                                 (312) 558-5700 Facsimile

564670.1

**ORDER**

Counsel for Third-Party Plaintiffs, Ameriquest Mortgage Company and Argent Mortgage Company, LLC and Third-Party Defendant, Heritage Title, having agreed to an extension, IT IS ORDERED that Heritage Title shall have an extension of time to respond to the Third Amended Consolidated Third-Party Complaint up to and including April 6, 2009.

**IT IS SO ORDERED.**

Dated: _____, 2009

_____
THE HONORABLE MARVIN E. ASPEN
UNITED STATES DISTRICT COURT JUDGE

564670.1

**CERTIFICATE OF SERVICE**

    I, Cinthia G. Motley, hereby certify that on this 11th day of March 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    By: */s/*   Cinthia G. Motley

564670.1