U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Ameriquest Mortgage Company and Argent Mortgage Company, LLC vs. Northwest Title and Escrow Corporation, Heritage Title, et al. | Case Number: MDL 1715<br>Lead Case No.05-cv-07097 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
HERITAGE TITLE

| |
|---|
| NAME (Type or print)<br>REBECCA M. ROTHMANN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ REBECCA M. ROTHMANN |
| FIRM<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| STREET ADDRESS<br>120 N. LASALLE STREET, 26TH FLOOR |
| CITY/STATE/ZIP<br>CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6236791 | TELEPHONE NUMBER<br>312-704-0550 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