IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO DOCKET NO. 730 | (Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

*m.p.*

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER PROVISIONS TO CLASS PLAINTIFFS' EXPERT

WHEREAS, Borrower Class Plaintiffs have retained the services of RUST Consulting Inc. ("RUST") to analyze loan level data ("Loan Data");

WHEREAS, Borrower Class Plaintiffs and Defendants Argent Mortgage Company; LLC Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc. (together, "Defendants") have entered into and the Court has approved the Stipulated Protective Order [Docket No. 730] to protect the confidentiality of the borrowers' privacy;

NOW THEREFORE, Borrower Class Plaintiffs and Defendants stipulate as follows:

1. The terms and conditions of the Stipulated Protective Order, as filed with the Court on April 26, 2007 [Docket No. 730], shall be extended to include RUST;

2. Any Loan Data disclosed to RUST shall be used solely in connection with the MDL settlement discussions and all such Loan Data shall be immediately

returned to Defendants upon completion of its assignments from Class Plaintiffs' counsel;

3. RUST hereby agrees to abide by the terms and conditions of this Court's Protective Order and that any violation of the Court's Protective Order will subject RUST to the personal jurisdiction of the Court for all enforcement proceedings, including but not limited to, contempt of court.

**IT IS SO STIPULATED:**

Dated: March 4, 2009　　　　By: /s/ Gary Klein, on behalf of
　　　　　　　　　　　　　　　　Attorneys for Borrower Class Plaintiffs

　　　　　　　　　　　　　　Gary Klein
　　　　　　　　　　　　　　Elizabeth Ryan
　　　　　　　　　　　　　　Shennan Kavanagh
　　　　　　　　　　　　　　RODDY KLEIN & RYAN
　　　　　　　　　　　　　　727 Atlantic Avenue
　　　　　　　　　　　　　　Boston, MA 02111-2810

　　　　　　　　　　　　　　Kelly M. Dermody
　　　　　　　　　　　　　　LIEFF CABRASER HEIMANN &
　　　　　　　　　　　　　　BERNSTEIN, LLP
　　　　　　　　　　　　　　275 Battery Street, 30th Floor
　　　　　　　　　　　　　　San Francisco, CA 94111-3339

　　　　　　　　　　　　　　Terry Smiljanich
　　　　　　　　　　　　　　Jill Bowman
　　　　　　　　　　　　　　JAMES HOYER NEWCOMBER &
　　　　　　　　　　　　　　SMILJANICH, P.A.
　　　　　　　　　　　　　　One Urban Center, Suite 550
　　　　　　　　　　　　　　4830 West Kennedy Blvd., Suite 550
　　　　　　　　　　　　　　Tampa, FL 33609

　　　　　　　　　　　　　　Marvin A. Miller
　　　　　　　　　　　　　　MILLER LAW LLC
　　　　　　　　　　　　　　115 S. LaSalle Street
　　　　　　　　　　　　　　Suite 2910
　　　　　　　　　　　　　　Chicago, IL 60603

Dated: March 4, 2009　　　　By: /s/ Bernard E. LeSage
　　　　　　　　　　　　　　　　Attorneys for Ameriquest Mortgage

                                                                             Company; AMC Mortgage Services, Inc.,
Town & Country Credit Corporation;
Ameriquest Capital Corporation; Town &
Country Title Services, Inc.; and Ameriquest
Mortgage Securities, Inc.

                                                                             Bernard E. LeSage
Sara K. Andrus
BUCKHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: March 4, 2009                    By: /s/ *TJ Weigand/AMS*
                                                                          *Attorneys for Argent Mortgage*
                                                                          *Company, LLC*

                                                                             Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: March 4, 2009                    By: /s/ *Alan N. Salpeter*
                                                                          *Attorneys specially appearing for*
                                                                          *Roland Arnall*

                                                                             Alan N. Salpeter
Vincent P. Schmeltz III
DEWEY & LeBOEUF LLP
Two Prudential Plaza, Suite 3700
180 N. Stetson Avenue
Chicago, IL 60601

Dated: March 4, 2009                    By: /s/ *Matt Potter*
                                                                          RUST Consulting, Inc.

*m.D.*

## [~~PROPOSED~~] ORDER

1.  Counsel for Borrower Class Plaintiffs, RUST Consulting, Inc. and Defendants having so stipulated, and the Court having considered the Stipulation,

**IT IS SO ORDERED.**

Dated: March 13, 2009          _Morton Denlow_
　　　　　　　　　　　　　　　　　The Honorable Morton Denlow
　　　　　　　　　　　　　　　　　United States District Court Magistrate Judge

4