IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | § § § § § § § § | MDL NO. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before Judge Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## MOTION TO WITHDRAW
## AS COUNSEL OF RECORD FOR LEE GOODELL AND REBECCA GOODELL, PLAINTIFFS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Geoffrey S. Binney, requesting that this Honorable Court allow him to withdraw as counsel for Lee Goodell and Rebecca Goodell ("Plaintiffs"), in the above styled case, and would respectfully show the following:

1.  Geoffrey S. Binney currently represents Plaintiffs in this action.

2.  Geoffrey S. Binney, an attorney and partner with Gauntt, Earl & Binney, LLP, has represented Plaintiffs since 2007 for the purpose of pursuing a cause of action for rescission and statutory damages under the Truth and Lending Act, 15 U.S.C § 1640(a), the Texas Deceptive Trade Practices Act, fraud, fraudulent misrepresentation, negligent misrepresentation, and conspiracy. This case was first filed in the 284th Judicial District Court of Montgomery County, Texas entitled *Lee and Rebecca Goodell v. Ameriquest Mortgage, AMC Mortgage Services, Inc., Donald McEwan and Alamo Title Co.*, Cause No. 07-03-03060.

3. The case was later removed from that Court to the United States District Court for the Southern District of Texas, Houston Division bearing Civil Action No. H07-1634 and was administratively closed on June 11, 2007. Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this civil action was then transferred under 28 U.S.C. § 1407 to the Northern District of Illinois. No other motions are pending and no discovery is outstanding. No trial date is set as of the filing of this motion.

4. Counsel has communicated his intent to withdraw to Plaintiffs via written notice and oral communications. Geoffrey S. Binney has obtained Plaintiffs' consent to his withdrawal.

5. Plaintiffs' last known mailing address is 25306 Pipestem Dr., Magnolia, Texas 77355. This Motion has been served on such address via first class mail and certified mail.

WHEREFORE, PREMISES CONSIDERED, Geoffrey S. Binney prays that this Court GRANT his motion to withdraw.

        Respectfully submitted,

        GAUNTT, EARL & BINNEY, L.L.P.

        By /s/Geoffrey S. Binney
           Geoffrey S. Binney
           State Bar No. 24029071
        1400 Woodloch Forest Dr., Suite 575
        The Woodlands, Texas 77380
        Telephone:   281/367-6555
        Telecopier:   281/367-3705

_[signature]_
Lee Goodell
25306 Pipestem Dr.
Magnolia, TX 77355
PRO SE

_[signature]_
Rebecca Goodell
25306 Pipestem Dr.
Magnolia, TX 77355
PRO SE

## CERTIFICATE OF SERVICE

This pleading was served upon all counsel of record in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on ~~February~~ March 17, 2009.

**VIA CERTIFIED MAIL AND REGULAR MAIL**
Lee and Rebecca Goodell
25306 Pipestem Dr.
Magnolia, TX 77355
PRO SE

**VIA FACSIMILE**
Mr. Lindsay L. Lambert
Hughes, Watters & Askanase, LLP
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
Attorney for Defendants
Ameriquest Mortgage Company,
AMC Mortgage Services, Inc., and
Donald McEwan

**VIA FACSIMILE**
Mr. Thomas A. Ryan
Fidelity National Financial
1945 Walnut Hill
Irving, Texas 75038
Attorney for Defendant
Alamo Title Co.

_[signature]_
Geoffrey S. Binney

## VERIFICATION

STATE OF TEXAS §
COUNTY OF MONTGOMERY §

    Before me, the undersigned notary, on this day, personally appeared Geoffrey S. Binney, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said he had read the foregoing motion to withdraw and the facts stated in it are within his personal knowledge and are true and correct.

                                                              _____
                                                               Geoffrey S. Binney

    SUBSCRIBED to and SWORN before me this 13th day of March, 2009.

                                                               Notary Public, State of Texas

                                                               My commission expires _____



HEATHER HEPBURN
Notary Public, State of Texas
My Commission Expires
May 18, 2011