IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | § § § § § § § § | MDL NO. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before Judge Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## ORDER

CAME ON THIS DAY for consideration Geoffrey S. Binney's Motion to Withdraw as Counsel of Record, and the Court has considered the Motion, and the response, if any, and determines that the Motion is meritorious and should be GRANTED. It is, therefore, ORDERED, ADJUDGED and DECREED that Geoffrey S. Binney and the law firm of Gauntt, Earl & Binney, LLP, are withdrawn as counsel of record for Lee Goodell and Rebecca Goodell and no longer represent them in the above styled action, and that, until further notice from Lee Goodell and Rebecca Goodell, all materials required to be served be sent or delivered to Lee Goodell and Rebecca Goodell pro se, at 25306 Pipestem Dr., Magnolia, Texas 77355.

SIGNED THIS _____ DAY OF _____, 2009.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

GAUNTT, EARL & BINNEY, L.L.P.


 /s/Geoffrey S. Binney
  Geoffrey S. Binney
  State Bar No. 24029071
1400 Woodloch Forest Drive, Suite 575
The Woodlands, Texas 77380
(281) 367-6555
(281) 367-3705 (fax)

3. The case was later removed from that Court to the United States District Court for the Southern District of Texas, Houston Division bearing Civil Action No. H07-1634 and was administratively closed on June 11, 2007. Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this civil action was then transferred under 28 U.S.C. § 1407 to the Northern District of Illinois. No other motions are pending and no discovery is outstanding. No trial date is set as of the filing of this motion.

4. Counsel has communicated his intent to withdraw to Plaintiffs via written notice and oral communications. Geoffrey S. Binney has obtained Plaintiffs' consent to his withdrawal.

5. Plaintiffs' last known mailing address is 25306 Pipestem Dr., Magnolia, Texas 77355. This Motion has been served on such address via first class mail and certified mail.

WHEREFORE, PREMISES CONSIDERED, Geoffrey S. Binney prays that this Court GRANT his motion to withdraw.

Respectfully submitted,

GAUNTT, EARL & BINNEY, L.L.P.

By /s/Geoffrey S. Binney
Geoffrey S. Binney
State Bar No. 24029071
1400 Woodloch Forest Dr., Suite 575
The Woodlands, Texas 77380
Telephone: 281/367-6555
Telecopier: 281/367-3705