UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 24, 2009:

MINUTE entry before the Honorable Marvin E. Aspen: Counsel for the third−party defendant Law Offices of George T. Crowley and defendant/third−party plaintiffs Ameriquest and Argent having so stipulated, and the Court having considered the Stipulation: It is ordered that third−party defendant Law Officees of George T. Crowley is granted leave of court to file its appearance in this matter. Attorney Scott J. Brown for Law Offices of George T. Crowley, Rudolf G. Schade, Jr for Law Offices of George T. Crowley added. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.