## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL NO. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before Judge Aspen) |
| ROSE TERRY, et al. <br>          Plaintiffs <br><br>     -vs.- | ) ) ) ) ) ) | |
| AMERIQUEST MORTGAGE COMPANY, et al. <br><br>          Defendants and Third-party Plaintiffs <br>     -vs.- | ) ) ) ) ) ) ) | Case No. 1:08-CV-02475 <br><br> Honorable David H. Coar |
| FIRST AMERICAN TITLE INSURANCE COMPANY, et al. <br><br>          Third-party Defendants | ) ) ) ) ) ) | |

### PROPOSED ORDER ON THIRD-PARTY DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO REASSIGN TO MDL

This Cause coming to be heard on the Motion filed by Third-party Defendant First American Title Insurance Company pursuant to Rule 7.5(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and Rule 40.4(c) of the Northern District of Illinois Local Rules of Court, to reassign the above-captioned case known as <u>Rose Terry, et al. v. Ameriquest Mortgage Company, et al. v. First American Title Insurance Company, et al.</u>, United States District Court, Northern District of Illinois, Case No. 1:08-CV-02475 (Honorable Judge Coar presiding), to the pending multidistrict litigation proceeding known as <u>In re: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation</u>, United States District Court, Northern

District of Illinois, MDL No. 1715, Lead Case No. 05-CV-07097 (Honorable Judge Aspen presiding). Due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that:

The Motion is granted and <u>Rose Terry, et al. v. Ameriquest Mortgage Company, et al. v. First American Title Insurance Company, et al.</u>, Case No. 1:08-CV-02475, pending before Judge Coar presiding is reassigned as part of the pending multidistrict litigation proceeding known as <u>In re:  Ameriquest Mortgage Co., Mortgage Lending Practices Litigation</u>, MDL No. 1715, Lead Case No. 05-CV-07097.

Dated: _____          Entered: _____
                                          Honorable Marvin E. Aspen