IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before Judge Aspen) |
| ROSE TERRY, et al. <br>        Plaintiffs <br> -vs.- <br><br> AMERIQUEST MORTGAGE COMPANY, et al. <br>        Defendants and Third-party Plaintiffs <br> -vs.- <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, et al. <br>        Third-party Defendants | Case No. 1:08-CV-02475 <br><br> Honorable David H. Coar |

## NOTICE OF MOTION

TO: All Counsel of Record

    On Tuesday, March 31, 2009 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Marvin E. Aspen or any Judge sitting in his stead, in Courtroom 2568, locate at the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, IL 60604, and present THIRD-PARTY DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO REASSIGN TO MDL, a copy of which is attached hereto.

DATED: March 24, 2009

                                         FIRST AMERICAN TITLE INSURANCE COMPANY

                                         /s/ Robert Radasevich

Robert Radasevich
Jason A. Frye
rradasevich@ngelaw.com
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street -Suite 1700
Chicago, IL 60602
(312) 269-8000 - FAX (312) 578-4947

CERTIFICATE OF SERVICE

I, Robert Radasevich, hereby certify that on this 24th day of March, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert Radasevich
Robert Radasevich