Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 3/25/2009 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Company | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear pro hac vice of Geoffrey S. Binney on behalf of Lee and Rebecca Goodell (2668) is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|