UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br><br>RUSSELL & BARBARA BEAN v. AMERIQUEST MORTGAGE COMPANY and CITIFINANCIAL MORTGAGE nka CITIMORTGAGE, INC. (Case No.: 08-cv-6449, N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF FILING

**TO: Counsel of Record**

    **PLEASE TAKE NOTICE** that on **Thursday, March 26, 2009**, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, plaintiffs' **AMENDED COMPLAINT,** a copy of which is hereby served upon you.

Date: March 26, 2009      Respectfully submitted by:

                                    /s/ Anthony P. Valach, Jr.
                                    Counsel for the Plaintiffs

                                    THE LAW OFFICES OF DANIEL HARRIS
                                    Daniel Harris
                                    Anthony Valach
                                    150 N. Wacker Dr., Suite 3000
                                    Chicago, IL 60606
                                    Telephone: (312) 960-1802
                                    Facsimile: (312) 960-1936
                                    lawofficedh@yahoo.com
                                    anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I, Anthony P. Valach, Jr., hereby certify that on this 26th day of March 2009, a true and correct copy of plaintiffs' **NOTICE OF FILING** of was served, via the Court's electronic filing system, upon counsel of record.


           /s/ Anthony Valach
           Anthony Valach