31601/04888/RGS/SJB

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 05-CV-7097

IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION

     v.

AMERIQUEST MORTGAGE COMPANY, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE LAW OFFICE OF GEORGE T. CROWLEY

| | |
|---|---|
| NAME | Scott J. Brown |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Scott J. Brown |
| FIRM | CASSIDAY SCHADE LLP |
| STREET ADDRESS | 20 North Wacker Drive, #1040 |
| CITY/STATE/ZIP | Chicago, IL 60606-2903 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6206656 | TELEPHONE NUMBER (312) 641-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ YES ☒ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES ☒ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ YES ☐ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ YES ☐ NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐ | APPOINTED COUNSEL ☐ |

7216993 SBROWN;DMARTINE