IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | § § § § § § § § | MDL NO. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before Judge Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## ORDER

CAME ON THIS DAY for consideration Geoffrey S. Binney's Motion to Withdraw as Counsel of Record, and the Court has considered the Motion, and the response, if any, and determines that the Motion is meritorious and should be GRANTED. It is, therefore, ORDERED, ADJUDGED and DECREED that Geoffrey S. Binney and the law firm of Gauntt, Earl & Binney, LLP, are withdrawn as counsel of record for Lee Goodell and Rebecca Goodell and no longer represent them in the above styled action, and that, until further notice from Lee Goodell and Rebecca Goodell, all materials required to be served be sent or delivered to Lee Goodell and Rebecca Goodell pro se, at 25306 Pipestem Dr., Magnolia, Texas 77355.

SIGNED THIS 2nd DAY OF April, 2009.

_____
JUDGE PRESIDING