**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Steven M. Sandler

FIRM: Merlo Kanofsky & Gregg Ltd.

STREET ADDRESS: 208 South LaSalle Street, Suite 1750

CITY/STATE/ZIP: Chicago, Illinois 60604

PHONE NUMBER: (312) 553-5500

E-MAIL ADDRESS: sms@merlolaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 2454602

If you have previously filed an appearance with
this Court using a different name, enter that name: Merlo Kanofsky Brinkmeier & Gregg Ltd.

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 05 CV 07097 | In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | Judge Marvin Aspen |
| 08 CV 2072 | Kusbel v. Onderdonk, Cummings and Logan Trucking, Inc. | Judge Zagel<br><br>Magistrate Judge Cole |
| | | |
| | | |
| | | |
| | | |

/s/ Steven M. Sandler                                                             April 3, 2009
_____                    _____
Attorney's Signature                                                                        Date