IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br><br> AMERIQUEST MORTGAGE COMPANY, et al. <br><br>       Defendants and Third-party Plaintiffs <br> -vs.- <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, et al. <br><br>       Third-party Defendants | MDL NO. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before Judge Aspen) |

**THIRD PARTY DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO THIRD PARTY COMPLAINT**

Third-Party Defendants, through their undersigned current and newly elected liaison counsel, respectfully file this motion for an extension of time to respond to the third and proposed fourth amended third-party complaints filed by the third-party plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company (collectively, "Ameriquest"), and in support thereof, state as follows:

1. On October 14, 2008, this Court entered an order granting, in part, and denying, in part, a motion filed by the Third-Party Defendants on a consolidated basis to dismiss certain counts of Ameriquest's Second Amended Third-Party Complaint.

2. On December 16, 2008, the Court entered an order granting all Third-Party Defendants until April 6, 2009 within which to file "any necessary consolidated motions to

dismiss and/or answers" to what were then the remaining counts of the Second Amended Third-Party Complaint.

3. On January 23, 2009, pursuant to leave of Court granted on January 22, 2009, Ameriquest filed a Third Amended Third-Party Complaint.

4. On February 4, 2009, prior to the date responsive pleadings to the Third Amended Third-Party Complaint would have been required under Rule 12(a), Ameriquest filed a motion for leave to file a Fourth Amended Third-Party Complaint.

5. Ameriquest's proffered Fourth Amended Third-Party Complaint attempts to conform Ameriquest's claims against the Third-Party Defendants to the Court's October 14, 2008 order by dropping certain counts (that had been dismissed with prejudice) and by amending the negligence counts (which had been dismissed with leave to re-plead).

6. The Court has yet to rule on Ameriquest's Motion for leave to the file a Fourth Amended Third-Party Complaint. Third Party Defendants have no objection to Ameriquest's filing of the Fourth Amended Complaint

7. In order to avoid unnecessary pleadings, Third Party Defendants respectfully request that if the Court grants Ameriquest's Motion for leave to file a Fourth Amended Third-Party Complaint, that they be granted thirty five days from the date on which the Court rules to file responsive pleadings to the Fourth Amended Third-Party Complaint.

WHEREFORE, Third Party Defendants respectfully ask the Court to grant the instant motion and extend the time within which they are required to file responsive pleadings to Ameriquest's amended third party pleadings.

Dated: April 6, 2009

        Respectfully submitted,

        <u>/s/ Keith R. Verges</u>
        Keith R. Verges
        Mark T. Davenport
        Don Colleluori
        Russell W. Hubbard
        FIGARI & DAVENPORT, L.L.P.
        3400 Bank of American Plaza
        901 Mainstreet
        Dallas, Texas 75202
        Telephone (214) 939-2017
        Facsimile (214) 939-2090

*Current Liaison Counsel*

        <u>/s/ David J. Chizewer</u>
        David J. Chizewer
        Steven A. Levy
        Kerry D. Nelson
        GOLDBERG, KOHN, BELL, BLACK,
         ROSENBLOOM & MORITZ, LTD.
        55 East Monroe Street
        Suite 3300
        Chicago, Illinois 60603
        (312) 201-4000

*Proposed Liaison Counsel*

Certificate of Service

I, David J. Chizewer, hereby certify that on this 6th day of April, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       /s/ David J. Chizewer
       David J. Chizewer