IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before Judge Aspen) |
| AMERIQUEST MORTGAGE COMPANY, et al. <br><br>     Defendants and Third-party Plaintiffs <br> -vs.- <br><br> NORTHWEST TITLE AND ESCROW CORPORATION, et al. <br><br>     Third-party Defendants | |

## NOTICE OF MOTION

To:     Counsel of Record (via ECF system)

PLEASE TAKE NOTICE that on April 9, 2009 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Marvin E. Aspen in Room 2568, U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Third Party Defendants' Motion for Extension of Time to Respond to the Third Party Complaint**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

DATED: April 6, 2009

Respectfully submitted,

/s/ Keith R. Verges
Keith R. Verges
Mark T. Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of American Plaza
901 Mainstreet
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

*Current Liaison Counsel*

/s/ David J. Chizewer
David J. Chizewer
Steven A. Levy
Kerry D. Nelson
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

*Proposed Liaison Counsel*

<u>Certificate of Service</u>

I, David J. Chizewer, hereby certify that on this 6th day of April, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ David J. Chizewer</u>
David J. Chizewerhal