# EXHIBIT A

**GOLDBERG KOHN**  GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

April 9, 2009

david.chizewer@goldbergkohn.com
direct phone: 312.201.3938
direct fax: 312.863.7438

**VIA EMAIL**

Timothy Hoffman
Hector Ledesma
Sanchez Daniels & Hoffman LLP
333 West Wacker Drive, Suite 500
Chicago, IL 60606
thoffman@sanchezdh.com
hledesma@sanchezdh.com

Timothy D. Elliott
Emily L. Alb
Rathje & Woodward, LLC
300 East Roosevelt Road, Suite 300
Wheaton, IL 60187
telliott@rathjewoodward.com
ealb@rathjewoodward.com
eshupe@rathjewoodward.com
djohnson@rathjewoodward.com

David A. Ward
Ward & Metti, P.C.
2516 Waukegan Road, Suite 300
Glenview, IL 60025-1774
wardmetti@msn.com

Scott A. Weathers
Weathers Law Office
333 North Pennsylvania Street, Suite 200
Indianapolis, IN 46204
scott@sawlaw.net

Michael W. Favicchio
Access Title LLC
1200 Reservoir Avenue
Cranston, RI 02920
mfavicchio@favilaw.com

Jeffrey W. Finke
Law Office of Jeffrey W. Finke
55 West Wacker Drive, Suite 1400
Chicago, IL 60601-1799
jwfinke@mindspring.com

Stephen M. Sedor
Durant Nichols Houston
 Hodgson & Cortese-Costa PC
1057 Broad Street
Bridgeport, CT 06604
ssedor@durantnic.com

David Carroll
dcarroll@colonialtitle.com

2255905v1 4/9/2009 12:06:12 PM    8888.001    TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

MERITAS LAW FIRMS WORLDWIDE

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

Third-Party Defendants
April 9, 2009
Page 2

Daniel Lynch
Avidan J. Stern
Lynch & Stern, LLP
150 South Wacker Drive, Suite 2600
Chicago, IL 60606
avi@lynchandstern.com
dan@lynchandstern.com

Jeffrey T. Heintz
Christopher F. Swing
Kate M. Bradley
Brouse Mcdowell
388 South Main Street, Suite 500
Akron, OH 44311
jheintz@brouse.com
cswing@brouse.com
kbradley@brouse.com
mswann@brouse.com

Michael D. Sher
Robert Radasevich
Emily Milman
Thomas Papadopoulos
Neal Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
msher@ngelaw.com
rradasevich@ngelaw.com
emulder@ngelaw.com
tpapadopoulos@ngelaw.com

Gini Spaziano
Preston Halperin
Dean Wagner
Julie Zaccignini
Shechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02860
gps@shslawfirm.com
phalperin@shslawfirm.com
dwagner@shslawfirm.com
jzaccagnini@shslawfirm.com

Gary T. Jansen
Nicole D. Milos
Cremer Kopon Shaughnessy & Spina LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
gjansen@cksslaw.com
nmilos@cksslaw.com

Brad Wilkinson
bradw@homelandtitle.com

William E. Hosler
Williams, Williams, Rattner & Plunkett, PC
380 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
weh@wwrplaw.com

Eric D Kaplan
Jared I. Rothkopf
Kaplan Papadakis & Gournis, LLP
180 North LaSalle Street, Suite 2108
Chicago, IL 60601
ekaplan@kpglaw.com
jrothkopf@kpglaw.com

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

Third-Party Defendants
April 9, 2009
Page 3

Jeanne M. Hoffmann
Terrence J. Madden
Bryce Downey LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
jhoffmann@brycedowney.com
tmadden@brycedowney.com

George A. Berman
Robert A. McCall
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA 02110
rmccall@peabodyarnold.com

Gerald R. Walton
Gerald R. Walton & Associates
2800 Euclid Avenue, Suite 320
Cleveland, OH 44115
grwalton49@aol.com

David Warren
Joelson Rosenberg, PLC
30665 Northwestern Highway, Suite 200
Farmington Hills, MI 48334
dwwarren@joelsonrosenberg.com

Roy W. Waller
5412 Maplewood Place
Downers Grove, IL 60515
rwaller01@aol.com

Andrew R. Greene
Johnston Greene LLC
542 South Dearborn, Suite 1310
Chicago, IL 60605
agreene@johnstongreene.com

