IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | ) ) ) | Lead Case No. 05 C 7097 MDL No. 1715 |
| THIS DOCUMENT RELATES TO ALL ACTIONS _____ | ) ) ) | Centralized before  The Hon. Marvin E. Aspen |

**NOTICE OF MOTION**

TO: Counsel of Record (via ECF system)

PLEASE TAKE NOTICE that on April 28, 2009 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before The Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Third-Party Defendants' Motion to Substitute Liaison Counsel**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

Dated: April 9, 2009

Respectfully submitted,

/s/ Keith R. Verges
Keith R. Verges
Mark T. Davenport
Don Colleluori
Russell W. Hubbard
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone (214) 939-2017
Facsimile (214) 939-2090

*Current Liaison Counsel*

/s/ David J. Chizewer
David J. Chizewer
Steven A. Levy
Kerry D. Nelson
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
Telephone (312) 201-4000
Facsimile (312) 332-2196

*Proposed Liaison Counsel*

**CERTIFICATE OF SERVICE**

   I, David J. Chizewer, hereby certify that on this 9th day of April, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                  /s/ David J. Chizewer
                  David J. Chizewer