# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) | MDL No. 1715 |
| ) | Lead Case No. 05-cv-07097 |
| ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | |
|---|---|
| KAREN JOHNSON and STANLEY JOHNSON, ) ) | 07-cv-772 |
| Plaintiffs, ) ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05-cv-7097 |
| v. ) ) | |
| AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., AMC MORTGAGE SERVICES, INC., and DOES 1-5, ) ) ) ) ) ) ) ) ) ) | |
| ) | **JURY DEMANDED** |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Tuesday, April 28, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

                                                       s/Cathleen M. Combs
                                                       Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)


**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on April 13, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also hereby certify that a copy was sent by U.S. mail to parties without an email address.

Elizabeth Barry
ebarry@vbhlc.com

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com

                                                s/Cathleen M. Combs
                                                Cathleen M. Combs