# EXHIBIT C

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **Amount Financed** The amount of credit provided to you or on your behalf. |
|---|---|---|
| 6.766 % | $ 283,817.17 | $ 210,414.21 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS |
|---|---|---|---|---|
| 24 | $1,306.83 | 09/01/2004 | | |
| 335 | $1,377.61 | 09/01/2006 | | |
| 1 | $1,368.11 | 08/01/2034 | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided

**SECURITY:** You are giving a security interest in the property located at: 9115 Lafitte Blvd, North Benton, OH

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under origi

[ ] may assume, subject to lender's conditions, the remain terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to

Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 5.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.

**See your contract documents for any additional information regarding non-payment, default, required repa date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower Robert C Wayne                          Date

Borrower Twila L Wayne

Borrower                                         Date

Borrower

TIL1 (Rev. 7/01)



0000008720132303005750101

**BORROWER COPY**

# EXHIBIT D

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower : Robert C Wayne
                Twila L Wayne

Loan Number : 0087201323 - 5535

| Payee | | Amount |
|---|---|---|
| CIT GROUP SALES FIN | (W) | $188,791.12 |
| insurance | (W) | $899.00 |
| | | |
| | | |

Total Wire:   $210,331.76

Loan Amount:        215,650.00

Cash/Check from
Borrower:                 —

Borrower Proceeds:     $18,223.64

| | | | |
|---|---|---|---|
| Borrower  Robert C Wayne | Date | Borrower  Twila L Wayne | Date |
| Borrower | Date | Borrower | Date |
| Title Company Representative Signature | Date | | |

895-7UNV (2/2004)



0000008720132303307430707

# EXHIBIT E

## CLOSING INSTRUCTIONS
## ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney<br>TOWNE & COUNTRY LAND TITLE AGENCY, INC | Title Officer/Attorney<br>SCOTT RUDNICK | Phone Number<br>(937)547-0412 | Order Number |
|---|---|---|---|

| Borrower(s)<br><br>Robert C Wayne   Twila L Wayne | Property Address<br>9115 Lafitte Blvd<br>North Benton          OH    44449<br>Loan Number:  0087201323 |
|---|---|

FROM: Ameriquest Mortgage Company - Beachwood, OH   Phone No. (216)591-9970      Fax (216)591-9972
Branch Name                                    Branch Phone No.                    Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM  VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | AMOUNT |
|---|---|---|
| 801. Loan origination fee     % to | | $3,234.75 |
| 802. Loan discount  1.500  % to  Ameriquest Mortgage Company | | $350.00 |
| 803. Apprsl/Prop Val to staff | | |
| 808. Yield Spread Premium to | | |
| 809. | | $70.00 |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | | $16.00 |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | | $626.00 |
| 812 Lenders Processing Fee to  Ameriquest Mortgage | | $239.00 |
| 813.Admin to Ameriquest Mortgage Company | | |
| 814. Doc. Prep. Fee to | | |
| 815. Credit Report Fee to | | |
| 816. Origination Fee     % to | | $360.00 |
| 817. Application Fee to  Ameriquest Mortgage Company | | |
| 818. Underwriting Fee to | | |
| 819. Service Provider Fee to | | |
| 820. Processing Fee  to | | |
| 821. Underwriting Fee to | | |
| 822. Appraisal Fee to | | |
| 901. Interest from  07/31/2004  to  08/01/2004  @   $36.04  per day | | $36.04 |
| 902. Mortgage insurance premium for        months to | | $0.00 |
| 903. Hazard ins prem to | | |
| 904. Flood Ins prem  to | | $149.84 |
| 1001. Hazard Insurance  2  months @ $ 74.92  per month | | $236.61 |
| 1002. Mortgage insurance     months @ $    per month | | |
| 1003. Earthquake Ins      months @ $    per month | | |
| 1004. County prop. taxes  3  months @ $  78.87  per month | | |
| 1005. Annual assess.     months @ $    per month | | |
| 1006. Flood     months @ $    per month | | |
| 1007. Windstorm Ins     months @ $    per month | | |
| 1008. | | $238.00 |
| 1101. Settlement or closing fee to  town and country | | $189.00 |
| 1102. Abstract or title search to  town and country | | $216.00 |
| 1103. Title examination to  town and country | | $119.00 |
| 1105. Document preparation to  town and country | | $350.00 |
| 1106. Notary fees to  mark shelton | | |
| 1107. Attorney's fees to | | $1,100.00 |
| 1108. Title insurance to  town and country | | |
| 1109. Lender's coverage | | |
| 1110. Owner's coverage      $ | $1,100.00 | |
| 1111. Settlement/Disbursement fee to | | |
| 1112. Escrow Fee to | | $140.00 |
| 1201. Recording fees | | |
| 1202. City/county tax/stamps | | |
| 1203. State tax/ stamps | | |
| 1204. State specific fee | | |
| 1301. Demand to | | |
| 1302. Pest Inspection to | | |
| 1303. Survey Fee | | |
| 1304. Staff Appraiser Fee | | |
| 1305. Reconveyance Fee to | | |
| 1306. | | |
| 1307. Property Val Fee to | | $66.00 |
| 1308. Courier Fee | | |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan docume
have been prepared unless new loan documents are generated.

