UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY, et al. | ) | |
| | ) | Case No.: 08-CV-2475 |
| Plaintiffs, | ) | |
| | ) | Judge David H. Coar |
| vs. | ) | |
| | ) | Magistrate Judge Mason |
| AMERIQUEST MORTGAGE COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THIRD PARTY DEFENDANT
FIRST AMERICAN TITLE INSURANCE COMPANY'S
MOTION TO REASSIGN TO MDL**

Plaintiffs respectfully submit this memorandum in opposition to the related case motion filed by Third Party Defendant First American Title Insurance Company.

The instant case, which has been pending before Judge Coar since April 2008, differs from the other suits against Ameriquest Mortgage Company that have been transferred pursuant to Local Rule 40.4.  Plaintiffs in this case are pursuing fraudulent transfer claims against Wayne Lee and Dawn Arnall, both in her individual capacity and as trustee of the Roland and Dawn Arnall Living Trust.  Fraudulent transfer claims are not being pursued in the individual cases pending before Judge Aspen.

Perhaps because of this difference, defendants did not move to transfer this case pursuant Local Rule 40.4, choosing instead to contest jurisdiction and liability before Judge Coar.  Since the filing of this case in April 2008, there have been over 440 docket entries.  About half a dozen substantive motions are now pending before Judge Coar.  Several months ago, Judge Coar set a trial date of December 7, 2009.  Plaintiffs and defendants have recently negotiated an amended scheduling order that would move the trial date to June 2010.  The revised schedule was

approved by Magistrate Judge Mason, subject to approval by Judge Coar.

Given the work that Judge Coar has already invested in this case, and the prospect of a trial in less than 15 months, transfer at this stage might be contrary to the interests of judicial economy and result in unnecessary delay.

Dated: April 14, 2009                                              Respectfully Submitted By:

/s/ Anthony P. Valach, Jr.
Counsel for Plaintiffs

THE LAW OFFICES OF DANIEL HARRIS
Daniel Harris
Anthony Valach
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936

## **CERTIFICATE OF SERVICE**

       I, Anthony P. Valach, Jr., hereby certify that on this 14th day of April 2009, a true and correct copy of **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THIRD PARTY DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO REASSIGN TO MDL** was served, via the Court's electronic filing system, upon counsel of record and by U.S. Mail to the following:

Joan M. Pridgeon
448 West Englewood St.
Chicago, IL 60621

Helen F. Mitchell-Carter
7646 South Merrill Avenue
Chicago, IL 60649

James S. Schreier, Esq.
Eric P. Early, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

Isiah P. Ward
303 Waterford Drive
Willowbrook, IL 60527

Michael Smith
442 Hyde Park Avenue
Bellwood, IL 60104

                                                /s/ Anthony Valach
                                                   Anthony Valach