UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY, et al., | ) | |
| | ) | Case No.: 08 C 2475 |
| Plaintiffs, | ) | |
| | ) | Judge Coar |
| vs. | ) | |
| | ) | Magistrate Judge Mason |
| AMERIQUEST MORTGAGE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:  Counsel of Record**

 **PLEASE TAKE NOTICE** that on **Tuesday, April 14, 2009**, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THIRD PARTY DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO REASSIGN TO MDL** a copy of which is hereby served upon you.

Date:  April 14, 2009     Respectfully submitted by:

 /s/ Anthony P. Valach, Jr.
 Counsel for the Plaintiffs

 THE LAW OFFICES OF DANIEL HARRIS
 Daniel Harris
 Anthony Valach
 150 N. Wacker Dr., Suite 3000
 Chicago, IL 60606
 Telephone: 312-960-1802
 lawofficedh@yahoo.com
 anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 14th day of April 2009, a true and correct copy plaintiffs' **NOTICE OF FILING** was served, via the Court's electronic filing system, upon counsel of record and by U.S. Mail to the following:

Joan M. Pridgeon
448 West Englewood St.
Chicago, IL 60621

Helen F. Mitchell-Carter
7646 South Merrill Avenue
Chicago, IL 60649

James S. Schreier, Esq.
Eric P. Early, Esq.
Glaser Weil Fink Jacobs & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

Isiah P. Ward
303 Waterford Drive
Willowbrook, IL 60527

Michael Smith
442 Hyde Park Avenue
Bellwood, IL 60104


                                                          /s/ Anthony Valach
                                                           Anthony Valach