IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| ROSE TERRY, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>AMERIQUEST MORTGAGE COMPANY, et al.,<br><br>   Defendants and Third-Party Complainants<br><br> v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, et. al.,<br><br>   Third-Party Defendants. | |

## NOTICE OF FILING

**TO:  Counsel of Record:**

PLEASE TAKE NOTICE THAT, ON TUESDAY, APRIL 14, 2009, we filed AMERIQUEST MORTGAGE COMPANY'S OPPOSITION TO FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO REASSIGN TO MDL, a copy of which is concurrently being served upon you.

BN 3272120v1

DATED: April 14, 2009  Respectfully submitted,

By: /s/ Joanne N. Davies

*Attorneys for Ameriquest Mortgage Company*

Joanne N. Davies (admitted *pro hac vice*)
Buchalter Nemer
18400 Von Karman Ave., Ste. 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

- 2 -

BN 3272120v1

- 3 -

### CERTIFICATE OF SERVICE

    I, Joanne N. Davies, hereby certify that on this 14th day of April 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            By: /s/ Joanne N. Davies

BN 3272120v1