IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| ROSE TERRY, et al., <br><br>       Plaintiffs, <br><br>   v. <br><br> AMERIQUEST MORTGAGE COMPANY, et al., <br><br>       Defendants and Third-Party Complainants <br><br>   v. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, et. al., <br><br>       Third-Party Defendants. | |

**PROOF OF SERVICE**

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

(1)  **AMERIQUEST MORTGAGE COMPANY'S OPPOSITION TO FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO REASSIGN TO MDL;**

(2)  **NOTICE OF FILING; AND**

(3)  **PROOF OF SERVICE**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

### SEE ATTACHED SERVICE LIST

☒   **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on April 14, 2009. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 14, 2009, at Irvine, California.

_____
Joanne D. Mealey-Hatch

*Joanne D. Mealey-Hatch*
(Signature)

SERVICE LIST FOR IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES LITIGATION
United States District Court for the Northern District of Illinois, Eastern Division
Case No. MDL No. 1715

GMAC Mortgage Corporation
Wooden & McLaughlin
211 North Pennsylvania
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road
Suite 200
Carle Place, NY 11514

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Cheryl Talley
1577 Deer Path Lane
Franklin Grove, IL 61031

Cynthia Casteel
705 9th Street, NW
Huntsville, AL 35805

Daniel A. Edelman
Edelman, Combs,
    Latturner & Goodwin, LLC
120 S. LaSalle Street
18th Floor
Chicago, IL 60603

Daniel J Whitaker
113 Daventry Drive
Calera, AL 35040

John Cseh
12800 Shaker Boulevard
Suite U12
Cleveland, OH 44120

John J. McDonough
Cozen O'Connor
45 Broadway
Suite 1600
New York, NY 10006

John M. Gambrel
Gambrel & Wilder Law Offices, PLLC
1222 1/2 N Main St
Suite 2
London, KY 40741

John Robert King
Law Office of John King
3409 N. 10th Street
Suite 100
McAllen, TX 78601

Jonathan Lee Riches
#40948-018
Lexington
P. O. Box 14525
Lexington, KY 40512

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street
Suite 28
Westborough, MA 01581

Michael Swistak
Swistak and Levine, P.C.
304445 Northwest Highway
Farmington, MI 48334-3174

Michael S. Deck
Law Office of John King
3409 N. 10th Street
McAllen, TX 78501

- 2 -

Richard P. Colbert
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Robert W. Smyth , Jr
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, IL 60603

Walter J. Manning
1260 Greenwich Avenue
Warwick, RI 02886