**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  _____  THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715  Lead Case No. 05-cv-07097  (Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**

WHEREAS, pursuant to the Court's last scheduling Order governing the Opt-Out cases (Docket No. 2607) the current deadline for expert designation is April 21, 2009; the current deadline for designation of rebuttal experts is May 22, 2009; and the current discovery cut-off is June 23, 2009; and

WHEREAS, in August and September 2008, a number of the Opt-Out Plaintiffs filed Motions for Summary Judgment, the briefing on which was stayed by the Court in September 2008 (Docket No. 2391); and

WHEREAS, the Third-Party Defendants have recently filed a motion to appoint a new liaison counsel (Docket No. 2694) and, further, have filed a motion seeking an extension of time to respond to the Consolidated Third-Party Complaint in this matter (Docket No. 2690); and

WHEREAS, the Third-Party Defendants request for additional time, if granted by the Court, will mean that the Third-Party Complaint likely will not be at issue until at least July 2009, because the Third-Party Defendants have indicated that they will be filing one or more further motions to dismiss; and

WHEREAS, despite the fact that this MDL proceeding has now been pending for three and one-half years, new actions continue to be filed by plaintiffs, and transferred by the MDL Panel to this proceeding; and

WHEREAS, the parties have, to date, held three in-person mediation sessions with Retired Judge Donald J. O'Connell, and expect to schedule one or more additional mediation sessions shortly; and

WHEREAS, the parties have, to date, substantially limited discovery and motion practice in order to keep litigation costs at a minimum in order to facilitate settlement; and

WHEREAS it would benefit all parties, and advance considerations of judicial economy, to enter a new scheduling order for all Opt-Out cases which (1) sets a realistic schedule for the completion of discovery, the designation of experts, and the filing of dispositive motions; and (2) facilitates settlement of as many cases as possible

NOW THEREFORE, the parties respectfully request that the Court enter the following scheduling order:

1. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by July 21, 2009.

2. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by August 21, 2009.

3. All fact and expert discovery in all Opt-Out cases shall be completed by October 23, 2009.

4. Any motion for summary judgment, or partial summary judgment, with respect to any Opt-Out Complaint or related Third-Party Complaint, shall be filed by no later than November 23, 2009; and

5. Any objection to this Stipulation must be filed within 10 days of the date on which this Stipulation is filed. This Stipulation, and any Order subsequently issued by the Court, shall apply to all Opt-Out Plaintiffs and Third-Party Defendants who do not file a timely written objection. In the event that a timely objection is filed, the parties, or any of them, may file a written response to the objection within 10 days.

**IT IS SO STIPULATED:**

Dated: April 21, 2009           By:/s/ Charles M. Delbaum
                                  *Attorneys for Certain Opt-Out Plaintiffs*

                                  Charles M. Delbaum
                                  National Consumer Law Center
                                  77 Summer Street, 10th Floor
                                  Boston, MA 01220
                                  (617) 266-0313

Dated: April 21, 2009           By:/s/ Daniel S. Blinn
                                  *Attorneys for Certain Opt-Out Plaintiffs*

                                  Daniel S. Blinn
                                  Consumer Law Group
                                  35 Cold Spring Rd., Suite 512
                                  Rocky Hill, CT 06067
                                  (860) 571-0408

Dated: April 21, 2009      By:/s/ Thomas J. Wiegand
*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: April 21, 2009      By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc. CitiFinancial Mortgage; CitiResidential Lending Inc.; Deutsche Bank National Trust Company, as Trustee; HSBC Mortgage Services Inc.; GMAC ResCap; Barclays Capital; US Bank; Litton Loan Servicing; Merrill Lynch Credit Corp. ; Wells Fargo Bank, as Trustee; WM Specialty Mortgage LLC; Countrywide; Wilshire Credit Corp.; and Bank of NY Trust Co.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

## **ORDER**

Counsel for Defendants and Opt-Out Plaintiffs having so stipulated, and the Court having considered the Stipulation, **IT IS ORDERED that:**

1. Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by July 21, 2009.

2. Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by August 21, 2009.

3. All fact and expert discovery in all Opt-Out cases shall be completed by October 23, 2009.

4. Any motion for summary judgment, or partial summary judgment, with respect to any Opt-Out Complaint or related Third-Party Complaint, shall be filed by no later than November 23, 2009; and

//

//

//

//

//

//

//

//

//

5. Any objection to this Stipulation must be filed within 10 days of the date on which this Stipulation is filed. This Stipulation, and any Order subsequently issued by the Court, shall apply to all Opt-Out Plaintiffs and Third-Party Defendants who do not file a timely written objection. In the event that a timely objection is filed, the parties, or any of them, may file a written response to the objection within 10 days.

**IT IS SO ORDERED.**

_____
The Honorable Marvin E. Aspen
The Honorable Morton Denlow

**CERTIFICATE OF SERVICE**

  I, Bernard E. LeSage, hereby certify that on this 21th day of April 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: /s/ Bernard E. LeSage

BN 3271785v1