IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

## REVISED NOTICE OF MOTION

TO: Counsel of Record:

PLEASE TAKE NOTICE, that on Tuesday, April 28, 2009 at 10:30 a.m. we shall appear before Judge Marvin E. Aspen in Room 2568 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **STIPULATED [PROPOSED] TOLLING OF STATUTES OF LIMITATION WITH HARRIS MDL PLAINTIFFS**, a copy of which is hereby served upon you.

Dated: April 21, 2009

DAWN ARNALL

By: /s/ Vincent P. Schmeltz III
One of her attorneys

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
Therese King Nohos, Esq.
DEWEY & LEBOEUF LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, Illinois 60601-6710
Telephone: 312-794-8000
Facsimile: 312-794-8100

## CERTIFICATE OF SERVICE

    Vincent P. Schmeltz III, an attorney, hereby certifies that on this 21st day of April 2009, he caused a true and correct copy of the foregoing document, **REVISED NOTICE OF MOTION** and **STIPULATED [PROPOSED] TOLLING OF STATUTES OF LIMITATION WITH HARRIS MDL PLAINTIFFS** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        By:    /s/ Vincent P. Schmeltz III
                                                    Vincent P. Schmeltz III