IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715 |
| | Lead Case No. 05-CV-07097 |
| | (Centralized before Judge Aspen) |
| ROSE TERRY, et al. Plaintiffs -vs.- AMERIQUEST MORTGAGE COMPANY, et al. Case No. 1:08-CV-02475 Defendants and Third-party Plaintiffs -vs.- FIRST AMERICAN TITLE INSURANCE COMPANY, et al. Third-party Defendants | Case No. 1:08-CV-02475 Honorable David H. Coar |

# EXHIBIT A

## To Third-Party Defendant First American Title Insurance Company's Reply in Support of Motion to Reassign Terry Litigation to the MDL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, et al., | Case No. 08 CV 2475 |
| Plaintiffs, | Honorable David H. Coar |
| v. | |
| AMERIQUEST MORTGAGE COMPANY et al. | **AMERIQUEST'S MOTION TO MODIFY SCHEDULING ORDER** |
| Defendant. | |

By this motion, Ameriquest Mortgage Company ("Ameriquest"), ACC Capital Holdings Corporation ("ACCCH"), and Ameriquest Capital Corporation ("ACC"), request a modified scheduling order to account for twenty-seven (27) newly added Defendants and Third-Party Defendants. Additionally, in the interests of judicial economy, the Scheduling Order should bifurcate the contingently relevant fraudulent transfer claims into a second phase of discovery and trial. In the first phase, the parties can litigate the Truth-In-Lending and Illinois Consumer Fraud Act claims. This motion is supported by Ameriquest's Memorandum in Support of its Motion to Modify Scheduling Order and the Affidavit of Joanne N. Davies, copies of which are filed contemporaneously herewith.

DATED: February 8, 2009                    Respectfully submitted,

By: /s/ Joanne N. Davies

*Attorneys for Defendants Ameriquest Mortgage Company, ACC Capital Holdings Corporation, and Ameriquest Capital Corporation*

Joanne N. Davies (admitted *pro hac vice*)
Buchalter Nemer
18400 Von Karman Ave., Ste. 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
        Facsimile: (949) 720-0182

BN 2609648v1

CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 8th day of February 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

|  | By: ___/s/ Joanne N. Davies___ |
|---|---|