IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before Judge Aspen) |
| ROSE TERRY, et al. <br> Plaintiffs <br> -vs.- <br> AMERIQUEST MORTGAGE COMPANY, et al. <br>     Case No. 1:08-CV-02475 <br>         Defendants and Third-party Plaintiffs <br> -vs.- <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, et al. <br>         Third-party Defendants | Case No. 1:08-CV-02475 <br><br> Honorable David H. Coar |

# EXHIBIT C

To Third-Party Defendant First American Title Insurance Company's Reply in Support of Motion to Reassign Terry Litigation to the MDL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSE TERRY, et al., | |
| Plaintiff, | Case No. 08CV2475 |
| v. | Hon. David H. Coar |
| AMERIQUEST MORTGAGE COMPANY, et al. | |
| Defendants. | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE SCHEDULE

Defendants Ameriquest Mortgage Company, *et al.*, move the Court for an Order extending the trial and dispositive motion dates in this matter. The defendants seek to amend the schedule in this case for two independent reasons, set forth below. Plaintiffs have no objection to Defendants' request.

1.  First, the recently amended pleadings have added 18 new third parties. Additional time is needed simply to accommodate discovery among a larger group. Furthermore, the first answer date for parties in this newly added group is March 24, 2009, while some third party defendants have not yet been served because of difficulties obtaining service. This, too, necessitates additional time in the schedule.

2.  Second, this case involves two separable sets of issues, and it would promote economy for the parties and the Court if discovery on these two issues were logically sequenced. The first set of issues involves whether or not Defendants are liable to Plaintiffs for violating the Truth-In-Lending Act or the Illinois Consumer Fraud Act. If Plaintiffs prevail on the first issue, the second set of issues is whether Plaintiffs are entitled to punitive damages

under their Illinois Consumer Fraud Act claims and against whom they can collect a judgment, either under their alter ego or fraudulent transfer theories. The second set of issues may become moot depending on the outcome of the first issue. In order to effectively sequence these two issues—potentially saving both sides a significant expenditure of time and money—requires more time in the schedule than the present December 7, 2009 trial date will accommodate.

3. For each of these reasons, the parties request that the schedule in this case be modified as follows:

a) Dispositive Motions shall be filed no later than March 16, 2010;

b) Final Pretrial Orders shall be filed April 22, 2010;

c) Final Pretrial Conference in May 2010; and

d) Trial in this matter after June 7, 2010.

4. The defendants have submitted a Proposed Order outlining these dates, according Court's standing orders.

Dated: March 16, 2009

          Respectfully submitted,

          By: /s/ Vincent P. Schmeltz III
          One of the attorneys for Defendant
            Dawn Arnall

          Alan N. Salpeter
          Vincent P. Schmeltz III
          Erin L. Ziaja
          Dewey & LeBoeuf LLP
          Two Prudential Plaza
          180 N. Stetson, Suite 3700
          Chicago, IL 60601
          Telephone: 312-794-8022
          tschmeltz@dl.com

By: /s/ Joanne N. Davies
One of the attorneys for Defendants
*Ameriquest Mortgage Company, Ameriquest Capital Corporation n/k/a SPB Capital Corporation, ACC Capital Holdings Corporation, Ameriquest Mortgage Securities, Inc., Citigroup Global Markets Realty Corp. erroneously sued as CitiGroup Global Markets, Inc., CitiFinancial Mortgage Company, Inc. n/k/a CitiMortgage, Inc., Deutsche Bank National Trust Company, Individually and as Trustee, Greenwich Capital Financial Products, Inc., WM Specialty Mortgage, LLC n/k/a JPMC Specialty Mortgage LLC, Citi Residential Lending, Inc., Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates Series: 2005-R6, 2006-R1, 2005-R7, 2005-R10, 2006-R2, and 2005-R9*

Joanne N. Davies
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
(949) 760-1121
jdavies@buchalter.com


By: /s/ Thomas J. Wiegand
One of the attorneys for Defendants Wayne Lee and Argent Mortgage Securities

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
WINSTON & STRAWN
35 West Wacker Drive, Suite 4200
Chicago, Illinois 60601
(312) 558-5600
twiegand@winston.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2009, I filed the **Defendants' Motion to Extend Schedule**, together with a **Notice of Motion**, with the Court's ECF system and by doing so served a copy on all the parties.

/s/ Vincent P. Schmeltz III
ATTORNEY FOR DEFENDANT DAWN ARNALL

CH 25890.1 314679 000004 3/12/2009 03:48pm