IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before Judge Aspen) |
| ROSE TERRY, et al. <br> Plaintiffs <br> -vs.- <br> AMERIQUEST MORTGAGE COMPANY, et al. <br> Case No. 1:08-CV-02475 <br> Defendants and Third-party Plaintiffs <br> -vs.- <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, et al. <br> Third-party Defendants | Case No. 1:08-CV-02475 <br><br> Honorable David H. Coar |

# EXHIBIT D

To Third-Party Defendant First American Title Insurance Company's Reply in Support of Motion to Reassign Terry Litigation to the MDL

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Rose Terry, et al.

                                       Plaintiff,

v.                                                                                Case No.: 1:08−cv−02475
                                                                                      Honorable David H. Coar

Ameriquest Mortgage Company, et al.

                                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2009:

       MINUTE entry before the Honorable Michael T. Mason: Magistrate Judge Status hearing held on 3/25/2009. The Court adopts the parties' proposed discovery schedule. Accordingly, "phase I" fact discovery closes on 9/30/09 and "phase II" fact discovery closes on 1/11/10. The Court also adopts the following deadlines: expert disclosures by 1/18/10, expert depositions by 2/15/10, rebuttal expert disclosures by 2/22/10 and rebuttal expert depositions by 3/8/10. As a result of the parties' agreement, the following motions are withdrawn: plaintiffs' motion to compel [130], defendants' motion to modify scheduling order and bifurcate discovery [178], defendant's motion to compel depositions [208], plaintiffs' motion for protective order [295], and defendant's unopposed motion to extend the schedule [412]. As stated in open court, the parties are to submit a more detailed agreed order, in wordperfect format, to Proposed_Order_Mason@ilnd.uscourts.gov. Status hearing set for 7/14/09 at 9:00 a.m. If out of town counsel wishes to participate telephonically, they should contact Judge Masons courtroom deputy, Rosa Franco (312−435−6051) by 7/10/09. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.