**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO THE | ) | |
| FOLLOWING INDIVIDUAL ACTIONS: | ) | Centralized before Judge |
| | ) | Marvin E. Aspen |
| *Guydon, et al. v. Ameriquest Mortg. Co.,* | ) | |
| *06-cv-3423 (N.D. Ill.),* | ) | |
| *Rowan, et al. v. Ameriquest Mortg. Co.,* | ) | |
| *06-cv-6717 (N.D. Ill.),* | ) | |
| *Miller v. Ameriquest Mortg Co.,* | ) | |
| *07-cv-1623 (N.D. Ill.),* | ) | |
| *McKimmy v. Ameriquest Mortg. Co.,* | ) | |
| *07-cv-1628 (N.D. Ill.),* | ) | |
| *Stafford v. Ameriquest Mortg. Co.,* | ) | |
| *06-cv-6764 (N.D. Ill.),* | ) | |
| *Clay v. Ameriquest Mortg. Co.,* | ) | |
| *06-cv-7191 (N.D. Ill.), and* | ) | |

## PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT

Plaintiffs Kevin Guydon, Rita Guydon, Cecilia Rowan, Katherine Miller, Benjamin Miller, Angelique McKimmy, Ernie McKimmy, Karen Stafford, James Stafford, and Mildred Clay respectfully request that their loan modification agreements with defendants be enforced. Plaintiffs respectfully request that this Court enter a judgment directing the parties to cooperate and perform under the terms of their respective agreements, in accordance with the further orders of this Court and provide for all other appropriate relief, including additional attorney's fees associated with the presentation of this motion. In support of their motion, Plaintiffs state as follows:

1

## FACTS RELATING TO PLAINTIFFS KEVIN AND RITA GUYDON

1.　　In 2008, plaintiffs Kevin Guydon and Rita Guydon signed the settlement agreement attached hereto as <u>Exhibit A</u>.　<u>Exhibit A</u> was also signed by defendants Ameriquest Mortgage Company and Ameriquest Mortgage Securities, Inc., through Diane E. Tiberend, on July 30, 2008; and by defendants Citi Residential Lending, Inc. and Deutsche Bank National Trust Company, Trustee for the Registered Holders of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R6, through Michael Zastoupil, on September 8, 2008.

2.　　Paragraph I (C) of <u>Exhibit A</u> states that modified repayment terms were to commence October 1, 2008.

3.　　As of the date of filing this motion, plaintiffs Kevin Guydon and Rita Guydon are still receiving statements for and have been paying the higher, pre-modification monthly payments.

## FACTS RELATING TO PLAINTIFF CECILIA ROWAN

4.　　On December 8, 2008, plaintiff Cecilia Rowan signed the loan modification agreement drafted by defendant Litton Loan Servicing and dated October 27, 2008, attached hereto as <u>Exhibit B</u>.

5.　　On December 8, 2008, plaintiff Cecilia Rowan also signed and had notarized the loan modification agreement drafted by defendant Litton Loan Servicing and dated November 2, 2008, attached hereto as <u>Exhibit C</u>.

6.　　Paragraph 2 of the <u>Exhibit C</u> states, "The agreement will be effective on October 1, 2008."

7.　　On November 26, 2008, defendants' counsel emailed Rowan's counsel,

2

stating that Litton did "expect Rowan to pay for November and December at the new rate."  Exhibit D.

8.     Plaintiff Rowan's counsel contacted defendants' counsel regarding their continuing failure to effectuate her loan modification on December 29, 2008, on January 26, 2009, on February 19, 2009, on March 17, 2009, on March 30, 2009, and on April 7, 2009.  Exhibit E.

9.     The loan modification has not been effectuated.

**FACTS RELATING TO PLAINTIFFS KATHERINE MILLER AND BENJAMIN MILLER**

10.     On October 26, 2008, plaintiffs Katherine Miller and Benjamin Miller signed the settlement agreement attached hereto as Exhibit F.

11.     Paragraph I (C) of Exhibit F states that modified repayment terms were to commence December 1, 2008.

12.     Plaintiffs' counsel forwarded the Millers' signed settlement agreement to defendants' counsel on November 10, 2008.  Exhibit G.

13.     In January 2009 plaintiffs Katherine Miller and Benjamin Miller received a debt collection letter from their new servicer, Chase Home Finance, LLC.  Plaintiffs' counsel contacted defendants' counsel about this matter on January 9, 2009.  This email also stated, "Katherine Miller signed a settlement agreement with Citi in November, and we've yet to receive loan mod docs about this, and she's yet to receive a statement regarding her payments."  Exhibit H.

