UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO: <br><br> PAMELA BROWN, et al. v. AMERIQUEST MORTGAGE COMPANY, et al. (Case No.: 07-cv-4890, N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, *INSTANTER***

TO: Counsel of Record

PLEASE TAKE NOTICE that on the 12th day of May, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Marvin E. Aspen in Courtroom 2578, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, *INSTANTER***, a copy of which is attached hereto.

Date: April 27, 2009        Respectfully submitted by:

/s/ Anthony P. Valach, Jr.
Counsel for the Plaintiffs

THE LAW OFFICES OF DANIEL HARRIS
Daniel Harris
Anthony Valach
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936
lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 27th day of April 2009, a true and correct copy of **PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDEND *COMPLAINT, INSTANTER*** was served, via the Court's electronic filing system, upon counsel of record.

                                          /s/ Anthony Valach
                                            Anthony Valach