IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,<br><br>    Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

### DECLARATION OF KEITH VERGES

1. My name is Keith Verges. I am over the age of eighteen years and am competent to make this declaration. I am Liaison Counsel and legal counsel for Commonwealth Land Title Insurance Company, Lawyers Title Insurance Company, LandAmerica Financial Group, Inc., Transnation Title Insurance Company, and Commonwealth Land Title Company. I have personal knowledge of the statements set forth herein, and such information is true and correct.

2. I, or persons supervised by me, have reviewed the detailed daily narratives of all tasks performed by Liaison Counsel and delegees in this matter. Persons supervised by me prepared the attached Exhibit 1, which is a compilation of all time entries for legal tasks performed on behalf of all Third-Party Defendants Exhibit 1 is referred to as the Supporting Documentation Detailing Liaison Counsel Fees and Expenses From December 6, 2008, Through



**DECLARATION OF KEITH VERGES – Page 1**

March 7, 2009, (the "Supporting Documentation"), which contains a complete and accurate account of the tasks performed by Liaison Counsel and others at his request at the law firm of Figari & Davenport, LLP. The Supporting Documentation identifies who did the work, the nature of the work, along with the amount of time it took to perform each task, and the amount of attorneys' fees billed for performing each task. Costs and expenses for performing the work are also included therein. The hourly rate of each person performing the work is included herein. I personally reviewed and revised the Supporting Documentation with reference to the underlying statements and included only tasks that I believe were done on behalf of all Third-Party Defendants, as opposed to tasks that were done for my clients or for tasks that Third-Party Defendants did not authorize.

      3. The Supporting Documentation details each task performed in chronological order. The initials of the individual attorney that performed each task as described therein are included in both the "description" column and the "hours" column of the Supporting Documentation and reference the following attorneys:

    a) KRV – Keith Verges: $280.00/hr

    b) RWH – Russell W. Hubbard: $170.00/hr

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 28th day of April, 2009.

                      COMMONWEALTH LAND TITLE INSURANCE
                      COMPANY, LAWYERS TITLE INSURANCE
                      CORPORATION, TRANSNATION TITLE
                      INSURANCE COMPANY, LANDAMERICA
                      FINANCIAL GROUP, INC., AND
                      COMMONWEALTH LAND TITLE COMPANY

                      By: _____
                      Its:    Legal Counsel

<u>DECLARATION OF KEITH VERGES</u> – Page 2

# LIAISON COUNSEL ATTORNEYS' FEES INCURRED FROM
# DECEMBER 6, 2008 THROUGH MARCH 7, 2009

| Date | Description | Hours | Fees |
|---|---|---|---|
| 12/8/08 | Cost of conference call with Third-Party Defendants' counsel | | $123.47 |
| 12/9/08 | KRV: Prepare for and conduct telephone conference with all Underwriters' counsel regarding potential motion to dismiss | KRV 1.0 | $280.00 |
| 12/9/08 | RWH: Prepare for and attend conference call with Underwriters | RWH 1.0 | $185.00 |
| 12/9/08 | Cost of conference call with Third-Party Defendants' counsel | | $106.66 |
| 12/10/08 | KRV: Memorandum to counsel for Old Republic | KRV .20 | $56.00 |
| 12/10/08 | KRV: Letter to all Underwriters' counsel | KRV .70 | $196.00 |
| 12/10/08 | KRV: Review various messages regarding attendance and preparation for the status conference and hearing; | KRV .30 | $84.00 |
| 12/11/08 | KRV: Letter to all Underwriters' counsel | KRV .30 | $84.00 |
| 12/11/08 | KRV: Review various electronic filings regarding briefing of 12/19/08 status conference | KRV .30 | $84.00 |
| 12/11/08 | RWH: Revise correspondence to Third-Party Defendants regarding status hearing | RWH .50 | $92.50 |
| 12/12/08 | KRV: Review information from C. Murphy regarding broker submission to status report; revise status report; letter to all Third-Party Defendants' counsel regarding Chicago meeting and status report | KRV .50 | $140.00 |
| 12/12/08 | KRV: Revise status report on behalf of all Third-Party Defendants preparatory to 12/19/08 status conference | KRV .50 | $140.00 |
| 12/15/08 | KRV: Review order clarifying summary judgment procedures | KRV .30 | $84.00 |
| 12/15/08 | KRV: Review other parties' status reports; contact B. Lesage regarding information for mediation | KRV .80 | $224.00 |
| 12/15/08 | KRV: Letter to all Third-Party Defendants; review Closers' motion for extension of time; finalize and file status report on behalf of all Third-Party Defendants | KRV .60 | $168.00 |
| 12/15/08 | KRV: Coordinate with various Third-Party Defendants' counsel preparatory to meeting and status conference in Chicago | KRV .50 | $140.00 |
| 12/15/08 | KRV: Review message regarding mediation proposal from B. LeSage; memo to all Third-Party Defendants' counsel | KRV .30 | $84.00 |
| 12/16/08 | KRV: Review additional electronic filings preparatory to 12/19/08 status conference; review and calendar order regarding extra time for motions to dismiss | KRV .40 | $112.00 |
| 12/16/08 | KRV: Various memos to Third-Party Defendants' counsel regarding mediation session in 2/2009 and attendance requirements; telephone conference with B. LeSage | KRV .30 | $84.00 |


