**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                                                      Case No.: 1:05−cv−07097
                                                                                Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 28, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs, Blackburn, et al v. Ameriquest Mortgage, et al (Case 07 C 309), Motion for leave to file [2697] second amended complaint, instanter, is granted. Motion terminated. Party Chase Home Finance, LLC, and JPMC Specialty Mortgage, LLC added. The name of WM Specialty Mortgage LLC is updated to JPMC Specialty Mortgage, LLC. Defendant Washington Mutual Bank is dismissed without prejudice.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.