# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 4/29/2009 |
| **CASE TITLE** | In Re: Ameriquest Mortgage Co., et al | | |

**DOCKET ENTRY TEXT**

Third-party defendants' motion to substitute liaison counsel (2694) is granted. Keith R. Verges, Mark T. Davenport, Don Colleuori, and Russell W. Hubbard are withdrawn as current Liaison Counsel to the third-party defendants and David J. Chizewer, Steven A. Levy and Kerry D. Nelson are appointed as new Liaison Counsel for third-party defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|