Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 4/29/2009 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

Ameriquest's motion for leave to file a fourth amended third-party complaint (2616) is granted. Third-party defendants' motion (2690) for extension of time to respond to third-party complaint is granted. Third-party defendants' are given thirty-five days from the entry of this order to file responsive pleadings to the Fourth Amended third-party complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|