**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 1:05-cv-07097<br><br>Centralized before the<br>Hon. Marvin E. Aspen<br><br>Hon. Morton Denlow,<br>Magistrate Judge<br><br>May 12, 2009 |
| THIS DOCUMENT RELATES TO MULTIPLE ACTIONS | | |

<u>**INDIVIDUAL CLAIMANTS STEERING COMMITTEE'S
STATUS REPORT**</u>

**INTRODUCTION**

The members of the Individual Claims Steering Committee (ICSC) submit this status report in order to inform the Court of the current status of the mediation of the Opt-Out Plaintiffs' claims and this litigation.

**THE STATUS OF THE MEDIATION**

In brief, there has been no significant progress towards settlement since the last status report on December 15, 2008, at which time the ICSC reported that only approximately 52 out of more than 900 individual claims had been resolved. There are no additional mediation dates scheduled, because the mediators and the parties have concluded that no progress can be achieved unless the third party defendants are able to make a meaningful contribution, which is not likely to occur prior to an adjudication of their pending motions to dismiss. The parties will explore scheduling additional sessions after the Court has ruled on those motions.

**THE STATUS OF THE LITIGATION**

Cognizant that no progress can be made in the mediation at this time, the ICSC, Ameriquest, and Argent submitted a joint stipulation and proposed amended scheduling order. Under that proposal, affirmative expert disclosure are to be made by July 21, 2009, rebuttal expert disclosures are to be made by August 21, 2009, and all discovery is to be completed by October 23, 2009. Motions for summary judgment are to be filed by November 23, 2009. The opt-out plaintiffs represented by the ICSC members intend to proceed in accordance with that schedule. Additionally, some plaintiffs have filed or may file motions to enforce settlement agreements that had previously been agreed upon but which have not been consummated.

Respectfully submitted,

**Individual Claims Steering Committee**

Dated: May 12, 2009

By:

/s/ Charles M. Delbaum
*Co-chair*
Charles M. Delbaum
National Consumer Law Center
77 Summer Street
10th Floor
Boston, MA 02110
(617) 542-8010
By: /s/ Daniel S. Blinn
*Co-chair*
Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd.
Suite 512
Rocky Hill, CT 06067
(860) 571-0408

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2009 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Daniel S. Blinn