**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 05-cv-07097 |
| AMERIQUEST MORTGAGE CO. | |
| v.          (MDL No. 1715) | |
| NORTHWEST TITLE AND ESCROW CORP. | |
| et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Timothy P. Kennedy and Connecticut Closing Services

| |
|---|
| NAME (Type or print) |
| Sarah M. Abrams |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Sarah M. Abrams |
| FIRM |
| Tribler Orpett & Meyer, P.C. |
| STREET ADDRESS |
| 225 W. Washington Street, Suite 1300 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291343 | (312) 201-6400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