**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 05-cv-07097

AMERIQUEST MORTGAGE CO.
v.                          (MDL No. 1715)
NORTHWEST TITLE AND ESCROW CORP.
et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Law Offices of Joseph J. D'Agostino, Jr.

| | |
|---|---|
| NAME (Type or print) <br> Sarah M. Abrams | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Sarah M. Abrams | |
| FIRM <br> Tribler Orpett & Meyer, P.C. | |
| STREET ADDRESS <br> 225 W. Washington Street, Suite 1300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6291343 | TELEPHONE NUMBER <br> (312) 201-6400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |