# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO DOCKET # 859 | Centralized before The Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE CO., | |
| Third-Party Plaintiff, | |
| v. | |
| TRANS UNION, LLC, et. al, | |
| Third-Party Defendants. | |

## CREDIT REPORTING AGENCY THIRD-PARTY DEFENDANTS' JOINT STATUS REPORT

Pursuant to the Court's Order of March 23, 2009 [Doc. No. 2674], Credit Reporting Agency Third-Party Defendants Trans Union LLC and Trans Union Corporation (collectively "Trans Union"), Equifax Information Services, LLC, successor in interest to Equifax Information Services Inc. and Equifax Credit Marketing Services (collectively "Equifax"), and ChoicePoint Precision Marketing LLC ("CPPM"), collectively, the Credit Reporting Agency Defendants (the "CRAs") provide this Joint Status Report in the Credit Reporting Agency Third-Party (Non-Borrower) Action [Doc. No. 859] ( the "CRA Third-Party Action").

In July 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served the CRA Third-Party Action on the CRAs. The claims set forth by Ameriquest therein

are derivative in nature. Referencing the "firm offer of credit" claims of the Non-Borrower class against it, Ameriquest alleges that "[t]o the extent that these allegations are found to be true by a trier of fact, the alleged failure to comply with the FCRA" is attributable to the CRAs. CRA Third-Party Complaint [Doc. No. 859], ¶ 8.

On May 5, 2008, the Court granted the Individual Plaintiff's Motion To Voluntarily Dismiss [Doc. No. 2121] "Fair Offer Of Credit" Fair Credit Reporting Act Cases, Case No. 05 C 1218 and 06 C 2472, with prejudice [Doc. No. 2134].

The Non-Borrower Class Plaintiffs and Ameriquest previously have advised the Court that they have reached agreement with respect to the Class Allegations of the Non-Borrower Complaint and that all such claims will be dismissed. When the Non-Borrower action is dismissed, it should effectively end the CRA Third-Party Action. At the status hearing on December 19, 2008, Ameriquest confirmed to the Court that once the settlement of the Non-Borrower Complaint is finalized, Ameriquest will dismiss the CRA Third-Party Action.

I.      **Discovery Status**

In September 2007, Equifax and CPPM separately filed motions to dismiss the CRA Third-Party Complaint, and on March 5, 2008, this Court granted in part and denied in part those motions, dismissing with prejudice the indemnity and contribution claims [Doc. No. 2003]. Thereafter, the CRAs and Ameriquest propounded discovery requests related to the CRA Third-Party Complaint, including interrogatories and requests for production of documents. On June 24, 2008, before discovery responses had been served, Ameriquest and the CRAs filed a stipulated stay of discovery until August 15, 2008 [Doc. No. 2206].

On August 19, 2008, Ameriquest and the CRAs filed a Stipulation For Indefinite Stay Of All Proceedings With Respect To The Third-Party Complaint (Docket # 859) [Doc. No. 2300] ("Stipulation"). The Stipulation was based upon various developments, including the Seventh

Circuit's decision in *Murray v. New Cingular Wireless Servs., Inc.*, 523 F.3d 719 (7th Cir. 2008), which clarified the law with regard to firm offers of credit mailers under the Fair Credit Reporting Act ("FCRA").[1]

The parties stipulated that all proceedings with respect to the CRA Third-Party Complaint would be stayed indefinitely, including all pending/outstanding discovery. The Stipulation further provided that the stay could be lifted at any time upon written notice by any party, or by the Court. On November 13, 2008, the Court granted the Stipulation [Doc. No. 2494].

**II.     Pending Motions**

There are no pending motions in the CRA Third-Party Action.

**III.    Issues That May Be Raised at the Status Hearing**

At the last Status Hearing, the Court directed that the CRAs may participate telephonically at the upcoming Status Hearing and the CRAs choose to do so. The CRAs have no issues to raise at the Status Hearing.

**IV.    Mediation**

The CRAs have not participated in mediation regarding the CRA Third-Party Complaint or the Non-Borrower Class Action.

Dated: May 12, 2008.                                    Respectfully Submitted,

                                                        /s/ Robert J. Schuckit
                                                        Robert J. Schuckit, Esq. (IL #6183900)
                                                        William R. Brown, Esq. (IN #26782-48)
                                                        Schuckit & Associates, P.C.
                                                        30th Floor, Market Tower

---

[1] The Seventh Circuit's decision in *Murray* is relevant to the CRA Third-Party Complaint because of its derivative nature; to the extent that Non-Borrower claims against Ameriquest are found to be invalid, based upon *Murray*, then there is no basis for the claims brought by Ameriquest against the CRAs.

10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com
E-Mail: wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC and Trans Union Corporation*


By: /s/ Laurie S. Fulton (signed with permission
Laurie S. Fulton (lfulton@wc.com)
Jon R. Fetterolf (jfetterolf@wc.com)
Shelley J. Webb (swebb@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone (202) 434-5000
Facsimile (202) 434-5029

*Attorneys for ChoicePoint Precision Marketing LLC*


/s/ Michael J. Breslin (signed with permission)
Michael J. Breslin (mbreslin@kilpatrickstockton.com)
Cindy D. Hanson (chanson@kilpatrickstockton.com)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone (404) 815-6500
Facsimile (404) 541-4749

*Attorneys for Equifax Information Services, LLC, successor in interest to Equifax Credit*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William R. Brown_____
William R. Brown