**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Ameriquest Mortgage Company, et al.

Plaintiff,

v.                                                          Case No.: 1:05−cv−07097
                                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 13, 2009:

        MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs' Motion for leave
to file [2743] second amended complaint, instanter, (Case No. 06C4715, Horne,et al v.
Ameriquest, et al ) is granted. Motion terminated. Party Chase Home Finance, LLC, and
JPMC Specialty Mortgage, LLC added. AMC Mortgage Services, Inc. is dismissed
without prejudice and is terminated. The name of defendant WM Specialty Mortgage,
LLC is updated to JPMC Specialty Mortgage, LLC formerly known as WM Specialty
Mortgage, LLC. The motion hearing set for 5/14/09 is stricken. Judicial staff mailed
notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.