UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, | (Centralized before the Honorable Marvin E. Aspen) |
| Third-Party Plaintiff, | |
| v. | |
| TRANS UNION LLC, a Delaware corporation TRANS UNION CORPORATION, a Delaware corporation; CHOICEPOINT PRECISION MARKETING, INC., a Georgia corporation, EQUIFAX CREDIT INFORMATION SERVICES, INC., a Georgia corporation, EQUIFAX MARKETING SERVICES, a division of Equifax Credit Information Services, Inc. | |
| Third-Party Defendants. | |

## MOTION TO WITHDRAW STEPHANIE M. ZIMDAHL AS COUNSEL

Equifax Information Services, LLC ("Equifax"), by his attorneys and pursuant to Rule 83.17 of the Local Rules of the Northern District Court of Illinois, hereby moves this Court to withdraw Stephanie M. Zimdahl as its counsel of record in this matter.

In support of this motion, Equifax state as follows:

1.    On August 21, 2007, Stephanie M. Zimdahl filed her appearance jointly with Robert E. Shapiro as counsel on behalf of Equifax.

573814_1.DOC

2.      Ms. Zimdahl is leaving the law firm Barack Ferrazzano Kirschbaum & Nagelberg LLP ("Barack Ferrazzano"), which serves as counsel for Equifax in this matter.

3.      As such, Equifax would like to have Ms. Zimdahl withdrawn as counsel of record in this matter.

4.      Withdrawing Ms. Zimdahl as Equifax's counsel should have no impact on this case. Equifax continues to be represented by Barack Ferrazzano, located at 200 West Madison Street, Suite 3900, Chicago, Illinois 60606. Mr. Shapiro's appearance remains on file and Rebecca Ray of Barack Ferrazzano will also file her appearance on behalf of Equifax shortly.

WHEREFORE, Equifax respectfully requests that the Court grant its motion and withdraw Stephanie M. Zimdahl as counsel of record.

Respectfully submitted,


/s Stephanie M. Zimdahl
Stephanie M. Zimdahl
BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100


Dated: May 13, 2009

## <u>CERTIFICATE OF SERVICE</u>

I, Stephanie M. Zimdahl, hereby certify that a true and correct copy of this **Motion to Withdraw Stephanie M. Zimdahl as Counsel** was filed on May 13, 2009.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: /s Stephanie M. Zimdahl
    Stephanie M. Zimdahl
    Attorney for Defendant
    Equifax Information Services, LLC

573814_1.DOC