UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, | (Centralized before the Honorable Marvin E. Aspen) |
| Third-Party Plaintiff, | |
| v. | |
| TRANS UNION LLC, a Delaware corporation TRANS UNION CORPORATION, a Delaware corporation; CHOICEPOINT PRECISION MARKETING, INC., a Georgia corporation, EQUIFAX CREDIT INFORMATION SERVICES, INC., a Georgia corporation, EQUIFAX MARKETING SERVICES, a division of Equifax Credit Information Services, Inc. | |
| Third-Party Defendants. | |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that, on May 19, 2009, at 10:30 a.m., we shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the Motion to Withdraw Stephanie M. Zimdahl as Counsel for Equifax Information Services, LLC.

573816_1.DOC

Dated: May 13, 2009                    Respectfully submitted,


                                          /s Stephanie M. Zimdahl
                                          Stephanie M. Zimdahl
                                          BARACK FERRAZZANO KIRSCHBAUM
                                          & NAGELBERG LLP
                                            200 West Madison Street, Suite 3900
                                            Chicago, Illinois 60606
                                            (312) 984-3100

## CERTIFICATE OF SERVICE

I, Stephanie M. Zimdahl, hereby certify that a true and correct copy of this **Notice of Motion** was filed on May 13, 2009. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s Stephanie M. Zimdahl
Stephanie M. Zimdahl
Attorney for Defendant
Equifax Information Services, LLC

573816_1.DOC