## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) | MDL No. 1715 |
| ) | |
| _____ ) | Lead Case No. 05-cv-07097 |
| ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | Centralized before Judge Marvin E. Aspen |
| | |
| TERRY A. BOTHWELL, and CHERYL A. BOTHWELL, ) ) ) | Case No. 06 C 4716 (N.D. Ill.) |
| Plaintiffs, ) ) | (Originally Case No. 06 CV 175 (N.D. Ind.)) |
| v. ) ) | MDL #1715 |
| AMERIQUEST MORTGAGE COMPANY, AMERIQUEST FUNDING II, LLC, CITI RESIDENTIAL LENDING, INC., and DOES 1-5, ) ) ) ) ) | Lead Case No. 05-cv-07097 Judge Marvin E. Apsen |
| ) | **JURY DEMANDED** |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Thursday, May 21, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

                                                s/ Cathleen M. Combs
                                                Cathleen M. Combs

Daniel A. Edelman

Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Cathleen M. Combs, hereby certify that on May 15, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Jonathan N. Ledsky<br>jledsky@vbhlc.com | Samuel R. Ardery<br>Bunger & Robertson<br>226 South College Square |
| Craig Allen Varga<br>cvarga@vbhlc.com | P.O. Box 910<br>Bloomington, IN 47402 |
| Bernard E. LeSage<br>blesage@buchalter.com | |

                                    s/ Cathleen M. Combs
                                    Cathleen M. Combs