**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |
| VIOLA GREEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARGENT MORTGAGE COMPANY, LLC, ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, N.A., ARGENT SECURITIES, INC., ) <br> Asset Backed Pass-Through Certificates, Series ) <br> 2004-W5, under the Pooling & Servicing ) <br> Agreement dated March 1, 2004, Without ) <br> Recourse, CITI RESIDENTIAL LENDING, INC., ) <br> and DOES 1-5, ) <br> ) <br> Defendants. ) | 06 C 2045 <br><br> Judge Zagel <br> Magistrate Judge Keys <br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097 <br><br><br> **JURY DEMANDED** |

**NOTICE OF MOTION**

**TO:** SEE ATTACHED SERVICE LIST

       **PLEASE TAKE NOTICE** that on **Thursday, May 21, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** ***INSTANTER,*** a copy of which is hereby served upon you.

1

                                                                 s/ Cathleen M. Combs
                                                                 Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

        I, Cathleen M. Combs, hereby certify that on May 15, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael Swistak
mswistak@swistaklevine.com

Bernard E. LeSage
blesage@buchalter.com

                                                                 s/ Cathleen M. Combs
                                                                 Cathleen M. Combs