IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| VELMA JEAN JILES, | ) ) | |
| Plaintiff, | ) ) ) | 06 C 2771 |
| v. | ) ) | Judge Aspen |
| ARGENT MORTGAGE COMPANY, LLC, OPTION ONE MORTGAGE CORP., COUNTRYWIDE HOME LOANS, INC., WELLS FARGO BANK MINNESOTA, N.A., as Trustee of PARK PLACE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2004-WCW2, Under the Pooling and Servicing Agreement dated as of September 1, 2004, Without Recourse, and DOES 1-5, | ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) ) | **JURY DEMANDED** |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT, *INSTANTER***

Plaintiff Velma Jean Jiles respectfully moves this Court, pursuant to Fed. R. Civ. Pro. 15(a), for leave to file a Third Amended Complaint and to have it deemed filed *instanter*. A copy of her proposed Third Amended Complaint is attached hereto as Appendix A. In support of her motion, plaintiff states as follows:

1

1. Ms. Jiles filed this action against defendant Argent Mortgage Company, LLC and affiliates on May 17, 2006 to rescind their mortgage loan and to recover damages for violations of the Truth In Lending Act, 15 U.S.C. § 1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, C.F.R. part 226.

2. Plaintiff's proposed third amended complaint seeks merely to add as a defendant Bank of America, N.A., which recently purchased the servicing rights to plaintiffs' loan, and to dismiss defendant Countrywide Home Loans, Inc., without prejudice.

3. The minor, proposed changes would not prejudice any defendant. See Johnson v. Oroweat Foods, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial); Hely & Patterson Intern v. F.D. Rich Housing, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered had the amendments . . . been timely"); Head v. Timken Roller Bearing Co., 486 F.2d 870, 873 (6th Cir. 1973) ("amendments should be tendered no later than the time of pretrial . . .").

4. Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

WHEREFORE, plaintiffs respectfully request that this Court enter an Order (A) granting them leave to file the proposed Third Amended Complaint, a copy of which is attached as Appendix A, (B) deeming the Third Amended Complaint filed *instanter*, (C) dismissing defendant Countywide Home Loans, Inc., without prejudice, and (D) granting any further or other relief that the Court deems just.

                         Respectfully submitted,

                         s/Cathleen M. Combs
                         Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS
      & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on May 15, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that copies were sent by U.S. mail to parties without e-mail addresses.

| | |
|---|---|
| Jonathan N. Ledsky<br>jledsky@vbhlc.com | Bernard E. LeSage<br>blesage@buchalter.com |

Craig A. Varga
cvarga@vbhlc.com

                         s/Cathleen M. Combs
                         Cathleen M. Combs