**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ ) | | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL | ) | Centralized before Judge |
| ACTIONS | ) | Marvin E. Aspen |
| | ) | |

_____

| | | |
|---|---|---|
| DAVID E. LANDGREN, | ) | |
| | ) | 06 C 6766 |
| Plaintiff, | ) | |
| | ) | (Originally 06 C 696 (W.D. Mich.)) |
| v. | ) | |
| | ) | (Transferred to Judge Aspen for |
| ARGENT MORTGAGE COMPANY, LLC, | ) | pretrial proceedings under MDL |
| AMERIQUEST MORTGAGE COMPANY, | ) | #1715, Lead Case #05 C 7097) |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY, N.A., as Trustee of ARGENT | ) | |
| SECURITIES, INC., Asset Backed Pass-Through | ) | |
| Certificates, Series 2004-W6 Under the Pooling & | ) | |
| Servicing Agreement Dated as of April 1, 2004, | ) | |
| Without Recourse, AMC MORTGAGE | ) | |
| SERVICES, INC., EXECUTIVE APPRAISALS, | ) | |
| INC., GREAT LAKES MORTGAGE COMPANY, | ) | |
| LLC, and DOES 1-5, | ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE SECOND AMENDED COMPLAINT, *INSTANTER***

   Plaintiff David E. Landgren respectfully moves this Court, pursuant to Fed. R. Civ.

Pro. 15(a), for leave to file a Second Amended Complaint and to have it deemed filed *instanter*. A

copy of his proposed Amended Complaint is attached hereto as <u>Appendix A</u>. In support of his

motion, plaintiff states as follows:

1.     Mr. Landgren filed this action against defendant Ameriquest Mortgage Company and affiliates on September 25, 2006 to rescind his mortgage loan and to recover damages for violations of the Truth In Lending Act, 15 U.S.C. § 1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, C.F.R. part 226.

2.     Plaintiff's proposed amended complaint merely seeks to add as defendant American Home Mortgage Servicing, Inc., which recently purchased the servicing rights to plaintiff's loan, and to dismiss defendant AMC Mortgage Services, Inc., without prejudice. AMC Mortgage Services, Inc. no longer services plaintiff's loan.

3.     The minor, proposed changes would not prejudice any defendant. <u>See Johnson v. Oroweat Foods</u>, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial); <u>Hely & Patterson Intern v. F.D. Rich Housing</u>, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered had the amendments . . . been timely"); <u>Head v. Timken Roller Bearing Co.</u>, 486 F.2d 870, 873 (6th Cir. 1973) ("amendments should be tendered no later than the time of pretrial . . .").

4.     Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. <u>Espey v. Wainwright</u>, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district

2

court is not broad enough to permit denial");  Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

WHEREFORE, plaintiffs respectfully request that this Court enter an Order (A) granting them leave to file the proposed Second Amended Complaint, a copy of which is attached as Appendix A, (B) deeming the Second Amended Complaint filed *instanter*, (C) dismissing defendant AMC Mortgage Services, Inc., without prejudice, and (D) granting any further or other relief that the Court deems just.

Respectfully submitted,


s/Cathleen M. Combs
Cathleen M. Combs


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS
    & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)