# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| DAVID E. LANDGREN,<br><br>        Plaintiff,<br><br>        v.<br><br>ARGENT MORTGAGE COMPANY, LLC, AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of ARGENT SECURITIES, INC., Asset Backed Pass-Through Certificates, Series 2004-W6 Under the Pooling & Servicing Agreement Dated as of April 1, 2004, Without Recourse, AMC MORTGAGE SERVICES, INC., EXECUTIVE APPRAISALS, INC., GREAT LAKES MORTGAGE COMPANY, LLC, and DOES 1-5,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 06 C 6766<br><br>(Originally 06 C 696 (W.D. Mich.))<br><br>(Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097)<br><br><br><br><br><br><br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF MOTION

**TO:**     SEE ATTACHED SERVICE LIST

        **PLEASE TAKE NOTICE** that on **Thursday, May 21, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

1

                                      s/ Cathleen M. Combs
                                      Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    && GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

        I, Cathleen M. Combs, hereby certify that on May 15, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Mark D. Van der Laan | Great Lakes Mortgage Company, LLC |
| Dykema Gossett PLLC | c/o Registered Agent |
| 300 Ottawa Ave. NW | David P. Delaat II |
| Suite 700 | 2180 44th St. S.E., 3rd Fl. |
| Grand Rapids, MI 49503 | Kentwood, MI 49508 |
| | |
| Bernard LeSage | American Home Mortgage Servicing, Inc. |
| blesage@buchalter.com | c/o Registered Agent |
| | C.T. Corporation System |
| Executive Appraisals, Inc. | 208 S. LaSalle St. |
| 3746 Milan SW | Suite 814 |
| Wyoming, MI 49509 | Chicago, IL 60604 |

                                      s/ Cathleen M. Combs
                                      Cathleen M. Combs