# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| CHRISTENA BLAIN and THOMAS B. BLAIN, | ) ) | 07 C 124 (N.D.Ill.) |
| Plaintiffs, | ) ) | Originally 5:00-cv-00170RHB (W.D.MI) |
| v. | ) ) ) | Transferred for pre-trial proceedings |
| ARGENT MORTGAGE COMPANY, LLC; AMERIQUEST MORTGAGE COMPANY, GOLDMAN SACHS MORTGAGE COMPANY, and DOES 1-5, | ) ) ) ) ) | to MDL No. 1715 Lead Case No. 05 C 7097 Judge Marvin E. Aspen |
| Defendants. | ) | **DEMAND FOR JURY TRIAL** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Thursday, May 21, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

                                                                 s/ Cathleen M. Combs
                                                                  Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs

James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Cathleen M. Combs, hereby certify that on May 15, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark D. Van der Laan
Dykema Gossett PLLC
300 Ottawa Ave. NW
Suite 700
Grand Rapids, MI 49503

Bernard LeSage
blesage@buchalter.com

Brian Clark Summerfield
Bodman LLP
1901 St. Antoine St.
6th Floor at Ford Field
Detroit, MI 48226

                                              s/ Cathleen M. Combs
                                              Cathleen M. Combs