### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| STEVEN B. HODOR and  VALERIE L. HODOR, | ) ) | 07-cv-318 |
| Plaintiffs, | ) ) | (Originally 06 C 181RHB (W. D. MI)) |
| v. | ) ) | (transferred for pre-trial proceedings to |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass-Through Certificates, Series 2004-R3 under the Pooling & Servicing Agreement dated as of April 1, 2004, Without Recourse, AMC MORTGAGE SERVICES, INC., and DOES 1-5, | ) ) ) ) ) ) ) ) ) | Judge Apsen under MDL # 1715, Lead Case #05 C 7097)  Judge Marvin E. Aspen |
| | ) ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) | |

### NOTICE OF  MOTION

**TO:    SEE ATTACHED SERVICE LIST**

　　　　**PLEASE TAKE NOTICE** that on **Thursday, May 21, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568  in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

1

s/ Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Cathleen M. Combs, hereby certify that on May 18, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark D. van der Laan
Dykema Gossett, PLLC
300 Ottawa Avenue, N.W.
Suite 700
Grand Rapids, MI  49503

Bernard LeSage
blesage@buchalter.com

s/ Cathleen M. Combs
Cathleen M. Combs

2