**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Barbara J. Skanes v. Ameriquest Mortgage Company, et al.*, Case No. 06-6765 (N.D. Ill.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

On May 18, 2009, plaintiffs in *Barbara J. Skanes v. Ameriquest Mortgage Company, et al.*, Case No. 06-6765 (N.D. Ill.) filed a Motion For Leave to File Second Amended Complaint. [Docket No. 2784.] Although Defendants continue to dispute the merits of the claims in this action, they do not oppose the granting of leave to amend.

DATED: May 19, 2009

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company, N.A*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

1

BN 3640358v1

2

## CERTIFICATE OF SERVICE

     I, Bernard E. LeSage, hereby certify that on this 19th day of May 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              By: /s/  Bernard E. LeSage

BN 3640358v1