Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 5/20/2009 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

For the reasons set forth below, we award Liaison Counsel $19,353.91 as compensation for work performed on behalf of Third-Party Defendants from December 6, 2008 through March 7, 2009. Third-Party Defendants shall reimburse former Liaison Counsel pursuant to the formula previously approved by the Court. It is so ordered.

*[signature: Marvin E. Aspen]*

■[ For further details see text below.]

Notices mailed by Judicial staff.

---

**STATEMENT**

(Reserved for use by the Court)

## ORDER

Pursuant to our orders of September 8 and December 10, 2008 concerning the reimbursement of attorneys' fees (Dkt. Nos. 2347 & 2550), Third-Party Defendant's former Liaison Counsel has filed a request for reimbursement for work performed for the benefit of Third-Party Defendants as a group (Dkt. No. 2728). As detailed in their April 28, 2009 request and supporting documentation, Liaison Counsel seeks reimbursement for fees and expenses incurred from December 6, 2008 through March 7, 2009, totaling $19,353.91.

No Third-Party Defendant has objected to these requests. In addition, we have reviewed Liaison Counsel's supporting documentation and find these requests to be reasonable. Accordingly, we award Liaison Counsel $19,353.91 as compensation for work performed on behalf of Third-Party Defendants from December 6, 2008 through March 7, 2009. Third-Party Defendants shall reimburse former Liaison Counsel pursuant to the formula previously approved by the Court. It is so ordered.