**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO ALL ) ACTIONS ) ) | MDL No. 1715 Lead Case No. 05-cv-07097 Centralized before Judge Marvin E. Aspen |
| RANDY PARKER and CAROLYN PARKER, ) ) Plaintiffs, ) ) v. ) ) AMERIQUEST MORTGAGE COMPANY, LLC, ) DEUTSCHE BANK NATIONAL TRUST ) COMPANY, N.A., AMERIQUEST MORTGAGE ) SECURITIES, INC., under Asset Backed Pass ) Through Certificates Series 2004-R7, and CITI ) RESIDENTIAL LENDING, INC., ) ) Defendants. ) | 06 C 5701 (Originally 06 C 618-RHB (W.D. Mich.)) Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |

**NOTICE OF MOTION**

TO: SEE ATTACHED SERVICE LIST

        **PLEASE TAKE NOTICE** that on **Thursday, May 28, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

                                              s/ Cathleen M. Combs
                                              Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

        I, Cathleen M. Combs, hereby certify that on May 21, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David W. Centner
Clark Hill, PLC
300 Ottawa Ave., NW
Suite 300
Grand Rapids, MI 49503

Bernard LeSage
blesage@buchalter.com

                                                  s/ Cathleen M. Combs
                                                  Cathleen M. Combs