# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 05-cv-07097

IN RE AMERIQUEST LENDING PRACTICES LITIGATION       MDL Docket No. 1715

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

AMERICAN HOME MORTGAGE SERVICING, INC.

| | |
|---|---|
| NAME (Type or print) Simon Fleischmann | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Simon Fleischmann | |
| FIRM Locke Lord Bissell & Liddell LLP | |
| STREET ADDRESS 111 South Wacker Drive | |
| CITY/STATE/ZIP Chicago, IL 60606-4410 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6274929 | TELEPHONE NUMBER 312-443-0462 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL          APPOINTED COUNSEL | |