**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) _____ ) | MDL Docket No. 1715 Lead Case No. 05-cv-07097 (Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS:  ) ) ) *Brown, Pamela* - Case No. 07-cv-04890  ) *Bumpers, Henry* - Case No. 07-cv-00553  ) *Foster, Charles B.* - Case No. 06-cv-06762  ) *Green, Viola* - Case No. 06-cv-02045  ) *Hawkins, Nile E.* – Case. No. 06-1846  ) *Hodor, Steven B.* - Case No. 07-cv-00318  ) *Johnson, Karen* - Case No. 07-cv-00772  ) *Landgren, David E.* - Case No. 06-cv-06766  ) *Parker, Randy* - Case No. 06-cv-05701  ) *Skanes, Barbara J.* - Case No. 06-cv-06765  ) *Talley, Terry* - Case No. 05-cv-01080  ) *Wayland, Clarence* - Case No. 07-cv-00319  ) *Wayne, Robert* - Case No. 07-cv-00274  ) | |

**AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, AND FOR LEAVE TO FILE AN OMNIBUS MOTION TO DISMISS**

Defendant American Home Mortgage Servicing, Inc. ("AHMSI"), by its attorney, Simon Fleischmann, moves for an Order extending its time to respond to the multitude of complaints that have been amended, or are in the process of being amended, to add AHMSI as a defendant in this centralized proceeding, and for leave to file an omnibus motion to dismiss in response to such complaints. In support of its Motion, AHMSI states as follows:

1. On February 11, 2009, AHMSI acquired the servicing rights to certain loans that are the subject of claims in this centralized proceeding.

2. Plaintiffs in the captioned individual cases have requested, and in some cases received, leave to amend their pleadings to add AHMSI as a defendant. AHMSI has been served with amended pleadings in the *Bumpers* (07-553), *Green* (07-2045), *Hawkins* (06-1848), *Johnson* (07-772), *Skanes* (06-6765), and *Wayne* (07-274) matters, and requests an extension of time until June 26, 2009 to answer or otherwise plead in these cases. AHMSI is willing to waive service of process in the remaining cases identified above for the convenience of the parties and to promote coordinated proceedings.

3. AHMSI further requests leave to respond to the amended pleadings asserted against it, and any subsequent pleadings naming AHMSI as a defendant, through an omnibus motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). All of the amended pleadings filed or proposed thus far present the identical issues with respect to AHMSI—a mere servicer of certain loans in this centralized proceeding. The Truth in Lending Act is clear that servicers are not liable for civil damages or attorneys fees resulting from disclosure violations, and a servicer is not a necessary party to a TILA rescission action under Federal Rule of Civil Procedure 19. 15 U.S.C. § 1641(f)(1); *Bills v. BNC Mortgage, Inc.*, 502 F. Supp. 2d 773, 776 (N.D. Ill. 2007) (Gettleman, J.) (citations omitted). In the alternative, AHMSI intends to request an Order finding that (1) AHMSI has no substantive liability for damages or attorneys fees in any case regarding a loan for which AHMSI is a mere servicer, and (2) AHMSI is not required to bear the expense of preparing and filing responsive pleadings in cases to which it is joined as a mere servicer.

4. Judicial economy would be best served if AHMSI is allowed to file an omnibus motion to dismiss applicable in all cases involving AHMSI-serviced loans. Proceeding in this manner would avoid needlessly duplicative briefing submitted to the Court.

WHEREFORE, American Home Mortgage Servicing, Inc. requests an extension of time to June 26, 2009 to answer or otherwise plead to the amended pleadings in the captioned individual cases, leave to file an omnibus motion to dismiss in response to such amended pleadings, and such further relief as the Court finds just and appropriate.

May 26, 2009

Respectfully Submitted,

AMERICAN HOME MORTGAGE SERVICING, INC.

By: /s/ Simon Fleischmann
      Simon Fleischmann

Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312.443.0462
E-mail: sfleischmann@lockelord.com

OF COUNSEL:
Robert T. Mowrey
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: 214.740.8505
E-mail: rmowrey@lockelord.com