**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  _____ | ) MDL Docket No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) (Centralized before the Hon. Marvin E. Aspen) ) |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS:  *Brown, Pamela* - Case No. 07-cv-04890 *Bumpers, Henry* - Case No. 07-cv-00553 *Foster, Charles B.* - Case No. 06-cv-06762 *Green, Viola* - Case No. 06-cv-02045 *Hawkins, Nile E.* – Case. No. 06-1846 *Hodor, Steven B.* - Case No. 07-cv-00318 *Johnson, Karen* - Case No. 07-cv-00772 *Landgren, David E.* - Case No. 06-cv-06766 *Parker, Randy* - Case No. 06-cv-05701 *Skanes, Barbara J.* - Case No. 06-cv-06765 *Talley, Terry* - Case No. 05-cv-01080 *Wayland, Clarence* - Case No. 07-cv-00319 *Wayne, Robert* - Case No. 07-cv-00274 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on <u>Tuesday, June 2, 2009, at 10:30 a.m.</u>, I shall appear before the Honorable Marvin E. Aspen or any judge sitting in his stead in courtroom 2568 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present American Home Mortgage Servicing, Inc.'s Motion for Extension of Time to Answer or Otherwise Plead and for Leave to File Omnibus Motion to Dismiss, a duplicate of which is hereby served upon you.

May 26, 2009

By:    /s/ Simon Fleischmann
      Simon Fleischmann

Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312.443.0462
E-mail: sfleischmann@lockelord.com

## CERTIFICATE OF SERVICE

    I, Simon Fleischmann, an attorney, certify that I caused the forgoing Notice of Motion and American Home Mortgage Servicing, Inc.'s Motion for Extension of Time to Answer or Otherwise Plead and for Leave to File Omnibus Motion to Dismiss upon all persons registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on Tuesday, May 26, 2009.

                                                      /s/ Simon Fleischmann
                                                        Simon Fleischmann