27-8340-00-5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | ) MDL No. 1715 ) ) Lead Case No. 05 CV 07097 ) ) Centralized before The Honorable ) Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) |
| Third-Party Plaintiff,. | ) ) |
| vs. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Susan N.K. Gummow, Esq. of Clausen Miller P.C., hereby respectfully requests that this Honorable Court allow her to withdraw her appearance on behalf of Law Offices of Gregory T. Lattanzi, Schop & Pleskow, LLP, Synodi Videll, LLC., Jones, Damia, Kaufman, Borofsky & DePaul, LLC., in this action.

Dated: May 27, 2009

Respectfully submitted,

By: */s/ Susan N.K. Gummow*
Susan N.K. Gummow
Clausen Miller P.C.
10 South LaSalle Street
Chicago, Illinois 60603
312-606-7802
sgummow@clausen.com

1247476.1

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath, deposes and states that the attached Notice of Withdrawal of Appearance was sent by electronically (ECF) notification and to the Clerk of the United States Bankruptcy Court, Northern District of Illinois, Eastern Division on the 27th day of May, 2009, for filing on behalf of Law Offices of Gregory T. Lattanzi, Schop & Pleskow, LLP, Synodi Videll, LLC., Jones, Damia, Kaufman, Borofsky & DePaul, LLC..

_____

1247476.1