# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al., | ) ) ) Lead Case No. 05 C 7097 |
| Defendants and Third-Party Plaintiffs, | ) ) Centralized Before: ) Hon. Marvin E. Aspen |
| v. | ) ) |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al. | ) ) ) ) |
| Third-Party Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, Third-Party Defendants Stewart Title SMI of Texas, Stewart Title Guaranty Company, Stewart Title of Illinois, Stewart Title of Seattle and Stewart Title Insurance Company (collectively "Stewart Title Defendants") inform the Court of the withdrawal of Anna C. Schumaker as counsel for Stewart Title Defendants for the reason that she is leaving her employment with Sidley Austin LLP on May 29, 2009. Thomas R. Heisler will be substituted as counsel.

        Respectfully submitted,

        STEWART TITLE SMI OF TEXAS
        STEWART TITLE INSURANCE CO.
        STEWART TITLE OF ILLINOIS
        STEWART TITLE OF SEATTLE
        STEWART TITLE GUARANTY CO.


        By: /s/ Thomas R. Heisler
             One of its Attorneys

Gerard D. Kelly
Michael C. Andolina
Anna C. Schumaker
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated: May 28, 2009

**CERTIFICATE OF SERVICE**

Thomas R. Heisler, an attorney, hereby certifies that she caused copies of the foregoing **Notice of Withdrawal of Counsel** pursuant to ECF with a courtesy copy to the court on this 28th day of May, 2009.

/s/ Thomas R. Heisler
Thomas R. Heisler

2