# EXHIBIT G

## NOTICE OF RIGHT TO CANCEL

'DER:   Ameriquest Mortgage Company

DATE:   May 17, 2005
LOAN NO.:   0120808888 - 7330
TYPE:   ADJUSTABLE RATE

BORROWER(S): Patrina R. Anthony        Derek Anthony

ADDRESS:        1542 Stirling Lakes Dr
CITY/STATE/ZIP:   Pontiac,MI 48340

PROPERTY:   1542 Stirling Lakes Dr
                     Pontiac, MI   48340

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE



      or
2.   The date you received your Truth in Lending disclosures;
      or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company              ATTN:   FUNDING
1600 S Douglass Rd                              PHONE: (714)634-3494
Anaheim, CA 92806                              FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

5/20/05

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____                    _____
SIGNATURE                                                     DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          _____          _____          _____
BORROWER/OWNER Patrina R. Anthony          Date          BORROWER/OWNER Derek Anthony          Date

_____          _____          _____          _____
BORROWER/OWNER          Date          BORROWER/OWNER          Date



**LENDER COPY**

## NOTICE OF RIGHT TO CANCEL

IDER: Ameriquest Mortgage Company

DATE: May 17, 2005
LOAN NO.: 0120808688 - 7330
TYPE: ADJUSTABLE RATE

BORROWER(S): Patrina R. Anthony    Derek Anthony

ADDRESS: 1542 Stirling Lakes Dr
CITY/STATE/ZIP: Pontiac,MI 48340

PROPERTY: 1542 Stirling Lakes Dr
Pontiac, MI 48340

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

> **ENTER DOCUMENT SIGNING DATE**
> _____ ;

    or
2. The date you received your Truth in Lending disclosures;
    or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company           ATTN: FUNDING
1600 S Douglass Rd                    PHONE: (714)634-3494
Anaheim, CA 92806                     FAX:   (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

> **ENTER FINAL DATE TO CANCEL**
> _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____          _____
SIGNATURE                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ _____          _____ _____
BORROWER/OWNER Patrina R. Anthony      Date      BORROWER/OWNER Derek Anthony        Date

_____ _____          _____ _____
BORROWER/OWNER                         Date      BORROWER/OWNER                       Date



**BORROWER COPY**

## NOTICE OF RIGHT TO CANCEL

DER: Ameriquest Mortgage Company

DATE: May 17, 2005
LOAN NO.: 0120808688 - 7330
TYPE: ADJUSTABLE RATE

BORROWER(S): Patrina R. Anthony     Derek Anthony

ADDRESS:     1542 Stirling Lakes Dr
CITY/STATE/ZIP:   Pontiac,MI 48340

PROPERTY: 1542 Stirling Lakes Dr
          Pontiac, MI 48340

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
| --- |
|  |

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN: FUNDING
1600 S Douglass Rd                   PHONE: (714)634-3494
Anaheim, CA 92806                    FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
|  |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____          _____
SIGNATURE                                  DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Patrina R. Anthony        Date     BORROWER/OWNER Derek Anthony        Date

BORROWER/OWNER                           Date     BORROWER/OWNER                      Date

**BORROWER COPY**

## NOTICE OF RIGHT TO CANCEL

! 'ER:   Ameriquest Mortgage Company

DATE:  May 17, 2005
LOAN NO.:  012080868B - 7330
TYPE:  ADJUSTABLE RATE

BORROWER(S): Patrina R. Anthony       Derek Anthony

ADDRESS:        1542 Stirling Lakes Dr
CITY/STATE/ZIP:  Pontiac, MI 48340

PROPERTY:   1542 Stirling Lakes Dr
            Pontiac, MI  48340

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

> ENTER DOCUMENT SIGNING DATE
> _____

   or
2.   The date you received your Truth in Lending disclosures;
   or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

> **HOW TO CANCEL**
>
> u decide to cancel this transaction, you may do so by notifying us in writing, at:
>
> Ameriquest Mortgage Company          ATTN:  FUNDING
> 1000 S Douglass Rd                   PHONE:  (714)634-3494
> Anaheim, CA 92806                    FAX:    (800)664-2256
>
> You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.
>
> If you cancel by mail or telegram, you must    ENTER FINAL DATE TO CANCEL
> send the notice no later than MIDNIGHT of     _____
>
> (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
> I WISH TO CANCEL
>
> _____          _____
> SIGNATURE                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____  ____    _____  ____
BORROWER/OWNER Patrina R. Anthony  Date   BORROWER/OWNER Derek Anthony  Date

_____  ____    _____  ____
BORROWER/OWNER               Date        BORROWER/OWNER              Date

1004-NRC (Rev 11/03)   

