**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

---

| | | |
|---|---|---|
| PATRINA R. ANTHONY and DEREK ANTHONY, | ) ) ) | 07 cv 1748 |
| Plaintiffs, | ) ) | Originally 07 cv 10755 (E.D. Mich.) |
| v. | ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 cv 7097 |
| AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., and DOES 1-5, | ) ) ) ) ) ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

   **PLEASE TAKE NOTICE** that on **Thursday, June 4, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

              s/ Cathleen M. Combs
              Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

### CERTIFICATE OF SERVICE

       I, Cathleen M. Combs, hereby certify that on May 28, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Jordan Sickman
sickman@steinbergshapiro.com

                        s/ Cathleen M. Combs
                        Cathleen M. Combs