# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) THIS DOCUMENT RELATES TO ALL ) Centralized before Judge ACTIONS ) Marvin E. Aspen ) |
| GEORGE D. KRISE and DANA S. HAYNES, Plaintiffs, v. AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass-Through Certificates, Series 2004-X3, under the Pooling and Servicing Agreement dated as of September 1, 2004, Without Recourse; CITI RESIDENTIAL LENDING, INC., and DOES 1-5, Defendants. | 06 C 5700 (Originally 06 C 529 (W.D. Mich.)) (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097) **DEMAND FOR JURY TRIAL** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

       **PLEASE TAKE NOTICE** that on **Thursday, June 4, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

1

                                              s/ Cathleen M. Combs
                                              Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

        I, Cathleen M. Combs, hereby certify that on May 29, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Bernard LeSage
blesage@buchalter.com

Mark D. van der Laan
Dykema Gossett, PLLC
300 Ottawa Avenue, N.W.
Suite 700
Grand Rapids, MI 49503

                                              s/ Cathleen M. Combs
                                              Cathleen M. Combs