# EXHIBIT H



P.O. Box 11000, Santa Ana, CA 92711-1000
Toll Free  (800) 430-5262
www.myamcloan.com

August 09, 2006

Brenda J Dumas
Floyd E Dumas II
4012 Monroe Street
Gary, IN 46408-

Re:  Loan No: 0120485628
     Property: 4012 Monroe Street
              Gary IN 46408

Dear Homeowner(s):

As requested, enclosed is a copy of the Appraisal Report on the above
referenced property. The Appraisal Report is being sent to you with the
following terms and conditions. If you are unable or unwilling to comply
with all of the conditions set forth below, please return the Appraisal
Report to:

                AMC Mortgage Services, Inc.
                      P.O. Box 11000
                Santa Ana, CA 92711-1100
          Attention:  Customer Care Department

1.  The Appraisal Report is to be used solely for the purpose of
    evaluating your property in connection with your loan.

2.  You understand, acknowledge, and agree that the Appraisal Report is
    being provided by AMC Mortgage Services (AMC) without any
    representations or warranties as to its contents.

3.  You understand, acknowledge, and agree that intervening circumstances
    may have rendered the information and assumptions contained
    in the Appraisal Report obsolete, incomplete, or even misleading.

4.  You understand, acknowledge, and agree that the Appraisal Report was
    prepared for the exclusive use of AMC, and that subsequent
    distribution was not contemplated when the Appraisal Report was
    commissioned, prepared, or delivered.

5.  You covenant and agree not to seek any damages or redress or to make
    any claims for damages, costs, expenses, or liabilities of any kind
    against the appraiser or arising out of your use of the Appraisal
    Report.

SC002/005/NN5

Also doing business as Delaware AMC Mortgage Services, Inc., in the states of Texas, Rhode Island, and New Hampshire.



P.O. Box 11000, Santa Ana, CA 92711-1000
Toll Free (800) 430-5262
www.myamcloan.com

Appraisal Report Request Letter
Page 2

6.  You covenant and agree to indemnify, defend, and hold AMC, its
    shareholders, officers, directors, employees, affiliates, and agents
    harmless from and against any claims, costs, expenses, damages, or
    liabilities of any kind including reasonable attorney's fees incurred
    AMC resulting from or arising out of your use of the Appraisal
    Report.

7.  You covenant and agree to keep the Appraisal Report confidential and
    not disclose, distribute, disseminate, copy, or otherwise reproduce
    or release the Appraisal Report or its contents to any person except
    as is strictly necessary for the evaluation or understanding of the
    Appraisal Report, in any manner to any person without first obtaining
    a written agreement of confidentiality similar in scope to this
    letter.

For information on your home loan, visit www.myamcloan.com. If you have
any additional questions or concerns, please contact Customer Care at
(800) 430-5262, Monday through Friday, 5:00 a.m. to 6:00 p.m., Pacific
Time.

Please keep this letter with your other loan records.

Sincerely,

Customer Care Department


SC002/005/NN5



Loan No. 0120465628 - 5507

## APPRAISAL/PROPERTY VALUATION DISCLOSURE

| Borrower's Name(s): | Lender: |
|---|---|
| BRENDA J DUMAS   FLOYD E DUMAS, II | Ameriquest Mortgage Company<br><br>8445 Keystone Crossing  #110<br>Indianapolis, IN 46240 |

| Property Address: | Date: |
|---|---|
| 4012 MONROE STREET<br>GARY, IN  46408 | May 14, 2005 |

You have the right to a copy of the appraisal/property valuation report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdraw your application.

Contact:          Branch Manager

Lender/Broker:    Ameriquest Mortgage Company

Address:          8445 Keystone Crossing  #110

                  Indianapolis, IN 46240

Telephone:        (317)251-2266


Borrower   BRENDA J DUMAS          Date 5-14-05

Borrower   FLOYD E DUMAS, II       Date 5-14-05


Borrower                           Date

Borrower                           Date

00000120485628100446 0101

apprdisl (Rev. 5/03)



File No. R0504025  Page #1

# INVOICE

| | |
|---|---|
| **FROM:** | **INVOICE NUMBER** |
| ASC Corporation | 605197D-130885365 |
| P.O.Box 40923 | **DATE** |
| Indianapolis, IN 46240 | 05/13/2005 |
| | 05/13/2005 |
| Telephone Number: 317-566-9850    Fax Number: 317-566-9852 | **REFERENCE** |

| **TO:** | |
|---|---|
| Ameriquest Mortgage Corporation | Internal Order #: 605197D-130885365 |
| 8455 Keystone Crossing | Lender Case #: 0120485628 |
| Suite 100 | Client File #: 0120485628 |
| Indianapolis, IN 46240 | Main File # on form: R0504025 |
| Telephone Number: 317-251-2266    Fax Number: | Other File # on form: R0504025 |
| Alternate Number:    E-Mail: | Federal Tax ID: |
| | Employer ID: |

## DESCRIPTION

Lender: Ameriquest Mortgage Corporation          Client: Ameriquest Mortgage Corporation
Purchaser/Borrower: Floyd & Brenda Dumas
Property Address: 4012 Monroe Street
City: Gary
County: Lake                                         State: In                          Zip: 46408-3003
Legal Description: Bowser's Addn Lot 7 & Vacant W 3' Monroe St Adjacent

| FEES | AMOUNT |
|---|---|
| Summary Appraisal Report URAR FNMA 1004 | 360.00 |
| Travel & Time | 360.00 |
| | |
| Please make check payable to | |
| ASC Corporation | |
| | Thanks |
| | |
| **SUBTOTAL** | 720.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** | $    720.00 |

Form NIV5 — "TOTAL for Windows" appraisal software by a la mode, Inc. — 1-800-ALAMODE
Appraisal Services (317) 507-3485

File No. R05040291 Page #2





## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
4012 Monroe Street
Bowser's Addn Lot 7 & Vacant W 3' Monroe St Adjacent
Gary, In 46408-3003

**FOR:**
Ameriquest Mortgage Corporation
8445 Keystone Crossing
Indianapolis, IN 46240

**AS OF:**
05/08/2005

**BY:**
A. William Saeger
CG 49300005

 

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 4012 Monroe Street | |
| Legal Description | Bowser's Addn Lot 7 & Vacant W 3' Monroe St Adjacent | |
| City | Gary | |
| County | Lake | |
| State | In | |
| Zip Code | 46408-3003 | |
| Census Tract | 0413.02 | |
| Map Reference | 40S 5W | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ Refinance | |
| Date of Sale | N/A | |

| CLIENT | | |
|---|---|---|
| Borrower / Client | Floyd & Brenda Dumas | |
| Lender | Ameriquest Mortgage Corporation | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 944 | |
| Price per Square Foot | $ | |
| Location | 41S 5W | |
| Age | 84 yrs. | |
| Condition | Average | |
| Total Rooms | 6 | |
| Bedrooms | 2 | |
| Baths | 1 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | A. William Saeger | |
| Date of Appraised Value | 05/06/2005 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 85,000 | |

