# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 Lead Case No. 05-cv-07097 Centralized before Judge Marvin E. Aspen |
| BRENDA J. DUMAS and FLOYD E. DUMAS II, Plaintiffs, v. AMERIQUEST MORTGAGE COMPANY, A. WILLIAM SAEGER, ASC CORPORATION, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2005-R6 Under the Pooling and Servicing Agreement Dated as of July 1, 2005, Without Recourse, Defendants. | 1:07-cv-00108 (Originally 2:06-cv-00352-RLM-PRC (N.D.IN)) (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case # 05 C 7097) **JURY DEMANDED** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Thursday, June 4, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

1

                                            s/ Cathleen M. Combs
                                            Cathleen M. Combs


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)


## CERTIFICATE OF SERVICE

        I, Cathleen M. Combs, hereby certify that on May 29, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

| | |
|---|---|
| Jonathan N. Ledsky<br>jledsky@vblhc.com<br>sortega@vblhc.com | ASC Corporation<br>c/o Arthur William Saeger<br>9016 Rider Dr.<br>Fishers, IN 46038 |
| Craig Allen Varga<br>cvarga@vblhc.com | Arthur William Saeger<br>9016 Rider Dr.<br>Fishers, IN 46038 |
| Scott J Helfand<br>shelfand@vblhc.com | |

                                            s/ Cathleen M. Combs
                                            Cathleen M. Combs