**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ ) | | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO THE | ) | |
| FOLLOWING INDIVIDUAL ACTIONS: | ) | Centralized before Judge |
| | ) | Marvin E. Aspen |
| *Brown, Pamela* - Case No. 07-cv-04890 | ) | |
| *Bumpers, Henry* - Case No. 07-cv-00553 | ) | |
| *Foster, Charles B.* - Case No. 06-cv-06762 | ) | |
| *Green, Viola* - Case No. 06-cv-02045 | ) | |
| *Hawkins, Nile E.* - Case No. 06-cv-1846 | ) | |
| *Hodor, Steven B.* - Case No. 07-cv-00318 | ) | |
| *Johnson, Karen* - Case No. 07-cv-00772 | ) | |
| *Landgren, David E.* - Case No. 06-cv-06766 | ) | |
| *Parker, Randy* - Case No. 06-cv-05701 | ) | |
| *Skanes, Barbara J.* - Case No. 06-cv-06765 | ) | |
| *Talley, Terry* - Case No. 05-cv-01080 | ) | |
| *Wayland, Clarence* - Case No. 07-cv-00319 | ) | |
| *Wayne, Robert* - Case No. 07-cv-00274 | ) | |

## PLAINTIFFS' RESPONSE TO AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, AND FOR LEAVE TO FILE AN OMNIBUS MOTION TO DISMISS

Plaintiffs do not oppose the court granting Defendant American Home Mortgage

Servicing, Inc. (AHMSI) an extension of time in which to answer or otherwise plead. It is not even

necessary for Defendant to file an Answer. However, Plaintiffs need, in every case in which AHMSI

is named as the servicer, a statement as to whether they are the servicer and need them to be subject

to the court's jurisdiction in case they demand or refuse payments and so that a complete remedy

may be given.

Plaintiffs do, however, oppose Defendant being granted leave to file an omnibus

motion to dismiss. The ground Defendant states for its motion to dismiss - that AHMSI is an improper party because it is a mortgage loan servicer - has been rejected by this court. *Nimox v. Ameriquest Mtg. Co., et al*, No. 07-0316, 2008 U.S. Dist. LEXIS 99240, at *44-45 (N.D. Ill. 2008) (holding that a servicer is a necessary party in a TILA rescission case). Further, AHMSI has taken action - such as directly contacting clients, seeking to modify the terms of loans involved in this litigation, and seeking to collect payment under the litigated loans - that demonstrate it is entwined with the litigated loans and is properly named as a party in these actions.

Respectfully submitted,


s/Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Catherine A. Ceko, hereby certify that on May 29, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also hereby certify that a copy was sent by U.S. mail to parties without an email address.

Argent Mortgage Company, LLC
gtam@argentmortgage.com

Cislo Title Company
jwfinke@mindspring.com

Adam R. Bunge
abunge@karballaw.com

Adebayo Ogunmeno
aikogun@ogunmenolawfirm.com

Alais L.M. Griffin
alais.griffin@goldbergkohn.com

Alan N. Salpeter
asalpeter@dl.com

Albert E. Fowerbaugh, Jr.
al.fowerbaugh@dlapiper.com

Amir R. Tahmassebi
amir@konicedillonlaw.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Andrew R. Greene
agreene@johnstongreene.com

