**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

## NOTICE OF CHANGE OF ADDRESS

TO: All Attorneys of Record

PLEASE TAKE NOTICE THAT as of July 1, 2009, our address will be changed to:

JOHNSTON GREENE LLC
542 S. Dearborn Street, Suite 1100
Chicago, IL 60605
(312) 341-3900
Fax: (312) 341-0700

Respectfully submitted,


By: s/Andrew R. Greene_____
Andrew R. Greene

JOHNSTON GREENE LLC
542 S. Dearborn Street, Suite 1100
Chicago, IL 60605
(312) 341-3900

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing Notice of Change of Address together with the aforementioned documents were served electronically on all attorneys of record on June 1, 2009 via the CM/ECF system.

s/ Andrew R. Greene_____