IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) | (Centralized before the Honorable Marvin E. Aspen) Designated Magistrate Judge: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC., a Delaware limited liability company, | ) ) ) ) ) | |
| Third-Party Plaintiffs, Vs. | ) ) ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation and SEARCH 2 CLOSE, et al | ) ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

**SEARCH 2 CLOSE'S**
**ANSWER TO FOURTH AMENDED CONSOLIDATED**
**THIRD-PARTY COMPLAINT AND AFFIRMATIVE DEFENSES**

NOW COMES Third Party Defendant SEARCH 2 CLOSE, by and through its attorneys, and as its answer to defendants and third party plaintiff's Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company, LLC ("Argent") Fourth Amended Consolidated Third Party Complaint states as follows:

**The Parties**

1.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any

breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

2.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

3.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

4.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

5.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any

breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

6.      Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

7.      Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

<u>**General Allegations for Ameriquest Claims**</u>

8.      The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

9.      The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the

allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

10.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

### General Allegations for Argent Claims

11.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

12.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

13.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither

admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

14.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

15.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

16.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

17.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further

response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

### First Cause of Action
### Breach of Contract – Ameriquest Against the Title Third Party Defendants

18.    Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

19.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

20.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

21.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

22.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

a.      That this Court dismiss Third Party Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b.      To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c.      To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Second Cause of Action
### Negligence - Ameriquest Against the Title Defendants

23.     Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

24.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any

breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

25.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

26.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

27.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest to suffer any damages, as the same are untrue.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

8

a.   That this Court dismiss Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b.   To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c.   To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Third Cause of Action
### Breach of Contract-Argent Against Broker Defendants

28.   Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

29.   Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

30.   Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

31. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

32. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest to suffer any damages, as the same are untrue.

33. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest to suffer any damages, as the same are untrue.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

a. That this Court dismiss Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b.    To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c.    To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Fourth Cause of Action
### Breach of Contract-Argent Against Title  Defendants

34.    Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

35.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

36.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

37.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any

breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest to suffer any damages, as the same are untrue.

38.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest to suffer any damages, as the same are untrue.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

a.      That this Court dismiss Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b.      To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c.      To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Fifth Cause of Action
### Negligence Argent Against Broker Defendants and Title Defendants

39.     Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

40.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

41.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

42.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

43.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest to suffer any damages, as the same are untrue.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

a.  That this Court dismiss Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b.  To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c.  To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

Respectfully Submitted,
**JOELSON ROSENBERG, PLC**

By: _____
DAVID W. WARREN (P32449)
ND IL. # 90785401
Attorney for Search 2 Close
30665 Northwestern Hwy. Suite 200
Farmington Hills, Michigan 48334
(248) 855-2233

Dated: June 1, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC., a Delaware limited liability company,<br><br>     Third-Party Plaintiffs,<br>Vs.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation and SEARCH 2 CLOSE, et al<br><br>     Third-Party Defendants. | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before the Honorable Marvin E. Aspen)<br><br>Designated Magistrate Judge: Hon. Morton Denlow |

## THIRD-PARTY THIRD PARTY DEFENDANT'S AFFIRMATIVE DEFENSES

NOW COMES SEARCH 2 CLOSE, by and through its attorneys, and as Affirmative Defenses states as follows:

1.   Venue is improper in this Court.

2.   Third Party Plaintiffs have failed to state a claim upon which relief may be granted.

3.   Third Party Plaintiffs' claims are frivolous and lack evidentiary support.

4.   There are no genuine issues of material fact, and the Third Party Defendant Search 2 Close is entitled to judgment as a matter of law.

5.   Third Party Plaintiff's claims may be barred by the doctrine of laches.

6.      Third Party Plaintiff's claims may be barred by virtue of its unclean hands and

inequitable conduct.

7.      Third Party Plaintiff's claims may be barred by estoppel.

8.      Third Party Plaintiffs have failed to state a claim for indemnity

9.      Third Party Plaintiffs have failed to state a claim for contribution.

10.     Third Party Defendant  reserves the right to assert other and further affirmative

defenses, as the same may be learned through the course of discovery

Respectfully Submitted,
**JOELSON ROSENBERG, PLC**

By:     _____
DAVID W. WARREN (P32449)
ND IL. # 90785401
Attorney for Search 2 Close
30665 Northwestern Hwy. Suite 200
Farmington Hills, Michigan 48334
(248) 855-2233

Dated: June 1, 2009

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-C-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) | (Centralized before the Honorable Marvin E. Aspen)<br><br>Designated Magistrate Judge: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC., a Delaware limited liability company, | ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| Vs. | ) ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation and SEARCH 2 CLOSE, et al | ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby states that on June 2, 2009, **Search 2 Close's Answer to Fourth Amended Consolidated Third-Party Complaint, Affirmative Defenses, and this Certificate of Service,** were electronically forwarded to all ECF user's of record, and were forwarded to all non-ECF user's in compliance with LR 5.5 by placing same in a United States postal receptacle, postage prepaid addressed to:

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Blvd., #1500
Los Angeles, CA 90017-2457

Thomas J. Wiegand, Esq.
Gregory J. Miarecki, Esq.
David E. Dahlquist
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL 60601

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

David W. Warren 90785401