# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.

Plaintiff,

v.                                                          Case No.: 1:05–cv–07097
                                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2009:

  MINUTE entry before the Honorable Marvin E. Aspen: Attorney Thomas
Reynolds Heisler for Stewart Title SMI of Texas, Stewart Title Guaranty Company,
Stewart Title Insurance Co., Stewart Title of IL, Stewart Title Insurance Co., Stewart Title
of IL and Stewart Title of Seattle added. Attorney Anna C. Schumaker terminated,
pursuant to Notice of withdrawl of counsel (2811). Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.