IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: Ameriquest Mortgage Co.,** | * | |
| **Mortgage Lending Practices Litigation.** | * | |
| | * | |
| | * | **MDL No. 1715** |
| _____ | * | |
| | * | **Lead Case No. 05-CV-07097** |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | **Centralized before the Honorable** |
| *Wilbert Cooley et al. v. Ameriquest* | * | **Marvin E. Aspen** |
| *Mortgage Company, et al* | * | |
| Case No. 07 C 7182 | * | |

## MOTION TO WITHDRAW

**COME NOW** the undersigned attorneys for Wilbert Cooley and Kandee Cooley in the above referenced matter, and move this Honorable Court to allow them to withdraw as counsel for these plaintiffs, and state the following as grounds for said withdrawal:

1. A dispute has arisen between the plaintiffs, Wilbert and Kandee Cooley which causes a conflict of interest for the undersigned.

**WHEREFORE**, the undersigned request that they be allowed to withdraw as attorneys of record for Wilbert Cooley and Kandee Cooley in the above referenced.

**RESPECTFULLY** submitted this 2nd day of June, 2009.

/s Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
The Law Offices of Earl P. Underwood
P.O. Box 969
Fairhope, AL36533-0969
Telephone:  251.990.5558
Facsimile:   251.990.0626
s/ James D. Patterson

1

James D. Patterson, (PATJ6485)
The Law Offices of Earl P. Underwood
P.O. Box 969
Fairhope, AL 36533-0969
Telephone: 251.990.5558
Facsimile: 251.990.0626


s/ Kenneth J. Riemer
Kenneth J. Riemer (RIEMK8712)
Post Office Box 1206
Mobile, AL 36633-1206
Telephone: 251.432.9212
Facsimile: 251.433.7172

## CERTIFICATE OF SERVICE

I hereby certify that on June 2nd 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and by postage prepaid U.S. First Class Mail to the following:

Kandee Cooley
616 Hinson Ave.
Prichard, AL 36610

Wilbert Cooley
1070 Zurich St.
Mobile AL 36608

/s Earl P. Underwood, Jr.
Earl P. Underwood, Jr.