**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation.** | * * * * **MDL No. 1715** * * **Lead Case No. 05-CV-07097** |
| **THIS DOCUMENT RELATES TO:** | * * **Centralized before the Honorable** |
| *Wilbert Cooley et al. v. Ameriquest Mortgage Company, et al* Case No. 07 C 7182 | * **Marvin E. Aspen** * * |

**ORDER**

CAME ON THIS DAY for consideration Earl P. Underwood, Jr.'s Motion to Withdraw as Counsel of Record, and the Court has considered the Motion, and the response, if any, and determines that the Motion is meritorious and should be GRANTED. It is therefore, ORDERED, ADJUDGED and DECREED that Earl P. Underwood, Jr., James D. Patterson and Kenneth J. Reimer, are withdrawn as counsel of record for Wilbert Cooley and Kandee Cooley and no longer represent them in the above styled action, and that, until further notice from Wilbert Cooley and Kandee Cooley, all materials required to be served be sent or delivered to Wilbert Cooley and Kandee Cooley, pro se, as follows:

| | |
|---|---|
| Kandee Cooley 616 Hinson Ave. Prichard, AL 36610 | Wilbert Cooley 1070 Zurich St. Mobile AL 36608 |

SIGNED THIS _____ DAY OF _____, 2009

_____
JUDGE PRESIDING