IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL NO. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before Judge Aspen) |
| AMERIQUEST MORTGAGE COMPANY, et al.<br><br>      Defendants and Third-party<br>      Plaintiffs<br>  -vs.-<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, et al.<br><br>      Third-party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**THIRD PARTY DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO RESPOND TO
FOURTH AMENDED THIRD PARTY COMPLAINT**

Third-Party Defendants, through their undersigned liaison counsel, respectfully file this motion for an extension of time to respond to the Fourth Amended Third-Party Complaint filed by the Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company (collectively, "Ameriquest"), and in support thereof, state as follows:

    1.    On October 14, 2008, this Court entered an order granting, in part, and denying, in part, a motion filed by the Third-Party Defendants on a consolidated basis to dismiss certain counts of Ameriquest's Second Amended Third-Party Complaint.

    2.    On December 16, 2008, the Court entered an order granting all Third-Party Defendants until April 6, 2009 within which to file "any necessary consolidated motions to

dismiss and/or answers" to what were then the remaining counts of the Second Amended Third-Party Complaint.

3. On January 23, 2009, pursuant to leave of Court granted on January 22, 2009, Ameriquest filed a Third Amended Third-Party Complaint.

4. On February 4, 2009, prior to the date responsive pleadings to the Third Amended Third-Party Complaint would have been required under Rule 12(a), Ameriquest filed a motion for leave to file a Fourth Amended Third-Party Complaint.

5. On April 6, 2009, Third-Party Defendants filed a Motion for Extension of Time to Respond to the Third-Party Complaint requesting that Third-Party Defendants be granted thirty-five days from the filing of the Fourth Amended Third-Party Complaint to file responsive pleadings to the Fourth Amended Third-Party Complaint.

6. On April 29, 2009, this Court granted Ameriquest's motion for leave to file a Fourth Amended Third-Party Complaint and Third-Party Defendants' motion, allowing Third-Party Defendants until June 3, 2009 to respond to the Fourth Amended Third-Party Complaint.

7. On May 26, 2005, prior to the date responsive pleadings to the Fourth Amended Third-Party Complaint would have been required pursuant to this Court's order dated April 29, 2009, Ameriquest filed a Motion for Leave to File Fifth Amended Third-Party Complaint.

8. The Court has yet to rule on Ameriquest's Motion for Leave to File Fifth Amended Third-Party Complaint. On June 1, 2009, this Court ordered that any responses to the Motion for Leave to File Fifth Amended Third-Party Complaint are to be filed on or before June 8, 2009 and that any replies are to be filed on or before June 11, 2009.

9. In order to avoid unnecessary pleadings, Third-Party Defendants respectfully request that this Court permit Third-Party Defendants to file their responsive pleading to the operative complaint subsequent to this Court's ruling on the Motion for Leave to File Fifth Amended Consolidated Third-Party Complaint. If this Court denies Ameriquest's Motion for Leave to File Fifth Amended Third-Party Complaint, Third-Party Defendants request that they be granted thirty five days from the date of this Court's order denying the motion to file a responsive pleading to the Fourth Amended Third-Party Complaint.

WHEREFORE, Third-Party Defendants respectfully ask the Court to grant the instant motion and extend the time within which they are required to file responsive pleadings to Ameriquest's amended third party pleadings.

Dated: June 3, 2009

/s/ David J. Chizewer
David J. Chizewer
Steven A. Levy
Kerry D. Nelson
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
Telephone (312) 201-4000
Facsimile (312) 332-2196

*Liaison Counsel to Third-Party Defendants and counsel for National Real Estate Information Services, Inc.*