IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | ) ) ) ) ) ) ) | Lead Case No. 05 C 7097<br><br>MDL No. 1715<br><br>Centralized before<br>  The Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS _____ | | |

**NOTICE OF MOTION**

TO:    Counsel of Record (via ECF system)

PLEASE TAKE NOTICE that on June 11, 2009 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before The Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Third-Party Defendants' Motion for Extension of Time to Respond to Fourth Amended Third-Party Complaint**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

Dated:  June 3, 2009

Respectfully submitted,

/s/ David J. Chizewer
David J. Chizewer
Steven A. Levy
Kerry D. Nelson
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
Telephone (312) 201-4000
Facsimile (312) 332-2196

*Liaison Counsel to Third-Party Defendants and counsel for National Real Estate Information Services, Inc.*

**CERTIFICATE OF SERVICE**

I, David J. Chizewer, hereby certify that on this 3rd day of June, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Chizewer
David J. Chizewer