

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# FILED
NF
JUN 0 2 2009
6-2-2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Anna Schumaker

FIRM: Northern District of Indiana, Hammond Division

STREET ADDRESS: 5400 Federal Plaza

CITY/STATE/ZIP: Hammond, IN 46320

PHONE NUMBER: (219) 852-6740

ATTORNEY REGISTRATION NO: 6290707

PRIMARY E-MAIL ADDRESS: acschumaker@gmail.com

__YES__ I am a member of the General Bar for the Northern District of Illinois.

__NO__ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| No. 05-07097 | In re. Ameriquest | Aspen |
| | | |
| | | |
| | | |

_Anna Schumaker_     5-29-09
Attorney's Signature     Date

CH1 4320757V.1