# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL Docket No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY et al.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORP., et al.,<br><br>Third-Party Defendants. | **THIRD-PARTY PLAINTIFFS' REQUESTS FOR PRODUCTION (SET ONE) PROPOUNDED ON ALL THIRD PARTY DEFENDANTS** |

**PROPOUNDING PARTY:  Third-Party Plaintiffs Ameriquest Mortgage Company, Argent Mortgage Company LLC, Town and Country Credit Corporation**

**RESPONDING PARTY:    Third-Party Defendants**

**SET NO.:    One**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Third-Party Plaintiffs Ameriquest Mortgage Company, Argent Mortgage Company LLC, and Town and Country Credit Corporation hereby request that Third-Party Defendants produce the documents requested below within thirty (30) days of the date of service hereof, at the offices of Buchalter Nemer, 1000 Wilshire Blvd, Suite 1500, Los Angeles, CA 90017-5704.  Third-Party Plaintiffs' inspection and copying will not permanently alter the items inspected or copied.

### DEFINITIONS

1.      "Third-Party Plaintiffs" means Ameriquest Mortgage Company, Argent Mortgage LLC, and Town and Country Credit Corporation, their agents, representatives, assigns, employees, attorneys, parent entities, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

2.      "Document" and "Documents" shall have the meaning ascribed to them in Rule 34 of the Federal Rules of Civil Procedure.

**RFP TO THIRD-PARTY DEFS. (SET ONE)**

BN 3222017v3

3.     "Communications" means and includes correspondences, conversations and all other forms of information exchange, whether written, verbal, by telephone, electronic mail, facsimile or other mode of transmission.

4.     "Relate To" or "Relating To," when used in reference to a Document, means that the Document constitutes, comprises, contains, discusses, evidences, comments upon, embodies, identifies, states, explains, describes, shows, makes manifest or apparent, or analyzes the subject of the request.

5.     "You" and "Your" means each Third-Party Defendant, its agents, predecessors, representatives, assigns, partners, employees, independent contractors, attorneys, consultants, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

## INSTRUCTIONS

1.     Documents found attached or joined to other Documents by staple, clip, binder, binding, file folder, computer file or directory should be produced in the same manner.  If Documents are produced on CD, include with the CD the appropriate file that will ensure that, when printed in hard copy form, the integrity of individual Documents is maintained.

2.     The document requests set forth below pertain to all Documents available to You, including all Documents in Your possession, custody or control.

3.     Unless otherwise specified, the document requests set forth below pertain to Documents that were applicable, prepared, generated, written, sent, dated or received during the time period from January 1, 1999 to the date of Your production.

4.     If any responsive Document was, but is no longer in Your possession, custody or control, provide the following information;

(a)     The disposition of the Document;

(b)     The date such disposition was made;

(c)     The custodian of the Document at the time You disposed of the Document, and any present custodian of the document, if known;

(d)     Identify the Person who made the decision to dispose of the Document;

(e)     State the reason for the disposition;

(f)     Describe the Document and the contents of the Document, including the title, subject matter, number of pages, author(s), job title or positions of the author(s) and

2

recipients and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

     5.     Where a claim of privilege is asserted in objecting to any request or part thereof, and information is withheld on the basis of such assertion:

        (a)     Identify the nature of the privilege (including work product) that is being claimed; and

        (b)     Provide the following information in a privilege log accompanying Your response:

           (i)     The paragraph of this request to which such Document is responsive;

           (ii)     The type of Document,

           (iii)     The general subject matter of the Document;

           (iv)     The date of the Document, the custodian, author(s), all recipients, together with the job titles or positions of the author(s) and recipients, and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

     6.     If any part of a Document is responsive, produce the entire Document. If You assert privilege with respect to any part of a responsive Document, redact the privileged portion and indicate clearly on the Document where material was redacted by the legend "REDACTED-PRIVILEGED." Redacted Documents should be produced even if You believe that the non-redacted portion is not responsive. Please identify redactions on Your privilege log in the same manner as withheld Documents.

     7.     If You withhold any Document responsive to any request for any reason other than a claim of attorney-client privilege or work-product protection, provide a list identifying each such Document withheld, the asserted basis for withholding the Document, the custodian, the date of the Document, the author(s), all recipients, together with the job titles or positions of the author(s) and recipients, the subject matter of the Document and the paragraph of this Request to which each such Document relates.

     8.     Documents in electronic format should be made available electronically in their native file format, unless another form or format is specifically requested. If You believe that production in a specified electronic format is overly burdensome, You should so state in Your response to these requests and produce Documents in reasonably usable form. Defendant

RFP TO THIRD-PARTY DEFS. (SET ONE)

reserves the right to seek the production of additional Documents in an alternative form or format from that in which they were originally produced.

9. If, in responding to this Document request, You believe that any request, instruction, or definition is ambiguous, set forth the matter deemed ambiguous and the construction used in responding.

10. Your obligation to produce Documents responsive to these requests is continuing. If You create or discover responsive Documents after Your initial response to these requests, promptly produce such Documents in accordance with these instructions or follow the procedures specified for Documents withheld under a claim of privilege or otherwise.

11. These requests are not intended to be duplicative. Each request should be responded to fully, and to the extent not covered by other requests. If Documents are responsive to more than one request, You should so note in Your response and produce each such Document in response to the request that is more specifically directed to the subject matter of the particular Document.

12. Should You obtain any other Documents or information which would supplement or modify the Documents or information supplied by You in response to this request, You are directed, pursuant to FRCP 26(e), to give timely notice of such Documents and information and to furnish the additional Documents or information without delay.

## DOCUMENTS REQUESTED

**REQUEST NO. 1:**

All blanket, master, or general closing protection letters, insured closing letters, or approved attorney letters applicable to Third-Party Plaintiffs from 1991 to the present.

**REQUEST NO. 2:**

All closing protection letters for the loans referenced at Ex. A to the Third-Party Complaint (including the class representatives but excluding the purported class claims).

**REQUEST NO. 3:**

All agreements between an underwriter and title company or closing agent applicable to any loan originated by Third-Party Plaintiffs from 2001 to the present including but not limited to agency agreements, "issuing agency contracts," approved agency or attorney letters, or underwriting agreements.

RFP TO THIRD-PARTY DEFS. (SET ONE)

**REQUEST NO. 4:**

All Documents explaining the utilization of closing protection letters.

**REQUEST NO. 5:**

All Documents explaining or construing closing protection letters.

**REQUEST NO. 6:**

All policies and procedures Relating To closing protection letters.

**REQUEST NO. 7:**

All training materials Relating To closing protection letters.

**REQUEST NO. 8:**

All Documents Relating To whether a closing protection letter applies to any or all loans originated by Third-Party Plaintiffs at any time from 2001 to the present.

**REQUEST NO. 9:**

All Documents supporting your contention, if any, that there was not a closing protection letter for each loan originated by Third-Party Plaintiffs from 2001 through 2007.

**REQUEST NO. 10:**

All agreements applicable to Third-Party Plaintiffs (other than applicable to merely one loan such as a loan specific closing protection letter) including but not limited to services agreements, indemnification agreements, and insurance contracts.

**REQUEST NO. 11:**

All Documents stating or limiting the authority of Third-Party Defendant title companies or closing agents concerning loan closings.

**REQUEST NO. 12:**

Documents sufficient to show the approved status, or lack thereof, of any Third-Party Defendant, from 2001 to the present, as an approved closing services vendor, issuing agent, or approved attorney.

**RFP TO THIRD-PARTY DEFS. (SET ONE)**

DATED: April 21, 2009

By:    /s/ Randall Manvitz

*Attorneys for Third-Party Plaintiffs* Ameriquest
Mortgage Company, Argent Mortgage Company,
LLC and Town and Country Credit Corporation

Randall L. Manvitz (admitted *pro hac vice*)
Buchalter Nemer
333 Market St. 25th Floor
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile:  (415) 227-0700

6

**RFP TO THIRD-PARTY DEFS. (SET ONE)**

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105.

On the date set forth below, I served the foregoing document described as:

**THIRD-PARTY PLAINTIFFS' REQUESTS FOR PRODUCTION (SET ONE) PROPOUNDED ON ALL THIRD PARTY DEFENDANTS**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

**BY EMAIL** On April 21, 2009, I personally electronically served from my electronic address maldridge@buchalter.com in "PDF" format, the document(s) described above, [with attachments/without attachments], to the individuals stated on the attached service list to their known email/electronic addresses as shown on the attached service list. The transmission was reported as complete and without error. (CRC §2.260, *et seq.*)

**BY MAIL** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows

**Joseph E. Nealon**
The Law Office of Joseph E. Nealon
45 Lyman Street, Suite 28
Westborough , MA 01581
(508) 366-0044

**Walter J. Manning**
1260 Greenwich Avenue
Warwick , RI 02886
(401) 921-2250
Fax: (401) 921-2398

**Alexander Edward Sklavos**
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road, Suite 200
Carle Place , NY 11514
516 248 4000

**Robert W. Smyth , Jr.**
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street, Suite 700
Chicago , IL 60603
(312) 422-0900

1

**Michael Swistak**
Swistak and Levine, P.C.
304445 Northwest Highway
Farmington , MI 48334-3174

2

3

**Lee M. Weisz**
Braun & Rivkin
33 North Dearborn Street
Suite 500
Chicago , IL 60602
(312) 580-0001

4

5

6

7   I am readily familiar with the business' practice for collection and processing of correspondence
for mailing with the United States Postal Service. The address(es) shown above is(are) the same
as shown on the envelope.  The envelope was placed for deposit in the United States Postal
Service at Buchalter Nemer in San Francisco, California on April 21, 2009.  The envelope was
sealed and placed for collection and mailing with first-class prepaid postage on this date
following ordinary business practices.

