IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO ALL ACTIONS _____ | ) ) ) ) ) ) ) | Lead Case No. 05 C 7097<br><br>MDL No. 1715<br><br>Centralized before<br>  The Hon. Marvin E. Aspen |

### NOTICE OF MOTION

TO:   Counsel of Record (via ECF system)

   PLEASE TAKE NOTICE that on June 11, 2009 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before The Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Third-Party Defendants' Request for Rule 26(f) Conference and for Extension of Time to Respond to Discovery**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

Dated:  June 8, 2009

                                                                Respectfully submitted,


                                                                /s/ David J. Chizewer
                                                                David J. Chizewer
                                                                Steven A. Levy
                                                                Kerry D. Nelson
                                                                GOLDBERG KOHN BELL BLACK
                                                                  ROSENBLOOM & MORITZ, LTD.
                                                                55 East Monroe Street
                                                                Suite 3300
                                                                Chicago, Illinois  60603
                                                                Telephone (312) 201-4000
                                                                Facsimile (312) 332-2196

                                                                *Liaison Counsel to Third-Party Defendants and counsel for National Real Estate Information Services, Inc.*

**CERTIFICATE OF SERVICE**

I, David J. Chizewer, hereby certify that on this 8th day of June, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Chizewer
David J. Chizewer