# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.

                    Plaintiff,

v.                                  Case No.: 1:05−cv−07097

                                  Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Morton Denlow for the purpose of holding proceedings related to: discovery motions − Third−party defendants' request for Rule 26(f) conference and extension of time to respond to discovery (2853). (gl, )Judicial staff mailed notice.


Dated: June 9, 2009

                                  /s/ Marvin E. Aspen

                                  United States District Judge