# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.

Plaintiff,

v.                                                      Case No.: 1:05–cv–07097
                                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2009:

   MINUTE entry before the Honorable Marvin E. Aspen:Third–Party Defendants' request for Rule 26(f) Conference and extension of time to respond to discovery (2853) is referred to Magistrate Judge Denlow. The motion hearing set for 6/11/09, before Judge Aspen is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.