# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.

                               Plaintiff,

v.                                            Case No.: 1:05−cv−07097

                                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen:Third−Party defendants' Motion for extension of time [2844] to respond to fourth amended third−party complaint is granted. Motion terminated. Third−party defendants are to file their responsive pleading to the operative complaint subsequent to this Court's ruling on the motion for leave to file fifth amended consolidated third−party complaint. If the court denies Ameriquest's motion for leave to file fifth amended third−party complaint, third−party defendants are given thirty−five days from the date of this court's order denying the motion to file a responsive pleading to the fourth amended third−party complaint. The motion hearing set for 6/11/09 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.