# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before Judge Marvin E. Aspen |
| DAVID JOHN DUCHENE, <br><br> Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2005-R11 Under the Pooling and Servicing Agreement Dated as of December 1, 2005, Without Recourse; AMC MORTGAGE SERVICES, INC., REAL ESTATE EXPERTS AND APPRAISERS, INC., and DOES 1-5, <br><br> Defendants. | Case No. 06 C 6750 <br><br> (Originally Case No. 06 C 13778 (E.D. Mich.)) <br><br> (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case No. 05 C 7097) <br><br><br> **DEMAND FOR JURY TRIAL** |

## NOTICE OF MOTION

**TO:**   SEE ATTACHED SERVICE LIST

   **PLEASE TAKE NOTICE** that on **Tuesday, June 16, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

1

s/ Cathleen M. Combs<br>Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Cathleen M. Combs, hereby certify that on June 10, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Bernard E. LeSage
blesage@buchalter.com

Robert M. Horwitz
Andrew J. Kolozsvary
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243

Real Estate Experts and Appraisers, Inc.
c/o Registered Agent
Fanny Clay
17589 James Couzens
Detroit, MI 48235

s/ Cathleen M. Combs<br>Cathleen M. Combs