**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) _____) ) THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | MDL No. 1715 Lead Case No. 05-cv-07097 Centralized before Judge Marvin E. Aspen |
| STUART BELFELD and MARIANNE BELFELD, ) ) Plaintiffs, ) ) v. ) ) ARGENT MORTGAGE COMPANY, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A.; WELLS FARGO BANK, N.A., PARK PLACE SECURITIES, INC., Asset Backed Pass Through Certificates Series 2005-WCW1, and DOES 1-5, ) ) ) ) ) ) ) Defendant. ) | 07 C 1749 Originally 1:07-cv-00143-GJQ (W.D. Mich.) Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 **JURY DEMANDED** |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

    **PLEASE TAKE NOTICE** that on **Tuesday, June 16, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

               s/ Cathleen M. Combs
               Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

   I, Cathleen M. Combs, hereby certify that on June 11, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

| | |
|---|---|
| Simon A. Fleischmann<br>sfleischmann@lockelord.com | Mark D. Van der Laan<br>Dykema Gossett, PLLC<br>300 Ottawa Ave.<br>Suite 700<br>Grand Rapids, MI 49503 |
| Bernard E. LeSage<br>blesage@buchalter.com | |
| James K. Borcia<br>jborcia@tsmp.com | |
| Thomas J. Cunningham<br>Locke, Lorde Bissell & Liddell LLP<br>111 S. Wacker Dr.<br>Chicago, IL 60606 | |

                s/ Cathleen M. Combs
                Cathleen M. Combs