**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL | ) | Centralized before Judge |
| ACTIONS | ) | Marvin E. Aspen |
| | ) | |

| | | |
|---|---|---|
| MELISSA D. HARRIS, | ) | |
| | ) | 06 C 4040 |
| Plaintiff, | ) | |
| | ) | (Originally 06-4030, C.D. Ill) |
| v. | ) | |
| | ) | (Transferred to Judge Aspen for |
| AMERIQUEST MORTGAGE COMPANY, | ) | pretrial proceedings under MDL |
| DEUTSCHE BANK NATIONAL TRUST | ) | #1715, Lead Case # 05 C 7097) |
| COMPANY, N.A., as Trustee of AMERIQUEST | ) | |
| MORTGAGE SECURITIES, INC., Asset Backed | ) | |
| Pass-Through Certificates, Series 2004-R7 under | ) | |
| the Pooling & Servicing Agreement dated as of | ) | |
| July 1, 2004, Without Recourse; | ) | |
| CITI RESIDENTIAL LENDING, INC., and | ) | |
| DOES 1-5, | ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:    SEE ATTACHED SERVICE LIST**

       **PLEASE TAKE NOTICE** that on **Thursday, June 18, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568  in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

               s/ Cathleen M. Combs
               Cathleen M. Combs

1

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
       & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

        I, Cathleen M. Combs, hereby certify that on June 12, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Bernard E. LeSage
blesage@buchalter.com

Craig Allen Varga
cvarga@vbhlc.com

Kevin J. McFadden
Zack Stamp Ltd.
601 W. Monroe St.
Springfield, IL 62704

                                    s/ Cathleen M. Combs
                                    Cathleen M. Combs