**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION )<br>)<br>)<br>)<br>_____)<br>)<br>THIS DOCUMENT RELATES TO ALL     )<br>ACTIONS                                                         )<br>                                                                           ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |

_____

| | |
|---|---|
| LORI  ANN  DUSSIA,                                        )<br>                                                                       )<br>                        Plaintiff,                           )<br>                                                                       )<br>                v.                                                   )<br>                                                                       )<br>AMERIQUEST MORTGAGE COMPANY,  )<br>DEUTSCHE BANK NATIONAL TRUST    )<br>COMPANY, N.A., as Trustee of AMERIQUEST )<br>MORTGAGE SECURITIES, INC., Asset Backed )<br>Pass Through Certificates, Series 2005-R11 Under )<br>the Pooling and Servicing Agreement Dated as of )<br>December 1, 2005, Without Recourse; CITI          )<br>RESIDENTIAL LENDING, INC., and DOES 1-5, )<br>                                                                       )<br>                        Defendants.                      ) | 1:07-cv-325<br><br>(Originally 5:06-cv-196 (W.D. MI))<br><br>(Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case # 05 C 7097)<br><br><br><br><br><br><br><br><br>**JURY DEMANDED** |

**NOTICE OF MOTION**

**TO:**    SEE ATTACHED SERVICE LIST

       **PLEASE TAKE NOTICE** that on **Thursday, June 18, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

                                                  s/ Cathleen M. Combs
                                                  Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

### CERTIFICATE OF SERVICE

  I, Cathleen M. Combs, hereby certify that on June 12, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Mark D. van der Laan
Dykema Gossett, PLLC
300 Ottawa Avenue, N.W.
Suite 700
Grand Rapids, MI 49503

        s/ Cathleen M. Combs
        Cathleen M. Combs