**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | |

| | | |
|---|---|---|
| MARK LEHR and PATRICIA LEHR, | ) ) | 06 C 4721 |
| Plaintiffs, | ) ) ) | (Originally 06 CV 12477 (E.D. Mich.)) |
| v. | ) ) | |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass-Through Certificates, Series 2004-R3 under the Pooling & Servicing Agreement Dated as of April 1, 2004, Without Recourse; AMC MORTGAGE SERVICES, INC., and DOES 1-5, | ) ) ) ) ) ) ) ) ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097) <br><br><br><br><br><br> **JURY DEMANDED** |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Thursday, June 18, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

1

                                    s/ Cathleen M. Combs
                                    Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Cathleen M. Combs, hereby certify that on June 15, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

| | |
|---|---|
| Kevin H. Breck | Bernard E. LeSage |
| Clark Hill | blesage@buchalter.com |
| 500 Woodward Ave. | |
| Suite 3500 | |
| Detroit, MI 48226 | |

                                    s/ Cathleen M. Combs
                                    Cathleen M. Combs