## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

## JOINT STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER

WHEREAS, the parties filed a Joint Stipulation and [Proposed] Amended Scheduling Order on April 21, 2009 (Docket No. 2716) to extend the pre-trial deadlines as follows: deadline for expert designation to July 21, 2009; deadline for designation of rebuttal experts to August 21, 2009; discovery cut-off to October 23, 2009; and motion cut-off to November 23, 2009; and

WHEREAS, on April 29, 2009, Third-Party Plaintiffs filed the Fourth Amended Consolidated Third Party Complaint (Docket No. 2736) in this proceeding; and

WHEREAS, on May 22, 2009, Third-Party Plaintiffs filed a Motion for Leave to File Fifth Amended Consolidated Third Party Complaint (Docket No. 2805), which seeks to add 42 new parties to the MDL proceeding; and

WHEREAS, the Third-Party Defendants recently appointed new liaison counsel and, further, filed a motion seeking a further extension of time to respond to the Fourth Amended Consolidated Third-Party Complaint or the operative complaint in this matter (Docket No. 2844); and

WHEREAS, on June 9, 2009, the Court entered an order (Docket No. 2857) extending the time for the Third-Party Defendants to respond to the operative complaint subsequent to this Court's ruling on the Third-Party Plaintiff's Motion for Leave to File Fifth Amended Consolidated Third Party Complaint, and further ordering that if the Court denies the Motion, Third-Party Defendants are given thirty-five days from the date of such order to file a responsive pleading to the Fourth Amended Consolidated Third-Party Complaint; and

WHEREAS, the extension of time to respond will mean that the anticipated motions to dismiss would likely not be filed until the end of July 2009 or later, and as result, a ruling on such motions would likely not occur until sometime in September or October at the earliest; and

WHEREAS, despite the fact that this MDL proceeding has now been pending for three and one-half years, new actions continue to be filed by plaintiffs, and transferred by the MDL Panel to this proceeding; and

WHEREAS, the parties have, to date, held three in-person mediation sessions with Retired Judge Donald J. O'Connell, and expect to schedule one or more additional mediation sessions shortly with just the Ameriquest Defendants, Servicers, and Third-Party Defendants; and

WHEREAS, the parties have, to date, substantially limited discovery and motion practice in order to keep litigation costs at a minimum in order to facilitate settlement; and

WHEREAS it would benefit all parties, and advance considerations of judicial economy, to enter a new scheduling order for all Opt-Out cases which (1) sets a realistic schedule for the completion of discovery, the designation of experts, and the filing of dispositive motions; (2) facilitates settlement of as many cases as possible; and (3) reasonably limits the addition of further cases to this MDL proceeding:

NOW THEREFORE, the parties respectfully request that the Court enter the following scheduling order:

1.    Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by October 14, 2009.

2.    Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by November 13, 2009.

3.    All fact and expert discovery in all Opt-Out cases shall be completed by January 15, 2010.

4.    Any motion for summary judgment, or partial summary judgment, with respect to any Opt-Out Complaint or related Third-Party Complaint, shall be filed by no later than February 15, 2010; and

5.    Any objection to this Stipulation must be filed within 10 days of the date on which this Stipulation is filed. This Stipulation, and any Order subsequently issued by the Court, shall apply to all Opt-Out Plaintiffs and Third-Party Defendants who do not file a timely written objection. In the event that a timely objection is filed, the parties, or any of them, may file a written response to the objection within 10 days.

**IT IS SO STIPULATED:**

Dated: June 15, 2009

By:/s/ Charles M. Delbaum       
*Attorneys for Certain Opt-Out Plaintiffs*

Charles M. Delbaum
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 01220
(617) 266-0313

Dated:  June 15, 2009

By:/s/ Daniel S. Blinn

*Attorneys for Certain Opt-Out Plaintiffs*

Daniel S. Blinn
Consumer Law Group
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
(860) 571-0408

Dated:  June 15, 2009

By:/s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company, LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

BN 3721216v2

Dated:  June 15, 2009

By: /s/ Bernard E. LeSage _____

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc. CitiFinancial Mortgage; CitiResidential Lending Inc.; Deutsche Bank National Trust Company, as Trustee; HSBC Mortgage Services Inc.; GMAC ResCap; Barclays Capital; US Bank; Litton Loan Servicing; Merrill Lynch Credit Corp. ; Wells Fargo Bank, as Trustee; WM Specialty Mortgage LLC; Countrywide; Wilshire Credit Corp.; and Bank of NY Trust Co.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

5

## [PROPOSED] ORDER

Counsel for Defendants and Opt-Out Plaintiffs having so stipulated, and the Court having considered the Stipulation, **IT IS ORDERED that:**

1.      Each party shall disclose any and all affirmative experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by October 14, 2009.

2.      Each party shall disclose any and all rebuttal experts, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2), by November 13, 2009.

3.      All fact and expert discovery in all Opt-Out cases shall be completed by January 15, 2010.

4.      Any motion for summary judgment, or partial summary judgment, with respect to any Opt-Out Complaint or related Third-Party Complaint, shall be filed by no later than February 15, 2010; and

5.      Any objection to this Stipulation must be filed within 10 days of the date on which this Stipulation is filed.  This Stipulation, and any Order subsequently issued by the Court, shall apply to all Opt-Out Plaintiffs and Third-Party Defendants who do not file a timely written objection.  In the event that a timely objection is filed, the parties, or any of them, may file a written response to the objection within 10 days.

**IT IS SO ORDERED.**

_____

The Honorable Marvin E. Aspen
The Honorable Morton Denlow

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 15th day of June 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage