IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL NO. 1715<br><br>Lead Case No. 05-CV-07097 |
| | ) | (Centralized before Judge Aspen) |
| ROSE TERRY, et al.<br>Plaintiffs<br>-vs.-<br><br>AMERIQUEST MORTGAGE COMPANY, et al.<br>Defendants and Third-party Plaintiffs<br>-vs.-<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, et al.<br>Third-party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:08-CV-02475<br><br>Honorable David H. Coar |

## MOTION TO WITHDRAW AS COUNSEL

Michael D. Sher, Emily Mulder Milman, and Athanasios Papadopoulos, of Neal, Gerber & Eisenberg LLP, attorneys of record for defendants First American Title Insurance Company, Midland Title Security, Inc., Ohio Bar Title Insurance Company, Mortgage Guarantee & Title Company, and Metropolitan Title Company, hereby respectfully move to withdraw as counsel for these defendants. Because Robert Radasevich, of Neal, Gerber & Eisenberg LLP, continues to represent said defendants, the requested withdrawal of counsel will not cause any material delay in the present proceedings. As such, defendants will not suffer any prejudice by the requested withdrawal of counsel. The relief sought herein is warranted pursuant to Local Rule 83.17.

WHEREFORE, the undersigned moves that this Court grant this motion to withdraw.

Respectfully submitted,

FIRST AMERICAN TITLE INSURANCE COMPANY, MIDLAND TITLE SECURITY, INC., OHIO BAR TITLE INSURANCE COMPANY, MORTGAGE GUARANTEE & TITLE COMPANY, and METROPOLITAN TITLE COMPANY

By: __/s/ Athanasios Papadopoulos__
One of their attorneys

Robert A. Radasevich (ARDC #6199184)
Michael D. Sher (ARDC #2580519)
Athanasios Papadopoulos (ARDC #6278188)
Emily Mulder Milman (ARDC #6275564)
NEAL, GERBER & EISENBERG LLP
Two N. LaSalle St., Suite 1700
Chicago, IL 60602
312-269-8000

Dated: June 17, 2009

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the preceding Motion to Withdraw was filed electronically through this Court's CM/ECF system on June 17, 2009, which system shall effectuate service upon all counsel of record.

                                                      /s/ Athanasios Papadopoulos

NGEDOCS: 1610303.1