IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715<br><br>Lead Case No. 05-CV-07097<br><br>(Centralized before Judge Aspen) |
| ROSE TERRY, et al.<br>        Plaintiffs<br>-vs.-<br><br>AMERIQUEST MORTGAGE COMPANY, et al.<br>        Defendants and Third-party Plaintiffs<br>-vs.-<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, et al.<br>        Third-party Defendants | Case No. 1:08-CV-02475<br><br>Honorable David H. Coar |

## NOTICE OF MOTION

TO: All Counsel of Record

    On Tuesday, June 23, 2009 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Marvin E. Aspen or any Judge sitting in his stead, in Courtroom 2568, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion to Withdraw as Counsel.**

                      FIRST AMERICAN TITLE INSURANCE COMPANY, MIDLAND TITLE SECURITY, INC., OHIO BAR TITLE INSURANCE COMPANY, MORTGAGE GUARANTEE & TITLE COMPANY, and METROPOLITAN TITLE COMPANY

                      By:     /s/ Athanasios Papadopoulos

Robert A. Radasevich (ARDC #6199184)
Michael D. Sher (ARDC #2580519)
Athanasios Papadopoulos (ARDC #6278188)
Emily Mulder Milman (ARDC #6275564)
NEAL, GERBER & EISENBERG LLP
Two N. LaSalle St., Suite 1700
Chicago, IL 60602
312-269-8000
Dated: June 17, 2009

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the preceding Notice of Motion was filed electronically through this Court's CM/ECF system on June 17, 2009, which system shall effectuate service upon all counsel of record.

                                                /s/ Athanasios Papadopoulos

NGEDOCS: 020828.0601:1615702.1