**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| YVETTE WILLIAMS and JESSTIN WILLIAMS, | ) ) ) | 1:07-cv-127 |
| Plaintiffs, | ) ) | (Originally 5:06-cv-174 (W.D. MI)) |
| v. | ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097) |
| AMERIQUEST MORTGAGE COMPANY, WM SPECIALTY MORTGAGE, LLC, AMC MORTGAGE SERVICES, and DOES 1-5, | ) ) ) ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Tuesday, June 23, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

                                            s/ Cathleen M. Combs
                                            Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs

James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Cathleen M. Combs, hereby certify that on June 17, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Mark D. Van der Laan
Dykema Gossett, PLLC
300 Ottawa Ave.
Suite 700
Grand Rapids, MI 49503

Bernard E. LeSage
blesage@buchalter.com

                                                    s/ Cathleen M. Combs
                                                    Cathleen M. Combs