# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| JAMES CARTER and EVIE CARTER, | ) ) | 06 C 3425 |
| Plaintiffss, | ) ) | |
| v. | ) ) | (Originally 06 C 137 (N.D.IN.) |
| AMERIQUEST MORTGAGE COMPANY, WM SPECIALTY MORTGAGE, LLC, AMC MORTGAGE SERVICES, INC. and DOES 1-5, | ) ) ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #5 C 7097) |
| Defendants. | ) | **JURY DEMANDED** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Tuesday, June 23, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

                                                             s/ Cathleen M. Combs
                                                             Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Cathleen M. Combs, hereby certify that on June 18, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com

                                          s/ Cathleen M. Combs
                                          Cathleen M. Combs