IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Lead Case No. 05-CV-07097<br><br>MDL No. 1715<br><br>Centralized before<br>The Hon. Marvin E. Aspen |

**CORRECTED**
**MOTION TO WITHDRAW AS COUNSEL**

Michael D. Sher, Emily Mulder Milman, and Athanasios (Thomas) Papadopoulos, of Neal, Gerber & Eisenberg LLP, attorneys of record for defendants/third-party defendants First American Title Insurance Company, Midland Title Security, Inc., Ohio Bar Title Insurance Company, Mortgage Guarantee & Title Company, and Metropolitan Title Company, hereby respectfully move to withdraw as counsel for these defendants. Because Robert Radasevich, of Neal, Gerber & Eisenberg LLP, continues to represent said defendants, the requested withdrawal of counsel will not cause any material delay in the present proceedings. As such, defendants will not suffer any prejudice by the requested withdrawal of counsel. The relief sought herein is warranted pursuant to Local Rule 83.17.

WHEREFORE, the undersigned moves that this Court grant this motion to withdraw.

Respectfully submitted,

FIRST AMERICAN TITLE INSURANCE
COMPANY, MIDLAND TITLE SECURITY,
INC., OHIO BAR TITLE INSURANCE
COMPANY, MORTGAGE GUARANTEE &
TITLE COMPANY, and METROPOLITAN
TITLE COMPANY

By: ___/s/ Athanasios Papadopoulos___
            One of their attorneys

Robert A. Radasevich (ARDC #6199184)
Michael D. Sher (ARDC #2580519)
Athanasios Papadopoulos (ARDC #6278188)
Emily Mulder Milman (ARDC #6275564)
NEAL, GERBER & EISENBERG LLP
Two N. LaSalle St., Suite 1700
Chicago, IL 60602
312-269-8000

Dated: June 18, 2009

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the preceding Corrected Motion to Withdraw was filed electronically through this Court's CM/ECF system on June 18, 2009, which system shall effectuate service upon all counsel of record.

/s/ Athanasios Papadopoulos

NGEDOCS: 1610303.1