## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.
                                  Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 19, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs' Motion for leave to file [2905)] Second Amended Complaint, instanter, (Case No. 07 C 323) is granted. Motion terminated. Party Chase Home Finance, LLC, and JMPC Specialty Mortgage, LLC added. AMC Mortgage Services, Inc. is dismissed withou prejudice and terminated. The name of defendant WM Specialty Mortgage, LLC is updated to JPMC Specialty Mortgage, LLC, formerly known as WM Specialty Mortgage, LLC. The motion hearing set for 6/23/09 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.