IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO ALL ACTIONS _____ | ) ) ) ) ) ) ) | Lead Case No. 05 C 7097 MDL No. 1715 Centralized before   The Hon. Marvin E. Aspen |

**THIRD-PARTY DEFENDANTS' OPPOSITION TO JOINT
STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER**

Third-Party Defendants, through their undersigned Liaison Counsel, hereby respond and object to the Joint Stipulation and [Proposed] Amended Scheduling Order (Docket Entry ("D.E.") # 2885) ("Joint Stipulation") filed by Defendants/Third-Party Plaintiffs and Opt-Out Plaintiffs. In support thereof, Third-Party Defendants state as follows:

1. Third-Party Defendants were not consulted regarding the proposed discovery deadlines contained in the Joint Stipulation.

2. To date, the parties have not conducted a Rule 26(f) conference regarding discovery in this action. While Third-Party Defendants agree that the discovery deadlines in this action need to be extended, Third-Party Defendants believe that the particular dates should be agreed upon with reference to the type of discovery that needs to be conducted and with reference to a discovery plan for moving this case towards resolution.

3. Indeed, on June 8, 2009, Third-Party Defendants filed their Request for Rule 26(f) Conference and Extension of Time to Respond to Discovery (D.E. # 2853). That motion is currently pending before Magistrate Judge Denlow. Hopefully, the parties will be

able to present an agreed order to the Court where the parties can establish the types of discovery sought by the parties and a timeline for conducting discovery.

4. Because the parties have not yet conducted a Rule 26(f) conference and no discovery schedule is in place, Third-Party Defendants believe that the Joint Stipulation is premature.

WHEREFORE, Third-Party Defendants, through their Liaison Counsel, object to the Joint Stipulation and [Proposed] Amended Scheduling Order to the extent that the deadlines contained therein conflict with discovery deadlines that are set by Magistrate Judge Denlow subsequent to the parties' Rule 26(f) conference.

Dated: June 23, 2009

Respectfully submitted,

By /s/ Kerry D. Nelson

David J. Chizewer
Steven A. Levy
Kerry D. Nelson
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

Liaison Counsel for Third-Party Defendants and
Counsel for Third-Party Defendant:

NATIONAL REAL ESTATE INFORMATION
SERVICES

CERTIFICATE OF SERVICE

      I, Kerry D. Nelson, hereby certify that on this 23rd day of June, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


                              /s/ Kerry D. Nelson
                              Kerry D. Nelson