IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MHN

In Re: Ameriquest Mortgage Co
Mortgage Lending Practices
Litigation

Jonathan Lee Riches, movant

MDL NO: 1715

Lead case No. 05-cv-07097

05cv7097

Motion For Reconsideration on denying me Intervention
[Motion For Judge Marvin E. Aspen Recusal in this litigation
under 28 USC 455 (A),(B),(C) Due to Financial/Personal Conflicts of Interests
[Motion For Judge Marvin E. Aspens Yearly Financial Disclosure Forms]

Comes Now, Jonathan Lee Riches, moves for a motion for reconsideration in this litigation denying me intervention because the Judge in this case Amy J. St. Eve has a personal conflict and financial interest with Ameriquest Mortgage which I previously sued in Philadelphia County Pennsylvania that by denying me intervention because Ameriquest Mortgage co's Executives personally told the Judge to deny me in return for money and low interest rate mortgages for Judge Aspen friends and family. I move for the Judge Recusal in this case under 28 USC 455 (A)(B)(C) for the Judge failing to inform this court that her family up to the 3rd degree has taken out Ameriquest Mortgage co in the past and I had newly discovered evidence in which If I was granted Intervention, this could of put Amerquest out of business, which would lead to Judge Marvin E. Aspen family homeless. I was denied a fair hearing as I also previously sued Judge Marvin Aspen Riches v. Federal Judicial System, the Judge holds a personal bias and prejudice towards me for suing her thats why I was denied Intervention, This is grounds for Judge Recusal under 28 USC 455. I move in a motion for Judge Marvin E. Aspen Yearly Financial disclosure forms to analyze and inspect in which I'm entitled to by law to See if she has more financial ties with Ameriquest. I seek reconsideration in my rule 24 intervention with a new Judge. I pray this court will grant my motions for relief.

respectfully,

6-11-09

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

FILED
JUN 2 5 2009 aew
6-25-2009 RETURNED
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUN 1 6 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT