IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| KATRINA D. PURDY-ROTH and JERRY ROTH, | ) ) ) | |
| Plaintiffs, | ) ) | 06 C 1738 |
| v. | ) ) | (Originally Case No. 1:05-cv-1618-DFH/VSS (S.D. Ind.)) |
| ARGENT MORTGAGE COMPANY, LLC; AMERICAN RESIDENTIAL MORTGAGE; DEUTSCHE BANK NATIONAL TRUST COMPANY, ARGENT SECURITIES, INC., Asset Backed Pass-Through Certificates, Series 2003-W8, CITI RESIDENTIAL LENDING, INC., and DOES 1-5, | ) ) ) ) ) ) ) ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |
| Defendants. | ) ) | **JURY DEMANDED** |

### NOTICE OF MOTION

**TO:  SEE ATTACHED SERVICE LIST**

      **PLEASE TAKE NOTICE** that on **Tuesday, July 7, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** a copy of which is hereby served upon you.

                                              s/ Cathleen M. Combs
                                              Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Cathleen M. Combs, hereby certify that on June 30, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was also sent by U.S. mail to parties without an email address.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Alan A. Bouwkamp
Newton Becker Bouwkamp
3755 E. 82nd St.
Indianapolis, IN 46240

HWB, Inc., d/b/a American Residential Mortgage
c/o Registered Agent
Mark A. Weddle
4409 Sophia Ct.
Bloomington, IN 47401

                                            s/ Cathleen M. Combs
                                            Cathleen M. Combs