IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| AMERIQUEST MORTGAGE CO., a Delaware corporation<br><br>Third-Party Plaintiff,<br><br>v.<br>TRANS UNION, LLC, a Delaware corporation; TRANS UNION CORPORATION, a Delaware corporation; CHOICEPOINT PRECISION MARKETING, INC., a Georgia corporation; EQUIFAX CREDIT INFORMATION SERVICES, INC., a Georgia corporation; EQUIFAX MARKETING SERVICES, a Division of Equifax Credit Information Services, Inc.,<br><br>Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | (Centralized before the Honorable Marvin E. Aspen) |

## MOTION TO WITHDRAW BRADLEY J. MILLER AS COUNSEL

Third-Party Defendants Equifax Information Services LLC and Equifax Credit Marketing Services (collectively "Equifax"), by their attorneys and pursuant to Rule 83.17 of the Local Rules of the United States District Court Northern District of Illinois, hereby move this Court to withdraw Bradley J. Miller as its counsel of record in this matter.

In support of this motion Equifax states as follows:

1. On July 25, 2007, Bradley J. Miller filed his appearance on behalf of Equifax in this case.

US2000 10779026.1

2. Mr. Miller has left the law firm of Kilpatrick Stockton LLP, which serves as counsel for Equifax in this matter.

3. The requested withdrawal of Mr. Miller as Equifax's counsel should have no impact on this case. Cindy D. Hanson and Michael J. Breslin of Kilpatrick Stockton LLP and Robert E. Shapiro and Rebecca Ray of Barack Ferrazzano Kirschbaum & Nagelberg LLP will continue to represent Equifax in this matter.

WHEREFORE, Equifax respectfully requests that the Court grant this motion to withdraw.

Respectfully submitted,

/s/ Rebecca Ray
Rebecca Ray
BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100

Dated: July 2, 2009

US2000 10779026.1

## CERTIFICATE OF SERVICE

I, Rebecca Ray, hereby certify that a true and correct copy of the foregoing **Motion to Withdraw Bradley J. Miller as Counsel** was filed electronically on July 2, 2009. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Rebecca Ray
Rebecca Ray
Attorney for Defendants Equifax
Information Services, LLC and Equifax
Credit Marketing Services

US2000 10779026.1