IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| AMERIQUEST MORTGAGE CO., a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, a Delaware corporation; TRANS UNION CORPORATION, a Delaware corporation; CHOICEPOINT PRECISION MARKETING, INC., a Georgia corporation; EQUIFAX CREDIT INFORMATION SERVICES, INC., a Georgia corporation; EQUIFAX MARKETING SERVICES, a Division of Equifax Credit Information Services, Inc.,<br><br>Third-Party Defendants. | (Centralized before the Honorable Marvin E. Aspen) |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that, on July 9, 2009, at 10:30 a.m., we shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the Motion to Withdraw Bradley J. Miller as Counsel for Equifax Information Services, LLC and Equifax Marketing Services.

US2000 10779026.1

Dated: July 2, 2009          Respectfully submitted,

                                         /s/ Rebecca Ray
                                         Rebecca Ray
                                         BARACK FERRAZZANO KIRSCHBAUM
                                         & NAGELBERG LLP
                                         200 West Madison Street, Suite 3900
                                         Chicago, Illinois 60606
                                         (312) 984-3100

US2000 10779026.1

## CERTIFICATE OF SERVICE

I, Rebecca Ray, hereby certify that a true and correct copy of the foregoing **Notice of Motion** was filed electronically on July 2, 2009. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Rebecca Ray
Rebecca Ray
Attorney for Defendants Equifax
Information Services, LLC and Equifax
Credit Marketing Services

US2000 10779026.1