IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Katrina Prudy-Roth and Jerry Roth v. Argent Mortgage Company, LLC, et al.*, Case No. 06-1738 (N.D. Ill.) | |

## NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

On June 30, 2009, plaintiff in : *Katrina Prudy-Roth and Jerry Roth v. Argent Mortgage Company, LLC, et al.*, Case No. 06-1738 (N.D. Ill.) filed a Motion For Leave to File Second Amended Complaint. [Docket No. 2921] Although Defendants continue to dispute the merits of the claims in this action, they do not oppose the granting of leave to amend.

DATED: July 6, 2009

By: /s/ Jonathan N. Ledsky

*Attorneys for Argent Mortgage Company*

Jonathan N. Ledsky, Esq.
VARGA, BERGER LEDSKY, HAYES & CASEY
224 South Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-9400
(312) 341-2900 (fax)

## CERTIFICATE OF SERVICE

  I, Jonathan N. Ledsky, hereby certify that on this 6th day of July 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: /s/ Jonathan N. Ledsky