IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

**JOINT STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**

WHEREAS, the Ameriquest Defendants and the Opt-Out Plaintiffs filed a Joint Stipulation and [Proposed] Amended Scheduling Order on June 15, 2009 (Docket No. 2885) to extend the pre-trial deadlines as follows: deadline for expert designation to October 14, 2009; deadline for designation of rebuttal experts to November 13, 2009; discovery cut-off to January 15, 2010; and motion cut-off to February 15, 2010; and

WHEREAS, on June 23, 2009, the Third-Party Defendants, through their liaison counsel, filed an objection to the proposed dates (Docket No. 2911) based on, among other reasons, the fact that the parties have yet to meet and confer regarding discovery and scheduling issues as required by F.R.C.P., Rule 26(f); and

WHEREAS, on June 8, 2009, the Third-Party Defendants filed a motion requesting that the Court order all parties to comply the requirements of Rule 26 before conducting further discovery (Docket No. 2853); and

BN 3888252v1

WHEREAS, on June 23, 2009, the Court granted the Ameriquest Defendants leave to file their Fifth Amended Consolidated Third-Party Complaint ("FATPC"), and the FATPC was filed that same day (Docket Nos. 2912 and 2913); and

WHEREAS, per the Court's Order of June 25, 2009, the Third-Party Defendants' response to the FATPC is due on or before July 31, 2009 (Docket No. 2915); and

WHEREAS, the Third-Party Defendants have stated their intention to respond to the FATPC by filing a motion to dismiss under F.R.C.P., Rule 12(b); and

WHEREAS, based on the briefing schedule previously ordered by the Court, the motion to dismiss will not be fully briefed until September 2009; and

WHEREAS, the parties have, to date, held three in-person mediation sessions with Retired Judge Donald J. O'Connell and, at Judge O'Connell's suggestion, have agreed to schedule an additional mediation session with just the Ameriquest Defendants, Servicers, and Third-Party Defendants, as a precursor to a continued global mediation with the Opt-Out Plaintiffs; and

WHEREAS, the Third-Party Defendants have requested that the "defendants only" mediation occur after the Court rules on their forthcoming motion to dismiss; and

WHEREAS, the parties have, to date, substantially limited discovery and motion practice in order to keep litigation costs at a minimum in order to facilitate settlement; and

WHEREAS, the Ameriquest Defendants and the Third-Party Defendants have agreed to informally exchange certain documents prior to the mediation; and

WHEREAS it would benefit all parties, and advance considerations of judicial economy, to enter a new scheduling order for all Opt-Out cases which (1) sets a realistic schedule for the

completion of discovery, the designation of experts, and the filing of dispositive motions; and (2) facilitates settlement of as many cases as possible

NOW THEREFORE, the parties respectfully request that the Court enter the following scheduling order:

1. The existing deadlines for the designation of affirmative experts, designation of rebuttal experts, completion of fact and expert discovery, and filing of motions for summary judgment, or partial summary judgment, with respect to any Opt-Out Complaint or related Third-Party Complaint are stricken.

2. As soon as reasonably practicable following the Court's ruling on the forthcoming motion to dismiss the Fifth Amended Third-Party Complaint, the Ameriquest Defendants, the Third-Party Defendants, and the Servicers shall schedule and participate in a mediation session with Judge O'Connell. Thereafter, as soon as reasonably practicable, the Ameriquest Defendants, Third-Party Defendants, Servicers, and the Opt-Out Plaintiffs shall schedule and participate in a mediation session with Judge O'Connell.

3. At the request of each Third Party Defendant (which request must be made within fourteen (14) days of this Order), Third-Party Plaintiffs shall produce to each Third Party Defendant the particular loan files related to claims against it. Each Third Party Defendant shall produce to Third Party Plaintiffs documents related to claims asserted against the Third Party Defendants. The above-referenced productions shall be made no later than sixty (60) days from the date of this Order, and must be made simultaneously at the election of either the Third-Party Plaintiffs or the Third-Party Defendants. All other discovery related to the

Opt-Out Claims by any party in this case is stayed until the Rule 26(f) Conference scheduled by this Order.

4. The parties will conduct a Rule 26(f) conference on an agreed upon date within 30 days of the date of this Order.

5. The parties will submit a Proposed Stipulated Scheduling Order regarding the deadlines for the designation of affirmative experts, designation of rebuttal experts, completion of fact and expert discovery, and filing of motions for summary judgment, or partial summary judgment, with respect to any Opt-Out Complaint or related Third-Party Complaint within 14 days of the parties' Rule 26(f) conference.

6. The status hearing on July 9, 2009 at 10:00 AM is stricken.

7. Any objection to this Stipulation must be filed within 10 days of the date on which this Stipulation is filed. This Stipulation, and any Order subsequently issued by the Court, shall apply to all Opt-Out Plaintiffs and Third-Party Defendants who do not file a timely written objection. In the event that a timely objection is filed, the parties, or any of them, may file a written response to the objection within 10 days.

