UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

| | |
|---|---|
| Ameriquest Mortgage Company, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:05−cv−07097 |
| | Honorable Marvin E. Aspen |
| Ameriquest Mortgage Company, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2009:

MINUTE entry before the Honorable Morton Denlow:Third−Party Defendants' request for Rule 26(f) conference and extension of time to respond to discovery [2853] is granted in part. The parties are to conduct a Rule 26(g) conference on an agreed upon date within 30 days of the date of this order. Parties are to submit a proposed stipulated scheduling order within 14 days of the parties' Rule 26(f) conference. Enter order. Status hearing reset to 10/29/2009 at 10:00 AM. Status hearing set for 7/9/09 is stricken. Motion hearing set for 7/9/09 is stricken. (For further details see separate order.)Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.