# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 05-cv-7097

In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation        MDL Case No. 1715

Ameriquest Mortgage Company, et al., Third Party Plaintiffs v. Security Union Title Insurance Company,

Third Party Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

> Third Party Defendant Security Union Title Insurance Company

| | |
|---|---|
| NAME (Type or print) <br> Albert E. Fowerbaugh, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Albert E. Fowerbaugh, Jr. | |
| FIRM <br> DLA Piper LLP (US) | |
| STREET ADDRESS <br> 203 North LaSalle Street, Suite 1900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06201219 | TELEPHONE NUMBER <br> 312-368-6804 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL        APPOINTED COUNSEL | |