# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) |
| | ) MDL No. 1715 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) Lead Case No. 05 C 7097 |
| | ) ) Centralized before |
| AMERIQUEST MORTGAGE COMPANY, et al., | ) The Honorable ) Marvin E. Aspen |
| Third Party Plaintiffs, | ) ) |
| v. | ) ) |
| SECURITY UNION TITLE INSURANCE COMPANY, | ) ) |
| Third-Party Defendant. | ) |

## THIRD PARTY DEFENDANT'S RULE 7.1 DISCLOSURE

Third-Party Defendant Security Union Title Insurance Company, by and through its counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses that it is a wholly-owned subsidiary of Fidelity National Financial, Inc. (NYSE: FNF).

Dated: July 9, 2009

SECURITY UNION TITLE
INSURANCE COMPANY

By: /s/ Albert E. Fowerbaugh, Jr.
   One of Its Attorneys

Albert E. Fowerbaugh, Jr.
DLA Piper LLP (US)
203 North LaSalle Street
Chicago, IL 60601
phone: (312) 368-6804
fax: (312) 251-2177

James S. Schreier
Eric P. Early
Glaser, Weil, Fink, Jacobs, Howard
 & Shapiro
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Phone: 310-553-3000

CENTRAL\31246065.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true copy of the preceding document was served on July 9, 2009 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


                                                                                     s/ Albert E. Fowerbaugh, Jr.