IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANT
BANKERS TRUST CO. OF CALIFORNIA NATIONAL ASSOCIATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Ameriquest Mortgage Company hereby dismisses its Fifth Amended Consolidated Third-Party Complaint with respect to Bankers Trust Co. of California National Association, with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: July 9, 2009

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Brian H. Newman, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**CERTIFICATE OF SERVICE**

    I, Bernard E. LeSage, hereby certify that on this 9th day of July 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            By: /s/  Bernard E. LeSage