# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:    Lead Case No. 05-cv-07097

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS:

*Carter, Evie* – Case No. 06-cv-03425; *Thompson, Ira* – Case No. 07-cv-00323; *Williams, Jesstin* – Case No. 07-cv-00127

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chase Home Finance, LLC

| | |
|---|---|
| NAME (Type or print): Michael G. Salemi | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/Michael G. Salemi | |
| FIRM  Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS: 330 North Wabash Avenue | |
| CITY/STATE/ZIP: Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS):  6279741 | TELEPHONE NUMBER: 312-840-7112 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N"): N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N"): N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N"): N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N"): N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL            APPOINTED COUNSEL | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 13, 2009, a true and correct copy of the foregoing **Appearance** was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all counsel of record by operation of the Court's Electronic Filing System. In addition, a true and correct copy of the foregoing will be sent by United States Mail to the following:

Mark D. Van der Laan
Dykema Gossett PLLC (Grand Rapids)
300 Ottawa Ave., NW
Suite 700
Grand Rapids, MI 49503


By: /s/ Michael G. Salemi


512666.1