IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 1715  Lead Case No. 05-cv-07097  (Centralized before the Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS: | | |
| *Carter, Evie* – Case No. 06-cv-03425 *Thompson, Ira* – Case No. 07-cv-00323 *Williams, Jesstin* – Case No. 07-cv-00127 | | |

**CHASE HOME FINANCE LLC'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Chase Home Finance LLC ("Chase"), by its undersigned attorneys, hereby moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of time to answer or otherwise plead in response to Plaintiffs' Second Amended Complaints in *Carter* (06-cv-03425), *Thompson* (07-cv-00323), and *Williams* (07-cv-00127). Counsel for Chase has conferred with Plaintiffs' counsel, who does not oppose this motion. In further support of this motion, Chase states as follows:

1. On June 19, 2009, this Court granted Plaintiffs in the above-captioned individual actions leave to file Second Amended Complaints, in which Plaintiffs named Chase as a defendant. (*See* Docket Nos. 2907, 2908.)

2. It appears that on June 23, 2009, Chase was served with summons and Second Amended Complaints in *Carter* (06-cv-03425) and *Williams* (07-cv-00127), making Chase's responsive pleading due July 13, 2009.

3. It appears that on June 25, 2009, Chase was served with summons and Second Amended Complaints in *Thompson* (07-cv-00323), making Chase's responsive pleading due July 15, 2009.

4. Chase requires an additional 28 days to complete its investigation so that it may address the allegations in Plaintiffs' Second Amended Complaints in a responsive pleading. Thus, Chase is requesting an extension of time to August 10, 2009 to answer or otherwise plead in response to the Second Amended Complaints filed in *Carter* (06-cv-03425) and *Williams* (07-cv-00127) and an extension of time to August 12, 2009 to answer or otherwise plead in response to the Second Amended Complaint filed in *Thompson* (07-cv-00323).

5. Counsel for Chase conferred regarding this motion with Plaintiffs' counsel, who indicated that she does not oppose the extension Chase seeks.

WHEREFORE, Chase Home Finance, LLC respectfully requests a 28-day extension of time, to August 10, 2009, to answer or otherwise plead in response to the Second Amended Complaints filed in *Carter* (06-cv-03425) and *Williams* (07-cv-00127) and 28-day extension of time to August 12, 2009 to answer or otherwise plead in response to the Second Amended Complaint filed in *Thompson* (07-cv-00323), and for such further and different relief as this Court deems necessary and just.

Date:  July 13, 2009

Respectfully submitted,
CHASE HOME FINANCE LLC,

By:   /s/ Michael G. Salemi
           One of its attorneys

Michael G. Salemi (6279741)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:    (312) 840-7000
Facsimile:    (312) 840-7900

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 13, 2009, a true and correct copy of **Chase Home Finance LLC's Unopposed Motion for an Extension of Time To Answer or Otherwise Plead** was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all counsel of record by operation of the Court's Electronic Filing System. In addition, a true and correct copy of the foregoing will be sent by United States Mail to the following:

>   Mark D. Van der Laan
>   Dykema Gossett PLLC (Grand Rapids)
>   300 Ottawa Ave., NW
>   Suite 700
>   Grand Rapids, MI 49503

                                        By:  /s/ Michael G. Salemi

512666.1