IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before the Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS: | |
| *Carter, Evie* – Case No. 06-cv-03425<br>*Thompson, Ira* – Case No. 07-cv-00323<br>*Williams, Jesstin* – Case No. 07-cv-00127 | |

**NOTICE OF MOTION**

To: Please see attached Service List

   PLEASE TAKE NOTICE that on **Thursday, July 23, 2009**, at **10:30 a.m.**, counsel for Chase Home Finance LLC shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Chase Home Finance LLC's Unopposed Motion for an Extension of Time To Answer or Otherwise Plead**, a copy of which was previously served upon you.

Date:   July 13, 2009

Respectfully submitted,

CHASE HOME FINANCE LLC,

By:   /s/ Michael G. Salemi
            One of its attorneys

Michael G. Salemi (6279741)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:    (312) 840-7900

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 13, 2009, a true and correct copy of **Chase Home Finance LLC's Notice of Unopposed Motion for an Extension of Time To Answer or Otherwise Plead** was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all counsel of record by operation of the Court's Electronic Filing System. In addition, a true and correct copy of the foregoing will be sent by United States Mail to the following:

Mark D. Van der Laan
Dykema Gossett PLLC (Grand Rapids)
300 Ottawa Ave., NW
Suite 700
Grand Rapids, MI 49503

By: /s/ Michael G. Salemi

512667.1