## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of     Case Number:     Lead Case No. 05-cv-07097

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS:
    Carter, Evie - Case No. 06-cv-03425
    Thompson, Ira - Case No. 07-cv-00323
    Williams, Jesstin - Case No. 07-cv-00127

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chase Home Finance LLC

| | |
|---|---|
| NAME (Type or print) <br> Stephen R. Meinertzhagen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Stephen R. Meinertzhagen | |
| FIRM <br> Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS <br> 330 North Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6225622 | TELEPHONE NUMBER <br> (312) 840-7047 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]    NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]    NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]    NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]    NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 14, 2009, a true and correct copy of the foregoing Appearance was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all counsel of record by operation of the Court's Electronic Filing System. In addition, a true and correct copy of the foregoing will be sent by United States Mail to the following:

> Mark D. Van der Laan
> Dykema Gossett PLLC (Grand Rapids)
> 300 Ottawa Ave., NW
> Suite 700
> Grand Rapids, MI 49503

By: /s/ Stephen R. Meinertzhagen

512715.1