**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE CO., | | |
| Third-Party Plaintiff, | | |
| v. | | |
| TRANS UNION, LLC, et. al, | | |
| Third-Party Defendants. | | |

### MOTION TO WITHDRAW LAURIE S. FULTON AS COUNSEL

Third Party Defendant ChoicePoint Precision Marketing LLC ("ChoicePoint"), by its attorneys and pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, hereby moves this Court to withdraw Laurie S. Fulton as its counsel of record in this matter. In support of this motion, ChoicePoint states as follows:

1. On August 1, 2007, Laurie S. Fulton entered an appearance on behalf of ChoicePoint in this matter, pursuant to MDL Rule 1.4.

2. Ms. Fulton is leaving the law firm of Williams & Connolly LLP, which serves as counsel for ChoicePoint in this matter.

3. The requested withdrawal of Ms. Fulton as ChoicePoint's counsel should have no impact on this case, as Jon R. Fetterolf and Shelley J. Webb, both of Williams & Connolly LLP, continue to represent ChoicePoint in this matter.

Accordingly, ChoicePoint respectfully requests that the Court grant this motion to withdraw.

Dated: July 17, 2009

Respectfully submitted,

/s/ Shelley J. Webb
Jon R. Fetterolf
Shelley J. Webb
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (Telephone)
(202) 434-5029 (Facsimile)

*Attorneys for ChoicePoint Precision Marketing LLC*

**CERTIFICATE OF SERVICE**

I, Shelley J. Webb, hereby certify that on July 17, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Shelley J. Webb
Shelley J. Webb