**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|   |   |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 |
| AMERIQUEST MORTGAGE CO.,<br>　　　Third-Party Plaintiff,<br>v.<br>TRANS UNION, LLC, et. al,<br>　　　Third-Party Defendants. | ) Centralized before The Honorable<br>) Marvin E. Aspen |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　　PLEASE TAKE NOTICE that, on July 23, 2009, at 10:30 a.m., we shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the Motion to Withdraw Laurie S. Fulton as Counsel for Third Party Defendant ChoicePoint Precision Marketing LLC.

Dated: July 17, 2009            Respectfully submitted,

                                                           /s/ Shelley J. Webb
                                                           Jon R. Fetterolf
                                                           Shelley J. Webb
                                                           Williams & Connolly LLP
                                                           725 Twelfth Street, N.W.
                                                           Washington, D.C. 20005
                                                           (202) 434-5000 (Telephone)
                                                           (202) 434-5029 (Facsimile)

                                                           *Attorneys for ChoicePoint Precision*
                                                           *Marketing LLC*

## **CERTIFICATE OF SERVICE**

I, Shelley J. Webb, hereby certify that on July 17, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Shelley J. Webb
Shelley J. Webb