U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| **In the Matter of:** Ameriquest Mortgage Company Mortgage Lending Practices Litigation | **Case Number:** MDL No. 1715 **Lead Case No.** 05-cv-07097 **Centralized before** Judge Marvin E. Aspen Magistrate Judge Morton Denlow |

| | |
|---|---|
| John Darius Powell and Sylvia Marie Dailey, Plaintiffs vs. Ameriquest Mortgage Company, Defendant | 06-cv-03585 (Originally: 05-cv-3067 (E.D. La.)) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John Darius Powell and Sylvia Marie Dailey

| |
|---|
| NAME (Type or print)<br>David S. Yen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ David S. Yen |
| FIRM<br>Legal Assistance Foundation of Metropolitan Chicago |
| STREET ADDRESS<br>111 W. Jackson Blvd, 3rd Floor |
| CITY/STATE/ZIP<br>Chicago IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06194700 | 312-347-8372 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐   *- not applicable*