IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ⟩ ⟩ ⟩ ⟩ | MDL No. 1715<br><br>Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ⟩ ⟩ ⟩ ⟩ | (Centralized before the Honorable Marvin E. Aspen)<br><br>Designated Magistrate Judge: Hon. Morton Denlow |

IN RE: AMERIQUEST MORTGAGE CO.                    )      MDL No. 1715
MORTGAGE LENDING PRACTICES                        )
LITIGATION                                        )      Lead Case No. 05-CV-07097
                                                  )
                                                  )      (Centralized before the Honorable
THIS DOCUMENT RELATES TO ALL                      )      Marvin E. Aspen)
ACTIONS                                           )
                                                  )      Designated Magistrate Judge:
                                                  )      Hon. Morton Denlow
AMERIQUEST MORTGAGE COMPANY, a )
Delaware corporation; and ARGENT   )
MORTGAGE COMPANY, LLC., a Delaware )
limited liability company,         )
                                   )
            Third-Party Third Party Plaintiffs,   )
Vs.                                )
                                   )
NORTHWEST TITLE AND ESCROW         )
CORPORATION, a Minnesota corporation )
and SEARCH 2 CLOSE, et al          )
                                   )
            Third-Party Defendants.   )
                                   )

**SEARCH 2 CLOSE'S**
**ANSWER TO FIFTH AMENDED CONSOLIDATED**
**THIRD-PARTY COMPLAINT AND AFFIRMATIVE DEFENSES**

NOW COMES Third Party Defendant SEARCH 2 CLOSE, by and through its attorneys, and as its answer to defendants and third party plaintiff's Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company, LLC ("Argent") Fifth Amended Consolidated Third Party Complaint states as follows:

**The Parties**

1.      Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party

Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

2.      Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

3.      Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

4.      Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

5.      Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

6.      Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party

Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

7.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

8.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

### General Allegations for Ameriquest's, Town & Country's and Argent's Claims Against The Title Defendants

9.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

10.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

11.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

12.    The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

13.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

14.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

15.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party

Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

16. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

17. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

18. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

**General Allegations for Argent Claims Against The Mortgage Brokers**

19. The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

20.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

21.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

22.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

23.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party

Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

**First Cause of Action**
**Breach of Contract – Ameriquest Against the Title Third Party Defendants**

24.     Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

25.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

26.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

27.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

28.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party

Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

a.    That this Court dismiss Third Party Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b.    To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c.    To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

**Second Cause of Action**
**Negligence - Ameriquest Against the Title Defendants**

29.    Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

30.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

31.    Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party

Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

32.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

33.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

34.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

35.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

36.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party

Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

37.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest and/or Argent to suffer any damages, as the same are untrue.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

a.     That this Court dismiss Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b.     To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c.     To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Third Cause of Action
### Negligent Misrepresentation – Ameriquest and Town & Country Against Title Defendants

38.     Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as fully set forth herein.

39.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor

denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

40.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

41.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

42.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

43.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

44.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor

denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

45. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest and/or Argent to suffer any damages, as the same are untrue.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

a. That this Court dismiss Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b. To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c. To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Fourth Cause of Action
### Breach of Contract-Argent Against Title Defendants

46. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

47.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

48.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

49.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest and/or Argent to suffer any damages, as the same are untrue.

50.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest and/or Argent to suffer any damages, as the same are untrue.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

a.  That this Court dismiss Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b.  To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c.  To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Fifth Cause of Action
### Breach of Contract - Argent Against Broker Defendants

51.  Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

52.  The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

53.  The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their

strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

54.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

55.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

56.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

### Sixth Cause of Action
### Negligence - Argent Against Title Defendants

57.     Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

58.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

59.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

60.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

61.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

62.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

63.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

64.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

65.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest and/or Argent to suffer any damages, as the same are untrue.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

a.     That this Court dismiss Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b.     To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c.     To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

### Seventh Cause of Action
### Negligence - Argent Against Broker Defendants

66.     Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

67.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

68.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

69.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

70.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

71.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

72.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their

strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

### Eighth Cause of Action
### Negligence Misrepresentation - Argent Against Title Defendants

73. Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

74. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

75. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

76. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

77. Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party

Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

78.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

79.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

80.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest and/or Argent to suffer any damages, as the same are untrue.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

           a.     That this Court dismiss Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

b.    To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

c.    To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

**Ninth Cause of Action**
**Negligence Misrepresentation - Argent Against Broker Defendants**

81.    Third Party Defendant incorporates the foregoing responses, paragraph by paragraph, as if fully set forth herein.

82.    The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

83.    The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

84.    The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close

is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

85.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

86.     The allegations contained in this paragraph appear to relate to persons and parties not related to Third Party Defendant Search 2 Close, and therefore Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

87.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing.

