IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Leading Case No. 1:05-cv-07097 |
| THIS DOCUMENT RELATES TO: | |
| | Centralized before the Honorable Marvin E. Aspen |
| CHERYL E. EVANS v. AMERIQUEST MORTGAGE COMPANY f/n/a LONG BEACH MORTGAGE COMPANY; and AMC MORTGAGE SERVICES, INC., f/n/a AMERIQUEST NEWCO, INC., f/n/a PPC MORTGAGE COMPANY, f/n/a BEDFORD HOME LOANS, INC., and AMERICAN HOME MORTGAGE SERVICING, INC., Case No. 09-cv-1150 (N.D. Ill.) (transferred for pretrial proceedings; transferor court case 08-4046-SAC (KS) | |

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE FIRST AMENDED PETITION**

COMES NOW plaintiff Cheryl E. Evans by and through her attorney Adebayo Ogunmeno of Ogunmeno Law Firm, LLC., Kansas City, Kansas and moves the court pursuant to Fed.R.Civ.P. 15(a), for leave to file First Amended Petition and to have it deemed filed *instanter*. A copy of plaintiff's proposed First Amended Petition is attached as Appendix A. In support of her motion, plaintiff states as follows:

1. This is plaintiff's first motion for leave to amend her petition.

2. Plaintiff original petition was filed in state court at Shawnee County District Court and primarily asserts state law claims.

1

3. The defendants after they were served with process removed this matter to United State District Court for Kansas claiming federal question as one of the grounds for removal.

4. In this amended petition, plaintiff seeks to assert claim for violation of the Truth in Lending Act, 15 U.S.C. §§1601 – 1666 ("TILA") and implementing Regulation Z, 12 C.F.R. pt. 226 ("Regulation Z"), to enforce plaintiff's right to rescind a mortgage and to recover damages, court costs, litigation expenses, and attorney's fees based on violations of TILA in additional to claims made in the original petition.

5. In addition, plaintiff seeks to add the full and correct legal names of the entities that hold ownership interests in plaintiff's loan and the current servicers of plaintiff's loan.

6. The amendments will not prejudice any party to this action. This motion is based on the above described facts and newly discovered information, which plaintiff reasonably belief constitutes good cause for granting plaintiff leave to amend her petition.

7. The Fed.R.Civ.P. 15(a) provides that leave to file amended complaint shall be freely given when justice so requires. *See, Barry Aviation Inc. v. Land O'Lakes Municipal Airport Commission*, 377 F.3d 682, 687 (7th Cir. 2004) where the court stated that the federal rule policy of deciding cases on the basis of substantive rights involved rather than on technicalities requires that plaintiff be given every opportunity to cure a formal defect in his pleading; and *Liu v. T&H Machine, Inc.*, 191 F.3d 790, 794 (7th Cir. 1999), where the court held that leave to amend is to be freely given when justice so requires.

8. Plaintiff submits that justice requires that her motion for leave to amend should be granted in this case. In addition, there is no reason to deny plaintiff leave to amend in that the amendments are sought at a very early state of the litigation, are done in good faith and would not cause any prejudice to the defendants who were named in the original

petition or the newly named defendants from defending against plaintiff's claims. *See, Bethany Pharmaceutical Co. v. QVC, Inc.*, 241 F.3d 854, 860 (7th Cir. 2001) where the court stated that court should allow amendment of a pleading except when there is undue delay, bad faith and undue prejudice to the opposing party by virtue of the allowance of the amendment; and *Orlowski v. Dominic's Finer Foods, Inc.*, 937 F. Supp. 723, 732 (N.D. Ill. 1996), where the court held that the purpose of this liberal standard regarding freely allowing amendments to pleading is to allow plaintiff to present and have the court decide a case on its merits.

WHEREFORE, plaintiff Cheryl Evans prays the court enter an order (1) granting her leave to file the proposed Amended Petition, a copy of which is attached to this motion, (2) that the court deemed the Amended Petition filed instanter and (2) that the court grants plaintiff any further and other relief the court deems just and proper.

Respectfully submitted,
OGUNMENO LAW FIRM, LLC

/s/ Adebayo Ogunmeno
Adebayo Ogunmeno  KS Bar #14808
623 Tauromee Avenue
Kansas City, Kansas 66101-3041
Tel. (913) 233-2133
Fax. (913) 233-2199
Attorney for the Plaintiff.
aikogun@ogunmenolawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the plaintiff's Motion for Leave to file First Amended Petition, *Instanter* was served via the Court's electronic filing system, upon counsel of records this ***July 24, 2009***.

/s/ Adebayo Ogunmeno
Adebayo Ogunmeno  KS Bar #14808