# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; TOWN & COUNTRY CREDIT CORPORATION, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation; A TITLE ESCROW COMPANY, INC., an Illinois corporation; et al.,<br><br>    Third Party Defendants. | MDL NO. 1715<br><br>**LEAD CASE NO.**<br><br>**05-CV-07097**<br><br><br><br>Centralized before the<br>HONORABLE MARVIN E. ASPEN<br>U.S. District Court Judge |

## THIRD PARTY DEFENDANT THE MORTGAGE WORKS

## LOCAL RULE 83.15 NOTICE OF DESIGNATION OF LOCAL COUNSEL FOR SERVICE AND LOCAL RULE 83.12 NOTICE OF DESIGNATION OF TRIAL COUNSEL

**Hon. Marvin E. Aspen**,
*U.S. District Court Judge*

**Hon. Morton Denlow**,
*U.S. Magistrate Judge*

COMES NOW Third Party Defendant, **THE MORTGAGE WORKS** ("TMW"), who in accordance with the Local Rules of this Honorable Court, makes the following designations:

Pursuant to Local Rules 83.15 and 83.12, TMW hereby designates the following attorney as Local Counsel for Service and as Local Trial Counsel, said attorney having his offices within the Northern District of Illinois, and said attorney being a member of the Trial Bar of the Northern District of Illinois:

**J. Paige Clousson, Esq.**
Federal Trial Bar No. 463981
LOWIS & GELLEN
200 West Adams, 19th Floor
Chicago, Illinois   60604
Telephone:   312.364.2500
E-Mail:   jclousson@lowis-gellen.com

*Respectfully submitted*,

DATED: July 28, 2009

**GILLASPEY & GILLASPEY**

By:   */s/ Steele N. Gillaspey*

Steele N. Gillaspey, Esq. (90784346)
The NBC Tower
225 Broadway, Suite 2220
San Diego, California 92101
Telephone:   619.234.3700
E-Mail:   sng@g-glaw.com
Attorney for Third Party Defendant,
THE MORTGAGE WORKS

///