**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  _____  THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715  Lead Case No. 05-cv-07097  Centralized before The Honorable Marvin E. Aspen |

**MOTION TO APPROVE FEES AND EXPENSES AND
SUPPORTING DOCUMENTATION DETAILING LIAISON
COUNSEL TO THIRD-PARTY DEFENDANTS' FEES AND
<u>EXPENSES FROM MARCH 1, 2009 THROUGH JUNE 30, 2009</u>**

In accordance with the Court's orders (Docket Entries ("D.E") # 2347, # 2550) the undersigned Liaison Counsel to Third-Party Defendants hereby submits documentation detailing their attorneys' fees and expenses from March 1, 2009[1] through June 30, 2009 for which they seek reimbursement. In support thereof, Liaison Counsel states as follows:

       1.       David J. Chizewer and Steven A. Levy were elected Liaison Counsel to the Third-Party Defendants on March 18, 2009. Over the course of the following weeks, Liaison Counsel coordinated with prior liaison counsel to the Third-Party Defendants (Keith Verges) to take over the liaison counsel role. On April 9, 2009, prior liaison counsel and

---

[1] Although the invoices reflect work performed by Liaison Counsel from March 1, 2009 forward, Liaison Counsel is only requesting reimbursement from the date of their election as Liaison Counsel by the Third-Party Defendants on March 18, 2009, the same date on which the existing Liaison Counsel retained (at least implicitly) Goldberg Kohn to transition the role.

Liaison Counsel submitted Third-Party Defendants' Motion to Substitute Liaison Counsel to this Court. (D.E. # 2694). On April 28, 2009, this Court granted Third-Party Defendants' Motion to Substitute Liaison Counsel (D.E. # 2725), and appointed David J. Chizewer, Steven A. Levy and Kerry D. Nelson as new Liaison Counsel to the Third-Party Defendants.

2. The total of Liaison Counsel's fees and expenses for the quarter ending June 30, 2009 is $30,502.24. See Declaration of David J. Chizewer, attached hereto as Exhibit A. A true and correct copy of the invoice associated with the quarter ending June 30, 2009 issued by Goldberg Kohn Bell Black Rosenbloom & Moritz is attached to the Chizewer Decl. as Exhibit 1 (the "Invoice"). The Invoice reflects the names of the attorneys and/or paralegals performing the work, their hourly rates, the hours spent, and the work performed. The Invoices also include the costs associated with this matter. See Exhibit A, ¶ 4.

3. During the quarter ending June 30, 2009, the fees incurred by Liaison Counsel derive from, *inter alia*, the following tasks that were performed on behalf of all Third-Party Defendants: (i) coordinated and organized transfer of liaison counsel duties with prior liaison counsel to the Third-Party Defendants; (ii) coordinated and developed strategy in response to discovery served by Plaintiffs and Third-Party Plaintiffs on Third-Party Defendants; (iii) drafted and filed Opposition to Third-Party Plaintiffs' Motion for Leave to File Fifth Amended Consolidated Third-Party Complaint; (iv) drafted and filed stipulation and agreed order with respect to discovery deadlines and Rule 26(f) conference; (v) strategized regarding Third-Party Defendants' responsive pleading to Fifth Amended Consolidated Third-Party Complaint, and (vi) communicated with various members of the constituency on all of these matters.

WHEREFORE, Liaison Counsel respectfully requests that the Court approve fees in the amount $30,502.24 as an order of the Court so Liaison Counsel may request payment from each Third-Party Defendant without further motion or process, in accordance with the formula approved by this Court on September 8, 2008 (D.E. # 2347) ("We approve Liaison Counsel's proposal splitting the reimbursable amount among the Third-Party Defendants, with half to be paid on a 'per party' basis and the other half to be paid on a 'per transaction' basis.") Liaison Counsel further requests that it be permitted to seek Court enforcement, upon notice and motion only, against any Third-Party Defendant that refuses to pay the Court-ordered fees and expenses upon request.

Dated: July 29, 2009

Respectfully submitted,

By /s/ Kerry D. Nelson

David J. Chizewer
Steven A. Levy
Kerry D. Nelson
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

Liaison Counsel for Third-Party Defendants and Counsel for Third-Party Defendant:

NATIONAL REAL ESTATE INFORMATION SERVICES

**CERTIFICATE OF SERVICE**

I, Kerry D. Nelson, hereby certify that on this 29th day of July, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kerry D. Nelson
Kerry D. Nelson