# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before The Honorable Marvin E. Aspen |

## DECLARATION OF DAVID J. CHIZEWER

I, David J. Chizewer, declare and state as follows:

1. I am a principal of the law firm Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd. ("Goldberg Kohn"), and I am counsel for Third-Party Defendant National Real Estate Information Services. Inc., in the above-captioned matter. Goldberg Kohn, and specifically myself, Steven A. Levy, and Kerry D. Nelson, have been appointed by this Court to act as Liaison Counsel to the Third-Party Defendants.

2. I was admitted to practice in the State of Illinois in 1991 and remain in good standing before the Supreme Court of Illinois.

3. Through June 30, 2009, Goldberg Kohn has performed work and incurred expenses associated with its role as Liaison Counsel to the Third-Party Defendants in the above-captioned lawsuit, for a total value of $30,502.24. A print out of the entries showing such fees and costs is attached hereto as Exhibit 1. The rates charged by Goldberg Kohn have already been approved by the Court are comparable to the rates charged by other

commercial law firms in Chicago, and the work reflected in the bills attached hereto as Exhibit 1 was necessary and appropriate to protect the Third-Party Defendants' interests in this case. The Invoice reflects the names of the attorneys and/or paralegals performing the work, their hourly rates, the hours spent, and the work performed. The Invoices also include the costs associated with this matter. See Exhibit 1.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of July, 2009.

_____
David J. Chizewer

# EXHIBIT 1

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES  
Third-Party Defendant Group  
c/o Goldberg Kohn  
David J. Chizewer  
55 East Monroe Street  
Suite 3300  
Chicago, IL 60603

JULY 21, 2009  
6312.002/187871  
PAGE 1

REGARDING: LIAISON COUNSEL

**FOR PROFESSIONAL SERVICES RENDERED**

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/09 | Attention to ballot for Liaison Counsel vote | KKD | 0.25 | N/C |
| 03/18/09 | Discuss liaison counsel responsibilities with SAL (.25); compile relevant pleadings for review by SAL (.50) | KKD | 0.75 | N/C |
| 03/18/09 | Conference with KXD re status of MDL | SAL | 0.25 | N/C |
| 03/19/09 | Gather documents for SAL's review and discuss same with SAL (.25); telephone conference with J. Lyons re role of Liaison Counsel (.25) | KKD | 0.50 | N/C |
| 03/25/09 | Conference call with K. Verges, SAL and KXD re role as Liaison Counsel (.50); conference with SAL re same (.50) | DJC | 1.00 | 500.00 |
| 03/25/09 | Discuss nature of representation with DJC | SAL | 0.50 | N/C |
| 03/25/09 | Conference call with K. Verges, SAL and DJC re Liaison Counsel role and responsibilities (.50); conference call with DJC and SAL re same (.50) | KKD | 1.00 | 260.00 |
| 03/27/09 | Conference call with K. Verges, SAL and KXD re transition of Liaison Counsel role (.50); conference with SAL and KXD re strategy for taking over responsibility of Liaison Counsel (.50) | DJC | 1.00 | 500.00 |
| 03/27/09 | Review pleadings and conference with DJC re same (.50); conference call with K. Verges re status of case (.50) | SAL | 1.00 | 490.00 |
| 03/27/09 | Conference call with K. Verges, SAL and DJC re transition of Liaison Counsel responsibilities (.50); attention to Fourth Amended Complaint (.50) | KKD | 1.00 | 260.00 |
| 03/30/09 | Email exchange re Liaison Counsel issues | DJC | 0.50 | 250.00 |
| 03/30/09 | Discuss initial email to Third-Party Defendants re Liaison Counsel role with DJC (.25); telephone conference with G. | KKD | 0.50 | 130.00 |

2437934v1 7/27/2009 11:34:17 AM                                                6312.002

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 21, 2009
6312.002/187871
PAGE 2

