IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MDL No. 1715

IN RE: AMERIQUEST MORTGAGE CO. )
MORTGAGE LENDING PRACTICES )
LITIGATION )
)
) Lead Case No. 05-CV-07097
_____)
) (Centralized before The Honorable
) Marvin E. Aspen)
THIS DOCUMENT RELATES TO ALL )
ACTIONS )
)
_____)
)
AMERIQUEST MORTGAGE COMPANY, )
a Delaware corporation; TOWN & )
COUNTRY CREDIT CORPORATION, )
a Delaware corporation; and ARGENT )
MORTGAGE COMPANY LLC, a )
Delaware limited liability company, )
)
    Third-Party Plaintiffs, )
v. )
)
NORTHWEST TITLE AND ESCROW )
CORPORATION, a Minnesota corporation; )
et al. )
    Third-Party Defendants. )
)

## THIRD PARTY DEFENDANT'S RULE 7.1 DISCLOSURE

Third-Party Defendant Tamayo Financial Services, Inc., by and through its counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses that it does not have a parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Tamayo Financial Services, Inc.'s response to Third-Party Plaintiffs' Fifth Amended Consolidated Complaint is due July 29, 2009 but it is joining in Third-Party Defendants' Consolidated Response to be filed by July 31, 2009 pursuant to the Court's Order.

Dated: July 29, 2009

By: /s/ John F. Sullivan
*Local Counsel for Defendant*
TAMAYO FINANCIAL SERVICES, INC.

John F. Sullivan
CROWLEY & LAMB, P.C.
350 N. LaSalle Street, Suite 900
Chicago, IL 60654
(312) 670-6900
(312) 467-5926 (Facsimile)

James W. Brody
AMERICAN MORTGAGE LAW GROUP, P.C.
75 Rowland Way, Suite 350
Novato, CA 94945
(415) 878-0030
(415) 878-0035 (Facsimile)

*Pro Hac Vice* pending
*Lead Counsel for Defendant*

TAMAYO FINANCIAL SERVICES, INC.