## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) | MDL No. 1715 |
| _____ | ) | Lead Case No. 05-CV-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) | (Centralized before The Honorable Marvin E. Aspen) |
| _____ | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; TOWN & COUNTRY CREDIT CORPORATION, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al., | ) ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |

_____

### NOTICE OF FILING

To:     ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on this 29th day of July, 2009, the undersigned caused to be electronically filed with the Clerk of the Federal Court for the Northern District of Illinois at the Dirksen Federal Court Building located at 219 S. Dearborn Street, Chicago, Illinois 60604, Third-Party Defendant Tamayo Financial Services, Inc.'s **THIRD PARTY DEFENDANT'S RULE 7.1 DISCLOSURE**.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By:     /s/ John F. Sullivan_____
*Local Counsel for Defendant*
TAMAYO FINANCIAL SERVICES, INC.

John F. Sullivan
CROWLEY & LAMB, P.C.
350 N. LaSalle Street, Suite 900
Chicago, IL 60654
(312) 670-6900