# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | MDL No. 1715  Lead Case No. 05-CV-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS _____ | (Centralized before The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; TOWN & COUNTRY CREDIT CORPORATION, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,  Third-Party Plaintiffs,  v.  NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,  Third-Party Defendants. | |

_____

## CERTIFICATE OF SERVICE

I, John F. Sullivan, an attorney, hereby certify that on this 29th day of July, 2009, a copy of the foregoing **NOTICE OF FILING** and Third-Party Defendant Tamayo Financial Services, Inc.'s **THIRD PARTY DEFENDANT'S RULE 7.1 DISCLOSURE,** was filed electronically using the Court's EM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system at the email address indicated. Parties may access this filing through the Court's system.

By: /s/ John F. Sullivan
*Local Counsel for Defendant*
TAMAYO FINANCIAL SERVICES, INC.

John F. Sullivan
CROWLEY & LAMB, P.C.
350 N. LaSalle Street, Suite 900
Chicago, IL 60654
(312) 670-6900