**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| NORMAN MARTIN and CHRISTINE MARTIN, | ) ) | 07 C 324 |
| Plaintiffs, | ) ) | (Originally 06 C 194 (W.D. Mich.)) |
| v. | ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097) |
| AMERIQUEST MORTGAGE COMPANY, WM SPECIALTY MORTGAGE, LLC, AMC MORTGAGE SERVICES, INC., and DOES 1-5, | ) ) ) ) ) | |
| | ) | **JURY DEMANDED** |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**    SEE ATTACHED SERVICE LIST

　　　　**PLEASE TAKE NOTICE** that on **Thursday, August 6, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　s/ Cathleen M. Combs
　　　　　　　　　　　　　　　　　　　Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs

1

James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

### CERTIFICATE OF SERVICE

      I, Cathleen M. Combs, hereby certify that on July 31, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Scott J. Helfand | Craig Allen Varga |
| shelfand@vbhlc.com | cvarga@vbhlc.com |
| | |
| Jonathan N. Ledsky | Bernard E. LeSage |
| jledsky@vbhlc.com | blesage@buchalter.com |

                          s/Cathleen M. Combs
                          Cathleen M. Combs