# Exhibit A

## APPENDIX

**I.   STATES THAT HAVE ADOPTED ECONOMIC LOSS DOCTRINE**

### Arizona

Hayden Bus. Ctr. Condo Ass'n v. Pegasus Dev. Corp., 105 P.3d 157, 162 (Ariz. Ct. App. 2005) (economic loss rule precludes a party from circumventing contract remedies by recasting a contract claim as a tort)

### California

Stop Loss Ins. Brokers, Inc. v. Brown & Toland Med. Group, 143 Cal. App. 4th 1036, 1041-42, 49 Cal. Rptr. 3d 609, 612-13 (Cal. App. Ct. 2006) ("'A person may not ordinarily recover in tort for the breach of duties that merely restate contractual obligations.'")

### Colorado

A.C. Excavating v. Yacht Club II Homeowner's Ass'n, Inc., 114 P.3d 862, 865 (Colo. 2005) ("party suffering only economic loss from the breach of an express or implied contractual duty may not assert a tort claim for such a breach absent an independent duty of care under tort law")

### Connecticut

Shoreline Care Ltd. Partnership v. Jansen & Rogan Consulting Eng'rs, P.C., 31 Conn. L. Rptr. 223 (Conn. Supr. Ct. 2002) ("in the absence of privity of contract between the plaintiff and defendant, or, in the absence of injury to the plaintiff's person or property, the plaintiff may not recover in tort for a purely economic loss")

### Delaware

Danforth v. Acorn Structures, Inc., 608 A.2d 1194, 1195 (Del. 1992) (economic loss doctrine is bar to recovery of economic losses in tort)

### District of Columbia

Aronoff v. Lenkin Co., 618 A.2d 669, 685 (D.C. 1992) ("in cases involving negligent performance of a contract cases, liability to third parties who suffer only economic loss as a result [of the negligent performance] depends on whether or not the defendant owed a duty of reasonable care to the plaintiff")

### Florida

Kone, Inc. v. Robinson, 937 So.2d 238, 242 (Fla. Dist. Ct. App. 2006) (under economic loss doctrine holds, a promisor will not be held liable for tort damages under a breach of contract theory)

A-1

**Georgia**

General Elec. Co. v. Lowe's Home Ctrs., Inc., 608 S.E.2d 636, 637 (Ga. 2005) ("economic loss rule generally provides that contracting party who suffers purely economic losses must seek remedy in contract and not in tort")

**Hawaii**

Association of Apartment Owners of Newtown Meadows v. Venture 15, Inc., 167 P.3d 225, 285-288 (Haw. 2007) (economic recovery is barred where no privity of contract between plaintiff and defendant)

**Illinois**

Tyler v. Gibbons, 857 N.E.2d 885 (Ill. App. Ct. 2006) (purely economic losses which do not involve personal injury or property damage are not recoverable in tort)

**Indiana**

Hyundai Motor Am. Inc. v. Goodin, 822 N.E.2d 947, 958 (Ind. 2005) (economic loss rule bars tort recovery "where a negligence claim is based upon the failure of a product to perform as expected and the plaintiff suffers only economic damages")

**Iowa**

Richards v. Midland Brick Sales Co., Inc., 551 N.W. 649, 650 (Iowa Ct. App. 1996) (plaintiffs cannot recover in tort when they have suffered only economic harm)

**Kansas**

Koss Constr. v. Caterpillar, Inc., 960 P.2d 255, 260-61 (Kan. Ct. App. 1998) (adopting economic loss rule)

**Kentucky**

Presnell Constr. Managers, Inc. v. EH Constr., LLC, 134 S.W.3d 575, 582-83 (Ky. 2004) (one who is not a party to the contract or in privity thereto may not maintain an action for negligence which consists merely in the breach of contract)

**Maryland**

Lloyd v. General Motors Corp., 916 A.2d 257, 265-66 (Md. 2007) (purely economic losses are not available in tort, but in contract)

**Massachusetts**

Herbert A. Sullivan, Inc. v. Utica Mut. Ins. Co., 788 N.E.2d 522, 543 (Mass. 2003) (purely economic losses are unrecoverable in tort in absence of personal injury or property damage)

**Michigan**

Sherman v. Sea Ray Boats, Inc., 649 N.W.2d 783, 785, 89-90 (Mich. Ct. App. 2002) (economic loss rule precludes recovery in tort for purely economic losses)

**Minnesota**

Thofson v. Redex Indus., Inc., 433 N.W.2d 901, 903 (Minn. Ct. App. 1989) ("economic losses that arise out of commercial transactions, except those involving personal injury or damage to other property, are not recoverable under the tort theories of negligence or strict products liability"), citing Superwood Corp. v. Siempelkamp Corp., 311 N.W.2d 159, 162 (Minn. 1981)

**Mississippi**

State Farm Mut. Auto. Ins. Co. v. Ford Motor Co., 736 So.2d 384, 387 (Miss. Ct. App. 1999) (no recovery in tort when only economic damages sought)

**Missouri**

Summer Chase Second Addition Subdivision Homeowner's Ass'n v. Taylor-Morley, Inc., 146 S.W.3d 411, 417 (Mo. Ct. App. 2004) ("where the only damage complained of is an economic loss resulting from defects in the item built pursuant to a contract, a negligence action does not lie")

**Nebraska**

Hilt Truck Line, Inc. v. Pullman, Inc., 382 N.W.2d 310, 313 (Neb. 1986) ("purchaser of a product pursuant to contract cannot recover economic losses from the seller manufacturer on claims in tort based on negligent manufacture or strict liability in the absence of physical harm to persons or property caused by the defective product")

