# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

## NOTICE OF MOTION

TO: Counsel of Record (via ECF system)

PLEASE TAKE NOTICE that on Tuesday, August 4, 2009 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before The Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Third-Party Defendants' Motion to Dismiss Fifth Amended Consolidated Third-Party Complaint**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

Dated: July 31, 2009

                                                  Respectfully submitted,

                                                  /s/ David J. Chizewer
                                                  David J. Chizewer
                                                  Steven A. Levy
                                                  Kerry D. Nelson
                                                  GOLDBERG KOHN BELL BLACK
                                                    ROSENBLOOM & MORITZ, LTD.
                                                  55 East Monroe Street
                                                  Suite 3300
                                                  Chicago, Illinois 60603
                                                  Telephone (312) 201-4000
                                                  Facsimile (312) 332-2196

                                                  *Liaison Counsel to Third-Party*
                                                  *Defendants and counsel for National Real*
                                                  *Estate Information Services, Inc.*

**CERTIFICATE OF SERVICE**

      I, David J. Chizewer, hereby certify that on this 31st day of July, 2009, a true and accurate copy of the foregoing document was filed electronically.  Notice of this filing, motion, and memorandum in support will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      /s/ David J. Chizewer
      David J. Chizewer