IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL NO. 1715 <br><br> Lead Case No. 05 C 07097 <br><br> (Centralized before Judge Aspen) |
| ANTONE L. JONES and YOLANDA S. JONES, <br><br> Plaintiffs, <br><br> v. <br><br> CITIGROUP INC. and ARGENT MORTGAGE COMPANY, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br> No. 09 C 3258 <br><br> Judge Der-Yeghiayan |

**NOTICE OF MOTION**

**TO:**  Douglas Michael Matton
Matton & Grossman, PC
200 West Madison Street
Suite 710
Chicago, Illinois  60606

PLEASE TAKE NOTICE that I shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Room 2568 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Thursday, August 6, 2009, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendant Argent Mortgage Company, LLC's Motion For Reassignment of Related Action**, a copy of which was previously served upon you.

Dated:  August 3, 2009 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ARGENT MORTGAGE COMPANY, LLC,
　　　　　　　　　　　　　　　　　　　　　Defendant


　　　　　　　　　　　　　　　　　　　　　By: s/ Jonathan N. Ledsky
　　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys


Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60606
(312) 341-9400

## CERTIFICATE OF SERVICE

　　　　I, Jonathan N. Ledsky, an attorney, hereby certify that a true and correct copy of the foregoing **Notice of Motion** was filed electronically via CM/ECF e-Filing upon all parties of record and to:

Douglas Michael Matton
Matton & Grossman, PC
200 W. Madison, Suite 710
Chicago, IL 60606
Facsimile:  (312) 372-8456
E-Mail:  **(douglas.matton@gmail.com)**

by facsimile, e-mail, and by placing same in the United States mail chute located at 224 South Michigan Avenue, Chicago, Illinois 60604, properly addressed and postage fully prepaid, this 3rd day of August, 2009, on or before the hour of 5:00 p.m.

　　　　　　　　　　　　　　　　　　　　　s/Jonathan N. Ledsky