**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| JOE WINTERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, N.A., as Trustee of AMERIQUEST ) <br> MORTGAGE SECURITIES, INC., Asset Backed ) <br> Pass Through Certificates, Series 2005-R4CGM, ) <br> Under the Pooling and Servicing Agreement Dated ) <br> as of May 1, 2005, Without Recourse; CITI ) <br> RESIDENTIAL LENDING, INC., and DOES 1-5, ) <br> ) <br> Defendants. ) | 1:07-cv-01341 <br><br> Originally 07-cv-57-WDS (SDIL) <br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case # 05 C 7097 <br><br><br><br> **JURY DEMAND** |

**NOTICE OF MOTION**

**TO:** SEE ATTACHED SERVICE LIST

        **PLEASE TAKE NOTICE** that on **Thursday, August 6, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

                                                        s/ Cathleen M. Combs
                                                        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)


## CERTIFICATE OF SERVICE

       I, Cathleen M. Combs, hereby certify that on August 4, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Scott Helfand
shelfand@vbhlc.com

Donald K. Schoemaker
dks@greensfelder.com

Bernard E. LeSage
blesage@buchlater.com

                                              s/Cathleen M. Combs
                                              Cathleen M. Combs