# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ameriquest Mortgage Company, et al.

|                                        | Plaintiff, |                                   |
|----------------------------------------|------------|-----------------------------------|
| v.                                     |            | Case No.: 1:05−cv−07097           |
|                                        |            | Honorable Marvin E. Aspen         |

Ameriquest Mortgage Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2009:

     MINUTE entry before the Honorable Marvin E. Aspen:Defendant Argent Mortgage Company, LLC's Motion to reassign case [2990] 09C3258 – Jones, et al v. Citigroup Inc., et al, as part of MDL 1715 (05C7097) is granted. Motion terminated. The motion hearing set for 8/6/09 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.