UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Plaintiff<br><br>IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION,<br><br>v.  Defendant and Third-Party Plaintiff,<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>v.  Third-Party Defendant,<br><br>BUYOWNER TITLE OF SOUTH FLORIDA, INC. | No. 05-CV-7097<br><br>Judge:  Hon. Marvin E. Aspen<br>Magistrate Judge Denlow |

**MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

BUYOWNER TITLE, INC., sued as BUYOWNER TITLE OF SOUTH FLORIDA, INC., by its attorneys, Danny L. Worker and Siobhán M. Murphy of Lewis Brisbois Bisgaard & Smith LLP, respectfully move the Court for an enlargement of time within which to file its initial responsive pleading to Plaintiffs' Complaint to September 21, 2009.  In support of this motion, movant states as follows:

1. The undersigned firm was first contacted to determine whether it could undertake the defense of this third party case on August 6, 2009.  On an initial review of the information, it appears to counsel that BuyOwner may have been served on July 17, 2009, which would indicate that an appearance is due today.  Given the complexity of the case, counsel has not had the opportunity to conduct a conflict search or to make any evaluation of service, jurisdiction, or the voluminous filings in this matter.  Rather

than allow a default against BuyOwner, the undersigned attempted to call all listed counsel for third party plaintiff to request an agreed extension of time, without reaching any of them.

2. This motion is made for good cause to allow the undersigned counsel to conduct a conflict check, determine the propriety of service and jurisdiction, review the file and evaluate potential defenses or initial motions, and not to delay orderly presentation of issues to the Court or in any way to improperly inconvenience any party. Given the complexity of the case as appears from a review of the court docket, counsel believes that the requested extension of time is reasonable and necessary.

WHEREFORE, Defendant respectfully requests that the Court enter an Order granting Defendant an enlargement of time, to and including September 21, 2009, within which to respond to Plaintiffs' Complaint.

Respectfully submitted,

    s/ Siobhan M. Murphy
One of the Attorneys for BuyOwner Title, Inc.

Danny L. Worker - 6195554
Siobhán M. Murphy – 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312.345.1718 / Fax: 312.345.1778