**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Plaintiff<br><br>IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION,<br><br>v.  Defendant and Third-Party Plaintiff,<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br><br>v.  Third-Party Defendant,<br><br>BUYOWNER TITLE OF SOUTH FLORIDA, INC. | No. 05-CV-7097<br><br>Judge: Hon. Marvin E. Aspen<br>Magistrate Judge Denlow |

**NOTICE OF MOTION**

TO:    All Counsel of Record

PLEASE TAKE NOTICE that on August 13, 2009 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen in Room 2568 of the Dirksen Federal Building, 219 South Dearborn St., Chicago, Illinois and then and there present Third-Party Defendant's **Motion for Enlargement of Time to Answer or Otherwise Plead.**

                                                    s/  Siobhán M. Murphy
                                                    One of the Attorneys for BuyOwner Title, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2009, I electronically filed Third-Party Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                                    s/  Siobhán M. Murphy
                                                    One of the Attorneys for BuyOwner Title, Inc.

Danny L. Worker - 6195554
Siobhán M. Murphy – 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois  60661
312.345.1718 / Fax: 312.345.1778

4820-0930-4324.1