**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 05-CV-7097 |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, v. Defendant and Third Party Plaintiff AMERIQUEST MORTGAGE COMPANY, v. Third Party Defendant BUYOWNER TITLE OF SOUTH FLORIDA, INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BUYOWNER TITLE, INC., sued as BUYOWNER TITLE OF SOUTH FLORIDA, INC.

| | |
|---|---|
| NAME (Type or print) DANNY L. WORKER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ DANNY L. WORKER | |
| FIRM LEWIS BRISBOIS BISGAARD & SMITH LLP | |
| STREET ADDRESS 550 WEST ADAMS STREET, SUITE 300 | |
| CITY/STATE/ZIP CHICAGO, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6195554 | TELEPHONE NUMBER 312.345.1718 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |