IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 Lead Case No. 05-cv-07097 |
| THIS DOCOUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | ) ) ) ) ) | Centralized before The Honorable Mavin E. Aspen. |

**AGREED MOTION FOR EXTENTION OF TIME TO RESPOND TO
THE FIFTH AMENDED THIRD-PARTY COMPLAINT**

Now comes Defendant, RELI, INC., by its attorneys TRAUB, LIEBERMAN, STRAUS, and SHREWSBERRY LLP, for its Motion For Extension of Time to File an Answer or Other Responsive Pleading to the Fifth Amended Third-Party Complaint of third-party plaintiffs AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, TOWN & COUNTRY CREDIT CORPORATION, a Delaware Corporation, and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company ("the Third-Party Plaintiffs") and states as follows:

1. RELI, INC. was served with the Fifth Amended Third-Party Complaint on July 15, 2009.

2. RELI, INC.'s responsive pleading the Fifth Amended Third-Party Complaint was due on August 4, 2009.

3. Counsel for RELI, INC. did not receive a copy of the summons and complaint until August 5, 2009.

4. On August 5, 2009, counsel for RELI, INC. learned from counsel for the Third-Party Plaintiffs that Mr. David Chizewer, of the law firm, Goldberg Kohn, was serving as "liaison counsel" for the third-party defendants in this consolidated action.

5. On August 6, 2009, counsel for RELI, INC. contacted counsel for the Third-Party Plaintiffs to request an extension of time. Counsel for the Third-Party Plaintiffs has no objection to the extension of time.

6. RELI, INC. intends to work with "liaison counsel" to determine if it is in RELI, INC.'s interest to coordinate its responsive pleading with the other third-party defendants.

7. RELI, INC. brings this motion in good faith and not to delay these proceedings. In addition, no party has suffered or will suffer any undue prejudice from RELI, INC.'s failure to answer or otherwise plead in the time period prescribed by the Federal Rule of Civil Procedure 12(a)(1).

WHEREFORE, third-party defendant, RELI, INC., requests this Court grant it an extension of 21 days, until August 27, 2009, to file an Answer or other responsive pleading to the Fifth Amended Third-Party Complaint of third-party plaintiffs AMERIQUEST MORTGAGE COMPANY, TOWN & COUNTRY CREDIT CORPORATION, and ARGENT MORTGAGE COMPANY, LLC.

Dated this day of August 6, 2009.

By: /s/ Michael S. Knippen
One of the Attorneys for Third-Party
Defendant, RELI, INC.

Michael S. Knippen
TRAUB LIEBERMAN STRAUS & SHREWSBERRY
303 West Madison Street
Suite 1200
Chicago, Illinois 60606
312.332.3900
ARDC # 6185723