## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| **MORTGAGE LENDING PRACTICES** | ) | MDL No. 1715 |
| **LITIGATION** | ) | |
| | ) | Lead Case No. 05-cv-07097 |
| ――――――――――――――――――― | ) | |
| | ) | Centralized before The Honorable |
| THIS DOCOUMENT RELATES TO THE | ) | Mavin E. Aspen. |
| FIFTH AMENDED THIRD PARTY | ) | |
| COMPLAINT | ) | |

---

### [PROPOSED] ORDER

This matter coming on third-party defendant, RELI, INC.'s Motion for an Extension of Time to Answer or Otherwise Respond to Third-Party Plaintiffs' FIFTH AMENDED THIRD-PARTY COMPLAINT, due notice having been given, and this Court fully advised in the premises; IT IS HEREBY ORDERED that the time for third-party defendant, RELI, INC., to Answer or otherwise respond to third-party plaintiffs' FIFTH AMENDED THIRD-PARTY COMPLAINT is extended to August 27, 2009.

This _____ day of _____, 2009

_____
Honorable Marvin E. Aspen
United States District Judge