**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL | ) | Centralized before Judge |
| ACTIONS | ) | Marvin E. Aspen |
| | ) | |

| | | |
|---|---|---|
| CHRISTENA BLAIN and THOMAS B. BLAIN, | ) | 07 C 124 (N.D.Ill.) |
| | ) | |
| Plaintiffs, | ) | Originally 5:00-cv-00170RHB |
| | ) | (W.D.MI) |
| v. | ) | |
| | ) | Transferred for pre-trial proceedings |
| ARGENT MORTGAGE COMPANY, LLC; | ) | to MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, | ) | Lead Case No. 05 C 7097 |
| GOLDMAN SACHS MORTGAGE COMPANY, | ) | |
| BANK OF AMERICA, N.A., and DOES 1-5, | ) | Judge Marvin E. Aspen |
| | ) | |
| Defendants. | ) | **DEMAND FOR JURY TRIAL** |

## NOTICE OF MOTION

**TO:    SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that on **Tuesday, August 11,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT, INSTANTER,** a copy of which is hereby served upon you.

s/ Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs

1

James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

        I, Cathleen M. Combs, hereby certify that on August 7, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark D. Van der Laan
Dykema Gossett PLLC
300 Ottawa Ave. NW
Suite 700
Grand Rapids, MI 49503

Bernard LeSage
blesage@buchalter.com

Brian Clark Summerfield
Bodman LLP
1901 St. Antoine St.
6th Floor at Ford Field
Detroit, MI 48226

                    s/ Cathleen M. Combs
                    Cathleen M. Combs

2