IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al.<br><br>Third-Party Plaintiffs,<br><br>-vs.-<br><br>NETCO, INC.<br><br>Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 1715

Lead Case No. 05-CV-07097

(Centralized before The Honorable Marvin E. Aspen)

**_JURY DEMAND ENDORSED HEREON_**

FILED
8-6-2009
AUG 06 2009 JH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING**

TO: Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Ste. 1500
Los Angeles, California 90017

**PLEASE TAKE NOTICE** that on the 6th day of August, 2009, Patrick W. Walsh, Attorneys at Law, on behalf of Defendant NETCO, INC., filed the Appearance, in the above matter with the Clerk of the District Court, a copy of which is attached hereto and served upon you.

_____
Patrick W. Walsh

Patrick W. Walsh
Attorneys at Law
625 Plainfield Road, Suite 330
Willowbrook, Illinois 60527
(630) 794-0300

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served a copy of the above Notice to each party to whom this Notice is directed by mail, postage prepaid, at 625 Plainfield Road, Willowbrook, Illinois on this 6th day of August, 2009 by 5:00 p.m.

_____
Patrick W. Walsh

Patrick W. Walsh
Attorneys at Law
625 Plainfield Road, Suite 330
Willowbrook, Illinois 60527
(630) 794-0300

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION, et al
vs.
NETCO, INC.

Case Number: 05-CV-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NETCO, INC.

FILED
8-6-2009
AUG 06 2009 JH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Patrick W. Walsh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *[signature]* | |
| FIRM <br> Patrick W. Walsh, Attorneys at Law | |
| STREET ADDRESS <br> 625 Plainfield Road, Suite 330 | |
| CITY/STATE/ZIP <br> Willowbrook, Illinois 60527 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06200151 | TELEPHONE NUMBER <br> 630-794-0300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |