*MHN*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 |
| _____ | ) ) | (Centralized before The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al. | ) ) ) | |
| Third-Party Plaintiffs, | ) ) | ***JURY DEMAND ENDORSED HEREON*** |
| -vs.- | ) ) ) | |
| NETCO, INC. | ) ) ) | |
| Third-Party Defendants. | ) ) ) | |

**F I L E D**
8-6-2009
AUG 0 6 2009 JH

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

## NETCO, INC.'S ANSWER TO FIFTH AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT

TO:  Bernie LeSage, Esq.
     BUCHALTER NEMER
     1000 Wilshire Blvd., Ste. 1500
     Los Angeles, California 90017

NOW COMES Third-Party Defendant, NETCO, INC., (hereinafter referred to as "NETCO"), and for its Answer to the Third-Party Complaint of Third-Party Plaintiffs AMERIQUEST MORTGAGE COMPANY, TOWN & COUNTRY CREDIT CORPORATION and ARGENT MORTGAGE COMPANY LLC (hereinafter collectively referred to as "AMERIQUEST"), in the matter captioned above, states as follows.  Furthermore, it appears from the record of this matter and pleadings of AMERIQUEST that AMERIQUEST may have attempted to file claims in its Fifth Amended Consolidated Third-Party Complaint against not

1

only NETCO, INC. but against NETCO Title Insurance Company. NETCO hereby states as part of this Answer that no such entity called NETCO Title Insurance Company exists to the best knowledge of NETCO, INC.

### The Parties

1.      NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph One of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

2.      NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Two of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

3.      NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Three of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

4.      NETCO admits that AMERIQUEST brought a Third-Party Complaint as listed on Exhibits A&B. NETCO lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in Paragraph Four of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

5.      NETCO admits that ARGENT brought a Third-Party Complaint. NETCO denies each and every other allegation contained in Paragraph Five of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

6.      NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Six of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

7.  NETCO denies each and every allegation contained in Paragraph Seven of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

8.  NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Eight of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

## General Allegations for Ameriquest's Town & Country's and Argent's Claims Against The Title Defendants

9.  NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Nine of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

10. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Ten of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

11. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Eleven of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

12. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Twelve of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

13. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Thirteen of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

14.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Fourteen of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

15.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Fifteen of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

16.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Sixteen of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

17.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Seventeen of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

18.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Eighteen of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

### General Allegations for Argent's Claims Against Mortgage Brokers

19.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Nineteen of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

20.     NETCO admits that Argent was a lender.   NETCO lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in Paragraph Twenty of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

4

21.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Twenty-One of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

22.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Twenty-Two of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

23.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Twenty-Three of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

### First Cause of Action
**(Breach of Contract – Ameriquest and Town & Country Against the Title Defendants)**

24.     NETCO restates its responses to Paragraphs One through Twenty-Three and incorporates them herein by reference.  Any and all remaining allegations contained in Paragraph Twenty-Four are denied.

25.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Twenty-Five of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

26.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Twenty-Six of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

27.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Twenty-Seven of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

28.     NETCO denies each and every allegation contained in Paragraph Twenty-Eight of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

## Second Cause of Action
**(Negligence – Ameriquest and Town & Country Against the Title Defendants)**

29.     NETCO restates its responses to Paragraphs One through Twenty-Eight and incorporates them herein by reference.  Any and all remaining allegations contained in Paragraph Twenty-Nine are denied.

30.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Thirty of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

31.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Thirty-One of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

32.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Thirty-Two of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

33.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Thirty-Three of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

34.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Thirty-Four of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

35.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Thirty-Five of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

36.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Thirty-Six of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

37.     NETCO denies each and every allegation contained in Paragraph Thirty-Seven of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

### Third Cause of Action
### (Negligent Misrepresentation – Ameriquest and Town & Country Against Title Defendants)

38.     NETCO restates its responses to Paragraphs One through Thirty-Seven and incorporates them herein by reference.  Any and all remaining allegations contained in Paragraph Thirty-Eight are denied.

39.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Thirty-Nine of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

40.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Forty of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

41.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Forty-One of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

42.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Forty-Two of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

43.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Forty-Three of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

44.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Forty-Four of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

45.     NETCO denies each and every allegation contained in Paragraph Forty-Five of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

### Fourth Cause of Action
### (Breach of Contract – Argent Against Title Defendants)

46.     NETCO restates its responses to Paragraphs One through Forty-Five and incorporates them herein by reference.  Any and all remaining allegations contained in Paragraph Forty-Six are denied.

47.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Forty-Seven of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

48.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Forty-Eight of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

49.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Forty-Nine of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

50.     NETCO denies each and every allegation contained in Paragraph Fifty of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

**Fifth Cause of Action**
**(Breach of Contract – Argent Against Broker Defendants)**

51.     NETCO restates its responses to Paragraphs One through Fifty and incorporates them herein by reference.  Any and all remaining allegations contained in Paragraph Fifty-One are denied.

