MHN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-CV-07097 |
| _____ | (Centralized before The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, et al. | |
| Third-Party Plaintiffs, | **_JURY DEMAND ENDORSED HEREON_** |
| -vs.- | |
| NETCO, INC. | |
| Third-Party Defendants. | |

FILED
8-6-2009
AUG 06 2009 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING**

TO: Bernie LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Blvd., Ste. 1500
Los Angeles, California 90017

**PLEASE TAKE NOTICE** that on the 6th day of August, 2009, Patrick W. Walsh, Attorneys at Law, on behalf of Defendant NETCO, INC., filed the Defendant's Answer to the Plaintiff's Fifth Amended Consolidated Third-Party Complaint at Law, in the above matter with the Clerk of the District Court, a copy of which is attached hereto and served upon you.

_____
Patrick W. Walsh

Patrick W. Walsh
Attorneys at Law
625 Plainfield Road, Suite 330
Willowbrook, Illinois 60527
(630) 794-0300

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of the above Notice to each party to whom this Notice is directed by mail, postage prepaid, at 625 Plainfield Road, Willowbrook, Illinois on this 6th day of August, 2009 by 5:00 p.m.

_____
Patrick W. Walsh

Patrick W. Walsh
Attorneys at Law
625 Plainfield Road, Suite 330
Willowbrook, Illinois 60527
(630) 794-0300