UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
Eastern Division

Ameriquest Mortgage Company, et al.
                        Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 10, 2009:

MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs' Motions for leave to file [3001 & 3012, Case Nos. 06 C 2829 and 07 C 124] third and fourth amended complaints, adding defendant Chase Home Finance, LLC, and Bank of America Home Loans Servicing L.P. and dismissing defendants Bank of America, N.A. and Citi Residential Lending, Inc. without prejudice is granted. Motions terminated. The name of defendant WM Specialty Mortgage LLC is updated to JPMC Specialty Mortgage, LLC. The motion hearing set for 8/11/09 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.