**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| KENNETH J. SCOTT and MARCEY L. SCOTT, | ) ) | No. 07 C 0252 |
| Plaintiffs, | ) ) ) | Judge Conlon |
| v. | ) ) | Magistrate Judge Cole |
| ARGENT MORTGAGE COMPANY, LLC, AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., ARGENT SECURITIES, INC., Asset Back Pass Through Certificates Series 2004-W8, CITI RESIDENTIAL LENDING, INC., and DOES 1-5, | ) ) ) ) ) ) ) ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   **SEE ATTACHED SERVICE LIST**

      **PLEASE TAKE NOTICE** that on **Thursday, August 13, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT,** a copy of which is hereby served upon you.

                                      s/ Cathleen M. Combs
                                      Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on August 10, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was also sent by U.S. mail to parties without an email address.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Elizabeth Barry
ebarry@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com

Scott J. Helfand
shelfand@vbhlc.com

                                            s/ Cathleen M. Combs
                                            Cathleen M. Combs