IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 Lead Case No. 05-cv-07097 |
| THIS DOCOUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | ) ) ) ) ) | Centralized before The Honorable Mavin E. Aspen. |

**NOTICE OF AGREED MOTION FOR EXTENTION OF TIME
TO RESPOND TO THE FIFTH AMENDED THIRD-PARTY COMPLAINT**

Please take notice that Thursday, August 13, 2009, at 10:30 a.m. or as soon thereafter as counsel may be heard, third party defendant, RELI, INC., shall appear before the Honorable Marvin E. Aspen, or any judge in his stead, in courtroom 2568, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present its Agreed Motion For Extension of Time to Respond to the Fifth Amended Third-Party Complaint.

Dated: August 10, 2009

Respectfully submitted,

By: /s/ Michael S. Knippen
One of the Attorneys for Third-Party
Defendant, RELI, INC.

Michael S. Knippen
Marke F. Wolfe
Christopher J. Nadeau
TRAUB LIEBERMAN STRAUS & SHREWSBERRY
303 West Madison Street
Suite 1200
Chicago, Illinois 60606
312.332.3900