IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: BUYOWNER TITLE, INC.'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD [DOCKET NO. 3005] | |

**AMERIQUEST'S NOTICE OF NON-OPPOSITION TO BUYOWNER TITLE, INC.'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

On August 6, 2009, third party defendant BuyOwner Title, Inc. filed a motion (Docket No. 3005) to extend its time to respond to the Fifth Amended Consolidated Third Party Complaint filed by Ameriquest Mortgage Company ("Ameriquest") (Docket No. 2913) from August 6, 2009 until September 21, 2009. Ameriquest does not oppose the granting of this motion.

DATED: August 10, 2009　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## CERTIFICATE OF SERVICE

I, Bernard E, LeSage, hereby certify that on this 10th day of August 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 4160328v1