**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** | **MDL No. 1715** |
| | **Lead Case No. 05-cv-07097** |
| | **(Centralized before The Honorable Marvin E. Aspen)** |
| **THIS DOCUMENT RELATES TO:** *Kenneth J. Scott and Marcey L. Scott v. Argent Mortgage Company, LLC, et al.,* **Case No. 07-0252 (N.D. Ill.)** | |

<u>**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE THIRD
AMENDED COMPLAINT**</u>

On August 10, 2009, Plaintiffs in *Kenneth J. Scott and Marcey L. Scott v. Argent Mortgage Company,*

*LLC, et al.,* Case No. 07-0252 (N.D. Ill.) filed a motion for leave to file third amended complaint.

[Docket No. 3019]  Although Defendant continues to dispute the merits of the claims in this action,

Defendant does not oppose the granting of leave to amend.

DATED:  August 11, 2009          ARGENT MORTGAGE COMPANY, LLC,
                                 Defendant


                                 By:/___Jonathan N. Ledsky_____
                                     One of Its Attorneys


Jonathan N. Ledsky
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60604
(312) 341-9400

## CERTIFICATE OF SERVICE

I, Jonathan N. Ledsky, hereby certify that on this 11th day of August 2009, a true and correct copy of **Notice of Non-Opposition to Motion for Leave to File Third Amended Complaint** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: s/ Jonathan N. Ledsky