

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 1 3 2009
AUG 13 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE: Ameriquest Mortgage Co., *
Mortgage Lending Practices Litigation *
*
*
* MDL No. 1715
* Lead Case No. 05-CV-07097
*
THIS DOCUMENT RELATES TO: * Centralized before the Honorable
* Marvin E. Aspin

## MOTION FOR GUIDANCE AND AN ORDER FROM THE MDL FOR THE NORTHERN DISTRICT OF ILLINOIS INVOLVING BANKRUPTCY STAY IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISRTICT OF ALABAMA

**COMES NOW** the plaintiff in the above styled cause to request the relief referenced in the above described plea, regarding a Bankruptcy Stay entered on his behalf on February 24, 2006 pursuant to Chapter 7 of the Bankruptcy Code, and in support thereof states as follows:

1. That there is currently a Bankruptcy Stay in place in the United States Bankruptcy Court for the Southern District of Alabama involving my case against Ameriquest Mortgage Company related to the Ameriquest Mortgage Company's Mortgage Lending Practices Litigation presently before this court.

2. That in order for the Bankruptcy Court to continue that Stay it is pertinent that this Court provide guidance for the Bankruptcy Court in the form of an Order stating that the mortgage cannot be foreclosed on until this case is resolved, since the mortgage is the basis of the complaint in my case that is currently before this court.

3. The Bankruptcy Court deferred to this court when it was asked to lift the Stay by American Home Mortgage Services (AHMS) a company that purchased the plaintiff's mortgage from Ameriquest subsequent to the filing of plaintiff's claim against them and an enormous amount of preparation of plaintiff's case which included but was not limited to the taking of plaintiff's depositions and other discovery, in a crude attempt to circumvent federal statutes by simply selling plaintiff's mortgage so that the buyer (AHMS) could put in place their strategy to have the Bankruptcy Stay lifted so that they could foreclose on plaintiff's mortgage. The Bankruptcy Court here in Alabama continued the hearing on the Relief from Stay Motion filed by (AHMS) after the plaintiff filed an objection and the Bankruptcy Judge stated that she was deferring to the MDL after counsel for (AHMS) explained the basis of plaintiff's Objection to Lifting the Stay, which is attached hereto as. (Exhibit A)

**WHEREFORE** the plaintiff prays that this Honorable Court will issue an Order stating that the Mortgage which made the basis of the plaintiff's complaint against Ameriquest Mortgage Company involving the Ameriquest Mortgage Company's Mortgage Lending Practices Litigation presently before this court cannot be foreclosed on until said case is fully adjudicated, and for any other relief the Court deems just and proper under the circumstances as set out herein.

**RESPECTFULLY** submitted on this the 18th day of July, 2009.

### CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of July, 2009, served the foregoing on the Clerk of the United States District Court for the Northern District of Illinois Eastern Division (MDL 1715) by placing same in the U.S. Mail, First Class Postage Prepaid.

Clerk , United States District Court
For The Northern District Of Illinois
Eastern Division
219 South Dearborn Street
Chicago, Illinois 60604

Wilbert Cooley, Plaintiff

*Wilbert Cooley*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

THE MATTER OF WILBERT COOLEY,                    Case: 06-10213

    Debtors.

_____/

### DEBTORS' OBJECTION TO LIFT OF STAY

COMES NOW, the debtor, and files the following objection to relief of stay filed by American Home Mortgage Services on the following grounds:

1. The mortgage presently owned by American Home Mortgage Services is the subject of a federal lawsuit, which was originally owned by Ameriquest Mortgage Company.
2. Attached is the order transferring the case to the Multidistrict Litigation Panel. (Exhibit A)
3. If the stay is lifted, and American Home Mortgage Services is allowed to foreclose, then the above- mentioned federal case potentially could be dismissed as moot.
4. Part of the remedy requested in the federal lawsuit is for the mortgage presently owned by American Home Mortgage Services to be rescinded, reinstated, and/or modified. A lifting of the stay and a subsequent foreclosure could completely stop the Debtor from receiving this form of remedy.
5. Moreover, Debtor, who is represented by the Trustee in this litigation, could also stand to lose compensatory damages, which could also pay of the debts in this bankruptcy.

WHEREFORE, Debtors respectfully objects to the lifting of the court's order extending the automatic stay for the above reasons, and request that this Court continue to enforce the automatic stay until the attached federal case has been completely adjudicated.

Respectfully submitted,

_____
Wilbert Cooley
1070 Zurich
Mobile, Alabama 36608

Date: 6-1-2009