Wilbert Cooley
1070 Zurich St.
Mobile, AL 36608

August 6, 2009

**FILED**

AUG 1 3 2009
AUG 1 3 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk's Office
United States District Court
219 S. Dearborn Street - 20th Floor
Chicago, IL 60604

05 CV 7097
Judge Aspen

    Re: Enclosed Pleadings.

To Whom It May Concern:

The enclosed pleadings were mailed to the Court as indicated on the Certificates of Service, but apparently they were mis-filed and did not reach their intended destination. I called the Court earlier today and spoke to Elisa and she advised me to send two (2) copies of each pleading along with a self addressed envelope and one (1) would be stamped and mailed back to me. I was also advised to send the pleadings via Certified Mail.

Thank You,

Wilbert Cooley
Plaintiff