

Wilbert Cooley
1070 Zurich Street
Mobile, AL 36608

July 18, 2009

Clerk of the United States District Court
219 South Dearborn Street - 20th Floor
Chicago, Il 60604

**FILED**

AUG 13 2009
AUG 13 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Ameriquest Litigation, MDL 1715, Lead Case Number 05-CV-07097. Centralized before the Honorable Marvin E. Aspin, Ameriquest Mortgage Company's Mortgage Lending Practices Litigation.

To Whom It May Concern:

Please find enclosed a copy of the Plaintiff's Objection to Counsel's Motion To Withdraw as Counsel for Plaintiffs in the above styled cause against Ameriquest Mortgage Company.

Thank you in advance for your consideration related to this matter.

Sincerely,

Wilbert Cooley