IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before The Honorable Marvin E. Aspen |

**AGREED MOTION**
**FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN**

  Third-Party Defendants, through their undersigned Liaison Counsel, hereby move this Court for an extension of time to file a joint discovery plan and proposed scheduling order, and in support of such motion state as follows:

  1. Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's July 23, 2009 Order, a conference of the parties was conducted on August 6, 2009, and attended by (a) members of the Steering Committees for the Opt-Out Plaintiffs; (b) members of the Steering Committee for the Third Party Defendants, including Liaison Counsel for the Third-Party Defendants; and (c) counsel for the Defendants (collectively "Representative Counsel").

  2. Liaison Counsel for the Third Party Defendants circulated a draft Joint Discovery Plan and Proposed Scheduling Order on August 17, 2009.

  3. Since August 17, the parties have been actively conferring regarding that draft, and request an extra seven days in order to finalize their proposal.

4. Allowing this extra time would benefit the Court because it would allow the parties time to resolve their differences without the Court's intervention.

5. Counsel for all Plaintiffs and Defendants are in agreement with this motion.

WHEREFORE, Third-Party Defendants respectfully request that this Court grant the parties an extension until August 27, 2009 to file a discovery plan and proposed scheduling order.

Dated: August 20, 2009

By: /s/ Kathryn B. Walter
*Liaison Counsel for Third-Party Defendants and counsel for National Real Estate Information Services, Inc.*

David J. Chizewer
Steven A. Levy
Kathryn B. Walter
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
Telephone (312) 201-4000
Facsimile (312) 332-2196