IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) |  MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Mavin E. Aspen. |
| THIS DOCOUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | | |

**MOTION OF THIRD PARTY DEFENDANT, RELI INC., TO ADOPT THE THIRD PARTY DEFENDANTS' JULY 31, 2009 MOTION TO DISMISS**

Now comes Third Party Defendant, RELI, INC., by its attorneys TRAUB, LIEBERMAN, STRAUS, and SHREWSBERRY LLP, for its Motion to Adopt the Third Party Defendants' July 31, 2009 Motion to Dismiss Fifth Amended Consolidated Third-Party Complaint as its responsive pleading to the Fifth Amended Third-Party Complaint of third-party plaintiffs AMERIQUEST MORTGAGE COMPANY, a Delaware corporation, TOWN & COUNTRY CREDIT CORPORATION, a Delaware Corporation, and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company ("the Third-Party Plaintiffs"), and in support of said Motion states as follows:

1.  RELI, INC. was served with the Fifth Amended Third-Party Complaint on July 15, 2009.

2.  RELI, INC.'s response to the Fifth Amended Third-Party Complaint was due on August 4, 2009.

3.  On August 11, 2009, this Court granted RELI, INC. an extension of time to respond to the Fifth Amended Third-Party Complaint until August 27, 2009.

1

4. On July 31, 2009, prior to RELI, INC.'s appearance in this matter, the Third-Party Defendants, through Liaison Counsel Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd., filed the Third-Party Defendants' Motion To Dismiss Fifth Amended Consolidated Third-Party Complaint.

5. RELI, INC. now moves to adopt the July 31, 2009 Motion To Dismiss Fifth Amended Consolidated Third-Party Complaint as its responsive pleading to the Fifth Amended Third-Party Complaint.

WHEREFORE, third-party defendant, RELI, INC., requests this Court grant it leave to adopt the Third-Party Defendants' July 31, 2009 Motion To Dismiss Fifth Amended Consolidated Third-Party Complaint as its responsive pleading to the Fifth Amended Third-Party Complaint of third party plaintiffs, AMERIQUEST MORTGAGE COMPANY, TOWN & COUNTRY CREDIT CORPORATION, and ARGENT MORTGAGE COMPANY, LLC.

Dated this day of August 26, 2009.

By: /s/ Mark F. Wolfe
One of the Attorneys for Third-Party
Defendant, RELI, INC.

Michael S. Knippen
Mark F. Wolfe
Christopher J. Nadeau
TRAUB LIEBERMAN STRAUS & SHREWSBERRY
303 West Madison Street
Suite 1200
Chicago, Illinois 60606
312.332.3900