IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCOUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Mavin E. Aspen. |

### NOTICE OF MOTION OF THIRD PARTY DEFENDANT, RELI INC., TO ADOPT THE THIRD PARTY DEFENDANTS' JULY 31, 2009, MOTION TO DISMISS

Please take notice that Tuesday, **September 1, 2009**, at **10:30 a.m**. or as soon thereafter as counsel may be heard, third party defendant, RELI, INC., shall appear before the Honorable Marvin E. Aspen, or any judge in his stead, in **Courtroom 2568**, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present its Motion of Third Party Defendant, Reli Inc., to Adopt the Third Party Defendants' July 31, 2009 Motion to Dismiss.

Dated: August 26, 2009

                                          Respectfully submitted,

                                          By: /s/ Mark F. Wolfe
                                          One of the Attorneys for Third-Party Defendant, RELI, INC.

Mark F. Wolfe
Michael S. Knippen
Christopher J. Nadeau
TRAUB LIEBERMAN STRAUS & SHREWSBERRY
303 West Madison Street
Suite 1200
Chicago, Illinois 60606
312.332.3900