IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

## SECOND AGREED MOTION
## FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN

  The Ameriquest Defendants, joined by the Opt-Out Plaintiffs and the Third-Party Defendants, hereby move this Court for an extension of time to file a joint discovery plan and proposed scheduling order, and in support of such motion state as follows:

  1. Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's July 23, 2009 Order, a conference of the parties was conducted on August 6, 2009, and attended by (a) members of the Steering Committees for the Opt-Out Plaintiffs; (b) members of the Steering Committee for the Third Party Defendants, including Liaison Counsel for the Third-Party Defendants; and (c) counsel for the Ameriquest Defendants.

  2. Liaison Counsel for the Third Party Defendants circulated a draft Joint Discovery Plan and Proposed Scheduling Order on August 17, 2009. On August 19th, counsel for the Ameriquest Defendants circulated comments to the Proposed Scheduling Order.

3.      On August 20th, the parties sought, and were granted, an extension until August 27th to file the Proposed Scheduling Order.  [*See* Docket No. 3046].

4.       Since August 20th, the parties have been actively conferring regarding the content of the Proposed Scheduling Order.  While the parties have made significant progress in reaching consensus on several of the key items, there are two remaining issues that have not been resolved.  The parties request an extra seven days in order to continue their discussions on these issues, and finalize the Proposed Scheduling Order.

5.      Allowing this extra time would benefit the Court because it would allow the parties time to resolve their differences without the Court's intervention.

6.      Counsel for the Opt-Out Plaintiffs and the Third-Party Defendants are in agreement with this motion.

WHEREFORE, the Ameriquest Defendants respectfully request that this Court grant the parties an extension until September 3, 2009 to file a discovery plan and proposed scheduling order.

DATED: August 27, 2009

Respectfully submitted,

By:  /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

BN 4317039v1

**CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 27th day of August 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      By: /s/ Bernard E. LeSage