# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>*Jagoe, et al. v. Ameriquest Mortgage Co., et al.,*<br>Case No. 1:08-cv-00258 (N.D. Ill.) | |

## NOTICE OF PRESENTMENT OF AGREED MOTION FOR REASSIGNMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on September 3, 2009, at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present the Motion for Reassignment (re *Jagoe, et al. v. Ameriquest Mortgage Co., et al.)*, a copy of which is concurrently being served upon you.

Respectfully submitted,

DATED: August 27, 2009     By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company, ACC Capital Holdings, Inc., Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc. and Deutsche Bank National Trust Company*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

BN 4288486v1

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 27th day of August 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 4288486v1