| |
|---|
| **U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**<br>**ATTORNEY APPEARANCE FORM**<br><br>NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14. |

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING | Case Number: Lead Case No. 05-cv-07097 |

THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS:

*Brown* - Case No. 06 cv 2830; *Horne* - Case No. 06 C 4715; *Gillespie* - Case No. 1:06-cv-03427; *Blackburn* - Case No. 07 C 309

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chase Home Finance, LLC

| |
|---|
| NAME (Type or print): Michael G. Salemi |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　　　s/Michael G. Salemi |
| FIRM: Burke, Warren, MacKay & Serritella, P.C. |
| STREET ADDRESS: 330 North Wabash Ave |
| CITY/STATE/ZIP: Chicago, IL 60611 |

| | |
|---|---|
| ID NUMBER: 6279741 | TELEPHONE NUMBER: 312-840-7112 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br>　RETAINED COUNSEL　　　　　　　　　　　　　　APPOINTED COUNSEL |

CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 28th day of August, 2009, a true and correct copy of the foregoing APPEARANCE was filed electronically. Notice of this filing will be sent to all attorneys who have registered for electronic filing via the Court's ECF system.

      /s/ Michael G. Salemi
      Michael G. Salemi