Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 8/31/2009 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

As indicated in our November 19, 2008 order (Dkt. No. 2532), we will not indulge Riches' abusive attempts to insert himself in this litigation, nor will we waste further judicial time and resources considering such baseless motions. It is so ordered.

■[ For further details see text below.]   Notices mailed by Judicial staff.

### STATEMENT

(Reserved for use by the Court)

### ORDER

On July 29, 2009, Jonathan Lee Riches filed a motion asking that we: (1) reconsider his request to intervene as a plaintiff in the Ameriquest MDL (Case No. 05-7097) under Federal Rule of Civil Procedure 24(a)(2); (2) recuse this matter due to an alleged conflict of interest; and (3) provide him with annual financial disclosures. (Dkt. No. 2917.) Riches' nonsensical requests are procedurally inappropriate and wholly meritless. Even if we assume that he filed his request for reconsideration under Rule 60(b), he has not offered any support or credible reasoning warranting relief. As indicated in our November 19, 2008 order (Dkt. No. 2532), we will not indulge Riches' abusive attempts to insert himself in this litigation, nor will we waste further judicial time and resources considering such baseless motions. It is so ordered.

*Marvin E. Aspen*