**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| **In the Matter of:** Ameriquest Mortgage Company Mortgage Practices Litigation | **Case Number:** MDL No. 1715 |
| | **Lead Case Number:** 05-cv-07097 |
| | Centralized before Judge Marvin E. Aspen |
| | Magistrate Judge Morton Denlow |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John Darius Powell and                    :        06-cv-03585

Sylvia Marie Dailey,
                  Plaintiffs        :        (originally: 05-cv3067 E.D. La.)

    vs.                                              :

Ameriquest Mortgage Company              :
              Defendants        :

| |
|---|
| NAME (Type or print)<br>   Lauren E. Bartlett |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   /s/ *Lauren E. Bartlett* |
| FIRM   Southeast Louisiana Legal Services |
| STREET ADDRESS<br>   1010 Common Street, Suite 1400A |
| CITY/STATE/ZIP<br>   New Orleans, LA 70112 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>504-529-1000 Ext. 271 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐   *- not applicable*