UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                                    Plaintiff,

v.                                                              Case No.: 1:05−cv−07097
                                                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2009:

        MINUTE entry before the Honorable Marvin E. Aspen:American Home Mortgage Services is to file a response to Plaintiff Wilbert Cooleys motion for guidance and an order from the MDL for the Northern District of Illinois involving bankruptcy stay in the United States Bankruptcy Court for the Southern District of Alabama (Dkt. No. 3038) on or before 9/15/09. Mr. Cooley is to reply by 9/30/09. To ensure that American Home Mortgage Services receives notice of this order, both Mr. Cooley and his counsel are to notify American Home Mortgage Services of this courts order setting forth the briefing schedule(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.