IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION (MDL NO. 1715-LEAD CASE 05-CV-07097) | MDL No. 1715 |
| | Lead Case No. 05 CV 07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware orporation; TOWN & COUNTRY CREDIT CORPORATION, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company, | |
| Third-Party Plaintiffs, | |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation; et. al. | |
| Third-Party Defendants. | |

## MOTION OF THIRD-PARTY DEFENDANT TAMAYO FINANCIAL SERVICES, INC. TO SUBSTITUTE COUNSEL

Third party defendant Tamayo Financial Services, Inc., by the undersigned counsel, moves for the entry of an order granting leave to substitute counsel. In support of its motion, third party defendant Tamayo Financial Services, Inc., states as follows:

1. Third party defendant Tamayo Financial Services, Inc. has retained Robert A. Carson of Gould & Ratner LLP to defend this case on its behalf.

2. Attorney Robert A. Carson requests leave to substitute as counsel for third party defendant Tamayo Financial Services, Inc.

439416.1 77690.0100

3. Attorney John F. Sullivan, Crowley & Lamb, P.C., and attorney James W. Brody, American Mortgage Law Group, P.C. (*pro hac vice*) request leave to withdraw as counsel for third party defendant Tamayo Financial Services, Inc.

WHEREFORE, third party defendant Tamayo Financial Services, Inc. prays for the entry of an order granting leave for Robert A. Carson, Gould & Ratner LLP to appear on its behalf, and for John F. Sullivan, Crowley & Lamb, P.C., and James W. Brody, American Mortgage Law Group, P.C. to withdraw their appearances.

**Third Party Defendant**
**TAMAYO FINANCIAL SERVICES, INC.**

| | | | |
|---|---|---|---|
| By: | /s/ *John F. Sullivan* | By: | /s/ *Robert A. Carson* |
| | One of its attorneys | | One of its attorneys |

Crowley & Lamb, P.C.
350 N. LaSalle Street, Suite 900
Chicago, IL 60654
(312) 670-6900
(312) 467-5926 (Facsimile)

Gould & Ratner LLP
Robert A. Carson, #3126935
222 North LaSalle Street, Suite 800
Chicago, IL 60601
(312) 236-3003
(312) 236-3241 (Facsimile)

and

By: /s/ *James W. Brody*

*Pro Hac Vice*
American Mortgage Law Group, P.C.
75 Rowland Way, Suite 350
Novato, CA 94945
(415) 878-0030
(415) 878-0035 (Facsimile)

CERTIFICATE OF SERVICE

I, Robert A. Carson, an attorney, hereby certify that I electronically filed the foregoing **MOTION OF THIRD-PARTY DEFENDANT TAMAYO FINANCIAL SERVICES, INC. TO SUBSTITUTE COUNSEL** with the Clerk of the Court using the CM/EFC filing system, which will send notification of such filing to all counsel of record electronically, on this 1st day of September, 2009.

/s/Robert A. Carson

426378.1 108020.001