## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**JOINT STATUS REPORT RE: BORROWER AND NON-BORROWER CLASS ACTIONS**

Pursuant to the Court's Order (Docket No. 3042), The Ameriquest Defendants and the Lead Class Counsel for the Borrower Class Plaintiffs respectfully submit the following joint status report regarding the Borrower and Non-Borrower Class Actions.

The Ameriquest Defendants and the Borrower Class Plaintiffs continue to make substantial progress towards a comprehensive settlement of the Borrower Class claims. The parties have agreed upon the major deal points of the settlement, including the total settlement payment. However, as the eligible class will exceed 714,000 members, additional data analysis and consultation with experts has been required in order to finalize the terms of the settlement. Absent unanticipated issues, Plaintiffs expect to circulate a draft of the settlement agreement within the next 14 days, and the parties expect to file a motion for preliminary approval prior to the next scheduled status conference in this matter. Per the Court's Order (Docket No. 3042), the status conference is currently scheduled for November 5th at 2:00 p.m. However, due to conflicts with counsels' schedules, the parties will be filing a joint stipulation requesting that the status conference be continued for at least one week (until November 12th at 2:00 p.m.), or to such later date and time that is convenient for the Court and the parties.

As reported previously, the Non-Borrower Class Plaintiffs and the Ameriquest

Defendants have reached an agreement that the Class Allegations of the Non-Borrower Complaint will be dismissed in their entirety without prejudice, and that original counsel for each of the named Plaintiffs may take further action in connection with their claims as appropriate in light of the Supreme Court's decision in *Safeco Insurance v. Burr*, 127 S. Ct 2201 (2007), and the Seventh Circuit's decisions in *Murray v. New Cingular Wireless Services*, 523 F. 3d 719 (7th Cir 2008) and *Calvin v. Home Loan Center*, 531 F. 3d 526 (7th Cir. 2008).

Dated:  September 1, 2009

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated:  September 1, 2009

By:/s/ Gary Klein

*Attorneys for Borrower Class Plaintiffs*

Gary Klein
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Ave.
Boston, MA 02111-2810

Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Terry Smiljanich
Jill Bowman
James Hoyer Newcomber & Smiljanich, P.A.
One Urban Center
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 1st day of September 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 4344642v1