IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

# CLASS PLAINTIFFS AND CLASS DEFENDANTS

# JOINT STIPULATION AND PROPOSED ORDER

# TO CONTINUE THE STATUS CONFERENCE

WHEREAS, the Court has scheduled a status conference in the Borrower and Non-Borrower class action matters for November 5, 2009 at 2:00 p.m. (*See* Docket No. 3042); and

WHEREAS, the parties have a conflict which prevents them from being able to attend the status conference at the scheduled date and time; and

WHEREAS, counsel respectfully requests a one-week continuance of the status conference to November 12, 2009 at 2:00 p.m. or at such other later date and time that is convenient to the court and the parties.

NOW THEREFORE, the parties hereby stipulate, subject to the Court's approval, that the status conference in the Borrower and Non-Borrower class action matters be continued until November 12, 2009 at 2:00 p.m., or to such other date and time that is convenient for the Court and all parties.

Dated: September 1, 2009                By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457


Dated: September 1, 2009                By: /s/ Gary Klein

*Attorneys for Borrower Class Plaintiffs*

Gary Klein
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Ave.
Boston, MA 02111-2810

Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Terry Smiljanich
Jill Bowman
James Hoyer Newcomber & Smiljanich, P.A.
One Urban Center
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

2

## **ORDER**

Counsel for the Ameriquest Defendants and the Borrower and Non-Borrower Class Plaintiffs having so stipulated, and the Court having considered the Stipulation,

**IT IS ORDERED that:**

The Status conference in the Borrower and Non-Borrower class action matters is continued until November 12, 2009 at 2:00 p.m.

**IT IS SO ORDERED.**

                                                                                                                                      _____

                                                            The Honorable Marvin E. Aspen

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on this 1st day of September 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                           By: /s/ Bernard E. LeSage

BN 4344341v1