# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION  _____  THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715  Lead Case No. 05-cv-07097  Centralized before  The Honorable Marvin E. Aspen |

## THIRD-PARTY DEFENDANT NATIONAL REAL ESTATE INFORMATION SERVICES, INC.'S MOTION TO WITHDRAW APPEARANCE OF KERRY D. NELSON

Third-Party Defendant National Real Estate Information Services, Inc. ("NREIS"), by its undersigned counsel, hereby moves this Court for leave to withdraw the appearance of Kerry D. Nelson. In support of its motion, NREIS states as follows:

1. Kerry D. Nelson previously filed her appearance on behalf of NREIS.

2. Ms. Nelson has accepted a one-year judicial clerkship, which is scheduled to begin in mid-September, 2009.

3. As of August 13, 2009, Ms. Nelson was no longer employed by NREIS's counsel, Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. Accordingly, NREIS requests that Ms. Nelson's appearance be withdrawn.

WHEREFORE, Third-Party Defendant National Real Estate Information Services, Inc. respectfully requests that this Honorable Court enter an order providing that the appearance of Kerry D. Nelson be withdrawn.

Dated: September 2, 2009

                                  NATIONAL REAL ESTATE INFORMATION
                                  SERVICES, INC.

                                By  /s/ David J. Chizewer
                                     One of Its Attorneys

David J. Chizewer
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000