# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before <br>  The Honorable Marvin E. Aspen |

## NOTICE OF MOTION

TO:   Counsel of Record (via ECF system)

 PLEASE TAKE NOTICE that on Thursday, September 10, 2009, at 10:30 A.M., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Third-Party Defendant Nation Real Estate Information Service, Inc.'s Motion to Withdraw Appearance of Kerry D. Nelson**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

Dated: September 2, 2009

Respectfully submitted,

/s/ David J. Chizewer
David J. Chizewer
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
Telephone (312) 201-4000
Facsimile (312) 332-2196

*Counsel for National Real Estate Information Services, Inc.*

**CERTIFICATE OF SERVICE**

      I, David J. Chizewer, hereby certify that on this 2nd day of September, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing, motion, and memorandum in support will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ David J. Chizewer
      David J. Chizewer