**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) | MDL No. 1715 |
| ) | Lead Case No. 05-cv-07097 |
| ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | Centralized before Judge Marvin E. Aspen |

| | |
|---|---|
| VIRGINIA BEANE and ROBERT BEANE, ) ) | 07 C 1346 |
| Plaintiffs, ) ) | (Originally 5:06-cv-00217-RHB (W.D. Mich.)) |
| v. ) ) | |
| AMERIQUEST MORTGAGE COMPANY, AMERIQUEST FUNDING II, LLC, CITI RESIDENTIAL LENDING, INC., and DOES 1-5, ) ) ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097) |
| Defendants. ) | **JURY DEMANDED** |

<u>NOTICE OF MOTION</u>

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Thursday, September 10, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** ***INSTANTER,*** a copy of which is hereby served upon you.

                                            s/Cathleen M. Combs
                                            Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Cathleen M. Combs, hereby certify that on September 3, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I also certify that a copy was sent by U.S. mail to parties without email addresses.

| | |
|---|---|
| Michael A. Nicolas<br>mnicolas@ngelaw.com | Mark D. Van der Laan<br>Dykema Gossett PLLC<br>300 Ottawa Ave. NW |
| Bernard E. LeSage<br>blesage@buchalter.com | Suite 700<br>Grand Rapids, MI 49503 |
| Mark D. Van der Laan<br>Dykema Gossett PLLC<br>300 Ottawa Ave. NW<br>Suite 700<br>Grand Rapids, MI 49503 | |

                                          s/Cathleen M. Combs
                                          Cathleen M. Combs