# EXHIBIT O

**SETTLEMENT STATEMENT**

Optional Form for
Transactions without Sellers

U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT
OMB Approval No. 2502-0491

File Number: 4525335
Loan Number: 0105527949
Mtg. Ins. Case Number:

| NAME OF BORROWER: | SUZETTE ADDISON |
| ADDRESS: | 4951 NORTH 47TH STREET, MILWAUKEE, WI 53218 |
| NAME OF LENDER: | AMERIQUEST MORTGAGE |
| | 10600 WHITE ROCK ROAD, RANCHO CORDOVA, CA 95670 |
| PROPERTY ADDRESS: | 4951 NORTH 47TH STREET, MILWAUKEE, WI 53218 |
| SETTLEMENT AGENT: | ATM CORPORATION OF AMERICA, NON- ATM CLOSING AGENT |
| PLACE OF SETTLEMENT: | 345 ROUSER ROAD, CORAOPOLIS, PA 15108 |
| Loan Number: 0105527949 | SETTLEMENT DATE: |

| L. Settlement Charges | | M. Disbursement to Others | |
|---|---|---|---|
| 800. Items Payable In Connection with Loan | | 1501. PAYOFF | 69,005.94 |
| 801. Loan Origination Fee 0.000% to | 694.08 | to AMERIQUEST MORTGAGE | |
| 802. Loan Discount 0.723% to AMERIQUEST MORTGAGE | 580.00 | 1502. | |
| 803. Appraisal Fee to AMERIQUEST MORTGAGE | | 1503. PAY | 14,090.00 |
| 804. Credit Report | 35.00 | to AMERICREDIT | |
| 805. TAX SERVICE FEE to AMERIQUEST MORTGAGE | 9.00 | 1504. PAY | 249.00 |
| 806. FLOOD SEARCH FEE to AMERIQUEST MORTGAGE | 626.00 | to CAPITAL ONE BANK | |
| 807. PROCESSING FEE to AMERIQUEST MORTGAGE | 239.00 | 1505. PAY | 371.00 |
| 808. ADMINISTRATION FEE to AMERIQUEST MORTGAGE | 360.00 | to HHLD BANK | |
| 809. APPLICATION FEE to AMERIQUEST MORTGAGE | | 1506. PAY | 170.00 |
| 810. | | to WI ELECTRIC | |
| 811. | | 1507. | |
| 900. Items Required by Lender to be Paid in Advance | | 1508. | |
| 901. Interest From 02/10/2005 to 03/01/2005 @$21.9600 per day | 417.24 | | |
| 902. Mortgage Insurance Premium for to | | 1509. | |
| 903. Hazard Insurance Premium for to | | | |
| 904. | | | |
| 1000. Reserves Deposited with Lender | | 1510. TAX Id = 209-0323-100-X | 2,648.73 |
| 1001. Hazard Insurance    4 mo. @ $   48.92 per month | 195.68 | to MILWAUKEE CITY TREASURER | |
| 1002. Mortgage Insurance   mo. @ $   per month | | 1511. | |
| 1003. City Property Taxes   mo. @ $   per month | | | |
| 1004. County Property Taxes  2 mo. @ $  169.79 per month | 339.58 | 1512. | |
| 1005. Annual Assessments   mo. @ $   per month | | | |
| 1006.    mo. @ $   per month | | 1513. | |
| 1007.    mo. @ $   per month | | | |
| 1008.    mo. @ $   per month | | 1514. | |
| 1009. Aggregate Analysis Adjustment | 0.00 | | |
| 1100. Title Charges | | 1515. | |
| 1101. Settlement or closing fee to ATM Corporation of America | 450.00 | | |
| 1102. Abstract or title search to ATM Corporation of America | 225.00 | 1516. | |
| 1103. CLOSING FEE to AMTS | | | |
| 1104. Title insurance binder | 50.00 | 1517. | |
| 1105. Document Preparation to ATM Corporation of America | | | |
| 1106. Notary Fees to AMERIQUEST MORTGAGE | | 1518. | |
| 1107. Attorney's fees | | 1519. | |
| (includes above items No. ) | 630.00 | | |
| 1108. Title Insurance to ATM Corporation of America | | 1520. TOTAL DISBURSED | 86,534.67 |
| (includes above items No. ) | | (enter on line 1603) | |
| 1109. Lender's coverage $ 96, 000.00 - 630.00 | | N. NET SETTLEMENT | |
| 1110. Owner's coverage $ - | 60.00 | | |
| 1111. ENDORSEMENT $ to ATM Corporation of America | | 1600. Loan Amount | 96,000.00 |
| 1112. | | | |
| 1113. | | 1601. PLUS Cash/Check from Borrower | 0.00 |
| 1200. Government Recording and Transfer Charges | 59.00 | | |
| 1201. Recording Fees : Mortgage $59.00 | | 1602. MINUS Total Settlement Charges | 5,024.58 |
| 1202. City/County tax/stamps | | (line 1400) | |
| 1203. State Tax/stamps | | 1603. MINUS Total Disbursements to Others | 86,534.67 |
| 1204. | | (line 1520) | |
| 1205. | | | |
| 1300. Additional Settlement Charges | | 1604. EQUALS Disbursements to Borrower | 4,440.75 |
| 1301. Survey | | (after expiration of any applicable | |
| 1302. Pest Inspection | | rescission period required by law) | |
| 1303. PROPERTY VAL FEE to AMERIQUEST MORTGAGE | 25.00 | | |
| 1304. WIRE FEE to ATM Corporation of America | 30.00 | | |
| 1305. COURIER FEE to ATM Corporation of America | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1400. Total Settlement Charges   (enter on line 1602) | 5,024.58 | | |

