**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | MDL No. 1715  Lead Case No. 05-cv-07097  Centralized before Judge Marvin E. Aspen |
| SUZETTE ADDISON, ) ) Plaintiff, ) ) v. ) ) AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2005-R3 Under the Pooling and Servicing Agreement Dated as of April 1, 2005, Without Recourse; AMC MORTGAGE SERVICES, INC., and DOES 1-5, ) Defendants. ) | 1:06-cv-4728  Originally Case #06 C 654 (E.D. WI)  Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case # 05 C 7097  **JURY DEMANDED** |

**NOTICE OF MOTION**

**TO:** SEE ATTACHED SERVICE LIST

　　　　**PLEASE TAKE NOTICE** that on **Thursday, September 10, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** ***INSTANTER,*** a copy of which is hereby served upon you.

                s/Cathleen M. Combs
                Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Cathleen M. Combs, hereby certify that on September 3, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that a copy was sent by U.S. mail to parties without email addresses.

Kenneth R. Nowakowski
knowakowski@whdlaw.com

Bernard E. LeSage
blesage@buchalter.com

Edward J. Heiser, Jr.
Whyte Hirschboeck Dudek SC
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-3819

                s/Cathleen M. Combs
                Cathleen M. Combs