IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Leading Case No. 1:05-cv-07097 |
| THIS DOCUMENT RELATES TO: | |
| CHERYL E. EVANS v. AMERIQUEST MORTGAGE COMPANY f/n/a LONG BEACH MORTGAGE COMPANY; and AMC MORTGAGE SERVICES, INC., f/n/a AMERIQUEST NEWCO, INC., f/n/a PPC MORTGAGE COMPANY, f/n/a BEDFORD HOME LOANS, INC., and AMERICAN HOME MORTGAGE SERVICING, INC., Case No. 09-cv-1150 (N.D. Ill.) (transferred for pretrial proceedings; transferor court case 08-4046-SAC (KS) | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF MOTION

To: All Interested Parties:

PLEASE TAKE NOTICE that on Tuesday, September 15, 2009, at 10:30 a.m., we shall appear before the Honorable Judge Aspen in room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, and then and there present: PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, *INSTANTER*, a copy of which has been served upon you.

            Respectfully submitted,
            OGUNMENO LAW FIRM, LLC

            /s/ Adebayo Ogunmeno
            Adebayo Ogunmeno  KS Bar #14808
            623 Tauromee Avenue
            Kansas City, Kansas 66101-3041
            Tel. (913) 233-2133
            Fax. (913) 233-2199
            Attorney for the Plaintiff.
            aikogun@ogunmenolawfirm.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on this **_September 3, 2009_**. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Adebayo Ogunmeno
Adebayo Ogunmeno  KS Bar #14808