**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| BRENDA BOWDEN and DARRON BOWDEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARGENT MORTGAGE COMPANY, LLC, ) <br> 5 STAR FINANCIAL, INC., WM SPECIALTY ) <br> MORTGAGE, LLC, CITI RESIDENTIAL ) <br> LENDING, INC., and DOES 1-5, ) <br> ) <br> Defendants. ) | Case No. 1:06-cv-05991 <br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097 <br><br> **JURY DEMANDED** |

<u>**NOTICE OF MOTION**</u>

**TO:** SEE ATTACHED SERVICE LIST

        **PLEASE TAKE NOTICE** that on **Thursday, September 10, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

                                        <u>s/Cathleen M. Combs</u>
                                        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs

James O. Latturner
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

### CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on September 4, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I also certify that a copy was sent by U.S. mail to parties without email addresses.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com

5 Star Financial, Inc.
c/o Registered Agent
Brian M. Bockholdt
1105 Trailsend Lane
Joliet, IL 60436

s/Cathleen M. Combs
Cathleen M. Combs

2