**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
Eastern Division**

Ameriquest Mortgage Company, et al.
            Plaintiff,

v.                 Case No.: 1:05−cv−07097
                 Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 4, 2009:

  MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs' Motion for leave to file [3088] Third Amended Complaint, instanter, (Case No. 06C5991 − Bowden, et al v. Argent Mortgage, et al) is granted. Motion terminated. Party Chase Home Finance, LLC, added. The name of defendant WM Specialty Mortgage, LLC is updated to JMPC Specialty Mortgage, LLC., formerly known as WM Specialty Mortgage, LLC. Citi Residential Lending, Inc. is dismissed without prejudice and is terminated. The motion hearing set for 9/10/09 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.