**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| EDWARD SMITH and GAIL SMITH, ) <br> ) <br>         Plaintiffs, ) <br> ) <br>         v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, as Trustee of AMERIQUEST ) <br> MORTGAGE SECURITIES, INC., Asset Backed ) <br> Pass-Through Certificates, Series 2004-R10 under ) <br> the Pooling & Servicing Agreement dated as of ) <br> October 1, 2004, Without Recourse, AMC ) <br> MORTGAGE SERVICES, INC., and DOES 1-5, ) <br> ) <br>         Defendants. ) | 06 C 2828 <br><br> Judge Coar <br> Magistrate Judge Nolan <br><br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case # 07 C 7097 <br><br><br> **JURY DEMANDED** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Thursday, September 10, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

1

                                                      s/Cathleen M. Combs  
                                                      Cathleen M. Combs

Daniel A. Edelman  
Cathleen M. Combs  
James O. Latturner  
EDELMAN, COMBS, LATTURNER  
      & GOODWIN, LLC  
120 S. LaSalle Street, 18th floor  
Chicago, Illinois 60603  
(312) 739-4200  
(312) 419-0379 (FAX)

### CERTIFICATE OF SERVICE

        I, Cathleen M. Combs, hereby certify that on September 8, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that a copy was sent by U.S. mail to parties without email addresses.

| Jonathan N. Ledsky | Bernard LeSage |
|---|---|
| jledsky@vbhlc.com | blesage@buchalter.com |

Craig Allen Varga  
cvarga@vbhlc.com

                                                        s/Cathleen M. Combs  
                                                      Cathleen M. Combs