IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>———————————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

**MOTION FOR EXTENSION OF TIME TO FILE**
**REPLY IN SUPPORT OF MOTION TO DISMISS**

Third-Party Defendants, through their undersigned Liaison Counsel, hereby move this Court for an extension of time to file their Reply in Support of Motion to Dismiss Fifth Amended Consolidated Third Party Complaint, and state as follows:

1. Third Party Defendants filed a consolidated Motion to Dismiss Fifth Amended Consolidated Complaint on July 31, 2009.

2. On August 3, 2009, this Court entered a Minute Order specifying that the response to the Motion to Dismiss would be due on September 4, 2009, and Third Party Defendants' Reply would be due two weeks later, on September 18, 2009.

3. In order to file a Reply on behalf of all Third Party Defendants, Liaison Counsel will need to circulate a draft well in advance of the deadline for filing the Reply in order to seek, receive, harmonize, and implement comments and changes from the large number of Third Party Defendants. Therefore, Third Party Defendants seek an extra two weeks, or until Friday, October 2, 2009, to file their Reply.

WHEREFORE, Third-Party Defendants respectfully request that this Court grant them an extension until October 2, 2009 to file their Reply in Support of Motion to Dismiss Fifth Amended Consolidated Third Party Complaint.

| | |
|---|---|
| Dated: September 10, 2009 | By: /s/ Kathryn B. Walter<br>*Liaison Counsel for Third-Party Defendants and counsel for National Real Estate Information Services, Inc.*<br><br>David J. Chizewer<br>Steven A. Levy<br>Kathryn B. Walter<br>GOLDBERG KOHN BELL BLACK<br>  ROSENBLOOM & MORITZ, LTD.<br>55 East Monroe Street<br>Suite 3300<br>Chicago, Illinois 60603<br>Telephone (312) 201-4000<br>Facsimile (312) 332-2196 |