UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION, ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> INDIVIDUAL ACTIONS, ) <br> ) | MDL No. 1715 <br> Lead Case 06-CV-07097 |

## NOTICE OF OPT-OUT FROM PENDING CLASS ACTIONS

Jesus Diaz, Jr. and Karen Diaz, plaintiffs in Adversary Proceeding No. 07-01174, U.S. Bankruptcy Court, District of Massachusetts, entitled Jesus Diaz, Jr. and Karen Diaz v. Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset-Backed Pass Through Certificates, Series 2004-R8, under the Pooling and Servicing Agreement dated August 1, 2004, without recourse, hereby advise the Court of their decision to opt-out of any class action lawsuits pending in the above-referenced multidistrict litigation.

JESUS DIAZ, JR.
KAREN DIAZ
By their attorney:

*/s/Kenneth D. Quat*
BBO #408640
QUAT LAW OFFICES
678 Massachusetts Avenue, Suite 702
Cambridge MA 02139
617-492-0522
ken@quatlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2009, I caused copies of the foregoing Notice to be served by electronic mail on all registered ECF users via the Court's ECF system, as indicated therein.

      */s/Kenneth D. Quat*