IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | :<br>:<br>:<br>:<br>: MDL No. 1715<br>:<br>: Lead Case No. 05-cv-07097<br>:<br>: Centralized Before the Honorable<br>: Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | :<br>: Magistrate Judge Morton Denlow<br>:<br>: |

**NOTICE OF OPTING-OUT OF CLASS ACTIONS**

COME NOW Plaintiffs John Darius Powell and Sylvia Marie Dailey, by and through Undersigned Counsel, who hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

*John Darius Powell and Sylvia Marie Dailey v. Ameriquest Mortgage Company*
(N.D. Illinois 06-03585, originally 05-cv-3067 (E.D. La.))

On November 7, 2006, this Court issued a Memorandum of Opinion and Order ("Order"), Document 284, filed in Lead Case No. 05-cv-07097. The Order stated a deadline of January 5, 2007, for individuals wishing to give notice to opt-out of the class actions. Neither Plaintiffs John Darius Powell and Sylvia Marie Dailey, nor present or past Counsel for Plaintiffs, were noticed with the Order, and therefore, never had the opportunity to opt-out of participation in any pending class action lawsuit in this multidistrict litigation. *See* Fed. R. Civ. P. 23(c)(2). In addition, Plaintiffs John Darius Powell and Sylvia Marie Dailey do not believe that proper notice,

under Fed. R. Civ. P. 23(c)(2)(B), has been issued. Undersigned Counsel has contacted Counsel for the Defendants who have not stated any objections to the filing of this Notice and subsequent participation in the mediation sessions proposed in the Joint Discovery Plan and [Proposed] Scheduling Order, Document 3077, filed in Lead Case No. 05-cv-07097 on September 2, 2009. Therefore, Plaintiffs John Darius Powell and Sylvia Marie Dailey wish to opt-out of any pending class action lawsuit in this multidistrict litigation at this time.

Date: September 11, 2009

Respectfully submitted,
By: /s/ Lauren E. Bartlett
LAUREN E. BARTLETT
Southeast Louisiana Legal Services
1010 Common Street, Suite 1400A
New Orleans, LA 70112
Tel: (504) 529-1000 Ext. 271
Fax: (504) 529-1009
Email: lbartlett@slls.org

Attorneys for Plaintiffs John Darius Powell and Sylvia Marie Dailey

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she has caused a copy of the foregoing NOTICE OF OPTING-OUT OF CLASS ACTIONS to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 11th day of September, 2009:

ALL COUNSEL OF RECORD

/s/ Lauren E. Bartlett
LAUREN E. BARTLETT