IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation. | * * * * MDL No. 1715 * * Lead Case No. 05-CV-07097 * THIS DOCUMENT RELATES TO: * * Centralized before the Honorable *Wilbert Cooley et al. v. Ameriquest* * Marvin E. Aspen *Mortgage Company, et al* * Case No. 07 C 7182 * |

**REPLY TO PLAINTIFF'S OBJECTION TO COUNSEL'S MOTION TO WITHDRAW**

**COME NOW** the undersigned attorneys for Wilbert Cooley and Kandee Cooley, and pursuant to Court's order of September 1, 2009, reply to the Plaintiffs' objection as follows:

1. Attached hereto as Exhibit "A" is Plaintiff Kandee Cooley's Complaint for divorce against Wilbert Cooley wherein she claims ownership of the property which is the subject of the above styled case and of any proceeds from the litigation (¶5E).

2. Attached hereto as Exhibit "B" is Plaintiff Wilbert Cooley's Answer and Cross-Complaint wherein he denies Kandee Cooley's claim of ownership (¶5).

3. Plaintiffs are able to find other suitable representation and are currently represented by attorneys in their domestic relation case who could advise them regarding their claims in the Ameriquest Litigation.

4. Since both parties claim an interest in the property subject to the instant litigation the present attorneys clearly have a conflict of interest.

**WHEREFORE**, the undersigned request that they be allowed to withdraw as attorneys of

1

record for Wilbert Cooley and Kandee Cooley in the above referenced.

    **RESPECTFULLY** submitted this 14th day of September, 2009.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
The Law Offices of Earl P. Underwood
P.O. Box 969
Fairhope, AL36533-0969
Telephone:	251.990.5558
Facsimile:	251.990.0626

/s/  James D. Patterson
James D. Patterson, (PATJ6485)
The Law Offices of Earl P. Underwood
P.O. Box 969
Fairhope, AL 36533-0969
Telephone:	251.990.5558
Facsimile:	251.990.0626

/s/ Kenneth J. Riemer
Kenneth J. Riemer  (RIEMK8712)
Post Office Box 1206
Mobile, AL 36633-1206
Telephone:	251.432.9212
Facsimile:	251.433.7172

## CERTIFICATE OF SERVICE

    I hereby certify that on September 4th 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and by postage prepaid U.S. First Class Mail to the following:

| | |
|---|---|
| Kandee Cooley<br>616 Hinson Ave.<br>Prichard, AL   36610 | Claude D. Boone<br>Molly M.  Sullivan<br>Post Office Box 2301<br>Mobile, AL 36652 |
| Wilbert Cooley<br>1070 Zurich St.<br>Mobile AL 36608 | William Poole<br>917 Western American Cir. Ste. 200<br>Mobile, AL 36602 |

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.