EXHIBIT A



ELECTRONICALLY FILED
2/5/2009 1:28 PM
DR-2009-900082.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## DOMESTIC RELATIONS

| | |
|---|---|
| **KANDEE R. COOLEY,** | * |
| Plaintiff, | * |
| v. | *  CASE NO.: DR- 09-_____ |
| **WILBERT COOLEY,** | * |
| Defendant. | * |

## COMPLAINT

Comes now the Plaintiff **KANDEE R. COOLEY,** and exhibits this Complaint against the Defendant **WILBERT COOLEY**, and shows unto the Court the following:

### ONE

The Plaintiff and the Defendant are each over the age of nineteen (19) years. Plaintiff and Defendant are both residents of Mobile County, Alabama and each has been such for more than six (6) months next immediately preceding the filing of this Complaint.

### TWO

The Plaintiff is the lawful wife of the Defendant, having been married to him on May 24, 2984, in Orange County, California.

### THREE

The Plaintiff avers that there exists such a complete incompatibility of temperament between the parties that they can no longer live together as husband and wife. Plaintiff further avers, in the alternative, that there exists an irretrievable breakdown of the marriage

and that reconciliation is impractical and futile, and not in the best interest of either party hereto.

## FOUR

The Plaintiff avers that two children were born of the parties; however, both children have reached the age of majority.

## FIVE

The Plaintiff avers, in the alternative, that the Defendant has committed mental and physical abuse against her.

**WHEREFORE**, the premises considered, the Plaintiff demands judgment against the Defendant:

A. dissolving the bonds of matrimony heretofore existing between the Plaintiff and Defendant;

B. awarding such other alimony-in-gross and property settlement as the Court deems reasonable;

C. directing the Defendant to pay to the Plaintiff directly periodic alimony in such sum as the Court deems equitable;

D. directing the Defendant to pay and hold the Plaintiff harmless as to all obligations owing by the parties incurred during the marriage with the exception of the obligation owing to J & J which the Plaintiff shall pay and hold the Defendant harmless with regard thereto;

E. awarding the Plaintiff sole ownership and possession of the homeplace of the parties located at 1070 Zurich Street, Mobile, Alabama and directing the Defendant to pay and hold Plaintiff harmless as to the obligation owing thereon, and directing the Defendant, within thirty (30) days of the entry of the Judgment of Divorce, to execute a Warranty Deed of his interest in and to the real property to the Plaintiff and upon his failure to do so, directing that the Clerk of this Court be authorized and empowered to execute such Warranty Deed for and as the act of the Defendant. In addition, awarding the Plaintiff sole ownership of the present ongoing litigation with Ameriquest Mortgage with regard to this homeplace;

  F. awarding the Defendant sole ownership and sole possession of the real properties located at 131 Edison Avenue, Prichard, Alabama and 145 Hickman Street, Prichard, Alabama and directing the Defendant to pay and hold the Plaintiff harmless with regard to any obligations owing theron;

  G. awarding the Plaintiff sole ownership and possession of all furniture, appliances, and fixtures located at the homeplace of the parties with the exception of the following personal property to be awarded to the Defendant: 1997 Lexus, television in master bedroom, his clothes, and son's bedroom furniture..

  H. awarding the Plaintiff sole ownership of the present ongoing litigation with regard to her on the job injury;

  I. directing the Defendant to pay COBRA coverage for the Plaintiff for a period of not less than thirty-six (36) months or until the Plaintiff is covered by Medicare, whichever comes first;

  J. awarding the Plaintiff a judgment for attorney fees and court costs in this cause created;

  K. awarding each party the checking and savings accounts in their respective names;

  L. awarding the Plaintiff one-half (½) of the Defendant's 401K and other stock and retirement plans;

  M. awarding Plaintiff such other, further, or different relief and general relief as in equity she is entitled.

           WILLIAM C. POOLE, LLC
           Attorneys for Plaintiff


       For the Firm: /s/ William C. Poole
           WILLIAM C. POOLE - POO005
           917 Western America Circle
           Suite 200
           Mobile, Alabama 36609
           (251) 344-5015

Defendant may be served as follows:

Wilbert Cooley
1070 Zurich Street
Mobile, AL 36608

J:\Client Matters New-Melinda\Divorces\Cooley, Kandee - contested no kids\PCOMPL.wpd