

ELECTRONICALLY FILED
3/18/2009 4:29 PM
DR-2009-900082.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| KANDEE R. COOLEY, | * | |
| PLAINTIFF, | * | |
| vs. | * | CASE NO.: DR-2009-900082.00-B |
| WILBERT COOLEY, | * | |
| DEFENDANT. | * | |

## ANSWER

COMES NOW, the Defendant, WILBERT COOLEY, by and through the undersigned counsel and files this Answer to the Plaintiff's Complaint and shows unto the Court as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

## CROSS COMPLAINT

COMES NOW, the Defendant, WILBERT COOLEY, by and through the undersigned counsel and after having duly answered the Plaintiff's Complaint for Divorce files this Cross Complaint and shows unto the Court as follows:

1. Your Petitioner avers that he and the Plaintiff are both over the age of 19 years and are both bona fide residents of Mobile County, Alabama.

2. Your Petitioner avers that he is the lawful husband of the Plaintiff having married her on the 24th day of May, 1984 and that marriage has not been dissolved.

3. Your Petitioner avers that there were two (2) minor children born of the marriage and both children have reached the age of majority.

4. Your Petitioner avers that there exists such a complete incompatibility of temperament between the parties and that the parties can no longer live together and such incompatibility is irremediable and irreconcilable.

5. Your Petitioner herein further avers that there has been an irretrievable breakdown of the marriage and that future attempts at reconciliation are impractical or futile and not in the best interests of the parties.

6. Your Petitioner avers that the parties have acquired certain assets and personal property during the marriage and he asks that said assets and personal property be equitably divided.

7. Your Petitioner avers that the parties have acquired certain bills and debts during the marriage and he asks that said bills and debts be equitably divided.

WHEREFORE, your Petitioner prays that said KANDEE R. COOLEY, be made a party-defendant to this Cross Bill of Complaint and that appropriate process be issued and served upon her commanding her to plead, answer and demur to this Cross Bill of Complaint within the time required by law and the rules required by this Court; that upon a hearing of this cause, a decree be rendered dissolving the bonds of matrimony currently existing between the parties; that the assets and personal property acquired during the marriage be equitably divided between the parties hereto; that the bills and debts of the marriage be equitably divided; and he prays for such other, further and different relief to which he may be entitled, the premises considered.

/s/Claude D. Boone_____
CLAUDE D. BOONE (BOO013)
MOLLY M. SULLIVAN (SUL033)
Attorneys for the Defendant
Post Office Box 2301
Mobile, Alabama 36652
(251) 433-1806

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 18th day of March, 2009, served a copy of the foregoing pleading by e-filing the same through the *Ala-File System* properly addressed to the following:

Honorable William C. Poole
Attorney At Law
917 Western America Circle, Suite 200
Mobile, Alabama 36609

/s/Claude D. Boone_____
OF COUNSEL