**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL Docket No. 1715 )<br>)<br>) Lead Case No. 05-cv-07097<br>)<br>) (Centralized before the Hon. Marvin E. Aspen)<br>) |
| _____ | ) |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION: | )<br>)<br>) |
| *Cooley, Wilbert & Kandee*; 07-07182 | ) |

**AMERICAN HOME MORTGAGE SERVICING, INC.'S RESPONSE TO
BORROWER WILBERT COOLEY'S MOTION FOR GUIDANCE**

American Home Mortgage Servicing, Inc. ("AHMSI"), by its attorney, Simon Fleischmann, respectfully responds to Plaintiff Wilbert Cooley's Motion for Guidance and an Order from the MDL for the Northern District of Illinois Involving Bankruptcy Stay in the United States Bankruptcy Court for the Southern District of Alabama ("Motion for Guidance"), as directed by the Court on September 1, 2009 [Docket No. 3069].

1. Although not a party in this action, AHMSI is the present servicer of Plaintiff's mortgage loan. By way of background, Plaintiff commenced this action on April 6, 2006 in the United States District Court for the Southern District of Alabama as Case No. 06-cv-215. The case was transferred to this Court on January 3, 2008 for inclusion in the captioned multidistrict litigation matter. Prior to the commencement of this action, Plaintiff filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United State Bankruptcy Court for the Southern District of Alabama (Case No. 06-bk-10213).[1]

---

[1] Although AHMSI is not a defendant and has no obligation to respond to Plaintiff's Complaint in this matter, AHMSI notes that the existence of a Chapter 7 bankruptcy case calls into question Plaintiff's standing to prosecute this action in his own name.

2. Plaintiff's Motion for Guidance concerns recent filings in his bankruptcy case. AHMSI filed a motion to modify the automatic stay so that it may pursue mortgage foreclosure if it eventually chooses to do so. Plaintiff filed an objection to AHMSI's motion on the basis that the existence of this MDL action nullifies on AHMSI's right to foreclosure. According to Plaintiff, the bankruptcy court continued AHMSI's motion pending guidance from this Court. Accordingly, Plaintiff filed his Motion for Guidance, which asks the Court to find that AHMSI lacks the right to foreclose on his defaulted mortgage until this case is "fully adjudicated." The motion to modify the stay is set for a continued hearing in the bankruptcy court on October 13, 2009.

3. The relief sought in the Motion for Guidance should be denied. This Court has expressly held that lenders, trustees, and/or servicers may foreclose on mortgages securing defaulted loans that are the subject of claims in the MDL (assuming foreclosure is otherwise appropriate); provided however, that additional notice must be provided in form and substance previously agreed upon among the parties and approved by the Court. [Docket Nos. 54, 143, 155]. Accordingly, the Court should deny the relief sought in Plaintiff's Motion for Guidance.

4. Moreover, AHMSI has decided to withdraw its motion to modify the stay, without prejudice, in Plaintiff's bankruptcy case. Accordingly, Plaintiff's Motion for Guidance should be denied for the additional reason that it is moot.

WHEREFORE, American Home Mortgage Servicing, Inc. requests entry of an Order denying Plaintiff Wilbert Cooley's Motion for Guidance and an Order from the MDL for the Northern District of Illinois Involving Bankruptcy Stay in the United States Bankruptcy Court for the Southern District of Alabama, and granting such further relief as the Court finds just and appropriate.

September 15, 2009                    Respectfully Submitted,

AMERICAN HOME MORTGAGE
SERVICING, INC.


By:    /s/ Simon Fleischmann
       Simon Fleischmann

Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312.443.0462
E-mail: sfleischmann@lockelord.com

OF COUNSEL:
Robert T. Mowrey
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: 214.740.8505
E-mail: rmowrey@lockelord.com

## CERTIFICATE OF SERVICE

      I, Simon Fleischmann, an attorney, certify that I caused the foregoing American Home Mortgage Servicing, Inc.'s Response to Plaintiff Wilbert Cooley's Motion for Guidance to be served upon all parties properly registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on September 15, 2009.

                                                      /s/ Simon Fleischmann
                                                       Simon Fleischmann