**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO DOCKET NO. 730 | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER PROVISIONS TO CLASS PLAINTIFFS' EXPERT**

WHEREAS, Borrower Class Plaintiffs have retained the services of Winnemac Consulting, LLC ("Winnemac") to analyze loan level data ("Loan Data");

WHEREAS, Borrower Class Plaintiffs and Defendants Argent Mortgage Company, LLC; Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc. (together, "Defendants") have entered into and the Court has approved the Stipulated Protective Order [Docket No. 730] to protect the confidentiality of the borrowers' privacy;

NOW THEREFORE, Borrower Class Plaintiffs and Defendants stipulate as follows:

1. The terms and conditions of the Stipulated Protective Order, as filed with the Court on April 26, 2007 [Docket No. 730], shall be extended to include Winnemac;

2. Any Loan Data disclosed to Winnemac shall be used solely in connection with the MDL settlement discussions and all such Loan Data shall be immediately returned to Defendants upon completion of its assignments from Class Plaintiffs' counsel;

3. Winnemac hereby agrees to abide by the terms and conditions of this Court's Protective Order and that any violation of the Court's Protective Order will subject Winnemac to the personal jurisdiction of the Court for all enforcement proceedings, including but not limited to, contempt of court.

**IT IS SO STIPULATED:**

Dated: September 16, 2009          By: */s/ Gary Klein*_____
                                            Attorneys for Borrower Class Plaintiffs

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Kelly M. Dermody
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Terry Smiljanich
Jill Bowman
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Blvd., Suite 550
Tampa, FL 33609

                                                Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603

Dated: September 16, 2009    By: */s/ Bernard E. LeSage*
Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc., Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Dated: September 16, 2009    By: */s/ TJ Wiegand/AMS*
Attorneys for Argent Mortgage Company, LLC

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Dated: September 16, 2009    By: */s/ Alan N. Salpeter*
Attorneys specially appearing for Roland Arnall

Alan N. Salpeter
Vincent P. Schmeltz III
DEWEY & LeBOEUF LLP
Two Prudential Plaza, Suite 3700
180 N. Stetson Avenue
Chicago, IL 60601

Dated: September 16, 2009    By: */s/ John J. Szobocsan*
Winnemac Consulting, LLC

3

## **[PROPOSED] ORDER**

1. Counsel for Borrower Class Plaintiffs, Winnemac Consulting, LLC and Defendants having so stipulated, and the Court having considered the Stipulation,

**IT IS SO ORDERED.**


Dated: _____, 2009  _____
The Honorable Morton Denlow
United States District Court Magistrate Judge

## CERTIFICATE OF SERVICE

    I, Bernard E. LeSage, hereby certify that on this 16th day of September 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        By: /s/ Bernard E. LeSage

BN 4422996v2