## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 05CV7097  Assigned/Issued By: DAJ

Judge Name:  Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons   ☐ Alias Summons
☑ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
_____
*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets   ☐ Other
☐ Writ _____
_____
*(Type of Writ)*
_____
*(Type of issuance)*

1 Original and 0 copies on 09/15/09 as to _____
(Date)
LAW OFFICES OF RUSSO & MINCHOFF
_____