Attorney No. 3122002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS<br>_____<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al.<br><br>    Defendants and Third-party Plaintiffs<br><br>    v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.<br><br>    Third-party Defendants. | MDL No. 1715<br><br>No. 05-CV-07097<br><br>Centralized before the Hon. Marvin E. Aspen |

## PROOF OF SERVICE

To:    Brian Newman
        BuchalterNemer
        Suite 1500
        1000 Wilshire Boulevard
        Los Angeles, CA 90017

      Please take notice, pursuant to the Court's July 23, 2009 Order and agreement between counsel for Tek Title, LLC and Ameriquest Mortgage Company, the following documents were served upon counsel via Federal Express on September 21, 2009:

1. All documents in possession of Tek Title, LLC relating to *Brown et al. v. Ameriquest Mortgage Co., et al.*, Case no. 05 C 5111, United States District Court for the Northern District of Illinois.

2. All documents in possession of Tek Title, LLC relating to *Freeburg et al. v. Ameriquest Mortgage Co., et al.*, Case no. 06 C 6717, United States District Court for the Northern

District of Illinois.

3. All documents in possession of Tek Title, LLC relating to *Holzmeister v. Ameriquest Mortgage Co., et al.*, Case no. 05 C 5911, United States District Court for the Northern District of Illinois.

Dated: September 21, 2009

                                              Respectfully submitted,
                                              Tek Title, LLC, an Illinois Limited Liability Company

                                              By: /s/ Brian S. Brewer
                                                   One of its attorneys

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Pinzur, Cohen & Kerr, Ltd.
Attorneys for Tek Title, LLC,
Third-party Defendant
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-52963 (Fax)

<u>CERTIFICATION</u>

  Brian S. Brewer, an attorney, certifies pursuant to the Court Rules he served the foregoing Proof Of Service via e-mail transmission upon all attorneys of record with the Clerk of the Court via the CM/ECF system on September 21, 2009.

                /s/ Brian S. Brewer
                Brian S. Brewer

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Brian R. Merfeld
Pinzur, Cohen & Kerr, Ltd.
Suite 208
4180 RFD Route 83
Long Grove, Illinois 60047
847/821-5290
847/821-5293 (Fax)