**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** _____ THIS DOCUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | MDL No. 1715 Lead Case No. 05-cv-07097 Centralized before The Honorable Marvin E. Aspen Magistrate Judge Denlow |

**MOTION OF THIRD PARTY DEFENDANT, BUYOWNER TITLE, INC., TO ADOPT
THE THIRD PARTY DEFENDANTS' JULY 31, 2009, MOTION TO DISMISS**

Third Party Defendant, BUYOWNER TITLE, INC., sued as BUYOWNER TITLE OF SOUTH FLORIDA, INC., by its attorneys Danny L. Worker and Siobhán M. Murphy of Lewis Brisbois Bisgaard & Smith LLP, for its Motion to Adopt the Third Party Defendants' July 31, 2009 Motion to Dismiss Fifth Amended Consolidated Third-Party Complaint as its responsive pleading to the Fifth Amended Consolidated Third-Party Complaint of Third-Party Plaintiffs AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; TOWN & COUNTRY CREDIT CORPORATION, a Delaware corporation; and ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company ("the Third-Party Plaintiffs"), and in support of said Motion states as follows:

1. On August 11, 2009, this Court granted BuyOwner Title an extension of time to respond to the Fifth Amended Consolidated Third-Party Complaint until September 21, 2009.

2. On July 31, 2009, prior to BuyOwner Title's appearance in this matter, the Third-Party Defendants, through Liaison Counsel Goldberg, Kohn, Bell, Black, Rosenbloom

& Moritz, Ltd., filed the Third-Party Defendants' Motion to Dismiss Fifth Amended Consolidated Third-Party Complaint.

3. BuyOwner Title now moves to adopt the July 31, 2009 Motion to Dismiss Fifth Amended Consolidated Third-Party Complaint as its responsive pleading to the Fifth Amended Consolidated Third-Party Complaint.

WHEREFORE, Third-Party Defendant, BuyOwner Title, Inc. requests this Court grant it leave to adopt the Third-Party Defendants' July 31, 2009 Motion to Dismiss Fifth Amended Consolidated Third-Party Complaint as its responsive pleading to the Fifth Amended Consolidated Third-Party Complaint of Third-Party Plaintiffs, Ameriquest Mortgage Company, Town & Country Credit Corporation, and Argent Mortgage Company, LLC.

Dated this 21st day of September, 2009.

        Respectfully submitted,

        s/ Siobhán M. Murphy
        One of the Attorneys for BuyOwner Title, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2009, I electronically filed the Motion of Third Party Defendant, BuyOwner Title, Inc., to Adopt the Third Party Defendants' July 31, 2009 Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

        s/ Siobhán M. Murphy
        One of the Attorneys for BuyOwner Title, Inc.

Danny L. Worker - 6195554
Siobhán M. Murphy – 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312.345.1718 / Fax: 312.345.1778