**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** _____ THIS DOCUMENT RELATES TO THE FIFTH AMENDED THIRD PARTY COMPLAINT | MDL No. 1715 Lead Case No. 05-cv-07097 Centralized before The Honorable Marvin E. Aspen Magistrate Judge Denlow |

**NOTICE OF MOTION OF THIRD PARTY DEFENDANT,
BUYOWNER TITLE, INC., TO ADOPT THE THIRD PARTY
DEFENDANTS' JULY 31, 2009, MOTION TO DISMISS**

TO:  All Counsel of Record

PLEASE TAKE NOTICE that on September 29, 2009 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen in Room 2568 of the Dirksen Federal Building, 219 South Dearborn St., Chicago, Illinois and then and there present Third-Party Defendant's **Motion to Adopt the Third Party Defendants' July 31, 2009 Motion to Dismiss.**

                 s/ Siobhán M. Murphy
                 One of the Attorneys for BuyOwner Title, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2009, I electronically filed the Motion of Third Party Defendant, BuyOwner Title, Inc., to Adopt the Third Party Defendants' July 31, 2009 Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                 s/ Siobhán M. Murphy
                 One of the Attorneys for BuyOwner Title, Inc.

Danny L. Worker - 6195554
Siobhán M. Murphy – 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois  60661
312.345.1718 / Fax: 312.345.1778