# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                              Plaintiff,

v.                                            Case No.: 1:05−cv−07097
                                                                  Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 22, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen:Mr. Wilbert Cooley's telephone request for an extension of time to file reply to American Home Mortgage Servicing, Inc.'s response to Borrower Wilbert Cooley's motion for guidance is granted. Mr. Wilbert Cooley is given up to and including 10/7/09, in which to file a reply to American Home Mortgage Servicing, Inc.'s response to Borrower Wilbert Cooley's motion for guidance. A copy of this minute entry was maield to Mr. Wilbert Cooley at 1070 Zurich, Mobile, Alabama 36608. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.