# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before Judge Marvin E. Aspen |

| | |
|---|---|
| ERNEST P. BURGESS, PEGGY G. BURGESS and SARAH CHAUMLEY | 06 C 6748 |
| Plaintiffs, | Originally 06 C 13734 (E.D. Mich.) |
| v. | Transferred to Judge Apsen for pretrial proceedings under MDL #1715, Lead Case #07 C 7097 |
| AMERIQUEST MORTGAGE COMPANY, JPMC SPECIALTY MORTGAGE, LLC, f/k/a WM SPECIALTY MORTGAGE, LLC, CHASE HOME FINANCE, LLC, BANK OF AMERICA HOME LOANS SERVICING, L.P., WELLS FARGO BANK, N.A., as Trustee of PARK PLACE SECURITIES, INC., Pass-Through Certificates, Series 2004-MCW1 Asset Backed Under the Pooling and Servicing Agreement Dated as of 9/1/2004, Without Recourse, REAL ESTATE EXPERTS AND APPRAISERS, INC., and DOES 1-5, | |
| Defendants. | **DEMAND FOR JURY TRIAL** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER*

Plaintiffs Ernest P. Burgess, Peggy G. Burgess, and Sarah Chaumley respectfully move this Court, pursuant to Fed. R. Civ. Pro. 15(a), for leave to file a Third Amended Complaint and to have it deemed filed *instanter*. A copy of their proposed Third Amended Complaint is

attached hereto as Appendix A. In support of their motion, plaintiffs state as follows:

1. Mr. Burgess, Ms. Burgess, and Ms. Chaumley filed this action against defendant Ameriquest Mortgage Company and affiliates on August 21, 2006 to rescind their mortgage loan and to recover damages for violations of the Truth In Lending Act, 15 U.S.C. § 1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, C.F.R. part 226.

2. On July 30, 2009, plaintiffs filed a motion for leave to file a second amended complaint, in part to add as a defendant Bank of America Home Loans Servicing, L.P.

3. This motion was based on information that opposing counsel provided in an email dated June 26, 2009, attached as Appendix B, which stated, "The correct servicing entity is: Bank of America Home Loans Servicing, L.P."

4. However, service on this entity was refused. The summons returned unexecuted is attached as Appendix C.

5. Then, defendants' counsel informed plaintiffs' counsel that the correct servicing entity is *actually* BAC Home Loans Servicing, L.P. (Ms. Chaumley has not received any mortgage statements since February 2008.)

6. Therefore, plaintiffs seek to add as a defendant BAC Home Loans Servicing, L.P, and to dismiss Bank of America Home Loans Servicing, L.P. without prejudice.

7. The minor, proposed changes would not prejudice any defendant. See Johnson v. Oroweat Foods, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial); Hely & Patterson Intern v. F.D. Rich Housing, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice means that the nonmoving party

must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered had the amendments . . . been timely"); Head v. Timken Roller Bearing Co., 486 F.2d 870, 873 (6th Cir. 1973) ("amendments should be tendered no later than the time of pretrial . . .").

8. Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

WHEREFORE, plaintiffs respectfully request that this Court enter an Order (A) granting them leave to file the proposed Third Amended Complaint, a copy of which is attached as Appendix A, (B) deeming the Third Amended Complaint filed *instanter*, (C) dismissing defendant Bank of America Home Loans Servicing, L.P., without prejudice, and (D) granting any further or other relief that the Court deems just.

               Respectfully submitted,

               s/Cathleen M. Combs
               Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS
  & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603

(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on September 23, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bernard E. LeSage
blesage@buchalter.com

Robert M. Horwitz
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243

Real Estate Experts and Appraisers, Inc.
c/o Registered Agent
Fanny Clay
17589 James Couzens
Detroit, MI 48235

                                                s/Cathleen M. Combs
                                                Cathleen M. Combs