# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |
| ERNEST P. BURGESS, PEGGY G. BURGESS ) <br> and SARAH CHAUMLEY ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> AMC MORTGAGE SERVICES, INC., ) <br> WM SPECIALTY MORTGAGE, LLC, ) <br> COUNTRYWIDE HOME LOANS, INC., WELLS ) <br> FARGO BANK MINNESOTA, N.A., as Trustee of ) <br> PARK PLACE SECURITIES, INC., Asset Backed ) <br> Pass-Through Certificates, Series 2004-MCW1 ) <br> Under the Pooling and Servicing Agreement Dated ) <br> as of 9/1/2004, Without Recourse, REAL ESTATE ) <br> EXPERTS AND APPRAISERS, INC., and ) <br> DOES 1-5, ) <br> Defendants. ) | 06 C 6748 <br><br> Originally 06 C 13734 (E.D. Mich.) <br><br> Transferred to Judge Apsen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #07 C 7097 <br><br><br><br><br><br><br><br><br> **DEMAND FOR JURY TRIAL** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

    **PLEASE TAKE NOTICE** that on **Tuesday, September 29, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT,** a copy

of which is hereby served upon you.

                                                s/ Cathleen M. Combs
                                                Cathleen M. Combs


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)


**CERTIFICATE OF SERVICE**

        I, Cathleen M. Combs, hereby certify that on September 23, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was also sent by U.S. mail to parties without an email address.

Bernard E. LeSage
blesage@buchalter.com

Robert M. Horwitz
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243

Real Estate Experts and Appraisers, Inc.
c/o Registered Agent
Fanny Clay
17589 James Couzens
Detroit, MI 48235

                                                s/ Cathleen M. Combs
                                                Cathleen M. Combs