# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Gordon v. Deutsche Bank National Trust Company, as Trustee, et al.,* Case No. 1:08-cv-02355 (S.D. Ohio.) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by plaintiff Elizabeth Gordon (collectively "plaintiff") and defendants Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-R11 ("Deutsche Bank, as Trustee") and Ameriquest Mortgage Company, ("Ameriquest") (collectively "defendants"), through their respective counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii): (a) plaintiff's claims against all defendants are hereby dismissed with prejudice; (b) each party shall bear his, her, or its own costs and expenses, including attorneys' fees; and (c) plaintiff hereby waives any rights of appeal.

BN 4328262v3

DATED: 9/15, 2009

Respectfully submitted,

By: /s/ Mark Cardosi
*Attorneys for Elizabeth Gordon*

Mark Cardosi, Esq.
SOUTHEASTERN OHIO LEGAL SERVICES
1005 E. State Street, Suite 10
Athens, Ohio 45701
Tel.: (614) 594-3791
mcardosi@oslsa.org

DATED: 9/22, 2009

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-R11 and Ameriquest Mortgage Company*

Joanne N. Davies
BUCHALTER NEMER, PC
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Tel.: (949) 760-1121
Email: jdavies@buchalter.com

BN 4328262v3

2

**CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 23rd day of September 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Bernard E. LeSage