**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO., MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) | MDL No. 1715<br>Case No. 1:05-cv-07097<br><br>Hon. Marvin E. Aspen<br><br>SEPTEMBER 24, 2009 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

The undersigned counsel hereby moves for leave to withdraw his Appearance on behalf of the Plaintiffs.  Undersigned counsel is no longer affiliated with the Consumer Law Group, LLC.  The plaintiffs are still represented by Attorney Daniel S. Blinn, whose appearance is on file.

September 24, 2009
Date

/s/Andrew G. Pizor
Andrew G. Pizor
Fed. Bar. No.  ct27015
1001 Connecticut Avenue, NW, Suite 510
Washington, DC 20036
andrew@agp-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2009, a copy of the foregoing Motion for Leave to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's

/s/ Andrew G. Pizor
Andrew G. Pizor