IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before The Honorable Marvin E. Aspen |

## MOTION FOR CLARIFICATION

Liaison Counsel, Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. ("Goldberg Kohn"), hereby moves this Court for clarification of this Court's September 8, 2008 Order directing Liaison Counsel to "establish a fund into which reimbursement payments shall be paid."

1. Goldberg Kohn was elected Liaison Counsel to the Third-Party Defendants in this MDL case on March 18, 2009.

2. Pursuant to this Court's Orders of September 8 and December 10, 2008 concerning the reimbursement of attorneys' fees, on July 29, 2009, Goldberg Kohn submitted a Motion to Approve Fees and Expenses and Supporting Documentation Detailing Liaison Counsel to Third-Party Defendants' Fees and Expenses From March 1, 2009 Through June 30, 2009 (the "Motion"). Dkt. No. 2967. In that Motion, Goldberg Kohn sought reimbursement for fees and expenses incurred only from the date of its election, March 18, 2009, through the quarter ending June 30, 2009. The total of Goldberg Kohn's fees and expenses for March 18, 2009 through June 30, 2009 was $30,502.24.

      3.     This Court granted Goldberg Kohn's Motion on August 31, 2009, ordering that Third-Party Defendants reimburse the $30,502.24 to Goldberg Kohn pursuant to the formula previously approved by the Court in its September 8, 2008 Order.

      4.     Goldberg Kohn accordingly requested reimbursement from the Third-Party Defendants, and has begun to receive checks pursuant to that request. Goldberg Kohn is currently segregating those payments by carefully documenting the amounts and sources of payments received.

      5.     The September 8, 2008 Order provides that Liaison Counsel must "establish a fund into which reimbursement payments shall be made." Dkt. No. 2347.

      6.     Goldberg Kohn requests clarification of this provision of the September 8, 2008 Order and permission to deposit its reimbursement payments into its general operating account and to apply those funds to the firm's general use. The payments are for work already completed by Goldberg Kohn as Liaison Counsel and are for fees already incurred, which fees have already been approved by this Court. It is not clear whether the Court's Order requires Goldberg Kohn to set up a separate bank account for receipt of its reimbursed fees for its work as Liaison Counsel, or why that would be necessary, as the money now belongs to Goldberg Kohn pursuant to Court Order.

      WHEREFORE, Liaison Counsel, Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd., respectfully requests that this Court clarify its Order of September 8, 2008, and allow Goldberg Kohn to deposit its payments from other Third-Party Defendants into its general operating account and to apply those funds to the firm's general use.

- 3 -

Dated:   October 2, 2009

By: /s/ Kathryn B. Walter
*Liaison Counsel for Third-Party Defendants and counsel for National Real Estate Information Services, Inc.*

David J. Chizewer
Steven A. Levy
Kathryn B. Walter
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
Telephone (312) 201-4000
Facsimile (312) 332-2196