**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| CHRISTENA BLAIN and THOMAS B. BLAIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARGENT MORTGAGE COMPANY, L.L.C.; ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> GOLDMAN SACHS MORTGAGE COMPANY, ) <br> BANK OF AMERICA HOME LOANS ) <br> SERVICING, L.P, and DOES 1-5, ) <br> ) <br> Defendants. ) | 07 C 124 (N.D.Ill.) <br><br> Originally 5:00-cv-00170RHB <br> (W.D.MI) <br><br> Transferred for pre-trial proceedings <br> to MDL No. 1715 <br> Lead Case No. 05 C 7097 <br><br> Judge Marvin E. Aspen <br><br> **DEMAND FOR JURY TRIAL** |

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE FIFTH AMENDED COMPLAINT, *INSTANTER***

Plaintiffs Christena Blain and Thomas Blain respectfully move this Court, pursuant to Fed. R. Civ. Pro. 15(a), for leave to file a Fifth Amended Complaint and to have it deemed filed *instanter*. A copy of their proposed Fifth Amended Complaint is attached hereto as Appendix A. In support of their motion, plaintiffs state as follows:

1. Mrs. Blain and Mr. Blain filed this action against defendant Argent Mortgage Company, LLC and affiliates on October 27, 2006 to rescind their mortgage loan and to recover

1

damages for violations of the Truth In Lending Act, 15 U.S.C. § 1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, C.F.R. part 226.

2. On August 7, 2009, plaintiffs filed a motion for leave to file a fourth amended complaint, in part to add as a defendant Bank of America Home Loans Servicing, L.P.

3. This motion was based on information that opposing counsel provided in an email dated June 26, 2009, attached as Appendix B, which stated, "The correct servicing entity is: Bank of America Home Loans Servicing, L.P."

4. However, service on this entity was refused. The summons returned unexecuted is attached as Appendix C.

5. Then, defendants' counsel informed plaintiffs' counsel that the correct servicing entity is *actually* BAC Home Loans Servicing, L.P.

6. Therefore, plaintiffs seek to add as a defendant BAC Home Loans Servicing, L.P, and to dismiss Bank of America Home Loans Servicing, L.P. without prejudice.

7. The minor, proposed changes would not prejudice any defendant. See Johnson v. Oroweat Foods, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial); Hely & Patterson Intern v. F.D. Rich Housing, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered had the amendments . . . been timely"); Head v. Timken Roller Bearing Co., 486 F.2d 870, 873 (6th Cir. 1973) ("amendments should be tendered no later than the time of pretrial . . .").

8. Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

WHEREFORE, plaintiffs respectfully request that this Court enter an Order (A) granting them leave to file the proposed Fifth Amended Complaint, a copy of which is attached as Appendix A, (B) deeming the Fifth Amended Complaint filed *instanter*, (C) dismissing defendant Bank of America Home Loans Servicing, L.P., without prejudice, and (D) granting any further or other relief that the Court deems just.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS
      & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)