# APPENDIX B

## Catherine A. Ceko

**From:** Stevenson, Karen L. [kstevenson@buchalter.com]
**Sent:** Friday, June 26, 2009 2:17 PM
**To:** Catherine A. Ceko
**Cc:** Berman, Rachael; Jordan, William F.
**Subject:** RE: Christena and Thomas Blain - BOA's Answer

Cat- The correct servicing entity is: Bank of America Home Loans Servicing, L.P. At the time the answer was filed, BOA did not have the information about the specific servicing entity. Thus, the answer provided was correct based on the information available at the time.

Regards,
Karen

Karen Stevenson | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 1000 Wilshire Boulevard, Suite 1500 | Los Angeles, CA 90017-2457 | Direct Dial: (213) 891-5574 | Cell Phone: (213) 361-6428 | Direct Fax: (213) 630-5764 | Switchboard: (213) 891-0700 | kstevenson@buchalter.com | www.buchalter.com

**From:** Catherine A. Ceko [mailto:cceko@edcombs.com]
**Sent:** Wednesday, June 24, 2009 1:24 PM
**To:** Stevenson, Karen L.
**Subject:** Christena and Thomas Blain - BOA's Answer

Karen-

Going over Bank of America's Answer to the Blain's amended complaint, I noticed the following: Paragraph 13: "...Defendant denies that it is the servicer of Plaintiff's loan..." Paragraph 41: "Defendant admits that Countrywide was a prior servicer of Plaintiffs' loan. Defendant is without knowledge or information to admit or deny that Plaintiff has received statements from Defendant. Defendant denies any remaining allegations in paragraph 41."

The Blains have been receiving statements from Bank of America. Were these statements in the Answer made in error? Or is Bank of America not the correct servicer? And if they're not, why are sending the Blains statements? I'd appreciate it if you could clarify this for me. Thanks.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com content&task=view&id=151&Itemid=129.

**IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

9/22/2009

# APPENDIX C

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Christena and Thomas Blain

|  |  |
|---|---|
| CASE NUMBER: | 07 cv 124 |

V.

Argent Mortgage Company, LLC, Ameriquest Mortgage
Company, Goldman Sachs Mortgage Company, Bank of
America Home Loans Servicing, LP, and Does 1-5

|  |  |
|---|---|
| ASSIGNED JUDGE: | Honorable Marvin E. Aspen |
| DESIGNATED MAGISTRATE JUDGE: |  |

TO: (Name and address of Defendant)

Bank of America Home Loans Servicing, L.P.
1800 Tapo Canyon Rd.
Simi Valley, CA 93063

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) **DEPUTY CLERK**

**August 12, 2009**

**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | 8-14-09 |
| NAME OF SERVER *(PRINT)* KENNETH I. BOGLE JR | TITLE | PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☑ Returned unexecuted: SEE ATTACHED STATEMENT

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $60 — | $ 60⁰⁰ |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8-14-09___    ___KENNETH I. BOGLE, JR.___
                 Date            Signature of Server

___3708 WINDING WAY, FRISCO TX 75035___
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# STATEMENT OF SERVICE ATTEMPT ON FEDERAL SUMMONS

I, Kenneth J. Bogle, Jr. do swear to the following statement:

" While attempting service on Bank of America Home Loans Servicing, L.P., at 7105 Corporate Dr., Plano, TX 75024, the security personnel informed me that they would not be accepting service of legal documents at this location.

I contacted the Registered Agent for Bank of America: CT Corporation Service Company @ 350 N. St. Paul Street, Dallas, TX and they informed that they were not authorized to accept service for:

Bank of America Home Loans Servicing, L.P. as stated"

_____

Kenneth J. Bogle, Jr.
PPS Texas Supreme Court # 219