# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |
| CHRISTENA BLAIN and THOMAS B. BLAIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARGENT MORTGAGE COMPANY, LLC; ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> GOLDMAN SACHS MORTGAGE COMPANY, ) <br> BANK OF AMERICA HOME LOANS ) <br> SERVICING, L.P, and DOES 1-5, ) <br> ) <br> Defendants. ) | 07 C 124 (N.D.Ill.) <br><br> Originally 5:00-cv-00170RHB <br> (W.D.MI) <br><br> Transferred for pre-trial proceedings <br> to MDL No. 1715 <br> Lead Case No. 05 C 7097 <br><br> Judge Marvin E. Aspen <br><br> **DEMAND FOR JURY TRIAL** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Tuesday, October 13, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT,** *INSTANTER*, a copy of which is hereby served upon you.

                                    s/ Cathleen M. Combs
                                    Cathleen M. Combs

Daniel A. Edelman

Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)


**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on October 6, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Mark D. Van der Laan
Dykema Gossett PLLC
300 Ottawa Ave. NW
Suite 700
Grand Rapids, MI 49503

Bernard LeSage
blesage@buchalter.com

Brian Clark Summerfield
Bodman LLP
1901 St. Antoine St.
6th Floor at Ford Field
Detroit, MI 48226

                                          s/ Cathleen M. Combs
                                          Cathleen M. Combs