

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation | * * * * * * * * * | MDL No. 1715<br>Lead Case No. 05-CV-07097<br>Centralized before the Honorable Marvin E. Aspin |
| THIS DOCUMENT RELATES TO: | | |

FILED
OCT 7 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

05cv7097

## PLAINTIFF'S REPLY TO AMERICAN HOME MORTGAGE SERVICING, INCORPORATED'S RESPONSE TO PLAINTIFF'S MOTION FOR GUIDANCE AND AN ORDER FROM THE MDL FOR THE NORTHERN DISTRICT OF ILLINOIS INVOLVING BANKRUPTCY STAY IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISRTICT OF ALABAMA

**COMES NOW** the plaintiff in the above styled cause to request the relief referenced in the above described plea, regarding a Bankruptcy Stay entered on his behalf on February 24, 2006 pursuant to Chapter 7 of the Bankruptcy Code, and deferred to the MDL pursuant to the Court's order of June 15, 2009 involving the Debtors Objection to Lift of Stay filed by American Home Mortgage Servicing Incorporated and in support thereof states as follows:

1. American Home Mortgage Servicing, Inc., ("AHMSI"), has not pointed to any specific case that directly shows that the facts of the case presently before the Court are like those cases which allow for foreclosure to proceed despite the existence of a pending action which directly challenges the validity of or ability of a provider to effectuate such a foreclosure. Furthermore, the practice governing cases alluded to by (AHMSI) are fact specific and not universal.

2. A simple representation by the Service Provider (AHMSI) that they will not seek Modification of the Stay fails to offer the plaintiff any protection from them doing so in the future. Therefore, if (AHMSI) desires not to seek modification of the stay the plaintiff request that the Court require (AHMSI) to file such evidence with the Court, which has not been done to date.

3. The reason that the plaintiff filed the motion for guidance with the court is because the bankruptcy court requested such guidance. Moreover, plaintiff believes that such guidance is necessary as the issue would remain moot if the service provider is allowed to foreclose, and the impact would be detrimental to the case presently before the MDL panel. Consequently, both the plaintiff and the Bankruptcy Court need a ruling from this Court with a finding that states in pertinent part that, the Service Provider (AHMSI) is stayed until full adjudication of this case, to preclude the provider from seeking to foreclose in the future prior to this case being resolved.

**WHEREFORE** the plaintiff prays that this Honorable Court will issue an Order stating that the Mortgage which made the basis of the plaintiff's complaint against Ameriquest Mortgage Company (AMC) involving (AMC's) Lending Practices Litigation presently before this court cannot be foreclosed on until said case is fully adjudicated, and for any other relief the Court deems just and proper under the circumstances as set out herein.

**RESPECTFULLY** submitted on this the 6th day of October, 2009.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of October, 2009, served the foregoing on the Deputy Clerk of the United States District Court for the Northern District of Illinois' Eastern Division (MDL 1715) as well as the following parties by placing same in the U.S. Mail, First Class Postage Prepaid.

Gladys Lugo, Deputy Clerk
For the Honorable Marvin E. Aspin
U.S. District Court
For The Northern District Of Illinois'
Eastern Division
219 South Dearborn Street
Chicago, Illinois 60604

Simon Fleischmann, Esq. (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410

Robert T. Mowery, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Wilbert Cooley, Plaintiff