EXHIBIT 1

| No. | Case | Plaintiff | Third-Party Attorney Defendant |
|---|---|---|---|
| 1 | *Adams, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 08-CV-00180 (N.D. Ill.) | Julie and Todd Adams | Law Offices of Daniel J. Nigro |
| 2 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Scott A. Leblanc | Synodi Videll & Green, LLC |
| 3 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Samuel Greene | The Law Offices of William A. Snider |
| 4 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Denise and Richard Hack | The Law Offices of William A. Snider |
| 5 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Jason Hasapes | The Law Offices of William A. Snider |
| 6 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Maurice and Pearl Huggins | The Law Offices of William A. Snider |
| 7 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Edward and Ruth Kobialka | The Law Offices of William A. Snider |
| 8 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Timothy Lehan | The Law Offices of William A. Snider |
| 9 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | David and Lucinda Milardo | The Law Offices of William A. Snider |
| 10 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Catherine Niese | The Law Offices of William A. Snider |
| 11 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Nels Nordquist | The Law Offices of William A. Snider |
| 12 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Robert Muro | The Law Offices of William A. Snider |
| 13 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Harold Peterson | The Law Offices of William A. Snider |
| 14 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Peter and Victoria Sulinski | The Law Offices of William A. Snider |
| 15 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Beth and Leon Witham | The Law Offices of William A. Snider |
| 16 | *Bailey, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-01733 (N.D. Ill.) | Elizabeth Zevallos | The Law Offices of William A. Snider |
| 17 | *Beaudoin v. Ameriquest Mortgage Co.,* Case No. 07-CV-00133 (N.D. Ill.) | Carol A. Beaudoin | Tapalian & Tadros, P.C. |
| 18 | *Belliveau, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV- 06746 (N.D. Ill.) | Ronald and Barbara Belliveau | Paul D. Boudreau |
| 19 | *Belliveau, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV- 06746 (N.D. Ill.) | Irving Ziviak | Geoffery B. Ginn and Associates |
| 20 | *Belval, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-02469 (N.D. Ill) | Roger and Lyn Belval | Law Offices of Gregory T. Lattanzi, LLC |
| 21 | *Belval, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 06-CV-02469 (N.D. Ill) | Sherri Valentin | The Law Offices of William A. Snider |
| 22 | *Bennison, et al. v. Ameriquest Mortgage Co.,* Case No. 07-CV-02775 (N.D. Ill.) | Christopher Lancaster | Tapalian & Tadros, P.C. |
| 23 | *Bennison, et al. v. Ameriquest Mortgage Co.,* Case No. 07-CV-02775 (N.D. Ill.) | Idalia Martinez | Law Offices of Daniel J. Nigro, P.C. |
| 24 | *Bennison, et al. v. Ameriquest Mortgage Co.,* Case No. 07-CV-02775 (N.D. Ill.) | Antonio Oliveira | Law Offices of Nicholas Barrett and Associates |

EXHIBIT 1

| No. | Case | Plaintiff | Third-Party Attorney Defendant |
|---|---|---|---|
| 25 | *Bertenshaw, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-05708 (N.D. Ill.) | John P. Lang | Law Offices of Daniel J. Nigro, P.C. |
| 26 | *Bertenshaw, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-05708 (N.D. Ill.) | John and Cheryl Marino | Law Offices of Daniel J. Nigro, P.C. |
| 27 | *Bertenshaw, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-05708 (N.D. Ill.) | Rita and Bruce Correia | Law Offices of Daniel J. Nigro, P.C. |
| 28 | *Bertenshaw, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-05708 (N.D. Ill.) | David and Rachel Nason | Law Offices of William A. Snider |
| 29 | *Black, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-00129 (N.D. Ill.)* | Junior Terrance Black & Rene Campbell | John Weber & Associates, P.C. |
| 30 | *Black, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-00129 (N.D. Ill.)* | Ismael Vega and Yolanda I. Rivera | Lee S. Jacobowitz, Esq. |
| 31 | *Black, et al. v. Ameriquest Mortgage Co., Case No. 07-CV-00129 (N.D. Ill.)* | Cheryl and Arnold Jones | Lee S. Jacobowitz, Esq. |
| 32 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Timothy and Francis Adamowicz | The Matlusky Firm, LLC |
| 33 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Christopher Bourassa | Law Offices of Daniel J. Nigro, P.C. |
| 34 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Gregory and Marcell DeMeo | Law Offices of Jonathan P. Ash |
| 35 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | James Devlin | Law Offices of Daniel J. Nigro, P.C. |
| 36 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Timothy and Cynthia Dion | Law Offices of Daniel J. Nigro, P.C. |
| 37 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Christopher Gabrielli | Tapalian & Tadros, P.C. |
| 38 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Patricia Masson | Tapalian & Tadros, P.C. |
| 39 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | John and Kathleen O'Callaghan | Law Offices of Daniel J. Nigro, P.C. |
| 40 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Michael Russo | Tapalian & Tadros, P.C. |
| 41 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Frank and Linda Shea | Law Offices of Daniel J. Nigro, P.C. |
| 42 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Scott Ventola and Steven Bourassa | Tapalian & Tadros, P.C. |
| 43 | Borrowers' Consolidated Class Action Complaint, filed on December 6, 2006 | Joshua Wilgoren | Tapalian & Tadros, P.C. |
| 44 | *Bowe, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02471 (N.D. Ill.) | Michael Bowe | Synodi Videll & Green, LLC; and Gordon Videll |
| 45 | *Bowe, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02471 (N.D. Ill.) | Drucie Bathin | The Law Offices of William A. Snider |
| 46 | *Bowe, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02471 (N.D. Ill.) | Kevin Copeland | The Law Offices of William A. Snider |
| 47 | *Bowe, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02471 (N.D. Ill.) | Wilfred and Barbara Desrosiers | The Law Offices of William A. Snider |

