UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:05−cv−07097
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 9, 2009:

    MINUTE entry before the Honorable Marvin E. Aspen:Plaintiff's Motion for leave to file [3149] fourth amended complaint, instanter (Case No. 06C2771 − Jiles v. Aergent, et al) is granted. Motion terminated. BAC Home Loans Servicing, L.P. is added as a defendant and Bank of America, N.A. is dismissed without prejudice and is terminated. The name of defendant Wells Fargo Bank Minnesota, N.A. is updated to Wells Fargo Bank, N.A., formerly known as Wells Fargo Bank Minnesota, N.A. The motion hearing set for 10/13/09 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.