UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                            Plaintiff,

v.                                          Case No.: 1:05−cv−07097
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2009:

    MINUTE entry before the Honorable Marvin E. Aspen:Third−Party plaintiffs' Motion for leave to file [3152] sur−reply in opposition to motion to dismiss fifth amended consolidated third−party complaint is granted. Motion terminated. Third−party defendants' oppposition to third−party plaintiffs' motion for leave to file sur−reply in opposition to motion to dismisss firth amended consolidated third−party complaint is denied, but third party defendants may file a five−page brief in response to sur−reply. No further briefing. The motion hearing set for 10/16/09 is stricken. For future reference, Judge Aspen only hears motions on Tuesdays and Thursdays at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.