**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

Ameriquest Mortgage Company, et al.
                                  Plaintiff,

v.                                                       Case No.: 1:05−cv−07097
                                                             Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 19, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen:Third−party defendants Liaison Counsels (Goldberg, Kohn) motion for clarification, Dkt. No. 3142, is granted. Motion terminated. Liaison Counsel may deposit reimbursement payments into its general operating account for its general use. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.