**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO THE ) <br> FOLLOWING INDIVIDUAL ACTIONS: ) <br> ) <br> *Furgeson v. Ameriquest Mortg. Co., 04 C 7627,* ) <br> *Salazar v. Ameriquest Mortg. Co., 05 C 4162,* ) <br> *Smith v. Ameriquest Mortg Co., 05 C 648,* ) <br> *Jimenez v. Ameriquest Mortg. Co., 05 C 1009,* ) <br> *Treadwell v. Ameriquest Mortg. Co., 05 C 1078,* ) <br> *Key v. Ameriquest Mortg. Co., 05 CV 1077,* ) <br> *Wertepny v. Ameriquest Mortg. Co., 05 CV 1402,* ) <br> *Harris v. Ameriquest Mortg. Co., 05 CV 4025,* ) <br> *Mills v. Ameriquest Mortg. Co., 05 CV 3976, and* ) <br> *Pintsak v. Ameriquest Mortg. Co., 05 CV 5035.* ) <br> *Barboza, et al. v. Ameriquest Mortg. Co.,* ) <br>    *06 cv 3125,* ) <br> *Olynciw, et al. v. Ameriquest Mortg. Co.,* ) <br>    *06 cv 2467,* ) <br> *Cue, et al. v. Ameriquest Mortg. Co., 06 cv 2468,* ) <br> *Sullivan, et al. v. Ameriquest Mortg. Co.,* ) <br>    *06 cv 2471,* ) <br> *Greene, et al. v. Ameriquest Mortg. Co., 06 cv 1733,* ) <br> *Osten, et al. v. Ameriquest Mortg. Co., 06 cv 4032,* ) <br> *Steinmiller v. Ameriquest Mortg. Co., 06 cv 2469,* ) <br> *Sweeten v. Argent Mortg. Co., LLC, 06 cv 2470,* ) <br> *Robinson v. Argent Mortg. Co., LLC, 06 cv 3126,* ) <br> *Cadette v. Ameriquest Mortg. Co., 06 cv 6753,* ) <br> *Vega v. Ameriquest Mortg. Co., 06 cv 129,* ) <br> *Hess v. Ameriquest Mortg. Co., 08 CV 01858* ) <br> *Walrod v. Ameriquest Mortg. Co., 08 CV 00742* ) <br> *Young v. Ameriquest Mortg. Co., 08 CV 00741* ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

1

For the reasons stated in the accompanying Memorandum of Law and 56.1(a)(3) Statement of Material Facts, plaintiffs respectfully move this Court for a grant of summary judgment in their favor on the sole issue of defendants' liabilities for failing to fully disclose borrowers' payment schedules on their TILA Disclosure Statements, finding defendants Ameriquest Mortgage Company ("Ameriquest"), Deutsche Bank National Trust Company, N.A., and JPMC Specialty Mortgage, f/k/a WM Specialty Mortgage, LLC liable for violations of the Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") and implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226.

WHEREFORE, plaintiffs respectfully request that this Court grant summary judgment for plaintiffs, award the statutory remedies of rescission, maximum statutory damages, and attorney's fees, and to grant any or further relief that the Court deems just.

Respectfully submitted,

s/ Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois, 60603
(312) 739-4200
(312) 419-0379 (FAX)

2

## **CERTIFICATE OF SERVICE**

I, Catherine Ceko, hereby certify that on October 20, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice will also be sent by U.S. Mail to parties that do not have access to the Court's electronic filing system.

s/ Catherine A. Ceko
Catherine A. Ceko

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)