# APPENDIX 55



**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526-0723
Direct Dial Number: (213) 891-5142
Direct Facsimile Number: (213) 630-5681
E-Mail Address: rberman@buchalter.com

January 8, 2009

<u>VIA FACSIMILE (312) 419-0379 AND MAIL</u>

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin, LLC
120 South La Salle Street
18th Floor
Chicago, IL 60603-3403

Re: *JP Morgan/Chase*

Dear Mrs. Combs:

Thank you for withdrawing the Opt-Out Plaintiffs' Motion to Substitute JP Morgan/Chase for Washington Mutual Bank and its Subsidiaries (the "Motion") pursuant to our discussion yesterday.

As you state in the Motion, Washington Mutual Bank is in a FDIC receivership. WM Specialty Mortgage, LLC was a subsidiary (i.e. a separate company) of Washington Mutual Bank. It is our understanding that Washington Mutual Bank did not own the loans at issue in this litigation. Rather, WM Specialty Mortgage, LLC owned certain of the loans. This is borne out by multiple answers filed in this matter by WM Specialty Mortgage, LLC and/or Washington Mutual Bank. [See e.g. Answers filed in *Furgeson v. Ameriquest* (04 C 7627), *Blackburn v. Ameriquest* (07 C 309); *Diggins v. Ameriquest* (06 C 7017); and *William Pintsak, et al. v. Ameriquest Mortgage Company* (05 C 5035)]. Accordingly, it is our position that Washington Mutual Bank is incorrectly named in these lawsuits.

It is our belief that JP Morgan/Chase, N.A. (or a related entity) purchased WM Specialty Mortgage, LLC. It is our understanding that effective December 29, 2008, WM Specialty Mortgage, LLC was renamed: JPMC Specialty Mortgage, LLC.

Based upon the foregoing, we will provide you with the best information we have as to the name of the proper transferee for the loans at issue. Further, we will work with you on Agreed Motions to substitute JPMC Specialty Mortgage, LLC as the proper party in place of WM Specialty Mortgage, LLC and/or Washington Mutual Bank where appropriate. Note, however, that as we can only provide you with the best information we have, we cannot make any warranty or representation as to who is the proper party to your lawsuit. As is always the case, it is ultimately the Opt-Out Plaintiffs' responsibility to decide who to sue.

BN 2533317v1    Los Angeles • Orange County • San Francisco • Scottsdale

Buchalter Nemer
Cathleen M. Combs
January 8, 2009
Page 2


Finally, please note that we cannot and do not agree to the naming of JP Morgan/Chase, N.A. in any of the lawsuits, as it is not a proper party for the reasons explained above.

Please confirm your agreement with the foregoing. After we receive your agreement, we will provide you with our information as to the transferee of the loans/cases listed on Exhibit A to your Motion in the near future. Please note, however, that the last two cases listed on Exhibit A are not part of Ameriquest MDL Number 1715, and as such, we cannot provide information as to those cases. Please let me know if there are any additional cases for which you require information.


Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By _Rachael B_

Rachael H. Berman

# APPENDIX 56

## DECLARATION OF MATTHEW W. GRAEBER

I, Matthew W. Graeber, having been duly sworn, hereby state:

1.     I am over the age of eighteen years, and I believe in the obligations of an oath.

2.     The facts set forth below were made of my own personal knowledge.

3.     I am an associate attorney with Consumer Law Group, LLC, which is located at 35 Cold Spring Road, Suite 512 in Rocky Hill, Connecticut.

4.     I submit this affidavit in support of the Movant's Motion for Partial Summary Judgment (the "Motion"). The Movants are a subset of the Opt-Out Plaintiffs in this action.

