# APPENDIX 64

## DECLARATION OF MARK A. ROBERTS AND NANCY I.E. ROBERTS

We, Mark A. Roberts and Nancy I.E. Roberts, declare under penalty of perjury that the foregoing is true and correct:

1. On May 21, 2003, we resided at 8 Eagle Ridge Drive, Ledyard, CT 06335.

2. This was and still is our primary residence.

3. On May 21, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 8 Eagle Ridge Drive, Ledyard, CT 06335.

4. This mortgage loan of May 21, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6. We have since paid off mortgage loan of May 21, 2003 by refinancing with a different lender.

Executed: this 19 day of April, 2009.

Mark A. Roberts

Nancy I.E. Roberts

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

☐ Preliminary   ☒ Final

Borrowers: Mark A. Roberts    Nancy I. E. Roberts

Broker License:

Address:   8 Eagle Ridge Drive
City/State/Zip:  Ledyard, CT 06335

Type of Loan:  ADJUSTABLE RATE
Date: May 21, 2003

Loan Number: 0047664883 - 5678

Property:   8 Eagle Ridge Drive, Ledyard, CT 06335

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.441 % | $ 402,899.41 | $ 176,642.12 | $ 579,541.53 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,609.87 | 07/01/2003 | | | |
| 1 | $1,598.20 | 06/01/2033 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:   You are giving a security interest in the property located at: 8 Eagle Ridge Drive, Ledyard, CT 06335

ASSUMPTION:  Someone buying this property  ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:   You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

LATE CHARGES:   If a payment is late, you will be charged  5.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
☒ may   ☐ will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Mark A. Roberts_    5/21/03
Borrower Mark A. Roberts    Date

_Nancy B Robert_    5/21/03
Borrower Nancy I. E. Roberts    Date

_____    _____
Borrower    Date

_____    _____
Borrower    Date

TIL1 (Rev. 7/01)    **Original**

05/21/2003 1:44:36 PM

QQ-CLG0019421

# APPENDIX 65

## DECLARATION OF NADINE ROBINSON

I, Nadine Robinson, declare under penalty of perjury that the foregoing is true and correct:

1. On April 4, 2003, I resided at 18 Lattanzi Street, West Haven, CT 06516.

2. This was and still is my primary residence.

3. On April 4, 2003, I obtained a loan from Argent Mortgage Company ("Argent") that was secured by a mortgage on my home at 18 Lattanzi Street, West Haven, CT 06516.

4. This mortgage loan of April 4, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Argent at the closing of the above-referenced refinance.

6. I have since paid off my mortgage loan of April 4, 2003 by refinancing with another lender.

Executed: this _20_ day of _April_ 2009.

_Nadine Robinson_
Nadine Robinson

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Argent Mortgage Company, LLC
8 Skyline Drive
Hawthorne, NY 10532
888-345-6334

[ ] Preliminary      [X] Final

Borrowers: NADINE ROBINSON

Broker License: 7980

Type of Loan: ADJUSTABLE RATE
Date: April 4, 2003

Address:        18 LATTANZI STREET
City/State/Zip:  WEST HAVEN, CT 06516

Loan Number: 0046077103 - 9602

Property:      18 LATTANZI STREET, WEST HAVEN, CT 06516

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.379 % | $ 256,786.41 | $ 146,632.56 | $ 403,418.97 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,120.63 | 06/01/2003 | | | |
| 1 | $1,112.80 | 05/01/2033 | | | |

VARIABLE RATE FEATURE:
[X] Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:    You are giving a security interest in the property located at: 18 LATTANZI STREET, WEST HAVEN, CT 06516

ASSUMPTION:  Someone buying this property  [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original

PROPERTY INSURANCE:    You may obtain property insurance from anyone you want that is acceptable to
Argent Mortgage Company, LLC

LATE CHARGES:  If a payment is late, you will be charged  6.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
[X] may     [ ] will not     have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Nadine Robinson_ | APR 0 4 2003
Borrower NADINE ROBINSON        Date          Borrower                    Date

Borrower                    Date          Borrower                    Date

TIL1 (Rev. 7/01)

04/04/2003 11:46:21 AM

Confidential

OO-ARG-0012996

# APPENDIX 66

## DECLARATION OF KELLY STEINMILLER AND GARY W. STEINMILLER

We, Kelly Steinmiller and Gary W. Steinmiller, declare under penalty of perjury that the foregoing is true and correct:

1. On March 21, 2003, we resided at 13 Cards Mill Road, Columbia, CT 06237.

2. This was and still is our primary residence.

3. On March 21, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 13 Cards Mill Road, Columbia, CT 06237.

4. This mortgage loan of March 21, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6. We have since paid off mortgage loan of March 21, 2003 by refinancing with a different lender.

Executed: this _17TH_ day of _APRIL_, 2009.

