**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO THE ) <br> FOLLOWING INDIVIDUAL ACTIONS: ) <br> ) <br> *Furgeson v. Ameriquest Mortg. Co., 04 C 7627,* ) <br> *Salazar v. Ameriquest Mortg. Co., 05 C 4162,* ) <br> *Smith v. Ameriquest Mortg Co., 05 C 648,* ) <br> *Jimenez v. Ameriquest Mortg. Co., 05 C 1009,* ) <br> *Treadwell v. Ameriquest Mortg. Co., 05 C 1078,* ) <br> *Key v. Ameriquest Mortg. Co., 05 CV 1077,* ) <br> *Wertepny v. Ameriquest Mortg. Co., 05 CV 1402,* ) <br> *Harris v. Ameriquest Mortg. Co., 05 CV 4025,* ) <br> *Mills v. Ameriquest Mortg. Co., 05 CV 3976, and* ) <br> *Pintsak v. Ameriquest Mortg. Co., 05 CV 5035.* ) <br> *Barboza, et al. v. Ameriquest Mortg. Co.,* ) <br>     *06 cv 3125,* ) <br> *Olynciw, et al. v. Ameriquest Mortg. Co.,* ) <br>     *06 cv 2467,* ) <br> *Cue, et al. v. Ameriquest Mortg. Co., 06 cv 2468,* ) <br> *Sullivan, et al. v. Ameriquest Mortg. Co.,* ) <br>     *06 cv 2471,* ) <br> *Greene, et al. v. Ameriquest Mortg. Co., 06 cv 1733,*) <br> *Osten, et al. v. Ameriquest Mortg. Co., 06 cv 4032,* ) <br> *Steinmiller v. Ameriquest Mortg. Co., 06 cv 2469,* ) <br> *Sweeten v. Argent Mortg. Co., LLC, 06 cv 2470,* ) <br> *Robinson v. Argent Mortg. Co., LLC, 06 cv 3126,* ) <br> *Cadette v. Ameriquest Mortg. Co., 06 cv 6753,* ) <br> *Vega v. Ameriquest Mortg. Co., 06 cv 129,* ) <br> *Hess v. Ameriquest Mortg. Co., 08 CV 01858* ) <br> *Walrod v. Ameriquest Mortg. Co., 08 CV 00742* ) <br> *Young v. Ameriquest Mortg. Co., 08 CV 00741* ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

**<u>NOTICE OF MOTION</u>**

    **PLEASE TAKE NOTICE** that on **Tuesday, October 27, 2009 at 10:30 a.m.**, we shall appear before Magistrate Judge Marvin E. Aspen in Room 2568 of the United States

District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT,** which was electronically filed and served upon you through the Court's CM/ECF system.

>s/ Catherine A. Ceko
>Catherine A. Ceko
>
>*Attorneys for Plaintiffs*
>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>Catherine A. Ceko
>EDELMAN, COMBS, LATTURNER
>    & GOODWIN, LLC
>120 S. LaSalle Street, 18th Floor
>Chicago, Illinois  60603
>(312) 739-4200
>(312) 419-0379 (FAX)

Dated: October 20, 2009

## CERTIFICATE OF SERVICE

      I, Catherine A. Ceko, hereby certify that on October 20, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I also hereby certify that a copy was sent by U.S. mail to parties without an email address.

>s/ Catherine A. Ceko
>Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)