## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS:<br><br>*Furgeson v. Ameriquest Mortg. Co. et al.*, 04-cv-7627,<br>*Salazar v. Ameriquest Mortg. Co. et al.*, 05-cv-4162,<br>*Smith v. Ameriquest Mortg. Co. et al.*, 05-cv-648,<br>*Jimenez v. Ameriquest Mortg. Co. et al.*, 05-cv-1009,<br>*Treadwell v. Ameriquest Mortg. Co. et al.*, 05-cv-1078,<br>*Key v. Ameriquest Mortg. Co. et al.*, 05-cv-1077,<br>*Wertepny v. Ameriquest Mortg. Co. et al.*, 05-cv-1402,<br>*Harris v. Ameriquest Mortg. Co. et al.*, 05-cv-4025,<br>*Mills v. Ameriquest Mortg. Co. et al.*, 05-cv-3976 and,<br>*Pintsak v. Ameriquest Mortg. Co. et al.*, 05-cv-5035.<br>*Barboza, et al. v. Ameriquest Mortg. Co.*, 06 cv 3125,<br>*Olynciw, et al. v. Ameriquest Mortg. Co.*, 06 cv 2467,<br>*Cue, et al. v. Ameriquest Mortg. Co.*, 06 cv 2468,<br>*Sullivan, et al. v. Ameriquest Mortg. Co.*, 06 cv 2471,<br>*Greene, et al. v. Ameriquest Mortg. Co.*, 06 cv 1733,<br>*Osten, et al. v. Ameriquest Mortg. Co.*, 06 cv 4032,<br>*Steinmiller v. Ameriquest Mortg. Co.*, 06 cv 2469,<br>*Sweeten v. Argent Mortg. Co., LLC*, 06 cv 2470,<br>*Robinson v. Argent Mortg. Co., LLC*, 06 cv 3126,<br>*Cadette v. Ameriquest Mortg. Co.*, 06 cv 6753,<br>*Vega v. Ameriquest Mortg. Co.*, 06 cv 129,<br>*Hess v. Ameriquest Mortg.Co.* 08 cv 01858<br>*Walrod V. Ameriquest Morg. Co.* 08 cv 00742, and<br>*Young v. Ameriquest Mortg. Co.* 08 cv 00741 | |

### NOTICE OF PRESENTMENT OF MOTION TO STRIKE CERTAIN OPT-OUT PLAINTIFFS' SUMMARY JUDGMENT MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on Thursday, October 29, 2009, at 10:30 a.m., we shall

appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court

for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present the Motion to Strike Certain Opt-Out Plaintiffs' Summary Judgment Motion, a copy of which is concurrently being served upon you.

DATED: October 23, 2009                    Respectfully submitted,

By: /s/ Randall L. Manvitz

*Attorneys for Ameriquest Mortgage Company, et al.*

Randall L. Manvitz (admitted *pro hac vice*)
BUCHALTER NEMER
333 Market Street, Suite 2500
San Francisco, CA 94105
Telephone: (415) 760-0900
Facsimile: (415) 227-0070

## CERTIFICATE OF SERVICE

I, Randall L. Manvitz, hereby certify that on this 23nd day of October 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     /s/ Randall L. Manvitz

BN 4661456v1