# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION | )<br>)<br>)<br>) | MDL No. 1715 |
| _____ | )<br>)<br>)<br>)<br>)<br>)<br>) | Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |

_____

| | | |
|---|---|---|
| BRETT WERTEPNY and<br>YVONNE WERTEPNY, | )<br>)<br>) | 05 C 1402 |
| Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>WASHINGTON MUTUAL BANK, FA and<br>AMC MORTGAGE SERVICES, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Judge Nordberg<br><br>Magistrate Judge Nolan<br><br>**JURY DEMANDED** |

## SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a)(1), counsel for Plaintiffs informs the Court and the parties that Plaintiff, Yvonne Wertepny, passed away on or about July 29, 2007.

                                                s/ Cathleen M. Combs
                                                Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Cathleen M. Combs, hereby certify that on October 26, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

                                            s/Cathleen M. Combs
                                            Cathleen M. Combs