### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
|  | ) ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

|  |  |  |
|---|---|---|
| JOSEPH A. MIKOWSKI and PATRICIA J. MIKOWSKI, | ) ) ) | 06 C 1737 |
| Plaintiffs, | ) ) | Originally 05 C 411 (N.D. Ind.) |
| v. | ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A.., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2005-R3 Under the Pooling and Servicing Agreement Dated as of April 1, 2005, Without Recourse, CITI RESIDENTIAL LENDING, INC., and DOES 1-5, | ) ) ) ) ) ) ) ) ) |  |
|  | ) | **JURY DEMANDED** |
| Defendants. | ) |  |

### SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a)(1), counsel for Plaintiffs informs the Court and the

parties that Plaintiff, Joseph Mikowski, passed away on or about March 28, 2007.


s/ Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)


## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on October 26, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com


s/Cathleen M. Combs
Cathleen M. Combs