**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| HENRY BUMPERS and ) <br> ELIZABETH BUMPERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, N.A., as Trustee of AMERIQUEST ) <br> MORTGAGE SECURITIES, INC., Asset Backed ) <br> Pass-Through Certificates, Series 2004-R4 under ) <br> the Pooling and Servicing Agreement dated as of ) <br> May 1, 2004, Without Recourse; AMERICAN ) <br> HOME MORTGAGE SERVICING, INC., and ) <br> DOES 1-5, ) <br> ) <br> Defendant. ) | 1:07-cv-553 <br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case # 05 C 7097 <br><br> Judge James B. Moran <br><br><br><br><br><br><br><br><br><br> **JURY DEMANDED** |

## SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a)(1), counsel for Plaintiffs informs the Court and the

parties that Plaintiff, Henry Bumpers, passed away on or about November 15, 2007.

                                          s/ Cathleen M. Combs
                                          Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs

James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

  I, Cathleen M. Combs, hereby certify that on October 26, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Elizabeth Barry
ebarry@vblhc.com

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com

            s/Cathleen M. Combs
            Cathleen M. Combs