# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY WITHDRAWAL FORM

In the Matter of                                    Case Number: 05-cv-07097

Ameriquest Mortgage Company
Mortgage Lending Practices Litigation
Ameriquest Mortgage Company, et al.
     v.
Northwest Title and Escrow Corporation, et al

## WITHDRAWAL OF APPEARANCE

KINDLY withdraw the appearance of Joel S. Todd, Esquire on behalf of Richmond Title Services, LP.

                                             s/Joel S. Todd
                                             Joel S. Todd, Esquire
                                             Attorney I.D. No.: 623345
                                             Saltz Polisher P.C.
                                             993 Old Eagle School Road, Ste. 412
                                             Wayne, PA 19087
                                             (610) 964-3333

                                             Attorneys for Plaintiff
                                             Richmond Title Services, LP

Dated: October 27, 2009