U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY WITHDRAWAL FORM

In the Matter of

Ameriquest Mortgage Company
Mortgage Lending Practices Litigation
Ameriquest Mortgage Company, et al.
      v.
Northwest Title and Escrow Corporation, et al

Case Number: 05-cv-07097

### WITHDRAWAL OF APPEARANCE

KINDLY withdraw the appearance of Veronica W. Saltz, Esquire on behalf of Richmond Title Services, LP.

s/Veronica W. Saltz
Veronica W. Saltz, Esquire
Attorney I.D. No.: 52931
Saltz Polisher P.C.
993 Old Eagle School Road, Ste. 412
Wayne, PA 19087
(610) 964-3333

Attorneys for Plaintiff
Richmond Title Services, LP

Dated: October 27, 2009