IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 Lead Case No. 05-cv-07097 Centralized before The Honorable Marvin E. Aspen |

**MOTION TO APPROVE FEES AND EXPENSES AND SUPPORTING DOCUMENTATION DETAILING LIAISON COUNSEL TO THIRD-PARTY DEFENDANTS' FEES AND EXPENSES FROM JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

In accordance with the Court's orders (Docket Entries ("D.E") # 2347, # 2550) the undersigned Liaison Counsel to Third-Party Defendants hereby submits documentation detailing their attorneys' fees and expenses from July 1, 2009 through September 30, 2009 for which they seek reimbursement. In support thereof, Liaison Counsel states as follows:

1. The total of Liaison Counsel's fees and expenses for the quarter ending September 30, 2009 is $52,757.48. See Declaration of David J. Chizewer, attached hereto as Exhibit A ("Chizewer Decl."). A true and correct copy of the invoice associated with the quarter ending September 30, 2009 issued by Goldberg Kohn Bell Black Rosenbloom & Moritz is attached to the Chizewer Decl. as Exhibit 1 (the "Invoice"). The Invoice reflects the names of the attorneys and/or paralegals performing the work, their hourly rates, the

hours spent, and the work performed. The Invoice also includes the expenses associated with this matter. See Exhibit A, ¶ 3.[1]

2. During the quarter ending September 30, 2009, the fees incurred by Liaison Counsel derive from, *inter alia*, the following tasks that were performed on behalf of all Third-Party Defendants: (i) researching and drafting the Motion to Dismiss the Fifth Amended Consolidated Third Party Complaint (the "Motion to Dismiss") and the Reply in Support of the Motion to Dismiss; (ii) negotiating and drafting the joint stipulations on discovery; (iii) conducting the 26(f) conference with Opt-Out Plaintiffs and Third-Party Plaintiffs; (iv) drafting and filing the proposed joint discovery plan and scheduling order; and (v) communicating with various members of the constituency on all of these matters.

WHEREFORE, Liaison Counsel respectfully requests that the Court approve fees in the amount of $52,757.48 as an order of the Court so Liaison Counsel may request payment from each Third-Party Defendant without further motion or process, in accordance with the formula approved by this Court on September 8, 2008 (D.E. # 2347) ("We approve Liaison Counsel's proposal splitting the reimbursable amount among the Third-Party Defendants, with half to be paid on a 'per party' basis and the other half to be paid on a 'per transaction' basis.") Liaison Counsel further requests that it be permitted to seek Court enforcement, upon notice and motion only, against any Third-Party Defendant that refuses to pay the Court-ordered fees and expenses upon request.

---

[1] Pursuant to this Court's Order of December 10, 2008, found at *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litig.*, 2008 WL 5170769, *4-*6 (N.D. Ill. Dec. 10, 2008), Liaison Counsel has not included the $9,012.50 that corresponds to time spent preparing their first fee petition or to determine the amount owed by each Third-Party Defendant pursuant to their first fee award from the Court in accordance with the formula approved by this Court on September 8, 2008 (D.E. # 2347). Also omitted was one irrelevant entry for $262.50 on September 22, 2009.

Dated: October 30, 2009	Respectfully submitted,


By /s/ Kathryn B. Walter

David J. Chizewer
Steven A. Levy
Kathryn B. Walter
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

Liaison Counsel for Third-Party Defendants and Counsel for Third-Party Defendant:

NATIONAL REAL ESTATE INFORMATION SERVICES

3

## **CERTIFICATE OF SERVICE**

I, Kathryn B. Walter, hereby certify that on this 30th day of October, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kathryn B. Walter