EXHIBIT A

.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before The Honorable Marvin E. Aspen |

## DECLARATION OF DAVID J. CHIZEWER

I, David J. Chizewer, declare and state as follows:

1.      I am a principal of the law firm Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd. ("Goldberg Kohn"), and I am counsel for Third-Party Defendant National Real Estate Information Services. Inc., in the above-captioned matter.  Goldberg Kohn, and specifically myself, Steven A. Levy, and Kathryn B. Walter (Ms. Walter recently replaced Kerry K. Nelson), have been appointed by this Court to act as Liaison Counsel to the Third-Party Defendants.

2.      I was admitted to practice in the State of Illinois in 1991 and remain in good standing before the Supreme Court of Illinois.

3.      Through September 30, 2009, Goldberg Kohn has performed work and incurred expenses associated with its role as Liaison Counsel to the Third-Party Defendants in the above-captioned lawsuit, for a total value of $52,757.48.  A print out of an Invoice

showing such fees and costs is attached hereto as Exhibit 1.[1]  The rates charged by Goldberg

Kohn have already been approved by the Court and are comparable to the rates charged by

other commercial law firms in Chicago, and the work reflected in Invoice attached hereto as

Exhibit 1 was necessary and appropriate to protect the Third-Party Defendants' interests in

this case.  The Invoice reflects the names of the attorneys and/or paralegals performing the

work, their hourly rates, the hours spent, and the work performed.  The Invoice also includes

the costs associated with this matter.  See Exhibit 1.

       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Executed on this 30th day of October, 2009.

David J. Chizewer

---

[1] Pursuant to this Court's Order of December 10, 2008, found at *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litig.*, 2008 WL 5170769, *4-*6 (N.D. Ill. Dec. 10, 2008), Liaison Counsel has not included the $9,012.50 that corresponds to time spent preparing their first fee petition or to determine the amount owed by each Third-Party Defendant pursuant to their first fee award from the Court in accordance with the formula approved by this Court on September 8, 2008 (D.E. # 2347).  Also omitted was one irrelevant entry for $262.50 on September 22, 2009.

EXHIBIT 1

.

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

Client: NATIONAL REAL ESTATE INFORMATION
SERVICES
Matter: LIAISON COUNSEL

**Matter No. 6312.002**

Proforma Template: m1/M1
Matter Opened: 04/28/2009
PAGE 1

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

**Proforma No. 217130**
**Proforma Date 10/22/09**

---

|  |  |  | **BILLABLE AMOUNTS THRU 09/30/09** |  |
|--|--|--|--|--|
|  |  |  |  | _W/O AMT_ |
| WORK ATTY: | DJC | 135 |  |  |
| BILL ATTY: | DJC | 135 | FEES: $  58,577.50 |  |
| PRACTICE AREA: Litigation - Federal Court ; over $75,000 |  |  |  |  |
| BILL CODE: | M |  | DISB:  3,454.98 |  |
| ARRANGEMENT: HOURLY |  |  | TOTAL:$  62,032.48 |  |

## ACTIVITY FROM INCEPTION

| | | | | FEES | COSTS |
|--|--|--|--|--|--|
| TOTAL FEES BILLED | $ | 29,747.50 | | | |
| TOTAL DISB BILLED | | 985.39 | | | |
| TOTAL AMTS BILLED | | 30,732.89 | | | |
| LESS AR WRITE OFFS | | .00 | A/R W/O : | .00 | .00 |
| LESS PAYMENTS RECD | | 4,012.04 | WIP W/O : | 1,257.50 | 76.95 |
| OUTSTANDING A/R BAL | $ | 26,720.85 | TOTAL W/O : | $  1,257.50 | $  76.95 |

