# **EXHIBIT B**

to

Amended Complaint

# CHARLES M. BAIRD
ATTORNEY AT LAW
235 PEACHTREE STREET, SUITE 400
ATLANTA, GEORGIA 30303-1400

TELEPHONE (404) 287-2383
DIRECT DIAL (404) 522-9485

627-7056
FACSIMILE (404) 589-0488
charlesmbaird@att.net

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7004 2890 0003 4833 9279

November 6, 2006

Deutsche Bank National Trust Company, as Trustee
1761 East Saint Andrew Place
Santa Ana, California 92705-4934

      Re:    Deutsche Bank National Trust Company, as Trustee of Ameriquest Securities, Inc., Asset Backed Pass Through Certificates, Series 2004-R2 under the Pooling and Servicing Agreement dated as of March 1, 2004, Without Recourse

           Loan No. 0068111764-5589
           Transaction Between Annette M. Lindsey and Ameriquest Mortgage Company, Dated January 24, 2004, Involving Note and Security Deed

Dear Sir/Madam:

      I represent Annette M. Lindsey ("Ms. Lindsey") with regard to the January 24, 2004, transaction referenced above ("Transaction"). I have been authorized by Ms. Lindsey to rescind the Transaction and hereby exercise that right on her behalf pursuant to the Truth in Lending Act ("TILA"), 15 U.S.C. §1635, and Regulation Z, 12 C.F.R. §226.23. Under TILA, this rescission is effective as to all aspects of the Transaction, including all documents signed in connection therewith, and automatically and immediately places the parties in the status quo ante, i.e., in their pre-contractual positions, before the Transaction was entered into. This rescission is specifically directed toward, and immediately renders void and unenforceable, without the necessity of a court order, any arbitration agreement relevant to the Transaction.

      Ms. Lindsey has a present right to rescind the Transaction because she was not provided with proper disclosure of either the material credit terms in the Transaction or her right to rescind the Transaction. For example, Ms. Lindsey did not receive a legally sufficient Notice of Right to Cancel.

Deutsche Bank National Trust Company, as Trustee
November 6, 2006
2

      You have twenty days after receipt of this letter to return to my client all monies paid by her in the Transaction and to take any action necessary to reflect the termination of any security interest created under the Transaction.

                                                      Sincerely,

                                                     Charles M. Baird