IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-7097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, et al.,<br>    Third-Party Plaintiffs,<br><br> v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, et al.,<br><br>    Third-Party Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

David T. Ballard, pursuant to LR 83.17, hereby requests leave to withdraw as counsel for Third-Party Defendants, Ace Mortgage Funding, Inc., ("Ace"), and Archer Land Title, Inc. ("Archer"), in the above-captioned lawsuit. In support of this motion, attorney Ballard states as follows:

  1.  On December 5, 2007, attorney Ballard filed an appearance on behalf of Ace and Archer, and has represented Ace and Archer in this action.

  2.  On November 5, 2008, Ace and Archer filed voluntary petitions in the United States Bankruptcy Court for the District of Delaware under Chapter 7 of Title 11 of the United States Code.

3. On November 10, 2008, Ace and Archer filed Suggestions of Bankruptcy with this Court.

4. Because of the bankruptcy proceedings filed by Ace and Archer, it has been requested that attorney Ballard withdraw his appearance in this case. Therefore, attorney Ballard now seeks to withdraw his appearance.

5. Accordingly, attorney Ballard requests leave to withdraw as counsel for Ace and Archer, and requests that his appearances be withdrawn, *instanter*.

6. No trial date has been scheduled in this matter, and leave to withdraw is not requested to delay or hinder the lawsuit.

7. Ace and Archer, through the bankruptcy trustee, have been advised of this request to withdraw and have indicated that they do not object to this Motion.

WHEREFORE, David T. Ballard respectfully requests that he be given leave to withdraw as counsel for Third-Party Defendants, Ace Mortgage Funding, Inc. and Archer Land Title, Inc., and that his appearance be withdrawn, *instanter*.

Respectfully submitted,

*s/David T. Ballard*
David T. Ballard
**BARNES & THORNBURG LLP**
One North Wacker Drive
Suite 4400
Chicago, IL 60606
Phone: (312) 357-1313
Fax: (312) 759-5646

*Attorneys for Third-Party Defendants Ace Mortgage Funding, Inc. and Archer Land Title, Inc.*

## **CERTIFICATE OF SERVICE**

I, David T. Ballard, hereby certify that on this 4th day of November, 2009, a true and correct copy of the foregoing, Motion for Leave to Withdraw as Counsel, was filed electronically, using the Court's ECF/electronic mailing system. Notice of this filing will be sent via electronic mail to all counsel of record by operation of the Court's electronic filing system. Also, notice of this filing will be sent via First Class Mail, proper postage prepaid, from One North Wacker Drive, Chicago, Illinois, to the following attorneys:

>John T. Carroll, III
>Cozen O'Connor
>1201 North Market Street
>Suite 1400
>Wilmington, Delaware 19801

By: /s/ *David T. Ballard*
David T. Ballard

CHDS01 DTB 535308v1