# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-7097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| AMERIQUEST MORTGAGE COMPANY, et al.,<br>              Third-Party Plaintiffs,<br><br>   v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, et al.,<br><br>              Third-Party Defendants. | |

## NOTICE OF MOTION

To:    All Counsel of Record

      **PLEASE TAKE NOTICE** that on the **10th** day of **November**, **2009**, at **10:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, and present **Motion for Leave to Withdraw as Counsel**, a copy of which is attached hereto and hereby served upon you.

                                      Respectfully submitted,

                                      *s/David T. Ballard*
                                      David T. Ballard
                                      **BARNES & THORNBURG LLP**
                                      One North Wacker Drive
                                      Suite 4400
                                      Chicago, IL 60606
                                      Phone: (312) 357-1313
                                      Fax: (312) 759-5646

                                      *Attorneys for Third-Party Defendants Ace*
                                      *Mortgage Funding, Inc. and Archer Land*
                                      *Title, Inc.*

## **CERTIFICATE OF SERVICE**

      I, David T. Ballard, hereby certify that on this 4th day of November, 2009, a true and correct copy of the foregoing, Notice of Motion for Motion for Leave to Withdraw as Counsel, was filed electronically, using the Court's ECF/electronic mailing system. Notice of this filing will be sent via electronic mail to all counsel of record by operation of the Court's electronic filing system. Also, notice of this filing will be sent via First Class Mail, proper postage prepaid, from One North Wacker Drive, Chicago, Illinois, to the following attorneys:

> John T. Carroll, III
> Cozen O'Connor
> 1201 North Market Street
> Suite 1400
> Wilmington, Delaware 19801

                By:    /s/ *David T. Ballard*
                            David T. Ballard