**FILED**
OCT 3 0 2009
Oct 30 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | AMERIQUEST MDL No. 05-7097 |
| TODD BROWN and STEPHANIE BROWN, | MDL No. 1715<br>Lead Case No. 07-CV-788 |
| Plaintiffs, | Centralized before<br>The Honorable Marvin E. Aspen |
| vs. | Case No. 1:08-CV-175 |
| AMERIQUEST MORTGAE CO., a Delaware Corporation, ACC CAPITAL HOLDINGS CORP., a Delaware corporation; TOWN AND COUNTRY CREDIT CORP., a Delaware corporation; and AMC MORTGAGE SERVICES, INC., formerly Bedford Home Loans, a Delaware corporation, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COME Plaintiffs, by and through counsel, and pursuant to Rule 2-1009 of the Illinois Code of Civil Procedure, and hereby dismiss with prejudice all claims asserted in this case against the Defendants.

This the 27th day of October, 2009.

Ellis B. Drew, III
NC State Bar No. 12934
Attorney for Plaintiffs
Wells Jenkins Lucas & Jenkins PLLC
155 Sunnynoll Court, Suite 200
Winston-Salem, NC 27106
Telephone: (336) 725-2900
Facsimile: (336) 724-1226
BoD@wellsjenkins.com

## CERTIFICATE OF SERVICE

I, Ellis B. Drew, III, do hereby certify that I have on this day served a copy of the foregoing *Notice Of Voluntary Dismissal With Prejudice* upon the following persons by placing a copy of the same in the United States Mail, first-class, postage prepaid and properly addressed as follows:

>Jonathan M. Bondurant, Jr.
>Haynsworth Sinkler Boyd, P.A.
>P.O. Box 2048
>Greenville, SC 29602-2048
>
>Brian H. Newman
>Buchalter Nemer
>1000 Wilshire Boulevard, Suite 1500
>Los Angeles, CA 90017-2457

This the 27th day of October, 2009.

_____
Ellis B. Drew, III
NC State Bar No. 12934
Attorney for Plaintiffs
Wells Jenkins Lucas & Jenkins PLLC
155 Sunnynoll Court, Suite 200
Winston-Salem, NC 27106
Telephone: (336) 725-2900
Facsimile: (336) 724-1226
BoD@wellsjenkins.com