**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-CV -07097 |
| _____ | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| _____ | |

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; TOWN & COUNTRY CREDIT CORPORATION, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,

Third-Party Plaintiffs,

v.

NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation; A TITLE ESCROW COMPANY, INC., an Illinois corporation; ATM CORPORATION OF AMERICA, a Pennsylvania corporation; AVALON ABSTRACT CORP., a New York corporation; B & S SERVICES, LLC, a limited liability company; BLACKSTONE NATIONAL TITLE, LLC, a limited liability company; CAROLYN T. DALEY, an individual; CESAR GAITAN, an individual; CHICAGO TITLE COMPANY; CLOSENET, LLC, a Michigan limited liability company; COMMONWEALTH LAND TITLE COMPANY, a California corporation; COMPLETE TITLE SOLUTIONS, INC., a Florida corporation; DAVID B. CARROLL, P.C., a professional corporation; ASSOCIATED LAND TITLE, LLC; DEWRELL SACKS, LLP, a limited liability partnership; DEY SMITH & COLLIER LLC, Connecticut limited liability company; EQUITY SETTLEMENT SERVICES, INC., a New York corporation;

FIDELITY NATIONAL TITLE COMPANY, a
California corporation; FIDELITY NATIONAL
TITLE INSURANCE COMPANY, a California
corporation; FIRST CHOICE SIGNING
SERVICE, LLC, a California limited liability
company; FIRST MERIT SETTLEMENT
SERVICES, INC., a Pennsylvania corporation;
GAIL A. MANY, an individual; GORDON
VIDELL, an individual; GUADALUPE CRUZ,
JR., an individual; HEIGHTS TITLE
AGENCY, Inc., a Ohio corporation; HOLLER
& HOLLER, LLC, a Connecticut limited
liability company; HOME-LAND TITLE &
ABSTRACT CO., INC., a Mississippi
corporation; ILENE K. CHAPEL, an individual;
INDIANA TITLE NETWORK COMPANY, an
Indiana corporation; JACKIE A. MARTINEZ,
an individual; JOHN WEBER &
ASSOCIATES, P.C., a New York professional
corporation; JOSHUA HILTIBIDAL, an )
individual; LAW OFFICE OF ANTHONY A.
SENERCHIA, SR. P.c., a Massachusetts
professional corporation; LAW OFFICE OF
JOSEPH E. NEALON, a limited liability
company; LAW OFFICES OF DANIEL J.
NIGRO, P.C., a professional corporation; LAW
OFFICES OF GREGORY T. LATTANZI,
LLC, a limited liability company; LAW
OFFICES OF JONATHAN P. ASH; LAW
OFFICES OF JOSEPH 1. D'AGOSTINO, JR.,
LLC, a Connecticut limited liability company;
LAW OFFICES OF MARC D. FOLEY, P.c., a
Massachusetts professional corporation; LAW
OFFICES OF MORRIS 1. OLMER; LAW
TITLE INSURANCE COMPANY, INC., an
Illinois corporation; LAWYERS TITLE
INSURANCE CORPORATION, a Virginia
corporation; LEE S. JACOBOWITZ, ESQ., an
individual; LYNNE A. LOVE, an individual;
MACKINNON & TAVANO, LLC, a
Connecticut limited liability company;
MARTIN M. HOCHMAN, an individual;
MICHAEL HOGAN, an individual; MIKE
SMITH, an individual; MORTGAGE
INFORMA TION SERVICES, INC., an Ohio
corporation; NATIONAL REAL ESTATE
INFORMA TION SERVICES OF NEW
JERSEY, INC., a New Jersey corporation;

