# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of:                          Case Number: 05 CV 07097

AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendant Connecticut Attorneys Title Insurance Company

| | |
|---|---|
| NAME (Type or print) | Clark M. Stalker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | *s/ Clark M. Stalker* |
| FIRM | MECKLER BULGER TILSON MARICK & PEARSON LLP |
| STREET ADDRESS | 123 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP | Chicago, IL 60606 |
| TELEPHONE NUMBER | (312) 474-7900 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6201974 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |

M:\12370\pleading\Appearance2 - CMS.doc