**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL L. ENIX** <br> **MICHELLE L. ENIX** <br><br> **Plaintiffs** <br><br> v. <br><br> **AMERIQUEST MORTGAGE COMPANY, aka AMC MORTGAGE SERVICES, INC., et al** <br><br> **Defendants,** <br><br> **AMERICAN HOME MORTGAGE SERVICING, INC.,** <br><br> **Defendants,** <br><br> **DEUTSCHE BANK NATIONAL COMPANY as TRUSTEE** <br><br> **Defendants** <br><br> and <br><br> **CITI RESIDENTIAL LENDING INC., et al.** <br><br> **Defendants.** | Lead Case: 05 CV 7097 <br> (Individual Case: 07 CV 00907) <br> MDL No. 1715 <br><br> **CENTRALIZED BEFORE JUDGE MARVIN E. ASPEN** <br><br> <u>**AMENDED COMPLAINT**</u> |

Now comes the undersigned on behalf of Plaintiffs Michael and Michelle Enix ("Enix" or "Plaintiffs") to amend their Complaint to add Defendant American Home Mortgage Servicing Inc. ("AHMSI") and correctly identify Deutsche Bank National Trust Company as Trustee ("Deutsche Bank") for the Loan owner either by the individual holder or as part of a securitized trust or as a pooling and servicing agreement ("PSA") and remove Defendant Citi Residential Lending Inc. and corrects the caption to reflect these changes. Plaintiffs assert Claim One of Plaintiff's Amended Compliant (Docket

21) against Defendant AHMSI as representative or agent of assignee of the Loan accountable for the actions of Ameriquest. AHMSI is named as a party Defendant pursuant to the liability provisions of 15 U.S.C. § 1641(a).

## ADDITIONAL PARTIES

1. American Home Mortgage Services, Inc. ("AHMSI") is a Delaware corporation that is registered as a foreign corporation in the State of Ohio and whose principal place of business is Texas.

2. Deutsche Bank is a global investment and banking association organized and existing under the laws of the United States. As trustee Deutsche Bank acquires, holds and transfers mortgages on property as well as receives assignments of promissory notes, enforces the notes, by suit or otherwise, and forecloses on the mortgages as the Trustee for the owners of individual or consolidated notes and mortgages individually or part of a consolidated group of loans in a PSA.

## SUPPLEMENTAL STATEMENT OF FACTS

3. Plaintiffs reiterate and incorporate all allegations and statements set forth in the preceding paragraphs and all of the facts set forth in their original Complaint.

4. AHMSI, Deutsche Bank and any subsequent assignee of the Loan is accountable for the actions of Ameriquest as to the stated TILA violations pursuant to 15 U.S.C. § 1641(a).

5. AHMSI and/or Deutsche Bank are representatives or agents of the assignee of Plaintiffs' Loan.

6. Citi Residential ("Citi") has transferred and sold its servicing and any ownership rights it may have had on the mortgage loan that is the subject of this case to AHMSI.

7. AHMSI is a creditor or agent of a creditor who acquired Plaintiffs' Loan on or about February 2009.

8. AHMSI knew of allegations of predatory lending practices by Ameriquest for numerous loans made by Ameriquest at the time of its acquisition of loan assets from Ameriquest and Ameriquest Group and further knew of numerous lawsuits and claims there under by borrowers against Ameriquest and Ameriquest Group based on claims similar to Plaintiffs set forth in this complaint.

9. Deutsche as Trustee is the entity responsible for exercising oversight for distributions of payments to loan owners and as such knew or should have known allegations of predatory lending practices by Ameriquest for numerous loans made by Ameriquest at the time of its acquisition of loan assets from Ameriquest and Ameriquest Group and further knew of numerous lawsuits and claims there under by borrowers against Ameriquest and Ameriquest Group based on claims similar to Plaintiffs set forth in this complaint.

## FIRST CLAIM – TILA DISCLOSURE VIOLATIONS

10. Plaintiffs reiterate and incorporate all allegations and statements set forth in the preceding paragraphs and in Plaintiffs' Complaint.

11. This claim applies to AHMSI and/or Deutsche Bank as set forth in the First Claim of Plaintiffs' Amended Complaint. See ¶ 11-15.

WHEREFORE, Plaintiffs pray that the court enter judgment as follows:

- a. Confirm the rescission of the Loan transaction by Plaintiffs, including a declaration that the Ameriquest/Deutsche Bank Loan is void;
- b. Order AHMSI and/or Deutsche Bank to return any money or property given by anyone, including payments paid by the Plaintiffs in connection with the Loan;
- c. Award statutory damages of $2,000 for the TILA non-disclosures;
- d. Order a forfeiture of return of any loan proceeds to the Plaintiff;
- e. Offset any damages awarded to Plaintiffs against any amounts determined as owed by the Plaintiffs on the Loan pursuant to tender under the TILA rescission pursuant to 15 U.S.C. § 1635(c);
- f. Award all reasonable attorney's fee and costs pursuant to §§ 1640(c) and 1691(d); and
- g. Award such other relief at law or equity as this Court may deem just and proper.

Respectfully Submitted,

/s/ Charles J. Roedersheimer
Charles J. Roedersheimer (#0020273)

Thompson & DeVeny Co., LPA<br>
1340 Woodman Drive<br>
Dayton, Ohio 45432<br>
P: 937 252-2030<br>
F: 937 252-9425<br>
charles@thompsonanddeveny.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served by ECF/Electronic Filing on November 12th, 2009 on the following parties or by regular U.S. Mail Postage Prepaid as Follows:

By ECF/Electronic Filing:

Jeffrey M. Hendricks, Graydon, Head & Ritchey, 511 Walnut Street, 1900 Fifth Third Center, Cincinnati, Ohio 45201, *Attorney for Defendant Ameriquest Mortgage*

Robert A. Bartosh, Hathaway Perrett Webster Powers & Chrisman, 5450 Telegraph Road, Suite 200, PO Box 3577, Ventura, California 93006-3577, *Attorney for Defendant Ameriquest Mortgage/AMC*

George J. Annos Carlisle McNellie Rini Kramer & Ulrich, 24755 Chagrain Boulevard, Suite 200, Cleveland, Ohio 44122, *Attorney for Defendant Deutsche Bank National Trust Company*

Citi Residential Lending, 1 City Blvd. West, Suite 1500 Orange, CA 92868

US Postal Mail:

Michael & Michelle Enix, 2513 Embery Park Road, Dayton, Ohio 45414

/s/ Charles J. Roedersheimer<br>
Charles J. Roedersheimer