# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **ROCKWAY & JALIA STUDEBAKER**<br><br>    **Plaintiffs**<br><br>and<br><br>**CRISTOPHER & LISA MULLINS**<br><br>    **Plaintiffs**<br><br>v.<br><br>**AMERICAN HOME MORTGAGE SERVICING, INC.**<br><br>    **Defendants,**<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY as TRUSTEE in trust for the benefit of the Ceritificateholders for Ameriquest Mortgage Securities Inc. Asset Backed Pass-Through Cerificates, Series 2004-R12**<br><br>    **Defendants,**<br><br>    And,<br><br>**CITI RESIDENTIAL LENDING INC., et al.**<br><br>    **Defendants.** | Lead Case: 05 CV 7097<br>(Individual Case: 08 CV 00743)<br>MDL No. 1715<br><br>**CENTRALIZED BEFORE JUDGE MARVIN E. ASPEN**<br><br><u>**AMENDED COMPLAINT**</u> |

Now comes the undersigned on behalf of Plaintiffs' Rockway L. and Jalia L. Studebaker ("Studebakers") and Christopher and Lisa Mullins ("Mullins") (collectively "Plaintiffs") to amend their Complaint to add Defendant American Home Mortgage Servicing Inc. ("AHMSI") and Deutsche Bank National Trust Company, as Trustee in

trust for the benefit of the Certificateholders for Ameriquest Mortgage Securities Inc. Asset Backed Pass-Through Certificates, Series 2004-R12 ("Deutsche Bank") and remove Defendant Citi Residential Lending Inc. and to correct the caption to reflect these changes. Plaintiffs' assert Claim One against Defendants AHMSI and Deutsche as representatives or agents of assignee of the Loan accountable for the actions of Ameriquest. AHMSI is named as a party Defendant pursuant to the liability provisions of 15 U.S.C. § 1641(a).

## ADDITIONAL PARTIES

1. American Home Mortgage Services, Inc. ("AHMSI") is a Delaware corporation that is registered as a foreign corporation in the State of Ohio and whose principal place of business is Texas.

2. Deutsche Bank is a global investment and banking association organized and existing under the laws of the United States. As trustee Deutsche Bank acquires, holds and transfers mortgages on property as well as receives assignments of promissory notes, enforces the notes, by suit or otherwise, and forecloses on the mortgages as the Trustee for notes and mortgages, including the Studebakers Loan for the Asset Backed Trust Pooling and Servicing Agreement ("PSA").

## SUPPLEMENTAL STATEMENT OF FACTS

3. Plaintiffs reiterate and incorporate all allegations and statements set forth in the preceding paragraphs and all of the facts set forth in their original Complaint.

4. AHMSI and any subsequent assignee of the Loan is accountable for the actions of Ameriquest as to the stated TILA violations pursuant to 15 U.S.C. § 1641(a).

5. AHMSI is a representative or agent of the assignee of Plaintiffs' Loan.

6. Citi Residential ("Citi") has transferred and sold its servicing and any ownership rights it may have had on the mortgage loan that is the subject of this case to AHMSI.

7. AHMSI is a creditor or agent of a creditor who acquired Plaintiffs' Loan on or about February 2009.

8. AHMSI knew of allegations of predatory lending practices by Ameriquest for numerous loans made by Ameriquest at the time of its acquisition of loan assets from Ameriquest and Ameriquest Group and further knew of numerous lawsuits and claims

there under by borrowers against Ameriquest and Ameriquest Group based on claims similar to Plaintiffs set forth in this complaint.

9. Deutsche as Trustee is the entity responsible for exercising oversight for distributions of payments to loan owners and as such knew or should have known allegations of predatory lending practices by Ameriquest for numerous loans made by Ameriquest at the time of its acquisition of loan assets from Ameriquest and Ameriquest Group and further knew of numerous lawsuits and claims there under by borrowers against Ameriquest and Ameriquest Group based on claims similar to Plaintiffs set forth in this complaint.

## **FIRST CLAIM – TILA DISCLOSURE VIOLATIONS**

10. Plaintiffs reiterate and incorporate all allegations and statements set forth in the preceding paragraphs and in Plaintiffs' Complaint.

11. This claim applies to AHMSI as set forth in the First Claim of Plaintiffs' Complaint. See ¶ 115-122.

WHEREFORE, Plaintiffs pray that the court enter judgment as follows:

   a. Confirm the rescission of the Loan transaction by Plaintiffs, including a declaration that the Ameriquest/Deutsche Loan is void;
   b. Order AHMSI and/or Deutsche Bank to return any money or property given by anyone, including payments paid by the Plaintiffs in connection with the Loan;
   c. Award statutory damages of $2,000 for the TILA non-disclosures;
   d. Order a forfeiture of return of any loan proceeds to the Plaintiff;
   e. Offset any damages awarded to Plaintiffs against any amounts determined as owed by the Plaintiffs on the Loan pursuant to tender under the TILA rescission pursuant to 15 U.S.C. § 1635(c);
   f. Award all reasonable attorney's fee and costs pursuant to §§ 1640(c) and 1691(d); and
   g. Award such other relief at law or equity as this Court may deem just and proper.

Respectfully Submitted,

/s/Charles J. Roedersheimer_____
Charles J. Roedersheimer (#0020273)
Thompson & DeVeny Co., LPA
1340 Woodman Drive
Dayton, Ohio 45432
P: 937 252-2030
F: 937 252-9425
charles@thompsonanddeveny.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served by ECF/Electronic Filing on November 12th, 2009 on the following parties or by regular U.S.
Mail Postage Prepaid as Follows:

By ECF/Electronic Filing:

Jeffrey M. Hendricks, Graydon, Head & Ritchey, 511 Walnut Street, 1900 Fifth Third Center, Cincinnati, Ohio 45201, *Attorney for Defendant Ameriquest Mortgage*

Robert A. Bartosh, Hathaway Perrett Webster Powers & Chrisman, 5450 Telegraph Road, Suite 200, PO Box 3577, Ventura, California 93006-3577, *Attorney for Defendant Ameriquest Mortgage/AMC*

George J. Annos Carlisle McNellie Rini Kramer & Ulrich, 24755 Chagrain Boulevard, Suite 200, Cleveland, Ohio 44122, *Attorney for Defendant Deutsche Bank National Trust Company*

Citi Residential Lending, 1 City Blvd. We,t, Suite 1500 Orange, CA 92868

US Postal Mail:

Christopher & Lisa Mullins, 6828 Torrington Drive Franklin, OH 45005

Rockway & Jalia Studebaker , 244 Lewisburg-Western Road, Lewisburg, Ohio 45338

/s/Charles J. Roedersheimer_____
Charles J. Roedersheimer