## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 05CV7097     Assigned/Issued By: DAJ

Judge Name:     Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:** ☐ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other ____
☐ $455.00

Number of Service Copies ____     Date: ____

*(For use by Fiscal Department Only)*

Amount Paid: ____     Receipt #: ____

Date Payment Rec'd: ____     Fiscal Clerk: ____

---

### ISSUANCES

☑ Summons     ☐ Alias Summons
☐ Third Party Summons     ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
    ____
    *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets     ☐ Other
☐ Writ ____     ____
    *(Type of Writ)*     *(Type of issuance)*

2 Original and 0 copies on 11/13/09 as to JPMC,
    *(Date)*
DEUTSCHE BANK NATIONAL TRUST COMPANY.