**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**NOTICE OF PARTIAL DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT ALLIED HOME MORTGAGE CAPITAL CORP.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiffs Ameriquest Mortgage Company ("Ameriquest") and Argent Mortgage Company, LLC ("Argent") hereby dismiss their claims in the Fifth Amended Consolidated Third-Party Complaint, without prejudice, against Allied Home Mortgage Capital Corp. ("Allied Home Mortgage") solely to the extent Ameriquest's and Argent's claims relate to the David and Janet Wakefield loan. All other claims by Ameriquest and/or Argent in the Fifth Amended Consolidated Third-Party Complaint against Allied Home Mortgage shall remain and are not dismissed. The parties shall bear their own costs and attorneys' fees.

DATED: November 20, 2009

Respectfully submitted,

By: /s/ Joanne N. Davies
*Attorneys for Ameriquest Mortgage Company*
Joanne N. Davies, Esq.
BUCHALTER NEMER, A P.C.
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

2

| | |
|---|---|
| DATED: November 20, 2009 | Respectfully submitted, |
| | By: /s/ Thomas J. Wiegand |
| | *Attorneys for Argent Mortgage Company, LLC* |
| | Thomas J. Wiegand, Esq. |
| | WINSTON & STRAWN, LLP |
| | 35 W. Wacker Drive |
| | Chicago, IL 60601-9703 |
| | Telephone: (312) 558-5947 |
| | Facsimile: (312) 558-5700 |

## **CERTIFICATE OF SERVICE**

I, Joanne N. Davies, hereby certify that on this 20th day of November 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Joanne N. Davies