# EXHIBIT H



**Daniel S. Blinn**
**Attorney**
**Telephone (860) 571-0408 *ext* 101**
**Facsimile (860) 571-7457**
**dblinn@consumerlawgroup.com**

October 3, 2005

**VIA CERTIFIED MAIL - 70050390000153579792**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:                              Gary W. Steinmiller and Kelly Steinmiller
                                    Ameriquest Loan No: 0044147221-7376

Property Address:      13 Cards Mill Road, Columbia, CT 06237

To Whom It May Concern:

This office represents Gary W. Steinmiller and Kelly Steinmiller concerning the loan transaction which they entered into with Ameriquest Mortgage Company on March 21, 2003. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My clients' right to rescind this transaction is predicated upon the fact that the Notice of Right To Cancel with which they were provided was not filled out and accordingly did not list the date of the transaction nor the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Even if the notice of right to cancel had disclosed the date of the transaction and the deadline to rescind, it would still have been insufficient, because Ameriquest utilized the wrong form. Specifically, this mortgage loan refinanced a prior mortgage with Ameriquest. Section 226.23(b)(2) requires that the creditor provide the appropriate model form in Appendix H to the regulation or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest utilized Form H-8. The disclosures are different for loans where a third party

**CONSUMER**
**LAW GROUP** llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com
*Lawyers for the Rest of Us.*™

loan is being refinanced, and the appropriate disclosures were not made in this instance.

We look forward to your response.

Sincerely,

Daniel S. Blinn

cc:    Gary W. Steinmiller and Kelly Steinmiller

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

10|3

Steinmiller

Sent To
Ann Tran - AMC
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 7476 5357 0001 0490 0005

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town & Country Road, #200
Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
OCT 0 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
*(Transfer from service label)*
7005 0390 0001 5357 4792

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Steinmiller

*file*

Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

September 7, 2005

**VIA CERTIFIED MAIL - 70050390000153579624**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:     Benjamin R. Barboza and Manuel R. Barboza
        Loan No: 0043368737-5678

Property Address:     55 Cherry Hill Road, Norwich, CT 06360

To Whom It May Concern:

This office represents Benjamin R. Barboza and Manuel R. Barboza concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on April 22, 2003. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My clients' right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which there were provided was not filled out and accordingly did not list the date of the transaction nor the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

It is our view that the rescission is valid. Our clients have elected to continue making monthly payments. Please be advised that they do not intend to waive their rescission claim by continuing with their payments. Their payments should be treated as advances towards whatever tender obligations they may eventually owe.

We look forward to your response.

Sincerely,

Daniel S. Blinn



**CONSUMER
LAW GROUP** llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ☎ 571 ☎ 0408
fax 860 ☎ 571 ☎ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

cc:     Benjamin R. Barboza and Manuel R. Barboza

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA  92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA  90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT  06103



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town and Country Road, #200
Orange, CA 92868

2. Article Number
(Transfer from service label)

7005 0390 0001 5357 9624

PS Form 3811, August 2001          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail     □ Express Mail
   □ Registered         □ Return Receipt for Merchandise
   □ Insured Mail       □ C.O.D.

4. Restricted Delivery? (Extra Fee)        □ Yes

102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | 9/7/05 |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42  Barboza |

Sent To
  Barbo Ann Tran - AMQ
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

7005 0390 0001 5357 9624

PS Form 3800, June 2002          See Reverse for Instructions

**Daniel S. Blinn**
**Attorney**
**Telephone (860) 571-0408** *ext* **101**
**Facsimile (860) 571-7457**
**dblinn@consumerlawgroup.com**

June 7, 2005

**VIA CERTIFIED MAIL - 70042510000680262706**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:             Sallie L. Booth
                Ameriquest Loan No.: 0044303477-5678

Property Address:   12 Cedar Grove Ave
                New London, CT 06320

To Whom It May Concern:

This office represents Sallie L. Booth concerning the loan transaction, which she entered into with Ameriquest Mortgage Company on March 17, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which she was provided was not filled out and accordingly did not list the date of the transaction nor the final date by which she could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

It is our view that the rescission is valid. Our client has elected to continue making monthly payments. Please be advised that she does not intend to waive her rescission claim by continuing with her payments. Her payments should be treated as advances towards whatever tender obligations she might eventually owe.

