We look forward to your response.

Sincerely,

Daniel S. Blinn

cc    Lorraine P. Sibley
       AMC Mortgage Services, Inc.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ann Tran, Counsel
Ameriquest Mortgage Company
1100 Town and Country Road, Suite 450
Orange, CA 92868

2. Article Number
(Transfer from service label)
7000 1530 0002 8663 9927

PS Form 3811, August 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
MAY 0 2 20[ ]

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 1530 0002 8663 9927

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To _Ann Tran, Ameriquest_

Street, Apt. No.; or PO Box No.

City, State, ZIP+4 _Sibley_

PS Form 3800, May 2000    See Reverse for Instructions

**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

June 7, 2005

**VIA CERTIFIED MAIL - 70042510000680262720**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:              Constance Stripling
                 Ameriquest Loan No.: 0047599451-5678

Property Address:   100 Oswegatchie Road
                    Waterford, CT 06385

To Whom It May Concern:

         This office represents Constance Stripling concerning the loan transaction,
which she entered into with Ameriquest Mortgage Company on May 23, 2003 and
which was subsequently refinanced with Countrywide Home Mortgage Company. I
have been authorized by my client to rescind this transaction and hereby exercise that
right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z §
226.15.

         My client's right to rescind this transaction is predicated upon the fact that The
Notice of Right To Cancel with which she was provided was not filled out and
accordingly did not list the date of the transaction nor the final date by which she could
cancel the loan transaction. We are prepared to discuss a tender obligation, should it
arise, and satisfactory ways in which my client may meet this obligation. Please be
advised that if you do not cancel the security interest and return all consideration paid
by my client within 20 days of receipt of this letter, you will be responsible for actual
and statutory damages pursuant to 15 U.S.C. § 1640(a).

         We look forward to your response.

Sincerely,

Daniel S. Blinn



CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

Lawyers for the Rest of Us.™

cc:    Constance Stripling

AMC Mortgage Services, Inc.
P.O. Box 1 1000
Santa Ana, CA 92711-1000

Countrywide Home Mortgage Company
4500 Park Granada
Calabasas, CA 91302

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

June 14, 2005

**VIA CERTIFIED MAIL - 70042510000680271258**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

>    Re:    David M. Sullivan and Drucie Bathin
>           Loan No: 0045825080-5678

Property Address:    62 Bloomingdale Road
                     Waterford, CT 06385

To Whom It May Concern:

This office represents David M. Sullivan and Drucie Bathin concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on April 8, 2003 and which was subsequently refinanced with Countrywide. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My clients' right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which they were provided was not filled out and accordingly did not list the date of the transaction nor the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

We look forward to your response.

Sincerely,

Daniel S. Blinn



CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

cc:     David M. Sullivan and Drucie Bathin

        AMC Mortgage Services, Inc.
        P.O. Box 11000
        Santa Ana, CA 92711-1000

        Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
        Buchalter, Nemer, Fields & Younger
        601 S. Figueroa Street, Suite 2400
        Los Angeles, CA 90017-5704

        Joseph M. Pastore III (via facsimile 275-6410)
        Brown Raysman Millstein Felder & Steiner
        CityPlace II
        185 Asylum Street
        Hartford, CT 06103

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Ann Tran, Counsel
Ameriquest Mortgage Company
1100 Town and Country Road, Suite 450
Orange, CA 92868

AMQ-Sullivan

2. Article Number
   (Transfer from service label)

7004 2510 0006 8027 1258

PS Form 3811, August 2001     Domestic Return Receipt     102595-0

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Address

B. Received by ( Printed Name)       JUN    20

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchan
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  4.42 |

*AMQ Sullivan*
Postmark
Here

Sent To
Ann Tran - AMQ
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

February 14, 2005

**VIA CERTIFIED MAIL - 7003150000203277560**

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:                    Edward J. & Ruth E. Kobialka
                       Loan No: 0040776569-5508

Property Address:      381 Lloyd Street
                       Newington, CT 06111

To Whom It May Concern:

This office represents Edward & Ruth Kobialka concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on November 20, 2002. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which they were provided was not filled out and accordingly did not list the date of the transaction or the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

We look forward to your response.

