BN 4738081v1
BN 4738081v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br>Lead Case No. 05-cv-07097<br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION AND PROPOSED ORDER** EXTENDING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT

WHEREAS, October 20, 2009, the law firm of Edelman, Combs, Latturner & Goodwin, LLC filed a Motion for Summary Judgment (Docket No. 3170), relating to certain issues raised by the Seventh Circuit's decision in *Hamm v. Ameriquest Mortgage Co.*, 506 F. 3d 525 (9th Cir. 2007); and

WHEREAS, the Motion for Summary Judgment was filed on behalf of approximately 28 Opt-Out Plaintiffs represented by the Edelman firm and two other plaintiffs' firms; and

WHEREAS, per the Court's briefing schedule (Docket No. 3174), Defendants' opposition to the Motion for Summary Judgment is due on December 14, 2009, and Plaintiffs' reply is due on January 5, 2010; and

WHEREAS, Defendants have filed a Motion to Strike the Motion for Summary Judgment (Docket No. 3175); and

WHEREAS, per the Court's briefing schedule (Docket No. 3197), Plaintiffs' opposition to the Motion to Strike is due on November 20, 2009, and Defendants' reply is due on December 7, 2009; and

WHEREAS, in the interest of promoting efficiency and minimizing legal fees, the parties agree that it would be beneficial to extend the briefing schedule on the Motion for Summary Judgment for a period of 30 days, or until after such time that the Court issues a ruling on the pending Motion to Strike;

NOW THEREFORE, the parties hereby stipulate, subject to the Court's approval, that the briefing scheduling on the Motion for Summary Judgment is hereby extended, such that Defendants' opposition to the Motion for Summary Judgment is due on **January 15, 2010**, and Plaintiffs' reply is due on **February 5, 2010.**

| | |
|---|---|
| Dated: November 12, 2009 | By:/s/ Bernard E. LeSage |
| | *Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.* |
| | Bernard E. LeSage |
| | Sarah K. Andrus |
| | BUCHALTER NEMER, |
| | A Professional Corporation |
| | 1000 Wilshire Boulevard, Suite 1500 |
| | Los Angeles, CA 90017-2457 |
| Dated: November 12, 2009 | By:/s/ Catherine A. Ceko |
| | *Attorneys for Certain Opt-Out Plaintiffs* |
| | Daniel A. Edelman |
| | Cathleen M. Combs |
| | Catherine A. Ceko |
| | Edelman, Combs, Latturner & Goodwin, LLC |
| | 120 S. LaSalle Street, 18th Floor |
| | Chicago, IL 60603 |

## **ORDER**

The briefing scheduling on the Motion for Summary Judgment (Docket No. 3170) is hereby extended, such that Defendants' opposition to the Motion for Summary Judgment is due on **January 15, 2010**, and Plaintiffs' reply is due on **February 5, 2010.**

**IT IS SO ORDERED.**

_____
The Honorable Marvin E. Aspen

Dated: November 23, 2009

**CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 12th day of November 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Bernard E. LeSage