# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and ARGENT MORTGAGE COMPANY LLC, a Delaware limited liability company,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota corporation, et al.,<br><br>    Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## NOTICE OF LIQUIDATION AND LITIGATION STAY
## THIRD PARTY DEFENDANT TEXAS NATIONS TITLE AGENCY, INC.

Please take notice that on July 16, 2009, the Travis County, Texas District Court, 201st Judicial Circuit in Cause No. D-1-GV-09-00121808CVH07-10725 entered an Order placing Texas Nations Title Agency, Inc. ("TNT") into liquidation pursuant to Tex. Ins. Code Chapter 443, (the "Insurer Receivership Act") and appointing the Commissioner as Liquidator of TNT. Attached as Exhibit A is a copy of the Agreed Order Appointing Liquidator and Permanent Injunction. ("Liquidation Order")

        PLEASE BE ADVISED that the Liquidation Order permanently enjoins and stays all litigation pursuant to Tex. Ins. Code § 443.008.

Dated this 25th day of November, 2009.

                                              s/ David C. McCormack
                                              David C. McCormack
                                              Attorney for Texas Nations Title Agency, Inc.

McCormack Law, S.C.
18875 Saratoga Ct.
Brookfield, WI 53145
(262) 790-1160
(262) 790-1208 (fax)
MacLaw@execpc.com