## CERTIFICATE OF SERVICE

I, David C. McCormack, hereby certify that on November 25, 2009, a true and correct copy of Notice Of Liquidation And Litigation Stay of Third Party Defendant Texas Nations Title Agency, Inc. was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

                                              s/ David C. McCormack
                                              David C. McCormack
                                              State Bar No. 1023467
                                              Attorney for Texas Nations Title Agency, Inc.

McCormack Law, S.C.
18875 Saratoga Ct.
Brookfield, WI 53145
(262) 790-1160
(262) 790-1208 (fax)
MacLaw@execpc.com