# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before The Honorable Marvin E. Aspen |
| | Magistrate Judge Morton Denlow |

## MOTION TO ADDRESS THE PARTIES' JOINT DISCOVERY PLAN AND PROPOSED PROTECTIVE ORDER

Liaison Counsel for the Third-Party Defendants, Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. ("Goldberg Kohn"), hereby moves this Court to address the parties' Joint Discovery Plan and Proposed Scheduling Order.

1. In this Court's Minute Order of November 9, 2009, Dkt. No. 3211, entered by Judge Aspen, it reset the status hearing that was set for December 10, 2009 to April 8, 2010. It also instructed that "[i]f the parties feel that an issue requires attention before the next status hearing date, they may motion the court for an interim status conference." Id.

2. On September 2, 2009, Third-Party Defendants, Defendants, and counsel for certain Opt-Out Plaintiffs submitted a Joint Discovery Plan and Proposed Scheduling Order, Dkt. No. 3077, a copy of which is attached as Exhibit A. This plan and schedule was agreed to by all parties.

3. Third-Party Defendants respectfully request that this Court approve the Joint Discovery Plan and enter the Proposed Scheduling Order as an Order of the Court.

WHEREFORE, Liaison Counsel, Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd., respectfully requests that this Court address the parties' Joint Discovery Plan and Proposed Scheduling Order.

Dated: December 3, 2009

By: /s/ Kathryn B. Walter
*Liaison Counsel for Third-Party Defendants and counsel for National Real Estate Information Services, Inc.*

David J. Chizewer
Steven A. Levy
Kathryn B. Walter
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
Telephone (312) 201-4000
Facsimile (312) 332-2196