IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

**STIPULATION TO THE FILING OF A FIRST AMENDED AND CONSOLIDATED
CLASS ACTION COMPLAINT FOR SETTLEMENT PURPOSES**

Pursuant to Fed. R. Civ. P. 15(a)(2), Defendants consent to Borrower Plaintiffs filing a new Borrowers' First Amended and Consolidated Class Action Complaint ("FACC"). Defendants' consent to the filing of the FACC is solely for purposes of the settlement and on the terms set forth in the parties' Settlement Agreement. The FACC will include as plaintiffs all parties previously named as a plaintiff in any of the actions consolidated into MDL 1715 ("Consolidated Actions"), and will consolidate additional later transferred class action cases.

The purpose of filing the FACC is to encompass all claims in the Consolidated Actions as well as the later transferred class actions, and to effectuate the objectives of the parties' Settlement Agreement and the settlement approval proceedings. All allegations of the FACC are denied and deemed disputed by the Defendants without the necessity of filing an answer.

Respectfully Submitted,
*/s/ Gary Klein*
Gary Klein (BBO #560769)
Shennan Kavanagh (BBO #655174)
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111
Tel: (617) 357-5500 ext. 15
Fax: (617) 357-5030

*Attorneys for the Class*

*/s/ Kelly M. Dermody*
Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for the Class*
*/s/ Jill Bowman*
Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Attorneys for the Class*

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC

Respectfully Submitted,
*/s/ Bernard E. LeSage*
Bernard E. LeSage
Sarah K. Andrus
Adam Bass
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 891-0400

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.*

*/s/ Thomas Wiegand*
Thomas Wiegand
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Argent Mortgage Company, LLC*

2

115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400
Facsimile: (312) 676-2676

*Plaintiffs' Liaison Counsel*


Dated: December 4, 2009.