# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

## NOTICE OF FILING OF
## STIPULATION AND AGREEMENT OF SETTLEMENT

Class Plaintiffs, individually and on behalf of all others similarly situated, by and through their undersigned counsel, herewith give notice of filing with the Court the following:

1. Settlement Agreement;

2. Exhibit 1 – Plaintiffs' Proposed Distribution Plan for Class Settlement Fund;

3. Exhibit 2 – [Proposed] Order of Preliminary Approval of Class Action Settlement;

4. Exhibit 3 – [Proposed] Class Notice;

5. Exhibit 4 – [Proposed] Publication Notice;

6. Exhibit 5 – [Proposed] Final Order and Judgment;

7. Exhibit 6 – Class Counsel List;

8. Exhibit 7 – [Proposed] Claim Form;

Respectfully submitted,

Dated:  December 4, 2009

| | |
|---|---|
| By:      */s/ Kelly M. Dermody*<br>         Kelly M. Dermody | By:      */s/ Gary Klein*<br>         Gary Klein |

Kelly M. Dermody (CA Bar No. 171716)
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Gary Klein
Elizabeth Ryan
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA   02111-2810
Telephone:  (617) 357-5500 ext. 15
Facsimile:   (617) 357-5030

Rachel Geman (NY Bar No. RG 0998)
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

By:      */s/ Jill H. Bowman*
         Jill H. Bowman

Jill H. Bowman
Terry A. Smiljanich
JAMES, HOYER, NEWCOMER &
   SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:  (312) 332-2400
Facsimile:   (312) 676-2676

*Plaintiffs' Liaison Counsel*