**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER AND NON-BORROWER<br>CLASS PLAINTIFFS' ACTIONS | |

**PLAINTIFFS' PROPOSED DISTRIBUTION PLAN
FOR CLASS SETTLEMENT FUND**

Pursuant to Paragraph IV.E of the Settlement Agreement between the Parties in this matter and subject to preliminary and final approval of the Court, Plaintiffs' propose the following Distribution Plan for the Settlement Fund. The Settling Defendants assent to this Proposal. Capitalized terms herein have the same meaning as in the Settlement Agreement, if defined therein.

***DISTRIBUTION OF THE SETTLEMENT FUND***

The Settlement Fund will be distributed in the following order of priority:

1) *Administrative Costs/Costs of Notice/Taxes on the Settlement Fund*: All valid Administrative Costs, Notice Costs and taxes covered by the Settlement until such amounts are paid in full.

2) *Attorneys Fees Costs and Service Payments*: All Attorney's Fees, Costs and Service Payments to Named Class Representatives to the extent approved by the Court until such amounts are paid in full.

3) *Foreclosure Prevention Counseling Services*: $200,000 of the Settlement Fund will be used to provide foreclosure prevention counseling services to eligible class members.

   a. *Benefit Description*: Plaintiffs will designate a nationally known non-profit housing counseling organization, Neighborhood Housing Services of Chicago, Inc., (the "Designated Organization") to provide foreclosure prevention counseling to eligible class members who currently have loans originated by a Settling Defendant that are now being serviced by an entity that either directly or indirectly received a transfer of the servicing rights on the loan from a Settling Defendant or a related entity. The foreclosure prevention counseling services available to class members will be provided by telephone (through an 800 number on a national basis). Foreclosure prevention counselors providing services to eligible class members will communicate with class members about the servicer-specific loan modification options available to them (including HAMP options). The Designated Organization will facilitate foreclosure avoidance by providing options counseling to homeowners who are delinquent on their mortgages and by acting as an intermediary between class members and their respective loan servicers, when appropriate, to ensure that all applications for loss mitigation relief are accurate and complete and submitted properly to servicing entities under the servicing entities' respective guidelines. Foreclosure prevention counselors will be available to assist class members with any follow up issues that may arise in connection with their loss mitigation applications. The availability of the this counseling benefit does not assure that any Class Member will be entitled to a

particular foreclosure avoidance plan.

b. *Eligibility*. Class Members will be eligible for this benefit if they remain obligated on a loan originated by a Settling Defendant. Eligibility will commence on the Effective Date and will be on a first come, first served, basis thereafter. The Designated Organization will have the right to refuse services to class members at their discretion in the event that the available services are unlikely to provide meaningful assistance to the Class Member based on then existing servicer guidelines.

c. *Duration*. Foreclosure prevention counseling services will be available to class members through the Designated Organization for up to one year from the Effective Date. The benefit may be terminated earlier than one-year from the Effective Date in the event that funding for the project is fully expended prior to that date.

d. The Designated Organization shall be strictly limited by the funding agreement to those services described above and shall not be permitted, under any circumstances, to recommend litigation or to offer referrals to lawyers or other parties for litigation.

4) *Settlement Payments to Class Members*.

a. *Pro rata payments*. The entire remaining balance of the Settlement Fund will be divided pro rata and paid to Class Members who make timely valid Claims. Each allowed Claim will be assigned a payment amount based on the ratio between the number of points available on the claim (under the formula described below) and the total number of points assigned to all timely valid Claims.

b. *Invalid Claims*. Claims that are not allowed under the terms of the Settlement Agreement will not be assigned any payment. Class Members filing invalid claims are still bound by all of the terms and conditions set forth in the Court approved Settlement Agreement.

c. *Payment Formula*.

   i. *Summary*. The payment formula is based on certain loan level account data made available to Plaintiffs' experts from which average putative damage calculations were performed. These calculations are described more fully below. Plaintiffs' experts have also estimated the likelihood of recovery of damages ("LR") on the legal theories available to members of each class. The number of points assigned to each claim will be based on average putative damages associated with claims in that class (APD) multiplied by a the likelihood of recovery ("LR"). Each Claim will be assigned points based on this formula for each Class for which the Claimant is a member.

   ii. *APD*. The method for calculating APD for different classes is described in the chart below. For each class, some outlying data points were eliminated to avoid anomalies.

| Class | |
|---|---|
| Class 1 – TILA Rescission | Total finance charge paid. |
| Class 2 – Bait and Switch | Monthly payment difference between loan terms promised and loan terms received over a presumptive loan life of sixty (60) months. |

| | |
|---|---|
| Class 3 – Discount Points | Class 3A-Total Discount Points Paid<br>Class 3B-Payment Differences for Loans with and without points over a presumptive loan life of sixty (60) months) |
| Class 4 – Wholesale Borrower | Finance charge paid in excess of 3% of Total Loan Amount |
| Class 5 – Loan Servicing | Servicing fees paid in excess of $1000. |

iii. The APD for each class is given in the chart below:

| Class | |
|---|---|
| Class 1 – TILA Rescission | $7,847 |
| Class 2 – Bait and Switch | 2Bi.-$13,443<br>2Bii.-$2,555<br>2Biii.-$12,947 |
| Class 3 – Discount Points | 3A-$4,245<br>3B-$5,295 |
| Class 4 – Wholesale Borrower | $6,225 |
| Class 5 – Loan Servicing | $2,949 |

iv. *LR*. The LR for each class is given in the chart below:

| Class | |
|---|---|
| Class 1 – TILA Rescission | 70% |
| Class 2 – Bait and Switch | 70% |
| Class 3 – Discount Points | 3A – 70%<br>3B – 60% |
| Class 4 – Wholesale Borrower | 55% |
| Class 5 – Loan Servicing | 50% |

