IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER AND NON-BORROWER<br>CLASS PLAINTIFFS' ACTIONS | |

## **FINAL ORDER AND JUDGMENT**

WHEREAS, a set of putative class actions are pending in the Court entitled *In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, Case No. 05-cv-07097, MDL No. 1715, by way of a First Amended and Consolidated Class Action Complaint ("FACC") [Docket No. 3245] which is a court ordered consolidation of all the class action complaints listed in the Settlement Agreement;[1]

WHEREAS, the Court has been advised by the Parties of a Settlement Agreement [Docket No. 3247] to resolve all claims and issues raised or could be raised in the FACC upon the terms and conditions set forth in that Settlement Agreement;

WHEREAS, the Plaintiffs have moved with the assent of the Settling Defendants, pursuant to Federal Rule of Civil Procedure 23(e), for an order finally approving the Settlement (the "Final Approval Motion"), in accordance with the Settlement Agreement and the Exhibits annexed thereto, and for dismissal of the FACC with prejudice upon the terms and conditions set forth in the Settlement Agreement;

WHEREAS, in compliance with the Class Action Fairness Act of 2005, Pub. L.

---

[1] Capitalized terms herein shall have the same meaning as in the Settlement Agreement, if defined.

No. 109-2, 119 Stat. 4, the Settling Defendants served written notice of the proposed class settlement on _____;

WHEREAS, the Court preliminarily approved the Settlement Agreement by Preliminary Approval Order dated _____, [Docket No. ] and approved the form, content and method of notice proposed by the parties;

WHEREAS notice was thereafter given to all members of the Settlement Classes pursuant to the terms of the Preliminary Approval Order [Docket No. __- Settlement Administrator's Declaration];

WHEREAS, the Court has read and considered the papers filed in support of the Final Approval Motion, including the Settlement Agreement and the exhibits thereto, memoranda and arguments submitted on behalf of the Plaintiffs, the Settlement Classes and the Settling Defendants, together with supporting declarations. The Court has also considered any objections or other written comments submitted to the Clerk of the Court by class members, together with the response of the Parties thereto;

WHEREAS the Court held a Final Approval Hearing on _____, at which time the parties and all other interested persons were heard in support of and in opposition to the proposed settlement; and

WHEREAS, based on the papers filed with the Court and the presentations made to the Court by the parties and by other interested persons at the hearing, it appears to the Court that the Settlement Agreement is fair, adequate, and reasonable. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. For purposes of this Settlement only, the Court has jurisdiction over the subject matter of the FACC and personal jurisdiction over the parties and the members of the Settlement Classes.

2. Pursuant to Federal Rule of Civil Procedure 23(b)(3) and findings made in the Preliminary Approval Order, the Court certifies, solely for purposes of effectuating this Settlement, the Settlement Classes.

3. The Court has determined that the Notice given to members of the Settlement Classes fully and accurately informed members of each Settlement Class of all material elements of the proposed settlement and constituted valid, due, and sufficient notice to all members of the Settlement Classes consistent with all applicable requirements.

4. The persons who made timely and valid requests for exclusion are excluded from the Settlement Classes and are not bound by this Settlement Approval Order and Final Judgment. The identities of such persons are set forth in Exhibit 1 attached hereto.

5. The Court finally approves the settlement of this Action in accordance with the terms of the Settlement Agreement and having considered the matters required under applicable law finds that the Settlement and the Distribution Plan are in all respects fundamentally fair, reasonable, adequate, and in the best interest of the Class Members, especially in light of the benefits to the Class Members; the strength of the Plaintiffs' case; the potential defenses, the complexity, expense, and probable duration of further litigation; the risk and delay inherent in possible appeals; and the risk that any judgment obtained on behalf of the class would not be collectable. The Court has

