*EXHIBIT 6*

# **Class Counsel**

| | |
|---|---|
| Kelly M. Dermody (CA Bar No. 171716)<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br><br>and<br>Rachel Geman (NY Bar No. RG 0998)<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone:  (212) 355-9500<br>Facsimile:  (212) 355-9592 | Gary Klein<br>Shennan Kavanagh<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, MA  02111-2810<br>Telephone:  (617) 357-5500 ext. 15<br>Facsimile:  (617) 357-5030<br><br>Jill H. Bowman<br>Terry A. Smiljanich<br>JAMES, HOYER, NEWCOMER &<br>  SMILJANICH, P.A.<br>One Urban Center, Suite 550<br>4830 West Kennedy Boulevard<br>Tampa, FL  33609<br>Telephone: (813) 286-4100<br>Facsimile:  (813) 286-4174 |

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:  (312) 332-2400
Facsimile:  (312) 676-2676

*Plaintiffs' Liaison Counsel*

| | |
|---|---|
| Samuel H. Rudman  (SR-7957)<br>Evan J. Kaufman  (EJK-8042)<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  (631) 367-7100<br>Facsimile:  (631) 367-1173 | Michael D. Donovan<br>DONOVAN SEARLES LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone:  (215) 732-6067<br>Facsimile:  (215) 732-8060 |

| | |
|---|---|
| William H. Crowder  (20102) | Daniel A. Edelman |
| CROWDER TESKE, PLLP | Cathleen M. Combs |
| 222 South Ninth Street, Suite 3210 | James O. Latturner |
| Minneapolis, MN  55402 | EDELMAN, COMBS, LATTURNER & |
| Telephone:  (612) 746-1558 | GOODWIN, LLC |
| Facsimile:   (651) 846-5339 | 120 S. LaSalle Street, 18th Floor |
| | Chicago, IL  60603 |
| | Telephone:  (312) 739-4200 |
| | Facsimile:   (312) 419-0379 |

*Executive Committee*

| | |
|---|---|
| For the Plaintiffs in<br><br>*Barber v. Ameriquest Capital Corp.* | W. Roderick Bowdoin  (FBN 172237)<br>DARBY PEELE BOWDOIN & PAYNE<br>P.O. Drawer 1707<br>Lake City, FL  32056<br>Telephone:  (386) 752-4120<br>Facsimile:   (386) 755-4569<br><br>Douglas Bowdoin  (FBN 310360)<br>DOUGLAS BOWDOIN, P.A.<br>P.O. Box 2254<br>Orlando, FL  32802-2254<br>Telephone:  (407) 422-0025<br>Facsimile:   (407) 843-2448<br><br>J. Craig Bourne  (FBN 999466)<br>1520 East Livingston Street<br>Orlando, FL  32801<br>Telephone:  (407) 894-6750<br>Facsimile:   (407) 894-4735<br><br>Elizabeth J. Cabraser<br>Kelly M. Dermody<br>Rachel Geman  (RG 0998)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:   (415) 956-1008<br><br>and<br><br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone:  (212) 355-9500<br>Facsimile:   (212) 355-9592<br><br>Laurence Tien<br>BAILEY, PERRIN & BAILEY<br>440 Louisiana, Suite 2100<br>Houston, TX 77002<br>Telephone:  (713) 425-7240<br>Facsimile:   (713) 425-7101 |

| | |
|---|---|
| For the Plaintiffs in<br><br>*Becker v. J.M. Closing Services, Inc., et al.* | Richard S. Gordon<br>Martin E. Wolf<br>QUINN, GORDON & WOLF, CHTD.<br>102 W. Pennsylvania Avenue, Suite 402<br>Towson, MD 21204<br>Telephone: (410) 825-2300<br><br>Nevett Steele, Jr.<br>Phillip Robinson<br>CIVIL JUSTICE, INC.<br>520 West Fayette Street<br>Baltimore, MD 21201<br>Telephone: (415) 706-0174 |
| For the Plaintiffs in<br><br>*Brown v. Ameriquest Capital Corp.* | Jill H. Bowman<br>Terry A. Smiljanich<br>JAMES, HOYER, NEWCOMER &<br>SMILJANICH, P.A.<br>4830 W. Kennedy Blvd.<br>Urban Center One, Suite 550<br>Tampa, FL 33609<br>Telephone: (813) 286-4100<br>Facsimile: (813) 286-4174<br><br>Jonathan A. Boynton<br>KIRBY NOONAN LANCE & HOGE, LLP<br>One America Plaza<br>600 W. Broadway, Suite 1100<br>San Diego, CA 92101-3387<br>Telephone: (619) 231-8666<br>Facsimile: 619/231-9593 |

