*EXHIBIT 7*

# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION
## CLAIM FORM

**Settlement Claims Administrator**

_____
_____
**[Tel. #]**
**[Website]**

**TO: ALL CLASS MEMBERS**

I.   **INSTRUCTIONS**

     A.   To receive a Settlement Payment based on your claims in the above-entitled action, ALL borrowers and co-borrowers must complete and sign this Claim Form and mail it to the above address, postmarked by no later than _____[date]. You can also complete, sign and submit your claim form to the Settlement Administrator online at www._____.com. IF YOU FAIL TO SUBMIT A COMPLETED CLAIM FORM (EITHER BY MAIL OR ON-LINE) ON OR BEFORE _____[date], YOUR CLAIM WILL BE REJECTED AND YOU WILL NOT RECEIVE A SETTLEMENT PAYMENT IN THIS ACTION. YOU WILL NEVERTHELESS BE SUBJECT TO THE RELEASE DESCRIBED IN THE NOTICE UNLESS YOU EXCLUDE YOURSELF FROM THE SETTLEMENT. A Claim Form will be deemed submitted on the date postmarked or, if submitted other than by first-class mail, on the date actually received by the Settlement Administrator.

     B.   **You must fill out the information requested in Section II below and sign as indicated in Section III below**.

     C.   If you are eligible, you will receive your share of the recovery pursuant to the terms of the overall Distribution Plan, which is summarized in the Notice and available for review at _____.

     D.   *Untimely Claims*: Because the settlement process requires *pro rata* distribution of a fixed fund pursuant to the Distribution Plan, Claim Forms that are not timely will not be allowed unless you obtain a court order allowing your claim (at your own cost and expense) prior to Final Approval of the Settlement.

     E.   *Claims of Deceased Persons*: Claims of deceased persons will not be allowed unless a claim is submitted by a person authorized to act on behalf of the deceased person's estate together with proof of such authorization.

     F.   *Claims of Joint Borrowers*: Joint borrowers will be treated for the purposes of distribution as if they have a single claim. However, the entire amount of the claim of joint borrowers will be paid to any joint borrower making a claim if only one claim is timely submitted on the joint account. If more than one claim is timely submitted on a joint account, the claim payment will be divided in equal shares among the number of claimants on the joint account.

     G.   *Incomplete or Improper Claims*: The Settlement Administrator has final authority, in consultation with Lead Class Counsel, to disallow any incomplete or improperly filed claims and will send notice of and the reasons for such disallowance, if any, no later than twenty (20) days prior to the hearing set on Final Approval of the Settlement.

     H.   *Deficient Claims*. If you submit a deficient claim (for example, if you forget to sign your claim), you may correct it at any time prior to an order on final approval of the Settlement. To the extent that deficiencies in filed claims are not corrected prior to an order entered on final approval of the Settlement, and if no relief from the court is obtained by the claimant at the claimant's sole cost and expense, said claim will be permanently and finally disallowed.

     I.   THE BENEFITS OF THIS CLAIM FORM MAY BE TAXABLE AND THE CLAIMS ADMINISTRATOR IS LEGALLY OBLIGATED TO REPORT TO THE IRS ALL AMOUNTS OF $600 OR GREATER PAID TO YOU PURSUANT TO YOUR CLAIM. PLEASE CONSULT A TAX ADVISOR IF YOU HAVE QUESTIONS.

## CLAIMANT INFORMATION

*This section must be completed for a claim to be considered valid.*

**Please Print**:

_____   _____   _____
*Borrower No. 1 (Name)*                *Social Security No.*

_____   _____
*Borrower No. 2 (Name)*                *Social Security No.*

_____   _____
*Borrower No. 3 (Name)*                *Social Security No.*

Mailing Address:

_____   _____
*Street*                                                                      *Street*

_____ _____ _____   _____ _____ _____
*City*                       *State*      *ZIP Code*   *City*                       *State*      *ZIP Code*


Address of the Property on which your Loan was written (if different):

_____   _____
*Street*                                                                      *Street*

_____ _____ _____   _____ _____ _____
*City*                       *State*      *ZIP Code*   *City*                       *State*      *ZIP Code*


Loan Number: _____      Date of Loan(s): __ __ / __ __ / __ __

II.    **REQUIRED SIGNATURE TO COMPLETE VALID CLAIM**

*You must complete the below in order to submit a valid claim.*

**I affirm to the best of my/our knowledge, all the above information is true and correct. I had a mortgage loan with Ameriquest or one of the other companies referenced in the notice and believe I was affected by one or more improper lending practices.**

____/____/____    _____    _____
Date                       *Signature of Borrower No. 1*                  *Print Name of Borrower No. 1*

____/____/____    _____    _____
Date                       *Signature of Borrower No. 2*                  *Print Name of Borrower No. 2*

____/____/____    _____    _____
Date                       *Signature of Borrower No. 3*                  *Print Name of Borrower No. 3*

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION
IF YOU HAVE QUESTIONS, PLEASE CONTACT THE CLAIMS ADMINISTRATOR AS LISTED IN THE NOTICE**