## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

## ASSENTED TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Class Plaintiffs respectfully move the Court for preliminary approval of the Settlement Agreement ("Settlement"), filed contemporaneously with the Court, entered into between the Class Plaintiffs and Ameriquest Mortgage Company and those affiliated entities described in the Settlement ("Ameriquest Defendants") in the above-captioned proceeding. The Ameriquest Defendants assent to this motion. The Settlement, if finally approved, would fully and finally resolve the 28 class action cases pending in the MDL.

Class Plaintiffs request that the Court Preliminarily Approve the Settlement, Approve the Notice Plan and the Notices agreed to between the Parties, and Preliminarily Certify the Settlement Classes. In support of their request, Class Plaintiffs assert that the proposed Settlement is fair and reasonable and is consistent with the provisions of Rule 23. In further support of the motion, Class Plaintiffs refer the Court to Plaintiffs' Memorandum in Support of Assented to Motion for Preliminary Approval of Settlement and accompanying declarations, submitted herewith. A proposed form of Order is attached hereto as Exhibit 1.

Class Plaintiffs request that the Court set a hearing date for Final Approval of the Settlement ("Final Approval Hearing") on a date and time after completion of Mailed Notice and Publication Notice and the passing of the claims deadline and opt-out date.

Class Plaintiffs also request that the Court order that:

(i) Claim forms be returned to the Administrator postmarked (or by fax or email bearing a time stamp) no later than a date that is 60 days from the date of the initial Mailed Notice;

(ii) Opt Out Requests returned to the Administrator postmarked (or by fax or email bearing a time stamp) no later than a date that is 45 days from the date of the initial Mailed Notice;

(iii) Objections, if any, be filed and served no later than a date that is 45 days from the date of the initial Mailed Notice; and

(iv) Moving papers related to final approval, responses to objections, and requests for approval of counsel fees and costs be filed by the parties no later than seven (7) days prior to the Final Approval Hearing.

WHEREFORE, Class Plaintiffs request that the Court grant this motion, enter the attached Proposed Form of Order, set a date for a Final Approval Hearing which is convenient to the Court and set other deadlines for the parties and Class Members consistent with the Settlement.

DATED: December 4, 2009.

Respectfully submitted,

/s/ Gary Klein
Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN

        & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMER
      & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

*Plaintiffs' Liaison Counsel*

ASSENTED TO BY:

*/s/ Bernard E. LeSage*
Bernard E. LeSage
Sarah K. Andrus
Adam Bass
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 891-0400

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.*

*/s/ Thomas Wiegand*
Thomas Wiegand
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Argent Mortgage Company, LLC.*