IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br><br> BORROWER CLASS PLAINTIFFS' ACTIONS | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF ASSENTED TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IN EXCESS OF PAGE LIMIT**

Class Plaintiffs respectfully move the Court for leave to file a memorandum in support of their Assented to Motion for Preliminary Approval of Class Action Settlement in excess of the fifteen-page limit set by Local Rule 7.1. ("Memorandum"). As grounds for this motion, Class Plaintiffs state the following:

1. The Settlement Agreement for which the parties seek preliminary approval resolves 28 class action lawsuits against the Defendants that have been transferred and consolidated into MDL 1715.

2. The Settlement Agreement covers numerous issues for which Class Plaintiffs need excess pages to explain its terms and appropriateness to the Court. As required by Fed. R. Civ. P. 23, the Memorandum covers the appropriateness of the notice, the fairness of the settlement and the factors that support class certification for the purposes of settlement.

3. Therefore, Class Plaintiffs respectfully request leave to file a thirty four-page Memorandum.

4. Class Plaintiffs' Memorandum conforms to Local Rule 7.1's requirement that it include a table of contents and table of cases.

5. Defendants do not oppose this Motion.

6. This Motion is not sought for purposes of delay or to burden the Court, but so that justice may be done.

7. The proposed Memorandum is attached to this motion.

WHEREFORE, for the reasons cited above, Class Plaintiffs request that the Court grant this Motion allow them to file their oversized Memorandum.

Respectfully submitted,

*/s/ Gary Klein*
Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

*Plaintiffs' Liaison Counsel*

DATED: December 4, 2009.