## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL No. 1715
Lead Case No. 05-cv-07097

Centralized before the
Honorable Marvin E. Aspen

### CERTIFICATE OF SERVICE

I, Gary Klein, hereby certify that the following documents, filed through the ECF system,
will be sent electronically to the registered participants as identified on the Notice of Electronic
Filing.  Service shall be effected by e-filing on the same day as the papers are filed with the
Court. *See*, Docket No. 284, ¶VIII. Filing and Service, dated November 7, 2006.

1. Stipulation to the Filing of a First Amended and Consolidated Class
   Action Complaint for Settlement Purposes;

2. Borrowers' First Amended and Consolidated Class Action Complaint;

3. Notice of Filing of Stipulation and Agreement of Settlement;

4. Settlement Agreement;

5. Exhibit 1 – Plaintiffs' Proposed Distribution Plan for Class Settlement
   Fund;

6. Exhibit 2 – [Proposed] Order of Preliminary Approval of Class Action
   Settlement;

7. Exhibit 3 – [Proposed] Class Notice;

8. Exhibit 4 – [Proposed] Publication Notice;

9.      Exhibit 5 – [Proposed] Final Order and Judgment;

10.     Exhibit 6 – Class Counsel List;

11.     Exhibit 7 – [Proposed] Claim Form;

12.     Notice of Motion;

13.     Assented to Motion for Preliminary Approval of Class Action Settlement;

14.     Notice of Motion for Leave to File;

15.     Motion for Leave to File Memorandum Exceeding Page Limit;

16.     Plaintiffs' Memorandum in Support of Assented to Motion for Preliminary Approval of Class Action Settlement;

17.     Exhibit 1 – Declaration of Gary Klein in Support of Preliminary Approval, with Attachment;

18.     Exhibit 2 – Declaration of Kelly M. Dermody, with Exhibit;

19.     Exhibit 3 – Declaration of Co-Lead Counsel, Jill H. Bowman, in Support of Preliminary Approval of the Settlement, with Exhibit A; and

20.     Certificate of Service.


Dated:  December 4, 2009


                                        Respectfully Submitted,


                                        /s/ Gary Klein
                                        Gary Klein
                                        Elizabeth Ryan
                                        Shennan Kavanagh
                                        RODDY KLEIN & RYAN
                                        727 Atlantic Avenue
                                        Boston, MA   02111-2810

Telephone:  (617) 357-5500 ext. 15
Facsimile:   (617) 357-5030


Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMER
     & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609

*Plaintiffs' Co-Lead Counsel*