# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                      Plaintiff,

v.                                                 Case No.: 1:05−cv−07097
                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 8, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen:Class plaintiffs Assented Motion [3248] for preliminary approval of class action settlement is granted. Motion terminated. Plaintiffs' unopposed Motion for leave to file memorandum in support of assented to motion for preliminary approval of class action settlement in excess of page [3250] limit is granted. Motion terminated. (For further detail see Order for preliminary approval of class action settlement in separate docket entry). A fairness hearing is set for 4/15/10 at 10:30 a.m. The motion hearings set for 12/10/09 are stricken.Judicial staff mailed noticeJudicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.