**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL Docket No. 1715 <br> ) <br> ) Lead Case No. 05-cv-07097 <br> ) <br> ) (Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS: | ) <br> ) <br> ) |

**STIPULATION AND ORDER**

Upon agreement of the undersigned counsel, it is hereby Stipulated and Ordered as follows:

All individual plaintiffs who have previously filed a notice to opt out from any or all of the class actions against the Ameriquest defendants shall be deemed by reason of said notice and without further action on their part to have opted out of the proposed class action settlement submitted to the Court on December 4, 2009.

**STIPULATED:**

By: /s/ Catherine A. Ceko
    Daniel A. Edelman
    Cathleen M. Combs
    James O. Latturner
    Catherine A. Ceko
    EDELMAN, COMBS, LATTURNER & GOODWIN,
      L.L.C.
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603-3403
Telephone: (312) 739-4200
Fax: (312) 419-0379
*Counsel for Plaintiffs*

By: /s/ Gary Klein
    Gary Klein
    Roddy Klein and Ryan
    727 Atlantic Avenue
    Boston, MA 02111-2810
    Telephone: (617)357-5500
    Facsimile: (617)357-5030

By: /s/ Bernard E. LeSage
   *Attorneys for HomEq Servicing Corp.*

Bernard E. LeSage
Sarah K. Andrus
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700

Facsimile: (213) 896-0400

**SO ORDERED this \_\_\_\_ day of December 2009:** _____
                                                                              Honorable Marvin E. Aspen
                                                                              United States District Judge