**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL Docket No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) (Centralized before the Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO ALL ACTIONS: | ) ) ) ) |

## PLAINTIFFS' MOTION TO WITHDRAW STIPULATION AND ORDER

Plaintiffs' counsel respectfully requests that this Court enter an order withdrawing the Stipulation and Order filed on December 8, 2009.

In support of this motion, plaintiff states as follows:

1. On December 8, 2009, plaintiffs' counsel filed a Stipulation and Order regarding opt-out plaintiffs.

2. The Stipulation and Order of December 8, 2009 was filed in error.

WHEREFORE, plaintiffs' counsel respectfully requests that this Court enter an order withdrawing the Stipulation and Order filed on December 8, 2009.

Respectfully submitted,

s/ Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs

1

James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com


### CERTIFICATE OF SERVICE

       I, Cathleen M. Combs, hereby certify that on December 9, 2009, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


       s/Cathleen M. Combs
       Cathleen M. Combs