# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> ALL ACTIONS: ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Tuesday, December 15, 2009 at 10:30 a.m.**, we shall appear before Magistrate Judge Marvin E. Aspen in Room 2568 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **PLAINTIFFS' MOTION TO WITHDRAW STIPULATION AND ORDER,** which was electronically filed and served upon you through the Court's CM/ECF system.

                                         s/Cathleen M. Combs
                                         Cathleen M. Combs

                                         *Attorneys for Plaintiffs*
                                         Daniel A. Edelman
                                         Cathleen M. Combs
                                         James O. Latturner
                                         EDELMAN, COMBS, LATTURNER
                                               & GOODWIN, LLC
                                         120 S. LaSalle Street, 18th Floor
                                         Chicago, Illinois  60603
                                         (312) 739-4200
                                         (312) 419-0379 (FAX)

Dated: December 9, 2009

**CERTIFICATE OF SERVICE**

        I, Cathleen M. Combs, hereby certify that on December 9, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        s/Cathleen M. Combs
        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)