

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Therese King Nohos

FIRM: Dewey & LeBoeuf LP

STREET ADDRESS: Two Prudential Plaza 180 North Stetson Avenue

CITY/STATE/ZIP: Chicago/IL/60601

PHONE NUMBER: 312-794-8027

E-MAIL ADDRESS: tnohos@dl.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6272539

If you have previously filed an appearance with
this Court using a different name, enter that name: Therese C. King

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:05 CV 7097 | In re: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation | Judge Denlow |
| 08 CV 06029 | BP Corporation North America Inc. Savings Plan Investment Oversight Committee v. Northern Trust Investments | Judge Hibbler |
| 08 C 2162 | Plumbers and Steamfitters Local No. 7 Pension Fund v. Walgreen Co., Jeffrey A. Rein and Gregory D. Wasson | Judge Gotschall |
| 09 CV 6210 | Delisa Smith v. Michael Astrue, Commissioner of Social Security | Judge Kennelly |
| | | |
| | | |

_/s/ Therese King Nohos_          12/10/09
Attorney's Signature             Date