IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before the Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br><br> BORROWER CLASS PLAINTIFFS' ACTIONS | | |

### NOTICE OF APPEARANCE

Notice is hereby given that David J. Tarpley of the Legal Aid Society of Middle Tennessee and the Cumberlands enters his appearance on behalf of Plaintiff Mark Dickerson in Lead Case No. 05-cv-07097. Plaintiff Mark Dickerson is an individual in Court File No. 08-cv-3252, which was a "tag-along" case to MDL No. 1715.

From this point forward, all pleadings, orders, notices, and other documents shall be served upon Plaintiff's counsel of record by this Court's electronic filing system (ECF).

This the 10th day of December, 2009.

Respectfully submitted,

*/s/David J. Tarpley*
David J. Tarpley, BPR #4059
Legal Aid Society of Middle Tennessee
  and the Cumberlands
300 Deaderick Street
Nashville, TN 37201
dtarpley@las.org
(615) 780-7113
Attorney for Individual Plaintiff
Mark Dickerson

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2009, I electronically filed Plaintiff's Notice of Appearance with the Clerk of the Court using the ECF System, which sent electronic notice of the filing on the same day to all parties who are filing users.

*/s/David J. Tarpley*
DAVID J. TARPLEY