**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL Docket No. 1715 )  ) Lead Case No. 05-cv-07097 ) ) (Centralized before the Hon. Marvin E. Aspen) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS: | ) ) ) |

**STIPULATION AND ORDER**

Upon agreement of the undersigned counsel, it is hereby Stipulated and Ordered as follows:

All individual plaintiffs who have previously filed a notice to opt out from any or all of the class actions against the Ameriquest defendants, including but not limited to the individual plaintiffs represented by the undersigned co-chairs of the Individual Steering Committee and by Edelman, Combs, Latturner, & Goodwin, LLC, shall be deemed by reason of said notice and without further action on their part to have opted out of the proposed class action settlement submitted to the Court on December 4, 2009.

Individual plaintiffs who have previously filed a notice to opt out may choose to participate in the class settlement by filing a notice with the Court rescinding the opt-out and submitting a class claim by the claim date.

**STIPULATED:**

By:  /s/ Charles Delbaum
    Charles Delbaum
    National Consumer Law Center
    7 Winthrop Square, 4th Floor
    Boston, MA  02110
    Telephone: (617) 542-8010
    Facsimile: (617) 542-8028
    *Co-Chair of the Individual Claims Steering Committee*

By:  /s/ Gary Klein
    Gary Klein
    Roddy Klein and Ryan
    727 Atlantic Avenue
    Boston, MA 02111-2810
    Telephone: (617)357-5500
    Facsimile: (617)357-5030
    *Attorneys for the class plaintiffs*

By:  /s/ Daniel Blinn
    Daniel Blinn
    Consumer Law Group, LLC

By: /s/ Bernard E. LeSage
    Bernard E. LeSage
    Sarah K. Andrus

35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Telephone: (860) 571-0408
Facsimile: (860) 571-7457
*Co-Chair of the Individual Claims Steering Committee*

By:   /s/ Catherine A. Ceko
   Daniel A. Edelman
   Cathleen M. Combs
   James O. Latturner
   Catherine A. Ceko
   EDELMAN, COMBS, LATTURNER &
      GOODWIN, L.L.C.
   120 South LaSalle Street, 18th Floor
   Chicago, Illinois 60603-3403
   Telephone: (312) 739-4200
   Facsimile: (312) 419-0379
*Counsel for Certain Opt-Out Plaintiffs*

BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (f/k/a Bedford Home Loans, Inc.), Town & Country Credit Corporation; and Olympus Mortgage Company (f/k/a Bedford Home Loans, Inc.)*

By:  /s/ Thomas Wiegand
   Thomas Wiegand
   Winston & Strawn
   35 W. Wacker Drive
   41st Floor
   Chicago, IL  60601-9703
   Telephone: (312) 558-5600
   Facsimile: (312) 558-5700
*Attorneys for Argent Mortgage Company, LLC*

**SO ORDERED this \_\_\_\_ day of December 2009:**

_____
Honorable Marvin E. Aspen
United States District Judge