IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>NON-BORROWER CLASS PLAINTIFFS' ACTIONS | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, December 17, 2009 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the **Assented to Motion and Notice of Non-Borrower Class Plaintiffs' Voluntary Dismissal of Class Action Allegations Without Prejudice**, a copy of which is hereby served upon you.

DATED: December 11, 2009.

                                          Respectfully submitted,

                                          */s/ Jill H. Bowman*
                                          Jill H. Bowman
                                          Terry Smiljanich
                                          **James, Hoyer, Newcomer,**
                                                **Smiljanich & Yanchunis, P.A.**
                                            One Urban Center, Suite 550
                                            Tampa, Florida 33609

2

/s/ Gary Klein
Gary Klein
Shennan Kavanagh
**Roddy Klein & Ryan**
727 Atlantic Avenue
Boston, MA 02111-2810

/s/ Kelly M. Dermody
Kelly M. Dermody
Rachel Geman
**Lieff, Cabraser, Heimann
 & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Plaintiffs' Co-Lead Counsel*

/s/ Marvin A. Miller
Marvin A. Miller
**Miller Law LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

*Plaintiffs' Liaison Counsel*