IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>NON-BORROWER CLASS PLAINTIFFS' ACTIONS | |

## ASSENTED TO MOTION AND NOTICE OF NON-BORROWER CLASS PLAINTIFFS' VOLUNTARY DISMISSAL OF CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE

Non-Borrower Class Plaintiffs respectfully give notice and move the Court for entry of the Proposed Order voluntarily dismissing the Non-Borrower Plaintiffs' Class allegations in the Non-Borrower Consolidated Complaint ("NBCC") [Docket No. 323] without prejudice and returning authority to each of the named Non-Borrower Plaintiffs' original filing attorneys to proceed with each of the named Non-Borrower Plaintiffs' individual actions as may be appropriate in light of the Supreme Court's decision in *Safeco Insurance v. Burr*, 127 S. Ct. 2201 (2007), and the Seventh Circuit's decisions in *Murry v. New Cingular Wireless Services*, 523 F.3d 719 (7th Cir. 2008) and *Calvin v. Home Loan Center*, 531 F.3d 526 (7th Cir. 2008). The ("NBCC") consolidates the class allegations of the following actions:

1. *Burgraff v. Ameriquest Mortgage Co.*, Case No. 2:04-cv-09715,

2. *Forrest v. Ameriquest Mortgage Co.*, Case No. 2:06-cv-00012,

3. *Klutho v. Ameriquest Mortgage Co.*, Case No. 2:06-cv-00746, and

4. *Quarterman, Jr. v. Ameriquest*, Case No. 2:05-cv-01426.

Class Counsel for the Non-Borrower Class Plaintiffs make this motion and provide this notice with the assent of the Ameriquest Defendants. A proposed form of Order is attached hereto as Exhibit 1.

WHEREFORE, Non-Borrower Class Plaintiffs request that the Court grant this Motion and take such Notice, enter the Proposed Form of Order, and take such further action as the Court deems just and equitable.

DATED: December 11, 2009

Respectfully submitted,

/s/ Jill H. Bowman
Jill H. Bowman
Terry Smiljanich
**James, Hoyer, Newcomer,
  Smiljanich & Yanchunis, P.A.**
One Urban Center, Suite 550
Tampa, Florida 33609

Gary Klein
Shennan Kavanagh
**Roddy Klein & Ryan**
727 Atlantic Avenue
Boston, MA 02111-2810

Kelly M. Dermody
Rachel Geman
**Lieff, Cabraser, Heimann
  & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Plaintiffs' Co-Lead Counsel*

2

                                                Marvin A. Miller
                                                **Miller Law LLC**
                                                115 South LaSalle Street, Suite 2910
                                                Chicago, IL 60603

                                                *Plaintiffs' Liaison Counsel*

ASSENTED TO BY:

/s/ *Bernard E. LeSage*


Bernard E. LeSage
Sarah K. Andrus
Adam Bass
Buchalter Nemer,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 891-0400

*Attorneys for Ameriquest Mortgage Company; Ameriquest Capital Corporation*

3