IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>NON-BORROWER CLASS PLAINTIFFS' ACTIONS | |

### CERTIFICATE OF SERVICE

I, Jill H. Bowman, hereby certify that the following documents, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Service shall be effected by e-filing on the same day as the papers are filed with the Court. See, Docket No. 284, ¶ VIII, Filing and Service, dated November 7, 2006.

1. Notice of Motion,

2. Assented to Motion and Notice of Non-Borrower Class Plaintiffs' Voluntary Dismissal of Class Action Allegations Without Prejudice,

3. [Proposed] Order of Dismissal Without Prejudice of Non-Borrower Class Plaintiffs' Class Allegations, and

4. Certificate of Service.

DATED: December 11, 2009.

Respectfully submitted,

*/s/ Jill H. Bowman*
Jill H. Bowman
Terry Smiljanich

**James, Hoyer, Newcomer,
   Smiljanich & Yanchunis, P.A.**
One Urban Center, Suite 550
Tampa, Florida 33609


*/s/ Gary Klein*
Gary Klein
Shennan Kavanagh
**Roddy Klein & Ryan**
727 Atlantic Avenue
Boston, MA 02111-2810

*/s/ Kelly M. Dermody*
Kelly M. Dermody
Rachel Geman
**Lieff, Cabraser, Heimann
   & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Plaintiffs' Co-Lead Counsel*

*/s/ Marvin A. Miller*
Marvin A. Miller
**Miller Law LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

*Plaintiffs' Liaison Counsel*

2