## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.2
### Eastern Division

Ameriquest Mortgage Company, et al.

                            Plaintiff,

v.                                        Case No.: 1:05–cv–07097

                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 14, 2009:

      MINUTE entry before Honorable Morton Denlow: Motion hearing held on 12/14/2009 regarding motion to address the Parties' joint discovery Plan and Proposed Protective order [3241]. Motion regarding motion to address the Parties' joint discovery plan and proposed protective order[3241] is granted. Enter joint discovery plan and schedule order. (For further details see separate order.) Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.