IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

**NOTICE BY SETTLING DEFENDANTS OF SERVICE UPON APPROPRIATE FEDERAL AND STATE OFFICIALS OF NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715**

HEARING ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT: APRIL 15, 2010

**TO THE COURT AND TO ALL PARTIES OF RECORD:**

**NOTICE IS HEREBY GIVEN** that pursuant to the Class Action Fairness Act, as set forth in 28 U.S.C. § 1715, Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (formerly known as Bedford Home Loans, Inc.), Town & Country Credit Corporation, Olympus Mortgage Company (now known as Bedford Home Loans, Inc.) and Argent Mortgage Company, LLC (the "Settling Defendants") gave notice of the proposed class action settlement in this MDL proceeding ("CAFA Notice") to all appropriate federal and state officials on December 11, 2009. The Settling Defendants served the CAFA Notice, a copy of which is attached hereto as Exhibit 1, on the United States Attorney General and the Attorneys

General of each of the States of the United States at their official business addresses via either Federal Express or United States mail.

DATED: December 15, 2009          BUCHALTER NEMER
A Professional Corporation


By: /s/ Bernard E. LeSage
Bernard E. LeSage
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
Telephone: 213.891.0700
Facsimile: 213.896.0400
Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (formerly known as Bedford Home Loans, Inc.), Town & Country Credit Corporation, Olympus Mortgage Company (now known as Bedford Home Loans, Inc.) and Argent Mortgage Company, LLC