**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

Pursuant to 28 U.S.C. § 1715 Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (formerly known as Bedford Home Loans, Inc.), Town & Country Credit Corporation, Olympus Mortgage Company (now known as Bedford Home Loans, Inc.) and Argent Mortgage Company, LLC ("Settling Defendants") hereby give notice of a proposed class action settlement in the above captioned Multidistrict Litigation proceedings ("MDL Proceedings") pending in the United States District Court for the Northern District of Illinois.

1. The Complaint on which this class action settlement is based is the Borrowers' First Amended and Consolidated Class Action Complaint ("FACC") filed in the MDL Proceedings on December 4, 2009. (Docket No. 3245) A copy of the FACC is attached hereto as Exhibit 1. The 29 class actions whose claims are consolidated in the FACC ("Consolidated Class Actions") are the following:

- *Barber v. Ameriquest Capital Corp.*, Case No. 04-CV-01296 (TJC-TEM), U.S. District Court for the Middle District of Florida;
- *Becker v. J.M. Closing Services, Inc., et al.*, Case No. 1:06-cv-02810 (RDB), U.S. District Court for the District of Maryland;

- *Boudin v. ATM Holdings, Inc. D/B/A ATM Corporation of America and Ameriquest et al.*, 1:07-cv-00018, U.S. District Court for the Southern District of Alabama;
- *Brown v. Ameriquest Capital Corp.*, Case No. SACV05-285 (AHS), U.S. District Court for the Central District of California;
- *Campbell v. Ross v. Ameriquest Mortgage Co.*, Case No. 05-CV-00107 (WLS), U.S. District Court for the Middle District of Georgia;
- *Capasso v. Ameriquest Mortgage Co.*, Case No. 06-CV-01221 (JCL), U.S. District Court for the District of New Jersey;
- *Carlson v. Ameriquest Mortgage Co.*, Case No. 06-CV-03129 (PAM), U.S. District Court for the District of Minnesota;
- *D'Ambrogi v. Ameriquest Mortgage Co.*, Case No. 05-CV-04427 (CMR), U.S. District Court for the Eastern District of Pennsylvania;
- *Doherty v. Town & Country Credit Corp.*, Case No. 05-CV-00589 (JRT), U.S. District Court for the District of Minnesota;
- *Graham, et al. v. Ameriquest Mortgage, Co., Argent Mortgage Co., et al.*; 4:06-40195 United States District Court for the District of Massachusetts;
- *Harless v. Ameriquest Mortgage Co.*, Case No. 06-CV-1391 (SEB-VSS), U.S. District Court for the Southern District of Indiana;
- *Harless v. Ameriquest Mortgage Co.*, Case No. 06-CV-0695 (LJM), U.S. District Court for the Southern District of Indiana;
- *Hines, et al. v. Ameriquest Mortgage Co.*, 4:06-00133 United States District Court for the Northern District of Georgia;
- *Jewell v. Ameriquest Mortgage Co.*, Case No. 06-CV-00269, U.S. District Court for the Northern District of Illinois;
- *Jones v. Ameriquest Mortgage Co.*, Case No. 07-0182-AP-1079 (MAM-ALS) U.S. Bankruptcy Court for the Southern District of Alabama;
- *Juillerat v. Ameriquest Mortgage Co.*, Case No. 8:05-CV-01117 (DOC), U.S. District Court for the Central District of California;
- *Kahrer v. Ameriquest Mortgage Co.*, Case No. CIV.A.05-391, U.S. District Court for the Western District of Pennsylvania;
- *Knox v. Ameriquest Mortgage Co.*, Case No. C 05 00240 (SC), U.S. District Court for the Northern District of California;
- *Madrazo v. Ameriquest Mortgage Co.*, Case No. CV 05 3987 (BRK), U.S. District Court for the Eastern District of New York;
- *Montanez v. Ameriquest Mortgage Co.*, Case No. 06 CV 10244 (RWZ), U.S. District Court for the District of Massachusetts;
- *Murphy v. Ameriquest Mortgage Co.*, Case No. 04-CV-12651 (RWZ), U.S. District Court for the District of Massachusetts;
- *Russell v. Ameriquest Mortgage Co.*, Case No. 06-CV-401 (TLS-APR) U.S. District Court for the Northern District of Indiana;
- *Sanchez v. Argent Mortgage Co.*, Case No. 07-CV-984 (CJC-RNB) U.S. District Court for the Central District of California;
- *Saunders v. Ameriquest Mortgage Co.*, Case No. 5-CV-01126 (CAB), U.S. District Court for the Northern District of Ohio;

