# EXHIBIT 4

## LEGAL NOTICE: PROPOSED SETTLEMENT

**If You Had a Mortgage That Was Made Or Serviced By Ameriquest, Argent or One of Their Affiliates After December 14, 2001, This Notice May Affect Your Rights**

### What Is The Settlement About?

A Settlement has been proposed in a class action lawsuit about the mortgage lending and servicing practices of Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Bedford Home Loans, Inc, Town & Country Credit Corporation, Olympus Mortgage Company, and Argent Mortgage Company, LLC ("Ameriquest"). The Plaintiffs alleged that Ameriquest engaged in unfair, deceptive, fraudulent and illegal lending practices. Ameriquest has denied all liability.

The Settlement will allow Class Members to receive monetary relief and other benefits. To receive these benefits, you must (1) fit the class definition and (2) submit a timely valid claim form. Alternatively, you can exclude yourself from the Settlement. In addition, if you are a Class Member, you have the right to submit comments (including objections) regarding the Settlement for the Court's consideration.

The United States District Court for the Northern District of Illinois authorized this Notice. Before any money is paid or any other changes take effect, the Court will have a final fairness hearing to decide whether to approve the settlement. The total Settlement amount is $22 Million.

### Who Is Included?

All Class Members are included. If you had a mortgage loan originated or serviced by Ameriquest after December 14, 2001, you may be a class member. If you think you may be eligible, please go to www._____ where you can view a more complete list of eligibility criteria for this settlement, the full Class Action Notice and other relevant documents. On the website, you will also find a link that will allow you to input your Loan Number to have the Settlement Administrator determine if you are a Class Member based on available records.

Please Note: if you accepted money from a Settlement between your state's Attorney General and Ameriquest (or were part of any other settlement) you are ineligible to participate in this Settlement.

### How Can I Ask For Benefits Under This Proposed Settlement?

If you determine that you are eligible and wish to receive benefits, you should submit a Claim Form postmarked by _____. To get a Notice and Claim Form, please visit www._____ or call 1-800-_____. Unless you exclude yourself from the Settlement, you will release your legal rights against Ameriquest and certain other parties (other than foreclosure defenses), whether or not you submit a claim.

### What Are My Other Options?

If you are a Class Member and wish to exclude yourself from the Settlement, you must do so in writing by _____. This will allow you to retain your claims, which then may be prosecuted at your own cost and expense. Instructions for excluding yourself from the Settlement are contained in the Notice.

If you are a Class Member and wish to Object to the Settlement and/or appear at the final fairness hearing, instructions for doing so are also contained in the Notice.

### When is the Final Fairness Hearing?

A hearing will be held in this case (*In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715) in the Northern District of Illinois United States District Courthouse, 219 South Dearborn St., Chicago, Illinois, on __ 2010 at __ a.m./p.m. At the hearing, the Court will determine whether (a) to approve the proposed Settlement as fair, reasonable, and adequate, and (b) to grant Class Counsel's application for attorneys' fees and reimbursement of expenses, and (c) to grant service awards to representatives of the Class. You may ask to appear at the hearing, but you do not have to appear in order to receive benefits.

### How Do I Get More Information?

A more complete description of the Settlement and other important information is available by visiting [website], calling toll free 1-800-_____, or writing to ___ Claims Administrator, _____. That information will explain more fully how to determine if you are a Class Member, how to obtain settlement benefits, how to opt out, how to object or comment to the Court, and the legal rights you will be giving up if you do not opt out.

**PLEASE DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.**