**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Wray Bailey, et al. v. Ameriquest Mortgage Company,* et al., Case No. 06-cv-01733 (N.D. Ill.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR ORDER TO SUBSTITUTE PARTY**

On December 15, 2009, Edward Kobialka, Jr., administrator of the estate of Edward Koibialka, Sr., filed a Motion for Order to Substitute Party ("Motion") in *Bailey, et al. v. Ameriquest Mortgage Company*, Case No. 1:06-cv-01733 (N.D. Ill.). [Docket No. 79] Although Defendants continue to dispute the merits of the claims in this action, they do not oppose the granting of the Motion, without prejudice to Defendants' right to raise any defenses to the claims, including, but not limited to, whether any claims asserted are extinguished by the death of the plaintiff.

DATED: December 15, 2009

By:/s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company, Deutsche Bank National Trust Company, as Trustee, and JPMC Specialty Mortgage, LLC, f/k/a WM Specialty Mortgage, LLC*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 15th day of December 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage