1.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: <br><br> NON-BORROWER CLASS PLAINTIFFS' ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |

**ORDER
OF DISMISSAL WITHOUT PREJUDICE OF
NON-BORROWER CLASS PLAINTIFFS' CLASS ALLEGATIONS**

Whereas, a set of putative class actions are pending in the Court entitled *In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, Case No. 05-cv-07097, MDL No. 1715, by way of the Non-Borrower's Consolidated Complaint ("NBCC") [Docket No. 323] which is a court ordered consolidation of all the non-borrower class action complaints whether expressly identified therein or subsequently transferred into this multi-district proceeding;

Whereas the NBCC consolidates the class allegations in the following actions:

1. *Burgraff v. Ameriquest Mortgage Co., Case No. 2:04-cv-09715,*

**2.** *Forrest v. Ameriquest Mortgage Co.*, Case No. 2:06-cv-00012,

3. *Klutho v. Ameriquest Mortgage Co.*, Case No. 2:06-cv-00746, and

4. *Quarterman, Jr. v. Ameriquest*, Case No. 2:05-cv-01426.

Whereas Class Counsel and the Non-Borrower Class Plaintiffs' have moved and notified this Court of the voluntary dismissal without prejudice of the class allegations contained in the NBCC; and

Whereas the Defendants have assented to such voluntary dismissal of the Non-Borrower Class Plaintiffs' class allegations from the NBCC;

NOW, THEREFORE, pursuant to the motion and all the files, records, and proceedings herein, the Court hereby grants the Motion of the Non-Borrower Plaintiffs' and dismisses the Class Allegations contained in the NBCC without prejudice. The Court further returns authority to the original filing attorneys for each named Plaintiff to proceed on behalf of their individual clients in accordance with the requirements of law.

Dated: December 16, 2009.
_____
The Honorable Marvin E. Aspen
United States District Court