# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| CASTELLA WILLIAMS HARRIS, | ) ) | |
| Plaintiff, | ) ) | 05 C 4025 |
| v. | ) ) | Judge Der-Yeghiayan Magistrate Judge Levin |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, As Trustee of AMERIQUEST MORTGAGE SECURITIES, Asset Backed- Through Certificates, Series 2003-X1, under the Pooling & Servicing Agreement Dated As of January 1, 2003, Without Recourse, and CITI RESIDENTIAL LENDING, INC., | ) ) ) ) ) ) ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097)  **JURY DEMANDED** |
| Defendants. | ) ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER*

Plaintiff Castella Harris Jones, f/k/a Castella Williams Harris respectfully moves this Court, pursuant to Fed. R. Civ. P. 15(a), for leave to file a Third Amended Complaint and to have it deemed filed *instanter*. A copy of her proposed Third Amended Complaint is attached hereto as Appendix A. In support of her motion, plaintiff states as follows:

1.  Ms. Jones filed this action against defendants on July 12, 2005 for

1

violations of the Truth In Lending Act, 15 U.S.C. § 1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, C.F.R. part 226.

  2. Plaintiff seeks to add RoundPoint Mortgage Servicing Corporation as a defendant, and to dismiss defendant Citi Residential Lending, Inc., without prejudice. RoundPoint Mortgage Servicing Corporation is now the current servicer of plaintiff's loan.

  3. Adding the servicer of the loan is important to plaintiffs' case because 15 U.S.C. § 1641(c) provides that the consumer may rescind a mortgage loan in the hands of "any assignee."

  4. Plaintiff also seeks to update her name from Castella Williams Harris to Castella Harris Jones, f/k/a Castella Williams Harris.

  5. The proposed changes would cause no prejudice to any defendant in the sense that this term is understood by the authorities. See Johnson v. Oroweat Foods, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial); Hely & Patterson Intern v. F.D. Rich Housing, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered had the amendments . . . been timely"); Head v. Timken Roller Bearing Co., 486 F.2d 870, 873 (6th Cir. 1973) ("amendments should be tendered no later than the time of pretrial . . .").

  6. Fed. R. Civ. P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." A district court should only deny a motion to

amend a complaint if there is a substantial reason to do so. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

WHEREFORE, plaintiff respectfully request that this Court enter an Order (A) granting her leave to file the proposed Third Amended Complaint, a copy of which is attached as Appendix A, (B) deeming the Third Amended Complaint filed *instanter*, (C) dismissing defendant Citi Residential Lending, Inc., without prejudice, and (D) granting any further or other relief that the Court deems just.

Respectfully submitted,

s/ Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200/(312) 419-0379 (FAX)