**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

| | | |
|---|---|---|
| CASTELLA WILLIAMS HARRIS, | ) ) | |
| Plaintiff, | ) ) | 05 C 4025 |
| v. | ) ) ) | Judge Der-Yeghiayan<br>Magistrate Judge Levin |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, As Trustee of AMERIQUEST MORTGAGE SECURITIES, Asset Backed- Through Certificates, Series 2003-X1, under the Pooling & Servicing Agreement Dated As of January 1, 2003, Without Recourse, and CITI RESIDENTIAL LENDING, INC., | ) ) ) ) ) ) ) ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097)<br><br>**JURY DEMANDED** |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** SEE ATTACHED SERVICE LIST

   **PLEASE TAKE NOTICE** that on **Tuesday, December 29, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

            s/ Cathleen M. Combs
            Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Cathleen M. Combs, hereby certify that on December 21, 2009, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Harold Hilborn
hhilborn@vbhlc.com

                                           s/ Cathleen M. Combs
                                           Cathleen M. Combs