# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                                    Plaintiff,

v.                                                             Case No.: 1:05−cv−07097
                                                                                Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 28, 2009:

      MINUTE entry before Honorable Marvin E. Aspen:Plaintiffs' Motion for leave to file [3281] third amended complaint (Case No. 05 C 4025 Harris v. Ameriquest) adding defendant RoundPoint Mortgage Servicing Corporation and dismissing defendant CitiResidential Lendin is granted. Motion terminated. Plaintiff's name is updated to read from Castella Williams Harris to Castella Harris Jones f/k/a Castella Williams Harris. The motion hearing set for 12/29/09 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.