# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

In re Ameriquest Mortgage Company
Mortgage Lending Practices Litigation

Nancy Elder Coleman and Robert L. Elder

v.

Ameriquest Mortgage Company, Deutsche Bank National Trust Company, as Trustee, and JPMC Specialty Mortgage LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-CV-7097; 07-CV-3577

ASSIGNED JUDGE: MARVIN E. ASPEN

DESIGNATED
MAGISTRATE JUDGE: MORTON DENLOW

TO: (Name and address of Defendant)

JPMC Specialty Mortgage LLC
c/o Registered Agent,
CT Corporation System
1209 Orange Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Charles M. Baird, Attorney at Law
1270 Caroline Street
Suite D120-440
Atlanta, Georgia 30307-2758

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



**November 13, 2009**
_____
Date

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/19/2009 at 2:10 PM |
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *Service on JPMC Specialty Mortgage, LLC, was effectuated by serving Scott LaScala, Managing Agent duly authorized to accept service. Service was made at The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/22/09
Date

Signature of Server

2000 Pennsylvania Ave., # 207, Wilmington, DE 19806
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.