IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO ALL ACTIONS _____ AMERIQUEST MORTGAGE COMPANY, A Delaware corporation; *et al.*,       Defendants and Third-Party       Plaintiffs, v. NORTHWEST TITLE AND ESCROW CORPORATION, a Minnesota Corporation, *et al.*,       Third-Party Defendants. | MDL NO. 1715 Lead Case No. 05-cv-07097 (Centralized before the Honorable Marvin E. Aspen) |

## SUGGESTION OF BANKRUPTCY

Third party Defendant, Residential Title Services Inc. ("RTS") hereby notifies the court that:

1.    On November 20, 2009, RTS filed a bankruptcy petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division pursuant to Chapter 7 of the Bankruptcy Code.

2.    The case was assigned number 09 B 44155.

3.    A true and accurate copy of the Notice of Filing is attached to this Suggestion of Bankruptcy as Exhibit 1.

4. Pursuant to 11 U.S.C. § 362(a), RTS' filing of its voluntary petition operates as a stay, applicable to all entities of 1) the commencement or continuation of all judicial, administrative, or other actions or proceedings against RTS a) that were or could have been commenced before the commencement of RTS' case or b) to recover any claims again RTS that arose before the commencement of RTS' case; 2) the enforcement against RTS or against any property of RTS' bankruptcy estate, of a judgment obtained before the commencement of RTS' case; or 3) any act to obtain possession of property of or from RTS' bankruptcy estate, or to exercise control over property of RTS' bankruptcy estate.

/s/ Katherine M. Donat
Katherine M. Donat
Attorney for Residential Title Services Inc.
Noonan & Lieberman, Ltd.
105 W. Adams St., Ste. 3000
Chicago, Illinois 60603
312-431-1455
312-431-1456 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing Suggestion of Bankruptcy was served by electronic filing with the clerk of the Court (ECF) on January 7, 2010. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic Filing System.

/s/ Katherine M. Donat

EXHIBIT 1
To
Residential Title Services, Inc.'s
Suggestion of Bankruptcy
Filed in
Case #05-CV-07097

| B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/07) | Case Number 09−44155 |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on November 20, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Residential Title Services, Inc.
1910 S. Highland Avenue, # 150
Lombard, IL 60148

| Case Number: 09−44155<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Barbara L Yong<br>Golan & Christie LLP<br>70 W Madison Suite 1500<br>Chicago, IL 60602<br>Telephone number: 312 263−2300 | Bankruptcy Trustee (name and address):<br>Brenda Porter Helms ESQ<br>The Helms Law Firm, P.C.<br>3400 West Lawrence<br>Chicago, IL 60625<br>Telephone number: 773−463−6427 |

### Meeting of Creditors:

Date: **December 23, 2009**                Time: **03:30 PM**
Location: **505 N Cty Farm Road, Room 2017, Wheaton, IL 60187**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−888−232−6814 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: November 23, 2009 |