| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| CHARLES M. BAIRD, ESQ.<br>1270 CAROLINE STREET<br>STE. D120-440<br>ATLANTA GA 30307 | 404-522-9485<br><br>Ref. No. or File No. | |
| ATTORNEY FOR PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION

SHORT TITLE OF CASE:
COLEMAN : AMERIQUEST

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 071378 | | | | 05CV7097/07CV3577 |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Summons in a Civil Case and Second Amended Complaint

On: DEUTSCHE BANK NATIONAL
TRUST COMPANY

At: 1761 E. ST. ANDREWS PL.
SANTA ANA CA 92705

In the above mentioned action by delivering to and leaving with

SUSAN PATTEN
Whose title is: AUTHORIZED AGENT

On: 11/20/09   At: 01:20PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of service and statement of service fees is true and correct.

Person serving: PHIL THOMAS          Fee for service: $    65.00

All Counties Attorney Service          d.  Registered California process server
1625 E. 17th Street                    (1) [   ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                    (2) Registration No. PSC 1985
714-558-1403 FAX 714-558-0261          (3) County: ORANGE
                                       (4) Expiration: 12/05/10

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 11/23/09                    > SIGNATURE  *(signed)*