| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| CHARLES M. BAIRD, ESQ.<br>1270 CAROLINE STREET<br>STE. D120-440<br>ATLANTA GA 30307<br>ATTORNEY FOR  PLAINTIFF | 404-522-9485<br><br>Ref. No. or File No. | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION | | |
| SHORT TITLE OF CASE:<br>JULIEN : AMERIQUEST | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 071379 | | | | 05CV7097/06CV4037 |

Proof Of Service

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   Summons in a Civil case and Third Amended Complaint

2. a. Party served: DEUTSCHE BANK NATIONAL TRUST COMPANY

   b. Person served: SUSAN PATTEN

      Title: AUTHORIZED AGENT

   AGE: 52  HEIGHT: 5'4"  WEIGHT: 125  HAIR: BROWN    RACE: CAUC  SEX: F

   c. Address: 1761 E. ST. ANDREWS PL.
      SANTA ANA CA 92705

3. I served the party named in item 2
   a. By personally delivering the copies on 11/20/09 at 01:20PM

4. Person serving: PHIL THOMAS          Fee for service:$     65.00

All Counties Attorney Service          d. Registered California process server
1625 E. 17th Street                    (1) [  ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                    (2) Registration No. PSC 1985
714-558-1403 FAX 714-558-0261          (3) County: ORANGE
                                       (4) Expiration: 12/05/10

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 11/30/09                         >
                                       SIGNATURE