UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>COLEMAN V. AMERIQUEST MORTGAGE CO., Case No. 07 C 3577 (N.D. Ill.)<br><br>NANCY ELDER COLEMAN and ROBERT L. ELDER,<br><br>    Plaintiffs<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, and JPMC SPECIALTY MORTGAGE LLC,<br><br>    Defendants | |

### REQUEST FOR CLERK'S ENTRIES OF DEFAULT

Plaintiffs request, under Rule 55(a), Federal Rules of Civil Procedure, that the Clerk of this Court make entries of default[1] with regard to defendants Deutsche Bank National Trust Company, as Trustee ("Deutsche Bank"), and JPMC Specialty Mortgage LLC

---

[1] Plaintiffs seek entries of default only, not default judgments under Rule 55(b).

("JPMCSM") (together, "New Defendants"). In support of this Request, Plaintiffs state as follows:

1.    On November 4, 2009, having granted Plaintiffs' Unopposed Amended Motion for Leave to File Second Amended Complaint *Instanter* (Doc. 2696), this Court electronically filed Plaintiffs' Second Amended Complaint (Doc. 3201), which added the New Defendants to this action.

2.    As shown in the Declaration of Charles M. Baird in Support of Request for Clerk's Entries of Default, attached hereto as Exhibit A ("Declaration") and on the docket for this action, JPMCSM was properly served on November 19, 2009, with a copy of the Second Amended Complaint, along with an official court summons. (See Doc. 3289.)

4.    As shown in the Declaration and on the docket for this action, Deutsche Bank was properly served on November 20, 2009, with a copy of the Second Amended Complaint, along with an official court summons. (See Doc. 3295.)

5.    As shown in the Declaration and on the docket for this action, neither of the New Defendants has filed an answer or other response to the Second Amended Complaint. The deadlines for the New Defendants to file responses to the Second Amended Complaint were in early December, 2009. See Rule 12(a)(1)(A). Those deadlines have long since passed.

6.    As shown in the Declaration and on the docket for this action, neither of the New Defendants sought an extension of its deadline for filing a response to the Second Amended Complaint, and neither has made any appearance in this action.

7.    Under Rule 55(a), the clerk of a court "must" enter a party's default if the party fails to plead or otherwise defend against a claim for affirmative relief.

8. Accordingly, Plaintiffs respectfully request that the Clerk of this Court make entries of default in this action with regard to JPMCSM and Deutsche Bank.

Respectfully submitted,

s/Charles M. Baird
Charles M. Baird
Georgia Bar No. 032500

Attorney at Law
1270 Caroline Street, Suite D120-440
Atlanta, Georgia 30307-2758
(404) 522-9485
Fax: (404) 627-6049
E-mail: charlesmbaird@att.net           Attorney for Plaintiffs