# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>COLEMAN V. AMERIQUEST MORTGAGE CO., Case No. 07 C 3577 (N.D. Ill.)<br><br>NANCY ELDER COLEMAN and ROBERT L. ELDER,<br><br>    Plaintiffs<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, and JPMC SPECIALTY MORTGAGE LLC,<br><br>    Defendants | |

### DECLARATION OF CHARLES M. BAIRD
### IN SUPPORT OF REQUEST FOR CLERK'S ENTRIES OF DEFAULT

    I declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information, and belief.

    1.    My name is Charles M. Baird, and I am counsel for the Plaintiffs in the present action. I am competent to testify as to the matters set forth in this Declaration.

2. On November 4, 2009, having granted Plaintiffs' Unopposed Amended Motion for Leave to File Second Amended Complaint *Instanter* (Doc. 2696), this Court electronically filed Plaintiffs' Second Amended Complaint (Doc. 3201), which added two new defendants to this action. The new defendants are Deutsche Bank National Trust Company, as Trustee ("Deutsche Bank"), and JPMC Specialty Mortgage LLC ("JPMCSM") (together, "New Defendants").

3. On November 19, 2009, JPMCSM was properly served with a copy of the Second Amended Complaint, along with an official court summons. (See Doc. 3289.)

4. On November 20, 2009, Deutsche Bank was properly served with a copy of the Second Amended Complaint, along with an official court summons. (See Doc. 3295.)

5. Neither of the New Defendants has filed an answer or other response to the Second Amended Complaint, although the deadline for doing so has long since passed.

6. Neither of the New Defendants sought an extension of its deadline for filing a response to the Second Amended Complaint, and neither has made any appearance in this action.

So stated this 11th day of January, 2010.

s/Charles M. Baird
CHARLES M. BAIRD