UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: JULIEN v. AMERIQUEST MORTGAGE CO., N. D. ILL., CASE NO. 06-CV-04037<br><br>LYNN JULIEN and DENISE JULIEN,<br><br>  Plaintiffs,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,<br><br>  Defendants. | |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiffs request, under Rule 55(a), Federal Rules of Civil Procedure, that the Clerk of this Court make an entry of default[1] with regard to defendant Deutsche Bank National Trust Company, as Trustee ("Deutsche Bank"). In support of this Request, Plaintiffs state as follows:

1. On November 4, 2009, having granted Plaintiffs' Unopposed Amended Motion for Leave to File Third Amended Complaint *Instanter* (Doc. 2152), this Court electronically

---

[1] Plaintiffs seek an entry of default only, not a default judgment under Rule 55(b).

filed Plaintiffs' Third Amended Complaint (Doc. 3203), which added Deutsche Bank to this action.

2. As shown in the Declaration of Charles M. Baird in Support of Request for Clerk's Entry of Default, attached hereto as Exhibit A ("Declaration") and on the docket for this action, Deutsche Bank was properly served on November 20, 2009, with a copy of the Third Amended Complaint, along with an official court summons. (See Doc. 3296.)

3. As shown in the Declaration and on the docket for this action, Deutsche Bank has not filed an answer or other response to the Third Amended Complaint. The deadline for Deutsche Bank to file a response to the Third Amended Complaint was in early December, 2009. See Rule 12(a)(1)(A). This deadline has long since passed.

4. As shown in the Declaration and on the docket for this action, Deutsche Bank has not sought an extension of its deadline for filing a response to the Third Amended Complaint, nor made any appearance in this action.

5. Under Rule 55(a), the clerk of a court "must" enter a party's default if the party fails to plead or otherwise defend against a claim for affirmative relief.

6. Accordingly, Plaintiffs respectfully request that the Clerk of this Court make an entry of default in this action with regard to Deutsche Bank.

Respectfully submitted,

s/Charles M. Baird
Charles M. Baird
Georgia Bar No. 032500

Attorney at Law
1270 Caroline Street, Suite D120-440
Atlanta, Georgia 30307-2758
(404) 522-9485
Fax: (404) 627-6049
E-mail: charlesmbaird@att.net          Attorney for Plaintiffs

2