# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION** | **MDL No. 1715**<br><br>**Lead Case No. 05-cv-07097**<br><br><br>**Centralized before Judge Marvin E. Aspen** |
| **THIS DOCUMENT RELATES TO: JULIEN v. AMERIQUEST MORTGAGE CO., N. D. ILL., CASE NO. 06-CV-04037**<br><br>_____<br><br>**LYNN JULIEN and DENISE JULIEN,**<br><br>   Plaintiffs,<br>**v.**<br><br>**AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,**<br><br>   **Defendants.** | |

## DECLARATION OF CHARLES M. BAIRD
## IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

I declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information, and belief.

1.  My name is Charles M. Baird, and I am counsel for the Plaintiffs in the present action. I am competent to testify as to the matters set forth in this Declaration.

2.  On November 4, 2009, having granted Plaintiffs' Unopposed Amended Motion for Leave to File Third Amended Complaint *Instanter* (Doc. 2152), this Court electronically

filed Plaintiffs' Third Amended Complaint (Doc. 3203), which added as a new defendant in this action Deutsche Bank National Trust Company, as Trustee ("Deutsche Bank").

3. On November 20, 2009, Deutsche Bank was properly served with a copy of the Third Amended Complaint, along with an official court summons. (See Doc. 3296.)

4. Deutsche Bank has not filed an answer or other response to the Third Amended Complaint, although the deadline for doing has long since passed.

5. Deutsche Bank has not sought an extension of its deadline for filing a response to the Third Amended Complaint, nor made any appearance in this action.

So stated this 11th day of January, 2010.

s/Charles M. Baird
CHARLES M. BAIRD