UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>**Centralized before Judge Marvin E. Aspen** |
| **THIS DOCUMENT RELATES TO:** JULIEN v. AMERIQUEST MORTGAGE CO., N. D. ILL., CASE NO. 06-CV-04037<br>_____<br><br>**LYNN JULIEN and DENISE JULIEN,**<br><br>    Plaintiffs,<br>v.<br><br>**AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,**<br><br>    Defendants. | |

NOTICE OF CONDITIONAL WITHDRAWAL OF
REQUEST FOR CLERK'S ENTRY OF DEFAULT

After Plaintiffs filed their Request for Clerk's Entry of Default ("Request") herein on January 11, 2010 (Doc. 3298), Defendant Deutsche Bank National Trust Company, as Trustee ("Deutsche Bank") filed, in case number 06-cv-04037, as document number 25 in that action, Defendant Deutsche Bank National Trust Company, as Trustee's Answer and Affirmative Defenses to Third Amended Complaint ("Answer"). Plaintiffs believe that Deutsche Bank's filing was in error, because this Court has determined that pleadings in cases brought by

plaintiffs in this multi-district litigation who have oped out of the class actions should be filed in the present lead case, number 05-cv-07097.

Nevertheless, conditional upon Deutsche Bank's Answer being determined as having been properly filed or a new answer being filed in the present lead case within five days, Plaintiffs give notice that they are withdrawing their Request, reserving the right to re-file it later should that be appropriate. This is being done as a courtesy to Deutsche Bank's counsel, who have indicated that their client's default was inadvertent and that Deutsche Bank intends to defend against Plaintiffs' Third Amended Complaint.

                Respectfully submitted,

                s/Charles M. Baird
                Charles M. Baird
                Georgia Bar No. 032500

Attorney at Law
1270 Caroline Street, Suite D120-440
Atlanta, Georgia 30307-2758
(404) 522-9485
Fax: (404) 627-6049
E-mail: charlesmbaird@att.net        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on January 12, 2010, the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    s/Charles M. Baird