UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>COLEMAN V. AMERIQUEST MORTGAGE CO., Case No. 07 C 3577 (N.D. Ill.)<br><br>NANCY ELDER COLEMAN and ROBERT L. ELDER,<br><br>    Plaintiffs<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, and JPMC SPECIALTY MORTGAGE LLC,<br><br>    Defendants | |

**NOTICE OF CONDITIONAL WITHDRAWAL OF
REQUEST FOR CLERK'S ENTRIES OF DEFAULT**

After Plaintiffs filed their Request for Clerk's Entries of Default ("Request") herein on January 11, 2010 (Doc.3297), counsel for Plaintiffs was advised by counsel for the defendants with regard to which the Request was filed ("Subject Defendants") that the Subject Defendants were in default by inadvertence and intended to defend against Plaintiffs' Second Amended Complaint. Accordingly, as a courtesy to counsel for Subject Defendants, Plaintiffs give notice

that they are conditionally withdrawing their Request. Plaintiffs reserve the right to re-file the Request if the Subject Defendants do not promptly and properly file answers to the Second Amended Complaint.

                 Respectfully submitted,

                 s/Charles M. Baird
                 Charles M. Baird
                 Georgia Bar No. 032500

Attorney at Law
1270 Caroline Street, Suite D120-440
Atlanta, Georgia 30307-2758
(404) 522-9485
Fax: (404) 627-6049
E-mail: charlesmbaird@att.net       Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on January 12, 2010, the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

  s/Charles M. Baird