IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation. | )<br>)<br>)<br>) MDL No. 1715<br>)<br>) Lead Case No. 05-CV-07097<br>) |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | ) Centralized before the Honorable<br>) Marvin E. Aspen<br>) |
| Defendant. | ) |

NOTICE OF REVOKING OPT-OUT OF CLASS ACTION

Now Comes, Arthur Boudin, plaintiff in Northern District Illinois Case No. 07-cv-5422 and Southern. District of Alabama Case No 1:07-CV-00018-WS-C and hereby revokes any opt-out he has filed in this matter.

Respectfully Submitted this 15th day of January 2010.

_____
Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, AL 36532
(251) 990-5558 (voice)
(251) 990-0626 (fax)
epunderwood@alalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of January 2010, a copy of the foregoing was served on counsel for all parties to this proceeding using the CM/ECF system or by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

## CASE ATTORNEY SERVICE LIST

Max Cassady, Jr.
Cassady & Cassady, P.C.
14 South Section Street
Fairhope, AL 36532

Kenneth J. Riemer
166 Government Street
Suite 100
Mobile, AL 36602

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
PANEL ATTORNEY SERVICE LIST FOR MDL 1715
In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Kelly M. Dennody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1088
*Attorney for Duval Naughton; Cheryl Williams*

Gary E. Klein
Roddy Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111
Telephone: 617-375-5500
Fax: 617-357-5030
*Attorney for: Lynn Gay; David R. Murphy; Isabelle M. Murphy; Daiseybel Tolbert; William F. Tolbert; David M. Wakefield; Janet Wakefield; Dwayne Williams; Latonya Williams*

Bernard E. LeSage
Buchalter Nemer, PC
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017
Telephone: 213-891-0700
Fax: 213-896-0400
*Attorney for: Ameriquest Capital Corp.; Ameriquest Mortgage Co.*

Aaron Myers
Fenwick & West, LLP

801 California Street
Mountain View, CA 94041
Telephone: 650-988-8500
Fax: 650-938-5200
*Attorney for: Heladio Arellanes; Maris Arellanes; Albert Knox; Maria Torres*

Terry A. Smiljanich
James, Hoyer, Newcomer & Smiljanich, P.A.
4830 West Kennedy Blvd., Ste. 550
Tampa, FL 33609
Telephone: 813-286-4100
Fax: 813-286-4174
*Attorney for: Adolph Peter Kurt Burggraff*

Thomas J. Weigand
Winston & Strawn LLP
35 West Wacker Drive
45th Floor
Chicago IL 60601
Telephone: 312-558-5600
Fax: 312-558-5700
*Attorney for: Argent Mortgage Co., LLC*

_____
Earl P. Underwood, Jr.