# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before Judge Marvin E. Aspen |

## NOTICE OF INDIVIDUAL OPT-OUTS FROM CLASS ACTION

Plaintiffs in the following pending actions hereby provide notice to this court that they opt-out of participation in any class action or class settlement involving their Ameriquest Mortgage Company, Argent Mortgage Company, LLC, or Town and County Credit Corporation originated loan:

| | |
|---|---|
| Christena Blain and Thomas Blain, Michigan | 07-cv-124 |
| Robert Wayne and Twila Wayne, Ohio | 07-cv-274 |
| Thomas Wildermuth and Victoria Wildermuth, Ohio | 07-cv-408 |
| Tara Walczak-Daege and Jonathan Daege, Indiana | 07-cv-1746 |
| Anthony Bricker and Michelle Bricker, Illinois | 06-cv-4528 |
| Miguel Sanchez, Illinois | 04-CH-10533 (Cook County, IL) |
| Sharon Coleman, Illinois | 04-CH-10533 (Cook County, IL) |

s/Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Catherine A. Ceko, hereby certify that on January 19, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            s/Catherine A. Ceko
                                            Catherine A. Ceko