# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number: MDL No. 1715

Nancy Elder Coleman, et al. v. Ameriquest Mortgage company, et al.; Case No. 07 C 3577

Lead Case No. 05 C 07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JPMC Specialty Mortgage, LLC

| | |
|---|---|
| NAME (Type or print) <br> Michael G. Salemi | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael G. Salemi | |
| FIRM <br> Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS <br> 330 North Wabash Avenue | |
| CITY/STATE/ZIP <br> Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279741 | TELEPHONE NUMBER <br> 312-840-7112 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 20, 2010, a true and correct copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all counsel of record by operation of the Court's Electronic Filing System.

By: /s/Michael G. Salemi