UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al.<br><br>Defendants and Third-Party Plaintiffs<br><br>v.<br><br>NORTHWEST TITLE AND ESCROW CORPORATION, A Minnesota Corporation, et al.,<br><br>Third-Party Defendants. | Lead Case No. 05 C 7097<br><br>Centralized Before:<br>Hon. Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>*Gburek v. Argent Mortgage, et al.*<br>*06-CV-2639 (N.D. Ill.)* | |

**COUNSEL FOR DEFENDANT
ABSOLUTE TITLE SERVICES, INC.'S
<u>MOTION TO WITHDRAW</u>**

**NOW COMES** Counsel for Defendant Absolute Title Services, Inc., David A. Ward, Ward and Metti, P.C., and pursuant to Local Rule 83.17 requests leave of court to withdraw his appearance in this matter. In further support thereof, Counsel for Absolute Title Services, Inc. states as follows.

1. The undersigned appeared for Defendant Absolute Title Services, Inc. on October 15, 2007.

2.  Defendant Absolute Title Services, Inc.'s pleading obligations to date have been fulfilled.

3.  Defendant Absolute Title Services, Inc. has ceased operations.

4.  Pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, the undersigned respectfully requests leave of court to withdraw his appearance for Defendant Absolute Title Services, Inc.

**WHEREFORE**, Counsel for Defendant Absolute Title Services, Inc. respectfully requests that this honorable court grant leave to withdraw his appearance for Absolute Title Services, Inc.[1]

ABSOLUTE TITLE SERVICE, INC.

By: /s/ David A. Ward

David A. Ward, Its Attorney

**WARD AND METTI, P.C.**
2516 Waukegan Road, Suite 300
Glenview   IL   60025-1774
(847) 657-8387
ARDC Number 06184451
Date: January 21, 2010

---

[1] Counsel is withdrawing his appearance for Absolute Title Services, Inc. only. Counsel continues to represent the other defendants shown on the appearance dated October 15, 2007.