UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. LENDING PRACTICES LITIGATION | MDL No. 1715 |
| AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, et al. | Lead Case No. 05 C 7097 |
| Defendants and Third-Party Plaintiffs | Centralized Before: Hon. Marvin E. Aspen |
| v. | |
| NORTHWEST TITLE AND ESCROW CORPORATION, A Minnesota Corporation, et al., | |
| Third-Party Defendants. | |

NOTICE OF MOTION
FOR LEAVE TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE** that on February 4, 2010 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen in courtroom 2568 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Counsel for Absolute Title Services, Inc.'s Motion For Leave to Withdraw, a copy of which is served upon you herewith.

ABSOLUTE TITLE SERVICES, INC.

By: _David A. Ward_
David A. Ward, Its Attorney

**WARD AND METTI, P.C.**
245 Waukegan Road, Suite 230
Northfield  IL  60093
(847) 501-6565
ARDC Number 06184451
Date: January 21, 2010

## **CERTIFICATE OF SERVICE**

I, David A. Ward, an attorney, do certify that I served the foregoing Notice of Motion and Motion For Leave to Withdraw Appearance pursuant to ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

Brian H. Newman
Cheryl M. Lott
Melody A. Petrossian
Rachel A.P. Saldana
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles  CA  90017

Richard P. Colbert
Alexandra van Nes Dolger
Day, Berry & Howard
One Canterbury Green
Stamford  CT  06901-2047

Alexander Edward Sklavos
Law Offices of Alexander E. Sklavos, PC
1 Old Country Road
Suite 200
Carle Place  NY  11514

Alexandra van Nes Dolger
Day Berry and Howard LLP
One Canterbury Green
Stamford, CT 06901

Cheryl Talley
1577 Deer Path Lane
Franklin Grove  IL  61031

Cynthia Casteel
705 9th Street, NW
Huntsville  AL  35805

Daniel J Whitaker
113 Daventry Drive
Calera  AL  35040

David J. Tarpley
Legal Aid Society of Middle Tennessee
300 Deaderick Street
Nashville  TN  37201

Estella Byrd
910 Woodall Lane
Huntsville  AL  35816

Gregory Day
6345 Stablewood Way
Lithonia  GA  30058

William Champion
Jackie Champion
1372 Myrick Road
Elmore  AL  36025

Janice Long
2400 Scarlette Lane, Southeast
Conyers  GA  30013

John Cseh
12800 Shaker Blvd
Suite U12
Cleveland  OH  44120

John J. McDonough
Cozen O'Connor
45 Broadway
Suite 1600
New York  NY  10006

John M. Gambrel
Gambrel & Wilder Law Offices, PLLC
1222½  N Main St
Suite 2
London  KY  40741

John Robert King
Michael S. Deck
Law Office of John King
3409 N. 10th Street
Suite 100
McAllen   TX   78601

Jonathan Lee Riches
#40948-018
Lexington
P. O. Box 14500
Lexington   KY   40512

Joseph Abruscato
607 East Barksdale Drive
Mobile   AL   36606

Joseph E. Nealon
The Law Office of Joseph E. Nealon
45 Lyman Street
Suite 28
Westborough   MA   01581

Lisa Parker
425 Water Street
Prattville   AL   36067

Michael Swistak
Swistak and Levine, P.C.
304445 Northwest Highway
Farmington   MI   48334-3174

Robert W. Smyth , Jr.
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street
Suite 700
Chicago   IL   60603

Walter J. Manning
1260 Greenwich Avenue
Warwick   RI   02886

with a courtesy copy to the court on this 21st day of January, 2010.

*David A. Ward* (signature)

David A. Ward, Attorney