## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) | MDL No. 1715 |
| | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | ) ) ) | Centralized before The Honorable Marvin E. Aspen |
| | ) | JANUARY 21, 2010 |

### MOTION TO ADDRESS THE PARTIES'
### STIPULATION AND ORDER RE: OPT OUT PLAINTIFFS

The undersigned, co-chair of the Individual Claims Steering Committee, hereby moves this Court to address the Stipulation and Order [Document 3261] filed with this Court on December 10, 2009.

1.     On December 10, 2009, co-chairs of the Individual Claims Steering Committee, counsel for class plaintiffs, and counsel for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, Olympus Mortgage Company, and Argent Mortgage Company, LLC,  submitted a Stipulation and Order, Document No. 3261, a copy of which is attached as Exhibit A, concerning opt out plaintiffs.

2.     The undersigned respectfully requests that this Court approve the Stipulation as an Order of the Court.

WHEREFORE, Co-chair of the Individual Claims Steering Committee, Daniel S. Blinn, respectfully requests that this Court address the Stipulation and Order.

Dated: January 21, 2010      Respectfully Submitted, The Individual Claims
Steering Committee


By: /s/ Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax. (860) 571-7457


## CERTIFICATION

I hereby certify that on this 21st day of January, 2010, a copy of foregoing Motion to Address the Parties' Stipulation and Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn

# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | )  MDL Docket No. 1715 <br>) <br>)  Lead Case No. 05-cv-07097 <br>) <br>)  (Centralized before the Hon. Marvin E. Aspen) <br>) |
| THIS DOCUMENT RELATES TO ALL ACTIONS: | )  <br>) <br>) |

### STIPULATION AND ORDER

Upon agreement of the undersigned counsel, it is hereby Stipulated and Ordered as follows:

All individual plaintiffs who have previously filed a notice to opt out from any or all of the class actions against the Ameriquest defendants, including but not limited to the individual plaintiffs represented by the undersigned co-chairs of the Individual Steering Committee and by Edelman, Combs, Latturner, & Goodwin, LLC, shall be deemed by reason of said notice and without further action on their part to have opted out of the proposed class action settlement submitted to the Court on December 4, 2009.

Individual plaintiffs who have previously filed a notice to opt out may choose to participate in the class settlement by filing a notice with the Court rescinding the opt-out and submitting a class claim by the claim date.

**STIPULATED:**

By:____/s/ Charles Delbaum_____
   Charles Delbaum
   National Consumer Law Center
   7 Winthrop Square, 4th Floor
   Boston, MA  02110
   Telephone: (617) 542-8010
   Facsimile: (617) 542-8028
   *Co-Chair of the Individual Claims Steering Committee*

By:____/s/ Daniel Blinn_____
   Daniel Blinn
   Consumer Law Group, LLC

By:____/s/ Gary Klein_____
   Gary Klein
   Roddy Klein and Ryan
   727 Atlantic Avenue
   Boston, MA 02111-2810
   Telephone: (617)357-5500
   Facsimile: (617)357-5030
   *Attorneys for the class plaintiffs*

By: /s/ Bernard E. LeSage_____
   Bernard E. LeSage
   Sarah K. Andrus

35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Telephone: (860) 571-0408
Facsimile: (860) 571-7457
*Co-Chair of the Individual Claims Steering
Committee*

BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
*Attorneys for Ameriquest Mortgage Company;
AMC Mortgage Services, Inc. (f/k/a Bedford
Home Loans, Inc.), Town & Country Credit
Corporation; and Olympus Mortgage Company
(f/k/a Bedford Home Loans, Inc.)*

By:    /s/ Catherine A. Ceko
    Daniel A. Edelman
    Cathleen M. Combs
    James O. Latturner
    Catherine A. Ceko
    EDELMAN, COMBS, LATTURNER &
        GOODWIN, L.L.C.
    120 South LaSalle Street, 18th Floor
    Chicago, Illinois 60603-3403
    Telephone: (312) 739-4200
    Facsimile: (312) 419-0379
*Counsel for Certain Opt-Out Plaintiffs*

By: /s/ Thomas Wiegand
    Thomas Wiegand
    Winston & Strawn
    35 W. Wacker Drive
    41st Floor
    Chicago, IL  60601-9703
    Telephone: (312) 558-5600
    Facsimile: (312) 558-5700
*Attorneys for Argent Mortgage Company, LLC*

**SO ORDERED this ____ day of December 2009:**

Honorable Marvin E. Aspen
United States District Judge