IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | * * * * * * * * * | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |

| | | |
|---|---|---|
| BEVERLY BALLARD; MICHELLE MCNAMARA; SUE CANNON; JULIE and JEFFREY WISE; CORY and YULANDA O'NEAL; BURNS O. and DIANE S. KENDRICKS; SUSAN HUDGINS; ARMIN P. and RITA HEGENHEISER; LUTHER MARBURY, JR.; and THOMAS SMITH and SHEILA HANN,<br><br>              Plaintiffs,<br><br>v.<br><br><br><br><br>AMERIQUEST MORTGAGE COMPANY, INC.; AMC MORTGAGE SERVICES, INC.; ACC CAPITAL HOLDINGS CORPORATION; and CITI RESIDENTIAL LENDING, INC.;<br><br>              Defendants. | * * * * * * * * * * * * * * * * * * * * * | 08-cv-04992<br><br>Originally 08-cv 1309(NDAL)<br><br>Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |

## SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a), counsel for Plaintiffs informs the Court and the parties that Plaintiff, Diane S. Kendricks, passed away on or about May 26, 2009.

/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V
One of the Attorneys for Plaintiff
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
Bill.Robertson@BeasleyAllen.com

## **CERTIFICATE OF SERVICE**

      I further certify that on this 21st day of January, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ *William H. Robertson, V*
                                                  OF COUNSEL