IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-7097 |
| THIS DOCUMENT RELATES TO:<br><br>RICHARD GRIFFIN & REBECCA GRIFFIN,<br>v.<br>AMERIQUEST MORTGAGE COMPANY, et al.<br>(Case No.: 09-cv-4002, N.D. Ill.) | Centralized before Judge Marvin E. Aspen |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT, *INSTANTER***

TO: Counsel of Record

PLEASE TAKE NOTICE that on the 9th day of February, 2010, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Marvin E. Aspen in Courtroom 2578, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, *INSTANTER***, a copy of which is attached hereto.

Date:   January 25, 2010                                      Respectfully submitted by:

                                                              /s/ *William H. Robertson, V*
                                                              WILLIAM H. ROBERTSON, V
                                                              One of the Attorneys for Plaintiffs
                                                              Beasley, Allen, Crow, Methvin,
                                                              Portis & Miles, P.C.
                                                              Post Office Box 4160
                                                              Montgomery, Alabama 36103-4160
                                                              Phone: (334) 269-2343
                                                              Fax: (334) 954-7555
                                                              Bill.Robertson@BeasleyAllen.com

## CERTIFICATE OF SERVICE

I, William H. Robertson, V, hereby certify that on January 25, 2010, a true and correct copy of **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, *INSTANTER*** was served via the Court's electronic filing system upon counsel of record.

/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V
OF COUNSEL