IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-7097 |
| THIS DOCUMENT RELATES TO <u>ALL ACTIONS</u> ) ) ) | Centralized before Judge Marvin E. Aspen |

| | |
|---|---|
| KELLI ALLGOOD, ) ) Plaintiff, ) ) ) ) v. ) ) ) AMERIQUEST MORTGAGE COMPANY, et al. ) ) ) ) ) ) ) Defendants. ) | 08-cv-7279 (N.D. Ill.) (Originally 1:08-cv-873 (M.D. Ala.)) <br><br> (Transferred to Judge Aspen for pre-trial proceedings to MDL No. 1715, Lead Case No. 05-cv-7097) |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT, *INSTANTER***

Plaintiff hereby respectfully moves this Court, pursuant Fed. R. Civ. Pro. 15(a), for leave to file an Amended Complaint in this action and to have it deemed filed *instanter*. A copy of her proposed Amended Complaint is attached hereto as <u>Appendix A</u>. In support of her motion, Plaintiff states as follows:

1. Plaintiff filed this action against Defendant Ameriquest Mortgage Company on

October 30, 2008 to rescind her mortgage loan and to recover damages for violations of the Truth In Lending Act, 15 U.S.C. § 1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, C.F.R. part 226; and state law.

2. Plaintiff's proposed amended complaint seeks to add as a Defendant American Home Mortgage Servicing, Inc., which recently purchased the servicing rights to the Plaintiff's loan from Citi Residential Lending, Inc, and also to dismiss Defendant Citi Residential Lending, Inc., without prejudice.

3. Adding the correct servicer of the loan is important to Plaintiff's case because 15 U.S.C. 1641(c) provides that the consumer may rescind a mortgage loan in the hands of "any assignee," and because of the Court's Order (Document #2542) of December 2, 2008 stating that servicers must be retained as necessary parties pursuant to Rule 19.

4. This motion is timely. This case was originally filed on October 30, 2008 and transferred to the MDL on January 6, 2009. Also, Defendants have not yet produced any documents. Therefore, the granting of this motion will not significantly delay or prolong discovery or any final disposition in this case.

5. The minor, proposed changes would not cause any prejudice to any Defendant. See Johnson v. Oroweat Foods, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial); Hely & Patterson Intern v. F.D. Rich Housing, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered had the amendments . . . been timely"); Head v. Timken Roller Bearing Co., 486 F.2d 870, 873 (6th Cir. 1973)

("amendments should be tendered no later than the time of pretrial . . .").

6. Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order (A) granting her leave to file the proposed First Amended Complaint, a copy of which is attached as Appendix A, (B) deeming the First Amended Complaint filed *instanter*, (C) adding Defendant American Home Mortgage Servicing, Inc., (D) dismissing Defendant Citi Residential Lending, Inc., without prejudice, and (E) granting any further or other relief that the Court deems just.

    Respectfully submitted,

/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V
One of the Attorneys for Plaintiff
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
Bill.Robertson@BeasleyAllen.com

3

**CERTIFICATE OF SERVICE**

     I, William H. Robertson, V, hereby certify that on January 26, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com,
glewi@lchb.com,
rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com,
Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com,
kdalsanto@ngelaw.com

Stephen Philip Kiloler
skiloler@muchshelist.com

Gary Edward Klein
klein@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com,
sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com,
ppratt@winston.com,
ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfauchner.com,
jramirez@millerfauchner.com,
snyland@millerfauchner.com

Elizabeth Monkus
emonkus@keoghlaw.com,
linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com,
rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfauchner.com

Samuel H. Rudman
srudman@lerachlaw.com

Craig Allan Varga
cvarga@vblhc.com

Thomas Joseph Wiegand
twiegand@winston.com,
ECF_CH@winston.com

Lorne Todd Saeks
lsaeks@muchshelist.com

Terry A. Smiljanich
tsmiljanich@jameshoyer.com,
dstephens@jameshoyer.com,
jbowman@jameshoyer.com,
lmartin@jameshoyer.com

Kristina M. Van Buskirk
Kvanbuskirk@ngelaw.com

Simon Fleischmann
sfleischmann@lockelord.com


/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V
OF COUNSEL