IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-7097 |
| THIS DOCUMENT RELATES TO:<br><br>TED A. CORBIN and PAMELA D. JOHNSON,<br>v.<br>AMERIQUEST MORTGAGE COMPANY, et al.<br>(Case No.: 08-cv-7284, N.D. Ill.) | Centralized before Judge Marvin E. Aspen |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT, *INSTANTER***

TO: Counsel of Record

PLEASE TAKE NOTICE that on the 9th day of February, 2010, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Marvin E. Aspen in Courtroom 2578, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, *INSTANTER*,** a copy of which is attached hereto.

Date: January 26, 2010

Respectfully submitted by:

/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V
One of the Attorneys for Plaintiffs
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Bill.Robertson@BeasleyAllen.com

## CERTIFICATE OF SERVICE

I, William H. Robertson, V, hereby certify that on January 26, 2010, a true and correct copy of **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, *INSTANTER*** was served via the Court's electronic filing system upon counsel of record.

/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V
OF COUNSEL
