**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO THE ) <br> FOLLOWING INDIVIDUAL ACTIONS: ) <br> ) <br> *Furgeson v. Ameriquest Mortg. Co.*, 04 C 7627, ) <br> *Wertepny v. Ameriquest Mortg. Co.*, 05 CV 1402, ) <br> *Pintsak v. Ameriquest Mortg. Co.*, 05 CV 5035. ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br><br> Centralized before Judge <br> Marvin E. Aspen |

**CERTAIN OPT-OUT PLAINTIFFS' MOTION TO TRANSFER
THEIR CASES BACK TO THE ORIGINAL TRIAL
COURTS FOR SUMMARY JUDGMENT AND TRIAL**

Certain opt-out plaintiffs, Marie Furgeson, William and Sandra Pintsak, and Brett Wertepny,[1] request that this Court transfer their cases back to the original trial courts for summary judgment and trial. In support of this motion, plaintiffs state:

1. Plaintiff Furgeson's complaint was filed November 23, 2004. The Wertepny's complaint was filed March 9, 2005. The Pintsaks' complaint was filed August 31, 2005.

2. The final discovery cut-off date in the Furgeson case was November 22, 2005. (Exhibit A, Doc. No. 49) The final discovery cut-off date in the Wetepny case was November 16, 2005. (Exhibit B, Doc. No. 29) The final discovery cut-off date in the Pintsak case was March 28, 2006. (Exhibit C, Doc. No. 34) All of these dates were prior to the time the cases were transferred to this Court as related to the In re Ameriquest MDL proceedings.

---

[1] Plaintiff Yvonne Wertepny passed away in 2007.

1

3. Plaintiffs prepared and filed summary judgment motions based on the Seventh Circuit's ruling in *Hamm v. Ameriquest Mortgage Corp.*, 506 F.3d 525 (7th. Cir. 2007) on October 17, 2007, *cert denied*, 2008 U.S. LEXIS 2714 (U.S. Mar. 24, 2008). In *Hamm*, the court held that Ameriquest Mortgage Company's ("Ameriquest") TILA disclosure form violates the Truth in Lending Act ("TILA") because it does not explicitly state the payment period terms. Id. at 527, 531. The issue decided in *Hamm* is the basis of one of the claims in all of the above-listed cases.[2]

4. On December 16, 2009, this Court granted defendants' motion to strike plaintiffs' motion for summary judgment and indicated that the factual issues presented by the motion preclude this Court from reviewing the motion. Exhibit D

5. On December 12, 2008, this Court indicated that "We will not be resolving unique factual disputes; summary judgment motions raising factual issues are not permitted and must be filed only before the transferor court, if and when remand occurs." Exhibit E

6. Because discovery was already completed in each of plaintiffs cases prior to the transfer, and because this Court has indicated that plaintiffs' motions for summary judgment must be decided by the transferor courts, plaintiff requests that this Court issue an order transferring each case back to its original trial judge for summary judgment and trial.

WHEREFORE, plaintiffs request that this Court enter an order transferring each of their cases back to the original trial courts for summary judgment and trial.

                Respectfully submitted,

                s/ Tara L. Goodwin
                Tara L. Goodwin

---

[2] Because the Hamm claim has been won, plaintiffs do not need to pursue the alternative TILA rescission theories in their complaints.

2

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. La Salle Street, 18th Floor
Chicago, Illinois, 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Tara L. Goodwin, hereby certify that on January 26, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice will also be sent by U.S. Mail to parties that do not have access to the Court's electronic filing system.

s/ Tara L. Goodwin
Tara L. Goodwin

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)