# EXHIBIT A

**1:04-cv-07627** Furgeson v. Ameriquest Mtge Corp, et al
Marvin E. Aspen, presiding
Date filed: 11/23/2004
Date of last filing: 10/14/2008

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Filed:* *Entered:* | 11/23/2004 11/24/2004 | fee information sheet |
| | *Docket Text:* RECEIPT regarding payment of filing fee paid; on 11/23/04 in the amount of $ 150.00, receipt # 10217264. (lw) | | |
| 1 | *Filed:* *Entered:* | 11/23/2004 11/24/2004 | complaint |
| | *Docket Text:* COMPLAINT (Attachments); Jury demand - Civil cover sheet - Appearance(s) of Albert F Hofeld III, James O. Latturner, Cathleen M. Combs, Daniel A. Edelman as attorney(s) for plaintiff (One original and one copy summons(es) issued.) (Documents: 1-1 through 1-3) (lw) | | |
| 2 | *Filed:* *Entered:* | 11/29/2004 11/30/2004 | service - miscellaneous |
| | *Docket Text:* RETURN OF SERVICE of summons and complaint Executed on 11/24/04 as to defendant Ameriquest Mtge Corp (rmm) | | |
| | *Filed & Entered:* | 12/14/2004 | minutes - miscellaneous |
| | *Docket Text:* SCHEDULE set on 12/14/04 by Hon. Blanche M. Manning : Status hearing set to 10:30 1/14/05. Plaintiff's counsel should be prepared to advise the court regarding the progress of efforts to serve the defendants. Mailed notice (rth) | | |
| 3 | *Filed:* *Entered:* | 12/20/2004 12/22/2004 | attorney appearance |
| | *Docket Text:* ATTORNEY APPEARANCE for defendant Ameriquest Mortgage Company by Craig Allen Varga, Jonathan N. Ledsky, Jaime Star Roginski-Kord (hp) | | |
| 4 | *Filed:* *Entered:* *Terminated:* | 12/20/2004 01/05/2005 01/04/2005 | motion for extension of time to file |
| | *Docket Text:* (AGREED) MOTION by defendant for extension of time to answer or otherwise respond to plaintiff's complaint ; Notice (cdy) Modified on 01/05/2005 | | |
| 5 | *Filed:* *Entered:* | 01/04/2005 01/05/2005 | minutes - miscellaneous |
| | *Docket Text:* MINUTE ORDER of 1/4/05 by Hon. Blanche M. Manning: Status hearing re-set for 01/28/05 at 10:00 a.m. Defendant Ameriquest Mortgage Company's agreed motion for extension of time to 01/17/05 to answer or otherwise respond to plaintiff's complaint [4-1], is granted. Mailed notice (cdy) | | |
| 6 | *Filed:* *Entered:* | 01/18/2005 01/21/2005 | answer to complaint |
| | *Docket Text:* ANSWER to plaintiff's Complaint by Ameriquest Mortgage Corporation(rmm, ) | | |

