# EXHIBIT B

**1:05-cv-01402** Wertepny et al v. AmeriQuest Mortgage Company
Marvin E. Aspen, presiding
Date filed: 03/09/2005
Date of last filing: 10/26/2009

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Filed:* | 03/09/2005 | summons issued |
| | *Entered:* | 03/10/2005 | |
| | *Docket Text:* SUMMONS Issued one original and one copy as to Defendant AmeriQuest Mortgage Company (las, ) | | |
| 1 | *Filed:* | 03/09/2005 | complaint |
| | *Entered:* | 03/10/2005 | |
| | *Docket Text:* COMPLAINT filed by Brett Wertepny and Yvonne Wertepny; jury demand.(las, ) | | |
| 2 | *Filed:* | 03/09/2005 | civil cover sheet |
| | *Entered:* | 03/10/2005 | |
| | *Docket Text:* CIVIL Cover Sheet (las, ) | | |
| 3 | *Filed:* | 03/09/2005 | attorney appearance |
| | *Entered:* | 03/10/2005 | |
| | *Docket Text:* ATTORNEY Appearance for Plaintiffs Brett Wertepny, Yvonne Wertepny by Cathleen M. Combs, Daniel A Edelman, Albert F Hofeld, III, James O. Latturner (las, ) | | |
| 5 | *Filed:* | 03/11/2005 | summons returned executed |
| | *Entered:* | 03/15/2005 | |
| | *Docket Text:* SUMMONS Returned Executed by plaintiffs as to AmeriQuest Mortgage Company on 3/10/2005, answer due 3/30/2005. (las, ) | | |
| 6 | *Filed:* | 03/30/2005 | motion for extension of time to file answer |
| | *Entered:* | 03/31/2005 | |
| | *Terminated:* | 04/01/2005 | |
| | *Docket Text:* AGREED MOTION by Defendant AmeriQuest Mortgage Company for extension of time to file responsive pleading to plaintiffs' complaint. (rbf, ) | | |
| 7 | *Filed:* | 03/30/2005 | notice of motion |
| | *Entered:* | 03/31/2005 | |
| | *Docket Text:* NOTICE of Motion by AmeriQuest Mortgage Company for presentment of motion for extension of time to file responsive pleading to plaintiff's complaint [6] before Honorable John A. Nordberg on 4/7/2005 at 02:30 PM. (rbf, ) | | |
| 8 | *Filed:* | 03/30/2005 | attorney appearance |
| | *Entered:* | 04/01/2005 | |
| | *Docket Text:* ATTORNEY Appearance for Defendant AmeriQuest Mortgage Company by Jaime Star Roginski-Kord, Jonathan N. Ledsky, Craig Allen Varga. (lcw, ) | | |
| | *Filed:* | 03/31/2005 | motion to reassign case |
| | *Entered:* | 04/01/2005 | |
| | *Terminated:* | 03/24/2006 | |

| | | | |
|---|---|---|---|
| | *Docket Text:* MOTION by Plaintiffs for finding of relatedness and reassignment (Original in 04cv7627) (gma, ) | | |
| 9 | *Filed:*<br>*Entered:* | 03/31/2005<br>04/01/2005 | memorandum in support of motion |
| | *Docket Text:* MEMORANDUM OF LAW by plaintiffs in support of MOTION by Plaintiffs for finding of relatedness and reassignment (Original in 04cv7627) (gma, ) | | |
| 9 | *Filed & Entered:* | 04/01/2005 | order on motion for extension of time to answer |
| | *Docket Text:* MINUTE entry before Judge John A. Nordberg : Motion for extension of time to answer [6] is granted. Hearing set for 4/7/05 is stricken. Mailed notice (tlp, ) | | |
| 10 | *Filed:*<br>*Entered:* | 04/29/2005<br>05/03/2005 | answer to complaint |
| | *Docket Text:* ANSWER to Plaintiffs' Complaint by Defendant AmeriQuest Mortgage Company (ar, ) | | |
| 11 | *Filed & Entered:* | 05/20/2005 | set/reset hearings |
| | *Docket Text:* MINUTE entry before Judge John A. Nordberg : Status hearing set for 6/1/2005 at 02:30 PM. Plaintiff must advise all parties of this Court's hearing. Mailed notice (tlp, ) | | |
| 12 | *Filed & Entered:* | 06/01/2005 | status hearing |
| | *Docket Text:* MINUTE entry before Judge John A. Nordberg : Status hearing held on 6/1/2005. Discovery ordered closed by 9/1/2005. Status hearing continued to 9/21/2005 at 02:30 PM. No notice (tlp, ) | | |
| 14 | *Filed:*<br>*Entered:* | 06/02/2005<br>06/06/2005 | referring case to magistrate judge |
| | *Docket Text:* EXECUTIVE COMMITTEE ORDER:Case referred to Magistrate Judge Nan R. Nolan to conduct pretrial conference, discovery supervision, and settlement conference. Enter appropriate orders on all discovery motions and handle preparation of pretrial materials. Signed by Executive Committee on 06/02/05. (lcw, ) | | |
| 13 | *Filed & Entered:* | 06/03/2005 | set/reset hearings |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Initial status hearing set for 6/23/2005 at 09:00 AM. before Magistrate Judge Nolan in courtroom 1858. Parties shall deliver a copy of an initial status report to chambers, room 1870, at least three business days before the initial status hearing. If the parties have recently prepared and filed an initial status report, the submission of the previously filed initial status report is sufficient. For further details see enclosed standing order. Judicial staff mailed notice (hmb, ) | | |
| 15 | *Filed:*<br>*Entered:* | 06/20/2005<br>06/22/2005 | status report |
| | *Docket Text:* JOINT INITIAL STATUS Report by plaintiffs and defendant (eav, ) | | |
| 16 | *Filed & Entered:* | 06/23/2005 | magistrate judge status hearing |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Magistrate Judge Status hearing held on 6/23/2005 and continued to 8/24/2005 at 09:00 AM. Judicial staff mailed notice. (hmb, ) | | |
| 17 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/11/2005<br>08/12/2005<br>08/15/2005 | motion for leave to file |
| | *Docket Text:* UNOPPOSED MOTION by Plaintiffs for leave to file amended complaint(gma, ) | | |

| | | | |
|---|---|---|---|
| 18 | *Filed:*<br>*Entered:* | 08/11/2005<br>08/12/2005 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Albert F Hofeld, III for presentment of UNOPPOSED MOTION by Plaintiffs for leave to file amended complaint [17] before Honorable John A. Nordberg on 9/22/2005 at 02:30 PM. (gma, ) | | |
| 19 | *Filed:*<br>*Entered:* | 08/15/2005<br>08/16/2005 | order on motion for leave to file |
| | *Docket Text:* MINUTE entry before Judge John A. Nordberg : Plaintiffs' unopposed motion for leave to file amended complaint [17] is granted. Mailed notice. (cdy, ) | | |
| 24 | *Filed:*<br>*Entered:* | 08/15/2005<br>09/01/2005 | amended complaint |
| | *Docket Text:* AMENDED complaint by Brett Wertepny, Yvonne Wertepny against AmeriQuest Mortgage Company (Exhibits). (cdy, ) | | |
| 20 | *Filed & Entered:* | 08/24/2005 | magistrate judge status hearing |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Magistrate Judge Status hearing held on 8/24/2005 and continued to 10/13/2005 at 09:00 AM. Judicial staff mailed notice. (hmb, ) | | |
| 21 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/29/2005<br>08/30/2005<br>08/31/2005 | extension of time |
| | *Docket Text:* JOINT (AGREED) MOTION by Defendant, Plaintiffs for extension of time for discovery (gma, ) | | |
| 22 | *Filed:*<br>*Entered:* | 08/29/2005<br>08/30/2005 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Albert F Hofeld, III for presentment of JOINT (AGREED) MOTION by Defendant, Plaintiffs for extension of time for discovery [21] before Honorable John A. Nordberg on 9/22/2005 at 02:30 PM. (gma, ) | | |
| 23 | *Filed & Entered:* | 08/31/2005 | order on motion for extension of time |
| | *Docket Text:* MINUTE entry before Judge John A. Nordberg : Joint (agreed) motion of plaintiffs and defendant for extension of time is granted. Discovery ordered closed by 10/17/2005. Status hearing reset for 10/19/2005 at 2:30 PM. Mailed notice (tlp, ) | | |
| 25 | *Filed & Entered:* | 09/16/2005 | answer to amended complaint |
| | *Docket Text:* ANSWER to amended complaint by AmeriQuest Mortgage Company(Ledsky, Jonathan) | | |
| 26 | *Filed & Entered:* | 10/13/2005 | set/reset hearings |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Status hearing held and continued to 11/29/2005 at 09:00 AM. Parties are to call Judge Nolan's courtroom deputy after the 10/19/05 status hearing before Judge Nordberg and report whether this matter has settled. Mailed notice (lxs, ) | | |
| 27 | *Filed & Entered:*<br>*Terminated:* | 10/17/2005<br>10/19/2005 | motion for discovery |
| | *Docket Text:* MOTION by Defendant AmeriQuest Mortgage Company for discovery *limited extension (AGREED)* (Attachments: # (1))(Ledsky, Jonathan) | | |
| 28 | *Filed & Entered:* | 10/17/2005 | notice of motion |

| | | | |
|---|---|---|---|
| | *Docket Text:* NOTICE of Motion by Jonathan N. Ledsky for presentment of motion for discovery [27] before Honorable John A. Nordberg on 10/19/2005 at 02:30 PM. (Ledsky, Jonathan) | | |
| 29 | *Filed & Entered:* | 10/19/2005 | order on motion for discovery |
| | *Docket Text:* MINUTE entry before Judge John A. Nordberg : Status hearing held. Defendants' agreed motion limited extension for discovery [27] is granted. Status hearing held on 10/19/2005. Discovery ordered closed by 11/16/2005. Status hearing set for 11/17/2005 at 2:30 p.m. No notice, advised in open court. (tlp, ) | | |
| 30 | *Filed & Entered:* | 11/02/2005 | amended complaint |
| | *Docket Text:* AMENDED complaint by Brett Wertepny, Yvonne Wertepny against AmeriQuest Mortgage Company *Added Parties Washington Mutual Bank, FA and AMC Mortgage Services, Inc.* (Attachments: # (1) Exhibit A-F)(Hofeld, Albert) | | |
| 31 | *Filed & Entered:* | 11/02/2005 | notice of filing |
| | *Docket Text:* NOTICE by Brett Wertepny, Yvonne Wertepny re amended complaint[30] (Hofeld, Albert) | | |
| 32 | *Filed:* | 11/07/2005 | summons issued |
| | *Entered:* | 11/09/2005 | |
| | *Docket Text:* SUMMONS Issued as to Washington Mutual Bank and AMC Mortgage Service. (mjc, ) | | |
| 33 | *Filed & Entered:* | 11/16/2005 | motion to compel |
| | *Terminated:* | 11/23/2005 | |
| | *Docket Text:* MOTION by Plaintiffs Brett Wertepny, Yvonne Wertepny to compel (Attachments: # (1) Exhibit A-C)(Hofeld, Albert) | | |
| 34 | *Filed & Entered:* | 11/16/2005 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Albert F Hofeld, III for presentment of motion to compel [33] before Honorable John A. Nordberg on 11/23/2005 at 02:30 PM. (Hofeld, Albert) | | |
| 35 | *Filed & Entered:* | 11/16/2005 | terminate deadlines and hearings |
| | *Docket Text:* MINUTE entry before Judge John A. Nordberg : Status hearing set for 11/17/2005 is stricken and reset to 11/23/2005 at 2:30 PM. Telephoned notice. (tlp, ) | | |
| 36 | *Filed & Entered:* | 11/21/2005 | summons returned executed |
| | *Docket Text:* SUMMONS Returned Executed by Brett Wertepny, Yvonne Wertepny as to AMC Mortgage Services, Inc. on 11/9/2005, answer due 11/29/2005. (Hofeld, Albert) | | |
| 37 | *Filed & Entered:* | 11/21/2005 | summons returned executed |
| | *Docket Text:* SUMMONS Returned Executed by Brett Wertepny, Yvonne Wertepny as to Washington Mutual Bank on 11/10/2005, answer due 11/30/2005. (Hofeld, Albert) | | |
| 43 | *Filed:* | 11/23/2005 | order on motion to compel |
| | *Entered:* | 11/30/2005 | |
| | *Docket Text:* MINUTE entry before Judge John A. Nordberg : Enter stipulated protective order. Motion to compel [33] is withdrawn. This case is referred to Magistrate Judge Nolan for settlement conference. Status hearing held. Mailed notice (hp, ) | | |
| 44 | *Filed:* | 11/23/2005 | protective order |
| | *Entered:* | 11/30/2005 | |
| | *Docket Text:* STIPULATED PROTECTIVE Order With Respect to Documnets Produced by Defendant Signed by Judge John A. Nordberg on 11/23/2005:Mailed notice(hp, ) | | |

| | | | |
|---|---|---|---|
| 38 | *Filed & Entered:* | 11/29/2005 | text entry |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Status hearing held. Parties advised the Court that a settlement conference is desired. Counsel are directed to contact Judge Nolan's courtroom deputy at 312/435-5833 to schedule a date for settlement conference. Mailed notice (lxs, ) | | |
| 39 | *Filed & Entered:* | 11/29/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant AMC Mortgage Services, Inc. by Craig Allen Varga (Varga, Craig) | | |
| 40 | *Filed & Entered:* | 11/29/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant AMC Mortgage Services, Inc. by Jonathan N. Ledsky (Ledsky, Jonathan) | | |
| 41 | *Filed & Entered:* | 11/29/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant AMC Mortgage Services, Inc. by Jaime S. Roginski-Kord (Roginski-Kord, Jaime) | | |
| 42 | *Filed & Entered:* | 11/29/2005 | answer to complaint |
| | *Docket Text:* ANSWER to Complaint *(AMENDED COMPLAINT)* by AMC Mortgage Services, Inc.(Ledsky, Jonathan) | | |
| 45 | *Filed & Entered:* | 11/30/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant Washington Mutual Bank by Craig Allen Varga (Varga, Craig) | | |
| 46 | *Filed & Entered:* | 11/30/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant Washington Mutual Bank by Jonathan N. Ledsky (Ledsky, Jonathan) | | |
| 47 | *Filed & Entered:* | 11/30/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant Washington Mutual Bank by Jaime S. Roginski-Kord (Roginski-Kord, Jaime) | | |
| 48 | *Filed & Entered:*<br>*Terminated:* | 11/30/2005<br>12/07/2005 | extension of time |
| | *Docket Text:* MOTION by Defendant Washington Mutual Bank for extension of time *to file responsive pleading to plaintiffs' amended complaint (AGREED)* (Ledsky, Jonathan) | | |
| 49 | *Filed & Entered:* | 11/30/2005 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Jonathan N. Ledsky for presentment of motion for extension of time[48] before Honorable John A. Nordberg on 12/7/2005 at 02:30 PM. (Ledsky, Jonathan) | | |
| 50 | *Filed & Entered:* | 12/07/2005 | order on motion for extension of time |
| | *Docket Text:* MINUTE entry before Judge John A. Nordberg : Motion for extension of time to answer or otherwise [48] is granted to 12/9/2005. No notice (tlp, ) | | |
| 51 | *Filed & Entered:* | 12/09/2005 | answer to complaint |
| | *Docket Text:* ANSWER to Complaint *(AMENDED COMPLAINT)* by Washington Mutual Bank (Ledsky, Jonathan) | | |
| 52 | *Filed & Entered:* | 12/28/2005 | set/reset hearings |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Status hearing set for 1/11/2006 at 09:00 AM. Mailed notice (lxs, ) | | |

| | | | |
|---|---|---|---|
| 53 | *Filed & Entered:* | 01/11/2006 | set/reset hearings |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Status hearing held and continued to 01/18/06 at 9:00a.m. to schedule a date for a settlement conference. Mailed notice (lxs, ) | | |
| 54 | *Filed:*<br>*Entered:* | 01/18/2006<br>01/19/2006 | set/reset hearings |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Status hearing held. Settlement Conference is set for 02/16/06 at 10:30 a.m. Parties are reminded that Magistrate Judge Nolan requires compliance with her Standing Order Setting Settlement Conference, which has previously been mailed to the parties and is available on the court's website at www.ilnd.uscourts.gov. Mailed notice (lxs, ) | | |
| 55 | *Filed:*<br>*Entered:* | 02/16/2006<br>02/17/2006 | status hearing |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Status hearing held and continued to 2/23/2006 at 09:00 AM. to set a settlement conference date. Advised in open court (jms, ) | | |
| 56 | *Filed & Entered:* | 02/23/2006 | status hearing |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Status hearing held. Settlement Conference set for 3/23/2006 at 10:30 AM. Parties are reminded that Magistrate Judge Nolan requires compliance with her Standing Order Setting Settlement Conference, which has previously been mailed to the parties and is available on the court's website at www.ilnd.uscourts.gov. Advised in open court (jms, ) | | |
| 57 | *Filed & Entered:* | 03/23/2006 | terminate hearings |
| | *Docket Text:* MINUTE entry before Judge Nan R. Nolan : Settlement Conference set for 03/23/06 is stricken and reset to 4/26/2006 at 01:30 PM. Parties are reminded that Magistrate Judge Nolan requires compliance with her Standing Order Setting Settlement Conference, which has previously been mailed to the parties and is available on the court's website at www.ilnd.uscourts.gov. Mailed notice (lxs, ) | | |
| 58 | *Filed:*<br>*Entered:* | 04/24/2006<br>04/28/2006 | assigning/reassigning Case |
| | *Docket Text:* EXECUTIVE COMMITTEE ORDER: Case reassigned to Judge Marvin E. Aspen for all further proceedings. . Signed by Judge Executive Committee on 4/24/06. (See order for details).(mjc, ) | | |
| 59 | *Filed & Entered:*<br>*Terminated:* | 06/16/2006<br>07/17/2006 | motion to withdraw |
| | *Docket Text:* MOTION by Defendants AMC Mortgage Services, Inc., Washington Mutual Bank, AmeriQuest Mortgage Company to withdraw *appearance* (Roginski-Kord, Jaime) | | |
| 60 | *Filed & Entered:* | 06/16/2006 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Jaime S. Roginski-Kord for presentment of motion to withdraw[59] before Honorable Marvin E. Aspen on 6/27/2006 at 10:30 AM. (Roginski-Kord, Jaime) | | |
| 61 | *Filed & Entered:* | 07/17/2006 | order on motion to withdraw |
| | *Docket Text:* MINUTE entry before Judge Marvin E. Aspen dateed 6/27/06: Jaime S. Roginski-Kord's Motion to withdraw as counsel for Ameriquest Mortgage Co., AMC Mortgage Services, Inc., and Washington Mutual Bank, FA [59] is granted. Attorney Jaime S. Roginski-Kord terminated. Motions terminated. Craig A. Varga and Jonathan N. Ledsky will remain as counsel for defendants. Judicial staff mailed notice (gl, ) | | |

| 62 | *Filed & Entered:* | 03/26/2008 | motion to substitute attorney |
| | *Terminated:* | 04/02/2008 | |
| | *Docket Text:* MOTION by Plaintiffs Brett Wertepny, Yvonne Wertepny to substitute attorney *appearance* (Combs, Cathleen) ||||

| 63 | *Filed & Entered:* | 03/26/2008 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Cathleen M. Combs for presentment of motion to substitute attorney[62] before Honorable Marvin E. Aspen on 4/8/2008 at 10:30 AM. (Combs, Cathleen) ||||

| 64 | *Filed & Entered:* | 04/02/2008 | order on motion to substitute attorney |
| | *Docket Text:* MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/2/08: Plaintiffs' Motion to substitute attorney [62] and withdraw the appearance of Al Hofeld, Jr., as counsel for plaintiffs is granted. Motion terminated. Attorney Michael James Aschenbrener for Brett Wertepny and Yvonne Wertepny added. Attorney Al Hofeld, Jr terminated. Michael J. Aschenbrener along with Daniel A. Edelman, Cathleen M. Combs and James O. Latturner remain as counsel for plaintiffs. The motion hearing set for 4/8/08 is stricken. Judicial staff mailed notice (gl, ) ||||

| 65 | *Filed & Entered:* | 10/13/2008 | motion to withdraw as attorney |
| | *Terminated:* | 10/14/2008 | |
| | *Docket Text:* MOTION by counsel for Plaintiffs Brett Wertepny, Yvonne Wertepny to withdraw as attorney *Michael J. Aschenbrener* (Combs, Cathleen) ||||

| 66 | *Filed & Entered:* | 10/13/2008 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Cathleen M. Combs for presentment of motion to withdraw as attorney[65] before Honorable Marvin E. Aspen on 10/16/2008 at 10:30 AM. (Combs, Cathleen) ||||

| 67 | *Filed & Entered:* | 10/14/2008 | order on motion to withdraw as attorney |
| | *Docket Text:* MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs' Motion to withdraw the appearance of Michael J. Aschenbrener as attorney [65] of record is granted. Motion terminated. Michael James Aschenbrener terminated. Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner will remain as counsel for plaintiffs. The motion hearing set for 10/16/08 is striJudicial staff mailed notice (gl, ) ||||

| 68 | *Filed & Entered:* | 10/26/2009 | suggestion of death |
| | *Docket Text:* SUGGESTION of Death as to Yvonne Wertepny (Combs, Cathleen) ||||

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 01/25/2010 16:34:51 |||
| **PACER Login:** | ec0074 | **Client Code:** | 13924 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-01402 |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |