# EXHIBIT C

**1:05-cv-05035** Pintsak et al v. AmeriQuest Mortgage Company et al
Marvin E. Aspen, presiding
Date filed: 08/31/2005
Date of last filing: 10/14/2008

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 08/31/2005<br>*Entered:* 09/02/2005 | complaint |
| | *Docket Text:* COMPLAINT filed by William Pintsak, Sandra Pintsak; Jury Demand.(lcw, ) | |
| 2 | *Filed:* 08/31/2005<br>*Entered:* 09/02/2005 | civil cover sheet |
| | *Docket Text:* CIVIL Cover Sheet. (lcw, ) | |
| 3 | *Filed:* 08/31/2005<br>*Entered:* 09/02/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance by Plaintiffs William Pintsak, Sandra Pintsak. (lcw, ) | |
| 5 | *Filed:* 08/31/2005<br>*Entered:* 09/02/2005 | summons issued |
| | *Docket Text:* SUMMONS Issued as to Defendants AmeriQuest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc. (lcw, ) | |
| 6 | *Filed:* 09/09/2005<br>*Entered:* 09/14/2005 | summons returned executed |
| | *Docket Text:* SUMMONS Returned Executed as to AMC Mortgage Services, Inc. on 9/8/2005, answer due 9/28/2005. (vmj, ) | |
| 7 | *Filed:* 09/09/2005<br>*Entered:* 09/14/2005 | summons returned executed |
| | *Docket Text:* SUMMONS Returned Executed as to AmeriQuest Mortgage Company on 9/8/2005, answer due 9/28/2005. (vmj, ) | |
| 9 | *Filed:* 09/21/2005<br>*Entered:* 09/26/2005 | summons returned executed |
| | *Docket Text:* SUMMONS Returned Executed as to Ameriquest Mortgage Securities, Inc. on 9/12/2005, answer due 10/3/2005. (vmj, ) | |
| 8 | *Filed:* 09/23/2005<br>*Entered:* 09/26/2005 | set/reset hearings |
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman: Status hearing set for 11/4/2005 at 09:30 a.m. The court orders the parties to appear for an initial appearance and status hearing. All parties shall refer to and comply with Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov. Mailed (vmj, ) | |
| 10 | *Filed & Entered:* 09/28/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendants AmeriQuest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc. by Craig Allen Varga | |

| | | | |
|---|---|---|---|
| | (Varga, Craig) | | |
| 11 | *Filed & Entered:* | 09/28/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendants AmeriQuest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc. by Jonathan N. Ledsky (Ledsky, Jonathan) | | |
| 12 | *Filed & Entered:* | 09/28/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendants AmeriQuest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc. by Jaime S. Roginski-Kord (Roginski-Kord, Jaime) | | |
| 13 | *Filed & Entered:*<br>*Terminated:* | 09/28/2005<br>09/29/2005 | motion for extension of time to file response/reply |
| | *Docket Text:* MOTION by Defendants AmeriQuest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc. for extension of time to file response/reply as to complaint[1] *(AGREED)* (Ledsky, Jonathan) | | |
| 14 | *Filed & Entered:* | 09/28/2005 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Jonathan N. Ledsky for presentment of motion for extension of time to file response/reply, motion for relief[13] before Honorable Ronald A. Guzman on 10/6/2005 at 09:30 AM. (Ledsky, Jonathan) | | |
| 15 | *Filed & Entered:* | 09/29/2005 | order on motion for extension of time to file response/reply |
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman : MOTION by Defendants AmeriQuest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc. for extension of time to file response/reply as to complaint to and including 10/28/05 is granted. [13]Mailed notice (cjg, ) | | |
| 16 | *Filed & Entered:* | 10/04/2005 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Plaintiffs William Pintsak, Sandra Pintsak by Albert F Hofeld, III (Hofeld, Albert) | | |
| 17 | *Filed & Entered:* | 10/28/2005 | answer to complaint |
| | *Docket Text:* ANSWER to Complaint by AmeriQuest Mortgage Company(Ledsky, Jonathan) | | |
| 18 | *Filed & Entered:* | 10/28/2005 | answer to complaint |
| | *Docket Text:* ANSWER to Complaint by Ameriquest Mortgage Securities, Inc.(Ledsky, Jonathan) | | |
| 19 | *Filed & Entered:* | 10/28/2005 | answer to complaint |
| | *Docket Text:* ANSWER to Complaint by AMC Mortgage Services, Inc.(Ledsky, Jonathan) | | |
| 20 | *Filed & Entered:* | 11/02/2005 | set/reset hearings |
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman : Status hearing scheduled for 11/4/05 is reset to 11/10/2005 at 09:30 AM. on Court's own motion. Mailed notice (cjg, ) | | |
| 21 | *Filed & Entered:* | 11/09/2005 | other |
| | *Docket Text:* Joint Report of Parties' Planning Meeting by William Pintsak, Sandra Pintsak, AmeriQuest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc. (Ledsky, Jonathan) | | |
| 22 | *Filed & Entered:* | 11/09/2005 | set/reset hearings |

| | | | |
|---|---|---|---|
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman : Status hearing set for 11/10/05 is reset to 11/15/2005 at 09:30 AM. Mailed notice (cjg, ) | | |
| 23 | *Filed & Entered:* | 11/16/2005 | status hearing |
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman : Status hearing held on 11/16/2005. Status hearing set for 11/30/2005 at 09:30 AM. Mailed notice (cjg, ) | | |
| 24 | *Filed & Entered:* | 11/30/2005 | status hearing |
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 11/30/2005. Rule 26 disclosures by 12/14/05. Amended Pleadings due by 12/28/2005. Discovery ordered closed by 2/28/2005. Joinder of Parties due by 12/28/2005. Status hearing set for 3/3/2006 at 09:30 AM.Mailed notice (cjg, ) | | |
| 25 | *Filed & Entered:*<br>*Terminated:* | 12/20/2005<br>12/22/2005 | motion for leave to file |
| | *Docket Text:* MOTION by Plaintiffs William Pintsak, Sandra Pintsak for leave to file *Amended Complaint (Agreed)* (Attachments: # (1) Appendix A-B)(Edelman, Daniel) | | |
| 26 | *Filed & Entered:* | 12/20/2005 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Daniel A. Edelman for presentment of motion for leave to file[25] before Honorable Ronald A. Guzman on 1/3/2006 at 09:30 AM. (Edelman, Daniel) | | |
| 27 | *Filed & Entered:* | 12/22/2005 | order on motion for leave to file |
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman : Motion for leave to file [25] is granted, Motions terminated: MOTION by Plaintiffs William Pintsak, Sandra Pintsak for leave to file *Amended Complaint (Agreed)*[25] Mailed notice (cjg, ) | | |
| 28 | *Filed & Entered:* | 02/09/2006 | amended complaint |
| | *Docket Text: (Adding Washington Mutual Bank, FA)* AMENDED complaint by William Pintsak, Sandra Pintsak against AmeriQuest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc. and terminating Ameriquest Mortgage Securities, Inc. (Attachments: # (1) Exhibit A-G# (2) Certificate of Service)(Edelman, Daniel) | | |
| 29 | *Filed:*<br>*Entered:* | 02/09/2006<br>02/13/2006 | summons issued |
| | *Docket Text:* SUMMONS Issued as to Defendant Washington Mutual Bank, F.A. (eav, ) | | |
| 30 | *Filed & Entered:*<br>*Terminated:* | 02/17/2006<br>02/23/2006 | motion to compel |
| | *Docket Text:* MOTION by Plaintiffs William Pintsak, Sandra Pintsak to compel (Hofeld, Albert) | | |
| 31 | *Filed & Entered:* | 02/17/2006 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to compel[30] before Honorable Ronald A. Guzman on 2/23/2006 at 09:30 AM. (Hofeld, Albert) | | |
| 34 | *Filed:*<br>*Entered:* | 02/23/2006<br>02/27/2006 | order on motion to compel |
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion to compel [30] is withdrawn. Status hearing held on 2/23/2006. Status hearing scheduled for 3/3/06 is stricken. Status hearing set for 3/29/2006 at 09:30 AM. Discovery cutoff is extended to 3/28/06 for one deposition as stated in open court. Mailed notice (cjg, ) | | |
| 32 | *Filed & Entered:* | 02/24/2006 | answer to amended complaint |
| | *Docket Text:* ANSWER to amended complaint by AmeriQuest Mortgage Company(Ledsky, | | |

| | | | |
|---|---|---|---|
| | | | Jonathan) |
| 33 | *Filed & Entered:* | 02/24/2006 | answer to amended complaint |
| | *Docket Text:* ANSWER to amended complaint by AMC Mortgage Services, Inc.(Ledsky, Jonathan) | | |
| 35 | *Filed & Entered:* | 03/06/2006 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant Washington Mutual Bank, F.A. by Craig Allen Varga *WM SPECIALTY MORTGAGE, LLC, Defendant (incorrectly sued as "Washington Mutual Bank, F.A.")* (Varga, Craig) | | |
| 36 | *Filed & Entered:* | 03/06/2006 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant Washington Mutual Bank, F.A. by Jonathan N. Ledsky *WM SPECIALTY MORTGAGE, LLC, Defendant (incorrectly sued as "Washington Mutual Bank, F.A.")* (Ledsky, Jonathan) | | |
| 37 | *Filed & Entered:* | 03/06/2006 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Defendant Washington Mutual Bank, F.A. by Jaime S. Roginski-Kord *WM SPECIALTY MORTGAGE, LLC, Defendant (incorrectly sued as "Washington Mutual Bank, F.A.")* (Roginski-Kord, Jaime) | | |
| 38 | *Filed & Entered:*<br>*Terminated:* | 03/06/2006<br>03/08/2006 | motion for extension of time to file response/reply |
| | *Docket Text:* MOTION by Defendant Washington Mutual Bank, F.A. for extension of time to file response/reply *WM Specialty Mortgage, LLC, incorrectly sued as Washington Mutual Bank, F.A." (DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFFS' AMENDED COMPLAINT)* (Ledsky, Jonathan) | | |
| 39 | *Filed & Entered:* | 03/06/2006 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Jonathan N. Ledsky for presentment of motion for extension of time to file response/reply, [38] before Honorable Ronald A. Guzman on 3/14/2006 at 09:30 AM. (Ledsky, Jonathan) | | |
| 40 | *Filed & Entered:* | 03/08/2006 | order on motion for extension of time to file response/reply |
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman : MOTION by Defendant Washington Mutual Bank, F.A. for extension of time to file response to Plaintiff's amended complaint [38] is granted to and including 3/20/06. Mailed notice (cjg, ) | | |
| 41 | *Filed & Entered:*<br>*Terminated:* | 03/08/2006<br>03/14/2006 | motion to compel |
| | *Docket Text:* MOTION by Plaintiffs William Pintsak, Sandra Pintsak to compel *(Second Motion to Compel)* (Attachments: # (1) Exhibit A)(Hofeld, Albert) | | |
| 42 | *Filed & Entered:* | 03/08/2006 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to compel[41] before Honorable Ronald A. Guzman on 3/14/2006 at 09:30 AM. (Hofeld, Albert) | | |
| 43 | *Filed & Entered:*<br>*Terminated:* | 03/08/2006<br>03/14/2006 | motion for protective order |
| | *Docket Text:* MOTION by Plaintiffs William Pintsak, Sandra Pintsak, Defendants AmeriQuest Mortgage Company, AMC Mortgage Services, Inc., Washington Mutual Bank, F.A. for protective order *(JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER)* (Attachments: # (1) Exhibit A (Protective Order Covering Certain Personal Information))(Ledsky, Jonathan) | | |

| | | | |
|---|---|---|---|
| 44 | *Filed & Entered:* | 03/08/2006 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Jonathan N. Ledsky for presentment of motion for protective order, [43] before Honorable Ronald A. Guzman on 3/14/2006 at 09:30 AM. (Ledsky, Jonathan) | | |
| 45 | *Filed:*<br>*Entered:* | 03/14/2006<br>03/20/2006 | order on motion to compel |
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman : Plaintiffs' motion to compel [41] is withdrawn. Defendants' Motion for protective order [43] is granted. Status hearing reset to 4/5/06 at 9:30 a.m. Mailed notice (cjg, ) | | |
| 47 | *Filed:*<br>*Entered:* | 03/14/2006<br>03/27/2006 | text entry |
| | *Docket Text:* MINUTE entry before Judge Ronald A. Guzman: Enter protective order covering certain personal information. Mailed (vmj, ) | | |
| 48 | *Filed:*<br>*Entered:* | 03/14/2006<br>03/27/2006 | protective order |
| | *Docket Text:* PROTECTIVE Order Covering Certain Personal Information Signed by Judge Ronald A. Guzman on 3/14/2006(vmj, ) | | |
| 46 | *Filed & Entered:* | 03/20/2006 | answer to complaint |
| | *Docket Text:* ANSWER to Complaint *(DEFENDANT WM SPECIALTY MORTGAGE, LLC'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT)* (incorrectly used as Washington Mutual Bank, F.A.) by Washington Mutual Bank, F.A.(Ledsky, Jonathan) | | |
| 49 | *Filed & Entered:*<br>*Terminated:* | 03/28/2006<br>07/17/2006 | motion to compel |
| | *Docket Text:* MOTION by Plaintiffs William Pintsak, Sandra Pintsak to compel (Attachments: # (1) Exhibit A)(Hofeld, Albert) | | |
| 50 | *Filed & Entered:* | 03/28/2006 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to compel[49] before Honorable Ronald A. Guzman on 4/5/2006 at 09:30 AM. (Hofeld, Albert) | | |
| 51 | *Filed:*<br>*Entered:* | 04/24/2006<br>04/28/2006 | assigning/reassigning Case |
| | *Docket Text:* EXECUTIVE COMMITTEE ORDER: Case reassigned to Judge Marvin E. Aspen for all further proceedings. (See order for details) Signed by Chief Judge Charles P. Kocoras, Executive Committee on 4/24/06. (eav, ) | | |
| 52 | *Filed & Entered:* | 05/12/2006 | summons returned executed |
| | *Docket Text:* SUMMONS Returned Executed by William Pintsak, Sandra Pintsak as to Washington Mutual Bank, F.A. on 2/13/2006, answer due 3/6/2006. (Hofeld, Albert) | | |
| 53 | *Filed & Entered:*<br>*Terminated:* | 06/16/2006<br>07/17/2006 | motion to withdraw |
| | *Docket Text:* MOTION by Defendants AmeriQuest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Washington Mutual Bank, F.A. to withdraw *appearance* (Roginski-Kord, Jaime) | | |
| 54 | *Filed & Entered:* | 06/16/2006 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Jaime S. Roginski-Kord for presentment of motion to withdraw[53] before Honorable Marvin E. Aspen on 6/27/2006 at 10:30 AM. (Roginski-Kord, | | |

| | | | |
|---|---|---|---|
| | | | Jaime) |
| 55 | *Filed & Entered:* | 07/17/2006 | order on motion to withdraw |
| | *Docket Text:* MINUTE entry before Judge Marvin E. Aspen dated 6/27/06: Jaime S. Roginski-Kord's Motion to withdraw [53] as counsel for defendants Ameriquest Mortgage Co., Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., and WM Speciality Mortgage, LLC., is granted. Attorney Jaime S. Roginski-Kord terminated. Motions terminated. Craig A. Varga and Jonathan N. Ledsky will remain as counsel for defendants. Judicial staff mailed notice (gl, ) | | |
| 56 | *Filed & Entered:* | 05/02/2007 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Plaintiffs William Pintsak, Sandra Pintsak by James O. Latturner (Latturner, James) | | |
| 57 | *Filed & Entered:* | 03/13/2008 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Plaintiffs William Pintsak, Sandra Pintsak by Cathleen M. Combs (Combs, Cathleen) | | |
| 58 | *Filed & Entered:*<br>*Terminated:* | 03/13/2008<br>04/01/2008 | motion for leave to file |
| | *Docket Text:* MOTION by Plaintiffs William Pintsak, Sandra Pintsak for leave to file *Second Amended Complaint, Instanter* (Attachments: # (1) Appendix A: Second Amended Complaint# (2) Exhibit A-G to Second Amended Complaint)(Combs, Cathleen) | | |
| 59 | *Filed & Entered:* | 03/13/2008 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Cathleen M. Combs for presentment of motion for leave to file[58] before Honorable Marvin E. Aspen on 4/3/2008 at 10:30 AM. (Combs, Cathleen) | | |
| 60 | *Filed & Entered:*<br>*Terminated:* | 03/26/2008<br>04/02/2008 | motion to substitute attorney |
| | *Docket Text:* MOTION by Plaintiffs William Pintsak, Sandra Pintsak to substitute attorney *appearance* (Combs, Cathleen) | | |
| 61 | *Filed & Entered:* | 03/26/2008 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Cathleen M. Combs for presentment of motion to substitute attorney[60] before Honorable Marvin E. Aspen on 4/8/2008 at 10:30 AM. (Combs, Cathleen) | | |
| 62 | *Filed & Entered:* | 04/01/2008 | order on motion for leave to file |
| | *Docket Text:* MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/1/08:Plaintiffs' Motion for leave to file [58] second amended complaint, instanter, is granted. Motion terminated. Party WM Specialty Mortgage, LLC, and Citi Residential Lending, Inc. added. AMC Mortgage Services, Inc. is dismissed without prejudice and terminated. The motion hearing set for 4/3/08 is stricken.Judicial staff mailed notice. notice (gl, ) | | |
| 63 | *Filed:*<br>*Entered:* | 04/01/2008<br>04/02/2008 | amended complaint |
| | *Docket Text:* SECOND AMENDED complaint by William Pintsak, Sandra Pintsak against WM Specialty Mortgage, LLC, Citi Residential Lending, Inc., AmeriQuest Mortgage Company, Washington Mutual Bank, F.A. (Attachments: #(1) Exhibits A - G to the Second Amended Complaint).(smm) | | |
| 64 | *Filed & Entered:* | 04/02/2008 | order on motion to substitute attorney |
| | *Docket Text:* MINUTE entry before Judge Honorable Marvin E. Aspen: Plaintiffs' Motion to substitute attorney [60] and withdraw the appearance of Al Hofeld, Jr., as counsel for plaintiffs is granted. Motion terminated. Attorney Michael James Aschenbrener for William Pintsak and | | |

| | | | |
|---|---|---|---|
| | \[prior entry continued\] Sandra Pintsak added. Attorney Al Hofeld, Jr terminated. Michael J. Aschenbrener along with Daniel A. Edelman, Cathleen M. Combs and James O. Latturner remain as counsel for plaintiffs. The motion hearing set for 4/8/08 is stricken.Judicial staff mailed notice (gl, ) | | |
| 65 | *Filed:*<br>*Entered:* | 04/07/2008<br>04/08/2008 | summons issued |
| | *Docket Text:* SUMMONS Issued as to Defendants WM Specialty Mortgage, LLC, Citi Residential Lending, Inc. (vcf, ) | | |
| 66 | *Filed & Entered:* | 04/15/2008 | summons returned executed |
| | *Docket Text:* SUMMONS Returned Executed by William Pintsak, Sandra Pintsak as to WM Specialty Mortgage, LLC on 4/11/2008, answer due 5/1/2008. (Combs, Cathleen) | | |
| 67 | *Filed & Entered:* | 04/18/2008 | summons returned executed |
| | *Docket Text:* SUMMONS Returned Executed by William Pintsak, Sandra Pintsak as to Citi Residential Lending, Inc. on 4/11/2008, answer due 5/1/2008. (Combs, Cathleen) | | |
| 68 | *Filed & Entered:* | 05/01/2008 | answer to amended complaint |
| | *Docket Text:* DEFENDANT WASHINGTON MUTUAL BANK'S ANSWER to amended complaint *AND AFFIRMATIVE DEFENSES TO PINTSAK SECOND AMENDED COMPLAINT* by Washington Mutual Bank, F.A.(LeSage, Bernard) | | |
| 69 | *Filed & Entered:* | 05/01/2008 | answer to amended complaint |
| | *Docket Text:* DEFENDANT WM SPECIALTY MORTGAGE, LLC'S ANSWER to amended complaint *AFFIRMATIVE DEFENSES TO PINTSAK'S SECOND AMENDED COMPLAINT* by WM Specialty Mortgage, LLC(LeSage, Bernard) | | |
| 70 | *Filed & Entered:* | 05/01/2008 | answer to amended complaint |
| | *Docket Text:* DEFENDANT CITI RESIDENTIAL LENDING, INC.'S ANSWER to amended complaint *AND AFFIRMATIVE DEFENSES TO PINTSAK'S SECOND AMENDED COMPLAINT* by Citi Residential Lending, Inc.(LeSage, Bernard) | | |
| 71 | *Filed & Entered:*<br>*Terminated:* | 10/13/2008<br>10/14/2008 | motion to withdraw as attorney |
| | *Docket Text:* MOTION by counsel for Plaintiffs William Pintsak, Sandra Pintsak to withdraw as attorney *Michael J. Aschenbrener* (Combs, Cathleen) | | |
| 72 | *Filed & Entered:* | 10/13/2008 | notice of motion |
| | *Docket Text:* NOTICE of Motion by Cathleen M. Combs for presentment of motion to withdraw as attorney[71] before Honorable Marvin E. Aspen on 10/16/2008 at 10:30 AM. (Combs, Cathleen) | | |
| 73 | *Filed & Entered:* | 10/14/2008 | order on motion to withdraw as attorney |
| | *Docket Text:* MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs' Motion to withdraw the appearance of Michael J. Aschenbrener as attorney [71] of record is granted. Motion terminated. Michael James Aschenbrener terminated. Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner will remain as counsel for plaintiffs. The motion hearing set for 10/16/08 is stricken.Judicial staff mailed notice (gl, ) | | |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 01/25/2010 16:49:34 |

| PACER Login: | ec0074 | Client Code: | 13924 |
|---|---|---|---|
| Description: | History/Documents | Search Criteria: | 1:05-cv-05035 |
| Billable Pages: | 5 | Cost: | 0.40 |