# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.  )<br>MORTGAGE LENDING PRACTICES )<br>LITIGATION ) | MDL No. 1715 |
| _____) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO )<br>ALL ACTIONS: )<br>) | Centralized before Judge<br>Marvin E. Aspen |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **Tuesday, February 2, 2010, at 10:30 a.m.**, we shall appear before Magistrate Judge Marvin E. Aspen in Room 2568 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **CERTAIN OPT-OUT PLAINTIFFS' MOTION TO TRANSFER THEIR CASES BACK TO THE ORIGINAL TRIAL COURTS FOR SUMMARY JUDGMENT AND TRIAL,** which was electronically filed and served upon you through the Court's CM/ECF system.

                                                s/Tara L. Goodwin
                                                Tara L. Goodwin

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

Dated: January 26, 2010

## **CERTIFICATE OF SERVICE**

I, Tara L. Goodwin, hereby certify that on January 26, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara L. Goodwin
Tara L. Goodwin

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)