**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO:<br><br>KAREN MOBLEY; JERRY and JEANNE MCCRUM; LARRY JENNINGS; EARL PITTS; RAOUL JACKSON; VALINDA BAKER; IDA EPPS; ARTHUR FLEMING; TERESA and CHARLIE MOORE; CHARLIE and BONITA LOVE; and NANCY CONNELL,<br>v.<br>AMERIQUEST MORTGAGE COMPANY, et al.<br>(Case No.: 08-cv-5930, N.D. Ill.) | Centralized before Judge<br>Marvin E. Aspen |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, *INSTANTER***

TO: Counsel of Record

PLEASE TAKE NOTICE that on the 11th day of February, 2010, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Marvin E. Aspen in Courtroom 2578, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, *INSTANTER***, a copy of which is attached hereto.

Date: January 26, 2010

Respectfully submitted by:

/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V
One of the Attorneys for Plaintiffs
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
Bill.Robertson@BeasleyAllen.com

## CERTIFICATE OF SERVICE

I, William H. Robertson, V, hereby certify that on January 26, 2010, a true and correct copy of **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, *INSTANTER*** was served via the Court's electronic filing system upon counsel of record and via certified mail to new defendants added to this amended complaint.

/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V
OF COUNSEL