# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                                 Plaintiff,

v.                                                             Case No.: 1:05−cv−07097

                                                                  Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 27, 2010:

      MINUTE entry before Honorable Marvin E. Aspen:Plaintiffs' (Case No. 08C7283 − Johnson v. Ameriquest Mortgage, et al) Motion for leave to file [3316] First Amended Complaint, instanter, is granted. Motion terminated. Party American Home Mortgage Servicing, Inc. added. Defendant Citi Residential Lending, Inc. is dismissed without prejudice. The motion hearing set for 2/2/10 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.