### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 05-CV-7097 |
| --- | --- |

Jones v. RMAC REMIC Trust, Series 2009-1 and Argent Mortgage Company, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wells Fargo Bank, N.A., not it its individual capacity but solely as Trustee for the RMAC REMIC Trust, Series 2009-1, wrongly named as "RMAC REMIC Trust, Series 2009-1"

| NAME (Type or print) |
| --- |
| Emily N. Masalski |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Emily N. Masalski    *Emily N. Masalski* |

| FIRM |
| --- |
| Deutsch, Levy & Engel, Chartered |

| STREET ADDRESS |
| --- |
| 225 W. Washington, 17th Floor |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois   60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6290142 | 312 346-1460 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |