EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## DECLARATION OF DAVID J. CHIZEWER

I, David J. Chizewer, declare and state as follows:

1.      I am a principal of the law firm Goldberg Kohn Ltd. ("Goldberg Kohn"), and I am counsel for Third-Party Defendant National Real Estate Information Services. Inc., in the above-captioned matter.  Goldberg Kohn, and specifically myself, Steven A. Levy, and Kathryn B. Walter, have been appointed by this Court to act as Liaison Counsel for all of the Third-Party Defendants in this matter.

2.      I was admitted to practice in the State of Illinois in 1991 and remain in good standing before the Supreme Court of Illinois.

3.      Through December 31, 2009, Goldberg Kohn has performed work and incurred expenses associated with its role as Liaison Counsel to the Third-Party Defendants in the above-captioned lawsuit, for a total value of $24,287.50.[1]  A print out of an Invoice

---

[1] Pursuant to this Court's Order of December 10, 2008, found at *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litig.*, 2008 WL 5170769, *4-*6 (N.D. Ill. Dec. 10, 2008), Liaison Counsel has not included in this amount the $8,357.50 that corresponds to time spent preparing their earlier fee petitions, determining the amount owed by each Third-Party Defendant pursuant to their earlier fee awards from the Court in accordance with the formula approved by this Court on September 8, 2008, or communicating with Third-Party Defendants regarding fees (D.E. # 2347).

showing such fees and costs is attached hereto as Exhibit 1. The rates charged by Goldberg Kohn have already been approved by the Court and are comparable to the rates charged by other commercial law firms in Chicago, and the work reflected in Invoice attached hereto as Exhibit 1 was necessary and appropriate to protect the Third-Party Defendants' interests in this case. The Invoice reflects the names of the attorneys and/or paralegals performing the work, their hourly rates, the hours spent, and the work performed. The Invoice also includes the costs associated with this matter. See Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of January, 2010.

_____
David J. Chizewer

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET  SUITE 3300   CHICAGO  ILLINOIS  60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES
Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

JANUARY 21, 2010
6312.002/191622
PAGE 1

REGARDING:   LIAISON COUNSEL

**FOR PROFESSIONAL SERVICES RENDERED**

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/09 | Review comments to reply brief in support of motion to dismiss (.50); conference with KBW re same (.50) | DJC | 1.00 | 500.00 |
| 10/01/09 | Conference with DJC re comments to reply brief (0.25); call clerk's office re need to establish a fund for payments (0.25); review comments from other Third-Party Defendants and revise reply brief pursuant thereto (2.75) | KBW | 3.25 | 1,040.00 |
| 10/02/09 | Revise reply brief in support of motion to dismiss and conference with HMS re same (0.25); draft motion for clarification of the Court's 9/8/08 Order and file same (1.00) | KBW | 1.25 | 400.00 |
| 10/02/09 | Review, edit and cite check reply brief; conference with KBW re same; services re filing of same | HMS+ | 2.25 | 450.00 |
| 10/05/09 | Review correspondence from other Third-Party Defendants and update contact lists and other documents | KBW | 2.25 | 720.00 |
| 10/05/09 | Review transaction counts for Third-Party Defendants counsel per request of KBW; review chart and edit | NXB+ | 1.75 | 306.25 |
| 10/06/09 | Check transaction count | NXB+ | 0.25 | 43.75 |
| 10/09/09 | Review proposed sur-reply filed by Defendants (.25); draft email to DJC re same (.25); review emails from Third-Party Defendants re fees (.25) | KBW | 0.75 | 240.00 |
| 10/12/09 | Draft email to Third-Party Defendants re Third-Party Plaintiffs' motion to file sur-reply (.5); prepare to draft opposition to same (.5) | KBW | 1.00 | 320.00 |
| 10/13/09 | Draft opposition to Third-Party Plaintiffs' motion to file sur-reply (1.50); confer with DJC re same and draft email to | KBW | 1.75 | 560.00 |

EXHIBIT 1

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES
JANUARY 21, 2010
6312.002/191622
PAGE 2

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| | Third-Party Defendants re same (0.25) | | | |
| 10/14/09 | Review sur-reply and strategize re response (1.50); conference with KBW re same (.50) | DJC | 2.00 | 1,000.00 |
| 10/14/09 | Review comments from Third-Party Defendants re draft opposition (.25); confer with DJC re same (.25); revise draft opposition and prepare same for filing (.5) | KBW | 1.00 | 320.00 |
| 10/14/09 | File Response in Opposition to Motion by Third-Party Plaintiff Ameriquest Mortgage for Leave to file Sur-Reply in Opposition to Motion to Dismiss Fifth Amended Consolidated Third-Party Complaint; deliver a courtesy copy of same to Judge Aspen | MXE+ | 0.50 | 55.00 |
| 10/15/09 | Telephone conference with Judge Aspen's clerk re motion hearing and conference with B. Newman and DJC re same | KBW | 0.25 | 80.00 |
| 10/16/09 | Review correspondence from WLS re checks received | KBW | 0.50 | 160.00 |
| 10/19/09 | Attention to sur-reply and order re same | DJC | 1.00 | 500.00 |
| 10/19/09 | Convert opposition to Third-Party Plaintiffs' motion for leave to file sur-reply into a sur-response | KBW | 1.50 | 480.00 |
| 10/19/09 | File Third-Party Defendants' Sur-Response to Third-Party Plaintiffs' Sur-Reply in Opposition to Motion to Dismiss Fifth Amended Consolidated Third-Party Complaint; deliver a courtesy copy of same to Judge Aspen 05 C 7097 | MXE+ | 0.75 | 82.50 |
| 10/20/09 | Review pleadings filed today to determine relevance to Third-Party Defendants' cases (.25); telephone call with counsel for Heritage Title re document exchange (.25) | KBW | 0.50 | 160.00 |
| 10/21/09 | Review summary judgment motions | DJC | 0.25 | 125.00 |
| 10/26/09 | Conference with GAW re preparing motion for fees | KBW | 0.25 | 80.00 |
| 10/28/09 | Conference with GAW re drafting motion for fees (.25); telephone conference with Third-Party Defendant re discovery scheduling (.25) | KBW | 0.50 | 160.00 |
| 10/29/09 | Prepare Liaison Counsel request for attorneys' fees and review invoice from July 1, 2009-September 30, 2009 to determine activities for quarter | KBW | 1.25 | 400.00 |

EXHIBIT 1

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JANUARY 21, 2010
6312.002/191622
PAGE 3

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/30/09 | Review case law re filing fee petitions (0.25); revise motion for fees (1.00); redact invoice submitted in support of motion for fees (0.25) | KBW | 1.50 | 480.00 |
| 10/30/09 | Services re delivery of courtesy copies to Judge Aspen | HMS+ | 0.25 | 50.00 |
| 11/02/09 | Review and update chart with paid column; review emails re same | NXB+ | 2.50 | 437.50 |
| 11/03/09 | Conference with WLS and NXB re fee payments thus far (.25); conference with DJC re same (.25) | KBW | 0.50 | 160.00 |
| 11/03/09 | Email chart of fees to WLS | NXB+ | 0.25 | 43.75 |
| 11/04/09 | Attention to fee issues | DJC | 1.00 | 500.00 |
| 11/04/09 | Review chart re fees paid thus far by Third-Party Defendants (.25) draft correspondence re same (.25) | KBW | 0.50 | 160.00 |
| 11/05/09 | Revise correspondence with Third-Party Defendants re fee recovery (0.50); correspond with other Third-Party Defendants recently added to case re relevant orders (0.25) | KBW | 0.75 | 240.00 |
| 11/06/09 | Review correspondence with Third-Party Defendants re fee request | KBW | 0.50 | 160.00 |
| 11/10/09 | Email exchange with A. Fowerbaugh re class settlement and objection issues and review pleadings re same | DJC | 0.25 | 125.00 |
| 11/10/09 | Correspond with DJC and Third-Party Defendants re fee calculations (0.50); review correspondence from A. Fowerbaugh re resetting of status conference and issue of non-certifiability of a class action for TILA rescission claims (0.50) | KBW | 1.00 | 320.00 |
| 11/11/09 | Conference with DJC re indemnification issues | KSU | 0.50 | 262.50 |
| 11/11/09 | Telephone conference with A. Fowerbaugh re class settlement issues (.25); review case law re same (2.00); conference with KSU re theory of indemnity (.50); conference with KBW re legal research on time issues (.25); email exchanges re preliminary appeal (.25) | DJC | 3.25 | 1,625.00 |
| 11/11/09 | Review correspondence from Third-Party Defendants re fees and respond to same (1.25); conference with DJC re legal | KBW | 1.50 | 480.00 |

EXHIBIT 1

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES            JANUARY 21, 2010
                                                     6312.002/191622
                                                     PAGE 4

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
|  | research issues on rescission class (0.25) |  |  |  |
| 11/11/09 | Review all emails and update chart; review transaction counts for some entities per request of KBW | NXB+ | 2.00 | 350.00 |
| 11/13/09 | Attention to questions from Accounting and DMO re payments from Third-Party Defendants | KBW | 0.25 | 80.00 |
| 11/17/09 | Research | KBW | 0.75 | 240.00 |
| 11/18/09 | Review draft correspondence to insurers of Third-Party Defendants seeking payment of fees | KBW | 0.25 | 80.00 |
| 11/19/09 | Review emails from KBW re Third-Party Defendant for chart update | NXB+ | 1.00 | 175.00 |
| 11/20/09 | Conduct legal research | KBW | 2.50 | 800.00 |
| 11/21/09 | Review legal research | DJC | 1.00 | 500.00 |
| 11/21/09 | Conduct further legal research | KBW | 0.75 | 240.00 |
| 11/22/09 | Conduct further legal research (1.0); draft email to DJC re same (.5) | KBW | 1.50 | 480.00 |
| 11/23/09 | Conference with KBW re objections to class settlement (.25); review legal research re same (1.25) | DJC | 1.50 | 750.00 |
| 11/23/09 | Review additional cases from federal circuit courts re Third-Party Defendants (.25); conference with DJC re objection to class settlement (.25) | KBW | 0.50 | 160.00 |
| 11/24/09 | Conference with KBW re email to Third-Party Defendants on objections to class settlement (.25); review and edit same (1.25) | DJC | 1.50 | 750.00 |
| 11/24/09 | Review additional cases from federal circuit courts re Third-Party Defendants (1.25); draft email to Third-Party Defendants re same (.25) | KBW | 1.50 | 480.00 |
| 11/25/09 | Send email to Third-Party Defendants re status of case and issues to raise with court | KBW | 0.50 | 160.00 |
| 11/25/09 | Update chart with Third-Party Defendant information per KBW emails | NXB+ | 1.00 | 175.00 |

EXHIBIT 1

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JANUARY 21, 2010
6312.002/191622
PAGE 5

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/30/09 | Confer with NXB, HMS, and DMO re new request for reimbursement of fees (.25); correspond with DJC re raising issues with court before April 2010 status hearing (.25) | KBW | 0.50 | 160.00 |
| 12/02/09 | Review motion to address settlement issues and motion to enforce discovery schedule (.50); conference with KBW re same (.25) | DJC | 0.75 | 375.00 |
| 12/02/09 | Draft motion to hear important issue (.75); draft motion to address parties' joint discovery plan (.75); conference with DJC re same (.25); conference with NXB and HMS re next request for reimbursement of fees to Third-Party Defendants (.50) | KBW | 2.25 | 720.00 |
| 12/02/09 | Meet with HMS and KBW (1.0); review January-May liaison fees and payments (1.0) | NXB+ | 2.00 | 350.00 |
| 12/02/09 | Conference with KBW and NXB re fee recovery project | HMS+ | 0.50 | 100.00 |
| 12/03/09 | Telephone conference with J. Siepher re issues on objection to class settlement (.50); conference with KBW re legal issues on same (.25) | DJC | 0.75 | 375.00 |
| 12/03/09 | File Notice and Motion to Address the Parties Joint Discovery Plan and Proposed Protective Order, email Proposed Order to Magistrate Judge Denlow; deliver courtesy copy of same to Magistrate Judge Denlow | MXE+ | 0.75 | 82.50 |
| 12/04/09 | Review case history | KBW | 1.50 | 480.00 |
| 12/04/09 | Prepare list of Third-Party Defendants owing over $1,000 and attorney contact info for DJC | NXB+ | 0.50 | 87.50 |
| 12/07/09 | Review recent filings by Class Plaintiffs re class action settlement (.50); conference with DJC re same (0.25); prepare research to advise Third-Party Defendants on course of action (2.75) | KBW | 3.50 | 1,120.00 |
| 12/08/09 | Review and analysis of settlement agreement and formulate strategy re same (3.50); analyze case law re objections to class settlement (1.00); review emails from Third-Party Defendants (.25); draft email to Third-Party Defendants re same (1.25); conference with KBW re same (.50) | DJC | 6.50 | 3,250.00 |

EXHIBIT 1

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES         JANUARY 21, 2010
                                                  6312.002/191622
                                                  PAGE 6

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/08/09 | Review correspondence addressing class action settlement (0.25); conduct additional research and discuss same with DJC (0.75); draft email to Third-Party Defendants re status and confer with individual Third-Party Defendants re same (0.25) | KBW | 1.25 | 400.00 |
| 12/09/09 | Conference with KBW re responses to emails from Third-Party Plaintiffs (.25); further analysis of settlement agreement and email to Third-Party Plaintiffs and Third-Party Defendants re questions on same (.50) | DJC | 0.75 | 375.00 |
| 12/09/09 | Telephone conferences with Third-Party Defendants re status of class settlement (0.5); telephone conferences with DJC re communications from Third-Party Defendants (0.75) | KBW | 1.25 | 400.00 |
| 12/10/09 | Telephone call with Third-Party Defendants re invoices | KBW | 0.25 | 80.00 |
| 12/11/09 | Review recent filings re Opt-Out Plaintiffs | KBW | 0.25 | 80.00 |
| 12/13/09 | Prepare for motion hearing re joint discovery plan and correspond with DJC re same | KBW | 0.25 | 80.00 |
| 12/14/09 | Prepare for and conference call with C. Murphy and KBW re issues on settlement | DJC | 0.75 | 375.00 |
| 12/14/09 | Prepare for and attend motion hearing re Third-Party Defendants' motion to address joint discovery plan (1.75); confer with DJC re same (.25); conference call with C. Murphy and DJC re same (.25) | KBW | 2.25 | 720.00 |
| 12/14/09 | Prepare chart of July-September Third-Party Defendant Liaison Counsel fees | NXB+ | 2.50 | 437.50 |
| 12/15/09 | Email exchange with counsel for Third-Party Plaintiffs and Third-Party Defendants re settlement agreement issues | DJC | 0.75 | 375.00 |
| 12/15/09 | Review correspondence from NXB re new fees chart (.25); attend status hearing before Magistrate Judge Denlow (1.25) | KBW | 1.50 | 480.00 |
| 12/15/09 | Prepare new chart of Third-Party Defendant Liaison Counsel fees from July-September per KBW request (5.00); meet with HMS re same (.75) | NXB+ | 5.75 | 1,006.25 |
| 12/15/09 | Conference with NXB re calculations for fee reimbursements (.50); conduct spreadsheet edits re same (.25); email to KBW | HMS+ | 1.25 | 250.00 |

EXHIBIT 1

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JANUARY 21, 2010
6312.002/191622
PAGE 7

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| | re same (.50) | | | |
| 12/16/09 | Confer with WLS re checks received from unidentified parties | KBW | 0.25 | 80.00 |
| 12/17/09 | Confer with DJC re settlement agreement's definition of rescission class (.25); review correspondence to Figari and Davenport re check endorsement for fees (.25) | KBW | 0.50 | 160.00 |
| 12/18/09 | Prepare for and conference call with Third-Party Defendants re proposed settlement agreement | DJC | 1.25 | 625.00 |
| 12/18/09 | Review materials in preparation for conference call with Third-Party Defendants re strategy and attend conference call (1.5); draft email to Third-Party Defendants re the Court's second order awarding fees to Liaison Counsel (0.5) | KBW | 2.00 | 640.00 |
| 12/28/09 | Review and revise correspondence to Third-Party Defendants re second request for fees | KBW | 0.50 | 160.00 |
| 12/30/09 | Review emails from KBW re payments and status on Third-Party Defendants | NXB+ | 1.00 | 175.00 |
| | TOTAL FOR SERVICES | | $ | 32,645.00 |

+ DENOTES PARALEGAL

EXHIBIT 1

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES               JANUARY 21, 2010
                                                        6312.002/191622
                                                        PAGE 8

**SERVICE CHARGES AND DISBURSEMENTS**

| | |
|---|---:|
| Copying | 0.80 |
| Facsimile | 3.00 |
| Telephone | 0.41 |
| Lexis-Nexis Legal Search Charges Invoice # 0906000063  06/30/2009 | 179.52 |
| Lexis-Nexis Legal Search Charges Invoice # 0906000063  06/30/2009 | 203.83 |
| Search Fees - - VENDOR: Pacer Service Center | 35.36 |
| Search Fees - - VENDOR: Pacer Service Center | 47.84 |
| Search Fees - - VENDOR: Pacer Service Center | 1.44 |
| Lexis-Nexis Legal Search Charges Invoice # 0907045373  07/31/2009 | 161.74 |
| Lexis-Nexis Legal Search Charges Invoice # 0907045373  07/31/2009 | 2,603.36 |
| Lexis-Nexis Legal Search Charges Invoice # 0908034063  08/31/2009 | 217.68 |
| FedEx Invoice #9-348-87850  9/30/2009 - - VENDOR: Federal Express | 18.33 |
| Westlaw Invoice #819206750  September 30, 2009 | 2,673.14 |
| Lexis-Nexis Legal Search Charges Invoice # 0909055433  09/30/2009 | 232.72 |
| Lexis-Nexis Legal Search Charges Invoice # 0909055433  09/30/2009 | 238.13 |
| Search Fees - - VENDOR: Pacer Service Center | 28.24 |
| Lexis-Nexis Legal Search Charges Invoice # 0910013283  10/31/2009 | 176.26 |
| Westlaw Invoice #819409399  October 31, 2009 | 1,948.98 |
| Westlaw Invoice #819594654  11/30/2009 | 1,786.00 |
| Westlaw Invoice #819594654  11/30/2009 | 440.48 |
| TOTAL SERVICE CHARGES AND DISBURSEMENTS | $ 10,997.26 |
| TOTAL THIS STATEMENT | $ 43,642.26 |

EXHIBIT 1