UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.

                Plaintiff,

v.                        Case No.: 1:05−cv−07097
                         Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 1, 2010:

   MINUTE entry before Honorable Marvin E. Aspen: Pursuant to our order of December 10, 2008 (Dkt. No. 2550), Third−Party Defendants shall file any objections to the pending reimbursement request (MOTION by Third Party Defendant National Real Estate Information Services for attorney fees, Motion to Approve Fees and Expenses and Supporting Documentation Detailing Liaison Counsel to Third Party Defendants' Fees and Expenses from October 1,) [Dkt. No. 3361), within fourteen (14) days of Liaison Counsels filing of the request. Liaison Counsel shall have seven (7) days to reply in support of its request. The motion hearing set for 2/2/10 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.