IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRSICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before<br>　The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO: DICKERSON v. AMERIQUEST, et al. Case No.08-cv-3252 | |

## NOTICE OF WITHDRAWAL OF COUNSEL

　PLEASE TAKE NOTICE that this pleading serves as notice that Attorney Jessica Myers is withdrawing as counsel for Plaintiff Mark Dickerson in *Dickerson v. Ameriquest, et al.*, Court File No. 08-cv-3252, which was a "tag-along" case to MDL No. 1715.  Jessica Myers has left the employment of the Legal Society of Middle Tennessee & the Cumberlands.

　David J. Tarpley of the Legal Aid Society of Middle Tennessee & the Cumberlands will remain as counsel for Plaintiff.

Dated:　February 2, 2010

LEGAL AID SOCIETY OF MIDDLE
TENNESSEE & THE CUMBERLANDS


　/s/ David J. Tarpley_____
David J. Tarpley, BPR 4059
LEGAL AID SOCIETY
300 Deaderick St.
Nashville, TN 37201
(615) 244-6610

Attorney for Individual Plaintiff
MARK DICKERSON

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 2, 2010, I electronically filed Plaintiff's **Motion to Withdraw** with the Clerk of the Court using the ECF system, which sent electronic notice of the filing on the same day to all parties who are filing users.

                by: _/s/David Tarpley_____
                  David Tarpley