**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Ballard, et al. vs. Ameriquest Mortgage Company, et al.*, Case No. 08-4992 (N.D. Ill.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

On January 26, 2010, plaintiffs in *Ballard, et al. vs. Ameriquest Mortgage Company, et al.*, Case No. 08-4992 (N.D. Ill.) filed a Motion For Leave to File First Amended Complaint. [Docket No. 3334]  Although Defendants continue to dispute the merits of the claims in this action, they do not oppose the granting of leave to amend.

DATED: February 2, 2010

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and ACC Capital Holdings Corporation, and Citi Residential Lending, Inc.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

1

BN 5298063v1

2

**CERTIFICATE OF SERVICE**

     I, Bernard E. LeSage, hereby certify that on this 2nd day of February 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

     By: /s/ Bernard E. LeSage

BN 5298063v1