# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO ALL CASES | Centralized before the Honorable Marvin E. Aspen |

## NOTICE OF INDIVIDUALS OPTING-OUT OF CLASS ACTION

The following parties hereby provide notice to this Court that they opt-out of any class or putative class involving their Ameriquest mortgage:

    Christopher and Peggy Neubeck of Evergreen Park, IL (09-795 N.D. Ill.)

    Samuel & Kimberly Kirk of Pottstown, PA (09-795 N.D. Ill.)

    Gene McDonald of Lexington, SC (07-6867 N.D. Ill.)

Respectfully Submitted:

Date: February 5, 200            /s/ Anthony P. Valach, Jr.
                                           One of their attorneys

Anthony P. Valach, Jr.
Daniel M. Harris
THE LAW OFFICES OF DANIEL HARRIS
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
**lawofficedh@yahoo.com**

**CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 5th day of February 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.


                                                  By:    /s/ Anthony P. Valach, Jr.