IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL INDIVIDUAL ACTIONS | ) ) ) | FEBRUARY 11, 2010 |

### ORDER

It is hereby **ORDERED** that the Stipulation between co-chairs of the Individual Claims Steering Committee, counsel for class plaintiffs and counsel for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, Olympus Mortgage Company, and Argent Mortgage Company, LLC dated December 10, 2009 (Document No. 3261) is hereby approved and adopted.

**IT IS SO ORDERED**.

Dated: _2/11/10

_____
The Honorable Marvin E. Aspen
United States District Court Judge