
Case: 1:05-cv-07097 Document #: 3397 Filed: 02/04/10 Page 1 of 3 PageID #:39392

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re: AMERIQUEST MORTGAGE, )  05cv7097
COMPANY, Mortgage Lending Practices ) MDL No. 1715
Litigation, ) Lead Case No. 05CV-07097
) Centralized before the Honorable
) Marvin E. Aspen

FILED
Feb 4, 2010
FEB -4 2010
Chief Judge James F. Holderman
United States District Court

## PLAINTIFF'S PAUL W. DERDA & CINDY DERDA, HIS WIFE REQUEST FOR EXCLUSION

Comes now plaintiffs by their attorneys, Johnson & Johnson, and for their Request state:

1. Plaintiffs are Paul and Cindy Derda.

11525 Old St. Charles Rock Road, Bridgeton, MO, 63044 (314) 209-9740 and their cell phone number is (314) 560 2375.

2. Plaintiffs wish to be excluded from the Class Action Lawsuit settlement that has been resolved with Ameriquest.

3. Plaintiffs further state that there are no other parties who have an interest in this matter other than plaintiffs and the mortgage company, Ameriquest Mortgage Company; and its assignees, if any.

WHEREFORE, PLAINTIFFS pray to be excluded from said class action lawsuit so that they may pursue their own personal lawsuit against Ameriquest at their cost and expense in an appropriate venue either in Federal or State Court.

JOHNSON & JOHNSON

_____
Harold G. Johnson, #18191
Mitchell D. Johnson, #36910
Attorneys for Plaintiffs
500 Northwest Plaza, Suite 715
St. Ann, MO 63074
314 291 4444
(314) 291 3381 Fax
E-mail: johnsonlawoffice@att.net

X _____
Paul W. Derda

X _____
Cindy Derda

STATE OF MISSOURI   )
                    )
COUNTY OF ST. LOUIS )

Plaintiffs, upon first being duly sworn, state they have, this 4th day of February, 2010, voluntarily executed the above Request For Exclusion.

_____
Notary Public

My Commission Expires:

HAROLD G. JOHNSON
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Charles County
My Commission Expires: August 30, 2013
Commission Number: 09518209

## CERTIFICATE OF NOTICE

A copy of the foregoing has been mailed, by Certified and ordinary mail, this 4th day of February, 2010 to the following:

**AMERIQUEST MDL SETTLEMENT ADMINISTRATOR**
P O Box 2278
Fairbault, MN 55021-2413

**COURT**
Hon. Marvin E. Aspen
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

**CLASS COUNSEL:**
Kelly M. Dermody
Lief Cabraser Hermann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111

Rachel Geman
Lief Cabraser Hermann & Bernstein LLP
250 Hudson Street
8th Floor
New York, NY 10013

Jill Bowman
James Hoyer et al
One Urban Centre, Sutie 550
4830 West Kennedy Blvd
Tampa, FL 33609-2589

Gary Klein
Shenna Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111

**AMERIQUEST DEFENDANTS' ATTORNEYS**
Bernard E. LeSAge
Buchalter Nemer, A Professional Corporation
1000 Wilsshire Blvd., Suite 1500
Los Angeles, CA 90017

_____
Harold G. Johnson