UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                         Plaintiff,

v.                                       Case No.: 1:05−cv−07097
                                         Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 16, 2010:

    MINUTE entry before Honorable Marvin E. Aspen:In preparation for the April 8, 2010 status conference, the non−class parties including the Defendants/Third−Party Plaintiffs, Third−Party Defendants (for both third−party actions), and Opt−Out Plaintiffs must file a written status report updating the Court on the progress of their relevant portion(s) of the MDL by March 4, 2010. In their reports, counsel should summarize the progress of mediation and the status of discovery to date, identify any pending motions, describe any issues that may be raised at the status hearing, and further note any additional matters that may require our attention. These reports may be filed jointly or separately, at the parties discretion. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.