**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen <br><br> Magistrate Judge Morton Denlow |

**NOTICE OF MOTION**

TO:  COUNSEL OF RECORD

      **PLEASE TAKE NOTICE** that on Tuesday, February 23, 2010 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Third-Party Defendants' Motion for Extension of Time to File Answers**, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

 Dated:  February 18, 2010

By:  /s/ David J. Chizewer       

*Liaison Counsel for Third-Party*
*Defendants and counsel for National*
*Real Estate Information Services, Inc.*

David J. Chizewer
Steven A. Levy
Kathryn B. Walter
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
Telephone (312) 201-4000
Facsimile (312) 332-2196

## CERTIFICATE OF SERVICE

I, David J. Chizewer, hereby certify that on this 18th day of February, 2010, a true and correct copy of the foregoing document was filed electronically using the Court's ECF/electronic mailing system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


/s/ David J. Chizewer
David J. Chizewer