**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

**NOTICE OF INDIVIDUALS OPTING BACK IN TO CLASS ACTION SETTLEMENT**

  The following individuals hereby provide notice to this court that they withdraw any opt-out previously filed in any class action or class settlement involving their Ameriquest Mortgage Company, Argent Mortgage Company, LLC, or Town and County Credit Corporation originated loan, and that they wish to opt back into the settlement class:

Tyrone Walker, Illinois
Beverly Mathews, Illinois
Samuel Thornton, Sr., Illinois
Shirley Parks and Glen Parks, Illinois
Alma Mooty, Illinois
Sherri Starzyk, Illinois
Steven Kopacz and Mariana Kopacz, Illinois
Leon Frazier, Ohio
Steven Conrad and Carolyn Conrad, Wisconsin
Claudia Albano, Ohio
Brett Schneider, Michigan

                  s/Catherine A. Ceko
                  Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC

120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

### CERTIFICATE OF SERVICE

      I, Catherine A. Ceko, hereby certify that on February 19, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                     s/Catherine A. Ceko
                                                     Catherine A. Ceko