IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**THIRD-PARTY PLAINTIFFS' RESPONSE TO THIRD-PARTY DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER**

Third-Party Plaintiffs Ameriquest Mortgage Company, Argent Mortgage Company, LLC and Town & Country Credit Corporation hereby respond to the Third Party Defendants' Motion for Extension of Time to File Answers (the "Motion"). (Docket No. 3410). Without making any attempt to meet and confer with the Third-Party Plaintiffs, liaison counsel for the Third-Party Defendants filed the Motion, requesting that the Court postpone the time for the Third-Party Defendants to answer the Fifth Amended Consolidated Third-Party Complaint ("FATPC") indefinitely, until after the individual cases have been remanded to their originating courts, or in the alternative, grant them leave to file individual answers within the 30 days of the Court's ruling on this Motion. The Third-Party Plaintiffs do not oppose a 30 day extension of time for Third-Party Defendants to file answers. However, the Third-Party Plaintiffs <u>do</u> oppose the impermissible tactic of Third-Party Defendants in seeking to postpone the filing of their answers until the individual cases are transferred to their original courts.

    A.    **The Third-Party Defendants' Request To Postpone The Filing Answers Until The Individual Cases Are Transferred Back To The Original Courts Must Be Denied.**

Pursuant to 28 U.S.C. Section 1407, the individual cases were transferred to this Court for "coordinated or consolidated *pretrial proceedings*." 28 U.S.C. § 1407 (emphasis added). Because filing an answer is undoubtedly a pretrial proceeding, there is no valid basis for the Third-Party Defendants' request to postpone the filing of their answers until the cases are transferred back to the original courts. The request to postpone the filing of Third-Party Defendants' answers is

nothing more than an attempt to seek reconsideration of the Court's ruling on the Third-Party Defendants' motions to dismiss and avoid any adjudication on the merits in this Court.

Indeed, it is crucial for all Third-Party Defendants to file their Answers as soon as possible so that the parties can adequately prepare for the upcoming mediation and then litigate the merits of any cases not settled. The Third-Party Plaintiffs' mediation with Third-Party Defendants is scheduled to take place before Judge O'Connell on April 28, 2010, and a global mediation with Opt-Out Plaintiffs will occur in May. Moreover, the Third-Party Defendants must file their answers before the Third-Party Plaintiffs can proceed to file any dispositive motions.

If the individual Third-Party Defendants need additional time to file their answers, the Third Party Plaintiffs do not oppose an extension of time, as the relief is sufficient. In fact, certain Third-Party Defendants have already filed their answers since the ruling on the Third-Party Defendants' motion to dismiss.[1] (Docket Nos. 3408, 3412). There is no reason why the other Third-Party Defendants cannot do the same during these pretrial proceedings.

Additionally, the Third-Party Defendants have already filed two consolidated Motions to Dismiss in response to the third-party complaints, which the Court has ruled upon. If the Court postpones the filing of individual responses until the cases are transferred to their original courts, individual Third-Party Defendants may attempt to impermissibly circumvent this Court's rulings on the motions to dismiss by seeking determination by the individual courts. Accordingly, the Third-Party Plaintiffs oppose the request to postpone the filing of Third-Party Defendants' answers until transfer to the original courts.

B. Conclusion

Based on the foregoing, the Third-Party Plaintiffs respectfully request the Court to deny the Motion, in part, as set forth above.

---

[1] On February 22, 2010, Third-Party Defendant Mortgage Information Services, Inc. ("MIS") filed a response to certain Plaintiffs' Motion to Transfer Case Number 05-cv-1402 to the original trial court. (Docket No. 3419). MIS opposed the transfer to the original court, indicating that it still has not yet answered the third party complaint in this case and has not had an opportunity to participate in other pretrial proceedings. It is apparent that not all Third-Party Defendants wish to conduct pretrial proceedings in the original courts.

DATED: February 23, 2010   Respectfully submitted,

By:  /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

By:  /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700

**CERTIFICATE OF SERVICE**

      I, Bernard E. LeSage, hereby certify that on this 23rd day of February 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ Bernard E. LeSage