IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) )  ) ) MDL No. 1715 ) Lead Case No. 05-cv-7097 ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) Centralized before Judge ) Marvin E. Aspen ) |

## NOTICE OF FILING

Objector, JEANINE SCHWEINBERG, by counsel, files her supplemental proof of class membership, the attached Settlement Statement with Ameriquest Mortgage Company dated August 23, 2005, in support of her Objections to the Class Action Settlement.

Respectfully submitted,

 /s/   *N. Albert Bacharach, Jr.*
N. Albert Bacharach, Jr.
Florida Bar Number: 209783
**N. Albert Bacharach, Jr., P.A.**
Attorney for Objectors
115 Northeast 6th Avenue
Gainesville, Florida  32601
(352) 378-9859 FAX: (352) 338-1858
N.A.Bacharach@att.net

## CERTIFICATE OF SERVICE

   I hereby certify that on the 23rd day of February, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the court's CM/ECF program. The following parties, who are all participants in the case and registered CM/ECF users, will be served by the CM/ECF system.

Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111

Gary Klein
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111

Bernard E. LeSage
Buchalter Nemer, A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Rachel Geman
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street
8th Floor
New York, NY 10013

Jill Bowman
James Hoyer et. al.
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589

                /s/   *N. Albert Bacharach, Jr.*
                 N. Albert Bacharach, Jr.
                 **N. ALBERT BACHARACH, JR., P.A.**