Aug-23-05 09:55am From-AMQUEST MORTGAGE MIATLAND 407-667-8966 T-634 P.001/002 F-095

**K. E. L. Title Insurance Agency, Inc.**
1301 W. Colonial Dr.
Orlando, Florida 32804
407-513-1901 fax: 407-513-1959

| | |
|---|---|
| 1. ☐ FHA | 2. ☐ |
| 3. ☐ VA | 4. ☐ CONV. INS. |
| 6. File Number: 05-11514 | 7. Loan Number: 0131197741 |
| 8. Mortgage Ins. Case No.: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (*poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.

**D. Borrower:** Jeanine M. Schweinberg
4126 NW 44th Drive
Gainesville, Florida 32606

**E. Seller:**

**F. Lender:** Ameriquest Mortgage Company
1060 Maitland Center Commons, #265
Maitland, Florida 32751

**G. Property:** 4126 NW 44th Drive
Gainesville, Alachua County, Florida 32606
That certain condominium parcel composed of Unit No. 155, of BELLAMY FORGE, a Condominium, and an undivided equal share of those common elements appurtenant thereto, in accordance with and subject to that certain Declaration of Condominium recorded in Official Records Book 876, Page 219, and amendments thereto, as recorded in Public Records of Alachua County, Florida.

**H. Settlement Agent:** K. E. L. Title Insurance Agency, Inc.
**Place of Settlement:** 1301 W. Colonial Dr., Orlando, Florida 32804  Orange County
**I. Settlement Date:** August 23, 2005  Interest Begins: August 30, 2005

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (line 1400) | 22,716.54 | 403. | |
| 104. Payoff Mortgage to CHASE MANHATTAN MORTGAGE | 54,714.84 | 404. | |
| 105. Payoff Ameriquest Withhold to Ameriquest Mortgage Company | 300.00 | 405. | |
| Adjustments for Items Paid by Seller in Advance: | | Adjustments for Items Paid by Seller in Advance: | |
| 106. City / Town Taxes | | 406. City / Town Taxes | |
| 107. County / Parish Taxes | | 407. County / Parish Taxes | |
| 108. Assessments | | 408. Assessments | |
| 120. Gross Amount Due from Borrower: | 77,731.38 | 420. Gross Amount Due to Seller: | |
| 200. Amounts Paid by or in Behalf of Borrower: | | 500. Reductions in Amount Due to Seller: | |
| 201. Deposit / Earnest Money | | 501. Excess Deposit (see instructions) | |
| 202. Principal Amount of New Loan | 78,750.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing Loan(s) | | 503. Existing Loan(s) | |
| 204. | | 504. Payoff of First Mortgage to | |
| 205. | | 505. Payoff of Second Mortgage to | |
| 206. | | 506. Purchase Money Mortgage to | |
| Adjustments for Items Unpaid by Seller: | | Adjustments for Items Unpaid by Seller: | |
| 210. City / Town Taxes | | 510. City / Town Taxes | |
| 211. County / Parish Taxes | | 511. County / Parish Taxes | |
| 212. Assessments | | 512. Assessments | |
| 220. Total Paid by / for Borrower: | 78,750.00 | 520. Total Reductions in Amount Due Seller: | |
| 300. Cash at Settlement from / to Borrower: | | 600. Cash at Settlement to / from Seller: | |
| 301. Gross Amount due from Borrower (line 120) | 77,731.38 | 601. Gross Amount due to Seller (line 420) | |
| 302. Less Amount Paid by/for Borrower (line 220) | 78,750.00 | 602. Less Reductions Amount due Seller (line 520) | |
| 303. Cash To Borrower: | $1,018.62 | 603. Cash From Seller: | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement. The undersigned hereby acknowledges that any and all monies related to this transaction will be deposited and disbursed from an interest bearing escrow account of which the interest will benefit the settlement agent named herein.

Borrower: _[signature]_
Jeanine M. Schweinberg

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _[signature]_  Date: August 23, 2005
Reggie Palmer  File No.: 05-11514

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 March 2005
August 23, 2005 10:58 AM

OMB No. 2502-0265
RESPA handbook 4305.2

```
Aug-23-05  09:56am  From-A[...]EST MORTAGE MIATLAND    407-667-8966    T-834  P.002/002  F-095
```

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales / Broker's Commission: | | |
| Division of Commission as follows | | |
| 701. | | |
| 702. | | |
| 703. Commission Paid at Settlement | | |
| 800. Items Payable in Connection with Loan: | | |
| 801. Loan Origination Fee to Ameriquest Mortgage Company | 3,271.27 | |
| 802. Loan Discount 4.754 % to Ameriquest Mortgage Company | 425.00 | |
| 803. Appraisal Fee to Ameriquest Mortgage Company | | |
| 804. Credit Report to Ameriquest Mortgage Company | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | 70.00 | |
| 808. Tax Related Fee to Ameriquest Mortgage Company | 9.00 | |
| 809. Flood Search Fee to Ameriquest Mortgage Company | 626.00 | |
| 810. Processing Fee to Ameriquest Mortgage Company | 239.00 | |
| 811. Administrative Fee to Ameriquest Mortgage Company | 360.00 | |
| 812. Application Fee to Ameriquest Mortgage Company | | |
| 900. Items Required by Lender to be Paid in Advance: | | |
| 901. Interest from Aug 30, 2005 to Sep 1, 2005 @ 18.0200 / day | 36.04 | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium | | |
| 904. Flood Insurance Premium | | |
| 1000. Reserves Deposited with Lender: | | |
| 1001. Hazard Insurance | | |
| 1002. Mortgage Insurance | | |
| 1003. City Property Taxes | 597.10 | |
| 1004. County Property Taxes 10 months @ 59.71 per month | | |
| 1005. Annual Assessments | | |
| 1100. Title Charges: | | |
| 1101. Settlement or Closing Fee to K. E. L. Title Insurance Agency, Inc. | 125.00 | |
| 1102. Abstract or Title Search to K. E. L. Title Insurance Agency, Inc. | 150.00 | |
| 1103. Title Examination to K. E. L. Title Insurance Agency, Inc. | 150.00 | |
| 1104. Title Insurance Binder | | |
| 1105. Document Preparation to K. E. L. Title Insurance Agency, Inc. | 200.00 | |
| 1106. Notary Fees to Closings On Call | 300.00 | |
| 1107. Attorney Fees (Includes above item numbers: | | |
| 1108. Title Insurance to K. E. L. Title Insurance Agency, Inc. (includes above item numbers: | 468.92 | |
| 1109. Lender's Coverage 78,750.00 Risk Premium 453.10 | | |
| 1110. Owner's Coverage 0.00 Risk Premium 0.00 | | |
| 1111. Archive Fees | 45.31 | |
| 1112. Florida Form 9 to K. E. L. Title Insurance Agency, Inc. | 25.00 | |
| 1113. ALTA 8.1 to K. E. L. Title Insurance Agency, Inc. | 25.00 | |
| 1114. ALTA 6 to K. E. L. Title Insurance Agency, Inc. | 50.00 | |
| 1115. Courier Fee to K. E. L. Title Insurance Agency, Inc. | | |
| 1200. Government Recording and Transfer Charges: | | |
| 1201. Recording Fees: Deed 0.00 Mortgage 186.50 Releases 0.00 | 186.50 | |
| 1202. City/County Tax/Stamps: Deed 0.00 Mortgage 0.00 | | |
| 1203. State Tax/Stamps: Deed 0.00 Mortgage 275.80 | 275.80 | |
| 1204. Intangible Tax to Clerk of the Circuit Court | 157.60 | |
| 1205. | | |
| 1300. Additional Settlement Charges: | | |
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. Payoff Creditor to CAPITAL 1 BANK | 4,000.00 | |
| 1304. Payoff Creditor to M J ALTMAN | 50.00 | |
| 1305. Payoff Creditor to PROVIDIAN FINANCIAL | 10,247.00 | |
| 1306. Payoff Creditor to HSBC NV | 645.00 | |
| 1400. Total Settlement Charges (Enter on line 103, Section J and line 502, Section K) | $22,716.54 | |

Borrower Initials: [signed] Jennins M. Schweinberg

HUD-1 March 2005
August 23, 2005 10:58 AM

OMB No. 2502-0265
RESPA handbook 4305.2

```
NO. 549              P. 2              KEL TITLE         AUG. 23, 2005 11:04AM
```