IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) <br> ) <br> ) MDL No. 1715 <br> ) Lead Case No. 05-cv-7097 <br> ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) Centralized before Judge <br> ) Marvin E. Aspen <br> ) |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Objectors, TERRELL & LESIA BEARD and JEANINE SCHWEINBERG, (the "Beard Objectors") by counsel, give notice of the appearance of the following additional counsel on their behalf:

>Frank H. Tomlinson, Esq.
>15 North 21st Street, Suite 302
>Birmingham AL 35203
>205-326-6626 (Tel)
>205-328-2889 (Fax)
>htomlinson@bellsouth.net

>Paul S. Rothstein, Esq.
>626 NE First Street
>Gainesville, FL 32601
>352-376-7650 (Tel)
>352-374-7133 (Fax)
>psr@rothsteinforjustice.com

Respectfully submitted,

 /s/   *N. Albert Bacharach, Jr.*
N. Albert Bacharach, Jr.
Florida Bar Number: 209783
**N. ALBERT BACHARACH, JR., P.A.**
Attorney for Objectors
115 Northeast 6th Avenue
Gainesville, Florida  32601
(352) 378-9859 FAX: (352) 338-1858
N.A.Bacharach@att.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the court's CM/ECF program. The following parties, who are all participants in the case and registered CM/ECF users, will be served by the CM/ECF system.

Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111

Gary Klein
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111

Bernard E. LeSage
Buchalter Nemer, A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Rachel Geman
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street
8th Floor
New York, NY 10013

Jill Bowman
James Hoyer et. al.
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589

/s/   N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
**N. ALBERT BACHARACH, JR., P.A.**