

| | | |
|---|---|---|
| Attorney(s): | Walter F. Sullivan, Esq. | |
| Firm Name: | Walter F. Sullivan, Esq. | |
| Address: | 205 Glen Brook Place | |
| | Hightstown, NJ 08520 | |
| Telephone No.: | (609) 433-2939 | |
| Fax No.: | (609) 433-5199 | |
| E-mail: | wsulliva456@verizon.net | |
| Attorney for Objector, Jeffrey Parra | | |

**FILED**
FEB 23 2010
Feb 23, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| In Re: | : | In The United States District Court |
| | : | Northern District of Illinois |
| | : | MDL -1715 |
| Ameriquest Mortgage LLC | : | Lead Case No. 05-cv-A7097 |
| | : | Centralized Before The Honorable |
| Mortgage Lending Practices Litigations | : | Marvin E. Aspen) |
| | : | CIVIL ACTION |
| | : | APPEARANCE |

TO: The Clerk Of The Above-Named Court.

    PLEASE TAKE NOTICE that the undersigned hereby enters an appearance in the above-entitled action on behalf of the Objector, Jeffrey Parra.

DATE:     February 19, 2010

_____
Attorney for Objector, Jeffrey Parra