## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 05CV7097  Assigned/Issued By: DAJ

Judge Name:  Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons  ☐ Alias Summons

☑ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
_____
_____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets  ☐ Other

☐ Writ _____
*(Type of Writ)*
_____
_____
*(Type of issuance)*

 1  Original and  0  copies on  02/25/10  as to _____
                              *(Date)*
HERITAGE TITLE LLC.
_____