

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Feb 22 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ameriquest Mortgage Co. )
Mortgage Lending Practices )
Litigation Plaintiff, )
)
vs. ) Civil Action No. 05 – CV - 07097
)
) Hon. Marvin E. Aspen
Ameriquest Mortgage Co. )
Mortgage Lending Practices )
Litigation Defendant. )
_____ )

**Request For District Court Review Regarding Deadline For
Designating Class Members Who Have Been Victim of Identity Theft**

COMES NOW Marty Green, I am an unverified class member.

1. I wish to opt in, and both opt out as a class member; however I cannot determine my eligibility due to the extreme circumstances, where I have been a specific victim of Defendants fraud.

2. As a victim of fraud and identity theft, Am I a class member who may participate in future hearings?

3. I would like to provide the Court with additional evidence and documents not yet considered, that may assist in providing fair conclusion, where review of this evidence and documents may in fact reveal the settlement as not suited to Defendant's specific responsibility regarding loans Defendant's present as

1

resolved, and those loans outstanding still, that have not been represented to the Court for review.

4. Please consider my plain language request - as a victim of fraud, I do not know if I am being represented as a Class member, of which consideration of myself and those similar may be important to this case and settlement.

Respectfully submitted this 22nd Day of February, 2010.

*[signature]*

Marty Green
(pro se)

Marty Green
PO BOX 555
Flintstone, Georgia 30725

Email martincraiggreen@hotmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Ameriquest Mortgage Co. ) <br> Mortgage Lending Practices ) <br> Litigation Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> Ameriquest Mortgage Co. ) <br> Mortgage Lending Practices ) <br> Litigation Defendant. ) <br> _____ ) | Civil Action No. 05 – CV - 07097 <br><br> Hon. Marvin E. Aspen |

## Certificate Of Service

COMES NOW Marty Green who certifies that has this day served the United States District Court, Ameriquest Mortgage Company, Plaintiff and Defendant's Council, Pro Se Litigant, Marty Green's Motion for Additional Time to Enter Class, Request for District Court Review Regarding Deadline For Designating Class Members Who Have Been Victim of Identity Theft, Notice of Appearance and Certificate of Service Via United States Postal Service, First Class Mail this 22nd Day of February, 2010 to the following:

**Court:**
Hon. Marvin E. Aspen
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

| | |
|---|---|
| Plaintiff's Attorneys | Rachel Geman<br>Lieff Cabraser Heimann & Bernstein LLP<br>250 Hudson Street<br>8th Floor<br>New York, NY 10013 |
| | Kelly M. Dermody<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111 |

Gary Klein
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111

Jill Bowman
James Hoyer et. al.
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589

**Ameriquest Defendants' Attorneys:**
Bernard E. LeSage
Buchalter Nemer, A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Respectfully submitted this 22nd Day of February, 2010.

Marty Green
(pro se)

Marty Green
PO BOX 555
Flintstone, Georgia 30725
Phone 423 320 2038
Email martincraiggreen@hotmail.com

2