

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Ameriquest Mortgage Co. )<br>Mortgage Lending Practices )<br>Litigation Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>Ameriquest Mortgage Co. )<br>Mortgage Lending Practices )<br>Litigation Defendant. )<br>_____ ) | Civil Action No. 05 – CV - 07097<br><br>Hon. Marvin E. Aspen |

FILED
Feb 22, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR ADDITIONAL TIME TO ENTER CLASS

COMES NOW Marty Green, an Individual, un-defined party to the above styled lawsuit and/or class.

1. I am Marty Green.

2. I am not clearly defined as a class member due to unusual circumstances incorporated into additional response documents.

3. I wish to be defined as a class member so that I affirm my specific objections to the settlement in this case however the pamphlet notice makes no provision for specific circumstances as described in attached, Brief in Support of Motion for Additional Time.

4. I wish to be both excluded and included in the option settlement primarily with specific instructions set forth by the Court regarding my status as a class member.

1

5. Review of Supplemental Briefs; the Brief in Support and Documents filed with request for placement under seal should be considered.

6. I pray the Honorable Judge Marvin E. Aspen use his authority to consider any and all issues in my plain language request, supplemental briefs, and additional documents to be provided for the Courts consideration.

7. I incorporate my time and extend my full availability so that if my considerations are deemed important to the case or settlement, that these issues brought to the Court's attention with absolute concern for the full disclosure of all material facts, and affirm that I make this effort with my best intentions to help and not hinder this matter, settlement, or fairness.

Respectfully submitted this 22nd Day of February, 2010.

Marty Green
(pro se)

Marty Green
PO BOX 555
Flintstone, Georgia 30725

Email martincraiggreen@hotmail.com