

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Ameriquest Mortgage Co. Mortgage Lending Practices Litigation Plaintiff, | ) ) ) ) | |
| vs. | ) ) ) | Civil Action No. 05 – CV – 07097<br>05 cv 07097<br>Hon. Marvin E. Aspen |
| Ameriquest Mortgage Co. Mortgage Lending Practices Litigation Defendant. | ) ) ) ) ) | |

FILED
Feb 22, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEARANCE AS PRO SE LITIGANT

COMES NOW Marty Green, appearing Pro Se, in the Above styled Case.

Respectfully submitted this 22nd Day of February, 2010.

_____

Marty Green
(pro se)

Marty Green
PO BOX 555
Flintstone, Georgia 30725
Phone 423 320 2038
Email martincraiggreen@hotmail.com

1