**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) |
| THIS DOCUMENT RELATES TO DOCKET # 859 | ) Centralized before The Honorable ) Marvin E. Aspen ) ) |
| AMERIQUEST MORTGAGE CO., Third-Party Plaintiff, v. TRANS UNION, LLC, et. al, Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**<u>CREDIT REPORTING AGENCY THIRD-PARTY DEFENDANTS'
JOINT STATUS REPORT</u>**

Pursuant to the Court's Order of February 16, 2010 [Doc. No. 3399], Credit Reporting Agency Third-Party Defendants TransUnion LLC and TransUnion Corporation (collectively "TransUnion"), Equifax Information Services, LLC, successor in interest to Equifax Information Services Inc. and Equifax Credit Marketing Services (collectively "Equifax"), and ChoicePoint Precision Marketing LLC ("CPPM"), collectively, the Credit Reporting Agency Defendants (the "CRAs") provide this Joint Status Report in the Credit Reporting Agency Third-Party (Non-Borrower) Action [Doc. No. 859] ( the "CRA Third-Party Action").

In July 2007, Third-Party Plaintiff Ameriquest Mortgage Company ("Ameriquest") served the CRA Third-Party Action on the CRAs. The claims set forth by Ameriquest therein

are derivative in nature. Referencing the "firm offer of credit" claims of the Non-Borrower class against it, Ameriquest alleges that "[t]o the extent that these allegations are found to be true by a trier of fact, the alleged failure to comply with the FCRA" is attributable to the CRAs. CRA Third-Party Complaint [Doc. No. 859], ¶ 8.

On May 5, 2008, the Court granted the Individual Plaintiff's Motion To Voluntarily Dismiss [Doc. No. 2121] "Fair Offer Of Credit" Fair Credit Reporting Act Cases, Case Nos. 05 C 1218 and 06 C 2472, with prejudice [Doc. No. 2134]. On December 11, 2009, the Non-Borrower Plaintiffs filed an Assented To Motion and Notice of Non-Borrower Class Plaintiffs' Voluntary Dismissal of Class Action Allegations Without Prejudice [Doc. No. 3263]. On December 16, 2009, the Court granted this motion, ordering the dismissal without prejudice of the Non-Borrower Class Plaintiffs' Class Allegations [Doc. No. 3274]. The dismissal of the Non-Borrower action should effectively end the CRA Third-Party Action. At the status hearing on December 19, 2008, Ameriquest confirmed to the Court that once the settlement of the Non-Borrower Complaint is finalized, Ameriquest will dismiss the CRA Third-Party Action. In a recent conversation between counsel for the CRAs and counsel for Ameriquest, Ameriquest's counsel confirmed that Ameriquest will dismiss the claims against the CRAs provided the Court approves the class action settlement after the fairness hearing scheduled for April 15, 2010.

**I.     Discovery Status**

As the status of discovery has not changed since the Joint Status Report filed by the CRA Third Party Defendants on May 12, 2009 [Doc. No. 2751], the CRA Third Party Defendants refer to and incorporate by reference the Discovery Status section from that report.

**II.    Pending Motions**

There are no pending motions in the CRA Third-Party Action.

**III.     Issues That May Be Raised at the Status Hearing**

The CRAs have no issues to raise at the Status Hearing.

**IV.     Mediation**

The CRAs have not participated in mediation regarding the CRA Third-Party Complaint or the Non-Borrower Class Action.

Dated: March 4, 2010.

Respectfully Submitted,

By: /s/ Shelley J. Webb
Jon R. Fetterolf (jfetterolf@wc.com)
Shelley J. Webb (swebb@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone (202) 434-5000
Facsimile (202) 434-5029
*Attorneys for ChoicePoint Precision Marketing LLC*

/s/ William R. Brown (signed with permission)
Robert J. Schuckit, Esq. (IL #6183900)
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com
E-Mail: wbrown@schuckitlaw.com
*Counsel for Trans Union, LLC and Trans Union Corporation*

/s/ Michael Breslin (signed with permission)
Michael Breslin, Esq.
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
*Attorneys for Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc. and Equifax Credit Marketing Services*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of March 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                 /s/ Shelley J. Webb