**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL L. ENIX**<br>**MICHELLE L. ENIX**<br><br>**Plaintiffs**<br><br>v.<br><br>**AMERIQUEST MORTGAGE COMPANY, aka AMC MORTGAGE SERVICES, INC., et al**<br><br>**Defendants,**<br><br>**AMERICAN HOME MORTGAGE SERVICING, INC.,**<br><br>**Defendants,**<br><br>**DEUTSCHE BANK NATIONAL COMPANY as TRUSTEE**<br><br>**Defendants.** | Lead Case: 05 CV 7097<br>(Individual Case: 07 CV 00907)<br>MDL No. 1715<br><br><br>CENTRALIZED BEFORE JUDGE<br>MARVIN E. ASPEN<br><br><br>**STATUS REPORT BY PLAINTIFFS**<br>**MICHAEL AND MICHELLE ENIX** |

     Now comes the undersigned on behalf of opt-out Plaintiffs Rockway and Jalia Studebaker ("Plaintiffs or Studebakers) and Christopher and Lisa Mullins (" Plaintiffs or Mullins") to advise the court pursuant to the Court Order of February 16, 2010 (Docket 3399) as to the status of the case.  Plaintiffs advise as follows:

     1.    **Discovery Status**: Plaintiff's received from Defendants Ameriquest Mortgage Company ("Ameriquest") and ACC Capital Holdings Corporation ("ACC') an electronic version (CD) of the loan files for Plaintiffs. Because of the voluminous MDL preliminary filings and mediation efforts, further discovery had been deferred by Plaintiffs. Defendants have not initiated any discovery as to the Plaintiffs. With the filing of the proposed class action settlement and Plaintiffs opt out status, Plaintiffs will commence discovery as to Ameriquest and ACC.  Dependent on responses to Plaintiff's amended complaint adding additional Defendants Deutsche Bank National Trust Co.

("Deutsche") and American Home Mortgage Services Inc. ("AHMSI"), discovery request will be made on Deutsche and AHMSI. Plaintiffs contemplate further discovery as to all Defendants, including depositions and supplemental interrogatories and admissions.

2. **Pleadings and Motions Pending**: Plaintiffs amended their complaint to include. Deutsche and AHMSI as the Trustee/owner and servicer of Plaintiffs' notes and loans. To date neither Deutsche nor AHMSI have responded to the amended pleadings although service of process was successfully accomplished by Plaintiffs and the date fro responsive pleadings has passed. No other motions are pending in Plaintiffs individual case but Plaintiffs will be filing Motions for Summary Judgment as Defendants Deutsche and AHMSI.

3. **Settlement and Mediation:** Plaintiffs proffered settlement proposals to MDL counsel for Defendants Ameriquest, ACC Capital and Citi Residential Lending Inc. in 2008. The proffered settlement offer was rejected with a counteroffer to Plaintiff which was also rejected. With transfer of servicing of the notes and loans to AHMSI, a proffer of settlement was again made to counsel for AHMSI in October 2009. The proffer to AHMSI was based upon an email notice from AHMSI's counsel in September 2008 that AHMSI would consider offering modification of certain loan terms to resolve the dispute. It was not clear whether the AHMSI loan modifications offer was to resolve Plaintiffs disputes as to all named Defendants. No response to Plaintiffs' proffer of settlement has been made to date by AHMSI or other Defendants.

Plaintiffs have to date not participated in or discussed resolution of the disputes with any Defendants through the MDL mediation process.

.

      Respectfully Submitted,

      /s/ Charles J. Roedersheimer
      Charles J. Roedersheimer (#0020273)
      Thompson & DeVeny Co., LPA
      1340 Woodman Drive
      Dayton, Ohio 45432
      P: 937 252-2030
      F: 937 252-9425
      charles@thompsonanddeveny.com
      tbdklaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served by ECF/Electronic Filing on March 4, 2010 or by regular U.S. Mail Postage Prepaid on the following parties:

By ECF/Electronic Filing:

Jeffrey M. Hendricks, Graydon, Head & Ritchey, 511 Walnut Street, 1900 Fifth Third Center, Cincinnati, Ohio 45201, *Attorney for Defendant Ameriquest Mortgage*

Robert A. Bartosh, Hathaway Perrett Webster Powers & Chrisman, 5450 Telegraph Road, Suite 200, PO Box 3577, Ventura, California 93006-3577, *Attorney for Defendant Ameriquest Mortgage/AMC.*

Bernard E. LeSage/Sarah K. Andrus, BUCHALTER NEMER, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457, *Attorney for Defendant Ameriquest Mortgage/AMC.*

George J. Annos Carlisle McNellie Rini Kramer & Ulrich, 24755 Chagrain Boulevard, Suite 200, Cleveland, Ohio 44122, *Attorney for Defendant Deutsche Bank National Trust Company*

US Postal Mail:

Michael & Michelle Enix, 2513 Embery Park Road, Dayton, Ohio 45414

Simon Fleischmann, Locke Lord Bissel & Liddel, 111 S. Wacker Drive Chicago, Illinois 60606, *Attorney for Defendant American Home Mortgage Service Inc.*

/s/ Charles J. Roedersheimer
Charles J. Roedersheimer