(Revised 06/08)

# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| Case Title: Ameriquest Mortgage Co.  Mortgage Lending Practices Litigation<br>VS. | Plantiff(s)<br><br>Defendant(s) |
| Case Number: 05-cv-07097 | Judge: Hon. Marvin E. Aspen, USJ |

I, _____ I Walter F. Sullivan, Esq. _____ hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of _____ Jeffrey Parra _____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| New Jersey | 1973 |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | None | |
| | | |
| | | |
| | | |

*If denied, please explain: Referring to my transfer to inactive status in the New Jersey Bar, I retired from service as an (Attach additional form if administrative law judge of the State of New Jersey in 1999. I transferred to inactive status in necessary) 2000.

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?**   Yes ○   No ●

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.