Attachment to Motion for leave to Appear Pro Hac Vice

Referring to my transfer to inactive status in the New Jersey Bar, I retired from service as an administrative law judge of the State of New Jersey in 1999. I transferred to inactive status in 2000.

I have never been the object of disciplinary sanctions.

I have been the subject of routine confidential investigations conducted by the New Jersey State Police at intervals during my service as an Administrative law judge (1979-1999). Each investigation was followed by my re-appointment.

I would add that I was admitted to the New York Bar in 1965. After moving to New Jersey in 1967, I had no further professional activities in New York. On applying for consideration for appointment as New Jersey administrative law judge, I described my status in New York as 'inactive', a term in use at the time in that jurisdiction. Since the application was accepted and confidential investigations revealed no grounds for concern, I continued to use that term throughout my career. I have recently learned that the term was discontinued in the 1980's. Having heard nothing from the New York judiciary, I am uncertain of my exact status. I have never been the object of disciplinary proceedings and will, should it seem appropriate, make subsequent inquiries to clarify my status.