EXHIBIT C

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.

120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603-3403
(312) 739-4200
(800) 644-4673
(312) 419-0379 (FAX)

March 5, 2010

**VIA UPS 2ND-DAY DELIVERY**
Timothy D. Elliott
Rathje & Woodward, LLC
300 E. Roosevelt Rd.
Suite 300
Wheaton, IL 60187

Re: **Wertepny v. Ameriquest Mortgage Company, 05-cv-1042**
ECLG No. 13924

Dear Mr. Elliott,

In response to Third Party Defendant Mortgage Information Services, Inc.'s Response to Plaintiffs' Motion to Transfer Case Number 05-cv-1042, which you filed February 22, 2010 in the Ameriquest MDL, enclosed please find copies of transcripts and exhibits of the depositions that have taken place in this case. Plaintiff Brett Wertepny was deposed August 29, 2005, plaintiff Yvonne Wertepny (now deceased) was deposed November 11, 2005, and Stacey Richmond, the person Mortgage Information Services, Inc. hired to close the Wertepny loan, was deposed on November 14, 2005.

The depositions were extremely thorough, and I believe these transcripts may satisfy your desire for discovery. Please let me know after reviewing these documents whether there is any additional discovery you believe you require.

Sincerely,

Tara L. Goodwin

# EXHIBIT D

MDL1715

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.0.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:09-cv-05295

Tisch et al v. Home123 Corporation et al
Assigned to: Honorable Marvin E. Aspen
Lead case: 1:05-cv-07097
Member case: (View Member Case)
Case in other court: USDC EDMI, 2:08-14288
Cause: 15:1601 Truth in Lending

Date Filed: 08/31/2009
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Plaintiff**

**William J Tisch**                    represented by **D. Richard Black , Jr.**
                                       D. Richard Black Assoc.
                                       283 Howard Ave.
                                       Holland, MI 49424
                                       (616) 396-3998
                                       Fax: (616) 396-6699
                                       Email: black-law@comcast.net
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda L Tisch**                      represented by **D. Richard Black , Jr.**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Home123 Corporation**
*TERMINATED: 05/26/2009*

**Defendant**

**AmeriQuest Mortgage Company**        represented by **David A. Breuch**
*also known as*                        Clark Hill (Detroit)
AMC Mortgage Services                  500 Woodward Avenue
                                       Suite 3500
                                       Detroit, MI 48226-3435
                                       (313) 965-8300
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank National Trust**       represented by **David A. Breuch**
**Company**                            (See above for address)

as Trustee of Ameriquest Mortgage
Securities, Incorporated

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2008 | | COMPLAINT filed by William J Tisch, Wanda L Tisch against all defendants with Jury Demand. Plaintiff requests summons issued. Fee Required - Fee Not Paid. County of 1st Plaintiff: Jackson - County Where Action Arose: Jackson - County of 1st Defendant: Out of State. [Previously dismissed case: No] [Possible companion case(s): None] (vcf, ) (Entered: 09/02/2009) |
| 11/11/2008 | | ANSWER to Complaint with Affirmative Defenses by Ameriquest Mortgage Company, Deutsche Bank National Trust Company. (Breuch, David)(vcf, ) (Entered: 09/02/2009) |
| 08/06/2009 | 14 | RECEIVED from U.S. District Court Eastern District of Michigan (Detroit); Case Number 2:08-cv-14288-VAR-MKM. (Attachments: # 1 COMPLAINT filed by William J Tisch, Wanda L Tisch against all defendants with Jury Demand., # 2 ANSWER to Complaint with Affirmative Defenses by Ameriquest Mortgage Company, Deutsche Bank National Trust Company.)(vcf, ) (Entered: 09/02/2009) |
| 09/02/2009 | | MAILED MDL Letter to to counsel of record. (vcf, ) (Entered: 09/02/2009) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/05/2010 10:30:33 | | |
| PACER Login: | ec0074 | Client Code: | 16124 |
| Description: | Docket Report | Search Criteria: | 1:09-cv-05295 |
| Billable Pages: | 1 | Cost: | 0.08 |