# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____) | ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS: | ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| *Guydon, et al. v. Ameriquest Mortg. Co.,*     *06-cv-3423 (N.D. Ill.),* *Miller v. Ameriquest Mortg Co.,*     *07-cv-1623 (N.D. Ill.),* *Grabs v. Argent Mortg. Co.,*     *06-cv-2809 (N.D. Ill.),* *Campau v. Ameriquest Mortg. Co.,*     *07-cv-118 (N.D. Ill.),* *Stratford v. Ameriquest Mortg. Co.,*     *07-cv-1314 (N.D. Ill.),* *Adams v. Ameriquest Mortg. Co.,*     *07-cv-1626 (N.D. Ill.),* *Karlin v. Ameriquest Mortg. Co.,*     *07-cv-75, and* *Albarran v. Ameriquest Morg. Co.,*     *07-cv-1082 (N.D. Ill.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## NOTICE OF MOTION

**TO:**    **SEE ATTACHED SERVICE LIST**

     **PLEASE TAKE NOTICE** that on **Tuesday, March 16, 2010, at 10:30 a.m.**, we shall appear before Magistrate Judge Marvin E. Aspen in Room 2568 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **PLAINTIFFS' SECOND MOTION TO ENFORCE SETTLEMENT,** which was electronically filed and served upon you through the Court's CM/ECF system.

                         s/Cathleen M. Combs
                         Cathleen M. Combs

                         *Attorneys for Plaintiffs*

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

Dated: March 8, 2010

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on March 8, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Cathleen M. Combs
Cathleen M. Combs

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)