**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715 |
| _____ | | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO BORROWER CLASS PLAINTIFFS' ACTIONS and *Jewell v. Ameriquest Mortgage Company,* *06-cv-269 (N.D. Ill.)* | | Centralized before Judge Marvin E. Aspen |

**PLAINTIFFS JAMES AND JENNIFER JEWELL'S MOTION FOR AN EXTENSION OF THE OPT-OUT DEADLINE FOR THE CLASS SETTLEMENT**

Plaintiffs James and Jennifer Jewell request that the Court extend the date by which they must file a notice of opt out from the Class settlement until March 26, 2010. In support of their motion, the Plaintiffs state as follows:

1. Plaintiffs' counsel Tara Goodwin, Class counsel Gary Klein, and Defendant Ameriquest's counsel Bernard LeSage previously agreed to an extension of the date by which Mr. and Ms. Jewell could opt out of the class settlement until March 12, 2010.

2. Matters bearing on the Jewells' decision whether or not to opt-out of the Class settlement are not yet resolved, but Plaintiffs' counsel expects that they will be resolved shortly.

3. Therefore, Plaintiffs request a short extension of the deadline for them to opt out of the Class settlement until March 26, 2010.

WHEREFORE, Plaintiffs respectfully request that this Court extend the date by

which they must file a notice of opt out from the Class settlement until March 26, 2010.

                                                     Respectfully submitted,

                                                     s/Cathleen M. Combs
                                                   Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

    I, Cathleen M. Combs, hereby certify that on March 12, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                     s/Cathleen M. Combs
                     Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)