# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> BORROWER CLASS PLAINTIFFS' ACTIONS ) <br> and *Jewell v. Ameriquest Mortgage Company,* ) <br> *06-cv-269 (N.D. Ill.)* ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br><br><br> Centralized before Judge <br> Marvin E. Aspen |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **Thursday, March 18, 2010, at 10:30 a.m.**, we shall appear before Magistrate Judge Marvin E. Aspen in Room 2568 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **PLAINTIFF JAMES JEWELL'S MOTION FOR AN EXTENSION OF THE OPT-OUT DEADLINE FOR THE CLASS SETTLEMENT,** which was electronically filed and served upon you through the Court's CM/ECF system.

                    s/Cathleen M. Combs
                    Cathleen M. Combs

                    *Attorneys for Plaintiffs*
                    Daniel A. Edelman
                    Cathleen M. Combs
                    Tara L. Goodwin
                    Catherine A. Ceko
                    EDELMAN, COMBS, LATTURNER
                         & GOODWIN, LLC
                    120 S. LaSalle Street, 18th Floor
                    Chicago, Illinois  60603
                    (312) 739-4200
                    (312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Tara L. Goodwin, hereby certify that on March 12, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        s/Cathleen M. Combs
        Cathleen M. Combs

        *Attorneys for Plaintiffs*
        Daniel A. Edelman
        Cathleen M. Combs
        Tara L. Goodwin
        Catherine A. Ceko
        EDELMAN, COMBS, LATTURNER
            & GOODWIN, LLC
        120 S. LaSalle Street, 18th Floor
        Chicago, Illinois  60603
        (312) 739-4200
        (312) 419-0379 (FAX)