MHN

FILED
MAR - 1 2010
3-1-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In The United States District Court
The Northern District of Illinois

In Re Ameriquest ) MDL No. 1715
Mortgage Co. ) Lead Case No.
Mortgage Lending Practices ) 05-CV-07097
Litigation ) 05cv7097
) Judge Marvin
) E. Aspen

## Notice to opt out and or Motion for Enlargement of Time

Comes, Lorenzo Wilson member of class covered in the above title action, moves to reserve his rights against ameriquest mortgage co. and it's affiliates and to opt out of the above style case and states the following:

1) Lorenzo Wilson did not receive notice of this action

①

until March 1, 2010 and notice give Feb 22, 2010 as deadline to opt out.

2.) Lorenzo Wilson promptly called the administrator office on March 1, 2010 at 10:41 AM central time to opt out and perserve his rights to take separate actions against ameriquest and others

3.) Lorenzo Wilson promptly files this motion to opt out on March 1, 2010.
   (a) Lorenzo Wilson has promptly filed to opt out of actions in Ohio, and alabama

Wherefore: Lorenzo Wilson respectfully request he be allowed to opt out this action and be allow to pursue separately his claims.
March 1, 2010   Lorenzo Wilson

(2)

Certificate of Service

This is to certify that I have mailed a copy of this motion to all interested parties with counsel and a copy to the administrator on March 1, 2010 by 1st Class U.S. mail

Lorenzo Wilson Pro Per
3014 Vet. Mem. PKwy.
Tuscaloosa, AL 35404
205 826-5543    205 556-0253

Kelly M. Dermod
Embarcadero Center West
275 Battery St., Suite 3000
San Francisco

Gary Klein  727 Atlantic Ave. 2nd floor
727 Atlantic Ave. Boston MA 02111

Rachel German  250 Hudson St.
8th floor  N.Y. NY

(3)

Jill Bowman
One Urban Centre, Suite 550
483 West Kennedy Blvd
Tampa, Fl. 33609-2589

Bernard E. LeSage
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017

Lorenzo Wilson

March 1, 2010

3014 Vet. Mem. Pkwy
Tuscaloosa, Al. 35404
205 556-0253
205 826-5543