MHN

FILED
2-20-2010
FEB 20 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Daniella Jean-Pierre**
862 Station Place
Woodmere, New York 11598

February 20, 2010

Also faxed: 866-590-8535

Re:   MDL NO. 1715
      Lead Case No. 05-cv-07097

05C7097
(MDL-1715)

Hon. Marvin E. Aspen
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604                    Certified Mail Receipt 7009 2250 0000 3329 4244

Rachel German
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street 8th Fl.
New York, NY 10013                   Certified Mail Receipt 7009 2250 0000 3329 4251

Bernard E. LeSage
Buchalter Nemer, A Professional Corporation
1000 Wilshire Blvd. Ste. 1500
Los Angeles, CA 90017                Certified Mail Receipt 7009 2250 0000 3329 4268

Ameriquest MDL Settlement Administrator
POB 2278
Faribault, MN 55021-2413             Certified Mail Receipt 7009 2250 0000 3329 4275

To All It May Concern:

Please note that I would like to opt out of the class action lawsuit against Ameriquest. I am reserving my right to seek legal damages against Ameriquest, and or It's Assignee at my convenience.

Thank you,

By: _____
Daniella Jean-Pierre