**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

| | | |
|---|---|---|
| JOSEPH ONESIMUS and MYRA ONESIMUS, | ) ) | 07 CV 0620 |
| Plaintiffs, | ) ) | Judge Coar Magistrate Judge Denlow |
| v. | ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097) |
| AMERIQUEST MORTGAGE COMPANY, WM SPECIALTY MORTGAGE, LLC, Without Recourse, AMC MORTGAGE SERVICES, and DOES 1-5, | ) ) ) ) ) | |
| Defendants. | ) ) | **JURY DEMANDED** |

## NOTICE OF MOTION

**TO:    SEE ATTACHED SERVICE LIST**

        **PLEASE TAKE NOTICE** that on **Tuesday, March 23, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568  in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

                        s/ Cathleen M. Combs
                        Cathleen M. Combs

1

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)


## <u>CERTIFICATE OF SERVICE</u>

       I, Daniel A. Edelman, hereby certify that on March 17, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also hereby certify that a copy was sent by U.S. mail to parties without an email address.

Elizabeth Barry
ebarry@vbhlc.com

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com

                                        <u>s/Daniel A. Edelman</u>
                                        Daniel A. Edelman