IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS |  |  |

**UNOPPOSED MOTION TO WITHDRAW OBJECTION TO CLASS ACTION SETTLEMENT OF FRANK AND WENDY PLATZAR**

Class members Frank L. Platzar and Wendy L. Platzar, husband and wife, ("Objectors") by and through the undersigned counsel, pursuant to Fed R. Civ. P. 23 (e), hereby move this Honorable Court to withdraw their objections to the proposed class action settlement and the request for attorneys' fees for the reasons set forth in the Memorandum attached hereto. Neither Class Counsel nor defense counsel has any objections to this Motion.

Respectfully submitted

   /s/ Edward F. Siegel
Edward F. Siegel (Ohio Bar 0012912)
27600 Chagrin Blvd. #340
Cleveland Ohio 44122
Voice: (216) 831-3424
Fax:    (216) 831-6584
e-mail: efsiegel@efs-law.com
pro hac vice pending

Edward W. Cochran
(Ohio Bar no. 0032942)
20030 Marchmont Rd.

1

Cleveland Ohio 44122
Tel:     (216) 751-5546
Fax:    (216) 751-6630
edwardcochran@wowway.com

Sam P. Cannata (Ohio Bar no. 0078621)
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice: (216)   587-0900
E-mail:scannata@snider-cannata.com

Co-counsel for Objectors

CERTIFICATE OF SERVICE

    The foregoing Motion to Withdraw Objections was filed with the Court's electronic system on March 17, 2010 and were by such system served on all other counsel of record.

                                                                             /s/Edward F. Siegel

## MEMORANDUM

Class members Frank and Wendy Platzar filed their objections to the settlement agreement and the attorneys' fees in this matter on or about February 22, 2010.

After extensive discussions between their counsel and Class Counsel concerning the lodestar, the financial condition of the defendant, the number of claims and other matters, they became convinced that both the settlement and the amount of attorneys' fees being requested were fair reasonable and adequate and that they wished to withdraw their objections.

This was discussed with Class Counsel who has no objection to such withdrawal and has assured Objector's Counsel that Defendant's Counsel has no objections.