### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: BORROWER CLASS PLAINTIFFS' ACTION and *James and Jennifer Jewell vs. Ameriquest Mortgage Company, et al.*, Case No. 06-0269 (N.D. Ill.) | |

### NOTICE OF NON-OPPOSITION TO MOTION FOR
### AN EXTENSION OF THE OPT-OUT DEADLINE FOR THE CLASS SETTLEMENT

On March 12, 2010, plaintiffs James and Jennifer Jewell ("Plaintiffs") in *James and Jennifer Jewell vs. Ameriquest Mortgage Company, et al.*, Case No. 06-0269 (N.D. Ill.) filed a Motion For An Extension Of The Opt-Out Deadline For The Class Settlement. [Docket No. 3453] Although Defendants continue to dispute the merits of the claims in this action, they do not oppose granting an extension as to these Plaintiffs.

DATED: March 17, 2010

By: /s/ Bernard E. LeSage

Attorneys for *Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (formerly known as Bedford Home Loans, Inc.), Town & Country Credit Corporation, Olympus Mortgage Company (now known as Bedford Home Loans, Inc.)*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

1

## CERTIFICATE OF SERVICE

  I, Bernard E. LeSage, hereby certify that on this 17th day of March 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: /s/ Bernard E. LeSage

BN 5597694v1