**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANT
LAW OFFICES OF SCHOP & PLESKOW, LLP**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Ameriquest Mortgage Company hereby dismisses, with prejudice, its Fifth Amended Consolidated Third-Party Complaint with respect to its claims against Schop & Pleskow, LLP relating specifically to the loan of Sentuel Jones & Cecily O. Palmer (plaintiffs in the action of *Punch et al v. Ameriquest Mortgage Company* Case No. 06-CV-06753 (N.D. Ill.). The parties shall bear their own costs and attorneys' fees.

DATED: March 22, 2010

Respectfully submitted,

By: /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Brian H. Newman, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**CERTIFICATE OF SERVICE**

  I, Bernard E. LeSage, hereby certify that on this 22nd day of March 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: /s/ Bernard E. LeSage