**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before Judge Marvin E. Aspen |
| SCOTT JEFFRESS and PAMELA JEFFRESS; | 06 C 3423 |
| Plaintiffs, | Originally 2:06 CV 102 (N.D. Ind.) |
| v. | Transferred to Judge Aspen for pre-trial proceedings to MDL No. 1715, Lead Case No. 05 C 07097 |
| AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2005-R7 Under the Pooling and Servicing Agreement Dated as of August 1, 2005, Without Recourse; and JOHN DOES 1-100, | |
| Defendants. | **JURY DEMANDED** |

**NOTICE OF MOTION**

**TO:**    **SEE ATTACHED SERVICE LIST**

       **PLEASE TAKE NOTICE** that on **Thursday, March 25, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER*,** a copy of which is hereby served upon you.

1

                                        s/ Cathleen M. Combs
                                        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

        I, Cathleen M. Combs, hereby certify that on March 22, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also hereby certify that a copy was sent by U.S. mail to parties without an email address.

Elizabeth Barry
ebarry@vbhlc.com

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com

                                        s/ Cathleen M. Combs
                                        Cathleen M. Combs