IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation | * * * * * * * * * * * * * * | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before the Honorable<br><br>Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>Champion, et al., v. Ameriquest Mortgage Company, et al;<br>Case No. 08-cv-3960; | | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs Rita and Stephen Rutland, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, files this stipulation of dismissal of Plaintiffs' claims against all Defendants in the above styled case in its entirety with prejudice. The claims of any and all remaining Plaintiff(s) against any and remaining Defendant(s) in this suit will continue to be prosecuted. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this the 22nd day of March, 2010.

/s/ William H. Robertson, V
WILLIAM H. ROBERTSON, V
One of the Attorneys for Plaintiffs
Beasley, Allen Crow,
Methvin, Potis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
Bill.robertson@beasleyallen.com

/s/ Simon Fleischman
SIMON FLEISCHMAN
Attorney for AHMSI
Locke, Lord, Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 443-0462
Fax: (312) 896-6478
sfleischmann@lockelord.com


/s/ Karen L. Stevenson
KAREN L. STEVENSON
Attorney for Ameriquest Defendants
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, California 90017
Phone: (213) 891-5574
Fax: (213) 630-5764
kstevenson@buchalter.com

## **CERTIFICATE OF SERVICE**

    I further certify that on this 22nd day of March, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William H. Robertson, V*
OF COUNSEL
