IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 ) Lead Case No. 05-cv-7097 ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) Centralized before Judge ) Marvin E. Aspen ) |

## MOTION TO WITHDRAW OBJECTIONS

Objectors, OBJECTORS, TERRELL & LESIA BEARD and JEANINE SCHWEINBERG, (hereinafter, the "Beard Objectors") by counsel, pursuant to Federal Rule of Civil Procedure 23(e)(5), move this Court to enter an Order withdrawing their objections, and in support thereof state:

1. The Beard Objectors filed and served their objections as directed in the Class Notice on February 22, 2010.

2. Subsequent to the filing of those objections, counsel for the Beard objector have had several conversations with class counsel.

3. In those conversations, class counsel provided information addressing objectors' objections.

4. As a result of the information provided, both objectors and their counsel are satisfied that the proposed settlement is fair, adequate and reasonable.

5. Attached to this motion is a letter from class counsel setting forth in writing the information they provided.

6.No money has been paid or promised by class counsel to the objectors or their counsel for the withdrawal of these objections.

WHEREFORE, the Beard Objectors seek a Court Order withdrawing their objections filed February 22, 2010.

Respectfully submitted,

 /s/   *N. Albert Bacharach, Jr.*
N. Albert Bacharach, Jr.
Florida Bar Number: 209783
**N. ALBERT BACHARACH, JR., P.A.**
Attorney for Objectors
115 Northeast 6th Avenue
Gainesville, Florida  32601
(352) 378-9859 FAX: (352) 338-1858
N.A.Bacharach@att.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the court's CM/ECF program. The following parties, who are all participants in the case and registered CM/ECF users, will be served by the CM/ECF system:

Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111

Gary Klein
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111

Bernard E. LeSage
Buchalter Nemer, A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Rachel Geman
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street
8th Floor
New York, NY 10013

Jill Bowman
James Hoyer et. al.
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589

                                             /s/   *N. Albert Bacharach, Jr.*
                                               N. Albert Bacharach, Jr.
                                               **N. ALBERT BACHARACH, JR., P.A.**