# RODDY KLEIN & RYAN
Attorneys at Law

727 Atlantic Ave., 2nd Floor
Boston, Massachusetts 02111

Gary Klein

Tel. (617) 357-5500 x 15
Fax (617) 357-5030
klein@roddykleinryan.com
www.roddykleinryan.com

March 10, 2010

*By First Class and Electronic Mail*

Edward W. Cochran
20030 Marchmont Road
Cleveland, OH 44122

Edward F. Siegel
27600 Chagrin Blvd. #340
Cleveland, OH 44122

Albert Bacharach, Jr.
115 Northeast 6th Avenue
Gainesville, FL 32601

Paul S. Rothstein
626 NE First Street
Gainesville, FL 32601

Dear Messrs. Cochran, Bacharach, Siegel and Rothstein:

I am writing to provide confirmation on three issues that arose during the context of our telephone discussions of your various clients' objections.

First, Plaintiffs' counsel, as a group, expect to present evidence to the Court that their fees and costs (lodestar) exceed $7.33 million dollars. Plaintiffs will therefore not be seeking a multiplier of any kind in connection with resolution of their claim for attorneys' fees and costs.

Second, during discovery and settlement negotiations, Ameriquest presented evidence satisfactory to Plaintiffs and their counsel that it had ceased its business operations and that it was insolvent. Certain of that information will be made available to the Court, pursuant to Section XVI of the Settlement Agreement, so that the Judge can satisfy himself that the financial aspects of the Settlement are fair to the Settlement Class.

Third, while the claims period is still open, we have received more than 129,000 claims to date.

POSTED
3-26-10

RECEIVED
MAR 15 2010
ALBERT BACHARACH, JR., P.A.

Based on this confirmation, and other information you have reviewed, it is our understanding that you will withdraw all objections filed on behalf of the clients of any of you including, without limitation, objections of the following individuals:

- Frank Platzar
- Lesia & Terrell Beard
- Jeanine Schweinberg

Kindly file the necessary papers with the Court at your earliest convenience, but in no event later than March 26, 2010. When the objections are withdrawn, Plaintiffs will withdraw the letters sent on February 26, 2010 and will not proceed with any claims against the objectors or their counsel.

Thank you for taking the time to work these issues through with me.

Sincerely,

Gary Klein

cc: Kelly Dermody
Jill Bowman