Honorable Marvin E. Aspen
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL. 60604

March 17, 2010

05C 7097

Your honor, my name is Antonio Bailey. I was instructed to write to you to explain why my documents for the class action case #05-cv-07097 on your docket are late. I had a change of address in place since the end of February. I lost my job and was in the process of moving. I received the document on March 10th. There was no postage on the envelope to determine when it was actually mailed. I called to inquire on March 14th because the document stated that it was due March 10th. I had invested much money in these properties and never received all the documents. Those that I have are not completely filled out or dated. Enclosed are the address of the properties, loan numbers and lenders. I respectfully request a time extension to be part of this class action due to the number of loans that I had with the various lenders.

Respectfully,

Antonio Bailey

FILED
MAR 22 2010
Mar 22 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Argent Mortgage Company, LLC　　　　　　　Loan # 0056920119-9705
2550 Golf Road, East Tower, 10th Floor
Rolling Meadows, IL  60008



Larry Mitchell　　　　　　　　　　　　　　Property: 3655 Connecticut St.
IB203006789　　　　　　　　　　　　　　　Gary IN 64640

Argent Mortgage　　　　　　　　　　　　　Property: 757 W. 25th Ave
 Loan# 0056893258-9705　　　　　　　　　　　　　　　　　Gary IN  46407
Loan# 0058386503-9705



Lampa Enterprise
9219 Indianapolis Blvd
Highland, IN 46322



Argent Mortgage
　　　　　　　Property: 3736 Connecticut
　　　　　　　　　　Loan# 0056929854-9705
　　　　　　　　　　Loan# 0059637298-9705



Ameriquest Mortage　　　　　　　　　　　Property: 889 E. 36th Place
 P.O.Box 11000　　　　　　　　　　　　　　　　　　　Gary IN 46409
 Santa Ana, CA. 95853-3716　　　　　　　Loan# 0056821473



HomeQ Servicing
P.O.Box 13716
Sacramento,CA. 95853-3716　　　　　　　Loan# 0000322061169



Ameriquest Mortgage　　　　　　　　　　Property: 4001 Pierce Street
P.O.Box 11000　　　　　　　　　　　　　　Gary IN 46408
　　　　　　　　　　　　　　　　　　　　　Loan# 0056574858

Ocwen Loan Servicing  
P.O.Box 785056  
Orlando FL. 32878-5056 or

Loan# 0033587076

P.O. Box 6440  
Carol Stream, IL 60197-8440

Homeq Servicing  
P.O.Box 13716  
Sacramento, CA 95853-3716

Property: 3886 Massachusetts Street  
Gary IN 46409  
Loan# 322061169

P.O.Box 70830  
Charlotte NC 28272-0830

For any additional information, please contact me at 708-753-3348.or by mail at 3054 W. Armitage, Chicago, IL. 60647

Thank You.