## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | Centralized before Judge Marvin E. Aspen |
| KING SMITH, | ) ) | 1:06-cv-3704 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case # 05 C 7097) |
| TOWN & COUNTRY CREDIT CORPORATION, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2004-R12, Under the Pooling and Servicing Agreement dated as of December 1, 2004, Without Recourse; AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1-5, | ) ) ) ) ) ) ) ) ) ) ) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) | **JURY DEMANDED** |

## MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFF KING SMITH

Counsel for plaintiff, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiff King Smith pursuant to Rule 83.17 of the Northern District of Illinois.

1

In support of this motion, Counsel state the following:

1.      Notice of this motion has been sent by regular and certified mail to plaintiff's last known address, and to another address obtained by skip-tracing, and by e-mail.

2.      Despite repeated attempts, Counsel has been unable to contact Plaintiff.

3.      This communication breakdown between Plaintiff and Counsel has made it unreasonably difficult to represent Plaintiff.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiff and grant plaintiff 60 days to find other counsel, and/or file a supplementary appearance.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)