IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge Marvin E. Aspen |
| KING SMITH, <br><br> Plaintiff, <br><br> v. <br><br> TOWN & COUNTRY CREDIT CORPORATION, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2004-R12, Under the Pooling and Servicing Agreement dated as of December 1, 2004, Without Recourse; AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1-5, <br><br> Defendants. | 1:06-cv-3704 <br><br> Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case # 05 C 7097 <br><br><br><br><br><br><br><br><br><br> **JURY DEMANDED** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

       **PLEASE TAKE NOTICE** that on **Tuesday, April 27, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFF KING SMITH,** a copy of which is hereby served upon you.

1

s/ Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Cathleen M. Combs, hereby certify that on March 23, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Jonathan N. Ledsky
jledsky@vblhc.com

Craig Allen Varga
cvarga@vblhc.com

Bernard E. LeSage
blesage@buchalter.com

Simon Fleischmann
sfleischmann@lockelord.com

s/ Cathleen M. Combs
Cathleen M. Combs

2