IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ | MDL No. 1715 Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**UNOPPOSED MOTION OF BORROWER CLASS PLAINTIFFS FOR APPROVAL OF WITHDRAWAL OF OBJECTIONS TO SETTLEMENT**

Borrower Class Plaintiffs hereby move the court for an order granting the motions of

class members Frank and Wendy Platzar (Docket No. 3462 (Attached as Exhibit 1)) and Terrell

Beard, Lesia Beard and Jeanine Schweinberg (Docket No 3475) to withdraw their objections to

the Class Action Settlement filed in this matter (Docket No. 3248). The objectors and their

counsel are unfamiliar with motion practice rules in the Northern District of Illinois and did not

notice their motions to withdraw their objections for presentment.  This motion of Borrower

Class Plaintiffs is intended solely to rectify that procedural error.  Counsel for Ameriquest and

counsel for the objectors do not oppose this motion.  In further support, the Borrower Class

Plaintiffs state as follows:

1.	Frank and Wendy Platzar filed objections to the Class Action Settlement filed in

this matter on February 22, 2010. (Docket No. 3418).

2.	Frank and Wendy Platzar, following discussion among counsel, now seek to

withdraw their objections by an unnoticed motion.  (Docket No. 3462) (Exhibit 1).

3.  Neither Frank and Wendy Platzar nor their counsel will receive consideration for their withdrawal as objectors.

4.  Terrell Beard, Lesia Beard and Jeanine Schweinberg filed objections to the Class Action Settlement filed in this matter on February 23, 2010. (Docket No. 3429).

5.  Terrell Beard, Lesia Beard and Jeanine Schweinberg, following discussion among counsel, now seek to withdraw their objections by an unnoticed motion.  (Docket No. 3475) (Exhibit 2).

6.  Neither Terrell Beard, Lesia Beard and Jeanine Schweinberg nor their counsel will receive consideration for their withdrawal as objectors.

7.  Counsel for Borrower Class Plaintiffs communicated with counsel for the respective objectors by email on March 24, 2010 and they do not oppose this motion.

8.  Counsel for Borrower Class Plaintiffs communicated with counsel for the settling Defendants ("Ameriquest") by email on March 24, 2010 and they do not oppose this motion.

9.  Borrower Class Plaintiffs seek this relief in order to avoid the burden and expense of responding to these objections in their papers in support of final approval of settlement, papers that are now due on April 7, 2010.

10.  A hearing on final approval of settlement is presently scheduled for April 15, 2010 at 10:30 AM.

Wherefore, Borrower Class Plaintiffs request that the Court order the objections of Frank and Wendy Platzar and of Terrell Beard, Lesia Beard and Jeanine Schweinberg be marked as withdrawn.

2

Respectfully submitted,

Dated: March 25, 2010

| | |
|---|---|
| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

*/s/ Jill Bowman*

Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

*/s/ Marvin A. Miller*

Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL 60606
Telephone: (312) 525-8316
Facsimile: (312) 525-8231

*Plaintiffs' Liaison Counsel*

ASSENTED TO BY:

*/s/ Bernard E. LeSage*
Bernard E. LeSage
Sarah K. Andrus
Adam Bass
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 891-0400

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.*

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
Florida Bar Number: 209783
**N. ALBERT BACHARACH, JR., P.A.**
Attorney for Objectors
115 Northeast 6th Avenue
Gainesville, Florida 32601
(352) 378-9859 FAX: (352) 338-1858
N.A.Bacharach@att.net

*Attorney for Objectors Terrell & Lesia Beard and Jeanine Schweinberg*

*/s/ Edward W. Cochran*
Edward W. Cochran
(Ohio Bar no. 0032942)
20030 Marchmont Rd.
Cleveland Ohio 44122
Tel: (216) 751-5546
Fax: (216) 751-6630
edwardcochran@wowway.com

Edward F. Siegel (Ohio Bar 0012912)
27600 Chagrin Blvd. #340
Cleveland Ohio 44122
Voice: (216) 831-3424
Fax: (216) 831-6584
e-mail: efsiegel@efs-law.com

4

Sam P. Cannata (Ohio Bar no. 0078621)
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice: (216) 587-0900
E-mail: scannata@snider-cannata.com

*Co-counsel for Objectors Frank L. and Wendy L. Platzar*

## CERTIFICATE OF SERVICE

I, Gary Klein, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants by first class mail, postage prepaid, on March 25, 2010.

/s/ Gary Klein
Gary Klein