IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**NOTICE OF PRESENTMENT OF UNOPPOSED MOTION OF
BORROWER CLASS PLAINTIFFS FOR APPROVAL
OF WITHDRAWAL OF OBJECTIONS TO SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** that, on Thursday, April 1, 2010 at 10:30 a.m., counsel for borrower class plaintiffs shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern district of Illinois, Eastern Division, Chicago, Illinois, and there and then present Notice Of Presentment Of Unopposed Motion Of Borrower Class Plaintiffs For Approval Of Withdrawal Of Objections To Settlement, a copy of which is concurrently being served upon you.

Respectfully submitted,

Dated: March 25, 2010

| | |
|---|---|
| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody  
Rachel Geman  
LIEFF, CABRASER, HEIMANN  
 & BERNSTEIN, LLP  
275 Battery Street, 30th Floor  
San Francisco, CA  94111-3339  
Telephone:  (415) 956-1000  
Facsimile:  (415) 956-1008  

Gary Klein  
Shennan Kavanagh  
RODDY KLEIN & RYAN  
727 Atlantic Avenue  
Boston, MA  02111-2810  
Telephone:  (617) 357-5500 ext. 15  
Facsimile:   (617) 357-5030  

*/s/ Jill Bowman*  
Jill Bowman

Jill Bowman  
JAMES, HOYER, NEWCOMBER  
 & SMILJANICH, P.A.  
One Urban Center, Suite 550  
4830 West Kennedy Boulevard  
Tampa, FL  33609  
Telephone: (813) 286-4100  
Facsimile:  (813) 286-4174  

*Plaintiffs' Co-Lead Counsel*

*/s/ Marvin A. Miller*  
Marvin A. Miller

Marvin A. Miller  
MILLER LAW LLC  
101 North Wacker Drive, Ste. 2010  
Chicago, IL  60606  
Telephone:  (312) 525-8316  
Facsimile:   (312) 525-8231  

*Plaintiffs' Liaison Counsel*

ASSENTED TO BY:

<u>/s/ Bernard E. LeSage</u>
Bernard E. LeSage
Sarah K. Andrus
Adam Bass
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 891-0400

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.*

<u>/s/ N. Albert Bacharach, Jr.</u>
N. Albert Bacharach, Jr.
Florida Bar Number: 209783
**N. ALBERT BACHARACH, JR., P.A.**
Attorney for Objectors
115 Northeast 6th Avenue
Gainesville, Florida 32601
(352) 378-9859 FAX: (352) 338-1858
N.A.Bacharach@att.net

*Attorney for Objectors Terrell & Lesia Beard and Jeanine Schweinberg*


<u>/s/ Edward W. Cochran</u>
Edward W. Cochran
(Ohio Bar no. 0032942)
20030 Marchmont Rd.
Cleveland Ohio 44122
Tel: (216) 751-5546
Fax: (216) 751-6630
edwardcochran@wowway.com

Edward F. Siegel (Ohio Bar 0012912)
27600 Chagrin Blvd. #340
Cleveland Ohio 44122
Voice: (216) 831-3424
Fax: (216) 831-6584
e-mail: efsiegel@efs-law.com

Sam P. Cannata (Ohio Bar no. 0078621)
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice: (216) 587-0900
E-mail: scannata@snider-cannata.com

*Co-counsel for Objectors Frank L. and Wendy L. Platzar*