**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| YVONNE D. NIMOX, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> U.S. BANK, N.A., as Trustee for the Home Equity ) <br> Asset Trust 2005-4, Home Equity Pass-Through ) <br> Certificates, Series 2005-4, WELLS FARGO ) <br> HOME MORTGAGE, INC., d/b/a AMERICA'S ) <br> SERVICING COMPANY, and DOES 1-5, ) <br> ) <br> Defendants. ) | 07 C 316 <br><br> (Originally 06 C 177 (W.D. Mich.)) <br><br> (Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br><br> #1715, Lead Case No. 05 C 7097) <br><br> **DEMAND FOR JURY TRIAL** |

**MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFF YVONNE NIMOX**

Counsel for plaintiff, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiff Yvonne Nimox pursuant to Rule 83.17 of the Northern District of Illinois.

In support of this motion, Counsel state the following:

1. Notice of this motion has been sent by regular and certified mail to plaintiff's

last known address.

  2.  Plaintiff has failed to cooperate with Counsel.

  3.  This communication breakdown between Plaintiff and Counsel has made it unreasonably difficult to represent Plaintiff.

  WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiff and grant plaintiff 60 days to find other counsel, and/or file a supplementary appearance.

          Respectfully submitted,


          s/Cathleen M. Combs
          Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)