**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge Marvin E. Aspen |
| YVONNE D. NIMOX, <br><br> Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, U.S. BANK, N.A., as Trustee for the Home Equity Asset Trust 2005-4, Home Equity Pass-Through Certificates, Series 2005-4, WELLS FARGO HOME MORTGAGE, INC., d/b/a AMERICA'S SERVICING COMPANY, and DOES 1-5, <br><br> Defendants. | 07 C 316 <br><br> (Originally 06 C 177 (W.D. Mich.)) <br><br> (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case No. 05 C 7097) <br><br> **DEMAND FOR JURY TRIAL** |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

        **PLEASE TAKE NOTICE** that on **Tuesday, April 27, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFF YVONNE NIMOX,** a copy of which is hereby served upon you.

                                              s/ Cathleen M. Combs
                                              Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)


**CERTIFICATE OF SERVICE**

       I, Cathleen M. Combs, hereby certify that on March 26, 2010, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.


| | |
|---|---|
| Bernard E. LeSage<br>blesage@buchalter.com | Mark D. van der Laan<br>Dykema Gossett, PLLC<br>300 Ottawa Avenue, N.W. |
| Nicholas D. Butovich<br>butovich@litchfieldcavo.com | Suite 700<br>Grand Rapids, MI  49503 |
| Steven M. Brandstedt<br>brandstedt@litchfieldcavo.com | |
| Thomas M. Crawford<br>crawford@litchfieldcavo.com | |

                                                         s/ Cathleen M. Combs
                                                         Cathleen M. Combs