IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**JOINT MOTION OF BORROWER CLASS PLAINTIFFS AND OBJECTOR JEFFREY PARRA FOR APPROVAL OF WITHDRAWAL OF OBJECTIONS TO SETTLEMENT**

Borrower Class Plaintiffs and Objector Jeffrey Parra ("Mr. Parra") hereby move the court for an order granting this motion of class member Jeffrey Parra to withdraw his objections to the Class Action Settlement filed in this matter (Docket No. 3248). Counsel for Ameriquest does not oppose this motion. In further support, the Borrower Class Plaintiffs and Mr. Parra state as follows:

1. Mr. Parra filed objections to the Class Action Settlement filed in this matter on February 23, 2010. (Docket No. 3431).

2. Mr. Parra, following discussion among counsel, now seeks to withdraw his objections by this motion.

3. Neither Mr. Parra nor his counsel will receive consideration for his withdrawal as objector.

4. Counsel for Borrower Class Plaintiffs communicated with counsel for the settling Defendants ("Ameriquest") by email on March 31, 2010 and they do not oppose this motion.

5. Borrower Class Plaintiffs seek this relief in order to avoid the burden and expense of responding to these objections in their papers in support of final approval of settlement, papers that are now due on April 8, 2010.

6. A hearing on final approval of settlement is presently scheduled for April 15, 2010 at 10:30 AM.

Wherefore, Borrower Class Plaintiffs and Mr. Parra request that the Court order the objections of Jeffrey Parra be marked as withdrawn.

Respectfully submitted,

Dated: March 31, 2010

| | |
|---|---|
|     */s/ Kelly M. Dermody* <br> Kelly M. Dermody |     */s/ Gary Klein* <br> Gary Klein |
| Kelly M. Dermody <br> Rachel Geman <br> LIEFF, CABRASER, HEIMANN <br>  & BERNSTEIN, LLP <br> 275 Battery Street, 30th Floor <br> San Francisco, CA  94111-3339 <br> Telephone:  (415) 956-1000 <br> Facsimile:  (415) 956-1008 | Gary Klein <br> Shennan Kavanagh <br> RODDY KLEIN & RYAN <br> 727 Atlantic Avenue <br> Boston, MA  02111-2810 <br> Telephone:  (617) 357-5500 ext. 15 <br> Facsimile:  (617) 357-5030 |

    */s/ Jill Bowman*
Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard

Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

*/s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL 60606
Telephone: (312) 525-8316
Facsimile: (312) 525-8231

*Plaintiffs' Liaison Counsel*

BY:

/s/ *Walter F. Sullivan*
Walter F. Sullivan
205 Glen Brook Place
Highstown, NJ 08520
(609) 443-2939
wsulliva456@verizon.net

*Attorney for Objector Jeffrey Parra*

ASSENTED TO BY:

*/s/ Bernard E. LeSage*
Bernard E. LeSage
Sarah K. Andrus
Adam Bass
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 891-0400

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.*

## CERTIFICATE OF SERVICE

    I, Gary Klein, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants by first class mail, postage prepaid, on March 31, 2010.

                                            /s/ Gary Klein
                                            Gary Klein