IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

**NOTICE OF PRESENTMENT OF JOINT MOTION OF
BORROWER CLASS PLAINTIFFS AND OBJECTOR JEFFREY PARRA FOR
APPROVAL OF WITHDRAWAL OF OBJECTIONS TO SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** that, on Tuesday, April 6, 2010 at 10:30 a.m., counsel for borrower class plaintiffs shall appear before the Honorable Marvin E. Aspen in Room 2578 in the United States District Court for the Northern district of Illinois, Eastern Division, Chicago, Illinois, and there and then present Notice Of Presentment Of Joint Motion Of Borrower Class Plaintiffs and Objector Jeffrey Parra For Approval Of Withdrawal Of Objection To Settlement, a copy of which is concurrently being served upon you.

Respectfully submitted,

Dated: March 31, 2010

| | |
|---|---|
|     */s/ Kelly M. Dermody*    <br>Kelly M. Dermody |     */s/ Gary Klein*    <br>Gary Klein |
| Kelly M. Dermody<br>Rachel Geman<br>LIEFF, CABRASER, HEIMANN<br> & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | Gary Klein<br>Shennan Kavanagh<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, MA 02111-2810<br>Telephone: (617) 357-5500 ext. 15<br>Facsimile: (617) 357-5030 |

    */s/ Jill Bowman*    
Jill Bowman

Jill Bowman
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

    */s/ Marvin A. Miller*    
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
101 North Wacker Drive, Ste. 2010
Chicago, IL 60606
Telephone: (312) 525-8316
Facsimile: (312) 525-8231

*Plaintiffs' Liaison Counsel*

BY:

/s/ *Walter F. Sullivan*
Walter F. Sullivan
205 Glen Brook Place
Highstown, NJ 08520
(609) 443-2939
wsulliva456@verizon.net

*Attorney for Objector Jeffrey Parra*


ASSENTED TO BY:

/s/ *Bernard E. LeSage*
Bernard E. LeSage
Sarah K. Andrus
Adam Bass
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 891-0400

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.*