# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                     Case No.: 1:05−cv−07097
                                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 1, 2010:

      MINUTE entry before Honorable Marvin E. Aspen:Pursuant to Federal Rule of Civil Procedure 41(a), Third−party plaintiff Ameriquest Mortgage Company dismissed, with prejudice, its Fifth Amended Consolidated Third−Party Complaint with respect to its claims against the Law Offices of Gregory T. Lattanzi, LLC., relating specifically to the loan of Sharon Vitti (a plaintiff in the action of Duncan, et al v. Ameriquest Mortgage, et al No. 06 C 2467 (N.D. Ill). The parties shall bear their own costs and attorneys fees. Law Offices of Gregory T. Lattanzi, LLC terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.