**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| KAREN JOHNSON and STANLEY JOHNSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, N.A., AMERIQUEST MORTGAGE ) <br> SECURITIES, INC., under Asset-Backed Pass ) <br> Through Certificates Series 2005-R2, AMERICAN ) <br> HOME MORTGAGE SERVICING, INC., and ) <br> DOES 1-5, ) <br> ) <br> Defendants. ) | 07-cv-772 <br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05-cv-7097 <br><br><br><br><br><br><br> **JURY DEMANDED** |

**MOTION TO WITHDRAW REPRESENTATION OF
PLAINTIFFS KAREN JOHNSON AND STANLEY JOHNSON**

Counsel for plaintiff, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiffs Karen Johnson and Stanley Johnson pursuant to Rule 83.17 of the Northern District of Illinois.

In support of this motion, Counsel state the following:

1

1. Notice of this motion has been sent by regular and certified mail to plaintiffs' last known address.

2. Despite repeated attempts, Counsel has been unable to contact Plaintiffs.

3. This communication breakdown between Plaintiffs and Counsel has made it unreasonably difficult to represent Plaintiffs.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiff and grant plaintiffs 60 days to find other counsel, and/or file a supplementary appearance.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)