# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| KAREN JOHNSON and STANLEY JOHNSON, | ) ) | 07-cv-772 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05-cv-7097 |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., AMERIQUEST MORTGAGE SECURITIES, INC., under Asset-Backed Pass Through Certificates Series 2005-R2, AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1-5, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | **JURY DEMANDED** |

## NOTICE OF MOTION

**TO:    SEE ATTACHED SERVICE LIST**

        **PLEASE TAKE NOTICE** that on **Tuesday, May 4, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568  in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS KAREN JOHNSON AND STANLEY JOHNSON,** a copy of which is hereby served upon you.

                                      s/ Cathleen M. Combs
                                        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Cathleen M. Combs, hereby certify that on April 1, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bernard E. LeSage
blesage@buchalter.com

Craig A. Varga
cvarga@vbhlc.com

Elizabeth Barry
ebarry@vbhlc.com

Jonathan N. Ledsky
jledsky@vbhlc.com

Simon Fleischmann
sflesichmann@lockelord.com

                                    s/ Cathleen M. Combs
                                    Cathleen M. Combs