**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
Eastern Division**

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                                               Case No.: 1:05−cv−07097
                                                                 Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 1, 2010:

      MINUTE entry before Honorable Marvin E. Aspen:Pursuant to the letter requests received by the court, we grant the following individuals additional time to submit their claims forms to the Ameriquest MDL Settlement Administrator, if they have not already done so: Antonio Bailey, Martha Revollar, Sherri Dawn Stoudt, Paul Pemberton, and Vincent and Tranace Dawson. All claims forms from these specific people must be postmarked by April 15, 2010. In addition, Borrower Class Counsel is instructed to contact these individuals as soon as practicable to facilitate any claims submissions. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.