UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

| | |
|---|---|
| Ameriquest Mortgage Company, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:05−cv−07097 |
| | Honorable Marvin E. Aspen |
| Ameriquest Mortgage Company, et al. | |
| Defendant. | |

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 5, 2010:

    MINUTE entry before Honorable Marvin E. Aspen:Joint motion of [3487] Borrower class plaintiffs and objector Jeffrey Parra for approval of withdrawal of objections to settlement is granted. Motion terminated. The objections of Jeffrey Parra to settlement are withdrawn. The motion hearing set for 4/6/10 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.