UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                   Plaintiff,

v.                                                                    Case No.: 1:05−cv−07097
                                                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 7, 2010:

      MINUTE entry before Honorable Marvin E. Aspen:Third−Party Defendants' Motion for Extension of Time to File Answers (Dkt. No. 3410) is granted in part. We agree with Third−Party Defendants that answers are not necessary at this time and, moreover, that the mediation should proceed without further delay or expense. Accordingly, we grant the motion and will not require answers prior to the pending mediation. We take the remaining issues under advisement, however. Thus, this order leaves open the precise questions of when answers will be due and whether or not answers will be required prior to the remand of cases back to their original courtsJudicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.