**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE AMERIQUEST | ) | MDL No. 1715 |
| MORTGAGE CO. MORTGAGE | ) | |
| LENDING PRACTICES | ) | Lead Case No. 05-cv- |
| LITIGATION | ) | 07097 |
| | ) | |
| | ) | (Centralized before The |
| | ) | Honorable Marvin E. |
| | ) | Aspen) |
| | ) | |

**DECLARATION OF JOHN J. SZOBOCSAN, MSE, MBA**

I, John Szobocsan, hereby declare as follows:

**Qualifications**

I, John Szobocsan, am a Principal of Chicago, Illinois based Winnemac Consulting, LLC. I formed Winnemac Consulting with three former Chicago Partners, LLC colleagues, on March 1, 2008 to provide economic consulting services with an emphasis on litigation support consulting and expert witness testimony. Winnemac Consulting supersedes DecisionSpan.LLC, an economic consulting firm that I founded in April 2007. I am also a Special Member of DigaComm, LLC, a Chicago, Illinois based private equity and venture capital firm.

Prior to founding DecisionSpan, I was a Vice President of Chicago Partners, LLC. At Chicago Partners, an economic consulting and forensic accounting firm, I provided litigation support consulting and expert witness testimony. At Winnemac Consulting, Chicago Partners, and Arthur Andersen & Company, I have often provided analysis of complex financial securities, especially fixed income securities, for major lenders and for their counterparties. I have also provided economic analysis, to compute damages, in numerous securities-related litigation matters.

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

I earned a Bachelor of Science in Aeronautical and Astronautical Engineering from Purdue University in 1985, and a Master of Science in Engineering/Applied Mathematics from The University of Michigan in 1988. I later, in 1993, earned a Master of Business Administration degree from the University of Chicago with specializations in corporate finance and accounting.

I am a member of the adjunct faculty of the Stuart Graduate School of Business of the Illinois Institute of Technology where I teach graduate courses in corporate finance, financial economics, and financial risk management. I have also taught a course module on the financial aspects of new product development for the Masters of New Product Development program at Northwestern University's Kellogg Graduate School of Management. I am currently authoring a book on the financial advantages of product development, to be published by John Wiley & Sons. My qualifications, issued expert reports, and testimony are provided in greater detail in my *curriculum vitae*, which is attached to this report as Exhibit A.

### Assignment

2. Class Plaintiffs' Counsel asked me to obtain loan level data, develop a methodology and compute the average damages incurred by the Class Plaintiffs in the Settlement Classes. More specifically, I was asked to compute damages for the following classes:

- Class 1 – TILA Rescission: Compute total finance charge paid for each class member.
- Class 2 – Bait and Switch: Compute the monthly payment difference between loan terms promised and loan terms received over an average loan life of sixty (60) months for each class member.
- Class 3 – Discount Points:
  - Class 3A: Compute Total Discount Points Paid per class member, and
  - Class 3B: Compute payment differences for loans with and without points over an

2

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

average loan life of sixty (60) months for each class member.

- Class 4 – Wholesale Borrower: Compute finance charges paid in excess of 3% of the Total Loan Amount for each class member.
- Class 5: Compute servicing fees paid by each class member, where services fees paid were in excess of $1,000.

**Based on these calculations, I then derived an Average Putative Damage ("APD") figure for each Class. The APD results are set forth below and are accurately reflected in the Settlement Distribution Plan.**

**Documents Reviewed**

3. A number of documents including documents provided by Class Plaintiffs' Counsel and from the public domain were reviewed for the development of the methodologies employed to the compute the economic damages for each Class. A list of the documents reviewed is found attached to this declaration as Exhibit B.

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

### Methodology Explained

4.     The complexity of calculations to compute damages for some of the classes and the scale of class plaintiff records necessitated the use of SAS statistical software for the development of the class and the sub-class damage models.   At my direction and with methodologies I devised, Winnemac Consulting staff coded, verified, and implemented the analytics to compute damages for each of the classes and sub-classes.

5.     Winnemac Consulting relied on Ameriquest class and sub-class loan level data provided by Rust Consulting, Inc., based on a data request developed by Winnemac in coordination with Class Plaintiffs' Counsel. The "Class Period" is from December 14, 2001, to the present unless otherwise stated. Explanation of the methodologies to compute damages for each class and sub-class follows.

### Class 1: "TILA RESCISSION CLASS"

Documentation made available to me indicated that the TILA Rescission Class consisted of a nationwide class of Borrowers who (a) presently own, or during the Class Period owned, property in the United States and (b) who entered into a mortgage loan transaction with Ameriquest or its predecessors at any time on or after February 8, 2003, or, for residents of Massachusetts, at any time on or after February 8, 2002, and who have requested rescission of their loans pursuant to applicable provisions of TILA or state disclosure laws on or before the date of the Settlement Agreement.

Damages for loans in this class are the summation of Class 1 Fees including points (expressed in dollars). The average damages suffered by a loan in Class 1 is $7,847 and the total damages across all loans is $1,900,000.

### Class 2: "BAIT AND SWITCH CLASS"

I learned through documentation supplied to me by Class Plaintiffs' Counsel that the Bait and Switch Class consists of a nationwide class of Borrowers who (a) presently own, or during the Class Period owned, property in the United States and (b) who entered into a mortgage loan transaction during the Class Period relating to such property with

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

Ameriquest or its predecessors and who meet one of the following criteria, as illustrated in the following sub-classes.

**Class 2A: Disclosed APR** – Class 2A Plaintiffs are Borrowers with loans that establish a final disclosed annual percentage rate ("APR") that is at least 0.9% higher than the promised APR contained in any pre-closing written disclosures made to the borrower.

Damages for loans in this class are the difference in interest and principal paid by amortizing the loan at the final disclosed APR versus the lower APR contained in any pre-closing written disclosures over the average life of a mortgage loan.[1] The average damages suffered by a loan in Class 2A is $13,443 and the total damages across all loans is $1,034,000,000.[2]

**Class 2B: Prepayment Penalty** – Class 2B Borrowers are defined as having received a loan containing a prepayment penalty, but pre-closing written disclosures were made describing a loan without a prepayment penalty.

The damage on a given loan is the expected value of the prepayment penalty. Damages are expressed, as an expected value instead of the actual value of the penalty paid because the data provided does not indicate which loans were paid or the amount of the penalty paid.

---

[1] The data provided to me in this matter does not include the date the loan was repaid, because such information is not in Ameriquest's database. Therefore, to account for probability that mortgage loans are prepaid due to the sale of the home or refinancing the home, I have based the damage calculation for this class on a reasonable estimate of the average life of a subprime loan – 60 months. The average life of the subprime loan was supplied by Class Plaintiffs' Counsel and verified independently for reasonableness with academic papers in the public domain – see Bhardwaj, G. and R. Sengupta, "Did Prepayments Sustain the Subprime Market?" European Banking Center Discussion Paper No. 209-09S.

[2] I excluded anomalous loans from the analysis for which the final disclosed APR was 0%.

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

Throughout the Class Period the calculation of prepayment fees on issued loans varied by state, type of loan (fixed vs. ARM), and by time period. Documentation on the different fee calculations was provided to me by Counsel.[3] A summary of the prepayment penalty fee calculations is attached as Exhibit C to this Declaration. The expected value is the sum over all months in the prepayment penalty period of the prepayment penalty that would be charged in a given month multiplied by the probability that a loan would be prepaid that month. [4] The probability of prepayment is calculated to be 11%, 26%, 26%, 10%, and 4% for loan years one through five, respectively.[5] The probability of prepayment in a given month is 1/12th the probability of the entire year. For example, the probability of prepaying in month 18 is 26% divided by 12, approximately 2.17%. It is my understanding that 25% of the loans issued by Ameriquest were fixed rate loans and the remaining loans were ARMs.[6] In order to approximate damages suffered by Class 2B, I assume that the proportion of fixed rate loans to ARM loans issued in total by Ameriquest is representative of the Class 2B loans. Also, to account for the change in prepayment fee formulas based on the date of the loan issued I have calculated the expected prepayment fee as the weighted average of fees that were charged during the Class Period based on the length of time each fee calculation was in effect. The average damages suffered by a loan in Class 2B is $2,555 and the total damages across all loans is $61,500,000.

---

[3] Exhibit 1_00.08.25.Retail_ARM.doc, Exhibit 1_00.08.25.Retail_Fixed.doc, Exhibit 2_02.01.01.Retail_ARM.doc, Exhibit 2_02.01.01.Retail_Fixed.doc, EX.3.Prepay.2003-2007.pdf
[4] See footnote 1, *supra*.
[5] Bhardwaj, G. and R. Sengupta, "Did Prepayments Sustain the Subprime Market?" European Banking Center Discussion Paper No. 209-09S, Pg. 29.
[6] Loans ratios where provided by Class Plaintiffs' Counsel and independently verified – see, for example, Bhardwaj, G. and R. Sengupta, "Where is the Smoking Gun? A Study of Underwriting Standards for U.S. Subprime Mortgages," Federal Reserve Bank of St. Louis, Working Paper 2008-036C, Pgs. 7-8.

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

**Class 2C: Fixed vs. Floating** – Class 2C Borrowers received a loan containing a variable rate, but pre-closing written disclosures were made describing a loan containing a fixed rate.

The calculation of damages for Class 2C loans uses the same methodology as damages for Class 2A. Damages are the difference in interest and principal paid by amortizing the loan at the funded APR versus the promised RESPA APR over the average life of a subprime mortgage loan.[7] The average damages suffered by a loan in Class 2C is $12,947 and the total damages across all loans is $447,400,000.[8]

### Class 3: "DISCOUNT POINTS CLASS"

The Discount Points Class Borrowers (a) presently own, or during the Class Period owned, property in the United States; (b) who entered into a retail mortgage loan with Ameriquest or its predecessors and (c) who

(i) entered into loans made after December 14, 2001, and before February 3, 2003, who paid discount points in any amount ("Class 3A"); or

(ii) entered into loans made on or after February 3, 2003, to the present who paid at least three (3) discount points ("Class 3B").

**Class 3A** - Damages for loans in Class 3A are the sum of funded points (as a percentage) multiplied by the loan amount. The average damages suffered by a loan in Class 3A is $4,245 and the total damages across all loans is $78,300,000.

---

[7] See footnote 1, *supra*.

[8] I excluded anomalous loans from the analysis for which the RESPA APR is 0% and for which the RESPA APR is greater than the funded APR. With an average loan life of 60 months, many borrowers' mortgages did not reset and therefore, I considered the interest rate fixed over the average loan life.

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

**Class 3B** - The calculation of damages for Class 3B loans uses the same methodology as damages for Class 2A and Class 2C – by determining the difference in the amount of principal and interest paid based on the amortizing the loan at the interest rate that was charged and the rate that should have been charged with reductions from paying discount points over the average life of a subprime loan.[9] The interest rate reduction for each discount point is .15%.[10] The average damages suffered by a loan in Class 3B is $5,295 and the total damages across all loans is $1,088,900,000.

### Class 4: "WHOLESALE BORROWER CLASS"

The Wholesale Borrower Class consists of Borrowers who (a) presently own, or during the Class Period owned, property in the United States; (b) who entered into a mortgage loan transaction during the Class Period relating to such property with Ameriquest or its predecessors; (c) who paid fees to a loan broker in connection with the mortgage loan; and (d) who paid an amount constituting more than 3% of their funded loan amount in Settlement Charges to Ameriquest or a mortgage broker.

The average damages suffered by a loan in Class 4 is $6,225 and the total damages across all loans is $2,642,400,000. [11]

### Class 5: "LOAN SERVICING CLASS"

The Loan Servicing Class consists of Borrowers who (a) presently own, or during the Class Period owned, property; (b) who entered into a mortgage loan transaction

---

[9] Supra note 1

[10] Class Plaintiffs' Counsel obtained information from Ameriquest and supplied Winnemac Consulting with the 0.15% reduction per point

[11] Damages are the sum of the fees labeled in the data provided to me as broker charges, lender charges, third party charges, and argent part.

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

relating to such property that was serviced by Ameriquest during the Class Period; and

(c) who paid Default and Delinquency Fees or Costs to Ameriquest in an amount in

excess of a total of $1,000. Default and Delinquency Fees and Costs include fees

denominated in Ameriquest's electronic servicing records as late, legal, phone pay NSF,

bad check NSF, appraisal and inspection fees and recoverable corporate advance.

The average damages suffered by a loan in Class 5 is $2,949 and the total damages across
all loans is $97,800,000.[12]

6.      All of the above average and total damage calculations were performed in a

manner consistent with sound economic and mathematical principles and methodologies

regularly used by Winnemac.

7.      If additional relevant information should become available, I may revise, amend,

or supplement this Declaration. My firm's standard billing rate for my services is $350

per hour. The standard billing rate of the Winnemac Consulting staff that assisted me

with this analysis range from $150 per hour to $350 per hour

        Respectfully submitted on this 11th day of March 2010,

                                        John Szobocsan, MBA, MSE

---

[12] Damages are the sum of the fees labeled in the data provided to me as the Default and
Delinquency Fees and Costs.

Re: Ameriquest Mortgage Co.          Exhibit A
Declaration of John J. Szobocsan, MSE, MBA

# JOHN J. SZOBOCSAN, MBA, MSE

Winnemac Consulting, LLC
One South Wacker Drive, Suite 3800
Chicago, Illinois 60606
Office: 312.752.3321
Mobile: 312.543.7841
Email: szobocsan@winnemac.com

## AREAS OF SPECIALIZATION

- Economic Damages, Corporate Finance and Securities, Intellectual Property

## EDUCATION

### Purdue University (1985)

- Bachelor of Science in Aeronautical and Astronautical Engineering

### The University of Michigan Rackham School of Graduate Studies (1988)

- Master of Science in Engineering – Mechanical Engineering/Applied Mathematics

### University of Chicago Graduate School of Business (1993)

- MBA, Concentrations in Finance, International Business and Strategy

## EMPLOYMENT HISTORY

### Winnemac Consulting, LLC

Principal (*March 2008 – Present*)

- Winnemac Consulting specializes in the application of economics, finance, statistics, technology, valuation, and accounting principles for litigation matters.

### DigaComm, LLC

Special Member *(October 2007 – Present)*

- DigaComm, LLC is a Chicago-based private investment firm specializing in early-stage technology venture capital and traditional buyouts of publicly traded companies.

### Illinois Institute of Technology, Stuart Graduate School of Business

Adjunct Professor of Finance (*2001 – Present*)

- Teaching responsibilities include coursework in Advanced Corporate Finance, Marketing of Financial Products, Enterprise Risk Management, and Market Risk Management.

### DecisionSpan, LLC

President (*2007 – March 2008*)

- Founder and President of a consulting firm concentrating on providing economic damages, valuation services and intellectual property/technology strategy and management.

Re: Ameriquest Mortgage Co.                                    Exhibit A
Declaration of John J. Szobocsan, MSE, MBA

**Chicago Partners, LLC**
Vice President (*1996 – 2003 & 2006 – 2007*)
**CP Risk Management, LLC**
Vice President (*1996 – 2003*)
- Vice President in the economic damages, intellectual property/technology strategy, corporate finance, and valuation practice areas. Chicago Partners provides economic analyses of legal and business issues for law firms, corporations, and government agencies.

**Plante & Moran, PLLC**
Senior Manager (*2003 – 2006*)
Merger successor of **Gleeson, Sklar, Sawyers & Cumpata, LLP**
- Led the Chicago office litigation practice. Specialized in applied corporate finance, securities, and complex commercial litigation support in addition to providing litigation support in intellectual property-related matters.

**Northwestern University, Department of Industrial Engineering and Management Sciences**
Adjunct Professor (*2001 – 2005*)
- Responsibilities included developing the corporate finance module for the Masters of Product Development Program.

**Arthur Andersen & Company**
Senior Consultant/Financial Risk Management (*1993 – 1996*)
- Consulting experience in equity, interest rate, energy and commodity derivative issues, as well as conducting derivatives research and developing valuation models to support the Firm's financial risk management practice.

**Arch Development Corporation**
Associate (*1991 – 1993*)
- Analyzed the licensing potential of several high-technology patents. Initiated and established client contacts. Developed plans to increase marketability of licenses.

**Andersen Consulting**
Staff Consultant/Functional Analyst (*1989 – 1991*)
- Responsibilities included designing and implementing large-scale financial and management information technology systems for a wide variety of industries including transportation, chemical and manufacturing.

**Sun Aerospace, Inc.**
Lead Project Engineer (*1985 – 1987*)
- Coordinated projects for Sun Aerospace, a venture capital funded enterprise, to manufacture aircraft kits and products. Managed development of Sunray aircraft and supervised a staff of 10.

Re: Ameriquest Mortgage Co.            Exhibit A
Declaration of John J. Szobocsan, MSE, MBA

# TESTIMONIAL EXPERIENCE AND EXPERT REPORTS

**Associated Air Products, Inc., v. Carrier Corporation**
Florida State Court
Expert Report

**Black & Decker, Inc., v. Porter-Cable, Corporation**
Civil Action No. 98-436-A (U.S. District Court for the Eastern District of Virginia,
Alexandria Division)
Expert Report and Deposition Testimony

**Industrial Hardchrome, Ltd., et al., v. Hetran, Inc., et al.**
Case No. 99 C 176 (U.S. District Court for the Northern District of Illinois, Eastern
Division)
Expert Report and Deposition Testimony

**Bankruptcy of Price Printed Circuits, Inc.**
(U.S. Bankruptcy Court for the Northern District of Illinois, Rockford Division)
Valuation Report and Hearing Testimony

**Marriage of Short**
(Lake County, Illinois Municipal Court)
Valuation Report and Deposition Testimony

**Rodney D. Dir and Dale Dir v. Highland Capital Holdings Corp. and Highland
Acquisition Corp. of California**
Case No. 51 116 2144 03 (American Arbitration Association)
Expert Report and Arbitration Testimony

**Grand Vehicle Works Holding Corporation v. Thomas Frey and Richard Fish**
Case No. 03 C 7938 (U.S. District Court for the Northern District of Illinois, Eastern
Division)
Expert Report and Deposition Testimony

**M&M Technologies, Inc. v. Gurtler Chemicals, Inc.**
Civil Action No. 03 994 (U.S. District Court for the District of Delaware)
Expert Report and Deposition Testimony

**Cal-City Car Wash, LLC and Main Street Car Wash, LLC and Peter Lantero v.
August C. Ghilarducci and WFA Holdings and Tite & Hollad, LLC and Ralph W.
Tite**
No. 01 CH 1727 (Circuit Court of the Eighteenth Judicial Court, DuPage County,
Illinois)
Expert Report

Re: Ameriquest Mortgage Co.                                    Exhibit A
Declaration of John J. Szobocsan, MSE, MBA

**Victor S. Faraci v. Donaldson, Lufkin & Jenrette Securities Corporation, n/k/a
Credit Suisse First Boston Financial Corp.**
NASD Dispute Resolution, Arbitration Number 04-08285
Expert Report

**SEC v. Tanner, et al.**
Case No. 05-45057 (U.S. District Court for the District of Kansas)
Expert Report for the valuation of Server To Go, Inc.

**Wunderlich-Malec Systems, Inc. v. Eisenmann Corporation**
Case No. 05 C 4343 (U.S. District Court for the Northern District of Illinois, Eastern
Division)
Expert Report and Deposition Testimony

**Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**
Lead Case No. 05-cv-07097 (U.S. District Court for the Northern District of Illinois,
Eastern Division)
Declaration

## SELECTED PUBLICATIONS AND PRESENTATIONS
"Snow White Shows the Way," Managing Intellectual Property (June 2001)
"Tax Issues and Business Valuation" Presented to the Kane County Bar Association,
February 16, 2004.
"Competitive Advantage in Product Development: Advanced Financial Issues in Product
Design and Innovation" John Wiley & Sons, Inc. (Forthcoming)

## ASSOCIATIONS AND MEMBERSHIPS
Member, Society of Automotive Engineers
Member, American Institute of Aeronautics and Astronautics

Re: Ameriquest Mortgage Co.                                    Exhibit B
Declaration of John J. Szobocsan, MSE, MBA

## Documents Reviewed

Ameriquest Mortgage Co. Mortgage Lending Practices Litigation Stipulated Protective
Order

Ameriquest Mortgage Co. Mortgage Lending Practices Litigation Joint Stipulation and
[Proposed] Order Regarding Extension of Protective Order Provisions to Class Plaintiffs'
Expert

Ameriquest Mortgage Co. Mortgage Lending Practices Litigation Plaintiffs' Proposed
Distribution Plan For Class Settlement Fund

Ameriquest Mortgage Co. Mortgage Lending Practices Litigation Class Definitions for
Settlement

Ameriquest Data Request

Exhibit 1_00.08.25.Retail_ARM.doc
Exhibit 1_00.08.25.Retail_Fixed.doc
Exhibit 1_00.08.25.Whole_ARM.doc
Exhibit 1_00.08.25.Whole_Fixed.doc
Exhibit 2_02.01.01.Retail_ARM.doc
Exhibit 2_02.01.01.Retail_Fixed.doc
Exhibit 2_02.01.01.Wholesale_ARM.doc
Exhibit 2_02.01.01.Wholesale_Fixed.doc
EX.3.Prepay.2003-2007.pdf

## Literature Reviewed

Agarwal, Sumit and Calvin T. Ho, "Comparing the prime and subprime mortgage
markets," *Essays on Issues*, The Federal Reserve Bank of Chicago, August 2007, Number
241.

Aubuchon, Craig P. and David C. Wheelock, "How Much Have U.S. House Prices
Fallen?" *Economic Synopsis,* Federal Reserve Bank of St. Louis, 2008, No. 20.

Bessen, James, "Evaluating the Economic Performance of Property Systems," Boston
University School of Law Working Paper No. 09-30.

Bhardwaj, Geetesh and Rajdeep Sengupta, "Where's the Smoking Gun? A Study of
Underwriting Standards for US Subprime Mortgages," *Working Paper Series,* Federal
Reserve Bank of St. Louis, Working Paper 2008-036C.

Bhardwaj, Geetesh and Rajdeep Sengupta, "Did Prepayments Sustain the Subprime
Market?" European Banking Center Discussion Paper No. 209-09S.

Re: Ameriquest Mortgage Co.                                                    Exhibit B
Declaration of John J. Szobocsan, MSE, MBA

Case, Karl E. and Robert J. Shiller, "Is There a Bubble in the Housing Market?" *Brookings Papers on Economic Activity*, Vol. 2003, No. 2 (2003), pp. 299-342.

Gorton, Gary, "The Panic of 2007," Federal Reserve Bank of Kansas City, Jackson Hole Conference, August 2008.

Mayer, Christopher and John M. Quigley, "Is There a Bubble in the Housing Market?" *Brookings Papers on Economic Activity*, Vol. 2003, No. 2 (2003), pp. 343-362.

Mayer, Chris and Karen Pence, "Subprime Mortgages: What, Where, and to Whom?" Finance and Economics Discussion Series, Divisions of Research & Statistics and Monetary Affairs, Federal Reserve Board, Washington, D.C. 2008-29.

Perry, Vanessa G., "The Dearth and Life of Subprime Mortgage Data: An Overview of Data Sources for Market Modeling," The George Washington University School of Business, Working Paper, 2008.

Rosengren, Eric S., "Subprime Mortgage Problems: Research, Opportunities, and Policy Considerations," The Massachusetts Institute for a New Commonwealth, December 3, 2007.

Sherlund, Shane M., "The Past, Present, and Future of Subprime Mortgages," Finance and Economics Discussion Series, Federal Reserve Board, Washington, D.C., 2008-63.

Exhibit C

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

| Month End | Penalty Months of Interest | Penalty Percentage of Outstanding Principal | Penalty Percentage of Original Principal | Original Principal Adjustment | Loan Min Threshold | Notes |
|---|---|---|---|---|---|---|
| 36 | 6 | 0% | 0% | 0% | $2,000 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $10,000 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $3,000 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $15,000 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | $0 | |

Exhibit C

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 36 | 6 | 0% | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | Prepay Disclosure Notice on Note. |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $100,000 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | |
| 36 | 6 | 0% | 0% | 0% | 0% | $50 | Without Refinancing - or remaining interest for that year |
| 12 | 3 | 0% | 0% | 0% | 0% | $50 | Without Refinancing |
| 36 | 0 | 0% | 0% | 0% | 0% | $50 | |
| 12 | 3 | 0% | 0% | 0% | 0% | $0 | Due to refinancing with another Lender - Lesser of A or B: A. 3 months interest on Current principal or B. Current Principal for remaining days in first year of loan PLUS 3 months interest on Current principal balance |
| 36 | 3 | 0% | 0% | 0% | 0% | $0 | Due to refinancing with another Lender |
| 0 | 0 | 0% | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | 0% | $0 | |
| 60 | 0 | 0% | 0% | 0% | 0% | $0 | Based on company policy, Ameriquest does not collect a prepayment penalty regardless of whether the loan provides for a penalty. |
| 60 | 6 | 0% | 0% | 20% | 0% | $2,000 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $10,000 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $0 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $0 | Only permitted on purchase-money transactions, non-owner occupied properties, or loans with an APR ≥ 12%. |
| 60 | 6 | 0% | 0% | 20% | 0% | $50 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $50 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $50 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $3,000 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $50 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $50 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $50 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $15,000 | |
| 60 | 6 | 0% | 0% | 20% | 0% | $0 | |

18

Exhibit C

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

| | | | | | |
|---|---|---|---|---|---|
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $0 | Prepay Disclosure Notice on Note. |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 6 | 0% | 20% | $100,000 | |
| 60 | 6 | 0% | 20% | $150,000 | |
| 60 | 6 | 0% | 20% | $50,000 | |
| 60 | 6 | 0% | 20% | $0 | Up to the maximum graduated percentage of outstanding principal balance allowed (1st yr = 5%, 2nd yr = 3%, 4th yr = 2%, 5th yr = 1%) |
| 60 | 6 | 0% | 20% | $25,000 | Up to the maximum graduated percentage of outstanding principal balance allowed (1st yr = 5%, 2nd yr = 3%, 4th yr = 2%, 5th yr = 1%) |
| 60 | 6 | 0% | 20% | $0 | Up to the maximum graduated percentage of outstanding principal balance allowed (1st yr = 5%, 2nd yr = 3%, 4th yr = 2%, 5th yr = 1%) |
| 60 | 6 | 0% | 20% | $0 | |
| 60 | 0 | 1% | 0% | $0 | |
| 60 | 0 | 2% | 0% | $0 | |
| 60 | 1.97260274 | 0% | 20% | $25,000 | Lesser of the two penalties. Borrower required to sign Prepayment Waiver Disclosure – Ameriquest may separate loan without a prepayment penalty. |
| 42 | 2 | 2% | 0% | $0 | |
| 36 | 2 | 0% | 33% | $0 | |
| 36 | 0 | 1% | 20% | $0 | |
| 12 | 3 | 0% | 0% | $0 | Without Refinancing - or remaining interest for that year |
| 36 | 0 | 0% | 0% | $0 | Without Refinancing |
| 12 | 3 | 0% | 0% | $0 | Due to refinancing with another Lender - Lesser of A or B: A. 3 months interest on Current principal or B. Current Principal for remaining days in first year of loan PLUS 3 months interest on Current principal |
| 36 | 3 | 0% | 0% | $0 | Due to refinancing with another Lender |
| 12 | 6 | 0% | 20% | $0 | |
| 12 | 0 | 2% | 0% | $0 | |
| 0 | 0 | 0% | 0% | $0 | |

19

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

Exhibit C

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | Based on company policy, Ameriquest does not collect a prepayment penalty regardless of whether the provides for a penalty. |
| 60 | 0 | 0% | 0% | 0% | $0 | |
| 36 | 2 | 0% | 33% | 0% | $0 | |
| 12 | 3 | 0% | 0% | 0% | $0 | Without Refinancing - or remaining interest for that year |
| 36 | 0 | 0% | 0% | 0% | $0 | Without Refinancing |
| 12 | 3 | 0% | 0% | 0% | $0 | Due to refinancing with another Lender - Lesser of A or B: A, 3 months interest on Current principal or Current Principal for remaining days in first year of loan PLUS 3 months interest on Current principal |
| 36 | 3 | 0% | 0% | 0% | $0 | Due to refinancing with another Lender |
| 36 | 0 | 1% | 20% | 0% | $0 | |
| 12 | 0 | 5% | 0% | 0% | $25,000 | When the Governor declares a state of disaster or emergency, no prepayment penalties may be charged of the prepayment is paid from proceeds of property insurance. |
| 24 | 0 | 4% | 0% | 0% | $25,000 | When the Governor declares a state of disaster or emergency, no prepayment penalties may be charged of the prepayment is paid from proceeds of property insurance. |
| 36 | 0 | 3% | 0% | 0% | $25,000 | When the Governor declares a state of disaster or emergency, no prepayment penalties may be charged of the prepayment is paid from proceeds of property insurance. |
| 12 | 0 | 5% | 0% | 0% | $0 | |
| 24 | 0 | 4% | 0% | 0% | $0 | |
| 36 | 0 | 3% | 0% | 0% | $0 | |
| 12 | 0 | 5% | 0% | 0% | $25,000 | When the Governor declares a state of disaster or emergency, no prepayment penalties may be charged of the prepayment is paid from proceeds of property insurance. PPP may be charged on a partial prepa amount prepaid within a 12-month period exceeds 20% of the original principal balance. |
| 24 | 0 | 4% | 0% | 0% | $25,000 | When the Governor declares a state of disaster or emergency, no prepayment penalties may be charged of the prepayment is paid from proceeds of property insurance. PPP may be charged on a partial prepa amount prepaid within a 12-month period exceeds 20% of the original principal balance. |

20

Exhibit C

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

| | | | | | | Notes |
|---|---|---|---|---|---|---|
| 36 | 0 | 3% | 0% | 0% | $25,000 | When the Governor declares a state of disaster or emergency, no prepayment penalties may be charged if part of the prepayment is paid from proceeds of property insurance. PPP may be charged on a partial prepayment amount prepaid within a 12-month period exceeds 20% of the original principal balance. |
| 12 | 0 | 5% | 0% | 0% | $0 | |
| 24 | 0 | 4% | 0% | 0% | $0 | |
| 36 | 0 | 3% | 0% | 0% | $0 | |
| 36 | 0 | 2% | 0% | 0% | $0 | |
| 36 | 0 | 2% | 0% | 20% | $0 | |
| 12 | 6 | 0% | 0% | 20% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $100,000 | No PPP on owner-Occupied properties (refi or purchase). For loans originated from July 1, 2006 to June [...], PPP on loan amounts less than $180,000. For loans Originated on or after Jan 1,2004, NO PPP on loan amounts less than $150,000. For loans originated on or prior to December 31, 2003, NO PPP on loan amounts less than [...] |
| 36 | 0 | 0% | 1% | 0% | $0 | For loans that close on or after January 1, 2007, PPP prohibited on loan amounts less than $75,000. |
| 36 | 6 | 0% | 0% | 20% | $50,000 | |
| 12 | 0 | 2% | 0% | 20% | $0 | PPP term is 12 months from date of execution. For loans that close on or after December 31, 2006, no PPP secured by owner-occupied property (includes purchase & refinance loans). |
| 12 | 0 | 2% | 0% | 0% | $0 | PPP term is 12 months from date of execution. For loans that close on or after December 31, 2006, no PPP secured by owner-occupied property (includes purchase & refinance loans). |
| 36 | 2 | 0% | 0% | 20% | $0 | |
| 36 | 2 | 0% | 0% | 20% | $0 | For applications taken on or after July 7, 2006. PPP may not be assessed if loan is prepaid due to sale of the [...]. Prior to July 7, 2006, ppp was prohibited on ARM notes that used LIBOR index. The ppp provision is in [...] ARM notes with prepayment provisions originated between July 1, 2003 and June 30, 2004. |
| 36 | 2 | 2% | 0% | 0% | $0 | No PPP if loan is prepaid due to sale of property. Lessor of 2 months interest and 2% of outstanding loan [...] |
| 12 | 0 | 2% | 0% | 0% | $333,700 | If loan amount on owner-olccupied property exceeds $333,700 on 2004 loans, $359,650 on 2005 loans or $[...] 2006 loans or if the property is nonowner occupied: |
| 24 | 0 | 1% | 0% | 0% | $333,700 | If loan amount on owner-olccupied property exceeds $333,700 on 2004 loans, $359,650 on 2005 loans or $[...] 2006 loans or if the property is nonowner occupied: |
| 30 | 0 | 1% | 0% | 20% | $150,000 | |
| 12 | 0 | 3% | 0% | 0% | $0 | |

21

Exhibit C

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

| | | | | | | Notes |
|---|---|---|---|---|---|---|
| 24 | 0 | 2% | 0% | 0% | $0 | |
| 36 | 0 | 1% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 0 | 0% | 0% | 0% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | PPP is only permitted if (1) loan's APR is less than 12%; (2) it is purchase money; or (3) non-owner occupied property. |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | For Argent Mortgage Company loans originated on or after March 11, 2006, if the loan is secured by owner property and the loan amount is less than $417,000, the maximum prepayment penalty is 2% of original balance. Please check the promissory note to confirm the prepayment penalty formula. |
| 36 | 6 | 0% | 0% | 20% | $0 | Prepayment charge may not exceed 5% of current balance. |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | PPP is prohibited if the APR is 13% or greater. |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | Applies only to owner-occupied properties with an APR less than 12% and nonowner-occupied properties APR less than ??? |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 36 | 6 | 0% | 0% | 20% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |

22

Exhibit C

Re: Ameriquest Mortgage Co.
Declaration of John J. Szobocsan, MSE, MBA

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 0% | 0% | 0% | $0 | NO PPP on Massachusetts owner occupied applications taken on or after November 8, 2004. |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | NO PPP on Massachusetts owner occupied applications taken on or after November 8, 2004. |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |
| 0 | 0 | 0% | 0% | 0% | $0 | |