**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**CLASS PLAINTIFFS' ASSENTED TO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR APPROVAL OF PAYMENT OF ATTORNEYS' FEES, COSTS AND SERVICE PAYMENT TO CLASS REPRESENTATIVES**

Class Plaintiffs respectfully move the Court for final approval of the Settlement Agreement ("Settlement"), filed previously with the Court, entered into between the parties in the above-captioned proceeding. A proposed form of Final Approval Order is attached hereto as Exhibit 1.

In support of this motion, Class Plaintiffs assert that the proposed Settlement and the proposed payment of attorneys' fees, costs and service awards are fair and reasonable and consistent with the provisions of Rule 23. To the extent objections have been filed, they have either been withdrawn or are unsupported and without merit. Defendants, Ameriquest Mortgage Company and its affiliated entities ("Ameriquest") assent to this motion.

In further support of the motion, Class Plaintiffs refer the Court to the following documents filed separately:

- Memorandum in Support of Plaintiffs' Assented to Motion for Final Approval of Settlement;

- Memorandum In Support Of Award of Attorneys' Fees And Expenses And Approval Of Service Awards;

- Joint Declaration of Co-lead Counsel for Plaintiffs in Support of Class Action Settlement and the Exhibits thereto including the Declaration of John J. Scobocsan, MSA, MSE and the Declaration of Professor Patricia A. McCoy [Docket No. 3506];

- Omnibus Declaration of Jill H. Bowman in Support Of Award of Attorneys' Fees and Expenses and the Exhibits thereto;

- Declaration of Annika K. Martin concerning certain filings by class members;

- Confirmatory Declaration of Diane E. Tiberend Regarding the Financial Condition of Settling Defendants (filed by Defendants for *in camera* review);

- Affidavit of Amy Lake, Settlement Administrator [Docket No. 3495];

- Declaration of Judge Daniel H. Weinstein (ret.), Mediator [Docket No. 3505]; and

- Other relevant materials filed of record with the Court.

WHEREFORE, Class Plaintiffs request that the Court grant this motion and enter the Proposed Final Approval Order to fully resolve the issues in Class Plaintiffs' First Amended and Consolidated Class Action Complaint.

Respectfully submitted,

2

Dated: April 8, 2010

| | |
|---|---|
|     */s/ Kelly M. Dermody*<br>Kelly M. Dermody |     */s/ Gary Klein*<br>Gary Klein |

Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone:  (617) 357-5500 ext. 15
Facsimile:  (617) 357-5030

    */s/ Jill Bowman*
Jill Bowman

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

    */s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400
Facsimile:  (312) 676-2676

*Plaintiffs' Liaison Counsel*

*/s/ Samuel H. Rudman*
Samuel H. Rudman

Samuel H. Rudman
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

*Executive Committee Chairman*

ASSENTED TO BY:

*/s/ Bernard E. LeSage*
Bernard E. LeSage
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 891-0400

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.*

**CERTIFICATE OF SERVICE**

      I, Gary Klein, hereby certify that on this 8th day of April 2010, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

                                            */s/ Gary Klein*
                                            Gary Klein