**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: BORROWER CLASS PLAINTIFFS' ACTIONS | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, April 15, 2010 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the ***Class Plaintiffs' Assented To Motion For Final Approval Of Class Action Settlement and for Approval of Payment of Attorneys' Fees, Costs and Service Payments to Class Representatives***, a copy of which is hereby served upon you.

Respectfully submitted,

Dated: April 8, 2010

| | |
|---|---|
| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
| Kelly M. Dermody | Gary Klein |
| | |
| Kelly M. Dermody | Gary Klein |
| Rachel Geman | Shennan Kavanagh |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | RODDY KLEIN & RYAN |
| 275 Battery Street, 29th Floor | 727 Atlantic Avenue |
| San Francisco, CA 94111-3339 | Boston, MA 02111-2810 |
| Telephone: (415) 956-1000 | Telephone: (617) 357-5500 ext. 15 |
| Facsimile: (415) 956-1008 | Facsimile: (617) 357-5030 |

_/s/ Jill Bowman_
Jill Bowman

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

_Plaintiffs' Co-Lead Counsel_


_/s/ Marvin A. Miller_
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400
Facsimile: (312) 676-2676

_Plaintiffs' Liaison Counsel_


_/s/ Samuel H. Rudman_
Samuel H. Rudman

Samuel H. Rudman
ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173


_Executive Committee Chairman_

2