## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT IN EXCESS OF PAGE LIMIT**

Class Plaintiffs respectfully move the Court for leave to file a memorandum in support of their Motion for Final Approval of Class Action Settlement in excess of the fifteen-page limit set by Local Rule 7.1. ("Memorandum"). As grounds for this motion, Class Plaintiffs state the following:

1. The Settlement Agreement for which the parties seek final approval resolves 28 class action lawsuits against the Defendants that have been transferred and consolidated into MDL 1715.

2. The Settlement Agreement covers numerous issues relevant to final approval of the proposed class action settlement for which Class Plaintiffs need excess pages in order to establish a sufficient record. As required by Fed. R. Civ. P. 23, the Memorandum covers the fairness of the settlement and the distribution plan. It also addresses the status of objections of record. In light of the limited objections, there are unlikely to be any briefs in opposition or reply briefs in which the record applicable to this motion will be supplemented.

3. Therefore, Class Plaintiffs respectfully request leave to file a Memorandum in support of up to 25 pages.

4. Class Plaintiffs' Memorandum conforms to Local Rule 7.1's requirement that it include a table of contents and table of cases.

5. Defendants do not oppose this Motion.

6. This Motion is not sought for purposes of delay or to burden the Court, but so that justice may be done.

WHEREFORE, for the reasons cited above, Class Plaintiffs request that the Court grant this Motion to allow them to file their oversized Memorandum.

Respectfully submitted,

*/s/ Kelly M. Dermody*
Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
   & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMER
        & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

*Plaintiffs' Liaison Counsel*

DATED:        April 8, 2010

## <u>CERTIFICATE OF SERVICE</u>

     I, Kelly M. Dermody, hereby certify that on this 8th day of April, 2010, the foregoing document was filed electronically.  Notice of filing was sent to all Filing Users by the Court's ECF system.  Filing Users may access this document electronically through the Court's ECF System.


*/s/ Kelly M. Dermody*
Kelly M. Dermody