IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, April 15, 2010 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present *Plaintiffs' Unopposed Motion for Leave to File Memorandum in Support of Motion for Final Approval of Class Action Settlement in Excess of Page Limit*, a copy of which is hereby served upon you.

Respectfully submitted,

*/s/ Kelly M. Dermody*
Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMER
        & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609

*Plaintiffs' Co-Lead Counsel*

865212.1

                                              Marvin A. Miller
                                              MILLER LAW LLC
                                              115 South LaSalle Street, Suite 2910
                                              Chicago, IL 60603

                                              *Plaintiffs' Liaison Counsel*

DATED:      April 8, 2010