IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |

### DECLARATION OF ANNIKA K. MARTIN

I, Annika K. Martin, declare as follows:

1.  I am an attorney at the firm of Lieff, Cabraser, Heimann & Bernstein, LLP, Co-Lead Counsel for the Plaintiffs in the above-captioned class action. I make these statements based on personal knowledge and would so testify if called as a witness.

2.  I am a member in good standing of the bars of the State of New York; the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

3.  This Declaration is submitted in support of Plaintiffs' Motion for Final Approval of the Settlement.

4.  Lead Counsel has received three *pro se* submissions from class members in response to the Notice of Class Action Settlement. Copies of these submissions are attached here as Exhibits A (Motion for Additional Time to Enter Class of class member Marty Green), B (Request for District Court Review of Deadline for Designating Class Members Who Have Been Victim of Identity Theft of class member Marty Green) and C (Notice of Objection, Notice of

Appearance, and Request for Exclusion of class members Steven and Patricia Dye). It is unclear whether the latter was properly filed with the court, as it does not appear on PACER.

5. Marty Green's Motion for Additional Time to Enter Class requests clarification of his status as a class member due to issues of potential identity theft in connection with the Ameriquest loans in his name. *See* Exhibit A ¶ 2. His Request For District Court Review of Deadline for Designating Class Members Who Have Been Victim of Identity Theft seeks review by the Court of issues that Mr. Green believes indicate identity theft and suggests that Mr. Green will provide documentation of identity theft to the Court, documentation that has not been provided as of the date of this Declaration. *See* Exhibit B.

6. In a telephone conversation with Mr. Green on March 8, 2010, I discussed his submissions with him and told him that he was in the Settlement Administrator's database as a class member. I confirmed that telephone conversation in a letter to Mr. Green dated the same day.

7. On April 6, 2010, the Court issued a Minute Order (Docket No. 3502) terminating Mr. Green's Motion for Additional Time and granting him until April 15, 2010 to file his claim. Per the Court's Order, I contacted Mr. Green and advised him that we have contacted the Claims Administrator to ensure that his claim is now deemed filed if Mr. Green so desires. Mr. Green told me that he chooses not to file a claim.

8. On April 7, the Court took Mr. Green's Request for District Court Review of Deadline for Designating Class Members Who Have Been Victim of Identity Theft under advisement (Docket No. 3505). As Mr. Green has provided no support for his allegations and is unclear about the relief he seeks, I have not been able to address these issues with Mr. Green. To

the extent that Mr. Green's pleading constitutes an objection to the Settlement, it is not supported by anything in the record before the Court.

9. Steven and Patricia Dye's Notice of Objection, Notice of Appearance and Request for Exclusion indicates they wish to opt out of the Settlement. Accordingly, the Settlement Administrator has included Steve Dye on its list of class members who have requested exclusion. *See* Affidavit of Settlement Administrator Concerning Notification (Docket No. 3495). I also confirmed this in a letter to Mr. and Mrs. Dye dated April 2, 2010, attached as Exhibit D.

10. Remaining matters, if any, raised by these filings are addressed in Class Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Final Approval of Settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of April, 2010 in New York, New York.

_____
Annika K. Martin

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Ameriquest Mortgage Co. Mortgage Lending Practices Litigation Plaintiff, | ) ) ) ) | |
| vs. | ) ) | Civil Action No. 05 – CV - 07097 |
| | ) ) | Hon. Marvin E. Aspen |
| Ameriquest Mortgage Co. Mortgage Lending Practices Litigation Defendant. | ) ) ) ) | |

## MOTION FOR ADDITIONAL TIME TO ENTER CLASS

COMES NOW Marty Green, an Individual, un-defined party to the above styled lawsuit and/or class.

1. I am Marty Green.

2. I am not clearly defined as a class member due to unusual circumstances incorporated into additional response documents.

3. I wish to be defined as a class member so that I affirm my specific objections to the settlement in this case however the pamphlet notice makes no provision for specific circumstances as described in attached, Brief in Support of Motion for Additional Time.

4. I wish to be both excluded and included in the option settlement primarily with specific instructions set forth by the Court regarding my status as a class member.

1

5. Review of Supplemental Briefs, the Brief in Support and Documents filed with request for placement under seal should be considered.

6. I pray the Honorable Judge Marvin E. Aspen use his authority to consider any and all issues in my plain language request, supplemental briefs, and additional documents to be provided for the Courts consideration.

7. I incorporate my time and extend my full availability so that if my considerations are deemed important to the case or settlement, that these issues brought to the Court's attention with absolute concern for the full disclosure of all material facts, and affirm that I make this effort with my best intentions to help and not hinder this matter, settlement, or fairness.

Respectfully submitted this 22nd Day of February, 2010.

Marty Green
(pro se)

Marty Green
PO BOX 555
Flintstone, Georgia 30725

Email martincraiggreen@hotmail.com

2

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ameriquest Mortgage Co. Mortgage Lending Practices Litigation Plaintiff, | ) ) ) ) | |
| vs. | ) ) ) | Civil Action No. 05 – CV - 07097 |
| | ) | Hon. Marvin E. Aspen |
| Ameriquest Mortgage Co. Mortgage Lending Practices Litigation Defendant. | ) ) ) ) | |

### Request For District Court Review Regarding Deadline For Designating Class Members Who Have Been Victim of Identity Theft

COMES NOW Marty Green, I am an unverified class member.

1. I wish to opt in, and both opt out as a class member; however I cannot determine my eligibility due to the extreme circumstances, where I have been a specific victim of Defendants fraud.

2. As a victim of fraud and identity theft, Am I a class member who may participate in future hearings?

3. I would like to provide the Court with additional evidence and documents not yet considered, that may assist in providing fair conclusion, where review of this evidence and documents may in fact reveal the settlement as not suited to Defendant's specific responsibility regarding loans Defendant's present as

1

resolved, and those loans outstanding still, that have not been represented to the Court for review.

4. Please consider my plain language request - as a victim of fraud, I do not know if I am being represented as a Class member, of which consideration of myself and those similar may be important to this case and settlement.

Respectfully submitted this 22nd Day of February, 2010.

Marty Green
(pro se)

Marty Green
PO BOX 555
Flintstone, Georgia 30725

Email martincraiggreen@hotmail.com

2

Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL No.1715

Lead Case No. 05-cv-07097

Centralized before The
Honorable Marvin E. Aspen

Dye v. Ameriquest 06-cv-2087
Eastern District of Wisconsin

NOTICE OF OBJECTION, NOTICE OF APPEARANCE,
AND REQUEST FOR EXCLUSION

Objectors, Steven D. Dye and Patricia L. Dye NOW COME and state: that the Attorney's fees requested seem to be very much so out of proportion. Although, we are not positively sure, but it comes to mind that Roland Arnall who makes Bernie Madoff look like a rookie, still owns a vacation home in Colorado worth 46 million dollars. It seems fitting or fair that any asset of this type should be sold and applied to the class. If this is true the attorneys for the class have not earned 7 million dollars. <u>Bottom Line</u>.

Steven and Patricia Dye strongly feel that the **two** duplicate forged Fanne Mae 1003 application forms, (Steven did not sign these forms) attached to this notice are

linked to a scheme that allowed Citi Bank and Deutsch Bank to insure against Ameriquest's sick unregulated originating.

AIG makes Citi and Deutsch whole. While at the same time, all three of them and Ameriquest robbed the taxpayer's blind. Ameriquest must answer to why they needed to forge these Fannie Mae forms, and are these forms used in insuring the mortgage backed securities. The <u>bottom line</u> is the tax payer should not pay for bonuses and expensive homes if this unjust enrichment was procured by fraud.

Notice of appearance, and request for exclusion to pursue our fraud in the factum defense are respectfully submitted. According to Ameriquest's MDL settlement website, our loan number 0041265760, states that we are part of the class.

Dated: February 22, 2010

Steven D. Dye Sr.     Patricia L. Dye
7080 Kettle View Drive
West Bend, WI  53090
262-338-9639

2

## VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 7080 KETTLE VIEW DRIVE WEST BEND, WI 53090 | S / SFR | $ 245000 | $ 51600 | $ 0 | $ 568 | $ 88 | $ 0 |
| 7080 KETTLE VIEW DRIVE WEST BEND, WI 53090 | S / SFR | 245000 | 118000 | 0 | 1319 | 88 | 0 |
| 7080 KETTLE VIEW DRIVE WEST BEND, WI 53090 | S / SFR | 245000 | 23900 | 0 | 103 | 88 | 0 |
| Totals | | $ 0 | $ 193500 | $ 0 | $ 1990 | $ 265 | $ 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):
Alternate Name | Creditor Name | Account Number

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. | Purchase price | 0.00 |
| b. | Alterations, improvements, repairs | 0.00 |
| c. | Land (if acquired separately) | 0.00 |
| d. | Refinance (incl. debts to be paid off) | 193,500.00 |
| e. | Estimated prepaid items | 455.90 |
| f. | Estimated closing costs | 2,541.00 |
| g. | PMI, MIP, Funding Fee | 0.00 |
| h. | Discount (if Borrower will pay) | 2,938.41 |
| i. | Total costs (add items a through h) | 199,435.31 |
| j. | Subordinate financing | 0.00 |
| k. | Borrower's closing costs paid by Seller | 0.00 |
| l. | Other Credits (explain) | 0.00 / 0.00 / 0.00 / 0.00 / 0.00 |
| m. | Loan amount (exclude PMI, MIP, Funding Fee financed) | 220,500.00 |
| n. | PMI, MIP, Funding Fee financed | 0.00 |
| o. | Loan amount (add m & n) | 220,500.00 |
| p. | Cash from/ to Borrower (subtract j, k, l & o from i) | -21,064.69 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | Co-Borrower |
|---|---|---|
| a. Are there any outstanding judgments against you? | No | — |
| b. Have you been declared bankrupt within the past 7 years? | No | — |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | No | — |
| d. Are you a party to a lawsuit? | No | — |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure... | No | — |
| f. Are you presently delinquent or in default on any Federal debt... | No | — |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | No | — |
| h. Is any part of the down payment borrowed? | No | — |
| i. Are you a co-maker or endorser on a note? | No | — |
| j. Are you a U.S. citizen? | Yes | — |
| k. Are you a permanent resident alien? | No | — |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | Yes | — |
| m. Have you had an ownership interest in a property in the last three years? | Yes | — |
| (1) What type of property did you own — principal residence (PR), second home (SH), or investment property (IP)? | PR | |
| (2) How did you hold title to the home — solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

Borrower's Signature: X [signed] Date: 12/24/02
Co-Borrower's Signature: X [signed] Date: 12/24/02

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

BORROWER — Race/National Origin: [X] I do not wish to furnish this information
Sex: [X] Male

CO-BORROWER — Race/National Origin: [ ] I do not wish to furnish this information
Sex: [ ] Female [ ] Male

To be Completed by Interviewer
This application was taken by:
[ ] face-to-face interview
[ ] by mail
[X] by telephone

Interviewer's Name: David Crist
Interviewer's Signature: [signed] David Crist  Date: 11-25-02
Interviewer's Phone Number: (262) 792-1631

Name and Address of Interviewer's Employer:
Ameriquest Mortgage Company
325 N. Corporate Dr., # 260
Brookfield, WI 53045

Page 3 of 4

Fannie Mae Form 1003
10/92 Freddie Mac Form 65 10/92

## Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| 7060 KETTLE VIEW DRIVE WEST BEND, WI 53090 | S | SFR | 245000 | 51600 | 0 | 568 | 90 | 0 |
| 7080 KETTLE VIEW DRIVE WEST BEND, WI 53090 | S | SFR | 245000 | 118000 | 0 | 1319 | 88 | 0 |
| 7080 KETTLE VIEW DRIVE WEST BEND, WI 53090 | S | SFR | 245000 | 23900 | 0 | 103 | 88 | 0 |
| Totals | | | | 193500 | 0 | 1990 | 265 | 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):
Alternate Name — Creditor Name — Account Number

### VIII. DETAILS OF TRANSACTION / IX. DECLARATIONS

| | | | |
|---|---|---|---|
| a. Purchase price | 0.00 | | |
| b. Alterations, improvements, repairs | 0.00 | | |
| c. Land (if acquired separately) | 0.00 | | |
| d. Refinance (incl. debts to be paid off) | 193,500.00 | | |
| e. Estimated prepaid items | 455.90 | | |
| f. Estimated closing costs | 2,541.00 | | |
| g. PMI, MIP, Funding Fee | 0.00 | | |
| h. Discount (if Borrower will pay) | 2,938.41 | | |
| i. Total costs (add items a through h) | 199,435.31 | | |
| j. Subordinate financing | 0.00 | | |
| k. Borrower's closing costs paid by Seller | 0.00 | | |
| l. Other Credits (explain) | 0.00 / 0.00 / 0.00 / 0.00 / 0.00 | | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 220,500.00 | | |
| n. PMI, MIP, Funding Fee financed | 0.00 | | |
| o. Loan amount (add m & n) | 220,500.00 | | |
| p. Cash from/to Borrower (subtract j, k, l & i from o) | -21,064.69 | | |

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

Declarations (Borrower / Co-Borrower):
a. Are there any outstanding judgments against you? — No
b. Have you been declared bankrupt within the past 7 years? — No
c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? — No
d. Are you a party to a lawsuit? — No
e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? — No
f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? — No
g. Are you obligated to pay alimony, child support, or separate maintenance? — No
h. Is any part of the down payment borrowed? — No
i. Are you a co-maker or endorser on a note? — No
j. Are you a U.S. citizen? — Yes
k. Are you a permanent resident alien? — No
l. Do you intend to occupy the property as your primary residence? — Yes
m. Have you had an ownership interest in a property in the last three years?
   (1) What type of property did you own — principal residence (PR), second home (SH), or investment property (IP)? — PR
   (2) How did you hold title to the home — solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? — SP

### X. ACKNOWLEDGEMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X [signature] | 12/24/02 | X | 12/24/02 |

### X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

BORROWER
Race/National Origin: [X] I do not wish to furnish this information
[ ] American Indian or Alaskan Native   [ ] Asian or Pacific Islander   [ ] White, not of Hispanic origin   [ ] Black, not of Hispanic origin   [ ] Hispanic   [ ] Other (specify)

Sex: [ ] Female   [X] Male

CO-BORROWER
Race/National Origin: [ ] I do not wish to furnish this information
[ ] American Indian or Alaskan Native   [ ] Asian or Pacific Islander   [ ] White, not of Hispanic origin   [ ] Black, not of Hispanic origin   [ ] Hispanic   [ ] Other (specify)

Sex: [ ] Female   [ ] Male

To be Completed by Interviewer
This application was taken by:
[ ] face-to-face interview
[ ] by mail
[X] by telephone

Interviewer's Name (print or type): David Crist
Interviewer's Signature: [signature]  Date: 12/24/02
Interviewer's Phone Number (incl. area code): (262) 792-1631

Name and Address of Interviewer's Employer:
Ameriquest Mortgage Company
325 N. Corporate Dr., # 260
Brookfield, WI 53045

-21 (2210).07
Page 3 of 4
Fannie Mae Form 1003
10/92 Freddie Mac Form 65 10/92

# Exhibit D

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

250 HUDSON STREET, 8TH FLOOR
NEW YORK, NEW YORK 10013-1413
TELEPHONE: (212) 355-9500
FACSIMILE: (212) 355-9592
mail@lchb.com
www.lchb.com

SAN FRANCISCO
NASHVILLE

April 5, 2010

Steven D. and Patricia L. Dye
7080 Kettle View Drive
West Bend, WI 53090

   Re: <u>In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation</u>
     Client-Matter No. 2320-0001

Dear Mr. and Mrs. Dye:

  This letter is to confirm that, per your February 22, 2010 Notice of Objection, Notice of Appearance and Request for Exclusion, you appear on the Settlement Administrator's list of class members who have requested exclusion from the settlement.

         Very truly yours,

         Annika K. Martin

AKM:wp
864631.1