IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br><br> BORROWER CLASS PLAINTIFFS' ACTIONS | |

**OMNIBUS DECLARATION OF JILL H. BOWMAN, IN SUPPORT OF FINAL APPROVAL OF PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND EXPENSES**

1. My name is Jill H. Bowman. I along with my partner Terry A. Smiljanich have acted as co-lead counsel appointed by the Court representing the Borrower Class Plaintiffs in this multi-district proceeding. I am an attorney duly admitted to practice law in the state of Florida. I am a partner in the law firm of James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A. (hereinafter "James Hoyer").

2. I offer this omnibus declaration in support of final approval of the award of attorneys' fees and expenses in the amount of 33.3% of the $22 million dollar common fund stated in total dollars as $ 7.33 million and any accrued interest. The details of the Settlement, the litigation history, and the efforts of Class Counsel are fully articulated in the Joint Declaration of Co-Lead Class Counsel which has been filed simultaneously with this Court.

3. In support of the requested attorneys' fees and expense award, I have appended hereto the Declarations of all Class Counsel, including Co-Lead Class Counsel, Liaison Counsel, the Executive Committee, and all other contributing Class Counsel in the settled class cases. Notably, each of Plaintiffs' Class Counsel has executed a declaration attesting to their respective firm's and co-counsel's firm's services rendered and the calculable lodestar and expenses as follows:

1

| Exs. | Declarations of Counsel | Lodestar | Expenses | Total |
|---|---|---|---|---|
| A | Jill H. Bowman<br>James Hoyer Newcomer Smiljanich & Yanchunis, P.A. | $2,011,514.00 | $170,237.58 | $2,181,751.58 |
| B | Kelly Dermody<br>Lieff, Cabraser, Heimann & Bernstein, LLP | $1,441,100.00 | $210,317.02 | $1,651,417.02 |
| C | Gary Klein<br>Roddy, Klein & Ryan | $2,657,196.00 | $73,220.00 | $2,730,416.00 |
| D | Samuel H. Rudman<br>Robbins Geller Rudman & Dowd lLP | $1,978,837.50 | $147,192.07 | $2,126,029.57 |
| E | Michael Donovan<br>Donovan Searles, LLC | $170,831.25 | $2,529.86 | $173,361.11 |
| F | William H. Crowder<br>Crowder Teske PLLP/Crowder, Bedor & Paulson, LLP | $515,204.50 | $2,920.54 | $518,125.04 |
| G | Marvin Miller<br>Miller Law LLC | $576,071.50 | $11,009.44 | $587,080.94 |
| H | Doug Bowdoin<br>Doug Bowdoin, P.A. | $115,800.00 | $955.86 | $116,755.86 |
| I | Anthony Valach<br>The Law Offices of Daniel Harris | $290,468.25 | $1,491.65 | $291,959.90 |
| J | Daniel A. Edelman<br>Edelman, Combs, Latturner & Goodwin, LLC | $207,119.50 | $12,461.52 | $219,581.02 |
| K | Emmett C. Stanton<br>Fenwick & West LLP | $579,868.00 | $31,763.97 | $611,631.97 |
| L | Bryan A. Vroon<br>Law Offices of Bryan A. Vroon, LLC | $140,036.11 | $5,646.83 | $145,682.94 |
| M | Daniel O. Myers<br>Richardson Patrick Westbrook & Brickman, LLC | $246,982.50 | $120,010.50 | $366,993.00 |

|   |   |   |   |   |
|---|---|---|---|---|
| N | Edward S. Zusman<br>Markun Zusman &<br>Compton LLP | $116,070.00 | $175.58 | $116,245.58 |
| O | Gary Cook<br>The Law Offices of Gary Cook | $45,850.00 |   | $45,850.00 |
| P | Martin E. Wolf<br>Quinn, Gordon & Wolf, Chtd. | $20,760.00 | $397.20 | $21,157.20 |
| Q | Helen Forbes Fields<br>Forbes, Fields &<br>Associates Co., L.P.A. | $36,296.30 |   | $36,296.30 |
| R | M. Blair Payne<br>Darby, Peele, Bowdoin & Payne | $54,150.00 | $610.03 | $54,760.03 |
| S | Earl P. Underwood, Jr.<br>Earl P. Underwood | $38,895.00 |   | $38,895.00 |
| **Totals** |   | **$11,243,050.41** | **$790,939.65** | **$12,033,990.06** |

4. Based upon our review and reliance on the Declarations submitted herewith, the total cumulative lodestar of all Class Counsel in this proceeding is $ 11,243,050.41 and the total cumulative expenses to date is $ 790,939.65 for a total of $ 12,033,990.66.

5. In light of the foregoing, I believe that Class Counsels' request for attorneys' fees and expenses in the amount of 33.3% of the common fund or $7.33 million and any accrued interest, which amount is well below the collective $ 12,033,990.06 lodestar and expenses is modest and eminently reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and was executed in Tampa, Florida on April 8, 2010.

/s/ *Jill H. Bowman*
JILL H. BOWMAN