# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re AMERIQUEST MORTGAGE CO. | ) | **MDL NO. 1715** |
| Mortgage Lending Practices Litigation | ) | **Lead Case No. 05-CV-7097** |
| | ) | |
| | ) | **Centralized before the** |
| | ) | **HONORABLE MARVIN E. ASPEN** |
| | ) | |
| | ) | **ATTORNEY FEE** |
| | ) | **DECLARATION** |
| | ) | |

I, Kelly M. Dermody, declare as follows:

1.  I am a partner in Lieff Cabraser Heimann & Bernstein LLP ("LCHB").

    During the period pertinent to this declaration, from 2003 to the present,

    LCHB has been:

    a.  Co-Lead Counsel for the putative class of borrowers with mortgage loans

        originated or serviced by Ameriquest Mortgage Company and its

        affiliates; and

    b.  Co-counsel for Named Plaintiffs Cheryl Williams, George Barber, Crisella

        Barber, Debra Holloway, and Laurence Osten.

2.  The lodestar for hourly fees for time expended by LCHB in representing the

    above-named Plaintiffs and Class Plaintiffs is $1,441,100.50.

3.  The costs incurred by LCHB in representing the above-named Plaintiffs and

    the Class Plaintiffs are $210,317.02.

4.  Attached hereto as Exhibits A and B are true and accurate records of the time

    and costs LCHB expended providing counsel to the above-named Plaintiffs

    and to the Class Plaintiffs in general with respect to the instant matter.

5. In my opinion, the attached lodestar summary reasonably reflects LCHB's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

6. Moreover, throughout the litigation LCHB maintained hourly time records and detailed cost records that support the attached lodestar summary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of April, 2010 in San Francisco, California.

Kelly M. Dermody

Sworn to and subscribed in my presence this 7th day of April, 2010.

Notary Public

3/31/13

My Commission Expires

# Exhibit A

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| Report created on   04/07/2010 01:59:17 PM | | From | Inception |
|---|---|---|---|
| | | To | Present |

**Matter Number: 2320-0001**      **AMERIQUEST MORTGAGE - MDL**

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ELIZABETH CABRASER | 0.30 | 850.00 | 255.00 |
| WILLIAM BERNSTEIN | 3.60 | 850.00 | 3,060.00 |
| KELLY DERMODY | 720.70 | 650.00 | 468,455.00 |
| CARYN BECKER | 322.70 | 450.00 | 145,215.00 |
| ELIZABETH ALEXANDER | 0.50 | 500.00 | 250.00 |
| RACHEL GEMAN | 441.40 | 550.00 | 242,770.00 |
| | **1,489.20** | | **860,005.00** |

### ASSOCIATE

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CARYN BECKER | 121.60 | 320.00 | 38,912.00 |
| PRITHIKA BALAKRISHNAN | 7.00 | 250.00 | 1,750.00 |
| FATIMA KHAN | 1.00 | 250.00 | 250.00 |
| CHRISTOPHER LEUNG | 4.50 | 360.00 | 1,620.00 |
| ANNIKA MARTIN | 94.50 | 410.00 | 38,745.00 |
| SHARMILA MURTHY | 73.10 | 410.00 | 29,971.00 |
| JAHAN SAGAFI | 0.60 | 395.00 | 237.00 |
| GENA WILTSEK | 616.80 | 390.00 | 240,552.00 |
| HEATHER WONG | 23.30 | 390.00 | 9,087.00 |
| RACHEL GEMAN | 0.30 | 320.00 | 96.00 |
| NIREJ SEKHON | 1.40 | 375.00 | 525.00 |
| ERIK SHAWN | 1.00 | 400.00 | 400.00 |
| | **945.10** | | **362,145.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| DAWN BEHRMANN | 1.00 | 245.00 | 245.00 |
| SHIRLEY CHISOLM | 40.30 | 180.00 | 7,254.00 |
| SUZANNE HAMILTON | 19.60 | 245.00 | 4,802.00 |
| NICOLAS MENARD | 9.60 | 205.00 | 1,968.00 |
| ADELINA ACUNA | 1.60 | 215.00 | 344.00 |
| RICHARD ANTHONY | 27.10 | 245.00 | 6,639.50 |
| JOHN CROWLEY-DELMAN | 15.40 | 135.00 | 2,079.00 |
| ROBERT DE MARIA | 1.00 | 210.00 | 210.00 |
| SARA FINE | 30.00 | 155.00 | 4,650.00 |
| LINDSEY GRUMBO | 31.50 | 225.00 | 7,087.50 |
| MEREDITH HARTNETT | 5.50 | 155.00 | 852.50 |

Exhibit A

Page 2 of 2

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| IAN JACKSON | 65.10 | 155.00 | 10,090.50 |
| GREGORY LEWIS | 129.00 | 210.00 | 27,090.00 |
| JESSICA LOPEZ-TELLO | 25.80 | 215.00 | 5,547.00 |
| SALLY NGUYEN | 4.00 | 115.00 | 460.00 |
| ELI PETERSON | 105.10 | 225.00 | 23,647.50 |
| STACY SAKAMOTO | 123.10 | 235.00 | 28,928.50 |
| MARTINE TARIOT | 0.50 | 180.00 | 90.00 |
| ALEXANDER ZANE | 65.40 | 235.00 | 15,369.00 |
| KIRTI DUGAR | 32.50 | 345.00 | 11,212.50 |
| | 733.10 | | 168,566.50 |

**OTHER**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| SCOTT ALAMEDA | 30.40 | 260.00 | 7,904.00 |
| ROBERT DE MARIA | 4.30 | 295.00 | 1,268.50 |
| WENDY DOLL | 0.50 | 190.00 | 95.00 |
| ADAM ELSHOLZ | 7.60 | 180.00 | 1,368.00 |
| MARK MACATEE | 1.10 | 175.00 | 192.50 |
| MAJOR MUGRAGE | 45.40 | 260.00 | 11,804.00 |
| RENEE MUKHERJI | 6.30 | 210.00 | 1,323.00 |
| ANTHONY GRANT | 1.50 | 260.00 | 390.00 |
| RALPH HUGO | 10.10 | 250.00 | 2,525.00 |
| SAT KRIYA KHALSA | 128.90 | 260.00 | 33,514.00 |
| | 236.10 | | 60,384.00 |
| **MATTER TOTALS** | **3,403.50** | | **1,441,100.50** |

Exhibit A

# Exhibit B

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on    04/07/2010 03:34:43 PM

| | Current = | 04/01/10 | To | 04/07/10 |
|---|---|---|---|---|
| | Matter-to-Date = | Inception | To | Present |

### AMERIQUEST MORTGAGE - MDL

**Matter Number: 2320-0001**

#### Soft Costs Incurred

| | Current | Matter-to-Date |
|---|---|---|
| Fax | $0.00 | $1,296.00 |
| Federal Express/Messenger | $0.00 | $12.02 |
| In-House Copies | $0.00 | $10,155.80 |
| Postage | $0.44 | $229.51 |
| Print | $326.40 | $5,705.40 |
| Telephone | $78.86 | $3,068.01 |
| **Total Soft Costs:** | **$405.70** | **$20,466.74** |

#### Hard Costs Incurred

| | Current | Matter-to-Date |
|---|---|---|
| Books/Subscriptions | $0.00 | $191.95 |
| Computer Research | $0.00 | $29,587.96 |
| Deposition/Transcripts | $0.00 | $8,086.28 |
| Electronic Database | $0.00 | $34,001.79 |
| Experts/Consultants | $0.00 | $40,457.92 |
| Federal Express/Messenger | $0.00 | $1,615.99 |
| Filing Fees | $0.00 | $300.00 |
| Mediation Expenses | $0.00 | $52,687.73 |
| Notices/Publications/Bonds | $0.00 | $1,000.00 |
| Other Charges | $0.00 | $45.00 |
| Other Research | $0.00 | $453.80 |
| Outside Copy Service | $0.00 | $1,058.55 |
| Postage | $0.00 | $3,980.80 |
| Process Service | $0.00 | $302.50 |
| Telephone | $0.00 | $2,199.27 |
| Travel | $0.00 | $13,880.94 |
| **Total Hard Costs:** | **$0.00** | **$189,850.28** |
| **Total Matter Costs:** | **$405.70** | **$210,317.02** |
| **Total Cost Receipts:** | **$0.00** | **$0.00** |
| **Net Costs:** | **$405.70** | **$210,317.02** |

Exhibit B