# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST
MORTGAGE CO. MORTGAGE
LENDING PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO:

BORROWER AND NON-
BORROWER
CLASS PLAINTIFFS' ACTIONS

MDL No. 1715

Lead Case No. 05-cv-
07097

(Centralized before The
Honorable Marvin E.
Aspen)

## RODDY KLEIN & RYAN
## ATTORNEY FEE DECLARATION

I, Gary Klein, declare as follows:

1.    I am an attorney at law duly admitted to practice in the Commonwealth of

Massachusetts. I am a partner in the law firm of Roddy Klein & Ryan

("RKR"). I submit this declaration in support of the settlement and the

stipulation on attorney's fees and expenses reached by the parties in this case.

2.    RKR, along with Lieff, Cabraser, Heimann & Bernstein ("LCHB") and James,

Hoyer, Newcomer & Smiljanich, P.A. ("JHNS"), are the Court-appointed Co-

Lead Counsel for all of the class actions transferred and consolidated into

MDL 1715.

3.    Since 2004, RKR has represented the Plaintiffs in *Murphy, et. al. v.*

*Ameriquest Mortgage Co.*, Case No. 04-CV-12651 (RWZ) (D. Mass). Since

2005, RKR, with local counsel, has represented Plaintiffs in *Williams, et al. v.*

*Ameriquest Mortgage Company*, Civil Action No. 05-cv-1036 (EAK) (Circuit

Court of the Sixth Judicial District Pinellas County, Florida). Since 2005,

RKR, with LCHB, have represented the Plaintiffs in *Williams, et al., v. Ameriquest Mortgage Company*, Case No. 05-cv-06189 (LTS) (S.D.N.Y. 2005). Each of these class actions was transferred and consolidated into MDL 1715 and is encompassed in the settlement.

4.  RKR participated in every aspect of the litigation and settlement of this case including investigation, preparation and drafting of pleadings, discovery, document review and analysis, deposition of witnesses, settlement negotiations, and preparation of settlement documentation, as summarized in the Joint Declaration of Counsel ("Joint Declaration") filed separately in this matter.

5.  The spreadsheet extract set out below presents a summary indicating the time spent on this case from September 28, 2004 through April 8, 2010 by the attorneys and professionals of RKR. The chart includes the name of each professional who has worked on the case, his or her current hourly billing rate and the number of hours expended on this matter. This chart was derived from contemporaneous daily time records my firm compiled on this matter, which are kept in the billing program Filemaker Pro.

6.  RKR's hourly billing rates are consistent with those of other lawyers with similar background and expertise in the relevant communities. They have routinely been approved in various courts in similar contexts to those present here.

7.  Our firm has also expended a total of $73,219.59 in unreimbursed expenses in connection with the prosecution of this litigation. The expenses incurred

2

pertaining to this case are reflected in the books and records of RKR. These
books and records are prepared from expense vouchers and check records and
are an accurate record of the expenses incurred. The expenses are recorded at
the same rates at which the firms bill all of our clients for such charges.

## AMERIQUEST: RKR TIME AND EXPENSE BILLING EXTRACT

| | TITLE | RATE | HOURS | TOTAL | Expenses |
|---|---|---|---|---|---|
| **RKR** | | | | | |
| Gary Klein | Partner | $625 | 2635 | $1,646,694 | |
| Shennan Kavanagh | Associate | $395 | 1880 | $742,482 | |
| John Roddy | Partner | $625 | 21 | $13,419 | |
| Elizabeth Ryan | Partner | $625 | 210 | $130,950 | |
| Gillian Feiner | Associate | $350 | 269 | $94,150 | |
| Kevin Costello | Associate | $395 | 7 | $2,568 | |
| Jennifer Pereira | Legal Assistant | $200 | 105 | $21,000 | |
| Mary McClay | Legal Assistant | $210 | 28 | $5,933 | |
| **TOTAL FEES** | | | 5155 | $2,657,196 | |
| | | | | | $73,220 |
| **TOTAL FEES AND EXPENSES** | | | | $2,730,416 | |

8.    Throughout the litigation RKR maintained hourly time records and detailed
cost records that support the above lodestar summary.

9.    RKR's compensation for the services rendered to the class is wholly
contingent. Any fees and reimbursement of expenses will be limited to the
stipulated amount agreed to by Ameriquest, subject to the approval of the
Court.

10.    In addition, to the time and expenses described above, RKR expects to
continue to work on this matter following final approval of the Settlement.
That work will include supervision of the distribution of the Settlement Fund,

3

supervision of the organization handling requests for homeownership counseling, addressing filed appeals, if any, responding to class member inquiries, addressing late-filed claims, and oversight and enforcement of the terms of the Settlement Agreement. Based on experience with other settlements of this type, RKR anticipates spending a minimum of 100 additional hours on this matter at a blended rate of $450.

11.     In my opinion, the attached lodestar summary reasonably reflects RKR's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

12.     In my opinion, the time expended and expenses incurred in prosecuting this action were reasonable and necessary for the diligent litigation of the matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of April, 2010.

*/s/ Gary Klein*
Gary Klein

4

# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) | MDL No. 1715 |
| | ) | Lead Case No. 05-cv-07097 |
| ——————————————— | ) ) | (Centralized before the Honorable Marvin E. Aspen) |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) ) ) | |

DECLARATION OF SAMUEL H. RUDMAN FILED ON BEHALF OF ROBBINS GELLER
RUDMAN & DOWD LLP IN SUPPORT OF PAYMENT OF ATTORNEYS' FEES AND
EXPENSES

SAMUEL H. RUDMAN, declares under penalty of perjury:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP[1] ("Robbins Geller").

2.      During the period pertinent to this declaration, from inception through March 22, 2010, Robbins Geller was counsel for Steven H. Ungar, Richard A. Madrazo, Yamil Montanez, and Kerri Capasso in *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715 (the "MDL Action") and Leonardo Valdes, Frank Mendez, Jr., Sari Boyce, Evelyn Williams and Andre R. Apodaca in *Leonardo Valdes, et al. v. Ameriquest Mortgage Company*, Case No. RG05236537 (the "California Action").

3.      In addition to serving on the Executive Committee and as counsel for the above-referenced plaintiffs in the MDL Action, Robbins Geller served as counsel for plaintiffs in the California Action, a hard fought litigation that began in 2005. The California Action alleges claims on behalf of a class of all consumers who are citizens of the State of California and obtained a loan through Ameriquest Mortgage Company ("Ameriquest") during the period September 23, 2001 through the present, inclusive, for property located in California against defendant Ameriquest for violations of Cal. Bus. & Prof. Code §§17200, et seq., and §§17500, et seq., fraud, negligent misrepresentation, and unjust enrichment. Among other things, the California Action alleges that Ameriquest engaged in deceptive acts and practices, and defrauded members of the Class by: (i) charging plaintiffs and the members of the Class "Loan Discount Fees" but failing to properly discount the loans (*i.e.*, reduce the interest rate) in consideration for those fees; and (ii) misrepresenting the amount of money that plaintiffs and the members of the Class were being

---

[1] As of March 31, 2010, Coughlin Stoia Geller Rudman & Robbins LLP changed its name to Robbins Geller Rudman & Dowd LLP.

charged for "Loan Origination Fees" by hiding those fees within the amount charged for Loan Discount Fees.

4.  On behalf of plaintiffs and the class in the California Action, Robbins Geller, among other things, filed three complaints, successfully opposed defendant's motion to dismiss, engaged in contentious discovery motion practice, and opposed a motion for summary judgment. The settlement contemplated by the MDL Action encompasses the claims alleged in the California Action and is supported by the plaintiffs in the California Action.

5.  The total number of hours spent on the MDL Action by my firm is 583.50. The total lodestar amount for attorney/paralegal/paraprofessional time based on the firm's current rates is $250,778.75. The hourly rates shown on the summary chart attached hereto as Exhibit 1 are the usual and customary rates charged for each individual in all of our cases.

6.  The total number of hours spent on the California Action by my firm is 3,939.00. The total lodestar amount for attorney/paralegal/paraprofessional time based on the firm's current rates is $1,728,058.75. The hourly rates shown on the summary chart attached hereto as Exhibit 2 are the usual and customary rates charged for each individual in all of our cases.

7.  In my opinion, the attached lodestar summary reasonably reflects Robbins Geller's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

8.  My firm incurred a total of $61,105.60 in unreimbursed expenses in connection with the prosecution of the MDL Action, broken down into categories in the chart attached hereto as Exhibit 3.

9.  In addition, my firm incurred a total of $86,086.47 in unreimbursed expenses in connection with the prosecution of the California Action, broken down into categories in the chart attached hereto as Exhibit 4.

10.     The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

SAMUEL H. RUDMAN

# EXHIBIT 1

## Ameriquest MDL

### Robbins Geller Rudman & Dowd LLP
Time Report from Inception through 3/22/10

| Name | | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Geller, Paul J | (P) | 14.50 | 735 | 10,657.50 |
| George, David | (P) | 30.00 | 665 | 19,950.00 |
| Kaufman, Evan | (P) | 163.00 | 615 | 100,245.00 |
| Rudman, Samuel H. | (P) | 12.75 | 745 | 9,498.75 |
| Creekmore, Courtland | (A) | 5.25 | 600 | 3,150.00 |
| Robbins, Robert | (A) | 35.75 | 495 | 17,696.25 |
| Harris, Desiree L. | (MIS) | 14.00 | 295 | 4,130.00 |
| Investigator | | 38.50 | 315-420 | 14,332.50 |
| Paralegal I | | 21.00 | 295 | 6,195.00 |
| Paralegal II | | 216.75 | 265-280 | 57,483.75 |
| Document Clerk | | 32.00 | 225-235 | 7,440.00 |
| | **TOTAL:** | **583.50** | | **$ 250,778.75** |

(P) Partner
(A) Associate
(MIS) Information Technology

# EXHIBIT 2

**Ameriquest CA**

**Robbins Geller Rudman & Dowd LLP**
Time Report from Inception through 3/22/10

| Name | | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Green, Kevin K. | (P) | 5.50 | 615 | 3,382.50 |
| Kathrein, Reed R. | (P) | 28.00 | 575 | 16,100.00 |
| Kaufman, Evan | (P) | 777.00 | 615 | 477,855.00 |
| Rudman, Samuel H. | (P) | 3.50 | 745 | 2,607.50 |
| Seefer, Christopher | (P) | 959.25 | 555 | 532,383.75 |
| Ahmed, Sayed Ashar | (A) | 608.00 | 345 | 209,760.00 |
| Blasy, Mary K. | (A) | 18.00 | 515 | 9,270.00 |
| Kagan, Fainna | (A) | 97.50 | 345 | 33,637.50 |
| Scarlett, Shana E. | (A) | 224.75 | 445 | 100,013.75 |
| Torres, Carolina | (A) | 18.50 | 380 | 7,030.00 |
| Zeldes, Helen I. | (A) | 5.00 | 335 | 1,675.00 |
| Baker, D. Cameron | (OC) | 42.25 | 535 | 22,603.75 |
| Mottek, Jacqueline | (OC) | 18.75 | 495 | 9,281.25 |
| Connelly, Joseph | (SA) | 83.00 | 260 | 21,580.00 |
| Serafimova, Olga | (SA) | 13.00 | 260 | 3,380.00 |
| Economic Analyst | | 8.00 | 295-370 | 2,510.00 |
| Information Technology | | 15.00 | 240-305 | 4,347.50 |
| Investigator | | 46.25 | 300-420 | 17,790.00 |
| Paralegal I | | 108.00 | 245-295 | 31,418.75 |
| Paralegal II | | 602.75 | 225-280 | 159,831.25 |
| Paralegal III | | 109.25 | 215-285 | 27,640.00 |
| Document Clerk | | 147.75 | 210-235 | 33,961.25 |
| | **TOTAL:** | **3,939.00** | | **1,728,058.75** |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Summer Associate

# EXHIBIT 3

### Ameriquest MDL

### Robbins Geller Rudman & Dowd LLP
Expense Report from Inception through 3/22/10

| Disbursement | | Total |
|---|---|---|
| Meals, Hotel & Transportation | | 293.48 |
| Photocopies | $ | 382.00 |
| *In-House: (1,528 copies at $0.25 per page)* | *382.00* | |
| Postage | | 11.02 |
| Telephone, Facsimile | | 308.96 |
| Messenger, Federal Express | | 246.43 |
| Filing, Witness & Other Fees | | 940.00 |
| Lexis, Westlaw, Online Library Research | | 1,729.25 |
| Experts/Consultants/Investigators | | 57,194.46 |
| *Outside:* | *$* | |
| *James Mintz Group* | *57,194.46* | |
| | | |
| *TOTAL:* | **$** | **61,105.60** |

# EXHIBIT 4

**Ameriquest CA**

**Robbins Geller Rudman & Dowd LLP**
Expense Report from Inception through 3/22/10

| *Disbursement* | | | *Total* |
|---|---|---|---|
| Meals, Hotel & Transportation | | | 3,135.87 |
| Photocopies | | | 18,053.26 |
| *Outside:* | | 8,504.76 | |
| *In-House: (38,194 copies at $0.25 per page)* | | 9,548.50 | |
| Postage | | | 3,190.29 |
| Telephone, Facsimile | | | 1,402.87 |
| Messenger, Federal Express | | | 1,400.71 |
| Filing, Witness & Other Fees | | | 10,160.71 |
| Court Reporters | | | 1,113.66 |
| Lexis, Westlaw, Online Library Research | | | 18,285.54 |
| Class Action Notices/Business Wire | | | 6,159.81 |
| Mediation Fees | | | 2,125.00 |
| Experts/Consultants/Investigators | | | 21,058.75 |
| *Outside:* | | | |
| *James Mintz Group* | | 18,175.01 | |
| *L.R. Hodges* | | 2,883.74 | |
| *TOTAL:* | | S | 86,086.47 |