# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AMERIQUEST MORTGAGE CO. )<br>Mortgage Lending Practices Litigation )<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>HONORABLE MARVIN E. ASPEN<br><br>ATTORNEY FEE<br>DECLARATION |

I, Michael D. Donovan, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a partner in Donovan Searles, LLC. During the period pertinent to this
    declaration, from August 2005 through the present, Donovan Searles, LLC
    has been co-counsel along with the Stanley Mandel & Iola and the Law Office
    of Andrew S. Kierstead, for the following Plaintiffs in this litigation: Deborah
    Juillerat (n/k/a Mattila) and the Class.

2.  Attached hereto as Exhibit A is a true and accurate lodestar summary of the
    time for each of the law firms for Plaintiff and the Class expended in
    connection with the above-captioned litigation.

3.  Attached hereto as Exhibit B are firm biographies for each of the law firms
    that provided services to Plaintiff and the Class in connection with this
    litigation.

4.  In my opinion, the attached Exhibits reasonably reflect the experience in the
    field, the complexity of the matters involved in this litigation, and the
    prevailing rate for providing services to Plaintiff and the Class in connection
    with this litigation.

1

5.    The lodestar summaries attached hereto are based on and compiled from

hourly time reports and detailed cost records maintained in the ordinary

course of business by each of the law firms appearing on behalf of Plaintiff

and the Class in connection with the above-referenced litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

Executed this 24th day of March, 2010 in Philadelphia, Pennsylvania.

MICHAEL D. DONOVAN

# EXHIBIT A

# IN RE: AMERIQUEST LITIGATION

## TIME REPORT

### DONOVAN SEARLES, LLC

1845 Walnut Street
SUITE 1100
Philadelphia, PA 19103

## TIME PERIOD: INCEPTION - March 23, 2010

Catagories:

A  Pre-Filing Investigation
B  Pleadings
C  Merits Discovery and Post-Filing Fact Investigation
D  Class Certification
E  Legal Research, Briefs & Pretrial Motions

F  Settlement
G  Court Appearance & Preparations
H  Depositions & Experts
I  Case Management, Conference, Interviews, Telephone Calls, Meetings, & Correspondence

| ATTORNEY NAME | Status | A | B | C | D | E | F | G | H | I | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael D. Donovan | P | 5.00 | 69.50 | 23.20 | | | 8.20 | | 1.00 | 39.80 | 146.70 | $700.00 | $102,690.00 |
| David A. Searles | P | | 1.80 | | | 1.50 | | | | 1.90 | 5.20 | $650.00 | $3,380.00 |
| Aaron M. Kaplan | A | | 23.90 | | | 0.80 | | | | | 24.70 | $225.00 | $5,557.50 |
| Andrew M. Milz | A | | | 20.60 | | | | | | 7.45 | 28.05 | $225.00 | $6,311.25 |
| Christian Koerner | PL | | 24.50 | | | 2.00 | | | | 8.00 | 34.50 | $175.00 | $6,037.50 |
| **TOTALS** | | | | | | | | | | | 239.15 | | $123,976.25 |

*Status: P=Partner, A=Associate, PL=Paralegal

# IN RE: AMERIQUEST LITIGATION

## EXPENSE REPORT
## DONOVAN SEARLES, LLC

1845 Walnut Street
Suite 1100
Philadelphia, PA 19103

## TIME PERIOD: INCEPTION - March 23, 2010

| Description | Cumulative Total |
|---|---|
| Phone | $19.14 |
| Copying Charges | $185.25 |
| WestLaw | $1,640.00 |
| | |
| **TOTAL EXPENSES** | **$1,844.39** |

# Stanley•Iola, LLP

**ATTORNEYS AND COUNSELORS**
3100 Monticello
Suite 750
Dallas, Texas 75205
(214) 443-4300

March 17, 2010

Ameriquest
c/o Martin Woodward
3100 Monticello Avenue
Suite 750
Dallas, TX 75205
**In Reference To:**   Ameriquest
Client Matter No.:  1271.00

**Invoice #  3371**

### FOR PROFESSIONAL SERVICES RENDERED

| | Hrs/Rate | AMOUNT |
|---|---|---|
| Marc R. Stanley | 5.00 650.00/hr | 3,250.00 |
| Martin Woodward | 4.75 400.00/hr | 1,900.00 |
| Matthew J. Zevin | 16.00 500.00/hr | 8,000.00 |
| Roger L. Mandel | 3.75 600.00/hr | 2,250.00 |
| **TOTAL FEES** | **29.50** | **$15,400.00** |

**EXPENSES**

| | |
|---|---|
| Copy Services | 23.52 |
| Courier & Delivery | 305.86 |
| Filing Fees | 250.00 |
| Long Distance | 4.29 |
| Postage | 5.19 |

Ameriquest

Page    2

**AMOUNT**

Research                                                                        11.61

Service Fees                                                                  85.00

**TOTAL EXPENSES**                                                 **$685.47**

**TOTAL AMOUNT OF THIS BILL**                         **$16,085.47**

**BALANCE DUE**                                                     **$16,085.47**

**Federal Tax Identification No.: 75-2682842**

Andrew S. Kierstead, Attorney at Law

Admitted in Oregon
and California

March 23, 2010

Ameriquest
c/o Andrew Kierstead
1001 SW 5th Ave., Suite 1100
Portland, OR 97204

Re:  Ameriquest

## FOR PROFESSIONAL SERVICES RENDERED

| | Hrs/Rate | Amount |
|---|---|---|
| Andrew Kierstead | 69.9 | $31,455.00 |
| | 450.00/hr | |
| **Total Fees** | 69.9 | $31,455.00 |
| **Total Amount Of This Bill** | | $31,455.00 |

# EXHIBIT B

# *DONOVAN SEARLES, LLC*

1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Phone 215-732-6067
Fax 215-732-8060
www.donovansearles.com

Michael D. Donovan, Esquire                                        David A. Searles, Esquire
mdonovan@donovansearles.com                                  dsearles@donovansearles.com

DONOVAN SEARLES, LLC, located in Philadelphia, Pennsylvania, is a law firm dedicated to providing first class litigation services to investors, consumers and small businesses. The firm's principals have substantial trial and appellate court experience prosecuting complex commercial and consumer cases. The members of the firm have appeared or argued before the United States Supreme Court, various federal and state appellate courts, the state Supreme Courts of New Jersey and Pennsylvania and federal and state trial courts throughout the country. The firm's nationwide practice focuses on class actions, shareholders' rights, consumer and commercial litigation as well as employment-related disputes. The firm strives to provide consumers, investors and small businesses with the type of sophisticated, in-depth representation that is ordinarily available only to the largest corporate clients of money-center law firms.

MICHAEL D. DONOVAN, a founding member of the firm, is admitted to practice before the Supreme Court of the United States, the United States Courts of Appeals for the Second, Third, Eighth, Ninth and Tenth Circuits, the United States District Court for the Eastern District of Pennsylvania, the United States District Courts for the Southern and Eastern Districts of New York as well as the state courts of Pennsylvania and New York and the courts of Washington, D.C. He is a graduate of Vermont Law School (J.D. cum laude 1984) and Syracuse University (A.B. 1981). He was the Head Notes Editor and a staff member of the VERMONT LAW REVIEW from 1982 through 1984. While on the LAW REVIEW, he authored Note, Zoning Variance Administration in Vermont, 8 VT. L. REV. 370 (1984). Following graduation from law school, Mr. Donovan was an attorney with the Securities and Exchange Commission in Washington, D.C., where he prosecuted numerous securities cases and enforcement matters, including injunctive and disciplinary actions against public companies, broker/dealers and accounting firms. Mr. Donovan has authored "Rigorous Analysis of the Class Action Burden of Proof," ABA Newsletter of the Class Action and Derivative Suits Committee, Spring 2007, and co-authored Preserving Judicial Recourse for Consumers: How to Combat Overreaching

Arbitration Clauses, 10 LOYOLA CONSUMER L. REV. 269 (1998); "The Overlooked Victims of the Thrift Crisis," Miami Review, Feb. 13, 1990; and "Conspiracy of Silence: Why S&L Regulators Can't Always Be Trusted," Legal Times, Feb. 5, 1990.

Mr. Donovan has served as co-lead counsel in the following securities class actions: In re Sunterra Corp. Securities Litigation, No. 6:00-cv-79-Orl-28B (M.D. Fla. 2005) (settled for $5,450,000); In re: Worldport Communications, Inc. Securities Litigation, No. 1-99-CV-1817-CC (N.D. Ga. 2001) (settled for $5,100,000); Lines v. Marble Financial Corp., Nos. 90-23 and 90-100 (D. Vt. 1991)(settled for $2 million together with substantial changes to the company's loan loss reserve procedures); Jones v. Amdura Corp., No. 90-F-167 (D. Colo. 1991) (action against directors settled for $4,962,500 and against company after bankruptcy for $1.2 million); In re Columbia Shareholders Litigation (Del. Ch. 1991)(merger case settled for $2 per share increase in amount paid to shareholders); Rosen v. Fidelity Investments, [1995-1996] Fed. Sec. L. Rep. ¶ 98,949 (E.D. Pa. Nov. 28, 1995) (opinion certifying class of mutual fund purchasers); Selis v. KTI, Inc., No. 2:00 CV 1478 (JCL) (D.N.J. 2000) (settled for $3.8 million). In addition, Mr. Donovan has had a substantial role in the prosecution of the following cases, among others: In re Trustcorp Securities Litigation, No. 3:89-CV-7139 (N.D. Ohio 1990) (settled for $5,600,000); Moskowitz v. Lopp, 128 F.R.D. 624 (E.D. Pa. 1989) (opinion certifying class of stock and option purchasers in fraud on the market and insider trading case); In re Hercules Corporation Securities Litigation, No. 90-442 (D. Del. 1992) (settled for $17.25 million).

In the area of consumer justice, Mr. Donovan has argued before the Supreme Court of the United States in Smiley v. Citibank (South Dakota), N.A., No. 95-860, 116 S. Ct. 806 (argued Apr. 24, 1996) and obtained favorable appellate rulings from the New Jersey Supreme Court in Sherman v. Citibank (South Dakota), N.A., 668 A.2d 1036 (N.J. 1995) and Hunter v. Greenwood Trust Co., 668 A.2d 1067 (N.J. 1995) and from the Pennsylvania Superior Court in In re Citibank Credit Card Litigation, 653 A.2d 39 (Pa. Super. 1995) and Gadon v. Chase Manhattan Bank, N.A., 653 A.2d 43 (Pa. Super. 1995). Recently, Mr. Donovan obtained a landmark Truth in Lending Act decision from the Court of Appeals for the Third Circuit in Rossman v. Fleet Bank (R.I.), N.A., 280 F.3d 384 (3d Cir. 2002), holding that a bank may not change a credit card promise of no annual fee. He also obtained landmark decisions from the Appellate Division of the New Jersey Superior Court and the New Jersey Supreme Court in Lemelledo v. Beneficial Finance Co., 674 A.2d 582 (N.J. App. Div. 1996), aff'd, 150 N.J. 255, 696 A.2d 546 (N.J. 1997), concerning loan and insurance packing.

In May 2005, Mr. Donovan tried to jury verdict a Pennsylvania statewide consumer class action against Kia Motors America, Inc., concerning the defective brake system on the 1997-2000 models of the Kia Sephia automobile. After a two-week trial, the jury returned a verdict of $600 per class member, for an aggregate classwide verdict of $5.4 million. Samuel-Bassett v. Kia Motors America, Inc., 2006 WL 3949458 (Pa. Com. Pl. Dec. 28, 2006)(denying post-trial motions of defendant). In October 2007, the Pennsylvania Superior Court affirmed the judgment, and in February 2008 it affirmed the award of $4.4 million in attorney fees and expenses.

In September and October 2006, Mr. Donovan tried to jury verdict a Pennsylvania statewide employee class action against Wal-Mart Stores, Inc., concerning Wal-Mart's failure to pay its hourly employees for missed breaks and off-the-clock work. After a six-week trial, the jury returned a verdict for the Class in the amount of $78.4 million. In October 2007, the Court awarded an additional $62 million in liquidated damages under the Pennsylvania Wage Payment and Collection Law, $10.2 million in prejudgment interest and approximately $46 million in attorney fees and costs. See Braun v. Wal-Mart Stores, Inc., 2005 WL 3623389 at *5 - *7 (Pa. Com. Pl. Dec. 27, 2005)(opinion certifying class).

In May and June 2008, Mr. Donovan tried to jury verdict a New Jersey statewide class action against Kia Motors America, Inc., concerning the defective brake system on the 1997-2000 models of the Kia Sephia automobile. After a five-week trial, the jury returned a verdict of $750 per class member, for an aggregate classwide verdict of approximately $6.0 million. Little v. Kia Motors America, Inc., No. UNN-L-0800-01006 (N.J. Super. (Union Cty.) verdict entered June 6, 2008).

Mr. Donovan has appeared as a panel speaker at the American Bar Association' s National Class Action Institute, the Pennsylvania Bar Institute's Banking Law Update, the Practicing Law Institute's Financial Services Litigation Forum, the Consumer Credit Regulation Forum of the New Jersey Bar Association, and the National Consumer Rights Litigation Conference sponsored by the National Consumer Law Center. Mr. Donovan is a member of the American Bar Association (Litigation and Business Law Sections), the Pennsylvania Bar Association, the New York Bar Association, and the District of Columbia Bar Association. He is the Chair of the Consumer Law Subcommittee of the ABA Litigation Section's Class Actions and Derivative Suits Committee. He is also the former Vice Chair of the National Association of Consumer Advocates and an active member of Public Justice.

DAVID A. SEARLES, a founding member of the firm, is admitted to practice before the Supreme Court of the United States, the United States Courts of Appeals for the Third Circuit and the Fourth Circuit, and the United States District Court for the Eastern District of Pennsylvania, as well as the state courts of Pennsylvania. He is a 1975 graduate of the American University School of Law, Washington, D.C., where he served on law review. Following graduation from law school, Mr. Searles was an attorney for Community Legal Services of Philadelphia, where he specialized in consumer and bankruptcy law. In 1990, he successfully argued the first consumer reorganization bankruptcy case considered by the U.S. Supreme Court, Pennsylvania v. Davenport, 495 U.S. 552 (1990), and has served as lead counsel and presented argument in numerous consumer law cases before the United States Court of Appeals for the Third Circuit, including Piper v. Portnoff Law Associates, Ltd., 396 F.3d 227 (3d Cir. 2005); Colbert v. Dymacol, Inc., 344 F.3d 334 (3d Cir. 2003); In re Colon, 941 F.2d 242 (3d Cir. 1991); Smith v. Fidelity Consumer Discount Company, 898 F.2d 896 (3d. Cir. 1990); In re Szostek, 886 F. 2d 1405 (3d Cir. 1989); Whittaker v. Philadelphia Electric Company, 882 F.2d 791 (3d Cir. 1989); Watts v. Pennsylvania Housing Finance Agency, 876 F.2d 1090 (3d Cir. 1989); Crossley v. Lieberman, 868 F. 2d 566 (3d Cir. 1989); Abele v. Mid-Penn Consumer Discount Company, 77 B.R. 460 (E.D. Pa. 1987), aff'd 845 F.2d 1009 (3d. Cir. 1988); Washington v. Heckler, 756 F.2d 959 (3d. Cir. 1985). From 1992 through 1997, Mr. Searles was associated with the Philadelphia law firm of Drinker Biddle & Reath LLP, where his practice focused on Chapter 11 bankruptcy and creditor's rights.

In September 2007, Mr. Searles co-counseled a bench trial to verdict in a Pennsylvania statewide consumer class action against a real estate tax collection law firm and its owner for their improper collection of attorneys' fees, charges and interest. After a ten day trial, the court returned a verdict for the class in the amount of $5.2 million. Roethlein v. Portnoff Law Associates and Michelle R. Portnoff, Esq., Nov. Term 2002, No. 3888 (C.P. Phila. March 11, 2008).

In June 2005, Mr. Searles was awarded the Equal Justice Award at the Community Legal Services Breakfast of Champions for his role in directing funding for legal assistance for low-income residents of Philadelphia.

Mr. Searles is the Managing Editor, Survey of State Class Action Law (ABA Section on Litigation), 2009, and is a contributing author of Pennsylvania Consumer Law (2009). Along with Mr. Donovan, he co-authored Preserving

4

Judicial Recourse for Consumers: How to Combat Overreaching Arbitration Clauses, 10 LOYOLA CONSUMER L. REV. 269 (1998). He is the author of "Tips In Handling Individual Bankruptcy Cases," Pennsylvania Bar Association Quarterly, January 1997. He has taught advanced bankruptcy law at Rutgers University School of Law - Camden, business law at Widener University and bankruptcy law at Pierce Junior College, Philadelphia. He is a past co-chairperson of the Education Committee of the Eastern District of Pennsylvania Bankruptcy Conference.

Among other cases, Mr. Searles has been approved as class counsel in the following recent class actions: *Chakejian v Equifax Information Services, LLC*, 256 F.R.D. 492 (E.D. Pa. 2009); *Barel v. Bank of America*, 255 F.R.D. 393 (E.D. Pa. 2009); *Markocki v. Old Republic National Title Ins. Co.*, 254 F.R.D. 242 (E.D. Pa. 2008); *Strausser v. ACB Receivables Management, Inc.*, 2008 WL 859224 (E.D. Pa. Mar. 28, 2008); *Allen v. Holiday Universal, Inc.*, 249 F.R.D. 166 (E.D. Pa. 2008); *Cohen v. Chicago Title Insurance Company*, 242 F.R.D. 295 (E.D. Pa. 2007); *Jordan v. Commonwealth Financial Systems, Inc.*, 237 F.R.D. 132 (E.D. Pa. 2006); *Braun v. Wal-Mart Stores, Inc.*, 2005 WL 3623389 (Pa.Com.Pl. Dec. 27, 2005); *Perry v. FleetBoston Financial Corp.*, 229 F.R.D. 105 (E.D. Pa. 2005); *Beck v. Maximus, Inc.*, 2005 WL 589749 (E.D. Pa. March 11, 2005); *Stoner v. CBA Information Services*, 352 F.Supp.2d 549 (E.D. Pa. 2005); *Orloff v. Syndicated Office Systems, Inc.*, 2004 WL 870691 (E.D. Pa. April 22, 2004); *Petrolito v. Arrow Financial Services, LLC*, 221 F.R.D. 303 (D. Conn. 2004); *Piper v. Portnoff Law Associates, Ltd.*, 216 F.R.D. 325 (E.D. Pa. 2003); *Bonett v. Education Debt Services, Inc.*, 2003 WL 21658267 (E.D. Pa. 2003); *Samuel-Bassett v. Kia Motors America, Inc.*, 212 F.R.D. 271 (E.D. Pa. 2000), *vacated on other grounds*; *Oslan v. Law Offices of Mitchell N. Kay*, 232 F. Supp. 2d 436 (E.D. Pa. 2002); *Oslan v. Collection Bureau of Hudson Valley*, 206 F.R.D. 109 (E.D. Pa. 2002); *Saunders v. Berks Credit & Collections*, 2002 WL 1497374 (E.D. Pa. 2002); *Schilling v. Let's Talk Cellular and Wireless*, 2002 U.S. Dist. LEXIS 3352 (E.D. Pa. 2002); *Fry v. Hayt, Hayt and Landau*, 198 F.R.D. 461 (E.D. Pa. 2000); *Smith v. First Union Mortgage Corporation*, 1999 WL 509967 (E.D. Pa. 1999).



www.stanleyiola.com

PRINCIPAL OFFICE

3100 Monticello Avenue
Suite 750
Dallas, Texas 75205
214.443.4300 (voice)
214.443.0358 (facsimile)

BRANCH OFFICES

Stanley•Iola, LLP
525 B Street
Suite 760
San Diego, California 92101
619.235.5306

Stanley•Iola, LLP
8086 S. Yale Avenue
Suite 222
Tulsa, Oklahoma 74136
866.524.5005

**WHAT WE DO**    Stanley•Iola, LLP represents clients in complex class action, personal injury, commercial and insurance litigation. The firm's members have wide-ranging courtroom experience representing clients in class action, derivative and environmental tort litigation, including numerous cases on behalf of individuals suffering from mesothelioma due to exposure to asbestos, and product liability litigation.

**CLASS ACTION**    The firm has successfully served as Class Counsel in the following cases:

■ Settlement of a nationwide class action against American Airlines under ERISA related to pension benefits of its former AirCal pilots.

■ Settlement of a nationwide class action against Wells Fargo Bank for violations of RESPA.

■ Settlement of statewide class action against State Farm Insurance Cos., Allstate Insurance Cos., Farmers Insurance Cos. And GEICO Insurance Cos. for violations of the Texas Insurance Code relating to claims procedures for automobile policyholders.

■ Settlement (along with multiple co-counsels) of major nationwide class action litigation involving General Motors pickup trucks.

■ Settlement following summary judgment of a statewide class action for breach of contract and deceptive trade practices against Southwestern Bell Mobile Systems.

■ Settlement of a nationwide securities class action on behalf of shareholders of Monarch Dental Associates (while serving as Liaison Counsel) for violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5.

■ Settlement of a nationwide securities class action on behalf of shareholders of STB Systems, Inc. (while serving as Liaison Counsel) for violations of the Texas Securities Act and the Securities Act of 1933 arising out of the defendants' misrepresentations and omissions concerning the company's operations and future prospects.

■ Settlement (along with other class counsel) of a nationwide class action on behalf of holders of both preferred and common shares of Walden Properties, Inc. and its directors arising out of Walden's efforts to complete a merger with Olympus Real Estate Corporation on grossly inadequate terms. The settlement resulted in a substantial increase in the value received by shareholders at the conclusion of the merger.

■ Settlement of a nationwide securities class action on behalf of shareholders of Dynamex, Inc. (while serving as Liaison Counsel) for violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5.

■ Settlement of a class action on behalf of customers of Southwestern Bell Telephone Company for violations of the Texas Finance Code.

■ Settlement of a class action on behalf of persons who entered into lease agreements with UDR Western Residential, Inc., and other of its affiliates, arising out of claims under the Texas Water Code, regulations of the Texas Natural Resources Conservation Commission, the Texas Utility Code, regulations of the Public Utility Commission and the Texas Debt Collection Practices Act.

■ Settlement of a nationwide class action on behalf of customers of Ticketmaster Group, Inc., and certain of its affiliates, who purchased tickets with a credit card and were charged an illegal surcharge in violation of the Texas Finance Code.

■ Settlement of a nationwide class action against FirstUSA Bank for violations of the Truth in Lending Act.

■ Obtained final judgment (following summary judgment and jury trial) against the Dallas County Community College District on behalf of a class of current and former students as a result of the District's charging of a technology fee that was not authorized by state law. (The Judgment was affirmed by the Dallas Court of Appeals but all appeals have not yet been exhausted).

■ Settlement of a nationwide securities class action on behalf of shareholders of drkoop.com, Inc. (while serving as Liaison Counsel) for violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5.

■ Settlement of a nationwide securities class action on behalf of shareholders of UICI Corporation (while serving as Liaison Counsel) for violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5.

■ Settlement of derivative litigation on behalf of Dollar General Corporation filed against directors of the corporation for breach of the board's fiduciary duties to the corporation and its shareholders. [The case resulted in the largest settlement in Tennessee history.]

■ Settlement of a nationwide securities class action on behalf of shareholders of i2 Technologies Corporation (while serving as Liaison Counsel) for violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5.

■ Settlement of a nationwide class action against Sears Roebuck & Co. that represents a landmark and virtually unprecedented settlement of a consumer class action case. Under the settlement, Sears will install free of charge for a class of almost four million customers anti-tip brackets to prevent tipping accidents of its free-standing electric and gas ranges that frequently cause severe burns, crushing and death. Those customers who already paid to have anti-tip brackets installed will receive reimbursement. Furthermore, Sears will

install anti-tip brackets on all sales of new ranges for at least three years, and it is Plaintiffs' expectation that it will become a permanent practice of Sears. By, in effect, obtaining a recall, this settlement actually obtained better relief than likely could have been obtained through trial and accomplished what the Consumer Product Safety Commission refused to do for over twenty years.

■ Settlement of derivative litigation on behalf of shareholders of Patterson-UTI Energy, Inc., filed against officers and directors of the company resulting from the self-dealing and fraudulent embezzlement of company funds by its former chief financial officer.

■ Settlement of derivative litigation on behalf of a class of shareholders against 7-Eleven, Inc., for the company's breach of fiduciary duties, good faith and due care in connection with an inadequate tender offer.

■ Settlement of derivative litigation against TXU Corp. arising under Section 14(a) of the Securities Exchange Act of 1934, and rules promulgated thereunder, in connection with the solicitation of proxies in favor of a proposed management-led leveraged buyout.

■ Settlement of a class action against Edward D. Jones & Co. for breach of fiduciary duty and other state law claims arising from its retention of illicit profits from payments made to it by mutual fund families, which payments were predicated on the state court class members' holding mutual fund shares in their Edward Jones accounts.

■ Settlement, following four hard-fought years of litigation, of a nationwide class action against Sprint related to its business customers' payment of Universal Service Fund charges.

■ Settlement of derivative litigation on behalf of shareholders of Dean Foods Company filed against the officers and directors of the company resulting from improperly backdating dozens of grants of Dean Foods stock options to its executives, improperly recording and accounting for such back dated stock options, and producing false financial statements and other false SEC filings to Dean Foods' shareholders that improperly recorded, accounted for and concealed the back dated option grants.

■ Settlement of derivative class action litigation filed against Dave & Buster's, Inc., and certain of its officers and directors, seeking to enjoin an inadequately-priced merger agreement.

The firm is currently acting as class counsel and liaison counsel in numerous class actions, including: several nationwide securities class actions and derivative actions; a nationwide antitrust class action against a major U.S. telecommunications company; a nationwide class action against a major mortgage bank for breach of contract and deceptive trade practices, and multiple state-wide class actions against insurance companies for violations of state insurance law.

In addition, the firm has successfully prosecuted and settled numerous individual actions, including:

■ Obtained a multi-million dollar jury verdict against Texas's largest independent commercial real estate services company and one of its agents for fraud and making negligent misrepresentations to nine real estate partnerships controlled by a California real estate company.

■ A multi-million dollar settlement, over five times in excess of the policy limits, with The Medical Protective Company following a jury verdict in favor of the firm's plaintiff in a medical malpractice coverage dispute.

■ Settlement of business tort litigation on behalf of the former owner of a major league sports franchise against a national bank relating to the sale of the franchise.

■ Settlement of tortious interference with business contract litigation on behalf of a large independent electrical supplier/contractor.

**MESOTHELIOMA** In addition to class actions, the firm's attorneys have extensive trial experience representing individuals suffering from mesothelioma due to their exposure to asbestos, as well as other products liability litigation against manufacturers of defective products marketed and sold to the public.

**OTHER LITIGATION** The firm's attorneys also have extensive experience in the representation of individuals and companies in business tort litigation, insurance coverage litigation, insurance bad faith litigation and construction litigation. On the other side of the docket, the firms' attorneys have successfully defended many cases, including obtaining a zero dollar jury verdict in a case where the plaintiff sought $375,000,000.00 in damages and the trial of the case took a month.

**WHO WE ARE**

**MARC R. STANLEY**     **Board Certified, Civil Trial Law, Texas Board of Legal Specialization**

Born Dallas, Texas, May 27, 1957; admitted to bar, 1982, Texas; also admitted to practice before U.S. Supreme Court; U.S. Court of Appeals, Fifth and Ninth Circuits; U.S. District Court, Northern, Southern, Eastern and Western Districts of Texas.

**Education and Honors:** George Washington University (B.B.A., 1979); legal education, University of Texas (J.D., 1982). Board Certified, Civil Trial Law, Texas Board of Legal Specialization, 1992. President, University of Texas, Student Bar Association, 1981-82.

**Recent Authorship & Speeches:** "Dealing with Attorneys' Fees and Objections in Class Actions," National Class Action Institute, American Bar Association, Chicago, Illinois (1997); (Speaker) "Class Action Update," Advanced Products Liability Conference, Texas Trial Lawyers Association (1998); (Speaker) "Advanced Commercial and Consumer Law Course," State Bar of Texas (1999); (Speaker) "National Class Action Seminar," New Orleans, Louisiana (2001); (Speaker) "Class Action Update," Advanced Personal Injury Seminar, State Bar of Texas, Dallas and Houston, Texas (2002); (Speaker) "Ethics of Mass Tort Settlements: How a Lawyer with No Clients Can Settle Your Cases Without Your Consent," (July 2002); (Speaker) "Class Actions, MDL, Venue, and Forum Non: Micro Management of Mass Torts," Texas Trial Lawyers Association (December 2003); (Speaker) "A Brave New World: Texas Class Action Practice After HB4," State Bar of Texas (January 2004). (Co-author/Speaker) "The Class Action Unfairness Act of 2005;" Dallas Bar Headnotes (April 2005); (Speaker) "Changing the Rules: Texas Class Action Practice After HB4 and CAFA;" State Bar of Texas (August 2006).

**Member:** Chairman, Texas Public Finance Authority, 1991-95; Member, 1995-97. Dallas and American Bar Associations; State Bar of Texas; Dallas Trial Lawyers Association (President, 2003); Texas Trial Lawyers Association (Board of Directors, 1999-; Chairman, Class Action Task Force, 2000; Secretary-Treasurer, 2002; President, 2006); American Association for Justice (Board of Governors, 2001-2004); Public Justice; American Board of Trial Advocates; National Association of Consumer Advocates; Dallas Bar Foundation.

**MARK H. IOLA**     **Certified Civil Trial Specialist, National Board of Trial Advocacy.**

Born Kansas City, Missouri, August 1, 1958; admitted to bar, 1982, Oklahoma; 1995, Michigan; 1995, Texas; 2000, Illinois; also admitted to practice before U.S. Court of Appeals, Tenth Circuit.

**Education and Honors:** George Washington University (B.A., 1979); University of Oklahoma (J.D., 1982); Phi Delta Phi.

**Teaching:** Legal Research & Writing Instructor, University of Oklahoma, 1981; Appellate Advocacy Instructor, 1982.

**Member:** Dallas, Oklahoma, Michigan, Illinois State and American Bar Associations; State Bar of Texas; State Bar of Michigan; Dallas Trial Lawyers Association; Oklahoma Trial Lawyers Association; Michigan Trial Lawyers Association; Texas Trial Lawyers Association; American Association for Justice; Public Justice; American Board of Trial Advocates.

**MARTIN WOODWARD**

Born Philadelphia, Pennsylvania, January 2, 1969; admitted to bar, 1996, Texas; also admitted to practice before U.S. Court of Appeals Fifth, Sixth, Ninth and Eleventh Circuits; U.S. District Court, Northern, Eastern, Southern and Western Districts of Texas.

**Education and Honors:** Swarthmore College (B.A., 1990); University of Texas (J.D., 1996). Secretary, Corporate Counsel Society, University of Texas School of Law. 1994-95. Executive Editor, Texas International Law Journal, 1995-96; Baker & Botts Best Note Award, 1995; E. Ernest Goldstein Best Editor Award, 1996.

**Internship:** Judicial Intern to Hon. Rose Spector, Justice, Supreme Court of Texas, Spring, 1996.

**Member:** Dallas, Frisco and American Bar Associations; American Association for Justice; Texas Trial Lawyers Association; Dallas Trial Lawyers Association; State Bar of Texas; College of the State Bar of Texas; Public Justice; National Association of Consumer Advocates.

**Recent Authorship and Speeches:** (Author) "TRIPS and NAFTA's Chapter 17: How Will Trade-Related Multilateral Agreements Affect International Copyright?" 31 Tex. Int'l L.J. 269 (1996); (Co-Author) "Resolving Class Actions in the Plaintiff's Favor: Settlement and Contested Final Judgments," Federal Bar Association, April 2001; (Co-Author) "Summaries of Significant Class Action Opinions in Texas State and Federal Courts: 2001-2002," May 2002; (Co-Author) "Class Actions, MDL, Venue, and Forum Non: Micro-Management of Mass Torts," Texas Trial Lawyers Association, December 2003; (Co-Author) "A Brave New World: Texas Class Action Practice After HB4," State Bar of Texas, January 2004; (Co-Author) "Changing the Rules: Texas Class Action Practice After HB4 and CAFA," State Bar of Texas, August 2006; (Speaker) "Class Action Basics in Texas," Frisco Bar Association, October 2006; (Co-Author) "Navigating the Rough Terrain: Class Actions in Texas after HB4 and CAFA," The Advocate, Fall 2008; (Speaker) Class Action Symposium, Consumer Rights Conference, October 2008.

**RANDALL L. IOLA**

Born Tulsa, Oklahoma, April 13, 1964; admitted to bar, 1989, Oklahoma; 2000, Illinois; 2001, Texas; also admitted to practice before U.S. Court of Appeals, Tenth Circuit; U.S. District Court, Northern, Eastern and Western Districts of Oklahoma.

**Education and Honors:** University of Pennsylvania (B.A., 1986); University of Oklahoma (J.D., 1989).

**Member:** Tulsa County, Dallas, Oklahoma, Illinois State, and American Bar Associations; State Bar of Texas. American Association for Justice; Oklahoma Trial Lawyers Association; National Employment Lawyers Association; Texas Trial Lawyers Association; Public Justice; Order of Barristers; Board of Advocates, 1986-89.

**MATTHEW J. ZEVIN**   Born Los Angeles, California, September 16, 1966; admitted to bar, 1994, California; 1997, Washington (inactive), (not admitted in Texas); also admitted to practice before U.S. Court of Appeals, Sixth, Ninth and Tenth Circuits; U.S. District Courts, Northern, Southern, Eastern and Central Districts of California and Western District of Michigan.

**Education and Honors:** California State University, Northridge (B.S., 1990); University of Richmond (J.D., with honors, 1993). McNeill Law Society. Recipient, Lawyers Co-Operative Publishing Company Book Award (highest grade), Mergers and Acquisitions.

**Diploma:** Trial Advocacy Skills, National Institute of Trial Advocacy.

**Member:** State Bar of California; American Bar Association; American Association for Justice; Public Justice; Consumer Attorneys of California. (Resident, California Office).

**BILL GALERSTON**   Born Midland, Texas, January 15, 1963; admitted to bar, 1990, Texas; 2005, Illinois; also admitted to practice before U.S. Court of Appeals, Fifth Circuit; U.S. District Court, Northern, Southern, Eastern and Western Districts of Texas.

**Education and Honors:** University of Texas (B.A., 1985); South Texas College of Law (J.D., 1990). Law Clerk to Hon. Sim Lake, U.S. District Court, Southern District of Texas, 1988.

**Media:** Former Legal Analyst, Fox Channel 26 News, Houston, Texas.

**Member:** Dallas, Illinois State and American Bar Associations; State Bar of Texas; Dallas Trial Lawyers Association; Texas Trial Lawyers Association; American Association for Justice; Public Justice.

**ANDREW S. KIERSTEAD**
1001 SW Fifth Ave., Suite 1100
Portland, OR 97204
(503) 220-1822

ANDREW S. KIERSTEAD is a graduate of Johns Hopkins University (B.A. in History, 1984; Dip. International Relations, School of Advanced International Studies) and the University of Southern California (J.D. 1987), where he was awarded a full tuition merit scholarship and received the Am Jur prize in both Torts and Torts II. Mr. Kierstead is admitted to practice in the states of California and Oregon as well as the federal Central District of California, Northern District of California, District of Oregon and before the Ninth Circuit Court of Appeals.

Mr. Kierstead primarily litigates on behalf of consumers in class actions and other complex cases before state and federal courts. He is currently a member of the plaintiffs' counsel executive committee in the certified national class action *In Re: Universal Service Fund Telephone Billing Practices Litigation* (District of Kansas), class co-counsel in the putative California class action *Lopez v. American Express* (Central District of California), class co-counsel in the putative California class action *Gabriel v. Chase* (Central District of California), class co-counsel in the putative national class action *Murphy v. Citibank* (District of Rhode Island), class co-counsel in the putative national class action *In Re: Washington Mutual Overdraft Protection Litigation* (Central District of California), class co-counsel in the putative national class action *Souvalian v. Google, Inc.* (District of Rhode Island), class co-counsel in the putative national class action *Duff v. Washington Mutual Bank* (Western District of Washington), class co-counsel in the putative national class action *Le Faivre v. KV Pharmaceutical* (Eastern District of Missouri), class co-counsel in the putative national class action *Trombley v. Bank of America* (District of Rhode Island), class co-counsel in the putative national class action *In Re: National Security Agency Telecomunications Records Litigation* (Northern District of California), class co-counsel in several of the putative state class actions coordinated as *In Re: Motor Fuel Temperature Sales Practices Litigation* (District of Kansas), class co-counsel in the putative national class action *In Re: Ameriquest Mortgage Company Mortgage Lending Practices Litigation* (Northern District of Illinois), class co-counsel in the putative California class action *In Re: Late Fee And Over-Limit Fee Litigation* (Northern District of California) and class co-counsel in the putative Washington class action *Sloan v. Washington Mutual Bank* (King County (Washington) Superior Court).

He has been co-lead class counsel in the settled (2003) national class action *Rossman v. Fleet Bank* (Eastern District of Pennsylvania),co-lead class counsel in the settled (2003) Oregon class action *Bruce v. EarthLink, Inc.*

(Multnomah County (Oregon) Circuit Court), co-lead class counsel in the settled (2001) national class action *Rosted v. First USA Bank* (Western District of Washington), co-lead class counsel in the settled (2005) western states' class action *Egger v. Duke Energy* (San Diego Superior Court), class co-counsel in the settled (2009) national class action *Carr v. Nationwide* (Franklin County (Ohio) Court of Common Pleas), class co-counsel in the settled (2009) national class action *Montaquila v. Countrywide Home Loans* (Central District of California), class co-counsel in the settled (2005) national class action *Kruss v. Banner Life Insurance Co.* (Montgomery County (Maryland) Circuit Court), class co-counsel in the settled (2004) national class action *Jones v. The Midland Life Insurance Company* (Franklin County (Ohio) Court of Common Pleas), class co-counsel in the settled (2003) national class action *Schoenwald v. Travelers Insurance Company* (Alameda County (California) Superior Court) and class co-counsel in the settled (2003) national class action *Feldman v. Jefferson Pilot Financial Insurance Company* (Central District of California).

Mr. Kierstead was a speaker at the 2003 annual national conference of the National Consumer Law Center/National Association of Consumer Advocates.