# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AMERIQUEST MORTGAGE CO. )<br>Mortgage Lending Practices Litigation )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>_____ ) | MDL NO. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>HONORABLE MARVIN E. ASPEN<br><br>**<u>ATTORNEY FEE and<br>COSTS DECLARATION</u>** |

I, William H. Crowder, declare as follows:

1. I am a partner in Crowder Teske PLLP and Crowder, Bedor & Paulson LLP. During the period pertinent to this declaration, from August 31, 2005 to present Crowder, Bedor & Paulson LLP was counsel, and from January 1, 2007 to present Crowder Teske PLLP was also counsel for the following Plaintiffs in this litigation: Thomas B. and Elvie Doherty, Patrick Galvan, Raymond and Rebecca Carlson, and Debra and Robert Peabody. During the period pertinent to this declaration, from February 14, 2005 to present Mansfield, Tanick, & Cohen PA was counsel for Thomas B. and Elvie Doherty and from May 16, 2006 to present Richard J. Fuller, attorney at law, was counsel to the following Plaintiffs in this litigation: Debra and Robert Peabody and Raymond and Rebecca Carlson.

2. Attached hereto is a true and accurate record of the time and costs Crowder, Bedor & Paulson LLP and Crowder Teske PLLP expended providing counsel to the above-named Plaintiffs and to the Class Plaintiffs in general with respect to the instant matter.

861368.1

3. Also attached hereto is a true and accurate record of the time and costs Mansfield, Tanick & Cohen PA and Richard J. Fuller, attorney at law expended providing counsel to the above-named Plaintiffs in the instant matter.

4. In my opinion, the attached lodestar summary reasonably reflects Crowder Bedor & Paulson LLP's, Crowder Teske PLLP's, Mansfield, Tanick, & Cohen PA's and Richard Fuller's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

5. Moreover, throughout the litigation Crowder Bedor & Paulson LLP, Crowder Teske PLLP, Mansfield, Tanick, & Cohen PA and Richard Fuller each maintained hourly time records and detailed cost records that support the attached lodestar summary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26 day of March, 2010 in Minneapolis, Minnesota.

_____
William H. Crowder

Sworn to and subscribed in my presence this 26 day of March, 2010.

_____
Notary Public

January 31, 2014
My Commission Expires

MAHISA C KATZ
Notary Public - Notarial Seal
My Commission Expires
January 31, 2014

861368.1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re AMERIQUEST MORTGAGE CO. )<br>Mortgage Lending Practices Litigation )<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>HONORABLE MARVIN E. ASPEN<br><br>**LODESTAR AND**<br>**COSTS SUMMARY** | |

| | **TIME (hours)** | **LODESTAR** |
|---|---|---|
| Lodestar Summary for Crowder, Bedor & Paulson LLP: | 694.75 | $256,022.00 |
| Costs for Crowder, Bedor & Paulson LLP: | | $ 2,339.65 |
| Lodestar Summary for Crowder Teske PLLP: | 89.10 | $ 34,302.00 |
| Costs for Crowder Teske PLLP: | | |
| Lodestar for Mansfield, Tanick, & Cohen, PA: | 535.20 | $222,455.00 |
| Costs for Mansfield, Tanick, & Cohen: | | $ 580.89 |
| Lodestar for Richard J. Fuller, attorney at law | 4.9 | $ 2,425.50 |