# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AMERIQUEST MORTGAGE CO. ) <br> Mortgage Lending Practices Litigation ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL NO. 1715 <br> Lead Case No. 05-CV-7097 <br><br> Centralized before the <br> HONORABLE MARVIN E. ASPEN <br><br> <u>ATTORNEY FEE</u> <br> <u>DECLARATION</u> |

I, Marvin A. Miller, declare as follows:

1.      I am the Principal in Miller Law LLC.  During the period pertinent to this

declaration, from January 1, 2007 through March 23, 2010,  Miller Law LLC

served as Liaison  counsel for all of  Class Plaintiffs in this litigation.

2.      Attached hereto as Exhibit A is a true and accurate  summary of the time and

lodestar value, at current hourly rates, by Miller Law LLC attorneys and

paralegals providing counsel to the above-named Plaintiffs and to the Class

Plaintiffs in general with respect to the instant matter.

3.       In my opinion, the attached  lodestar summary reasonably reflects Miller Law

LLC's experience in the field, the complexity of the matters involved in this

litigation, and the prevailing rate for providing such services.  The hourly rates

for Miller Law LLC's attorneys and paralegals are the same as those charged

to the firm's clients for work performed on non-contingent matters and which

have been submitted to courts in this district.

4.      Throughout the litigation Miller Law LLC maintained  detailed time and cost

records that support the attached lodestar summary.

861368.1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Chicago, Illinois this 24th day of March, 2010.


s/*Marvin A. Miller*
Marvin A. Miller

861368.1

# EXHIBIT A

**IN RE AMERIQUEST MORTGAGE CO.**
**MORTGAGE LENDING PRACTICES LITIGATION**

FIRM NAME: MILLER LAW LLC

REPORTING PERIOD: Inception to March 24, 2010

Categories:
[1] Investigations, Factual Research
[2] Discovery
[3] Pleadings, Briefs and Pretrial Motions (including research)
[4] Court Appearances
[5] Class Certification
[6] Litigation Strategy, Analysis and Case Management
[7] Settlement
[8] Trial Prpearation

| Attorney | [1] | [2] | [3] | [4] | [5] | [6] | [7] | Current Hours | Cumulative Hours | Current Total Lodestar | Hourly Rate | Cumulative Total Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marvin A. Miller (P) | | 69.9 | 111.5 | 68.5 | | | | 249.9 | 249.9 | $191,173.50 | $765.00 | $191,173.50 |
| Lori A. Fanning (A) | | 195.9 | 244.5 | 2.3 | | | | 442.7 | 442.7 | $232,417.50 | $525.00 | $232,417.50 |
| Matthew Hamilton (A) | | | 5.3 | | | | | 5.3 | 5.3 | $1,457.50 | $275.00 | $1,457.50 |
| Andrew W. Summers (A) | | | 41.0 | | | | | 41.0 | 41.0 | $9,225.00 | $225.00 | $9,225.00 |
| Kira Thomas (A) | | 361.5 | 1.0 | | | | | 362.5 | 362.5 | $68,875.00 | $190.00 | $68,875.00 |
| Grant Manny (A) | | | 150.0 | | | | | 150.0 | 150.0 | $28,500.00 | $190.00 | $28,500.00 |
| Nathaniel Riley (A) | | | 0.7 | | | | | 0.7 | 0.7 | $133.00 | $190.00 | $133.00 |
| Anne Jewell (PL) | | 1.3 | 0.5 | | | | | 1.8 | 1.8 | $396.00 | $220.00 | $396.00 |
| Kay Pulido (PL) | | 80.1 | 47.3 | | | | | 127.4 | 127.4 | $26,754.00 | $210.00 | $26,754.00 |
| Jorge Ramirez (PL) | | 1.5 | 84.2 | | | | | 85.7 | 85.7 | $17,140.00 | $200.00 | $17,140.00 |
| | | | | | | | | 0.0 | 0.0 | $0.00 | | $0.00 |
| | | | | | | | | 0.0 | 0.0 | $0.00 | | $0.00 |
| | | | | | | | | 0.0 | 0.0 | $0.00 | | $0.00 |
| | | | | | | | | 0.0 | 0.0 | $0.00 | | $0.00 |
| TOTALS | 0.0 | 710.2 | 686.0 | 70.8 | 0.0 | 0.0 | 0.0 | 1,467.0 | 1,467.0 | $576,071.50 | | $576,071.50 |

(P) Partner; (A) Associate; (PL) Paralegal; (CL) Clerk

# IN RE AMERIQUEST MORTGAGE CO.
## MORTGAGE LENDING PRACTICES LITIGATION
## MILLER LAW LLC

### EXPENSE REPORT

**REPORTING PERIOD: Inception to March 24, 2010**

| EXPENSES | MONTHLY | CUMULATIVE |
|----------|---------|------------|
| Assessment Payment | | |
| Commercial Copies | $291.47 | $291.47 |
| Internal Copies | $1,617.00 | $1,617.00 |
| Computer Research | $3,414.25 | $3,414.25 |
| Telephone/Fax | $63.34 | $63.34 |
| Postage/Express Delivery/Messenger | $240.62 | $240.62 |
| Travel/Meals | $4,184.36 | $4,184.36 |
| Miscellaneous *(Describe) | $600.00 | $600.00 |
| Transcripts | $598.40 | $598.40 |
| **TOTALS** | $11,009.44 | $11,009.44 |

* State of Illinois - Copies from Attorney General