# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re AMERIQUEST MORTGAGE CO.** ) | **MDL NO. 1715** |
| **Mortgage Lending Practices Litigation** ) | **Lead Case No. 05-CV-7097** |
| ) | |
| ) | **Centralized before the** |
| ) | **HONORABLE MARVIN E. ASPEN** |
| ) | |
| ) | **ATTORNEY FEE** |
| ) | **DECLARATION** |
| ) | |

I, Douglas Bowdoin, declare as follows:

1.     I am a partner in Douglas Bowdoin, P.A. During the period pertinent to this declaration, from December 1, 2003 through today, Douglas Bowdoin, P.A. was:

(a)     co-counsel for the putative class of borrower consumers with mortgage loans from Ameriquest Mortgage Company and its affiliates (my client file number 5051) (hereafter the "MDL Borrower Cases"), and

(b)     co-counsel from the beginning for the named Plaintiffs and the putative class of borrowers in *Barber v. Ameriquest Capital Corp,* Case No. 04-CV-01296 (my client file number 5022) (hereafter the "*Barber* case") which was originally filed in state court and subsequently removed to the District Court for the Middle District of Florida. The *Barber* case claims are a part of the Consolidated Actions as those terms are used in the Settlement Agreement in this proceeding. The individuals represented in the *Barber* case by Douglas Bowdoin, P.A. are:

> George Barber
> Crisella Barber
> Debra Holloway
> Laurence Osten

Attorney Fee Declaration
In re Ameriquest Mortgage Co.
MDL No. 1715
Lead Case No. 05-CV-7097

    2.      Attached hereto as Exhibits A and B are true and accurate records of the time and costs Douglas Bowdoin, P.A. expended providing counsel to the class plaintiffs in the MDL Borrower Cases and to the above-named Plaintiffs in the *Barber* case with respect to the instant matter.

    3.      The attached Exhibits A and B are true and accurate records of the time Douglas Bowdoin expended providing counsel to the class plaintiffs and above-named Plaintiffs in the instant matter.

    4.      In my opinion, the attached lodestar summary reasonably reflects Douglas Bowdoin, P.A.'s and Douglas Bowdoin's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services. Attached as Exhibit C is a firm profile of Douglas Bowdoin, P.A.

    5.      Moreover, throughout the litigation Douglas Bowdoin, P.A. and Douglas Bowdoin each maintained hourly time records and detailed cost records that support the attached lodestar summary.

    6.      The costs incurred by Douglas Bowdoin, P.A. and Douglas Bowdoin in representing the above-named Plaintiffs and the class plaintiffs in the instant matter are:

        Costs  $955.86

    7.      The lodestar for fees for time expended by Douglas Bowdoin, P.A. and Douglas Bowdoin in the instant matter are:

| Case | Hours | Lodestar |
|------|-------|----------|
| MDL consumer class | 82.60 | $41,300.00 |
| Barber case | 149.00 | $74,500.00 |
| Totals | 231.60 | $115,800.00 |

Attorney Fee Declaration
In re Ameriquest Mortgage Co.
MDL No. 1715
Lead Case No. 05-CV-7097

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.

Executed this 25 ͭ ͪ day of _March_, 2010 in _Orlando, Florida_.

Douglas Bowdoin

Sworn to and subscribed in my presence this 25 ͭ ͪ day of March, 2010.

Notary Public
My Commission Expires

Exhibit A

### *Douglas Bowdoin, P.A.*
255 S. Orange Avenue, Suite 800
Orlando, FL 32801

Ph:407-422-0025          Fax:407-843-2448

Ameriquest MDL Litigation                                    June 19, 2009

|  |  | Client number | 5051 |
|---|---|---|---|
| **Attention:** |  | Inv #: | 241 |

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-01-03 | Review order re case management report. | 0.20 | 100.00 | DB |
| Jun-02-04 | Review Order granting Agreed Motion for Extension of Time to Respond to Consolidated AMended Class Action Complaint. | 0.10 | 50.00 | DB |
| Jun-21-04 | Review Defendants' Unopposed Motion to Exceed Page Limitation and Incorporated Memorandum of Law. | 0.20 | 100.00 | DB |
| Jun-25-04 | Review Order granting Defendants' Unopposed Motion to Exceed Page Limitation. | 0.10 | 50.00 | DB |
| Jul-02-04 | Review Declaration of Myers in Support of Motion by Defendants Kezsbom, Borchardt, Mont and Clark to Dismiss Consolidated Amended Class Action Complaint. | 1.20 | 600.00 | DB |
|  | Review Motion and Memorandum of Law in Support by Defendants Kezsbom, Borchardt, Mont and Clark to DIsmiss Consolidated Amended Class Action Complaint. | 0.50 | 250.00 | DB |
|  | Review Request for Oral Argument. | 0.10 | 50.00 | DB |
| Jul-07-04 | Review Deloitte & Touche LLP's Motion to Dismiss Amended Class Action Complaint; Memorandum of Law in Support of Motion to Dismiss; and Declaration of Wilson. | 0.60 | 300.00 | DB |
| Jul-20-04 | Review Agreed Motion for Extension of Time and Page Limit. | 0.10 | 50.00 | DB |

| Aug-20-04 | Review Plaintiff's Agreed Motion for Extension of Time to File Opposition to Individual Defendants' Motion to Dismiss. | 0.20 | 100.00 | DB |
| Aug-28-04 | Review Memorandum of Law in Opposition to Individual Defendants' Motion to Dismiss. | 0.70 | 350.00 | DB |
| | Review Plaintiffs' Motion to Strike Declaration of Myers and Certain Exhibits Attached to Declaration and Incorporated Memorandum of Law. | 0.40 | 200.00 | DB |
| Sep-01-04 | Review Case Management Report. | 0.30 | 150.00 | DB |
| | Review Written Designations and Consents to Act (Shalov and Ciarlone). | 0.20 | 100.00 | DB |
| Sep-10-04 | Review Order granting Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Deloitte & Touche's Motion to Dismiss. | 0.10 | 50.00 | DB |
| | Review Plaintiff's Agreed Motion for Extension of Time to File Opposition to Deloitte & Touche LLP's Motion to Dismiss. | 0.10 | 50.00 | DB |
| Sep-16-04 | Review Supplemental Declaration of Myers in Further Support of Motion by Defendants Kezsbom, Borchardt, Mont, and Clark to Dismiss the Consolidated Amended Class Action Complaint. | 0.70 | 350.00 | DB |
| | Review Opposition by Defendants Kezsbom, Borchardt, Mont, and Clark to Plaintiffs' Motion to Strike Myers Declaration. | 0.60 | 300.00 | DB |
| Sep-25-04 | Review Lead Plaintiff's Memorandum of Law in Opposition to Motion of Deloitte & Touch LLP's to Dismiss Consolidated Amended Class Action Complaint. | 0.50 | 250.00 | DB |
| Oct-15-04 | Review Reply Memorandum of Law in Further Support of Motion by Defendants Kezsbom, Borchardt, Mont, and Clark to Dismiss Consolidated Amended Class Action Complaint. | 0.70 | 350.00 | DB |
| Nov-05-04 | Review Agreed Motion for Leave to File Reply Memorandum of Law in Further Support of Defendant Deloitte & Touche LLP's Motion to Dismiss Consolidated Amended Class Action Complaint. | 0.50 | 250.00 | DB |

| | | | | |
|---|---|---|---|---|
| Nov-10-04 | Review Reply Memorandum of Law in Further Support of Deloitte & Touche LLP's Motion to Dismiss Consolidated Amended Class Action Complaint. | 0.50 | 250.00 | DB |
| Dec-20-04 | Review order on motion for oral argument. | 0.20 | 100.00 | DB |
| Dec-29-04 | Review Lead Plaintiff's Agreed Motion to Reschedule Oral Argument on Individual Defendants' Motion to Dismiss. | 0.20 | 100.00 | DB |
| Feb-01-05 | Review Notice of Supplemental Authority Following Oral Argument. | 0.30 | 150.00 | DB |
| Feb-07-05 | Review Response to Defendants' Notice of Supplemental Authority. | 0.50 | 250.00 | DB |
| Feb-24-05 | Review order granting motion to dismiss. | 0.60 | 300.00 | DB |
| Apr-13-05 | Review Agreed Motion to Extend Time for Filing Deadlines and Request for Additional Responses. | 0.20 | 100.00 | DB |
| May-06-05 | Review Motion and Memorandum of Law in Support to Dismiss the Second Amended Consolidated Class Action Complaint. | 0.90 | 450.00 | DB |
| May-26-05 | Review Final Judgment of Dismissal With Prejudice in Favor of Defendants, Clark and Mont. | 0.10 | 50.00 | DB |
| | Review Defendants' Unopposed Motion for Entry of Final Judgment. | 0.40 | 200.00 | DB |
| Jun-01-05 | Review Lead Plaintiffs' Notice of Filing Corrected Memorandum of Law. | 0.10 | 50.00 | DB |
| Jun-16-05 | Review Reply to Response to Motion to Dismiss Second Amended Consolidated Class Action Complaint and Memorandum of Law in Support. | 0.90 | 450.00 | DB |
| | Review Request for Oral Argument. | 0.10 | 50.00 | DB |
| | Review Notice of Filing Revised Reply Memorandum of Law in Further Support of Motion to Dismiss Second Amended Consolidated Class Action Complaint to Correct Scrivener's Errors. | 0.10 | 50.00 | DB |
| Jun-17-05 | Review Reply to Response to Motion to Dismiss Second Amended Consolidated Class Action Complaint. | 0.80 | 400.00 | DB |

| Jul-05-05 | Review Notice of Hearing. | 0.10 | 50.00 | DB |
| Jul-20-05 | Exchange of letters among co-counsel re attempts to schedule conference call for strategy decisions in approach to MDL motions. | 0.40 | 200.00 | DB |
| Jul-21-05 | Review MDL Panel instructions; review MDL procedural rules. | 0.50 | 250.00 | DB |
| Jul-22-05 | Letter to co-counsel reminding them of deadlines for appearances and disclosure statements. | 0.30 | 150.00 | DB |
| | Coordination of conference call times to discuss strategy and decision making in Ameriquest MDL motions. | 0.30 | 150.00 | DB |
| Aug-10-05 | Telephone conference with Kelly Dermody and Caryn Becker re MDL of the Burggraff and Williams cases. | 0.30 | 150.00 | DB |
| | Telephone conference with Terry Smiljanich and letter to Terry Smiljanich all re scheduling conference call with Kelly Dermody and Caryn Becker. | 0.40 | 200.00 | DB |
| | Correspondence to and from Kelly Dermody. | 0.40 | 200.00 | DB |
| Aug-11-05 | Conference call with co-counsel Terry Smiljanich and counsel for MDL movant, Caryn Becker and Kelly Dermody. | 1.00 | 500.00 | DB |
| | Telephone conferences with Terry Smiljanich re consultations with counsel for plaintiffs in Brown v. Ameriquest. | 0.40 | 200.00 | DB |
| | Discussion with co-counsel re overlap of the Burggraff and Barber actions in light of MDL motions. | 0.40 | 200.00 | DB |
| | Review files, including the various complaints, in preparation for collective strategy discussion with MDL movants. | 2.10 | 1,050.00 | DB |
| | Correspondence to and from co-counsel re overlap of Burggraff and Barber cases and scheduling conference call with Lieff Cabraser attorneys. | 0.50 | 250.00 | DB |
| | Exchange of correspondence with Lieff Cabraser attorneys re our respective positions on multi-district litigation against Ameriquest. | 0.50 | 250.00 | DB |

Invoice #:    241                        Page    5                           June 19, 2009

|            | Discussion with Lieff Cabraser attorneys re their reasons for filing MDL motion in Ameriquest cases and reconciling our respective positions. Telephone conference with Craig Bourne. | 0.70 | 350.00 | DB |
|------------|---|---|---|---|
| Aug-12-05  | Telephone conference with Kelly Dermody and Caryn Becker re respective positions in the MDL motions and objections. | 0.50 | 250.00 | DB |
|            | Letters to and from plaintiffs' counsel in other cases re respective positions in the Ameriquest MDL. | 0.40 | 200.00 | DB |
| Aug-15-05  | Review Notice of Hearing Session to verify correct list of cases. | 0.40 | 200.00 | DB |
|            | Letter from Terry Smiljanich re issues in the MDL motions. | 0.30 | 150.00 | DB |
|            | Correspondence re setting up a conference call among various counsel involved in the Ameriquest MDL matters. | 0.30 | 150.00 | DB |
|            | Review files and prepare letter to co-counsel re the positions and strategy of other plaintiffs' counsel in cases against Ameriquest involved in the MDL motions. | 0.50 | 250.00 | DB |
|            | Review article from Oklahoma law journal on the defense bar's perspective of the firm offer litigation and letter to co-counsel re same. | 0.80 | 400.00 | DB |
|            | Correspondence with co-counsel re ad hoc law firm arrangements. | 0.80 | 400.00 | DB |
|            | Review Objection of Thomas Murray, Nancy Murray, and Frank Hernandez to Motion of Willisma dn naughton to Transfer for Coordination or Consolidation. | 0.30 | 150.00 | DB |
| Aug-16-05  | Review joint report and ADR questionnaire for accuracy. | 0.50 | 250.00 | DB |
| Aug-23-05  | Review report from Terry Smiljanich re MDL meetings and discussions with other counsel. | 0.40 | 200.00 | DB |
| Sep-20-05  | Review Notice of Scrivener's Error in Defendants' Reply Brief. | 0.20 | 100.00 | DB |
| Sep-22-05  | Review Certificate of Service of and Amended Corporate Disclosure Statement of Ameriquest. | 0.30 | 150.00 | DB |

| Sep-28-05 | Review Notice of Supplemental Filing Regarding Standard for Pleading Loss Causation. | 0.60 | 300.00 | DB |
|-----------|-------------------------------------------------------------------------------------|------|----------|----|
| Sep-29-05 | Review Notice of Supplemental Filing by Defendants Kezsbom and Borchardt. | 0.30 | 150.00 | DB |
| Dec-23-05 | Telephone conference with Gary Kline. | 0.30 | 150.00 | DB |
| Dec-27-05 | Review files of Ameriquest closing papers to determine if H8/H9 Notice of Right to Cancel is correct; summarize results. | 3.10 | 1,550.00 | DB |
|           | Letter to Terry Smiljanich re review of Ameriquest closing files. | 1.00 | 500.00 | DB |
|           | Draft memorandum describing results of review of files of clients who had closings with Ameriquest; letter to Terry Smiljanich re same. | 0.90 | 450.00 | DB |
| Jan-05-06 | Review Plaintiff's Motion to Lift Discovery Stay and Incorporated Memorandum of Law. | 0.60 | 300.00 | DB |
|           | Review Plaintiff's Notice of Supplemental Authority. | 0.30 | 150.00 | DB |
| Jan-16-06 | Review Plaintiffs' Motion for Preliminary Injunction on Behalf of Proposed Rescission Class and supporting filings. | 1.90 | 950.00 | DB |
| Jan-17-06 | Review Memorandum of Points and Authorities in Support of Motion to Appoint Interim Class Counsel for MDL Plaintiffs Pursuant to Fed. R. Civ. P. 23(g). | 0.50 | 250.00 | DB |
|           | Review Declaration of Kelly Dermody. | 0.50 | 250.00 | DB |
|           | Review Declaration of Terry Smiljanich. | 0.40 | 200.00 | DB |
|           | Review Declaration of Gary Klein in Support of Motion for Appointment of Interim Class Counsel. | 0.40 | 200.00 | DB |
|           | Review Notice of Motion and Motion to Appoint Interim Class Counsel for MDL Plaintiffs. | 0.30 | 150.00 | DB |
| Jan-23-06 | Review Notice of Related Tag-Along Action (Williams and Naughton). | 0.70 | 350.00 | DB |

Invoice #:    241                          **Page   7**                                    June 19, 2009

| | | | | |
|---|---|---|---|---|
| | Review Declaration of Myers by Defendants Kezsbom and Borchardt in Support of Defendants' Opposition to Motion to Lift Discovery Stay. | 0.60 | 300.00 | DB |
| | Review Defendants' Memorandum of Law in Opposition to Motion to Lift Discovery Stay. | 0.60 | 300.00 | DB |
| Jan-25-06 | Review order denying Plainitff's Motion to Lift Discovery Stay. | 0.30 | 150.00 | DB |
| Jan-26-06 | Review Order on motion to dismiss. | 0.60 | 300.00 | DB |
| Jan-30-06 | Review Designation of O. Randolph Bragg as Local Counse for Service. | 0.10 | 50.00 | DB |
| | Review Notice of Status Conference. | 0.10 | 50.00 | DB |
| Feb-06-06 | Review Defendants' Status Conference Statement. | 1.10 | 550.00 | DB |
| Feb-07-06 | Review Motion to Require Notice and Objection to Motion to Appoint Interim Class Counsel. | 0.60 | 300.00 | DB |
| Feb-08-06 | Review Plaintiffs' Response to Defendant's Status Conference Statement. | 0.20 | 100.00 | DB |
| | Review Supplemental Declaration of Wiltsek in Support of Motion for Provisional Certification of "Rescission" Class for Purposes of Preliminary Injunctive Relief. | 0.30 | 150.00 | DB |
| | Review Supplemental Declaration Kavanagh in Support of Motion for Provisional Certification of "Rescission" Class for Purposes of Preliminary Injunctive Relief. | 0.30 | 150.00 | DB |
| Feb-21-06 | Review Plaintiffs' Memorandum Concerning Potential Foreclosures While Plaintiffs' Motion for Preliminary Injunction is Pending. | 0.30 | 150.00 | DB |
| | Review Plaintiffs' Reply Memorandum Concerning Potential Foreclosures While Plaintiffs' Motion for Preliminary Injunction is Pending. | 0.40 | 200.00 | DB |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review Defendant Ameriquest's Opposition to Plaintiffs' Motion for Provisional Class Certification and Ameriquest's Opposition to Plaintiffs' Motion for Preliminary Injunction; review Ameriquest's Brief Regarding the Mailing of Nationwide Notice of Possible Rescission Rights; review declarations supporting same. | 1.20 | 600.00 | DB |
| Feb-22-06 | Review Defendant's Reply to Plaintiffs' Memorandum Concerning Potential Foreclosures. | 0.40 | 200.00 | DB |
|  | Review Defendant's Evidentiary Objections to Plaintiffs' Memorandum Concerning Potential Foreclosures. | 0.40 | 200.00 | DB |
|  | Review Declaration of Elizabeth Smith in Support of Defendant's Reply to Memorandum Concerning Potential Foreclosures. | 0.30 | 150.00 | DB |
| Feb-27-06 | Review applications for admission pro hac vice (LeSage, Andrus, Block, and Petrossin). | 0.20 | 100.00 | DB |
| Mar-03-06 | Review Declarations (Burton, Bourassa, Tolbert, Naughton, Dygert, White, Holder, Devlin, Wilgoren, Lokker, Gay, Lyons, Smith, Dion, and Wakefield). | 0.70 | 350.00 | DB |
|  | Review Plaintiffs' Reply Memorandum in Support of Motion for Provisional Certification of Rescission Class for Purposes of Preliminary Injunctive Relief. | 1.10 | 550.00 | DB |
|  | Review Omnibus Response to Ameriquest's Evidentiary Objections to Declarations of Counsel. | 0.70 | 350.00 | DB |
|  | Review Plaintiffs' Reply Memorandum in Support of Motion for Preliminary Injunction. | 0.80 | 400.00 | DB |
|  | Review conditional transfer order. | 0.20 | 100.00 | DB |
|  | Review Agreed Motion to Reschedule March 17, 2006, Preliminary Pretrial Conference. | 0.20 | 100.00 | DB |
|  | Review Order and Amended Notice of Hearing. | 0.10 | 50.00 | DB |
| Mar-14-06 | Review Plaintiffs' Opposition to Judicial Panel on Conditional Transfer of Ameriquest Litigation for Coordinated or Consolidated Pretrial Proceedings. | 0.60 | 300.00 | DB |

| | | | | |
|---|---|---|---|---|
| Mar-16-06 | Review Notice of Opposition to Conditional Transfer Order (by R+Financial). | 0.40 | 200.00 | DB |
| Mar-17-06 | Review Notice of Opposition to Conditional Transfer Order (by Kahrer). | 0.30 | 150.00 | DB |
| Mar-20-06 | Review Argent Mortgage Company's Notice of Opposition to Conditional Transfer Order. | 0.30 | 150.00 | DB |
| | Review BNC Mortgage Inc.'s Notice of Opposition to Conditional Transfer Order. | 0.30 | 150.00 | DB |
| | Review Notice of Opposition to Contingent Transfer Order by Summit Mortgage, et al. | 0.20 | 100.00 | DB |
| Mar-28-06 | Review Defendants' Amended Motion for Reassignment of Related Cases, Supplemental Memorandum in Support of Amended Motion for Reassignment, Supplemental Declaration of Lesage in Support of Amended Motion for Reassignment, Defendants' Supplemental Request for Juricial Notice in Support of Amended Motion for Reassignment; and Supplemental Appendix of Related Cases in Support of Amended Motion ffor Reassignment. | 1.20 | 600.00 | DB |
| | Review Plaintiff's Motion to Vacate Judicial Panel on Multidistrict Litigation's Conditional Transfer and Memorandum in Support. | 0.40 | 200.00 | DB |
| Mar-31-06 | Review plaintiff's response to motions for reassignment by the Edelman firm. | 0.40 | 200.00 | DB |
| Apr-03-06 | Review Amended Certificate of Service. | 0.20 | 100.00 | DB |
| | Review Revised Declaration of Mao in Support of Motion Opposing Conditional Transfer Order. | 0.80 | 400.00 | DB |
| | Review Certificate of Service by Mail. | 0.10 | 50.00 | DB |
| | Review Declaration of Rees in Support of Motion to Amend Case Management Order. | 0.30 | 150.00 | DB |
| | Review Motion to Amend Case Management Order; Oral Argument Requested. | 0.20 | 100.00 | DB |
| | Review Memorandum in Support of Motion to Amend Case Management Order. | 0.60 | 300.00 | DB |

Invoice #:    241                          Page   10                          June 19, 2009

| | | | | |
|---|---|---|---|---|
| Apr-10-06 | Review Plaintiffs' Notice of Supplemental Authority in Support of Motion for Provisional Certification of Rescission Class. | 0.50 | 250.00 | DB |
| Apr-14-06 | Review Defendant Ameriquest's Response to Plaintiffs' Notice of Supplemental Authority in Support of Motion for Provisional Certification of Rescission Class. | 0.90 | 450.00 | DB |
| Apr-19-06 | Review Notice of Hearing Session. | 0.20 | 100.00 | DB |
| Apr-20-06 | Review Defendants' Request for Judicial Notice in Support of Their Consolidated Response to Motions to Vacate Conditional Transfer Order. | 0.20 | 100.00 | DB |
| Apr-24-06 | Review Defendants' Consolidated Response to Motions to Vacate Conditional Transfer Order. | 0.90 | 450.00 | DB |
| | Review exhibits accompanying Request for Judicial Notice. | 0.40 | 200.00 | DB |
| Apr-28-06 | Review Defendant's Statement of Issues for Court to Consider in Connection with Plaintiffs' Second Motion for Reassignment of Related Cases. | 0.40 | 200.00 | DB |
| May-15-06 | Review Defendants' Opposition to Plaintiffs' Motion for Leave to Amend Complaint. | 0.30 | 150.00 | DB |
| | Review Declaration of Brandon Block in Support of Defendants' Opposition to Motion for Leave to Amend. | 0.30 | 150.00 | DB |
| | Review Declaration of Jonathan Ledsky in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to Amend. | 0.20 | 100.00 | DB |
| | Review Defendants' Request for Judicial Notice in Support of Opposition to Plaintiffs' Motion for Leave to Amend Complaint. | 0.40 | 200.00 | DB |
| Jun-19-06 | Review Transfer Order dated June 16, 2006. | 0.30 | 150.00 | DB |
| Jun-26-06 | Review Plaintiffs' Memorandum of Law in Opposition to Ameriquest's Request for Limitation on Injunctive Relief Based on a Monitor Appointed Pursuant to Agreement With Various State Attorneys General. | 0.40 | 200.00 | DB |
| | Review Cooperating Plaintiffs' Motion for Approval of Plaintiffs' Proposed Organization and Case Management Plan and to Lift Stay. | 0.40 | 200.00 | DB |

| | | | | |
|---|---|---|---|---|
| | Review Cooperating Plaintiffs' Memorandum of Law in Support of Motion for Approval of Plaintiffs' Proposed Organization and Case Management Plan and to Lift Stay. | 0.90 | 450.00 | DB |
| | Review Notice of Motion. | 0.10 | 50.00 | DB |
| | Review Proof of Service. | 0.10 | 50.00 | DB |
| Jul-03-06 | Review Plaintiffs' Reply to Defendant's Brief Regarding Whether the Notice to Mortgagees Who Face Foreclosure Should be Sent to Borrowers Whose Loans Originated After January 23, 2006. | 0.50 | 250.00 | DB |
| Jul-31-06 | Review Cooperating Plaintiff's Reply to ECLG Plaintiff's Statement of Concurrence with Harris Firm's Proposed Compromise. | 0.40 | 200.00 | DB |
| | Review Proof of Service. | 0.20 | 100.00 | DB |
| Oct-02-06 | Review Cooperating Plaintiffs' Motion for Entry of a Document Preservation Order, Memorandum in Support of Cooperating Plaintiffs' Motion for Entry of a Document Preservation Order, and proposed order concerning document preservation. | 0.70 | 350.00 | DB |
| Dec-07-06 | Review Barwar's consolidated class action complaint and related papers received today. | 1.30 | 650.00 | DB |
| Jan-03-07 | Review and draft comments on non-borrower plaintiffs' discovery served on Ameriquest defendants. | 2.50 | 1,250.00 | DB |
| Aug-06-07 | Telephone conferences with Lori Fanning re discovery response due dates. | 0.40 | 200.00 | DB |
| Aug-09-07 | Telephone conference with Lori Fanning re discovery issues, narrowing response obligations. | 0.50 | 250.00 | DB |
| Sep-24-07 | Telephone conference with Rachel Geman re discovery. | 0.20 | 100.00 | DB |
| Sep-25-07 | Letter to Larry Osten; telephone conferences with Larry Osten; all re discovery. | 1.70 | 850.00 | DB |
| Sep-26-07 | Review interrogatories directed to Larry Osten. | 1.00 | 500.00 | DB |
| Sep-27-07 | Work on responses to interrogatories directed to Larry Osten. | 1.50 | 750.00 | DB |

| Invoice #: | 241 | Page | 12 | | June 19, 2009 |

| | | | | |
|---|---|---|---|---|
| Sep-28-07 | Continued review of interrogatories directed to Larry Osten; telephone conferences with Larry Osten re facts needed; draft responses to select interrogatories directed to Larry Osten; work on production obligations. | 3.10 | 1,550.00 | DB |
| Oct-01-07 | Review and revise responses to select interrogatories directed to Larry Osten; telephone conference with Larry Osten to go over draft answers; review documents for production by Plaintiff Osten. | 3.80 | 1,900.00 | DB |
| | Totals | 82.60 | $41,300.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Oct-25-05 | Pacer Service Center | 0.48 |
| | West Law - research | 30.03 |
| Apr-27-06 | Pacer Service Center | 0.32 |
| Oct-23-07 | Choice Point Public Records, Inc. - records search | 40.00 |
| | West Law - research | 1.94 |
| | Pacer Service Center  - delivery | 5.76 |
| Oct-29-07 | Invoice #2-333-40794 | 24.85 |
| May-12-09 | Pacer Service Center  - delivery | 9.92 |
| | Totals | $113.30 |

| **Total Fee & Disbursements** | **$41,413.30** |
|---|---|
| **Balance Now Due** | **$41,413.30** |

TAX ID Number     43-2030951

Exhibit B

### *Douglas Bowdoin, P.A.*
255 S. Orange Avenue, Suite 800
Orlando, FL 32801

Ph:407-422-0025        Fax:407-843-2448

George and Crisella Barber                                     June 19, 2009
Darby, Peele, Bowdoin & Payne
P. O. Drawer 1707
Lake City, FL
32056

|  |  | Client number | 5022 |
|---|---|---|---|
| **Attention:** | c/o Roderick Bowdoin | Inv #: | 242 |

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-06-04 | Telephone conference with Kamran Mashayekh of Tien Law Firm re causes of action and damages. | 0.40 | 200.00 | DB |
| Aug-11-04 | Telephone conference with Kamran Mashayekh. | 0.30 | 150.00 | DB |
|  | Telephone conference with Craig Bourne. | 0.30 | 150.00 | DB |
| Aug-16-04 | Research causes of action against AmeriQuest, including research in Fla. Stat., history of creation of Department of Financial Services and organizational thereof; research regulatory issues relating to mortgage lending and AmeriQuest's activities. | 4.20 | 2,100.00 | DB |
|  | E-mail communications to and from Kamram Mashayekh, Laurence Tien, and Craig Bourne re causes of action available and development of facts. | 0.50 | 250.00 | DB |
| Aug-17-04 | Review PACER docket sheets and motion for summary judgment in related lawsuit. | 0.60 | 300.00 | DB |
| Aug-19-04 | Telephone conference with Laurence Tien and Kamran Mashayekh; letter to Laurence Tien and Kamran Mashayekh. | 0.70 | 350.00 | DB |
| Aug-23-04 | Telephone conference with Kamran Mashayekh. | 0.10 | 50.00 | DB |
|  | Telephone conference with Kamran Mashayekh; research on fees; work on engagement letters. | 1.20 | 600.00 | DB |

Invoice #:    242                          Page   2                          June 19, 2009

| | | | | |
|---|---|---|---|---|
| Aug-25-04 | Prepare for conference call; conference call among Kamran Mashayekh, Caryn Becker, Kelly Dermody, and Jeff Fisher. | 1.40 | 700.00 | DB |
| Aug-26-04 | Telephone conference with Lance Block; telphone conference with Pat Quinlan; telehone conference with Kamran Mashayekh; review letter; telephone conference with Kamran Mashayekh. | 1.10 | 550.00 | DB |
| Aug-27-04 | Telephone conference with Kamran Mashayekh; conference call among Kamran Mashayekh and Jeff Fisher. | 0.50 | 250.00 | DB |
| | Telephone conference with Craig Bourne; research statutes and case law on various choice of venue issues; memorandum to co-counsel. | 2.80 | 1,400.00 | DB |
| Aug-28-04 | Research in public records of several counties re use by AmeriQuest of lis pendens and frequency of foreclosure judgments by AmeriQuest. | 2.00 | 1,000.00 | DB |
| Aug-30-04 | Arrange for fax to Rod Bowdoin; telephone conferences with Rod Bowdoin; telephone conference with Kamran Mashayekh. | 1.10 | 550.00 | DB |
| Aug-31-04 | Research forum non conveniens and forum selection in Florida. | 2.80 | 1,400.00 | DB |
| | Telephone conferences with Rod Bowdoin re claimants he knows; letter to co-counsel re same. | 0.50 | 250.00 | DB |
| Sep-01-04 | Telephone conferences with Kamran Mashayekh and Jeff Fisher; Telephone conferences with Rod Bowdoin; review forum non conveniens cases; draft letters re venue. | 2.30 | 1,150.00 | DB |
| | Telephone conference with Rod Bowdoin. | 0.30 | 150.00 | DB |
| | Telephone conference with Craig Borune re witness he interviewed. | 0.30 | 150.00 | DB |
| Sep-07-04 | Review various e-mail communitcations to and from counsel. | 0.50 | 250.00 | DB |
| Sep-08-04 | Review correspondence recieved; letter to co-counsel; telephone conferences with Craig Bourne. | 0.60 | 300.00 | DB |
| Sep-13-04 | Telephone conference with Kamran Mashayekh. | 0.40 | 200.00 | DB |

| | | | | |
|---|---|---|---|---|
| Sep-14-04 | Draft letter to Kamran Mashayekh; telephone conference with Kamran Mashayekh; work on various engagement agreements. | 2.10 | 1,050.00 | DB |
| Sep-15-04 | Research on engagement agreements; finalize draft of letter to potential plaintiff representatives. | 1.10 | 550.00 | DB |
| Sep-21-04 | Review "contact" information and documents received from The Tien Law Firm. | 1.90 | 950.00 | DB |
| Sep-23-04 | Telephone conference with Rod Bowdoin re choice of plaintiff representatives; discuss engagement agreement issues. | 0.80 | 400.00 | DB |
| Sep-24-04 | Draft analysis and comments on various causes of action including civil theft of RICO. | 1.20 | 600.00 | DB |
| Sep-27-04 | Telephone conference with Debra Holloway; prepare letters of engagement for Debra Holloway; letter to Kamran Mashayekh. | 0.60 | 300.00 | DB |
| | Telephone conference with Richard Grund; letter to Kamran Mashayekh; prepare engagement letters for Richard and Deborah Grund. | 0.70 | 350.00 | DB |
| Oct-01-04 | Telephone conferences with Kamran Mashayekh. | 0.40 | 200.00 | DB |
| | Telephone conferences with Craig Bourne to go over cause of action. | 0.40 | 200.00 | DB |
| Oct-04-04 | Letter to Mr. and Mrs. Grund; telephone conferences with Craig Bourne; review all Florida statutes of brokers, lenders, banking, predatory lending. Research case law on predatory lending. | 5.10 | 2,550.00 | DB |
| Oct-05-04 | Review and draft comments on first circulated draft of complaint. | 2.50 | 1,250.00 | DB |
| | Prepare for conference call; conference call among counsel. | 1.70 | 850.00 | DB |
| | Telephone conference with Rod Bowdoin; telephone conference with Craig Bourne to discuss complaint and research. | 0.70 | 350.00 | DB |
| Oct-07-04 | Research UDAP statutes cases in Florida on various grounds to allege UDAP claim. | 4.70 | 2,350.00 | DB |
| | Research on statute of limitations tolling; e-mail to counsel re statute of limitations; telephone conference with Craig Bourne. | 2.20 | 1,100.00 | DB |

| Oct-08-04 | Research in statutes, statutes annotated, and case law re potential causes of action to be brought against Ameriquest under Florida's Deceptive and Unfair Trade Practices Act. | 4.30 | 2,150.00 | DB |
|---|---|---|---|---|
| | Research in case law and read various treatises and guides re the risk of removal for referencing violation of federal statutes in a DUTPA action filed in state court. | 3.10 | 1,550.00 | DB |
| | Review Florida's Mortgage Lender Act and related statutes. | 1.40 | 700.00 | DB |
| | Conference call among co-counsel (Laurence Tien, Kamran Mashayekh and Jeff Fisher) to discuss specific UDAP claims and facts to prove. | 3.00 | 1,500.00 | DB |
| Oct-12-04 | Telephone conferences with Craig Bourne. | 0.50 | 250.00 | DB |
| Oct-13-04 | Telephone conferences with Craig Bourne; letters to co-counsel; research re FTC standards of unfairness in order to edit last draft of complaint. | 3.70 | 1,850.00 | DB |
| Oct-14-04 | Letter to Debra Holloway. | 0.40 | 200.00 | DB |
| | Letter to counsel re draft of complaint. | 0.40 | 200.00 | DB |
| | Review, edit, and comment on latest draft of complaint. | 4.10 | 2,050.00 | DB |
| Oct-20-04 | Telephone conferences with Craig Bourne; review and edit newest draft of complaint; comment on same; telephone conference with Rod Bowdoin. | 3.30 | 1,650.00 | DB |
| Oct-21-04 | Research on RESPA violation by Ameriquest and remedies. | 2.30 | 1,150.00 | DB |
| | Finalize complaint. | 2.90 | 1,450.00 | DB |
| Oct-22-04 | Telephone conferences with Rod Bowdoin and assistant re filing of complaint; letters to co-counsel. | 0.80 | 400.00 | DB |
| Oct-25-04 | Research in federal jurisdiction and removal in contemplation of drafting amended complaint; telephone conferences with co-counsel; telephone conference with Steve Fahlgren re recent Florida case law on federal question and removal issues. | 4.20 | 2,100.00 | DB |

| | | | | |
|---|---|---|---|---|
| Nov-03-04 | Telephone conference with Kamran Mashayekh; letters to and from Kamran Mashayekh; arrange for service of process on defendants; begin work on initial request to produce. | 2.20 | 1,100.00 | DB |
| Nov-10-04 | Review discovery received from Caryn Becker for service on defendants. | 0.40 | 200.00 | DB |
| | Rewrite request for production to defendants. | 1.30 | 650.00 | DB |
| Nov-23-04 | Telephone conference with attorney Paul Shuker; letters to and from Kamran Mashayekh. | 0.50 | 250.00 | DB |
| Dec-02-04 | Telephone conference with Kamran Mashayekh. | 0.30 | 150.00 | DB |
| Dec-07-04 | Telephone conference with Kamran Mashayekh. | 0.20 | 100.00 | DB |
| Dec-08-04 | Telephone conference with Rod Bowdoin's office. | 0.10 | 50.00 | DB |
| Dec-20-04 | Review amended returns of service; note to co-counsel re same. | 0.30 | 150.00 | DB |
| Dec-21-04 | Review removal documents received; research on burden of proof in removal. | 3.00 | 1,500.00 | DB |
| Dec-22-04 | Review removal papers received. | 0.70 | 350.00 | DB |
| | Research on remand. | 1.10 | 550.00 | DB |
| | Letters to and from co-counsel re whether or not to move for remand and the basis of remand. | 1.00 | 500.00 | DB |
| | Research on Judge Timothy Corrigan and letters to co-counsel. | 0.90 | 450.00 | DB |
| | Telephone conference with Lake City and Jacksonville attorneys re Judge Corrigan. | 0.70 | 350.00 | DB |
| Dec-27-04 | Research remand timing; research damages threshold issues raised by removal. | 2.90 | 1,450.00 | DB |
| Dec-28-04 | Research procedural issues re response to motion to dismiss, timing, and contents; letter to co-counsel re same. | 0.70 | 350.00 | DB |
| | Begin researching case law on legal issues asserted by Defendants in motion to dismiss. | 2.50 | 1,250.00 | DB |

Invoice #:    242                      Page   6                      June 19, 2009

| | | | | |
|---|---|---|---|---|
| Jan-03-05 | Attempt to reach Daniel Casey. | 0.40 | 200.00 | DB |
| | Telephone conference with Kelly Dermody's office. | 0.30 | 150.00 | DB |
| | Review local rules and draft agreed motion to extend time to respond to motion to dismiss. | 1.00 | 500.00 | DB |
| | Review letter from Kelly Dermody. | 0.30 | 150.00 | DB |
| | Letter to Kelly Dermody. | 0.30 | 150.00 | DB |
| Jan-04-05 | Telephone conference with Dan Casey's office; letter to Dan Casey. | 0.40 | 200.00 | DB |
| | Review letter from Kelly Dermody. | 0.30 | 150.00 | DB |
| | Review letter from Kelly Dermody. | 0.30 | 150.00 | DB |
| | Review letter from Kamran Mashayekh. | 0.30 | 150.00 | DB |
| | Letter to Kelly Dermody. | 0.30 | 150.00 | DB |
| Jan-05-05 | Review letter from Caryn Becker. | 0.30 | 150.00 | DB |
| | Letter to Caryn Becker. | 0.30 | 150.00 | DB |
| Jan-07-05 | Telephone conference with Mike Hudson (reporter). | 0.30 | 150.00 | DB |
| | Review letter from reporter Mike Hudson. | 0.30 | 150.00 | DB |
| | Review letter from Caryn Becker. | 0.30 | 150.00 | DB |
| | Letter to Caryn Becker. | 0.30 | 150.00 | DB |
| Jan-11-05 | Letter to Kamran Mashayekh. | 0.30 | 150.00 | DB |
| Jan-12-05 | Review letter from Caryn Becker. | 0.30 | 150.00 | DB |
| | Review letter from Kamran Mashayekh. | 0.30 | 150.00 | DB |
| | Letter to Caryn Becker. | 0.30 | 150.00 | DB |
| Jan-13-05 | Review letter from Caryn Becker. | 0.30 | 150.00 | DB |
| | Review letter from Craig Bourne. | 0.30 | 150.00 | DB |
| | Letter to Caryn Becker. | 0.30 | 150.00 | DB |

| Jan-14-05 | Review letter from Caryn Becker. | 0.30 | 150.00 | DB |
|---|---|---|---|---|
| | Letter to Caryn Becker. | 0.30 | 150.00 | DB |
| Jan-18-05 | Review letter from Kelly Dermody. | 0.30 | 150.00 | DB |
| Jan-19-05 | Telephone conference with Jonathan Boynton; prepare pro hac vice application. | 0.40 | 200.00 | DB |
| | Prepare for conference call re status of motions to dismiss, motions to remand, substantive issues to include in motion for remand, and scheduling matters. | 0.40 | 200.00 | DB |
| | Conference call with Caryn Becker and Kamran Mashayekh re substance of motion to remand, scheduling issues, and outline for proposals for joint motions to opposing counsel. | 0.70 | 350.00 | DB |
| | Review letter from Kelly Dermody. | 0.30 | 150.00 | DB |
| | Letter to Jonathan Boynton. | 0.30 | 150.00 | DB |
| | Letter to Kelly Dermody. | 0.30 | 150.00 | DB |
| Jan-21-05 | Telephone conference with Dan Casey and Bruce Allensworth. | 0.30 | 150.00 | DB |
| | Review letter from Jonathan Boynton. | 0.30 | 150.00 | DB |
| | Review letter from Kamran Mashayekh. | 0.30 | 150.00 | DB |
| | Review letter from Kelly Dermody. | 0.30 | 150.00 | DB |
| | Letter to Kamran Mashayekh. | 0.30 | 150.00 | DB |
| | Letter to Rod Bowdoin. | 0.30 | 150.00 | DB |
| | Letter to Laurence Tien. | 0.30 | 150.00 | DB |
| Jan-31-05 | Conference call with Tyson Russum and Kamran Mashayekh to go over evidence of fake title insurance and other false passthroughs. | 1.10 | 550.00 | DB |
| Feb-02-05 | Review and edit motion for remand; letter to lead counsel with comments and suggested changes to motion for remand. | 1.50 | 750.00 | DB |

Invoice #: 242        **Page 8**        June 19, 2009

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone conference with Laurence Tien re his declaration and other issues concerning the motion for remand and timing for filing the motion for remand. | 0.30 | 150.00 | DB |
| Feb-03-05 | Review letters from Caryn Becker and Kamran Mashayekh re need to file motion for remand; telephone conference with Rod Bowdoin re motion for remand. | 0.50 | 250.00 | DB |
|  | Review Court's Rule 26 case management order; draft a joint motion for enlargement of time to conduct case management conference and file report. | 0.80 | 400.00 | DB |
|  | Review local rules re motions for class certification; revise motion for enlargement of time to include enlargement of time for filing motion for class certification. | 1.10 | 550.00 | DB |
| Feb-04-05 | Letters to and from California co-counsel re filing of response to motion to dismiss. | 0.30 | 150.00 | DB |
|  | Review final version of response to motion to dismiss, execute same, and arrange for filing. | 1.00 | 500.00 | DB |
|  | Letter to co-counsel informing them that response to motion to dismiss has been filed. | 0.20 | 100.00 | DB |
| Feb-07-05 | Review and revise proposed joint motion for enlargement of time. | 0.40 | 200.00 | DB |
|  | Review letter from Caryn Becker re revisions to joint motion for enlargement of time re class certification and Rule 26. | 0.40 | 200.00 | DB |
|  | Review letter from Caryn Becker re joint motion. | 0.20 | 100.00 | DB |
|  | Review correspondence from Caryn Becker to opposing counsel. | 0.30 | 150.00 | DB |
| Feb-17-05 | Telephone conference with Jonathan Morton re pro hac vice admissions; draft notice of conferring with opposing counsel. | 0.30 | 150.00 | DB |
| Feb-18-05 | Telephone conference with Brian Forbes; review Plaintiffs' Assent to Defendants' Motion for Enlargement to Respond to Motion for Remand; revise same. | 0.40 | 200.00 | DB |
| Feb-22-05 | Review and revise Notice of Conferring with Opposing Counsel re pro hac vice applications; letter to clerk. | 0.40 | 200.00 | DB |

| | | | | |
|---|---|---|---|---|
| Apr-05-05 | Review Plaintiffs' Motion for Leave to File Reply Memorandum and Reply Memorandum in Support of Remand. | 0.90 | 450.00 | DB |
| Apr-15-05 | Correspondence to and from co-counsel Laurence Tien re additional class actions against Ameriquest and how such class actions may affect Barber v. Ameriquest. | 0.40 | 200.00 | DB |
| | Review January 2005 complaint filed in the Northern District of California alleging grounds similar to those alleged in Barber v. Ameriquest. | 0.50 | 250.00 | DB |
| May-05-05 | Review standing order re length of documents to be filed in Barber v. Ameriquest. | 0.20 | 100.00 | DB |
| May-12-05 | Review and make note of standing order received from Jacksonville Division of Middle District Court re length of briefs. | 0.20 | 100.00 | DB |
| Jul-08-05 | Review Plaintiffs' Williams' and Naughton's Motion for Transfer and Coordination and/or Consolidation Pursuant to 28 U.S.C. Section 1407. | 0.40 | 200.00 | DB |
| | Review and summarize Brief in Support of Williams' and Naughton's Motion for Transfer and Coordination and/or Consolidation Pursuant to 28 U.S.C. Section 1407. | 1.10 | 550.00 | DB |
| | Review First Amended Class Action Complaint in Williams (Florida) vs. Ameriquest. | 0.40 | 200.00 | DB |
| Jul-12-05 | Review correspondence from various co-counsel and preparation for motion for remand. | 0.50 | 250.00 | DB |
| | Letter from Caryn Becker re arrangements for filing motion in Barber v. Ameriquest. | 0.30 | 150.00 | DB |
| | Correspondence from co-counsel re status of Barber v. Ameriquest action. | 0.30 | 150.00 | DB |
| | Letter to co-counsel re coordination of electronic filing for motion in Barber v. Ameriquest. | 0.30 | 150.00 | DB |
| Jul-13-05 | Review and comment on memorandum re remand. | 1.70 | 850.00 | DB |

| Jul-14-05 | Review Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion to Remand and Response to Plaintiffs' Motion for Leave to File Reply Memorandum in Support of Motion to Remand. | 1.40 | 700.00 | DB |
|-----------|---|------|--------|----|
|  | Review Plaintiffs' Supplemental Memorandum re Exxon Mobil Corp. v. Allapattah Services, Inc., in Support of Motion to Remand (as filed). | 0.40 | 200.00 | DB |
| Aug-10-05 | Letters to and from co-counsel re scheduling of conference. | 0.30 | 150.00 | DB |
| Aug-25-05 | Letters to and from Kelly Dermody re decisions in responding to or requesting oral arguments in Barber v. Ameriquest. | 0.30 | 150.00 | DB |
| Aug-26-05 | Review Notice of Telephonic Hearing received from Court. | 0.10 | 50.00 | DB |
|  | Correspondence with Kelly Dermody re hearing on remand. | 0.20 | 100.00 | DB |
| Sep-07-05 | Correspondence to and from Caryn Becker. | 0.30 | 150.00 | DB |
|  | Letters to and from Caryn Becker re Florida's Deceptive and Unfair Trade Practices Act and related issues in Barber case. | 0.40 | 200.00 | DB |
|  | Telephone conferences with co-counsel and local counsel in north Florida re decisions to be made in prosecution of Barber v. Ameriquest. | 0.50 | 250.00 | DB |
| Sep-09-05 | Review Declaration of Caryn Becker. | 0.30 | 150.00 | DB |
| Sep-12-05 | Review file in preparation for telephonic hearing on Motion to Dismiss and Motion to Remand. | 0.40 | 200.00 | DB |
|  | Attendance by phone of hearing on Motion to Dismiss and Motion to Remand. | 0.40 | 200.00 | DB |
| Nov-08-05 | Review article forwarded by Laurence Tien; letter to Laurence Tien. | 0.30 | 150.00 | DB |
| Dec-22-05 | Review notice of transfer; review MDL panel order. | 0.50 | 250.00 | DB |
| Jan-13-06 | Gather materials to send to Debra Holloway to keep her updated on the Barber v. Ameriquest litigation; letter to Debra Holloway. | 0.40 | 200.00 | DB |

| Jan-17-06 | Gather materials to send to Mr. Osten to keep him updated on the progress in Barber v. Ameriquest; letter to Mr. Osten. | 0.50 | 250.00 | DB |
|---|---|---|---|---|
| Jan-18-06 | Review Poppitz v. Ameriquest Mortgage Company order re presumptions under TILA. | 0.50 | 250.00 | DB |
| Jan-24-06 | Review notice of tag-along actions. | 0.30 | 150.00 | DB |
| Jan-28-06 | Review Unopposed Verified Motion to Appear Pro Hac Vice (Allesnworth). | 0.20 | 100.00 | DB |
| Jan-30-06 | Review terms of settlement agreement among Ameriquest and the Attorneys General; review press releases, comments, and criticisms on the Ameriquest settlement with the Attorneys General; correspondence with co-counsel re effect of the Attorneys' General settlement on the Barber v. Ameriquest action. | 2.30 | 1,150.00 | DB |
| Feb-14-06 | Review Joint Stipulation Continuing Deadline for Filing Case Management Report. | 0.30 | 150.00 | DB |
| | Review Unopposed Motion and Proposed Order Continuing Deadline for Filing Case Management Report. | 0.30 | 150.00 | DB |
| | Review Defendants' Answer and Affirmative Defenses to Plaintiffs' Class Action Complaint. | 0.80 | 400.00 | DB |
| Feb-15-06 | Review answer by Ameriquest; review motion to continue by Ameriquest. | 1.00 | 500.00 | DB |
| Feb-17-06 | Review Defendants' Answer and Affirmative Defenses to Plaintiffs' Class Action Complaint. | 0.80 | 400.00 | DB |
| | Review Stipulation re case management report. | 0.10 | 50.00 | DB |
| | Review Unopposed Motion Continuing Deadline for Filing Case Management Report. | 0.30 | 150.00 | DB |
| | Review Order granting motion continuing deadline for filing case management report. | 0.30 | 150.00 | DB |
| Feb-18-06 | Review order granting motion to continue in Barber v. Ameriquest; note to assistant and note to file. | 0.30 | 150.00 | DB |
| Feb-22-06 | Letters from Kamran Mashayekh re status of the Barber vs. Ameriquest litigation and related issues; letters to Kamran Mashayekh re Barber v. Ameriquest. | 0.30 | 150.00 | DB |

Invoice #:   242           Page   12                       June 19, 2009

|  |  |  |  |  |
|---|---|---|---|---|
|  | Letter to Kamran Mashayekh re answers to his various questions in the Barber litigation. | 0.30 | 150.00 | DB |
| Mar-14-06 | Review letter from Kamran Mashayekh and copy of Lieff Cabraser's January 22, 2006, news release re the Attorneys' General report; telephone conference with Kamran Mashayekh. | 0.40 | 200.00 | DB |
|  | Totals | 149.00 | $74,500.00 |  |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Oct-11-04 | Invoice #7-656-57688 | 9.55 |
| Oct-31-04 | Courier | 14.35 |
| Nov-03-04 | Service Fee | 40.00 |
| Dec-06-04 | Invoice #7-865-81612 | 39.21 |
| Feb-08-05 | corp records - Ameriquest Capital Corp | 20.00 |
|  | corp records - Ameriquest Capital Corp | 20.00 |
| Feb-10-05 | Invoice #7-974-38569 | 35.85 |
| Feb-28-05 | January charges | 350.00 |
|  | West Law research | 1.39 |
| Mar-09-05 | National Consumer Law Center | 104.00 |
|  | Invoice #5-384-86852 | 17.71 |
| Mar-31-05 | Pacer Online Research | 14.06 |
| Apr-08-05 | Invoice #5-434-28913 | 14.35 |
| Apr-14-05 | photocopies | 53.85 |
| May-26-05 | West Law - research | 9.20 |
| Jul-28-05 | Pacer Service Center | 7.52 |
| Aug-17-05 | West Law - research | 32.48 |
| Oct-25-05 | Pacer Service Center | 8.88 |
|  | West Law - research | 49.12 |
| Feb-08-06 | Pacer Service Center | 0.48 |
| Apr-27-06 | Pacer Service Center | 0.56 |
|  | Totals | $842.56 |

**Total Fee & Disbursements**               **$75,342.56**

TAX ID Number    43-2030951

Exhibit C

## FIRM PROFILE OF DOUGLAS BOWDOIN, P.A.

The practice of Douglas Bowdoin, P.A., and its sole shareholder, Douglas Bowdoin, includes representing consumers in class actions, representing consumers in actions against insurance companies, and representing businesses and individuals in commercial litigation. The firm and its sole shareholder are AV rated by Martindale-Hubbell. Douglas Bowdoin has his accounting and law degrees from the University of Florida and a Master of Laws from Boston University and is a Florida Certified Public Accountant (retired). Douglas Bowdoin practiced as a tax lawyer from 1980 through 1986, as a mergers and acquisitions lawyer from 1987 through 1990, and as a litigation lawyer from 1991 to the present. Litigation experience includes numerous actions pursued on behalf of consumers against insurance companies and consumer class actions. When pursuing national class actions, the firm associates with other lawyers and firms, including James, Hoyer, Newcomer & Smiljanich, P.A.; Darby, Peele, Bowdoin & Payne; and J. Craig Bourne.

### Class Actions

Douglas Bowdoin served as *lead counsel* in the following class actions:

*Picaut v. Premier Cruise Lines*, Case No. 96-06932-CA-FN, Eighteenth Judicial Circuit in and for Brevard County, Florida, in which a national class was certified; and

*Hudson, et al. v. Cape Canaveral Cruise Line, Inc.*, Case No. 97-4188-CAT, Eighteenth Judicial Circuit in and for Brevard County, Florida.

Douglas Bowdoin has served as *co-lead counsel* in the following class actions:

*Collins v. IndyMac Bank, F.S.B., et al.*, Case No. SACV06-100-DOC-ANx, United States District Court for the Central District of California;

*Daniels v. Millennia Mortgage Corporation*, Case No. 8:05-cv-00769-DOC-RNB, United States District Court for the Central District of California;

*Free v. Secured Funding Corporation*, Case No. 8:05-cv-00767-CJC-MLG, United States District Court for the Central District of California;

*Parthiban v. GMAC Mortgage Corporation,* Case No. SACV05-768-DOC (MLGx), United States District Court for the Central District of California;

*Pearson v. Novastar Home Mortgage, Inc.*, Case No. 05-cv-1377-JVP-DLD, United States District Court for the Middle District of Louisiana;

*Putkowski v. Irwin Home Equity Corporation, et al.*, Case No. C-05-03289-PJH, United

States District Court for the Northern District of California;

*Quarterman v. Ameriquest Capital Corporation, et al.*, Case No. CV05-1426-CAS (Rcx), United States District Court for the Central District of California;

*Sanford v. FlexPoint Funding Corporation*, Case No. SACV05-1230 CJC(MLGx), United States District Court for the Central District of California;

*Torres v. People's Choice Home Loan, Inc.*, Case No. SACV05-1231 CJC(RNBx), United States District Court for the Central District of California;

*Webb v. Aames Investment Corporation, et al.*, Case No. 2:05-cv-05140-GPS-SS, United States District Court for the Central District of California;

*White v. E-Loan, Inc.*, Case No. C 05-02080 MEJ, United States District Court for the Northern District of California; and

*Yeagley v. Wells Fargo & Company, et al.*, Case No. C-05-3403-CRB, United States District Court for the Northern District of California.

Douglas Bowdoin has served as co-counsel in numerous class actions, including:

*Boden, et al. v. Publix Super Markets, Inc.*, Case Number 00-489-CA, Third Judicial Circuit in and for Columbia County, Florida;

*Barber, et al. v. Ameriquest Capital Corporation, et al.*, Case Number 04-492-CA, Third Judicial Circuit in and for Columbia County, Florida;

Consolidated class actions against Costa Cruise Lines, N.V., Kloster Cruise Lines, Carnival Cruise Lines, Eleventh Judicial Circuit in and for Dade County, Florida;

*Smith, et al. v. The Progressive Corporation, et al.*, Case Number 1:00-CV-210-MMP, United States District Court for the Northern District of Florida, Gainesville Division;

*Brantley, et al. v. Republic Mortgage Insurance Company*, Civil Action No. 2 04 0805 23, United States District Court for the District of South Carolina, Charleston Division;

*Broessel v. Triad Guaranty Insurance Corp.*, Case No. 1:04CV-4-M, United States District Court for the Western District of Kentucky, Bowling Green Division;

*Glatt, et al. v. The PMI Group, Inc., et al.*, Case No. 2:03-cv-326-FtM-29SPC, United States District Court for the Middle District of Florida, Ft. Myers Division;

*Hogan v. PMI Mortgage Insurance Company*, Case No. 05-CV-3851 PJH, United States District Court for the Northern District of California;

*Portis, et al. v. G. E. Mortgage Insurance Corporation*, Case No. 04C300, United States District Court for the Northern District of Illinois, Eastern Division;

*Price v. United Guaranty Residential Insurance Company*, Case No. 3-03 CV2643R, United States District Court for the Northern District of Texas;

*Whitfield v. Radian Guaranty, Inc.*, Case No. 04-111, United States District Court for the Eastern District of Pennsylvania;

*Clark v. Farmers Group, Inc.*, Case No. A 02-CA-427-JN, United States District Court for the Western District of Texas, Austin Division; and

*Hal Bloomberg Trust, et al. v. Gencor Industries, Inc., et al.*, Case No. 99-106-Civ-Orl-19B, United States District Court for the Middle District of Florida, Orlando Division;

## Consumer Actions

Douglas Bowdoin has experience in litigation on behalf of consumers against insurance companies based upon allegations of fraudulent sales practices in cases which are not class actions. Those cases include:

*Healey v. The Prudential Insurance Company of America, et al.*, Case No. Cl95-4566, Ninth Judicial Circuit in and for Orange County, Florida;

*White v. The Prudential Insurance Company of America, et al.*, Case No. 96-0535-CA-11-A, Eighteenth Judicial Circuit in and for Seminole County, Florida;

*Rudolph v. The Prudential Insurance Company of America, et al.*, Case No. 97-1243-CA-16-L, Eighteenth Judicial Circuit in and for Seminole County, Florida;

*Bishop, et al. v. The Prudential Insurance Company of America, et al.*, Case No. 97-456-CA01, Fifth Judicial Circuit in and for Lake County, Florida;

*Govatos v. USLIFE Corporation, et al.*, Case No. Cl99-8266, Ninth Judicial Circuit in and for Orange County, Florida;

*O'Sullivan v. USLIFE Corporation, et al.*, Case No. CIO 00-658, Ninth Judicial Circuit in and for Orange County, Florida;

*Reeves v. General American Life Insurance Company*, Case No. 012-8773, 22nd Judicial Circuit in the City of St. Louis, State of Missouri;

*Crotty v. General American Life Insurance Company*, Case No. 012-8772, 22nd Judicial Circuit in the City of St. Louis, State of Missouri;