# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re AMERIQUEST MORTGAGE CO. ) MDL NO. 1715
Mortgage Lending Practices Litigation ) Lead Case No. 05-CV-7097
)
) Centralized before the
) HONORABLE MARVIN E. ASPEN
)
) **ATTORNEY FEE**
) **DECLARATION**
_____)

I, Bryan A. Vroon, declare as follows:

1. I am the sole member of the Law Offices of Bryan A. Vroon, L.L.C. During the period pertinent to this Declaration, from May of 2005 through the present, I was counsel for the following Plaintiffs in this litigation: Katheryn and Phillip Cheek, Nicole and Joseph Riggins, Johnnie Ross, and Charles Meadows.

2. Attached hereto as Exhibit 1 is a true and accurate record of the time of the Law Offices of Bryan A. Vroon LLC expended providing counsel to the above-named Plaintiffs and to the Class Plaintiffs in general with respect to the instant matter.

3. Also attached hereto as Exhibit 2 is a true and accurate record of the time Brown & Scoccimaro, LLP expended providing counsel to the above-named Jonnie Ross, Charles Meadows, and Nicole and Joseph Riggins in the instant matter.

861368.1

4. Also attached hereto as Exhibit 3 is a true and accurate record of the time Brinson, Askew, Berry, Siegler, Richardson & Davis, LLP expended providing counsel to Katheryn and Phillip Cheek in the instant matter.

5. In my opinion, the attached lodestar summary reasonably reflects my firm's and my co-counsel's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rates for providing such services.

6. Moreover, throughout the litigation my firm and my co-counsel each maintained hourly time records and detailed cost records that support the attached lodestar summary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of April, 2010 in Atlanta, Georgia.

Bryan A. Vroon

Sworn to and subscribed in my presence this 6th day of April, 2010.

DIANE PIESCHEL
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
EXPIRES OCT 28, 2012

Notary Public

10/28/12
My Commission Expires

861368.1

**TIME AND EXPENSES FOR LAW OFFICES OF BRYAN A. VROON LLC**
**AMERIQUEST LITIGATION**

Law Offices of Bryan A. Vroon, LLC
1088 Peachtree Street Suite 1088
Atlanta Georgia 30309
(404) 607-6712
Fax (404) 607-6711
bvroon@vroonlaw.com

May 15, 2005   2.7 hours
Meeting with Steve Webster to discuss potential violations of the Georgia Fair Lending Act by Ameriquest

May 18,2 005 9.5 hours
Study requirements of the Georgia Fair Lending Act with respect to limitations on closing costs and high cost home loans

May 19, 2005   8.4 hours
Study requirements of the Georgia Fair Lending Act with respect to limitations on closing costs and high cost home loans

May 21, 2005   9.7 hours
Study requirements of the Georgia Fair Lending Act with respect to limitations on closing costs, high cost home loans, and remedies for class of consumers in Georgia

May 24, 2005 11.5 hours
Study national legislation establishing limits on closing costs of home loans, violations, remedies and precedent in context of class actions.

May 25,2 005 9.5 hours
Study national legislation establishing limits on closing costs of home loans, violations, remedies and precedent in context of class actions.

May 26, 2005   10.5 hours
Study Ameriquest Mortgage Company closing costs charged on multiple loan closing documents to Georgia borrowers

May 28,2 005   8.5 hours
Study Ameriquest Mortgage Company closing costs charged on multiple loan closing documents to Georgia borrowers

May 29,2 005  11.4 hours
Study Ameriquest Mortgage Company closing costs charged on multiple loan closing documents for borrowers in Georgia

1

June 26, 2005  10.5 hours
Study closing costs imposed by Ameriquest on Johnnie and Kareem Ross and analyze potential violations under the Georgia Fair Lending Act

June 27, 2005  9.5 hours
Prepare Third-Party Class Action Complaint against Ameriquest on behalf of Johnnie Ross

June 28, 2005  10.2 hours
Prepare Third-Party Class Action Complaint against Ameriquest on behalf of Johnnie Ross

June 29, 2005  9.5 hours
Prepare Third-Party Class Action Complaint against Ameriquest on behalf of Johnnie Ross

June 30, 2005  9.8 hours
Prepare Third-Party Class Action Complaint against Ameriquest on behalf of Johnnie Ross

July 1, 2005  10.6 hours
Prepare Third-Party Class Action Complaint against Ameriquest on behalf of Johnnie Ross

July 3, 2005  4.2 hours
Prepare Motion to Add Joseph and Nicole Riggins and Charles Meadows as Party Plaintiffs the Third-Party Class Action Complaint

August 17, 2005  9.8 hours
Legal research regarding opposition to Ameriquest Notice of Removal; prepare Brief in Support of Motion to Remand.

August 18, 2005  11.5 hours
Prepare Brief in Support of Motion to Remand.

August 22, 2005  10.4 hours
Prepare Brief in Support of Motion to Remand

September 2, 2005  11.5 hours
Legal research and prepare Brief in Opposition to Ameriquest Motion to Dismiss the Third-Party Class Action Complaint

September 3, 2005  11.2 hours
Legal research and prepare Brief in Opposition to Ameriquest Motion to Dismiss the Third-Party Class Action Complaint

2

September 4,2 005   9.7 hours
Prepare Brief in Opposition to Ameriquest Motion to Dismiss the Third-Party Class Action Complaint

September 5,2 005   8.8 hours
Prepare Brief in Opposition to Ameriquest Motion to Dismiss the Third-Party Class Action Complaint

October 12, 2005   2.8 hours
Prepare Motion for Class Certification Scheduling Conference

January 30, 2006   4.0 hours
Prepare Brief in Opposition to Ameriquest Motion to File Sur-Reply Brief in Support of Motion to Dismiss

March 23,2 006   9.0
Prepare Memorandum in Support of Motion to Vacate Conditional Transfer Order

March 24,2 006   10.5
Prepare Memorandum in Support of Motion to Vacate Conditional Transfer Order

June 5, 2006   9.8 hours
Review all loan closing documents and closing costs imposed by Ameriquest on Mr. and Mrs.H ines and Mr.a nd Mrs.C heek; perform calculations under the Georgia Fair Lending Act.

June 8, 2006   9.1
Prepare Class Action Complaint Against Ameriquest on behalf of Mr. and Mrs. Hines and Mr. and Mrs. Cheek for violations of the Georgia Fair Lending Act

June 10, 2006   10.0
Prepare Class Action Complaint against Ameriquest on behalf of Mr.a nd Mrs.H ines and Mr. and Mrs.C heek for predatory lending and violations of the Georgia Fair Lending Act

June 11,2 006   11.2
Prepare Class Action Complaint against Ameriquest on behalf of Mr.a nd Mrs.H ines and Mr. and Mrs.C heek for predatory lending and violations of the Georgia Fair Lending Act

June 12, 2006   8.6
Prepare Class Action Complaint against Ameriquest on behalf of Mr.a nd Mrs.H ines and Mr. and Mrs.C heek for violations of the Georgia Fair Lending Act

September 4,2 006   5.5 hours
Prepare Motion to Vacate the Conditional Transfer Order

3

September 5, 2006     8.5 hours
Prepare Motion to Vacate the Conditional Transfer Order

September 6, 2006     6.0 hours
Prepare Motion to Vacate the Conditional Transfer Order

December 1, 2006     5.8 hours
Review Consolidated MDL Draft Complaint

**Total hours**    **316.8 at $375.00 per hour**
**Total Fees**    **$118,800**

## Expenses

| | |
|---|---|
| Expert witness fees, Margot Saunders | $3,206.25 |
| Postage and Federal Express | $487.28 |
| Copying costs | $1,125.75 |
| **Total Expenses** | **$4,819.28** |
| **Total Fees and Expenses** | **$123,619.28** |

4

| Date / Description | Hours |
|---|---|
| 06/23/05 - Interview Client | 1.7 |
| 06/23/05 - Entry of Appearance to Magistrate Court | .5 |
| 06/23/05 - Answer, Defenses & Counterclaim/Dispossessory Warrant | 1.5 |
| 06/23/05 - Counterclaim Plaintiff's Motion to Transfer/Order to Transfer To Dougherty Superior Court | 2.0 |
| 06/23/05 - Counterclaim Plaintiff's Motion for Temporary Restraining Order Brief in Support/Order/Notice of Hearing | 1.5 |
| 06/24/05 - Letter to Bankruptcy Court | .3 |
| 06/24/05 - Letter to Clerk, Dougherty Superior Court | .2 |
| 06/24/05 - Telephone Call to Client | .5 |
| 06/24/05 - 2 Hand Deliveries to Clerk's Office & Judge | 1.5 |
| 06/27/05 - Letter to Charles Hunt, Esq. | .2 |
| 06/29/05 - E-mail to co-counsel | .2 |
| 06/29/05 - Memo to File | .2 |
| 06/30/05 - Letter to Michael Campbell, Esq. | .2 |
| 07/01/05 - Third-Party Class Action Complaint | 1.7 |
| 07/01/05 - Letter to Fulton County Sheriff/Service | .2 |
| 07/01/05 - Letter to Gwinnett County Sheriff/Service | .2 |
| 07/05/05 - Review Fax from Opposing Counsel | .3 |
| 07/18/05 - Letter to Fulton County Sheriff/Service | .2 |
| 07/22/05 - Review E-mail form Albany Surgical | .3 |
| 08/31/05 - Memo to File | .2 |
| 09/01/05 - Letter to Charles Hunt, Esq. | .3 |
| 09/01/05 - Review E-mail from co-counsel | .3 |
| 09/12/05 - Letter to Expert | .5 |
| 09/12/05 - Review Fax from co-counsel | .2 |
| 09/16/05 - Letter to Charles Hunt, Esq. | .3 |
| 09/30/05 - Phone Call to Charles Hunt, Esq. | .4 |
| 09/30/05 - Letter to Charles Hunt, Esq. | .2 |

| Date / Description | Hours |
|---|---|
| 10/13/05 - Letter to Charles Hunt, Esq. | .3 |
| 12/09/05 - E-mail to Co-Counsel | .2 |
| 12/19/05 - E-mail to Co-Counsel | .2 |
| 12/30/05 - E-mail to Co-Counsel | .2 |
| 01/03/06 - E-mail to Co-Counsel | .2 |
| 07/01/05 -Third -Party Complaint Plaintiff's Motion for Joinder of Additional Party Plaintiffs | .4 |
| 07/01/05- Brief in Support of Third-Party Plaintiff Johnnie Ross' Motion to Add Additional Third-Party Plaintiffs | .9 |
| 07/01/05-Third-Party Complaint Plaintiff's Motion for Class Action Scheduling Conference with the Court Under O.C.G.A. §9-11-23(F) | .3 |
| 07/07/05 -Order Granting Motion for Joinder of Additional Parties | .3 |
| 08/05/05 -Notice of Removal from Superior Court of Dougherty County to the United States District Court for the Middle District of GA, Albany Division | 2.5 |
| 08/05/05/- Notice of filing Notice of Removal | .7 |
| 08/10/05 - Review Letter filed by Clerk to Ashy L. Kent Participation in Middle District | .3 |
| 08/12/05 - Review Entry of Appearance (Christine L. Mast/Hawkins & Parnell) | .3 |
| 08/16/05 -Review Entry of Appearance (Michael J. Goldman/Hawkins & Parnell) | .3 |
| 08/12/05 -Review Motion to Dismiss Third -Party Complaint by Tracey K. Dewrell, Mara S. Sacks and Dewrell Sacks, LLP | .7 |
| 08/12/05 -Review Brief/Memorandum in Support of Motion to Dismiss Third-Party Complaint by Tracey K. Dewrell, Mara S. Sacks and Dewrell Sacks, LLP | 1.5 |
| 08/12/05-Review Motion to Dismiss Third-Party Complaint by Ameriquest Mortgage Company | .5 |
| 08/12/05 - Review Ameriquest Mortgage Company's Motion to Strike and Brief/Memorandum in Support Thereof | .6 |
| 08/12/05 -Review Brief/Memorandum in Support of Motion to Dismiss | .4 |
| 08/12/05 - Review Application to Admit Pro Hac Vice (Howard Walthall, Jr.) | .2 |
| 08/12/05 -Review Order to Admit Pro Hac Vice (Howard Walthall, Jr.) | .2 |
| 08/25/05- Third Party Complaints Plaintiff's Motion to Remand, or Alternatively, Motion for Abstention | .9 |
| 09/06/05-Third-Party Plaintiff's Brief in Opposition to Dewrell Sack's Motion to Dismiss Third-Party Complaint | 1.9 |
| 09/06/05 -Third-Party Plaintiff's Brief in Opposition to Ameriquest Mortgage Company's | .9 |

Motion to Dismiss the Third-Party Complaint

| Date / Entry | Hours |
|---|---|
| 09/06/05 - Third-Party Plaintiff Johnnie Ross' Response to Ameriquest Mortgage Company's Motion to Strike Certain Portions of the Third-Party Complaint | .9 |
| 09/15/05 - Review Affidavit of Andrea Plum | .2 |
| 09/15/05 - Review Ameriquest's Memorandum in opposition to Third Party Plaintiff's Motion to Remand, or Alternatively, Motion for Abstention | .7 |
| 09/15/05 - Review Defendants Tracey K. Dewrell, Mara S. Sacks and Dewrell Sack's Response to Third Party Complaint Plaintiff's Motion for Remand | .9 |
| 09/15/05 - Review Entry of Appearance (Jonah A. Flynn) | .3 |
| 09/23/05 - Review Reply Brief in Further Support of Motion to Dismiss Third-Party Complaint to Tracey K. Dewrell, Mara S. Sacks and Dewrell Sacks, LLP | .6 |
| 09/23/05 - Review Ameriquest Mortgage Company's Reply Brief in Support of Motion to Dismiss | .9 |
| 09/23/05 - Review Ameriquest Mortgage Company's Reply Brief in Support of Motion to Strike | .9 |
| 10/03/05 - Third Party Complaint Plaintiff's Letter Requesting 14 day Extension of Time to File Reply Response | .2 |
| 10/17/05 - Third-Party Plaintiff's Reply Brief/Memorandum in Support of Motion to Remand or Alternatively, Motion of Abstention | 1.5 |
| 10/19/05 - Request for Oral Argument | .6 |
| 12/16/05 - Review Rule 16 and 26 Order Containing Date & Time for Initial Discovery Conference | .2 |
| 12/19/05 - Review Arbitration Referral Letter | .3 |
| 12/27/05 - Arbitration Opt Out Letter by Third Party Plaintiffs | .2 |
| 01/13/06 - Consent Motion to Postpone Preliminary Requirements | .3 |
| 01/13/06 - Order Postponing Obligations Under Initial Discovery Order and Rules 16 and 26 Order | .2 |
| 01/24/06 - Review Ameriquest's Motion for Leave to File Sur-Reply Brief in Opposition to Third Party Plaintiff's Motion to Remand | .3 |
| 01/31/06 - Third Party Complaint Plaintiff's Response to Ameriquest's Motion for Leave to file Sur-Reply Brief in Opposition to Motion to Remand | 1.9 |
| 02/13/06 - Review Ameriquest's Reply Memorandum in Support of Motion for Leave to File Sur-Reply | .6 |
| 03/29/06 - Order | .3 |
| 04/04/06 - Motion to Redact or Amend Portions of Court Order of March 29, 2006 | .4 |
| 04/20/06 - Review Ameriquest Mortgage Company's Memorandum in Opposition to Motion to Redact or Amend Portions of Court's Order of March 29, 2006 | .6 |

| | |
|---|---|
| 04/24/06 - Review Brief in Support of Motion to Redact Portions of Order | .9 |
| 04/28/06 - Review Answer of Third-Party Defendants Dewrell, Sacks & Sacks, LLP | .6 |
| 04/28/06 -Review Ameriquest Mortgage Co.'s Answer, Counterclaim & Cross-Claim | .9 |
| 04/28/06 - Joint Motion to Stay Discovery | .4 |
| 04/28/06 - Order Staying Discovery | .3 |
| 05/17/06- Third-Party Plaintiff Johnnie Ross' Answer to Ameriquest Mortgage Co.'s Counterclaim | .8 |
| 05/17/06 - Consent Stipulation Extending Time to Answer Ameriquest Mortgage Company's Cross claim | .3 |
| 05/22/06 - Order Granting Time to Answer Ameriquest Mortgage Company's Cross claim | .3 |
| 05/23/06 -Review Third-Party Defendants Dewrell Sacks Answer to Ameriquest Mortgage Co.'s Counterclaim | .4 |
| 06/20/06 - Review Order - Granted-In-Part; Denied-In-Part | .3 |
| 07/14/06 - Motion to Remand and Request for Expedited Consideration | .6 |
| 07/14/06 - Third Party Plaintiff's Memorandum in Support of Renewed Motion to Remand and Request for Expedited Consideration | .9 |
| 08/24/06 - Review Order (Letter Regarding Order to Remand to Dougherty Superior Court) filed 08/24/06 | .3 |
| 08/29/06 - Review Brief in Support of Renewed Motion to Dismiss Third Party Complaint by | .9 |
| Tracey K. Dewrell, Mara S. Sacks and Dewrell Sacks, LLP's Renewed Motion to Dismiss the Third Party Complaint filed | .7 |
| 09/21/06 - Third Party Complaint Plaintiff's Memorandum in Opposition to Tracey K. Dewrell's, Mara S. Sacks' and Dewrell Sacks LLP's Renewed Motion to Dismiss the Third Party Complaint | .8 |
| 09/21/06 - Third Party Complaint Plaintiff's Corrected Memorandum in Opposition to Tracey K. Dewrell's, Mara Sacks' and Dewrell Sacks LLP's Renewed Motion to Dismiss the Third Party Complaint | .8 |
| 09/29/06 - Review Motion to Strike By Tracey K. Dewrell, Mara S. Sacks and Dewrell Sacks, LLP | .9 |
| 09/29/06 - Review Tracey K. Dewrell, Mara S. Sacks and Dewrell Sacks, LLP's Brief in Support of Motion to Strike | .7 |
| 10/19/06 - Third Party Plaintiff Johnnie Ross' Response to Tracey K. Dewrell, Mara S. Sacks and Dewrell S. Sacks LLP's Motion to Strike | 2.5 |
| 10/30/06 - Review Reply to Third Party Plaintiff's Response to Motion to Strike by Tracey K. Dewrell, Mara S. Sacks and Dewrell and Sacks, LLP | .9 |
| 11/08/06 - Counterclaim Plaintiffs Johnnie Ross, Charles Meadows, Joseph Riggins and Nicole Riggins' Request for Status Conference | .6 |
| 12/20/06 - Review Letter from Clerk with Election Form/Declination of Plaintiffs to Proceed Before Magistrate Judge Declination of Defendants to Proceed Before | .3 |

Magistrate Judge

03/01/07 - Order Granting Motion to Remand to the Superior Court of Dougherty County Denying as .6
        Moot - Motion for Hearing on Motion for Armand.   Ordered by Judge W. Louis Sands

    60.4 hours

Ralph Scoccimaro/Jimmie H. Brown     60.4 hours @ $350.00 per hour = $21,140.00

Robert M. Brinson, P.C.
C. King Askew, P.C.
Robert L. Berry
Joseph M. Seigler, Jr. P.C.
Thomas D. Richardson
J. Anderson Davis
Wright W. Smith
Mark M. J. Webb
I. Stewart Duggan, P.C.
Stephen B. Moseley, P.C.
David C. Smith, P.C.
Kristy L. Treadaway
A. Frank Beacham III
Bryant G. Speed, II

**ASSOCIATES**
Samuel L. Lucas
Alison S. Warren

Law Offices

**Brinson, Askew, Berry,
Seigler, Richardson & Davis, LLP**

The Omberg House

- STATEMENT -

615 West First Street
Post Office Box 5007
Rome, Georgia 30162-5007
Telephone (706) 291-8853
Tax Identification Number
58-1233734

Of Counsel
Norman S. Fletcher
Frank H. Jones
Kimberly M. Moseley

Page: 1
August 04, 2008

Dean & Donna Hines, et al
C/O Bryan A. Vroon, Esq.
Vroon & Crongeyer, LLP
1718 Peachtree Street Suite 1088
Atlanta GA 30309

File No: 206209-0001M
Statement No: 1

vs Ameriquest Mortgage Company

| Date | Description | Amount |
|---|---|---|
| 6/13/2006 | Photocopies | 6.50 |
| 6/29/2006 | Long Distance Telephone | 0.37 |
| 9/06/2006 | Long Distance Telephone | 0.35 |
| 9/06/2006 | Long Distance Telephone | 1.31 |
| 9/06/2006 | Photocopies | 132.00 |
| 9/06/2006 | Postage/Express Mail | 14.49 |
| 9/06/2006 | Postage/Express Mail | 63.64 |
| | Total Expenses | 218.66 |
| 1/12/2006 | Filing Fee | 350.00 |
| 1/21/2006 | Service of Complaint | 258.89 |
| | Total Advances | 608.89 |
| | Total Current Work | 827.55 |
| | Balance Due | $827.55 |

Invoices are due and payable upon receipt. Interest of 18%
per annum will be charged on unpaid balances after 30 days.

|  |  |  |  |
|---|---|---|---|
|  |  |  | Page: 1 |
| Dean & Donna Hines, et al |  |  | January 12, 2010 |
| C/O Bryan A. Vroon, Esq. |  | File No: | 206209-0001M |
| Vroon & Crongeyer, LLP |  | Statement No: | 3 |
| 1718 Peachtree Street Suite 1088 |  |  |  |
| Atlanta GA 30309 |  |  |  |

vs Ameriquest Mortgage Company

Draft Statement - Internal Use

| | Previous Balance | | $896.11 |
|---|---|---|---|

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/25/2006 |  |  |  |  |
|  | RMB | E-mail from BV with draft Complaint, sent; Conference with WWS; | 0.80 |  |
| 05/26/2006 |  |  |  |  |
|  | RMB | Continued study Complaint; Made corrections, faxed back to BV with note; | 0.90 |  |
| 05/30/2006 |  |  |  |  |
|  | RMB | Conference WWS; | 0.30 |  |
| 06/07/2006 |  |  |  |  |
|  | RMB | Telephone B. Vroon; E-mail from BV; Receipt and review draft Complaint; Revised; Conference JAD; Conference JB; E-mail to JBV; | 2.20 |  |
|  | AFB | Review and edit complaint; | 1.20 | 1 |
| 06/08/2006 |  |  |  |  |
|  | RMB | Conference FB; Study FB changes; E-mail B. Vroan; Finalized Compliant; Study associate papers; Telephone BV office; | 2.10 |  |
|  | AFB | Work on complaint; | 0.40 | 1 |

|  |  | Page: 2 |
|---|---|---|
| Dean & Donna Hines, et al | | January 12, 2010 |
| | File No: | 206209-0001M |
| | Statement No: | 3 |
| vs Ameriquest Mortgage Company | | |

| Date | | Description | Hours | |
|---|---|---|---|---|
| 06/09/2006 | | | | |
| | RMB | Continued review Complaint; Telephone call from BV; 2nd telephone call to BV; | 0.70 | |
| 06/13/2006 | | | | |
| | RMB | E-mail from BV; Receipt and review final draft Complaint; Revised, filed, sent copy; E-mails re: same; | 1.40 | |
| 06/19/2006 | | | | |
| | AFB | Work on service of Complaint; | 0.20 | 1 |
| 06/21/2006 | | | | |
| | RMB | Receipt and review court notice; Receipt and review return of service; | 0.30 | |
| 07/10/2006 | | | | |
| | RMB | Receipt and review court notice; Receipt and review answer; | 0.70 | |
| | JAD | Receipt and review Answer of Ameriquest; | 1.20 | 1 |
| 07/18/2006 | | | | |
| | RMB | Study file; Research; Conference Paralegal; E-mail to BV; | 0.60 | 1 |
| | RMB | E-mail from BV; | 0.20 | 1 |
| 07/21/2006 | | | | |
| | RMB | Telephone BV; | 0.30 | 1 |
| | AFB | Review Ameriquest answer; | 0.50 | 2 |
| 07/27/2006 | | | | |
| | RMB | Study file; Telephone BV; Telephone Defendant's attorney's office; Telephone Defendant's attorney; 2nd telephone BV; | 1.30 | 1 |
| 07/28/2006 | | | | |
| | RMB | Telephone BV; | 0.20 | 1 |
| 07/31/2006 | | | | |
| | RMB | Telephone calls BV; Telephone calls Defendant's attorney's office; | 0.60 | 1 |
| 08/01/2006 | | | | |
| | RMB | E-mail from Shea Sullivan; Telephone calls SS; Draft COIP, sent to BV; | 1.10 | 2 |
| 08/07/2006 | | | | |
| | RMB | Conference re: filings due; | 0.20 | 2 |

Page: 3

Dean & Donna Hines, et al

January 12, 2010
File No: 206209-0001M
Statement No: 3

vs Ameriquest Mortgage Company

| | | | Hours | |
|---|---|---|---|---|
| 08/08/2006 | | | | |
| | RMB | Study file; E-mails BV and RMB; Conference re: formats sent to BV; Sent COIP to SS; Worked on report; Research; | 1.60 | 2 |
| 08/09/2006 | | | | |
| | RMB | E-mails BV et al; Receipt and review draft report; Receipt and review draft initial re-draft both/disclosures; Conference re: filing; Receipt and review Court Notice COIP; Receipt and review Court Notices initial disclosure; E-mails SS; | 3.10 | 2 |
| | RMB | Receipt and review Notice from Multi District panel; | 0.30 | 3 |
| 08/10/2006 | | | | |
| | JAD | Review certificate of interested parties; Conference with RMB; Review Plaintiffs' initial disclosures; | 1.50 | 2 |
| | RMB | Conference JAD; | 0.30 | 2 |
| 08/11/2006 | | | | |
| | JAD | Review documents and joint preliminary statement; | 1.00 | 2 |
| 08/12/2006 | | | | |
| | JAD | Receipt and review correspondence from B. Vroon; | 0.20 | 2 |
| 08/14/2006 | | | | |
| | JAD | Prepare and file joint preliminary statement; Receipt and review Order staying case; | 0.70 | 2 |
| | RMB | Receipt and review court notices; Receipt and review filed report (R26); E-mail re: conditional transfer; Receipt and review order; | 0.90 | 3 |
| 08/15/2006 | | | | |
| | RMB | Conference JAD; Telephone BV office; | 0.40 | 3 |
| 08/16/2006 | | | | |
| | RMB | Conferences JAD; | 0.40 | 3 |
| 08/21/2006 | | | | |
| | JAD | Work on file; Review correspondence from B. Vroon; | 0.40 | 3 |
| | RMB | E-mail from BV; Receipt and review draft letter to Multi-Draft; E-mail to BV; | 0.40 | 3 |
| 08/24/2006 | | | | |
| | RMB | Conference re: website; Receipt and review AG amendment; | 0.40 | 3 |

Page: 4

Dean & Donna Hines, et al

January 12, 2010
File No: 206209-0001M
Statement No: 3

vs Ameriquest Mortgage Company

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| 08/25/2006 | | | | |
| | RMB | Memo to BV; | 0.30 | 3 |
| 09/06/2006 | | | | |
| | JMJ | Make changes to memorandum in support of motion to vacate transfer; | 0.90 | 3. |
| | RMB | Conferences re: filing; E-mails re: same; Receipt and review Motion and Brief; Re-draft; Receipt and review 2nd draft; | 1.60 | 3' |
| 10/03/2006 | | | | |
| | RMB | Receipt and review Defendants' Response to Plaintiff's Motion; | 0.50 | 4. |
| 10/20/2006 | | | | |
| | RMB | Conference FB; Receipt and review Notice of Hearing; E-mail to BV; E-mail from BV; | 0.40 | 4 |
| | AFB | Receive and review Notice of Hearing from Judicial Panel on Multi district Litigation; Conference with RMB; | 0.30 | 4. |
| 12/21/2006 | | | | |
| | RMB | Receipt and review Order transferring; | 0.30 | 4. |
| 02/02/2007 | | | | |
| | RMB | E-mail to B. Vroom; E-mail from B. Vroom; | 0.30 | 4. |
| 02/14/2007 | | | | |
| | AFB | E-mail from J. Murphy's staff re: transfer order; Researched same; E-mail to co-counsel re: same; | 0.50 | 4. |
| | RMB | Conferences FB; E-mails re: transfer; | 0.40 | 4. |
| 03/12/2008 | | | | |
| | RMB | Copy BV e-mail; | 0.20 | 4' |
| 04/23/2008 | | | | |
| | AFB | E-mail to and from Court Deputy; | 0.20 | 4. |
| | | For Current Services Rendered | 34.90 | 0.00 |

Attorney Summary

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| R. M. Brinson | 25.70 | $0.00 | $0.00 |
| A. F. Beacham | 0.20 | 0.00 | 0.00 |
| J. A. Davis | 5.00 | 0.00 | 0.00 |
| J. M. Johnson | 0.90 | 0.00 | 0.00 |
| A. F. Beacham | 3.10 | 0.00 | 0.00 |

Page: 5

Dean & Donna Hines, et al     January 12, 2010

File No:    206209-0001M

Statement No:    3

vs Ameriquest Mortgage Company

Balance Due     $896.11

Your account is 180 days past due.

Invoices are due and payable upon receipt. Interest of 18% per annum will be charged on unpaid balances after 30 days.