# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AMERIQUEST MORTGAGE CO.<br>Mortgage Lending Practices Litigation | MDL NO. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>HONORABLE MARVIN E. ASPEN<br><br>**ATTORNEY FEE**<br>**DECLARATION** |

I, DANIEL O. MYERS, declare as follows:

1. I am a member in Richardson, Patrick, Westbrook & Brickman, LLC. During the period pertinent to this declaration, from March 23, 2005, Richardson, Patrick, Westbrook & Brickman was counsel for the following Plaintiffs in this litigation: Karen M. Kahrer

2. Attached hereto is a true and accurate record of the time and expenses Richardson, Patrick, Westbrook and Brickman, LLC expended providing counsel to the above-named Plaintiffs and to the Class Plaintiffs in general with respect to the instant matter.

3. Also attached hereto is a true and accurate record of the time Carlson/Lynch, Ltd. expended providing counsel to the above-named Plaintiffs in the instant matter.

4. In my opinion, the attached lodestar summary reasonably reflects the experience of Richardson, Patrick, Westbrook & Brickman, LLC and Carlson/Lynch, Ltd. in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

861368.1

5. Moreover, throughout the litigation Richardson, Patrick, Westbrook & Brickman, LLC and Carlson/Lynch, Ltd. each maintained hourly time records and detailed cost records that support the attached lodestar summary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this **5** day of **APRIL**, 2010 in Charleston County, SC.

_____
DANIEL O. MYERS

Sworn to and subscribed in my presence this **5th** day of April, 2010.

_____
Notary Public

My Commission Expires May 21, 2011

_____
My Commission Expires

861368.1

# Richardson, Patrick, Westbrook & Brickman
# Time and Expenses Report

**Matter: Ameriquest Mortgage - Kahrer**

| Attorney | Position | Hours | Rate | Lodestar | |
|---|---|---|---|---|---|
| Daniel Myers | Member | 35.2 | $550 | $ | 19,360.00 |
| Robert Woods | Member | 45 | $375 | $ | 16,875.00 |
| **Total** | | | | **$** | **36,235.00** |

| Staff | Position | Hours | Rate | Lodestar | |
|---|---|---|---|---|---|
| William King | Senior Paralegal | 15.6 | $100 | $ | 1,560.00 |
| **Total** | | | | **$** | **1,560.00** |

| **Total Lodestar** | | | | **$** | **37,795.00** |
|---|---|---|---|---|---|

| **Expenses** | | | | | |
|---|---|---|---|---|---|
| Investigators/Expert | | | | $ | 112,816.98 |
| Travel/Meeting Expense | | | | $ | 1,192.92 |
| **Total** | | | | **$** | **114,009.90** |

| **Total Expenses and Hours:** | | | | **$** | **150,244.90** |
|---|---|---|---|---|---|

**CARLSON LYNCH LTD**
**Time and Expenses Report**

**Ameriquest Mortgage Co. – Kahrer**

| Attorney | Position | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Bruce Carlson | Partner | 205.25 | $400.00 | $82,100.00 |
| Gary Lynch | Partner | 244.75 | $400.00 | $97,900.00 |
| Stephanie Goldin | Associate | 98.00 | $250.00 | $24,500.00 |
| Elaine McFarland | Paralegal | 62.50 | $75.00 | $4,687.50 |
| **Total Lodestar** | | | | **$209,187.50** |
| **Expenses** | | | | **$6,000.60** |
| **Total Lodestar and Expenses** | | | | **$215,188.10** |