# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AMERIQUEST MORTGAGE CO. )<br>Mortgage Lending Practices Litigation )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>_____ ) | MDL NO. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>HONORABLE MARVIN E. ASPEN<br><br><u>ATTORNEY FEE<br>DECLARATION</u> |

I, Edward S. Zusman declare as follows:

1. I am a partner of Markun Zusman & Compton LLP. During the period pertinent to this declaration, from July 2005 to the present, Markun Zusman & Compton LLP was counsel for the following Plaintiffs in this litigation: Craig J. D'Ambrogi, Michele R. D'Ambrogi, William J. Birkholz, Kathryn Birkholz.

2. Attached hereto is a true and accurate record of the time Markun Zusman & Compton LLP expended providing counsel to the above-named Plaintiffs and to the Class Plaintiffs in general with respect to the instant matter.

3. Our local Co-Counsel, Andrew Kasman, is also an experienced complex litigator with many years of class action experience. Because he acted solely as local counsel he estimates that he worked approximately twelve hours on the matter. He did not keep detailed time records. According to Mr. Kasmen, his hourly rate of $600 is consistent with the rates of attorneys practicing complex litigation and class actions in Philadelphia, PA.

861368.1

4. In my opinion, the attached lodestar summary reasonably reflects Markun Zusman & Compton LLP's and Mr. Kasmen's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

5. Moreover, throughout the litigation Markun Zusman & Compton LLP maintained hourly time records and detailed cost records that support the attached lodestar summary. As stated above, Mr. Kasmen did not retain those types of records as his role was very limited.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of March, 2010 in San Francisco, CA.

_____
Edward S. Zusman

# Markun, Zusman & Compton LLP

465 California Street, Suite 500
San Francisco, California 94104
(415) 438-4515
Tax ID # 13-4245072

Invoice Date: March 31, 2010
Invoice No. 0

Craig J. D'Ambrogi
9 St. Rene Lane
Hanover, PA 17331

D'Ambrogi, et al. v. Ameriquest Mortgage Co.

MZC Matter Number: 90187.001

**Professional Fees**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/11/2005 | KKE | E-mail counsel re draft claims; analysis and strategy re same; revise complaint | 0.40 | 500.00 | 200.00 |
| 7/12/2005 | KKE | Review and analyze file for prospective clients | 2.10 | 500.00 | 1,050.00 |
| 7/13/2005 | KKE | Telephone call with Michel D'Ambrogi re background facts of case | 0.50 | 500.00 | 250.00 |
| 7/13/2005 | KKE | Review draft complaint; revisions to same | 2.20 | 500.00 | 1,100.00 |
| 7/13/2005 | KKE | Review FCRA, ECOA, and TILA for basic elements, limitations periods | 0.80 | 500.00 | 400.00 |
| 7/13/2005 | LA | Draft Class Action Complaint | 7.00 | 150.00 | 1,050.00 |
| 7/14/2005 | KKE | Further revisions to complaint | 1.30 | 500.00 | 650.00 |
| 7/15/2005 | KKE | Review and analyze complaint; revise same; research Pennsylvania unfair competition statute | 3.10 | 500.00 | 1,550.00 |
| 7/18/2005 | KKE | Research federal filings; revise draft complaint | 1.60 | 500.00 | 800.00 |
| 7/18/2005 | LA | Edit/revise Ameriquest Class Action Complaint | 0.20 | 150.00 | 30.00 |
| 7/18/2005 | DSM | Revise Complaint | 5.50 | 600.00 | 3,300.00 |
| 7/19/2005 | KKE | Revise complaint | 0.90 | 500.00 | 450.00 |
| 7/19/2005 | KKE | Review documents received from Birkholzes | 0.70 | 500.00 | 350.00 |
| 7/19/2005 | DSM | Revise Complaint | 8.00 | 600.00 | 4,800.00 |
| 7/19/2005 | DSM | Calls with Kevin re revising Complaint | 6.50 | 600.00 | 3,900.00 |
| 7/20/2005 | KKE | Review Birkholz documents; revise complaint accordingly | 2.30 | 500.00 | 1,150.00 |

Markun, Zusman & Compton LLP                                                                 Page: 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/20/2005 | DSM | Revise Complaint | 1.00 | 600.00 | 600.00 |
| 7/21/2005 | KKE | Telephone call with Michele D'Ambrogi re clarifying details concerning loan; revise complaint accordingly | 0.30 | 500.00 | 150.00 |
| 7/22/2005 | KKE | Revise complaint | 1.70 | 500.00 | 850.00 |
| 7/22/2005 | KKE | Telephone call with Kathryn Birkholz re background facts, contemplated complaint | 0.40 | 500.00 | 200.00 |
| 7/22/2005 | LASF | Research re 17200 preemption under Fair Credit Reporting Act | 2.50 | 150.00 | 375.00 |
| 7/25/2005 | KKE | Research cases re preemption; RESPA; SOL for Pennsylvania statute | 4.80 | 500.00 | 2,400.00 |
| 7/25/2005 | DSM | Calls with Ed Zusman and review e-mails from Kevin Eng; revise Complaint | 7.70 | 600.00 | 4,620.00 |
| 7/25/2005 | LASF | Research re 17200 preemption under Truth in Lending Act and Equal Credit Opporunity Act | 3.00 | 150.00 | 450.00 |
| 7/26/2005 | KKE | Research cases re Pennsylvania unfair competition statute | 2.90 | 500.00 | 1,450.00 |
| 7/26/2005 | KKE | Revise complaint | 1.70 | 500.00 | 850.00 |
| 7/26/2005 | LASF | Research re Equal Credit Opportunity Act (.5); research re Refinancing definition (3) | 3.50 | 150.00 | 525.00 |
| 7/27/2005 | KKE | Further detailed review of cases re PA statute | 3.10 | 500.00 | 1,550.00 |
| 7/27/2005 | KKE | Revise complaint | 0.50 | 500.00 | 250.00 |
| 7/28/2005 | LASF | Research re Refinancing definition | 1.00 | 150.00 | 150.00 |
| 7/29/2005 | KKE | Telephone call with Andrew Kasmen re draft complaint; revisions to same | 0.70 | 500.00 | 350.00 |
| 7/29/2005 | KKE | Revise complaint | 0.50 | 500.00 | 250.00 |
| 8/3/2005 | KKE | Revisions to complaint | 1.60 | 500.00 | 800.00 |
| 8/8/2005 | KKE | Review California complaint and cases re FCRA | 0.60 | 500.00 | 300.00 |
| 8/9/2005 | KKE | Telephone call with Kathy Birkholz re communications with Ameriquest | 0.10 | 500.00 | 50.00 |
| 8/9/2005 | KKE | Review and analyze edits; additional changes to complaint | 0.70 | 500.00 | 350.00 |
| 8/9/2005 | KKE | Research Ameriquest SEC filings; mortgage originations for 2004 | 0.60 | 500.00 | 300.00 |
| 8/9/2005 | LASF | Research re Ameriquest subprime loan market share | 2.00 | 150.00 | 300.00 |
| 8/10/2005 | KKE | Telephone call with Michele re background facts; revise complaint | 0.60 | 500.00 | 300.00 |
| 8/12/2005 | KKE | E-mail client re review of complaint | 0.20 | 500.00 | 100.00 |
| 8/15/2005 | KKE | E-mail with Kathy Birkholz; revisions to complaint | 1.20 | 500.00 | 600.00 |
| 8/16/2005 | KKE | E-mail Birkholz re loan modification | 0.40 | 500.00 | 200.00 |

Markun, Zusman & Compton LLP                                                              Page: 3

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/16/2005 | KKE | E-mail local counsel re complaint | 0.20 | 500.00 | 100.00 |
| 8/17/2005 | KKE | Review and analyze fax from Birkholzes; analysis and strategy re same | 1.10 | 500.00 | 550.00 |
| 8/17/2005 | KKE | Telephone call with local counsel re Birkholzes' risk of foreclosure by Ameriquest | 0.60 | 500.00 | 300.00 |
| 8/17/2005 | KKE | Telephone call with Kathy Birkholz re correspondence from Ameriquest re foreclosure | 0.50 | 500.00 | 250.00 |
| 8/17/2005 | KKE | E-mails with counsel; analysis and strategy re filing complaint and timing of service | 0.40 | 500.00 | 200.00 |
| 8/17/2005 | DSM | Review e-mail from Kevin Eng and e-mail from Karman re filing | 1.40 | 600.00 | 840.00 |
| 8/18/2005 | KKE | Revise complaint; e-mails with counsel re filing; potential issues re Birkholzes | 2.20 | 500.00 | 1,100.00 |
| 8/18/2005 | KKE | E-mail Kathy Birkholz re status | 0.20 | 500.00 | 100.00 |
| 8/18/2005 | DSM | Exchange e-mails with Kevin Eng re filing complaint | 1.50 | 600.00 | 900.00 |
| 8/19/2005 | KKE | E-mail local counsel re filing; review client documents | 0.60 | 500.00 | 300.00 |
| 8/22/2005 | KKE | E-mail local counsel re documents; filing; admissions to court | 0.60 | 500.00 | 300.00 |
| 8/23/2005 | KKE | E-mail local counsel re pro hac admission | 0.20 | 500.00 | 100.00 |
| 8/24/2005 | KKE | Review draft pro hac vice applications | 0.20 | 500.00 | 100.00 |
| 8/24/2005 | KKE | Research background of Judge Rufe | 0.30 | 500.00 | 150.00 |
| 8/30/2005 | KKE | E-mails with Birkholz and Kasmen | 0.30 | 500.00 | 150.00 |
| 9/20/2005 | KKE | Telephone call and e-mail with counsel re status | 0.40 | 500.00 | 200.00 |
| 9/21/2005 | KKE | Email local counsel re status of case | 0.30 | 500.00 | 150.00 |
| 9/22/2005 | KKE | Status of case; telephone call with Kasmen re same | 0.50 | 500.00 | 250.00 |
| 10/18/2005 | KKE | E-mail client re status of case | 0.30 | 500.00 | 150.00 |
| 10/24/2005 | KKE | Review motion to dismiss; analyze authorities cited | 2.20 | 500.00 | 1,100.00 |
| 10/25/2005 | KKE | Analyze cases cited in motion to dismiss | 5.70 | 500.00 | 2,850.00 |
| 10/25/2005 | KKE | Telephone call with Andrew Kasmen re motion to dismiss | 0.40 | 500.00 | 200.00 |
| 10/25/2005 | KKE | Email co-counsel re motion to dismiss; review pleadings from other FCRA cases | 1.10 | 500.00 | 550.00 |
| 10/26/2005 | KKE | Further review and analysis of cases | 2.30 | 500.00 | 1,150.00 |
| 10/26/2005 | KKE | Review opposition to motion to dismiss in Ricci case | 1.80 | 500.00 | 900.00 |
| 10/28/2005 | KKE | Research cases re motion to dismiss | 4.40 | 500.00 | 2,200.00 |
| 10/31/2005 | KKE | Research cases re equitable tolling for various claims | 6.40 | 500.00 | 3,200.00 |
| 11/1/2005 | KKE | Emails with Andrew Kasmen re extension of time for opposition, legal issues re motion to dismiss | 0.40 | 500.00 | 200.00 |

**Markun, Zusman & Compton LLP**            Page: 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/2/2005 | KKE | Review cases cited in motion to dismiss and related authorities; prepare opposition to motion to dismiss | 4.30 | 500.00 | 2,150.00 |
| 11/3/2005 | KKE | Detailed review and analysis of cases and authorities cited in motion to dismiss | 4.40 | 500.00 | 2,200.00 |
| 11/4/2005 | KKE | Review authorities re four federal causes of action, statutes of limitation | 5.40 | 500.00 | 2,700.00 |
| 11/4/2005 | KKE | Draft opposition to motion to dismiss | 0.40 | 500.00 | 200.00 |
| 11/6/2005 | KKE | Review cases; draft opposition to motion to dismiss | 4.80 | 500.00 | 2,400.00 |
| 11/7/2005 | KKE | Additional research re Third Circuit cases re retroactivity; draft opposition to motion to dismiss | 7.00 | 500.00 | 3,500.00 |
| 11/8/2005 | KKE | Review and analyze cases from Tird Circuit re retroactivity | 4.20 | 500.00 | 2,100.00 |
| 11/9/2005 | KKE | Review and analyze cases; draft opposition | 6.70 | 500.00 | 3,350.00 |
| 11/10/2005 | KKE | Draft and revise opposition; further research | 8.70 | 500.00 | 4,350.00 |
| 11/11/2005 | KKE | Draft and revise opposition | 3.80 | 500.00 | 1,900.00 |
| 11/13/2005 | KKE | Supplemental research for cases in support of opposition; draft and revise opposition | 2.70 | 500.00 | 1,350.00 |
| 11/14/2005 | KKE | Email with counsel re brief; final revisions to opposition | 1.60 | 500.00 | 800.00 |
| 11/14/2005 | KKE | Research re MDL proceedings | 0.60 | 500.00 | 300.00 |
| 11/22/2005 | ESZ | Review reply memorandum filed by Ameriquest | 0.50 | 600.00 | 300.00 |
| 11/29/2005 | KKE | Analyze reply in support of motion to dismiss; strategy re surreply | 0.80 | 500.00 | 400.00 |
| 11/30/2005 | KKE | Research and analysis re surreply | 4.60 | 500.00 | 2,300.00 |
| 12/1/2005 | KKE | Review and analyze authorities; draft surreply | 1.70 | 500.00 | 850.00 |
| 12/2/2005 | KKE | Draft and revise surreply in opposition to motion to dismiss | 3.70 | 500.00 | 1,850.00 |
| 12/12/2005 | KKE | Review further brief filed by Ameriquest in support of motion to dismiss | 0.50 | 500.00 | 250.00 |
| 12/12/2005 | DSM | Review reply | 1.00 | 600.00 | 600.00 |
| 12/15/2005 | KKE | Review press releases re Ameriquest investigations by authorities, related lawsuits | 0.40 | 500.00 | 200.00 |
| 12/16/2005 | DSM | Discuss strategy | 0.50 | 600.00 | 300.00 |
| 12/22/2005 | KKE | Review and analyze judicial panel transfer order; analysis and strategy re same | 0.70 | 500.00 | 350.00 |
| 12/30/2005 | DSM | Review final memo of law filed by defendants | 1.00 | 600.00 | 600.00 |
| 1/19/2006 | KKE | Review Seventh Circuit Murray decision; Research docket | 0.40 | 500.00 | 200.00 |
| 2/2/2006 | KKE | Review Defendant's supplemental filing | 0.30 | 500.00 | 150.00 |
| 2/6/2006 | KKE | Review factual averments of complaint in light of recent FCRA case law | 0.60 | 500.00 | 300.00 |

**Markun, Zusman & Compton LLP**                                                                Page: 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/9/2006 | KKE | Review standstill stipulation | 0.30 | 500.00 | 150.00 |
| 3/2/2006 | KKE | Emails with Kasmen re recent FCRA case activity | 0.20 | 500.00 | 100.00 |
| 3/3/2006 | KKE | Review MDL filings and dockets; emails with Kasmen re same | 1.20 | 500.00 | 600.00 |
| 3/6/2006 | KKE | Review MDL Rules; review activity and related cases in MDL proceeding | 0.60 | 500.00 | 300.00 |
| 3/6/2006 | KKE | Review order from court re stay of action | 0.20 | 500.00 | 100.00 |
| 3/9/2006 | KKE | Review order; analysis and strategy re same | 0.40 | 500.00 | 200.00 |
| 3/14/2006 | KKE | Review and analyze MDL mail | 0.60 | 500.00 | 300.00 |
| 3/15/2006 | KKE | Review MDL filings | 0.20 | 500.00 | 100.00 |
| 3/30/2006 | KKE | Email client re status of case | 0.30 | 500.00 | 150.00 |
| 4/18/2006 | KKE | Review Barrett decision from 6th Circuit | 0.40 | 500.00 | 200.00 |
| 5/17/2006 | KKE | Conference call with Plaintiffs' counsel | 0.50 | 500.00 | 250.00 |
| 10/30/2006 | KKE | Email with client re status of case | 0.20 | 500.00 | 100.00 |
| 12/1/2006 | KKE | Review and analyze consolidated complaint | 1.50 | 500.00 | 750.00 |
| 12/4/2006 | KKE | Telephone call with co-counsel re amended complaint; review dockets of related cases | 1.70 | 500.00 | 850.00 |
| 12/7/2006 | KKE | Review and analyze consolidated complaint | 0.60 | 500.00 | 300.00 |
| 12/8/2006 | KKE | Review complaint; emails with counsel re same | 0.50 | 500.00 | 250.00 |
| 12/27/2006 | KKE | Review federal dockets for related cases | 1.10 | 500.00 | 550.00 |
| 12/27/2006 | KKE | Email client re status of case | 0.30 | 500.00 | 150.00 |
| 2/12/2007 | KKE | Review consolidated Plaintiff filings | 0.60 | 500.00 | 300.00 |
| 2/13/2007 | DSM | Review plaintiffs' response to motion to dismiss and accompanying papers | 2.50 | 600.00 | 1,500.00 |
| 3/19/2007 | KKE | Review and analyze reply | 0.30 | 500.00 | 150.00 |
| 4/19/2007 | KKE | Review correspondence | 0.40 | 500.00 | 200.00 |
| 4/27/2007 | KKE | Review and analyze mail | 0.30 | 500.00 | 150.00 |
| 7/5/2007 | KKE | Email client, counsel re AG settlement | 0.80 | 500.00 | 400.00 |
| 7/16/2007 | KKE | Review correspondence | 0.30 | 500.00 | 150.00 |
| 7/24/2007 | KKE | Review discovery requests | 0.90 | 500.00 | 450.00 |
| 7/30/2007 | KKE | Review and analyze notice | 0.30 | 500.00 | 150.00 |
| 8/17/2007 | KKE | Prepare for discovery responses; emails re same | 1.70 | 500.00 | 850.00 |
| 8/20/2007 | LA | Read/review e-mail from Shennan Kavanagh re new discovery deadlines and discovery response strategy | 0.20 | 150.00 | 30.00 |
| 9/21/2007 | KKE | Review discovery; analysis and strategy re same | 1.10 | 500.00 | 550.00 |
| 9/24/2007 | KKE | Review discovery | 0.80 | 500.00 | 400.00 |

**Markun, Zusman & Compton LLP**                                                Page: 6

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/25/2007 | KKE | Review discovery responses | 1.40 | 500.00 | 700.00 |
| 9/25/2007 | KKE | Review letters to court | 0.40 | 500.00 | 200.00 |
| 9/26/2007 | KKE | Email re discovery; strategy re same | 0.90 | 500.00 | 450.00 |
| 9/27/2007 | KKE | Review discovery responses | 0.70 | 500.00 | 350.00 |
| 9/28/2007 | KKE | Review discovery | 0.90 | 500.00 | 450.00 |
| 10/1/2007 | KKE | Review discovery responses | 1.20 | 500.00 | 600.00 |
| 10/5/2007 | KKE | Review objections to discovery | 0.60 | 500.00 | 300.00 |
| 10/10/2007 | KKE | Review incoming correspondence | 0.50 | 500.00 | 250.00 |
| 10/12/2007 | KKE | Review objections | 0.50 | 500.00 | 250.00 |
| 10/15/2007 | KKE | Review discovery objections | 0.30 | 500.00 | 150.00 |
| 10/17/2007 | KKE | Emails re discovery | 0.60 | 500.00 | 300.00 |
| 10/18/2007 | KKE | Review objections; analysis and strategy | 0.40 | 500.00 | 200.00 |
| 10/22/2007 | KKE | Review correspondence | 0.30 | 500.00 | 150.00 |

Sub-total Fees: 108,870.00

**Rate Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kevin Eng | 167.40 hours at $ | 500.00/hr | 83,700.00 |
| Legal Assistant LA | 7.40 hours at $ | 150.00/hr | 1,110.00 |
| David Markun | 36.60 hours at $ | 600.00/hr | 21,960.00 |
| Legal Assistant SF | 12.00 hours at $ | 150.00/hr | 1,800.00 |
| Edward Zusman | 0.50 hours at $ | 600.00/hr | 300.00 |

Total hours: 223.90

| Expenses | | | Units | Price | |
|---|---|---|---|---|---|
| 7/12/2005 | Postage | | 1.00 | 8.70 | 8.70 |
| | Postage | | | | |
| 8/31/2005 | Photocopies | | 6.00 | 0.10 | 0.60 |
| | Photocopies (6 copies x .10) | | | | |
| 8/31/2005 | Photocopies | | 3.00 | 0.10 | 0.30 |
| | Photocopies (3 copies x .10) | | | | |

**Markun, Zusman & Compton LLP**                                          Page: 7

| Date | Description | Qty | Rate | Amount |
|---|---|---:|---:|---:|
| 10/31/2005 | Fax Charges | 26.00 | 0.10 | 2.60 |
|  | Fax Charges |  |  |  |
| 3/31/2006 | Photocopies | 71.00 | 0.10 | 7.10 |
|  | Photocopies |  |  |  |
| 7/30/2007 | Photocopies | 446.00 | 0.10 | 44.60 |
|  | Photocopies |  |  |  |
| 8/10/2007 | Delivery | 1.00 | 64.92 | 64.92 |
|  | Check issued to Federal Express |  |  |  |
| 8/15/2007 | Fedex charges | 1.00 | 42.68 | 42.68 |
|  | Check issued to Federal Express |  |  |  |
| 7/23/2009 | Document Retrieval | 1.00 | 4.08 | 4.08 |
|  | Check issued to Pacer Service Center |  |  |  |

Sub-total Expenses:  175.58

Total Current Billing:  109,045.58
Previous Balance Due:  0.00
Total Now Due:  109,045.58