# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AMERIQUEST MORTGAGE CO. )<br>Mortgage Lending Practices Litigation )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>HONORABLE MARVIN E. ASPEN<br><br>**ATTORNEY FEE**<br>**DECLARATION** |

State of Ohio      )
                   ) ss.
County of Cuyahoga )

I, GARY COOK, being first duly sworn, do hereby depose and say:

1. I am the sole practitioner of The Law Offices of Gary Cook. During the period pertinent to this declaration, from 2003 to 2007, I was counsel for the following Plaintiffs to the litigation herein: Peggy Saunders, Matthew and Tracey Lloyd, Dorothy Stevens, Aris Gay and Ricardo Gay, Jeraldine Wolfe, Brittney Smith, Paris and Lynda Paul, Portia Mims Harris, and Nicole McCorkle.

2. I received a J.D. from Catholic University of America and was admitted to the Ohio bar on November 19, 1976, since which time I have practiced predominantly in the field of consumer protection, primarily in the area of mortgage lending, including litigation of more than fifty cases to verdict.

3. Based upon my experience and expertise, my rate for rendering services of the type provided to the above-named Plaintiffs during the relevant timeframe was $350.00 (Three Hundred Fifty Dollars) per hour.

4. Attached hereto is a true and accurate record of the time I expended providing counsel to the above-named Plaintiffs with respect to the instant matter.

5. In my opinion, this invoice reasonably reflects my experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Gary Cook

Sworn to and subscribed in my presence this 6th day of April, 2010.

_____
Notary Public

MARY JOSEPHINE HANSON
Notary Public / Attorney
My Commission has no expiration
My Commission Expires
SGH 0015119

| Client | Case No. | Date |
|---|---|---|
| Jeraldine Wolfe | CV-03-507258 | 7/21/2003 |
| Jeraldine Wolfe | CV-03-507258 | 9/13/2003 |
| Jeraldine Wolfe | CV-03-507258 | 9/16/2003 |
| Jeraldine Wolfe | CV-03-507258 | 10/15/2003 |
| Jeraldine Wolfe | CV-03-507258 | 11/11/2003 |
| Jeraldine Wolfe | CV-03-507258 | 12/18/2003 |
| Jeraldine Wolfe | CV-03-507258 | 12/21/2003 |
| Dorothy Stevens | CV-04-526733 | 7/15/2004 |
| Dorothy Stevens | CV-04-526733 | 7/20/2004 |
| Dorothy Stevens | CV-04-526733 | 7/30/2004 |
| Jeraldine Wolfe | CV-03-507258 | 8/27/2004 |
| Dorothy Stevens | CV-04-526733 | 10/13/2004 |
| Dorothy Stevens | CV-04-526733 | 11/14/2004 |
| Pegi Saunders | CV-05-558114 | 12/9/2004 |
| Pegi Saunders | CV-05-558114 | 1/19/2005 |
| Brittney Smith | 1:05cv1126 | 2/24/2005 |
| Aris & Ricardo Gay | CV-04-549367 | 2/25/2005 |
| Brittney Smith | 1:05cv1126 | 3/4/2005 |
| All Clients | CV-05-558114 | 3/10/2005 |
| Jeraldine Wolfe | CV-03-507258 | 3/12/2005 |
| All Clients | CV-05-558114 | 3/14/2005 |
| Dorothy Stevens | CV-04-526733 | 3/15/2005 |
| All Clients | CV-05-558114 | 3/15/2005 |
| All Clients | CV-05-558114 | 3/16/2005 |
| All Clients | CV-05-558114 | 3/19/2005 |
| Pegi Saunders | CV-05-555157 | 3/19/2005 |
| Dorothy Stevens | CV-04-526733 | 3/22/2005 |
| Pegi Saunders | CV-05-555157 | 3/29/2005 |
| Dorothy Stevens | CV-04-526733 | 4/11/2005 |
| Dorothy Stevens | CV-04-526733 | 4/13/2005 |
| Dorothy Stevens | CV-04-526733 | 4/14/2005 |
| Jeraldine Wolfe | CV-03-507258 | 4/25/2005 |
| Jeraldine Wolfe | CV-03-507258 | 4/27/2005 |
| Pegi Saunders | CV-05-555157 | 6/23/2005 |
| Paris & Linda Paul | 06F000018 | 7/14/2005 |
| Portia Mims Harris | CV-05-551611 | 7/25/2005 |
| Pegi Saunders | CV-05-555157 | 8/28/2005 |
| Pegi Saunders | CV-05-555157 | 8/29/2005 |
| All Clients | 1:05cv1126 | 8/31/2005 |
| All Clients | 1:05cv1126 | 9/14/2005 |
| Pegi Saunders | CV-05-555157 | 9/20/2005 |
| All Clients | 1:05cv1126 | 9/23/2005 |
| Pegi Saunders | CV-05-555157 | 10/2/2005 |
| Dorothy Stevens | CV-04-526733 | 10/3/2005 |
| Jeraldine Wolfe | CV-03-507258 | 10/24/2005 |
| Matthew & Tracey Lloyd | CV-04-546159 | 10/30/2005 |
| Jeraldine Wolfe | CV-03-507258 | 11/10/2005 |
| All Clients | 1:05cv1126 | 11/15/2005 |
| Matthew & Tracey Lloyd | CV-04-546159 | 12/20/2005 |
| Paris & Linda Paul | 06F000018 | 1/13/2006 |
| All Clients | 1:05cv1126 | 1/16/2006 |

| Client | Case Number | Date |
|---|---|---|
| All Clients | 1:05cv1126 | 2/6/2006 |
| Paris & Linda Paul | 06F000018 | 3/18/2006 |
| Paris & Linda Paul | 06F000018 | 6/6/2006 |
| Paris & Linda Paul | 06F000018 | 6/6/2006 |
| Aris & Ricardo Gay | CV-04-549367 | 6/21/2006 |
| Matthew & Tracey Lloyd | CV-04-546159 | 8/22/2006 |
| All Clients | 1:05cv1126 | 12/13/2006 |
| Pegi Saunders | 1:05cv1126 | 12/15/2006 |
| Pegi Saunders | CV-05-555157 | 12/18/2006 |
| Pegi Saunders | 1:05cv1126 | 3/9/2007 |
| Pegi Saunders | 1:05cv1126 | 1/30/2009 |
| Brittney Smith | 1:05cv1126 | 1/31/2009 |

| Activity | Time |
|---|---|
| Client meeting and document review | 3.5 |
| Reviewed complaint | 0.5 |
| Answer and counterclaim | 2 |
| Stipulation for leave to plead | 0.5 |
| Reviewed motion for summary judgment | 0.5 |
| Brief in opposition to motion for summary judgment | 2 |
| Client meeting and review of summary judgment response | 3 |
| Client meeting and document review | 3 |
| Draft answer, counterclaim, and third party complaint | 2.5 |
| Revised answer, counterclaim, and third party complaint | 0.5 |
| Re-filed brief in opposition to summary judgment | 0.5 |
| Reviewed motion for summary judgment | 0.5 |
| Client meeting and review of discovery requests | 3.5 |
| Client meeting and document review | 4 |
| Follow-up client interview | 3 |
| Client meeting and document review | 3.5 |
| Client meeting and document review | 3 |
| Client meeting and review of class claims | 2.5 |
| Research claims sounding in TILA, RESPA, and state law | 3 |
| Client meeting and review of class claims | 3 |
| Research claims based on origination and servicing | 3 |
| Client meeting and review of class claims | 3 |
| Research class action standards | 3 |
| Draft class action complaint | 5 |
| Revised class action complaint and prepared exhibits | 3 |
| Reviewed complaint | 2 |
| Reviewed motion for summary judgment | 0.5 |
| Answer and counterclaim | 3 |
| Brief in opposition to motion for summary judgment | 3 |
| Client meeting and review of summary judgment response | 2 |
| Revised brief in opposition to motion for summary judgment | 0.5 |
| Client meeting and deposition preparation | 2 |
| Deposition of Jeraldine Wolfe | 4 |
| Reviewed reply to counterclaim | 0.5 |
| Client meeting, document and claim review | 3.5 |
| Initial meeting and review of documents | 3 |
| Client meeting regarding pretrial and class claims | 2.5 |
| Pretrial | 2 |
| Status conference | 3 |
| Motion for leave to file amended complaint | 1 |
| Joint motion to stay | 0.5 |
| Amended complaint | 7 |
| Draft joint motion to stay proceedings | 0.5 |
| Joint motion to stay | 0.5 |
| Joint motion to stay | 0.5 |
| Client meeting and document review | 3 |
| Review draft joint motion to stay proceedings | 0.5 |
| Motion for extension | 0.5 |
| Client meeting and review of class claims | 2 |
| Reviewed complaint | 0.5 |
| Brief in opposition to motion to dismiss | 3.5 |

| | |
|---|---:|
| Joint motion to stay and memorandum in support | 0.5 |
| Answer and counterclaim | 2.5 |
| Notice of class action | 0.5 |
| Reviewed motion for summary judgment | 0.5 |
| Notice of class action | 1 |
| Client correspondence | 0.5 |
| Correspondence with lead counsel | 0.5 |
| Client meeting regarding status of class action | 2.5 |
| Pretrial | 3 |
| Client meeting regarding status of class action | 2.5 |
| Client meeting and review of class settlement | 2 |
| Client meeting and review of class settlement | 2 |
| | |
| Hours | 131 |
| Hourly | $350.00 |
| Total | $45,850.00 |