# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AMERIQUEST MORTGAGE CO. )<br>Mortgage Lending Practices Litigation )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>_____) | MDL NO. 1715<br>Lead Case No. 05-CV-7097<br><br>Centralized before the<br>HONORABLE MARVIN E. ASPEN<br><br>**ATTORNEY FEE**<br>**DECLARATION** |

I, Martin E. Wolf, declare as follows:

1. I am a partner in Quinn, Gordon & Wolf, Chtd. ("QGW"). During the period pertinent to this declaration, from March 15, 2006 through March 24, 2010, QGW was counsel for the following Plaintiff in this litigation: Barbara Becker.

2. Attached hereto is a true and accurate record of the time QGW expended providing counsel to the above-named Plaintiff and to the Class Plaintiffs in general with respect to the instant matter.

3. Also attached hereto is a true and accurate record of the time my co-counsel, Civil Justice, Inc. ("Civil Justice"), expended providing counsel to the above-named Plaintiff in the instant matter.

4. In my opinion, the attached lodestar summary reasonably reflects QGW's and Civil Justice's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

861368.1

5. Moreover, throughout the litigation QGW and Civil Justice each maintained hourly time records and detailed cost records that support the attached lodestar summary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of March, 2010 in Towson, Maryland.

_____
Martin E. Wolf

Sworn to and subscribed in my presence this 24th day of March, 2010.

_____
Notary Public

April 1, 2010
My Commission Expires

861368.1

11:50 AM
03/24/10

# Quinn, Gordon & Wolf, Chtd.
## Time by Name
### All Transactions

|  | Hours |  |  |
|---|---:|---:|---:|
| **Cory Zajdel** |  |  |  |
| Ameriquest/Becker | 10.90 | 400.00 | 4,360.00 |
| **Martin E. Wolf** |  |  |  |
| Ameriquest/Becker | 6.00 | 400.00 | 2,400.00 |
| **Richard S. Gordon** |  |  |  |
| Ameriquest/Becker | 2.00 | 400.00 | 800.00 |
| **TOTAL** | **18.90** |  | **7,560.00** |

12:06 PM
03/24/10
Accrual Basis

# Quinn, Gordon & Wolf, Chtd.
## Unbilled Costs by Job
### All Transactions

| Type | Date | Source Name | Memo | Account | Billing Status | Amount |
|---|---|---|---|---|---|---|
| **Ameriquest/Becker** | | | | | | |
| Check | 08/21/2006 | Clerk - Cir. Court | Filing fee | 1300 · Cost Advances | Unbilled | 125.00 |
| Bill | 10/02/2006 | Bond's Sure Serve | service of process | 1300 · Cost Advances | Unbilled | 40.00 |
| Check | 12/01/2006 | SDAT | Copy - Art. of Inc. | 1300 · Cost Advances | Unbilled | 50.00 |
| General Journal | 03/31/2007 | copier code | copies/scans | 1300 · Cost Advances | Unbilled | 11.30 |
| General Journal | 05/31/2007 | copier code | copies/scans | 1300 · Cost Advances | Unbilled | 0.60 |
| General Journal | 06/30/2007 | copier code | copies/scans | 1300 · Cost Advances | Unbilled | 0.10 |
| General Journal | 07/31/2007 | copier code | copies/scans | 1300 · Cost Advances | Unbilled | 4.30 |
| General Journal | 09/30/2007 | copier code | copies/scans | 1300 · Cost Advances | Unbilled | 165.80 |
| General Journal | 04/30/2008 | copier code | copies/scans | 1300 · Cost Advances | Unbilled | 0.10 |
| **Total Ameriquest/Becker** | | | | | | **397.20** |
| **TOTAL** | | | | | | **397.20** |

2:40 PM
3/29/2010

# Civil Justice, Inc.
## Time by Name
### Becker v. Ameriquest

| | | Hours | | |
|---|---|---|---|---|
| **Phillip R. Robinson** | | | | |
| | Ameriquest/Becker | 44.00 | 300.00 | 13,200.00 |
| **TOTAL** | | 44.00 | | 13,200.00 |