# EXHIBIT Q

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re AMERIQUEST MORTGAGE CO. | ) | MDL NO. 1715 |
| Mortgage Lending Practices Litigation | ) | Lead Case No. 05-CV-7097 |
| | ) | |
| | ) | Centralized before the |
| | ) | HONORABLE MARVIN E. ASPEN |
| | ) | |
| | ) | **ATTORNEY FEE DECLARATION** |
| | ) | |

| | |
|---|---|
| STATE OF OHIO ) | |
| ) | SS: |
| COUNTY OF CUYAHOGA ) | |

I, Helen Forbes Fields, being fully duly sworn, do hereby depose and say:

1. I am the managing partner of Forbes, Fields & Associates Co., L.P.A. During the period pertinent to this declaration, from 2005 to 2010, Forbes, Fields & Associates Co., L.P.A. and its attorneys were counsel for the following Plaintiffs to the litigation herein: Pegi Saunders, Matthew and Tracey Lloyd, Dorothy Stephens, Aris Gay and Ricardo Gay, Jeraldine Wolfe, Brittney Smith, Paris and Lynda Paul, Portia Mims Harris, Nicole McCorkle, James and Ruth Gray, Yvette Campbell, Daisy Mobley, Veronica Thomas, James Elmore, Catherine Chaney, Linda Clark and David Moore.

2. I received a J.D. from Howard University School of Law, and was admitted to the Ohio bar in May, 1985, since which time, I have practiced primarily in plaintiff's oriented civil litigation, including the field of consumer protection, and real estate matters.

3. Scott H. Schooler, Esq. is a senior associate at Forbes, Fields & Associates Co., L.P.A., received his J.D. from Case Western Reserve University, and was admitted to the Ohio bar in November, 1984, since which time he has been extensively involved in plaintiff's oriented civil litigation, including the fields of consumer protection and real estate litigation. He is the primary real estate transactional attorney for the firm.

4. Based upon his experience and knowledge, his rate for rendering services of the type provided to the above-named Plaintiffs during the relevant time-frame was Three Hundred Fifty Dollars, ($350.00), per hour.

5. Dennis N. LoConti, Esq. is also a senior associate at Forbes, Fields & Associates Co., L.P.A., received his J.D. from Cleveland Marshall College of Law, and was admitted to the Ohio bar in November, 1982, since which time he has been extensively involved in plaintiff's oriented civil litigation, including the field of consumer protection. He is the primary civil litigator in the firm.

6. Based upon his experience and knowledge, his rate for rendering services of the type provided to the above-named Plaintiffs during the relevant time-frame was Three Hundred Fifty Dollars, ($350.00), per hour.

7. Roderick D. Sherman was the law clerk employed at Forbes, Fields & Associates Co., L.P.A. He attended and graduated from Southern University Law Center in 2003.

8. Based upon his experience and knowledge, his rate for rendering services of the type provided to the above-named Plaintiffs during the relevant time-frame was Sixty Dollars, ($60.00), per hour.

2

9. Attached hereto is a true and accurate record of the time incurred by said attorneys and law clerk to the above-named Plaintiffs with respect to the instant matter.

10. In my opinion, this invoice reasonably reflects appropriate experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
HELEN FORBES FIELDS, ESQ.

**SWORN TO AND SUBSCRIBED** in my presence this 17 day of March, 2010.

_____
NOTARY PUBLIC

SCOTT H. SCHOOLER, Attorney At Law
Notary Public - State of Ohio
My commission has no expiration date.
Section 147.03 R. G.

3

**Forbes, Fields & Associates Co., LPA**
614 W. Superior Ave, Ste 700
Cleveland, OH 44113-1318
Telephone: 216-696-7170
Fax: 216-696-8076

March 17, 2010
Invoice No. 409

Pegi Saunders

Client Number: 7091  Pegi Saunders
Matter Number: 7091-01  Saunders et al vs. Ameriquest Mortgage Company et
**For Services Rendered Through 3/17/2010.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/2005 | SHS | RECEIPT AND REVIEW CLASS ACTION COMPLAINT / EDITING OF SAME / TELEPHONE CONVERSATION WITH GARY COOK | 3.00 | $1,050.00 |
| 02/15/2005 | SHS | FINAL EDITS TO CLASS ACTION COMPLAINT / DISCUSSION REGARDING BASIS FOR MULTIPLE CLASS PLAINTIFFS / REVIEW FEDERAL CLAIMS / DISCUSS POTENTIAL FOR REMOVAL | 3.25 | $1,137.50 |
| 03/09/2005 | DNL | MEETING WITH GARY COOK, ESQ. REGARDING PREDATORY LENDING CASES | 4.00 | $1,400.00 |
| 03/15/2005 | SHS | RESEARCH CLASS ACTION STANDARDS / TILA, RESPA, STATE LAW CLAIMS, DISCUSSION WITH GARY COOK | 2.33 | $815.50 |
| 03/16/2005 | SHS | DISCUSSION WITH GARY COOK REGARDING CLASS ACTION COMPLAINT | 0.33 | $115.50 |
| 05/02/2005 | SHS | RECEIPT AND REVIEW GRAYDON NOTICE OF APPEARANCE / STIPULATION EXTENDING TIME TO ANSWER / DISCUSSION WITH GARY COOK REGARDING CASE ISSUES | 0.75 | $262.50 |
| 05/03/2005 | SHS | RECEIPT AND REVIEW COMPLAINT / FILED CLASS ACTION COMPLAINT / DISCUSSION WITH GEORGE L. FORBES | 0.50 | $175.00 |

**Continued On Next Page**

| Client Number: | 7091 | | | 03/17/2010 |
|---|---|---|---|---|
| Matter Number: | 7091-01 | | | Page: 2 |

| | | | | |
|---|---|---|---|---|
| 05/09/2005 | SHS | RECEIPT AND REVIEW NOTICE OF REMOVAL / DISCUSSION WITH GEORGE L. FORBES, ESQ. REGARDING SAME | 0.42 | $147.00 |
| 05/11/2005 | SHS | DISCUSSION WITH GEORGE L. FORBES REGARDING CONFERENCE CALL / REVIEW COMPLAINT / LAW | 1.92 | $672.00 |
| 05/17/2005 | SHS | REVIEW OF LAW / CASES REGARDING PREDATORY LENDING CLAIMS | 1.50 | $525.00 |
| 05/27/2005 | SHS | RECEIPT AND REVIEW PRO HAC VICE MOTIONS | 0.08 | $28.00 |
| 06/20/2005 | SHS | RECEIPT AND REVIEW LEAVE MOTIONS REGARDING PAGE LIMITATIONS | 0.17 | $59.50 |
| 06/27/2005 | SHS | RECEIPT AND REVIEW EXTENSION OF TIME / REQUEST TO RESPOND TO THE COMPLAINT | 0.25 | $87.50 |
| 07/05/2005 | SHS | INITIAL MEETING WITH PORTIA MIMS / REVIEW PREDATORY LENDING DOCUMENTS | 3.00 | $1,050.00 |
| 07/13/2005 | SHS | RECEIPT AND REVIEW NOTICE OF HEARING | 0.08 | $28.00 |
| 07/21/2005 | SHS | RECEIPT AND REVIEW CORRESPONDENCE FROM REED SMITH TO GARY COOK REGARDING PROCEDURE FOR GOING FORWARD / DISCUSSION WITH GARY COOK | 0.33 | $115.50 |
| 08/03/2005 | RS | MEETING WITH GARY COOK TO DISCUSS RESEARCH RE: CLASS ACTION | 1.00 | $60.00 |
| 08/16/2005 | SHS | MEETING WITH LINDA CLARK / REVIEW DOCUMENTATION FOR INCLUSION IN LAWSUIT | 2.00 | $700.00 |
| 08/17/2005 | SHS | MEETING WITH DAVID MOORE / REVIEW DOCUMENTATION FOR INCLUSION IN LAWSUIT | 2.00 | $700.00 |
| 08/22/2005 | SHS | MEETING WITH NICOLE MCCORKLE AND GARY COOK | 2.50 | $875.00 |
| 08/22/2005 | RS | MEETING WITH GARY COOK , SCOTT H. SCHOOLER, AND NICOLE MCCORKLE | 1.75 | $105.00 |
| 08/30/2005 | SHS | REVIEW OF CLAIMS / PREPARATION FOR PRETRIAL | 1.00 | $350.00 |
| 08/31/2005 | SHS | PREPARATION FOR AND ATTENDANCE AT HEARING WITH JUDGE BOYKO | 2.00 | $700.00 |
| 09/02/2005 | SHS | RECEIPT AND REVIEW CORRESPONDENCE FROM MARK TAMBURRI REGARDING FOLLOW-UP FROM STATUS CONFERENCE | 0.08 | $28.00 |

Continued On Next Page

| Client Number: | 7091 | | | 03/17/2010 |
|---|---|---|---|---|
| Matter Number: | 7091-01 | | | Page: 3 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/06/2005 | SHS | INITIAL MEETING WITH DAISY MOBLEY / REVIEW LOAN AND MORTGAGE DOCUMENTS / CORRESPONDENCE / BILLINGS FROM AMERIQUEST | 3.92 | $1,372.00 |
| 09/08/2005 | SHS | TELEPHONE DISCUSSION WITH GARY COOK REGARDING ADDING PARTIES / TELEPHONE CALL / RECEIPT AND REVIEW FAX FROM MARK TAMBURRI | 0.58 | $203.00 |
| 09/13/2005 | SHS | INITIAL MEETING WITH RUTH AND JAMES GRAY / REVIEW AMERIQUEST PREDATORY LENDING SITUATION / REVIEW MORTGAGE DOCUMENTS | 2.50 | $875.00 |
| 09/14/2005 | RS | MEETING WITH DAISY MOBLEY | 1.50 | $90.00 |
| 09/15/2005 | SHS | REVIEW OF CLASS ACTION REQUIREMENTS / TELEPHONE CALL WITH GARY COOK REGARDING STATUS OF AMENDED COMPLAINT / ADDING PARTIES | 1.33 | $465.50 |
| 09/19/2005 | SHS | RECEIPT AND REVIEW CORRESPONDENCE FROM MARK TAMBURRI REGARDING PROVIDING INFORMATION REGARDING ADDITIONAL PLAINTIFFS | 0.08 | $28.00 |
| 09/23/2005 | SHS | DISCUSSION WITH GARY COOK REGARDING FILING AMENDED COMPLAINT | 0.33 | $115.50 |
| 09/28/2005 | RS | TELEPHONE CONFERENCE WITH NICOLE McCORKLE REGARDING STATUS | 0.42 | $25.20 |
| 09/29/2005 | SHS | DISCUSSION WITH BRITTNEY SMITH / REVIEW PAPERWORK | 2.25 | $787.50 |
| 09/29/2005 | SHS | MEETING WITH LINDA CLARK / REVIEW PAPERWORK | 1.75 | $612.50 |
| 09/30/2005 | RS | DISCUSSION WITH NICOLE McCORKLE | 0.17 | $10.20 |
| 10/03/2005 | RS | MEETING WITH NICOLE McCORKLE | 0.25 | $15.00 |
| 10/17/2005 | SHS | CONFERENCE WITH GARY COOK REGARDING AMENDED COMPLAINT | 0.50 | $175.00 |
| 10/19/2005 | SHS | RESEARCH REGARDING MOTION TO INTERVENE | 0.58 | $203.00 |
| 10/20/2005 | SHS | PREPARATION OF LETTER TO NAPOLITANO AND MARK TAMBURRI (REED SMITH) REGARDING ADDING LINDA CLARK AND DAVID MOORE AS PARTIES TO LAWSUIT / REVIEW OF DOCUMENTATION | 1.75 | $612.50 |
| 10/21/2005 | SHS | LETTER FROM MARK TAMBURRI / TELEPHONE CALL WITH GARY COOK REGARDING SAME | 0.50 | $175.00 |

**Continued On Next Page**

| Client Number: | 7091 | | | | 03/17/2010 |
|---|---|---|---|---|---|
| Matter Number: | 7091-01 | | | | Page: 4 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/2005 | SHS | RECEIPT AND REVIEW PARTIAL MOTION TO DISMISS / RESEARCH REGARDING LEGAL STANDARDS REGARDING HOEPA CLAIMS / TILA CLAIMS / DISCUSSION WITH GARY COOK REGARDING SAME/ REVIEW OF EXHIBITS ATTACHED TO MOTION TO DISMISS | 5.58 | $1,953.00 |
| 10/25/2005 | SHS | REVIEW VARIOUS FILED CORPORATE DISCLOSURE STATEMENTS LETTER TO NAPOLITANO REGARDING ADDITIONAL PLAINTIFFS / RECEIPT AND REVIEW LETTER FROM NAPOLITANO | 0.58 | $203.00 |
| 10/27/2005 | SHS | RESEARCH REGARDING MOTION TO DISMISS RESPONSE / SEND TO GARY COOK | 3.17 | $1,109.50 |
| 10/27/2005 | SHS | DISCUSSION WITH MS CLARK REGARDING PAY MORTGAGE / STATUS OF PENDING AMERIQUEST ACTION | 0.42 | $147.00 |
| 11/21/2005 | SHS | DISCUSSION WITH CLIENT REGARDING MORTGAGE PAYMENT / AMERIQUEST HAS NOT CASHED OCTOBER 5TH MORTGAGE CHECK / ADVISED MS. CLARK TO KEEP PAYING | 0.25 | $87.50 |
| 12/12/2005 | SHS | REQUEST FOR EXTENSION OF TIME | 0.17 | $59.50 |
| 12/14/2005 | SHS | MEETING WITH DANIEL TURNER, ESQ. / DISCUSSION REGARDING STATUS OF RUTH AND JAMES GRAY'S PROPERTY | 1.00 | $350.00 |
| 01/17/2006 | SHS | RESEARCH AND PREPARATION OF BRIEF IN RESPONSE TO MOTION TO DISMISS | 2.00 | $700.00 |
| 01/25/2006 | SHS | RECEIPT AND REVIEW FORECLOSURE ACTION FILED BY DEUTSCHE BANK AGAINST DAISY MOBLEY | 1.00 | $350.00 |
| 01/31/2006 | SHS | RECEIPT AND REVIEW PROPOSED SETTLEMENT AGREEMENT WITH ACC CAPITAL HOLDINGS CORP | 0.33 | $115.50 |
| 02/13/2006 | SHS | REVIEW DOCKET FOR ANSWER DATE REGARDING DAISY MOBLEY | 0.25 | $87.50 |
| 02/16/2006 | SHS | PREPARATION OF STIPULATION FOR LEAVE TO PLEAD / FILING SAME REGARDING MOBLEY / CORRESPONDENCE SENDING SAME | 0.42 | $147.00 |
| 02/24/2006 | RS | SPOKE WITH MICHELLE McKENNEY REGARDING NICOLE MCCORKLE'S CASE | 0.42 | $25.20 |
| 03/03/2006 | RS | MEETING WITH NICOLE MCCORKLE'S FAMILY | 1.33 | $79.80 |

Continued On Next Page

| Client Number: | 7091 | | | 03/17/2010 |
|---|---|---|---|---|
| Matter Number: | 7091-01 | | | Page: 5 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/08/2006 | RS | RESEARCH FILE IN FEDERAL COURT TO MAKE LIMITED APPEARANCE / ALERT COURT OF IMPROPER SERVICE ON NICOLE McCORKLE | 0.17 | $10.20 |
| 03/09/2006 | DNL | DISCUSSION WITH SCOTT H. SCHOOLER REGARDING FILING OF SPECIAL APPEARANCE NOTICE TO INFORM COURT AND COUNSEL OF DEATH OF NICOLE McCORKLE AND LACK OF SERVICE OF PROCESS | 0.42 | $147.00 |
| 03/10/2006 | RS | PREPARE SPECIAL APPEAL MOTION | 2.00 | $120.00 |
| 03/10/2006 | RS | DISCUSSION WITH HELEN FORBES FIELDS, SCOTT H. SCHOOLER AND DENNIS N. LoCONTI REGARDING RESEARCH OF PUBLIC NOTICE | 0.17 | $10.20 |
| 03/10/2006 | DNL | PREPARE AND FILE SPECIAL APPEARANCE NOTICE REGARDING LACK OF SERVICE AND DEATH OF DEFENDANT McCORKLE / SERVICE UPON PLAINTIFFS' COUNSEL | 1.00 | $350.00 |
| 03/14/2006 | SHS | RECEIPT AND REVIEW PLAINTIFFS' OPPOSITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION CONDITIONAL TRANSFER | 0.41 | $143.50 |
| 03/15/2006 | SHS | PREPARATION OF ANSWER AND COUNTERCLAIM REGARDING MOBLEY IN CASE NUMBER 578356 | 5.33 | $1,865.50 |
| 03/16/2006 | SHS | FINAL EDITS REGARDING ANSWER AND COUNTERCLAIM REGARDING MOBLEY FILING SAME | 1.42 | $497.00 |
| 03/17/2006 | SHS | RECEIPT AND REVIEW OPPOSITION TO TRANSFER ORDER SUMMIT MORTGAGE / VALVERDE / ARGENT / BRIEF | 0.33 | $115.50 |
| 03/17/2006 | SHS | PREPARATION OF LETTERS ENCLOSING ANSWER / COUNTERCLAIM REGARDING MOBLEY | 0.25 | $87.50 |
| 03/20/2006 | SHS | RECEIPT AND REVIEW DEFENDANT BNC MORTGAGE, INC.'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER | 0.17 | $59.50 |
| 03/24/2006 | SHS | RECEIPT AND REVIEW OF E-MAILS FROM GRAYDON HEAD REGARDING STAYING MATTER REGARDING MOBLEY / TELEPHONE CONVERSATIONS REGARDING SAME | 0.75 | $262.50 |
| 03/25/2006 | SHS | RECEIPT AND REVIEW DEFENDANT'S APPLICATION FOR EXTENSION OF TIME TO OPPOSE MOTION TO VACATE CONDITIONAL TRANSFER ORDER | 0.17 | $59.50 |

Continued On Next Page

| Client Number: | 7091 | | | 03/17/2010 |
|---|---|---|---|---|
| Matter Number: | 7091-01 | | | Page: 6 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/31/2006 | SHS | RECEIPT AND REVIEW OF AMERIMAC FIRST MORTGAGE'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER | 0.17 | $59.50 |
| 03/31/2006 | SHS | TELEPHONE CONVERSATION WITH JAMES SASSANO / PREPARATION AND FILING JOINT MOTION FOR STAY OF PROCEEDINGS REGARDING MOBLEY / FILING SAME | 0.83 | $290.50 |
| 04/01/2006 | SHS | REVIEW OF REVISED DECLARATION REGARDING MOTION OPPOSING CONDITIONAL TRANSFER | 0.50 | $175.00 |
| 04/11/2006 | SHS | REVIEW DOCKET REGARDING TRANSFER OF MATTER TO MULTIDISTRICT LITIGATION | 0.17 | $59.50 |
| 04/18/2006 | SHS | RECEIPT AND REVIEW SOUTHSTAR FUNDING, LLC'S ANSWER TO CROSS-CLAIM REGARDING MOBLEY | 0.08 | $28.00 |
| 04/19/2006 | SHS | DISCUSSION WITH JAMES SASSANO REGARDING MOBLEY / PREPARATION OF RENEWED JOINT MOTION FOR STAY OF PROCEEDINGS / FILING OF SAME | 1.25 | $437.50 |
| 06/01/2006 | DNL | PREPARE DRAFT SUBSTITUTION MOTION / CHECK COURT DOCKET / DISCUSSION WITH SCOTT H. SCHOOLER RE: MCCORKLE | 0.83 | $290.50 |
| 06/13/2006 | DNL | DISCUSSION WITH SCOTT H. SCHOOLER AND HELEN FORBES FIELDS REGARDING PLAINTIFF'S FAILURE TO SUBSTITUTE CORRECT NEW PARTY | 0.33 | $115.50 |
| 06/21/2006 | DNL | DISCUSSION WITH SCOTT H. SCHOOLER AND HELEN FORBES FIELDS REGARDING FILING OF SECOND SPECIAL APPEARANCE NOTICE DUE TO PLAINTIFF'S FAILURE TO SUBSTITUTE CORRECT PARTY / ESTATE | 0.33 | $115.50 |
| 06/22/2006 | DNL | PREPARE AND FILE SECOND SPECIAL APPEARANCE NOTICE IN FEDERAL COURT FORECLOSURE CASE | 0.83 | $290.50 |
| 08/02/2006 | DNL | CONFERENCE WITH KEVIN WILLIAMS, ESQ (MCCORKLE) | 0.42 | $147.00 |
| 08/08/2006 | DNL | CONFERENCE WITH ATTORNEY WILLIAMS AND LYDIA JAMES (MCCORKLE) | 0.50 | $175.00 |
| 08/09/2006 | DNL | CONFERENCE WITH LYDIA JAMES REGARDING APPRAISALS AND SHORT SALE DEAL WITH BANK / REVIEW OF DRAFTED LAWSUIT AGAINST ISSAC HAGGINS (MCCORKLE) | 1.00 | $350.00 |

Continued On Next Page

| Client Number: | 7091 | | | 03/17/2010 |
| Matter Number: | 7091-01 | | | Page: 7 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/10/2006 | DNL | CONFERENCE WITH MICHELLE KENNEDY REGARDING APPRAISAL / REVIEW COPY OF APPRAISAL E-MAILED BY MS. KENNEDY (MCCORKLE) | 0.50 | $175.00 |
| 08/11/2006 | DNL | CONFERENCE WITH MICHELLE KENNEDY REGARDING ISSUE WITH VALUE OF APPRAISALS AND ISSUE OF HAVING THE PROPERTY RE-INSPECTED BY THE CITY OF CLEVELAND HOUSING INSPECTOR TO DETERMINE IF HIS PRIOR CITED VIOLATIONS WERE REPAIRED TO HIS SATISFACTION BY ISSAC HAGGINS (MCCORKLE) | 0.42 | $147.00 |
| 09/01/2006 | DNL | CONFERENCE WITH MICHELLE KENNEDY REGARDING RE-INSPECTION AND APPRAISALS (MCCORKLE) | 0.42 | $147.00 |
| 12/18/2006 | DNL | DISCUSSION WITH KEVIN WILLIAMS, ESQ. REGARDING THE BANK'S FURTHER INTENTIONS OF PURSING THE REAL ESTATE / DISCUSSION WITH LYDIA JAMES REGARDING SAME (MCCORKLE) | 0.58 | $203.00 |
| 12/26/2006 | DNL | RECEIVED ORDER FROM FEDERAL COURT DISMISSING THE BANK'S FORECLOSURE ACTION FOR WANT OF PROSECUTION (MCCORKLE) | 0.17 | $59.50 |
| 02/09/2007 | SHS | RECEIPT AND REVIEW BORROWER PLAINTIFFS' RESPONSE TO MOTION TO DISMISS COMPLAINT OR FOR MORE DEFINITE STATEMENT | 0.42 | $147.00 |
| 03/14/2007 | SHS | PREPARATION OF MEMORANDUM TO JAMES SASSANO REGARDING REQUEST FOR STAY OF FORECLOSURE ACTION REGARDING MOBLEY | 0.67 | $234.50 |
| 03/19/2007 | SHS | RECEIPT AND REVIEW BORROWER PLAINTIFFS' REPLY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS | 0.33 | $115.50 |
| 04/18/2007 | SHS | RECEIPT OF NOTICE OF BANKRUPTCY OF SOUTHSTAR FUNDING / SEND TO DAISY MOBLEY WITH LETTER | 0.33 | $115.50 |
| 07/16/2007 | SHS | RECEIPT AND REVIEW AMERIQUEST'S DISCOVERY REQUESTS | 0.50 | $175.00 |
| 07/23/2007 | SHS | RECEIPT AND REVIEW WRITTEN DISCOVERY REQUESTS | 0.33 | $115.50 |
| 07/27/2007 | SHS | RECEIPT AND REVIEW INTERROGATORIES TO BORROWER PLAINTIFFS / RECEIPT CD ROM / LETTER / REGARDING SAME | 0.50 | $175.00 |

Continued On Next Page

| Client Number: | 7091 | | | 03/17/2010 |
|---|---|---|---|---|
| Matter Number: | 7091-01 | | | Page: 8 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/2007 | SHS | RECEIPT AND REVIEW REQUEST FOR ADMISSIONS | 0.25 | $87.50 |
| 08/07/2007 | DNL | TELEPHONE CALLS TO REACH KEVIN WILLIAMS, ESQ. AND LYDIA JAMES (MCCORKLE) | 0.25 | $87.50 |
| 08/27/2007 | SHS | DISCUSSION WITH DAISY MOBLEY REGARDING CORRESPONDENCE RECEIVED FROM AMC MORTGAGE SERVICES REGARDING HUD'S HOMEOWNERSHIP PRESERVATION CLINIC | 0.17 | $59.50 |
| 08/30/2007 | SHS | ATTENDANCE AT HUD'S HOMEOWNERSHIP PRESERVATION CLINIC ON BEHALF OF DAISY MOBLEY - UNABLE TO RESOLVE HER SITUATION | 1.50 | $525.00 |
| 09/04/2007 | SHS | RECEIPT OF CD ROM REGARDING DOCUMENTS PRODUCTION FROM ARGENT / REVIEW DOCUMENTS | 4.33 | $1,515.50 |
| 09/12/2007 | SHS | RECEIPT OF CD OF ARGENT DOCUMENTS / REVIEW DOCUMENTS | 2.00 | $700.00 |
| 09/14/2007 | SHS | REVIEW ARGENT MORTGAGE COMPANY LLC'S SECOND SET OF INTERROGATORIES | 0.25 | $87.50 |
| 09/20/2007 | SHS | REVIEW E-MAIL REGARDING OBJECTIONS TO ROBERT RIVARD'S DEPOSITION NOTICE | 0.25 | $87.50 |
| 09/21/2007 | SHS | RECEIPT AND REVIEW CORRESPONDENCE RECEIVED BY DAISY MOBLEY FROM CITI REGARDING HER LOAN | 0.25 | $87.50 |
| 09/21/2007 | SHS | RECEIPT AND REVIEW CORRESPONDENCE FROM CITI RESIDENTIAL LENDING TO DAISY MOBLEY / DISCUSSION WITH DAISY MOBLEY | 0.42 | $147.00 |
| 10/05/2007 | SHS | RECEIPT AND REVIEW ARGENT'S AMENDED RESPONSES AND OBJECTIONS FOR PRODUCTION OF DOCUMENTS | 0.33 | $115.50 |
| 02/26/2008 | SHS | RECEIPT AND REVIEW MEMORANDUM OPINION AND ORDER REGARDING PRODUCTION OF FILES / REVIEW SAME / DISCUSSION WITH GEORGE L. FORBES, ESQ. | 0.58 | $203.00 |
| 03/06/2008 | SHS | RECEIPT OF CORRESPONDENCE REGARDING PRODUCTION OF DOCUMENTS | 0.08 | $28.00 |
| 03/26/2008 | SHS | RECEIPT AND REVIEW MARCH 24, 2008, SUMMARY REGARDING PRODUCTION OF DOCUMENTS | 0.33 | $115.50 |
| 03/31/2008 | SHS | RECEIPT OF MEDINA FIRST AMENDED COMPLAINT | 0.25 | $87.50 |
| 10/21/2009 | SHS | RECEIPT AND REVIEW CORRESPONDENCE FROM JAMES SASSANO REGARDING BANK LOAN (MOBLEY) | 0.08 | $28.00 |

Continued On Next Page

**Client Number:** 7091  
**Matter Number:** 7091-01

03/17/2010  
Page: 9

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 11/09/2009 | SHS | PREPARATION OF LETTER TO DAISY MOBLEY REGARDING SASSANO LETTER | 0.17 | $59.50 |
| 11/10/2009 | SHS | PRINT AND REVIEW COURT DOCKET REGARDING STATUS OF MATTER | 1.00 | $350.00 |
| 12/04/2009 | SHS | RECEIPT AND REVIEW FINAL ORDER AND JUDGMENT / SETTLEMENT AGREEMENT / PROPOSED DISTRIBUTION PLAN FOR CLASS SETTLEMENT FUND / PROPOSED ORDER / LEGAL NOTICE / CLAIM FORM | 2.08 | $728.00 |
| 12/04/2009 | SHS | RECEIPT AND REVIEW BORROWERS' FIRST AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT | 0.17 | $59.50 |
| 12/08/2009 | SHS | RECEIPT AND REVIEW ORDER OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT | 1.00 | $350.00 |
| 01/19/2010 | SHS | MEETING WITH DAISY MOBLEY REGARDING DISCUSSION OF CLASS ACTION SETTLEMENT / OPTIONS / MORTGAGE | 1.00 | $350.00 |

**Billable Hours / Fees:** 111.31 $36,296.30

### Timekeeper Summary

Timekeeper DNL worked 12.00 hours at $350.00 per hour, totaling $4,200.00.  
Timekeeper RS worked 9.18 hours at $60.00 per hour, totaling $550.80.  
Timekeeper SHS worked 90.13 hours at $350.00 per hour, totaling $31,545.50.

| | |
|---|---|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $36,296.30 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | $36,296.30 |

Thank You For Your Prompt Payment.