# EXHIBIT R

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re AMERIQUEST MORTGAGE CO. )<br>Mortgage Lending Practices Litigation )<br>            )<br>            )<br>            )<br>            )<br>            )<br>_____ ) | **MDL NO. 1715**<br>**Lead Case No. 05-CV-7097**<br><br>**Centralized before the**<br>**HONORABLE MARVIN E. ASPEN**<br><br>**ATTORNEY FEE**<br>**DECLARATION** |

I, M. Blair Payne, declare as follows:

1.  I am a partner in Darby, Peele, Bowdoin & Payne. During the period

pertinent to this declaration, from August 30, 2004 through today, Darby, Peele, Bowdoin

& Payne was:

(a)  co-counsel for the putative class of borrower consumers with

mortgage loans from Ameriquest Mortgage Company and its affiliates (hereafter the

"MDL Borrower Cases"), and

(b)  co-counsel from the beginning for the named Plaintiffs and the

putative class of borrowers in *Barber v. Ameriquest Capital Corp.* Case No. 04-CV-

01296 (hereafter the "*Barber* case") which was originally filed in state court and

subsequently removed to the District Court for the Middle District of Florida. The

*Barber* case claims are a part of the Consolidated Actions as those terms are used in the

Settlement Agreement in this proceeding. The individuals represented in the *Barber* case

by Darby, Peele, Bowdoin & Payne are:

> George Barber
> Crisella Barber
> Debra Holloway
> Laurence Osten

Attorney Fee Declaration
In re Ameriquest Mortgage Co.
MDL No. 1715
Lead Case No. 05-CV-7097

2. Attached hereto as Exhibit A is a true and accurate record of the time and costs Darby, Peele, Bowdoin & Payne, expended providing counsel to the class plaintiffs in the MDL Borrower Cases and to the Plaintiffs in the *Barber* case with respect to the instant matter.

3. The attached Exhibit A is a true and accurate record of the time Darby, Peele, Bowdoin & Payne and W. Roderick Bowdoin expended providing counsel to the class plaintiffs and above-named Plaintiffs in the instant matter.

4. In my opinion, the attached lodestar summary reasonably reflects Darby, Peele, Bowdoin & Payne's and W. Roderick Bowdoin's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

5. Moreover, throughout the litigation Darby, Peele, Bowdoin & Payne and W. Roderick Bowdoin each maintained hourly time records and detailed cost records that support the attached lodestar summary.

6. The costs incurred by Darby, Peele, Bowdoin & Payne and W. Roderick Bowdoin in representing the above-named Plaintiffs and the class plaintiffs in the instant matter are:

Costs $610.03

7. The lodestar for fees for time expended by Douglas Bowdoin, P.A. and Douglas Bowdoin in the instant matter are:

| Hours | Rate | Lodestar |
|-------|------|----------|
| 108.3 | $500.00 | $54,150.00 |

2

Attorney Fee Declaration
In re Ameriquest Mortgage Co.
MDL No. 1715
Lead Case No. 05-CV-7097

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.

Executed this 29 day of March , 2010 in Lake City FL .

M. Blair Payne

Sworn to and subscribed in my presence this 29th day of March, 2010.

Notary Public          Patricia A. Rotar
My Commission Expires

```
                                                              Page: 1
        Ameriquest Litigation                              01/07/2010
        C/O Doug Bowdoin                   ACCOUNT NO: 6943-0504294M
        Post Office Box 2254               STATEMENT NO:           1
        Orlando  FL  32802
```

Ameriquest

DRAFT STATEMENT

### For Professional Services Rendered Through 01/07/10

|  | | HOURS | |
|---|---|---|---|
| 08/30/04 | | | |
| WRB | Call from Doug Bowdoin; review mortgages list. | 1.20 | 600.00 |
| 08/31/04 | | | |
| WRB | Research on venue; review list of potential class representatives. | 2.40 | 1,200.00 |
| 09/01/04 | | | |
| WRB | Conference with Blair Payne; review correspondence; call to Doug Bowdoin; review letter of Credit, Debt & Identity Theft Center of America. | 1.50 | 750.00 |
| 09/08/04 | | | |
| WRB | Call from Doug Bowdoin regarding my possible involvement in case and Doug's decision whether to be involved | 0.40 | 200.00 |
| 09/16/04 | | | |
| WRB | Call to Tein Law Firm; dictate letters and agreement and revise; review information regarding Mr. Barber and his documents | 3.50 | 1,750.00 |
| 09/21/04 | | | |
| WRB | Review contracts for Osten and Barber; call to Mr. Barber; conference with Mr. and Mrs. Barber; call from Mr. Osten. | 3.90 | 1,950.00 |
| 09/22/04 | | | |
| WRB | Review complete packets on Barber and Osten mortgages. | 2.80 | 1,400.00 |
| 09/23/04 | | | |
| WRB | Revise agreement forms; read correspondence from Tien; read California complaint; call from Doug Bowdoin; research on issue of fraud in a class action in Florida | 5.20 | 2,600.00 |

Ameriquest Litigation

Ameriquest

                                                        HOURS

09/25/04
    WRB Review e-mail; research on venue issue;
        call from Doug Bowdoin                          3.40   1,700.00

09/27/04
    WRB Call to Doug Bowdoin; read e-mail;
        research rules governing The Florida Bar
        regarding appearance of out-of-state
        attorneys                                       2.60   1,300.00

09/28/04
    WRB Review Household International
        Consolidated Complaint; read e-mail.            2.20   1,100.00

09/29/04
    WRB Call to Doug Bowdoin; dictate letter to
        Doug Bowdoin; office conference with
        Larry Osten                                     1.60    800.00

09/30/04
    WRB Call to Doug Bowdoin; revise letter
        regarding class representatives; read
        e-mail from Becker; initial review of
        draft complaint.                                2.50   1,250.00

10/01/04
    WRB Review e-mail regarding complaint and
        revisions; call to Doug Bowdoin                 0.50    250.00

10/05/04
    WRB Call from Doug Bowdoin; review e-mails
        from Doug Bowdoin, Caryn Becker, and
        Kamran regarding each class
        representative's facts.                         0.80    400.00
    WRB Review Craig's e-mail and cases included
        and Doug Bowdoin's e-mail regarding
        pleadings.                                      1.30    650.00

10/06/04
    WRB Review two e-mails and research Florida
        Statute                                         0.90    450.00

10/07/04
    WRB Review e-mail from Laurence Tien and
        documents and contracts attached.               0.30    150.00

10/11/04
    WRB Review e-mails from Doug Bowdoin
        regarding class representatives and from
        Kamran and Caryn Becker                         0.30    150.00

10/12/04
    WRB Review e-mail regarding amended
        complaint; review amended complaint             3.00   1,500.00

```
                                                          Page: 3
       Ameriquest Litigation                            01/07/2010
                                        ACCOUNT NO: 6943-0504294M
                                        STATEMENT NO:            1
       Ameriquest
```

|  | HOURS |  |
|---|---|---|
| **10/13/04** | | |
| WRB Review revision in complaint; review five e-mails; call to Doug Bowdoin | 2.20 | 1,100.00 |
| **10/14/04** | | |
| WRB Review e-mail messages regarding problems with complaint; call to Doug Bowdoin; review e-mail messages regarding amendments to complaint and comments thereon. | 2.70 | 1,350.00 |
| **10/20/04** | | |
| WRB Conference with Doug Bowdoin on October 19; review amended complaint and e-mail regarding filing and amendments | 2.80 | 1,400.00 |
| **10/21/04** | | |
| WRB Call to Doug Bowdoin; read e-mail regarding amendments and my input; review four e-mail messages regarding amendments | 0.80 | 400.00 |
| **10/25/04** | | |
| WRB Call to Larry Osten; read e-mail regarding amending complaint and $75,000 limit | 0.30 | 150.00 |
| WRB Call from plaintiff in Tampa who sued Ameriquest (Hughes?); call to Doug Bowdoin; dictate letter to Doug Bowdoin | 0.60 | 300.00 |
| **10/26/04** | | |
| WRB Read e-mails from Caryn Becker and Doug Bowdoin | 0.10 | 50.00 |
| **11/02/04** | | |
| WRB Read e-mails regarding records disclosure | 0.20 | 100.00 |
| **11/05/04** | | |
| WRB Review e-mail regarding complaint and summonses; call to Doug Bowdoin | 0.40 | 200.00 |
| **11/09/04** | | |
| WRB Call from Doug Bowdoin; review e-mail | 0.90 | 450.00 |
| **11/12/04** | | |
| WRB Review e-mail regarding request to produce; call to Doug Bowdoin | 0.60 | 300.00 |
| **12/06/04** | | |
| WRB Review e-mail regarding branch manager of Orlando and conference with Doug Bowdoin | 1.50 | 750.00 |
| **12/13/04** | | |
| WRB Review two days of e-mails; calls to Doug Bowdoin; calls from Doug Bowdoin | 0.80 | 400.00 |

```
                                                             Page: 4
        Ameriquest Litigation                             01/07/2010
                                          ACCOUNT NO: 6943-0504294M
                                        STATEMENT NO:            1
        Ameriquest
```

|  | | HOURS | |
|---|---|---|---|
| 12/14/04 | | | |
| WRB | Review correspondence and e-mails regarding concerns about California settlement | 0.30 | 150.00 |
| 12/15/04 | | | |
| WRB | Review e-mail regarding discovery and inquiries regarding pleadings | 0.30 | 150.00 |
| 12/16/04 | | | |
| WRB | Review e-mail regarding Mr. Hooten and request for me to represent him | 0.40 | 200.00 |
| 12/28/04 | | | |
| WRB | Research on rules; conference with Doug Bowdoin regarding motion to dismiss | 2.90 | 1,450.00 |
| 12/29/04 | | | |
| WRB | Review e-mail; research rules and law on dismissal and remand | 3.50 | 1,750.00 |
| WRB | Call from Doug Bowdoin; review letter to Casey and proposed stipulation; research rules of federal procedure; read e-mail regarding filing issues | 1.80 | 900.00 |
| 01/06/05 | | | |
| WRB | Review e-mail regarding deadlines | 0.30 | 150.00 |
| 01/10/05 | | | |
| WRB | Call to Doug Bowdoin regarding removal and new federal theories and discuss whether opt out cases had any damages. | 0.50 | 250.00 |
| 01/13/05 | | | |
| WRB | Review file; review e-mail regarding granting of motions for extension | 0.20 | 100.00 |
| 01/20/05 | | | |
| WRB | Call to Doug Bowdoin; read e-mails; research records of clerks regarding mortgages by Ameriquest | 8.00 | 4,000.00 |
| 01/21/05 | | | |
| WRB | Call to Doug Bowdoin | 0.40 | 200.00 |
| 01/24/05 | | | |
| WRB | Review correspondence from Doug Bowdoin regarding joint motion proposal; review memos from Doug Bowdoin; two calls to Rhett Bullard; call to Doug Bowdoin | 0.90 | 450.00 |
| 01/25/05 | | | |
| WRB | Read cases including Cole v. U.S. Capital | 1.50 | 750.00 |

Ameriquest Litigation

Page: 5
01/07/2010
ACCOUNT NO: 6943-0504294M
STATEMENT NO: 1

Ameriquest

|  | | HOURS | |
|---|---|---|---|

**01/26/05**

WRB Call to Doug Bowdoin; review two motions
of defendant's counsel to appear pro hac
vice     0.70    350.00

**01/31/05**

WRB Call to Doug Bowdoin; call to Karen
Becker; review correspondence and
documents on Raymond Quarterman; review
court order granting appearance of Morris    1.60    800.00

**02/02/05**

WRB Review e-mail correspondence from Doug
Bowdoin and Kamran M.     0.20    100.00

WRB Call to Karen Becker; proof and review
pleadings; revise and file request for
oral argument and proposed order; proof
and complete declarations in support of
motion for remand; file motion for remand
with argument supporting     2.80   1,400.00

**02/07/05**

WRB Call to Karen Becker; two calls from Doug
Bowdoin; review final memo in opposition
to motion to dismiss and pro hac vice
motions; review three e-mails and
attachments     1.80    900.00

**02/09/05**

WRB Call from Doug Bowdoin; read e-mail     0.60    300.00

**02/15/05**

WRB Read draft of complaint; instructions to
secretary; read e-mail     1.60    800.00

**02/22/05**

WRB Call from and call to Linda Hubbard; call
from Doug Bowdoin; read e-mail     1.20    600.00

**02/28/05**

WRB Review correspondence from Doug Bowdoin;
review certificate regarding pro hac vice
applications; review order of February
22, 2005 granting enlargement of time;
read letters from Terry Smiljanich     1.50    750.00

**03/07/05**

WRB Review contracts and correspondence
regarding Quarterman     0.60    300.00

**03/10/05**

WRB Review order allowing plaintiff's
attorney to appear pro hac vice     0.10    50.00

```
                                                              Page: 6
         Ameriquest Litigation                            01/07/2010
                                          ACCOUNT NO: 6943-0504294M
                                          STATEMENT NO:           1
         Ameriquest


                                                    HOURS
         03/14/05
              WRB Review request for oral argument; review
                  defendant's memorandum in opposition to
                  motion to remand and declaration            0.80     400.00

         03/16/05
              WRB Read e-mail and reports regarding
                  California settlement                       0.50     250.00

         03/21/05
              WRB Read correspondence and e-mail              0.60     300.00

         04/11/05
              WRB Review order regarding motion for remand
                  of April 6, 2005                            0.10      50.00

         06/27/05
              WRB Review answer (Quarterman)                  0.50     250.00

         07/11/05
              WRB Review notice of pendency of other
                  actions                                     0.20     100.00

         07/13/05
              WRB Review Beckers' plaintiff's supplemental
                  memorandum regarding Exxon case; read
                  e-mails.                                    0.60     300.00

         07/18/05
              WRB Review defendant's supplemental brief in
                  opposition to remand                        1.80     900.00

         08/31/05
              WRB Call to Doug Bowdoin on August 30; review
                  order regarding hearing                     0.40     200.00

         09/13/05
              WRB Call from Matt Covschak; dictate letter;
                  read Becker's supplemental declaration
                  regarding plaintiff Osten                   0.60     300.00

         12/28/05
              WRB Review notice of transfer order and
                  attached orders                             0.20     100.00

         01/18/06
              WRB Review court order on remand; call to
                  Doug Bowdoin                                1.20     600.00

         01/23/06
              WRB Review correspondence from Doug Bowdoin
                  to Mr. Barber and Mr. O'Steen               0.20     100.00
```

```
                                                          Page: 7
         Ameriquest Litigation                          01/07/2010
                                       ACCOUNT NO: 6943-0504294M
                                       STATEMENT NO:            1
         Ameriquest
```

|            |     |                                                                                                                                                                      | HOURS |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 01/25/06   |     |                                                                                                                                                                      |       |          |
|            | WRB | Review notice of tag-a-long actions of Williams and Naughton                                                                                                         | 0.20  | 100.00   |
| 02/15/06   |     |                                                                                                                                                                      |       |          |
|            | WRB | Review answers and affirmative defenses of defendant and motion for extending deadline for case management report                                                   | 0.60  | 300.00   |
| 02/20/06   |     |                                                                                                                                                                      |       |          |
|            | WRB | Review judge's order of February 17, 2006                                                                                                                            | 0.20  | 100.00   |
|            | WRB | Review defendant's answer and affirmative defenses to class action complaint; unopposed motion continuing deadline for case management report; stipulation regarding deadline | 0.80  | 400.00   |
| 03/08/06   |     |                                                                                                                                                                      |       |          |
|            | WRB | Review correspondence of clerk of MDL panel and conditional transfer order                                                                                           | 0.30  | 150.00   |
| 03/15/06   |     |                                                                                                                                                                      |       |          |
|            | WRB | Review opposition of plaintiff to consolidated pre-trial proceedings in Quarterman                                                                                   | 0.40  | 200.00   |
| 03/17/06   |     |                                                                                                                                                                      |       |          |
|            | WRB | Review notice of objection to transfer order of Medina, et al in Quarterman                                                                                          | 0.30  | 150.00   |
| 03/20/06   |     |                                                                                                                                                                      |       |          |
|            | WRB | Review oppositions to transfer of Medina, et al., and Karen Kahres and Argent Mortgage Co. and BNC Mortgage company in Quarterman.                                   | 0.50  | 250.00   |
| 04/03/06   |     |                                                                                                                                                                      |       |          |
|            | WRB | Review memo and motion to vacate transfer order of Amerimac                                                                                                          | 1.80  | 900.00   |
| 04/19/06   |     |                                                                                                                                                                      |       |          |
|            | WRB | Review order regarding transfer of cases to court in Illinois                                                                                                        | 0.20  | 100.00   |
| 12/04/06   |     |                                                                                                                                                                      |       |          |
|            | WRB | Review class action complaint; call to Doug Bowdoin                                                                                                                  | 2.70  | 1,350.00 |
| 02/13/07   |     |                                                                                                                                                                      |       |          |
|            | WRB | Call to Doug Bowdoin; read plaintiff's response to motion to dismiss borrower's complaint                                                                            | 1.80  | 900.00   |

Ameriquest Litigation

Page: 7
01/07/2010
ACCOUNT NO: 6943-0504294M
STATEMENT NO:                  1

Ameriquest

|  |  | HOURS |  |
|---|---|---|---|
| 01/25/06 |  |  |  |
| WRB | Review notice of tag-a-long actions of Williams and Naughton | 0.20 | 100.00 |
| 02/15/06 |  |  |  |
| WRB | Review answers and affirmative defenses of defendant and motion for extending deadline for case management report | 0.60 | 300.00 |
| 02/20/06 |  |  |  |
| WRB | Review judge's order of February 17, 2006 | 0.20 | 100.00 |
| WRB | Review defendant's answer and affirmative defenses to class action complaint; unopposed motion continuing deadline for case management report; stipulation regarding deadline | 0.80 | 400.00 |
| 03/08/06 |  |  |  |
| WRB | Review correspondence of clerk of MDL panel and conditional transfer order | 0.30 | 150.00 |
| 03/15/06 |  |  |  |
| WRB | Review opposition of plaintiff to consolidated pre-trial proceedings in Quarterman | 0.40 | 200.00 |
| 03/17/06 |  |  |  |
| WRB | Review notice of objection to transfer order of Medina, et al in Quarterman | 0.30 | 150.00 |
| 03/20/06 |  |  |  |
| WRB | Review oppositions to transfer of Medina, et al., and Karen Kahres and Argent Mortgage Co. and BNC Mortgage company in Quarterman. | 0.50 | 250.00 |
| 04/03/06 |  |  |  |
| WRB | Review memo and motion to vacate transfer order of Amerimac | 1.80 | 900.00 |
| 04/19/06 |  |  |  |
| WRB | Review order regarding transfer of cases to court in Illinois | 0.20 | 100.00 |
| 12/04/06 |  |  |  |
| WRB | Review class action complaint; call to Doug Bowdoin | 2.70 | 1,350.00 |
| 02/13/07 |  |  |  |
| WRB | Call to Doug Bowdoin; read plaintiff's response to motion to dismiss borrower's complaint | 1.80 | 900.00 |

```
                                                              Page: 8
        Ameriquest Litigation                               01/07/2010
                                             ACCOUNT NO: 6943-0504294M
                                             STATEMENT NO:            1
        Ameriquest


                                                  HOURS
04/19/07
        WRB Review plaintiff's motion for additional
            case management guidelines                  0.30    150.00

04/25/07
        WRB Review deposition notice regarding Wayne
            Lee and Call to Doug Bowdoin                 0.40    200.00

07/24/07
        WRB Review interrogatories to George Barber,
            et al.; call to Doug Bowdoin                 0.60    300.00

08/08/07
        WRB Review deposition notices and discovery
            correspondence; call to Doug Bowdoin        1.60    800.00
                                                        ----   -------
        FOR CURRENT SERVICES RENDERED              108.30 54,150.00

                          RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
    W. Roderick Bowdoin             108.30  $500.00  $54,150.00


                            EXPENSES

        Photocopies                                          59.20
        Telephone Charge-Long Distance                       26.60
        Extraordinary Postage                                 7.29
        Fax Charges                                         256.00
                                                            ------
        TOTAL EXPENSES                                      349.09

                          COST ADVANCES

    10/21/04 Filing Fee - Complaint - Columbia County Clerk of
             Courts Ck#21126                                 255.00
    02/28/05 Express Mail - Federal Express 2/3/05 Ck#1333     5.94
                                                            ------
        TOTAL COST ADVANCES                                 260.94


        TOTAL AMOUNT DUE                                 $54,760.03
```