# EXHIBIT S

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re AMERIQUEST MORTGAGE CO. )
Mortgage Lending Practices Litigation )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )

**MDL NO. 1715**
**Lead Case No. 05-CV-7097**

**Centralized before the**
**HONORABLE MARVIN E. ASPEN**

**ATTORNEY FEE**
**DECLARATION**

I, Earl P. Underwood, Jr., declare as follows:

1.     During the period pertinent to this declaration, from December 6, 2006 to the present, I was counsel for the following Plaintiff in this litigation: Arthur Brian Boudin.

2.     Attached hereto as Exhibits 1, 2, and 3 respectively, are true and accurate records of the time that my co-counsel, Kenneth J. Riemer and George R. Irvine and I expended regarding the above-named Class Plaintiff in general with respect to his case.

3.     In my opinion, the attached Exhibits 1, 2 and 3 reasonably reflect our experience in the field and the complexity of the matters involved in this litigation.

4.     The prevailing rate for providing such services in the Mobile, Alabama area is $250 to $350 per hour, in fact, Mr. Riemer and I were recently awarded $300.00 per hour in *Joiner v Bayrock Mortgage Company*, Southern District of Alabama Case No. 08-0429-GB-B.

5.     Moreover, throughout the litigation we each maintained hourly time records and detailed cost records that support the attached lodestar summary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 1st day of April, 2010 in Fairhope, Alabama.

861368.1

Earl P. Underwood, Jr.

Sworn to and subscribed in my presence this 1st day of April, 2010.

Notary Public

Aug 1, 2012
My Commission Expires

861368.1

EX. 1

Time Entries for all Lawyers for: Boudin, Authur v. Ameriquest
Date: Thu Apr 1, 2010

Fri Jan 6, 06 - Time Entry - 0.60 hours
eamil corres with epu; tc re same; email to cw; tc with gri; tc with sln


Sun Jan 8, 06 - Time Entry - 0.20 hours
Review email from court and attachment


Fri Dec 15, 06 - Time Entry - 3.10 hours
review client mortgage doc.s; tc with EPU; conduct legal res re respa; research informaiton
avaiable on ATM; conf call with EPU/GRI


Thu Jan 4, 07 - Time Entry - 2.30 hours
Emails from EPU/GRI; tc with EPU; research respa/tila issues


Fri Jan 5, 07 - Time Entry - 1.10 hours
review draft compalint; revise draft; tc with epu


Tue Jan 16, 07 - Time Entry - 0.20 hours
Review email from court and attachment


Sat Jan 27, 07 - Time Entry - 0.30 hours
email to epu; review file


Mon Jan 29, 07 - Time Entry - 0.20 hours
Review emails from court and attachments


Mon Feb 26, 07 - Time Entry - 2.60 hours
Review email from court and attachment - mtd. Tc with epu re mtd; conduct legal research; tc
with gri; Review email from court and order re response dates; calendaring same


Tue Feb 27, 07 - Time Entry - 0.30 hours
tc with ep[u re timing of response and planning same

Wed Feb 28, 07 - Time Entry - 0.20 hours
Review email from court and attachment

Wed Mar 21, 07 - Time Entry - 0.50 hours
email correspondence with epu; conf call with co counsel; revie court file

Fri Mar 23, 07 - Time Entry - 2.20 hours
conduct lr/outline brief; tc with co counsel and other tasks re preparation of response to mtd

Mon Mar 26, 07 - Time Entry - 4.40 hours
conduct l/r in preparation of mtd; tc with epu; Draft, revise and finalize response to mtd;

Wed Apr 18, 07 - Time Entry - 0.50 hours
Review reply brief; tc with epau and gri re case

Fri May 25, 07 - Time Entry - 4.40 hours

tc with EPU re new claims and amended complaint; conduct legal research re tila, respa and hoepa; conf call with epu and gri

Mon May 28, 07 - Time Entry - 3.80 hours
Review loan doc.s, review material re HOEPA, tc with EPU re adding HOEPA claims; review class action consolidated complaint; tc with sln re pursuing hopea class against AMC; misc other tasks re pursuit of hoepa class

Wed May 30, 07 - Time Entry - 3.60 hours
Review and edit draft of amended complaint; tc with EPU; review matierals re HOEPA; misc other tasks re amended complaint; review draft of mtn to amend

Thu May 31, 07 - Time Entry - 0.70 hours
Review and revise amended complaint and motion; tc with EPU

Fri Jun 1, 07 - Time Entry - 1.60 hours
 tc with EPU; conduct legal research re hoepa


Mon Jun 4, 07 - Time Entry - 0.10 hours
review email notice from court re amended complaint filed.


Wed Jun 6, 07 - Time Entry - 0.30 hours
review email notice from court and attached order; calendaring dates from prel. scheduling order;
tc with epu


Thu Jun 7, 07 - Time Entry - 0.10 hours
review email notice from court and attached order


Mon Jun 11, 07 - Time Entry - 0.10 hours
review email notice from court re answer due


Wed Jun 13, 07 - Time Entry - 0.40 hours
review email notice from court and attached motion to dismiss; tc with epu re same; review file.


Tue Jun 26, 07 - Time Entry - 0.40 hours
review email notice from court and attached motion to stay.  tc with epu re motion;
review response brief


Wed Jun 27, 07 - Time Entry - 0.70 hours
review email notice from court drafting and finalizing opp to mtn to dismiss and filing same; tc
with epu and gri


Wed Jun 27, 07 - Time Entry - 0.10 hours
review email notice from court and attached order re motion to stay


Thu Jun 28, 07 - Time Entry - 0.30 hours
review mtn to dismiss; tc with epu re same

Fri Jun 29, 07 - Time Entry - 0.10 hours
review email notice from court


Mon Jul 2, 07 - Time Entry - 0.30 hours
Review notice re reply brief and recview replay; tc with epu.


Tue Jul 3, 07 - Time Entry - 0.30 hours
review email notice from court and attached order; scheduling dates re mtd; tc with epu re mtd
response


Fri Jul 6, 07 - Time Entry - 0.10 hours
review email notice from court


Tue Jul 10, 07 - Time Entry - 0.10 hours
review email notice from court


Tue Jul 10, 07 - Time Entry - 0.40 hours
review email notice from court and attached order; tc with epu


Wed Jul 11, 07 - Time Entry - 0.10 hours
review email notice from court


Mon Jul 16, 07 - Time Entry - 0.30 hours
tc with EPU re response to mtd and hoepa clas in general; review same;


Tue Jul 17, 07 - Time Entry - 0.50 hours
tc with epu re extension and case in general; review email notice from court re mtn for extension
of time.


Wed Jul 18, 07 - Time Entry - 0.20 hours
review email notice from court re mtn for more time; calendering dates


Mon Jul 23, 07 - Time Entry - 0.10 hours
review email notice from court and attached appearance

Tue Jul 24, 07 - Time Entry - 0.20 hours
review email notice from court and attached answer to complaint


Wed Jul 25, 07 - Time Entry - 0.50 hours
review email notice from court and attached mtn for summary judgment; tc with epu

Wed Jul 25, 07 - Time Entry - 0.50 hours
review email notice from court and attached reply brief; tc with epu re same


Thu Jul 26, 07 - Time Entry - 0.40 hours
review email notice from court and attached order; calendering dates; tc with EPU re briefing


Fri Jul 27, 07 - Time Entry - 0.60 hours
tc with JP re depo notice; review draft notice; tc with epu re depo; review email notice from court
re depo notice


Fri Aug 3, 07 - Time Entry - 0.50 hours
review draft rule 26 report; tc with epu; review email notice from court and attached report;


Mon Aug 6, 07 - Time Entry - 0.50 hours
review email notice and order from court re mtd; calendaring dates; tc with epu review email
notice from court re hearing; tc with epu; calendering hearing


Mon Aug 6, 07 - Time Entry - 0.10 hours
review depo notice; review email notice from court re same;


Thu Aug 16, 07 - Time Entry - 0.40 hours
review email notice from court and attached AMC supplemental brief; review materials re mdl
and class copmplaint; tc with EPU


Sun Aug 19, 07 - Time Entry - 0.10 hours
review email notice from court and attached appearance

Mon Aug 20, 07 - Time Entry - 0.40 hours
review email notice from court and attached opposition motion (more time); tc with epu re same


Tue Aug 21, 07 - Time Entry - 0.30 hours
review email notice from court and attached order; calendaring dates; tc with epu


Wed Aug 22, 07 - Time Entry - 0.40 hours
rev. draft repsone brief; tc with epu; review material re mdl;


Thu Aug 23, 07 - Time Entry - 0.40 hours
review final draft of resp brief; tc with epu; review email notice from court re resp.


Tue Aug 28, 07 - Time Entry - 0.30 hours
review email notice from court and attached MTD; tc with epu re same; review order and
calendaring dates


Tue Sep 4, 07 - Time Entry - 0.30 hours
review email notice from court and attached response brief (AMC); tc with epu re same.


Wed Sep 5, 07 - Time Entry - 0.20 hours
review email notice from court and attached reply brief; tc with epu re same


Thu Sep 6, 07 - Time Entry - 0.10 hours
review email notice from court and attached order re dismissal.


Mon Sep 17, 07 - Time Entry - 0.30 hours
tc with epu re mdl; review email notice from court re filing of mdl order;


Fri Oct 5, 07 - Time Entry - 0.20 hours
review email notice from court re transfer to mdl; tc with epu

# EX. 2

## STONE, GRANADE & CROSBY, P.C.,

ATTORNEYS AT LAW
P.O. Box 1509
Bay Minette, Alabama 36507
Telephone: 251-937-2417

April 1, 2010

Bill Number  26261
Billed through  03/31/2010

Mr. Arthur B. Boudin
11237 Lark Avenue
Fairhope, AL  36532

### Mortgage-Class Action/Contingency
### 6211        20710500        GRI

| | | |
|---|---|---|
| Balance forward as of bill dated | | $0.00 |
| Payments received since last bill | | $0.00 |
| | | ----------------- |
| Net balance forward | | $0.00 |

### FOR PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours |
|---|---|---|---|
| 01/04/07 | GRI | Telephone conference with Earl re: new RESPA case. | 0.30 hrs |
| 01/04/07 | GRI | Receipt and review truth-in-lending docs and TILA disclosure. | 0.50 hrs |
| 01/04/07 | GRI | Receipt and review of HUD and other mortgage docs. | 0.30 hrs |
| 01/04/07 | GRI | Internet research ATM. | 0.20 hrs |
| 01/06/07 | GRI | Email Ken re: rescission. | 0.30 hrs |
| 01/06/07 | GRI | Receipt and review of e-filing of Complaint. | 0.10 hrs |
| 01/08/07 | GRI | Prepare and file a Notice of Appearance. | 0.20 hrs |
| 01/16/07 | GRJ | Receipt and review of return of service on ATM. | 0.20 hrs |
| 01/17/07 | GRI | Docketing Answer due from ATM. | 0.20 hrs |
| 01/23/07 | GRI | Receipt and review of response to rescission letter by Ameriquest; telephone conference with Earl re: same. | 0.30 hrs |
| 01/29/07 | GRI | Email Ken re: SOL. | 0.30 hrs |
| 01/29/07 | GRI | Several emails with Earl and Ken re: other claims on behalf of other people vs. ATM and markups. | 0.40 hrs |
| 01/29/07 | GRI | Receipt and review of Unopposed Motion for Extension. | 0.20 hrs |
| 02/13/07 | GRI | Email re: filing separate case re: MDL. | 0.20 hrs |
| 02/26/07 | GRI | Email from Earl re: extension of time from Cook. | 0.10 hrs |
| 02/26/07 | GRI | Receipt and review of Motion to Dismiss by ATM. | 0.70 hrs |
| 02/26/07 | GRI | Receipt and review of Motions referred. | 0.10 hrs |
| 02/27/07 | GRI | Docketing deadlines for Motion to Dismiss. | 0.30 hrs |
| 03/06/07 | GRI | Multiple emails re: extension of time. | 0.30 hrs |
| 03/08/07 | GRI | Multiple emails re: briefing. | 0.20 hrs |
| 03/21/07 | GRI | Multiple emails from Ken re: list of Home | 0.70 hrs |

Mortgage-Class Action/Continge                                    Bill No.    26261

|          |     |                                                                                                        |            |
|----------|-----|--------------------------------------------------------------------------------------------------------|------------|
|          |     | Funds Direct Loans; reviewing additional documents.                                                    |            |
| 03/21/07 | GRI | Email re: ATM motion to dismiss.                                                                       | 0.20 hrs   |
| 03/23/07 | GRI | Receipt and review of response to ATM's motion to dismiss from Ken.                                   | 0.50 hrs   |
| 03/26/07 | GRI | Receipt and review of Plaintiff's Response to Motion to Dismiss.                                      | 0.50 hrs   |
| 04/09/07 | GRI | Receipt and review of reply brief.                                                                     | 0.50 hrs   |
| 05/30/07 | GRI | Receipt and review of Amended Complaint draft from Earl; emailing re: edits and questions re: same.   | 0.70 hrs   |
| 05/30/07 | GRI | Receipt and review of HOEPA calculations and emails re: same.                                        | 0.10 hrs   |
| 05/31/07 | GRI | Review of amended draft complaint.                                                                     | 0.40 hrs   |
| 05/31/07 | GRI | Receipt and review of Motion to Amend Complaint.                                                      | 0.20 hrs   |
| 06/05/07 | GRI | Email from Ken with another ATM loan.                                                                  | 0.30 hrs   |
| 06/06/07 | GRI | Receipt and review of Scheduling Order and docketing dates.                                           | 0.20 hrs   |
| 06/13/07 | GRI | Receipt and review of Motion to Dismiss and Brief of Residential Essentials.                          | 0.80 hrs   |
| 06/14/07 | GRI | Receipt and review of Order re: deadlines; docketing.                                                 | 0.20 hrs   |
| 06/16/07 | GRI | Email Earl re: MDL proceedings.                                                                        | 0.10 hrs   |
| 06/25/07 | GRI | Email Earl re: extension of dates for reply brief.                                                    | 0.10 hrs   |
| 06/26/07 | GRI | Receipt of referral order on motions.                                                                  | 0.10 hrs   |
| 06/26/07 | GRI | Receipt of disclosure statement.                                                                       | 0.10 hrs   |
| 06/26/07 | GRI | Motion to Stay; Motion to Dismiss.                                                                     | 0.30 hrs   |
| 06/26/07 | GRI | Response in opposition.                                                                                | 0.30 hrs   |
| 06/27/07 | GRI | Receipt and review of Order denying Motion.                                                           | 0.10 hrs   |
| 06/28/07 | GRI | Receipt and review of Motion to Dismiss of Ameriquest.                                                | 0.20 hrs   |
| 06/28/07 | GRI | Receipt and review of Brief and exhibits.                                                             | 1.50 hrs   |
| 07/03/07 | GRI | Order on Motion to Dismiss.                                                                            | 0.40 hrs   |
| 07/11/07 | GRI | Receipt and review of order on motion to dismiss of Residential Essentials.                           | 0.70 hrs   |
| 07/11/07 | GRI | Emails from co-counsel re: order.                                                                     | 0.30 hrs   |
| 07/24/07 | GRI | Receipt and review of Answer.                                                                          | 0.30 hrs   |
| 07/25/07 | GRI | Receipt and review of email with proposed order on summary judgment.                                  | 0.20 hrs   |
| 07/25/07 | GRI | Receipt and review of Motion for Summary Judgment and Brief.                                          | 0.70 hrs   |
| 07/25/07 | GRI | Receipt and review of reply brief of Ameriquest.                                                     | 0.80 hrs   |
| 07/26/07 | GRI | Receipt and review of HUD-1 difference analysis.                                                     | 0.20 hrs   |
| 07/26/07 | GRI | Multiple emails re: different HUDS and depositions.                                                   | 0.20 hrs   |
| 07/26/07 | GRI | Receipt and review of Order docketing dates.                                                          | 0.20 hrs   |
| 07/31/07 | GRI | Email re: deposition dates.                                                                            | 0.10 hrs   |
| 07/31/07 | GRI | Email from Cook with letters.                                                                          | 0.20 hrs   |
| 08/01/07 | GRI | Multiple emails re: Rule 26 meeting.                                                                   | 0.30 hrs   |
| 08/03/07 | GRI | Receipt of emails relating to parties' planning meeting.                                              | 0.10 hrs   |
| 08/20/07 | GRI | Receipt and review of Motion for Extension of Time to Motion for Summary Judgment.                    | 0.20 hrs   |
| 08/21/07 | GRI | Receipt and review of Scheduling Order re:                                                            | 0.20 hrs   |

Mortgage-Class Action/Continge                                  Bill No.    26261                                    Page 3

|          |     | class certification; docketing. | | |
|----------|-----|---------------------------------|----------|---|
| 08/21/07 | GRI | Order on pro tanto dismissals. | 0.20 hrs | |
| 08/22/07 | GRI | Emails re: settlement. | 0.50 hrs | |
| 08/26/07 | GRI | Receipt and review of Order regarding supplemental briefing. | 0.30 hrs | |
| 08/26/07 | GRI | Receipt and review of Order regarind scheduling conference; docketing. | 0.20 hrs | |
| 09/05/07 | GRI | Receipt and review of referral of response order. | 0.10 hrs | |
| 09/06/07 | GRI | Receipt and review of Order re: Ameriquest's Motion to Dismiss. | 0.30 hrs | |
| 09/06/07 | GRI | Order re: Ameriquest's Motion to Dismiss. | 0.30 hrs | |
| 10/02/07 | GRI | Receipt and review of admission info to Northern District of Illinois. | 0.20 hrs | |
| 10/09/07 | GRI | Receipt and review of Conditional Transfer Order. | 0.40 hrs | |

Total fees for this matter                                      21.10 hrs                           $0.00

## EXPENSES

Total expenses for this matter                                                                      $0.00

## BILLING SUMMARY

|                             |                    |
|-----------------------------|--------------------|
|                             | ---------------    |
| TOTAL CHARGES FOR THIS BILL | $0.00              |
| NET BALANCE FORWARD         | $0.00              |
|                             | ---------------    |
| **TOTAL BALANCE NOW DUE**   | **$0.00**          |

Payment Due 30 days from date of Invoice
Fed. ID# 63-0933713

# EX. 3

**Boudin, Brian v. ATM**
Client ID: 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
Matter ID:06-166
**Fri Apr 1, 2005 to Thu. Apr 01, 2010**

| Date | Description | Time (hrs) |
|------|-------------|-----------|
| 6/5/2008 | E-mail from Ken Riemer. | 0.10 |
| 5/14/2008 | Motion for class certification due  - | 0.10 |
| 5/14/2008 | Amended Pleadings for Def - | 0.10 |
| 5/12/2008 | Amended Pleadings for Def - | 0.10 |
| 5/12/2008 | Motion for class certification due  - | 0.10 |
| 5/12/2008 | Initial Disclosures deadline - | 0.10 |
| 5/9/2008 | Amended Pleadings for Def - | 0.10 |
| 5/9/2008 | Motion for class certification due  - | 0.10 |
| 3/25/2008 | Position Regarding Settlement due  - | 0.10 |
| 3/25/2008 | Discovery Cutoff for class certification  - | 0.10 |
| 3/25/2008 | Initial Disclosures deadline - | 0.10 |
| 3/24/2008 | Discovery Cutoff for class certification  - | 0.10 |
| 3/24/2008 | Motion for class certification due  - | 0.10 |
| 3/24/2008 | Amended Pleadings for Def - | 0.10 |
| 3/24/2008 | Position Regarding Settlement due  - | 0.10 |
| 12/20/2007 | Amended Pleadings for Def - | 0.10 |
| 10/5/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 10/1/2007 | Rule 26 Meeting Deadline  - | 0.10 |
| 9/24/2007 | E-mail correspondence with Gregory C. Cook | 0.10 |
| 9/24/2007 | E-mail from Cook, Greg. | 0.10 |
| 9/18/2007 | Ameriquest files a supplemental brief - | 0.10 |
| 9/18/2007 | Plaintiff's Response is due.  - | 0.10 |
| 9/17/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 9/17/2007 | Plaintiff's Response is due.  - | 0.10 |
| 9/13/2007 | Reply to MSJ(Mot 49) due - | 0.10 |
| 9/11/2007 | Response due to Motion to Dismiss - | 0.10 |
| 9/6/2007 | E-mail from George Irvine. | 0.10 |
| 9/6/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 9/6/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 9/6/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 9/5/2007 | Defendant reply to Pl response to mot to dismiss due  - | 0.10 |
| 9/5/2007 | Motion to Dismiss taken under submission - | 0.10 |
| 9/5/2007 | Replies to Response to MSJ - | 0.10 |
| 9/5/2007 | Response to MSJ(Mot 49) due - | 0.10 |
| 9/5/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 9/5/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 9/5/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 9/4/2007 | REvieing letter of August 28th from Greg Cook. | 0.10 |
| 8/28/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 8/28/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 8/28/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 8/23/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 8/23/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 8/21/2007 | review Order | 0.10 |
| 8/21/2007 | E-mail from efile_information@alsd.uscourts.gov. | 0.10 |

| | | |
|---|---|---|
| 8/20/2007 round trip to Mobile Federal Courthouse | 1.00 |
| 8/20/2007 Dictation of letter to Cook | 0.10 |
| 8/20/2007 Attending scheduling conference | 0.50 |
| 8/20/2007 Meeting with Steve Nicholas regarding Boudin case | 1.00 |
| 8/17/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 8/16/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 8/14/2007 Deposition of ATM | 4.50 |
| 8/13/2007 Deposition Preperation | 3.10 |
| 8/6/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 8/6/2007 Reviewing Order | 0.10 |
| 8/6/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 8/6/2007 Reviewing Order | 0.40 |
| 8/3/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 8/3/2007 Drafting rule 26 report and attending telephone conference re same | 1.30 |
| 8/2/2007 E-mail from Bumgarner, Stephen J.. | 0.10 |
| 8/2/2007 E-mail correspondence with Gregory C. Cook | 0.10 |
| 8/1/2007 E-mail correspondence with Gregory C. Cook | 0.10 |
| 7/31/2007 E-mail correspondence with Gregory C. Cook and revireing court file | 1.10 |
| 7/27/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/27/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/26/2007 Reviewing Order | 0.40 |
| 7/26/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/26/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/25/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/25/2007 Reviewing Motion for wsummary Judgment | 0.40 |
| 7/24/2007 reviewing Answer filed by Resdiential Essentials | 1.00 |
| 7/23/2007 revewing NOA | 0.10 |
| 7/23/2007 Research and reviewing regarding motion to vacate CTO | 0.50 |
| 7/19/2007 Drafting filing and proofing brief | 10.50 |
| 7/18/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/18/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/18/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/17/2007 E-mail from Bumgarner, Stephen J.. | 0.10 |
| 7/17/2007 E-mail correspondence with Stephen J. Bumgarner | 0.10 |
| 7/11/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/10/2007 reviewing Order | 0.50 |
| 7/10/2007 prepared and filed Motion in Opposition | 1.00 |
| 7/6/2007 Prepared and Filed NOA ofor JDP | 1.00 |
| 7/3/2007 reviewing Order | 0.40 |
| 7/2/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/2/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/2/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 7/2/2007 reviewing facsimile from Greg Cook re Notice of appearance in MDL | 0.30 |
| 6/29/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 6/29/2007 revewing Motion referred | 0.10 |
| 6/29/2007 reviewing Disclosure Statement by Ameriquest | 0.40 |
| 6/28/2007 Revewing Brief | 0.50 |
| 6/28/2007 Reviewing Motion to Dismiss | 0.30 |
| 6/27/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 6/27/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 6/27/2007 reviewing Order | 0.10 |
| 6/27/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 6/26/2007 revewing Response in Opposition | 0.30 |
| 6/26/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 6/26/2007 preparing and filing Motion to Stay | 1.00 |
| 6/13/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 6/13/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |

| | |
|---|---|
| 6/13/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 6/13/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 6/12/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 6/11/2007 reviewing Answer due | 0.10 |
| 6/11/2007 reviewing return of service | 0.10 |
| 6/7/2007 reviewing Order | 0.30 |
| 6/6/2007 revewing Summons | 0.10 |
| 6/6/2007 reviewing prelimanary schedule | 0.30 |
| 6/4/2007 reviewing Motion referred | 0.10 |
| 6/4/2007 reviewing Motion to Withdraw Amend Compalint | 0.30 |
| 6/4/2007 reviewing anf filing amended complaint | 0.30 |
| 6/1/2007 reviewing Order on Moiton to Amend Compalint | 0.30 |
| 5/31/2007 drafting amended complaint | 1.50 |
| 5/31/2007 E-mail correspondence with Kenneth J. Riemer | 0.10 |
| 5/18/2007 E-mail correspondence with Steve Nicholas | 0.10 |
| 4/9/2007 reviewing referrel of reply to Miton to Dismiss | 0.10 |
| 4/9/2007 reviewing Reply of Motion to Dismiss | 0.10 |
| 3/27/2007 reviewing response to motion to dismiss | 0.10 |
| 3/26/2010 reviewing Motion to Dismiss | 0.10 |
| 3/26/2007 research re Section 8(a) claims and pleading | 4.30 |
| 3/23/2007 research RESPA section 8(a) pleading requirements | 1.90 |
| 3/23/2007 E-mail correspondence with Kenneth J. Riemer | 0.10 |
| 3/21/2007 E-mail from Ken Riemer. | 0.10 |
| 3/21/2007 E-mail from Ken Riemer. | 0.10 |
| 3/16/2007 Deadline for ATM Answer to Complaint - | 0.10 |
| 3/14/2007 E-mail from Ken Riemer. | 0.10 |
| 2/28/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 2/28/2007 reviewing Unopposed Motion for Extension of Time | 0.10 |
| 2/28/2007 Reviewing Order for Motion on Extension | 0.10 |
| 2/27/2007 drafting motion to extend time | 0.10 |
| 2/27/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 2/26/2007 reviewing order re briefing schedule on MTD | 0.10 |
| 2/26/2007 reviewing Motion to dismiss | 0.75 |
| 2/26/2007 reviewing corporate disclosure | 0.30 |
| 2/12/2007 reviewing letter from ACC re: rescission | 0.10 |
| 1/29/2007 reviewing order on time extention | 0.10 |
| 1/29/2007 reviewing motion to extend time | 0.30 |
| 1/27/2007 E-mail from Ken Riemer. | 0.10 |
| 1/16/2007 reviewrd return on service | 0.10 |
| 1/16/2007 E-mail from efile_information@alsd.uscourts.gov. | 0.10 |
| 1/11/2007 E-mail from Cynthia Woods. | 0.10 |
| 1/9/2007 E-mail correspondence with Terry Smiljanich | 0.10 |
| 1/8/2002 email notice of app by Reimer | 0.10 |
| 1/8/2007 E-mail from denise. | 0.10 |
| 1/8/2007 E-mail from denise. | 0.10 |
| 1/7/2007 E-mail from Dave Wirtes. | 0.10 |
| 1/6/2007 drafting and filing complaint | 4.30 |
| 1/6/2007 E-mail from Ken Riemer. | 0.10 |
| 1/5/2007 E-mail from Sharon_Kennedy@alsd.uscourts.gov. | 0.10 |
| 1/4/2007 drafting complaint | 3.10 |
| 1/4/2007 E-mail from Denise Langford. | 0.10 |
| 1/4/2007 E-mail from Denise Langford. | 0.10 |
| 1/4/2007 E-mail from George Irvine. | 0.10 |
| 1/4/2007 E-mail from George Irvine. | 0.10 |
| 1/4/2007 E-mail from Martha C. Newell. | 0.10 |
| 1/4/2007 E-mail from George Irvine. | 0.10 |
| 1/4/2007 E-mail from George Irvine. | 0.10 |

|  |  |  |
|---|---|---|
| 1/2/2007 | E-mail from Charles M. Baird. | 0.10 |
| 12/31/2006 | E-mail from denise. | 0.10 |
| 12/20/2006 | E-mail from David Donaldson. | 0.10 |
| 12/15/2006 | reviewed file and calculations | 1.50 |
| 12/8/2006 | E-mail from rose. | 0.10 |
| ThuDec 7, 2006 | Meeting with client | 0.50 |
|  | **Total Time :** | **64.05** |