Exhibit A – Chart of Securities Cases Awarding a 33.3% of Fund as Attorneys' Fees

| No. | Name of Class Action | 7th Circuit District Court | Case No. | Date of Final Approval | Judge | Fee % Approved |
|---|---|---|---|---|---|---|
| 1 | Rehm v. Eagle Finance | ND IL | 96-2455 | 12/29/98 | Guzmán & Moran | 33.33% |
| 2 | Antell v. Arthur Andersen | ND IL | 97-3456 | 10/01/99 | Nan R. Nolan | 33.33% |
| 3 | In re First Merchants Securities Litigation | ND IL | 97-2715 | 04/21/00 | David H. Coar | 33.33% |
| 4 | In Re Spyglass, Inc. Securities Litigation | ND IL | 99-5 12 | 05/09/00 | Ronald A. Guzmán | 33.00% |
| 5 | Miller v. Material Sciences Corp. | ND IL | 97-2450 | 08/01/00 | Robert W. Gettleman | 33.30% |
| 6 | In re NextLevel Systems, Inc. Securities Litigation | ND IL | 97-7362 | 03/14/01 | Martin Ashman | 33.33% |
| 7 | In re Nanophase Securities Litigation | ND IL | 98-3450 | 03/27/01 | Coar | 33.33% |
| 8 | In re Mercury Finance Company of Illinois Securities Litigation | ND IL | 97-3035 | 07/06/01 | Charles R. Norgle Sr. | 33.33% |
| 9 | In re Analytical Surveys Securities Litigation | SD IN | 00-201 | 09/18/01 | McKinney | 33.33% |
| 10 | Market Street Sec. v. Racing Champions | ND IL | 00-3267 | 12/19/01 | Suzanne B. Conlon | 30.00% |
| 11 | In re Harnischfeger Industries, Inc. Securities Litigation | ED WI | 98-524 | 11/22/02 | Lynn Adelman | 30.00% |
| 12 | Chu v. Sabratek Corp. | ND IL | 99-35 1 | 05/23/03 | John W. Darrah | 30.00% |
| 13 | In re Westell Technologies Securities Litigation | ND IL | 00-6735 | 06/18/03 | Arlander Keys | 33.33% |
| 14 | In re Brightpoint, Inc. Securities Litigation | SD IN | 01-1796 | 07/18/03 | Tinder | 33.33% |
| 15 | Tatz v. Nanophase | ND IL | 01-08440 | 12/01/03 | Magis. Martin C. Ashman | 30.00% |
| 16 | In re Allied Products Corporation, Inc. Securities Litigation | ND IL | 99-3597 | 01/14/04 | Harry D. Leinenweber | 33.33% |
| 17 | Winn v. Symons International Group | SD IN | IP00-310 | 01/21/04 | Barker | 33.33% |
| 18 | Singer v. Nicor | ND IL | 02-05168 | 07/12/04 | Norgle | 30.00% |
| 19 | Friedman v. Rayovac | WD WI | 02-308 | 07/22/04 | Barbara B. Crabb | 33.33% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | Taubenfeld v. AON | ND IL | 02-05631 | 07/27/04 | Harry D. Leinenweber | 30.00% |
| 21 | In re Shopko Litigation | ED WI | 01-1034 | 08/20/04 | Lynn Adelman | 33.33% |
| 22 | Miller v. Apropos | ND IL | 01-08406 | 08/25/04 | Coar | 30.00% |
| 23 | In re Hartmarx Securities Litigation | ND IL | 01-07832 | 11/03/04 | Charles P. Kocoras | 33.33% |
| 24 | Greater Pennsylvania Carpenters Pension Fund v. Whitehall Jewelers | ND IL | 04-1107 | 07/24/06 | Amy St. Eve | 30.00% |
| 25 | Takara Trust v. Molex | ND IL | 05-1245 | 03/01/07 | Ruben Castillo | 30.00% |
| 26 | In re Spiegel, Inc. Securities Litigation | ND IL | 02-08946 | 03/02/07 | Rebecca R. Pallmeyer | 30.00% |