**DOCUMENT REMOVED DUE TO REASON[S ] CHECKED BELOW**

☐    **DOCUMENT ENTERED IN ERROR**

✸    **DOCUMENT WITHDRAWN/REMOVED PER COURT ORDER OF**

    **___4/22/2010_____.**

☐    **INCORRECT DOCUMENT LINKED**

☐    **DUPLICATE ENTRY**