UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                             Plaintiff,

v.                                           Case No.: 1:05−cv−07097
                                             Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                             Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 9, 2010:

    MINUTE entry before Honorable Marvin E. Aspen:As previously ordered, a Fairness Hearing is set for 4/15/2010 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.