**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

**JOINT MOTION TO ALLOW LATE FILED CLAIMS**

Class Plaintiffs and Defendants Ameriquest Mortgage Company and Argent Mortgage Company, LLC ("Defendants") hereby jointly move the Court to allow late filed claims filed through April 15, 2009 and to permit class members Miguel Sanchez and Sharon Coleman, with an opportunity to opt-in and file claims by April 15, 2010 in the Settlement of the Borrower Class Action ("Settlement") pending in this Multidistrict Litigation Proceeding ("MDL Proceeding"). In support of this motion, the parties jointly state as follows:

1. The deadline for filing claims under the settlement agreement in this matter was March 9, 2010.

2. Since that date, approximately 4,150 late-filed claims have been received.

3. Many such late-filed claims can be traced to delays at the post-office in returning updated address information to the settlement administrator. Although the settlement administrator promptly remails notice when it receives updated address information from the post office, there are frequent delays in the postal process associated with providing the address updates on returned mail. Thus, certain class members did not timely receive claim information by mail and therefore did not have a full opportunity to file timely claims.

4. In addition, many class members have returned late claims forms with a valid reason for late filing grounded in personal circumstances.

5. This Court has previously issued Minute Orders allowing multiple individual class members additional time to file class claims. [Docket Nos. 3502 and 3493.] Pursuant to these Orders, class members Antonio Bailey, Martha Revollar, Sherri Dawn Stoudt, Paul Pemberton, Vincent Dawson, Tranace Dawson and Marty Green have been allowed up to and including April 15, 2010 to mail their claim forms to the settlement administrator.

6. The class members whose claims are the subject matter of this motion are similarly situated to the class members covered by the Court's previous orders and should be accorded the same relief.

7. The parties also request similar relief for class members Miguel Sanchez and Sharon Coleman who were previously represented individually by Edelman, Combs, Latturner & Goodwin, LLC and are Plaintiffs in the Cook County Circuit Court case entitled Sanchez, et al. v. Ameriquest Mortgage Company and Argent Mortgage Company, LLC, Case No. 04 CH 10533. In recent weeks, Judge Dorothy Kinnaird dismissed the class claims in the Sanchez/Coleman matter and, in light of this dismissal, the Plaintiffs have indicated a willingness to participate in the Borrower Class Settlement rather than further pursuing their individual claims. However, because Mr. Sanchez and Ms. Coleman have not filed a timely claim in connection with the Settlement, they need leave of this Court to now do so.

8. Allowing late filed claims in the numbers anticipated will have a minor effect on the pro rata distributions to timely claimants, but that effect is outweighed, in the interest of justice, by allowing the claims of individuals who, with few exceptions, filed late due to no fault of their own.

*Wherefore,* the parties jointly request that late-filed claims received up to and including April 15, 2010 be allowed as if filed timely, and that such claimants, including Miguel Sanchez

and Sharon Coleman, be allowed to share in the anticipated distribution under the Settlement Agreement.

Respectfully submitted,

Dated: April 9, 2010

| | |
|---|---|
| /s/ Kelly M. Dermody<br>Kelly M. Dermody | /s/ Gary Klein<br>Gary Klein |
| Kelly M. Dermody<br>Rachel Geman<br>LIEFF, CABRASER, HEIMANN<br>  & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 | Gary Klein<br>Shennan Kavanagh<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, MA   02111-2810<br>Telephone:  (617) 357-5500 ext. 15<br>Facsimile:  (617) 357-5030 |

/s/ Jill Bowman
Jill Bowman

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

/s/ Marvin A. Miller
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400
Facsimile:   (312) 676-2676

*Plaintiffs' Liaison Counsel*

BY:

*/s/ Bernard E. LeSage*
Bernard E. LeSage
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 891-0400

*Attorney for Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.*

**CERTIFICATE OF SERVICE**

  I, Gary Klein, hereby certify that on this 9th day of April 2010, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

                */s/ Gary Klein*
                Gary Klein