IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, April 15, 2010 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the ***JOINT MOTION TO ALLOW LATE CLAIMS***, a copy of which is hereby served upon you.

Respectfully submitted,

Dated: April 9, 2010

| */s/ Kelly M. Dermody*<br>Kelly M. Dermody | */s/ Gary Klein*<br>Gary Klein |
|---|---|
| Kelly M. Dermody<br>Rachel Geman<br>LIEFF, CABRASER, HEIMANN<br> & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | Gary Klein<br>Shennan Kavanagh<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, MA 02111-2810<br>Telephone: (617) 357-5500 ext. 15<br>Facsimile: (617) 357-5030 |

    */s/ Jill Bowman*
        Jill Bowman

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174
              *Plaintiffs' Co-Lead Counsel*


    */s/ Marvin A. Miller*
        Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400
Facsimile: (312) 676-2676
              *Plaintiffs' Liaison Counsel*