IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

## CERTIFICATE OF SERVICE ON OBJECTORS

On April 9, 2010, I served a true copy of:

- Docket No. 3495 – Affidavit of Settlement Administrator Concerning Notification;

- Docket No. 3505 – Declaration of Judge Daniel H. Weinstein (Ret.) in Support of Motion for Preliminary Approval of Settlement;

- Docket No. 3506 – Joint Declaration of Co-Lead Class Counsel for Plaintiffs in Support of Final Approval of Class Action Settlement, with Exhibits;

- Docket No. 3512 – Declaration of Annika K. Martin;

- Docket No. 3513 – Omnibus Declaration of Jill H. Bowman, in Support of Final Approval of Plaintiffs' Request for Attorneys' Fees and Expenses, with Exhibits;

- Docket No. 3516 – Notice of Filing Amended Exhibit I to Omnibus Declaration of Jill H. Bowman, with Exhibits.

By Priority Mail on:

Steven D. and Patricia L. Dye
7080 Kettle View Drive
West Bend, WI 53090

By Priority Mail on:

Marty Green
P.O. Box 555
Flintstone, GA 30725

And that I confirmed that Miller Law, LLC served a true copy of the following documents:

- Docket No. 3508 & 3509 - Motion For Final Approval Of Settlement And Distribution Plan And Attorneys' Fees, Costs And Named Plaintiffs' Service Awards With Notice Of Motion, with Proposed Final Approval Order;

- Docket No. 3515 - Brief In Support Of Final Approval;

- Docket No. 3510 & 3511 - Notice Of Motion And Motion For Leave To File Excess Pages; and

- Docket No. 3514 - Brief In Support Of Fees.

By UPS two day delivery on

Steven D. and Patricia L. Dye
7080 Kettle View Drive
West Bend, WI 53090

By First Class Mail on:

Marty Green
P.O. Box 555
Flintstone, GA 30725

/s/ Gary Klein
Gary Klein

2

## CERTIFICATE OF SERVICE

      I, Gary Klein, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants by first class mail, postage prepaid, on April 9, 2010.

                                                /s/ Gary Klein
                                                Gary Klein