IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTION | |

FILED APR 12 2010 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## MOTION BY SETTLING DEFENDANTS TO FILE DOCUMENT UNDER SEAL FOR REVIEW BY THE COURT *IN CAMERA*; AND NOTICE IDENTIFYING AGREEMENT PURSUANT TO FRCP RULE 23(e)(3)

In connection with the April 15th hearing for final approval of the proposed settlement in the Borrower Class Plaintiffs' Action, the Settling Defendants[1] intend to file a declaration from Diane Tiberend (the "Tiberend Declaration"), who is the Senior Vice President, General Counsel and Secretary of ACC Capital Holdings Corporation. A copy of the Tiberend Declaration is attached hereto as Exhibit A.

Through this motion, the Settling Defendants respectfully request that the Court allow them to file the Tiberend Declaration under seal, for review by the Court *in camera*. Pursuant to Local Rule 26.2(b), "the court may for good cause shown enter an order directing that one or more documents be restricted." Under Seventh Circuit precedent, an order allowing the filing of a document under seal must be narrowly tailored, and must "make explicit that either party and any interested member of the public can challenge the secreting of particular documents." *Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943, 946 (7th Cir 1999).

Here, good cause exists to allow the Settling Defendants to file the Tiberend Declaration under seal for review by the Court *in camera*. First, the information contained in the Tiberend

---

[1] The Settling Defendants are: ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc.), Town & Country Credit Corporation, Olympus Mortgage Company (NKA Bedford Home Loans, Inc.), and Argent Mortgage Company, LLC.

Declaration, non-public financial data regarding the Settling Defendants' business, is among the categories of information that may be appropriately kept out of the public record. *See e.g., In re Aqua Dots Prods.*, 2009 U.S. Dist. LEXIS 52643, *9-10 (N.D. Ill 2009). Second, the Settling Defendants, which are private companies, have a legitimate interest in keeping the information in the Tiberend Declaration under seal, as their financial statements are not a matter of public record. Third, the relief requested by the Settling Defendants is extraordinarily narrow in that they are only seeking to seal one document, the Tiberend Declaration, not a blanket order sealing all documents. *See e.g., Union Oil Co. v. Leavell*, 220 F.3d 562, 567 (7th Cir. 2000). The proposed Order also meets the requirements of *Citizens First Nat'l Bank* by setting forth a procedure for a party or interested member of the public to challenge the sealing of the document in question.

Counsel for the Settling Defendants has spoken with the lead counsel for the Borrower Class Plaintiffs, Gary Klein, who indicated that the Borrower Class Plaintiffs do not oppose the instant motion. Accordingly, the Settling Defendants respectfully request that the Court enter the attached proposed Order, and allow them to file the Tiberend Declaration under seal, for review by the Court *in camera*.

Separate and apart from the motion to file the Tiberend Declaration under seal, the Settling Defendants and the Borrower Class Plaintiffs hereby give notice, pursuant to FRCP, Rule 23(e)(3), that in December 2009 the parties entered into an Agreement Concerning Termination Events Pursuant to Section XX of the Settlement Agreement (the "Termination Agreement") setting forth various conditions precedent that could result in the termination of the class settlement. The parties represent that none of these conditions precedent have occurred and, thus, the Termination Agreement has not resulted in the termination of the class settlement.

DATED: April 12, 2010

Respectfully submitted,

By: /s/ Thomas J. Wiegand

By: /s/ Bernard E. LeSage

*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400