*05C 7097 — In Re: Ameriquest Mortgage*

## ORDER

The Court, having considered the Motion by Settling Defendants to File Document Under Seal For Review By the Court *In Camera*, hereby rules as follows:

1. Good cause having been shown, the Settling Defendants may file the following document under seal, for review by the Court *in camera*: Declaration of Diane Tiberend Regarding the Financial Condition of Settling Defendants in Support of Motion for Final Approval of Class Action.

2. If a party or interested member of the public wishes to challenge the filing of the Tiberend Declaration under seal, that party must file a duly noticed motion with the Court.

3. Counsel for the Borrower Class Plaintiffs shall have access to the Tiberend Declaration without further order from the Court, provided that they must maintain this document confidentially, and only for the eyes of counsel for Borrower Class Plaintiffs, and not divulge the document or its contents to any other person.

4. Following the conclusion of this action, the Tiberend Declaration shall be disposed of in accordance with the procedure set forth in Local Rule 26.2(g).

**IT IS SO ORDERED.**

_____
The Honorable Marvin E. Aspen

4/13/10

BN 5837336v4                                        4