IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTION | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR APPROVAL OF PAYMENT OF ATTORNEYS' FEES, COSTS AND SERVICE PAYMENT TO CLASS REPRESENTATIVES**

Counsel for the Settling Defendants[1] hereby gives notice that the Settling Defendants do not oppose the Motion for Final Approval of Class Action Settlement and for Approval of Payment of Attorneys' Fees, Costs and Service Payment to Class Representatives (Docket No. 3508) filed by the Borrower Class Plaintiffs on April 8, 2010.

DATED: April 13, 2010

Respectfully submitted,

By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

By: /s/ Bernard E. LeSage

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

---

[1] The Settling Defendants are: ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc.), Town & Country Credit Corporation, Olympus Mortgage Company (NKA Bedford Home Loans, Inc.), and Argent Mortgage Company, LLC.

BN 5863785v1

1

**CERTIFICATE OF SERVICE**

    I, Bernard E. LeSage, hereby certify that on this 13th day of April 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                By: /s/ Bernard E. LeSage