UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                                              Plaintiff,

v.                                           Case No.: 1:05−cv−07097
                                             Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 15, 2010:

    MINUTE entry before Honorable Marvin E. Aspen:As discussed in today's fairness hearing, Borrower Plaintiffs and their counsel must address a few remaining issues before final approval of the Settlement Agreement can be granted. A response to any written objection filed by Paul Pemberton. As mentioned at the hearing, Mr. Pemberton has leave to file a late objection to the Settlement Agreement on or by April 22, 2010. Counsel are reminded that the Court would like brief, straightforward answers to these questions. This supplemental information must be filed no later than June 1, 2010. It is so ordered. (For further details see order in separate docket entry).Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.