**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO.<br>MORTGAGE LENDING PRACTICES<br>LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) MDL Docket No. 1715<br>) Lead Case No. 05-cv-07097<br>) (Centralized before the Hon. Marvin E. Aspen)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO WITHDRAW DOCKET NOS. 3513-9 AND 3513-10 AND
3516 AND NOTICE OF FILING FULLY CORRECTED
EXHIBIT I AND REDACTED TIME RECORDS**

Counsel respectfully requests that this Court enter an order withdrawing and removing from the public record Exhibit I to the Omnibus Declaration of Jill H. Bowman in Support of Final Approval of Plaintiffs' Request for Attorneys' Fees and Expenses, Docket Nos. 3513-9 and 3513-10, and the Amended Exhibit I to the Omnibus Declaration of Jill H. Bowman, Docket No. 3516, both filed on April 8, 2010.

In support of this motion, counsel states as follows:

1. On April 8, 2010, counsel filed Docket Nos. 3513-9 and 3513-10 and 3516.

2. These documents were filed in error, with unredacted personal and privileged information attached. Counsel discovered the error on April 15, 2010 and promptly seeks relief from this Court.

3. Attached hereto, counsel provides notice of filing a fully corrected Exhibit I and the redacted time-records of the law firm of Edelman, Combs, Latturner & Goodwin LLC properly associated with Exhibit J to the Omnibus Declaration of Jill H. Bowman in Support of Final Approval of Plaintiffs' Request for Attorneys Fees and Expenses.

4. Counsel has consulted with counsel for the Defendants who do not oppose the motion.

WHEREFORE, counsel respectfully requests that this Court enter an order withdrawing and removing from the public record Docket Nos. 3513-9 and 3513-10 and 3516, filed on April 16, 2010.

| | |
|---|---|
| /s/Gary Klein | /s/Kelly M. Dermody |
| Gary Klein | Kelly M. Dermody |
| Shennan Kavanagh | LIEF, CABRASER, HEIMANN & |
| RODDY KLEIN & RYAN | BERNSTEIN, LLP |
| 727 Atlantic Ave., 2nd Floor | 275 Battery Street, 29th Floor |
| Boston MA 0211 | San Francisco, CA 94111-3339 |
| Telephone: (617) 357-5500 | Telephone (415) 956-1000 |

/s/Jill H. Bowman
Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMER,
 SMILJANICH & YANCHUNIS, P.A.
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589
Telephone: (813) 286-4100

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I, Jill H. Bowman, hereby certify that on this 16th day of April, 2010, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

/s/Jill H. Bowman
Jill H. Bowman