### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, April 22, 2010 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division 219 South Dearborn Street, Chicago, Illinois and then and there present the Unopposed Motion to Withdraw Docket Nos. 3513-9 and 3513-10, and 3516 and Notice of Filing Fully Corrected Exhibit I and redacted time records, a copy of which is hereby served upon you.

Respectfully submitted,

Dated: April 8, 2010

/s/*Gary Klein*
Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Ave., 2nd Floor
Boston MA 0211
Telephone: (617) 357-5500

/s/*Kelly M. Dermody*
Kelly M. Dermody
LIEF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone (415) 956-1000

Rachel Geman  
LIEF, CABRASER, HEIMANN &  
BERNSTEIN, LLP  
250 Hudson Street, 8th Floor  
New York, NY 10013-1423  
Telephone: (212) 355-9500

**_s/Jill Bowman_**
Jill Bowman
Terry Smiljanich
JAMES HOYER NEWCOMER SMILJANICH
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589
Telephone: (813) 286-4100

*Plaintiffs' Co-Lead Counsel*

MARVIN MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I, Jill H. Bowman, hereby certify that on this 16th day of April, 2010, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

/s/Jill H. Bowman  
Jill H. Bowman