IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 19 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Ameriquest Mortgage Co. )<br>Mortgage Lending Practices )<br>Litigation Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>Ameriquest Mortgage Co. )<br>Mortgage Lending Practices )<br>Litigation Defendant. )<br>_____ ) | Civil Action No. 05 – CV - 07097<br><br>Hon. Marvin E. Aspen |

## MOTION FOR EXTENSION OF TIME TO ENTER CLASS PRIOR TO CONSIDERATION OF MARTY GREEN'S OBJECTIONS

COMES NOW Marty Green, pro se, limited-Plaintiff, who makes request for additional time regarding Minute Entry (Docket No. 3502 and or 3505) dated April 6, 2010. Plaintiff, Pro Se, has received no notice of this order or deadline from the Court.

Today, April 15, 2010, Plaintiff Pro Se, received in his Post Office Box 555, Flintstone, Georgia 30725, a number of documents (What appears to be approximately 3 reams of copy paper, roughly 1500 pages) and has had minimal time to read and review the materials, but notes within his fast scan an Order of the Court Dated April 6, 2010.

1

Within these pages, reviewed/scanned briefly by Plaintiff, Pro Se notices an exhibit whereas Honorable Judge Marvin E. Aspen granted Plaintiff, Pro Se Motion for Extension due today, April 15, 2010.

In short, Plaintiff Pro Se learns the reply response due on the very day it is due.

It may be noted that my Notice of Appearance, as downloaded from the Court's web site, as included in the February 22, 2010 submission and Certificate of Service for such document, was/is not available for the Court, a possible factor regarding Plaintiff Pro Se lacking any prior notification of the Court's Order.

Plaintiff Pro Se, respectfully supplies the court an additional copy of the downloaded Notice of Appearance, as included with this Motion for Extension of Time.

Plaintiff makes his request for additional time in good faith, and simply states that he has not received notice from the Court regarding such order, and only found the (docket numbers and summary as included in Lead Attorney's April 8, 2010 submission Document no. 3512. Plaintiff Pro Se simply requests additional, though - minimal time to prepare this response, less than 10 days – Likely less than 5 days for delivery.

PLEASE NOTE: In all probability and likeliness, Plaintiff, Pro Se, will have mailed the complete response by the time this Motion reaches the Court via US Mail, post marked April 15, 2010.

Respectfully submitted this 15TH Day of April, 2010. *Marty Green*

Marty Green
(pro see)
PO BOX 555
Flintstone, Georgia 30725
Phone 423 320 2038
Email martincraiggreen@hotmail.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ameriquest Mortgage Co. )<br>Mortgage Lending Practices )<br>Litigation Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>Ameriquest Mortgage Co. )<br>Mortgage Lending Practices )<br>Litigation Defendant. )<br>_____ ) | Civil Action No. 05 – CV - 07097<br><br>Hon. Marvin E. Aspen |

## Certificate Of Service

COMES NOW Marty Green who certifies that has this day served the United States District Court, Ameriquest Mortgage Company, Plaintiff and Defendant's Council, Pro Se Litigant, Marty Green's Motion for an Extension of Time/Deadline regarding his Motion for Additional Time to Enter Class, 2nd Notice of Appearance and Certificate of Service Via United States Postal Service, First Class Mail this 15th Day of April, 2010 to the following:

**Court:**
Hon. Marvin E. Aspen
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

1

Plaintiff's Attorneys    Rachel Geman
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street
8th Floor
New York, NY 10013

Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111

Gary Klein
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111

Jill Bowman
James Hoyer et. al.
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589

**Ameriquest Defendants' Attorneys:**
Bernard E. LeSage
Buchalter Nemer, A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Respectfully submitted this 15TH Day of April, 2010.

_/s/ Marty Green_

Marty Green
(pro se)

Marty Green
PO BOX 555
Flintstone, Georgia 30725
Phone 423 320 2038
Email martincraiggreen@hotmail.com

2