# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Ameriquest Mtg. Co. Plaintiff
vs.
Ameriquest Mtg Co. Defendant

Case Number: 05-CV-07097

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Marty Green Pro Se Plaintiff

FILED
APR 19 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME (Type or print): MARTY GREEN

SIGNATURE (Use electronic signature if the appearance form is filed electronically): s/ Marty Green

FIRM: Pro Se

STREET ADDRESS: PO Box 555

CITY/STATE/ZIP: Flintstone, GA 30725

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): N/A

TELEPHONE NUMBER: 423 320 2038

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL: N/A   APPOINTED COUNSEL: N/A