**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |
| _____ | | |
| STUART BELFELD and MARIANNE BELFELD, | ) ) | 07 C 1749 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Originally 1:07-cv-00143-GJQ (W.D. Mich.) |
| ARGENT MORTGAGE COMPANY, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A.; WELLS FARGO BANK, N.A., PARK PLACE SECURITIES, INC., Asset Backed Pass Through Certificates Series 2005-WCW1, BANK OF AMERICA, N.A., and DOES 1-5, | ) ) ) ) ) ) ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |
| | ) | **JURY DEMANDED** |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:** SEE ATTACHED SERVICE LIST

       **PLEASE TAKE NOTICE** that on **Tuesday, April 27, 2009,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

                                    s/ Cathleen M. Combs
                                      Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Cathleen M. Combs, hereby certify that on April 20, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

| | |
|---|---|
| Simon A. Fleischmann<br>sfleischmann@lockelord.com<br><br>Bernard E. LeSage<br>blesage@buchalter.com<br><br>James K. Borcia<br>jborcia@tsmp.com<br><br>Thomas J. Cunningham<br>Locke, Lorde Bissell & Liddell LLP<br>111 S. Wacker Dr.<br>Chicago, IL 60606 | Mark D. Van der Laan<br>Dykema Gossett, PLLC<br>300 Ottawa Ave.<br>Suite 700<br>Grand Rapids, MI 49503 |

                                      s/ Cathleen M. Combs
                                      Cathleen M. Combs