## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 4/22/2010 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

The Clerk of the Court is directed to remove from the public record Document Exhibit I to the Omnibus Declaration of Jill H. Bowman in support of Final Approval of Plaintiffs' request for attorneys' fees and Expenses, Docket Nos 3513-9, 3513-10, and Amended Exhibit I to the Omnibus Declaration of Jill H. Bowman, Docket 3516, both filed on 4/8/10. Plaintiffs are granted leave to file corrected Exhibit I and the redacted time-records of the law firm of Edelman, Combs, Latturner & Godwin LLC property associated with Exhibit J to the Omnibus Declaration of Jill H. Bowman in support of Final Approval of plaintiffs' request for attorneys fees and expenses. (Docket Nos. 3533-1, 3533-2 & 3533-3 filed on 4/16/10.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|