**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: *Stuart and Marianne Belfeld vs. Argent Mortgage Company LLC., et al.*, Case No. 07-1749 (N.D. Ill.) | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

On April 20, 2010, plaintiffs in *Stuart and Marianne Belfeld vs. Argent Mortgage Company LLC., et al.*, Case No. 07-1749 (N.D. Ill.) filed a Motion For Leave to File Fourth Amended Complaint. [Docket No. 3540] Although Defendants continue to dispute the merits of the claims in this action, they do not oppose the granting of leave to amend.

DATED: April 23, 2010

By: /s/ Bernard E. LeSage

*Attorneys for Deutsche Bank National Trust Company, N.A., Wells Fargo Bank, N.A., Park Place Securities, Inc. and Bank of America, N.A.*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700
(213) 896-0400 (fax)

1

**CERTIFICATE OF SERVICE**

  I, Bernard E. LeSage, hereby certify that on this 23rd day of April 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                By: /s/ Bernard E. LeSage