## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

               Plaintiff,

v.

                                          Case No.: 1:05–cv–07097
                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 26, 2010:

      MINUTE entry before Honorable Marvin E. Aspen:The motion hearings set for 4/27/10, regarding Plaintiffs counsel's motion to withdraw as attorney [3477 & 3483], Case Nos. 07 C 316 & 06 C 3704, are stricken and reset to 5/6/2010 at 10:30 AM. The motion hearings set for 4/27/10 are stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.