# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO THE ) <br> FOLLOWING INDIVIDUAL ACTIONS: ) <br> ) <br> *Miller v. Ameriquest Mortg Co.,* ) <br> 07-cv-1623 (N.D. Ill.), ) <br> *Grabs v. Argent Mortg. Co.,* ) <br> 06-cv-2809 (N.D. Ill.), ) <br> *Campau v. Ameriquest Mortg. Co.,* ) <br> 07-cv-118 (N.D. Ill.), ) <br> *Stratford v. Ameriquest Mortg. Co.,* ) <br> 07-cv-1314 (N.D. Ill.), ) <br> *Adams v. Ameriquest Mortg. Co.,* ) <br> 07-cv-1626 (N.D. Ill.), ) <br> *Karlin v. Ameriquest Mortg. Co.,* ) <br> 07-cv-75, and ) <br> *Albarran v. Ameriquest Morg. Co.,* ) <br> 07-cv-1082 (N.D. Ill.) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

## PLAINTIFFS' REPLY IN SUPPORT OF THEIR SECOND
## MOTION TO ENFORCE SETTLEMENT

Plaintiffs respectfully request that this Court enter a judgment directing the parties to deliver a fully executed settlement agreement for Plaintiffs Samuel and Christina Stratford, a settlement check for $3,000.00 still owing under the Stratfords' settlement agreement, and a loan modification agreement for Benjamin and Katherine Miller.

1. Subsequent to the filing of Plaintiffs' Second Motion to Enforce Settlement, much of the relief requested therein was afforded to Plaintiffs.

1

2. However, Plaintiffs Samuel and Christina Stratford still do not have a fully executed copy of their settlement agreement.

3. Nor have Defendants paid the settlement payment as provided for in the Stratford settlement agreement.

4. Further, Katherine and Benjamin Miller still have not receive a loan modification agreement.

5. Therefore, the Court should enter an Order directing the parties to deliver the outstanding documents and payment relating to the Stratfords and the Millers.

WHEREFORE, Plaintiffs respectfully request that this Court enter a judgment directing the parties to deliver: a fully executed settlement agreement for Plaintiffs Samuel and Christina Stratford, a settlement check for $3,000.00 still owing under the Stratford's settlement agreement, and a loan modification agreement for Benjamin and Katherine Miller, and for attorneys' fees for having to pursue this motion for the second time.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Cathleen M. Combs, hereby certify that on April 28, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                s/Cathleen M. Combs
                Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)