April 26, 2010

Henry B. Zachery Jr.
2355 Moock Ave. SW
Canton, Oh 44706
(330) 323-6676 Cell
(330) 479-8208 Home
zacheryhenry@yahoo.com



FILED
APR 28 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:     Ameriquest Class Action Settlement
         Case No. 05 CV – 07097
         MDL Administrator No. 1715

ATTN:   Northern District of Illinois
            United States District Courthouse
            Courtroom # 2568
            219 South Dearborn St.
            Chicago, Illinois 60604

**Dear Judge Aspen,**

It has been brought to my attention that a Class Action Settlement with Ameriquest Mortgage has been approved through the Northern District Court of Illinois. After contacting the settlement claims office, the representative informed me that claim forms were mailed out to all possible parties involved in this settlement. I explained to her that I had obtained a few mortgages with Argent and Ameriquest in 2004, but I did not receive a form. She informed me that one was sent to me and it was a strong possibility the form may have got lost in the mail or sent to the wrong address. I was advised to write a letter to the court and provide as much loan information as possible in regards to my previous mortgage transactions. At this time I am requesting the court to please review the information provided, and consider me as part of this Class Action Cash Settlement if applicable.

<u>Mortgage Information</u>

Ameriquest Mortgage                   Property Address
505 City Pkwy W                           2103 22nd St NE
Orange, CA 92868                        Canton, Oh 44705
                                                      Acct # 8740055422919

## Mortgage Information Continued.

**Ameriquest Mortgage**
505 City Pkwy W
Orange, CA 92868

**Property Address**
819 10th St NE
Canton, Oh 44705
Acct # 8740055439970

**Argent/Ameriquest Mortgage**
P.O. Box 51382,
Los Angeles, Ca 90051-5682

**Property Address**
1312-1314 12th St NE
Canton, Oh 44705
Acct # 0056515737-9705

Please feel free to contact me at any time for questions or concerns in regards to the information that has been provided.

Sincerely,

*[signature: Henry B. Zachery JR]*

Henry B. Zachery Jr.

# Trident Title Agency, Inc.
1000 S. Cleveland-Massillon Rd., Suite 12
Fairlawn, OH 44333

Commitment Number: **56923**

## SCHEDULE A

Prepared For: **Argent Mortgage Company, LLC**

Property Address: 1312-1314 12th Street, NE in Canton, OH 44706

1. Effective Date: January 15, 2004 at 07:30 AM

2. Policy to be issued:                                                                 Amount

   Loan Policy          ( ALTA Loan Policy (10/17/92)    )              **$ 47,600.00**
   Proposed Insured:

   Argent Mortgage Company, LLC, its successors and/or assigns, as their interest may appear.

3. Fee Simple interest in the land described in this Commitment is owned, at the Effective Date, by:

   Henry B. Zachery, Jr.  *Unmarried*

   Title Aquired in: Deed Recorded Instrument Number 97023991 Recorded May 5, 1997

4. The land referred to in this Commitment is described as follows:

   SEE EXHIBIT A, ATTACHED HERETO AND MADE A PART HEREOF.


**Trident Title Agency, Inc.**
Agent For: Commonwealth Land Title Insurance Company
P.O. Box 27567
Richmond, VA 23261-7567

ALTA Commitment
Schedule A (10/6/82)

Valid Only if Schedule B
and Cover are Attached

# Argent Mortgage Company, LLC

## PAYMENT INFORMATION

Borrower Name(s):  HENRY B ZACHERY, Jr.

Date:  February 25, 2004

Loan Number:  0056515737 - 9705

Property Address: 1312-1314 12TH STREET N.E.,
CANTON, OH 44706

Payment Information:

Amount of Principal and Interest Payment: $ 407.22

Amount of Escrow Payment: $ 84.30

Total Payment Due: $ 491.52

First Payment Due Date:  April 1, 2004

Payment Processing - Please send payments to:

Ameriquest Mortgage Company
P.O. Box 51382,
Los Angeles, CA 90051-5682

(Include payment stub & write loan number on check)

Correspondence - Please send all general inquiries and correspondence to:

Ameriquest Mortgage Company
P.O. Box 14131,
Orange, CA 92863-1530

I/We hereby acknowledge receipt of this Notice.

_____  _____
Borrower HENRY B ZACHERY, Jr.  Date        Borrower                         Date

_____  _____
Borrower                         Date        Borrower                         Date

805-UNIV (Rev. 4/99)

Addendum for Loan # : 0056515737 - ZACHERY Jr., HENRY B

--- LIABILITIES ---

| | | | |
|---|---|---|---|
| Creditor | :ACCESS FIN | Balance | : $4,133.00 |
| Address | :31 MASSILON MARKETPLACE | Payment | : $171.00 |
| | | Rem. Term : | 25 |
| C/S/Z | :MASSILON, OH 44646 | In Name Of: | |
| Acct. Type | :Auto | Acct. # : 1 | 2429        1 |
| | | | |
| Creditor | :AMERIQUEST MORTGAGE CO | Balance | : $54,000.00 |
| Address | :505 CITY PKWY W | Payment | : [$472.00] |
| | | Rem. Term : | 115 |
| C/S/Z | :ORANGE, CA 92868 | In Name Of: | |
| Acct. Type | :Mortgage | Acct. # | : 8740055422919 |
| | | | |
| Creditor | :AMERIQUEST MORTGAGE CO | Balance | : $54,000.00 |
| Address | :505 CITY PKWY W | Payment | : [$461.00] |
| | | Rem. Term : | 118 |
| C/S/Z | :ORANGE, CA 92866 | In Name Of: | |
| Acct. Type | :Mortgage | Acct. # | : 8740055439970 |
| | | | |
| Creditor | :BANK ONE-OHIO | Balance | : $4,888.00 |
| Address | :201 N WALNUT ST | Payment | : $122.00 |
| | | Rem. Term : | 41 |
| C/S/Z | :WILMINGTON, DE 19801 | In Name Of: | |
| Acct. Type | :Revolving | Acct. # | : 426681200194 |
| | | | |
| Creditor | :CITIFINANCIAL | Balance | : $48,870.00 |
| Address | :8335 CENTURY PARK CT STE | Payment | : [$444.00] |
| | | Rem. Term : | 111 |
| C/S/Z | :SAN DIEGO, CA 92123 | In Name Of: | |
| Acct. Type | :Mortgage | Acct. # | : 6070507120222267 |
| | | | |
| Creditor | :CITY LOAN/OHIO/COML CR | Balance | : [$49,289.00] |
| Address | :PO BOX 36449 | Payment | : [$479.00] |
| | | Rem. Term : | 103 |
| C/S/Z | :CANTON, OH 44735 | In Name Of: | |
| Acct. Type | :Installment | Acct. # | : 6073503620200444 |
| | | | |
| Creditor | :COUNTRYWIDE HOME LOANS | Balance | : $52,784.00 |
| Address | :450 AMERICAN ST | Payment | : [$494.00] |
| | | Rem. Term : | 107 |
| C/S/Z | :SIMI VALLEY, CA 93065 | In Name Of: | |
| Acct. Type | :Mortgage | Acct. # | : 8818675 |
| | | | |
| Creditor | :DISCOVER FINANCIAL SVC | Balance | : $6,987.00 |
| Address | :PO BOX 15316 | Payment | : $156.00 |
| | | Rem. Term : | 45 |
| C/S/Z | :WILMINGTON, DE 19850 | In Name Of: | |
| Acct. Type | :Revolving | Acct. # | : 601129880678 |
| | | | |
| Creditor | :FIRST USA BANK N A | Balance | : $5,031.00 |
| Address | :900 N MARKET ST | Payment | : $125.00 |
| | | Rem. Term : | 41 |
| C/S/Z | :WILMINGTON, DE 19801 | In Name Of: | |
| Acct. Type | :Revolving | Acct. # | : 541712983490 |
| | | | |
| Creditor | :GENERAL MOTORS MTG COR | Balance | : $22,980.00 |
| Address | :PO BOX 780 | Payment | : [$235.00] |
| | | Rem. Term : | 98 |
| C/S/Z | :WATERLOO, IA 50704 | In Name Of: | |
| Acct. Type | :Mortgage | Acct. # | : 307361222 |
| | | | |
| Creditor | :PROVIDIAN FINANCIAL | Balance | : $1,899.00 |
| Address | :PO BOX 9180 | Payment | : $57.00 |
| | | Rem. Term : | 34 |
| C/S/Z | :PLEASANTON, CA 94566 | In Name Of: | |
| Acct. Type | :Revolving | Acct. # | : 4615837141 |

*Handwritten annotation beside Ameriquest entries:* "During the process of refinancing m property @ 1312-131 12th St., my credit was pulled and this mortgage with ameriquest shows I had an account in 2001"

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X | | X | |

Addendum for Loan # : 0056515737 - MACHERY Jr., HENRY B

--- LIABILITIES ---

```
Creditor    :UN DUES- STUB               Balance    : $0.00
Address     :                            Payment    : $37.58
                                         Rem. Term :    1
C/S/Z       :                            In Name Of:
Acct. Type  :Open                        Acct. #    :

Creditor    :DED 01 -STUB                Balance    : $0.00
Address     :                            Payment    : $560.26
                                         Rem. Term :    1
C/S/Z       :                            In Name Of:
Acct. Type  :Open                        Acct. #    :

Creditor    :ARGENT - PROPOSED           Balance    : $45,500.00
Address     :                            Payment    : [$389.25]
                                         Rem. Term :  117
C/S/Z       :                            In Name Of:
Acct. Type  :Mortgage                    Acct. #    :
```

--- SCHEDULE OF REAL ESTATE OWNED ---

```
Address : 2103 22ND ST                   Market Value   : $60,000.00
                                         Mortgage Amt   : $54,000.00
C/S/Z   : CANTON, OH 44706               Gross Income   : $685.00
Status  : R                              Mortgage Pmt   : $472.00
Type    : 2-4                            Taxes/Ins      : $0.01
                                         Net Rental Inc : $41.74

Address : 919 10TH ST                    Market Value   : $60,000.00
                                         Mortgage Amt   : $54,000.00
C/S/Z   : CANTON, OH 44706               Gross Income   : $650.00
Status  : R                              Mortgage Pmt   : $461.00
Type    : SFR                            Taxes/Ins      : $0.01
                                         Net Rental Inc : $26.49

Address : 2506 BALDWIN AV                Market Value   : $55,000.00
                                         Mortgage Amt   : $48,870.00
C/S/Z   : CANTON, OH 44706               Gross Income   : $725.00
Status  : R                              Mortgage Pmt   : $444.00
Type    : SFR                            Taxes/Ins      : $50.00
                                         Net Rental Inc : $49.75

Address : 3151 26TH ST                   Market Value   : $60,000.00
                                         Mortgage Amt   : $52,784.00
C/S/Z   : CANTON, OH 44706               Gross Income   : $765.00
Status  : R                              Mortgage Pmt   : $494.00
Type    : SFR                            Taxes/Ins      : $0.01
                                         Net Rental Inc : $79.74

Address : 63 SANDEL AV                   Market Value   : $30,000.00
                                         Mortgage Amt   : $22,980.00
C/S/Z   : CANTON, OH 44706               Gross Income   : $595.00
Status  : R                              Mortgage Pmt   : $235.00
Type    : SFR                            Taxes/Ins      : $0.01
                                         Net Rental Inc : $211.24

Address : 3021 DILLON AV                 Market Value   : $0.00
                                         Mortgage Amt   : $33,264.00
C/S/Z   : CANTON, OH 44706               Gross Income   : $0.00
Status  : H                              Mortgage Pmt   : $331.00
Type    : 2-4                            Taxes/Ins      : $48.00
                                         Net Rental Inc : $0.00

Address : 606 4TH ST                     Market Value   : $35,000.00
                                         Mortgage Amt   : $27,135.00
C/S/Z   : CANTON, OH 44706               Gross Income   : $1,160.00
Status  : R                              Mortgage Pmt   : $294.00
Type    : 2-4                            Taxes/Ins      : $50.00
```

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicab'n under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X | | X | |