# EXHIBIT A

| | |
|---|---|
| **From:** | Walter, Kathryn B. |
| **Sent:** | Wednesday, September 23, 2009 4:39 PM |
| **To:** | 'aaron.jensen@mbtlaw.com'; 'abunge@karballaw.com'; 'agreene@johnstongreene.com'; 'albert.fowerbaugh@dlapiper.com'; 'avi@lynchandstern.com'; 'bbrewer@pckltdlaw.com'; 'bradw@homelandtitle.com'; 'bruce.meckler@mbtlaw.com'; 'carinij@jbltd.com'; 'chris.kentra@mbtlaw.com'; 'cinthia.motley@wilsonelser.com'; 'cnadeau@traublieberman.com'; 'csnaveja@arnstein.com'; 'cswing@brouse.com'; 'dan@lynchandstern.com'; 'daniel.mcmahon@wilsonelser.com'; Chizewer, David; Morrison, David; 'dcarroll@colonialtitle.com'; 'dwagner@shslawfirm.com'; 'dworker@lbbslaw.com'; 'dwwarren@joelsonrosenberg.com'; 'dyuen@tsmp.com'; 'ecohen@karballaw.com'; 'eearly@chrisglase.com'; 'ekaplan@kpglaw.com'; 'ewolf@johnstongreene.com'; 'fkokoszka@k-jlaw.com'; 'gcerulo@qjhp.com'; 'gjansen@cksslaw.com'; 'gkelly@sidley.com'; 'hgmatyas@tribler.com'; 'hledesma@sanchezdh.com'; 'jbhirsh@arnstein.com'; 'jborcia@tsmp.com'; 'jdanek@specialtytitle.com'; 'jheintz@brouse.com'; 'jhoffmann@brycedowney.com'; 'jlropiequet@arnstein.com'; 'jnealon@nealonrosenfield.com'; 'jpatton@pattonryan.com'; 'jrothkopf@kpglaw.com'; 'jschreier@chrisglase.com'; 'jwfinke@mindspring.com'; 'kbradley@brouse.com'; 'kclancy@lowis-gellen.com'; 'lah@karballaw.com'; 'lpeterson@qjhp.com'; 'maclaw@execpc.com'; 'mandolina@sidley.com'; 'mfavicchio@favilaw.com'; 'mfenwick@pattonryan.com'; 'mike@mkraftlaw.com'; 'mknippen@traublieberman.com'; 'mkraft@qjhp.com'; 'mmrule@tribler.com'; 'mswann@brouse.com'; 'mwolfe@traublieberman.com'; 'nmilos@cksslaw.com'; 'phalperin@shslawfirm.com'; 'pwalsh@walshdocs.com'; 'rebecca.rothmann@wilsonelser.com'; 'rgs@cassiday.com'; 'rharrison@westermanllp.com'; 'rmccall@peabodyarnold.com'; 'rpinzur@pckltdlaw.com'; 'rwaller01@aol.com'; 'smurphy@lbbslaw.com'; 'snatarajan@tribler.com'; 'ssedor@durantnic.com'; 'terrill_c@yahoo.com'; 'thoffman@sanchezdh.com'; 'tmadden@brycedowney.com'; 'wardmetti@msn.com'; 'weh@wwrplaw.com'; 'aes@sklavoslaw.com'; 'annette.meil@cbc-companies.com'; 'art@merlolaw.com'; 'cbhunter@rothlaw.com'; 'chanson@kilpatrickstockton.com'; 'charles.ofstein@DBMSlaw.com'; 'cheryl@caplawoffice.com'; 'chmurphy@cozen.com'; 'chodges@ohaganspencer.com'; 'clark.stalker@mbtlaw.com'; 'dboth@buplaw.com'; 'deckler@pretzel-stouffer.com'; 'djohnson@rathjewoodward.com'; 'donald.brown@dbmslaw.com'; 'dsavaiano@clausen.com'; 'eordonez@cozen.com'; 'eshupe@rathjewoodward.com'; 'gapostolides@arnstein.com'; 'gayle.fisher@bfkn.com'; 'gbodelson@integraonline.com'; 'gflynn@clausen.com'; 'heather.macklin@bfkn.com'; 'jking@kingrgvlaw.com'; 'jmcdonough@cozen.com'; 'jnoonan@noonanandlieberman.com'; 'jrnoto.rmk.law@gmail.com'; 'jsipchen@pretzel-stouffer.com'; 'jtodd@saltzpolisher.com'; 'kdonat@noonanandlieberman.com'; 'kent.mathewson@dbmslaw.com'; 'kmackey@clausen.com'; 'kohagan@ohaganspencer.com'; 'kyoo@cozen.com'; 'lawyerjohn@aol.com'; 'ljw@theweinsteingroup.net'; 'lydonj@gsgolaw.com'; 'mabraun@speakeasy.net'; 'mac@theweinsteingroup.net'; 'mark@statesidefunding.com'; 'mbreslin@kilpatrickstockton.com'; 'mdelrahim@buplaw.com'; 'mkurzweg@kurzweglaw.com'; 'mmatkov@saltzpolisher.com'; 'mmcrae@kilpatrickstockton.com'; 'mrg@merlolaw.com'; 'RCarson@gouldratner.com'; 'rkaplan@clausen.com'; 'rnorris@networkclosing.com'; 'rob.shapiro@bfkn.com'; 'robert.smyth@DBMSlaw.com'; 'rradasevich@ngelaw.com'; 'rwaris@pretzel-stouffer.com'; 'sdeck@kingrgvlaw.com'; 'sgummow@clausen.com'; 'sjb@cassiday.com'; 'smabrams@tribler.com'; 'sms@merlolaw.com'; 'sng@g-glaw.com'; 'spetersmarck@gouldratner.com'; 'stephanie.zimdahl@bfkn.com'; 'swebb@wc.com'; 'telliott@rathjewoodward.com'; 'temples@titlefirst.com'; 'theisler@sidley.com'; 'tom.wallace@cbc-companies.com'; 'weiszlaw@aol.com'; 'wholstad@integraonline.com' |
| **Subject:** | Ameriquest Liaison Counsel Fee Reimbursement |
| **Attachments:** | 9_09 Order.pdf; 5_08_Order.pdf; 9_08 Order.pdf; GKLIB-#2511204-v1-Fee_Chart.PDF |

Third Party Defendants,

On August 31, 2009, the Court awarded Goldberg Kohn as Liaison Counsel ("Liaison Counsel") $30,502.24 in attorneys' fees and costs as compensation for work performed on behalf of Third Party Defendants from March 18, 2009 through June 30, 2009 pursuant to Liaison Counsel's Motion of July 29, 2009. A copy of the Court's order is attached to this email.

Accordingly, the Court has ordered each Third Party Defendant to reimburse Liaison Counsel for its share of $30,502.24 pursuant to the formula ordered by the Court in its Order of September 8, 2008 approving prior liaison counsel's proposed order of May 5, 2008, also attached hereto. That formula provides that the $30,502.24 be split in half, and that the first half ($15,251.12) be divided according to the number of Third Party Defendants (currently 127 Active TPDs) (the "Per Party Share"), and the other half be divided according to the number of transactions with which the Third Party Defendants are alleged to have been involved (currently 1405 for Active TPDs) (the "Per Transaction Share").

Therefore, each Active Third Party Defendant must pay its Per Party Share of $120.09. It must also pay its Per Transaction Share, for which it will multiply its alleged number of transactions by the Per Transaction Share. The amounts that would be owed by a Third Party Defendant allegedly involved in one through three transactions are as follows; if a Third Party Defendant was allegedly involved with more transactions, it should add $10.85 for each additional alleged transaction.

1 Transaction: $130.94

2 Transactions: $141.79

3 Transactions: $152.64

Also attached hereto is a chart showing the number of transactions with which each Third Party Defendant is alleged to have been involved, and the corresponding share of our liaison counsel fees for each active TPD. If you believe that the chart contains errors, please bring them to my attention as soon as possible. There are several Third Party Defendants that have been added since the time of the filing of the Fifth Amended Consolidated Third Party Complaint. Those Third Party Defendants are highlighted in yellow and we have presumed a "1" for the number of transactions, but if this applies to you, please let us know how many transactions your client is alleged to have been involved in for our information going forward. In calculating either the Per Party Share or the Per Transaction Share, we have not included Third Party Defendants not actively participating in the case for whom we have no contact information.

Because the recently awarded fees include our fees going back through April, we would appreciate immediate payment. Below are the wiring instructions. In the alternative, checks may be mailed to the Accounting Department at the Goldberg Kohn address below, noting the reference number 6312.002.

Wiring Instructions:

Bank of America, N.A.
Routing Transit/ABA# 026009593
SWIFT Code (Int'l wires): BOFAUS3N
CHIPS Participant # (Int'l wires): 0959
ACCT # 5800264839
Bank Rep. - Mae Burwell - (312) 904-6384

You should include the reference number 6312.002

Mailing Instructions:

Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
55 East Monroe Street, #3300
Chicago, IL 60603
(312) 201-4000


Sincerely,

Kate Walter

4/20/2010

Kathryn B. Walter | **GOLDBERG KOHN** | 55 East Monroe, Suite 3300, Chicago, Illinois 60603 | direct 312.201.3953 | direct fax 312.863.7854 | kathryn.walter@goldbergkohn.com | www.goldbergkohn.com

This e-mail is subject to Goldberg Kohn's terms and conditions regarding e-mail, which are available on our web site or by clicking here.

IRS Circular 230 Disclosure: Unless we have specifically stated to the contrary in writing, any discussion of federal tax issues or submissions in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the United States federal tax laws or (2) promoting, marketing, or recommending to anyone any transaction or matter addressed herein.