# EXHIBIT B

| | |
|---|---|
| **From:** | Walter, Kathryn B. |
| **Sent:** | Thursday, November 05, 2009 11:55 AM |
| **To:** | abunge@karballaw.com; aes@sklavoslaw.com; annette.meil@cbc-companies.com; cbhunter@rothlaw.com; charles.ofstein@DBMSlaw.com; cheryl@caplawoffice.com; chmurphy@cozen.com; chodges@ohaganspencer.com; cinthia.motley@wilsonelser.com; cswing@brouse.com; daniel.mcmahon@wilsonelser.com; dboth@buplaw.com; dcarroll@colonialtitle.com; deckler@pretzel-stouffer.com; djohnson@rathjewoodward.com; donald.brown@dbmslaw.com; dsavaiano@clausen.com; ecohen@karballaw.com; eordonez@cozen.com; eshupe@rathjewoodward.com; gapostolides@arnstein.com; gayle.fisher@bfkn.com; gbodelson@integraonline.com; gcerulo@qjhp.com; gflynn@clausen.com; heather.macklin@bfkn.com; jheintz@brouse.com; jking@kingrgvlaw.com; jmcdonough@cozen.com; jnoonan@noonanandlieberman.com; jpatton@pattonryan.com; jrnoto.rmk.law@gmail.com; jsipchen@pretzel-stouffer.com; kbradley@brouse.com; kdonat@noonanandlieberman.com; kent.mathewson@dbmslaw.com; kmackey@clausen.com; kohagan@ohagenspencer.com; kyoo@cozen.com; lah@karballaw.com; lawyerjohn@aol.com; ljw@theweinsteingroup.net; lpeterson@qjhp.com; lydonj@gsgolaw.com; mabraun@speakeasy.net; mac@theweinsteingroup.net; maclaw@execpc.com; mark@statesidefunding.com; 'mbreslin@kilpatrickstockton.com'; mdelrahim@buplaw.com; mfenwick@pattonryan.com; mike@mkraftlaw.com; mkraft@qjhp.com; mkurzweg@kurzweglaw.com; mmatkov@saltzpolisher.com; 'mmcrae@kilpatrickstockton.com'; mswann@brouse.com; rebecca.rothmann@wilsonelser.com; RGS@cassiday.com; rharrison@westermanllp.com; rkaplan@clausen.com; rob.shapiro@bfkn.com; robert.smyth@DBMSlaw.com; rradasevich@ngelaw.com; rwaris@pretzel-stouffer.com; sdeck@kingrgvlaw.com; sgummow@clausen.com; sjb@cassiday.com; stephanie.zimdahl@bfkn.com; 'swebb@wc.com'; telliott@rathjewoodward.com; temples@titlefirst.com; tom.wallace@cbc-companies.com; weiszlaw@aol.com; wholstad@integraonline.com; (afowerbaugh@butlerrubin.com); agreene@johnstongreene.com; avi@lynchandstern.com; bbrewer@pckltdlaw.com; bradw@homelandtitle.com; bruce.meckler@mbtlaw.com; carinij@jbltd.com; 'chanson@kilpatrickstockton.com'; chris.kentra@mbtlaw.com; clark.stalker@mbtlaw.com; cnadeau@traublieberman.com; csnaveja@arnstein.com; dan@lynchandstern.com; Chizewer, David; Morrison, David; dwagner@shslawfirm.com; dworker@lbbslaw.com; dwwarren@joelsonrosenberg.com; dyuen@tsmp.com; eearly@chrisglase.com; ekaplan@kpglaw.com; ewolf@johnstongreene.com; fkokoszka@k-jlaw.com; gjansen@cksslaw.com; gkelly@sidley.com; hgmatyas@tribler.com; hledesma@sanchezdh.com; jbhirsh@arnstein.com; jborcia@tsmp.com; jdanek@specialtytitle.com; jhoffmann@brycedowney.com; jlropiequet@arnstein.com; jnealon@nealonrosenfield.com; jrothkopf@kpglaw.com; jschreier@chrisglase.com; jwfinke@mindspring.com; kclancy@lowis-gellen.com; mandolina@sidley.com; mfavicchio@favilaw.com; mknippen@traublieberman.com; mmrule@tribler.com; mwolfe@traublieberman.com; nmilos@cksslaw.com; phalperin@shslawfirm.com; pwalsh@walshdocs.com; rmccall@peabodyarnold.com; rnorris@networkclosing.com; rpinzur@pckltdlaw.com; rwaller01@aol.com; smabrams@tribler.com; smurphy@lbbslaw.com; snatarajan@tribler.com; sng@g-glaw.com; ssedor@durantnic.com; terrill_c@yahoo.com; theisler@sidley.com; thoffman@sanchezdh.com; tmadden@brycedowney.com; wardmetti@msn.com; weh@wwrplaw.com |
| **Attachments:** | GKLIB-#2251226-v4-Ameriquest_-_Third-Party_Defendants__Counsel.pdf |

Third Party Defendants,

As was set forth in my email to you of September 23, 2009, on August 31, 2009, the Court awarded Goldberg Kohn as Liaison Counsel $30,502.24 in attorneys' fees and costs as compensation for work performed on behalf of Third Party Defendants from March 18, 2009 through June 30, 2009, and ordered each Third Party Defendant to reimburse Liaison Counsel for its share of $30,502.24 pursuant to the formula ordered by the Court.

In my September 23 email, I attached a chart showing the amount due from each active Third-Party Defendant, and requested payment as soon as possible. As of this week, we have received only

$4,229.78 of the $30,502.24 awarded by the Court. As you know, liaison counsel was created for the benefit of the Court and the TPDs as a group. We will wait a little bit longer before taking any action, but if we do not receive payment by November 20 (two months after our email request), we will disclose to the Court the TPDs who have not paid and ask the Court to enforce its payment order, including all appropriate relief -- a result which I am sure none of us want. The amounts due are very small for each of you but are significant to our firm and are for time 4-6 months ago. We would very much appreciate each of you helping us to avoid having to take further action. We are not compensated for these efforts to recover our fees.

I am attaching a revised chart with an additional column showing those that have paid. If there are errors on the chart, please let me know. Otherwise, please send payment immediately. Below are the wiring instructions. In the alternative, checks may be mailed to the Accounting Department at the Goldberg Kohn address below, noting the reference number 6312.002.

Wiring Instructions:

Bank of America, N.A.
Routing Transit/ABA# 026009593
SWIFT Code (Int'l wires): BOFAUS3N
CHIPS Participant # (Int'l wires): 0959
ACCT # 5800264839
Bank Rep. - Mae Burwell - (312) 904-6384

You should include the reference number 6312.002

Mailing Instructions:

Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
55 East Monroe Street, #3300
Chicago, IL 60603
(312) 201-4000

Sincerely,

Kate Walter

Kathryn B. Walter | **GOLDBERG KOHN** | 55 East Monroe, Suite 3300, Chicago, Illinois 60603 | direct 312.201.3953 | direct fax 312.863.7854 | kathryn.walter@goldbergkohn.com | www.goldbergkohn.com

This e-mail is subject to Goldberg Kohn's terms and conditions regarding e-mail, which are available on our web site or by clicking here.

IRS Circular 230 Disclosure: Unless we have specifically stated to the contrary in writing, any discussion of federal tax issues or submissions in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the United States federal tax laws or (2) promoting, marketing, or recommending to anyone any transaction or matter addressed herein.

4/20/2010

| | |
|---|---|
| **From:** | Walter, Kathryn B. |
| **Sent:** | Thursday, November 05, 2009 12:07 PM |
| **To:** | abunge@karballaw.com; aes@sklavoslaw.com; annette.meil@cbc-companies.com; cbhunter@rothlaw.com; charles.ofstein@DBMSlaw.com; cheryl@caplawoffice.com; chmurphy@cozen.com; chodges@ohaganspencer.com; cinthia.motley@wilsonelser.com; cswing@brouse.com; daniel.mcmahon@wilsonelser.com; dboth@buplaw.com; dcarroll@colonialtitle.com; deckler@pretzel-stouffer.com; djohnson@rathjewoodward.com; donald.brown@dbmslaw.com; dsavaiano@clausen.com; ecohen@karballaw.com; eordonez@cozen.com; eshupe@rathjewoodward.com; gapostolides@arnstein.com; gayle.fisher@bfkn.com; gbodelson@integraonline.com; gcerulo@qjhp.com; gflynn@clausen.com; heather.macklin@bfkn.com; jheintz@brouse.com; jking@kingrgvlaw.com; jmcdonough@cozen.com; jnoonan@noonanandlieberman.com; jpatton@pattonryan.com; jrnoto.rmk.law@gmail.com; jsipchen@pretzel-stouffer.com; kbradley@brouse.com; kdonat@noonanandlieberman.com; kent.mathewson@dbmslaw.com; kmackey@clausen.com; kohagan@ohagenspencer.com; kyoo@cozen.com; lah@karballaw.com; lawyerjohn@aol.com; ljw@theweinsteingroup.net; lpeterson@qjhp.com; lydonj@gsgolaw.com; mabraun@speakeasy.net; mac@theweinsteingroup.net; maclaw@execpc.com; mark@statesidefunding.com; 'mbreslin@kilpatrickstockton.com'; mdelrahim@buplaw.com; mfenwick@pattonryan.com; mike@mkraftlaw.com; mkraft@qjhp.com; mkurzweg@kurzweglaw.com; mmatkov@saltzpolisher.com; 'mmcrae@kilpatrickstockton.com'; mswann@brouse.com; rebecca.rothmann@wilsonelser.com; RGS@cassiday.com; rharrison@westermanllp.com; rkaplan@clausen.com; rob.shapiro@bfkn.com; robert.smyth@DBMSlaw.com; rradasevich@ngelaw.com; rwaris@pretzel-stouffer.com; sdeck@kingrgvlaw.com; sgummow@clausen.com; sjb@cassiday.com; stephanie.zimdahl@bfkn.com; 'swebb@wc.com'; telliott@rathjewoodward.com; temples@titlefirst.com; tom.wallace@cbc-companies.com; weiszlaw@aol.com; wholstad@integraonline.com; (afowerbaugh@butlerrubin.com); agreene@johnstongreene.com; avi@lynchandstern.com; bbrewer@pckltdlaw.com; bradw@homelandtitle.com; bruce.meckler@mbtlaw.com; carinij@jbltd.com; 'chanson@kilpatrickstockton.com'; chris.kentra@mbtlaw.com; clark.stalker@mbtlaw.com; cnadeau@traublieberman.com; csnaveja@arnstein.com; dan@lynchandstern.com; Chizewer, David; Morrison, David; dwagner@shslawfirm.com; dworker@lbbslaw.com; dwwarren@joelsonrosenberg.com; dyuen@tsmp.com; eearly@chrisglase.com; ekaplan@kpglaw.com; ewolf@johnstongreene.com; fkokoszka@k-jlaw.com; gjansen@cksslaw.com; gkelly@sidley.com; hgmatyas@tribler.com; hledesma@sanchezdh.com; jbhirsh@arnstein.com; jborcia@tsmp.com; jdanek@specialtytitle.com; jhoffmann@brycedowney.com; jlropiequet@arnstein.com; jnealon@nealonrosenfield.com; jrothkopf@kpglaw.com; jschreier@chrisglase.com; jwfinke@mindspring.com; kclancy@lowis-gellen.com; mandolina@sidley.com; mfavicchio@favilaw.com; mknippen@traublieberman.com; mmrule@tribler.com; mwolfe@traublieberman.com; nmilos@cksslaw.com; phalperin@shslawfirm.com; pwalsh@walshdocs.com; rmccall@peabodyarnold.com; rnorris@networkclosing.com; rpinzur@pckltdlaw.com; rwaller01@aol.com; smabrams@tribler.com; smurphy@lbbslaw.com; snatarajan@tribler.com; sng@g-glaw.com; ssedor@durantnic.com; terrill_c@yahoo.com; theisler@sidley.com; thoffman@sanchezdh.com; tmadden@brycedowney.com; wardmetti@msn.com; weh@wwrplaw.com |
| **Subject:** | AmeriQuest Chart |
| **Attachments:** | GKLIB-#2251226-v4-Ameriquest_-_Third-Party_Defendants__Counsel.XLS |

TPDs,

Apparently converting the chart to a pdf cut off one of the columns; my apologies. Here is an Excel version.

Kate

Kathryn B. Walter | **GOLDBERG KOHN** | 55 East Monroe, Suite 3300, Chicago, Illinois 60603 | direct 312.201.3953 | direct fax 312.863.7854 | kathryn.walter@goldbergkohn.com | www.goldbergkohn.com

This e-mail is subject to Goldberg Kohn's terms and conditions regarding e-mail, which are available on our web site or by clicking here.

IRS Circular 230 Disclosure: Unless we have specifically stated to the contrary in writing, any discussion of federal tax issues or submissions in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the United States federal tax laws or (2) promoting, marketing, or recommending to anyone any transaction or matter addressed herein.

4/20/2010