# EXHIBIT C

## Barrera, Natalia

| | |
|---|---|
| **From:** | Walter, Kathryn B. |
| **Sent:** | Monday, December 28, 2009 5:50 PM |
| **To:** | (asaltz@saltzpolisher.com); (mbolton@kelattorneys.com); afowerbaugh@butlerrubin.com; abunge@karballaw.com; aes@sklavoslaw.com; annette.meil@cbc-companies.com; cbhunter@rothlaw.com; charles.ofstein@DBMSlaw.com; cheryl@caplawoffice.com; chmurphy@cozen.com; chodges@ohaganspencer.com; cinthia.motley@wilsonelser.com; daniel.mcmahon@wilsonelser.com; dboth@buplaw.com; deckler@pretzel-stouffer.com; djohnson@rathjewoodward.com; donald.brown@dbmslaw.com; dsavaiano@clausen.com; ecohen@karballaw.com; eordonez@cozen.com; eshupe@rathjewoodward.com; gapostolides@arnstein.com; gayle.fisher@bfkn.com; gbodelson@integraonline.com; gcerulo@qjhp.com; gflynn@clausen.com; heather.macklin@bfkn.com; jking@kingrgvlaw.com; jmcdonough@cozen.com; jnoonan@noonanandlieberman.com; jrnoto.rmk.law@gmail.com; jsipchen@pretzel-stouffer.com; kdonat@noonanandlieberman.com; kent.mathewson@dbmslaw.com; kmackey@clausen.com; kohagan@ohaganspencer.com; kyoo@cozen.com; lah@karballaw.com; lawyerjohn@aol.com; ljw@theweinsteingroup.net; lpeterson@qjhp.com; lydonj@gsgolaw.com; mbraun@speakeasy.net; mac@theweinsteingroup.net; mark@statesidefunding.com; mdelrahim@buplaw.com; mkraft@qjhp.com; mkurzweg@kurzweglaw.com; mmatkov@saltzpolisher.com; rebecca.rothmann@wilsonelser.com; RGS@cassiday.com; rharrison@westermanllp.com; rkaplan@clausen.com; rob.shapiro@bfkn.com; robert.smyth@DBMSlaw.com; rradasevich@ngelaw.com; rwaris@pretzel-stouffer.com; sdeck@kingrgvlaw.com; sgummow@clausen.com; SJB@cassiday.com; stephanie.zimdahl@bfkn.com; telliott@rathjewoodward.com; temples@titlefirst.com; tom.wallace@cbc-companies.com; weiszlaw@aol.com; wholstad@integraonline.com; agreene@johnstongreene.com; avi@lynchandstern.com; bbrewer@pckltdlaw.com; bradw@homelandtitle.com; bruce.meckler@mbtlaw.com; carinij@jbltd.com; chris.kentra@mbtlaw.com; clark.stalker@mbtlaw.com; cnadeau@traublieberman.com; csnaveja@arnstein.com; cswing@brouse.com; dan@lynchandstern.com; Chizewer, David; Morrison, David; dcarroll@colonialtitle.com; dwagner@shslawfirm.com; dworker@lbbslaw.com; dwwarren@joelsonrosenberg.com; dyuen@tsmp.com; eearly@chrisglase.com; ekaplan@kpglaw.com; ewolf@johnstongreene.com; fkokoszka@k-jlaw.com; gjansen@cksslaw.com; gkelly@sidley.com; hgmatyas@tribler.com; hledesma@sanchezdh.com; jbhirsh@arnstein.com; jborcia@tsmp.com; jdanek@specialtytitle.com; jheintz@brouse.com; jhoffmann@brycedowney.com; jlropiequet@arnstein.com; jnealon@nealonrosenfield.com; jpatton@pattonryan.com; jrothkopf@kpglaw.com; jschreier@chrisglase.com; jwfinke@mindspring.com; kbradley@brouse.com; kclancy@lowis-gellen.com; maclaw@execpc.com; mandolina@sidley.com; mfavicchio@favilaw.com; mfenwick@pattonryan.com; mike@mkraftlaw.com; mknippen@traublieberman.com; mmrule@tribler.com; mswann@brouse.com; mwolfe@traublieberman.com; nmilos@cksslaw.com; phalperin@shslawfirm.com; pwalsh@walshdocs.com; rmccall@peabodyarnold.com; rnorris@networkclosing.com; rpinzur@pckltdlaw.com; rwaller01@aol.com; smabrams@tribler.com; smurphy@lbbslaw.com; snatarajan@tribler.com; sng@g-glaw.com; ssedor@durantnic.com; terrill_c@yahoo.com; theisler@sidley.com; thoffman@sanchezdh.com; tmadden@brycedowney.com; wardmetti@msn.com; weh@wwrplaw.com |
| **Cc:** | Chizewer, David |
| **Subject:** | Past Due and Currently Due Liaison Counsel Fees |
| **Attachments:** | 11-24-09 Order awarding Liaison Counsel Fees.pdf; 5_08 Proposed Order.pdf; 9_08 Order.pdf; June-September TPD Fees.pdf |

Third Party Defendants,

Please read this entire email. It relates to Liaison Counsel fees that were awarded on November 24, 2009 as well as those that were awarded on August 31, 2009.

On November 24, 2009, the Court awarded Goldberg Kohn as Liaison Counsel ("Liaison Counsel")

$52,757.48 in attorneys' fees and costs as compensation for work performed on behalf of Third Party Defendants from July 1, 2009 through September 30, 2009 pursuant to Liaison Counsel's Motion of October 30, 2009.  A copy of the Court's order is attached to this email.  This work included significant legal research and drafting of the motion to dismiss the Fifth Amended Consolidated Third Party Complaint.

Accordingly, the Court has ordered each Third Party Defendant to reimburse Liaison Counsel for its share of $52,747.48 pursuant to the formula ordered by the Court in its Order of September 8, 2008 approving prior liaison counsel's proposed order of May 5, 2008,  which are also attached hereto. That formula provides that the $52,747.48 be split in half, and that the first half be divided according to the number of Third Party Defendants (currently 125 Active TPDs) (the "Per Party Share"), and the other half be divided according to the number of transactions with which the Third Party Defendants are alleged to have been involved (currently 1482 for Active TPDs) (the "Per Transaction Share").

Therefore, each Active Third Party Defendant must pay its Per Party Share of $211.03. It must also pay its Per Transaction Share, for which it will multiply its alleged number of transactions by the Per Transaction Share. The amounts that would be owed by a Third Party Defendant allegedly involved in one through three transactions are as follows; if a Third Party Defendant was allegedly involved with more transactions, it should add $17.80 for each additional alleged transaction.

1 Transaction: $228.83

2 Transactions: $246.63

3 Transactions: $264.43

Also attached hereto is a chart showing the number of transactions with which each Third Party Defendant is alleged to have been involved, and the corresponding share of our liaison counsel fees for each active TPD.   If you believe that the chart contains significant errors, please bring them to my attention.  We have spent considerable time and care in preparing this chart, but with the number of parties and claims, it is difficult to determine with precision how much is owed by each party.  In calculating either the Per Party Share or the Per Transaction Share, we have not included Third Party Defendants not actively participating in the case and for whom we have no contact information.  Please note that we are not compensated for our time spent in determining the amount of fees due from each party or in collecting those fees.

As an additional matter, we have still only received $19,482.47 out of the $30,502.24 that we were awarded pursuant to our first motion, that we requested from all of you on 9/23/09, and that we asked to be paid by 11/20/09 before we would take action with the Court.  Therefore, we will soon be filing with the Court a motion for entry of judgment for the fees that remain unpaid.

We would appreciate immediate payment. Below are the wiring instructions. In the alternative, checks may be mailed to the Accounting Department at the Goldberg Kohn address below, noting the reference number 6312.002.

Wiring Instructions:

Bank of America, N.A.
Routing Transit/ABA# 026009593
SWIFT Code (Int'l wires): BOFAUS3N
CHIPS Participant # (Int'l wires): 0959
ACCT # 5800264839
Bank Rep. - Mae Burwell - (312) 904-6384

You should include the reference number 6312.002

Mailing Instructions:

Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.

4/20/2010

55 East Monroe Street, #3300
Chicago, IL 60603
(312) 201-4000

You should include the reference number 6312.002

Sincerely,

Kate Walter and David Chizewer

---

Kathryn B. Walter | **GOLDBERG KOHN** | 55 East Monroe, Suite 3300, Chicago, Illinois 60603 | direct 312.201.3953 | direct fax 312.863.7854 | kathryn.walter@goldbergkohn.com | www.goldbergkohn.com

---

This e-mail is subject to Goldberg Kohn's terms and conditions regarding e-mail, which are available on our web site or by clicking here.

IRS Circular 230 Disclosure: Unless we have specifically stated to the contrary in writing, any discussion of federal tax issues or submissions in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the United States federal tax laws or (2) promoting, marketing, or recommending to anyone any transaction or matter addressed herein.

4/20/2010