# EXHIBIT F

## Barrera, Natalia

| | |
|---|---|
| **From:** | Walter, Kathryn B. |
| **Sent:** | Wednesday, March 31, 2010 3:59 PM |
| **To:** | (asaltz@saltzpolisher.com); (mbolton@kelattorneys.com); afowerbaugh@butlerrubin.com; abunge@karballaw.com; aes@sklavoslaw.com; annette.meil@cbc-companies.com; cbhunter@rothlaw.com; charles.ofstein@DBMSlaw.com; cheryl@caplawoffice.com; chmurphy@cozen.com; chodges@ohaganspencer.com; cinthia.motley@wilsonelser.com; daniel.mcmahon@wilsonelser.com; dboth@buplaw.com; deckler@pretzel-stouffer.com; djohnson@rathjewoodward.com; donald.brown@dbmslaw.com; dsavaiano@clausen.com; ecohen@karballaw.com; eordonez@cozen.com; eshupe@rathjewoodward.com; gapostolides@arnstein.com; gayle.fisher@bfkn.com; gbodelson@integraonline.com; gcerulo@qjhp.com; gflynn@clausen.com; heather.macklin@bfkn.com; jking@kingrgvlaw.com; jmcdonough@cozen.com; jnoonan@noonanandlieberman.com; jrnoto.rmk.law@gmail.com; jsipchen@pretzel-stouffer.com; kdonat@noonanandlieberman.com; kent.mathewson@dbmslaw.com; kmackey@clausen.com; kohagan@ohaganspencer.com; kyoo@cozen.com; lah@karballaw.com; lawyerjohn@aol.com; ljw@theweinsteingroup.net; lpeterson@qjhp.com; lydonj@gsgolaw.com; mabraun@speakeasy.net; mac@theweinsteingroup.net; mark@statesidefunding.com; mdelrahim@buplaw.com; mkraft@qjhp.com; mkurzweg@kurzweglaw.com; mmatkov@saltzpolisher.com; rebecca.rothmann@wilsonelser.com; RGS@cassiday.com; rharrison@westermanllp.com; rkaplan@clausen.com; rob.shapiro@bfkn.com; robert.smyth@DBMSlaw.com; rradasevich@ngelaw.com; rwaris@pretzel-stouffer.com; sdeck@kingrgvlaw.com; sgummow@clausen.com; SJB@cassiday.com; stephanie.zimdahl@bfkn.com; telliott@rathjewoodward.com; temples@titlefirst.com; tom.wallace@cbc-companies.com; weiszlaw@aol.com; wholstad@integraonline.com; agreene@johnstongreene.com; avi@lynchandstern.com; bbrewer@pckltdlaw.com; bradw@homelandtitle.com; bruce.meckler@mbtlaw.com; carinij@jbltd.com; chris.kentra@mbtlaw.com; clark.stalker@mbtlaw.com; cnadeau@traublieberman.com; csnaveja@arnstein.com; cswing@brouse.com; dan@lynchandstern.com; Chizewer, David; Morrison, David; dcarroll@colonialtitle.com; dwagner@shslawfirm.com; dworker@lbbslaw.com; dwwarren@joelsonrosenberg.com; dyuen@tsmp.com; eearly@chrisglase.com; ekaplan@kpglaw.com; ewolf@johnstongreene.com; fkokoszka@k-jlaw.com; gjansen@cksslaw.com; gkelly@sidley.com; hgmatyas@tribler.com; hledesma@sanchezdh.com; jbhirsh@arnstein.com; jborcia@tsmp.com; jdanek@specialtytitle.com; jheintz@brouse.com; jhoffmann@brycedowney.com; jlropiequet@arnstein.com; jnealon@nealonrosenfield.com; jpatton@pattonryan.com; jrothkopf@kpglaw.com; jschreier@chrisglase.com; jwfinke@mindspring.com; kbradley@brouse.com; kclancy@lowis-gellen.com; maclaw@execpc.com; mandolina@sidley.com; mfavicchio@favilaw.com; mfenwick@pattonryan.com; mike@mkraftlaw.com; mknippen@traublieberman.com; mmrule@tribler.com; mswann@brouse.com; mwolfe@traublieberman.com; nmilos@cksslaw.com; phalperin@shslawfirm.com; pwalsh@walshdocs.com; rmccall@peabodyarnold.com; rnorris@networkclosing.com; rpinzur@pckltdlaw.com; rwaller01@aol.com; selliott@daviseofflaw.com; smabrams@tribler.com; smurphy@lbbslaw.com; snatarajan@tribler.com; sng@g-glaw.com; ssedor@durantnic.com; terrill_c@yahoo.com; theisler@sidley.com; thoffman@sanchezdh.com; tmadden@brycedowney.com; wardmetti@msn.com; weh@wwrplaw.com |
| **Cc:** | Barrera, Natalia; Chizewer, David |
| **Subject:** | AmeriQuest Fees |
| **Attachments:** | GKLIB-#2251226-v5-Ameriquest_-_Third-Party_Defendants__Counsel.XLS; GKLIB-#2618015-v5-June-September_TPD_Fees.XLS |

TPDs,

Out of the $83,259.72 that the Court awarded Goldberg Kohn as Liaison Counsel for our first and second sets of fees (for March-June 2009 and July-September 2009), we have received to date only $34.407.47. Because we have already made several pleas for payment of these fees (including emails to the group on September 23, November 5, and December 28, as well as in our draft status report to the Court circulated

on March 2 and 3), we are now in the unfortunate position of having to move for a judgment order from the court against all TPDs who have not paid their share of Liaison Counsel fees. While we regret this, we are not in a position to continue serving as Liaison Counsel without receiving these payments.

Attached are charts showing the TPDs that have and have not paid these fees. Note that there were some payments received from TIAC for which no party was noted, and we have not been able to reach someone at TIAC to determine to whom to apply those payments -- let us know if those were for your client. Otherwise, if there are errors on the charts, **please contact our paralegal, Natalia Barrera, by Friday, April 2, 2010, and carbon copy me on your email**. Natalia can be reached at natalia.barrera@goldbergkohn.com. If there are other issues or any serious errors, David or I will become involved. We plan to file a motion for judgment on Monday, April 5, 2010, or shortly thereafter. We will not be sending another email to the group prior to filing the motion.

Below is a relevant summary of the facts relating to our planned motion.

**1.** Goldberg Kohn was elected Liaison Counsel to the Third-Party Defendants in this MDL case on March 18, 2009, and appointed by the Court on April 27, 2009. Dkt. No. 2725.
**2.** Liaison Counsel's duties and responsibilities are for the benefit of the Court and the Third-Party Defendants as a group, and include communicating with the Third-Party Defendants regarding the status of the case, drafting and coordinating filings on behalf of all Third-Party Defendants, presenting to the Court and opposing parties Third-Party Defendants' positions on all pretrial matters, and appearing in Court on behalf of all Third-Party Defendants. See Dkt. No. 2135-2, as adopted by Dkt. No. 2347.
**3.** On August 31, 2009 (Dkt. No. 3066), this Court awarded Goldberg Kohn $30,502.24 in attorneys' fees and costs for work performed on behalf of Third Party Defendants from March 18, 2009 through June 30, 2009, and ordered each Third Party Defendant to reimburse Goldberg Kohn for its share of $30,502.24 pursuant to the formula set forth in its Order of September 8, 2008 (Dkt. No. 2347), which approved of a proposed formula set forth in a Proposed Order of May 5, 2008 (Dkt. No. 2135-2).
**4.** On September 23, 2009, Goldberg Kohn sent an e-mail to counsel for the Third Party Defendants attaching the relevant orders, setting forth the amount owed by each Third Party Defendant for the March-June fees, and requesting immediate payment.
**5.** On November 5, 2009, Goldberg Kohn sent an email reminder to Third-Party Defendants regarding its September 23, 2009 request for fees, noting that it had received only $4,229.78 of the $30,502.24 in fees and costs approved by the Court. Goldberg Kohn stated that if it did not receive payment by November 20, 2009 (two months after its request), it would request relief from the Court.
**6.** On November 24, 2009 (Dkt. No. 3235), this Court awarded Goldberg Kohn $52,757.48 in attorneys' fees and costs for work performed on behalf of Third Party Defendants from July 1, 2009 through September 30, 2009, including briefing of the consolidated motion to dismiss, and ordered each Third Party Defendant to reimburse Liaison Counsel for its share of $52,757.48 pursuant to the formula set forth in its Order of September 8, 2008 (Dkt. No. 2347), which approved of a proposed formula set forth in a Proposed Order of May 5, 2008 (Dkt. No. 2135-2).
**7.** On December 28, 2009, Goldberg Kohn sent an e-mail to counsel for the Third Party Defendants attaching the relevant orders, setting forth the amount owed by each Third Party Defendant for the July-September fees, and requesting immediate payment. Additionally, Goldberg Kohn noted that it had still received only $19,482.47 out of the $30,502.24 that it was awarded for its March-June fees, and stated that it would soon be filing with the Court a motion for entry of judgment for the fees that remain unpaid.
**8.** As of March 29, 2010, Goldberg Kohn has received $21,723.39 out of the $30,502.24 awarded for its March-June fees, and $12,684.08 out of the $52,757.48 awarded for its July-September fees, for a total of $34,407.47 out of $83,259.72.
**9.** Goldberg Kohn has spent significant attorney, paralegal, and support staff time, for which it is not compensated according to the Court's Order of December 10, 2008, 2008 WL 5170769, at *5 (N.D. Ill. Dec. 10, 2008), calculating exactly how much is owed by each of the hundreds of Third-Party Defendants and communicating with Third-Party Defendants who dispute the accuracy of the amounts owed.

Thanks,
Kate Walter

4/20/2010