# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| _____ | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Centralized before The Honorable Marvin E. Aspen |

**[PROPOSED] ORDER OF JUDGMENT**

This cause coming to be heard on Liaison Counsel to the Third-Party Defendants'

Motion for Entry of Judgment Against Certain Third-Party Defendants for Attorneys' Fees and

Costs, due notice having been given and this Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT Goldberg Kohn Ltd., Liaison Counsel to the

Third-Party Defendants, recover from Certain Third-Party Defendants listed in the Addenda to

this Order the amounts listed in those Addenda, which include no pre-judgment interest and

post-judgment interest at the rate of .44% along with costs.

Date:_____                    ENTER:


                                           _____
                                           Hon. Marvin E. Aspen

# ADDENDUM A

.

**THIRD- PARTY**
**DEFENDANTS' COUNSEL**
MARCH-JUNE FEES UNPAID

| | A | B | C | D | E |
|---|---|---|---|---|---|
| **1** | **Third-Party Defendants** | **ATTORNEY(S)** | **Transaction Count** | **Total Owed** | **Paid** |
| **2** | Choice Title Agency, Inc. | John E. Kerley<br>Kerley & Associates, PC<br>2131 West White Oaks Drive, Suite B-2<br>Springfield, IL 62704<br>Tel. (217) 698-0007<br>Fax (217) 726-0006<br>lawyerjohn@aol.com | 1 | $130.94 | Unpaid |
| **3** | David B. Carroll, P.C. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | 1 | $130.94 | Unpaid |
| **4** | Dey Smith & Collier | Richard M. Waris<br>James Joseph Sipchen<br>Donald P. Eckler<br>PRETZEL & STOUFFER, CHTD.<br>One South Wacker Drive, Suite 2500<br>Chicago, IL 60606-4673<br>Tel. (312) 346-1973<br>Fax. (312) 346-8242<br>rwaris@pretzel-stouffer.com<br>jsipchen@pretzel-stouffer.com<br>deckler@pretzel-stouffer.com | 1 | $130.94 | Unpaid |

**THIRD- PARTY**
**DEFENDANTS' COUNSEL**
MARCH-JUNE FEES UNPAID

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Third-Party Defendants** | **ATTORNEY(S)** | **Transaction Count** | **Total Owed** | **Paid** |
| 5 | Equity Settlement Services, Inc. | Alexander E. Sklavos<br>Law Offices of Alexander E. Sklavos, PC<br>One Old Country Road, Suite 200<br>Carle Place, NY 11514<br>Tel. (516) 248-4000<br>Fax (516) 877-8010<br>aes@sklavoslaw.com<br>AND<br>George P. Apostolides<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Tel. (312) 876-7100<br>Fsx (312) 876-0288<br>gapostolides@arnstein.com | 1 | $130.94 | Unpaid |
| 6 | Frank J. Manni, Esq. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | 1 | $130.94 | Unpaid |
| 7 | Global Mortgage Inc. | Russell Kofoed<br>Law Office of Russell Kofoed<br>222 S Riverside Plaza<br>Chicago, IL 60606<br>(312) 876-0500<br>russellkofoed@sbcglobal.net (bad e-mail/use sec'y address below)<br>(sec'y e-mail:<br>jrnoto.rmk.law@gmail.com) | 1 | $130.94 | Unpaid |

**THIRD- PARTY**
**DEFENDANTS' COUNSEL**
MARCH-JUNE FEES UNPAID

| | A | B | C | D | E |
|---|---|---|---|---|---|
| **1** | **Third-Party Defendants** | **ATTORNEY(S)** | **Transaction Count** | **Total Owed** | **Paid** |
| **8** | Goldman Gruder & Woods | Jeanne M. Hoffmann<br>Terrence J. Madden<br>BRYCEDOWNEY LLC<br>200 N. LaSalle St., Suite 2700<br>Chicago, IL 60601<br>Tel. (312) 377-1501<br>Fax (312) 377-1502<br>jhoffmann@brycedowney.com<br>tmadden@brycedowney.com | 1 | $130.94 | Unpaid |
| **9** | Guarantee Title and Trust Co. | David C. McCormack<br>McCormack Law<br>18875 Saratoga Court<br>Brookfield, WI 53045<br>Tel. (262) 790-1160<br>Fax (262) 790.1208<br>maclaw@execpc.com | 5 | $174.34 | Unpaid |
| **10** | Home Equity Title Services, Inc. | Anthony C. Campanale<br>ANTHONY C. CAMPANALE &<br>ASSOCIATES<br>19 South LaSalle Street, Suite 1500<br>Chicago, IL 60603<br>Tel. (312) 641-2233<br>Fax (312) 641-0180<br>accampanale@acclaw.com | 1 | $130.94 | Unpaid |
| **11** | LandAmerica Financial Group, Inc. | Keith Verges<br>Mark Davenport<br>Don Colleluori<br>Russell Hubbard<br>FIGARI & DAVENPORT LLP<br>3400 Bank of America Plaza<br>901 Main St.<br>Dallas, TX 75202<br>Tel. (214) 939-2017<br>Fax (214) 939-2090<br>kverges@figdav.com<br>mark.davenport@figdav.com<br>don.colleluori@figdav.com<br>AND<br>John L. Ropiequet<br>Christopher S. Naveja<br>Jason B. Hirsh<br>Arnstein & Lehr, LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Phone: 312.876.6900<br>Fax: 312.876.6225<br>jlropiequet@arnstein.com<br>csnaveja@arnstein.com<br>jbhirsh@arnstein.com | 11 | $239.44 | Unpaid |

**THIRD- PARTY**
**DEFENDANTS' COUNSEL**
MARCH-JUNE FEES UNPAID

| | A | B | C | D | E |
|---|---|---|---|---|---|
| **1** | **Third-Party Defendants** | **ATTORNEY(S)** | **Transaction Count** | **Total Owed** | **Paid** |
| **12** | Law Office of Joseph E. Nealon | Joseph E. Nealon<br>NEALON & ROSENFIELD<br>45 Lyman Street, Suite 28<br>Westborough, MA 01581<br>Tel. (508) 366-0044<br>Fax (508) 366-0162<br>jnealon@nealonrosenfield.com | 4 | $163.49 | Unpaid |
| **13** | Law Offices of Jonathan P. Ash | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | 2 | $141.79 | Unpaid |
| **14** | Lenders First Choice | Kevin J. Clancy (withdrew 9-11- Lenders closed business)<br>Lowis & Gellen<br>200 W. Adams, Suite 1900<br>Chicago, IL  60606<br>kclancy@lowis-gellen.com<br>Tel: (312) 628-7855<br>Fax: 312-364-1003<br>kclancy@lowis-gellen.com | 1 | $130.94 | Unpaid |
| **15** | MacKinnon & Tavano, LLC | Joseph B. Carini, III<br>JOHNSON & BELL, LTD.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>Tel. (312) 984 6668<br>carinij@jbltd.com | 1 | $130.94 | Unpaid |
| **16** | Medici & Sciacca PC | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@**mbtlaw.com** | 1 | $130.94 | Unpaid |

**THIRD- PARTY**
**DEFENDANTS' COUNSEL**
MARCH-JUNE FEES UNPAID

| | A | B | C | D | E |
|---|---|---|---|---|---|
| **1** | **Third-Party Defendants** | **ATTORNEY(S)** | **Transaction Count** | **Total Owed** | **Paid** |
| **17** | Michigan Trust Title Agency LLC | James Kenneth Borcia<br>David O. Yuen<br>TRESSLER SODERSTROM<br>MALONEY & PRIESS<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606-6308<br>Tel. (312) 627-4104<br>Fax (312)617-1717<br>jborcia@tsmp.com<br>dyuen@tsmp.com | 1 | $130.94 | Unpaid |
| **18** | Mortgage Information Services, Inc. | Timothy D. Elliott<br>Emily L. Shupe<br>Derek M. Johnson<br>Rathje & Woodward, LLC<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, IL  60187<br>Tel. (630) 668-8500<br>Fax (630) 668-7650<br>telliott@rathjewoodward.com<br>eshupe@rathjewoodward.com<br>djohnson@rathjewoodward.com | 87 | $1,064.04 | Unpaid |
| **19** | Mortgage Store | Terrill Currie<br>600 N. Pine Island Rd.<br>Plantation, FL 33324<br>terrill_c@yahoo.com | 1 | $130.94 | Unpaid |
| **20** | Northwest Title and Escrow Corporation | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | 58 | $749.39 | Unpaid |
| **21** | Paul D. Boudreau | Charles S. Ofstein<br>Robert Smyth<br>Kent Mathewson<br>Donohue, Brown, Matthewson & Smith<br>140 S. Dearborn Street, Suite 800<br>Chicago, IL  60603<br>Tel. (312) 422-0900<br>Fax (312) 422-0909<br>charles.ofstein@dbmslaw.com<br>robert.smyth@dbmslaw.com<br>kent.mathewson@dbmslaw.com | 1 | $130.94 | Unpaid |

### THIRD- PARTY
### DEFENDANTS' COUNSEL
MARCH-JUNE FEES UNPAID

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Third-Party Defendants** | **ATTORNEY(S)** | **Transaction Count** | **Total Owed** | **Paid** |
| 22 | Premier Title & Escrow Co. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | 2 | $141.79 | Unpaid |
| 23 | Republic Title Company | Michael A. Braun<br>Lee M. Weisz<br>Braun & Rivkin<br>33 North Dearborn Street<br>Suite 500<br>Chicago, IL 60602<br>Tel. (312) 580-0001<br> Fax (312) 580-0828<br>mabraun@speakeasy.net<br>weiszlaw@aol.com | 1 | $130.94 | Unpaid |
| 24 | Stateside Funding, LLC | Mark D. Capuano<br>President<br>Stateside Funding, LLC<br>667 Atwood Avenue<br>Cranston, RI 02920<br>401-383-9249<br>401-383-7660<br>mark@statesidefunding.com<br><br>**Check w/ KRV:**<br>Mike Lepizzero<br>Tel: 405-739-7397 | 1 | $130.94 | Unpaid |
| 25 | Tapalian & Tadros, P.C. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | 44 | $597.49 | Unpaid |

**THIRD- PARTY
DEFENDANTS' COUNSEL**
MARCH-JUNE FEES UNPAID

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Third-Party Defendants | ATTORNEY(S) | Transaction Count | Total Owed | Paid |
| 26 | The Law Offices of Marc D. Foley, P.C. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | 1 | $130.94 | Unpaid |
| 27 | The Mortgage Works | Steele N. Gillaspey<br>Gillaspey & Gillaspey<br>225 Broadway, Suite 2220<br>San Diego, California 92101<br>Tel. (619) 234-3700<br>sng@g-glaw.com | 1 | $130.94 | Unpaid |
| 28 | Union Title Insurance Company | Albert E. Fowerbaugh, Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL  60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com | 1 | $130.94 | Unpaid |
| 29 | Total |  |  | $5,759.63 |  |

# ADDENDUM B

### THIRD-PARTY
### DEFENDANTS' COUNSEL
JULY-SEPTEMBER FEE

| | A | B | K | L |
|---|---|---|---|---|
| 1 | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| 2 | Absolute Title Services Inc. | David A. Ward<br>WARD & METTI, P.C.<br>245 Waukegan Road, Suite 230<br>Northfield, IL 60093<br>Tel. (847) 501-6565<br>Fax (847) 501-6589<br>wardmetti@msn.com | $241.60 | UnPaid |
| 3 | Access Title LLC | Michael W. Favicchio<br>ACCESS TITLE LLC<br>1200 Reservoir Avenue<br>Cranston, RI 02920<br>Tel. (401) 946-1850<br>Fax (401) 383-0572<br>mfavicchio@favilaw.com | $241.60 | Unpaid |
| 4 | American Pioneer Title Insurance Co. | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com<br>and<br>Eric P. Early<br>James S. Schreier<br>Christensen, Glaser, Fink, Jacobs, Weil & Shapiro<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 553-3000<br>Fax (310) 556-2920<br>eearly@chrisglase.com<br>jschreier@chrisglase.com | $685.60 | Unpaid |
| 5 | Atamian Law Associates, P.C. d/b/a Premier Title & Escrow | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>Meckler, Bulger Tilson Marick & Pearson LLP<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $241.60 | Unpaid |

### THIRD-PARTY
### DEFENDANTS' COUNSEL
JULY-SEPTEMBER FEE

| | A | B | K | L |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| 6 | Avalon Abstract Corp. | Lloyd J. Weinstein<br>Melissa A. Cavaliere<br>The Weinstein Group, P.C.<br>Ten Newton Place, Suite 201<br>Hauppauge, NY 11788<br>Tel. (631) 851-1090<br>Fax (631) 851-1092<br>ljw@theweinsteingroup.net<br>mac@theweinsteingroup.net | $241.60 | Unpaid |
| 7 | BLS Funding Corp. | Kevin M. O'Hagan<br>Chance A.E. Hodges<br>O'Hagen Spencer, LLC<br>One East Wacker Drive, Suite 3400<br>Chicago, IL 60601<br>Tel. (312) 422-6100<br>Fax (312) 4226110<br>kohagan@ohagenspencer.com<br>chodges@ohaganspencer.com | $223.84 | Unpaid |
| 8 | Carolyn T. Daley | Rudolf G. Schade, Jr.<br>Scott Brown<br>Cassiday Schade, LLP<br>20 N. Wacker Dr., Suite 1040<br>Chicago, IL 60606-2903<br>Tel. (312) 444-2456<br>Fax (312) 444-1669<br>rgs@cassiday.com<br>sjb@cassiday.com | $223.84 | Unpaid |
| 9 | Chicago Title Co.<br>Chicago Title Insurance Co.<br>Chicago Title of Michigan | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com<br>and<br>Eric P. Early<br>James S. Schreier<br>Christensen, Glaser, Fink, Jacobs, Weil & Shapiro<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 553-3000<br>Fax (310) 556-2920<br>eearly@chrisglase.com<br>jschreier@chrisglase.com | $650.08 | Unpaid |
| 10 | Choice Title Agency, Inc. | John E. Kerley<br>Kerley & Associates, PC<br>2131 West White Oaks Drive, Suite B-2<br>Springfield, IL 62704<br>Tel. (217) 698-0007<br>Fax (217) 726-0006<br>lawyerjohn@aol.com | $223.84 | Unpaid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
JULY–SEPTEMBER FEE

| | A | B | K | L |
|---|---|---|---|---|
| 1 | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| 11 | Classic Home Mortgage Corp. | Kristin S. Yoo<br>Edward M. Ordonez<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3100<br>Fax (312) 706-9755<br>kyoo@cozen.com<br>eordonez@cozen.com | $223.84 | Unpaid |
| 12 | CloseNet, LLC | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | $259.36 | Unpaid |
| 13 | Commonwealth Land Title Company<br>Commonwealth Land Title Insurance Co. | Keith Verges<br>Mark Davenport<br>Don Colleluori<br>Russell Hubbard<br>FIGARI & DAVENPORT LLP<br>3400 Bank of America Plaza<br>901 Main St.<br>Dallas, TX 75202<br>Tel. (214) 939-2017<br>Fax (214) 939-2090<br>kverges@figdav.com<br>mark.davenport@figdav.com<br>don.colleluori@figdav.com<br>AND<br>John L. Ropiequet<br>Christopher S. Naveja<br>Jason B. Hirsh<br>Arnstein & Lehr, LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Phone: 312.876.6900<br>Fax: 312.876.6225<br>jlropiequet@arnstein.com<br>csnaveja@arnstein.com<br>jbhirsh@arnstein.com | $1,218.40 | Unpaid |
| 14 | Connecticut Attorneys Title Insurance Co. | Clark M. Stalker<br>Meckler Bulger Tilson<br>Marick & Pearson LLP<br>123 North Wacker Drive<br>Suite 1800<br>Chicago, IL 60603<br>Ph: (312) 474-7900<br>clark.stalker@mbtlaw.com | $223.84 | Unpaid |
| 15 | Cross Country Lenders LLC | (Dennis Both withdrew as counsel) | $241.60 | Unpaid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
JULY-SEPTEMBER FEE

|  | A | B | K | L |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| 1 |  |  |  |  |
| 16 | CT MORTGAGE |  | $952.00 | Unpaid |
| 17 | Dream House Mortgage Corp. | Preston Halperin<br>Dean Wagner<br>SHECHTMAN HALPERIN SAVAGE LLP<br>1080 Main Street<br>Pawtucket, RI 02860<br>Tel. (401) 272-1400<br>Fax (401) 272-1403<br>phalperin@shslawfirm.com<br>dwagner@shslawfirm.com | $223.84 | Unpaid |
| 18 | Envision Mortgage Solutions, Inc. | Michael J. Delrahim<br>Dennis E. Both<br>Brown, Udell & Pomerantz<br>1332 N. Halsted Street<br>Chicago, IL 60622<br>Tel. (312) 475-9900<br>Fax (312) 475-1188<br>mdelrahim@buplaw.com<br>dboth@buplaw.com | $223.84 | Unpaid |
| 19 | Equity Settlement Services, Inc. | Alexander E. Sklavos<br>Law Offices of Alexander E. Sklavos, PC<br>One Old Country Road, Suite 200<br>Carle Place, NY 11514<br>Tel. (516) 248-4000<br>Fax (516) 877-8010<br>aes@sklavoslaw.com<br>AND<br>George P. Apostolides<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Tel. (312) 876-7100<br>Fsx (312) 876-0288<br>gapostolides@arnstein.com | $241.60 | Unpaid |
| 20 | Fairway Financial Group LLC | Dennis Both/Brown Udell WITHDREW | $223.84 | Unpaid |

### THIRD-PARTY
### DEFENDANTS' COUNSEL
JULY–SEPTEMBER FEE

|  | A | B | K | L |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| 1 |  |  |  |  |
| 21 | Fidelity Nation Title Company<br>Fidelity National Title Insurance Company<br>Fidelity National Title Insurance Company of New York | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com<br>and<br>Eric P. Early<br>James S. Schreier<br>Christensen, Glaser, Fink, Jacobs, Weil & Shapiro<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 553-3000<br>Fax (310) 556-2920<br>eearly@chrisglase.com<br>jschreier@chrisglase.com | $827.68 | Unpaid |
| 22 | Frank J. Manni, Esq. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $223.84 | Unpaid |
| 23 | Guarantee Title and Trust Co. | David C. McCormack<br>McCormack Law<br>18875 Saratoga Court<br>Brookfield, WI 53045<br>Tel. (262) 790-1160<br>Fax (262) 790.1208<br>maclaw@execpc.com | $259.36 | Unpaid |
| 24 | Home Equity Title Services, Inc. | Anthony C. Campanale<br>ANTHONY C. CAMPANALE & ASSOCIATES<br>19 South LaSalle Street, Suite 1500<br>Chicago, IL 60603<br>Tel. (312) 641-2233<br>Fax (312) 641-0180<br>accampanale@acclaw.com | $223.84 | Unpaid |
| 25 | Ilene K. Chapel | William E. Hosler<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, PC<br>380 N. Old Woodward Ave., Ste. 300<br>Birmingham, MI 48009<br>Tel. (248) 642-0333<br>Fax (248) 642-0856<br>weh@wwrplaw.com | $223.84 | Unpaid |
| 26 | Illinois Mortgage Funding Corp. | (Dennis Both withdrew as counsel) | $223.84 | Unpaid |

## THIRD-PARTY
## DEFENDANTS' COUNSEL
JULY-SEPTEMBER FEE

| | A | B | K | L |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| 1 | | | | |
| 27 | K.E.L. Title Insurance | Martha D. Bolton<br>Kaufman, Englett, and Lynd, LLC<br>151 Wymore Road<br>Suite 3000<br>Altamonte Springs, FL 32714<br>Phone: 407-513-1900<br>Fax: 407-513-1961<br>mbolton@kelattorneys.com | $241.60 | Unpaid |
| 28 | LandAmerica Financial Group, Inc. | Keith Verges<br>Mark Davenport<br>Don Colleluori<br>Russell Hubbard<br>FIGARI & DAVENPORT LLP<br>3400 Bank of America Plaza<br>901 Main St.<br>Dallas, TX 75202<br>Tel. (214) 939-2017<br>Fax (214) 939-2090<br>kverges@figdav.com<br>mark.davenport@figdav.com<br>don.colleluori@figdav.com<br>AND<br>John L. Ropiequet<br>Christopher S. Naveja<br>Jason B. Hirsh<br>Arnstein & Lehr, LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Phone: 312.876.6900<br>Fax: 312.876.6225<br>jlropiequet@arnstein.com<br>csnaveja@arnstein.com<br>jbhirsh@arnstein.com | $401.44 | Unpaid |
| 29 | Law Office of Anthony A. Senerchia, Sr. P.C | Eric D Kaplan<br>Jared Ira Rothkopf<br>KAPLAN PAPADAKIS & GOURNIS, LLP<br>180 North LaSalle St., Suite 2108<br>Chicago, IL 60601<br>Tel. (312) 726-0531<br>Fax (312) 726-4928<br>ekaplan@kpglaw.com<br>jrothkopf@kpglaw.com | $241.60 | Unpaid |
| 30 | Law Offices of Jonathan P. Ash | Bruce Meckler | $241.60 | Unpaid |
| 31 | Law Office of Joseph E. Nealon | Joseph E. Nealon<br>NEALON & ROSENFIELD<br>45 Lyman Street, Suite 28<br>Westborough, MA 01581<br>Tel. (508) 366-0044<br>Fax (508) 366-0162<br>jnealon@nealonrosenfield.com | $277.12 | Unpaid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
JULY-SEPTEMBER FEE

|  | A | B | K | L |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| **1** |  |  |  |  |
| **32** | Law Offices of Nicholas Barrett | Eric D Kaplan<br>Jared Ira Rothkopf<br>KAPLAN PAPADAKIS & GOURNIS, LLP<br>180 North LaSalle St., Suite 2108<br>Chicago, IL 60601<br>Tel. (312) 726-0531<br>Fax (312) 726-4928<br>ekaplan@kpglaw.com<br>jrothkopf@kpglaw.com | $419.20 | Unpaid |
| **33** | Lawyers Title Insurance Corporation | Keith Verges<br>Mark Davenport<br>Don Colleluori<br>Russell Hubbard<br>FIGARI & DAVENPORT LLP<br>3400 Bank of America Plaza<br>901 Main St.<br>Dallas, TX 75202<br>Tel. (214) 939-2017<br>Fax (214) 939-2090<br>kverges@figdav.com<br>mark.davenport@figdav.com<br>don.colleluori@figdav.com<br>AND<br>John L. Ropiequet<br>Christopher S. Naveja<br>Jason B. Hirsh<br>Arnstein & Lehr, LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Phone: 312.876.6900<br>Fax: 312.876.6225<br>jlropiequet@arnstein.com<br>csnaveja@arnstein.com<br>jbhirsh@arnstein.com | $650.08 | Unpaid |
| **34** | Lenders First Choice | Kevin J. Clancy (withdrew 9-11- Lenders closed business)<br>Lowis & Gellen<br>200 W. Adams, Suite 1900<br>Chicago, IL 60606<br>kclancy@lowis-gellen.com<br>Tel: (312) 628-7855<br>Fax: 312-364-1003<br>kclancy@lowis-gellen.com | $223.84 | Unpaid |
| **35** | Liberty Title & Escrow Co., Inc. | Dennis Both<br>Brown, Udell & Pomerantz<br>1332 N. Halsted Street<br>Chicago, IL 60622<br>dboth@buplaw.com<br>(312) 475-9900 | $241.60 | UnPaid |

### THIRD-PARTY
### DEFENDANTS' COUNSEL
JULY-SEPTEMBER FEE

|   | A | B | K | L |
|---|---|---|---|---|
|   | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| 1 |  |  |  |  |
| 36 | MacKinnon & Tavano, LLC | Joseph B. Carini, III<br>JOHNSON & BELL, LTD.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>Tel. (312) 984 6668<br>carinij@jbltd.com | $223.84 | Unpaid |
| 37 | Medici & Sciacca PC | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@**mbtlaw.com** | $223.84 | Unpaid |
| 38 | Michigan Trust Title Agency LLC | James Kenneth Borcia<br>David O. Yuen<br>TRESSLER SODERSTROM MALONEY &<br>PRIESS<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606-6308<br>Tel. (312) 627-4104<br>Fax (312)617-1717<br>jborcia@tsmp.com<br>dyuen@tsmp.com | $223.84 | Unpaid |
| 39 | Mortgage Information Services, Inc. | Timothy D. Elliott<br>Emily L. Shupe<br>Derek M. Johnson<br>Rathje & Woodward, LLC<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, IL 60187<br>Tel. (630) 668-8500<br>Fax (630) 668-7650<br>telliott@rathjewoodward.com<br>eshupe@rathjewoodward.com<br>djohnson@rathjewoodward.com | $1,804.48 | Unpaid |
| 40 | Mortgage Store | Terrill Currie<br>600 N. Pine Island Rd.<br>Plantation, FL 33324<br>terrill_c@yahoo.com | $223.84 | Unpaid |
| 41 | Northwest Title and Escrow Corporation | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | $1,129.60 | Unpaid |

**THIRD-PARTY
DEFENDANTS' COUNSEL**
JULY-SEPTEMBER FEE

| | A | B | K | L |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| 1 | | | | |
| 42 | Old Republic National Title Insurance Co. | Andrew R. Greene<br>Emily V. Wolf<br>Johnston Greene LLC<br>542 South Dearborn, Suite 1100<br>Chicago, IL 60605<br>Tel. (312) 341-3900<br>Fax (312) 641-0700<br>agreene@johnstongreene.com<br>ewolf@johnstongreene.com | $952.00 | Unpaid |
| 43 | Premier Title & Escrow Co. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $241.60 | Unpaid |
| 44 | Richmond Title Services, LP | Matthew D. Matkov<br>993 Old Eagle School Road, Suite 412<br>Wayne, PA 19087<br>Tel. (610) 964-3333<br>Fax (610) 964-3334<br>jtodd@saltzpolisher.com<br>mmatkov@saltzpolisher.com | $419.20 | Unpaid |
| 45 | Tamayo Financial Services, Inc. (Dismissed 9/23/09) | Glicel E. Sumagaysay<br>American Mortgage Law Group, P.C.<br>75 Rowland Way, Suite 350<br>Novato, CA 94945<br>(415) 878-0030 x 161<br>gsumagaysay@americanmlg.com<br><br>Robert A. Carson<br>Stephanie A. Petersmarck<br>Gould & Ratner LLP<br>222 North LaSalle Street<br>Suite 800<br>Chicago, Illinois 60601<br>P: 312.899.1633<br>F: 312.236.3241<br>rcarson@gouldratner.com<br>spetersmarck@gouldratner.com | $223.84 | Unpaid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
JULY-SEPTEMBER FEE

| | A | B | K | L |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| 1 | | | | |
| 46 | Tapalian & Tadros, P.C. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $987.52 | Unpaid |
| 47 | The Law Offices of Marc D. Foley, P.C. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $223.84 | Unpaid |
| 48 | Ticor Title Insurance Co. | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL  60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com<br>and<br>James S. Schreier<br>Eric P. Early<br>Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA  90067<br>Tel. (310) 553-3000<br>Fax (310) 556-2920<br>eearly@chrisglase.com<br>jschreier@chrisglase.com | $2,177.44 | Unpaid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
JULY-SEPTEMBER FEE

|  | A | B | K | L |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid/Unpaid** |
| 1 |  |  |  |  |
| 49 | Transnation Title Insurance Co. | Keith Verges<br>Mark Davenport<br>Don Colleluori<br>Russell Hubbard<br>FIGARI & DAVENPORT LLP<br>3400 Bank of America Plaza<br>901 Main St.<br>Dallas, TX 75202<br>Tel. (214) 939-2017<br>Fax (214) 939-2090<br>kverges@figdav.com<br>mark.davenport@figdav.com<br>don.colleluori@figdav.com<br>AND<br>John L. Ropiequet<br>Christopher S. Naveja<br>Jason B. Hirsh<br>Arnstein & Lehr, LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Phone: 312.876.6900<br>Fax: 312.876.6225<br>jlropiequet@arnstein.com<br>csnaveja@arnstein.com<br>jbhirsh@arnstein.com | $312.64 | Unpaid |
| 50 | TranStar National Title | Frank J. Kokoszka<br>Kokoszka & Janczur, P.C.<br>140 South Dearborn, Suite 1610<br>Chicago, IL 60603<br>Tel. (312) 443-9600<br>Fax (312) 443-5704<br>fkokoszka@k-jlaw.com | $223.84 | Unpaid |
| 51 | Union Title Insurance Company | Albert E. Fowerbaugh, Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com | $223.84 | Unpaid |
| 52 | **Total** |  | **$21,741.44** |  |
| 53 |  |  |  |  |