# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

## MOTION TO APPROVE FEES AND EXPENSES AND SUPPORTING DOCUMENTATION DETAILING LIAISON COUNSEL TO THIRD-PARTY DEFENDANTS' FEES AND EXPENSES FROM JANUARY 1, 2010 TO MARCH 31, 2010

In accordance with this Court's orders (Docket Entries ("D.E") # 2347, # 2550) the undersigned Liaison Counsel to Third-Party Defendants hereby submits documentation detailing their attorneys' fees and expenses from January 1, 2010 through March 31, 2010 for which they seek reimbursement. In support thereof, Liaison Counsel states as follows:

1.  The total of Liaison Counsel's fees and expenses for the quarter ending March 31, 2010 is $27,860.16.[1] See Declaration of David J. Chizewer, attached hereto as Exhibit A ("Chizewer Decl."). A true and correct copy of the invoice associated with the quarter ending March 31, 2010 issued by Goldberg Kohn Ltd. is attached to the Chizewer Decl. as Exhibit 1 (the "Invoice"). The Invoice reflects the names of the attorneys and/or

---

[1] Pursuant to this Court's Order of December 10, 2008, found at *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litig.*, 2008 WL 5170769, *4-*6 (N.D. Ill. Dec. 10, 2008), Liaison Counsel has not included in this amount the $4,484.25 that corresponds to time spent preparing their earlier fee petitions, determining the amount owed by each Third-Party Defendant pursuant to their earlier fee awards from the Court in accordance with the formula approved by this Court on September 8, 2008, drafting a motion for judgment against certain Third-Party Defendants that have not paid amounts owed for previous fees, or communicating with Third-Party Defendants regarding fees (D.E. # 2347).

paralegals performing the work, their hourly rates, the hours spent, and the work performed. The Invoice also includes the expenses associated with this matter. See Chizewer Decl. ¶ 3.

2. During the quarter ending March 31, 2010, the fees incurred by Liaison Counsel derive from, *inter alia*, the following tasks that were performed on behalf of all Third-Party Defendants: conferring with Third-Party Defendants and coordinating strategy decisions regarding the class action settlement; drafting a motion for an extension of time to file answers and an reply in support thereof; drafting status reports to the court regarding the status hearing that was set for April 8, 2010; discussing the possibility of mediation with Third-Party Defendants and the Third-Party Plaintiffs; and continuing to coordinate the general discussions and activities of Third-Party Defendants in this case.

WHEREFORE, Liaison Counsel respectfully requests that the Court approve fees in the amount of $27,860.16 as an order of the Court so Liaison Counsel may request payment from each Third-Party Defendant without further motion or process, in accordance with the formula approved by this Court on September 8, 2008 (D.E. # 2347) ("We approve Liaison Counsel's proposal splitting the reimbursable amount among the Third-Party Defendants, with half to be paid on a 'per party' basis and the other half to be paid on a 'per transaction' basis.") Liaison Counsel further requests that it be permitted to seek Court enforcement, upon notice and motion only, against any Third-Party Defendant that refuses to pay the Court-ordered fees and expenses upon request.

Dated: April 30, 2010            Respectfully submitted,

                                       By    /s/ Kathryn B. Walter

David J. Chizewer
Steven A. Levy
Kathryn B. Walter
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

Liaison Counsel for Third-Party Defendants and
Counsel for Third-Party Defendant:

NATIONAL REAL ESTATE INFORMATION
SERVICES