Wayne B. Holstad
30 East Seventh Street, #1690
St. Paul, MN 55101
Tel. (651) 379-5006
Fax (651) 379-5007
wholstad@integraonline.com
gbodelson@integraonline.com

James K. Borcia
David O. Yuen
Tressler Soderstrom Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
jborcia@tsmp.com
dyuen@tsmp.com

Terrill Currie, President
Mortgage Store
600 North Pine Island Road
Plantation, FL 33324
terrill_c@yahoo.com

Emily Wolf
Krasnow Saunders Cornblath, LLP
500 North Dearborn Street, 2nd Floor
Chicago, IL 60610
ewolf@ksc-law.com

Frank J. Kokoszka
Kokoszka & Janczur, P.C.
140 South Dearborn Street, Suite 1610
Chicago, IL 60603
fkokoszka@k-jlaw.com

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

Third-Party Defendants
April 9, 2009
Page 4

Jonathon Danek
Specialty Title Services, Inc.
1375 Remington Road, Suite K
Schaumburg, IL 60173
jdanek@specialtytitle.com

Mark D. Capuano
President
Stateside Funding, LLC
667 Atwood Avenue
Cranston, RI 02920
Tel. (401) 383-9249
Fax (401) 383-7660
mark@statesidefunding.com

John King
M. Steven Deck
Law Offices of John King
3409 North 10th Street
McAllen, TX 78501
jking@kingrgvlaw.com
sdeck@kingrgvlaw.com

Bruce Meckler
J. Aaron Jensen
Chris Kentra
Meckler Bulger & Tilson
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
bruce.meckler@mbtlaw.com
aaron.jensen@mbtlaw.com
chris.kentra@mbtlaw.com

Kevin J. Clancy
Lowis &. Gellen LLP
200 West Adams Street, Suite 1900
Chicago, IL 60606
kclancy@lowis-gellen.com

Anna C. Schumaker
Gerard Kelly
Michael Andolina
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
aschumaker@sidley.com
gkelly@sidley.com
mandolina@sidley.com

James S. Schreier
Eric P. Early
Christensen, Glaser, Fink,
  Jacobs, Weil & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
jschreier@chrisglase.com
eearly@chrisglase.com

Ed Cohen
Larry Hoellwarth
Suverna Patel
Karbal | Cohen | Economou | Silk | Dunne | LLC
200 South Michigan Avenue, 20th Floor
Chicago, IL 60604
ecohen@karballaw.com
lah@karballaw.com
abunge@karballaw.com

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

Third-Party Defendants
April 9, 2009
Page 5

Rudolf G. Schade, Jr.
Scott J. Brown
Cassiday Schade, LLP
20 North Wacker Dr., Suite 1040
Chicago, IL 60606-2903
rgs@cassiday.com
sjb@cassiday.com

Albert E. Fowerbaugh Jr.
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
albert.fowerbaugh@dlapiper.com

George K. Flynn
Richard M. Kaplan
Susan N.K. Gummow
Clausen Miller, P.C.
10 South LaSalle Street
Chicago, IL 60603
gflynn@clausen.com
rkaplan@clausen.com
sgummow@clausen.com

Alexander E. Sklavos
Law Offices of Alexander E. Sklavos, PC
One Old Country Road, Suite 200
Carle Place, NY 11514
aes@sklavoslaw.com

Joseph B. Carini, III
Johnson & Bell, LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
carinij@jbltd.com

Robert S. Pinzur
Brian S. Brewer
Pinzur Cohen & Merr Ltd.
4180 RFD Route 83, Suite 208
Long Grove, IL 60047
rpinzur@pckltdlaw.com
bbrewer@pckltdlaw.com

Dominick W. Savaiano
Katie Mackey
Clausen Miller P.C.
10 South LaSalle Street, Suite 1600
Chicago, IL 60603
dsavaiano@clausen.com
kmackey@clausen.com

Daniel J. McMahon
Rebecca Rothmann
Cinthia Granados Motley
Wilson Elser Moskowitz
  Edelman & Dicker LLP
120 North LaSalle, 26th Floor
Chicago, IL 60602
daniel.mcmahon@wilsonelser.com
rebecca.rothmann@wilsonelser.com
cinthia.motley@wilsonelser.com

Christopher H. Murphy
John J. McDonough
Cozen O'Connor
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
chmurphy@cozen.com
jmcdonough@cozen.com

Third-Party Defendants
April 9, 2009
Page 6

John W. Patton, Jr.
Michael M. Fenwick
Patton & Ryan, LLC
330 North Wabash Avenue, Suite 2900
Chicago, IL 60611
jpatton@pattonryan.com
mfenwick@pattonryan.com

George P. Apostolides
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
gapostolides@arnstein.com

Kristin S. Yoo
Edward M. Ordonez
Cozen O'Connor
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
kyoo@cozen.com
eordonez@cozen.com

Michael R. Gregg
Steven M. Sandler
Amir R. Tahmassebi
Merlo Kanofsky Brinkmeier & Gregg Ltd.
208 South LaSalle Street, Suite 1750
Chicago, IL 60604
Tel. (312) 553-5500
Fax (312) 683-7181
mrg@merlolaw.com
sms@merlolaw.com
art@merlolaw.com

Richard M. Waris
James Joseph Sipchen
Donald P. Eckler
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
rwaris@pretzel-stouffer.com
jsipchen@pretzel-stouffer.com
deckler@pretzel-stouffer.com

Lloyd J. Weinstein
Melissa Cavaliere
The Weinstein Group, P.C.
Ten Newton Place, Suite 201
Hauppauge, NY 11788
ljw@theweinsteingroup.net
mac@theweinsteingroup.net

Michael Delrahim
Dennis Both
Brown, Udell & Pomerantz
1332 North Halsted Street
Chicago, IL 60622
dboth@buplaw.com
mdelrahim@buplaw.com

Russell Kofoed
Law Office of Russell Kofoed
222 South Riverside Plaza
Chicago, IL 60606
jrnoto.rmk.law@gmail.com

John E. Kerley
Kerley & Associates, PC
2131 West White Oaks Drive, Suite B-2
Springfield, IL 62704
lawyerjohn@aol.com

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

Third-Party Defendants
April 9, 2009
Page 7

Michael A. Kraft
Gregory A. Cerulo
Laura A. Peterson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson
Peoria, IL 61602
mkraft@qjhp.com
gcerulo@qjhp.com
lpeterson@qjhp.com

Richard Harrison
Westerman Ball Ederer Miller & Sharfstein
170 Old Country Road, Suite 500
Mineola, NY 11501
rharrison@westermanllp.com

David T. Ballard
Barnes & Thornburg, LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
david.ballard@btlaw.com

Chris Jones
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
chris.jones@btlaw.com

John L. Ropiequet
Christopher S. Naveja
Jason B. Hirsh
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
jlropiequet@arnstein.com
csnaveja@arnstein.com
jbhirsh@arnstein.com

Harlene Matyas
Sreeram Natarajan
Tribler Orpett & Meyer, P.C.
225 West Washington Street, Suite 1300
Chicago, IL 60606
hgmatyas@tribler.com
snatarajan@tribler.com
mmrule@tribler.com

George K. Flynn
Richard M. Kaplan
Clausen Miller, P.C.
10 South LaSalle Street
Chicago, IL 60603
gflynn@clausen.com
rkaplan@clausen.com

Shelley J. Webb
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel. (202) 434-5000
Fax (202) 434-5029
swebb@wc.com

Charles S. Ofstein
Robert Smyth
Kent Mathewson
Donald Brown
Donohue, Brown, Matthewson & Smith
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Tel. (312) 422-0900
Fax (312) 422-0909
charles.ofstein@dbmslaw.com
robert.smyth@dbmslaw.com
kent.mathewson@dbmslaw.com
donald.brown@dbmslaw.com

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

Third-Party Defendants
April 9, 2009
Page 8

Michael A. Kraft
Kraft Law Office
4343 Commerce Court, Suite 415
Lisle, IL 60532
mike@mkraftlaw.com

David C. McCormack
McCormack Law
18875 Saratoga Court
Brookfield, WI 53045
maclaw@execpc.com

Robert E. Shapiro
Stephanie Zimdahl
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, IL 60606
rob.shapiro@bfkn.com
stephanie.zimdahl@bfkn.com

Gayle Fisher
Heather J. Macklin
Barack Berrazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, IL 60606
annaliese.fleming@bfkn.com
gayle.fisher@bfkn.com
heather.macklin@bfkn.com

Bradley Miller
Mara McRae
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Tel. (404) 815-6500
bmiller@kilpatrickstockton.com
mmcrae@kilpatrickstockton.com
mbresline@kilpatrickstockton.com

Mr. Thomas H. Wallace
CBC Companies, Inc.
250 East Town Street
Columbus, OH 43215
tom.wallace@cbc-companies.com
annette.meil@cbc-companies.com
temples@titlefirst.com

Kevin M. O'Hagan
Chance A.E. Hodges
O'Hagen Spencer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
kohagan@ohagenspencer.com
chodges@ohaganspencer.com

Matthew L. Kurzweg
Kurzweg Law Offices
Gulf Tower, 34th Floor
707 Grant Street
Pittsburgh, PA 15219
mkurzweg@kurzweglaw.com

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

Third-Party Defendants
April 9, 2009
Page 9


Michael A. Braun
Lee M. Weisz
Braun & Rivkin
33 North Dearborn Street, Suite 500
Chicago, IL 60602
mabraun@speakeasy.net
weiszlaw@aol.com

Cheryl A. Perry
Law Office of Cheryl A. Perry
19065 Hickory Creek Drive, Suite 150
Mokena, Illinois 60448
Tel. (708) 479-8855
cheryl@caplawoffice.com

James V. Noonan
Katherine Marie Donat
Noonan & Lieberman
105 West Adams Street, Suite 3000
Chicago, IL 60603
jnoonan@noonanandlieberman.com
kdonat@noonanandlieberman.com


Re:   MDL No. 1715; Lead Case No. 05 C 7097
      **Ameriquest Mortgage Company, *et al.* v.**
      **Northwest Title and Escrow Corporation, *et al.***
      **(U.S.D.C., N.D. Ill., Eastern Div.)**

Dear Third-Party Defendants:

Thank you for selecting Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. as your Liaison Counsel in connection with the above-referenced MDL litigation. Pursuant to our discussion, we submit for your review the following provisions governing our engagement. Our engagement is subject to approval by the Court. If you have any questions about any of these provisions, please do not hesitate to call me.

1.    *Client; Scope of Representation.* As you know, we represent the interests of National Real Estate Information Services ("NREIS") in this matter. NREIS served as a closing agent for certain loans originated or brokered by Third-Party Plaintiffs Ameriquest and/or Argent. Our role as Liaison Counsel with respect to the Third-Party Defendants other than NREIS will be limited to the following described tasks. We will monitor the docket and inform the Third-Party Defendants who have appeared through counsel of developments that are common and relevant to the Third-Party Defendants as a group. We will coordinate any necessary communications that need to occur either internally among the group of Third-Party Defendants, or between the Third-Party Defendants as a group and other parties (or non-parties) to this case, including, but not limited to, the mediation process. In addition, we will prepare initial drafts of any pleadings, motions, briefs or other papers which might need to be filed jointly by the Third-Party Defendants as a group, circulate those for review and comment, and coordinate such filings.

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

Third-Party Defendants
April 9, 2009
Page 10


Other than the tasks expressed above, or as subsequently adjusted through a written modification to this letter, we will have no other role as Liaison Counsel. We understand that each of the Third-Party Defendants has retained their own independent counsel, each of which shall remain fully and exclusively responsible for representing the respective interests of each Third-Party Defendant.

2.  *Staffing*. Steve Levy and I will have primary responsibility for this matter. Kerry Nelson will be the associate in our office assigned to this case. I will consult with you regarding the roles of other attorneys and legal assistants in our firm. I will keep you informed of progress and developments and will respond promptly to your inquiries.

3.  *Client Responsibilities*. To enable us to represent the Third-Party Defendants effectively, you agree to cooperate fully with us, and agree to cause other representatives of the Third-Party Defendants to cooperate fully with us, in all respects relating to this matter, and to fully and accurately disclose to us all facts and documents which may be relevant to the matter or that we may otherwise request. Shareholders, officers and other employees will make themselves reasonably available to attend meetings, discovery proceedings and conferences, hearings and other proceedings.

4.  *Fees, Service Charges and Disbursements*. Our fees will be based primarily on the amount of time spent on the matter. Each Third-Party Defendant will be responsible for its pro rata share of the bill. Each attorney and legal assistant has an hourly billing rate. Our billing rates for attorneys currently range from $240 per hour for new associates to $700 per hour for senior partners. My hourly billing rate is $500. The billing rate of Kerry Nelson is $260. Any attorney billing time to this matter will bill the lesser of their standard hourly billing rate or $500 per hour. Time devoted by legal assistants is charged at billing rates ranging from $150 to $225 per hour. These billing rates are subject to change from time to time. With each bill, we will provide to you the detailed information maintained in our accounting database concerning time expended by each attorney and legal assistant in connection with the work covered by the bill, as well as an itemization of service charges incurred by us and disbursements made by us in connection with the matter. Attached with this letter is a statement of our firm's policies with respect to service charges and disbursements.

Bills will be rendered quarterly for work performed and service charges and disbursements posted during the previous quarter. You agree to make payment promptly upon receipt of our bill according to the fee allocation formula previously approved by the court. In addition to our right to terminate the engagement at any time (as set forth below), if any bill remains unpaid for more than 40 days, you agree that we may cease performing services on the matter until arrangements satisfactory to us have been made for payment of outstanding bills and the payment of future fees, service charges and disbursements. At that time, we may withdraw from representing the Third-Party Defendants in any pending proceedings, subject to the applicable standards of professional conduct or rules of court.

Third-Party Defendants
April 9, 2009
Page 11

Because of the nature of litigation, the fees, service charges and disbursements relating to this matter are not predictable with precision. You agree that payment of the firm's fees, service charges and disbursements is in no way contingent on the ultimate outcome of the matter.

5.  *Tax Advice*. Beginning in June, 2005, amendments to Circular 230, the regulations governing practice before the Internal Revenue Service, impose significant new requirements when tax practitioners, including lawyers and accountants, provide written advice on Federal tax issues. All forms of written advice, including electronic communications, are within the broad scope of these new rules.

Generally, written tax advice is not subject to Circular 230 if it contains a disclaimer that it is not intended or written to be used, and cannot be used, to avoid tax penalties. The alternative, under Circular 230, would be to undertake extensive factual investigations and render a detailed, formal legal opinion. We do not believe that the time and expense of such an undertaking would be justified in most situations where our advice is requested; therefore, we intend to place the following disclaimer on most routine communications:

> Goldberg Kohn IRS Circular 230 Disclosure: Unless we have specifically stated to the contrary in writing, any discussion of federal tax issues or submissions in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the United States federal tax laws or (ii) promoting, marketing or recommending to anyone any transaction or matter addressed herein.

Please be assured that, notwithstanding the disclaimer, it is our intention to continue to deliver the highest quality legal services to you in a cost-efficient manner. Moreover, if you ask us to provide written tax advice on which you intend to rely in avoiding penalties, we will conduct the appropriate factual investigations and deliver a formal legal opinion without the foregoing disclaimer.

Third-Party Defendants
April 9, 2009
Page 12

We are pleased to have this opportunity to work with all of you. Please call me if you have any questions or concerns about the terms of our engagement at any time during the course of our representation.

Very truly yours,

GOLDBERG KOHN BELL BLACK
ROSENBLOOM & MORITZ, LTD.

By /s/ David J. Chizewer
David J. Chizewer, a Principal

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

# CLIENT-REIMBURSABLE EXPENSES AND SERVICE CHARGES

(Effective 1/1/09)

- **Secretarial and Word Processing**: Clients are not charged for secretarial and word processing expenses, regardless of whether such expenses are incurred on their matters during the normal work day or after-hours. Clients are not generally charged for related overtime meals and transportation for attorneys, paralegals, secretaries and word processors.

- **Travel Expenses**: Clients are charged only our out-of-pocket costs for travel expenses. Clients are charged only coach fares unless the client has approved first-class or an upgrade. GK personnel take advantage, to the extent practical, of any airfare discounts available at the time of ticketing and are instructed to incur only reasonable hotel and meal expenses. Where attorneys or paralegals use personal vehicles for travel to meetings or court hearings outside of Chicago, clients are charged $.55 per mile.

- **Telephone**: Clients are not charged for local telephone calls. Clients are charged for long distance telephone calls and mobile telephone use at our cost.

- **Express Mail/Postage**: Clients are charged for the cost of express mail and overnight courier services for materials mailed on the client's behalf. Clients are not charged for standard U.S. postage.

- **Messengers**: Whenever practical, GK in-house messengers are used, for which clients are not charged. Clients are charged for the cost of outside messenger services.

- **Duplicating**: Clients are charged $.10 per page.

- **Faxes**: Clients are not charged for inbound faxes or for local telephone charges incurred for inbound faxes. Clients are charged $.50 per page, plus the approximate cost of any related phone calls, for outbound faxes.

- **Court Services**: Clients are charged for the out-of-pocket costs of court filings, retrieval of court papers and related court services.

- **Computerized Research Services**: GK has fixed fee contracts with its computerized research vendors which provide GK discounts from the vendors' standard pricing depending on usage. For all computer services included in the fixed fee, GK first applies any discounts to computer research not attributable to a particular matter; it then allocates the remaining discounts to its clients on a pro rata basis. For computer services not included in the fixed fee, GK charges clients the vendor's standard rates.

- **Legal Files Storage**: Clients are not charged for storage of files unless the storage charge is specifically approved in advance. Clients are not charged for retrieval of files from storage.

- **Document Procurement**: Clients are charged for out-of-pocket costs incurred for procuring documents from third parties, such as the Secretary of State.

- **Supplies**: Clients are not charged for standard office supplies. Expenses for extraordinary supplies (such as computer software for use for a particular client) will be charged to the client only if the client has specifically authorized the expenditure in advance.

These policies are subject to change from time to time.

# EXHIBIT B

# David J. Chizewer



david.chizewer@goldbergkohn.com
DIRECT   312.201.3938
FAX      312.863.7438

David Chizewer was recently featured in the National Law Journal's list of 10 of the nation's top litigators. He received the Public Justice Foundation's Trial Lawyer of the Year award in 2007 and was a runner up for that same award in 2006. He is a principal in the firm's Litigation Group and is a member of the Class Action Defense Group.

Mr. Chizewer has defended dozens of consumer class action lawsuits in federal and state courts all over the country. He has litigated or counseled clients on compliance with, and litigation over, a range of federal and state consumer protection statutes. He has spoken extensively on the issue of class action defense, including at the Mortgage Banker Association's annual conference in February 2007.

He currently serves as lead counsel to one of the principal defendants in the Multi-District Class Action Litigation captioned, In Re Ocwen Federal Bank Mortgage Servicing Litigation, pending in the U.S. District Court for the Northern District of Illinois.

Mr. Chizewer has served as co-lead trial counsel in two of the country's most prominent public interest cases to be tried in the past several years:

- This past October, Mr. Chizewer was co-lead trial counsel for Plaintiffs, and obtained the largest verdict in the history of the federal False Claim Act, in the case captioned, United States of America ex. rel. Cleveland A. Tyson, et al. v. Amerigroup Corporation, et al. in the U.S. District Court for the Northern District of Illinois. Litigation under the federal False Claims Act is particularly relevant to entities which service mortgages backed by the government.

- In May 2004, Mr. Chizewer represented a class of 600,000 children on Medicaid against the State of Illinois in the case captioned Memisovski, et al. v. Patla in the U.S. District Court for the Northern District of Illinois, obtaining a declaratory judgment against the State of Illinois, resulting in hundreds of millions of additional dollars worth of health care to the children class.

In 2006, for his efforts in the Memisovski case, Mr. Chizewer was the recipient of the Excellence in Pro Bono Award from the U.S. District Court for the Northern District of Illinois and was a finalist for the trial lawyer of the year by the Trial Lawyers for Public Justice. In 2005, he received the Child Advocate Award from the American Association of Pediatrics.

Mr. Chizewer is also a frequent author on class action issues. He is a past chairman of the Defense Research Institute's (DRI) Business Litigation Subcommittee on Class Actions and Complex Litigation.

- Co-author, "International Class Actions: Predicting the Next Wave of Class Litigation," *Class Action Litigation Report* (December 2003)

- Co-author, "What to Watch for in the Bridgestone/Firestone Litigation," *Class Actions and Derivative Suits* (a publication of the American Bar Association Section of Litigation) (January 2002)

- Author, "New York Court of Appeals Decides Negligent Marketing Case" and "Defense of Consumer Class Actions after *Johnson v. Revenue Management Corporation*," DRI periodical, *The Business Suit*

Mr. Chizewer is a founding board member and vice president of the Chicago International Charter School, which runs one of the country's largest charter schools, and is also a founding member of the Illinois Network of Charter Schools. In addition, he has served on the board of directors and the executive committee of the Daniel Murphy Scholarship Foundation, which provides tuition and other support to enable economically disadvantaged children to attend private high schools. He was a member of the original board of directors of College Bound, a not-for-profit organization that provides tuition and other support for economically disadvantaged students to attend private and public colleges and universities.

As a result of Mr. Chizewer's civic leadership, he was selected a Leadership Fellow for the 2003-04 Leadership Greater Chicago Program.

Mr. Chizewer received his law degree from the University of Chicago in 1991 and his B.A. in economics, *magna cum laude*, from Pomona College in 1988. He was elected a member of Phi Beta Kappa.

# Steven A. Levy



steven.levy@goldbergkohn.com
DIRECT   312.201.3965
FAX       312.863.7465

Steve Levy is a principal in the firm's Litigation Group. His practice focuses on complex litigation, including business disputes, the representation of banks, including their affiliated securities broker-dealers, and other commercial lenders, defense of consumer class actions, and defense of securities fraud claims. In addition, in the past several years, Mr. Levy has tried cases involving employment issues, commercial lease disputes, insurance broker malpractice claims and insurance coverage disputes, and several cases arising out of commercial bankruptcies, such as trials in which Goldberg Kohn's lender-client objected to the proposed use of the lender's cash collateral or sought the appointment of a receiver.

Mr. Levy speaks on consumer class action issues. He has been a panelist at the Chicago Bar Association's seminar "The Fair Debt Collection Practices Act: An Overview" and has discussed class action litigation under the Act. Mr. Levy has also spoken at several Illinois Creditors Bar Association seminars dealing with class action issues.

Mr. Levy's recent litigation experience includes:

- Defending dozens of consumer class actions, including class actions asserting violations of the Fair Debt Collection Practices Act and violations arising out of banking and mortgage lending activities. In several of these actions, the courts denied class certification, and the cases were promptly settled for nominal amounts.

- Defending a finance company alleged to have controlled or aided and abetted its borrower in selling in excess of $100 million of subordinated notes in violation of the securities laws.

- Representing a brokerage in a case asserting that the brokerage's former employee was engaged in violation of the former employees' non-solicitation and confidentiality obligations.

- Defending a finance company at the District Court and Appellate Court levels on a case of first impression interpreting the Illinois Credit Agreements Act.

- Defending an underwriter of municipal bonds against a $32 million securities fraud claim brought by the buyer of the bonds.

- Defending a publicly traded company against claims of securities fraud and antitrust violations allegedly committed in connection with the client's purchase of a closely held corporation, in which the plaintiffs sought in excess of $30 million. The court dismissed the securities and antitrust claims with prejudice, and there is no current litigation pending between the parties.

- Defending three individuals who sold the stock of a closely held corporation to a publicly traded corporation and were later sued for securities fraud and related claims. The case settled at an early stage, before substantial litigation expenses were incurred, for approximately 10 percent of the plaintiff's claimed damages.

- Obtaining a judgment of approximately $900,000 after trial on behalf of the purchaser of an insurance policy, against the broker who procured the policy, on the grounds that the policy was defective.

Mr. Levy is admitted to practice in the Illinois State Courts; in the United States Supreme Court; in the United States Court of Appeals, Fourth, Seventh and Ninth Circuits; U.S. District Court, Northern District of Illinois, including the Trial Bar; and U.S. District Court, Central District of Illinois. Mr. Levy has a national litigation practice, having litigated in courts throughout the country. He received his law degree, *magna cum laude*, from the University of Illinois in 1988 and was a member of the Order of Coif. He received his B.S., *cum laude*, from Miami University in 1985.

# Kerry D. Nelson



kerry.nelson@goldbergkohn.com
DIRECT   312.863.7127
FAX       312.863.7828

Kerry Nelson is an associate in the firm's Litigation and Labor & Employment Groups. Ms. Nelson's practice focuses on general commercial litigation and employment law. She has defended employers against claims involving Title VII of the Civil Rights Act. She also has provided advice to clients on issues related to non-compete clauses.

Ms. Nelson is admitted to practice in Illinois and is admitted to the U.S. District Courts for the Northern District of Illinois and the Northern District of Indiana. She received her law degree, *cum laude*, in 2007 from Northwestern University and her B.A., *cum laude*, in 2004 from Georgetown University. While in law school, Ms. Donovan served as an Associate Editor on the *Northwestern University Law Review*.