| Borrower  Robert C Wayne                          Date | Borrower  Twila L Wayne                          Date |
|---|---|
| Borrower                                          Date | Borrower                                          Date |
| Title Company Representative Signature          Date | |

nnnnn0087201323330307430706

EXHIBIT F

**Ameriquest Mortgage Company**

Summary of Debts and Disbursement
(Refinance Loans Only)

Borrower: Robert C Wayne     Twila L Wayne

Date: July 24, 2004
Branch:
Beachwood, OH

Loan Number: 0087201323 - 5535

| | Fees | | |
|---|---|---|---|
| Loan Discount Fee | 1.500 | $3,234.75 | |
| Lender Retained Fees | | $1,311.00 | |
| Prepaid Interest | | $36.04 | |
| Fees Paid to Others | | $3,154.45 | |

Short to Close

Total Payoffs      $189,690.12

Cash to Borrower      $18,223.64

Total Points & Fees          $7,736.24

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| SECOND NATIONAL BANK | $6,031.00 | | $160.00 |
| CITI | $3,182.00 | | $66.00 |
| MBNA AMERICA BANK NA | $7,941.00 | | $146.00 |
| BANK OF AMERICA | $6,393.00 | | $43.00 |
| BANK OF AMERICA | $1,250.00 | | $24.00 |
| YOUNGS WATER | $90.00 | | $4.50 |
| CHASE NA | $236.00 | | $10.00 |
| FRD MOTOR CR | $23,739.00 | | $450.00 |
| CITI-BP OIL | $38.00 | | $10.00 |
| CIT GROUP SALES FIN | | $188,791.12 | |
| LOWES/MBGA | $404.00 | | $15.00 |
| MBNA AMERICA BANK NA | $9,646.00 | | $15.00 |
| BANK ONE-OHIO | $36.00 | | $10.00 |
| MBNA AMERICA BANK NA | $3,267.00 | | $55.00 |
| CHASE NA | $8,955.00 | | $179.00 |
| Insurance | | $899.00 | |

Total Payments:          $1,187.50

000000872013230204790101

D&D (Rev.01/02)

# EXHIBIT G

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  July 24, 2004
LOAN NO.:  0087201323 - 5535
TYPE:  ADJUSTABLE RATE

BORROWER(S): Robert C Wayne      Twila L Wayne

ADDRESS:      9115 Lafitte Blvd
CITY/STATE/ZIP:   NORTH BENTON,OH 44449

PROPERTY:   9115 Lafitte Blvd
            North Benton, OH  44449

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

_____                        ;

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE:  (714)634-3494
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

_____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____                    _____
SIGNATURE                                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____           _____
BORROWER/OWNER  Robert C Wayne          Date       BORROWER/OWNER  Twila L Wayne              Da

_____           _____
BORROWER/OWNER                          Date       BORROWER/OWNER                            Date

1064-NRC (Rev 01/04)

00000087201323040000050101

**LENDER COPY**

07/24/2004 10:25:22 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  July 24, 2004
LOAN NO.:  0087201323 - 5535
TYPE:  ADJUSTABLE RATE

BORROWER(S): Robert C Wayne      Twila L Wayne

ADDRESS:      9115 Lafitte Blvd
CITY/STATE/ZIP:   NORTH BENTON,OH 44449

PROPERTY:   9115 Lafitte Blvd
              North Benton,  OH  44449

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

> **ENTER DOCUMENT SIGNING DATE**
>
> _____

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  FUNDING
PHONE: **(714)634-3494**
FAX:      **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> **ENTER FINAL DATE TO CANCEL**
>
> _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                                            DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          _____          _____          _____
BORROWER/OWNER  Robert C Wayne          Date          BORROWER/OWNER  Twila L Wayne          Date

_____          _____          _____          _____
BORROWER/OWNER                              Date          BORROWER/OWNER                              Date

1064-NRC (Rev 01/04)

00000087201323040005010 1

**BORROWER COPY**

07/24/2004 10:25:22 AM

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   July 24, 2004
LOAN NO.:   0087201323 - 5535
TYPE:   ADJUSTABLE RATE

BORROWER(S): Robert C Wayne        Twila L Wayne

ADDRESS:      9115 Lafitte Blvd
CITY/STATE/ZIP:   NORTH BENTON,OH 44449

PROPERTY:    9115 Lafitte Blvd
                      North Benton,  OH  44449

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

> ENTER DOCUMENT SIGNING DATE
> _____

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

> ENTER FINAL DATE TO CANCEL
> _____

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____                    _____
SIGNATURE                                                            DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____       _____       _____       _____
BORROWER/OWNER Robert C Wayne         Date          BORROWER/OWNER Twila L Wayne            Date

_____       _____       _____       _____
BORROWER/OWNER                        Date          BORROWER/OWNER                         Date

**BORROWER COPY**

1064-NRC (Rev 01/04)

0000008720132340000050101

07/24/2004 10:25:22 AM

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   July 24, 2004
LOAN NO.:   0087201323 - 5535
TYPE:   ADJUSTABLE RATE

BORROWER(S): Robert C Wayne        Twila L Wayne

ADDRESS:        9115 Lafitte Blvd
CITY/STATE/ZIP:   NORTH BENTON,OH 44449

PROPERTY:   9115 Lafitte Blvd
            North Benton,  OH   44449

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

> **ENTER DOCUMENT SIGNING DATE**
> _____   ;

or

2.   The date you received your Truth in Lending disclosures;

or

3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                   PHONE: (714)634-3494
Anaheim, CA 92806                    FAX:   (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> **ENTER FINAL DATE TO CANCEL**
> _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____        _____
SIGNATURE                               DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____        _____
BORROWER/OWNER Robert C Wayne    Date    BORROWER/OWNER Twila L Wayne    Date


_____        _____
BORROWER/OWNER                   Date    BORROWER/OWNER                   Date


0000008720132304000050101

**BORROWER COPY**

1064-NRC (Rev 01/04)

07/24/2004 10:25:22 AM

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   July 24, 2004
LOAN NO.:   0087201323 - 5535
TYPE:   ADJUSTABLE RATE

BORROWER(S): Robert C Wayne          Twila L Wayne

ADDRESS:      9115 Lafitte Blvd
CITY/STATE/ZIP:   NORTH BENTON,OH 44449

PROPERTY:   9115 Lafitte Blvd
            North Benton,  OH  44449

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is          **ENTER DOCUMENT SIGNING DATE**            ;
    _____
    or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**          ATTN:  **FUNDING**
**1600 S Douglass Rd**                   PHONE: **(714)634-3494**
**Anaheim, CA 92806**                    FAX:      **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must     **ENTER FINAL DATE TO CANCEL**
send the notice no later than MIDNIGHT of       _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____                    _____
SIGNATURE                                           DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

| BORROWER/OWNER Robert C Wayne | Date | BORROWER/OWNER Twila L Wayne | Date |
|---|---|---|---|
| BORROWER/OWNER | Date | BORROWER/OWNER | Date |


0000008720132304000050101

**BORROWER COPY**

1064-NRC (Rev 01/04)

07/24/2004 10:25:22 AM

# EXHIBIT H

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0087201323 - 5535

Date: July 24, 2004

Borrower(s): Robert C Wayne
Twila L Wayne

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____      _____
Borrower/Owner  Robert C Wayne                                    Date

_____      _____
Borrower/Owner  Twila L Wayne                                      Date

_____      _____
Borrower/Owner                                                             Date

_____      _____
Borrower/Owner                                                             Date

---

### REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____      _____
Borrower/Owner Signature                                          Date



0000008720132304042220101

I50 (10/00)

07/24/2004 10:25:22 AM

**LENDER COPY**

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0087201323 - 5535            Borrower(s): Robert C Wayne
Date: July 24, 2004                                                      Twila L Wayne

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


Borrower/Owner  Robert C Wayne _____     Date _____

Borrower/Owner  Twila L Wayne _____     Date _____

Borrower/Owner _____     Date _____

Borrower/Owner _____     Date _____

---

### REQUEST TO CANCEL
I/We want to cancel loan # _____.

Borrower/Owner Signature _____     Date _____

---



850 (10/00)                    07/24/2004 10:25:22 AM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0087201323 - 5535          Borrower(s): Robert C Wayne
Date: July 24, 2004                                              Twila L Wayne

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Robert C Wayne                            Date

_____          _____
Borrower/Owner  Twila L Wayne                             Date

_____          _____
Borrower/Owner                                                        Date

_____          _____
Borrower/Owner                                                        Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                                      Date

---



0000008720132304042201 01
850 (10/00)

07/24/2004 10:25:22 AM

**BORROWER COPY**

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0087201323 - 5535          Borrower(s): Robert C Wayne
Date:  July 24, 2004                                                    Twila L Wayne

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Robert C Wayne                        Date

_____          _____
Borrower/Owner  Twila L Wayne                          Date

_____          _____
Borrower/Owner                                                    Date

_____          _____
Borrower/Owner                                                    Date

---

### REQUEST TO CANCEL
I/We want to cancel loan # _____.

_____          _____
Borrower/Owner Signature                               Date

---


0000008720132304042201010101
850 (10/00)

07/24/2004 10:25:22 AM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0087201323 - 5535          Borrower(s): Robert C Wayne
Date: July 24, 2004                                                  Twila L Wayne

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


Borrower/Owner  Robert C Wayne                              Date


Borrower/Owner  Twila L Wayne                                  Date


Borrower/Owner                                                           Date


Borrower/Owner                                                           Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.


Borrower/Owner Signature                              Date



07/24/2004 10:25:22 AM

**BORROWER COPY**

EXHIBIT I

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
## Chicago, Illinois 60603-3403
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email: edcombs@aol.com
## www.edcombs.com

December 11, 2006

BY CERTIFIED MAIL

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

Deutsche Bank National Trust Company, N.A.
60 Wall Street
New York, NY

Re:   Notice of rescission, claim and lien, Robert Wayne and Twila Wayne, 9115 Lafitte Blvd., North Benton, OH 44449, loan of July 24, 2004

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Deutsche Bank Nat'l. Trust Co.
Street, Apt. No.; or PO Box No. 60 Wall Street
City, State, ZIP+4 New York NY

PS Form 3800, June 2002          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To AMC Mortgage Services, Inc.
Street, or PO c/o registered agent
City, St National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

To Ameriquest Mortgage Company
Street, or PO c/o registered agent
City, St National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent Ameriquest Mortgage Securities, Inc.
Stree, or PC 1100 Town & Country Road, Suite
City, 1100
Orange, CA 92868

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on December 11, 2006.

_____

Daniel A. Edelman

# EXHIBIT J

Ameriquest Mortgage Company
23250 Chagrin Blvd., # 375
Beachwood, OH 44122

(216)591-9970

# BORROWER'S ACKNOWLEDGMENT OF FINAL LOAN TERMS

Robert C Wayne
Twila L Wayne

Date: July 24, 2004

Notice: [X] Delivered    [ ] Mailed

Loan Number: 0087201323 - 5535

Description of Credit Request:

9115 Lafitte Blvd
NORTH BENTON, OH 44449

[X] 1st Trust Deed/Mortgage    [ ] 2nd Trust Deed/Mortgage

[ ] Other: _____

Property Address: 9115 Lafitte Blvd

North Benton, OH 44449      County of PORTAGE

## TYPE OF TRANSACTION:

[ ] Purchase    [X] Refinance    Other _____

| ORIGINAL LOAN TERMS REQUESTED | FINAL LOAN TERMS: |
|---|---|
| [ ] Fixed Rate Loan   [X] Adjustable Rate Loan | [ ] Fixed Rate Loan   [X] Adjustable Rate Loan |
| Amount Financed: $ 190,061.54 | Amount Financed: $ 210,414.21   * |
| Settlement Charges: $ 8,878.46 <br>(Includes all Prepaid Finance Charges) | Settlement Charges: $ 7,736.24   * <br>(Includes all Prepaid Finance Charges) |
| Loan Amount: $ 197,116.00 | Loan Amount: $ 215,650.00 |
| Annual Percentage Rate: 6.801 % | Annual Percentage Rate: 6.766 % |
| Term: 360 | Term: 360 |
| Initial Interest Rate: 5.750 % | Initial Interest Rate: 6.100 % |
| Margin: 4.750 % | Margin: 4.750 % |
| Prepayment Penalty: [X] YES [ ] NO | Prepayment Penalty: [X] YES [ ] NO |

Borrower(s) and Ameriquest Mortgage Company hereby acknowledge that "Final Loan Terms" stated above are based exclusively on information, statements, and representations (all material facts) which have been provided by the borrower(s) which the Lender has relied upon to make this acknowledgement. These "Final Loan Terms" may change prior to loan settlement if Lender subsequently determines or becomes aware of any changes in these material facts. Borrower(s) also acknowledges that if the "Final Loan Terms" change due to a change of material facts, that Lender may require new loan documents to be executed by the borrower(s).

| Borrower  Robert C Wayne | Date | Borrower  Twila L Wayne | Date |
|---|---|---|---|
| | | | |

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| | | | |

*These amounts may change due to any final adjustments made to the prepaid interest amount collected on your loan at funding.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any rights under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the: FEDERAL TRADE COMMISSION, EQUAL CREDIT OPPORTUNITY, ROOM 4037, WASHINGTON DC, 20580.



0000087201323040405050101

STMTCO (Rev. 3/99)

# EXHIBIT K

**Ameriquest Mortgage Company**

Borrower Name: Robert C Wayne

Loan Number: 0087201323 - 5535

Borrower Name: Twila L Wayne

Property Address: 9115 Lafitte Blvd
North Benton, OH 44449

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND DISCOUNT POINTS

The interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are related to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the interest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by taking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount points. The following example shows how your options work.



 

* The terms of your loan may be different from the above example. Other factors influence rate, such as how much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but not necessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for some time. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon. Your account executive can give you more information about the options available to you and the exact terms of your loan.

0000008720132304059301101

**Ameriquest Mortgage Company**

Borrower Name: Robert C Wayne
Borrower Name: Twila L Wayne

Loan Number: 0087201323 - 5535
Property Address: 9115 Lafitte Blvd
North Benton, OH 44449

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND PREPAYMENT CHARGES

Ameriquest Mortgage Company offers its customers the option to choose a prepayment charge on their loan in exchange for a lower interest rate (or lower initial interest rate in the case of an adjustable rate mortgage). A "prepayment" is any amount you pay in excess of your regularly scheduled monthly payments of principal and interest that Ameriquest Mortgage Company applies to reduce the outstanding principal balance of your loan. Prepayment charges in OH only apply to payments made during the first 3 Years of a mortgage loan.

## EXAMPLE:

The following example shows how a "prepayment charge exchange ratio" (the amount by which a prepayment charge affects the interest rate) of one-half of one percent (50 basis points) would affect a sample set of loan terms. By choosing to add a prepayment charge to your loan, your interest rate, in this example, would be reduced by one-half of one percent (50 basis points). The following example shows how your options work.





\* The terms of your loan may be different from the above example. Other factors influence interest rate, such as your credit score and credit history, the type of income documentation you provide, whether you choose a fixed or adjustable interest rate, etc.

**Please ask your Ameriquest Mortgage Company account executive how the presence or absence of a prepayment charge would affect the interest rate on your loan.**

If you decide to include a prepayment charge on your loan, you can make additional principal payments up to a certain limit within a 12-month period; the specific terms of the prepayment charge are provided below. These terms will be included in the Note (legal document) you will sign at closing.

You may repay all or any part of the principal balance of this Note in accordance with the terms of this Section. A "prepayment" is any amount that you pay in excess of your regularly scheduled payments of principal and interest that the Lender will apply to reduce the outstanding principal balance on this Note in accordance with this Section.

**(A) Prepayment Made Three (3.00) year(s) After the Date of this Note**
If you make a prepayment commencing on or after the Three (3.00) year anniversary of the date of this Note, you may make that prepayment in full or in part, without the imposition of a prepayment charge by the Lender.

**(B) Prepayment Made Within Three (3.00) year(s) of the Date of this Note**
You agree to pay Lender a prepayment charge if you make a prepayment before the Three (3.00) year(s) anniversary of the date of this Note is executed. The prepayment charge you will pay will be equal to one percent (1%) of the original principal balance of this loan, if within any 12-month period, you prepay any amount which exceeds twenty percent (20%) of the original principal amount of the loan.

**(C) Application of Funds**
You agree that when you indicate in writing that you are making a prepayment, the Lender shall apply funds it receives first to pay any prepayment charge and next in accordance with the order of application of payments set forth in Section 2 of the Security Instrument.

**(D) Monthly Payments**
If you make a prepayment of an amount less than the amount needed to completely repay all amounts due under this Note and Security Instrument, your regularly scheduled payments of principal and interest will not change as a result.

Think carefully about what you want to do and consult a financial advisor. Adding a prepayment charge in exchange for a lower interest rate may be a good choice if you do not plan to sell or refinance your home for some time. On the other hand, you might not want to have a prepayment charge if you think you will sell or refinance soon. **Your Ameriquest Mortgage Company account executive can give you more information about the options available to you and the exact terms of your loan.**

854-P (Rev. 06/24/03)



0000008720132304059401011