14.     Then, on January 28, 2009, Chase Home Finance, LLC sent Katherine Miller and Benjamin Miller a letter threatening them with foreclosure.  Plaintiffs' counsel forwarded the threatening letter to defendants' counsel on February 2, 2009, asking counsel to inform Chase of the loan modification agreement.  Exhibit I.

15.    On February 2, 2009, defendants' counsel emailed the Millers' counsel: "I am following up.  We are trying to reach out to find an omnibus solution on the transfer issues with Citi and Chase; I'll keep you posted."  Exhibit J.

16.    On February 9, 2009, the Millers found a foreclosure notice on their door.  Plaintiffs' counsel brought this to defendants' counsel's attention the next day.  Exhibit K.

17.    On February 10, 2009, defendants' counsel emailed plaintiffs' counsel: "Per below, it looks like we are getting cooperation on straightening out the Millers' foreclosure.  I will keep you posted."  Exhibit L.

18.    Plaintiffs' counsel requested an update from defendants' counsel on February 19, 2009.  Defendants counsel responded later that day, "Chase is checking on the Millers' status right now and I'll let you know as soon as I hear back."  Exhibit M.

19.    Plaintiffs' counsel requested updates again on March 2, 2009, and again on March 30, 2009.  Exhibits M-N.  Plaintiffs have not received any further information regarding foreclosure proceedings against the Millers, or regarding the effectuation of the Millers' loan modification agreement.

## FACTS RELATING TO PLAINTIFFS ANGELIQUE MCKIMMY AND ERNIE MCKIMMY

20.    Prior to August 15, 2008, plaintiffs Angelique McKimmy and Ernie McKimmy signed the settlement agreement attached hereto as Exhibit O.

21.    Paragraph I (C) of Exhibit O states that modified repayment terms were to commence October 1, 2008.

22.    Plaintiffs' counsel forwarded the McKimmys' signed settlement agreement to defendants' counsel on August 15, 2008.  Exhibit P.

4

23.     Defendants' counsel tendered a check to plaintiffs' counsel for the McKimmys' attorney's fees on April 21, 2009.  However, as of April 2009, plaintiffs Angelique McKimmy and Ernie McKimmy are still receiving statements for the higher, pre-modification monthly payments.

## FACTS RELATING TO PLAINTIFFS KAREN STAFFORD AND JAMES STAFFORD

24.     On November 19, 2008, plaintiffs Karen Stafford and James Stafford signed the Loan Modification Agreement attached as Exhibit Q.

25.     On October 17, 2008, defendants Ameriquest Mortgage Company and Ameriquest Mortgage Securities, Inc., through Diane E. Tiberend, signed the settlement agreement for plaintiffs Karen Stafford and James Stafford attached hereto as Exhibit R.  Defendants Citi Residential Lending, Inc. and Deutsche Bank National Trust Company, Trustee for the Registered Holders of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R11, through Michael Zastoupil, signed Exhibit R on October 20, 2008.

26.     Paragraph I (C) of Exhibit R states that modified repayment terms were to commence October 1, 2008.

27.     Defendants' counsel did not forward Exhibit R to plaintiffs' counsel until April 20, 2009.  Exhibit S.

28.     On March 17, 2009, plaintiffs' counsel contacted defendants' counsel to inform defendants that American Home Mortgage Servicing, Inc. had purchased servicing rights to the Staffords' loan, effective March 1, 2009, but that American Home Mortgage Servicing, Inc. would not send plaintiffs statements or enable plaintiffs to speak to a customer service representative.  Exhibit T.

29.     As of the date of filing this motion, defendants' counsel has not responded, and the Staffords still have not received any statement to demonstrate that defendants have effectuated their loan modification agreement.

## FACTS RELATING TO PLAINTIFF MILDRED CLAY

30.     On July 26, 2008, defendants' counsel made a settlement offer to plaintiff Mildred Clay that included a cash payment of $3,000.  Counsel for Mildred Clay accepted the offer on September 5, 2008, re-specifying "Ameriquest's offer to settle her case for $3,000." Exhibit U.

31.     On October 18, 2008, plaintiff Mildred Clay signed the Loan Modification Agreement attached as Exhibit V.

32.     On October 14, 2008, defendants Ameriquest Mortgage Company and Ameriquest Mortgage Securities, Inc., through Diane E. Tiberend, signed the settlement agreement for plaintiff Mildred Clay attached hereto as Exhibit W.

33.     Paragraph I (A) of Exhibit W states, "Within five business days after the execution of this Agreement by all Parties, Ameriquest shall deliver a check to the law firm of Edelman, Combs, Latturner & Goodwin, LLC in the amount of $3,000.00."

34.     Defendants' counsel did not forward Exhibit W to plaintiffs' counsel until April 20, 2009.  Exhibit S.

35.     Ms. Clay's loan modification has been effectuated, but, as of the date of filing this motion, defendants still have not paid the $3,000.00.

## FACTS RELATING TO ALL PLAINTIFFS

36.     Despite numerous attempts by Plaintiffs' counsel to resolve this matter, defendants have refused to effectuate the loan modifications which would allow Plaintiff to dismiss

6

plaintiffs Guydons', Rowan's, Millers', McKimmys', or Staffords' cases with prejudice.

37.     Plaintiffs are requesting that the Court order Defendants to effectuate the above-mentions loan modification agreements.

38.     Plaintiffs Rowan, Miller, Stafford, and Clay are further requesting that Defendant be ordered to pay the $3,000.00 owed to Plaintiffs' counsel for its fees.

WHEREFORE, Plaintiffs respectfully request that this Court enter a judgment directing the parties to cooperate and perform under the terms of their respective agreements, in accordance with the further orders of this Court and provide for all other appropriate relief, including additional attorney's fees associated with the presentation of this motion.


Respectfully submitted,


s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on April 23, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also hereby certify that a copy was sent by U.S. mail to parties without an email address.

Argent Mortgage Company, LLC
gtam@argentmortgage.com

Cislo Title Company
jwfinke@mindspring.com

Adam R. Bunge
abunge@karballaw.com

Adebayo Ogunmeno
aikogun@ogunmenolawfirm.com

Alais L.M. Griffin
alais.griffin@goldbergkohn.com

Alan N. Salpeter
asalpeter@dl.com

Albert E. Fowerbaugh, Jr.
al.fowerbaugh@dlapiper.com

Amir R. Tahmassebi
amir@konicedillonlaw.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Andrew R. Greene
agreene@johnstongreene.com

Anna C. Schumaker
aschumaker@sidley.com

Annaliese F. Fleming
annaliese.fleming@bfkn.com

Anthony C. Campanale
accampanale@acclaw.com

Athanasios Papadopoulous
tpapadopoulos@ngelaw.com

Avidan J. Stern
avi@lynchandstern.com

Bernard E. LeSage
blesage@buchalter.com

Bradley J. Miller
bmiller@kilpatrickstockton.com

Brandon A. Block
bblock@buchalter.com

Brian J. Williams
brian.williams@mbtlaw.com

Brian L. Bromberg
brian@bromberglawoffice.com

Brian S. Brewer
bbrewer@pckltdlaw.com

Bruce R. Meckler
bruce.meckler@mbtlaw.com

Carlos E. Mahoney
cmahoney@gmf-law.com

Caryn Becker
Cbecker@lchb.com

Chante D. Spann
Chante.Spann@goldbergkohn.com

Charles M. Delbaum
cdelbaum@nclc.org

Charles M. Baird
charlesmbaird@att.net

Charles S. Ofstein
ofstein@DBMSlaw.com

Cheryl A. Perry
cheryl@caplawoffice.com

Christopher B. Hunter
cbhunter@rothlaw.com

Christopher E. Kentra
chris.kentra@mbtlaw.com

Christopher F. Swing
cswing@brouse.com

Christopher H. Murphy
cmurphy@cozen.com

Christopher S. Naveja
csnaveja@arnstein.com

Cinthia G. Motley
cinthia.motley@wilsonelser.com

Craig Allan Varga
cvarga@vblhc.com

Daniel F. Lynch
dan@lynchandstern.com

Daniel J. McMahon
Daniel.McMahon@wilsonelser.com

Daniel M. Harris
lawofficedh@yahoo.com

Daniel S. Blinn
dblinn@consumerlawgroup.com

David A. Ward
wardmetti@msn.com

David C. McCormack
maclaw@execpc.com

David E. Dahlquist
ddahlquist@winston.com

David J. Chizewer
david.chizewer@goldbergkohn.com

David T. Ballard
dballard@btlaw.com

David W. Warren
dwwarren@joelsonrosenberg.com

Dean J. Wagner
dwagner@shslawfirm.com

Dennis E. Both
dbothlaw@att.net

Derek M. Johnson
djohnson@rathjewoodward.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Dominick W. Savaiano
dsavaiano@clausen.com

Don E. Glickman
dglickman@lawggf.com

Donald Brown, Jr.
donald.brown@dbmslaw.com

Donald Colleluori
don.colleluori@figdav.com

Donald P. Eckler
deckler@pretzel-stouffer.com

Earl P. Underwood
epunderwood@gmail.com

Edward A. Cohen
ecohen@karballaw.com

Edward M. Ordonez
eordonez@cozen.com

Emily A. Shupe
eshupe@rathjewoodward.com

Emily K. Lashley
elashley@wtplaw.com

Emily M. Milman
emulder@ngelaw.com

Emily V. Wolf
ewolf@ksc-law.com

Eric D. Kaplan
ekaplan@kpglaw.com

Eric P. Early
eearly@chrisglase.com

Evan J. Kaufman
ekaufman@lerachlaw.com

Frank J. Kokoszka
fkokoszka@k-jlaw.com

Gary Edward Klein
klien@roddykleinryan.com

Gary T. Jansen
gjansen@cksslaw.com

Gayle L. Yeatman
gayle.fisher@bfkn.com

Geoffrey S. Binney
geoff.binney@geblawyers.com

George K. Flynn
gflynn@clausen.com

George P. Apostolides
gapostolides@arnstein.com

Gerald R. Walton
grwalton49@aol.com

Gerard D. Kelly
gkelly@sidley.com

Gini Sapziano
gspaziano@shslawfirm.com

Greg J. Miarecki
gmiarecki@winston.com

Gregory A. Cerulo
gcerulo@qjhp.com

Harlene G. Matyas
hgmatyas@tribler.com

Harry N. Arger
harger@dykema.com

Heather J. Macklin
heather.macklin@bfkn.com

Hector Ledesma
hledesma@sanchezdh.com

J. Aaron Jensen
aaron.jensen@mbtlaw.com

James D. Patterson
jpatterson@alalaw.com

James J. Sipchen
jsipchen@pretzel-stouffer.com

James K. Borcia
jborcia@tsmp.com

James M. Boyers
jboyers@woodmclaw.com

James S. Schreier
jschreier@glaserweil.com

James V. Noonan
jnoonan@noonanandlieberman.com

Jared I. Rothkopf
jrothkopf@kpglaw.com

Jason B. Hirsh
jbhirsh@arnstein.com

Jeanne M. Hoffman
jhoffman@brycedowney.com

Jeffrey T. Heintz
jheintz@brouse.com

Jeffrey W. Finke
jwfinke@mindspring.com

Jennifer R. Lazenby
jlazenby@wtplaw.com

Jessica Myers
jmyers@las.org

Jill Henniger Bowman
jbowman@jameshoyer.com

Jimmie H. Brown
help@bspclaw.com

Joanne N. Davies
jdavies@buchalter.com

Joel S. Todd
jtodd@saltzpolisher.com

John E. Kerley
lawyerjohn@aol.com

John J. Lydon
lydonj@gsgolaw.com

John L. Ropiequet
jlropiequet@arnstein.com

John W. Patton, Jr.
jpatton@pattonryan.com

Jon R. Fetterolf
jfetterolf@wc.com

Jonathan N. Ledsky
jledsky@vblhc.com

Joseph B. Carini III
carinij@jbltd.com

Jospeh K. Mathewson
kent@dbsmlaw.com

Joshua R. Mandell
jmandell@buchalter.com

Katherine M. Donat
kdonat@noonanandlieberman.com

Kathryn R. Mackey
kmackey@clausen.com

Keith James Keogh
Keith@Keoghlaw.com

Keith R. Verges
kverges@figdav.com

Kelly M. Dermody
kdermody@lchb.com

Kerry D. Nelson
kerry.donovan@goldbergkohn.com

Kevin J. Clancy
kclancy@lowis-gellen.com

Kevin M. O'Hagan
kohagan@ohaganspencer.com

Kristin A. Siegesmund
kasiegesmund@midmnlegal.org

Kristin S. Yoo
kyoo@cozen.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

Larry A. Hoellwarth
lhoellwarth@karballaw.com

Laura E. Cohen
lcohen@pckltdlaw.com

Laurie S. Fulton
lfulton@wc.com

Lee J. Schoen
lschoen@schoenmslaw.com

Lee M. Weisz
weiszlaw@aol.com

Linda B. Dubnow
ldubnow@ngelaw.com

Lloyd J. Brooks
lloyd.brooks@thebrooksfirm.com

Lori A. Fanning
Lfanning@MillerLawLLC.com

Mara McRae
mmcrae@kilpatrickstockton.com

Margaret J. Rhiew
mrhiew@dykema.com

Mark T. Davenport
mark.davenport@figdav.com

Marvin Alan Miller
mmiller@millerlawllc.com

Matthew D. Matkov
mmatkov@saltzpolisher.com

Matthew F. Tibble
mtibble@pretzel-stouffer.com

Matthew L. Kurzweg
mkurzweg@kurzweglaw.com

Megan L. Kerr
mkerr@pckltdlaw.com

Melissa R. Dixon
melissardixon@bellsouth.net

Michael A. Braun
mabraun@speakeasy.net

Michael Alan Kraft
mike@mkraftlaw.com

Michael Andrew Kraft
mkraft@qjhp.com

Michael C. Andolina
mandolina@sidley.com

Michael D. Sher
msher@ngelaw.com

Michael J. Breslin
mbreslin@kilpatrickstockton.com

Michael M. Fenwick
mfenwick@pattonryan.com

Michael R. Gregg
mrg@merlolaw.com

Michelle B. Fisher
mfisher@dykema.com

Nicole D. Milos
nmilos@cksslaw.com

Paven Malhotra
pmalhotra@wc.com

Peter Lachmann
Peter.lachmann@sbcglobal.net

Peter R. Wilson
peter.wilson@kattenlaw.com

Rachel Geman
rgeman@lchb.com

Ralph O. Scoccimaro
help@bspclaw.com

Rebecca Rothmann
rebecca.rothmann@wilsonelser.com

Renee L. Zipprich
rzipprich@dykema.com

Richard E. Gottlieb
rgottlieb@dykema.com

Richard M. Kaplan
rkaplan@clausen.com

Richard M. Waris
rwaris@pretzel-stouffer.com

Robert Radasevich
rradasevich@ngelaw.com

Robert E. Shapiro
rob.shapiro@bjkn.com

Robert J. Schuckit
rschuckit@schuckitlaw.com

Robert J. Emanuel
remanuel@burkelaw.com

Robert Stuart Pinzur
rpinzur@pckltdlaw.com

Ronald I. Chorches
Ronaldchorches@sbcglobal.net

Rudolf G. Schade, Jr.
Rgs@cassiday.com

Russell M. Kofoed
russellkofoed@sbcglobal.net

Russell W. Hubbard
russell.hubbard@figdav.com

Samuel H. Rudman
srudman@csgrr.com

Stanley L. Hill
stanhill@hegsinet.net

Sarah K. Andrus
sandrus@buchalter.com

Scott J. Brown
sjb@cassiday.com

Shelley J. Webb
swebb@wc.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Sreeram Natarajan
snatarajan@tribler.com

Stanley L. Hill
stanhill@megsinet.net

Stephanie M. Zimdahl
stephanie.zimdahl@bfkn.com

Stephen M. Sedor
ssedor@durantnic.com

Steven M. Brandstedt
brandstedt@litchfiledcavo.com

Steven M. Sandler
sms@merlolaw.com

Susan J. Miller Overbey
smiller@burkelaw.com

Susan N.K. Gummow

Synde B. Keywell
skeywell@ngelaw.com

Terrence J. Madden
tmadden@brycedowney.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com

Therese K. Nohos
tnohos@dl.com

Thomas Joseph Wiegand
twiegand@winston.com

Timothy D. Elliott
telliott@rathjewoodward.com

Timothy V. Hoffman
thoffman@sanchezdh.com

Veronica W. Saltz
vsaltz@saltzpolisher.com

Vincent P. Schmeltz III
vschmeltz@dl.com

Wayne B. Holstad
wholstad@integraonline.com

William E. Hosler
weh@wwrplaw.com

William H. Robertson V
bill.robertson@beasleyallen.com

William R. Brown
wbrown@schuckitlaw.com

14

Alexander E. Sklavos
Law Offices of Alexander E. Sklavos, P.C.
1 Old Country Rd.
Suite 200
Carle Place, NY 11514

Alexandra van Nes Dolger
Richard P. Colbert
Day Berry and Howard, LLP
1 Canterbury Green
Stamford, CT 06901

Brian H. Newman
Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Buchalter Nemer, P.C.
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017

John J. McDonough
Cozen O'Connor
45 Broadway
Suite 1600
New York, NY 10006

John M. Gambrel
Gambrel & Wilder Law Offices, PLLC
1222 ½ N. Main St.
Suite 2
London, KY 40741

John R. King
Michael S. Deck
Law Office of John King
3409 N. 10th St.
Suite 100
McAllen, TX 78601

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman St.
Suite 28
Westborough, MA 01581

Michael Swistak
Swistak & Levine, P.C.
304445 Northwest Highway
Farmington, MI 48334

Robert W. Smyth, Jr.
Donohue Brown Mathewson & Smyth
140 S. Dearborn St.
Suite 700
Chicago, IL 60603

<u>s/Cathleen M. Combs</u>
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

16