EXHIBIT 1

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED FROM
## DECEMBER 6, 2008 THROUGH MARCH 7, 2009

| Date | Description | Hours | Fees |
|---|---|---|---|
| 12/17/08 | KRV: Review latest electronic filings; telephone conference with J. Ropiequet | KRV .40 | $112.00 |
| 12/17/08 | KRV: Telephone conference with B. LeSage regarding medication issues and class action settlement | KRV .20 | $56.00 |
| 12/17/08 | KRV: Prepare and revise agenda for Third-Party Defendants' counsel meeting in Chicago | KRV 1.0 | $280.00 |
| 12/17/08 | KRV: Prepare agenda for Third-Party Defendants; memo to all Third-Party Defendants | KRV 2.0 | $560.00 |
| 12/18/08 | KRV: Travel to Chicago for meeting with Third-Party Defendants as Liaison Counsel and preparatory to court-ordered status conference | KRV 4.0 | $1120.00 |
| 12/18/08 | KRV: Prepare for and chair meeting of Third-Party Defendants' counsel on strategy and other issues and to prepare for status conference | KRV 2.0 | $560.00 |
| 12/19/08 | KRV: Synthesize all comments from all Third-Party Defendants to prepare for court-ordered status conference | KRV 1.0 | $280.00 |
| 12/19/08 | KRV: Attend court-ordered status conference as Liaison Counsel for all Third-Party Defendants; confer with B. LeSage regarding various issues relating to discovery and mediation | KRV 1.5 | $420.00 |
| 12/19/08 | Travel to Dallas | KRV 4.0 | $1120.00 |
| 12/22/08 | KRV: Draft and revise updated status report regarding mediation, court appearance, and discovery; review email from D. Harris regarding informal discovery from Plaintiffs | KRV 1.0 | $280.00 |
| 12/23/08 | KRV: Memo to Third-Party Defendants regarding ramifications of potential class action settlement on indemnification claims against Third-Party Defendants | KRV .40 | $112.00 |
| 12/24/08 | KRV: Prepare and revise comprehensive status report dealing with status conference, mediation issues, class action and opt-out settlement issues, discovery and motion practice | KRV 2.0 | $560.00 |
| 12/24/08 | KRV: Prepare letter to B. LeSage regarding contract document production to all Third-Party Defendants | KRV .20 | $56.00 |
| 12/29/08 | KRV: Telephone conference with C. Murphy regarding concerns about settlement conference; review various messages from other Third-Party Defendants on topic of medication scheduling and strategy | KRV .40 | $112.00 |
| 12/29/08 | KRV: Letter to B. LeSage regarding production of comprehensive contract documents for both mediation practice and preparatory to motion to dismiss | KRV .20 | $56.00 |
| 12/29/08 | KRV: Review message from D. Harris and work on gathering necessary information to respond on behalf of all Third-Party Defendants as to certain title insurance companies involved in transactions | KRV .20 | $56.00 |
| 12/30/08 | Airfare for K. Verges to attend status conference - Chicago | | $416.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED FROM DECEMBER 6, 2008 THROUGH MARCH 7, 2009

| Date | Description | Hours | Fees |
|---|---|---|---|
| 12/30/08 | Travel Expenses for K. Verges to attend status conference - Chicago | | $429.64 |
| 1/6/09 | KRV: Various memo to B. Newman regarding mediation and service problems to all Third-Party Defendants; review correspondence from B. Newman regarding pre-mediation discovery; draft updated status letter regarding mediation | KRV .30 | $84.00 |
| 1/7/09 | KRV: Collect and reconcile all scheduling and other mediation issues; draft letter to all Third-Party Defendants regarding discovery of all contracts; draft letter to B. Newman regarding mediation scheduling and logistics as well as pre-mediation discovery; finalize and transmit letters | KRV 1.4 | $392.00 |
| 1/8/09 | KRV: Review electronic filings relating to substitution of parties and returns of service as to new Third-Party Defendants | KRV .10 | $28.00 |
| 1/9/09 | KRV: Review messages from other Third-Party Defendants regarding mediation and problems with obtaining all contract documents | KRV .30 | $84.00 |
| 1/12/09 | KRV: Review electronic filings relating to case reassignments in MDL; calendar new order setting status conference in front of Magistrate Denlow | KRV .20 | $56.00 |
| 1/12/09 | RWH: Review correspondence from C. Swing; email C. Swing | RWH .20 | $37.00 |
| 1/15/09 | KRV: Review additional electronic filings relating to party substitutions affecting Third-Party Defendants | KRV .20 | $56.00 |
| 1/20/09 | KRV: Memo to counsel for Third-Party Defendants to assist in obtaining pre-mediation discovery from defendants | KRV .20 | $56.00 |
| 1/20/09 | KRV: Review additional electronic filings confirming reassignment of cases | KRV .10 | $28.00 |
| 1/20/09 | RWH: Review issue regarding makeup of broker sub-group; telephone call to A. Stern | RWH .40 | $74.00 |
| 1/21/09 | KRV: Investigate why Quick Title was dismissed as a Third-Party Defendant and effect on other Third-Party Defendants | KRV .20 | $56.00 |
| 1/21/09 | RWH: Research issue regarding dismissal of Quick Title | RWH .30 | $55.50 |
| 1/22/09 | KRV: Numerous messages to B. Newman to work on mediation logistics | KRV .40 | $112.00 |
| 1/22/09 | KRV: Review messages from B. Newman and Plaintiffs' counsel along with new proposed mediation schedule; memo to all Third-Party Defendants regarding mediation; various conferences with Third-Party Defendants' counsel regarding mediation | KRV .90 | $252.00 |
| 1/22/09 | KRV: Memo to Third-Party Defendants participants in February mediation on strategic and related issues | KRV .60 | $168.00 |

# LIAISON COUNSEL ATTORNEYS' FEES INCURRED FROM DECEMBER 6, 2008 THROUGH MARCH 7, 2009

| Date | Description | Hours | Fees |
|---|---|---|---|
| 1/22/09 | KRV: Review and calendar stipulation and scheduling order on opt-out cases; prepare and file objections thereto on behalf of all Third-Party Defendants | KRV .70 | $196.00 |
| 1/22/09 | RWH: Review underlying lawsuit against Quick Title; telephone conference call to B. Newman; review voicemail from B. Newman; email to A. Jensen; review proposed stipulation and joint scheduling order | RWH .70 | $129.50 |
| 1/23/09 | KRV: Review order granting stipulation to amend deadlines; file objections | KRV .20 | $56.00 |
| 1/26/09 | KRV: Correspondence with Third-Party Defendants regarding mediation and next rounds of motions to dismiss | KRV .30 | $84.00 |
| 1/28/09 | KRV: Study and compare amended consolidated third-party complaint | KRV .70 | $196.00 |
| 1/28/09 | KRV: Prepare status report to all Third-Party Defendants; obtain electronic version of exhibits listing all cases attached to consolidated third-party complaint; various messages to B. Newman | KRV 1.1 | $308.00 |
| 1/29/09 | KRV: Memo to other Third-Party Defendants regarding newly joined Third-Party Defendants and representation of them | KRV .20 | $56.00 |
| 1/30/09 | KRV: Revise status report to Third-Party Defendants | KRV .40 | $112.00 |
| 1/30/09 | KRV: Telephone conference with counsel for Third-Party Defendants regarding mediation and pleading | KRV .20 | $56.00 |
| 1/30/09 | KRV: Telephone conference with B. LeSage regarding mediation issues | KRV .30 | $84.00 |
| 1/30/09 | KRV: Status report to all Third-Party Defendants | KRV .20 | $56.00 |
| 2/2/09 | KRV: Telephone conference with B. LeSage regarding mediation procedures | KRV .10 | $28.00 |
| 2/2/09 | KRV: Memo to Third-Party Defendants' counsel regarding mediation and motions to dismiss | KRV .10 | $28.00 |
| 2/3/09 | KRV: Review additional ECF filings for attorney appearances and new scheduling order | KRV .20 | $56.00 |
| 2/3/09 | KRV: Communicate with additional and new Third-Party Defendants regarding mediation and defense of case | KRV .20 | $56.00 |
| 2/3/09 | KRV: Various memoranda to A. Fowerbaugh regarding problems with discovery timing and need for comprehensive contract documents or other discovery to properly defend contract claims on behalf of all Third-Party Defendants | KRV .40 | $112.00 |
| 2/4/09 | KRV: Review further opt-out notices | KRV .10 | $28.00 |
| 2/5/09 | KRV: Memo to B. Newman | KRV .20 | $56.00 |

-4-

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED FROM DECEMBER 6, 2008 THROUGH MARCH 7, 2009

| Date | Description | Hours | Fees |
|---|---|---|---|
| 2/5/09 | KRV: Prepare for conference call with all Third-Party Defendants | KRV .70 | $196.00 |
| 2/5/09 | KRV: Review 4th Amended Consolidated Third-Party Complaint and assess whether claims are subject to further motion to dismiss or opposition to amendment by Third-Party Defendants | KRV .40 | $112.00 |
| 2/5/09 | KRV: Research whether agreement to amend prejudices subsequent motion to dismiss | KRV .30 | $84.00 |
| 2/5/09 | RWH: Telephone conference with all Third-Party Defendants | RWH .80 | $148.00 |
| 2/5/09 | KRV: Conference call with all Third-Party Defendants preparatory to mediation and to discuss issues pertaining to defense | KRV .80 | $224.00 |
| 2/5/09 | KRV: Memo to Third-Party Defendants regarding class action settlement and mediation and to schedule mediation debrief conference call | KRV .30 | $84.00 |
| 2/5/09 | KRV: Review status of attendees at mediation | KRV .10 | $28.00 |
| 2/5/09 | Cost of conference call with Third-Party Defendants' counsel | | $467.14 |
| 2/6/09 | KRV: Work on identifying and locating missing Third-Party Defendants, especially those proposed to attend the mediation | KRV .30 | $84.00 |
| 2/6/09 | KRV: Letter to all Third-Party Defendants' counsel with latest mediation schedule and setting up next conference call | KRV .30 | $84.00 |
| 2/6/09 | KRV: Work on reconciling information on appearances, representatives, and mediation attendance of all Third-Party Defendants and compose letter to those whose mediation attendance is uncertain | KRV .70 | $196.00 |
| 2/6/09 | KRV: Review latest version of mediation schedule and circulate to all Third-Party Defendants' counsel | KRV .50 | $140.00 |
| 2/8/09 | KRV: Review correspondence from B. Newman and new mediation schedule and work on problems created by further amendment thereto and new appearances of Third-Party Defendants | KRV .30 | $84.00 |
| 2/8/09 | RWH: Prepare draft welcome package for newly added Third-Party Defendants | RWH .60 | $111.00 |
| 2/8/09 | RWH: Prepare our correspondence list with mediation schedule | RWH .60 | $111.00 |
| 2/9/09 | KRV: Telephone conference with B. Newman | KRV .20 | $56.00 |
| 2/9/09 | KRV: Various messages to counsel for Third-Party Defendants regarding mediation and scheduling thereof | KRV .20 | $56.00 |
| 2/9/09 | KRV: Work on letters confirming mediation attendance and coordinating appearances | KRV .50 | $140.00 |

## LIAISON COUNSEL ATTORNEYS' FEES INCURRED FROM DECEMBER 6, 2008 THROUGH MARCH 7, 2009

| Date | Description | Hours | Fees |
|---|---|---|---|
| 2/9/09 | KRV: Work on putting together information for new Third-Party Defendants who join case | KRV .20 | $56.00 |
| 2/9/09 | KRV: Review motion to amend and other electronic filings affecting possible Third-Party Defendants' consolidated motion to dismiss | KRV .20 | $56.00 |
| 2/9/09 | RWH: Prepare Third-Party Defendants welcome package | RWH 1.8 | $333.00 |
| 2/9/09 | KRV: Additional messages to B. Newman on mediation and scheduling thereof | KRV .30 | $84.00 |
| 2/10/09 | KRV: Various messages to Third-Party Defendants regarding mediation | KRV .20 | $56.00 |
| 2/10/09 | RWH: Prepare and finalize Third-Party Defendants welcome package | RWH 1.3 | $240.50 |
| 2/10/09 | KRV: Work on getting all mediation parties apprised and confirmed for mediations on 2/18-20/09 | KRV .50 | $140.00 |
| 2/10/09 | KRV: Revise welcome letter for new Third-Party Defendants | KRV .30 | $84.00 |
| 2/10/09 | KRV: Telephone conference with B. Newman | KRV .10 | $28.00 |
| 2/10/09 | KRV: Correspondence to B. Newman regarding mediation | KRV .40 | $112.00 |
| 2/11/09 | KRV: Various telephone calls with Third-Party Defendants' counsel regarding mediation issues | KRV .40 | $112.00 |
| 2/11/09 | KRV: Send messages to Third-Party Defendants on further mediation developments | KRV .30 | $84.00 |
| 2/11/09 | KRV: Letters to all Third-Party Defendants regarding mediation attendance | KRV .50 | $140.00 |
| 2/11/09 | KRV: Study latest mediation schedule and compare with prior version | KRV .20 | $56.00 |
| 2/11/09 | KRV: Review numerous messages from B. Newman on mediation issues of logistics, attendance, and loan modifications issues | KRV .50 | $140.00 |
| 2/12/09 | KRV: Various memos to Third-Party Defendants preparatory to mediation | KRV .20 | $56.00 |
| 2/12/09 | KRV: Compile information on attendees for submission to Ameriquest | KRV .10 | $28.00 |
| 2/12/09 | KRV: Letter to all Third-Party Defendants regarding logistics for mediation | KRV .40 | $112.00 |
| 2/12/09 | KRV: Telephone conference with B. Newman | KRV .30 | $84.00 |
| 2/12/09 | KRV: Telephone conference with new counsel M. Matkov for Richmond Title Service | KRV .20 | $56.00 |
| 2/12/09 | KRV: Review latest message from B. Newman regarding mediation and forward to al Third-Party Defendants | KRV .20 | $56.00 |

**LIAISON COUNSEL ATTORNEYS' FEES INCURRED FROM
DECEMBER 6, 2008 THROUGH MARCH 7, 2009**

| Date | Description | Hours | Fees |
|---|---|---|---|
| 2/12/09 | KRV: Continued communications with various Third-Party Defendants regarding mediation, including dealing with newly-served Third-Party Defendants | KRV .60 | $168.00 |
| 2/15/09 | RWH: Finalize correspondence to newly added Third-Party Defendants | RWH .80 | $148.00 |
| 2/16/09 | RWH: Prepare attachments for Third-Party Defendants welcome package | RWH .20 | $37.00 |
| 2/16/09 | KRV: Work on coordination of all Third-Party Defendants to cooperate per court order in mediation and any motion practice, including newly-served Third-Party Defendants | KRV .50 | $140.00 |
| 2/16/09 | KRV: Telephone conference with G. Bodelson regarding mediation | KRV .20 | $56.00 |
| 2/16/06 | KRV: Letter to new Third-Party Defendants | KRV .20 | $56.00 |
| 2/16/09 | KRV: Work on discovery problems for CDs produced by Ameriquest and Argent to Third-Party Defendants | KRV .20 | $56.00 |
| 2/17/09 | KRV: Review newest mediation schedule and mediation statement | KRV .30 | $84.00 |
| 2/17/09 | KRV: Review ECF notices regarding amended complaint and other pleadings | KRV .20 | $56.00 |
| 2/17/09 | KRV: Telephone conference with J. Ropiequet regarding mediation | KRV .20 | $56.00 |
| 2/17/09 | KRV: Study latest and final mediation schedule and confirm attendance by any other participants, including letter to B. Newman regarding mediation | KRV .50 | $140.00 |
| 2/17/09 | KRV: Telephone conference with A. Fowerbaugh regarding mediation and motions to dismiss | KRV .10 | $28.00 |
| 2/17/09 | KRV: Various additional memos to Third-Party Defendants regarding mediation | KRV .40 | $112.00 |
| 2/18/09 | KRV: Review memo from B. Newman regarding mediation status | KRV .10 | $28.00 |
| 2/18/09 | KRV: Send various messages regarding mediation and conference call scheduling to Third-Party Defendants | KRV .50 | $140.00 |
| 2/18/09 | KRV: Telephone conference with C. Swing regarding mediation | KRV .10 | $28.00 |
| 2/18/09 | KRV: Prepare for and conduct conference call of all Third-Party Defendants | KRV .80 | $224.00 |
| 2/18/09 | KRV: Memo to all Third-Party Defendants | KRV .10 | $28.00 |
| 2/19/09 | KRV: Various messages to Third-Party Defendants regarding mediation; prepare updated status report | KRV .80 | $224.00 |
| 2/20/09 | KRV: Prepare for and attend conference call as Liaison counsel for all Third-Party Defendants | KRV .50 | $140.00 |
| 2/20/09 | KRV: Finalize and send status report letter to all Third-Party Defendants | KRV .50 | $168.00 |

### LIAISON COUNSEL ATTORNEYS' FEES INCURRED FROM
### DECEMBER 6, 2008 THROUGH MARCH 7, 2009

| Date | Description | Hours | Fees |
|---|---|---|---|
| 2/20/09 | KRV: Review status report to all Third-Party Defendants | KRV .30 | $84.00 |
| 2/23/09 | RWH: Email regarding contacting counsel for opt-out plaintiffs | RWH .20 | $37.00 |
| 2/23/09 | KRV: Review various messages fro B. LeSage and opt-out Plaintiff's counsel regarding upcoming mediation plans and conference call | KRV .20 | $56.00 |
| 2/25/09 | KRV: Attend conference call with lead counsel for Defendants and Steering and other lead counsel for Plaintiffs regarding mediation and priority of mediated cases | KRV .40 | $112.00 |
| 2/27/09 | KRV: Prepare and circulate status report of all Third-Party Defendants | KRV .50 | $140.00 |
| TOTAL | | | $19,353.91 |