**BORROWER COPY**

05/17/2005 2:00:07 PM

## NOTICE OF RIGHT TO CANCEL

`NDER:   Ameriquest Mortgage Company

BORROWER(S): Patrina R. Anthony    Derek Anthony

ADDRESS:        1542 Stirling Lakes Dr
CITY/STATE/ZIP:  Pontiac, MI 48340

PROPERTY:  1542 Stirling Lakes Dr
           Pontiac, MI 48340

DATE:   May 17, 2005
LOAN NO.:   0120808688 - 7330
TYPE:   ADJUSTABLE RATE

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is
   **ENTER DOCUMENT SIGNING DATE**
   _____  ;
   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company            ATTN:  FUNDING
1600 S Douglass Rd                      PHONE: (714)634-3494
Anaheim, CA 92806                       FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

SIGNATURE _____     DATE _____

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Patrina R. Anthony      Date    BORROWER/OWNER Derek Anthony       Date

BORROWER/OWNER                         Date    BORROWER/OWNER                      Date

**BORROWER COPY**

# EXHIBIT H

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0120808688 - 7330
Date: May 17, 2005

Borrower(s): Patrina R. Anthony
Derek Anthony

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we provide you with **one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1100 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner  Patrina R. Anthony _____      Date _____

Borrower/Owner  Derek Anthony _____      Date _____

Borrower/Owner _____      Date _____

Borrower/Owner _____      Date _____

---

### REQUEST TO CANCEL

I/We want to cancel loan # _____.

Borrower/Owner Signature _____      Date _____

---

05/17/2005 3:00:07 PM

**LENDER COPY**

0000012080868804220101
150 (10/00)

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0120800000 - 7330
Date: May 17, 2005

Borrower(s): Patrina R. Anthony
Derek Anthony

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1000 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Patrina R. Anthony        Date

_____          _____
Borrower/Owner  Derek Anthony             Date

_____          _____
Borrower/Owner                            Date

_____          _____
Borrower/Owner                            Date

| REQUEST TO CANCEL |
|---|
| I/We want to cancel loan #_____ |
| |
| Borrower/Owner Signature _____    Date _____ |

05/17/2005 3:00:07 PM

**BORROWER COPY**

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0120808088 - 7330          Borrower(s): Patrina R. Anthony
Date: May 17, 2005                                          Derek Anthony

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.**
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1000 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)004-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


Borrower/Owner  Patrina R. Anthony _____          Date _____


Borrower/Owner  Derek Anthony _____          Date _____


Borrower/Owner _____          Date _____


Borrower/Owner _____          Date _____

---

**REQUEST TO CANCEL**
I/We want to cancel loan #_____.

Borrower/Owner Signature _____          Date _____

---

06/17/2005 3:00:07 PM

**BORROWER COPY**

00000120809868040422010I

1M (1000)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0120808088 - 7330          Borrower(s): Patrina R. Anthony
Date: May 17, 2005                                              Derek Anthony

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


Borrower/Owner  Patrina R. Anthony _____  _____ _____          Date _____ _____

Borrower/Owner  Derek Anthony _____  _____          Date _____

Borrower/Owner _____  _____          Date _____

Borrower/Owner _____          Date _____

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____ .

Borrower/Owner Signature _____  _____          Date _____ _____

---

0000012080808060404220101

05/17/2005 3:00:07 PM

**BORROWER COPY**

110 (11/00)

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0120808688 - 7330          Borrower(s): Patrina R. Anthony
Date: May 17, 2005                                              Derek Anthony

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

    Ameriquest Mortgage Company
    1600 S Douglass Rd Anaheim, CA 92806
    ATTN: Funding Department
    Phone: (714)541-9960
    Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


Borrower/Owner  Patrina R. Anthony _____  Date _____


Borrower/Owner  Derek Anthony _____  Date _____


Borrower/Owner _____  Date _____


Borrower/Owner _____  Date _____

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

Borrower/Owner Signature _____  Date _____

---

05/17/2005 3:00:07 PM

**BORROWER COPY**

# EXHIBIT I

## CLOSING INSTRUCTIONS
### ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| NORTHWEST TITLE & ESCROW CORP. | FRANK T. GRIEBENOW | (651)490-9056 | 669182 |

| Borrower(s) | Property Address |
|---|---|
| Patrina R. Anthony  Derek Anthony | 1542 Stirling Lakes Dr |
| | Pontiac          MI     48340 |
| | Loan Number: 0120006066 |

FROM: Ameriquest Mortgage Company - Auburn Hills, MI   Phone No. (248)377-6064       Fax (248)377-6166
Branch Name                                                                Branch Phone No.                    Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS.

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | | AMOUNT |
|---|---|---|---|
| 801. Loan origination fee     % to | | | |
| 802. Loan discount  2.750 % to  Ameriquest Mortgage Company | | | |
| 803. Apprs/Prop Val is Reimbursed to Lender      *t  $450.00 *  $0.00 | | | $6,167.50 |
| 804. Credit Report fee | | | |
| 805. Inspection fee | | | |
| 808. Yield Spread Premium to | | | |
| 809. | | | |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | | | $70.00 |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | | | $9.00 |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | | | $625.00 |
| 813. Admin to Ameriquest Mortgage Company | | | $239.00 |
| 814. Doc. Prep. Fee to | | | |
| 815. Credit Report Fee to | | | |
| 816. Origination Fee   % to | | | |
| 817. Application Fee to  Ameriquest Mortgage Company | | | $360.00 |
| 818. Underwriting Fee to | | | |
| 819. Service Provider Fee to | | | |
| 820. Processing Fee to | | | |
| 821. Underwriting Fee to | | | |
| 822. Appraisal Fee to | | | |
| 901. Interest from 08/24/2005  to  09/01/2005  @  $51.62  per day | | | $412.96 |
| 902. Mortgage Insurance premium for          months to | | | |
| 903. Hazard ins prem to | | | |
| 904. Flood ins prem to | | | |
| 1001. Hazard insurance    months @ $    per month | | | |
| 1002. Mortgage insurance    months @ $    per month | | | |
| 1003. Earthquake ins    months @ $    per month | | | |
| 1004. County prop. taxes    months @ $    per month | | | |
| 1005. Annual assess.    months @ $    per month | | | |
| 1006. Flood    months @ $    per month | | | |
| 1007. Windstorm Ins    months @ $    per month | | | |
| 1008. | | | |
| 1101. Settlement or closing fee to  NORTHWEST TITLE | (W) | | $360.00 |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to  MORTGAGE SERVICES | (W) | | $360.00 |
| 1107. Attorney's fees to | | | |
| 1108. Title Insurance to  NORTHWEST TITLE | (W) | | $522.40 |
| 1109. Lender's coverage | | | |
| 1110. Owner's coverage          $ | | | |
| 1111. Settlement/Disbursement fee to | | | |
| 1112. Escrow Fee to | | | |
| 1201. Recording fees | (W) | | $100.00 |
| 1202. City/county tax/stamps | | | |
| 1203. State tax/ stamps | | | |
| 1204. State specific fee | | | |
| 1301. Demand to | | | |
| 1302. Pest inspection to | | | |
| 1303. Survey Fee | | | |
| 1304. Staff Appraiser Fee | | | |
| 1305. Reconveyance Fee to | | | |
| 1306. | | | |
| 1307. Property Val Fee to | | | |
| 1308. Courier Fee | (W) | | $50.00 |

*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.



_____          _____
Title Company Representative Signature          Date

# EXHIBIT J

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

Borrower : Patrina R. Anthony
Derek Anthony

Loan Number : 0120000000 - 7330

| Payee | | Amount |
|---|---|---|
| PRD MOTOR CR | (W) | $7,408.00 |
| COUNTRYWIDE HOME LOA | (W) | $157,774.95 |
| MORTGAGE LENDERS NET | (W) | $39,100.35 |
| CITY OF PONTIAC | (W) | $398.01 |

Total Wire:    $207,010.04

Loan Amount:    217,000.00

L = Lender Paid
Deposit at Escrow/Title:    $0.00

Funds Hold By Lender:

Borrower Proceeds:  (W)    $1,700.21

(W) = Included in Wire

IMPORTANT: THE DATE OF SETTLEMENT MUST EQUAL THE CLOSING DATE.



Title Company Representative Signature          Date



# EXHIBIT K

Ameriquest Mortgage Company

Borrower Name Patrina R. Anthony                    Loan Number 0120808086 - 7830

Borrower Name Derek Anthony                    Property Address   1542 Sibling Lakes Dr
                                                                  Pontiac, MI 48340

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND DISCOUNT POINTS

The interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are related to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the interest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by taking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount points. The following example shows how your options work.







   * The terms of your loan may be different from the above example. Other factors influence rate, such as how much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but *not* necessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for some time. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon. Your account executive can give you more information about the options available to you and the exact terms of your loan.



...A (Rev. 09/24/03)

# EXHIBIT L



P.O. Box 11000, Santa Ana, CA 92711-1000
Toll Free (800) 430-5262
www.myamcloan.com

December 11, 2006

Patrina R Anthony
1542 Stirling Lakes Dr
Pontiac, MI 48340-

Re: Loan No: 0120808688
    Property: 1542 Stirling Lakes Dr
              Pontiac MI 48340

Dear Homeowner(s):

As requested, enclosed is a copy of the Appraisal Report on the above referenced property. The Appraisal Report is being sent to you with the following terms and conditions. If you are unable or unwilling to comply with all of the conditions set forth below, please return the Appraisal Report to:

                AMC Mortgage Services, Inc.
                      P.O. Box 11000
                  Santa Ana, CA 92711-1100
            Attention: Customer Care Department

1. The Appraisal Report is to be used solely for the purpose of evaluating your property in connection with your loan.

2. You understand, acknowledge, and agree that the Appraisal Report is being provided by AMC Mortgage Services (AMC) without any representations or warranties as to its contents.

3. You understand, acknowledge, and agree that intervening circum-stances may have rendered the information and assumptions contained in the Appraisal Report obsolete, incomplete, or even misleading.

4. You understand, acknowledge, and agree that the Appraisal Report was prepared for the exclusive use of AMC, and that subsequent distribution was not contemplated when the Appraisal Report was commissioned, prepared, or delivered.

5. You covenant and agree not to seek any damages or redress or to make any claims for damages, costs, expenses, or liabilities of any kind against the appraiser or arising out of your use of the Appraisal Report.

RA002/007/X9V

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.
Also doing business as Delaware AMC Mortgage Services, Inc., in the states of Texas, Rhode Island, and New Hampshire.





P.O. Box 11000, Santa Ana, CA 92711-1000
Toll Free (800) 430-5262
www.myamcloan.com

Appraisal Report Request Letter
Page 2

6.  You covenant and agree to indemnify, defend, and hold AMC, its
    shareholders, officers, directors, employees, affiliates, and agents
    harmless from and against any claims, costs, expenses, damages, or
    liabilities of any kind including reasonable attorney's fees incurred
    AMC resulting from or arising out of your use of the Appraisal
    Report.

7.  You covenant and agree to keep the Appraisal Report confidential and
    not disclose, distribute, disseminate, copy, or otherwise reproduce
    or release the Appraisal Report or its contents to any person except
    as is strictly necessary for the evaluation or understanding of the
    Appraisal Report, in any manner to any person without first obtaining
    a written agreement of confidentiality similar in scope to this
    letter.

Please keep this letter with your other loan records.

For information on your home loan, visit www.myamcloan.com.  If you have
any additional questions or concerns, please contact Customer Care at
(800) 430-5262, Monday through Friday, 5:00 a.m. to 6:00 p.m., Pacific
Time.

Sincerely,

Customer Care

RA002/007/X9V

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have
received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes
only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.
Also doing business as Delaware AMC Mortgage Services, Inc., in the states of Texas, Rhode Island, and New Hampshire.



## UNIFORM RESIDENTIAL APPRAISAL REPORT
File No. 1542

**Property Description**

| | | |
|---|---|---|
| Property Address 1542 STIRLING LAKES DR. | City PONTIAC | State MI   Zip Code 48340 |
| Legal Description See Attached Addendum | | County OAKLAND |
| Assessor's Parcel No. 1409479018 | Tax Year 2004   R.E. Taxes $ 3,828.94 | Special Assessments $ 0.00 |

| | | | | |
|---|---|---|---|---|
| Borrower DEREK ANTHONY | Current Owner DEREK ANTHONY | | Occupant: [X] Owner  [ ] Tenant  [ ] Vacant | |
| Property rights appraised [X] Fee Simple [ ] Leasehold | Project Type [ ] PUD [ ] Condominium (HUD/VA only) | HOA$ 0.00 /Mo. |

| | | |
|---|---|---|
| Neighborhood or Project Name STERLING LAKE ESTATES OCCPN 1291 | Map Reference H-27 | Census Tract 1410 |
| Sale Price $ REFINANCE   Date of Sale N/A | Description and $ amount of loan charges/concessions to be paid by seller 0.00 | |
| Lender/Client AMERIQUEST MORTGAGE | Address 2801 CAMBRIDGE COURT SUITE 220 AUBURN HILLS, MI 48326 | |
| Appraiser SAM SETTIMO | Address 13918 BOURNEMUTH SHELBY TOWNSHIP MI 48315 | |

| Location | [ ] Urban [X] Suburban [ ] Rural | Predominant occupancy | Single family housing | | AGE | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|
| Built up | [X] Over 75% [ ] 25-75% [ ] Under 25% | [X] Owner | PRICE $(000) | | (yrs) | One family 76% | [X] Not likely [ ] Likely |
| Growth rate | [ ] Rapid [X] Stable [ ] Slow | [ ] Tenant | 40 Low | | NEW | 2-4 family 5% | [ ] In process |
| Property values | [ ] Increasing [X] Stable [ ] Declining | [ ] Vacant (0-5%) | 675 High | | 80 | Multifamily 3% | To: |
| Demand/supply | [ ] Shortage [X] In balance [ ] Over supply | [X] Vacant (over 5%) | Predominant | | | Commercial 15% | |
| Marketing time | [ ] Under 3 mos. [X] 3-6 mos. [ ] Over 6 mos. | | 200 | | 10 | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: SUBJECT PROPERTY IS LOCATED NORTH OF WALTON RD. AND EAST OF JOSYLN RD.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): THE SUBJECT IS LOCATED IN A SUBURBAN NEIGHBORHOOD CONSISTING OF BRICK AND FRAME RANCH, BUNGALOW AND COLONIAL STYLE DWELLINGS SHOWING GOOD TO AVERAGE EXTERIOR CONDITION. THE SUBJECT IS CONVENIENT TO CHURCHES, SCHOOLS, SHOPPING FACILITIES AND EMPLOYMENT CENTERS, ALL CITY SERVICES ARE AVAILABLE TO THE SUBJECT PROPERTY, NO ADVERSE LOCATIONAL FACTORS WERE OBSERVERED WHICH MIGHT AFFECT THE MARKETABILITY OR SALEABILITY OF THE SUBJECT

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): THE GENERAL HOUSING MARKET OVER THE PAST YEAR HAS INDICATED STABLE TO MODEST INCREASES IN HOME PRICES, CONVENTIONAL MORTGAGES CONTINUE AS THE PREDOMINANT FORM OF FINANCING IN THIS MARKET, SELLER FINANCING CONCESSIONS ARE NOT TYPICAL FOR THIS AREA, THE SUBJECT IS LOCATED IN A COUNTY THAT HAS BEEN DECLARED A DISASTER AREA AS A RESULT OF FLOODING DUE TO HEAVY RAIN, THE SUBJECT PROPERTY WAS NOT AFFECTED.

Project Information for PUDs (if applicable) -- Is the developer/builder in control of the Home Owners' Association (HOA)?  [ ] YES  [ ] NO

Approximate total number of units in the subject project N/A   Approximate total number of units for sale in the subject project

Describe common elements and recreational facilities: NOT A PUD

| | | | |
|---|---|---|---|
| Dimensions IRREGULAR | | Topography | BASICALLY LEVEL |
| Site area 7616 SQ FT | Corner Lot [ ] Yes [X] No | Size | TYPICAL FOR AREA |
| Specific zoning classification and description RA-ONE SINGLE FAMILY RESIDENTIAL | | Shape | RECTANGULAR |
| Zoning compliance [X] Legal [ ] Legal nonconforming (Grandfathered use) [ ] Illegal [ ] No zoning | | Drainage | APPEARS ADEQUATE |
| Highest & best use as improved: [X] Present use [ ] Other use (explain) | | View | RESIDENTIAL |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity | [X] | | Street | ASPHALT | [X] | |
| Gas | [X] | | Curb/gutter | CONCRETE | [X] | |
| Water | [X] | | Sidewalk | CONCRETE | [X] | |
| Sanitary sewer | [X] | | Street lights | POLE MOUNTED | [X] | |
| Storm sewer | [X] | | Alley | NONE | | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning, use, etc): THE SUBJECT PROPERTY IS LOCATED IN FLOOD ZONE "C" NO FLOOD INSURANCE IS REQUIRED,  NO APPARENT EASEMENTS OR ENCROACHMENTS NOTED OR OBSERVED.

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | CONCRETE | Slab | NONE | Area Sq.Ft. | 846.84 | Roof | CNCLD [X] |
| No. of Stories | 2 | Exterior Walls | BRK/WD/ALM | Crawl Space | NONE | % Finished | UNFINISHED | Ceiling | CNCLD [X] |
| Type (Det./Att.) | DET | Roof Surface | ASPHALT | Basement | 100% FULL | Ceiling | JOIST | Walls | CNCLD [X] |
| Design (Style) | COLONIAL | Gutters & Dwnspts. | ALUMINUM | Sump Pump | NONE | Walls | CONCRETE | Floor | CNCLD [X] |
| Existing/Proposed | EXIST | Window Type | VINYL INS | Dampness | NONE NOTED | Floor | CONCRETE | None | |
| Age (Yrs.) | 2003 | Storm/Screens | YES/YES | Settlement | NONE NOTED | Outside Entry | NONE | Unknown | |
| Effective Age (Yrs.) | 1 | Manufactured House | NO | Infestation | NONE NOTED | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 847 |
| Level 1 | X | 1 | | 1 | | | | | .5 | X | | 847 |
| Level 2 | | | | | | | | 4 | 2 | | | 1,157 |
| | | | | | | | | | | | | 0 |

Finished area above grade contains:   8 Rooms   4 Bedroom(s)   2.5 Bath(s)   2,004 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | CRT/HWD/GD | Type | FWA | Refrigerator | [ ] | None | [X] | Fireplace(s) # 1 | [X] | None | [ ] |
| Walls | DRYWALL/GD | Fuel | GAS | Range/Oven | [ ] | Stairs | [ ] | Patio NONE | [ ] | Garage 2 | # of cars |
| Trim/Finish | WOOD/GOOD | Condition NEW | | Disposal | [X] | Drop Stair | [ ] | Deck NONE | [ ] | Attached | 2 CAR |
| Bath Floor | VINYL/GOOD | COOLING | | Dishwasher | [X] | Scuttle | [X] | Porch FRONT | [X] | Detached | |
| Bath Wainscot | WD/PAINT/GD | Central | YES | Fan/Hood | [ ] | Floor | [ ] | Fence NONE | [ ] | Built-In | |
| Doors | H.CORE/GOOD | Other | HUMID | Microwave | [ ] | Heated | [ ] | Pool NONE | [ ] | Carport | |
| | | Condition NEW | | Washer/Dryer | [ ] | Finished | [ ] | | | Driveway | 2 CAR + |

Additional features (special energy efficient items, etc.): COPPER PLUMBING, BRICK PAVERS

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction remodeling/additions, etc.: THE SUBJECT PROPERTY APPEARS TO BE IN GOOD CONDITION AND DOES NOT SUFFER FROM ANY FUNCTIONAL OR EXTERNAL DEPRECIATION. NORMAL PHYSICAL DEPRECIATION WAS OBSERVED.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: NO KNOWN OR APPARENT ADVERSE ENVIRONMENTAL CONDITIONS THAT WOULD NEGATIVELY IMPACT THE MARKET VALUE OF THE SUBJECT.

## UNIFORM RESIDENTIAL APPRAISAL REPORT          File No.  1542

**Valuation Section**

| | | |
|---|---|---|
| ESTIMATED SITE VALUE............................................. = $ | 25,000 | Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): SITE VALUE IS BASED ON REVIEW OF RECENT LAND SALES AND SITE TO TOTAL VALUE RATIOS. COST FIGURES DEVELOPED FROM MARSHALL & SWIFT COST MANUAL, VERIFIED BY APPRAISERS FILES AND LOCAL COST DATA. PHYSICAL DEPRECIATION IS BASED ON AGE/LIFE METHOD. |

ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS:

| | | | | | |
|---|---|---|---|---|---|
| Dwelling | 2,004 Sq. Ft. @ $ | 100.00 | = $ | 200,400 | |
| Bsmt. 847 | Sq. Ft. @ $ | 30.00 | = $ | 25,410 | |
| | | | = | | |
| Garage/Carport 422 | Sq. Ft. @ $ | 20.00 | = $ | 8,440 | |
| Total Estimated Cost New | | | = $ | 234,250 | |
| Less  70 Physical  Functional  External | | Est. Remaining Econ. Life 70 | | | |
| Depreciation 11% | | | = $ | 25,788 | |
| Depreciated Value of Improvements.......................... = $ | | | 208,482 | | |
| "As-Is" Value of Site Improvements....................... = $ | | | 10,000 | | |
| INDICATED VALUE BY COST APPROACH .............. = $ | | | 243,500 | | |

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 1542 STIRLING LAKES DR. PONTIAC | 697 SAINT ANDREWS CT. PONTIAC 48340 | 1624 PEBBLE BEACH DR. PONTIAC 48340 | 1599 STIRLING LAKES DRIVE PONTIAC |
| Proximity to Subject | | WITHIN 1/4 MILE WEST | WITHIN 1/4 MILE WEST | SAME STREET |
| Sales Price | REFINANCE | $ 240,600 | $ 242,000 | $ 220,000 |
| Price/Gross Liv. Area | | $ 120.83 ⌷ | $ 121.18 ⌷ | $ 122.49 ⌷ |
| Data and/or Verification Sources | | BUILDER/ASSESSOR EXTERIOR INSPECTION | BUILDER/ASSESSOR EXTERIOR INSPECTION | MICHIGAN MLS#24027207 EXTERIOR INSPECTION |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | CONVENTIONAL | | CONVENTIONAL | | CONVENTIONAL | |
| Date of Sale/Time | N/A | 2004/10/22 | | 2004/10/14 | | 2004/09/30 | |
| Location | SUBURBAN | SUBURBAN | | SUBURBAN | | SUBURBAN | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 70X120 | 72X120 | | 69X120 | | 81 X 233 | |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design and Appeal | COLONIAL | COLONIAL | | COLONIAL | | COLONIAL | |
| Quality of Construction | ALUM/BRK/WD | BRK/WOOD/GD | | BRK/WOOD/GD | | BRK/WOOD/GD | |
| Age | 2003 | 2001 | | 2001 | | 2001 | |
| Condition | GOOD | GOOD | | GOOD | | GOOD | |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | | Total  Bdrms  Baths | | Total  Bdrms  Baths | |
| Room Count  20 | 6    4    2.50 | 6    3    2.00 | | 6    3    2.50 | | 6    4    2.50 | |
| Gross Living Area | 2,004 Sq.Ft. | 1,991 Sq.Ft. | | 1,997 Sq.Ft. | | 1,796 Sq.Ft. | 4,200 |
| Basement & Finished Rooms Below Grade | BASEMENT Unfinished | BASEMENT Unfinished | | BASEMENT Unfinished | | BASEMENT UNFIN WALKOUT | -10,000 |
| Functional Utility | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Heating/Cooling | FA/CENTRAL | FA/CENTRAL | | FA/CENTRAL | | FA/CENTRAL | |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Garage/Carport | 2 CAR ATTACH | 2 CAR ATTACH | | 2 CAR ATTACH | | 2 CAR ATTACH | |
| Porch, Patio, Deck, Fireplace(s), etc. | FRONT/NONE FIREPLACE | FRONT/NONE FIREPLACE | | FRONT/NONE FIREPLACE | | FRONT/DECK FIREPLACE | -1,000 |
| Fence, Pool, etc. | STANDARD KIT | STANDARD KIT | | STANDARD KIT | | STANDARD KIT | |
| Net Adj. (total) | | ☐ + ☐ - $ | 0 | ☒ + ☐ - $ | 0 | ☒ + ☐ - $ | 6,800 |
| Adjusted Sales Price of Comparable | | $ 240,600 | | $ 242,000 | | $ 213,200 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): EQUAL CONSIDERATION GIVEN TO ALL SALES TO ARRIVE AT THE FINAL VALUE RENDERED. THE SUBJECT WAS BUILT PRIOR TO 1978, LEAD PAINT MAY OR MAY NOT BE PRESENT DUE TO LACK OF CLOSED SALES IT WAS NECCESSARY TO USE ALL SALES WHICH EXCEEDS FNMA 6 MONTH GUIDELINES.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | no sale in past 36 months MICHIGAN MLS | 10/13/2004 NONE NOTED MLS/ASSESSOR | 07/06/2004 NONE NOTED MLS/ASSESSOR | 08/30/2004 NONE NOTED MLS/ASSESSOR |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: NONE.  ALL APPRAISERS ARE REQUIRED TO BE LICENSED BY THE STATE OF MICHIGAN,  DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES, P.O. BOX 30018, LANSING, MI 48909

| | |
|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH ....................... $ | 242,000 |
| INDICATED VALUE BY INCOME APPROACH (If Applicable)  Estimated Market Rent $ ___ N/A _ /Mo. x Gross Rent Multiplier ___ N/A _ = $ | N/A |

This appraisal is made  ☒ "as is"  ☐ subject to the repairs, alterations, inspections or conditions listed below  ☐ subject to completion per plans and specifications.
Conditions of Appraisal: THE SUBJECT IS IN GOOD CONDITION,  BOTH INSIDE AND OUT,  AND NO REPAIRS, INSPECTIONS OR CONDITIONS ARE REQUIRED.

Final Reconciliation: MOST WEIGHT IS GIVEN TO THE MARKET APPROACH, BECAUSE IT REFLECTS THE BEHAVIOR OF THE MAJORITY OF PURCHASERS IN THE MARKETPLACE MOST ACCURATELY. THE COST APPROACH REINFORCES THIS VALUE ESTIMATE. THE INCOME APPROACH WAS NOT IMPLEMENTED DUE TO INSUFFICIENT DATA.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised  06/93 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF  2005/05/13
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $  242,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature | Signature | ☐ Did  ☐ Did Not Inspect Property |
| Name  SAM SETTIMO | Name | |
| Date Report Signed  05/13/2005 | Date Report Signed | |
| State Certification #  N/A              State MI | State Certification #              State | |
| Or State License #  1201069064 | Or State License # | |

 ADDENDUM  1542

**122.00 ANNUAL ASSOC FEE**

**Legal Description**
T3N, R10E SEC 9 & 10 OAKLAND COUNTY CONDOMIUM PLA NO 1291 STIRLING LAKE ESTATES UNIT 147 L21853 P
S04 10-13-00 FR 428-008

 

File No. 1542

**DEFINITION OF MARKET VALUE:**   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the Appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:**   The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it.  The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title.  The property is appraised on the basis of it being under responsible ownership.

2.  The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area.  Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5.  The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value.  These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6.  The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal.  Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property.  The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7.  The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8.  The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10.  The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated ) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent.  The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Case: 1:05-cv-07097 Document #: 2812-4 Filed: 05/28/09 Page 26 of 35 PageID #:31456




File No. 1542

**APPRAISERS CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**   If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

ADDRESS OF PROPERTY APPRAISED:   1542 STIRLING LAKES DR., PONTIAC, MI 48340

**APPRAISER:**

Signature: *Sam Settimo*
Name: SAM SETTIMO
Date Signed: 05/13/2005
State Certification #: N/A
or State License #: 1201069064
State: MI
Expiration Date of Certification or License: 07/31/2006

**SUPERVISORY APPRAISER (only if required)**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____

☐ Did    ☐ Did Not Inspect Property

Freddie Mac Form 439 6-93                     Page 2 of 2                     Fannie Mae Form 1004B 6-93

 

## DIMENSION LIST ADDENDUM

| | | | |
|---|---|---|---|
| Borrower: DEREK ANTHONY | | File No.: 1542 | |
| Property Address: 1542 STIRLING LAKES DR. | | Case No.: | |
| City: PONTIAC | | State: MI | Zip: 48340 |
| Lender: AMERIQUEST MORTGAGE | | | |

| GROSS BUILDING AREA (GBA) | | 3,273 |
|---|---|---|
| GROSS LIVING AREA (GLA) | | 2,004 |

| Area(s) | Area | % of GBA |
|---|---|---|
| Living | 2,004 | 61.23 |
| Level 1 | 847 | 25.88 |
| Level 2 | 1,157 | 35.35 |
| Level 3 | 0 | 0.00 |
| Other | 0 | 0.00 |
| Basement | 847 | 25.88 |
| Garage | 422 | 12.89 |

| Area Measurements | | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Measurements | Factor | Total | | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| 24.70 x 17.20 x | 1.00 | = | 424.84 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 21.10 x 20.00 x | 1.00 | = | 422.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 24.70 x 17.20 x | 1.00 | = | 424.84 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 21.10 x 20.00 x | 1.00 | = | 422.00 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 21.10 x 20.00 x | 1.00 | = | 422.00 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 34.30 x 22.00 x | 1.00 | = | 754.60 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 24.70 x 16.30 x | 1.00 | = | 402.61 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

## SUBJECT PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Borrower: DEREK ANTHONY | File No.: 542 | |
| Property Address: 1542 STIRLING LAKES DR. | Case No.: | |
| City: PONTIAC | State: MI | Zip: 48340 |
| Lender: AMERIQUEST MORTGAGE | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: 2006/05/13
Appraised Value: $ 242,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

## COMPARABLE PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Borrower: DEREK ANTHONY | | File No.: 1542 |
| Property Address: 1542 STIRLING LAKES DR. | | Case No.: |
| City: PONTIAC | State: MI | Zip: 48340 |
| Lender: AMERIQUEST MORTGAGE | | |



**COMPARABLE SALE #1**

697 SAINT ANDREWS CT.
PONTIAC 48340
Sale Date: 2004/10/22
Sale Price: $ 240,900



**COMPARABLE SALE #2**

1824 PEBBLE BEACH DR.
PONTIAC 48340
Sale Date: 2004/10/14
Sale Price: $ 242,000



**COMPARABLE SALE #3**

1599 STIRLING LAKES DRIVE
PONTIAC
Sale Date: 2004/09/30
Sale Price: $ 220,000



**FLOORPLAN**

| | |
|---|---|
| Borrower: DEREK ANTHONY | File No.: 1542 |
| Property Address: 1542 STIRLING LAKES DR. | Casa No.: |
| City: PONTIAC | State: MI | Zip: 48340 |
| Lender: AMERIQUEST MORTGAGE | |

Sketch by Apex IV Windows™




## LOCATION MAP

| Borrower: DEREK ANTHONY | | File No.: 1542 | |
|---|---|---|---|
| Property Address: 1542 STIRLING LAKES DR. | | Case No.: | |
| City: PONTIAC | State: MI | | Zip: 48340 |
| Lender: AMERIQUEST MORTGAGE | | | |



# EXHIBIT M

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
## Chicago, Illinois  60603-3403
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email:  edcombs@aol.com
## www.edcombs.com

July 10, 2006

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
712 Abbott Road
East Lansing, MI 48823

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
712 Abbott Road
East Lansing, MI 48823

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

      Re: Notice of rescission, claim and lien, Patrina R. Anthony and Derek.
         Anthony, 1542 Stirling Lakes Drive, Pontiac, MI 48349, loan of May
         17, 2005

Ladies/Gentlemen:

    Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

    Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

    If you claim that the owner of the loan is other than Ameriquest Mortgage Company

or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on July 10, 2006.


_____
Daniel A. Edelman