Appraisal Services (317) 507-3485

| | | File No. R0504025| Page #4 |
|---|---|---|

## UNIFORM RESIDENTIAL APPRAISAL REPORT

R0504025
File No. R0504025

**Property Description**

| Property Address | 4012 Monroe Street | | City Gary | State In | Zip Code 46408-3003 |
|---|---|---|---|---|---|
| Legal Description | Bowsar's Addn Lot 7 & Vacant W 3' Monroe St (Adjacent) | | | County Lake | |
| Assessor's Parcel No. | 1-25-41-105-7 | | Tax Year 2005 | R.E. Taxes $ 806.00 | Special Assessments $ 0.00 |
| Borrower Floyd & Brenda Dumas | | Current Owner Floyd & Brenda Dumas | | Occupant ☒ Owner ☐ Tenant ☐ Vacant |

| Property rights appraised | ☒ Fee Simple | ☐ Leasehold | Project Type | ☐ PUD | ☐ Condominium (HUD/VA only) | HOA $ None /Mo. |
|---|---|---|---|---|---|---|
| Neighborhood or Project Name | | | Map Reference 40S 5W | | Census Tract 0413.02 | |
| Sale Price $ Refinance | Date of Sale N/A | | Description and $ amount of loan charges/concessions to be paid by seller None Known | | | |
| Lender/Client Amerifirust Mortgage Corporation | | Address 8445 Keystone Crossing Suite 100, Indianapolis, IN 46240 | | | | |
| Appraiser A. William Beeper | | Address P. O. Box 40523, Indianapolis, IN 46240 | | | | |

| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Predominant | Single family housing | | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|---|
| Built up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | occupancy | PRICE $(000) | AGE (yrs) | One family 80 | ☒ Not likely ☐ Likely |
| Growth rate | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner | 90 Low New | | 2-4 family 5 | ☐ In process |
| Property values | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant | 200 High 60 | | Multi-family 5 | To: |
| Demand/supply | ☐ Shortage | ☒ In balance | ☐ Over supply | ☐ Vacant (0-5%) | Predominant | | Commercial 20 | |
| Marketing time | ☐ Under 3 mos. | ☒ 3-6 mos. | ☐ Over 6 mos. | ☒ Vacant (over 5%) | 125 25 | | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: The neighborhood is bounded on the north by Interstate 80/94, east by Interstate 65, south by 53rd Avenue and west by Colfax Avenue. Neighborhood characteristics are typical of urban developments within the market.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): The subject is in an established neighborhood in the town of Gary, Indiana in Lake County. The major streets in the area provide access to local schools, shopping, places of worship and businesses, both service and retail. The Interstate Highway system is within a few miles and affords access to all parts of Chicago to the northwest and Indiana in general. Employment stability is typical of other similarly sized metropolitan areas. The community is approximately at the top of Indiana near Lake Michigan and draws from it's surrounding areas. There are no apparent adverse factors that would affect the areas continued marketability.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): The general market conditions in the Gary market appear to be reasonably stable. Loan discounts, interest buy downs and other sales concessions have been taken into consideration in the comparison analysis grid. Based on the most recent MLS data, the average days on the market for the Gary area was 65 days for the last quarter of the year with a 96.5% sale to list price. Supply and demand for the area appears normal with the usual number of properties for sale in the neighborhood. Marketing time is typical with appropriately priced properties selling in a range of 6 to 9 months.

| Project Information for PUDs (if applicable) -- Is the developer/builder in control of the Home Owners' Association (HOA)? | ☐ Yes ☐ No |
|---|---|
| Approximate total number of units in the subject project | Approximate total number of units for sale in the subject project |

Describe common elements and recreational facilities:

| Dimensions 25 x 131 | | | Topography | Level and on street grade |
|---|---|---|---|---|
| Site area 3,275 sf | Corner Lot ☐ Yes ☒ No | | Size | Typical for the area |
| Specific zoning classification and description One-Family Dwelling 510 | | | Shape | Assumed Rectangular |
| Zoning compliance ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | | Drainage | Natural to lot line |
| Highest & best use as improved: ☒ Present use ☐ Other use (explain) | | | View | Res/Typical |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | Landscaping | Typical of area |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | Asphalt | ☒ | | Driveway Surface | Concrete |
| Gas | ☒ | | Curb/gutter | Concrete | ☒ | | Apparent easements | Typical utilities |
| Water | ☒ | | Sidewalk | Concrete | ☒ | | FEMA Special Flood Hazard Area | ☐ Yes ☒ No |
| Sanitary sewer | ☒ | | Street lights | Overhead | ☒ | | FEMA Zone C | Map Date 9/2/1981 |
| Storm sewer | ☒ | | Alley | Gravel | ☒ | | FEMA Map No. 18012C0005B | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): There are no apparent adverse easements(utility only), encroachments or other adverse factors. There are no special assessments, the subject is not in a slide area and there are no known zoning infractions.

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | Con Block | Slab | No | Area Sq. Ft. 864 | | Roof | ☐ |
| No. of Stories | 1 | Exterior Walls | Aluminum | Crawl Space | No | % Finished 80 | | Ceiling Conceal | ☒ |
| Type (Det./Att.) | Det | Roof Surface | Composition | Basement | Yes | Ceiling Pressboard | | Walls Conceal | ☒ |
| Design (Style) | 1 Story | Gutters & Dwnspts. Aluminum | | Sump Pump | N/A | Walls Panel/Panel | | Floor | ☐ |
| Existing/Proposed | Existing | Window Type | Wd Dbl Hg | Dampness | None Noticed | Floor Asphalt Tile | | None | ☐ |
| Age (Yrs.) | 84 | Storm/Screens | Yes/Yes | Settlement | None Noticed | Outside Entry No | | Unknown | ☐ |
| Effective Age (Yrs.) | 15-20 | Manufactured Home No | | Infestation | None Noticed | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 864 |
| Level 1 | | x | x | Kit+Nook | | | | 1 | 1 | x | Mech | 864 |
| Level 2 | | | | | | | | 2 | 1 | | | 944 |
| | | | | | | | | | | | | |

Finished area above grade contains: 6 Rooms; 2 Bedroom(s); 1 Bath(s); 944 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Hdwd/Cpt/Vinyl/Avg | Type | FA | Refrigerator | ☐ | None | ☐ | Fireplace(s) # | ☐ | None | ☒ |
| Walls | Painted Drywall/Avg | Fuel | Gas | Range/Oven | ☒ | Stairs | ☐ | Patio Open | ☒ | Garage | # of cars |
| Trim/Finish | Typical/Avg | Condition | Typical | Disposal | ☐ | Drop Stair | ☐ | Deck | ☐ | Attached | 2 |
| Bath Floor | Vinyl/Avg | COOLING | | Dishwasher | ☐ | Scuttle | ☐ | Porch Cvd Frt | ☒ | Detached | |
| Bath Wainscot | Plastic tile walls | Central | No | Fan/Hood | ☐ | Floor | ☐ | Fence Ch Link | ☒ | Built-in | |
| Doors | Hollow Core | Other | Window | Microwave | ☐ | Heated | ☐ | Pool | ☐ | Carport | |
| Stained/Average | | Condition | Typical | Washer/Dryer | ☒ | Finished | ☐ | | | Driveway | O T A |

Additional features (special energy efficient items, etc.): The subject has an covered front porch, a rear patio and a chain link fence around the rear yard.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: The subject has had standard maintenance over the years and is typical for the neighborhood. Functional utility is typical with a standard number of closets and an efficient floor plan. This dwelling should meet most buyers expectations for a residence in this area and price range.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: There were no apparent adverse environmental conditions, nor external factors were observed that would affect the subject's marketability. See #6 in the Statement of Limiting Conditions in the Addendum.

Freddie Mac Form 70 6/93      PAGE 1 OF 2      Fannie Mae Form 1004 6/93

Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**UNIFORM RESIDENTIAL APPRAISAL REPORT**

File No. R05040025

R0504025 Page #5
R0504025

| Valuation Section | | |
|---|---|---|
| ESTIMATED SITE VALUE | = $ | 20,000 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property). Effective age was considered to be 15-20 years based on the physical inspection of the dwelling with a remaining economic life of 45-50 years. Land value is 23% of the total indicated value via the cost approach and is not excessive for the area of the market.

ESTIMATED REPRODUCTION COST-NEW-OF-IMPROVEMENTS:

| | | | | |
|---|---|---|---|---|
| Dwelling | 944 Sq. Ft.@$ | 75.00 | = $ | 70,800 |
| | 854 Sq. Ft.@$ | 22.75 | = | 19,656 |
| Porches, Decks | Sq. Ft. @$ | | = | |
| Garage/Carport | Sq. Ft. @$ | | = | 2,500 |
| Total Estimated Cost New | | | = $ | 92,956 |
| Less | Physical | Functional | External | |
| Depreciation | 28,603 | | | = $ | 28,603 |
| Depreciated Value of Improvements | | | = $ | 64,353 |
| "As-is" Value of Site Improvements | | | = $ | 2,500 |
| INDICATED VALUE BY COST APPROACH | | | = $ | 86,853 |

Cost Reference: Marshall & Swift Residential Cost Handbook

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4012 Monroe Street Gary, Indiana | 665 W 44th Street Gary, Indiana | | 3708 Johnson Gary, Indiana | | 3557 Adams Gary, Indiana | |
| Proximity to Subject | | 4 Blocks | | 13 Blocks | | 9 Blocks | |
| Sales Price | $ Refinance | $ 90,000 | | $ 85,000 | | $ 75,000 | |
| Price/Gross Living Area | $ | $ 89.20 | | $ 90.81 | | $ 75.00 | |
| Data and/or Verification Source | Inspection Owner | MLS SVC Gary Agent | | MLS SVC Gary Agent | | MLS SVC Gary Agent | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | Conv None Known | | Conv None Known | | Conv None Known | |
| Date of Sale/Time | | Cls. 5/10/04 | | Cls. 2/23/05 | | Cls. 08/09/04 | |
| Location | 41S 5W | 44S 6W | | 37S 14W | | 35S 2W | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 3,275 sf/Typ | 4,592sf/Typ | | 5,000sf/Typ | | 5,000sf/Typ | |
| View | Res/Typical | Res/Typical | | Res/Typical | | Res/Typical | |
| Design and Appeal | 1 Story/Avg | 1 Story/Avg | | 1 Story/Avg | | 1 Story/Avg | |
| Quality of Construction | Aluminum/Avg | Aluminum/Avg | | Brick/Avg | -2,500 | Aluminum/Avg | |
| Age | 84 yrs. | 65 yrs. | | 51 yrs. | | 67 yrs. | |
| Condition | Average | Good | -5,000 | Average | | Average | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 2 1 | 7 3 1 | | 6 2 2 | -1,000 | 5 2 1 | |
| Gross Living Area | 944 Sq. Ft. | 1,009 Sq. Ft. | | 936 Sq. Ft. | | 1,000 Sq. Ft. | |
| Basement & Finished | Part Bsmt. | No | | Part Bsmt. | | Part Bsmt. | |
| Rooms Below Grade | Part Finished | Bsmt. | +5,000 | Part Finished | | Unfinished | +2,500 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GFA/Window | GFA/Window | | GFA/Window | | GFA/Window | |
| Energy Efficient Items | Std Insulation | Std Insulation | | Std Insulation | | Std Insulation | |
| Garage/Carport | No Garage | 1 Car Detached | -1,500 | 2 Car All | -3,000 | 2 Car All | -3,000 |
| Porch, Patio, Deck, Fireplace(s), etc. | Cvd Frt Pch Rear Patio | Cvd Frt Pch Rear Patio | | Cvd Frt Pch Rear Patio | | Cvd Frt Pch Rear Patio | |
| Fence, Pool, etc. | No Fireplace | No Fireplace | +1,500 | No Fireplace | | No Fireplace | |
| Amenities | No Blt Ins | No Blt Ins | | No Blt Ins | | No Blt Ins | |
| Net Adj. (total) | | + - $ | | + ☒ - $ | 6,500 | + ☒ - $ | 500 |
| Adjusted Sales Price of Comparable | | 90,000 | | 78,500 | | 74,500 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): A thorough search was made to locate comps similar to the subject. There were a minimal number of 2 bedrooms in the immediate area, consequently the search was expanded to include most of Gary. Due to general schools and taxing, it was reasonably important to stay within the Gary market. Comp 2 and 3 are slightly further from the subject, however they are all within the Glen Park West area where the subject is located. All three would seem to represent the market in the area. All three were utilized in the sales comparison analysis correlation.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | N/A | N/A | N/A | N/A |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: The subject was built in 1921 and based on assessor records, the last transaction date was in 1992. The subject has not been resale thru the MLS system. None of the comps have resold since the above indicated dates.

| | | | | |
|---|---|---|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH | | | $ | 85,000 |
| INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A | | | = $ | |

This appraisal is made ☒ "as is" ☐ subject to the repairs, alterations, inspections or conditions listed below ☐ subject to completion per plans & specifications.
Conditions of Appraisal: Subject to the Standar Statement of Contingent and Limiting Conditions as is attached. Based on an interpretation by the Appraisal Standards Board and a memo from FNMA, this report will be categorized as a Summary Appraisal Report.
Final Reconciliation: The Market Approach was given the greatest consideration as it tends to reflect the attitudes of the typical buyer/seller in the market. The Cost Approach tends to support the Market Approach. The Income Approach was discounted or not developed due to a lack of rentals/sales data for the area.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 10048 (Revised 6/93 )/FNMA form 10048 (Revised 6/93 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 05/06/2005
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 85,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature | Signature | ☐ Did ☐ Did Not Inspect Property |
| Name A. William Saeger | Name | |
| Date Report Signed 05/10/2005 | Date Report Signed | |
| State Certification # | State Certification # | State |
| Or State License # CG49300005 State IN | Or State License # | State |

## SUPPLEMENTAL ADDENDUM

File No. R0504025 Page #6
R0504025

| Borrower/Client | Floyd & Brenda Dumas | | | | |
|---|---|---|---|---|---|
| Property Address | 4012 Monroe Street | | | | |
| City | Gary | County | Lake | State | In | Zip Code | 46408-3003 |
| Lender | Ameriquest Mortgage Corporation | | | | |

Note To Underwriter:

An electronic/digital signature has been used on this report. This has been ruled as an acceptable appraisal practice by USPAP. All of the guidelines in the use of digital signatures were adhered to and in compliance with USPAP standards regarding the security provisions for the authorized release of the signature presented on this report.



Building Sketch (Page - 1)

File No. R0504025 | Page #7

| Borrower/Client | Floyd & Brenda Dumas | | | | |
|---|---|---|---|---|---|
| Property Address | 4012 Monroe Street | | | | |
| City | Gary | County | Lake | State | In | Zip Code | 46408-3603 |
| Lender | Ameriquest Mortgage Corporation | | | | |



Fip No. R05010251 Page #8

**Location Map**

| Borrower/Client | Floyd & Brenda Dumas | | | | |
|---|---|---|---|---|---|
| Property Address | 4012 Monroe Street | | | | |
| City Gary | | County Lake | | State In | Zip Code 46408-3003 |
| Lender Ameriquest Mortgage Corporation | | | | | |





### Subject Photo Page

| Borrower/Client | Floyd & Brenda Dumas | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4012 Monroe Street | | | | | |
| City | Gary | County | Lake | State | In | Zip Code 46408-3003 |
| Lender | Ameriquest Mortgage Corporation | | | | | |



**Subject Front**

| | |
|---|---|
| 4012 Monroe Street | |
| Sales Price | Refinance |
| Gross Living Area | 944 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | 41S SW |
| View | Res/Typical |
| Site | 3,275 sf/Typ |
| Quality | Aluminum/Avg |
| Age | 84 yrs. |



**Subject Rear**



**Subject Street**

Form PIC3x5.SR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Comparable Photo Page**

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Floyd & Brenda Dumas | | | |
| Property Address | 4012 Monroe Street | | | |
| City | Gary | County | Lake | State | In | Zip Code | 46408-3003 |
| Lender | Ameriquest Mortgage Corporation | | | |



### Comparable 1

| | |
|---|---|
| 665 W 44th Street | |
| Prox. to Subject | 4 Blocks |
| Sale Price | 90,000 |
| Gross Living Area | 1,009 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | 44S 6W |
| View | Res/Typical |
| Site | 4,992sf/Typ |
| Quality | Aluminum/Avg |
| Age | 65 yrs. |

This is how the comp look
looked when it sold



### Comparable 2

| | |
|---|---|
| 3708 Johnson | |
| Prox. to Subject | 13 Blocks |
| Sale Price | 85,000 |
| Gross Living Area | 936 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | 37S 14W |
| View | Res/Typical |
| Site | 5,000sf/Typ |
| Quality | Brick/Avg |
| Age | 51 yrs. |

This is how the comp look
looked when it sold



### Comparable 3

| | |
|---|---|
| 3557 Adams | |
| Prox. to Subject | 9 Blocks |
| Sale Price | 75,000 |
| Gross Living Area | 1,000 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | 35S 2W |
| View | Res/Typical |
| Site | 5,000sf/Typ |
| Quality | Aluminum/Avg |
| Age | 57 yrs. |

This is how the comp look
looked when it sold

File No. R050402SJ Page #11

## USPAP COMPLIANCE ADDENDUM

File No: R0504025

| Borrower | Floyd & Brenda Dumas | | Order # | |
|---|---|---|---|---|
| Property Address | 4012 Monroe Street | | | |
| City | Gary | County Lake | State In | Zip Code 46408-3003 |
| Lender/Client | Ameriquest Mortgage Corporation | | Client Reference # | |

*Only those items checked X apply to this report.*

### PURPOSE, FUNCTION AND INTENDED USE OF THE APPRAISAL

[X] The purpose of the appraisal is to provide an opinion of market value of the subject property as defined in this report, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of the report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for lending purposes. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

[ ] The purpose of the appraisal is to provide an opinion of market value of the subject property as defined in this report, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of the report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for Real Estate Owned (REO) purposes. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

[ ] The purpose of the appraisal is to _____, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of this report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for _____. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

### TYPE OF APPRAISAL AND APPRAISAL REPORT

[ ] This is a ___Summary___ Appraisal written in a ___URAR___ Report format and the USPAP Departure Rule has not been invoked.
[ ] This is a Limited Appraisal written in a _____ Report format and the USPAP Departure Rule has been invoked as disclosed in the body and addenda of the report. The client has agreed that a Limited Appraisal is sufficient for its purposes.

### SCOPE (EXTENT) OF REPORT

[X] the appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales, listings, and/or rentals within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion. The extent of analysis applied to this assignment may be further impacted within the report, the Appraiser's Certification below and/or any other Statement of Limiting Conditions and Appraiser's Certification such as may be utilized within the Freddie Mac form 439 or Fannie Mae form 1004b (dated 6/93), when applicable.

### MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

[X] A reasonable marketing time for the subject property is ___90-180___ day(s) utilizing market conditions pertinent to the appraisal assignment
[X] A reasonable exposure time for the subject property is ___90-180___ day(s) utilizing market conditions pertinent to the appraisal assignment

### APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The report analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved, unless otherwise stated within the report.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have [X] or have not [ ] made a personal inspection of the property that is the subject of this report. (If more than one person signs this report, this certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraisal property.)
- No one provided significant professional assistance to the person signing this report. (If there are exceptions, the name of each individual providing significant professional assistance must be stated.)

*NOTE: In the case of any conflict with a client provided certification (i.e., Fannie Mae or Freddie Mac), this revised certification shall take precedence*

### APPRAISER'S AND SUPERVISORY APPRAISER'S SIGNATURE

| APPRAISER | SUPERVISORY-APPRAISER (only if required) |
|---|---|
| Signature: | Signature: |
| Name: A. William Saenger | Name: |
| Date of Report (Inspection): 05/08/2005 | Date of Report (Inspection): |
| State License/Certification #: CG49300005 | State License/Certification #: |
| State of License/Certification: IN | State of License/Certification: |
| Expiration Date of License/Certification: 1/1/2006 | Expiration Date of License/Certification: |
| | [ ] Did inspect subject property   [ ] Inspected Comparables |
| | [ ] Interior & Exterior              [ ] Interior & Exterior |
| | [ ] Exterior only                    [ ] Exterior only |

USPAP Compliance Addendum - 4/99

Appraisal Services (317) 507-3485
Form FAUCA — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# MULTI-PURPOSE SUPPLEMENTAL ADDENDUM
# FOR FEDERALLY RELATED TRANSACTIONS

Appraisal Services (317) 507-3485

| | |
|---|---|
| Borrower/Client Floyd & Brenda Dumas | |
| Property Address 4012 Monroe Street | |
| City Gary | County Lake | State In | Zip Code 46408-3003 |
| Lender Amerinquest Mortgage Corporation | |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a convenient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

**This Multi-Purpose Supplemental Addendum is for use with any appraisal. Only those statements which have been checked by the appraiser apply to the property being appraised.**

## ☐ PURPOSE & FUNCTION OF APPRAISAL

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes. This is a Federally related transaction.

## ☒ EXTENT OF APPRAISAL PROCESS

☒ The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☒ The Reproduction Cost is based on Marshall & Swift Residential Cost Handbook supplemented by the appraiser's knowledge of the local market.

☒ Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales or abstraction of site values from sales of improved properties.

☒ The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered to be meaningful. For this reason, the Income Approach was not used.

☐ The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties. The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☐ For income producing properties, actual rents, vacancies and expenses have been reported and analyzed. They have been used to project future rents, vacancies and expenses.

## ☐ SUBJECT PROPERTY OFFERING INFORMATION

According to Owner _____ the subject property:

☒ has not been offered for sale in the past 30 days.

☐ is currently offered for sale for $ _____

☐ was offered for sale within the past 30 days for $ _____

☐ Offering information was considered in the final reconciliation of value.

☐ Offering information was not considered in the final reconciliation of value.

☐ Offering information was not available. The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

## ☐ SALES HISTORY OF SUBJECT PROPERTY

According to assessor records _____ the subject property:

☐ has not transferred in the past twelve months.   ☒ has not transferred in the past thirty-six months.

☐ has transferred in the past twelve months.   ☐ has transferred in the past thirty-six months.

☐ All prior sales which have occurred in the past twelve months are listed below and reconciled to the appraised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## ☐ FEMA FLOOD HAZARD DATA

☒ Subject property is not located in a FEMA Special Flood Hazard Area.

☐ Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| C | 18012C0065B | 9/2/1991 | Gary |

☐ The community does not participate in the National Flood Insurance Program.

☒ The community does participate in the National Flood Insurance Program.

☒ It is covered by a regular program.

☐ It is covered by an emergency program.

Page 1 of 2

Form MPA — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. RC5049251 Page #13

## CURRENT SALES CONTRACT

☒ The subject property is currently not under contract.
☐ The contract and/or escrow instructions were not available for review. The unavailability of the contract is explained later in the addenda section.

☐ The contract and/or escrow instructions were reviewed. The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
| | | | |

☐ The contract indicated that personal property was not included in the sale.
☐ The contract indicated that personal property was included. It consisted of _____

Estimated contributory value is $ _____

☐ Personal property was not included in the final value estimate.
☐ Personal property was included in the final value estimate.
☐ The contract indicated no financing concessions or other incentives.
☐ The contract indicated the following concessions or incentives: _____

☐ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so that the final value conclusion is in compliance with the Market Value defined herein.

## ☒ MARKET OVERVIEW    Include an explanation of current market conditions and trends.

6-9 months is considered a reasonable marketing period for the subject property based on   market sales.

## ADDITIONAL CERTIFICATION

The Appraiser certifies and agrees that:

(1) The analysis, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP"), except that the Departure Provision of the USPAP does not apply.

(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

## ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

## ADDITIONAL COMMENTS

_____

## APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Appraiser's Signature _____  Effective Date  05/06/05    Date Prepared  05/10/05
Appraiser's Name (print)  A. William Saeger            Phone #  817 ) 595-9850
State  IN    ☒ License _____  ☐ Certification #  CG49300005    Tax ID # _____

## CO-SIGNING APPRAISER'S CERTIFICATION

☐ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser.

☐ The co-signing appraiser has not personally inspected the interior of the subject property and:
☐ has not inspected the exterior of the subject property and all comparable sales listed in the report.
☐ has inspected the exterior of the subject property and all comparable sales listed in the report.

☐ The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser with the exception of the certification regarding physical inspections. The above describes the level of inspection performed by the co-signing appraiser.

☐ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section of this appraisal.

## CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Co-Signing
Appraiser's Signature _____  Effective Date _____  Date Prepared _____
Co-Signing Appraiser's Name (print) _____  Phone # ( )
State _____  ☐ License _____  ☐ Certification # _____  Tax ID # _____

Form MPA — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE





[File No. B050402S] [Page #14]

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgage or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Appraisal Services (317) 507-3485
Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

 

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 4012 Monroe Street, Gary, In 46408-3003

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: _(signed)_ | Signature: _____ |
| Name: A. William Saeger | Name: _____ |
| Date Signed: 05/10/2005 | Date Signed: _____ |
| State Certification #: _____ | State Certification #: _____ |
| or State License #: CG49300005 | or State License #: _____ |
| State: IN | State: _____ |
| Expiration Date of Certification or License: 1/1/2006 | Expiration Date of Certification or License: _____ |
| | ☐ Did   ☐ Did Not Inspect Property |

EXHIBIT I

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower" as applicable. Co-Borrower information must also be provided ( and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state a s a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|
| | ☐ FHA  ☐ USDA/Rural Housing Service | | 0120485628 |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate  ☐ Other (explain): |
|---|---|---|---|---|
| $76,500.00 | 10.800 % | 360 | | ☐ GPM  ☒ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | No. of Units |
|---|---|
| 4012 MONROE STREET; GARY, IN 46408 | 1 |

| Legal Description of Subject Property (attach description if necessar y) | Year Built |
|---|---|
| | 1968 |

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain): | Property will be: |
|---|---|---|
| | ☒ Refinance  ☐ Construction-Permanent | ☒ Primary Residence  ☐ Secondary Residence  ☐ Investme |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made | ☐ to be mad |
|---|---|---|---|---|---|---|
| 1999 | $44,000.00 | $ 25,000.00 | | Cost: $ 0.00 | | |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held |
|---|---|---|
| FLOYD E. DUHAS II & BRENDA J. DUHAS | | ☒ Fee Simple  ☐ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (expla in)

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| BRENDA J DUHAS | FLOYD E DUHAS, II |

| Social Security Number | Home Phone (incl. area code) | DOB(MM/DD/YYYY) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB(MM/DD/YYYY) | Yrs. Sch |
|---|---|---|---|---|---|---|---|
| | | | 12 | | | | 12 |

| ☒ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower)  ages  0 | ☒ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower)  ages  0 |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☒ Own  ☐ Rent  No. Yrs. 6 | Present Address (street, city, state, ZIP)  ☒ Own  ☐ Rent  No. Yrs. 6 |
|---|---|
| 4012 MONROE STREET | 4012 MONROE STREET |
| GARY, IN 46408 | GARY, IN 46408 |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yr |
|---|---|
| 4012 MONROE STREET | |
| GARY, IN 46408 | |

## IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Name & Address of Employer  ☐ Self Employed | Yrs. on this job | Name & Address of Employer  ☐ Self Employed | Yrs. on this job |

| Name & Address of Employer | ☐ Self Employed | Yrs. on this job | Name & Address of Employer | ☐ Self Employed | Yrs. on this job |
|---|---|---|---|---|---|
| METROPOLITAN OASIS | | 3.167 | METROPOLITAN OASIS | | 12.25 |
| | | Yrs. employed in this line of work/profession  3.167 | | | Yrs. employed in this line of work/profession  12.25 |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|
| SECRITARY | (219) 881-0447 | PUBLIC RELATIONS | (219) 881-0447 |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) | Name & Address of Employer | ☐ Self Employed | Dates (from - to) |
|---|---|---|---|---|---|
| | | Monthly Income  $ | | | Monthly Income  $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) | Name & Address of Employer | ☐ Self Employed | Dates (from - to) |
|---|---|---|---|---|---|
| | | Monthly Income ·  $ | | | Monthly Income  $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

0120485628

| Borrower's cell | Borrower's pager |
|---|---|
| Co-Borrower's cell | Co-Borrower's pager |
| 1 | |

0000012048562806059909 01

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 2,478.67 | $ 2,600.00 | $ 5,078.67 | Rent | 0.00 | |
| Overtime | 0.00 | 0.00 | 0.00 | First Mortgage (P&I) | 563.00 | 717.00 |
| Bonuses | 0.00 | 0.00 | 0.00 | Other Financing (P&I) | 0.00 | 0.00 |
| Commissions | 0.00 | 0.00 | 0.00 | Hazard Insurance | 30.00 | 30.00 |
| Dividends/Interest | 0.00 | 0.00 | 0.00 | Real Estate Taxes | 62.50 | 62.50 |
| Net Rental Income | 0.00 | 0.00 | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 2,478.67 | $ 2,600.00 | $ 5,078.67 | Total | $ 655.50 | $ 809.50 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income | Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|---|
| | *** SEE ADDENDUM *** | | $ |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☐ Jointly ☒ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ 0.00 | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| | | Name and address of Company | $ Payment/Months | |
| List checking and savings accounts below | | *** SEE ADDENDUM *** | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| Vested 401k Retirement - Aggregated | | | | |
| | | Acct. no. | | |
| Acct. no. | $ 0.00 | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| Vested 401k Retirement - Aggregated | | | | |
| | | Acct. no. | | |
| Acct. no. | $ 0.00 | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Stocks & Bonds (Company name/ number & description) /0 /0 | $ 0.00 0.00 | | | |
| | | Acct. no. | | |
| Life insurance net cash value Face amount: $ 0.00 | $ 0.00 | Name and address of Company | $ Payment/Months | |
| Subtotal Liquid Assets | $ 0.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 85,000.00 | Acct. no. | | |
| Vested interest in retirement fund | $ 0.00 | Name and address of Company | $ Payment/Months | |
| Net worth of business(es) owned (attach financial statement) | $ 0.00 | | | |
| Automobiles owned (make and year) | $ | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 1,642.50 | |
| Total Assets a. | $ 85,000.00 | Net Worth (a minus b) ► $ -26,478.00 | Total Liabilities b. | $ 111,478.00 |

0120485628

Initials: _____

Freddie Mac Form 65 01/0-
Fannie Mae Form 1003 01/0-

VMP -21N (0305)

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 4012 MONROE STREET<br>Ingalls, IN 46048 | SFR | $ 85000 | $ 62194 | $ 0 | $ 563 | $ 93 | $ |
| | | | | | | . | |
| | | | | | | | |
| Totals | | $ 85000 | $ 62194 | $ 563 | $ 93 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. | Purchase price | $ 0.00 |
| b. | Alterations, improvements, repairs | 0.00 |
| c. | Land (if acquired separately) | 0.00 |
| d. | Refinance (incl. debts to be paid off) | 71,331.21 |
| e. | Estimated prepaid items | 226.40 |
| f. | Estimated closing costs | 3,013.50 |
| g. | PMI, MIP, Funding Fee | 0.00 |
| h. | Discount (if Borrower will pay) | 1,509.35 |
| i. | Total costs (add items a through h) | 76,080.46 |
| j. | Subordinate financing | 0.00 |
| k. | Borrower's closing costs paid by Seller | 0.00 |
| l. | Other Credits (explain) | |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| m. | Loan amount (exclude PMI, MIP, Funding Fee finance d) | 76,500.00 |
| n. | PMI, MIP, Funding Fee financed | 0.00 |
| o. | Loan amount (add m & n) | 76,500.00 |
| p. | Cash from/to Borrower (subtract j, k, l & o from i) | -419.54 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | | X | | X |
| b. Have you been declared bankrupt within the past 7 years? | | X | | X |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | X |
| d. Are you a party to a lawsuit? | | X | | X |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | X |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | X | | X |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | X |
| h. Is any part of the down payment borrowed? | | X | | X |
| i. Are you a co-maker or endorser on a note? | | X | | X |
| j. Are you a U.S. citizen? | X | | X | |
| k. Are you a permanent resident alien? | | X | | X |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | X | |
| m. Have you had an ownership interest in a property in the last three years? | X | | X | |
| (1) What type of property did you own – principal residence (PR), second home (SH), or investment property (IP)? | PR | | PR | |
| (2) How did you hold title to the home – solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | SP | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information. | CO-BORROWER | ☐ I do not wish to furnish this information. |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino   X Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino   X Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native   ☐ Asian   X Black or African American<br>☐ Native Hawaiian or Other Pacific Islander   ☐ White | Race: | ☐ American Indian or Alaska Native   ☐ Asian   X Black or African American<br>☐ Native Hawaiian or Other Pacific Islander   ☐ White |
| Sex: | X Female   ☐ Male | Sex: | ☐ Female   ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type)<br>Amy Durbin | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Interviewer's Signature | 8445 Keystone Crossing #110 |
| ☐ Face-to-face interview | | Indianapolis, IN 46240 |
| ☐ Mail | Interviewer's Phone Number (incl. area code) | |
| X Telephone | (317) 251-2266 | |
| ☐ Internet | | |

0120485628

0120485628

VMP-21N (0305)

Page 3 of 4

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower:<br>DUMAS, BRENDA J | Agency Case Number: |
|---|---|---|
| | Co-Borrower:<br>DUMAS II, FLOYD E | Lender Case Number:<br>0120485628 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above fact, as applicable under the provisions of Title 18, United States Code, Se ction 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X | | X | |

0120485628

 -21N (0305)



Freddie Mac Form 65 01/0
Fannie Mae Form 1003 01/0

Addendum for Loan # : 0120485628 - DUMAS, BRENDA J and DUMAS II, FLOYD E

--- OTHER INCOME ---

Description :                                        Mthly Amt. : $0.00

Description :                                        Mthly Amt. : $0.00

Description :                                        Mthly Amt. : $0.00

Description :                                        Mthly Amt. : $0.00

--- LIABILITIES ---

| | | |
|---|---|---|
| Creditor | :CUSTOM COLL SRVS INC | Acct. # : 207218617238 |
| Address | :55 E 86TH AVE STE D | Balance : $253.00 |
| | | Payment : $7.59 |
| C/S/Z | :MERRILLVILLE,IN 46410 | Rem. Term : 34 |
| Acct. Type | :Collection | |
| In Name Of | : | |

| | | |
|---|---|---|
| Creditor | :FIRST PREMIER BANK | Acct. # : 5433628702189683 |
| Address | :900 DELAWARE SUITE 7 TAPE ONLY | Balance : $417.00 |
| | | Payment : [$12.51] |
| C/S/Z | :SIOUX FALLS,SD 57104 | Rem. Term : 34 |
| Acct. Type | :Collection | |
| In Name Of | : | |

| | | |
|---|---|---|
| Creditor | :HSBC/MS | Acct. # : 7387590 |
| Address | :PO BOX 9068 | Balance : [$62,194.00] |
| | | Payment : [$563.00] |
| C/S/Z | :BRANDON,FL 33509 | Rem. Term : 111 |
| Acct. Type | :Mortgage | |
| In Name Of | : | |

| | | |
|---|---|---|
| Creditor | :CROSS COUNTRY BANK | Acct. # : 422709371107 |
| Address | :4700 EXCHANGE CT | Balance : $1,269.00 |
| | | Payment : $38.07 |
| C/S/Z | :BOCA RATON,FL 33431 | Rem. Term : 34 |
| Acct. Type | :Collection | |
| In Name Of | : | |

| | | |
|---|---|---|
| Creditor | :CONSUMER PORTFOLIO S | Acct. # : 40006056741 |
| Address | :PO BOX 57071 | Balance : $2,962.00 |
| | | Payment : $88.00 |
| C/S/Z | :IRVINE,CA 92619 | Rem. Term : 34 |
| Acct. Type | :Auto | |
| In Name Of | : | |

| | | |
|---|---|---|
| Creditor | :639VC08216 | Acct. # : liabilityId209307432 |
| Address | : | Balance : [$258.00] |
| | | Payment : [$7.74] |
| C/S/Z | :, | Rem. Term : 34 |
| Acct. Type | : | |
| In Name Of | : | |

| | | |
|---|---|---|
| Creditor | :ASSET ACCEPTANCE LLC/DUP | Acct. # : 14224579 |
| Address | :PO BOX 2038 | Balance : [$759.00] |
| | | Payment : [$22.77] |
| C/S/Z | :WARREN,MI 48090 | Rem. Term : 34 |
| Acct. Type | :Collection | |
| In Name Of | : | |

| | | |
|---|---|---|
| Creditor | :SALLIE MAE 3RD PTY L | Acct. # : 3177246881156 |
| Address | :1002 ARTHUR DR | Balance : $49,792.00 |
| | | Payment : $181.00 |
| C/S/Z | :LYNN HAVEN,FL 32444 | Rem. Term : 276 |
| Acct. Type | :Installment | |
| In Name Of | : | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X | | X | |



Addendum for Loan # : 0120485628 - DUMAS, BRENDA J and DUMAS II, FLOYD E

--- LIABILITIES ---

| | |
|---|---|
| Creditor :CAPITAL 1 BK | Acct. # : 412174157163 |
| Address :PO BOX 85520 | Balance : $1,285.00 |
| | Payment : $38.55 |
| C/S/Z :RICHMOND,VA 23285 | Rem. Term : 34 |
| Acct. Type :Collection | |
| In Name Of : | |

| | |
|---|---|
| Creditor :CUSTOM COLL SRVS INC | Acct. # : 220701603792 |
| Address :55 E 86TH AVE STE D | Balance : $168.00 |
| | Payment : $5.04 |
| C/S/Z :MERRILLVILLE,IN 46410 | Rem. Term : 34 |
| Acct. Type :Collection | |
| In Name Of : | |

| | |
|---|---|
| Creditor :SALLIE MAE 3RD PTY L | Acct. # : 3177246881026 |
| Address :1002 ARTHUR DR | Balance : [$3,354.00] |
| | Payment : [$62.00] |
| C/S/Z :LYNN HAVEN,FL 32444 | Rem. Term : 55 |
| Acct. Type :Installment | |
| In Name Of : | |

| | |
|---|---|
| Creditor :DELTAFUND | Acct. # : 1310004765 |
| Address :1000 WOODBURY RD. | Balance : [$20,903.00] |
| | Payment : [$308.00] |
| C/S/Z :WOODBURY,NY 11797 | Rem. Term : 68 |
| Acct. Type :Mortgage | |
| In Name Of : | |

| | |
|---|---|
| Creditor :NCO FIN/55 | Acct. # : 4009490 |
| Address : | Balance : $560.00 |
| | Payment : $16.80 |
| C/S/Z :, | Rem. Term : 34 |
| Acct. Type :Collection | |
| In Name Of : | |

| | |
|---|---|
| Creditor :CUSTOM COLL SRVS INC/MED | Acct. # : 220701572863 |
| Address :55 E 86TH AVE STE D | Balance : [$161.00] |
| | Payment : [$4.83] |
| C/S/Z :MERRILLVILLE,IN 46410 | Rem. Term : 34 |
| Acct. Type :Collection | |
| In Name Of : | |

| | |
|---|---|
| Creditor :GARY CITY COURT/DUP | Acct. # : liabilityId209307425 |
| Address : | Balance : [$258.00] |
| | Payment : [$7.74] |
| C/S/Z :, | Rem. Term : 34 |
| Acct. Type :Collection | |
| In Name Of : | |

| | |
|---|---|
| Creditor :CDA/PONTIAC/DUP | Acct. # : 1121252 |
| Address : | Balance : [$281.00] |
| | Payment : [$8.43] |
| C/S/Z :, | Rem. Term : 34 |
| Acct. Type :Collection | |
| In Name Of : | |

| | |
|---|---|
| Creditor :CDA/PONTIAC/DUP | Acct. # : 1101014 |
| Address : | Balance : [$398.00] |
| | Payment : [$11.94] |
| C/S/Z :, | Rem. Term : 34 |
| Acct. Type :Collection | |
| In Name Of : | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X | | X | |



0000012048562806065990906

Addendum for Loan # : 0120485628 - DUMAS, BRENDA J and DUMAS II, FLOYD E

--- LIABILITIES ---

```
Creditor   :HSBC NV                          Acct. #    : 540791501603
Address    :POB 98706                        Balance    : $301.00
                                             Payment    : $15.00
C/S/Z      :LAS VEGAS,NV 89193               Rem. Term  :    21
Acct. Type :Revolving
In Name Of :


Creditor   :COLLECTION/DUP                   Acct. #    : 14702051
Address    :                                 Balance    : [$287.00]
                                             Payment    : [$8.61]
C/S/Z      :,                                Rem. Term  :    34
Acct. Type :Collection
In Name Of :


Creditor   :FIRST PREMIER BANK               Acct. #    : 5178007036377026
Address    :900 DELAWARE SUITE 7 TAPE ONLY   Balance    : $612.00
                                             Payment    : $18.36
C/S/Z      :SIOUX FALLS,SD 57104             Rem. Term  :    34
Acct. Type :Collection
In Name Of :


Creditor   :LAKE COUNTY RECORDER             Acct. #    : liabilityId209307448
Address    :                                 Balance    : [$845.00]
                                             Payment    : $25.35
C/S/Z      :,                                Rem. Term  :    34
Acct. Type :Collection
In Name Of :


Creditor   :UNKNOWN/DUP                      Acct. #    : liabilityId209307431
Address    :                                 Balance    : [$845.00]
                                             Payment    : [$25.35]
C/S/Z      :,                                Rem. Term  :    34
Acct. Type :Collection
In Name Of :


Creditor   :639VC08216/DUP                   Acct. #    : liabilityId209307447
Address    :                                 Balance    : [$258.00]
                                             Payment    : [$7.74]
C/S/Z      :,                                Rem. Term  :    34
Acct. Type :Collection
In Name Of :


Creditor   :HSBC NV                          Acct. #    : 544045502345
Address    :POB 98706                        Balance    : $304.00
                                             Payment    : $15.00
C/S/Z      :LAS VEGAS,NV 89193               Rem. Term  :    21
Acct. Type :Revolving
In Name Of :


Creditor   :CDA/PONTIAC                      Acct. #    : 1066115
Address    :                                 Balance    : $114.00
                                             Payment    : $3.42
C/S/Z      :,                                Rem. Term  :    34
Acct. Type :Collection
In Name Of :


Creditor   :CAPITAL ONE AUTO FIN             Acct. #    : 6206213024721001
Address    :3901 DALLAS PKWY                 Balance    : $14,269.00
                                             Payment    : $331.00
C/S/Z      :PLANO,TX 75093                   Rem. Term  :    44
Acct. Type :Auto
In Name Of :
```

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X | | X | |



00000120485628060599090 7

Addendum for Loan # : 0120485628 - DUMAS, BRENDA J and DUMAS II, FLOYD E

--- LIABILITIES ---

| | | | |
|---|---|---|---|
| Creditor | :SUPERIOR ASSET MANAG | Acct. # | : 10416569 |
| Address | :18167 US HWY 19 N STE 200 | Balance | : $47.00 |
| | | Payment | : $1.41 |
| C/S/Z | :CLEARWATER,FL 33764 | Rem. Term | : 34 |
| Acct. Type | :Collection | | |
| In Name Of | : | | |

| | | | |
|---|---|---|---|
| Creditor | :ACC LLC/MED-DUP | Acct. # | : SBC INDIA-14224579 |
| Address | :P O BOX 2036 | Balance | : [$759.00] |
| | | Payment | : [$22.77] |
| C/S/Z | :WARREN,MI 48090 | Rem. Term | : 34 |
| Acct. Type | :Collection | | |
| In Name Of | : | | |

| | | | |
|---|---|---|---|
| Creditor | :WEXLER & WEXLER | Acct. # | : 6529758104 |
| Address | :500 W MADISON ST STE 291 | Balance | : $50.00 |
| | | Payment | : $1.50 |
| C/S/Z | :CHICAGO,IL 60661 | Rem. Term | : 34 |
| Acct. Type | :Collection | | |
| In Name Of | : | | |

| | | | |
|---|---|---|---|
| Creditor | :SM SERVICING | Acct. # | : 317724688101F |
| Address | :1002 ARTHUR DRIVE PO   SMI 0000013421Balance | : $2,415.00 |
| | | Payment | : $122.00 |
| C/S/Z | :LYNN HAVEN,FL 32444 | Rem. Term | : 20 |
| Acct. Type | :Installment | | |
| In Name Of | : | | |

| | | | |
|---|---|---|---|
| Creditor | :CRED PROTECTIONS ASS | Acct. # | : 1100761257 |
| Address | :1355 NOEL RD SUITE 2100 | Balance | : $70.00 |
| | | Payment | : $2.10 |
| C/S/Z | :DALLAS,TX 75240 | Rem. Term | : 34 |
| Acct. Type | :Collection | | |
| In Name Of | : | | |

| | | | |
|---|---|---|---|
| Creditor | :LAKE COUNTY CHILD SU | Acct. # | : 2133375 |
| Address | :219 E RUSSELL ST FL 4 | Balance | : $36,539.00 |
| | | Payment | : $730.78 |
| C/S/Z | :HAMMOND,IN 46320 | Rem. Term | : 50 |
| Acct. Type | :Collection | | |
| In Name Of | : | | |

| | | | |
|---|---|---|---|
| Creditor | :SALLIE MAE 3RD PTY L | Acct. # | : 3177246881016 |
| Address | :1002 ARTHUR DR | Balance | : [$2,415.00] |
| | | Payment | : [$122.00] |
| C/S/Z | :LYNN HAVEN,FL 32444 | Rem. Term | : 20 |
| Acct. Type | :Installment | | |
| In Name Of | : | | |

| | | | |
|---|---|---|---|
| Creditor | :WEXLER & WEXLER | Acct. # | : 3538231702 |
| Address | :500 W MADISON ST STE 291 | Balance | : $51.00 |
| | | Payment | : $1.53 |
| C/S/Z | :CHICAGO,IL 60661 | Rem. Term | : 34 |
| Acct. Type | :Collection | | |
| In Name Of | : | | |

| | | | |
|---|---|---|---|
| Creditor | :CDA/PONTIAC/DUP | Acct. # | : 1004298 |
| Address | : | Balance | : [$2,484.00] |
| | | Payment | : [$74.52] |
| C/S/Z | :, | Rem. Term | : 34 |
| Acct. Type | :Collection | | |
| In Name Of | : | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X | | X | |



0000012048562806005990908

# EXHIBIT J

# Safeco Insurance
™

GENERAL INSURANCE COMPANY OF AMERICA

SEATTLE  WA

## PLEASE RETAIN THIS FOR YOUR RECORDS

August 16, 2006

Loan#        : 0120485628
Control#     : SIF560597
Master Policy# : MIH7710679B

BRENDA J DUMAS
FLOYD E DUMAS II
4012 MONROE STREET
GARY IN 46408

Property Address:
4012 MONROE STREET
GARY  IN  46408

Effective Date: 05/13/2006
Expiration Date: 05/13/2007

Insured:        AMC MORTGAGE SERVICES, INC.
                ITS SUCCESSORS AND/OR ASSIGNS
                P O BOX 11056
                ORANGE  CA 92856

| Amount of Insurance | Deductible | | Insurance Charges |
|---|---|---|---|
| Residential Fire<br>$ 85,000.00 | Residential Occupied<br>$ 250.00 | Base Premium<br>TOTAL PREMIUM | $ 706.00<br>$ 706.00 |
| Personal Property<br> Not Included | Residential Vacant/Unoccupied<br>$ 500.00 | | |
| Other Structures<br> 10% of Amount of Insurance | | | |

Dear Customer:

Your lender's records indicate that you have not provided them with acceptable evidence of continuous insurance coverage on the above property. In order to protect their interest in the property, they have ordered coverage in accordance with the terms of your Deed of Trust/Mortgage. Please be aware that you will be responsible for the insurance charges for this coverage.

The premium charged for this insurance coverage could be substantially greater than that charged through a standard insurance provider. In addition, the coverage provides structural coverage only unless otherwise stated above. Supplemental coverages for earthquake, flood, or injury to persons or property for which you may be liable are not provided. The insurance limits provided may only cover the current loan balance and may not be sufficient to completely restore the property in the event of a loss.

If you provide proof of current coverage, this insurance will be cancelled using the effective date of your coverage. We encourage you to obtain acceptable replacement coverage.

Please note: Coverage expires on the date shown above unless cancelled sooner. If cancelled due to non-payment, coverage ceases on the last date premium is paid. Renewals are not automatically issued. Should your mortgage lender/servicer require this coverage again next year, you will be notified at that time.

If you have any questions or require additional information, please contact your lender at 877-389-3175. Please note this number is for hazard insurance inquiries only.

P6004-01-FI-

- MORTGAGOR -



505 City Parkway West, Suite 100, Orange, CA 92868
(714) 634-2474

August 08, 2006

Brenda J Dumas
Floyd E Dumas II
4012 Monroe Street
Gary, IN 46408

Re:   Loan Number: 0120485628
      Property Address: 4012 Monroe Street, Gary IN 46408

Dear Borrower(s):

AMC Mortgage Services, Inc. has recently obtained insurance coverage
(Fire/Flood/Windstorm) on your behalf.  The notice of placement of
insurance was mailed to you under separate cover.

The premium amount of $ 706.00 has been advanced and must be repaid
in 12 monthly installment(s).  Effective with your 10/01/06 payment,
the total monthly due will be $ 775.83.

For information on your mortgage loan, you can visit
www.myamcloan.com.  If you have any additional questions or
concerns, please contact our Customer Care Department at (800) 430-5262,
Monday through Friday, 5:00 a.m. to 6:00 p.m., Pacific Time.

Sincerely,


Escrow Administration


EA055/007/EA4



# EXHIBIT K

**RUBIN & LEVIN**

A Professional Corporation

LAWYERS

500 Marott Center

342 Massachusetts Avenue

Indianapolis, IN 46204

(317) 634-0300

email: law@rubin-levin.net

**Please Reply To:**

Foreclosure

email: Foreclosure@rubin-levin.net

Direct Dial: (317) 860-2921

Fax No. (317) 263-2550

October 16, 2006

PERSONAL AND CONFIDENTIAL

Brenda J. Dumas

Floyd E. Dumas, II

4012 Monroe Street

Gary, IN 46408

Real Estate:   4012 Monroe Street

Gary, IN 46408

Our File No. 89929305

Loan No. 0120485628

Dear Mr. & Mrs. Dumas:

**NOTICE PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. 1692**

Please be advised that the above account has been referred to our firm for the institution of foreclosure proceedings. We are attempting to collect a debt, and any information obtained will be used for that purpose. Please note that if you have been discharged of this debt in bankruptcy, our client intends only to foreclose your interest in the Real Estate described above and will not seek recovery of the debt from you personally.

In accordance with the above Act, you are hereby notified of the following information:

1.      As of the date of this letter, the debt is $80,369.84. Because of interest, late charges and other charges that may vary from day to day, the amount due on any other date may be greater. Hence, an adjustment may be necessary. For further information, write the undersigned or call 1-317-860-2921;

2.      The name of the creditor to whom the debt is owed: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-R6 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF JULY 1, 2005, WITHOUT RECOURSE;

3.      Unless you, within thirty (30) days after receipt of this Notice, dispute the validity of the debt, or any portion thereof, we will assume that the debt is valid;

4.      If you notify us in writing within thirty (30) days after receipt of this Notice that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you, if any, and a copy of such verification or judgment will be mailed to you from our office;

5.      Upon your written request within thirty (30) days after receipt of this Notice, we will provide you with the name and address of the original creditor, if different from the current creditor; and

6.      Please call 800-430-5262 x38578 or 714-634-2474 to order reinstatement and/or payoff figures ONLY if you wish to keep the Real Estate.

Sincerely,

RUBIN & LEVIN, P.C.

Tamara L. Weisfeld

TLW/lle

G:\WP80\FORECLOSURE\Correspondence\Dumas fdcpa

# EXHIBIT L

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
### 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email: edcombs@aol.com
### www.edcombs.com

July 7, 2006

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

AMC Mortgage Services, Inc.
c/o registered agent
National Registered Agents, Inc.
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

     Re:  Notice of rescission, claim and lien, Floyd Dumas and Brenda
         Dumas, 4012 Monroe St., Gary, IN 46408, loan of May 14, 2005

Ladies/Gentlemen:

    Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

    Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

    If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

    Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on July 7, 2006.

_____
Daniel A. Edelman

EXHIBIT M

**Ameriquest Mortgage Company**

Borrower Name: BRENDA J DUMAS

Borrower Name: FLOYD E DUMAS, II

Loan Number: 0120485628 - 5507

Property Address: 4012 MONROE STREET
GARY, IN 46408

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND DISCOUNT POINTS

The interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are related to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the interest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by taking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount points. The following example shows how your options work.







\* The terms of your loan may be different from the above example. Other factors influence rate, such as how much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but *not* necessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for some time. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon. Your account executive can give you more information about the options available to you and the exact terms of your loan.



0000012048562804059301 01

854 (Rev. 09/24/03)