Anna C. Schumaker
aschumaker@sidley.com

Annaliese F. Fleming
annaliese.fleming@bfkn.com

Anthony C. Campanale
accampanale@acclaw.com

Athanasios Papadopoulous
tpapadopoulos@ngelaw.com

Avidan J. Stern
avi@lynchandstern.com

Bernard E. LeSage
blesage@buchalter.com

Bradley J. Miller
bmiller@kilpatrickstockton.com

Brandon A. Block
bblock@buchalter.com

Brian J. Williams
brian.williams@mbtlaw.com

Brian L. Bromberg
brian@bromberglawoffice.com

Brian S. Brewer
bbrewer@pckltdlaw.com

Bruce R. Meckler
bruce.meckler@mbtlaw.com

Carlos E. Mahoney
cmahoney@gmf-law.com

Caryn Becker
Cbecker@lchb.com

Chante D. Spann
Chante.Spann@goldbergkohn.com

Charles M. Delbaum
cdelbaum@nclc.org

Charles M. Baird
charlesmbaird@att.net

Charles S. Ofstein
ofstein@DBMSlaw.com

Cheryl A. Perry
cheryl@caplawoffice.com

Christopher B. Hunter
cbhunter@rothlaw.com

Christopher E. Kentra
chris.kentra@mbtlaw.com

Christopher F. Swing
cswing@brouse.com

Christopher H. Murphy
cmurphy@cozen.com

Christopher S. Naveja
csnaveja@arnstein.com

Cinthia G. Motley
cinthia.motley@wilsonelser.com

Craig Allan Varga
cvarga@vblhc.com

Daniel F. Lynch
dan@lynchandstern.com

Daniel J. McMahon
Daniel.McMahon@wilsonelser.com

Daniel M. Harris
lawofficedh@yahoo.com

Daniel S. Blinn
dblinn@consumerlawgroup.com

David A. Ward
wardmetti@msn.com

David C. McCormack
maclaw@execpc.com

David E. Dahlquist
ddahlquist@winston.com

David J. Chizewer
david.chizewer@goldbergkohn.com

David T. Ballard
dballard@btlaw.com

David W. Warren
dwwarren@joelsonrosenberg.com

Dean J. Wagner
dwagner@shslawfirm.com

Dennis E. Both
dbothlaw@att.net

Derek M. Johnson
djohnson@rathjewoodward.com

Dominic J. Rizzi
drizzi@millerfaucher.com

Dominick W. Savaiano
dsavaiano@clausen.com

Don E. Glickman
dglickman@lawggf.com

Donald Brown, Jr.
donald.brown@dbmslaw.com

Donald Colleluori
don.colleluori@figdav.com

Donald P. Eckler
deckler@pretzel-stouffer.com

Earl P. Underwood
epunderwood@gmail.com

Edward A. Cohen
ecohen@karballaw.com

Edward M. Ordonez
eordonez@cozen.com

Emily A. Shupe
eshupe@rathjewoodward.com

Emily K. Lashley
elashley@wtplaw.com

Emily M. Milman
emulder@ngelaw.com

Emily V. Wolf
ewolf@ksc-law.com

Eric D. Kaplan
ekaplan@kpglaw.com

Eric P. Early
eearly@chrisglase.com

Evan J. Kaufman
ekaufman@lerachlaw.com

Frank J. Kokoszka
fkokoszka@k-jlaw.com

Gary Edward Klein
klien@roddykleinryan.com

Gary T. Jansen
gjansen@cksslaw.com

Gayle L. Yeatman
gayle.fisher@bfkn.com

Geoffrey S. Binney
geoff.binney@geblawyers.com

George K. Flynn
gflynn@clausen.com

George P. Apostolides
gapostolides@arnstein.com

Gerald R. Walton
grwalton49@aol.com

Gerard D. Kelly
gkelly@sidley.com

Gini Sapziano
gspaziano@shslawfirm.com

Greg J. Miarecki
gmiarecki@winston.com

Gregory A. Cerulo
gcerulo@qjhp.com

Harlene G. Matyas
hgmatyas@tribler.com

Harry N. Arger
harger@dykema.com

Heather J. Macklin
heather.macklin@bfkn.com

Hector Ledesma
hledesma@sanchezdh.com

J. Aaron Jensen
aaron.jensen@mbtlaw.com

James D. Patterson
jpatterson@alalaw.com

James J. Sipchen
jsipchen@pretzel-stouffer.com

James K. Borcia
jborcia@tsmp.com

James M. Boyers
jboyers@woodmclaw.com

James S. Schreier
jschreier@glaserweil.com

James V. Noonan
jnoonan@noonanandlieberman.com

Jared I. Rothkopf
jrothkopf@kpglaw.com

Jason B. Hirsh
jbhirsh@arnstein.com

Jeanne M. Hoffman
jhoffman@brycedowney.com

Jeffrey T. Heintz
jheintz@brouse.com

Jeffrey W. Finke
jwfinke@mindspring.com

Jennifer R. Lazenby
jlazenby@wtplaw.com

Jessica Myers
jmyers@las.org

Jill Henniger Bowman
jbowman@jameshoyer.com

Jimmie H. Brown
help@bspclaw.com

Joanne N. Davies
jdavies@buchalter.com

Joel S. Todd
jtodd@saltzpolisher.com

John E. Kerley
lawyerjohn@aol.com

John J. Lydon
lydonj@gsgolaw.com

John L. Ropiequet
jlropiequet@arnstein.com

John W. Patton, Jr.
jpatton@pattonryan.com

Jon R. Fetterolf
jfetterolf@wc.com

Jonathan N. Ledsky
jledsky@vblhc.com

Joseph B. Carini III
carinij@jbltd.com

Jospeh K. Mathewson
kent@dbsmlaw.com

Joshua R. Mandell
jmandell@buchalter.com

Katherine M. Donat
kdonat@noonanandlieberman.com

Kathryn R. Mackey
kmackey@clausen.com

Keith James Keogh
Keith@Keoghlaw.com

Keith R. Verges
kverges@figdav.com

Kelly M. Dermody
kdermody@lchb.com

Kerry D. Nelson
kerry.donovan@goldbergkohn.com

Kevin J. Clancy
kclancy@lowis-gellen.com

Kevin M. O'Hagan
kohagan@ohaganspencer.com

Kristin A. Siegesmund
kasiegesmund@midmnlegal.org

Kristin S. Yoo
kyoo@cozen.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

Larry A. Hoellwarth
lhoellwarth@karballaw.com

Laura E. Cohen
lcohen@pckltdlaw.com

Laurie S. Fulton
lfulton@wc.com

Lee J. Schoen
lschoen@schoenmslaw.com

Lee M. Weisz
weiszlaw@aol.com

Linda B. Dubnow
ldubnow@ngelaw.com

Lloyd J. Brooks
lloyd.brooks@thebrooksfirm.com

Lori A. Fanning
Lfanning@MillerLawLLC.com

Mara McRae
mmcrae@kilpatrickstockton.com

Margaret J. Rhiew
mrhiew@dykema.com

Mark T. Davenport
mark.davenport@figdav.com

Marvin Alan Miller
mmiller@millerlawllc.com

Matthew D. Matkov
mmatkov@saltzpolisher.com

Matthew F. Tibble
mtibble@pretzel-stouffer.com

Matthew L. Kurzweg
mkurzweg@kurzweglaw.com

Megan L. Kerr
mkerr@pckltdlaw.com

Melissa R. Dixon
melissardixon@bellsouth.net

Michael A. Braun
mabraun@speakeasy.net

Michael Alan Kraft
mike@mkraftlaw.com

Michael Andrew Kraft
mkraft@qjhp.com

Michael C. Andolina
mandolina@sidley.com

Michael D. Sher
msher@ngelaw.com

Michael J. Breslin
mbreslin@kilpatrickstockton.com

Michael M. Fenwick
mfenwick@pattonryan.com

Michael R. Gregg
mrg@merlolaw.com

Michelle B. Fisher
mfisher@dykema.com

Nicole D. Milos
nmilos@cksslaw.com

Paven Malhotra
pmalhotra@wc.com

Peter Lachmann
Peter.lachmann@sbcglobal.net

Peter R. Wilson
peter.wilson@kattenlaw.com

Rachel Geman
rgeman@lchb.com

Ralph O. Scoccimaro
help@bspclaw.com

Rebecca Rothmann
rebecca.rothmann@wilsonelser.com

Renee L. Zipprich
rzipprich@dykema.com

Richard E. Gottlieb
rgottlieb@dykema.com

Richard M. Kaplan
rkaplan@clausen.com

Richard M. Waris
rwaris@pretzel-stouffer.com

Robert Radasevich
rradasevich@ngelaw.com

Robert E. Shapiro
rob.shapiro@bjkn.com

Robert J. Schuckit
rschuckit@schuckitlaw.com

Robert J. Emanuel
remanuel@burkelaw.com

Robert Stuart Pinzur
rpinzur@pckltdlaw.com

Ronald I. Chorches
Ronaldchorches@sbcglobal.net

Rudolf G. Schade, Jr.
Rgs@cassiday.com

Russell M. Kofoed
russellkofoed@sbcglobal.net

Russell W. Hubbard
russell.hubbard@figdav.com

Samuel H. Rudman
srudman@csgrr.com

Stanley L. Hill
stanhill@hegsinet.net

Sarah K. Andrus
sandrus@buchalter.com

Scott J. Brown
sjb@cassiday.com

Shelley J. Webb
swebb@wc.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Sreeram Natarajan
snatarajan@tribler.com

Stanley L. Hill
stanhill@megsinet.net

Stephanie M. Zimdahl
stephanie.zimdahl@bfkn.com

Stephen M. Sedor
ssedor@durantnic.com

Steven M. Brandstedt
brandstedt@litchfiledcavo.com

Steven M. Sandler
sms@merlolaw.com

Susan J. Miller Overbey
smiller@burkelaw.com

Susan N.K. Gummow
sgummow@clausen.com

Synde B. Keywell
skeywell@ngelaw.com

Terrence J. Madden
tmadden@brycedowney.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com

Therese K. Nohos
tnohos@dl.com

Thomas Joseph Wiegand
twiegand@winston.com

Timothy D. Elliott
telliott@rathjewoodward.com

Timothy V. Hoffman
thoffman@sanchezdh.com

Veronica W. Saltz
vsaltz@saltzpolisher.com

Vincent P. Schmeltz III
vschmeltz@dl.com

Wayne B. Holstad
wholstad@integraonline.com

William E. Hosler
weh@wwrplaw.com

William H. Robertson V
bill.robertson@beasleyallen.com

William R. Brown
wbrown@schuckitlaw.com

Alexander E. Sklavos
Law Offices of Alexander E. Sklavos, P.C.
1 Old Country Rd.
Suite 200
Carle Place, NY 11514

Alexandra van Nes Dolger
Richard P. Colbert
Day Berry and Howard, LLP
1 Canterbury Green
Stamford, CT 06901

Brian H. Newman
Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Buchalter Nemer, P.C.
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017

John J. McDonough
Cozen O'Connor
45 Broadway
Suite 1600
New York, NY 10006

John M. Gambrel
Gambrel & Wilder Law Offices, PLLC
1222 ½ N. Main St.
Suite 2
London, KY 40741

John R. King
Michael S. Deck
Law Office of John King
3409 N. 10th St.
Suite 100
McAllen, TX 78601

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman St.
Suite 28
Westborough, MA 01581

Michael Swistak
Swistak & Levine, P.C.
304445 Northwest Highway
Farmington, MI 48334

Robert W. Smyth, Jr.
Donohue Brown Mathewson & Smyth
140 S. Dearborn St.
Suite 700
Chicago, IL 60603


s/Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)