8

9

10

11          I declare that I am employed in the office of a member of the bar of this court at whose

12   direction the service was made.  Executed on April 21, 2009, California.

13

14          Camille Perrine                                      /s/
                                                              (Signature)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

| | | |
|---|---|---|
| **Johnnie Ross**<br>**Charles**<br>**Meadows**<br>**Joseph Riggins**<br>**Nicole Riggins** | represented by | **Jimmie H. Brown**<br>Brown & Scoccimaro, P.C.<br>1801 Gillionville Road<br>Albany , GA 31707<br>229-432-9310<br>Email: help@bspclaw.com |
| | | **Ralph O. Scoccimaro**<br>Brown & Scoccimaro, P.C.<br>1801 Gillionville Road<br>Albany , GA 31707<br>229-432-9310<br>Email: help@bspclaw.com |
| **Citywide Title**<br>**Corporation**<br><br>**Vital Signing,**<br>**Inc.** | represented by | **Daniel John McMahon**<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>120 North LaSalle Street<br>Suite 2600<br>Chicago , IL 60602<br>(312) 704-0550<br>Email: Daniel.McMahon@wilsonelser.com |
| | | **Cinthia Granados Motley**<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>120 North LaSalle Street<br>Suite 2600<br>Chicago , IL 60602<br>(312) 704-0550<br>Email: cinthia.motley@wilsonelser.com |
| | | **Rebecca Rothmann**<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>120 North LaSalle Street<br>Suite 2600<br>Chicago , IL 60602<br>(312) 704-0550<br>Email: rebecca.rothmann@wilsonelser.com |
| **Turnkey Title**<br>**Corporation** | represented by | **Heather Joy Macklin**<br>Barack, Ferrazzano, Kirschbaum, & Nagelberg<br>200 W. Madison St., Suite 3900<br>Chicago , IL 60606<br>(312) 984-3100<br>Email: heather.macklin@bfkn.com |

1

**Annaliese Flynn Fleming**
Barack, Ferrazzano, Kirschbaum, & Nagelberg
200 West Madison St.
Suite 3900
Chicago , IL 60606
(312) 984-3100
Email: annaliese.fleming@bfkn.com

**Gayle L. Yeatman**
Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg
333 West Wacker Drive
Suite 2700
Chicago , IL 60606
(312) 984-3100
Email: gayle.fisher@bfkn.com

| | | |
|---|---|---|
| **TEK Title, LLC** | represented by | **Robert Stuart Pinzur** |

Pinzur, Cohen & Kerr, Ltd.
4180 RFD Route 83
Suite 208
Long Grove , IL 60047
(847) 821-5290
Email: rpinzur@pckltdlaw.com

**Brian Scott Brewer**
Pinzur, Cohen & Kerr, Ltd.
4180 RFD Route 83
Suite 208
Long Grove , IL 60047
(847) 821-5290
Email: bbrewer@pckltdlaw.com

**Brian R Merfeld**
Pinzur, Cohen & Kerr, Ltd.
4180 RFD Route 83
Suite 208
Long Grove , IL 60047
(847) 821-5290
Email: bmerfeld@pckltdlaw.com

**Laura E. Cohen**
Pinzur, Cohen & Kerr, Ltd.
4180 RFD Route 83
Suite 208
Long Grove , IL 60047
(847) 821-5290
Email: lcohen@pckltdlaw.com

2

|  |  | **Megan Laura Kerr** |
|---|---|---|
|  |  | Pinzur, Cohen & Kerr, Ltd. |
|  |  | 4180 RFD Route 83 |
|  |  | Suite 208 |
|  |  | Long Grove , IL 60047 |
|  |  | (847) 821-5290 |
|  |  | Email: mkerr@pckltdlaw.com |
| **Law Title Insurance Co., Inc.** *an Illinois corporation* | represented by | **David A. Ward** Ward & Metti, P.C. 2516 Waukegan Road Suite 300 Glenview , IL 60025-1774 (847) 657-8387 Fax: (312) 896-9229 Email: wardmetti@msn.com |
| **Angela Bartucci** | represented by | **Gary Thomas Jansen** Cremer, Kopon, Shaughnessy & Spina 180 North LaSalle Street Suite 3300 Chicago , IL 60601 (312) 726-3800 Email: gjansen@cksslaw.com |
|  |  | **Lee J. Schoen** Schoen & Smith, Ltd. 200 West Adams Street 1005 Chicago , IL 60606 (312) 726-5151 Email: lschoen@schoenmslaw.com |
| **Nations Title Agency of Illinois, Inc.** *an Illinois corporation* | represented by | **David Christian McCormack** McCormack Law 18875 Saratoga Court Brookfield , WI 53045 (262) 790-1160 Email: maclaw@execpc.com |
| **Northwest Title and Escrow Corporation** *a Minnesota corporation* | represented by | **Wayne B. Holstad** 30 East Seventh Street #1690 St. Paul , MN 55101 (651) 379-5006 Fax: (651) 379-5007 Email: wholstad@integraonline.com |

3

| | | |
|---|---|---|
| **Superior Closing Services, LLC** | represented by | **Christopher H Murphy**<br>Cozen & O'Conner<br>222 South Riverside Plaza, Suite 1500<br>Chicago , IL 60606<br>(312) 382-3100<br>Email: chmurphy@cozen.com |
| | | **John J. McDonough**<br>Cozen O'Connor<br>45 Broadway<br>Suite 1600<br>New York , NY 10006<br>212 509 9400<br>E-mail: jmcdonough@cozen.com |
| **Commonwealth Land Title Co.**<br>*a California corporation* | represented by | **Albert Edwin Fowerbaugh , Jr.**<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago , IL 60606<br>(312) 368-6804<br>Fax: 312-251-2177<br>Email: al.fowerbaugh@dlapiper.com |
| | | **Mark T Davenport**<br>Figari & Davenport, LLP<br>901 Main Street<br>Suite 3400<br>Dallas , TX 75202<br>(214) 939-2000<br>Fax: 214-939-2090<br>Email: mark.davenport@figdav.com |
| | | **Christopher S. Naveja**<br>Arnstein & Lehr, LLP<br>120 South Riverside Plaza, Suite 1200<br>Chicago , IL 60606-3913<br>(312) 876-7100<br>Email: csnaveja@arnstein.com |
| | | **Donald Colleluori**<br>Figari & Davenport, LLP<br>901 Main Street<br>Suite 3400<br>Dallas , TX 75202<br>(214) 939-2000<br>Fax: 214/939-2090<br>Email: don.colleluori@figdav.com |

4

**Jason Brett Hirsh**
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago , IL 60606-3913
(312) 876-7100
Email: jbhirsh@arnstein.com

**John L. Ropiequet**
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago , IL 60606-3913
(312) 876-7100
Email: jlropiequet@arnstein.com

**Keith R. Verges**
Figari Davenport LLP
901 Main Street
Suite 3400
Dallas , TX 75202
(214) 939-2000
Fax: (214) 939-2090
Email: kverges@figdav.com

Roy W. Waller    represented by **Michael J. Weber**
Leo & Weber P.C.
One North LaSalle Street, Suite 3600
Chicago , IL 60602
(312) 857-0910
Email: mweber@leoweber.com

Lee S.    represented by **Scott J. Brown**
**Jacobowitz**    Cassiday Schade LLP
*Esq., an*    20 North Wacker Drive, Suite 1040
*individual*    Chicago , IL 60606-2903
(312) 641-3100
Email: sjb@cassiday.com

Schop &    represented by **Richard M. Kaplan**
Pleskow, LLP    Clausen Miller P.C.
10 South LaSalle Street
Suite 1600
Chicago , IL 60603
(312) 855-1010
Email: rkaplan@clausen.com

5

<table>
<tr>
<td></td>
<td></td>
<td>

**George Kenneth Flynn**
Clausen Miller P.C.
10 South LaSalle Street
Suite 1600
Chicago , IL 60603
(312) 855-1010
Email: gflynn@clausen.com
</td>
</tr>
<tr>
<td>

**Fairfield
Mortgage, Inc.**

**First American
Title Insurance
Company**
</td>
<td>represented by</td>
<td>

**Michael D. Sher**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago , IL 60602
(312) 269-8000
Email: msher@ngelaw.com

**Thomas Papadopoulos**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago , IL 60602
(312) 269-8000
Email: tpapadopoulos@ngelaw.com

**Christopher F. Swing**
Brouse McDowell
388 S. Main STreet
Suite 500
Akron , OH 44311-4407
330 535 5711
Email: cswing@brouse.com

**Jeffrey T. Heintz**
Brouse McDowell
388 S. Main Street
Suite 500
Akron , OH 44311-4407
330 535 5711
Email: jheintz@brouse.com

**Kate M. Bradley**
Brouse McDowell
388 S. Main Street
Suite 500
Akron , OH 44311-4407
330 535 5711
Email: kbradley@brouse.com
</td>
</tr>
</table>

6

| | | |
|---|---|---|
| **Goldman Gruder & Woods, LLC** | represented by | **Jeanne Marie Hoffmann**<br>BryceDowney, LLC<br>200 N. LaSalle St<br>Suite 2700<br>Chicago , IL 60601<br>(312)377-1501<br>Email: jhoffmann@brycedowney.com |
| | | **Terrence J. Madden**<br>BryceDowney, LLC<br>200 N. LaSalle St<br>Suite 2700<br>Chicago , IL 60601<br>(312)377-1501<br>Email: tmadden@brycedowney.com |
| **Stewart Title Guaranty Company** | represented by | **Gerard David Kelly**<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago , IL 60603<br>(312) 853-7000<br>Email: gkelly@sidley.com |
| | | **Anna C. Schumaker**<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago , IL 60603<br>312 853 0324<br>Email: aschumaker@sidley.com |
| | | **Michael Christian Andolina**<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago , IL 60603<br>(312) 853-7000<br>Email: mandolina@sidley.com |
| **Liberty Title Escrow Company, Inc.** | represented by | **Dennis E. Both**<br>1332 N. Halsted, Suite 100<br>Chicago , IL 60622<br>(312)475-9900<br>Email: dbothlaw@att.net |

7

| | | |
|---|---|---|
| **Hillard N. Einbinder** *Attorney at Law* | represented by | **Gary Thomas Jansen** Cremer, Kopon, Shaughnessy & Spina 180 North LaSalle Street Suite 3300 Chicago , IL 60601 (312) 726-3800 Email: gjansen@cksslaw.com |
| | | **Nicole D Milos** Cremer, Kopon, Shaughnessy & Spina 180 North LaSalle Street Suite 3300 Chicago , IL 60601 (312) 726-3800 Email: nmilos@cksslaw.com |
| **American Pioneer Title Insurance** | represented by | **Albert Edwin Fowerbaugh , Jr.** |
| | | **Eric P. Early** Christensen, Glaser, Fink, Jacobs, Weil& Shapiro, LLP 10250 Constellation Boulevard 19th Floor Los Angeles , CA 90067 310 282 6227 Email: eearly@chrisglase.com |
| **L & S Mortgage LLC** | represented by | **Gerald R. Walton** Gerald R. Walton & Associates 2800 Euclid Avenue, Suite 320 Cleveland , OH 44115 216 621 1230 Email: grwalton49@aol.com |
| **Old Republic National Title Insurance Company** | represented by | **Andrew Robert Greene** Johnston & Greene, LLC 542 South Dearborn Street Chicago , IL 60605 (312) 341-3900 Fax: (312) 341-0700 Email: agreene@johnstongreene.com |
| | | **Emily V. Wolf** Krasnow Saunders Cornblath, LLP 500 N. Dearborn Suite 200 Chicago , IL 60610 312 755 5700 Email: ewolf@ksc-law.com |

8

| | | |
|---|---|---|
| **Chicago Title Company** | represented by | **Albert Edwin Fowerbaugh , Jr.** |
| | | **Eric P. Early** |
| **Heights Title Agency, Inc.** *a Ohio corporation* | represented by | **Christopher H. Murphy**<br>Cozen & O'Conner<br>222 South Riverside Plaza,<br>Suite 1500<br>Chicago , IL 60606<br>(312) 382-3100<br>Email: chmurphy@cozen.com<br><br>**John J. McDonough**<br>Cozen O'Connor<br>45 Broadway<br>Suite 1600<br>New York , NY 10006<br>(212) 509 9400<br>Email: jmcdonough@cozen.com |
| **Law Offices of Joseph J. D'Agostino, Jr,. LLC** *a Connecticut limited liability company* | represented by | **Harlene G. Matyas**<br>(312) 201-6400<br>Email: hgmatyas@tribler.com<br><br>**Sreeram Natarajan**<br>Tribler Orpett & Meyer, PC<br>225 West Washington Street,Suite 1300<br>Chicago , IL 60606<br>(312) 201-6400<br>Fax: 312-201-6401<br>Email: snatarajan@tribler.com |
| **Mac Kinnon & Tavano** | represented by | **Joseph B. Carini , III**<br>Johnson & Bell, Ltd.<br>33 West Monroe Street<br>Suite 2700<br>Chicago , IL 60603<br>(312) 984 6668<br>Email: carinij@jbltd.com |
| **Perrotta, Cahn & Prieto, P.C.** | represented by | **John William Patton , Jr.**<br>Patton & Ryan, LLC<br>330 North Wabash Avenue<br>#2900<br>Chicago , IL 60611<br>(312) 261-5160<br>Email: jpatton@pattonryan.com |

9

**Michael Martin Fenwick**
1749 N. Wells Street
Apt. #1701
Chicago , IL 60614
(773) 401-4405
Email: mfenwick@pattonryan.com

| | | |
|---|---|---|
| **Texas Nations Title Agency, Inc..** | represented by | **David Christian McCormack** |

**A American Financial Group, Inc.** represented by **Hector Ledesma**
Sanchez & Daniels
333 West Wacker Drive
Suite 500
Chicago , IL 60606
(312) 641-1555
Email: hledesma@sanchezdh.com

**Timothy V. Hoffman**
Sanchez, Daniels & Hoffman
333 West Wacker Drive
Suite 500
Chicago , IL 60606
(312) 641-1555
Email: thoffman@sanchezdh.com

**Absolute Title Services, Inc.** represented by **David A. Ward**

**Ace Mortgage Funding, Inc.** represented by **David Thomas Ballard**
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago , IL 60606
(312)357-1313
Email: dballard@btlaw.com

**Archer Land Title, Inc.** represented by **David Thomas Ballard**

**Battersby Title, Inc.** represented by **Christopher H Murphy**

**John J. McDonough**

**BLS Funding Corp.** represented by **Kevin Michael O'Hagan**
O'Hagan Spencer, LLC

10

BN 3373037v1

|   |   | One E. Wacker Drive |
|---|---|---|

One E. Wacker Drive
Suite 3400
Chicago , IL 60601
312-422-6120
Fax: (312) 422-6110
Email: kohagan@ohaganspencer.com

**CBC Companies, Inc.**    represented by    **Stephen M. Sedor**
Durant, Nichols, Houston, Hodgson & Cortese-Costa PC
1057 Broad Street
Bridgeport , CT 06604
(203) 337-8242
Email: ssedor@durantnic.com

**Donald Colleluori**

**Joseph E. Nealon**

**Wayne B. Holstad**

**Chicago Title of Michigan**    represented by    **Albert Edwin Fowerbaugh , Jr.**

**Eric P. Early**

**Chioce Title Agency, Inc.**    represented by    **John E Kerley**
Kerley & Associates, P.C.
2131 West White Oaks Drive,Suite B-2
Springfield , IL 62704
(217)698-0007
Email: lawyerjohn@aol.com

**Classic Home Mortgage Corp.**    represented by    **Edward M. Ordonez**
Cozen O'Connor
222 S. Riverside Plaza
Suite 1500
Chicago , IL 60606
(312) 382-3100
Email: eordonez@cozen.com

**Kristin Sihyun Yoo**
Cozen O'Connor
222 South Riverside Plaza
#1500
Chicago , IL 60606
(312) 382-3100
Email: kyoo@cozen.com

11

BN 3373037v1

| | | |
|---|---|---|
| **Colonial Title & Escrow Inc.** | represented by | **Christopher H Murphy** |
| | | **John J. McDonough** |
| **Commonwealth Land Title Insurance Company** | represented by | **Albert Edwin Fowerbaugh , Jr.** |
| | | **Christopher S. Naveja** |
| | | **Donald Colleluori** |
| | | **Jason Brett Hirsh** |
| | | **John L. Ropiequet** |
| | | **Keith R Verges** |
| | | **Mark T Davenport** |
| | | **Russell W. Hubbard** <br> 901 Main Street <br> Suite 3400 <br> Dallas , TX 75202 <br> 214 939 2000 <br> Email: russell.hubbard@figdav.com |
| **Dream House Mortgage Corp.** | represented by | **Preston W Halperin** <br> Shechtman Halperin Savage, LLP <br> 1080 Main Street <br> Pawtucket , RI 02860 <br> (401) 272-1403 <br> Email: phalperin@shslawfirm.com |
| | | **Dean J. Wagner** <br> Shechtman Halperin Savage, LLP <br> 1080 Main Street <br> Pawtucket , RI 02860 <br> 401-272-1400 <br> Email: dwagner@shslawfirm.com |
| | | **Gini Spaziano** <br> Shechtman Halperin Savage, LLP <br> 1080 Main Street <br> Pawtucket , RI 02860 <br> 401-272-1400 <br> Email: gspaziano@shslawfirm.com |

12

| | | |
|---|---|---|
| **Envision Mortgage Solutions Inc.** | represented by | **Dennis E. Both** |
| **Fidelity National Title Insurance Company of New York** | represented by | **Albert Edwin Fowerbaugh , Jr.** |
| | | **Eric P. Early** |
| | | **James S Schreier** |
| | | Glaser, Weil, Fink, Jacobs, & Shapiro, LLP |
| | | 10250 Constellation Boulevard, 19th Floor |
| | | Los Angeles , CA 90067 |
| | | 310 282 6216, Fax: 310 553 7615 |
| | | Email: jschreier@glaserweil.com |
| **Esq. Frank J. Manni** | represented by | **Christopher E. Kentra** |
| | | Meckler, Bulger & Tilson |
| | | 123 North Wacker Drive, Suite 1800 |
| | | Chicago , IL 60606 |
| | | (312)474-7900 |
| | | Email: chris.kentra@mbtlaw.com |
| | | **Clark Murray Stalker** |
| | | Meckler Bulger Tilson Marick & Pearson LLP |
| | | 123 North Wacker Drive, Suite 1800 |
| | | Chicago , IL 60606 |
| | | 312-474-7900 |
| | | Email: clark.stalker@mbtlaw.com |
| | | **J. Aaron Jensen** |
| | | Meckler Bulger Tilson Marick & Pearson LLP |
| | | 123 North Wacker Drive, Suite 1800 |
| | | Chicago , IL 60606 |
| | | (312)474-7900 |
| | | Email: aaron.jensen@mbtlaw.com |
| **Global Mortgage Inc.** | represented by | **Russell M. Kofoed** |
| | | Law Offices of Russell M. Kofoed |
| | | 222 South Riverside Plaza, Suite 1410 |
| | | Chicago , IL 60606-6008 |
| | | (312)876-0500 |
| | | Email: russellkofoed@sbcglobal.net |
| **Integrity 1st Mortgage** | represented by | **Richard M. Waris** |
| | | Pretzel & Stouffer, Chtd. |
| | | One South Wacker Drive, Suite 2200 |
| | | Chicago , IL 60606-4673 |
| | | (312) 346-1973 |
| | | Email: rwaris@pretzel-stouffer.com |

13

**James Joseph Sipchen**
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2200
Chicago , IL 60606-4673
(312) 346-1973
Email: jsipchen@pretzel-stouffer.com

**Matthew F Tibble**
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2200
Chicago , IL 60606-4673
312 578 7445
Email: mtibble@pretzel-stouffer.com

| | | |
|---|---|---|
| **Integrity 1st Mortgage** | represented by | **Donald Patrick Eckler**<br>Patton & Ryan, LLC<br>330 North Wabash,Suite 2900<br>Chicago , IL 60611<br>312 261 5175<br>Email: deckler@pretzel-stouffer.com |
| **Jones, Damia, Kaufman, Borofsky & DePaul LLC** | represented by | **Richard M. Kaplan**<br><br>**George Kenneth Flynn** |
| **Lake Front Mortgage Inc.** | represented by | **Gerald R. Walton** |
| **Law Offices of Borner, Scola Baruti & Vancini P.C.** | represented by | **Gary Thomas Jansen**<br><br>**Nicole D Milos** |
| **Law Title Insurance Agency, Inc.** | represented by | **David A. Ward**<br>Ward & Metti, P.C.<br>2516 Waukegan Road, Suite 300<br>Glenview , IL 60025-1774<br>(847) 657-8387 Fax: (312) 896-9229<br>Email: wardmetti@msn.com |
| **Medici & Sciacca, P.C.** | represented by | **Christopher E. Kentra**<br><br>**Clark Murray Stalker**<br><br>**J. Aaron Jensen** |
| **Metropolitan Title Company** | represented by | **Athanasios Papadopoulos**<br><br>**Christopher F. Swing** |

14

BN 3373037v1

|  |  | Jeffrey T. Heintz |
|---|---|---|
|  |  | Kate M. Bradley |
|  |  | **Robert Radasevich**<br>Neal, Gerber & Eisenberg<br>Two North LaSalle Street<br>Suite 1700<br>Chicago , IL 60602<br>(312) 269-8000<br>Email: rradasevich@ngelaw.com |
| **Midland Title Security, Inc.** | represented by | **Athanasios Papadopoulos** |
|  |  | **Christopher F. Swing** |
|  |  | **Jeffrey T. Heintz** |
|  |  | **Kate M. Bradley** |
|  |  | **Robert Radasevich** |
| **Mortgage Guarantee & Title Company** | represented by | **Athanasios Papadopoulos** |
|  |  | **Christopher F. Swing** |
|  |  | **Jeffrey T. Heintz** |
|  |  | **Kate M. Bradley** |
|  |  | **Robert Radasevich** |
| **Mortgage Pros USA** | represented by | **Michael Raymond Gregg**<br>Merlo Kanofsky Brinkmeier & Gregg Ltd.<br>208 South Lasalle Street,Suite 950<br>Chicago , IL 60604<br>(312) 553-5500<br>Email: mrg@merlolaw.com |
|  |  | **Amir R. Tahmassebi**<br>Konicek & Dillon, P.C.<br>21 W. State Street<br>Geneva , IL 60134<br>Email: art@merlolaw.com |

15

BN 3373037v1

|  |  | Steven Michael Sandler<br>Merlo Kanofsky & Gregg Ltd.<br>208 S. LaSalle Street, Suite 1750<br>Chicago , IL 60604<br>312 553 5500<br>Email: sms@merlolaw.com |
|---|---|---|
| **Ohio Bar Title Insurance Co.** | represented by | **Athanasios Papadopoulos** |
|  |  | **Christopher F. Swing** |
|  |  | **Jeffrey T. Heintz** |
|  |  | **Kate M. Bradley** |
|  |  | **Robert Radasevich** |
| **Premier Title & Escrow Co,** | represented by | **Christopher E. Kentra** |
|  |  | **Clark Murray Stalker** |
|  |  | **J. Aaron Jensen** |
| **Republic Title Co.** | represented by | **Michael A. Braun**<br>Braun & Rivkin<br>33 North Dearborn Street, Suite 500<br>Chicago , IL 60602<br>(312) 580-0001<br>Email: mabraun@speakeasy.net |
| **Search2Close of Columbus, LLC** | represented by | **David William Warren**<br>Joelson, Rosenberg, Moss, Cohen, Warren & Drasnin, PLC<br>30665 Northwestern Highway, #200<br>Farmington Hills , MI 48334<br>248)855-2233<br>Email: dwwarren@joelsonrosenberg.com |
| **Southern Star Mortgage Corp.** | represented by | **Michael Alan Kraft**<br>Kraft Law Office<br>4343 Commerce Court<br>Suite 415<br>Lisle , IL 60532<br>(630) 505 4119<br>Email: mike@mkraftlaw.com |
| **Stewart Title Insurance Co.** | represented by | **Gerard David Kelly** |
|  |  | **Anna C. Schumaker** |
| **Stewart Title of IL** |  | **Michael Christian Andolina** |

16

| | | |
|---|---|---|
| **Title Source Inc.** | represented by | **Adam Rien Bunge**<br>Karbal, Cohen, Economou, Silk & Dunne, LLC<br>200 South Michigan Avenue<br>20th Floor<br>Chicago , IL 60604<br>(312)431-3700<br>Email: abunge@karballaw.com |
| | | **Edward A. Cohen**<br>Karbal, Cohen, Economou, Silk & Dunne, LLC<br>200 South Michigan Avenue<br>20th Floor<br>Chicago , IL 60604<br>(312)431-3700<br>Email: ecohen@karballaw.com |
| | | **Larry A Hoellwarth**<br>Karbal, Cohen, Economou, Silk & Dunne, LLC<br>200 South Michigan Avenue<br>20th Floor<br>Chicago , IL 60604<br>(312)431-3700<br>Email: lhoellwarth@karballaw.com |
| **Ticor Title Insurance Co.** | represented by | **Albert Edwin Fowerbaugh , Jr.**<br><br>**Eric P. Early** |
| **The Mortgage Store** | represented by | **James Kenneth Borcia**<br>Tressler, Soderstrom, Maloney & Priess<br>233 South Wacker Drive<br>22nd Floor<br>Chicago , IL 60606-6308<br>(312) 627-4000<br>Email: jborcia@tsmp.com<br><br>**Russell M. Kofoed** |
| **The Guarantee Title and Trust Co.** | represented by | **David Christian McCormack** |
| **Taylor Abstract Company** | represented by | **Christopher H Murphy** |
| **Title-Tech Networks, Inc.** | represented by | **Christopher H Murphy**<br><br>**John J. McDonough** |

17

| | | |
|---|---|---|
| **Transnation Title Insurance Co.** | represented by | **Albert Edwin Fowerbaugh , Jr.** |
| | | **Christopher S. Naveja** |
| | | **Donald Colleluori** |
| | | **Jason Brett Hirsh** |
| | | **John L. Ropiequet** |
| | | **Keith R Verges** |
| | | **Mark T Davenport** |
| | | **Russell W. Hubbard** |
| **Travis Mortgae LLC** | represented by | **Dominick W. Savaiano**<br>Clausen Miller P.C.<br>10 South LaSalle Street<br>Suite 1600<br>Chicago , IL 60603<br>(312) 855-1010<br>Email: dsavaiano@clausen.com |
| | | **Joel B Templeman**<br>Clausen & Miller<br>Chicago , IL 60603<br>312-855-1010<br>Email: jtempleman@clausen.com |
| **Northwest Title and Escrow** | represented by | **Christopher B Hunter**<br>Christopher B Hunter<br>1401 S. Brentwood Blvd.<br>St. Louis , MO 63144<br>Email: cbhunter@rothlaw.com |
| | | **Joseph E. Nealon** |
| | | **Wayne B. Holstad** |
| **Angela Bartucci** | represented by | **Gary Thomas Jansen** |
| **CloseNet, LLC** *a Michigan limited liability company* | represented by | **Joseph E. Nealon** |
| | | **Wayne B. Holstad** |

18

| | | |
|---|---|---|
| **Commonwealth Land Title Co.** | represented by | **Donald Colleluori** |
| | | **Keith R Verges** |
| | | **Mark T Davenport** |
| | | **Russell W. Hubbard** |
| **Dewrell Sacks, LLP** *a limited liability partnership* | represented by | **Rudolf G. Schade , Jr.**<br>Cassiday, Schade & Gloor<br>20 North Wacker Drive<br>Suite 1040<br>Chicago , IL 60606-2903<br>(312) 641-3100<br>Email: rgs@cassiday.com<br><br>**Scott J. Brown**<br>Cassiday Schade LLP<br>20 North Wacker Drive<br>Suite 1040<br>Chicago , IL 60606-2903<br>(312) 641-3100<br>Email: sjb@cassiday.com |
| **Equity Settlement Services, Inc** *a New York corporation* | represented by | **George P. Apostolides**<br>Arnstein & Lehr, LLP<br>120 South Riverside Plaza, Suite 1200<br>Chicago , IL 60606-3913<br>(312) 876-7100<br>Email: gapostolides@arnstein.com |
| **Fidelity National Title Insurance Co.** *a California corporation* | represented by | **Albert Edwin Fowerbaugh , Jr.**<br><br>**Eric P. Early** |
| **General American Corporation** | represented by | **Joseph J Siprut**<br>Schopf & Weiss<br>One South Wacker Drive, 28th Floor<br>Chicago , IL 60606<br>Email: siprut@sw.com<br><br>**Peter Vincent Baugher**<br>Schopf & Weiss LLP<br>One South Wacker Drive, 28th Floor<br>Chicago , IL 60606<br>(312) 701-9300<br>Email: baugher@sw.com |

19

| | | |
|---|---|---|
| **First Merit Settlement Services, Inc.** | represented by | **Matthew L. Kurzweg** Kurzweg Law Offices Gulf Tower, 34th Floor 707 Grant Street Pittsburgh , PA 15219 412 258 2223 Email: mkurzweg@kurzweglaw.com |
| **Home Equity Title Services, Inc.** | represented by | **Anthony C. Campanale** Anthony C. Campanale & Associates 19 South LaSalle Street, Suite 1500 Chicago , IL 60603 (312)641-2233 Email: accampanale@acclaw.com |
| **Home-Land Title & Abstract Co., Inc.** *a Mississippi corporation* | represented by | **Gregory A. Cerulo** Quinn, Johnston, Henderson & Pretorius 227 Northeast Jefferson Street Peoria , IL 61602 (309) 674-1133 Email: gcerulo@qjhp.com<br><br>**Michael Andrew Kraft** Quinn, Johnston, Henderson & Pretorius 227 Northeast Jefferson Street Peoria , IL 61602 (309) 674-1133 Email: mkraft@qjhp.com |
| **Ilene K. Chapel** *an individual* | represented by | **William E. Hosler** Williams Williams Rattner & Plunkett PC 380 N. Old Woodward Avenue, Suite 300 Birmingham , MI 48009 248 642 0333 Email: weh@wwrplaw.com |
| **Indiana Title Network Co.** *an Indiana corporation* | represented by | **Cinthia Granados Motley**<br><br>**Daniel John McMahon**<br><br>**Rebecca Rothmann** |
| **John Weber & Associates, P.C.** *a New York professional corporation* | represented by | **Rudolf G. Schade , Jr.**<br><br>**Scott J. Brown** |
| **LandAmerica Financial** | represented by | **Albert Edwin Fowerbaugh , Jr.** |

20

| | | |
|---|---|---|
| Group, Inc.<br>*a Virginia*<br>*corporation* | | Christopher S. Naveja |
| | | Donald Colleluori |
| | | Jason Brett Hirsh |
| | | John L. Ropiequet |
| | | Keith R Verges |
| | | Mark T Davenport |
| | | Russell W. Hubbard |
| Law Office of<br>Anthony A.<br>Senerchia, Sr.<br>P.C.<br>*a Massachusetts*<br>*professional*<br>*corporation* | represented by | Eric D Kaplan<br>Kaplan Papadakis & Gournis, LLP<br>180 North LaSalle St.<br>Suite 2108<br>Chicago , IL 60601<br>(312) 726-0531<br>Email: ekaplan@kpglaw.com |
| | | Jared Ira Rothkopf<br>Kaplan, Papadakis & Gournis<br>180 N. LaSalle St.<br>Suite 2108<br>Chicago , IL 60601<br>(312)726-0531<br>Email: jrothkopf@kpglaw.com |
| Law Office of<br>Daniel J. Nigro,<br>P.C.<br>*a professional*<br>*corporation* | represented by | Rudolf G. Schade , Jr.<br><br>Scott J. Brown |
| Law Offices of<br>Gregory T.<br>Lattanzi, LLC<br>*a limited*<br>*liability*<br>*company* | represented by | Richard M. Kaplan<br><br>George Kenneth Flynn |
| Law Office of<br>Jonathan P.<br>Ash | represented by | Christopher E. Kentra<br><br>Clark Murray Stalker<br><br>J. Aaron Jensen |

21

| | | |
|---|---|---|
| **Law Offices of Marc D. Foley, P.C.** *a Massachusetts professional corporation* | represented by | **Christopher E. Kentra** |
| | | **Clark Murray Stalker** |
| | | **J. Aaron Jensen** |
| **Law Title Insurance Co., Inc.** | represented by | **Russell W. Hubbard** |
| **Lawyers Title Insurance Corp.** *a Virginia corporation* | represented by | **Albert Edwin Fowerbaugh , Jr.** |
| | | **Christopher S. Naveja** |
| | | **Donald Colleluori** |
| | | **Jason Brett Hirsh** |
| | | **John L. Ropicquet** |
| | | **Keith R Verges** |
| | | **Mark T Davenport** |
| | | **Russell W. Hubbard** |
| **Lee S. Jacobowitz** | represented by | **Rudolf G. Schade , Jr.** |
| **Lenders First Choice,** *a Texas Corporation* | represented by | **Albert Edwin Fowerbaugh , Jr.** |
| **Mortgage Information Service** | represented by | **Derek M. Johnson** Rathje & Woodward LLC 300 East Roosevelt Road, Suite 300 Wheaton , IL 60187 630 668 8500 Email: djohnson@rathjewoodward.com |
| | | **Emily Alb Shupe** Rathje & Woodward LLC 300 E. Roosevelt Road, Suite 300 Wheaton , IL 60187 (630) 668-8500 Email: eshupe@rathjewoodward.com |

22

|  | | **Timothy D. Elliott** |
|---|---|---|
|  | | Rathje & Woodward |
|  | | 300 East Roosevelt Road, Suite 300 |
|  | | Wheaton , IL 60187 |
|  | | (630)668-8500 |
|  | | Fax: (630)668-7350 |
|  | | Email: telliott@rathjewoodward.com |

**National Real Estate Information Services of New Jersey, Inc.**
*a New Jersey corporation*

represented by **Christopher H Murphy**

**John J. McDonough**

**National Real Estate Information Services**
*a Pennsylvania limited partnership*

represented by **David Joel Chizewer**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
55 East Monroe Street #3300
Chicago , IL 60603
(312)201-4000
Email: david.chizewer@goldbergkohn.com

**Alais Lachlan Maclean Griffin**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
55 East Monroe Street #3300
Chicago , IL 60603
(312)201-4000
Email: alais.griffin@goldbergkohn.com

**Chante Danielle Spann**
Goldberg Kohn
55 East Monroe
Suite 3300
Chicago , IL 60603-5792
(312) 201-4000
Email: Chante.Spann@goldbergkohn.com

**Resource Title**

represented by **James Joseph Sipchen**
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2200
Chicago , IL 60606-4673
(312) 346-1973
Email: jsipchen@pretzel-stouffer.com

23

|  |  | **Matthew F Tibble**<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive, Suite 2200<br>Chicago , IL 60606-4673<br>312 578 7445<br>Email: mtibble@pretzel-stouffer.com |
|---|---|---|
| Roy W. Waller | represented by | **Michael J. Weber** |
| Schop &<br>Pleskow | represented by | **David William Warren** |
| Nations Title<br>Agency of<br>Michigan | represented by | **David Christian McCormack** |
| Nations Title<br>Agency of<br>Missouri | represented by | **David Christian McCormack** |
| Paul D.<br>Boudreau | represented by | **Charles Scott Ofstein**<br>Donohue, Brown, Mathewson & Smyth<br>140 South Dearborn Street, Suite 800<br>Chicago , IL 60603<br>(312) 422-0900<br>Fax: (312) 422-0909<br>Email: ofstein@DBMSlaw.com<br><br>**Joseph Kent Mathewson**<br>Donohue, Brown, Mathewson & Smyth<br>140 South Dearborn Street, Suite 700<br>Chicago , IL 60603<br>(312) 422-0900<br>Email: kent@dbmslaw.com |
| Portony and<br>Green | represented by | **Harlene G. Matyas**<br><br>**Sreeram Natarajan** |
| Residential<br>Title Service | represented by | **James V. Noonan**<br>Noonan & Lieberman<br>105 West Adams Street, Suite 3000<br>Chicago , IL 60603<br>(312) 431-1455<br>Email: jnoonan@noonanandlieberman.com |

24

|  |  | **Katherine Marie Donat**<br>Noonan & Lieberman, Ltd.<br>105 W. Adams. Suite 3000<br>Chicago , IL 60603<br>(312) 431-1455<br>Email: kdonat@noonanandlieberman.com |
|---|---|---|
| **Specialty Title Services, Inc.** | represented by | **Kevin J. Clancy**<br>Lowis & Gellen<br>200 West Adams, Suite 1900<br>Chicago , IL 60606<br>(312) 364-2500<br>Email: kclancy@lowis-gellen.com |
| **Stewart Title of Seattle** | represented by | **Gerard David Kelly** |
|  |  | **Anna C. Schumaker** |
|  |  | **Michael Christian Andolina** |
| **Superior Closing Services, LLC** | represented by | **John J. McDonough** |
| **Gordon Videll**<br>*an individual* | represented by | **Richard M. Kaplan** |
|  |  | **George Kenneth Flynn** |
| **Tapalian & Tadros** | represented by | **Christopher E. Kentra** |
|  |  | **Brian J. Williams**<br>Meckler, Bulger & Tilson<br>123 North Wacker Drive<br>Suite 1800<br>Chicago , IL 60606<br>(312)474-7900<br>Email: brian.williams@mbtlaw.com |
|  |  | **Clark Murray Stalker** |
|  |  | **J. Aaron Jensen** |
| **The Matlusky Firm** | represented by | **Gary Thomas Jansen** |
|  |  | **Nicole D Milos** |
| **Towne & Country Land Title Agency, Inc.** | represented by | **Christopher H Murphy** |
|  |  | **John J. McDonough** |

25

| | | |
|---|---|---|
| **TranStar National Title** | represented by | **Frank John Kokoszka**<br>Kokoszka & Janczur, P.C.<br>140 South Dearborn Street<br>Suite 1610<br>Chicago , IL 60603-5208<br>(312) 443-9600<br>Fax: (312) 443-5704<br>Email: fkokoszka@k-jlaw.com |
| **TurnkeyTitle Corporation** | represented by | **Annaliese Flynn Fleming** |
| **Allied Home Mortgage Capital Corp.** | represented by | **Daniel Francis Lynch**<br>Lynch & Stern LLP<br>150 South Wacker Drive<br>Suite 2600<br>Chicago , IL 60606<br>(312) 442-9480<br>Fax: (312) 896-5883<br>Email: dan@lynchandstern.com<br><br>**Avidan Joel Stern**<br>Lynch & Stern LLP<br>150 S. Wacker Drive, Suite 2600<br>Chicago , IL 60606<br>(847) 650-6546<br>Fax: (312) 896-5883<br>Email: avi@lynchandstern.com |
| **Michigan Trust Title Agency, LLC** | represented by | **James Kenneth Borcia** |
| **Tapalian & Tadros** | represented by | **Bruce Robert Meckler**<br>Meckler, Bulger & Tilson<br>123 North Wacker Drive, Suite 1800<br>Chicago , IL 60606<br>(312)474-7900<br>Email: bruce.meckler@mbtlaw.com |
| **Timothy P Kennedy** | represented by | **Harlene G. Matyas**<br><br>**Sreeram Natarajan** |
| **Attorney Cislo Title Company** | represented by | **Jeffrey Wayne Finke**<br>Law Office of Jeffrey W. Finke<br>55 West Wacker Drive, Suite 1400<br>Chicago , IL 60601-1799<br>312-606-3333<br>Email: jwfinke@mindspring.com |

26

BN 3373037v1

| | | |
|---|---|---|
| **Sette & Bonadies, P.C.** | represented by | **Gary Thomas Jansen** |
| | | **Nicole D Milos** |
| **Fred Sette** | represented by | **Gary Thomas Jansen** |
| | | **Nicole D Milos** |
| **Dey Smith & Collier LLC** *Connecticut limited liabilty company* | represented by | **Richard M. Waris** |
| | | **Donald Patrick Eckler** |
| | | **James Joseph Sipchen** |
| | | **Matthew F Tibble** |
| **Desautels, Mahoney & Kohn, LLC** | represented by | **Gary Thomas Jansen** |
| **Lieto & Greenberg LLP** | represented by | **Rudolf G. Schade , Jr.** |
| | | **Scott J. Brown** |
| **Connecticut Closing Services** | represented by | **Harlene G. Matyas** |
| | | **Sreeram Natarajan** |
| **Fidelity National Title Company** *a California corporation* | represented by | **Albert Edwin Fowerbaugh , Jr.** |
| | | **Eric P. Early** |
| **Chicago Title Insurance Company** | represented by | **Albert Edwin Fowerbaugh , Jr.** |
| | | **Eric P. Early** |
| **Lisa Hayes** | represented by | **Daniel Mark Harris** Attorney at Law 150 North Wacker Drive, Suite 3025 Chicago , IL 60606 (312) 960-1802 Email: lawofficedh@yahoo.com |
| **Synodi Videll & Green, LLC** *a Connecticut limited company* | represented by | **Richard M. Kaplan** |
| | | **George Kenneth Flynn** |

27

BN 3373037v1

|  |  | **Susan N. K. Gummow**<br>Clausen Miller P.C.<br>10 South LaSalle Street, Suite 1600<br>Chicago , IL 60603<br>(312) 855-1010<br>Email: sgummow@clausen.com |
|---|---|---|
| **Willacy Counties** | represented by | **Don E. Glickman**<br>Glickman, Flesch & Rosenwein<br>230 West Monroe Street, Suite 800<br>Chicago , IL 60606<br>(312) 346-1080<br>Fax: (312) 346-3708<br>Email: dglickman@lawggf.com |
|  |  | **James A. Flesch**<br>Glickman, Flesch & Rosenwein<br>230 West Monroe Street, #800<br>Chicago , IL 60606<br>(312) 346-1080, Fax: (312) 346-3708<br>Email: jaflesch@lawggf.com |
| **David B. Carroll, P.C.**<br>*a professional corporation* | represented by | **Clark Murray Stalker** |
| **Anchor Title LLC** | represented by | **Christopher H Murphy** |
| **Law Offices of Nicholas Barrett** | represented by | **Eric D Kaplan**<br><br>**Jared Ira Rothkopf** |
| **Scott E. Lawrence** | represented by | **Donald Brown , Jr.**<br>Donohue, Brown, Mathewson & Smyth<br>140 South Dearborn Street. Suite 800<br>Chicago , IL 60603<br>(312) 422-0900<br>Fax: (312) 422-0909<br>Email: donald.brown@dbmslaw.com |
|  |  | **Charles Scott Ofstein** |
| **Midwest Home Funding, LLC** | represented by | **Cheryl Ann Perry**<br>Law Office of Cheryl A. Perry<br>19065 Hickory Creek Drive, Suite 150<br>Mokena , IL 60448<br>(708) 479-8855, Fax: (708) 479-8877<br>Email: cheryl@caplawoffice.com |

28

John Joseph Lydon
Gomberg, Shafman, Gold & Ostler, P.C.
208 South LaSalle Street, Suite 1410
Chicago , IL 60604
(312) 332-6194
Email: lydonj@gsgolaw.com

**Heritage Title**   represented by   **Daniel John McMahon**

**Cinthia Granados Motley**

**Rebecca Rothmann**

**Equititle, LLC**   represented by   **Christopher H Murphy**

**Richmond Title**   represented by   **Veronica W. Saltz**
**Services, L.P.**                    Saltz Polisher P.C.
993 Old Eagle School Road, Suite 412
Wayne , PA 19087
(610) 964-3333
Email: vsaltz@saltzpolisher.com

**Joel S. Todd**
Saltz Polisher P.C.
993 Old Eagle School Road, Suite 412
Wayne , PA 19087
(610) 964-3333
Email: jtodd@saltzpolisher.com

**Matthew D. Matkov**
Saltz Polisher P.C.
993 Old Eagle School Road, Suite 412
Wayne , PA 19087
(610) 964-3333
Email: mmatkov@saltzpolisher.com

**Law Offices of**   represented by   **Rudolf G. Schade , Jr.**
**George T.**                         Cassiday, Schade & Gloor
**Crowley**                           20 North Wacker Drive, Suite 1040
Chicago , IL 60606-2903
(312) 641-3100
Email: rgs@cassiday.com

**Scott J. Brown**

**TEK Title,**   represented by   **Robert Stuart Pinzur**
**LLC**

**Brian Scott Brewer**

29

BN 3373037v1

**Brian R Merfeld**

**Laura E. Cohen**

**Megan Laura Kerr**

**Michigan Trust Title Agency, LLC** represented by **James Kenneth Borcia**

**Argent Mortgage Company, LLC** represented by **Thomas Joseph Wiegand**
Winston & Strawn LLP
35 West Wacker Drive
Chicago , IL 60601-9703
(312) 558-5600
Email: twiegand@winston.com

**David Edward Dahlquist**
Winston & Strawn LLP
35 West Wacker Drive
Chicago , IL 60601-9703
(312) 558-5600
Email: ddahlquist@winston.com

**Greg J. Miarecki**
Winston & Strawn LLP
35 West Wacker Drive
Chicago , IL 60601-9703
(312) 558-5600
Email: gmiarecki@winston.com

**Liaison Counsel for Borrower and Non-Borrower Class**

**Marvin Alan Miller**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago , IL 60603
(312) 332-3400, Fax: (312) 676-2676
Email: Mmiller@millerlawllc.com

**Liaison Counsel for Opt-Outs**

**Charles M. Delbaum**
National Consumer Law Center
77 Summer Street, 10th Floor
Boston , MA 02110
(617)2266-0313
Email: cdelbaum@nclc.org

**Daniel S. Blinn**
Consumer Law Group
35 Cold Spring Rd., Suite 512

30

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL Docket No. 1715

Lead Case No. 05-cv-07097

Centralized before The Honorable Marvin
E. Aspen

AMERIQUEST MORTGAGE COMPANY et al.,

    Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW
CORP., et al.,

    Third-Party Defendants.

**THIRD-PARTY PLAINTIFFS'
REQUESTS FOR PRODUCTION (SET
TWO) PROPOUNDED ON ALL THIRD
PARTY DEFENDANTS**

**PROPOUNDING PARTY: Third-Party Plaintiffs Ameriquest Mortgage Company and
Argent Mortgage Company LLC**

**RESPONDING PARTY:    Third-Party Defendants**

**SET NO.:    Two**

    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Third-Party Plaintiffs
Ameriquest Mortgage Company and Argent Mortgage Company LLC hereby request that Third-
Party Defendants produce the documents requested below within thirty (30) days of the date of
service hereof, at the offices of Buchalter Nemer, 1000 Wilshire Blvd, Suite 1500, Los Angeles,
CA 90017-5704. Third-Party Plaintiffs' inspection and copying will not permanently alter the
items inspected or copied.

### DEFINITIONS

    1.    "Third-Party Plaintiffs" means Ameriquest Mortgage Company and, or Argent
Mortgage LLC, their agents, representatives, assigns, employees, attorneys, parent entities, and
each and every person or entity acting or purporting to act on its behalf or interest for any
purpose whatsoever.

    2.    "Document" and "Documents" shall have the meaning ascribed to them in Rule
34 of the Federal Rules of Civil Procedure.

1

RFP TO THIRD-PARTY DEFS. (SET TWO)

3.     "Communications" means and includes correspondences, conversations and all other forms of information exchange, whether written, verbal, by telephone, electronic mail, facsimile or other mode of transmission.

4.     "Relate To" or "Relating To," when used in reference to a Document, means that the Document constitutes, comprises, contains, discusses, evidences, comments upon, embodies, identifies, states, explains, describes, shows, makes manifest or apparent, or analyzes the subject of the request.

5.     "You" and "Your" means the Third-Party Defendant responding to these Requests for Production, and its agents, predecessors, representatives, assigns, partners, employees, independent contractors, attorneys, consultants, and each and every person or entity acting or purporting to act on its behalf or interest for any purpose whatsoever.

6.     "Third-Party Complaint" means the most recently filed Third-Party Complaint in this action.

## INSTRUCTIONS

1.     Documents found attached or joined to other Documents by staple, clip, binder, binding, file folder, computer file or directory should be produced in the same manner.  If Documents are produced on CD, include with the CD the appropriate file that will ensure that, when printed in hard copy form, the integrity of individual Documents is maintained.

2.     The document requests set forth below pertain to all Documents available to You, including all Documents in Your possession, custody or control.

3.     Unless otherwise specified, the document requests set forth below pertain to Documents that were applicable, prepared, generated, written, sent, dated or received during the time period from January 1, 2000 to the date of Your production.

4.     If any responsive Document was, but is no longer in Your possession, custody or control, provide the following information;

(a)     The disposition of the Document;

(b)     The date such disposition was made;

(c)     The custodian of the Document at the time You disposed of the Document, and any present custodian of the document, if known;

(d)     Identify the Person who made the decision to dispose of the Document;

(e)     State the reason for the disposition;

2

**RFP TO THIRD-PARTY DEFS. (SET TWO)**

(f)     Describe the Document and the contents of the Document, including the title, subject matter, number of pages, author(s), job title or positions of the author(s) and recipients and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

5.     Where a claim of privilege is asserted in objecting to any request or part thereof, and information is withheld on the basis of such assertion:

(a)     Identify the nature of the privilege (including work product) that is being claimed; and

(b)     Provide the following information in a privilege log accompanying Your response:

(i)     The paragraph of this request to which such Document is responsive;

(ii)     The type of Document,

(iii)     The general subject matter of the Document;

(iv)     The date of the Document, the custodian, author(s), all recipients, together with the job titles or positions of the author(s) and recipients, and, where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

6.     If any part of a Document is responsive, produce the entire Document. If You assert privilege with respect to any part of a responsive Document, redact the privileged portion and indicate clearly on the Document where material was redacted by the legend "REDACTED-PRIVILEGED." Redacted Documents should be produced even if You believe that the non-redacted portion is not responsive. Please identify redactions on Your privilege log in the same manner as withheld Documents.

7.     If You withhold any Document responsive to any request for any reason other than a claim of attorney-client privilege or work-product protection, provide a list identifying each such Document withheld, the asserted basis for withholding the Document, the custodian, the date of the Document, the author(s), all recipients, together with the job titles or positions of the author(s) and recipients, the subject matter of the Document and the paragraph of this Request to which each such Document relates.

8.     Documents in electronic format should be made available electronically in their native file format, unless another form or format is specifically requested. If You believe that

3

**RFP TO THIRD-PARTY DEFS. (SET TWO)**

production in a specified electronic format is overly burdensome, You should so state in Your response to these requests and produce Documents in reasonably usable form. Defendant reserves the right to seek the production of additional Documents in an alternative form or format from that in which they were originally produced.

9. If, in responding to this Document request, You believe that any request, instruction, or definition is ambiguous, set forth the matter deemed ambiguous and the construction used in responding.

10. Your obligation to produce Documents responsive to these requests is continuing. If You create or discover responsive Documents after Your initial response to these requests, promptly produce such Documents in accordance with these instructions or follow the procedures specified for Documents withheld under a claim of privilege or otherwise.

11. These requests are not intended to be duplicative. Each request should be responded to fully, and to the extent not covered by other requests. If Documents are responsive to more than one request, You should so note in Your response and produce each such Document in response to the request that is more specifically directed to the subject matter of the particular Document.

12. Should You obtain any other Documents or information which would supplement or modify the Documents or information supplied by You in response to this request, You are directed, pursuant to FRCP 26(e), to give timely notice of such Documents and information and to furnish the additional Documents or information without delay.

## DOCUMENTS REQUESTED

### REQUEST NO. 1:

All Documents Relating To the loan closings including but not limited to closing affidavits, closing protection letters, and closing instructions for any of the loans referenced at Ex. A to the Third-Party Complaint in which You participated as an underwriter, title company, closing agent, or in any other capacity.

### REQUEST NO. 2:

All agreements Relating To the provision of services for Third-Party Plaintiffs' loans.

### REQUEST NO. 3:

The closing files for any loans referenced at Ex. A to the Third-Party Complaint in which

4

**RFP TO THIRD-PARTY DEFS. (SET TWO)**

You participated.

**REQUEST NO. 4:**

All Documents referencing the scope of authority of approved agents concerning loan closings including issuing agents, title companies, approved vendors, approved attorneys, and approved settlement agents.

**REQUEST NO. 5:**

All training other informational materials Relating To approved attorneys, issuing agents, closing vendors, notaries, and settlement agents.

**REQUEST NO. 6:**

All Documents upon which You rely in support of Your denial of coverage or applicability of a closing protection letter for plaintiffs' allegations in the Borrowers Consolidated Class Complaints or opt-out Complaints referenced on Ex. A to the Third Party Complaint.

**REQUEST NO. 7:**

All Documents Relating To policies and procedures for the completion, handling, and, or distribution of Notice of Right to Cancel forms.

**REQUEST NO. 8:**

All Documents Relating To policies and procedures for loan closings.

**REQUEST NO. 9:**

All training or other informational materials Relating To closing instructions.

**REQUEST NO. 10:**

All training other informational materials Relating To closing affidavits.

**REQUEST NO. 11:**

All training other informational materials Relating To loan closings.

**REQUEST NO. 12:**

All Communications between You and any of the Third-Party Plaintiffs explaining or promoting services provided by You.

5

**RFP TO THIRD-PARTY DEFS. (SET TWO)**

**REQUEST NO. 13:**

All Communications between You and any of the Third-Party Plaintiffs Relating To closing instructions.

**REQUEST NO. 14:**

All Communications between You and any of the Third-Party Plaintiffs Relating To closing protection letters.

**REQUEST NO. 15:**

All Communications between You and any of the Third-Party Plaintiffs Relating To closing affidavits.

**REQUEST NO. 16:**

All Communications between You and any of the Third-Party Plaintiffs Relating To loan closings.

**REQUEST NO. 17:**

All Communications between You and any underwriter, title company, or closing agent referenced at Ex. A to the Third-Party Complaint Relating To closing instructions (other than non-substantive cover-letters) for any loan by a Third-Party Plaintiff.

**REQUEST NO. 18:**

All Communications between You and any underwriter, title company, or closing agent referenced at Ex. A to the Third-Party Complaint Relating To closing protection letters (other than non-substantive cover-letters) for any loan by a Third-Party Plaintiff.

**REQUEST NO. 19:**

All Communications between You and a title company or closing agent referenced at Ex. A to the Third-Party Complaint Relating To closing affidavits for any loan by a Third-Party Plaintiff.

**REQUEST NO. 20:**

All Communications between You and an underwriter, title company, or closing agent referenced at Ex. A to the Third-Party Complaint Relating To loan closings for any loan by a Third-Party Plaintiff.

6

**RFP TO THIRD-PARTY DEFS. (SET TWO)**

**REQUEST NO. 21:**

      All advertising, marketing, or promotional materials Relating To closing instructions.

**REQUEST NO. 22:**

      All advertising, marketing, or promotional materials Relating To closing protection letters.

**REQUEST NO. 23:**

      All advertising, marketing, or promotional materials Relating To closing affidavits.

**REQUEST NO. 24:**

      All advertising, marketing, or promotional materials Relating To loan closings.

**REQUEST NO. 25:**

      All training or other informational materials Relating To Notice of Right to Cancel forms including but not limited to any obligation to complete or distribute copies of the form.

**REQUEST NO. 26:**

      All Documents upon which you rely in support of any of your affirmative defenses to the claims against you in the Third-Party Complaint.

**REQUEST NO. 27:**

      All Documents Relating To Your actual or potential liability for acts or omissions Related To a loan closing including but not limited to claims, judgments, and complaints alleging liability.

**REQUEST NO. 28:**

      All application files for any Third-Party Defendant such as files containing applications to be an approved closing agent.

**REQUEST NO. 29:**

      All audit files for any Third-Party Defendant such as files containing audits of Your approved closing agents.

**REQUEST NO. 30:**

      All policies and procedures provided to any title company, approved attorney, or closing

RFP TO THIRD-PARTY DEFS. (SET TWO)

agent on or after 2000.

**REQUEST NO. 31:**

All Communications Relating To any Third-Party Plaintiff concerning closing protection letters.

**REQUEST NO. 32:**

All agreements between You, on the one hand, and any Third-Party Plaintiff or any third-party defendant referenced on Ex. A to the Third-Party Complaint, on the other hand.

**REQUEST NO. 33:**

All Documents Relating To the supervision of any third-party defendant referenced on Ex. A to the Third-Party Complaint.

**REQUEST NO. 34:**

All Documents Relating To an underwriters' policies and procedures for review, audit, or supervision of title companies, agents, approved attorneys', and closing agents concerning loan closings including approval, compliance review, and audit procedures.

**REQUEST NO. 35:**

All Documents Relating To a title companies' policies and procedures for review, audit, or supervision of issuing agents, approved attorneys', or closing agents concerning loan closings including approval, compliance review, and audit procedures.

**REQUEST NO. 36:**

All insurance policies issued which may provide coverage for any claims against You in the Third-Party Complaint including but not limited to Errors and Omission or Professional Liability Insurance applicable at any time between 2003 and the present.

**REQUEST NO. 37:**

All agreements Relating To any services provided to or paid for by other third-party defendants referenced on Ex. A to the Third-Party Complaint including but not limited to marketing, accounting and human resources.

**REQUEST NO. 38:**

All Documents describing any common ownership between any underwriter and other

RFP TO THIRD-PARTY DEFS. (SET TWO)

Third-Party Defendant.

**REQUEST NO. 39:**

All agreements between You and any other person or entity Relating To indemnification for the liabilities of any other third-party defendant identified on Ex. A.

**REQUEST NO. 40:**

All Documents Related To reserves or estimated liability or set-asides for potential liability concerning closing protection letters other than with respect to a particular loan such as by lender, closing agent, or time period.

**REQUEST NO. 41:**

All Documents Related To reserves, estimated liability or set-asides for potential liability concerning closing protection letters for any loan by a Third-Party Plaintiff.

**REQUEST NO. 42:**

All organization charts reflecting common ownership between You and any other Third-Party Defendant identified in Ex. A to the Third-Party Complaint.

**REQUEST NO. 43:**

Documents sufficient to identify all persons employed by You with supervisory authority concerning closing protection letters during any period of time between 2000 to the present.

**REQUEST NO. 44:**

All Documents Relating To the frequency or quantity of the issuance of closing protection letters for any of the Third-Party Plaintiffs during any period of time between 2000 and 2007.

**REQUEST NO. 45:**

All Documents Relating To the quantity of services You or any other Third-Party Defendant provided to any of the Third-Party Plaintiffs during any period of time between 2000 and 2007.

**REQUEST NO. 46:**

All joint venture or affiliated business arrangement agreements with any other Third-Party Defendant in effect at any time between 2000 and 2007.

9

**RFP TO THIRD-PARTY DEFS. (SET TWO)**

**REQUEST NO. 47:**

For all loans referenced at Ex. A to the Third-Party Complaint in which You participated, including but not limited to, as an underwriter, title company, or closing agent, Documents sufficient to identify your role and the compensation or fees received.

DATED:  May 12, 2009

By: _____ /s/ Randall Manvitz _____

*Attorneys for Third-Party Plaintiffs* Ameriquest Mortgage Company and Argent Mortgage Company, LLC

Randall L. Manvitz (admitted *pro hac vice*)
Buchalter Nemer
333 Market St. 25th Floor
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile:  (415) 227-0700

**RFP TO THIRD-PARTY DEFS. (SET TWO)**

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105.

On the date set forth below, I served the foregoing document described as:

**THIRD-PARTY PLAINTIFFS' REQUESTS FOR PRODUCTION (SET TWO) PROPOUNDED ON ALL THIRD PARTY DEFENDANTS**

**BY EMAIL**    On May 12, 2009, I personally electronically served from my electronic address maldridge@buchalter.com in "PDF" format, the document(s) described above, without attachments, to the individual stated below to his known email/electronic addresses as shown below. The transmission was reported as complete and without error. (CRC §2.260, *et seq.*)

David Joel Chizewer                              Liaison Counsel to Third-Party Defendants
Goldberg, Kohn, Bell, Black,
Rosenbloom & Moritz, Ltd.
55 East Monroe Street #3300
Chicago , IL 60603
(312)201-4000
Email: david.chizewer@goldbergkohn.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 12, 2009, California.

Camille Perrine                              _Camille Perrine_
                                             (Signature)

BN 3583993v1

BUCHALTER NEMER

LOS ANGELES

**PROOF OF SERVICE**

# Exhibit B

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

NORTHERN     DISTRICT OF     ILLINOIS, EASTERN DIVISION

IN RE: Ameriquest Mortgage Co.
Mortgage Lending Practices Litigation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] MDL NO. 1715
Lead Case No. 05-Cv-07097

TO: JAMES D. DELANEY
60 WILLIAMS CT
MOBILE, AL 36606

Centralized before the Honorable
Marvin E. Aspen

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | Offices of Kenneth J. Riemer, Attorney at Law, 166 Government St., Mobile, AL 36602 | DATE AND TIME 6/1/2009 9:00 am |
|---|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached exhibit A.

| PLACE | Offices of Kenneth J. Riemer, Attorney at Law, 166 Government St., Mobile, AL 36602 | DATE AND TIME 6/1/2009 9:00 am |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 5/18/2009 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Earl P. Underwood, Jr., 21 South Section Street, Fairhope, AL 36532  251-990-5558

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                        DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

**Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:**

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the production, inspection, copying, testing, or sampling.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

## EXHIBIT A – DELANEY

1.  Any and all documents, including notary log, closing documents, and/or closing
    instructions from Ameriquest related to the following persons;

| | |
|---|---|
| Martha Artis | Willie and Lisa Mitchell |
| Charryl Bowling | Alvin Moore |
| Emanuel and Virginia Brown | Grant and Michelle Morring |
| Walter and Shawndree Campbell | Johnnie and Wanda Moseley |
| Michael A. Fox | Willet "Bill" Noon |
| Jack and Rhonda Fuller | Bob and Debra Parker |
| Miachel and Sheila Garity | Linda Pettway |
| Simon and Willie Mae Golston | Richard Pipkins |
| George and Bobbie Gray | Richard and Cheryl Poe |
| Erwin and Lillian Grayson | Derrel and Lynda Powell |
| Cleophas and Dessie Grimes | Cleo Reid |
| Roosevelt and Florita Harris | Wallace Resmondo |
| Thomas and Mariam Heineman | Stephen and April Rollin |
| Irma Henderson | Pauline Ruffin |
| Harold and Willie May Howard | Ross and Lindsey Smitherman |
| Henry and Fay Jackson | Angela Tardie |
| Hattie Jones | Keith and Helen Taylor |
| Mona Ladnier | Lisa Thomas |
| Bernard and Dinah Lambert | Joyce Williams |
| Benjamin Lewis | Christopher and Sharon Wilson |
| Chonita Means | Darlene Brown and John Woodard |
| Christine Means | |