**IT IS SO STIPULATED:**

Dated: July 7, 2009　　　　　　　　By:/s/ Charles M. Delbaum
　　　　　　　　　　　　　　　　　　　*Attorneys for Certain Opt-Out Plaintiffs*

　　　　　　　　　　　　　　　　　　　Charles M. Delbaum
　　　　　　　　　　　　　　　　　　　National Consumer Law Center
　　　　　　　　　　　　　　　　　　　77 Summer Street, 10th Floor
　　　　　　　　　　　　　　　　　　　Boston, MA 01220
　　　　　　　　　　　　　　　　　　　(617) 266-0313

Dated: July 7, 2009　　　　　　　　By:/s/ Daniel S. Blinn
　　　　　　　　　　　　　　　　　　　*Attorneys for Certain Opt-Out Plaintiffs*

　　　　　　　　　　　　　　　　　　　Daniel S. Blinn
　　　　　　　　　　　　　　　　　　　Consumer Law Group
　　　　　　　　　　　　　　　　　　　35 Cold Spring Rd., Suite 512
　　　　　　　　　　　　　　　　　　　Rocky Hill, CT 06067
　　　　　　　　　　　　　　　　　　　(860) 571-0408

Dated: July 7, 2009　　　　　　　　By:/s/ Thomas J. Wiegand
　　　　　　　　　　　　　　　　　　　*Attorneys for Argent Mortgage Company, LLC*

　　　　　　　　　　　　　　　　　　　Thomas J. Wiegand
　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　35 W. Wacker Drive
　　　　　　　　　　　　　　　　　　　Chicago, IL 60601-9703

Dated: July 7, 2009                 By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; Ameriquest Mortgage Securities, Inc. CitiFinancial Mortgage; CitiResidential Lending Inc.; Deutsche Bank National Trust Company, as Trustee; HSBC Mortgage Services Inc.; GMAC ResCap; Barclays Capital; US Bank; Litton Loan Servicing; Merrill Lynch Credit Corp. ; Wells Fargo Bank, as Trustee; WM Specialty Mortgage LLC; Countrywide; Wilshire Credit Corp.; and Bank of NY Trust Co.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: July 7, 2009                 By:/s/ David Chizewer
*Attorneys for Certain Opt-Out Plaintiffs*

David Chizewer
Goldberg Kohn
55 East Monroe, Suite 3300
Chicago, Illinois 60603
(312) 201-3938

6

## **[PROPOSED] ORDER**

Counsel for Defendants and Opt-Out Plaintiffs having so stipulated, and the Court having considered the Stipulation, **IT IS ORDERED that:**

1. The existing deadlines for the designation of affirmative experts, designation of rebuttal experts, completion of fact and expert discovery, and filing of motions for summary judgment, or partial summary judgment, with respect to any Opt-Out Complaint or related Third-Party Complaint are stricken.

2. As soon as reasonably practicable following the Court's ruling on the forthcoming motion to dismiss the Fifth Amended Third-Party Complaint, the Ameriquest Defendants, the Third-Party Defendants, and the Servicers shall schedule and participate in a mediation session with Judge O'Connell. Thereafter, as soon as reasonably practicable, the Ameriquest Defendants, Third-Party Defendants, Servicers, and the Opt-Out Plaintiffs shall schedule and participate in a mediation session with Judge O'Connell.

3. At the request of each Third Party Defendant (which request must be made within fourteen (14) days of this Order), Third-Party Plaintiffs shall produce to each Third Party Defendant the particular loan files related to claims against it. Each Third Party Defendant shall produce to Third Party Plaintiffs documents related to claims asserted against the Third Party Defendants. The above-referenced productions shall be made no later than sixty (60) days from the date of this Order, and must be made

simultaneously at the election of either the Third-Party Plaintiffs or the Third-Party Defendants. All other discovery related to the Opt-Out Claims by any party in this case is stayed until the Rule 26(f) Conference scheduled by this Order.

4. The parties will conduct a Rule 26(f) conference on an agreed upon date within 30 days of the date of this Order.

5. The parties will submit a Proposed Stipulated Scheduling Order regarding the deadlines for the designation of affirmative experts, designation of rebuttal experts, completion of fact and expert discovery, and filing of motions for summary judgment, or partial summary judgment, with respect to any Opt-Out Complaint or related Third-Party Complaint within 14 days of the parties' Rule 26(f) conference.

6. The status hearing on July 9, 2009 at 10:00 AM is stricken.

**IT IS SO ORDERED.**

_____
The Honorable Marvin E. Aspen
The Honorable Morton Denlow

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 8th day of July 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 3888252v1