88.     Third Party Defendant Search 2 Close is without sufficient knowledge and information regarding the allegations contained in this paragraph, and therefore neither admits nor denies same and leaves Third Party Plaintiffs to their strict proofs. As further response, Third Party Defendant denies as untrue any allegations that it committed any breach, negligence, fraud, misrepresentations, improper tactics, failure to disclose or other wrongdoing. Third Party Defendant denies any and all allegations that it has caused Ameriquest and/or Argent to suffer any damages, as the same are untrue.

WHEREFORE, Third Party Defendant SEARCH 2 CLOSE prays for the following relief as follows:

    a.    That this Court dismiss Third Party Plaintiffs' claims against SEARCH 2 CLOSE and to declare that Third Party Plaintiffs' claims against Third Party Defendant lack factual basis, and are frivolous and without merit.

    b.    To award to said Third Party Defendant its costs and fees so wrongfully incurred in having to respond to this complaint.

    c.    To order sanctions imposed against Third Party Plaintiffs pursuant to Rule 11 of the Federal Rules of Civil Procedure, and such other and further relief as is consistent with equity and good conscience.

Respectfully Submitted,
**JOELSON ROSENBERG, PLC**

By: _____
DAVID W. WARREN (P32449)
ND IL. #90785401
Attorney for Search 2 Close
30665 Northwestern Hwy. Suite 200
Farmington Hills, Michigan 48334
(248) 855-2233

Dated: June 26, 2009

-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ———————————————————— ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ———————————————————— ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, a ) <br> Delaware corporation; and ARGENT ) <br> MORTGAGE COMPANY, LLC., a Delaware ) <br> limited liability company, ) <br> ) <br>     Third-Party Third Party Plaintiffs, ) <br> Vs. ) <br> ) <br> NORTHWEST TITLE AND ESCROW ) <br> CORPORATION, a Minnesota corporation ) <br> and SEARCH 2 CLOSE, et al ) <br> ) <br>     Third-Party Defendants. ) <br> ———————————————————— ) | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> (Centralized before the Honorable <br> Marvin E. Aspen) <br><br> Designated Magistrate Judge: <br> Hon. Morton Denlow |

## THIRD-PARTY THIRD PARTY DEFENDANT'S AFFIRMATIVE DEFENSES

NOW COMES SEARCH 2 CLOSE, by and through its attorneys, and as Affirmative Defenses states as follows:

1.    Venue is improper in this Court.

2.    Third Party Plaintiffs have failed to state a claim upon which relief may be granted.

3.    Third Party Plaintiffs' claims is frivolous and lacks evidentiary support.

4.    There are no genuine issues of material fact, and the Third Party Defendant Search 2 Close is entitled to judgment as a matter of law.

5.    Third Party Plaintiff's claims may be barred by the doctrine of laches.

1

6.      Third Party Plaintiff's claims may be barred by virtue of its unclean hands and inequitable conduct.

7.      Third Party Plaintiff's claims may be barred by estoppel.

8.      Third Party Plaintiffs have failed to state a claim for indemnity

9.      Third Party Plaintiffs have failed to state a claim for contribution.

10.     Third Party Defendant  reserves the right to assert other and further affirmative defenses, as the same may be learned through the course of discovery

Respectfully Submitted,
**JOELSON ROSENBERG, PLC**

By: _____
     DAVID W. WARREN (P32449)
     ND IL #90785401
     Attorney for Search 2 Close
     30665 Northwestern Hwy. Suite 200
     Farmington Hills, Michigan 48334
     (248) 855-2233

Dated:   7/8/09

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed Defendant SEARCH 2 CLOSE's Answer to Fifth Amended

Third Party Complaint and Affirmative Defenses with the United States District Court for the

Northern District of Illinois and upon all counsel of record.

Dated this 23rd day of July, 2009.

                                       DAVID W. WARREN (P32449)
                                       ND IL. #90785401
                                       Attorney for Search 2 Close
                                       30665 Northwestern Hwy. Suite 200
                                       Farmington Hills, Michigan 48334
                                       (248) 855-2233