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| | Flynn (Third-Party Defendants' counsel) re 4/6/09 motion to dismiss deadline (.25) | | | |
| 03/31/09 | Telephone conference with counsel for Heritage Title Services re 4/6/09 filing deadline and service of Fourth Amended Complaint on new Third-Party Defendants (.25); draft email to Third-Party Defendants re Liaison Counsel role and motion re 4/6/09 deadline (.75); coordinate with DMO and ARH re Third-Party Defendant contact list (2.00) | KKD | 3.00 | 780.00 |
| 03/31/09 | Review developments in case and email to Third-Party Defendants re same | DJC | 1.00 | 500.00 |
| 04/01/09 | Attention to creation of organizational spreadsheets and contact information (.25); finalize and send letter to Third-Party Defendants re motion to substitute Liaison Counsel (.25) | KKD | 0.50 | 130.00 |
| 04/01/09 | Telephonic conferences with A. Greene and R. Radasevich re strategy for Third-Party Defendants (.25); prepare motion to substitute Liaison Counsel (.25); prepare letter to Third-Party Defendants and conference with KXD re same (.25) | DJC | 0.75 | 375.00 |
| 04/02/09 | Email exchange with K. Verges re strategy on motion to substitute Liaison Counsel | DJC | 0.50 | 250.00 |
| 04/02/09 | Revise motion for extension of time on behalf of Third-Party Defendants | KKD | 0.50 | 130.00 |
| 04/03/09 | Work on motion to substitute Liaison Counsel (.75); conference with KXD re same (.25) | DJC | 1.00 | N/C |
| 04/03/09 | Review and revise Third-Party Defendants' motion to substitute Liaison Counsel and engagement letter to Third-Party Defendants (.75); email to Third-Party Defendants re same (.25); call to K. Verges re same (.25) | KKD | 1.25 | 325.00 |
| 04/06/09 | Revisions to motion to substitute and motion for extension of time (.50); file motion for extension of time (.25); attention to Liaison Counsel's fees and costs submissions (.25); discuss same with DJC and SAL (.25); attention to email correspondence from Third-Party Defendants (.25) | KKD | 1.50 | 390.00 |

-2-

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 21, 2009
6312.002/187871
PAGE 3

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/06/09 | Attention to motion for extension of time to file answer to Fourth Amended Consolidated Third-Party Complaint; review emails re motion to substitute Liaison Counsel; conference with KXD re same | DJC | 0.25 | 125.00 |
| 04/06/09 | File NREIS Notice of Motion and Motion for Extension of Time and deliver a courtesy copy to Judge Aspen. 05 C 7097 | MXE+ | 0.50 | 55.00 |
| 04/07/09 | Telephone conference with Third-Party Defendant M. Capuano (.25); revise motion to substitute counsel (.25); discuss same with DJC (.25) | KKD | 0.75 | 195.00 |
| 04/08/09 | Telephone conference with B. Newman (counsel for Third-Party Plaintiffs) and DJC re extension of time to file answer | KKD | 0.50 | 130.00 |
| 04/08/09 | Prepare for and conference call with B. Newman and KXD re extension of time to file answer, and re discovery/mediation | DJC | 0.75 | 375.00 |
| 04/09/09 | Attention to filing of motion to substitute counsel | KKD | 0.25 | 65.00 |
| 04/09/09 | Attention to motion to substitute Liaison Counsel (.25); conference call with R. Radasevich re same (.25) | DJC | 0.50 | 250.00 |
| 04/09/09 | File Notice and Motion to Substitute Liaison Counsel, deliver a courtesy copy of same to Judge Aspen 05 C 7097 | MXE+ | 0.50 | 55.00 |
| 04/20/09 | Email exchange with B. Newman re service issues | DJC | 0.25 | 125.00 |
| 04/22/09 | Email exchange re discovery issues (.25); formulate strategy re same (.25) | DJC | 0.50 | 250.00 |
| 04/22/09 | Attention to joint stipulation and proposed amended discovery order (.25); attention to Third-Party Defendant correspondence re discovery to Third-Party Defendants (.25) | KKD | 0.50 | 130.00 |
| 04/23/09 | Review pleadings re discovery orders | KKD | 1.25 | 325.00 |
| 04/23/09 | Review order re discovery (.25); formulate strategy re same (.75) | DJC | 1.00 | 500.00 |
| 04/27/09 | Prepare for 04/28/09 hearing on Third-Party Defendants' motion to substitute Liaison Counsel | DJC | 0.75 | 375.00 |
| 04/27/09 | Review pleadings re opt-out Plaintiffs | KKD | 1.25 | 325.00 |

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000 FAX 312.332.2196 WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300 CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 21, 2009
6312.002/187871
PAGE 4

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/28/09 | Conference with KXD re discovery strategy | DJC | 0.25 | 125.00 |
| 04/28/09 | Email to Third-Party Defendants re motion to substitute liaison counsel and extension of discovery dates and telephone conference with Third-Party Defendant counsel C. Stalker re same (.25); conference with DJC re discovery (.25) | KKD | 0.50 | 130.00 |
| 04/29/09 | Draft motion to extend time and for entry of protective order (5.00); discuss same with DJC (.25); review transcript of 12/19/09 hearing re discovery references (.25); review Fourth Amended Complaint and discovery served on Third-Party Defendants (.75) | KKD | 6.25 | 1,625.00 |
| 04/29/09 | Review draft motion for protective order | DJC | 0.50 | 250.00 |
| 05/01/09 | Review and edit motion for protective order and cover email re same (.75); office conference with KXD re same (.25) | DJC | 1.00 | 500.00 |
| 05/01/09 | Office conference with DJC to discuss edits to motion for protective order (.25); revise and send same to Third-Party Defendants (.25) | KKD | 0.50 | 130.00 |
| 05/04/09 | Review comments to draft motion for protective order | DJC | 0.50 | 250.00 |
| 05/04/09 | Attention to Third-Party Defendants' responses to draft motion for protective order (.25); call to C. Delbaum, counsel for Opt-Out Plaintiffs, re Opt-Out Plaintiffs' list (.25); call with counsel for Third-Party Defendant Resource Title re edits to motion to protective order (.25) | KKD | 0.75 | 195.00 |
| 05/05/09 | Attention to correspondence re revisions to motion for protective order | KKD | 0.25 | 65.00 |
| 05/06/09 | Emails to C. Delbaum and B. LeSage re Opt-Out Plaintiffs (1.25); call to K. Verges re status of mediation (.50); office conference with DJC re revisions to motion for protective order and status report (.50) | KKD | 2.25 | 585.00 |
| 05/06/09 | Prepare for and meet with KXD re motion for protective order and status report (.50); review court orders re same (.25) | DJC | 0.75 | 375.00 |
| 05/07/09 | Email to counsel for Third-Party Plaintiffs and Class Plaintiffs re status of settlement negotiations (1.00); revise motion for | KKD | 4.00 | 1,040.00 |

-4-

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 21, 2009
6312.002/187871
PAGE 5

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| | protective order per comments of Third-Party Defendants (2.00); draft Third-Party Defendant status report (1.00) | | | |
| 05/08/09 | Conference with DJC re revisions to status report (.25); email same to Third-Party Defendants (.25); revise status report (.25) | KKD | 0.75 | 195.00 |
| 05/08/09 | Review status reports and comments re same (.25); conference with KXD re same (.25) | DJC | 0.50 | 250.00 |
| 05/12/09 | Call with Third-Party Defendant Counsel C. Stalker re revisions to status report and motion for protective order (.25); conference with DJC re status report (.25); file Third-Party Defendants' status report (.50) | KKD | 1.00 | 260.00 |
| 05/12/09 | Telephone conference with R. Manvitz re fourth amended Third-Party complaint (.25); review status report (.25); conference with KXD re same (.25) | DJC | 0.75 | 375.00 |
| 05/12/09 | File Status Report on behalf of Third-Party Defendants. Deliver a courtesy of same to Judge Aspen 05 C 7097 | MXE+ | 0.50 | 55.00 |
| 05/13/09 | Attention to new discovery requests (.25); review protective order issues; conference with KXD re same (.25) | DJC | 0.50 | 250.00 |
| 05/13/09 | Review status reports (.25); review Third-Party Plaintiffs' second set of document requests (.25); revise motion for protective order to include reference to second set of document requests (.25); conference with DJC re same (.25) | KKD | 1.00 | 260.00 |
| 05/15/09 | Attention to emails to group re new discovery requests and protective order | DJC | 1.00 | 500.00 |
| 05/15/09 | Attention to voice mail from B. Newman re loan files (.25); email to Third-Party Defendants re protective order and discovery (.25); revise motion for protective order (.25); circulate same to Third-Party Defendants (.25); attention to emails from various Third-Party Defendant counsel re discovery issues (.25) | KKD | 1.25 | 325.00 |
| 05/18/09 | Telephone conference with A. Greene re discovery issues | DJC | 0.25 | 125.00 |
| 05/18/09 | Attention to emails from Third-Party Defendants re edits to | KKD | 0.50 | 130.00 |

-5-

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 21, 2009
6312.002/187871
PAGE 6

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
|  | motion for protective order (.25); call with A. Greene re discovery served on Third-Party Plaintiffs (.25) |  |  |  |
| 05/19/09 | Discovery conference call with B. Newman (.25); attention to emails re loan files (.50) | KKD | 0.75 | 195.00 |
| 05/19/09 | Attention to discovery requests and issues re subpoena from Plaintiffs' counsel for notary depositions | DJC | 0.50 | 250.00 |
| 05/20/09 | Attention to loan file requests (.25); review contract documents sent by B. Newman (1.00) | KKD | 1.25 | 325.00 |
| 05/21/09 | Conference with DJC re discovery production deadline, motion to dismiss, and liaison counsel fees (.25); email and calls to B. Newman (.25); draft email to Third-Party Defendants (.25) | KKD | 0.75 | 195.00 |
| 05/21/09 | Conference with KXD re documents produced by Third-Party Plaintiffs, motion for protective order, discovery, and re motion to dismiss deadlines | DJC | 0.50 | 250.00 |
| 05/22/09 | Telephone conference with B. Newman re discovery (.50) issues and email update re same (.50) | DJC | 1.00 | 500.00 |
| 05/25/09 | Attention to correspondence re contract documents and strategy | KKD | 0.25 | 65.00 |
| 05/26/09 | Draft motion for extension of time to respond to Fourth Amended Third-Party Complaint | KKD | 1.00 | 260.00 |
| 05/27/09 | Email to Third-Party Defendants re status; conference with DJC re new complaint and discovery issues | KKD | 0.25 | 65.00 |
| 05/27/09 | Review emails re Fifth Amended Complaint and discovery issues (.25); conference with KXD re same (.25) | DJC | 0.50 | 250.00 |
| 05/28/09 | Attention to emails from Third-Party Defendants; office conference with DJC re response to Fifth Amended Complaint | KKD | 0.25 | 65.00 |
| 05/28/09 | Office conference with KXD re strategy on Fifth Amended Complaint, discovery issues, and re responding to emails and strategy issues | DJC | 0.25 | 125.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 21, 2009
6312.002/187871
PAGE 7

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/29/09 | Review email re strategy on discovery and motion (.25); conference with KXD re same (.25); compose email to prepare for same (.25); review documents that allegedly constitute contracts with closing agents (.25) | DJC | 1.00 | 500.00 |
| 05/29/09 | Attention to motion for leave to file Fifth Amended Complaint and correspondence re same (1.00); draft email to Third-Party Defendants re same (.25); conference with DJC re same (.25) | KKD | 1.50 | 390.00 |
| 06/01/09 | Attention to pleadings; correspond with DJC re response to motion for leave to file Fifth Amended Complaint | KKD | 0.25 | 65.00 |
| 06/03/09 | File Notice and Motion for Extension of Time to Respond to Fourth Amended consolidated Third-Party Complaint; deliver a courtesy copy of same to Judge Aspen | MXE+ | 0.50 | 55.00 |
| 06/03/09 | Telephone conference with B. Newman re Fifth Amended Complaint and email (.25); conference with KXD re same; update to Third-Party Defendant group re same (.25) | DJC | 0.50 | 250.00 |
| 06/03/09 | Draft motion for extension of time to respond to Fifth Amended Complaint (.25); conference with DJC re response to motion for leave to file Fifth Amended Complaint (.25); call with B. Newman re same (.25); email to Third-Party Defendants re same (.25); call with R. Waller (Third-Party Defendant) re status of matter (.25) | KKD | 1.25 | 325.00 |
| 06/04/09 | Draft response to Third-Party Plaintiffs' motion for leave to file Fifth Amended Complaint (3.00); legal research re prejudice to defendant resulting from amendments to complaint (2.50) | KKD | 5.50 | 1,430.00 |
| 06/05/09 | Review and edit opposition to motion to file Fifth Amended Complaint and motion to extend discovery (1.00); email to Third-Party Defendant group re same (1.25) | DJC | 2.25 | 1,125.00 |
| 06/07/09 | Review Fifth Amended Complaint and status reports of various parties | DJC | 0.50 | 250.00 |
| 06/08/09 | File Third-Party Defendants' Opposition to Third-Party Plaintiffs' Motion to File Fifth Amended Consolidated Complaint file Notice and Motion for Extension of Time to | MXE+ | 1.00 | 110.00 |

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 21, 2009
6312.002/187871
PAGE 8

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| | Respond to Discovery; deliver courtesy copies of same to Judge Aspen 05 C 7097 | | | |
| 06/08/09 | Attention to emails re response to motion for leave to file Fifth Amended Complaint (.75); call with DJC and A. Fowerbaugh (counsel for Third-Party Defendants) re same (.25); revise response to motion for leave to file Fifth Amended Complaint and discovery motion (1.00); file same (.25) | KKD | 2.25 | 585.00 |
| 06/09/09 | Conference with DJC re Pasacreta and Birkholz claim (.25); attention to pleadings; email to Third-Party Defendants re filings (.25) | KKD | 0.50 | 130.00 |
| 06/10/09 | Draft agreed order re discovery deadlines and Rule 26(f) conference (.25); conference with DJC re same (.25) | KKD | 0.50 | 130.00 |
| 06/11/09 | Attention to issues re Rule 26(f) conference (.25); review reply brief filed by Ameriquest (.25); conference with KXD re strategy issues on discovery (.50) | DJC | 1.00 | 500.00 |
| 06/12/09 | Revise agreed order (1.00); email to counsel for Opt-Out Plaintiffs and Third-Party Plaintiffs re same (.50); strategize with DJC re next steps and potential settlement options (.25) | KKD | 1.75 | 455.00 |
| 06/12/09 | Conference with KXD re discovery plan (.25); review emails from Third-Party Defendants re discovery issues (.25) | DJC | 0.50 | 250.00 |
| 06/17/09 | Attention to correspondence from B. Newman re agreed order on Third-Party Defendant discovery; email to DJC re same | KKD | 0.25 | 65.00 |
| 06/18/09 | Correspondence with DJC re revisions to agreed order and stipulation filed by Plaintiffs and Third-Party Plaintiffs; (.50) attention to correspondence re agreed discovery order (.50); revise agreed order (.25); call with P. Eckler (counsel for Resource Title) re proposed stipulation and agreed discovery order (.25) | KKD | 1.50 | 390.00 |
| 06/18/09 | Review emails re Rule 26(f) conference issues (.25); review email from B. Newman re agreed order (.25) | DJC | 0.50 | 250.00 |
| 06/19/09 | Revisions to proposed agreed order (.25); circulate same to counsel for Plaintiffs and Third-Party Plaintiffs (.25) | KKD | 0.50 | 130.00 |

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 21, 2009
6312.002/187871
PAGE 9

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/22/09 | Review of closing instructions and closing protection letters (.50); legal research re settlement and discovery options (.50); attention to agreed order re discovery between Plaintiffs (.25), Third-Party Plaintiffs and Third-Party Defendants (.25); conference with DJC re same (.25) | KKD | 1.75 | 455.00 |
| 06/22/09 | Conference with KXD re strategy on Rule 26(f) conference (.25); review draft filings re same (.50) | DJC | 0.75 | 375.00 |
| 06/23/09 | File Third-Party Defendants' Opposition to Joint Stipulation and Proposed Amended Scheduling Order deliver courtesy of same to the Judge 05 C 7097 | MXE+ | 0.75 | 82.50 |
| 06/23/09 | Review emails from Plaintiffs' Steering Committee counsel (.25); strategize/email exchanges re same; review order on filing of Fifth Amended Consolidated Third-Party Complaint (.25) | DJC | 0.50 | 250.00 |
| 06/23/09 | Attention to filing of objection to joint stipulation (.25); review Court's ruling on motion for leave to file Fifth Amended Complaint (.25) | KKD | 0.50 | 130.00 |
| 06/24/09 | Discuss response to Fifth Amended Complaint with DJC (.25); email to T. Lammert re contract examples from Ameriquest (.25); draft motion to clarify deadline to respond to Fifth Amended Complaint (1.00) | KKD | 1.50 | 390.00 |
| 06/24/09 | Attention to timing of Fifth Amended Consolidated Third-Party Complaint (.25); email exchange re Rule 26(f) issues; conference with KXD re same (.25) | DJC | 0.50 | 250.00 |
| 06/25/09 | Revise motion to clarify (.25); email to Third-Party Defendants re deadline to file responsive pleading to Fifth Amended Complaint (.25); conference with DJC re same (.25) | KKD | 0.75 | 195.00 |
| 06/25/09 | Email to Third-Party Defendants re strategy (.25); telephone conference with D. Harris re discovery issues (.25); review closing instruction documents (.25); conference with KXD re response to Fifth Amended Complaint (.25) | DJC | 1.00 | 500.00 |
| 06/26/09 | Attention to emails from various Third-Party Defendants re discovery and responsive pleading to Fifth Amended | KKD | 1.50 | 390.00 |

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 21, 2009
6312.002/187871
PAGE 10

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
|  | Complaint (.75); emails to DJC re same (.25); draft email in response to Third-Party Defendant comments (.50) |  |  |  |
| 06/29/09 | Conference call with counsel for Plaintiffs and counsel for Third-Party Plaintiffs re proposed stipulation (.25); emails with DJC re same (.25) | KKD | 0.50 | 130.00 |
|  | TOTAL FOR SERVICES |  | $ | 29,622.50 |

+ DENOTES PARALEGAL

**GOLDBERG KOHN**

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 21, 2009
6312.002/187871
PAGE 11

**SERVICE CHARGES AND DISBURSEMENTS**

| | |
|---|---:|
| Copying | 26.10 |
| Telephone | 1.08 |
| Lexis-Nexis Legal Search Charges Invoice # 0903005583  03/31/2009 | 224.68 |
| - VENDOR:Joseph Rickhoff 12/19/08 Transcript re Ameriquest Litigation  05 C 7097 | 30.00 |
| Lexis-Nexis Legal Search Charges Invoice # 0904018083  04/30/2009 | 167.75 |
| Search Fees - - VENDOR: Pacer Service Center | 36.80 |
| Lexis-Nexis Legal Search Charges Invoice # 0905033213  5/31/09 | 176.11 |
| Lexis-Nexis Legal Search Charges Invoice # 0905033213  5/31/09 | 217.22 |

TOTAL SERVICE CHARGES AND DISBURSEMENTS         $   879.74

TOTAL THIS STATEMENT                             $ 30,502.24

-11-

**GOLDBERG KOHN**
GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES        JULY 21, 2009
                                                 6312.002/187871
                                                 PAGE 12

| | |
|---|---:|
| For Professional Services Rendered Thru Jun 30, 2009 | $ 29,622.50 |
| For Service Charges/Disbursements Thru Jun 30, 2009 | $ 879.74 |
| **TOTAL** | **$ 30,502.24** |