**Nevada**

Jordan v. State ex rel. Dept. of Motor Vehicles & Pub. Safety, 110 P.3d 30, 51 (Nev. 2005) (no recovery in tort for purely economic losses)

**New Hampshire**

Plourde Sand & Gravel Co. v. JGI E., Inc., 917 A.2d 1250, 1253 (N.H. 2007) (economic loss doctrine prevents recovery in tort for purely economic or commercial losses)

**New Jersey**

People Express Airlines, Inc. v. Consolidated Rail Corp., 495 A.2d 107, 118 (N.J. 1985) (purely economic losses recoverable in tort only under very limited circumstances)

**New Mexico**

Utah Int'l., Inc. v. Caterpillar Tractor Co., 775 P.2d 741, 744 (N.M. Ct. App. 1989) (in commercial transactions, economic losses are not recoverable in tort, but only in contract)

**New York**

AKV Auto Transp., Inc. v. Syosset Truck Sales, Inc., 24 A.D.3d 833, 835 (N.Y. App. Div. 2005) (where only economic loss with respect to a product itself is alleged and the underlying transaction is a sale of goods, the purchaser is limited to its contractual remedies and may not maintain the traditional tort causes of action of negligence or strict liability)

**North Carolina**

Lord v. Customized Consulting Specialty, Inc., 643 S.E.2d 28, 30-33 (N.C. Ct. App. 2007) (economic loss rule prohibits recovery for purely economic loss in tort, as such claims are instead governed by contract law)

**Ohio**

Corporex Dev. & Constr. Management, Inc. v. Shook, Inc., 835 N.E.2d 701, 704 (Ohio 2005) ("The economic-loss rule generally prevents recovery in tort of damages for purely economic loss.")

**Oregon**

Loosli v. City of Salem, 2007 WL 3087513, at *1 (Or. Ct. App. Oct. 24, 2007) (plaintiff cannot maintain an action for purely economic loss based on negligent misrepresentation unless defendant breached duty outside common law of negligence)

**Pennsylvania**

Excavation Tech's. Inc. v. Columbia Gas Co. of Pa., 2007 WL 3275486, at *1 (Pa. Super. Ct. Nov. 7, 2007) (no cause of action exists for negligence that results solely in economic damages unaccompanied by physical injury or property damage)

**Rhode Island**

Franklin Grove Corp. v. Drexel, 2007 WL 4442359, at *1 (R.I. Dec. 20, 2007) ("plaintiff may not recover damages under a negligence claim when the plaintiff has suffered no personal injury or property damage")

**South Carolina**

Koontz v. Thomas, 511 S.E.2d 407, 412 (S.C. Ct. App. 1999) (economic loss doctrine bars professional negligence claim when parties relationship dictated by contract)

A-4

**South Dakota**

City of Lennox v. Mitek Indus., Inc., 519 N.W. 330, 333-34 (S.D. 1994) (economic loss rule does not allow for recovery of economic losses under tort theories, rather the recovery of these losses are limited to contract remedies unless there has been personal injury or damage to other property other than the specific goods that were part of the transaction)

**Tennessee**

Messer Griesheim Indus., Inc v. Cryotech of Kingsport, Inc., 131 S.W.3d 457, 463 (Tenn. Ct. App. 2003) (plaintiff cannot maintain claim for purely economic losses absent contractual privity)

**Texas**

Bell Tl Co. v. DeLanney, 809 S.W.2d 493, 494-95 (Tex. 1991) (economic loss rule precludes recovery in tort for economic losses resulting from failure of party to perform under contract)

**Utah**

Hermansen v. Tasulis, 48 P.3d 235, 240 (Utah 2002) ("a party suffering only economic loss from the breach of an express or implied contractual duty may not assert a tort claim for such breach absent an independent duty of care")

**Vermont**

EBWS, LLC v. Britly Corp., 928 A.2d 497, 507-08 (Vt. 2007) (economic loss rule prevents recovery in tort for purely economic losses unless a special relationship creates a duty of care independent of contract obligations)

**Virginia**

Ward v. Ernst & Young, 435 S.E.2d 628, 632 (Va. 1993) (noting that the economic loss rule requires privity of contract to recover purely economic losses in negligence absent personal injury or property damage)

**West Virginia**

Glascock v. City Nat'l Bank of W. Va., 576 S.E.2d 540, 545 (W. Va. 2002) ("an individual who sustains economic loss from an interruption in commerce caused by another's negligence may not recover damages in the absence of physical harm to the individual's person or property, a contractual relationship with the alleged tortfeasor, or some other special relationship between the alleged tortfeasor and the individual who sustains purely economic damages sufficient to compel the conclusion that the tortfeasor had a duty to the particular plaintiff and that the injury complained of was clearly foreseeable to the tortfeasor")

A-5

**Wisconsin**

Foremost Farms USA Coop. v. Performance Process, Inc., 726 N.W.2d 289, 293 (Wis. Ct. App. 2006) (economic loss doctrine bars tort claims by requiring parties to "pursue only their contractual remedies when asserting an economic loss claim")

**Wyoming**

D & D Transp., Ltd. v. Interline Energy Services, Inc., 117 P.3d 423, 427 (Wyo. 2005) (economic loss rule bars recovery in tort when plaintiff claims purely economic damages unaccompanied by physical injury to persons or property)

## II.  STATES THAT HAVE NOT ADOPTED ECONOMIC LOSS DOCTRINE

Alaska
Louisiana

## III.  STATES THAT HAVE NOT ADDRESSED ECONOMIC LOSS DOCTRINE

Alabama
Arkansas
Maine
Montana
North Dakota
Oklahoma
Washington