52.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Fifty-Two of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

53.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Fifty-Three of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

54.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Fifty-Four of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

55.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Fifty-Five of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

56.     NETCO denies each and every allegation contained in Paragraph Fifty-Six of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

## Sixth Cause of Action
### (Negligence – Argent Against Title Defendants)

57.     NETCO restates its responses to Paragraphs One through Fifty-Six and incorporates them herein by reference.  Any and all remaining allegations contained in Paragraph Fifty-Seven are denied.

58.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Fifty-Eight of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

59.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Fifty-Nine of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

60.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Sixty of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

61.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Sixty-One of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

62.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Sixty-Two of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

63.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Sixty-Three of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

64.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Sixty-Four of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied

65.     NETCO denies each and every allegation contained in Paragraph Sixty-Five of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

### Seventh Cause of Action
### (Negligence – Argent Against Broker Defendants)

66.     NETCO restates its responses to Paragraphs One through Sixty-Five and incorporates them herein by reference.  Any and all remaining allegations contained in Paragraph Sixty-Six are denied.

67.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Sixty-Seven of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

68.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Sixty-Eight of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

69.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Sixty-Nine of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

70. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Seventy of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

71. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Seventy-One of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

72. NETCO denies each and every allegation contained in Paragraph Seventy-Two of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

### Eighth Cause of Action
### (Negligent Misrepresentation – Argent Against Title Defendants)

73. NETCO restates its responses to Paragraphs One through Seventy-Two and incorporates them herein by reference. Any and all remaining allegations contained in Paragraph Seventy-Three are denied.

74. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Seventy-Four of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

75. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Seventy-Five of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

76. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Seventy-Six of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

77.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Seventy-Seven of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

78.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Seventy-Eight of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

79.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Seventy-Nine of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

80.     NETCO denies each and every allegation contained in Paragraph Eighty of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

**Ninth Cause of Action**
**(Negligent Misrepresentation – Argent Against Broker Defendants)**

81.     NETCO restates its responses to Paragraphs One through Eighty and incorporates them herein by reference.  Any and all remaining allegations contained in Paragraph Eighty-One are denied.

82.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Eighty-Two of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

83.     NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Eighty-Three of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

84. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Eighty-Four of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

85. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Eighty-Five of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

86. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Eighty-Six of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

87. NETCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph Eighty-Seven of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint, therefore they are denied.

88. NETCO denies each and every allegation contained in Paragraph Eighty-Eight of AMERIQUEST'S Fifth Amended Consolidated Third-Party Complaint.

## **AFFIRMATIVE DEFENSES OF NETCO**

89. AMERIQUEST'S claims are barred as AMERIQUEST has failed to state a claim upon which relief can be granted.

90. AMERIQUEST'S claims are barred by the statute of limitations.

91. AMERIQUEST'S claims are barred by the doctrines of laches, waiver and estoppel.

92. AMERIQUEST has failed to mitigate its own damages.

14

93.     The claims of AMERIQUEST, and any damages stemming therefrom, should the same be proven, are a result of the actions and conduct of either AMERIQUEST, and/or the actions of other Defendants and/or Third-Party Defendants to this matter, and/or persons or entities not a party to this matter. As such, said actions of persons or entities other than NETCO, are such, that NETCO bears no responsibility for the claims of AMERIQUEST.

94.     AMERIQUEST has failed to join necessary and/or indispensable parties as required by the Federal Rules of Civil Procedure.

95.     AMERIQUEST'S claims are barred as AMERIQUEST assumed the risk of engaging in a business transaction.

96.     NETCO reserves the right to add further affirmative defenses should NETCO become aware of the same during the process of discovery in this matter.


WHEREFORE, having fully Answered the Fifth Amended Consolidated Third-Party Complaint of AMERIQUEST, NETCO prays that this Court dismiss said Fifth Amended Consolidated Third-Party Complaint with prejudice to re-filing, at the sole cost of AMERIQUEST, and that NETCO be awarded reasonable attorney fees, any costs associated with this action, that this Court deny AMERIQUEST the relief sought by AMERIQUEST in the Fifth Amended Consolidated Third-Party Complaint, and that this Court would award NETCO any further equitable relief that this Court deem just and proper.

DATED: August 6, 2009                  Respectfully submitted,


_____
PATRICK W. WALSH
Attorney for NETCO, INC.
625 Plainfield Road
Suite 330
Willowbrook, Illinois 60527
(630) 794-0300


**JURY DEMAND**

NETCO hereby demands a Jury to be comprised lawfully pursuant to the Federal Rules

of Civil Procedure and United States Code, as applicable, to hear all matters so triable.


_____
PATRICK W. WALSH
Attorney for NETCO, INC.


16