I have carefully reviewed the HUD-1A Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1A Settlement Statement.

_____
SUZETTE ADDISON

The HUD-1A Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.
SETTLEMENT AGENT By:

_____ DATE

TitleExpress Settlement System  Printed 02/03/2005 at 18:20 LEA          form HUD-1A (2/94)  ref. RESPA

# EXHIBIT P

Feb-07-05  02:27pm  From-8007199908 PR21 AMC

**SETTLEMENT STATEMENT**
Optional Form for
Transactions without Sellers

U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT
OMB Approval No. 2502-0491

File Number: 4526335
Loan Number: 0105527949
Mtg. Ins. Case Number

NAME OF BORROWER: SUZETTE ADDISON
ADDRESS: 4861 NORTH 47TH STREET, MILWAUKEE, WI 53218
NAME OF LENDER: AMERIQUEST MORTGAGE
ADDRESS: 10600 WHITE ROCK ROAD, RANCHO CORDOVA, CA 95670
PROPERTY ADDRESS: 4861 NORTH 47TH STREET, MILWAUKEE, WI 53218
SETTLEMENT AGENT: ATM CORPORATION OF AMERICA, NON- ATM CLOSING AGENT
PLACE OF SETTLEMENT: 345 ROUSER ROAD, CORAOPOLIS, PA 15108

| | | | M. Disbursement to Others | |
|---|---|---|---|---|
| Loan Number 0105527949 | | SETTLEMENT DATE: | 1501. PAYOFF | 89,005.94 |
| **L. Settlement Charges** | | | to AMERIQUEST MORTGAGE | |
| **800. Items Payable in Connection with Loan** | | | 1502. | |
| 801. Loan Origination Fee 0.000% to | | 694.08 | | |
| 802. Loan Discount to 7.225% to AMERIQUEST MORTGAGE | | 580.00 | 1503. PAY | 14,090.00 |
| 803. Appraisal Fee to AMERIQUEST MORTGAGE | | | to AMERICREDIT | |
| 804. Credit Report | | 35.00 | 1504. | |
| 805. TAX SERVICE FEE to AMERIQUEST MORTGAGE | | 9.00 | | |
| 806. FLOOD SEARCH FEE to AMERIQUEST MORTGAGE | | 626.00 | | |
| 807. PROCESSING FEE to AMERIQUEST MORTGAGE | | 239.00 | 1505. | |
| 808. ADMINISTRATION FEE to AMERIQUEST MORTGAGE | | 360.00 | | |
| 809. APPLICATION FEE to AMERIQUEST MORTGAGE | | | 1506. | |
| 810. | | | | |
| 811. | | | 1507. | |
| **900. Items Required by Lender to be Paid in Advance** | | 417.24 | | |
| 901. Interest From 02/10/2005 to 03/01/2005 @$21.8600 per day | | | 1508. | |
| 902. Mortgage Insurance Premium for to | | | | |
| 903. Hazard Insurance Premium for to | | | 1509. | |
| 904. | | | | |
| **1000. Reserves Deposited with Lender** | | 195.68 | 1510. | |
| 1001. Hazard Insurance 4 mo. @$ 48.92 per month | | | | |
| 1002. Mortgage Insurance mo. @$ per month | | | 1511. | |
| 1003. City Property Taxes mo. @$ 189.79 per month | | 339.58 | | |
| 1004. County Property Taxes 2 mo. @$ per month | | | 1512. | |
| 1005. Annual Assessments mo. @$ per month | | | | |
| 1006. mo. @$ per month | | | 1513. | |
| 1007. mo. @$ per month | | | | |
| 1008. | | | 1514. | |
| 1009. Aggregate Analysis Adjustment | | 0.00 | | |
| **1100. Title Charges** | | 450.00 | 1515. | |
| 1101. Settlement or closing fee to ATM Corporation of America | | | | |
| 1102. Abstract or title search to ATM Corporation of America | | 225.00 | 1516. | |
| 1103. CLOSING FEE to AMTS | | | | |
| 1104. Title Insurance Binder | | 50.00 | 1517. | |
| 1105. Document Preparation to ATM Corporation of America | | | | |
| 1106. Notary Fees to AMERIQUEST MORTGAGE | | | 1518. | |
| 1107. Attorney's fees | | 630.00 | 1519. | |
| (includes above items No. ) | | | | |
| 1108. Title Insurance to ATM Corporation of America | | | **1520. TOTAL DISBURSED** | 83,095.94 |
| (includes above items No. ) | | | (enter on line 1603) | |
| 1109. Lender's coverage $ 96, 000.00 - 630.00 | | | **N. NET SETTLEMENT** | |
| 1110. Owner's coverage $ - | | 50.00 | | |
| 1111. ENDORSEMENT to ATM Corporation of America | | | **1600. Loan Amount** | 96,000.00 |
| 1112. | | | | |
| 1113. | | | **1601. PLUS Cash/Check from Borrower** | 0.00 |
| **1200. Government Recording and Transfer Charges** | | 59.00 | | |
| 1201. Recording Fees : Mortgage $59.00 | | | **1602. MINUS Total Settlement Charges** | 5,024.58 |
| 1202. City/County tax/stamps | | | (line 1400) | |
| 1203. State Tax/stamps | | | **1603. MINUS Total Disbursements to Others** | 83,095.94 |
| 1204. | | | (line 1520) | |
| 1205. | | | | 7,879.48 |
| **1300. Additional Settlement Charges** | | | **1604. EQUALS Disbursements to Borrower** | |
| 1301. Survey | | | (after expiration of any applicable | |
| 1302. Pest Inspection | | | rescission period required by law) | |
| 1303. PROPERTY VAL FEE to AMERIQUEST MORTGAGE | | 25.00 | | |
| 1304. WIRE FEE to ATM Corporation of America | | 30.00 | | |
| 1305. COURIER FEE to ATM Corporation of America | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| **1400. Total Settlement Charges** (enter on line 1602) | | 5,024.58 | | |

I have carefully reviewed the HUD-1A Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1A Settlement Statement.

_Suzette Addison_                    2/7/05

SUZETTE ADDISON

The HUD-1A Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT                    _Suzette Addison_

form HUD-1A (2/94)  ref. RESPA

TitleExpress Settlement System  Printed 02/07/2005 at 17:18 MSZ

# EXHIBIT Q

## ITEMS TO BE PAID OFF FROM LOAN PROCEEDS

ower :  Suzette Addison

Loan Number :   0108022369 - 7404

| Payee | | Amount |
|---|---|---|
| AMERICREDIT | (W) | $14,090.00 |
| Ameriquest Mortgage | | $69,005.94 |
| CAPITAL 1 BK | (W) | $249.00 |
| HHLD BANK | (W) | $371.00 |
| WI ELECTRIC | (W) | $170.00 |
| MILWAUKEE CTY TAX COLLECTOR | (W) | $2,037.49 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Wire:    $23,273.48

Loan Amount:                    96,000.00

Funds Held By
Lender:                                                  Deposit at Escrow/Title:        $0.00

Borrower Proceeds:        $5,081.99                —

(W) = Included in Wire

Title Company Representative Signature              Date

895-7UNV (2/2004)


0000010802236903074307U7

# EXHIBIT R

**Ameriquest Mortgage Company**

Summary of Debts and Disbursem
(Refinance Loans (

Borrower: Suzette Addison

Date: February 3, 2005
Branch:
Portfolio Retention 21

Loan Number: 0108022369 - 7404

| Fees | | |
|---|---|---|
| Loan Discount Fee | 0.723 | $694.08 |
| Lender Retained Fees | | $1,269.00 |
| Prepaid Interest | | $417.24 |
| Fees Paid to Others | | $2,614.26 |

Short to Close

Total Payoffs $85,923.43

Cash to Borrower $5,081.99

Total Points & Fees **$4,994.58**

| CREDITORS DEBTS | BALANCE | PAYOFFS | PAYMENTS |
|---|---|---|---|
| EAGLE COLL | $59.00 | | $1.77 |
| PREMIERAUT | $8,726.00 | | $261.78 |
| WFFINACCPT | $3,878.00 | | $116.34 |
| AMERICREDIT | $14,090.00 | $14,090.00 | |
| AMORINC | $128.00 | | $3.84 |
| Ameriquest Mortgage | | $69,005.94 | |
| NSL | $240.00 | | $7.20 |
| UNIFUND CO | $204.00 | | $6.12 |
| CAPITAL 1 BK | $249.00 | $249.00 | |
| HHLD BANK | $371.00 | $371.00 | |
| WI ELECTRIC | $170.00 | $170.00 | |
| YOUR CREDIT | $407.00 | | $12.21 |
| AMORINC | $365.00 | | $10.95 |
| OSI COLLECTION SERVI | $46.00 | | $1.38 |
| WI ELECTRIC | $216.00 | | $10.00 |
| MILWAUKEE CTY TAX COLLECTOR | $0.00 | $2,037.49 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

000001080223690204790101

D&D (Rev.01/02)

Total Payments: $431.59

# EXHIBIT S

**CLOSING INSTRUCTIONS**
**ITEMIZATION OF SETTLEMENT CHARGES**

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| ATM CORPORATION OF AMERICA | BOB SANGUIGNI | (800)777-8759 | 4525142 |

| Borrower(s) | Property Address |
|---|---|
| Suzette Addison | 4961 North 47th Street |
| | Milwaukee          WI          53218 |
| | Loan Number: 0108022369 |

FROM: **Ameriquest Mortgage Company - Portfolio**          Phone No. **(916)853-4721**          Fax **(916)853-4886**
Branch Name                                                         Branch Phone No.                         Branch Fax Number

**BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .**

| LINE NO. ON SETTLEMENT STATEMENT | PAYEE | | AMOUNT |
|---|---|---|---|
| 801. Loan origination fee      % to | | | |
| 802. Loan discount  0.723  % to  Ameriquest Mortgage Company | | | $694.08 |
| 803. Apprsl/Prop Val to Reimbursed to Lender | | | $580.00 |
| 808. Yield Spread Premium to | | | |
| 809. | | | |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | | | $35.00 |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | | | $9.00 |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | | | $626.00 |
| 813.Admin to Ameriquest Mortgage Company | | | $239.00 |
| 814. Doc. Prep. Fee to | | | |
| 815. Credit Report Fee to | | | |
| 816. Origination Fee      % to | | | |
| 817. Application Fee to  Ameriquest Mortgage Company | | | $360.00 |
| 818. Underwriting Fee to | | | |
| 819. Service Provider Fee to | | | |
| 820. Processing Fee  to | | | |
| 821. Underwriting Fee to | | | |
| 822. Appraisal Fee to | | | |
| 901. Interest from 02/10/2005  to  03/01/2005  @  $21.96  per day | | | $417.24 |
| 902. Mortgage insurance premium for          months to | | | |
| 903. Hazard ins prem to | | | |
| 904. Flood ins prem  to | | | |
| 1001. Hazard insurance  4  months @ $  48.92  per month | | | $195.68 |
| 1002. Mortgage insurance      months @ $      per month | | | |
| 1003. Earthquake Ins      months @ $      per month | | | |
| 1004. County prop. taxes  2  months @ $  169.79  per month | | | $339.58 |
| 1005. Annual assess.      months @ $      per month | | | |
| 1006. Flood      months @ $      per month | | | |
| 1007. Windstorm Ins      months @ $      per month | | | |
| 1008. | | | |
| 1101. Settlement or closing fee to  amts | | | $225.00 |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1105. Document preparation to  atm corporation of america | | (W) | $50.00 |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| 1108. Title insurance to  atm corporation of america | | (W) | $660.00 |
| 1109. Lender's coverage | | | |
| 1110. Owner's coverage          $ | | | |
| 1111. Settlement/Disbursement fee to  atm corporation of | | (W) | $450.00 |
| 1112. Escrow Fee to | | | |
| 1201. Recording fees | | (W) | $59.00 |
| 1202. City/county tax/stamps | | | |
| 1203. State tax/ stamps | | | |
| 1204. State specific fee | | | |
| 1301. Demand to atm corporationo f america | | (W) | $25.00 |
| 1302. Pest Inspection to | | | |
| 1303. Survey Fee | | | |
| 1304. Staff Appraiser Fee | | | |
| 1305. Reconveyance Fee to | | | |
| 1306. | | | |
| 1307. Property Val Fee to | | | |
| 1308. Courier Fee | | (W) | $30.00 |

**\*Any amounts appearing on these lines are prepaid finance charges and cannot be increased or added once loan documents have been prepared unless new loan documents are generated.**

_____          _____
Title Company Representative Signature          Date



0000010802236903074307080

# EXHIBIT T

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | Preliminary | X | Final |

LENDER: Ameriquest Mortgage Company
10600 White Rock Road, Suite 200-21
Rancho Cordova, CA 95670
(916)853-4721

Broker License:

Borrowers: Suzette Addison

Type of Loan: ADJUSTABLE RATE
Date: February 3, 2005

Address: 4961 North 47th Street
City/State/Zip: Milwaukee, WI 53218

Loan Number: 0108022369 - 7404

Property: 4961 North 47th Street, Milwaukee, WI 53218

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.278 % | $ 186,379.11 | $ 92,914.68 | $ 279,293.79 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $727.98 | 04/01/2005 | | | |
| 335 | $779.27 | 04/01/2007 | | | |
| 1 | $766.82 | 03/01/2035 | | | |

**VARIABLE RATE FEATURE:**
X    Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**    You are giving a security interest in the property located at: 4961 North 47th Street, Milwaukee, WI 53218

**ASSUMPTION:**  Someone buying this property    | X | cannot assume the remaining balance due under original terms.
| | may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**    You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

**LATE CHARGES:**  If a payment is late, you will be charged  5.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
| | may    | X | will not    have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____    _____
Borrower Suzette Addison    Date

_____    _____
Borrower    Date

_____    _____
Borrower    Date

_____    _____
Borrower    Date

TIL1 (Rev. 7/01)

0000010802236903057S0101

**BORROWER COPY**

02/03/2005 3:00:08 PM

# EXHIBIT U

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   February 3, 2005
LOAN NO.:   0108022369 - 7404
TYPE:   ADJUSTABLE RATE

BORROWER(S): Suzette Addison

ADDRESS:      4961 North 47th Street
CITY/STATE/ZIP:   Milwaukee,WI 53218

PROPERTY:   4961 North 47th Street
            Milwaukee,  WI  53218

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE
2/3/2005  SA
;

or

2.  The date you received your Truth in Lending disclosures;

or

3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)634-3494**
FAX:     **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL
2/7/2005  SA

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____      _____
SIGNATURE                                              DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_Suzette Addison_                           2/3/05
BORROWER/OWNER Suzette Addison          Date          BORROWER/OWNER                        Date

_____      _____
BORROWER/OWNER                        Date          BORROWER/OWNER                        Date

1064-NRC (Rev 11/03)          0000010802369040005010 1

**BORROWER COPY**

02/03/2005 3:00:08 PM

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  February 3, 2005
LOAN NO.:   0108022369 - 7404
TYPE:   ADJUSTABLE RATE

BORROWER(S): Suzette Addison

ADDRESS:      4961 North 47th Street
CITY/STATE/ZIP:   Milwaukee,WI 53218

PROPERTY:   4961 North 47th Street
            Milwaukee, WI  53218

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

| ENTER DOCUMENT SIGNING DATE |
|---|

1.  The date of the transaction, which is     *2/3/2005  SA*

    or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN: **FUNDING**
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|


*2/7/2005  SA*

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____                          _____
SIGNATURE                                        DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.



_Suzette Addison_            *2/3/05*
BORROWER/OWNER Suzette Addison         Date         BORROWER/OWNER                          Date

BORROWER/OWNER                         Date         BORROWER/OWNER                          Date

1064-NRC (Rev 11/03)

0000010802236904000050101

**BORROWER COPY**

02/03/2005 3:00:08 PM

# EXHIBIT V

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0108022369 - 7404          Borrower(s): Suzette Addison

Date: February 3, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.



_____          _____
Borrower/Owner  Suzette Addison          Date  2/3/05

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

_____          _____
Borrower/Owner          Date

---

## REQUEST TO CANCEL
I/We want to cancel loan #_____          _____

_____          _____
Borrower/Owner Signature          Date

---

0000010602236904042201010

850 (10/00)

02/03/2005 3:00:08 PM

**BORROWER COPY**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0108022369 - 7404        Borrower(s): Suzette Addison

Date: February 3, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Suzette Addison_ (signature)        _2/3/05_

Borrower/Owner  Suzette Addison        Date

Borrower/Owner        Date

Borrower/Owner        Date

Borrower/Owner        Date

## REQUEST TO CANCEL

I/We want to cancel loan # _____

Borrower/Owner Signature        Date

0000010802236904042220101

650 (10/00)

02/03/2005 3:00:08 PM

**BORROWER COPY**

# EXHIBIT W

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
## Chicago, Illinois  60603-3403
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email:  edcombs@aol.com
## www.edcombs.com

May 8, 2006

**BY CERTIFIED MAIL**

Ameriquest Mortgage Company
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

AMC  Mortgage Services, Inc.
c/o registered agent
National Registered Agents
200 W. Adams
Chicago, IL 60606

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

Re:   Notice of rescission, claim and lien, Suzette Addison, 4961 North
       47th Street, Milwaukee, WI  53218, loans of August 6, 2004 and
       February 3, 2005

Ladies/Gentlemen:

Each of the above clients hereby give notice that they rescind the above loan for noncompliance with the Truth in Lending Act.

Please be further advised that we have been retained by the above clients to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

If you claim that the owner of the loan is other than Ameriquest Mortgage Company or Ameriquest Mortgage Securities, Inc., please identify the owner pursuant to 15 U.S.C. §1641(d).

Finally, please provide an account history so that we may compute the appropriate amount to be tendered.

Sincerely,

Daniel A. Edelman

cc: clients

I, Daniel A. Edelman, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addressees on May 8, 2006.

_____
Daniel A. Edelman

# EXHIBIT X

**Ameriquest Mortgage Company**

Loan Number: 0088208905 - 7351

ower Name: SUZETTE ADDISON

Property Address: 4961 NORTH 47TH STREET
MILWAUKEE, WI 53218

ower Name:

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND DISCOUNT POINTS

he interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are
elated to each other. A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the
nterest rate of the loan. So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by
aking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio. The following is intended as an example to illustrate how
our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount
points. The following example shows how your options work.







\* The terms of your loan may be different from the above example. Other factors influence rate, such as how
much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor. A discount point lowers the interest rate but no
necessarily the overall cost of the loan. A lower rate may be a good choice if you don't plan to sell or refinance for some
time. On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon
Your account executive can give you more information about the options available to you and the exact terms of you
loan.



854 (Rev. 09/24/03)

# EXHIBIT Y

**Ameriquest Mortgage Company**

Borrower Name: Suzette Addison

Loan Number: 0108022369 - 7404

Borrower Name:

Property Address:  4961 North 47th Street
Milwaukee, WI  53218

## UNDERSTANDING YOUR OPTIONS REGARDING
## INTEREST RATES AND DISCOUNT POINTS

The interest rate (or initial interest rate in the case of an adjustable rate mortgage) and discount points on your loan are related to each other.  A "discount point" is a one-time fee that equals one (1) percent of the loan amount that lowers the interest rate of the loan.  So, on a $100,000 loan, "1" discount point is $1,000. You can obtain a lower interest rate by taking a loan with additional discount points, or have fewer discount points in return for a higher interest rate.

Please ask about our current discount point/rate exchange ratio.  The following is intended as an example to illustrate how our discount point/rate exchange works; it may not be reflective of the exchange ratio available at this time.

In this example, to reduce your interest rate by 1 percentage point, you would be charged an additional 1.6 discount points.  The following example shows how your options work.







* The terms of your loan may be different from the above example. Other factors influence rate, such as how much income documentation you provide and whether you elect to have a prepayment charge on your loan.

Think carefully about what you want to do and consult a financial advisor.  A discount point lowers the interest rate but *not* necessarily the overall cost of the loan.  A lower rate may be a good choice if you don't plan to sell or refinance for some time.  On the other hand, you might not want to have additional discount points if you think you'll sell or refinance soon.  Your account executive can give you more information about the options available to you and the exact terms of your loan.



00000108022369040593O101

854 (Rev. 09/24/03)

# EXHIBIT Z

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☒ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other (explain): | Agency Case Number | Lender Case Number |
| | ☐ FHA  ☐ USDA/Rural Housing Service | | 0108022369 |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate | ☐ Other (explain): |
| $ 96,000.00 | 8.350 % | 360 | | ☐ GPM | ☒ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | | No. of Units |
| 4961 North 47th Street, Milwaukee, WI  53218 | | 2 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
| | 1998 |

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain): | Property will be: |
| | ☒ Refinance  ☐ Construction-Permanent | ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made  ☐ to be made |
| 1998 | $ 78,000.00 | $ 78,000.00 | refi-Cash Out | | |
| | | | | Cost: $ 0.00 | |

| Title will be held in what Name(s)  Suzette Addison, Single | Manner in which Title will be held | Estate will be held in: |
| | | ☒ Fee Simple |
| | | ☐ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Suzette Addison | |

Redacted

| Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |
| | | 1967 | | | | | |

| ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no. 0  ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) no.  ages |

| Present Address (street, city, state, ZIP)  ☒ Own  ☐ Rent  No. Yrs. 10 | Present Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. |
| 4961 North 47th Street | |
| Milwaukee, WI 53218 | |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. |
| 4961 NOR 47TH STREET | |
| MILWAUKEE, WI 53218 | |

## IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
| Name & Address of Employer  ☐ Self Employed | Yrs. on this job | Name & Address of Employer  ☐ Self Employed | Yrs. on this job |
| Kraft | 10.417 | | |
| | Yrs. employed in this line of work/profession | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| Worker | | | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer  ☐ Self Employed | Dates (from - to) | Name & Address of Employer  ☐ Self Employed | Dates (from - to) |
| | | | |
| | Monthly Income | | Monthly Income |
| | $ | | $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer  ☐ Self Employed | Dates (from - to) | Name & Address of Employer  ☐ Self Employed | Dates (from - to) |
| | | | |
| | Monthly Income | | Monthly Income |
| | $ | | $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

0108022369

Freddie Mac Form 65 01/04
Fannie Mae Form 1003 01/04
Page 1 of 4
VMP®-21N (0305)  VMP Mortgage Solutions (800)521-7291

Initials: _____

| Borrower's cell | Borrower's pager |
| Co-Borrower's cell | Co-Borrower's pager |

0000011080223690005990801

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 2,940.82 | $ | $ 2,940.82 | Rent | $ 0.00 | |
| Overtime | 0.00 | | 0.00 | First Mortgage (P&I) | 653.04 | $ 727.98 |
| Bonuses | 0.00 | | 0.00 | Other Financing (P&I) | 0.00 | 0.00 |
| Commissions | 0.00 | | 0.00 | Hazard Insurance | 97.00 | 48.92 |
| Dividends/Interest | 0.00 | | 0.00 | Real Estate Taxes | 115.00 | 169.79 |
| Net Rental Income | 0.00 | | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 2,940.82 | $ | $ 2,940.82 | Total | $ 865.04 | $ 946.69 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income  Notice:  Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|
| B | | $ 0.00 |
| B | | 0.00 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☐ Jointly ☒ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary, to indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ 0.00 | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| List checking and savings accounts below | | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | *** SEE ADDENDUM *** | | |
| Vested 401k Retirement - Aggregated | | | | |
| | | Acct. no. | | |
| Acct. no. | $ 0.00 | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| Checking/Savings - Aggregated | | | | |
| | | Acct. no. | | |
| Acct. no. | $ 0.00 | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Stocks & Bonds (Company name/number & description) /0 | $ 0.00 | | | |
| | | Acct. no. | | |
| Life insurance net cash value | $ 0.00 | Name and address of Company | $ Payment/Months | |
| Face amount: $ 0.00 | | | | |
| Subtotal Liquid Assets | $ 0.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 140,000.00 | Acct. no. | | |
| Vested interest in retirement fund | $ 0.00 | Name and address of Company | $ Payment/Months | |
| Net worth of business(es) owned (attach financial statement) | $ 0.00 | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| Other Assets (itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| | | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 431.59 | |
| Total Assets a. | $ 0.00 | Net Worth ▶▶ $ -14,269.00 | Total Liabilities b. | $ 14,269.00 |

0108022369

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 4961 North 47th Street Milwaukee. WI 53218 | H SFR | $ 140000 | $ 67406 | $ 0 | $ 889 | $ 212 | $ 0 |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ 0 | 67406 | 0 | 889 | 212 | 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. | Purchase price | $ 0.00 |
| b. | Alterations, improvements, repairs | 0.00 |
| c. | Land (if acquired separately) | |
| d. | Refinance (incl. debts to be paid off) | 84,064.00 |
| e. | Estimated prepaid items | -395.28 |
| f. | Estimated closing costs | 3,348.00 |
| g. | PMI, MIP, Funding Fee | 0.00 |
| h. | Discount (if Borrower will pay) | 694.08 |
| i. | Total costs (add items a through h) | 87,710.80 |
| j. | Subordinate financing | 0.00 |
| k. | Borrower's closing costs paid by Seller | 0.00 |
| l. | Other Credits (explain) | |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| m. | Loan amount (exclude PMI, MIP, Funding Fee financed) | 96,000.00 |
| n. | PMI, MIP, Funding Fee financed | 0.00 |
| o. | Loan amount (add m & n) | 96,000.00 |
| p. | Cash from/to Borrower (subtract j, k, l & o from i) | -8,289.20 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|---|
| a. | Are there any outstanding judgments against you? | | X | | |
| b. | Have you been declared bankrupt within the past 7 years? | | X | | |
| c. | Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| d. | Are you a party to a lawsuit? | | X | | |
| e. | Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | |
| f. | Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | X | | |
| g. | Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| h. | Is any part of the down payment borrowed? | | X | | |
| i. | Are you a co-maker or endorser on a note? | | X | | |
| j. | Are you a U.S. citizen? | X | | | |
| k. | Are you a permanent resident alien? | | X | | |
| l. | Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | | | | |
| m. | Have you had an ownership interest in a property in the last three years? (1) What type of property did you own - - principal residence (PR), second home (SH), or investment property (IP)? (2) How did you hold title to the home - - solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER ☐ I do not wish to furnish this information. | CO-BORROWER ☐ I do not wish to furnish this information. |
|---|---|
| **Ethnicity:** ☐ Hispanic or Latino  ☒ Not Hispanic or Latino | **Ethnicity:** ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| **Race:** ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☒ White | **Race:** ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| **Sex:** ☐ Female  ☒ Male | **Sex:** ☐ Female  ☐ Male |

| To be Completed by Interviewer This application was taken by: | Interviewer's Name (print or type) Lawrence Williams | Name and Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview | Interviewer's Signature | |
| ☐ Mail | Date | 10600 White Rock Road. Suite 200-21 |
| ☒ Telephone | Interviewer's Phone Number (incl. area code) (916)853-4721 | Rancho Cordova. CA 95670 |
| ☐ Internet | | |



0000010802236906059006603

**Continuation Sheet/Residential Loan Application**

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower:<br>Addison, Suzette | Agency Case Number: |
| --- | --- | --- |
| | Co-Borrower: | Lender Case Number:<br>0108022369 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
| --- | --- | --- | --- |
| X | | X | |

0108022369

 -21N (0305)

0000010802236906059980604

Page 4 of 4

Freddie Mac Form 65 01/04
Fannie Mae Form 1003 01/04