EXHIBIT 1

| No. | Case | Plaintiff | Third-Party Attorney Defendant |
|---|---|---|---|
| 48 | *Bradley, et a. v. Ameriquest Mortgage Co., Inc.*, Case No. 08-CV-03011 (N.D. Ill.) | Joe Riley | The Cheatham Group |
| 49 | *Bradley, et a. v. Ameriquest Mortgage Co., Inc.*, Case No. 08-CV-03011 (N.D. Ill.) | Edward and Eleanor Smith | The Cheatham Group |
| 50 | *Brissett, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00130 (N.D. Ill.) | Pearl Sullivan | Lee S. Jacobowitz, Esq.; Carolyn T. Daley |
| 51 | *Brown et al. v. Ameriquest Capital Corp., et al.*, Case No. 06-CV-01730 (N.D. Ill.) | Kevin and Maria Cusanelli | Dey Smith Collier LLC |
| 52 | *Buckner v. Ameriquest Mortgage Co., et al*, Case No. 05-CV-06808 (N.D. Ill.) | Jacqueline Buckner | Sheila Dolan |
| 53 | *Butler, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-07282 (N.D. Ill.) | John Hawker | Dewrell Sacks, LLP |
| 54 | *Butler, et al. v. Ameriquest Mortgage Co., et al*, Case No. 08-CV-07282 (N.D. Ill.) | Cynthia Phillips | Dewrell Sacks, LLP |
| 55 | *Butt, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV- 06744 (N.D. Ill.) | Stephanie and James Butt | Tapalian & Tadros, P.C. |
| 56 | *Butt, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV- 06744 (N.D. Ill.) | Leonor C. Ramos | Tapalian & Tadros, P.C. |
| 57 | *Butt, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV- 06744 (N.D. Ill.) | Joshua U. Aisiku | Tapalian & Tadros, P.C. |
| 58 | *Butt, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV- 06744 (N.D. Ill.) | Brian M. O'Donnell | Tapalian & Tadros, P.C. |
| 59 | *Butt, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV- 06744 (N.D. Ill.) | Gary Braz | Tapalian & Tadros, P.C. |
| 60 | *Butt, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV- 06744 (N.D. Ill.) | Karen Bowles | Tapalian & Tadros, P.C. |
| 61 | *Campbell v. Johnnie Ross, et al.*, Case No. 05-CV-00107 (M.D. Ga.) | Johnnie Ross | Dewrell Sacks, LLP |
| 62 | *Carney v. Ameriquest Mortgage Co.*, Case No. 06-CV-02478 (N.D. Ill.) | Veronica I. Carney | Law Offices of Daniel J. Nigro, P.C. |
| 63 | *Chandler, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00310 (N.D. Ill.) | Jennifer Chandler | The Law Offices of George T. Crowley |
| 64 | *Cleveland v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04306 (N.D. Ill.) | Robert Ivan Cleveland | Geoffrey B. Ginn and Associates |
| 65 | *Correia, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00109 (N.D. Ill.) | Michael and Susan Correia | Law Office of Joseph E. Nealon |
| 66 | *Curtis, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 08-CV-04549 (N.D. Ill.) | Joseph G. and Elizabeth Curtis | Law Office of William A. Snider |
| 67 | *Damm, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-04032 (N.D. Ill.) | Michael and Maria Osten | Law Offices of William Snider |
| 68 | *Daneau v. Ameriquest Mortgage Co.*, Case No. 06-CV-01925 (N.D. Ill.) | Richard Daneau | Law Offices of Daniel J. Nigro, P.C., |
| 69 | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05933 (N.D. Ill.) | Joan Neal | Dewrell Sacks, LLP |
| 70 | *Day, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05933 (N.D. Ill.) | Michael and Lucretia Wyatt | Phillip Bobbitt, Esq. (Bobbitt & Associates) |
| 71 | *Dearden v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-02912 (N.D. Ill.) | Scott K. Dearden | Law Offices of Daniel J. Nigro, P.C. |

EXHIBIT 1

| No. | Case | Plaintiff | Third-Party Attorney Defendant |
|---|---|---|---|
| 72 | *Demers, et al. v. Ameriquest Mortgage Co,* Case No. 07-CV-01029 (N.D. Ill.) | Dawn Demers | Nicholas Barrett and Associates |
| 73 | *Drew, et al. v. ACC Capital Holdings, et al., Case No. 07-06234 (N.D. Ill.)* | Darrin and Ida Drew | Lee Jacobowitz |
| 74 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | Sandra L. Duhamel | Tapalian & Tadros, P.C. |
| 75 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | Darlene L. Mandeville | Tapalian & Tadros, P.C. |
| 76 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | Linda Barrett | Tapalian & Tadros, P.C. |
| 77 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | Krystyna Kudyba | Tapalian & Tadros, P.C. |
| 78 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | James H. Bailey | Tapalian & Tadros, P.C. |
| 79 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | Richard Lenahan | Tapalian & Tadros, P.C. |
| 80 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | Kenneth G. Burton | Tapalian & Tadros, P.C. |
| 81 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | Michael L. Pepper | Tapalian & Tadros, P.C. |
| 82 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | James E. Dorney | Tapalian & Tadros, P.C. |
| 83 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | Paul and Guilhermina Aguiar | Tapalian & Tadros, P.C. |
| 84 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | Dennis and Lisa Isom | Tapalian & Tadros, P.C. |
| 85 | *Duhamel, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-05705 (N.D. Ill.) | Anthony N. Lepore | Tapalian & Tadros, P.C. |
| 86 | *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.) | Gevaisa and Ronald General | The Law Offices of William A. Snider |
| 87 | *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.) | Charlie and Myland Juano | The Law Offices of William A. Snider |
| 88 | *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.) | Audrey Lyles | The Law Offices of William A. Snider |
| 89 | *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.) | John and Lisa Potter | The Law Offices of William A. Snider |
| 90 | *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.) | Jan and Mathias Rondeau | The Law Offices of William A. Snider |
| 91 | *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.) | Thomas Sherman | The Law Offices of William A. Snider |
| 92 | *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.) | Joanne and Jose Soto | The Law Offices of William A. Snider |
| 93 | *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.) | Steve and Suellen Walz | The Law Offices of William A. Snider |
| 94 | *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.) | James and Donna Dugan | Synodi Videll & Green, LLC |
| 95 | *Duncan, et al. v. Ameriquest Mortgage Co. et al.*, No. 06-CV-02467 (N.D. Ill.) | Sharon Vitti | Law Offices of Gregory T. Lattanzi, LLC |
| 96 | *Dunn, et al. v. Deutsche National Bank Trust Co., et al.,* Case No. 08-CV-03961 (N.D. Ill.) | Raymond and Linda Dunn | Geoffrey B. Ginn & Associates, P.C. |

EXHIBIT 1

| No. | Case | Plaintiff | Third-Party Attorney Defendant |
|---|---|---|---|
| 97 | *Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-06191 (N.D. Ill.) | Gwen Faust | Schop & Pleskow, LLP |
| 98 | *Etienne v. Ameriquest Mortgage Co.*, Case No. 07-CV-00134 (N.D. Ill.) | Isha P. Etienne | Law Offices of Daniel J. Nigro, P.C. |
| 99 | *Eyre v. Ameriquest Mortgage Co.,* Case No. 06-CV-01926 (N.D. Ill.) | Maria S. Eyre | Nicholas Barret Esq. |
| 100 | *Fagnant, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00331 (N.D. Ill.) | James Townes | Tapalian & Tadros, P.C. |
| 101 | *Ferrara et al v. AmeriQuest Mortgage Company et al*, Case No. 07-CV-06867 (N.D. Ill.) | Gene McDonald | Scott E. Lawrence, Atty at Law |
| 102 | *Giuditta v. Ameriquest Mortgage Co.*, Case No. 07-CV-00112 (N.D. Ill.), | Edward V. Giuditta | Tapalian & Tadros, P.C. |
| 103 | *Griffin v. Town and Country Credit Corp., et al.*, Case No. 07-CV-10660 (D. Mass.) | Karen Griffin | Law Offices of Jonathan P. Ash |
| 104 | *Guillemette, et al. v. Ameriquest Mortgage Co.,* Case No. 07-CV-01509 (N.D. Ill.) | Michael A. and Michelle Guillemette | The Law Offices of William A. Snider |
| 105 | *Hewatt, et al. v. Ameriquest Mortgage Co., et al., Case No. 08-CV-05932 (N.D. Ill.)* | Ronald and Judith Housekeeper | Dewrell Sacks, LLP |
| 106 | *Ingham, et al. v. Ameriquest Mortgage Co.,* Case No. 06-CV-04035 (N.D. Ill.) | Dawn M. and Steven A. Ferencz | Law Offices of William A. Snider |
| 107 | *Jones, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06743 (N.D. Ill.), | Errick and Carol Jones | Law Offices of Daniel J. Nigro, P.C. |
| 108 | *Kelsey v. AMC Mortgage Services, et al.*, Case No. 07-CV-01030 (N.D. Ill.) | Kellie Kelsey | Law Offices of Daniel J. Nigro, P.C. |
| 109 | *Kielczewski v. Ameriquest Mortgage Co.*, Case No. 07-CV-00332 (N.D. Ill.) | Anna M. Kielczewski | Tapalian & Tadros, P.C. |
| 110 | *Korlacki v. Ameriquest Mortgage Co.*, Case No. 06-CV-05704 (N.D. Ill.) | Stephen R. Korlacki | Tapalian & Tadros, P.C. |
| 111 | *Leal v. Ameriquest Mortgage Co.*, Case No. 06-CV-02475 (N.D. Ill.) | Patricia Leal | Tapalian & Tadros, P.C. |
| 112 | *L'Heureux, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-01028 (N.D. Ill.) | Michelle Farrell | Tapalian & Tadros, P.C. |
| 113 | *L'Heureux, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-01028 (N.D. Ill.) | Peter and Donna Gayauski | Tapalian & Tadros, P.C. |
| 114 | *L'Heureux, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-01028 (N.D. Ill.) | Angel Ramirez and Brenda Villegas-Ramirez | Law Offices of Daniel J. Nigro, P.C. |
| 115 | *L'Heureux, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-01028 (N.D. Ill.) | Steven Silva | Tapalian & Tadros, P.C. |
| 116 | *L'Heureux, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-01028 (N.D. Ill.) | David L'Heureux | Nicholas Barrett, Esq. |
| 117 | *Louissant, et al. v. Ameriquest Mortgage Co.,* Case No. 07-CV-02772 (N.D. Ill.) | Mary Louissant | The Law Offices of Daniel Nigro |
| 118 | *Lyness, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-01512 (N.D. Ill.) | Gary and Linda Lyness | Tapalian & Tadros, P.C. |
| 119 | *Macswain v. Ameriquest Mortgage Co.*, Case No. 07-CV-00110 (N.D. Ill.) | Andrea Macswain | Tapalian & Tadros, P.C. |
| 120 | *Martin, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06761 (N.D. Ill.) | Joseph and Shelly Martin | Tapalian & Tadros, P.C. |

EXHIBIT 1

| No. | Case | Plaintiff | Third-Party Attorney Defendant |
|---|---|---|---|
| 121 | *Martin, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06761 (N.D. Ill.) | Gary Crandall | Tapalian & Tadros, P.C. |
| 122 | *Martin, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06761 (N.D. Ill.) | Michael P. Champagne | Law Offices of Daniel J. Nigro, P.C. |
| 123 | *McCall et. al. v. Ameriquest Mortgage Co. et al.*, Case No. 06-CV-03126 (N.D. Ill.) | Jay and Dawn Forget | Lieto and Greenberg, Attorney At Law |
| 124 | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05930 (N.D. Ill.) | Valinda Baker | Dewrell Sacks, LLP |
| 125 | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05930 (N.D. Ill.) | Ida Epps | Dewrell Sacks, LLP |
| 126 | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05930 (N.D. Ill.) | Arthur Fleming | Dewrell Sacks, LLP |
| 127 | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05930 (N.D. Ill.) | Raoul Jackson | Dewrell Sacks, LLP |
| 128 | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05930 (N.D. Ill.) | Charlie and Bonita Love | Dewrell Sacks, LLP |
| 129 | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05930 (N.D. Ill.) | Karen Mobley | Dewrell Sacks, LLP |
| 130 | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05930 (N.D. Ill.) | Teresa and Charlie Moore | Dewrell Sacks, LLP |
| 131 | *Mobley, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-05930 (N.D. Ill.) | Earl Pitts | Dewrell Sacks, LLP |
| 132 | *Montanez v. Ameriquest Mortgage Co.*, Case No. 06-CV-02473 (N.D. Ill.) | Yamil Montanez | Law Offices of Daniel J. Nigro, P.C. |
| 133 | *Muller, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-06946 (N.D. Ill.) | Dorothy Muller and Joseph Bush | Lee S. Jacobowitz, Esq. |
| 134 | *Murphy, et al. v. Ameriquest Mortgage Co.*, Case No. 05-CV-07101 (N.D. Ill.) | David and Janet Wakefield | Law Offices of Daniel J. Nigro, P.C. |
| 135 | *Nyepon v. WM Specialty Mortgage, LLC, et al*, Case No. 08-CV-04545 (N.D. Ill.) | Francis Whrattee Nyepon | Law Offices of Russo & Winchoff |
| 136 | *Ogun, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00330 (N.D. Ill.) | Sigismund I. Ogun | Law Offices of Daniel J. Nigro, P.C. |
| 137 | *Ogun, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00330 (N.D. Ill.) | Marie Warren | Nicholas Barrett and Associates |
| 138 | *O'Keefe, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-05878 (N.D. Ill.) | Michael, III and Susan O'Keefe | John Weber & Associates, P.C. |
| 139 | *Parker, et al. v. Ameriquest Mortgage Co, et al.*, Case No. 08-CV-02627 (N.D. Ill.) | Robert and Michelle Prater | The Cheatham Group |
| 140 | *Pasacreta, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02468 (N.D. Ill.) | Willie Mae Cue | Law Offices of Morris I. Olmer |

EXHIBIT 1

| No. | Case | Plaintiff | Third-Party Attorney Defendant |
|---|---|---|---|
| 141 | *Pasacreta, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02468 (N.D. Ill.) | Joann and Joseph Abbatematteo | The Law Offices of William A. Snider |
| 142 | *Pasacreta, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02468 (N.D. Ill.) | Matthew Cavallo | The Law Offices of William A. Snider |
| 143 | *Pasacreta, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02468 (N.D. Ill.) | Heidi and Richard Charette | The Law Offices of William A. Snider |
| 144 | *Pasacreta, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02468 (N.D. Ill.) | Jeffrey and Sharon Coutant | The Law Offices of William A. Snider |
| 145 | *Pasacreta, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02468 (N.D. Ill.) | Simon Dell | The Law Offices of William A. Snider |
| 146 | *Pasacreta, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-02468 (N.D. Ill.) | Dwuith and Tanya Pascoe | The Law Offices of William A. Snider |
| 147 | *Patrie v. Ameriquest Mortgage Co.,* Case No. 07-CV-00132 (N.D. Ill.) | Nancy Patrie | Nicholas Barrett and Associates |
| 148 | *Pecor, et al. v. Ameriquest Mortgage Co.* Case No. 07-CV-01511 (N.D.Ill.) | Joseph and Jacqueline Pecor | The Law Offices of Wiliam A. Snider |
| 149 | *Pecor, et al. v. Ameriquest Mortgage Co.* Case No. 07-CV-01511 (N.D.Ill.) | Robert and Kari Covino | The Law Offices of Marc D. Foley, P.C. |
| 150 | *Pecor, et al. v. Ameriquest Mortgage Co.* Case No. 07-CV-01511 (N.D.Ill.) | Edwin Vazquez and Denis M. Gonzalez | Nigro Associates, LLC |
| 151 | *Pecor, et al. v. Ameriquest Mortgage Co.* Case No. 07-CV-01511 (N.D.Ill.) | Frances and Harold McCray | Tapalian & Tadros, P.C. |
| 152 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | Maria Pena | Law Offices of Daniel J. Nigro, P.C. |
| 153 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | Ingrid B. Sales | Law Office of Joseph E. Nealon |
| 154 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | Antoinette Graham | Portnoy and Greene, P.C. |
| 155 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | John F. Delgado | Tapalian & Tadros, P.C. |
| 156 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | Leo Rossi | Law Offices of Daniel J. Nigro, P.C. |
| 157 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | James F. Pacheco | Portnoy and Greene, P.C. |
| 158 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | Michael and Susan Correia | Law Office of Joseph E. Nealon |
| 159 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | Errick and Carol Jones | The Law Offices of Daniel Nigro |
| 160 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | Calvin Dunn Jr. | Law Office of Anthony A. Senerchia, Sr. P.C. |
| 161 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | David Crocker | The Law Offices of George T. Crowley |
| 162 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | Joseph and Dorothy Gaeta | The Law Offices of George T. Crowley |
| 163 | *Pena, et al. v. Ameriquest Mortgage Co.*, Case No. 06-CV-06745 (N.D. Ill.) | Ronald and Charlene Hawkins | The Law Offices of Nicholas Barrett |
| 164 | *Punch et al v. Ameriquest Mortgage Company*, Case No. 06-CV-06753 (N.D. Ill.) | Stephen and Donna Punch | Lee Jacobowitz |
| 165 | *Punch et al v. Ameriquest Mortgage Company*, Case No. 06-CV-06753 (N.D. Ill.) | Stanley Marinia | Lee S. Jacobowitz, Esq. |

EXHIBIT 1

| No. | Case | Plaintiff | Third-Party Attorney Defendant |
|---|---|---|---|
| 166 | *Punch et al v. Ameriquest Mortgage Company*, Case No. 06-CV-06753 (N.D. Ill.) | Mona Jones | John Weber & Associates, P.C. |
| 167 | *Punch et al v. Ameriquest Mortgage Company*, Case No. 06-CV-06753 (N.D. Ill.) | Sentuel Jones & Cecily O. Palmer | Schop & Pleskow, LLP |
| 168 | *Ray, et al. v. Ameriquest Mortgage Co.,* Case No. 08-CV-00177 (N.D. Ill.) | Janice and Charles Burke | Nicholas Barrett and Associates |
| 169 | *Regine, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00131 (N.D. Ill.) | Roland and Lori J. Danis | Law Office of Joseph E. Nealon |
| 170 | *Regine, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00131 (N.D. Ill.) | Holly Dupuis | Tapalian & Tadros, P.C. |
| 171 | *Regine, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00131 (N.D. Ill.) | LuAnn Singleton | Tapalian & Tadros, P.C. |
| 172 | *Regine, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00131 (N.D. Ill.) | Linda L. Rita | Tapalian & Tadros, P.C. |
| 173 | *Regine, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00131 (N.D. Ill.) | Ronald Benoit | Nicholas Barrett and Associates |
| 174 | *Regine, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00131 (N.D. Ill.) | Robert and Louise Fernandes | Nicholas Barrett, Esq. |
| 175 | *Regine, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00131 (N.D. Ill.) | Richard and Kerry Gaboriault | Law Offices of Nicholas Barrett |
| 176 | *Regine, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00131 (N.D. Ill.) | Frank Regine | Law Offices of Nicholas Barrett |
| 177 | *Richer v. Ameriquest Mortgage Co.,* Case No. 07-CV-02774 (N.D. Ill.) | Maurice Richer | Nicholas Barrett and Associates |
| 178 | *Rodriguez, et al. v. Ameriquest Mortgage Co., et al.,* Case No. 07-CV-03585 (N.D. Ill.) | Hector and Brenda Rodriguez | Law Offices of Anthony Senerchia |
| 179 | *Schebel v. Deutsche Bank National Trust Co., et al.,* Case No. 07-06810 (N.D. Ill.) | Joseph F. Schebel | Nigro Associates, LLC |
| 180 | *Sievers, et al. v. Ameriquest Mortgage Co., and Deutsche Bank Nat. Trust Co.*, Case No. 06-CV-01734 (N.D. Ill.) | Ronald I. Chorches, Bankruptcy Trustee of the Bankrupt estate of Jerome and Cheryl Sievers | The Law Offices of William A. Snider |
| 181 | *Simmons v. AMC Mortgage Services, Inc., et al.*, Case No. 07-CV-00135 (N.D. Ill.) | Edward Simmons | Tapalian & Tadros, P.C. |
| 182 | *Solnin, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04866 (N.D. Ill.) | Gilbert and Janet Solnin | Lee S. Jacobowitz, Esq. |
| 183 | *Szurley v. Ameriquest Mortgage Co.,* Case No. 07-CV-00114 (N.D. Ill.) | Andrew Szurley | The Law Offices of George T. Crowley |
| 184 | *Thibodeau, et al. v. Ameriquest Mortgage Co., et al*., Case No. 06-CV-05148 (N.D. Ill.) | Jeffrey and Chantel Thibodeau | Schop & Pleskow, LLP |
| 185 | *Thompson v. Town & Country Credit Corp., et al*., Case No. 07-CV-02770 (N.D. Ill.) | Michael S. Thompson | Tapalian & Tadros, P.C. |
| 186 | *Toodle, et al. v. Ameriquest Mortgage Co., et al*., Case No. 08-CV-04991 (N.D. Ill.) | Jerome Stovall | The Cheatham Group |

EXHIBIT 1

| No. | Case | Plaintiff | Third-Party Attorney Defendant |
|---|---|---|---|
| 187 | *Whitaker, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-07280 (N.D. Ill.) | Betty J. Harris | Dewrell Sacks, LLP |
| 188 | *Whitaker, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 08-CV-07280 (N.D. Ill.) | Priscilla C. Webb | The Cheatham Group |
| 189 | *Whittall v. Ameriquest Mortgage Co.*, Case No. 07-CV-00111 (N.D. Ill.) | Constance Whittall | The Law Offices of George T. Crowley |
| 190 | *Williams, et al. v. Ameriquest Mortgage Co.*, Case No. 05-CV-07102 (N.D. Ill.) | Cheryl Williams | Stuart H. Schoenfeld, Esq. |
| 191 | *Wright v. Ameriquest Mortgage Co., et al.*, Case No. 07-CV-00586 (N.D. Ill.) | Kim Wright | Cresent Title Agency, LLC |
| 192 | *Wright, et al v. Ameriquest Mortgage Company*, Case No. 07-CV-01510 (N.D. Ill.) | Denise Ritter | Law Offices of Daniel J. Nigro, P.C. |
| 193 | *Wright, et al v. Ameriquest Mortgage Company*, Case No. 07-CV-01510 (N.D. Ill.) | Mary L. Wright | Law Offices of Daniel J. Nigro, P.C. |
| 194 | *Zaremba, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-00312 (N.D. Ill.) | Paul and Roberta Zaremba | The Law Offices of Wiliam A. Snider |
| 195 | *Allan, et al. v. Argent Mortgage Co., LLC*, Case No. 06-CV-02470 (N.D. Ill.) | Robert L. Allan | Goldman Gruder & Woods, LLC |
| 196 | *Allan, et al. v. Argent Mortgage Co., LLC*, Case No. 06-CV-02470 (N.D. Ill.) | Richard and Mary Ann Collier | Desautels, Mahoney & Kohn, LLC |
| 197 | *Allan, et al. v. Argent Mortgage Co., LLC*, Case No. 06-CV-02470 (N.D. Ill.) | Scott J. and Nancy Conry | Hillard N. Einbinder |
| 198 | *Allan, et al. v. Argent Mortgage Co., LLC*, Case No. 06-CV-02470 (N.D. Ill.) | Debra W. Jenkins | Law Offices of Morris I. Olmer |
| 199 | *Allan, et al. v. Argent Mortgage Co., LLC*, Case No. 06-CV-02470 (N.D. Ill.) | Vernon L. and Kathleen Lanou | Connecticut Closing Services, LLC (Timothy P. Kennedy) |
| 200 | *Allan, et al. v. Argent Mortgage Co., LLC*, Case No. 06-CV-02470 (N.D. Ill.) | William E. Reidell and Rosemary Arbuckle | Connecticut Closing Services, LLC (Timothy P. Kennedy) |
| 201 | *Allan, et al. v. Argent Mortgage Co., LLC*, Case No. 06-CV-02470 (N.D. Ill.) | De'Ana E. Shepard-Smith | Lieto & Greenberg LLP |
| 202 | *Allan, et al. v. Argent Mortgage Co., LLC*, Case No. 06-CV-02470 (N.D. Ill.) | Kenneth F. Sweeten, Jr. and Elizabeth Sweeten | Sette & Bonadies, P.C. (Fred Sette) |
| 203 | *Allan, et al. v. Argent Mortgage Co., LLC*, Case No. 06-CV-02470 (N.D. Ill.) | Floyd T. and Helen Wallace | Allen A. Currier |
| 204 | *Brown, et. al v. Ameriquest Capital Corp., et. al.*, Case No. 05-285 (C.D. Ca.) | Kevin and Maria Cusanelli | Dey Smith & Collier LLC |
| 205 | *Corrigan v. Argent Mortgage Co.*, Case No. 07-CV-03579 (N.D. Ill.) | Frances Corrigan | The Law Offices of Daniel Nigro |
| 206 | *Dixon, et al. v. Argent Mortgage Co.*, Case No. 07-CV-03582 (N.D. Ill.) | Brian and Cynthia Dixon | Borner Scola Baruti Vancini and Smith PC |
| 207 | *Jones, Jr. v. Argent Mortgage Co. and Deutsche Bank National Trust Co.*, Case No. 06-CV-04038 (N.D. Ill.) | George Willis Jones, Jr. | Perrotta, Cahn & Prieto, P.C. |
| 208 | *McCall, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-03126 (N.D. Ill.) | John and Priscilla McCall | Lieto & Greenberg LLP |

EXHIBIT 1

| No. | Case | Plaintiff | Third-Party Attorney Defendant |
|---|---|---|---|
| 209 | *McCall, et al. v. Ameriquest Mortgage Co.*, *et al.*, Case No. 06-CV-03126 (N.D. Ill.) | Yvonne and Roan Sourragh | Desautels, Mahoney & Kohn, LLC |
| 210 | *McCall, et al. v. Ameriquest Mortgage Co.*, *et al.*, Case No. 06-CV-03126 (N.D. Ill.) | Jay and Dawn Forget | Lieto & Greenberg LLP |
| 211 | *McCall, et al. v. Ameriquest Mortgage Co., Argent Mortgage Co., and Countrywide Home Loans*, Case No. 06-CV-03126 (N.D. Ill.) | Sherrie L. Passaro | Jones, Damia, Kaufman, Borofsky & DePaul LLC |
| 212 | *McCall, et al. v. Ameriquest Mortgage Co., Argent Mortgage Co., and Countrywide Home Loans*, Case No. 06-CV-03126 (N.D. Ill.) | Nadine Robinson | Law Offices of Morris I. Olmer |
| 213 | *Moss, et al v. Argent Mortgage Co.*, Case No. 06-CV-06754 (N.D. Ill.) | Charles C. Moss | Medici & Sciacca, P.C. |
| 214 | *Moss, et al v. Argent Mortgage Co.*, Case No. 06-CV-06754 (N.D. Ill.) | Laurie Negri | Law Offices of Borner, Scola, Baruti & Vancini P.C. |
| 215 | *Moss, et al v. Argent Mortgage Co.*, Case No. 06-CV-06754 (N.D. Ill.) | Thomasina L. Turner | Frank J. Manni |
| 216 | *Pasacreta, et al. v. Ameriquest Mortgage Co., Argent Mortgage Co., Countrywide Home Loans, HSBC Mortgage Svc, and Ameriquest Funding II REO Subsidiary, LLC*, Case No. 06-CV-02468 (N.D. Ill.) | Montria Hospod and Michael Rosh | Law Offices of William A. Snider |
| 217 | *Pasacreta, et al. v. Ameriquest Mortgage Co., Argent Mortgage Co., Countrywide Home Loans, HSBC Mortgage Svc, and Ameriquest Funding II REO Subsidiary, LLC*, Case No. 06-CV-02468 (N.D. Ill.) | Robert and Marci Day | MacKinnon & Tavano |
| 218 | *Pasacreta, et al. v. Ameriquest Mortgage Co., Argent Mortgage Co., Countrywide Home Loans, HSBC Mortgage Svc, and Ameriquest Funding II REO Subsidiary, LLC*, Case No. 06-CV-02468 (N.D. Ill.) | Migdalia Figueroa | Law Offices of Joseph J. D'Agostino, Jr. |
| 219 | *Richards v. Deutsche Bank National Trust Co., LLC, as Trustee, Registered Holders of Argent Securities, Inc.*, Case No. 09-CV-00215 (N.D. Ill.) | Mary Ann Richards | Joel Williams Law Offices |