5.     In response to formal and informal discovery, Ameriquest Mortgage Company has admitted to the following assignments.

    a.  The mortgage account of Benjamin R. & Manuel R. Barboza was assigned to Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-7, Under the Pooling & Servicing Agreement dated as of July 1, 2003, Without Recourse.

    b.  The mortgage account of Sallie L. Booth was assigned to WM Specialty Mortgage, LLC.

    c.  The mortgage account of Michael Olynciw was assigned to Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates, Series 2002-D, Under the Pooling & Servicing Agreement dated as of December 1, 2002, Without Recourse.

    d.  The mortgage account of Lisa M. & John Potter was assigned to Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc.,

Asset-Backed Pass Through Certificates, Series 2003-8, Under the Pooling & Servicing Agreement dated as of August 1, 2003, Without Recourse.

e.  The mortgage account of John W. and Maryanne E. Iwanczenko was assigned to Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-2, Under the Pooling & Servicing Agreement dated as of February 1, 2003, Without Recourse.

f.  The mortgage account of Kyle A. & Kathleen P. Jones was assigned to Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-8, Under the Pooling & Servicing Agreement dated as of August 1, 2003, Without Recourse.

g.  The mortgage account of Dennis A. & Brenda L. Holmes was assigned to Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-4, Under the Pooling & Servicing Agreement dated as of April 1, 2003, Without Recourse.

h.  The mortgage account of Willie Mae Cue was assigned to Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-1, Under the Pooling & Servicing Agreement dated as of February 1, 2003, Without Recourse.

i.  The mortgage account of Simon A. Dell was assigned to WM Specialty Mortgage, LLC.

j.  The mortgage account of Nicholas& Ann Griffin was assigned to Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities, Inc.,

2

Asset-Backed Pass Through Certificates, Series 2003-8, Under the Pooling & Servicing Agreement dated as of August 1, 2003, Without Recourse.

k. The mortgage account of Nadejda Fournier was assigned to Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-6, Under the Pooling & Servicing Agreement dated as of May 1, 2003, Without Recourse.

l. The mortgage account of Lorraine Sibley was assigned to WM Specialty Mortgage, LLC.

m. The mortgage account of Constance Stripling was assigned to WM Specialty Mortgage, LLC.

n. The mortgage account of David M. Sullivan & Drucie Bathin was assigned to Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-7, Under the Pooling & Servicing Agreement dated as of July 1, 2003, Without Recourse.

o. The mortgage account of Edward & Ruth Kobialka was assigned to WM Specialty Mortgage, LLC.

p. The mortgage account of Timothy Lehan was assigned to Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-8, Under the Pooling & Servicing Agreement dated as of August 1, 2003, Without Recourse.

q. The mortgage account of Denise & Richard Hack was assigned to Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc.,

Asset-Backed Pass Through Certificates, Series 2003-1, Under the Pooling &
Servicing Agreement dated as of February 1, 2003, Without Recourse.

r.   The mortgage account of Samuel Greene Jr. was assigned to WM Specialty
Mortgage, LLC.

s.   The mortgage account of Michael and Maria Osten was assigned to Deutsche
Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities,
Inc., Asset-Backed Pass Through Certificates, Series 2003-7, Under the Pooling
& Servicing Agreement dated as of July 1, 2003, Without Recourse.

t.   The mortgage account of Mark A. and Nancy I.E. Roberts was assigned to WM
Specialty Mortgage, LLC.

u.   The mortgage account of Gary W. and Kelly Steinmiller was assigned to
Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage
Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-6, Under
the Pooling & Servicing Agreement dated as of May 1, 2003, Without Recourse.

v.   The mortgage account of Avalon & Selma Cadette was assigned to Deutsche
Bank National Trust Company, as Trustee of Ameriquest Securities, Inc., Asset-
Backed Pass-Through Certificates, Series 2004-R5.

w.   The mortgage account of Ismael Vega was assigned to Deutsche Bank National
Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-
Backed Pass Through Certificates, Series 2004-R11, Under the Pooling &
Servicing Agreement dated as of December 1, 2004, Without Recourse.

     x.   The mortgage account of Robert Muro was assigned to Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset-Backed Pass Through Certificates Series 2003-8.

6.     In response to formal and informal discovery, Argent Mortgage Company has admitted to the following assignments.

     a.   The mortgage account of Nadine Robinson was assigned to Deutsche Bank National Trust Company, as Trustee of Argent Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-AR3, Under the Pooling & Servicing Agreement dated as of June 1, 2003, Without Recourse.

     b.   The mortgage account of Kenneth F. Sweeten, Jr. & Elizabeth Sweeten was assigned to Deutsche Bank National Trust Company, as Trustee of Argent Securities, Inc., Asset-Backed Pass Through Certificates, Series 2003-AR2, Under the Pooling & Servicing Agreement dated as of May 1, 2003, Without Recourse.

     c.   The mortgage account of George P. Edwards was assigned to Deutsche Bank National Trust Company, as Trustee of Argent Securities, Inc. Asset Backed Pass-Through Certificates, Series 2003-W6 Under the Pooling & Servicing Agreement dated as of November 1, 2003, without Recourse.

7.     Letters of rescission were sent and Ameriquest Mortgage Company or Argent Mortgage Company declined to honor said rescission on the following clients' mortgage accounts:

     a.   Regarding the mortgage account of Benjamin R. & Manuel R. Barboza – Plaintiffs of Benjamin R. & Manuel R. Barboza sent a letter of rescission to

Ameriquest Mortgage Company on September 7, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated September 22, 2005.

b.   Regarding the mortgage account of Sallie L. Booth – Plaintiff Sallie L. Booth sent a letter of rescission to Ameriquest Mortgage Company on June 7, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated June 20, 2005.

c.   Regarding the mortgage account of Michael Olynciw – Plaintiff Michael Olynciw sent a letter of rescission to Ameriquest Mortgage Company on June 7, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated June 21, 2005.

d.   Regarding the mortgage account of Lisa M. & John Potter – Plaintiffs Lisa M. & John Potter sent a letter of rescission to Ameriquest Mortgage Company on July 14, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated July 19, 2005.

e.   Regarding he mortgage account of John W. and Maryanne E. Iwanczenko – Plaintiffs John W. and Maryanne E. Iwanczenko sent a letter of rescission to Ameriquest Mortgage Company on December 12, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated December 13, 2005.

f.   Regarding the mortgage account of Kyle A. & Kathleen D. Jones – Plaintiffs Kyle A. & Kathleen D. Jones sent a letter of rescission to Ameriquest Mortgage Company on September 7, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated September 22, 2005.

g. Regarding the mortgage account of Dennis A. & Brenda L. Holmes – Plaintiffs
Dennis A. & Brenda L. Holmes sent a letter of rescission to Ameriquest Mortgage
Company on September 7, 2005, and Ameriquest Mortgage Company sent a
declination letter in response dated September 22, 2005.

h. Regarding the mortgage account of Willie Mae Cue – Plaintiff Willie Mae sent a
letter of rescission to Ameriquest Mortgage Company on November 21, 2005, and
Ameriquest Mortgage Company sent a declination letter in response dated
November 29, 2005.

i. Regarding he mortgage account of Simon A. Dell – Plaintiff Simon A. Dell sent a
letter of rescission to Ameriquest Mortgage Company on October 3, 2005, and
Ameriquest Mortgage Company sent a declination letter in response dated
October 12, 2005.

j. Regarding the mortgage account of Nicholas E. & Ann M. Griffin – Plaintiffs
Nicholas E. & Ann M. Griffin sent a letter of rescission to Ameriquest Mortgage
Company on June 8, 2005, and Ameriquest Mortgage Company sent a declination
letter in response dated July20, 2005.

k. Regarding the mortgage account of Nadejda Fournier – Plaintiff Nadejda Fournier
sent a letter of rescission to Ameriquest Mortgage Company on June 7, 2005, and
Ameriquest Mortgage Company sent a declination letter in response dated June
21, 2005.

l. Regarding the mortgage account of Lorraine Sibley – Plaintiff Lorraine Sibley
sent a letter of rescission to Ameriquest Mortgage Company on April 26, 2005,

and Ameriquest Mortgage Company sent a declination letter in response dated May 5, 2005.

m. Regarding the mortgage account of Constance Stripling – Plaintiff Constance Stripling sent a letter of rescission to Ameriquest Mortgage Company on June 7, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated June 21, 2005.

n. Regarding the mortgage account of David M. Sullivan & Drucie Bathin – Plaintiffs David M. Sullivan & Drucie Bathin sent a letter of rescission to Ameriquest Mortgage Company on June 14, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated June 23, 2005.

o. Regarding the mortgage account of Edward & Ruth Kobialka – Plaintiffs Edward and Ruth Kobialka sent a letter of rescission to Ameriquest Mortgage Company on February 14, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated February 23, 2005.

p. Regarding the mortgage account of Timothy Lehan – Plaintiff Timothy Lehan sent a letter of rescission to Ameriquest Mortgage Company on December 22, 2004, and Ameriquest Mortgage Company sent a declination letter in response dated January 1, 2005.

q. Regarding the mortgage account of Denise & Richard Hack – Plaintiffs Denise & Richard Hack sent a letter of rescission to Ameriquest Mortgage Company on February 14, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated February 23, 2005.

r.   Regarding the mortgage account of Samuel Greene, Jr. – Plaintiff Samuel Greene, Jr. sent a letter of rescission to Ameriquest Mortgage Company on January 19, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated January 24, 2005.

s.   Regarding the mortgage account of Michael and Maria Osten – Plaintiffs Michael and Maria Osten sent a letter of rescission to Ameriquest Mortgage Company on September 7, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated September 22, 2005.

t.   Regarding the mortgage account of Mark A. and Nancy I.E. Roberts – Plaintiffs Mark A. and Nancy I.E. Roberts sent a letter of rescission to Ameriquest Mortgage Company on October 3, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated October 6, 2005.

u.   The mortgage account of Gary W. and Kelly Steinmiller – Plaintiffs Gary W. and Kelly Steinmiller sent a letter of rescission to Ameriquest Mortgage Company on October 3, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated October 6, 2005.

v.   The mortgage account of Avalon & Selma Cadette – Plaintiffs Avalon & Selma Cadette sent a letter of rescission to Ameriquest Mortgage Company on August 2, 2006, and Ameriquest Mortgage Company sent a declination letter in response dated August 14, 2006.

w.   The mortgage account of Ismael Vega – Plaintiff Ismael Vega sent a letter of rescission to Ameriquest Mortgage Company on August 2, 2006, and Ameriquest Mortgage Company sent a declination letter in response dated August 14, 2006.

x.  The mortgage account of Robert A. Muro  - Plaintiff Robet Muro sent a letter of rescission to Ameriquest Mortgage Company on January 28, 2005, and Ameriquest Mortgage Company sent a declination letter in response dated February 4, 2005.

y.  The mortgage account of Nadine Robinson – Plaintiff Nadine Robinson sent a letter of rescission to Argent Mortgage Company on February 16, 2006, and on February 16, 2006 sent a declination letter in response dated March 3, 2006.

z.  The mortgage account of Kenneth F. Sweeten, Jr. & Elizabeth Sweeten – Plaintiffs Kenneth F. Sweeten, Jr. & Elizabeth Sweeten sent a letter of rescission to Argent Mortgage Company on October 10, 2005, and Argent Mortgage Company sent a letter in response dated December 29, 2005.

aa. The mortgage account of George P. Edwards – Plaintiff George P. Edwards sent a letter of rescission to Argent Mortgage Company on December 12, 2005, and Argent Mortgage Company sent a declination letter in response dated December 29, 2005.

_____
Matthew W. Graeber

# APPENDIX 57

## DECLARATION OF BENJAMIN R. BARBOZA AND MANUEL R. BARBOZA

We, Benjamin R. Barboza and Manuel R. Barboza, declare under penalty of perjury that the foregoing is true and correct:

1. On April 22, 2003, we resided at 55 Cherry Hill Road, Norwich, CT 06360.

2. This was and still is our primary residence.

3. On April 22, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 55 Cherry Hill Road, Norwich, CT 06360.

4. This mortgage loan of April 22, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6. We still hold the mortgage loan of April 22, 2003 and have not yet paid it off.

Executed: this _17th_ day of _April_, 2009.

_Manuel R. Barboza_
Manuel R. Barboza

_Benjamin R. Barboza_
Benjamin R. Barboza

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

Preliminary ☐    Final ☒

Borrowers: Benjamin R. Barboza    Manuel R. Barboza

Broker License:

Type of Loan: FIXED RATE
Date: April 22, 2003

Address: 55 Cherry Hill Road
City/State/Zip: NORWICH, CT 06360

Loan Number: 0043366737 - 5678

Property: 55 Cherry Hill Road, NORWICH, CT 06360

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.032 % | $ 137,806.63 | $ 72,285.27 | $ 210,091.90 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $583.61 | 06/01/2003 | | | |
| 1 | $575.91 | 05/01/2033 | | | |

**VARIABLE RATE FEATURE:**
☐ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 55 Cherry Hill Road, NORWICH, CT 06360

**ASSUMPTION:** Someone buying this property ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 6.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
☒ may   ☐ will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Benjamin R Barboza_    4/22/03
Borrower) Benjamin R. Barboza    Date

_Manuel L Barboza_    4/22/03
Borrower Manuel R. Barboza    Date

Borrower    Date

Borrower    Date

TIL1 (Rev. 7/01)    **Original**

04/22/2003 2:35:29 PM

# APPENDIX 58

## DECLARATION OF KENNETH F. SWEETEN, JR. AND ELIZABETH SWEETEN

We, Kenneth F. Sweeten, Jr. and Elizabeth Sweeten, declare under penalty of perjury that the foregoing is true and correct:

1.  On February 14, 2003, we resided at 315 Knob Hill Drive, Hamden, CT 06518.

2.  This was and still is our primary residence.

3.  On February 14, 2003, we obtained a loan from Argent Mortgage Company ("Argent") that was secured by a mortgage on my home at 315 Knob Hill Drive, Hamden, CT 06518.

4.  This mortgage loan of February 14, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5.  Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Argent at the closing of the above-referenced refinance.

6.  We have since paid of my mortgage loan of February 14, 2003 by refinancing with a different lender.

Executed: this _17_ day of _April_, 2009.

_Kenneth F. Sweeten, Jr_

_Elizabeth Sweeten_

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Argent Mortgage Company, LLC
8 Skyline Drive
Hawthorne, NY 10532
866-345-8334

☐ Preliminary     ☒ Final

Borrowers: KENNETH F. SWEETEN, Jr.    ELIZABETH SWEETEN

Address: 315 KNOB HILL DRIVE
City/State/Zip: HAMDEN, CT 06518

Type of Loan: ADJUSTABLE RATE
Date: February 14, 2003

Loan Number: 0043080043 - 9604

Property: 315 KNOB HILL DRIVE, HAMDEN, CT 06518

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.280 % | $ 312,378.37 | $ 181,865.45 | $ 494,243.82 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,372.94 | 04/01/2003 | | | |
| 1 | $1,358.36 | 03/01/2033 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 315 KNOB HILL DRIVE, HAMDEN, CT 06518

ASSUMPTION: Someone buying this property ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC

LATE CHARGES: If a payment is late, you will be charged 5.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
☒ may   ☐ will not   have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Kenneth Sweeten_ 2/14/63
Borrower KENNETH F. SWEETEN, Jr.    Date

_Elizabeth Sweeten_ 2/1/63
Borrower ELIZABETH SWEETEN    Date

onfidential

# APPENDIX 59

## DECLARATION OF MICHAEL OSTEN AND MARIA OSTEN

We, Michael Osten and Maria Osten, declare under penalty of perjury that the foregoing is true and correct:

1.   On April 23, 2003, we resided at 13 Reynolds Street, Norwich, CT 06360.

2.   This was and still is our primary residence.

3.   On April 23, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 13 Reynolds Street, Norwich, CT 06360.

4.   This mortgage loan of April 23, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5.   Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6.   We have since paid off mortgage loan of April 23, 2003 by refinancing with a different lender.

Executed: this _18_ day of _April_, 2009.

_Michael Osten_
Michael Osten

_Maria Osten_
Maria Osten

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

[ ] Preliminary    [X] Final

Borrowers: Michael Osten    Maria Osten

Broker License:

Type of Loan: ADJUSTABLE RATE
Date: April 23, 2003

Address: 13 Reynolds Street
City/State/Zip: NORWICH, CT 06360

Loan Number: 0046573267 - 5678

Property: 13 Reynolds Street, NORWICH, CT 06360

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.859 % | $ 141,392.45 | $ 75,982.81 | $ 217,375.08 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $603.83 | 06/01/2003 | | | |
| 1 | $600.09 | 05/01/2033 | | | |

VARIABLE RATE FEATURE:
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 13 Reynolds Street, NORWICH, CT 06360

ASSUMPTION: Someone buying this property [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES: If a payment is late, you will be charged 6.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
[X] may
[ ] will not
have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Michael Osten _____ 4/23/03
Borrower Michael Osten    Date

Maria Osten _____ 4/23/03
Borrower Maria Osten    Date

_____    _____
Borrower    Date

_____    _____
Borrower    Date

TIL1 (Rev. 7/01)

**Original**

04/23/2003 3:26:47 PM

# APPENDIX 60

## DECLARATION OF CONSTANCE STRIPLING

I, Constance Stripling, declare under penalty of perjury that the foregoing is true and correct:

1. On May 23, 2003, I resided at 100 Oswegatchie Road, Waterford, CT 06385.

2. This was and still is my primary residence.

3. On May 23, 2003, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 100 Oswegatchie Road, Waterford, CT 06385.

4. This mortgage loan of May 23, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

6. I have since paid of my mortgage loan of May 23, 2003 by refinancing with a different lender.

Executed: this 20 day of April, 2009.

Constance Stripling

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

☐ Preliminary   ☒ Final

Borrowers: Constance Stripling

Broker License:

Address: 100 Oswegatchie Road
City/State/Zip: WATERFORD, CT 06385

Type of Loan: ADJUSTABLE RATE
Date: May 23, 2003

Loan Number: 0047598451 - 5678

Property: 100 Oswegatchie Road, WATERFORD, CT 06385

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.016 % | $ 161,766.21 | $ 115,563.69 | $ 277,329.90 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $770.38 | 07/01/2003 | | | |
| 1 | $763.48 | 06/01/2033 | | | |

**VARIABLE RATE FEATURE:**
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 100 Oswegatchie Road, WATERFORD, CT 06385

**ASSUMPTION:** Someone buying this property ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
☒ may ☐ will not have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Constance Stripling_ _5/23/03_
Borrower Constance Stripling         Date

Borrower         Date

Borrower         Date

Borrower         Date

TIL1 (Rev. 7/01)         **Original**

05/22/2003 12:16:16 PM

# APPENDIX 61

## DECLARATION OF NADEJDA FOURNIER

I, Nadejda Fournier, declare under penalty of perjury that the foregoing is true and correct:

1.  On April 3, 2003, I resided at 144 Hoadley Street, Naugatuck, CT 06770.

2.  This was and still is my primary residence.

3.  On April 3, 2003, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 144 Hoadley Street, Naugatuck, CT 06770.

4.  This mortgage loan of April 3, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5.  Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

6.  I since paid off the mortgage loan of April 3, 2003 by refinancing with a different lender.

Executed: this 17th day of April, 2009.

Nadejda Fournier
Nadejda Fournier

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
984 Southford Rd., 1st Floor
Middlebury, CT 06762
(203)758-8613

[ ] Preliminary  [X] Final

Borrowers: Nadejda Fournier

Broker License:

Type of Loan:  ADJUSTABLE RATE
Date:  April 3, 2003

Address:  144 Hoadley Street
City/State/Zip:  NAUGATUCK, CT 06770

Loan Number: 0045664992 - 7344

Property:  144 Hoadley Street, NAUGATUCK, CT 06770

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.475 % | $ 226,250.68 | $ 111,064.67 | $ 337,315.35 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $936.99 | 06/01/2003 | | | |
| 1 | $935.94 | 05/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**  You are giving a security interest in the property located at: 144 Hoadley Street, NAUGATUCK, CT 06770

**ASSUMPTION:**  Someone buying this property [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**  You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:**  If a payment is late, you will be charged  6.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Nadejda Fournier_ 4303
Borrower Nadejda Fournier      Date

Borrower                Date

Borrower                Date

Borrower                Date

TIL1 (Rev. 7/01)

**Original**

04/03/2003 9:21:51 AM

OO-CLG0008442

# APPENDIX 62

## DECLARATION OF TIMOTHY LEHAN

I, Timothy Lehan, declare under penalty of perjury that the foregoing is true and correct:

1. On June 24, 2003, I resided at 37 Cook Street, Manchester, CT 06040.

2. This was and still is my primary residence.

3. On June 24, 2003, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 37 Cook Street, Manchester, CT 06040.

4. This mortgage loan of June 24, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

6. I still hold my mortgage loan of June 24, 2003 and have not yet paid it off.

Executed: this 17 day of April, 2009.

Timothy Lehan

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
100 Great Meadow Rd., # 602
Wethersfield, CT 06109
(860)563-7662

[ ] Preliminary    [X] Final

Borrowers: Timothy Lehan

Broker License:

Type of Loan: FIXED RATE
Date: June 24, 2003

Address: 37 Cook St
City/State/Zip: MANCHESTER, CT 06040

Loan Number: 0049862287 - 5508

Property: 37 Cook St, MANCHESTER, CT 06040

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.928 % | $ 178,757.70 | $ 128,421.26 | $ 307,178.96 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $853.30 | 08/01/2003 | | | |
| 1 | $844.26 | 08/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[ ] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 37 Cook St, MANCHESTER, CT 06040

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower _Kimberly Lehan_    Date 6/24/03

Borrower _____    Date _____

Borrower _____    Date _____

Borrower _____    Date _____

**Original**

TIL1 (Rev. 7/01)

08/24/2003 11:17:16 AM

OO-CLG0013682

# APPENDIX 63

## DECLARATION OF ROBERT A. MURO

I, Robert A. Muro, declare under penalty of perjury that the foregoing is true and correct:

    1.  On May16, 2003, I resided at 18 Kimberly Drive, Manchester, CT 06040.

    2.  This was and still is my primary residence.

    3.  On May 16, 2003, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 18 Kimberly Drive, Manchester, CT 06040.

    4.  This mortgage loan of May 16, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

    5.  Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

    6.  I have since paid off my mortgage loan of May 16, 2003 by refinancing with another lender.

Executed: this _20_ day of _April_, 2009.

_Robert A. Muro_
Robert A. Muro

On this the 20th day of April, 2009, before me, the undersigned officer, personally appeared Robert A Muro, known to me to be the person whose name subscribed to the within instrument and acknowledged that he signed the same for the purposes therein contained.
In witness whereof I hereunto set my hand.

_Claire A. Schamback_
CLAIRE A. SCHAMBACK
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2011

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary   ☒ Final

LENDER: Ameriquest Mortgage Company
100 Great Meadow Rd., # 802
Wethersfield, CT 06109
(860)563-7662

Broker License:

Borrowers: Robert A. Muro

Type of Loan: FIXED RATE
Date: May 16, 2003

Address: 18 Kimberly Dr
City/State/Zip: MANCHESTER, CT 06040

Loan Number: 0046878773 - 5508

Property: 18 Kimberly Dr, MANCHESTER, CT 06040

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.746 % | $ 465,502.13 | $ 294,054.37 | $ 759,556.50 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $2,109.88 | 07/01/2003 | | | |
| 1 | $2,109.58 | 06/01/2033 | | | |

VARIABLE RATE FEATURE:
☐ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 18 Kimberly Dr, MANCHESTER, CT 06040

ASSUMPTION: Someone buying this property ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES: If a payment is late, you will be charged 6.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
☒ may   ☐ will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____  5-16-03
Borrower Robert A. Muro          Date

_____  _____
Borrower                         Date

_____  _____
Borrower                         Date

_____  _____
Borrower                         Date

TIL1 (Rev. 7/01)

**Original**

05/16/2003 7:28:18 AM

OO-CLG0016425