Kelly Steinmiller                                    Gary W. Steinmiller



# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER:Ameriquest Mortgage Company
1751 Howe Ave., #260A
Sacramento, CA 95825
(916)925-3085

☐ Preliminary    ☒ Final

Borrowers:KELLY STEINMILLER    GARY W. STEINMILLER

Broker License:

Type of Loan:  FIXED RATE
Date:  March 21, 2003

Address:    13 CARDS MILL ROAD
City/State/Zip:  COLUMBIA,CT 06237

Loan Number:  0044147221 - 7376

Property:    13 CARDS MILL ROAD, COLUMBIA, CT 06237

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.936          % | $  219,680.39 | $  159,176.15 | $  378,856.54 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,052.40 | 05/01/2003 | | | |
| 1 | $1,044.94 | 04/01/2033 | | | |

**VARIABLE RATE FEATURE:**
☐ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**    You are giving a security interest in the property located at: 13 CARDS MILL ROAD, COLUMBIA, CT 06237

**ASSUMPTION:**  Someone buying this property  ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**    You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:**  If a payment is late, you will be charged  6.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
☒ may    ☐ will not    have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Kelly Steinmiller_    3-21-03
Borrower KELLY STEINMILLER        Date

_Gary W. Steinmiller_    3-21-03
Borrower GARY W. STEINMILLER        Date

_____    _____
Borrower        Date

_____    _____
Borrower        Date

**Original**

TIL1 (Rev. 7/01)

03/21/2003 1:25:33 PM

# APPENDIX 67

## <u>DECLARATION OF KYLE A. JONES AND KATHLEEN D. JONES</u>

We, Kyle A. Jones and Kathleen D. Jones, declare under penalty of perjury that the foregoing is true and correct:

1. On April 23, 2003, we resided at 12 Caulkins Road, Norwich, CT 06360.

2. This was and still is our primary residence.

3. On April 23, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 12 Caulkins Road, Norwich, CT 06360.

4. This mortgage loan of April 23, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6. We still hold the mortgage loan of April 23, 2003 and have not yet paid it off.

Executed: this 17 day of April, 2009.

Kyle A. Jones

Kathleen D. Jones

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

[ ] Preliminary    [X] Final

Broker License:

Borrowers: Kathleen D. Jones    Kyle A. Jones

Type of Loan: FIXED RATE
Date: April 23, 2003

Address:    12 Caulkins Road
City/State/Zip:  NORWICH, CT 06360

Loan Number: 0046666267 - 5678

Property:    12 Caulkins Road, NORWICH, CT 06360

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.008 % | $ 299,980.12 | $ 214,661.12 | $ 514,641.24 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,429.56 | 06/01/2003 | | | |
| 1 | $1,429.20 | 05/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[ ]  Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**    You are giving a security interest in the property located at: 12 Caulkins Road, NORWICH, CT 06360

**ASSUMPTION:**  Someone buying this property  [X]  cannot assume the remaining balance due under original terms.
[ ]  may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**    You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

**LATE CHARGES:**  If a payment is late, you will be charged  5.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Kathleen P. Jones_  4/23/03
Borrower Kathleen D. Jones    Date

_Kyle A Jones_  4/23/03
Borrower Kyle A Jones    Date

Borrower    Date                Borrower    Date

TIL1 (Rev. 7/01)        **Original**            04/23/2003 4:09:38 PM

OO-CI G0001061

# APPENDIX 68

## DECLARATION OF SAMUEL GREENE, JR.

I, Samuel Greene, Jr., declare under penalty of perjury that the foregoing is true and correct:

1. On March 14, 2003, I resided at 89 Mapleton Street, Hartford, CT 06114.

2. This was and still is my primary residence.

3. On March 14, 2003, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 89 Mapleton Street, Hartford, CT 06114.

4. This mortgage loan of March 14, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

6. I have since paid off the mortgage loan of March 14, 2003 by refinancing with a different lender.

Executed: this _17_ day of _April_, 2009.

Samuel Greene, Jr.

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

|  | Preliminary | X | Final |

LENDER: Ameriquest Mortgage Company
100 Great Meadow Rd., # 602
Wethersfield, CT 06109
(860)563-7662

Broker License:

Borrowers: SAMUEL GREENE, Jr.

Type of Loan: FIXED RATE
Date: March 14, 2003

Address: 89 MAPLETON STREET
City/State/Zip: HARTFORD, CT 06114

Loan Number: 0044930105 - 5508

Property: 89 MAPLETON STREET, HARTFORD, CT 06114

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.114 % | $ 261,690.34 | $ 156,119.00 | $ 417,809.34 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,160.59 | 05/01/2003 | | | |
| 1 | $1,157.53 | 04/01/2033 | | | |

VARIABLE RATE FEATURE:
| | Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 89 MAPLETON STREET, HARTFORD, CT 06114

ASSUMPTION: Someone buying this property | X | cannot assume the remaining balance due under original terms.
| | may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES: If a payment is late, you will be charged 6.000% of the overdue payment .

PREPAYMENT: If you pay off your loan early, you
| X | may | | will not | have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower SAMUEL GREENE, Jr.        Date 3/14/03        Borrower        Date

Borrower        Date        Borrower        Date

TIL1 (Rev. 7/01)        **Original**        03/14/2003 2:53:19 PM

OO-CLG0009421

# APPENDIX 69

## DECLARATION OF WILLIE MAE CUE

I, Willie Mae Cue, declare under penalty of perjury that the foregoing is true and correct:

1.  On December 13, 2002, I resided at 90 Willis Street, New Haven, CT 06511.

2.  This was and still is my primary residence.

3.  On December 13, 2002, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 90 Willis Street, New Haven, CT 06511.

4.  This mortgage loan of December 13, 2002 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5.  Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

6.  I since paid off the mortgage loan of December 13, 2002 by refinancing with a different lender.

Executed: this _17_ day of _April_, 2009.

_Willie Mae Cue_
Willie Mae Cue

 

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER:Ameriquest Mortgage Company
8 Skyline Drive
Hawthorne, NY 10532
866-345-6334

☐ Preliminary    ☒ Final

Borrowers:WILLIE MAE CUE

Type of Loan: FIXED RATE
Date: December 13, 2002

Address:      90 WILLIS STREET
City/State/Zip:   NEW HAVEN,CT 06511

Loan Number: 0040642738 - 9603

Property:    90 WILLIS STREET, NEW HAVEN, CT 06511

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.539 % | $ 347,266.80 | $ 149,881.21 | $ 497,148.01 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,381.02 | 02/01/2003 | | | |
| 1 | $1,361.83 | 01/01/2033 | | | |

**VARIABLE RATE FEATURE:**
☐ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**    You are giving a security interest in the property located at: 90 WILLIS STREET, NEW HAVEN, CT 06511

**ASSUMPTION:**   Someone buying this property ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**    You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:**  If a payment is late, you will be charged  6.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
☒ may    ☐ will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Willie Mae Cue_          DEC 1 8 2002
Borrower WILLIE MAE CUE              Date         Borrower                              Date


Borrower                              Date         Borrower                              Date

TIL1 (Rev. 7/01)

12/12/2002 2:06:18 PM

OO-CI G0007077

# APPENDIX 70

## DECLARATION OF LORRAINE P. SIBLEY

I, Lorraine P. Sibley, declare under penalty of perjury that the foregoing is true and correct:

1. On June 20, 2003, I resided at 53 Brushey Plain Road, Apt. 2C, Branford, CT 06405.

2. This was and still is my primary residence.

3. On June 20, 2003, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 53 Brushey Plain Road, Apt. 2C, Branford, CT 06405.

4. This mortgage loan of June 20, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

6. I have since paid of my mortgage loan of June 20, 2003 by refinancing with a different lender.

Executed: this _17_ day of _April_, 2009.

_Lorraine P. Sibley_
Lorraine P. Sibley

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
555 Long Wharf Drive, 9th floor
New Haven, CT 06511
(203) 624-2700

[ ] Preliminary    [X] Final

Broker License:

Borrowers: Lorraine P. Sibley

Type of Loan: ADJUSTABLE RATE
Date: June 20, 2003

Address: 53 Brushey Plain Road, Apt. 2C
City/State/Zip: BRANFORD, CT 06405

Loan Number: 0049369564 - 5633

Property: 53 Brushey Plain Road Apt./Unit2C, BRANFORD, CT 06405

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.968 % | $ 183,316.98 | $ 112,070.98 | $ 295,387.96 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $820.54 | 08/01/2003 | | | |
| 1 | $814.10 | 07/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 53 Brushey Plain Road Apt/Unit2C, BRANFORD, CT 06405

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Lorraine P. Sibley_ 6/20/53
Borrower Lorraine P. Sibley          Date

Borrower                             Date

Borrower

Borrower

TIL1 (Rev. 7/01)          **Original**

06/20/2003 2:08

OO-CLG0033639

# APPENDIX 71

## DECLARATION OF AVALON CADETTE AND SELMA CADETTE

We, Avalon Cadette and Selma Cadette, declare under penalty of perjury that the foregoing is true and correct:

    1.  On July 17, 2002, we resided at 147-23 229th Street, Springfield Gardens, NY 11413.

    2.  This was and still is our primary residence.

    3.  On July 17, 2002, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 147-23 229th Street, Springfield Gardens, NY 11413.

    4.  This mortgage loan of July 17, 2002 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

    5.  Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

    6.  We since paid off the mortgage loan of July 17, 2002 by refinancing with a different lender.

Executed: this 20th day of April , 2009.

_____
Avalon Cadette

_____
Selma Cadette

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
1750 Howe Ave., Suite 640A
Sacramento, CA 95825
(916)921-7615

Preliminary ☐   Final ☒

Borrowers: AVALON CADETTE   SELMA CADETTE

Type of Loan: ADJUSTABLE RATE
Date: July 17, 2002

Address:     147-23 229TH ST
City/State/Zip: SPRINGFIELD GARDENS, NY 11413

Loan Number: 0036899805 - 7345

Property:   147-23 229TH ST, SPRINGFIELD GARDENS, NY 11413

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.817 % | $ 404,267.61 | $ 216,331.02 | $ 620,598.63 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,651.24 | 09/01/2002 | | | |
| 335 | $1,729.08 | 09/01/2004 | | | |
| 1 | $1,727.07 | 08/01/2032 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 147-23 229TH ST, SPRINGFIELD GARDENS, NY 11413

ASSUMPTION: Someone buying this property ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company.

LATE CHARGES: If a payment is late, you will be charged 2.000% of the overdue payment.

PREPAYMENT: if you pay off your loan early, you
☐ may ☒ will not have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower AVALON CADETTE  Date 7-17-02

Borrower SELMA CADETTE  Date 7-17-02

Borrower  Date

Borrower  Date

TIL1 (Rev. 7/01)

**Original**

07/16/2002 2:19:28 PM

OO-CLG0005799

# APPENDIX 72

## DECLARATION OF SALLIE L. BOOTH

I, Sallie L. Booth, declare under penalty of perjury that the foregoing is true and correct:

1. On February 24, 2003, I resided at 12 Cedar Grove, New London, CT 06320.

2. This was and still is my primary residence.

3. On February 24, 2003, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 12 Cedar Grove, New London, CT 06320.

4. This mortgage loan of February 24, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

6. I since paid off the mortgage loan of February 24, 2003 by refinancing with a different lender.

Executed: this _22_ day of _April_, 2009.

_Sallie L Booth_
Sallie L. Booth

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

[X] Preliminary    [ ] Final

Borrowers: Sallie L Booth

Type of Loan: ADJUSTABLE RATE
Date: February 24, 2003

Address:    10-12 Cedar Grove
City/State/Zip:  NEW LONDON, CT 06320

Loan Number: 0044303477 - 5678

Property:   10-12 Cedar Grove, NEW LONDON, CT 06320

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| (e) 12.586 % | $ 313,683.36 (e) | $ 109,142.00 (e) | $ 422,825.36 (e) |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | (e) $1,174.54 | 04/01/2003 | | | |
| 1 | (e) $1,165.50 | 03/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 10-12 Cedar Grove, NEW LONDON, CT 06320

**ASSUMPTION:** Someone buying this property
[X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

**(e) = estimate**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | | |
|---|---|---|
| Borrower Sallie L Booth | Date | Borrower    Date |
| Borrower | Date | Borrower    Date |

TIL1 (Rev. 7/01)

02/24/2003 9:08:38 AM

OO-CLG0032582

# APPENDIX 73

## DECLARATION OF DENNIS A. HOLMES AND BRENDA L. HOLMES

We, Dennis A. Holmes and Brenda L. Holmes, declare under penalty of perjury that the foregoing is true and correct:

1. On February 11, 2003, we resided at 337 Water Street, Canterbury, CT 06331.

2. This was and still is our primary residence.

3. On February 11, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 337 Water Street, Canterbury, CT 06331.

4. This mortgage loan of February 11, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6. We have since paid off the mortgage loan of February 11, 2003 by refinancing with a different lender.

Executed: this _20_ day of _APRIL_, 2009.

_____
Dennis A. Holmes

_____
Brenda L. Holmes



## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

☐ Preliminary     ☒ Final

Borrowers: Dennis A. Holmes     Brenda L. Holmes

Type of Loan: ADJUSTABLE RATE
Date: February 11, 2003

Address:     337 Water Street
City/State/Zip:  CANTERBURY, CT 06331

Loan Number:  0043218940 - 5676

Property:   337 Water Street, CANTERBURY, CT  06331

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.836   % | $ 319,937.99 | $ 150,622.27 | $ 470,560.26 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,307.15 | 04/01/2003 | | | |
| 1 | $1,293.41 | 03/01/2033 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:   You are giving a security interest in the property located at: 337 Water Street, CANTERBURY, CT 06331

ASSUMPTION:   Someone buying this property
☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:   You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

LATE CHARGES:   If a payment is late, you will be charged  5.000%  of the overdue payment .

PREPAYMENT: If you pay off your loan early, you
☒ may      ☐ will not      have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower Dennis A. Holmes          2/11/03 Date

Borrower Brenda L. Holmes          2/11/03 Date

Borrower _____ Date          Borrower _____ Date

TIL1 (Rev. 7/01)          **Original**

02/11/2003 11:47:56 AM

OO-CLG0000596

# APPENDIX 74

## DECLARATION OF NICHOLAS E. GRIFFIN AND ANN M. GRIFFIN

We, Nicholas E. Griffin and Ann M. Griffin, declare under penalty of perjury that the foregoing is true and correct:

1.  On June 21, 2003, we resided at 46 Burke Street, Hamden, CT 06514.

2.  This was and still is our primary residence.

3.  On June 21, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 46 Burke Street, Hamden, CT 06514.

4.  This mortgage loan of June 21, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5.  Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6.  We have since paid off the mortgage loan of June 21, 2003 by refinancing with a different lender.

Executed: this _17th_ day of _April_, 2009.

_Nicholas E. Griffin_
Nicholas E. Griffin

_Ann M. Griffin_
Ann M. Griffin

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
555 Long Wharf Drive, 8th floor
New Haven, CT 06511
(203)624-2700

[ ] Preliminary [X] Final

Borrowers: Nicholas E. Griffin    Ann M. Griffin

Broker License:

Type of Loan: ADJUSTABLE RATE
Date: June 21, 2003

Address: 46 Burke Street
City/State/Zip: HAMDEN, CT 06514

Loan Number: 0048273841 - 5633

Property: 46 Burke Street, HAMDEN, CT 06514

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.850 % | $ 160,429.81 | $ 99,992.86 | $ 260,422.67 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $723.43 | 08/01/2003 | | | |
| 1 | $711.30 | 07/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 46 Burke Street, HAMDEN, CT 06514

**ASSUMPTION:** Someone buying this property
[X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____  6/21/03
Borrower Nicholas E. Griffin    Date

_____  6/21/03
Borrower Ann M. Griffin    Date

_____  _____
Borrower    Date

_____  _____
Borrower    Date

TIL1 (Rev. 7/01)    **Original**

08/21/2003 8:00:51 AM

OO-CLG0009577

# APPENDIX 75

## DECLARATION OF JOHN W. IWANCZENKO, SR AND MARYANN E. IWANCZENKO

We, John W. Iwanczenko, Sr. and Maryann E. Iwanczenko, declare under penalty of perjury that the foregoing is true and correct:

1. On January 15, 2003, we resided at 94 Mill Lane, Salem, CT 06420.

2. This was our primary residence at that time.

3. On January 15, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 94 Mill Lane, Salem, CT 06420.

4. This mortgage loan of January 15, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6. We have since paid off the mortgage loan of January 15, 2003 through the sale of our home.

Executed: this _20_ day of _April_, 2009.

John W. Iwanczenko, Sr.                              Maryann E. Iwanczenko

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

[ ] Preliminary    [X] Final

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

Borrowers: John W. Iwanczenko, Sr.    Maryann E. Iwanczenko

Type of Loan: ADJUSTABLE RATE
Date: January 15, 2003

Address: 94 Mill Lane
City/State/Zip: SALEM, CT 06420

Loan Number: 0041565672 - 5678

Property: 94 Mill Lane, SALEM, CT 06420

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.516 % | $ 330,309.34 | $ 143,178.60 | $ 473,487.94 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,315.25 | 03/01/2003 | | | |
| 1 | $1,313.09 | 02/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 94 Mill Lane, SALEM, CT 06420

**ASSUMPTION:** Someone buying this property
[X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 6.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower John W. Iwanczenko, Sr.    Date 1/15/03

Borrower Maryann E. Iwanczenko    Date 1-15-03

Borrower    Date

Borrower    Date

TIL1 (Rev. 7/01)

**Original**

01/14/2003 1:37:08 PM

# APPENDIX 76

## DECLARATION OF RICHARD F. HACK, JR AND DENISE L. HACK

We, Richard F. Hack, Jr. and Denise L. Hack, declare under penalty of perjury that the foregoing is true and correct:

1.  On December 24, 2002, we resided at 34 Harding Avenue, Newington, CT 06111.

2.  This was our primary residence at that time.

3.  On December 24, 2002, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 34 Harding Avenue, Newington, CT 06111.

4.  This mortgage loan of December 24, 2002 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5.  Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6.  We have since paid off the mortgage loan of December 24, 2002.

Executed: this 23 day of April, 2009.

Richard F. Hack, Jr.                         Denise L. Hack

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary          ☒ Final

LENDER: Ameriquest Mortgage Company
100 Great Meadow Rd., # 802
Wethersfield, CT 06109
(860)563-7662

Borrowers: Richard F. Hack, Jr.    Denise L. Hack

Type of Loan: ADJUSTABLE RATE
Date: December 24, 2002

Address:    34 Harding Avenue
City/State/Zip: NEWINGTON, CT 06111

Loan Number: 0041946674 - 5508

Property:    34 Harding Avenue, NEWINGTON, CT 06111

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 12.874 % | $ 348,013.95 | $ 118,047.41 | $ 466,061.36 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,294.70 | 02/01/2003 | | | |
| 1 | $1,264.08 | 01/01/2033 | | | |

VARIABLE RATE FEATURE:
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:    You are giving a security interest in the property located at: 34 Harding Avenue, NEWINGTON, CT 06111

ASSUMPTION:  Someone buying this property ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:  You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES:  If a payment is late, you will be charged  6.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
☐ may   ☒ will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_(signature)_ Borrower Richard F. Hack, Jr.    12/24/02 Date

_(signature)_ Borrower Denise L. Hack    12/24/02 Date

Borrower _____ Date    Borrower _____ Date

TIL1 (Rev. 7/01)        **Original**

12/24/2002 11:03:14 AM

OO-CLG0009893

# APPENDIX 77

## DECLARATION OF MICHAEL OLYNCIW

I, Michael Olynciw, declare under penalty of perjury that the foregoing is true and correct:

1. On November13, 2002, I resided at 119 Ledyard Street, New London, CT 06320.

2. This was and still is my primary residence.

3. On November 13, 2002, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 119 Ledyard Street, New London, CT 06320.

4. This mortgage loan of November 13, 2002 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

6. I have since paid off my mortgage loan of November 13, 2002 by refinancing with another lender.

Executed: this 21 day of APRIL, 2009.

Michael Olynciw

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary ☒ Final

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

Borrowers: Michael Olynciw

Type of Loan: ADJUSTABLE RATE
Date: November 13, 2002

Address: 119 Ledyard Street
City/State/Zip: NEW LONDON, CT 06320

Loan Number: 0039385992 - 5678

Property: 119 Ledyard Street, NEW LONDON, CT 06320

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 11.814 % | $ 151,342.61 | $ 56,798.37 | $ 208,140.98 |

### YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $578.21 | 01/01/2003 | | | |
| 1 | $583.59 | 12/01/2032 | | | |

**VARIABLE RATE FEATURE:**
☒ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 119 Ledyard Street, NEW LONDON, CT 06320

**ASSUMPTION:** Someone buying this property
☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 6.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
☒ may ☐ will not have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower Michael Olynciw        Date 11-13-02

Borrower        Date

Borrower        Date

Borrower        Date

TIL1 (Rev. 7/01)        **Original**

11/13/2002 1:21:40 PM

OO-CLG0032010

# APPENDIX 78

## DECLARATION OF ISMAEL VEGA

I, Ismael Vega, declare under penalty of perjury that the foregoing is true and correct:

1. On May 22, 2003, I resided at 139-22 232nd Street, Laurelton, NY 11413.

2. This was and still is my primary residence.

3. On May 22, 2003, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 139-22 232nd Street, Laurelton, NY 11413.

4. This mortgage loan of May 22, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

6. I have since paid off the mortgage loan of May 22, 2003 by refinancing with a different lender.

Executed: this _____ day of _____, 2009.

_Ismael Vega_
Ismael Vega

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
1975 Linden Blvd., # 105
Elmont, NY 11003
(718)341-8193

[ ] Preliminary    [X] Final

Borrowers: Ismael Vega    Yolanda I Rivera

Broker License:

Type of Loan: FIXED RATE
Date: May 22, 2003

Address:    139-22 232nd Street
City/State/Zip:    Laurelton, NY 11413

Loan Number: 0048143713 - 5612

Property:    139-22 232nd Street, Laurelton, NY 11413

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.860 % | $ 425,275.47 | $ 264,427.50 | $ 689,702.97 |

### YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,915.85 | 07/01/2003 | | | |
| 1 | $1,912.82 | 06/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[ ] Your loan has a variable rate feature . Disclosure about the variable rate feature have been provided to you earlier.

**SECURITY:**    You are giving a security interest in the property located at: 139-22 232nd Street, Laurelton, NY 11413

**ASSUMPTION:**    Someone buying this property [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**    You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:**    If a payment is late, you will be charged 2.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may    [ ] will not    have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____    _____
Borrower Ismael Vega    Date

_____    _____
Borrower Yolanda I Rivera    Date

_____    _____
Borrower    Date

_____    _____
Borrower    Date

TIL1 (Rev. 7/01)

05/23/2003 2:33:33 PM

OO-CLG0024560

# APPENDIX 79

## DECLARATION OF LISA POTTER AND JOHN POTTER

We, Lisa Potter and John Potter, declare under penalty of perjury that the foregoing is true and correct:

1. On May 14, 2003, we resided at 46 Alger Place, New London, CT 06320.

2. This was and still is our primary residence.

3. On May 14, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 46 Alger Place, New London, CT 06320.

4. This mortgage loan of May 14, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6. We have since paid off mortgage loan of May 14, 2003 by refinancing with a different lender.

Executed: this 25 day of April, 2009.

_Lisa Potter_ April 25, 2009
Lisa Potter

_John Potter_ 4/25/09
John Potter

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

[X] Preliminary  [ ] Final

Broker License:

Borrowers: Lisa Potter   John Potter

Type of Loan: ADJUSTABLE RATE
Date: May 14, 2003

Address:    46 Alger Place
City/State/Zip:  NEW LONDON, CT 06320

Loan Number: 0048024269 - 5678

Property:   46 Alger Place, NEW LONDON, CT 06320

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| (e) 11.028 % | $ 353,846.99 (e) | $ 144,643.16 (e) | $ 498,490.15 (e) |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | (e) $1,384.73 | 07/01/2003 | | | |
| 1 | (e) $1,372.08 | 06/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**  You are giving a security interest in the property located at: 46 Alger Place, NEW LONDON, CT 06320

**ASSUMPTION:**  Someone buying this property [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**  You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:**  If a payment is late, you will be charged  5.000%  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.
**(e) = estimate**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| Borrower Lisa Potter _____ Date | Borrower John Potter _____ Date |
| Borrower _____ Date | Borrower _____ Date |

TIL1 (Rev. 7/01)

05/14/2003 9:31:04 AM

QO-CLG0035219

# APPENDIX 80

## DECLARATION OF DAVID M. SULLIVAN AND DRUCIE BATHIN

We, David M. Sullivan and Drucie Bathin, declare under penalty of perjury that the foregoing is true and correct:

1. On April 8, 2003, we resided at 62 Bloomingdale Road, Waterford, CT 06385.

2. This was our primary residence at that time.

3. On April 8, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 62 Bloomingdale Road, Waterford, CT 06385.

4. This mortgage loan of April 8, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5. Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance.

6. We have since paid off mortgage loan of April 8, 2003 by the sale of our home.

Executed: this 20TH day of APRIL, 2009.

David M. Sullivan

Drucie Bathin

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 08320
(860)439-0320

[ ] Preliminary      [X] Final

Borrowers: David M. Sullivan    Drucle Bathin

Broker License:

Address:        62 Bloomingdale Road
City/State/Zip:  WATERFORD, CT 06385

Type of Loan: FIXED RATE
Date: April 8, 2003

Loan Number: 0045625080 - 6678

Property:      62 Bloomingdale Road, WATERFORD, CT 06385

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.587 % | $ 150,586.10 | $ 158,061.10 | $ 308,697.20 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 239 | $1,286.01 | 06/01/2003 | | | |
| 1 | $1,280.81 | 05/01/2023 | | | |

**VARIABLE RATE FEATURE:**
[ ] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 62 Bloomingdale Road, WATERFORD, CT 06385

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not   have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_David M. Sullivan_                4/8/03
Borrower David M. Sullivan        Date

_____                   4/8/03
Borrower Drucle Bathin            Date

_____                   _____
Borrower                          Date

TIL1 (Rev. 7/01)                  **Original**

04/08/2003 1:22:14 PM

# APPENDIX 81

## DECLARATION OF MATTHEW W. GRAEBER REGARDING EDWARD J. KOBIALKA AND RUTH E. KOBIALKA

I, Matthew W. Graeber, having been duly sworn, hereby state:

1.     I am over the age of eighteen years, and I believe in the obligations of an oath.

2.     The facts set forth below were made of my own personal knowledge.

3.     I am an associate attorney with Consumer Law Group, LLC, which is located at 35 Cold Spring Road, Suite 512 in Rocky Hill, Connecticut.

4.     I submit this affidavit in support of the Movant's Motion for Partial Summary Judgment (the "Motion").  The Movants are a subset of the Opt-Out Plaintiffs in this action.

5.     In response to formal and informal discovery, Ameriquest Mortgage Company produced a Truth in Lending Disclosure Statement for the November 20, 2002 mortgage loan of Plaintiffs Edward J. Kobialka and Ruth E. Kobialka.

6.     A true and accurate copy of the Truth in Lending Disclosure Statement produced by Ameriquest Mortgage Company with regard to Plaintiffs Edward J. Kobialka's and Ruth E. Kobialka's November 20, 2002 mortgage loan is attached to this declaration as "Exhibit 1."

Matthew W. Graeber

# EXHIBIT 1

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary  ☒ Final

LENDER: Ameriquest Mortgage Company
100 Great Meadow Rd., # 602
Wethersfield, CT 06109
(860)563-7662

Borrowers: Edward J. Koblalka    Ruth E. Koblalka

Type of Loan: FIXED RATE
Date: November 20, 2002

Address:    381 Lloyd Street
City/State/Zip:  NEWINGTON, CT 06111

Loan Number: 0040776569 - 5508

Property:  381 Lloyd Street, NEWINGTON, CT 06111

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.996 % | $ 232,752.00 | $ 141,669.06 | $ 374,421.06 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,040.09 | 01/01/2003 | | | |
| 1 | $1,028.75 | 12/01/2032 | | | |

VARIABLE RATE FEATURE:
☐ Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:   You are giving a security interest in the property located at: 381 Lloyd Street, NEWINGTON, CT 06111

ASSUMPTION:  Someone buying this property ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:   You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

LATE CHARGES:  If a payment is late, you will be charged  6.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
☒ may  ☐ will not  have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Borrower Edward J. Koblalka_    Date

_Borrower Ruth E. Koblalka_    Date

Borrower    Date    Borrower    Date

TIL1 (Rev. 7/01)    **Original**

11/20/2002 7:22:40 AM

OO-CLG0012494

# APPENDIX 82

## DECLARATION OF SIMON A. DELL

I, Simon A. Dell, declare under penalty of perjury that the foregoing is true and correct:

1.   On July 3, 2003, I resided at 112 Elliot Drive, Colchester, CT 06415.

2.   This was and still is my primary residence.

3.   On July 3, 2003, I obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on my home at 112 Elliot Drive, Colchester, CT 06415.

4.   This mortgage loan of July 3, 2003 was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction.

5.   Attached to this declaration is a true and accurate copy of the Truth-In-Lending Disclosure Statement that was given to me by Ameriquest at the closing of the above-referenced refinance.

6.   I since paid off the mortgage loan of July 3, 2003 by refinancing with a different lender.

Executed: this _22_ day of _APRIL_, 2009.

_Simon A. Dell_
Simon A. Dell



## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER:Ameriquest Mortgage Company
125 Eugene O'Neill Dr #300
New London, CT 06320
(860)439-0320

[ ] Preliminary      [X] Final

Broker License:

Borrowers:Simon A Dell

Type of Loan:  ADJUSTABLE RATE
Date:  July 3, 2003

Address:      112 Elliott Drive
City/State/Zip:  COLCHESTER,CT 06415

Loan Number:  0050091420 - 5878

Property:    112 Elliott Drive, COLCHESTER, CT  06415

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.745 % | $ 232,163.51 | $ 146,027.16 | $ 378,190.67 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,050.56 | 09/01/2003 | | | |
| 1 | $1,039.63 | 08/01/2033 | | | |

VARIABLE RATE FEATURE:
[X] Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

SECURITY:     You are giving a security interest in the property located at:  112 Elliott Drive, COLCHESTER, CT  06415

ASSUMPTION:  Someone buying this property  [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE:     You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

LATE CHARGES:   If a payment is late, you will be charged  6.000%  of the overdue payment .

PREPAYMENT:  If you pay off your loan early, you
[X] may   [ ] will not   have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____      _____
Borrower Simon A Dell          Date

_____      _____
Borrower                      Date

_____      _____
Borrower                      Date

_____      _____
Borrower                      Date

TIL1 (Rev. 7/01)

**Original**

07/03/2003 9:01:17 AM

OO-CLG0007440

# APPENDIX 83

## DECLARATION OF MELISSA A HESS AND ROBERT G HESS

We, Melissa A. Hess and Robert G Hess, declare under penalty of perjury that the foregoing is true and correct:

1.    On February 17, 2003, we resided at 2637 Kalmbach Road, Grass Lake, Michigan 49240;

2.    This was and still is our primary residence;

3.    On February 17, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 2637 Kalmbach Road, Grass Lake, Midland , Michigan 49240;

4.    This mortgage loan of February 17, 2003, was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction;

5.    Attached to this declaration is a true and accurate copy of the Truth-in-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance;

6.    The current servicer of our mortgage loan is Deutsche Bank National Trust;

7.    We still hold the mortgage loan of February 17, 2003, and have not yet paid it off.

Dated: October  19 , 2009

_Melissa a. Hess_
Melissa A. Hess

_Robert G Hess_
Robert G. Hess

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary     [X] Final

LENDER: Ameriquest Mortgage Company
     2350 Green Rd., # 160
     Ann Arbor, MI 48105
     (734)996-8699

Borrowers: MELISSA A HESS     ROBERT G HESS

Type of Loan: ADJUSTABLE RATE
Date: February 17, 2003

Address:     2637 KALMBACH RD
City/State/Zip:    GRASS LAKE, MI 49240

Loan Number: 0043582790 - 5649

Property:    2637 KALMBACH RD, GRASS LAKE, MI 49240

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.968 % | $ 264,649.15 | $ 122,805.40 | $ 387,454.55 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,076.30 | 04/01/2003 | | | |
| 1 | $1,062.85 | 03/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**    You are giving a security interest in the property located at: 2637 KALMBACH RD, GRASS LAKE, MI 49240

**ASSUMPTION:**   Someone buying this property
[X] cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**    You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:**   If a payment is late, you will be charged 6.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may    ☐ will not    have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

# APPENDIX 84

## DECLARATION OF JAMES WALROD AND TERESA WALROD

We, James Walrod and Teresa Walrod, declare under penalty of perjury that the foregoing is true and correct:

1.  On July 16, 2002, we resided at 1201 Meadowbrook, Ann Arbor, Michigan 48103;

2.  This was and still is our primary residence;

3.  On July 16, 2002, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 1201 Meadowbrook, Ann Arbor, Michigan 48103;

4.  This mortgage loan of July 16, 2002, was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction;

5.  Attached to this declaration is a true and accurate copy of the Truth-in-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance;

6.  The current servicer of our mortgage loan is Deutsche Bank National Trust;

7.  We still hold the mortgage loan of July 16, 2002, and have not yet paid it off.

Dated: October 19th, 2009

_James Walrod_
James Walrod

_Teresa Walrod_
Teresa Walrod

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company

[X] Preliminary    [ ] Final

Borrowers: JAMES WALROD    TERESA WALROD

Type of Loan: ADJUSTABLE RATE
Date: June 28, 2002

Address: 1201 MEADOWBROOK
City/State/Zip: ANN ARBOR, MI 48103

Loan Number: 0037219037 - 9702

Property: 1201 MEADOWBROOK, ANN ARBOR, MI 48103

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have made all payments as scheduled. |
|---|---|---|---|
| (e) 8.623 % | $ 485,347.80 (e) | $ 263,663.70 (e) | $ 749,011.50 (e) |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 24 | (e) $1,853.85 | 08/01/2002 | | | |
| 335 | (e) $2,096.79 | 08/01/2004 | | | |
| 1 | (e) $2,094.45 | 07/01/2032 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 1201 MEADOWBROOK, ANN ARBOR, MI 48103

**ASSUMPTION:** Someone buying this property
[X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 6.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may    [ ] will not    have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

**(e) = estimate**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____    _____    _____    _____
Borrower JAMES WALROD        Date      Borrower TERESA WALROD        Date

_____    _____    _____    _____
Borrower                     Date      Borrower                     Date

TIL1 (Rev. 7/01)

06/28/2002 3:55:55 PM

# APPENDIX 85

## DECLARATION OF BRYAN A. YOUNG AND JILL M. YOUNG

We, Bryan A. Young and Jill M. Young, declare under penalty of perjury that the foregoing is true and correct:

1.  On April 24, 2003, we resided at 1431 E. Gordonville, Midland, Michigan 48640;

2.  This was and still is our primary residence;

3.  On April 24, 2003, we obtained a loan from Ameriquest Mortgage Company ("Ameriquest") that was secured by a mortgage on our home at 1431 E. Gordonville, Midland , Michigan 48640;

4.  This mortgage loan of April 24, 2003, was entered into for the purpose of refinancing an existing loan, not for an original purchase or construction;

5.  Attached to this declaration is a true and accurate copy of the Truth-in-Lending Disclosure Statement that was given to us by Ameriquest at the closing of the above-referenced refinance;

6.  The current servicer of our mortgage loan is Deutsche Bank National Trust;

7.  We still hold the mortgage loan of April 23, 2003, and have not yet paid it off.


Dated: October 19 , 2009

Bryan A. Young

Jill M. Young

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Ameriquest Mortgage Company
2425 South Linden Rd., #E
Flint, MI 48532
(810)732-1239

[X] Preliminary          [ ] Final

Broker License:

Borrowers: Bryan A Young      Jill M Young

Type of Loan: ADJUSTABLE RATE
Date: April 15, 2003

Address:      1431 E. Gordonville
City/State/Zip:  MIDLAND, MI 48640

Loan Number: 0046631289 - 7329

Property:     1431 E Gordonville, MIDLAND, MI  48640

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| (e) 10.159  % | $ 124,507.15 (e) | $ 56,321.90 (e) | $ 180,829.05 (e) |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | (e) $502.33 | 06/01/2003 | | | |
| 1 | (e) $492.58 | 05/01/2033 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature .  Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**      You are giving a security interest in the property located at:  1431 E Gordonville, MIDLAND, MI  48640

**ASSUMPTION:**  Someone buying this property    [X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**      You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

**LATE CHARGES:**    If a payment is late, you will be charged  **6.000%**  of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
[X] may    [ ] will not       have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

**(e) = estimate**