---

ATTORNEY APPROVAL (INIT) _____

BILL ALL FEES _____       ALL DISB _____

BILL AS ADJUSTED _____       WRITE OFF FEES ONLY _____

HOLD BILL _____       WRITE OFF DISB ONLY _____

OVERRIDE INVOICE TEMPLATE FORMAT TO _____  TEMPORARY/PERMANENT

W/O & HOLDS OVER $400 GET FINANCE COMMITTEE APPROVAL (INIT) _____

SPECIAL BILLING INSTRUCTIONS: THIS 002 MATTER WILL BE BILLED QUARTERLY (THE COURT'S
QUARTERLY SCHEDULE: 3/8/09 THRU 6/9/09; 6/10/09 THRU 9/11/09; 9/12/09 THRU 12/13/09; 12/14/09
THRU 3/7/10) - THE CLIENT DOES NOT PAY THIS - IT IS SPLIT AMONG THE THIRD-PARTY
DEFENDANTS

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Matter Opened: 04/28/2009
PAGE 2

Proforma No. 217130

**REGARDING: LIAISON COUNSEL**

**FOR PROFESSIONAL SERVICES RENDERED**

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|-------|------|-------------|------|-------|--------|
| 001758185 | 07/02/09 | Calls to counsel for Plaintiffs and counsel for Defendants re proposed stipulation (.25); discuss same with DJC (.25) | KKD | 0.50 | 130.00 |
| 001759269 | 07/06/09 | Review stipulation on discovery and conference with KXD re same | DJC | 0.25 | 125.00 |
| 001758191 | 07/06/09 | Revise stipulation (.25); conference with DJC re same and email to B. Newman re same (.25) | KKD | 0.50 | 130.00 |
| 001759274 | 07/07/09 | Email exchange re stipulation on discovery | DJC | 0.25 | 125.00 |
| 001759277 | 07/08/09 | Email exchanges with Third-Party Defendants re stipulation on discovery and discovery plan (.50); conference with KXD re same (.25) | DJC | 0.75 | 375.00 |
| 001759029 | 07/08/09 | Attention to filing of joint stipulation re discovery (.25); correspond with DJC re same (.25); attention to emails from Third-Party Defendants re stipulation (.25); attention to correspondence from underwriters' committee (.25); attention to emails re joint stipulation to Third-Party Defendants and conference with DJC re same (.50) | KKD | 1.50 | 390.00 |
| 001764175 | 07/08/09 | File stipulation re extension of time and proposed amended scheduling order and | MXE | 0.50 | 55.00 |

Client: NATIONAL REAL ESTATE                                    Matter No. 6312.002
INFORMATION SERVICES

                                                              Matter Opened: 04/28/2009
Third-Party Defendant Group                                                    PAGE 3
c/o Goldberg Kohn
David J. Chizewer                                              Proforma No. 217130
55 East Monroe Street
Suite 3300
Chicago, IL 60603

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|-------|------|-------------|------|-------|--------|
| | | proposed amended scheduling order and deliver courtesy copy of same to Mag. Judge Denlow 05 C 7097 | | | |
| 001760198 | 07/09/09 | Prepare for and participate in conference call re scheduling order (.50); offfice conference with KXD re strategy on same (1.50) | DJC | 2.00 | 1,000.00 |
| 001759034 | 07/09/09 | Conduct legal research in support of Third-Party Defendants' motion to dismiss (3.00); call with T. Lammert re alleged contract documents (.25); call with DJC and underwriters' committee re joint stipulation (.50); office conference with DJC re motion to dismiss strategy (.50) | KKD | 4.25 | 1,105.00 |
| 001759041 | 07/10/09 | Draft revised stipulation (1.25); review prior consolidated motion to dismiss briefing and ruling (.75) | KKD | 2.00 | 520.00 |
| 001764097 | 07/13/09 | Review and circulate draft stipulation to B. Newman | DJC | 0.50 | 250.00 |
| 001759526 | 07/13/09 | Conduct legal research re Ashcroft v. Iqbal pleading standard and breach of contract claims, pleading negligent misrepresentation and negligence claims and (4.00); draft motion to dismiss Fifth Amended Consolidated Third-Party Complaint (7.00) | KKD | 11.00 | 2,860.00 |
| 001764099 | 07/14/09 | Telephone conference with B. Newman and KKD re revision to order (.25); review | DJC | 1.00 | 500.00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 4

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|-------|------|-------------|------|-------|--------|
| | | stipulation and conference with KKD re same (.5); circulate same to Third-Party Defendant Steering Committee (.25) | | | |
| 001759528 | 07/14/09 | Conference with DJC re revised stipulation (.25); revise same (.25); call with B. Newman and DJC re revised stipulation (.25); revise and circulate same to Underwriters' counsel; (.25) conduct legal research re claims for professional negligence and negligent misrepresentation (1.0); continue drafting motion to dismiss (2.5) | KKD | 4.50 | 1,170.00 |
| 001764104 | 07/15/09 | Telephone conference with KXD re arguments on motion to dismiss (.25); attention to scheduling conference call (.25); email exchange with Steering Committee members re discovery stipulation (.25) | DJC | 0.75 | 375.00 |
| 001760022 | 07/15/09 | Conduct legal research re negligent misrepresentation and (3.0); conduct legal research re pleadings standards for negligent misrepresentation (.50); telephone conference with DJC re motion to dismiss arguments (.25); attention to email correspondence re revised stipulation (.50); draft motion to dismiss (5.75) | KKD | 10.00 | 2,600.00 |
| 001764106 | 07/16/09 | Telephone conference with Certain Third-Party Defendants re revised stipulation (.25); revise same (.50); telephone conference with KXD re same (.25) | DJC | 1.00 | 500.00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 5

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| **INDEX** | **DATE** | **DESCRIPTION** | **ATTY** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|---|
| 001760027 | 07/16/09 | Review and revise motion to dismiss (1.75); conference with DJC re same (.25) | KKD | 2.00 | 520.00 |
| 001764108 | 07/17/09 | Conference with KXD re motion to dismiss/revised stipulation issues | DJC | 0.50 | 250.00 |
| 001764111 | 07/19/09 | Edit motion to dismiss | DJC | 3.25 | 1,625.00 |
| 001764115 | 07/20/09 | Prepare for and lead conference call with counsel for Third-Party Defendants (1.5); work on discovery stipulation (.5); telephone conference with B. Newman re same (.25); conferences with KXD re same; continue work on motion to dismiss (2.0) | DJC | 4.25 | 2,125.00 |
| 001761454 | 07/20/09 | Review and revise motion to dismiss per DJC's comments (1.5); conduct legal research re ;<br><br>(.50); legal research re effect of MDL on pleading requirements (1.0); conference call with Third-Party Defendants re case status and strategy (.50); calls with B. Newman and DJC re revised stipulation (.25); revise stipulation and discuss same with DJC (.25); telephone conferences with DJC re motion to dismiss (.25); conduct legal additional research re discussion of title underwriters in Fourth Amended Complaint,<br><br>and pleading requirements in MDLs (3.25) | KKD | 7.50 | 1,950.00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 6

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|-------|------|-------------|------|-------|--------|
| 001764116 | 07/21/09 | Prepare for and lead telephone conference with Third-Party Defendants (.50); continue work on motion to dismiss (1.25); continue work on revised stipulation (.75); email exchange with Certain Third-Party Defendants re timing issues in stipulation and work on motion to stay discovery (.50) | DJC | 3.00 | 1,500.00 |
| 001761464 | 07/21/09 | Review DJC's edits to motion to dismiss (.25); conference call with DJC and Third-Party Defendants (.50); draft motion for entry of revised order (.75); emails to Third-Party Defendants re motion to dismiss and revised stipulation (.25) | KKD | 1.75 | 455.00 |
| 001764122 | 07/22/09 | Attention to emails to Third-Party Defendants re production timing and stipulation | DJC | 0.50 | 250.00 |
| 001762050 | 07/22/09 | Call with G. Flynn re suggested edits to motion to dismiss (.25); emails to Third-Party Defendants re edits to motion to dismiss and summary of conference calls (1.00); review Court's ruling on Plaintiffs' preliminary injunction ruling (.25); draft fee petition for first quarter invoices as Liaison Counsel (.75) | KKD | 2.25 | 585.00 |
| 001764124 | 07/23/09 | Review agreed motion for revised stipulation (.25); review update to Third-Party Defendants who missed previous call (.25); review suggested revisions to motion to dismiss (.25) | DJC | 0.75 | 375.00 |

Client: NATIONAL REAL ESTATE                                           Matter No. 6312.002
INFORMATION SERVICES

                                                                   Matter Opened: 04/28/2009
Third-Party Defendant Group                                                        PAGE 7
c/o Goldberg Kohn
David J. Chizewer                                                   Proforma No. 217130
55 East Monroe Street
Suite 3300
Chicago, IL 60603

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 001762057 | 07/23/09 | Attention to invoice for Liaison Counsel role (.25); call from B. Newman re filing of amended stipulation and scheduling order (.25); file amended stipulation and scheduling order (.25); draft motion for approval of Liaison Counsel fees (1.75); email to Third-Party Defendants re summary of conference calls (.50) | KKD | 3.00 | 780.00 |
| 001766275 | 07/24/09 | Review revised scheduling order (.25); (1.25); review motion for fees declaration (.5) | DJC | 2.00 | 1,000.00 |
| 001762979 | 07/24/09 | Attention to 7/24/09 order; correspond with DJC re fee petition | KKD | 0.25 | 65.00 |
| 001766280 | 07/27/09 | Email exchange with various Third-Party Defendants re filing response to Fifth Amended Complaint | DJC | 0.25 | 125.00 |
| 001763416 | 07/27/09 | Attention to fee request and Third-Party Defendant invoice | KKD | 0.75 | 195.00 |
| 001766286 | 07/28/09 | and conference with KXD re same and re motion to dismiss (1.0); review comments to motion to dismiss (.25); finalize motion for fees (.25) | DJC | 1.50 | 750.00 |
| 001764310 | 07/28/09 | Office conference with DJC re edits to motion to dismiss (.25); revise motion for | KKD | 1.75 | 455.00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 8

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|-------|------|-------------|------|-------|--------|
| | | fees and supporting declaration (1.0); | | | |
| | | (.25); conference with DJC re same (.25) | | | |
| 001766288 | 07/29/09 | | DJC | 0.50 | 250.00 |
| | | .25); attention to issues re scheduling Rule 26(f) conference (.25) | | | |
| 001764781 | 07/29/09 | Attention to filing of motion for approval of Liaison Counsel fees and expenses and correspond with DJC re Rule 26(f) conference | KKD | 0.25 | 65.00 |
| 001766294 | 07/30/09 | Review edits to memorandum in support of motion to dismiss and finalize same with KXD (.75); review motion and conference with KXD re same (.25); | DJC | 1.75 | 875.00 |
| | | (.5); attention to scheduling Rule 26(f) conference and emails re same (.25) | | | |
| 001764935 | 07/30/09 | Call with DJC re edits to motion to dismiss (.25); review edits suggested by A. Fowerbaugh and R. Radasevich (1.50); office conference with DJC re edits to motion to dismiss (.50); call with G. Flynn re edits to motion to dismiss (.25) | KKD | 2.50 | 650.00 |
| 001766298 | 07/31/09 | Email exchanges with Third-Party Defendants re finalizing motion to dismiss (.75); work on footnote for brief re same (.25); email exchanges re Rule 26(f) conferences (.25); email exchange with B. Newman re motion presentment | DJC | 1.50 | 750.00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 9

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|-------|------|-------------|------|-------|--------|
| | | date (.25) | | | |
| 001765932 | 07/31/09 | (.75); attention to filing of motion to dismiss (.50) | KKD | 1.25 | 325.00 |
| 001770670 | 08/03/09 | Emails re Rule 26(f) conference | DJC | 0.25 | 125.00 |
| 001769127 | 08/04/09 | Correspond with DJC and KBW re 26(f) conference and compile relevant documents for KBW's review (.25); email to Third-Party Defendants re deadline to request documents (.25) | KKD | 0.50 | 130.00 |
| 001770679 | 08/05/09 | Telephone conference with KXD re preparation for Rule 26(f) conference (.50); email exchange with Third-Party Defendants re same (.25) | DJC | 0.75 | 375.00 |
| 001772142 | 08/05/09 | Review correspondence from Third-Party Defendants re Rule 26 conference | KBW | 0.25 | 80.00 |
| 001769396 | 08/05/09 | Attention to case management issues and call with DJC re same (.25); call to C. Motley (counsel for Third-Party Defendant) re discovery requests (.25); attention to emails re Rule 26(f) conference and confer with DJC re same (.25) | KKD | 0.75 | 195.00 |
| 001770684 | 08/06/09 | Prepare for and meet with A. Fowerbaugh, M. Andolina, C. Swing, KXD and KBW re Rule 26(f) conference (2.25); prepare for and conduct Rule 26(f) | DJC | 3.50 | 1,750.00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 10

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|-------|------|-------------|------|-------|--------|
| | | conference (1.25) | | | |
| 001772149 | 08/06/09 | Confer with KXD re taking over her role in case (1.00); attend meeting with DJC, KXD, A. Auerbach, and others to prepare for Rule 26(f) conference (2.25) | KBW | 3.25 | 1,040.00 |
| 001769694 | 08/06/09 | Telephone conference with M. Andolina, C. Swing, A. Fowerbaugh, DJC and KBW re 26(f) conference preparation (2.25); prepare for same (.25) | KKD | 2.50 | 650.00 |
| 001772216 | 08/07/09 | Work on summary of 08/06/09 Rule 26(f) conference (1.50); telephone conference with B. Newman re settlement of one-off claims (.50) | DJC | 2.00 | 1,000.00 |
| 001772222 | 08/08/09 | Work on summary of Rule 26(f) conference | DJC | 0.50 | 250.00 |
| 001772230 | 08/10/09 | Work on summary of Rule 26(f) conference | DJC | 0.50 | 250.00 |
| 001772238 | 08/11/09 | Finalize Rule 26(f) summary and email exchange with Third-Party Defendants re same (.75); meet with team re organizing Third-Party Defendant list and filing protocols (.75) | DJC | 1.50 | 750.00 |
| 001772160 | 08/11/09 | Attend meeting with DJC, KXD, ARH, DMO, and GAW re transitioning matter (0.75); discuss same with KXD (0.25); review Rule 26(f) summary (0.25) | KBW | 1.25 | 400.00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 11

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|-------|------|-------------|------|-------|--------|
| 001770537 | 08/11/09 | Meeting to discuss transition of Ameriquest matter (.50); review and circulate summary of Rule 26(f) conference (.25); discuss fee calculation assignment with NXB (.25); attention to transition of matter with ARH and DMO (.50); office conference with KBW re transition of matter (.25) | KKD | 1.75 | 455.00 |
| 001772245 | 08/12/09 | Draft proposed joint discovery plan | DJC | 1.25 | 625.00 |
| 001773881 | 08/14/09 | Work on scheduling order | DJC | 0.25 | 125.00 |
| 001773886 | 08/17/09 | Finalize scheduling order and email same to various parties (.50); conference with KBW re same (.25) | DJC | 0.75 | 375.00 |
| 001774737 | 08/18/09 | Review revisions from R. Radasevich re scheduling order (.25); telephone conference with KBW re same (.50); review same from A. Fowerbaugh (.25) | DJC | 1.00 | 500.00 |
| 001774744 | 08/19/09 | Attention to scheduling order issues | DJC | 0.25 | 125.00 |
| 001773842 | 08/19/09 | Review comments on Rule 26(f) draft (.5); confer with DJC re same (.25) | KBW | 0.75 | 240.00 |
| 001774745 | 08/20/09 | Attention to scheduling order issues and continuance of hearing (.25); conference with KBW re same (.25) | DJC | 0.50 | 250.00 |
| 001773847 | 08/20/09 | Review comments received from other Third-Party Defendants (1.0); draft | KBW | 1.75 | 560.00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 12

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| **INDEX** | **DATE** | **DESCRIPTION** | **ATTY** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|---|
| | | correspondence re same (.75) | | | |
| 001774522 | 08/20/09 | Review and revise motion for extension to submit scheduling order | SAL | 0.25 | 122.50 |
| 001776415 | 08/26/09 | Email exchange re draft scheduling order | DJC | 0.50 | 250.00 |
| 001775204 | 08/26/09 | Revise draft joint discovery plan | KBW | 1.50 | 480.00 |
| 001776422 | 08/27/09 | Email exchange re scheduling order | DJC | 0.25 | 125.00 |
| 001775206 | 08/27/09 | Confer with parties re edits to joint discovery plan and Second Agreed Motion to Extend Time to File Joint Discovery Plan | KBW | 0.25 | 80.00 |
| 001780982 | 09/01/09 | Prepare for and telephone conference with Steering Committee groups re discovery plan (1.00); conference with KBW re same (.25) | DJC | 1.25 | 625.00 |
| 001781427 | 09/01/09 | Prepare for telephone conference re joint discovery plan (.75); attend same (.50); revise KXD's motion to withdraw (N/C) | KBW | 1.25 | 400.00 |
| 001780990 | 09/02/09 | Review discovery plan and email to group re same | DJC | 0.25 | 125.00 |
| 001781428 | 09/02/09 | Review revised joint discovery plan and telephone conference with G. Flynn re possibility of offers of judgment | KBW | 0.25 | 80.00 |
| 001788084 | 09/02/09 | File Notice and Motion by Third-Party Defendant National Real Estate | MXE | 0.50 | 55.00 |

Client: NATIONAL REAL ESTATE INFORMATION SERVICES

Matter No. 6312.002

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Matter Opened: 04/28/2009
PAGE 13

Proforma No. 217130

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|-------|------|-------------|------|-------|--------|
| | | Defendant National Real Estate Information Services' to Withdraw the Appearance of Kerry D. Nelsen; deliver a courtesy copy of same. 05 C 7097 | | | |
| 001781435 | 09/03/09 | Review recent pleadings | KBW | 0.25 | 80.00 |
| 001782778 | 09/08/09 | Conference with KBW re response to motion to dismiss and update for Third-Party Defendants | DJC | 0.50 | 250.00 |
| 001781445 | 09/08/09 | Review opposition to motion to dismiss filed by Defendants and prior court order granting in part and denying in part motion to dismiss Third Amended Consolidated Complaint (2.00); review papers re fee request and prepare to draft bills for Liaison Counsel fees (0.50); conference with DJC re same (0.25) | KBW | 2.75 | 880.00 |
| 001781452 | 09/09/09 | Conference with DJC re procedure for drafting reply, updating TPDs re status of case, and other items | KBW | 1.25 | 400.00 |
| 001781456 | 09/10/09 | Draft email to Third-Party Defendants re scheduling order and status | KBW | 0.50 | 160.00 |
| 001788098 | 09/10/09 | File Notice and Motion for Extension of Time to File Reply in Support of Motion to Dismiss; deliver a courtesy copy to Judge Aspen 05 C 7097 | MXE | 0.50 | 55.00 |
| 001788599 | 09/10/09 | Review all transactions and total all transactions per Third-Party Defendants | NXB | 7.00 | 1,225.00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 14

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 001788600 | 09/11/09 | Tally transactions per defendant per KBW request | NXB | 2.50 | 437.50 |
| 001788606 | 09/14/09 | Tally up all transactions per defendant | NXB | 3.00 | 525.00 |
| 001785078 | 09/15/09 | Review materials to draft fee letter to Third-Party Defendants (.25); draft same (.5) | KBW | 0.75 | 240.00 |
| 001789392 | 09/15/09 | Edit chart of Third-Party Defendants and tally all transcations | NXB | 6.00 | 1,050.00 |
| 001788607 | 09/16/09 | Review all transaction counts for Third-Party Defendants | NXB | 7.00 | 1,225.00 |
| 001785079 | 09/17/09 | Review chart of Third-Party Defendants from NXB and communicate with NXB and DJC re same (.5); communicate with new Third-Party Defendants re applicable orders (.25); revise draft correspondence to all Third-Party Defendants re fees (.25) | KBW | 1.00 | 320.00 |
| 001788614 | 09/17/09 | Finalize chart of transactions per DJC request; email from/to KBW re Third-Party Defendants with no transactions | NXB | 2.50 | 437.50 |
| 001785080 | 09/18/09 | Finalize email to Third-Party Defendants re fees (.75); confer with NXB, DJC, and K. Nelson re same (.5); review chart prepared by NXB for same purpose (.75) | KBW | 2.00 | 640.00 |
| 001789395 | 09/18/09 | Email from/to KWB re additional Third-Party Defendants transactions to spreadsheet; tally additional Third-Party | NXB | 1.50 | 262.50 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

PAGE 15

Proforma No. 217130

| INDEX | DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|-------|------|-------------|------|-------|--------|
| | | Defendants per KBW request | | | |
| 001785082 | 09/20/09 | Prepare draft reply in support of motion to dismiss and review relevant law and briefing re same | KBW | 1.00 | 320.00 |
| 001785083 | 09/21/09 | Prepare draft reply in support of motion to dismiss and review relevant law and briefing re same | KBW | 2.25 | 720.00 |
| 001785085 | 09/22/09 | Finalize fee email and accompanying spreadsheet (.25); draft reply in support of motion to dismiss (.5) | KBW | 0.75 | 240.00 |
| 001788620 | 09/22/09 | Search for Pascreta files in DM5 and filesurf; prepare document production per KBW request | NXB | 1.50 | 262.50 |
| 001786028 | 09/23/09 | Review motion to dismiss and response and strategize re reply brief (1.00); conferences with KBW re same and re reply brief strategy (.50) | DJC | 1.50 | 750.00 |
| 001785086 | 09/23/09 | Draft reply in support of motion to dismiss (3.25); confer with DJC re same (.5); finalize fee email and supporting Excel spreadsheet (.25) | KBW | 4.00 | 1,280.00 |
| 001788622 | 09/23/09 | Review all third-Party Defendants transactions and Third-Party Defendants per KBW request; meet with KBW re same | NXB | 2.00 | 350.00 |
| 001785088 | 09/24/09 | Review communications from other Third-Party Defendants (.5); draft reply in | KBW | 1.50 | 480.00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 16

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| **INDEX** | **DATE** | **DESCRIPTION** | **ATTY** | **HOURS** | **AMOUNT** |
|-----------|----------|-----------------|----------|-----------|------------|
| | | support of motion to dismiss (1.0) | | | |
| 001786035 | 09/25/09 | Respond to various inquiries re status and fees from Third-Party Defendants | DJC | 0.25 | 125.00 |
| 001785089 | 09/25/09 | Correspond with other Third-Party Defendants re fees (.5); draft reply in support of motion to dismiss (2.75); review all cases cited by Defendants in support of same (2.5) | KBW | 5.75 | 1,840.00 |
| 001786037 | 09/26/09 | Review draft reply brief and email to KBW re same | DJC | 1.00 | 500.00 |
| 001784806 | 09/26/09 | Draft reply brief in support of motion to dismiss | KBW | 8.00 | 2,560.00 |
| 001785752 | 09/28/09 | Revise reply in support of motion to dismiss (.25); circulate same to Third-Party Defendants (.25) | KBW | 0.50 | 160.00 |
| 001785754 | 09/29/09 | Confer with DMO and GAW re keeping track of incoming checks for attorneys' fees | KBW | 0.25 | 80.00 |

**TOTAL FOR SERVICES**                    $ 58,577.50

+ DENOTES PARALEGAL

---

### DISBURSEMENTS FOR YOUR ACCOUNT

| **INDEX** | **CODE** | **DATE** | **DESCRIPTION** | **AMOUNT** |
|-----------|----------|----------|-----------------|------------|
| ****** | E101 | 08/06/09 | Document Reproduction | 0.80 |
| ****** | E104 | 07/23/09 | Telecopy Charges | 3.00 |

Client: NATIONAL REAL ESTATE INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 17

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

| INDEX | CODE | DATE | DESCRIPTION | AMOUNT |
|-------|------|------|-------------|--------|
| ****** | E105 | 07/21/09 | Long Distance Telephone Charges | 0.06 |
| ****** | E105 | 07/27/09 | Long Distance Telephone Charges | 0.17 |
| ****** | E105 | 07/28/09 | Long Distance Telephone Charges | 0.06 |
| ****** | E105 | 08/06/09 | Long Distance Telephone Charges | 0.06 |
| ****** | E105 | 09/10/09 | Long Distance Telephone Charges | 0.06 |
| ****** | E106 | 07/09/09 | Lexis-Nexis Legal Search Charges Invoice # 0906000063  06/30/2009 | 179.52 |
| ****** | E106 | 07/09/09 | Lexis-Nexis Legal Search Charges Invoice # 0906000063  06/30/2009 | 203.83 |
| ****** | E106 | 08/11/09 | Lexis-Nexis Legal Search Charges Invoice # 0907045373  07/31/2009 | 161.74 |
| ****** | E106 | 08/11/09 | Lexis-Nexis Legal Search Charges Invoice # 0907045373  07/31/2009 | 2,603.36 |
| ****** | E106 | 09/11/09 | Lexis-Nexis Legal Search Charges Invoice # 0908034063  08/31/2009 | 217.68 |
| ****** | E123 | 07/29/09 | Search Fees - - VENDOR: Pacer Service Center | 35.36 |
| ****** | E123 | 07/29/09 | Search Fees - - VENDOR: Pacer Service Center | 47.84 |
| ****** | E123 | 07/29/09 | Search Fees - - VENDOR: Pacer Service Center | 1.44 |

|  |  |  | TOTAL DISBURSEMENTS | $ 3,454.98 |
|--|--|--|---------------------|------------|
|  |  |  | TOTAL THIS STATEMENT | $ 62,032.48 |

## PREVIOUS STATEMENTS OUTSTANDING

| BILL NO | DATE | AMOUNT BILLED | AMOUNT RECEIVED | CREDIT ADJUSTMENT | BALANCE |
|---------|------|---------------|-----------------|-------------------|---------|
| 187871 | 07/21/09 | 30,732.89 | 4,012.0 | 0.00 | 26,720.85 |

|  |  |  | TOTAL AMOUNT OUTSTANDING | $ | 26,720.85 |
|--|--|--|--------------------------|---|-----------|
|  |  |  | LESS UNALLOCATED PREPAYMENTS |  | .00 |

Client: NATIONAL REAL ESTATE
INFORMATION SERVICES

Matter No. 6312.002

Matter Opened: 04/28/2009
PAGE 18

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Proforma No. 217130

TOTAL THIS STATEMENT      $ 88,753.33

Client: NATIONAL REAL ESTATE INFORMATION SERVICES

Matter No. 6312.002

Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Matter Opened: 04/28/2009
PAGE 19

Proforma No. 217130

-------------------------------------------------- ATTORNEY SUMMARY --------------------------------------------------

| ATTORNEY | TITLE | RATE | HOURS | AMOUNT |
|---|---|---:|---:|---:|
| David J. Chizewer | PARTNER | 500.00 | 44.75 | 22,375.00 |
| Kathryn B. Walter | ASSOCIATE | 320.00 | 43.00 | 13,760.00 |
| Kerry K. Nelson | ASSOCIATE | 260.00 | 63.00 | 16,380.00 |
| Mike Evans+ | PROJECT ASSIST | 110.00 | 1.50 | 165.00 |
| Natalia Barrera+ | PARALEGAL | 175.00 | 33.00 | 5,775.00 |
| Steven A. Levy | PARTNER | 490.00 | 0.25 | 122.50 |
| TOTAL TIME | | | 185.50 | $58,577.50 |