NATIONAL REAL ESTATE INFORMATION
SERVICES, a Pennsylvania limited partnership;
NATIONS TITLE AGENCY OF ILLINOIS,
INC., an Illinois corporation; NATIONS TITLE
AGENCY OF MICHIGAN, INC., a Michigan
corporation; NATIONS TITLE AGENCY OF
MISSOURI, INC., a Missouri corporation;
NEW VISION TITLE AGENCY, LLC, a New
Jersey limited liability company; NIGRO
ASSOCIATES, LLC, a Massachusetts limited
liability company; PAUL D. BOUDREAU, an
individual; PERROTTA, CAHN & PRIETO,
P.C., a Georgia professional corporation; CA
DOC SIGNERS, a business entity form
unknown; PORTNOY AND GREENE, P.C., a
Massachusetts professional corporation;
RESIDENTIAL TITLE SERVICES, INC., an
Illinois corporation; RESOURCE TITLE, LLC,
a Maryland limited liability company; ROY W.
WALLER, an individual; SCHOP &
PLESKOW, LLP, a New York limited liability
partnership; SCOTT DRIER, an individual; )
SCOTT L. BRISCO, an individual; SCOTT
PARKHURST, an individual; SHANE
DELORENZE, an individual; SHEILA
DOLAN, an individual; SIERRA TITLE
COMPANY OF CAMERON AND WILLACY
COUNTIES, a Texas corporation; SPECIALTY
TITLE SERVICES, INC., an Illinois
corporation; STEWART TITLE OF SEATTLE,
LLC, a limited liability company; SUPERIOR
CLOSING SERVICES, LLC, a Connecticut
limited liability company; SYNODI VIDELL &
GREEN, LLC, a Connecticut limited liability
company; TAPALIAN & TADROS, P.C., a
professional corporation; TEK TITLE, LLC, an
Illinois limited liability company; TEXAS
NATIONS TITLE AGENCY, INC.; THE
MA TLUSKY FIRM, LLC, a Delaware limited
liability company; TIA M. MARTIN, an
individual; STUART H. SCHOENFELD, Esq.,
an individual; TOWNE & COUNTRY LAND
TITLE AGENCY, Inc., an Ohio corporation;
TRANSTAR NATIONAL TITLE, a Texas
corporation; TRIST AR TITLE, LLC, an Illinois
limited liability company; ELAYNE
PALANCIA, an individual; TURNKEY TITLE
CORPORATION, a Florida corporation;

VITAL SIGNING, INC., a California
corporation; WILLIAM J. PETZ, an individual;
5 STAR FINANCIAL INC.; A AMERICAN
FINANCIAL GROUP, INC.; ABSOLUTE
TITLE SERVICES, INC.; ACCESS TITLE,
LLC; ACRO MORTGAGE LLC;
ADVANTAGE EQUITY SERVICES, INC.;
ADVISOR MORTGAGE LLC; ALLEN A.
CURRIER; ALLIED HOME MORTGAGE
CAPITAL CORP.; ALPHA MORTGAGE
LENDING; AMERICAN ELITE FINANCIAL
INC.; AMERICAN PIONEER TITLE
INSURANCE COMPANY; AMERICAN
RESIDENTIAL MORTGAGE; AMERICARE
MORTGAGE CORPORATION; AMSTAR
MORTGAGE CORP.; B & P MORTGAGE,
INC.; BANKERS TITLE & ESCROW
AGENCY, INC.; BATTERSBY TITLE, INC.;
BEACON MORTGAGE SERVICES LLC;
BLS FUNDING CORP.; CBC COMPANIES;
CHICAGO MORTGAGE ACCEPTANCE;
CHICAGO TITLE INSURANCE COMPANY;
CHICAGO TITLE OF MICHIGAN; CHOICE
TITLE AGENCY, INC.; CISLO TITLE
COMPANY; CITYWIDE MORTGAGE PROS,
INC.; CITYWIDE TITLE CORPORATION;
CLASSIC HOME MORTGAGE CORP.;
COLONIAL TITLE & ESCROW INC.;
COMMONWEALTH LAND TITLE
INSURANCE COMPANY; CONNECTICUT
ATTORNEYS TITLE INSURANCE
COMPANY; CONNECTICUT CLOSING
SERVICES; CROSS COUNTRY LENDERS
LLC; CROWN MORTGAGE CORP.;
DESAUTELS, MAHONEY & KOHN, LLC;
DIRECT BANC MORTGAGE LLC; DREAM
HOUSE MORTGAGE CORP.; EDEN ROCK
MORTGAGE CORP.; ELDRIDGE
MORTGAGE COMPANY INC.; ENVISION
MORTGAGE SOLUTIONS INC.; EQUITY
SETTLEMENT SERVICES, INC.; EQUITY
SOLUTIONS INC.; FAIRFIELD MORTGAGE
INC.; FAIRWAY FINANCIAL GROUP LLC;
FIDELITY NATIONAL TITLE INSURANCE
COMPANY; FIDELITY NATIONAL TITLE
INSURANCE COMPANY OF NEW YORK;
FIDELITY TITLE AND ESCROW, INC.;
FIRST AMERICAN TITLE INSURANCE

COMPANY; FIRST USA FUNDING LLC; FRANK 1. MANNI; FREEDOM MORTGAGE TEAM, INC.; GENESIS MORTGAGE CORP.; GOLDMAN GRUDER & WOODS, LLC; GRAND MORTGAGE CORPORATION; GREAT AMERICAN MORTGAGE CORP.; GREAT LAKES MORTGAGE CO., LLC; GREAT LAKES NATIONAL MORTGAGE BANC INC.; GREAT LAKES NATIONAL MORTGAGE CO.; GREENWICH MORTGAGE CORP.; HAMILTON MORTGAGE CO.; HEIGHTS TITLE AGENCY, INC.; HILLARD N. EINBINDER; HWB INC.; ILLINOIS MORTGAGE FUNDING CORP.; INTEGRITY 1ST MORTGAGE; INVESTMENT MORTGAGE GROUP; JONES, DAMIA, KAUFMAN, BOROFSKY & DEPAUL LLC; TIMOTHY P. KENNEDY; L & S MORTGAGE LLC; LAKE FRONT MORTGAGE INC.; LANDSEL TITLE AGENCY, INC.; LAW OFFICES OF BORNER, SCOLA, BARUTI & VANCINI P.C.; LAW OFFICES OF MORRIS 1. OLMER; LAW OFFICES OF WILLIAM A. SNIDER; LAW TITLE INSURANCE COMPANY; LAWYERS TITLE INSURANCE CORPORATION; LAW TITLE INSURANCE AGENCY, INC.; LIBERTY FUNDING SERVICES INC.; LIBERTY TITLE & ESCROW COMPANY, INC.; LIETO & GREENBERG LLP; MANSFIELD MORTGAGE SERVICES INC.; MEDICI & SCIACCA, P.C.; METROPOLITAN TITLE COMPANY; MICHIGAN LAND TITLE AGENCY, INC.; MICHIGAN TRUST TITLE AGENCY, LLC; MIDLAND TITLE SECURITY, INC.; MIDWEST LAND TITLE COMPANY; MORTGAGE DEPOT; MORTGAGE GUARANTEE & TITLE COMPANY; MORTGAGE PROS USA; NATIONS TITLE AGENCY OF ILLINOIS; NATIONS TITLE AGENCY OF MICHIGAN, INC.; NATIONWIDE MORTGAGE; NORTHWEST TITLE AND ESCROW CORP.; OHIO BAR TITLE INSURANCE COMPANY; OHIO LENDING SOLUTIONS; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; OXFORD HOME MORTGAGE

5

LLC; P & L MORTGAGE, INC.; PAN
AMERICAN FUNDING GROUP INC.;
PARADISE FINANCIAL SERVICES LLC;
PATRIOT TITLE COMPANY, INC.;
PERROTTA, CAHN & PRIETO, P.c.;
PRECISION FINANCIAL INC.; PREMIER
TITLE AND ESCROW COMPANY, INC.;
PRIME PLUS MORTGAGE; QUALITY
TITLE AGENCY, INC.; REAGLE SEARCH &
SIGNATURE SERVICES, LLC; REPUBLIC
TITLE COMPANY; RESIDENTIAL TITLE
SERVICES, INC.; SEARCH2CLOSE OF
COLUMBUS, LLC; SETTE & BONADIES,
P.C.; FRED SETTE; STEWART TITLE
GUARANTY COMPANY; STEWART TITLE
INSURANCE COMPANY; STEWART TITLE
OF ILLINOIS; SUPREME FUNDING
MORTGAGE SERVICES INC.; KERRY A.
SUMNER; TAYLOR ABSTRACT
COMPANY; THE MORTGAGE EDGE INC.;
THE MORTGAGE STORE; TICOR TITLE
INSURANCE COMPANY; TITLE SOURCE,
INC.; TITLE WORKS, INC.; TITLE-TECH
NETWORKS, INC.; TOP CHOICE
MORTGAGE LLC; TOP FLITE FINANCIAL
INC.; TOWER FINANCIAL GROUP INC.;
TRANSNATION TITLE INSURANCE
COMPANY; TRAVIS MORTGAGE LLC;
TRIUNION TITLE, LLC; UNION
MORTGAGE SERVICES OF CLEVELAND,
INC.; UNIVERSAL HOME LENDING INC.;
WILLIAM HAJJ MORTGAGE COMPANY
LLC; and ESCROWS, INC., a Michigan
corporation *d/b/a* THE CLOSING OFFICE
a/k/a MICHIGAN TITLE COMPANY;
JUDSON HOLMES CO., a Michigan
corporation *d/b/a* PREFERRED LENDING
GROUP; ALABAMA REAL ESTATE LOAN
SERVICES; ALAMO TITLE COMPANY;
ALL FLORIDA TITLE; AMERI TITLE;
AMERICAN TITLE SERVICES, INC.;
ANCHOR TITLE, LLC; BORNER SCOLA
BARUTI VANCINI & SMITH PC;
BRIDGESPAN TITLE; CONSOLIDATED
TITLE; CRESENT TITLE; CT MORTGAGE
INFORMATION SERVICES; DATA
SEARCH; ASSOCIATED LAND TITLE, LLC;
EQUITITLE LLC; FIRST SUBURBAN TITLE

COMPANY; GEOFFREY B. GINN &
ASSOC.; HERITAGE TITLE; INTEGRITY
CLOSING SERVICE; JACOBOWITZ &
POTOSKY; CANDICE LANIER; LAW)
OFFICES OF NICHOLAS BARRETT; LAW
OFFICES OF GEORGE T. CROWLEY; LSI -
FIDELITY TITLE; PETER MARCHELOS;
NATIONS TITLE AGENCY OF THE
CAROLINAS; PRECISE TITLE AND
ESCROW; PRINCE BROTHERS, INC.;
PROGRESSIVE LAND TITLE; RESOURCE
PARTNERS, INC.; RICHMOND TITLE
SERVICES LP; SCOTT E. LAWRENCE,
ESQ.; STEWART TITLE SMI TEXAS; TITLE
ASSOCIATES; TITLE SPECIALISTS, INC.;
UDX; MIDWEST HOME FUNDING, LLC;
AMERICA'S DISCOUNT MORTGAGE;
STATESIDE FUNDING, LLC; DUNNRITE
MORTGAGE COMPANY, INC.;
LONGHORN MORTGAGE, LLC; ACCESS
MORTGAGE CORP., ATTORNEYS TITLE
INSURANCE FUND; BANKERS TRUST CO.
OF CALIFORNIA NATIONAL
ASSOCIATION; BOBBITT & ASSOCIATES;
BUYOWNER TITLE OF SOUTH FLORIDA,
INC.; CHICAGO TITLE INSURANCE CO.;
CLASSIC MORTGAGE SOLUTIONS; DANA
CAPITAL GROUP, INC.; DAYSTAR
LENDING SERVICE; ELECTRONIC
CLOSING SERVICES, INC.; FIRST
AMERICAN; FIRST SOURCE FINANCIAL;
GARFIELD MORTGAGE CORP.; JOEL
WILLIAMS LAW OFFICES; K.E.L. TITLE
INSURANCE AGENCY; LANDAMERICA
COMMONWEALTH; LANDAMERICA
LAWYERS TITLE; LAW OFFICES OF
RUSSO & WINCHOFF; LEGAL EASE, INC.;
LEXINGTON & CONCORD; MIDWEST
EQUITY FINANCIAL SERVICES;
NATIONAL REAL ESTATE; NETCO, INC.;
NETCO TITLE INSURANCE CO.;
NETWORK CLOSING SERVICES, INC.;
NEW VISION PA LAND TRANSFER; NPC;
OLDSTONE TITLE AGENCY, LLC;
PRESIDENTIAL TITLE, INC.;
PROFESSIONAL MOBILE CLOSERS; RELI,
INC.; RILI, INC. TITLE & CLOSING )
PROFESSIONALS; SECURITY UNION

TITLE INSURANCE CO.; SILK ABSTRACT
CO.; TAMAYO FINANCIAL SERVICE, INC.;
THE CHEATHAM GROUP; THE
MORTGAGE WORKS; TICOR TITLE
INSURANCE COMPANY OF FLORIDA;
TITLE GROUP; TITLE PROCESS GROUP;
TITLE TECH SERVICES, INC.; UNITED
GENERAL TITLE INSURANCE CO.;
WILSON TITLE AGENCY, LLC and DOES 1
through 100 inclusive,

Third-Party Defendants.

_____/

## ANSWER

**COMES NOW,** the Defendant, **K.E.L. TITLE INSURANCE AGENCY, INC.**

(hereinafter, the "Defendant"**),** by and through the undersigned counsel enters this Answer to

the Complaint filed by **IN RE AMERIQUEST MORTGAGE CO. MORTGAGE**

**LENDING PRACTICES LITIGATION** (the "Plaintiff").  With regards to the enumerated

allegations, Defendant answers as follows:

## THE PARTIES

1. Defendant admits

2. Defendant admits.

3. Defendant admits.

4. Defendant denies.

5. Defendant admits.

6. Defendant is without knowledge, therefore denies.

7. Defendant admits.

8. Defendant denies.

**General Allegations for Ameriquest's, Town & Country's and Argents's Claims Against
The Title Defendants**

9. Defendant is without knowledge, therefore denies.

10. Defendant admits.

11. Defendant admits.

12. Defendant is without knowledge, therefore denies.

13. Defendant denies.

14. Defendant denies.

15. Defendant denies.

16. Defendant denies.

17. Defendant denies.

18. Defendant denies.

**General Allegations for Argent's Claims Against The Mortgage Brokers**

19. Defendant is without knowledge, therefore denies.

20. Defendant is without knowledge, therefore denies.

21. Defendant is without knowledge, therefore denies.

22. Defendant is without knowledge, therefore denies.

23. Defendant is without knowledge, therefore denies.

**First Cause of Action**
**(Breach of Contract – Ameriquest and Town & Country Against the Title Defendants)**

24. Defendant restates and reincorporates their response.

25. Defendant admits.

26. Defendant denies.

27. Defendant denies

28. Defendant denies.

Case: 1:05-cv-07097 Document #: 3214 Filed: 11/10/09 Page 10 of 13 PageID #:37326

Second Cause of Action
**(Negligence – Ameriquest and Town & Country Against the Title Defendants)**

29. Defendant restates and reincorporates their response.

30. Defendant admits.

31. Defendant denies.

32. Defendant denies.

33. Defendant denies.

34. Defendant denies.

35. Defendant denies.

36. Defendant denies.

37. Defendant denies.

**<u>Third Cause of Action</u>**
**(Negligent Misrepresentation – Ameriquest and Town & Country Against the Title Defendants)**

38. Defendant restates and reincorporates their response.

39. Defendant denies.

40. Defendant denies.

41. Defendant denies.

42. Defendant denies.

43. Defendant denies.

44. Defendant denies.

45. Defendant denies.

**<u>Fourth Cause of Action</u>**
**(Breach of Contract – Argent Against the Title Defendants)**

46. Defendant restates and reincorporates their response.

47. Defendant denies.

48. Defendant denies.

49. Defendant denies.

50. Defendant denies.

**Fifth Cause of Action**
**(Breach of Contract – Argent Against Broker Defendants)**

51. Defendant restates and reincorporates their response.

52. Defendant is without knowledge, therefore denies.

53. Defendant is without knowledge, therefore denies.

54. Defendant is without knowledge, therefore denies.

55. Defendant is without knowledge, therefore denies.

56. Defendant is without knowledge, therefore denies.

**Sixth Cause of Action**
**(Negligence – Argent Against the Title Defendants)**

57. Defendant restates and reincorporates their response.

58. Defendant admits.

59. Defendant denies.

60. Defendant denies.

61. Defendant denies.

62. Defendant denies.

63. Defendant denies.

64. Defendant denies.

65. Defendant denies.

**Seventh Cause of Action**
**(Negligence – Argent Against Broker Defendants)**

66. Defendant restates and reincorporates their response.

67. Defendant is without knowledge, therefore denies.

68. Defendant is without knowledge, therefore denies.

69. Defendant is without knowledge, therefore denies.

70. Defendant is without knowledge, therefore denies.

71. Defendant is without knowledge, therefore denies.

72. Defendant is without knowledge, therefore denies.

## **Eighth Cause of Action**
### **(Negligent Misrepresentation – Argent Against Title Defendants)**

73. Defendant restates and reincorporates their response.

74. Defendant denies.

75. Defendant denies.

76. Defendant denies.

77. Defendant denies.

78. Defendant denies.

79. Defendant denies.

80. Defendant denies.

## **Ninth Cause of Action**
### **(Negligent Misrepresentation – Argent Against Broker Defendants)**

81. Defendant restates and reincorporates their response.

82. Defendant is without knowledge, therefore denies.

83. Defendant is without knowledge, therefore denies.

84. Defendant is without knowledge, therefore denies.

85. Defendant is without knowledge, therefore denies.

86. Defendant is without knowledge, therefore denies.

87. Defendant is without knowledge, therefore denies.

88. Defendant is without knowledge, therefore denies.

**WHEREFORE**, Defendant requests this court deny the relief requested by Plaintiff.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed and furnished a true and correct copy of the foregoing by first class U.S. Mail to:  Bernard E. LeSage, Esq., Buchalter Nemer, a P.C., 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-2457 and Thomas J. Wiegand, Winston & Strawn, LLP, 35 West Wacker Drive, Chicago, IL 60601, this 10th day of November, 2009.

__ /s/ Martha D. Bolton_____
Martha D. Bolton, Esq.
ARDC No. 6236736
Kaufman, Englett & Lynd, LLC
151 Wymore Rd. Ste. 2100
Altamonte Springs, FL  32714
Telephone:  (407) 513-1900
Facsimile:  (407) 513-1957
Attorney for Defendant,
**K.E.L. TITLE INSURANCE AGENCY, INC.**