We look forward to your response.

Sincerely,

Daniel S. Blinn



CONSUMER
LAW GROUP<sub>lc</sub>

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

cc:    Sallie L. Booth

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA  92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA  90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT  06103



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town and Country Rd, #200
Orange, CA  92868

2. Article Number
(Transfer from service label)
7004 2510 0006 8026 2706

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      □ Agent
                                       □ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   JUN 1 0 2005

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No
                                   JUN 1 0 2005

3. Service Type
   □ Certified Mail     □ Express Mail
   □ Registered         □ Return Receipt for Merchandise
   □ Insured Mail       □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Booth

Postmark
Here

Sent To  A.M.Q  Ann TRAN

Street, Apt. No.; or PO Box No.  1100 Town + Country Rd / Suite 200

City, State, ZIP+4  OLANG, CA 92868

PS Form 3800, June 2002

7004 2510 0006 8026 2706

Daniel S. Blinn
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

June 7, 2005

**VIA CERTIFIED MAIL - 70042510000680271173**
Ameriquest Mortgage Company
Attn: Legal counsel – Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:              Michael Olynciw
                  Loan No.: 0039385992-5678

Property Address:     119 Ledyard Street
                      New London, CT 06320

To Whom It May Concern:

      This office represents Michael Olynciw concerning the loan transaction, which he entered into with Ameriquest Mortgage Company on November 13, 2002. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

      My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which he was provided was not filled out and accordingly did not list the date of the transaction nor the final date by which he could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

      It is our view that the rescission is valid. Our client has elected to continue making monthly payments. Please be advised that he does not intend to waive his rescission claim by continuing with his payments. His payments should be treated as advances towards whatever tender obligations he may eventually owe.

      We look forward to your response.

Sincerely,

Daniel S. Blinn



CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

cc:    Michael Olynciw

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town and Country Road, #200
Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

JUN 1 0 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2510 0006 8027 1173

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL** **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .37 | Olynciw |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.42 | |

Sent To
AMQ - Ann TRAN
Street, Apt. No.; or PO Box No. 1100 Town & Country Rd. 1200
City, State, ZIP+4 ORange, CA

PS Form 3800, June 2002      See Reverse for Instructions

7004 2510 0006 8027 1173



**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

July 14, 2005

**VIA CERTIFIED MAIL – 70050390000153579402**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:               Lisa M. Potter and John L. Potter
                        Ameriquest Loan No.: 00482024269-5678

Property Address:     46 Alger Place
                           New London, CT 06320

To Whom It May Concern:

       This office represents Lisa M. Potter and John L. Potter concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on May 24, 2003. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

       My clients' right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which they were provided was not filled out and accordingly did not list the date of the transaction nor the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

       We look forward to your response.

Sincerely,

Daniel S. Blinn

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

cc:    Lisa M. Potter and John L. Potter

       Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
       Buchalter, Nemer, Fields & Younger
       601 S. Figueroa Street, Suite 2400
       Los Angeles, CA 90017-5704

       Joseph M. Pastore III (via facsimile 275-6410)
       Brown Raysman Millstein Felder & Steiner
       CityPlace II
       185 Asylum Street
       Hartford, CT 06103

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Ann Tran, Counsel
Ameriquest Mortgage Company
1100 Town and Country Road, Suite 450
Orange, CA 92868

2. Article Number
(Transfer from service label)
7005 0390 0001 5357 9402

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent
      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here  7/14/05

Sent To  Ann Tran
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

7005 0390 0001 5357 9402

PS Form 3800, June 2002   See Reverse for Instructions

Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

July 14, 2005

VIA CERTIFIED MAIL - 70050390000153579402

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:                    Lisa M. Potter and John L. Potter
                       Ameriquest Loan No.: 00482024269-5678

Property Address:      46 Alger Place
                       New London, CT 06320

To Whom It May Concern:

        This office represents Lisa M. Potter and John L. Potter concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on May 24, 2003. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

        My clients' right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which they were provided was not filled out and accordingly did not list the date of the transaction nor the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

        We look forward to your response.

Sincerely,

Daniel S. Blinn



CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

cc:    Lisa M. Potter and John L. Potter

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

```
**************** -COMM.(  .RNAL- **************** DATE DEC-12-200    *** TIME 16:53 ********


     MODE = MEMORY TRANSMISSION          START=DEC-12 16:48   END=DEC-12 16:53

     FILE NO.=713

   STN NO.  COMM.  ABBR NO.    STATION NAME/TEL NO.   PAGES  DURATION

     001    OK     8           12136305715            003/003 00:00:56
     002    OK     8           2756410                003/003 00:00:53


                                        -CONSUMER LAW GROUP        -

   ************************************* -           - ****** -       8605717457- ********
```

## Fax Cover Sheet

Date:  December 12, 2005

| Name: | Firm: | Phone: | Fax No: |
|---|---|---|---|
| Bernard LeSage | Buchalter, Nemer, Fields & Younger | | 213-630-5715 |
| George Springer | Brown Raysman Millstein Felder Steiner | | 275-6410 |
| | | | |

From:          Andrew G. Pizor, Esq.

Total Number of Pages (INCLUDING THIS COVER SHEET) _3_

Regarding:  *John W. and Maryann E. Iwanczenko, Sr. v. Ameriquest Mortgage Company*

Message:

   Please see letter attached per request of Andrew Pizor.

The information contained in this facsimile cover sheet and any attached document(s) is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL US IMMEDIATELY
AT (860) 571-0408 X103

**CONSUMER LAW GROUP**P.C.

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457
lawyer@consumerlawgroup.com
*Lawyers for the Rest of Us.*™

**Andrew G. Pizor**
**Attorney**
**Telephone (860) 571-0408**
**Facsimile (860) 571-7457**
**APizor@consumerlawgroup.com**

December 12, 2005

**VIA CERTIFIED MAIL - # 7005 0390 0001 5358 1313**



Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:             John W. and Maryann E. Iwanczenko Sr.
                Loan No: 0041565672-5678

Property Address:    94 Mill Lane
                     Salem, CT 06420

To Whom It May Concern:

       This office represents John W. and Maryann E. Iwanczenko Sr.
concerning the loan transaction they entered into with Ameriquest Mortgage
Company on or about January 15, 2003. I have been authorized by my clients to
rescind this transaction and hereby exercise that right pursuant to the
Connecticut Truth-in-Lending Act and the Federal Truth in Lending Act, 15
U.S.C. § 1635, Regulation Z § 226.23.

       My clients' right to rescind this transaction is predicated upon the fact
that the Notice of Right to Cancel provided to my clients was not filled-out and,
accordingly, listed neither the date of the transaction nor the final date by which
they could cancel the loan transaction. Our clients are ready, willing, and able
to tender any money owed consistent with the timing and procedure set forth in
the Truth in Lending Act and Regulation Z. We are prepared to discuss a tender
obligation, should it arise, and satisfactory ways in which my clients may meet
this obligation.

CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457
lawyer@consumerlawgroup.com
*Lawyers for the Rest of Us.*™

Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

We look forward to your response.

Sincerely,

Andrew G. Pizor

cc: John W. and Maryann E. Iwanczenko Sr.

Ameriquest Mortgage Company
Attn. Funding
1100 Town and Country Road, Suite 200
Orange, CA 92868

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

George Springer (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103



**Daniel S. Blinn**
**Attorney**
**Telephone (860) 571-0408 *ext* 101**
**Facsimile (860) 571-7457**
**dblinn@consumerlawgroup.com**

September 7, 2005

**VIA CERTIFIED MAIL - 70050390000153579679**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

               Re:     Kyle A. Jones and Kathleen D. Jones
                       Loan No: 0046686267-5678

Property Address:     12 Caulkins Road, Norwich, CT 06360

To Whom It May Concern:

This office represents Kyle A. Jones and Kathleen D. Jones concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on April 23, 2003. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My clients' right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which they were provided was not filled out and accordingly did not list the date of the transaction nor the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

It is our view that the rescission is valid. Our clients have elected to continue making monthly payments. Please be advised that they do not intend to waive their rescission claim by continuing with their payments. Their payments should be treated as advances towards whatever tender obligations they may eventually owe.

We look forward to your response.

Sincerely,

Daniel S. Blinn

**CONSUMER**
**LAW GROUP**lc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ≋ 571 ≋ 0408
fax 860 ≋ 571 ≋ 7457

lawyer@consumerlawgroup.com
*Lawyers for the Rest of Us.™*

cc:    Kyle A. Jones and Kathleen D. Jones

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town and Country Road, #200
Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
  ☐ Certified Mail  ☐ Express Mail
  ☐ Registered  ☐ Return Receipt for Merchandise
  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7005 0390 0001 5357 9679

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L  U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

9/7/05

Postmark Here

Sent To  Ann Tran
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 0390 0001 5357 9679

PS Form 3800, June 2002



**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

September 7, 2005

**VIA CERTIFIED MAIL - 70050390000153579570**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

             Re:     Dennis A. Holmes and Brenda L. Holmes
                        Loan No: 0043218940-5678

Property Address:     337 Water Street
                        Canterbury, CT 06331

To Whom It May Concern:

      This office represents Dennis A. Holmes and Brenda L. Holmes concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on February 11, 2003. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

      My clients' right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which they were provided was not filled out and accordingly did not list the date of the transaction nor the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

      It is our view that the rescission is valid. Our clients have elected to continue making monthly payments. Please be advised that they do not intend to waive their rescission claim by continuing with their payments. Their payments should be treated as advances towards whatever tender obligations they may eventually owe.

      We look forward to your response.

Sincerely,

Daniel S. Blinn

**CONSUMER**
**LAW GROUP**llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ☎ 571 ☎ 0408
fax 860 ☎ 571 ☎ 7457

lawyer@consumerlawgroup.com
*Lawyers for the Rest of Us.*™

cc:    Dennis A. Holmes and Brenda L. Holmes

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town and Country Road, #200
Orange, CA 92868

2. Article Number
(Transfer from service label)

7005 0390 0001 5357 9570

PS Form 3811, August 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by ( Printed Name )

□ Agent
□ Addressee

C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee) □ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | 9/7/05 |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42   Holmes |

Sent To: Ann Tran - AMQ
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 5357 0001 0390 7005

**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 ext 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

November 21, 2005

**VIA CERTIFIED MAIL - 70050390000153580460**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 To   · and Country Road, Suite 200
Orange   A 92868

Re:                 Willie Mae Cue
                    Loan No: 0040642738-9603

Property Address:   90 Willis Street, New Haven, CT

To Whom It May Concern:

        This office represents Willie Mae Cue concerning the loan transaction, which she entered into with your company on or about December 13, 2002. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23.

        My client's right to rescind this transaction is predicated upon the fact that the Notice of Right To Cancel with which she was provided was not filled-out and accordingly did not list the date of the transaction nor the final date by which she could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

        We look forward to your response.

Sincerely,

Daniel S. Blinn

cc:      Willie Mae Cue

**CONSUMER**
**LAW GROUP**llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ☐ 571 ☐ 0408
fax 860 ☐ 571 ☐ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

George J. Springer Jr. (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

**Daniel S. Blinn**
**Attorney**
**Telephone (860) 571-0408 ext 101**
**Facsimile (860) 571-7457**
**dblinn@consumerlawgroup.com**

October 3, 2005

**VIA CERTIFIED MAIL - # 7005 0390 0001 5358 0231**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:                    Simon A. Dell
                       Loan No: 0050091420-5678

Property Address:      112 Elliot Drive
                       Colchester, CT 06415

To Whom It May Concern:

This office represents Simon A. Dell concerning the loan transaction, which he entered into with Ameriquest Mortgage Company on or about July 3, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My client's right to rescind this transaction is predicated upon the fact that the Notice of Right To Cancel with which he was provided was not filled-out and accordingly did not list the date of the transaction nor the final date by which he could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

We look forward to your response.

Sincerely,

Daniel S. Blinn



CONSUMER
LAW GROUP<sub>llc</sub>

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ☎ 571 ☎ 0408
fax 860 ☎ 571 ☎ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

cc:    Simon A. Dell

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103





**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

June 8, 2005

**VIA CERTIFIED MAIL - 70042510000680271388**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:                Nicholas E. Griffin and Ann M. Griffin
                   Ameriquest Loan No.: 0048273841-5633

Property Address:  46 Burke Street
                   Hamden, CT 06514

To Whom It May Concern:

This office represents Nicholas E. Griffin and Ann M. Griffin concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on June 21, 2003. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My clients' right to rescind this transaction is predicated upon the fact that they were given two copies of The Notice of Right To Cancel with the date of the transaction and the final date by which they could cancel the loan transaction filled in, and two copies where the final date to cancel the loan transaction was crossed out and changed. Copies of the notices are attached for your reference. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

It is our view that the rescission is valid. Our clients have elected to continue making monthly payments. Please be advised that they do not intend to waive their rescission claim by continuing with their payments. Their payments should be treated as advances towards whatever tender obligations they may eventually owe.

We look forward to your response.

Sincerely,

Daniel S. Blinn

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

cc:     Nicholas E. Griffin and Ann M. Griffin

        AMC Mortgage Services, Inc.
        P.O. Box 11000
        Santa Ana, CA 92711-1000

        Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
        Buchalter, Nemer, Fields & Younger
        601 S. Figueroa Street, Suite 2400
        Los Angeles, CA 90017-5704

        Joseph M. Pastore III (via facsimile 275-6410)
        Brown Raysman Millstein Felder & Steiner
        CityPlace II
        185 Asylum Street
        Hartford, CT 06103



**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

June 7, 2005

**VIA CERTIFIED MAIL – 70042510000680271241**
Ameriquest Mortgage Company
Attn: Legal Counsel – Ann Tran
1100 Town and Country Road, Suite 450
Orange, CA 92868

Re:            Nadejda Fournier
               Loan No.: 0045664992-7344

Property Address:   144 Hoadley Street
                    Naugatuck, CT 06770

To Whom It May Concern:

        This office represents Nadejda Fournier concerning the loan transaction, which she entered into with Ameriquest Mortgage Company on or about April 3, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

        My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which she was provided was not filled out and accordingly did not list the date of the transaction nor the final date by which she could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

        We look forward to your response.

Sincerely,

Daniel S. Blinn



CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

cc    Nadejda Fournier

AMC Mortgage Services, Inc.
P.O. Box 11000, Santa Ana CA 92711-1000

Bernard E. LeSage, Esq.
Buchalter, Nemer, Fields & Younger
601 S. Figueroa St., Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore, III
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town and Country Rd, #200
Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
JUN 1 0 2005

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0006 8027 1241

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL… RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Fournier

Postmark Here

7004 2510 0006 8027 1241

Sent To  AMC Co. Legal Counsel Ann Tran
Street, Apt. No.; or PO Box No.  1100 Town Country Rd #200
City, State, ZIP+4  Orange, CA 92868

PS Form 3800, June 2002    See Reverse for Instructions

Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

April 26, 2005

**VIA CERTIFIED MAIL - 70001530000286639927**

Ameriquest Mortgage Company
Attn: Legal Counsel - Ann Tran
1100 Town and Country Road, Suite 450
Orange, CA 92868

Re:                    Lorraine P. Sibley
                       Loan No.: 0049369564-5633

Property Address:      53 Brushey Plain Road, Apt/Unit 2C
                       Branford, CT 06405

To Whom It May Concern:

This office represents Lorraine P. Sibley concerning the loan transaction, which she entered into with Ameriquest Mortgage Company on or about June 27, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which she was provided was not filled out and accordingly did not list the date of the transaction nor the final date by which she could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

It is our view that the rescission is valid. Our client has elected to continue making monthly payments. Please be advised that she does not intend to waive his rescission claim by continuing with her payments. Her payments should be treated as advances towards whatever tender obligations she may eventually owe.

**CONSUMER
LAW GROUP**llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™