Sincerely,

Daniel S. Blinn

cc Edward & Ruth Kobialka



**CONSUMER**
**LAW GROUP**llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road
Suite 200
Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7002 3150 0002 0327 7560

PS Form 3811, August 2001        Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To
Ameriquest Mortgage Co. /Attn. Funding
Street, Apt. No.;
or PO Box No. 1100 Town Country Rd., Suite 200
City, State, ZIP+4
Orange, PA 02868

7002 3150 0002 0327 7560

**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

December 22, 2004

**VIA CERTIFIED MAIL - 70001530000286640770**

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:                  Timothy Lehan
                             Loan No.: 0049862287-5508

Property Address:    37 Cook Street
                             Manchester, CT 06040

To Whom It May Concern:



**CONSUMER**
**LAW GROUP**ᴸᴸᶜ

This office represents Timothy Lehan concerning the loan transaction, which he entered into with Ameriquest Mortgage Company on June 24, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which he was provided was not filled out and accordingly did not list the date of the transaction nor the final date by which he could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

We look forward to your response.

Sincerely,

Daniel S. Blinn

cc Timothy Lehan

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road
Suite 200
Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
DEC 18 2004

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7000 1530 0002 8664 0770

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 1530 0002 8664 0770

| | | |
|---|---|---|
| Postage | $ | .37 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Sent To
Ameriquest Mortgage Comp. Attn: Funding
Street, Apt. No.; or PO Box No.
1100 Town Country Rd. Suite 200
City, State, ZIP+4
Orang, CA 92868

PS Form 3800, May 2000    See Reverse for Instructions

**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

February 14, 2005

**VIA CERTIFIED MAIL - 70023150000203277522**

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:                       Richard F. Jr., & Denise L. Hack
                          Loan No.: 0041976674-5508

Property Address:    34 Harding Avenue
                     Newington, CT 06111

To Whom It May Concern:

This office represents Richard & Denise Hack concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on December 24, 2002. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which they were provided were not filled out and accordingly did not list the date of the transaction or the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

We look forward to your response.

Sincerely,

Daniel S. Blinn

cc Richard & Denise Hack



CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ∎ 571 ∎ 0408
fax 860 ∎ 571 ∎ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

OFFICIAL USE

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Postmark Here

Sent To Ameriquest Mtg. Co. ATTn: Funding
Street, Apt. No.; or PO Box No. 1100 Town & Country Rd. Suite 200
City, State, ZIP+4 Orange, CA 92868

PS Form 3800, June 2002          See Reverse for Instructions

7002 3150 0002 0327 7522

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road
Suite 200
Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
FEB 18 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7002 3150 0002 0327 7522

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Daniel S. Blinn
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

January 19, 2005

**VIA CERTIFIED MAIL - 70032260000726842052**

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:   Samuel Greene, Jr.
    Loan No.: 0044930105-5508

To Whom It May Concern:

  This office represents Samuel Greene, Jr. in connection with the refinancing of his home with Ameriquest Mortgage Company on March 14, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

  Mr. Greene's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which he was provided was not filled out and accordingly did not list the date of the transaction nor the final date by which he could cancel the loan transaction. Please be advised that if you do not return all consideration paid by my client, which we calculate to be over $53,000, within twenty (20) days of receipt of this letter, then you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

  We look forward to your response.

Sincerely,

Daniel Blinn

cc Samuel Greene, Jr.



CONSUMER
LAW GROUPllc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road
Suite 200
Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 2 4 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 2260 0007 2684 2052

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark
Here

7003 2260 0007 2684 2052

Sent To
Ameriquest Mortgage Co.
Street, Apt. No.;
or PO Box No. 1100 and Country Rd, Suite 200
City, State, ZIP+4
Orange, CA 92868

PS Form 3800, June 2002                    See Reverse for Instructions



**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

September 7, 2005

**VIA CERTIFIED MAIL - 70050390000153579754**

Ameriquest Mortgage Company
Attn: Ann Tran
1100 Town and Country Road, Suite 200
Orange, CA 92868

          Re:    Michael Osten and Maria Osten
                 Loan No: 0046573267-5678

Property Address:    13 Reynolds Street, Norwich, CT 06360

To Whom It May Concern:

       This office represents Michael Osten and Maria Osten concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on April 23, 2003. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

       My clients' right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which there were provided was not filled out and accordingly did not list the date of the transaction nor the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

       It is our view that the rescission is valid. Our clients have elected to continue making monthly payments. Please be advised that they do not intend to waive their rescission claim by continuing with their payments. Their payments should be treated as advances towards whatever tender obligations they may eventually owe.

       We look forward to your response.

Sincerely,

Daniel S. Blinn

**CONSUMER**
**LAW GROUP**llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ☎ 571 ☎ 0408
fax 860 ☎ 571 ☎ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

cc:    Michael Osten and Maria Osten

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

**Daniel S. Blinn**
Attorney
Telephone (860) 571-0408 ext 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

October 3, 2005

VIA CERTIFIED MAIL – 7005 0390 0001 5358 0248

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:            Mark A. Roberts and Nancy J.E. Roberts
               Loan No: 0047664383-5678

Property Address:      8 Eagle Ridge Drive
                       Ledyard, CT 06335

To Whom It May Concern:

This office represents Mark and Nancy Roberts concerning the loan transaction, which they entered into with Ameriquest Mortgage Company on May 21, 2003, according to the closing documents. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23.

My clients' right to rescind this transaction is predicated upon the fact that the Notice of Right To Cancel with which they were provided was not filled out and accordingly did not list the date of the transaction or the final date by which they could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

We look forward to your response.

Sincerely,

Daniel S. Blinn

bcc: Mark and Nancy Roberts

CONSUMER
LAW GROUP℠

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457
lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

From: Brian Bromberg (212) 248-7906 To: Daniel Blinn          Date: 8/2/2006 Time: 6:20:12 PM          Page 2 of 3

# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg
Licensed in
New York and California

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:    (212) 248-7908

VIA CERTIFIED MAIL # 7003 - 1010 - 0003 - 4185 - 6977

August 2, 2006

Ameriquest Mortgage Company
Attn. FUNDING
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:                    Avalon Cadette and Selma Cadette
                       Loan No. 0075499426-7402

Property Address:      147-23 229th Street
                       Springfield Gardens, NY 11413-4430

To Whom It May Concern:

This office represents Avalon Cadette concerning the loan transaction she entered into with Ameriquest Mortgage Company on or about April 20, 2004. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to Federal Truth in Lending Act, 15 U.S.C. § 1635, and Regulation Z § 226.23 (12 C.F.R. § 226.23).

My clients' right to rescind this transaction is predicated upon the fact that Ameriquest utilized the wrong Notice of Right to Cancel form. Specifically, this mortgage loan refinanced a prior mortgage with Ameriquest. Reg. Z § 226.23(b)(2) requires that the creditor provide the appropriate model form from Appendix H to the regulation or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest utilized Form H-8. The disclosures are different for loans where a third party loan is being refinanced, and the appropriate disclosures were not made in this instance. My clients reserve all rights to raise additional or alternative grounds for rescission as may be subsequently identified under state or federal law.

My clients are ready, willing, and able to tender any money owed, consistent with the timing and procedure set forth in the Truth in Lending Acts and Regulation Z. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways by which my clients may meet this obligation.

It is our view that the rescission is valid. In the event that Ameriquest does not comply with this rescission notice in a timely manner, my clients do not waive their rescission claim by subsequently continuing to make regular monthly payments. Nor do they waive their rescission claim by paying the alleged balance due on this mortgage by refinancing the debt or by selling the secured property. Instead, the payments should be treated as advances towards whatever tender obligations my clients may eventually owe. In the event that my clients pay more than the amount required pursuant to any tender obligation, your company must refund the excess.

Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to the Truth in Lending Acts.

We look forward to your response.

Sincerely,

Brian L. Bromberg

cc:      Avalon and Selma Cadette
147-23 229th Street
Springfield Gardens, NY 11413

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

2

# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg
Licensed in
New York and California

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:   (212) 248-7908

VIA CERTIFIED MAIL # 7003 - 1010 - 0003 - 4185 - 6939

August 2, 2006

Ameriquest Mortgage Company
Attn. FUNDING
1600 S. Douglass Rd.
Anaheim, CA 92806

Re:                    Ismael Vega and Yolanda I. Rivera
                       Loan No. 0093919124-7424

Property Address:      139-22 232nd St.
                       Springfield Gardens, NY 11413

To Whom It May Concern:

This office represents Ismael Vega and Yolanda I. Rivera concerning the loan transaction their entered into with Ameriquest Mortgage Company on or about September 23, 2004. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, and Regulation Z § 226.23 (12 C.F.R. § 226.23).

My clients' right to rescind this transaction is predicated upon the fact that Ameriquest utilized the wrong Notice of Right to Cancel form. Specifically, this mortgage loan refinanced a prior mortgage with Ameriquest. Reg. Z § 226.23(b)(2) requires that the creditor provide the appropriate model form from Appendix H to the regulation or a substantially similar notice. Rather than utilize the model form in Appendix H applicable to a refinancing with the original creditor (Form H-9), Ameriquest utilized Form H-8. The disclosures are different for loans where a third party loan is being refinanced, and the appropriate disclosures were not made in this instance. My clients reserve all rights to raise additional or alternative grounds for rescission as may be subsequently identified under state or federal law.

My clients are ready, willing, and able to tender any money owed, consistent with the timing and procedure set forth in the Truth in Lending Acts and Regulation Z. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways by which my clients may meet this obligation.

It is our view that the rescission is valid. In the event that Ameriquest does not comply with this rescission notice in a timely manner, my clients do not waive their rescission claim by subsequently continuing to make regular monthly payments. Nor do they waive their rescission claim by paying the alleged balance due on this mortgage by refinancing the debt or by selling the secured property. Instead, the payments should be treated as advances towards whatever tender obligations my clients may eventually owe. In the event that my clients pay more than the amount required pursuant to any tender obligation, your company must refund the excess.

Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to the Truth in Lending Acts.

We look forward to your response.

Sincerely,

Brian L. Bromberg

cc:  Ismael Vega and Yolanda I. Rivera
     139-22 232nd St.
     Springfield Gardens, NY 11413

     AMC Mortgage Services, Inc.
     P.O. Box 11000
     Santa Ana, CA 92711-1000

     Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
     Buchalter, Nemer, Fields & Younger
     601 S. Figueroa Street, Suite 2400
     Los Angeles, CA 90017-5704

2



**Daniel S. Blinn**
**Attorney**
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

January 28, 2005

**VIA CERTIFIED MAIL - 70032260000726842076**

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road, Suite 200
Orange, CA 92868

Re:                    Robert A. Muro
                       Loan No.: 0046878773-5508

Property Address:      18 Kimberly Drive
                       Manchester, CT 06040

To Whom It May Concern:

This office represents Robert A. Muro concerning the loan transaction, which he entered into with Ameriquest Mortgage Company on May 16, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.15.

My client's right to rescind this transaction is predicated upon the fact that The Notice of Right To Cancel with which he was provided was not filled out and accordingly did not list the date of the transaction nor the final date by which he could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

We look forward to your response.

Sincerely,

Daniel S. Blinn

cc Robert A. Muro

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
Attn: Funding
1100 Town and Country Road
Suite 200
Orange, CA 92868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
    ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
D. Breesch   FEB 01 2006

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7003 2260 0007 2684 2076

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L    U S E

| | | |
|---|---|---|
| Postage | $ | .37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Postmark
Here

Sent To
Ameriquest Mortgage Co. Attn: Funding
Street, Apt. No.;
or PO Box No. 1100 Town and Country Rd.
City, State, ZIP+4 Orange, CA. 92868

PS Form 3800, June 2002                    See Reverse for Instructions

7003 2260 0007 2684 2076



**Andrew G. Pizor**
**Attorney-at-Law**
Telephone (860) 571-0408
Facsimile (860) 571-7457
apizor@consumerlawgroup.com

February 16, 2006

**VIA CERTIFIED MAIL # 7005 0390 0001 5358 1528**

Tami Carnes
Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

Re:           Nadine Robinson
                Loan No. 0046077103-9602

Property Address:    18 Lattanzi Street
                    West Haven, CT 06516

**CONSUMER
LAW GROUP**llc

To Whom It May Concern:

      This office represents Nadine Robinson concerning the loan transaction she entered into with Argent Mortgage Company, LLC on or about April 4, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Connecticut Truth-In-Lending Act, Conn. Gen. Stat. § 36a-676 *et seq.*, the federal Truth in Lending Act, 15 U.S.C. § 1635, and Regulation Z § 226.23 (12 C.F.R. § 226.23).

      My client's right to rescind this transaction is predicated upon the fact that the Notice of Right to Cancel provided to my client was not properly filled-out and listed neither the date of the transaction nor the final date by which she could cancel the transaction. My client reserves all rights to raise additional or alternative grounds for rescission as may be subsequently identified under state or federal law.

      My client is ready, willing, and able to tender any money owed, consistent with the timing and procedure set forth in the Truth in Lending Acts and Regulation Z. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways by which my client may meet this obligation.

      Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter,

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ∎ 571 ∎ 0408
fax 860 ∎ 571 ∎ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.*™

you will be responsible for actual and statutory damages pursuant to the Truth in Lending Acts.

Sincerely,

*Andrew G. Pizor /csg*

Andrew G. Pizor

cc:    Nadine Robinson

        Bernard E. LeSage, Esq. (via facsimile to 213-630-5715)
        Buchalter, Nemer, Fields & Younger
        601 S. Figueroa Street, Suite 2400
        Los Angeles, CA 90017-5704

        George C. Springer, Jr. (via facsimile to 860-275-6410)
        Brown Raysman Millstein Felder & Steiner
        CityPlace II
        185 Asylum Street
        Hartford, CT 06103



Daniel S. Blinn
Attorney
Telephone (860) 571-0408 ext 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

October 10, 2005

VIA CERTIFIED MAIL - # 70050390000153580286

Tami Carnes
Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

Re:

Kenneth F. Sweeten, Jr.
Loan No: 0043080043-9604

Property Address:

315 Knob Hill Drive
Hamden, CT 06518

To Whom It May Concern:

This office represents Kenneth F. Sweeten, Jr. concerning the loan transaction, which he entered into with your company on or about February 14, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23.

My client's right to rescind this transaction is predicated upon the fact that the Notice of Right To Cancel with which he was provided was not filled-out and accordingly did not list the date of the transaction nor the final date by which he could cancel the loan transaction. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

We look forward to your response.

Sincerely,

Daniel S. Blinn

cc:     Kenneth F. Sweeten, Jr.

CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

Joseph M. Pastore III (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

```
********** -COMM. JURNAL- ************* DATE DEC-12-2005  *** TIME 16:47 ********
```

```
     MODE = MEMORY TRANSMISSION          START=DEC-12 16:45   END=DEC-12 16:47

     FILE NO.=712

  STN NO.   COMM.   ABER NO.    STATION NAME/TEL NO.    PAGES   DURATION

     001     OK      ☎          12136305715           003/003 00:00:56
     002     OK      ☎          2756410              003/003 00:00:53
```

```
                                           -CONSUMER LAW GROUP    -

************************************ -          - ***** -       8605717457- ********
```

## Fax Cover Sheet

Date:  December 12, 2005

| Name: | Firm: | Phone: | Fax No: |
|-------|-------|--------|---------|
| Bernard LeSage | Buchalter, Nemer, Fields & Younger | | 213-630-5715 |
| George Springth | Brown Raysman Hillstein, Elder + Steur | | 275-6410 |
| | | | |

From:              Andrew G. Pizor, Esq.

Total Number of Pages (INCLUDING THIS COVER SHEET)  3

Regarding:   *George P. Edwards v. Argent Mortgage Company LLC*

Message:

    Please see letter attached per request of Andrew Pizor.

The information contained in this facsimile cover sheet and any attached document(s) is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL US IMMEDIATELY
AT (860) 571-0408 X103

**CONSUMER LAW GROUP**

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457
lawyer@consumerlawgroup.com
Lawyers for the Rest of Us.™

Andrew G. Pizor
**Attorney**
Telephone (860) 571-0408
Facsimile (860) 571-7457
apizor@consumerlawgroup.com

December 12, 2005

**VIA CERTIFIED MAIL - # 7005 0390 0001 5358 1306**

Tami Carnes
Argent Mortgage Company, LLC
3 Park Plaza
Irvine, CA 92614

Re:        George P. Edwards
           Loan No: 0052890761-9602

Property Address:    27 Pearl Street
                     Meriden, CT 06450



To Whom It May Concern:

    This office represents George P. Edwards concerning the loan transaction he entered into with Argent Mortgage Company, LLC on or about August 27, 2003. I have been authorized by my client to rescind this transaction and hereby exercise that right pursuant to the Connecticut Truth-in-Lending Act and the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23.

    My client's right to rescind this transaction is predicated upon the fact that the Notice of Right to Cancel provided to my client was not filled-out and accordingly listed neither the date of the transaction nor the final date by which he could cancel the loan transaction. Our client is ready, willing, and able to tender any money owed consistent with the timing and procedure set forth in the Truth in Lending Act and Regulation Z. We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my client may meet this obligation.

    Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

**CONSUMER LAW GROUP**llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
tel. 860 ▪ 571 ▪ 0408
fax 860 ▪ 571 ▪ 7457
lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

We look forward to your response.

Sincerely,

Andrew G. Pizor

cc: George P. Edwards

AMC Mortgage Services, Inc.
P.O. Box 11000
Santa Ana, CA 92711-1000

Argent Mortgage Company, LLC
Attn. Funding
One City Boulevard West
Orange, CA 92868

Bernard E. LeSage, Esq. (via facsimile 213-630-5715)
Buchalter, Nemer, Fields & Younger
601 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704

George Springer (via facsimile 275-6410)
Brown Raysman Millstein Felder & Steiner
CityPlace II
185 Asylum Street
Hartford, CT 06103