5

    v. Based on the formula, class members will receive points in the following amounts:

| Class | |
|---|---|
| Class 1 – TILA Rescission | 5,493 |
| Class 2 – Bait and Switch | 2Bi. – 9,410<br>2Bii. – 1,789<br>2Biii. – 9,063 |
| Class 3 – Discount Points | 3A – 2,972<br>3B – 3,177 |
| Class 4 – Wholesale Borrower | 3,424 |
| Class 5 – Loan Servicing | 1,475 |

5) *Cy Pres*. Any balance of the Settlement Fund (such as residual funds arising because Class Members do not cash their checks) will be distributed by the *cy pres* mechanism identified in the Settlement Agreement at the earliest practicable date.

## OTHER DISTRIBUTION ISSUES

1) *Right to Payment*. A Class Member's right to a Settlement Payment pursuant to this Distribution Plan is a conditional right that terminates if a class member fails to return a Valid Claim or, in the event that the Administrator mails a Settlement payment, if said Class Member fails to cash his or her check within six months of its mailing date. The termination of any such class member's right to Settlement Payment does not terminate or change all other terms and conditions of the Settlement Agreement. In such case the check shall become null and void (the checks shall be stamped or printed with a legend to that effect) and the Administrator and the Parties shall have

no further obligation under the terms of this Agreement to make payment to such class member, with such amount reverting to the Settlement Fund. Lead Class Counsel, at its sole discretion, may direct the Administrator to reissue checks to class members whose checks are lost or expired.

2) *Disputes*. Settlement class members waive and generally release any right to proceed against Class Counsel, Class Plaintiffs, the Claims Administrator, the Settling Defendants, Ameriquest Released Parties, Additional Released Parties, Additional Released Claims or the Settlement Fund with respect to any dispute arising under the Settlement Agreement or based on a disputed claim.

3) *Settlement Fund*. The Settlement Fund shall be maintained by the Settlement Administrator in an interest bearing account that is held at a banking institution chosen jointly by the Settlement Administrator, Lead Class Counsel and the Settling Defendants.

4) *Distribution Reports*.

    a. The Settlement Administrator will provide a Distribution List to Lead Class Counsel by the most economical practical means no later than ten days prior to the date on which settlement payments are anticipated to be made to class members.

    b. The Settlement Administrator will provide to Lead Class Counsel and said counsel will file with the Court a final accounting of the Settlement Fund within 30 days after the Settlement Fund Account is closed.

5) In the event of any inconsistency between this Distribution Plan and the Settlement Agreement, the Settlement Agreement will control.

Dated:  December 4, 2009               By:  /s/ Gary Klein
                                            Gary Klein
                                            Shennan Kavanagh
                                            RODDY KLEIN & RYAN
                                            727 Atlantic Avenue
                                            Boston, MA 02111-2810
                                            Telephone: (617) 357-5500
                                            Facsimile: (617) 357-5030

                                            *Attorneys for the Class*


Dated:  December 4, 2009               /s/ Kelly M. Dermody
                                       Kelly M. Dermody
                                       Rachel Geman
                                       LIEFF, CABRASER, HEIMANN
                                         & BERNSTEIN, LLP
                                       275 Battery Street, 29th Floor
                                       San Francisco, CA 94111-3339
                                       Telephone: (415) 956-1000
                                       Facsimile: (415) 956-1008

                                       *Attorneys for the Class*


Dated: December 4, 2009                /s/ Jill Bowman
                                       Jill Bowman
                                       Terry Smiljanich
                                       JAMES, HOYER, NEWCOMER
                                         & SMILJANICH, P.A.
                                       One Urban Center, Suite 550
                                       4830 West Kennedy Boulevard
                                       Tampa, FL 33609
                                       Telephone: (813) 286-4100
                                       Facsimile: (813) 286-4174

                                       *Attorneys for the Class*


                                       *Plaintiffs' Co-Lead Counsel*

                                       Marvin A. Miller
                                       MILLER LAW LLC
                                       115 South LaSalle Street, Suite 2910
                                       Chicago, IL 60603

8

        Telephone: (312) 332-2400
        Facsimile: (312) 676-2676

*Plaintiffs' Liaison Counsel*

ASSENTED TO ON BEHALF OF THE
SETTLING DEFENDANTS

Dated: December 4, 2009      By: /s/ Bernard E. LeSage
        Bernard E. LeSage
        Sarah K. Andrus
        Adam Bass
        BUCHALTER NEMER,
        a Professional Corporation
        1000 Wilshire Boulevard, Suite 1500
        Los Angeles, CA 90017-2457
        Telephone: (213) 891-0700
        Facsimile: (213) 891-0400

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.*

Dated: December 4, 2009      By: /s/ Thomas Wiegand
        Thomas Wiegand
        WINSTON & STRAWN, LLP
        35 West Wacker Drive
        Chicago, IL 60601-9703
        Telephone: (312) 558-5600
        Facsimile: (312) 558-5700

*Attorneys for Argent Mortgage Company, LLC*