determined that the Settlement is fair given the evidence of the value of Plaintiffs' Claims in comparison to the Value of the Settlement Fund, specifically in light of the evidence of the likelihood of collecting any judgment obtained on behalf of the class. The Court has also evaluated the evidence submitted concerning the relative value of the Claims of Class Members and finds that the Distribution Plan fairly, adequately and reasonably accounts for such relative value of claims appropriately adjusted for the relative likelihood of success on the merits of such claims. The Court further finds that the common treatment of Class Members distributed nationwide in each of the Classes is adequate given the relative value of the comparative claims in comparison to the Settlement Fund and the inherent consideration of limitations matters within the Class definitions. In making such findings, the Court has considered and accounted for the stage of these proceedings where substantial and sufficient discovery has been taken to permit the fair and adequate evaluation of claims by Lead Class Counsel, the substantial expense the further duration of the litigation if not settled, and the opinions of competent counsel concerning such matters. The Court has also considered duly filed objections to the Settlement, which are overruled and denied in all respects on their merits. [Additional findings of fact and conclusions of law are contained in a separately issued memorandum of even date.]

      6.      The Court orders the parties to the Settlement Agreement to perform their obligations thereunder pursuant to the terms of the Settlement Agreement and Distribution Plan. Payments pursuant to the Distribution Plan are to be made consistent with the terms of the Settlement Agreement and Distribution Plan.

7. Late-filed Claims and Claims not otherwise made in accordance with the requirements for Claims under the Settlement Agreement and Notice are disallowed unless previously approved by the Court.

8. The Court dismisses the FACC, and all claims and causes of action asserted therein with prejudice. This dismissal is without costs to any party, except as specifically provided in the Settlement Agreement.

9. The Court adjudges that the Class Representatives and all Settlement Class members who are not Listed on Exhibit 1 shall, to the extent provided by the Settlement Agreement, conclusively be deemed to have released and discharged their claims to the extent provided in the Settlement Agreement.

10. Without affecting the finality of this Settlement Approval Order and Final Judgment in any way, the Court retains jurisdiction over: (a) implementation and enforcement of the Settlement Agreement pursuant to further orders of the Court until the final judgment contemplated hereby has become effective and each and every act agreed to be performed by the parties hereto shall have been performed pursuant to the Settlement Agreement; (b) any other action necessary to conclude this Settlement and to implement the Settlement Agreement and, (c) the enforcement, construction, and interpretation of the Settlement Agreement.

11. The Court has considered Plaintiffs' request for attorneys' fees and expenses in the amount of _____, (plus interest accrued thereon from the date interest begins to accrue for the benefit of the Settlement Fund) and finds the requested fees and expenses appropriate and reasonable because:

    a. The settlement provides substantial benefits for the class.

    b. The requested award of attorneys' fees and expenses is within the range of reasonable fees for similar class action settlements.

    c. The requested fee is below the total lodestar fees of Class Counsel, based on declarations submitted to the Court.

    d. This litigation raised numerous questions of law and fact, Plaintiffs' counsel was opposed by highly skilled defense counsel, the litigation was intensely contested through the completion of the Settlement Agreement, and there was substantial risk that Plaintiffs would not prevail on some or all of their claims.

    e. The Settlement was negotiated at arms' length and without collusion, with the assistance of a highly qualified mediator.

    f. By receiving payment from a common fund, Class Counsel's interests were fully aligned, during the settlement negotiation process, with those of members of the Settlement Classes, such that Class Counsel had appropriate incentives to maximize the size of the common fund.

Approved Attorney's Fees and Costs shall be paid from the Settlement Fund as provided by the Settlement Agreement and Distribution Plan. Distribution of attorneys' fees among Class Counsel will be at the sole discretion of Lead Class Counsel.

    12. The Court approves the Service Payments for each of the Named Plaintiffs in the amount of $7,500 (plus interest accrued thereon from the date interest begins to accrue for the benefit of the Settlement Fund), based on a finding that such amounts represent an appropriate payment for service to the Settlement Classes. Class representatives who were joint borrowers will apply for a single payment in the amount

of $7,500 (plus applicable interest). Approved Service Payments shall be paid from the Settlement Fund as provided by the Settlement Agreement and Distribution Plan.

13. This Settlement Approval Order and Final Judgment is not a finding or a determination of any wrongdoing by any of the Settling Defendants.

14. The Court finds that no just reason exists for delay in entering this Order and Final Judgment. Accordingly, the Clerk is hereby directed forthwith to enter this Order and Final Judgment.

DATED: _____, 2010

                                                The Honorable Marvin E. Aspen
                                                  United States District Court

BN 4767820v1