| | |
|---|---|
| For the Plaintiffs in *Campbell v. Ameriquest Mortgage Co.* | Ralph Scoccimaro  (GBN 631525)<br>Jimmie H. Brown  (GBN 088134)<br>BROWN & SCOCCIMARO, P.C.<br>P.O. Box 1646<br>Albany, GA  31702<br>Telephone:  (229) 432-9310<br>Facsimile:   (229) 436-6302<br><br>Bryan A. Vroon  (GBN 729086)<br>John W. Crongeyer  (GBN 197267)<br>VROON & CRONGEYER, LLP<br>1718 Peachtree Street, Suite 1088<br>Atlanta, GA  30309<br>Telephone:  (404) 607-6710<br>Facsimile:   (404) 607-6711 |
| For the Plaintiffs in *Capasso v. Ameriquest Mortgage Co.* | Samuel H. Rudman  (SR-7957)<br>Evan J. Kaufman  (EJK-8042)<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  (631) 367-7100<br>Facsimile:   (631) 367-1173<br><br>John T. Whipple<br>Sean Mack (SM 2016)<br>PASHMAN STEIN<br>Court Plaza South<br>21 Main Street<br>Hackensack, NY  07601-7054<br>Telephone:  (201) 488-8200<br>Facsimile:   (201) 488-5556 |

| | |
|---|---|
| For the Plaintiffs in<br><br>*Carlson v. Ameriquest Mortgage Co.* | William H. Crowder  (20102)<br>Susan Ford Bedor  (154702)<br>Gregory L. Paulson  (34517)<br>CROWDER, BEDOR & PAULSON, LLP<br>555 West Seventh Street, Suite 201<br>St. Paul, MN  55201<br>Telephone:  (651) 225-8330<br>Facsimile:   (651) 204-2134<br><br>Richard J. Fuller  (32669)<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511<br>Telephone: (612) 339-4295<br>                (612) 341-1209<br>Facsimile:   (612) 339-3161 |
| For the Plaintiffs in<br><br>*D'Ambrogi v. Ameriquest Mortgage Co.* | Stephen G. Burns<br>Andrew S. Kasmen<br>BURNS & KASMEN<br>The Pavilion, Suite A-51<br>261 Old York Road<br>Jenkintown, PA  19046<br>Telephone:  (215) 517-5800<br><br>David S. Markun  (Of Counsel)<br>MARKUN, ZUSMAN & COMPTON LLP<br>17383 West Sunset Blvd., Suite A380<br>Pacific Palisades, CA  90272<br>Telephone:  (310) 454-5900<br><br>Edward S. Zusman<br>Kevin K. Eng<br>MARKUN, ZUSMAN & COMPTON LLP<br>465 California Street, 5th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 438-4515 |
| For the Plaintiffs in<br><br>*Doherty v. Town & Country Credit Corp.* | Richard J. Fuller  (32669)<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511<br>Telephone: (612) 339-4295<br>                (612) 341-1209<br>Facsimile:   (612) 339-3161 |

| | |
|---|---|
| For the Plaintiffs in<br><br>*Harless v. Ameriquest Mortgage Co.* | Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>120 S. LaSalle Street, 18th Floor<br>Chicago, IL 60603<br>Telephone: (312) 739-4200<br>Facsimile: (312) 419-0379<br><br>Daniel Harris<br>Anthony Valach<br>THE LAW OFFICES OF DANIEL HARRIS<br>150 N. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Telephone: (312) 960-1802 |
| For the Plaintiffs in<br><br>*Jewell v. Ameriquest Mortgage Co.* | Daniel Harris<br>Anthony Valach<br>THE LAW OFFICES OF DANIEL HARRIS<br>150 N. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Telephone: (312) 960-1802<br><br>Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.<br>120 S. La Salle Street, 18th Floor<br>Chicago, IL 60603<br>Telephone: (312) 739-4200<br>Facsimile: (312) 419-0379 |

| | |
|---|---|
| For the Plaintiffs in<br><br>*Juillerat v. Ameriquest Mortgage Co.* | Michael D. Donovan<br>DONOVAN SEARLES LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone: (215) 732-6067<br>Facsimile: (215) 732-8060<br><br>Matthew J. Zevin (SBN 170736)<br>STANLEY, MANDEL & IOLA, L.L.P.<br>550 West "C" Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: (619) 235-5306<br>Facsimile: (815) 377-8419<br><br>Marc R. Stanley<br>Roger L. Mandel<br>Martin Woodward<br>STANLEY, MANDEL & IOLA, L.L.P.<br>3100 Monticello Avenue, Suite 750<br>Dallas, TX 75205<br>Telephone: (214) 443-4300<br>Facsimile: (214) 443-0358<br><br>Andrew S. Kierstead<br>LAW OFFICE OF ANDREW S. KIERSTEAD<br>1001 S.W. Fifth Avenue, Suite 1100<br>Portland, OR 97204<br>Telephone: (508) 224-6246<br>Facsimile: (508) 224-4356 |

| | |
|---|---|
| For the Plaintiffs in<br><br>*Kahrer v. Ameriquest Mortgage Co.* | Gary F. Lynch  (PA ID No. 56887)<br>R. Bruce Carlson  (PA ID No. 56617)<br>CARLSON LYNCH LTD<br>36 N. Jefferson Street<br>P.O. Box 7635<br>New Castle, PA  16107<br>Telephone:  (724) 656-1555<br><br>A. Hoyt Rowell, III<br>Daniel O. Myers<br>RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mt. Pleasant, SC  29464 |
| For the Plaintiffs in<br><br>*Knox v. Ameriquest Mortgage Co.* | Emmett C. Stanton  (CSB No. 83930)<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:  (650) 988-8500<br>Facsimile:  (650) 938-5200<br><br>Bryan A. Kohm  (CSB No. 233276)<br>FENWICK & WEST LLP<br>275 Battery Street, 16th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 875-2300<br>Facsimile:  (415) 281-1350<br><br>Shirley Hochhausen  (CSB No. 145619)<br>COMMUNITY LEGAL SERVICES IN EAST PALO ALTO<br>2117-B University Avenue<br>East Palo Alto, CA  94303<br>Telephone:  (650) 326-6440<br>Facsimile:  (650) 326-9722 |
| For the Plaintiffs in<br><br>*Madrazo v. Ameriquest Mortgage Co.* | Samuel H. Rudman  (SR-7957)<br>Evan J. Kaufman  (EJK-8042)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  (631) 367-7100<br>Facsimile:  (631) 367-1173 |

| | |
|---|---|
| For the Plaintiffs in<br><br>*Montanez v. Ameriquest Mortgage Co.* | Samuel H. Rudman  (SR-7957)<br>Evan J. Kaufman  (EJK-8042)<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  (631) 367-7100<br>Facsimile:   (631) 367-1173<br><br>Thomas G. Shapiro  (BBO #454680)<br>Theodore M. Hess-Mahan  (BBO #557109)<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, MA  02109<br>Telephone:  (617) 439-3939<br>Facsimile:   (617) 439-0134 |
| For the Plaintiffs in<br><br>*Murphy v. Ameriquest Mortgage Co.* | Gary Klein  (BBO #560769)<br>Shennan Kavanagh  (BBO #655174)<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue, 2nd Floor<br>Boston, MA   02111-2810<br>Telephone:  (617) 357-5500 ext. 15<br>Facsimile:   (617) 357-5030 |
| For the Plaintiffs in<br><br>*Saunders v. Ameriquest Mortgage Co.* | George L. Forbes  (0010716)<br>614 W. Superior Avenue, Suite 700<br>Cleveland, OH  44113-1318<br>Telephone:  (216) 696-7170<br>Facsimile:   (216) 696-8076<br><br>Gary Cook  (0021240)<br>A.R. Abdoulkarim  (0022173)<br>27801 Euclid Avenue, Suite 640<br>Euclid, OH  44132<br>Telephone:  (216) 261-8839<br>Facsimile:   (216) 261-8840 |

For the Plaintiffs in

*Ungar v. Ameriquest Mortgage Co.*

Samuel H. Rudman (SR-7957)
Evan J. Kaufman (EJK-8042)
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

David J. George (FBN 0898570)
Robert J. Robbins (FBN 0572233)
Stuart A. Davidson (FBN 0084824)
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

| | |
|---|---|
| For the Plaintiffs in<br><br>*Cheryl Williams v. Ameriquest Mortgage Co.* | Elizabeth J. Cabraser<br>Kelly M. Dermody<br>Rachel Geman  (RG 0998)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:   (415) 956-1008<br><br>and<br><br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone:  (212) 355-9500<br>Facsimile:   (212) 355-9592<br><br>Gary Klein<br>Shennan Kavanagh<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, MA  02111-2810<br>Telephone:  (617) 357-5500 ext. 15<br>Facsimile:   (617) 357-5030<br><br><br>Laurence Tien<br>BAILEY, PERRIN & BAILEY<br>440 Louisiana, Suite 2100<br>Houston, TX  77002<br>Telephone:  (713) 425-7240<br>Facsimile:   (713) 425-7101 |
| For the Plaintiffs in<br><br>*Latonya Williams v. Ameriquest Mortgage Co.* | Gary Klein  (BBO #560769)<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue, 2nd Floor<br>Boston, MA  02111-2810<br>Telephone:  (617) 357-5500 ext. 15<br>Facsimile:   (617) 357-5030<br><br>Theresa I. Wigginton  (FBN 070490)<br>915 Oakfield Drive, Suite F<br>Brandon, FL  33511<br>Telephone:  (813) 653-2992<br>Facsimile:   (813) 655-7082 |

| | |
|---|---|
| For the Plaintiffs in<br><br>*Boudin v. Residential Essentials LLC, D/B/A ATM Corp. of America and Ameriquest Mortgage Co.* | EARL P. UNDERWOOD, JR. (UNDEE6591)<br>Law Offices of Earl P. Underwood, Jr.<br>Post Office Box 969<br>Fairhope, AL  36533<br>Telephone:  (251) 990-5558<br>Facsimile:   (251) 990-0626 |
| For the Plaintiffs in<br><br>*Hines, et al. v. Ameriquest Mortgage Co.* | Bryan A. Vroon (Georgia SBN 729086)<br>bvroon@vclawfirm.com<br>John W. Crongeyer (Georgia SBN 197267)<br>jcrongeyer@vclawfirm.com<br>VROON & CRONGEYER, LLP<br>1230 Peachtree Street, Suite 2450<br>Atlanta, GA  30309<br>Telephone:  (404) 607-6710<br>Facsimile:   (404) 647-b711<br><br>Ralph Scoccimaro (Georgia SBN 631525)<br>Jimmie Brown (Georgia SBN 088134)<br>BROWN & SCOCCIMARO, P.C .<br>P.O. Box 5513<br>Rome, GA  30162-5513<br>Telephone:  (706) 291-8853<br>Facsimile:   (706) 234-3574<br><br>Robert M. Brinson (GA SBN 082900)<br>bbrinson brinson-askew.com<br>J. Anderson Davis (GA SBN 211077)<br>adavis@brinson-askew.com<br>A. Franklin Beacham III (GA SBN 043743)<br>fbeacham@brinson-askew.com<br>BRINSON ASKEW, BERRY, SEIGLER,<br>RICHARDSON & DAVIS, LLP<br>P.O. Box 1646<br>Albany, GA  31702<br>Telephone:  (229} 432-9310<br>Facsimile:   (229) 436-6302 |

| | |
|---|---|
| For the Plaintiffs in *Sanchez v. Argent Mortgage Co.* | Andrew S. Friedman (seeking Pro Hac Vice)<br>Wendy J. Harrison (CA SBN 151090)<br>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>2901 North Central Avenue, Suite 1000<br>Phoenix, AZ  85012<br>Telephone:  (602) 274-1100<br><br>Mark A. Chavez (CA SBN 90858)<br>CHAVEZ & GERTLER, L.L.P.<br>42 Miller Avenue<br>Mill Valley, CA  94941<br>Telephone:  (415) 381-5588<br><br>John Stoia (CA SBN 141757)<br>Ted Pintar (CA SBN 131372)<br>COUGHLIN, STOIA, GELLER, RUDMAN & ROBINS, LLP<br>655 W. Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  (619) 231-1058 |
| For the Plaintiffs in *Stadaker, et al. v. Ameriquest Mortgage Co.* | Jill H. Bowman<br>Terry A. Smiljanich<br>JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.<br>One Urban Centre, Suite 550<br>4830 West Kennedy Boulevard<br>Tampa, FL  33609-2589<br>Telephone:  (813) 286-4100<br>Facsimile:   (813) 286-4174<br><br>B. J. Wade (#5182)<br>bwade@gewwlaw.com<br>Lewis W. Lyons (#24577)<br>llyons@gewwlaw.com<br>ewallis@gewwlaw.com<br>Edwin E. Wallis, III (#23950)<br>GLASSMAN, EDWARDS, WADE & WYATT, P.C.<br>26 North Second Street<br>Memphis, TN  38103<br>Telephone:  (901) 527-4673<br>Facsimile:   (901) 521-0940 |

| | |
|---|---|
| For the Plaintiffs in<br><br>*Valdes v. Ameriquest Mortgage Co.* | Christopher P. Seefer (201197)<br>D. Cameron Baker (1544320)<br>Jacqueline E. Mottek (124448)<br>S. Ashar Ahmed (256711)<br>COUGLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br>    -and-<br>Timothy G. Blood (149343)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>    -and-<br>Samuel H. Rudman<br>Evan J. Kaufman<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: (631) 367-7100<br>Facsimile: (631) 367-1173 |

| | |
|---|---|
| For the Plaintiffs in<br><br>*Jones v. Ameriquest Mortgage Co.* | John W. Sharbrough, III<br>THE SHARBROUGH LAW FIRM<br>P.O. Box 966<br>Mobile, AL  36602-0996<br>Telephone:  (251) 432-1413<br>Facsimile:   (251) 432-5297<br>           -and-<br>Arthur P. Clarke<br>aclarke3@bellsouth.net<br>Attorney at Law<br>P.O. Box 1666<br>Mobile, AL  36633-1666<br>           -and-<br>Richard H. Gill<br>George W. Walker, III<br>COPELAND, FRANCO, SCREWS<br>& GILL, P.A.<br>P.O. Box 347<br>Montgomery, AL  36101-0347<br>Telephone:  (334) 834-1180<br>Facsimile:   (334) 834-3172<br>           -and-<br>C. Knox McLaney, III<br>MCLANEY & DEBRAY, PC<br>P.O. Box 4276<br>Montgomery, AL  36101-4276<br>Telephone:  (334) 265-1282<br>Facsimile:   (334) 265-2319 |
| For the Plaintiffs in<br><br>*Russell v. Ameriquest Mortgage Co.* | Robert E. Stochel<br>HOFFMAN & STOCHEL<br>1 Professional Center, Suite 306<br>Crown Point, IN  46307<br>Telephone:  (219) 662-0165<br>Facsimile:  (219) 662-2151<br>           -and-<br>Glenn S. Vician<br>BOWMAN HEINTZ BOSCIA & VICIAN<br>8605 Broadway<br>Merrillville, IN  46410<br>Telephone:  (219) 769-6671<br>Facsimile:  (219) 738-3044 |

16