- *Stadaker v. Ameriquest Mortgage Co.*, Case No. 07-CV-409 (TNM), U.S. District Court for the Middle District of Tennessee;
- *Ungar v. Ameriquest Mortgage Co.*, Case No. 05 CIV 01849 (JDW), U.S. District Court for the Middle District of Florida;
- *Valdes v. Ameriquest Mortgage Co.*, Case no. RG05236537, Alameda County Superior Court;
- *Williams v. Ameriquest Mortgage Co.*, Case No. 05 CV 6189 (LTS), U. S. District Court for the Southern District of New York; and
- *Williams v. Ameriquest Mortgage Co.*, Case No. 05-CV-01036 (EAK), U.S. District Court for the Middle District of Florida.

On December 14, 2005 the then pending class actions were transferred and consolidated into MDL 1715, with subsequently filed class actions transferred thereafter. On December 6, 2006, Class Plaintiffs in the Consolidated Class Actions filed a Borrowers' Consolidated Class Action Complaint ("CCAC") (Docket No. 325). The Settling Defendants deny the allegations of all the Consolidated Class Actions, the CCAC and the FACC, which the Class Plaintiffs are filing for settlement purposes only. The Complaints in the Consolidated Class Actions, the CCAC and the FACC, as well as all other pleadings and documents on file with the Court, are available for public access and viewing via PACER at https://ecf.ilnd.uscourts.gov/cgi-bin/login.pl. If you do not have a PACER login, you may register online at http://pacer.psc.uscourts.gov.

2. On December 4, 2009 the Class Plaintiffs filed in the District Court an Assented to Motion for Preliminary Approval of Class Action Settlement (Docket No. 3248). On December 8, 2009 the District Court granted that Motion and entered its Order of Preliminary Approval of Class Action Settlement (Docket No. 3255), a copy of which is attached as Exhibit 2. As part of that Order the District Court set a fairness hearing to rule on final approval of this settlement on April 15, 2010 at 10:30 a.m. before the Honorable Marvin E. Aspen, District Judge, in Courtroom 2568 of the United States District Court for the Northern District of

Illinois located at 219 South Dearborn Street, Chicago, Illinois 60604. (See Exhibit 2, paragraph 11 at pages 8-9)

3. The notification of this settlement to class members will be in the form of a mailed notice (the "Notice") and a summary notice (the "Summary Notice"), substantially in the form of Exhibits 3 and 4 attached hereto. The Notice, along with a claim form, will be mailed to the last known addresses of settlement class members in the Settling Defendants' records by first class mail no later than 30 days after the Court's entry of its Order of Preliminary Approval. The Summary Notice will be published in Parade and USA Today, or as ordered by the Court, not later than 30 days after entry of the Order of Preliminary Approval. Additional provisions regarding notification of class members are set forth in Section X of the Settlement Agreement, a copy of which is attached hereto as Exhibit 5, and paragraph 7 of the Order of Preliminary Approval.

4. The Settlement Agreement between the class representative plaintiffs and the Settling Defendants, attached hereto as Exhibit 5, was filed in the MDL Proceedings on December 4, 2009. (Docket No. 3247)

5. As provided in Section XX of the Settlement Agreement, the parties, through their respective attorneys, have entered into a separate agreement concerning the occurrence of events which would grant the parties the right to terminate the Settlement Agreement. This agreement is contained in a confidential side letter to the Settlement Agreement and is available for *in camera* inspection by the Court. The parties have agreed to maintain the termination events and the contents of the confidential side letter in strictest confidence, except as otherwise agreed.

6.   As provided in Section XXIII of the Settlement Agreement, a judgment of dismissal with prejudice will be entered by the Court in connection with the final approval of this class action settlement.

7.   Due to the large number of class members, it is not feasible to identify by name all class members who reside in each state. Accordingly, Settling Defendants provide the following information pursuant to 28 U.S.C. § 1715(b)(7)(B). The estimate of the number of class members residing in each state that are reasonably expected to be eligible for participation in the settlement and relief available thereunder, is as follows.

| State | Estimated Number of Class Members Within Each State | Estimated Proportionate Share of the Claims of Class Members Within Each State |
|---|---|---|
| ALASKA | 951 | 0.13% |
| ALABAMA | 6,242 | 0.87% |
| ARKANSAS | 1,444 | 0.20% |
| ARIZONA | 35,591 | 4.98% |
| CALIFORNIA | 107,601 | 15.07% |
| COLORADO | 9,871 | 1.38% |
| CONNECTICUT | 11,137 | 1.56% |
| DISTRICT OF COLUMBIA | 125 | 0.02% |
| DELAWARE | 2,530 | 0.35% |
| FLORIDA | 95,079 | 13.31% |
| GEORGIA | 11,466 | 1.61% |
| HAWAII | 3,829 | 0.54% |
| IOWA | 4,134 | 0.58% |
| IDAHO | 1,256 | 0.18% |
| ILLINOIS | 33,811 | 4.73% |
| INDIANA | 17,677 | 2.47% |
| KANSAS | 3,757 | 0.53% |

| State | Estimated Number of Class Members Within Each State | Estimated Proportionate Share of the Claims of Class Members Within Each State |
|---|---|---|
| KENTUCKY | 4,057 | 0.57% |
| LOUISIANA | 8,681 | 1.22% |
| MASSACHUSETTS | 12,023 | 1.68% |
| MARYLAND | 26,853 | 3.76% |
| MAINE | 3,562 | 0.50% |
| MICHIGAN | 37,448 | 5.24% |
| MINNESOTA | 7,926 | 1.11% |
| MISSOURI | 16,417 | 2.30% |
| MISSISSIPPI | 4,377 | 0.61% |
| MONTANA | 381 | 0.05% |
| NORTH CAROLINA | 4,871 | 0.68% |
| NORTH DAKOTA | 255 | 0.04% |
| NEBRASKA | 2,199 | 0.31% |
| NEW HAMPSHIRE | 3,117 | 0.44% |
| NEW JERSEY | 23,019 | 3.22% |
| NEW MEXICO | 2,120 | 0.30% |
| NEVADA | 10,470 | 1.47% |
| NEW YORK | 41,865 | 5.86% |
| OHIO | 32,464 | 4.55% |
| OKLAHOMA | 6,274 | 0.88% |
| OREGON | 4,251 | 0.60% |
| PENNSYLVANIA | 25,115 | 3.52% |
| RHODE ISLAND | 5,377 | 0.75% |
| SOUTH CAROLINA | 4,582 | 0.64% |
| SOUTH DAKOTA | 362 | 0.05% |
| TENNESSEE | 12,054 | 1.69% |
| TEXAS | 42,142 | 5.90% |
| UTAH | 5,125 | 0.72% |
| VERMONT | 213 | 0.03% |
| WASHINGTON | 11,864 | 1.66% |

| State | Estimated Number of Class Members Within Each State | Estimated Proportionate Share of the Claims of Class Members Within Each State |
|---|---|---|
| WISCONSIN | 7,325 | 1.03% |
| WYOMING | 943 | 0.13% |
| **TOTALS:** | 714,233 | 100% |

8. There are no written judicial opinions relating to any of the materials described in subparagraphs 3 through 6, above, except the Order of Preliminary Approval.

DATED: December 11, 2009

By: *Bernard E. LeSage*
Bernard E. LeSage
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
Telephone: 213.891.0700
Facsimile: 213.896.0400
Attorneys for Settling Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (formerly known as Bedford Home Loans, Inc.), Town & Country Credit Corporation, Olympus Mortgage Company (now known as Bedford Home Loans, Inc.) and Argent Mortgage Company, LLC