| | Filed & Entered: | 01/24/2005 | set/reset hearings |
|---|---|---|---|
| 7 | Docket Text: MINUTE entry before Judge Blanche M. Manning : Status hearing reset for 2/11/2005 at 10:30 AM. Notices mailed by judge's staff. (rth, ) ||||
| 8 | Filed:<br>Entered: | 02/11/2005<br>02/16/2005 | status hearing |
| | Docket Text: MINUTE entry before Judge Blanche M. Manning : Status hearing held on 2/11/2005. By 2/17/05 parties shall exchange 26(a)(1) disclosures and plaintiff's settlement demands. Fact discovery ordered closed by 5/31/2005. Status hearing set for 5/6/2005 at 10:00 AM. Notices mailed by judge's staff. (rth, ) ||||
| 9 | Filed & Entered:<br>Terminated: | 03/31/2005<br>04/14/2005 | motion to amend/correct |
| | Docket Text: MOTION by Plaintiff Marie Furgeson for leave to file amended complaint [1] (gma, ) ||||
| 10 | Filed & Entered: | 03/31/2005 | notice of motion |
| | Docket Text: NOTICE of Motion by Albert F Hofeld, III for presentment of MOTION by Plaintiff Marie Furgeson for leave to file amended complaint [9] before Honorable Blanche M. Manning on 4/7/2005 at 11:00 AM. (gma, ) ||||
| 11 | Filed & Entered:<br>Terminated: | 03/31/2005<br>04/14/2005 | motion to reassign case |
| | Docket Text: MOTION by Plaintiff Marie Furgeson for finding of relatedness and reassignment (gma, ) ||||
| 12 | Filed & Entered: | 03/31/2005 | notice of motion |
| | Docket Text: NOTICE of Motion by Albert F Hofeld, III for presentment of MOTION by Plaintiff Marie Furgeson for finding of relatedness and reassignment [11] before Honorable Blanche M. Manning on 4/7/2005 at 11:00 AM. (gma, ) ||||
| 13 | Filed & Entered: | 03/31/2005 | memorandum in support of motion |
| | Docket Text: MEMORANDUM OF LAW by Marie Furgeson in Support of MOTIONS for finding of relatedness and reassignment [11] (Attachments: # (1))(gma, ) ||||
| 14 | Filed & Entered:<br>Terminated: | 04/01/2005<br>04/14/2005 | motion to compel |
| | Docket Text: MOTION by Plaintiff Marie Furgeson to compel defendant to submit responses to plaintiffs first set of interrogatories (gma, ) ||||
| 15 | Filed & Entered: | 04/01/2005 | notice of motion |
| | Docket Text: NOTICE of Motion by Albert F Hofeld, III for presentment of MOTION by Plaintiff Marie Furgeson to compel defendant to submit responses to plaintiffs first set of interrogatories [14] before Honorable Blanche M. Manning on 4/7/2005 at 11:00 AM. (gma, ) ||||
| 16 | Filed & Entered: | 04/06/2005 | set motion and R&R deadlines/hearings |
| | Docket Text: MINUTE entry before Judge Blanche M. Manning : Set deadlines/hearing as to motion to compel[14], motion to amend/correct, motion for relief[9], motion to reassign case [11] : Motion Hearing reset for 4/14/2005 at 11:00 AM. Telephoned notice (rth, ) ||||
| 17 | Filed & Entered: | 04/14/2005 | order on motion to amend/correct |
| | Docket Text: MINUTE entry before Judge Blanche M. Manning : MOTION by Plaintiff Marie Furgeson to compel[14] is withdrawn. MOTION by Plaintiff Marie Furgeson to reassign case[11] ||||

| | | | |
|---|---|---|---|
| | is denied at this time. MOTION by Plantiff Marie Furgeson to file an amended complaint is granted. Status hearing held and continued to 6/2/2005 at 11:00 AM. Notices mailed by judge's staff notice (jms, ) | | |
| 18 | *Filed:* | 05/02/2005 | amended complaint |
| | *Entered:* | 05/05/2005 | |
| | *Docket Text:* AMENDED complaint by Marie Furgeson against Ameriquest Mortgage Corporation, John Does 1-10; Notice (rmm, ) | | |
| 19 | *Filed:* | 05/19/2005 | motion to amend/correct |
| | *Entered:* | 05/20/2005 | |
| | *Terminated:* | 05/31/2005 | |
| | *Docket Text:* MOTION by Plaintiff Marie Furgeson for leave to file second amended complaint (gma, ) | | |
| 20 | *Filed:* | 05/19/2005 | notice of motion |
| | *Entered:* | 05/20/2005 | |
| | *Docket Text:* NOTICE of Motion by Albert F Hofeld, III for presentment of MOTION by Plaintiff Marie Furgeson for leave to file second amended complaint [19] before Honorable Blanche M. Manning on 5/31/2005 at 11:00 AM. (gma, ) | | |
| 23 | *Filed:* | 05/19/2005 | answer to amended complaint |
| | *Entered:* | 05/27/2005 | |
| | *Docket Text:* ANSWER to amended complaint by Ameriquest Mortgage Corporation.(air, ) | | |
| 21 | *Filed:* | 05/24/2005 | extension of time |
| | *Entered:* | 05/25/2005 | |
| | *Terminated:* | 05/31/2005 | |
| | *Docket Text:* AGREED MOTION by Plaintiff Marie Furgeson to briefly extend discovery (gma, ) | | |
| 22 | *Filed:* | 05/24/2005 | notice of motion |
| | *Entered:* | 05/25/2005 | |
| | *Docket Text:* NOTICE of Motion by Albert F Hofeld, III for presentment of AGREED MOTION by Plaintiff Marie Furgeson to briefly extend discovery [21] before Honorable Blanche M. Manning on 5/31/2005 at 11:00 AM. (gma, ) | | |
| 24 | *Filed:* | 05/31/2005 | order on motion to amend/correct |
| | *Entered:* | 06/09/2005 | |
| | *Docket Text:* MINUTE entry before Judge Blanche M. Manning : Plaintiff's Agreed Motion to extend discovery to 7/15/2005[21], plaintiff's motion for leave to file second amended complaint [19] and plaintiff's oral motion for protective order is granted. Enter stipulated protective order with respect to documents produced by defendant. Mailed notice (rmm, ) | | |
| 25 | *Filed:* | 05/31/2005 | protective order |
| | *Entered:* | 06/09/2005 | |
| | *Docket Text:* STIPULATED PROTECTIVE Order with respect to documents produced by defendant. Signed by Judge Blanche M. Manning on 5/31/2005:(rmm, ) | | |
| 26 | *Filed:* | 07/05/2005 | amended complaint |
| | *Entered:* | 07/11/2005 | |
| | *Docket Text:* SECOND AMENDED complaint by Marie Furgeson against Washington Mutual Bank, FA, Ameriquest Mortgage Corporation, John Does 1-10 (Exhibits); Notice (rmm, ) Modified on 7/11/2005 (rmm, ). | | |

| 27 | Filed: | 07/05/2005 | summons issued |
| --- | --- | --- | --- |
|    | Entered: | 07/11/2005 | |
|    | Docket Text: SUMMONS Issued as to Defendant Washington Mutual Bank, FA (rmm, ) ||||

| 28 | Filed & Entered: | 07/14/2005 | motion to compel |
| --- | --- | --- | --- |
|    | Terminated: | 08/08/2005 | |
|    | Docket Text: SECOND MOTION by Plaintiff Marie Furgeson to compel defendant to provide information and documents (gma, ) Modified on 9/22/2008 (td, ). ||||

| 29 | Filed & Entered: | 07/14/2005 | notice of motion |
| --- | --- | --- | --- |
|    | Docket Text: NOTICE of Motion by Albert F Hofeld, III for presentment of SECOND MOTION by Plaintiff Marie Furgeson to compel defendant to provide information and documents [28] before Honorable Blanche M. Manning on 7/19/2005 at 11:00 AM. (gma, ) ||||

| 30 | Filed & Entered: | 07/14/2005 | extension of time |
| --- | --- | --- | --- |
|    | Terminated: | 08/08/2005 | |
|    | Docket Text: MOTION by Plaintiff Marie Furgeson to extend discovery (gma, ) ||||

| 31 | Filed & Entered: | 07/14/2005 | notice of motion |
| --- | --- | --- | --- |
|    | Docket Text: NOTICE of Motion by Albert F Hofeld, III for presentment of MOTION by Plaintiff Marie Furgeson to extend discovery [30] before Honorable Blanche M. Manning on 7/19/2005 at 11:00 AM. (gma, ) ||||

| 32 | Filed & Entered: | 07/19/2005 | motion hearing |
| --- | --- | --- | --- |
|    | Docket Text: MINUTE entry before Judge Blanche M. Manning : Motion hearing held on 7/19/2005 regarding plaintiff's motions to compel[28]and for extension of time[30]. Said motions are referred to Magistrate Judge Denlow. Status hearing set for 9/20/2005 at 11:00 AM. Judge's staff mailed notice (rth, ) ||||

| 33 | Filed: | 07/19/2005 | answer to amended complaint |
| --- | --- | --- | --- |
|    | Entered: | 07/25/2005 | |
|    | Docket Text: ANSWER to plaintiff's second amended complaint by Ameriquest Mortgage Corporation(rmm, ) ||||

| 34 | Filed: | 07/20/2005 | referring case to magistrate judge |
| --- | --- | --- | --- |
|    | Entered: | 07/26/2005 | |
|    | Docket Text: EXECUTIVE COMMITTEE ORDER: Case referred to Magistrate Judge Morton Denlow for Discovery supervision. Settlement conference. Perform such additional duties as are not inconsistent with the Constitution and laws of the United states, as specifically set forth: All non-dispositive pretrial motions, including plaintiff's second motion to compel and plaintiff's motion to extend discovery. Signed by Executive Committee on 7/20/2005. (rmm, ) ||||

| 35 | Filed & Entered: | 07/27/2005 | set/reset hearings |
| --- | --- | --- | --- |
|    | Docket Text: MINUTE entry before Judge Morton Denlow : This matter has been referred to Judge Denlow for ruling on a pending motion. If no briefing schedule has been set or if no briefing is desired, the parties are to notice the motion up on Mondays or Wednesdays at 9:15 a.m. Judge Denlow does not desire briefs on discovery disputes. Otherwise, the parties are to appear for status or argument at 10:00 a.m. on 8/30/2005. Judicial staff mailed notice (dmk, ) ||||

| 36 | Filed: | 07/27/2005 | summons returned executed |
| --- | --- | --- | --- |
|    | Entered: | 07/29/2005 | |
|    | Docket Text: SUMMONS Returned Executed by Marie Furgeson as to Washington Mutual Bank, FA on 7/11/2005, answer due 8/1/2005. (rmm, ) ||||

| | | | |
|---|---|---|---|
| 37 | *Filed:*<br>*Entered:*<br>*Terminated:* | 07/29/2005<br>08/01/2005<br>08/08/2005 | extension of time |
| | *Docket Text:* MOTION by Plaintiff Marie Furgeson to extend discovery (Exhibits) (las, ) | | |
| 38 | *Filed:*<br>*Entered:* | 07/29/2005<br>08/01/2005 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Albert F Hofeld, III for presentment of plaintiff's motion to extend discovery [37] before Honorable Morton Denlow on 8/8/2005 at 09:15 AM. (las, ) | | |
| 39 | *Filed:*<br>*Entered:*<br>*Terminated:* | 07/29/2005<br>08/01/2005<br>08/08/2005 | motion to compel |
| | *Docket Text:* SECOND MOTION by Plaintiff Marie Furgeson to compel (Exhibits) (las, ) | | |
| 40 | *Filed:*<br>*Entered:* | 07/29/2005<br>08/01/2005 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Albert F Hofeld, III for presentment of plaintiff's second motion to compel[39] before Honorable Morton Denlow on 8/8/2005 at 09:15 AM. (las, ) | | |
| 41 | *Filed & Entered:* | 08/01/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance (Varga, Craig) | | |
| 42 | *Filed & Entered:* | 08/01/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A. by Jonathan N. Ledsky (Ledsky, Jonathan) | | |
| 43 | *Filed & Entered:* | 08/01/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A. by Jaime Star Roginski-Kord (Roginski-Kord, Jaime) | | |
| 44 | *Filed & Entered:*<br>*Terminated:* | 08/01/2005<br>08/09/2005 | motion for extension of time to file response/reply |
| | *Docket Text:* MOTION by Defendant Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A. for extension of time to file response/reply *to Plaintiff's Second Amended Complaint* (Ledsky, Jonathan) | | |
| 45 | *Filed & Entered:* | 08/01/2005 | notice of motion |
| | *Docket Text: Defendant Washington Mutual Bank's* NOTICE of Motion by Jonathan N. Ledsky for presentment of motion for extension of time to file response/reply[44] before Honorable Blanche M. Manning on 8/9/2005 at 11:00 AM. (Ledsky, Jonathan) | | |
| 46 | *Filed & Entered:* | 08/08/2005 | order on motion to compel |
| | *Docket Text:* MINUTE entry before Judge Morton Denlow : Motion hearing held on Plaintiff's motion to extend discovery [30,37] and Plaintiff's second motion to compel [28,39]. Plaintiff's motion to extend discovery [30,37] is granted, but is limited to matters previously noticed. Plaintiff's second motion to compel [28, 39] is denied without prejudice. Motions terminated: MOTION by Plaintiff Marie Furgeson for extension of time[30], MOTION by Plaintiff Marie Furgeson to compel[39], MOTION by Plaintiff Marie Furgeson for extension of time[37], MOTION by Plaintiff Marie Furgeson to compel[28]. Discovery ordered closed by 10/11/2005. Status hearing reset for 10/11/2005 at 10:00 AM. Status hearing set for 8/30/05 is stricken. Plaintiff to submit written itemization of damages and settlement demand by 9/15/05. Defendant to submit written settlement offer by 9/30/05. Judicial staff mailed notice (dmk, ) | | |

| | | | |
|---|---|---|---|
| 47 | *Filed:*<br>*Entered:* | 08/09/2005<br>08/12/2005 | set/reset hearings |
| | *Docket Text:* Set/Reset Hearings Status hearing reset for 11/18/2005 at 10:00 AM. (rth, ) | | |
| 47 | *Filed:*<br>*Entered:* | 08/09/2005<br>08/12/2005 | order on motion for extension of time to file response/reply |
| | *Docket Text:* MINUTE entry before Judge Blanche M. Manning : Defendant Washington Mutual Bank's agreed motion for extension of time to 8/16/05 to file responsive pleadings to plaintiff's second amended complaint [44] is granted. Status hearing reset to 11/18/05 at 10:00 a.m. Judge's staff mailed notice (rth, ) | | |
| 48 | *Filed & Entered:* | 08/16/2005 | answer to amended complaint |
| | *Docket Text:* DEFENDANT WASHINGTON MUTUAL BANK'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT ANSWER to amended complaint by Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A.(Ledsky, Jonathan) | | |
| 49 | *Filed & Entered:* | 10/11/2005 | magistrate judge status hearing |
| | *Docket Text:* MINUTE entry before Judge Morton Denlow : Magistrate Judge Status hearing held on 10/11/2005. Agreed oral motion to extend discovery is granted. Discovery ordered closed by 11/22/2005. Final extension. Status hearing set for 11/29/2005 at 10:00 AM. Mailed notice (dmk, ) | | |
| 50 | *Filed:*<br>*Entered:* | 11/18/2005<br>11/22/2005 | status hearing |
| | *Docket Text:* MINUTE entry before Judge Blanche M. Manning : Status hearing held on 11/18/2005 Status hearing set for 11/29/2005 at 11:00 AM. Mailed notice (rth, ) | | |
| 51 | *Filed & Entered:* | 11/29/2005 | magistrate judge status hearing |
| | *Docket Text:* MINUTE entry before Judge Morton Denlow : Status hearing held and continued to 2/16/2005 at 10:00 AM. The parties are to contact this court's courtroom deputy with mutually upon dates for a settlement conference. No notice, advised in open court (jms, ) | | |
| 52 | *Filed:*<br>*Entered:* | 11/29/2005<br>11/30/2005 | status hearing |
| | *Docket Text:* MINUTE entry before Judge Blanche M. Manning : Status hearing held on 11/29/2005. Status hearing set for 2/3/2006 at 10:00 AM. Mailed notice (rth, ) | | |
| 53 | *Filed & Entered:* | 02/03/2006 | status hearing |
| | *Docket Text:* MINUTE entry before Judge Blanche M. Manning : Status hearing held on 2/3/2006. Status hearing set for 3/2/2006 at 11:00 AM. Mailed notice (rth, ) | | |
| 54 | *Filed & Entered:* | 02/13/2006 | terminate hearings |
| | *Docket Text:* MINUTE entry before Judge Morton Denlow : Settlement Conference set for 2/16/2006 at 02:00 PM. Status hearing set for 2/16/06 at 10:00 a.m. is stricken. Mailed notice (dmk, ) | | |
| 55 | *Filed & Entered:* | 02/16/2006 | settlement conference |
| | *Docket Text:* MINUTE entry before Judge Morton Denlow : Settlement conference held on 2/16/2006. Settlement recommendation made. Status hearing set for 3/23/2006 at 10:00 AM. Mailed notice (dmk, ) | | |
| 56 | *Filed & Entered:* | 03/02/2006 | status hearing |
| | *Docket Text:* MINUTE entry before Judge Blanche M. Manning : Status hearing held on | | |

| | | | |
|---|---|---|---|
| | 3/2/2006. Status hearing set for 3/23/2006 at 11:00 AM. Mailed notice (rth, ) | | |
| 57 | *Filed & Entered:* | 03/23/2006 | magistrate judge status hearing |
| | *Docket Text:* MINUTE entry before Judge Morton Denlow : Magistrate Judge Status hearing held on 3/23/2006. Defendant has until 4/13/06 to either produce additional documents or a letter indicating that they do not exist. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Morton Denlow no longer referred to the case. Mailed notice (dmk, ) | | |
| 58 | *Filed:* *Entered:* | 03/23/2006 03/28/2006 | status hearing |
| | *Docket Text:* MINUTE entry before Judge Blanche M. Manning : Status hearing held on 3/23/2006. Status hearing set for 4/20/2006 at 11:00 AM. Mailed notice (rth, ) | | |
| 59 | *Filed & Entered:* | 04/19/2006 | terminate hearings |
| | *Docket Text:* MINUTE entry before Judge Blanche M. Manning : Status hearing stricken. Mailed notice (rth, ) | | |
| 60 | *Filed:* *Entered:* | 04/24/2006 04/28/2006 | assigning/reassigning Case |
| | *Docket Text:* EXECUTIVE COMMITTEE ORDER: Case reassigned to Judge Marvin E. Aspen for pretrial proceedings. Signed by Judge Charles P. Kocoras on 04/24/06. (hp, ) | | |
| 61 | *Filed & Entered:* *Terminated:* | 06/16/2006 07/07/2006 | motion to withdraw |
| | *Docket Text:* MOTION by Defendants Ameriquest Mortgage Corporation, Washington Mutual Bank, FA, Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A. to withdraw *appearance* (Roginski-Kord, Jaime) | | |
| 62 | *Filed & Entered:* | 06/16/2006 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Jaime S. Roginski-Kord for presentment of motion to withdraw[61] before Honorable Marvin E. Aspen on 6/27/2006 at 10:30 AM. (Roginski-Kord, Jaime) | | |
| 63 | *Filed:* *Entered:* | 07/07/2006 07/10/2006 | order on motion to withdraw |
| | *Docket Text:* MINUTE entry before Judge Marvin E. Aspen : Jaime S. Roginski-Kord's motion [61] to withdraw her appearance as counsel for Ameriquest Mortgage Co., and Washington Mutual Bank is granted. Jaime S. Roginski-Kord is withdrawn as one of the attorneys for defendants Ameriquest Mortgage and Washington Mutual Bank. Craig A. Varga and Jonathan N. Ledsky will remain as counsel for defendants Ameriquest Mortgage and Washington Mutual. Mailed notice (hp, ) | | |
| 64 | *Filed & Entered:* *Terminated:* | 01/29/2008 02/08/2008 | motion for leave to file |
| | *Docket Text:* MOTION by Plaintiff Marie Furgeson for leave to file *Third Amended Complaint, Instanter* (Attachments: # (1) Appendix A# (2) Exhibit A-B# (3) Exhibit C-H)(Combs, Cathleen) | | |
| 65 | *Filed & Entered:* | 01/29/2008 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Cathleen M. Combs for presentment of motion for leave to file[64] before Honorable Marvin E. Aspen on 2/7/2008 at 10:30 AM. (Combs, Cathleen) | | |
| | *Filed & Entered:* | 02/08/2008 | order on motion for leave to file |
| | *Docket Text:* MINUTE entry before Judge Marvin E. Aspen dated 2/8/08:Plaintiffs' Motion for | | |

| | | | |
|---|---|---|---|
| 66 | leave to file [64] third amended complaint, instanter, is granted. Motion terminated. Party WM Specialty Mortgage, LLC, and Citi Residential Lending, Inc. added. Judicial staff mailed notice (gl, ) | | |
| 67 | *Filed:* | 02/08/2008 | amended complaint |
| | *Entered:* | 02/27/2008 | |
| | *Docket Text:* THIRD AMENDED complaint by Marie Furgeson against Ameriquest Mortgage Corporation, John Does 1-10, Washington Mutual Bank, FA, WM Specialty Mortgage, LLC, Citi Residential Lending, Inc. (Attachments: # (1) Exhibit A-B# (2) Exhibit C-H)(rbf, ) | | |
| 68 | *Filed:* | 02/29/2008 | summons issued |
| | *Entered:* | 03/03/2008 | |
| | *Docket Text:* SUMMONS Issued 2 original and 2 copies as to Defendants WM Specialty Mortgage, LLC, Citi Residential Lending, Inc. (rbf, ) | | |
| 69 | *Filed & Entered:* | 03/18/2008 | summons returned executed |
| | *Docket Text:* SUMMONS Returned Executed by Marie Furgeson as to WM Specialty Mortgage, LLC on 3/10/2008, answer due 3/31/2008. (Combs, Cathleen) | | |
| 70 | *Filed & Entered:* | 03/27/2008 | answer to amended complaint |
| | *Docket Text:* ANSWER to amended complaint *Third Amended Complaint* by Citi Residential Lending, Inc.(LeSage, Bernard) | | |
| 71 | *Filed & Entered:* | 03/28/2008 | summons returned executed |
| | *Docket Text:* SUMMONS Returned Executed by Marie Furgeson as to Citi Residential Lending, Inc. on 3/7/2008, answer due 3/27/2008. (Combs, Cathleen) | | |
| 72 | *Filed & Entered:* | 10/13/2008 | motion to withdraw as attorney |
| | *Terminated:* | 10/14/2008 | |
| | *Docket Text:* MOTION by counsel for Plaintiff Marie Furgeson to withdraw as attorney *Al Hofeld, Jr. and Michael J. Aschenbrener* (Combs, Cathleen) | | |
| 73 | *Filed & Entered:* | 10/13/2008 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Cathleen M. Combs for presentment of motion to withdraw as attorney[72] before Honorable Marvin E. Aspen on 10/16/2008 at 10:30 AM. (Combs, Cathleen) | | |
| 74 | *Filed & Entered:* | 10/14/2008 | order on motion to withdraw as attorney |
| | *Docket Text:* MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs' Motion to withdraw the appearances of Al Hofeld and Michael J. Aschenbrener as attorneys [72] of record is granted. Motion terminated. Attorney Al Hofeld, Jr and Michael Aschenbrener terminated. The motion hearing set for 10/16/08 is stricken.Judicial staff mailed notice (gl, ) | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/25/2010 16:59:27 | | | |
| **PACER Login:** | ec0074 | **Client Code:** | 13924 |
| **Description:** | History/Documents | **Search Criteria:** | 1:04-cv-07627 |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |