IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## DECLARATION OF DAVID J. CHIZEWER

I, David J. Chizewer, declare and state as follows:

1. I am a principal of the law firm Goldberg Kohn Ltd. ("Goldberg Kohn"), and I am counsel for Third-Party Defendant National Real Estate Information Services. Inc., in the above-captioned matter. Goldberg Kohn, and specifically myself, Steven A. Levy, and Kathryn B. Walter, have been appointed by this Court to act as Liaison Counsel for all of the Third-Party Defendants in this matter.

2. I was admitted to practice in the State of Illinois in 1991 and remain in good standing before the Supreme Court of Illinois.

3. Through March 31, 2010, Goldberg Kohn has performed work and incurred expenses associated with its role as Liaison Counsel to the Third-Party Defendants in the above-captioned lawsuit, for a total value of $27,860.16.[1] A print out of an Invoice

---

[1] Pursuant to this Court's Order of December 10, 2008, found at *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litig.*, 2008 WL 5170769, *4-*6 (N.D. Ill. Dec. 10, 2008), Liaison Counsel has not included in this amount the $4,484.25 that corresponds to time spent preparing their earlier fee petitions, determining the amount owed by each Third-Party Defendant pursuant to their earlier fee awards from the Court in accordance with the formula approved by this Court on September 8, 2008, drafting a motion for judgment against certain Third-Party Defendants that have not paid amounts owed for previous fees, or communicating with Third-Party Defendants regarding fees (D.E. # 2347).

showing such fees and costs is attached hereto as Exhibit 1. The rates charged by Goldberg Kohn have already been approved by the Court and are comparable to the rates charged by other commercial law firms in Chicago, and the work reflected in Invoice attached hereto as Exhibit 1 was necessary and appropriate to protect the Third-Party Defendants' interests in this case. The Invoice reflects the names of the attorneys and/or paralegals performing the work, their hourly rates, the hours spent, and the work performed. The Invoice also includes the costs associated with this matter. <u>See</u> Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2010.

_____
David J. Chizewer

# GOLDBERG KOHN

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES
Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

APRIL 28, 2010
6312.002/193640
PAGE 1

REGARDING:  LIAISON COUNSEL

**FOR PROFESSIONAL SERVICES RENDERED**

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 01/04/10 | Review brief in support of class action settlement and review class action settlement (1.50); draft and send email to Third-Party Plaintiffs' counsel re issues concerning class action settlement (1.00); conference with KBW re to-do list (.25) | DJC | 2.75 | 1,375.00 |
| 01/04/10 | Conference with DJC re to-do list (.25); review correspondence from Third-Party Defendants re fees (.25) | KBW | 0.50 | 182.50 |
| 01/05/10 | Review email from B. LeSage re class action settlement | DJC | 0.25 | 125.00 |
| 01/06/10 | Correspond with DJC and Third-Party Defendants re status of class action settlement and identification of documents | KBW | 0.25 | 91.25 |
| 01/11/10 | Conference with DMO re scheduling and other administrative issues | KBW | 0.50 | 182.50 |
| 01/19/10 | Review email from A. Greene and compose strategy re same | DJC | 0.50 | 250.00 |
| 01/19/10 | Review correspondence from Third-Party Defendants re strategy | KBW | 0.25 | 91.25 |
| 01/20/10 | Conference with KBW re strategy on email from A. Greene (.25) compose email response to same (.50); review of opinion re Third-Party Defendants' motion to dismiss Fifth Amended Consolidated Third-Party Complaint (.50) | DJC | 1.25 | 625.00 |
| 01/20/10 | Review email correspondence from A. Greene re strategy for (.50); conference with DJC re same (.25) | KBW | 0.75 | 273.75 |
| 01/26/10 | Review and respond to various emails re answer and class action settlement | DJC | 0.75 | 375.00 |

**EXHIBIT 1**

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

APRIL 28, 2010
6312.002/193640
PAGE 2

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/26/10 | Review correspondence from Third-Party Defendants re strategy questions (.25); review Memorandum Opinion and Order re motion to dismiss (.25) | KBW | 0.50 | 182.50 |
| 01/27/10 | Review emails re class settlement issue and answer issues | DJC | 0.50 | 250.00 |
| 01/27/10 | Review correspondence from Third-Party Defendants re strategy (.75); review proforma in preparation for compiling motion for approval of Liaison Counsel fees (.50) | KBW | 1.25 | 456.25 |
| 01/27/10 | Email communications with KBW and WLS re Third-Party Defendant payments for first or second invoice; email charts to WLS re same; review emails from KBW re Third-Party Defendant activity | NXB+ | 1.00 | 185.00 |
| 01/29/10 | Prepare Liaison Counsel request for fees and review invoice from 10/1/09 to 12/31/09 to determine activities for quarter | KBW | 1.75 | 638.75 |
| 01/29/10 | File Notice and Motion to Approve Fees and Expenses and Supporting Documentation Detailing Liaison Counsel to Third-Party Defendants' Fees and Expenses from 10/1/09 through 12/31/09; deliver courtesy copy of same to Judge Aspen 05 C 7097 | MXE+ | 0.75 | 82.50 |
| 02/01/10 | Review emails re class settlement and answer strategy issues | DJC | 0.50 | 250.00 |
| 02/02/10 | Conference with KBW re strategy on answer and re class settlement (.50); review and edit email to Third-Party Defendants re same (.25) | DJC | 0.75 | 375.00 |
| 02/02/10 | Conference with DJC re to-do list and answer strategy/class settlement (.25); draft email to Third-Party Defendants (.50) | KBW | 0.75 | 273.75 |
| 02/02/10 | Meet with WLS re Third-Party Defendant payments | NXB+ | 0.75 | 138.75 |
| 02/03/10 | Send email to Third-Party Defendants re status of case | KBW | 0.25 | 91.25 |
| 02/04/10 | Review emails re class settlement and answer strategy | DJC | 0.25 | 125.00 |
| 02/04/10 | Update Third-Party Defendant fees | KES++ | 1.50 | 0.00 |
| 02/08/10 | Update charts of paid Third-Party Defendants and review checks (.75); prepare list of TPD owing more than $1000 (.50); email to KBW re same (.25) | NXB+ | 1.50 | 277.50 |

**EXHIBIT 1**

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

APRIL 28, 2010
6312.002/193640
PAGE 3

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/09/10 | Review invoice charts for Third-Party Defendants over $1000 (.25); email to WLS re recent payments (.25) | NXB+ | 0.50 | 92.50 |
| 02/09/10 | Update Third-Party Defendant fees | KES++ | 0.75 | 0.00 |
| 02/11/10 | Draft Third-Party Defendants' motion for extension of time to file answers | KBW | 3.30 | 1,204.50 |
| 02/11/10 | Update Third-Party Defendant fees | KES++ | 0.75 | 0.00 |
| 02/12/10 | Draft Third-Party Defendants' motion for extension of time to file answers | KBW | 3.50 | 1,277.50 |
| 02/16/10 | Review emails re class settlement and Third-Party Defendants' motion for extension of time to file answers | DJC | 0.50 | 250.00 |
| 02/16/10 | Review correspondence from Third-Party Defendants and respond re same | KBW | 0.80 | 292.00 |
| 02/17/10 | Edit Third-Party Defendants' motion for extension of time to file answers | DJC | 1.00 | 500.00 |
| 02/17/10 | Review and respond to correspondence from Third-Party Defendants | KBW | 0.30 | 109.50 |
| 02/18/10 | Finalize/file Third-Party Defendants' motion for extension of time to file answers and email exchange re same | DJC | 1.30 | 650.00 |
| 02/18/10 | Review correspondence from R. Radasavich and DEM re Third-Party Defendants' motion for extension of time to file answers | KBW | 0.30 | 109.50 |
| 02/18/10 | File Notice and Motion for Extension of Time to File Answers; deliver courtesy copy to Judge Aspen 05 C 7097 | MXE+ | 0.50 | 55.00 |
| 02/19/10 | Email exchange with counsel for Third-Party Plaintiffs re remediation issues (.25); review orders re same (.25) | DJC | 0.50 | 250.00 |
| 02/22/10 | Attention to mediation issues (.25); initial drafting of email to Third-Party Defendants re same (.25) | DJC | 0.50 | 250.00 |
| 02/22/10 | Review and revise draft communication to Third-Party Defendants (.50); review recent pleadings re transfer of cases to home forums and opposition to settlement (.30) | KBW | 0.80 | 292.00 |

**EXHIBIT 1**

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

APRIL 28, 2010
6312.002/193640
PAGE 4

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/23/10 | Strategize, review and edit emails to Third-Party Defendant group re class action settlement and mediation (1.00); review and edit email to B. Newman re mediation (.50); review emails from Third-Party Defendants re strategy (.30); review response to Third-Party Defendants' motion for extension of time to file answers and response to remand motions (.50); review sample answer (.20); conference with KBW re all of the above (.80) | DJC | 3.30 | 1,650.00 |
| 02/23/10 | Conference with DJC re to-do list (.80); review correspondence from Third-Party Defendants (.70) | KBW | 1.50 | 547.50 |
| 02/24/10 | Email exchanges with Third-Party Defendants re discovery issues and review orders re same (1.30); work on Third-Party Defendants' reply to motion for extension of time to file answers (1.50) | DJC | 2.80 | 1,400.00 |
| 02/24/10 | Review email correspondence to Third-Party Defendants re document identification and conference with DJC re same | KBW | 0.50 | 182.50 |
| 02/26/10 | Work on Third-Party Defendants' reply to motion for extension of time to file answers | DJC | 3.80 | 1,900.00 |
| 02/28/10 | Finalize Third-Party Defendants' draft reply in support of motion for extension of time to file answers and email to KBW re same | DJC | 1.30 | 650.00 |
| 03/01/10 | Review letter from Third-Party Plaintiffs re document request and email exchange with KBW re strategy on same (.30); finalize Third-Party Defendants' reply in support of motion for extension of time to file answers (.30) | DJC | 0.60 | 300.00 |
| 03/01/10 | Review correspondence from Third-Party Defendants (.50); review and revise draft reply prepared by DJC (.80) | KBW | 1.30 | 474.50 |
| 03/02/10 | Email exchanges re briefing on motion for extension of time to file answers and re discovery issues (.30); work on status report and email exchange re same (1.00) | DJC | 1.30 | 650.00 |
| 03/02/10 | Draft status report to Court re 4/8/10 status hearing (1.80); review correspondence from Third-Party Defendants (.50) | KBW | 2.30 | 839.50 |
| 03/03/10 | Work on status report and email exchange re same | DJC | 1.00 | 500.00 |

**EXHIBIT 1**

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

APRIL 28, 2010
6312.002/193640
PAGE 5

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/10 | Review correspondence from Third-Party Defendants re draft status report | KBW | 1.20 | 438.00 |
| 03/04/10 | Email exchanges re status reports (.30); finalize Third-Party Defendants' reply in support of motion for extension of time to file answers (.70) | DJC | 1.00 | 500.00 |
| 03/04/10 | Review correspondence from Third-Party Defendants re status report (.50); correspond with DJC re same (.40); revise Third-Party Defendants' reply in support of motion for extension of time to file answers (1.00) | KBW | 1.90 | 693.50 |
| 03/04/10 | Calculate and review emails re Third-Party Defendant Allied Home Mortgage per KBW | NXB+ | 0.60 | 111.00 |
| 03/04/10 | File Joint Status Report; deliver courtesy of same to Judge Aspen 05 C 7097 | MXE+ | 0.50 | 55.00 |
| 03/05/10 | Revise Third-Party Defendants' reply in support of motion for extension of time to file answers | KBW | 0.40 | 146.00 |
| 03/05/10 | File Third-Party Defendants' Reply in Support of Motion for Extension of Time to File Answers 05 C 7097; deliver courtesy copy to Judge Aspen | MXE+ | 0.70 | 77.00 |
| 03/06/10 | Review B. LeSage letter and A. Green's response to same | DJC | 0.40 | 200.00 |
| 03/08/10 | Conference with KBW re strategy on mediation and re discovery issues (.30); review emails re same (.20) | DJC | 0.50 | 250.00 |
| 03/08/10 | Telephone conference with DJC re correspondence between B. LeSage and other Third-Party Defendants | KBW | 0.20 | 73.00 |
| 03/09/10 | Review correspondence from B. LeSage and A. Greene | KBW | 0.30 | 109.50 |
| 03/10/10 | Telephone conference with DJC re responding to correspondence from B. LeSage and A. Greene | KBW | 0.20 | 73.00 |
| 03/11/10 | Review letter from A. Greene (.20); conference with KBW re same (.10) | DJC | 0.30 | 150.00 |
| 03/11/10 | Review voice mail from DJC re motion for judgment and discuss same with NXB, and review correspondence from A. Greene | KBW | 0.10 | 36.50 |

**EXHIBIT 1**

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000 FAX 312.332.2196 WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300 CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

APRIL 28, 2010
6312.002/193640
PAGE 6

| **DATE** | **DESCRIPTION** | **ATTY** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 03/17/10 | Attention to status hearing issues | DJC | 0.20 | 100.00 |
| 03/17/10 | Conference with NXB re new chart for fees (.10); draft correspondence to Third-Party Defendants re scheduling (.10) | KBW | 0.20 | 73.00 |
| 03/17/10 | Email charts of Liaison Counsel fees to KBW re Third-Party Defendant payment or non-payment (.20); update charts with recent check info (.80) | NXB+ | 1.00 | 185.00 |
| 03/18/10 | Email exchange re status hearing | DJC | 0.20 | 100.00 |
| 03/18/10 | Review emails and ECF notices re update chart for September-December Liaison Counsel fees | NXB+ | 5.00 | 925.00 |
| 03/20/10 | Review letter from R. Manvitz re discovery issues | DJC | 0.30 | 150.00 |
| 03/22/10 | Review correspondence from R. Manvitz re discovery issues | KBW | 0.10 | 36.50 |
| 03/22/10 | Prepare and finalize chart of Third-Party Defendant Liaison Counsel Fees for September-December | NXB+ | 5.00 | 925.00 |
| 03/23/10 | Review correspondence from J. Finke and respond to same | KBW | 0.40 | 146.00 |
| 03/24/10 | Review emails re discovery issues | DJC | 0.30 | 150.00 |
| 03/24/10 | Draft motion for judgment against Third-Party Defendants that have not paid fees | KBW | 2.00 | 730.00 |
| 03/24/10 | Update charts per KBW email (.20); contact Zurich re checks (1.60); fax copy of checks (.10); email KBW re same (.10) | NXB+ | 2.00 | 370.00 |
| 03/26/10 | Draft correspondence to DJC | KBW | 0.10 | 36.50 |
| 03/26/10 | Email communications with KBW re Third-Party Defendant payments and unidentified checks (.40); follow up with Zurich re checks (.30); review charts (.30) | NXB+ | 1.00 | 185.00 |
| 03/29/10 | Review correspondence re discovery issues | DJC | 0.20 | 100.00 |
| 03/29/10 | Draft papers re motion for judgment (.80); Review correspondence from R. Manvitz re discovery issues(.10) | KBW | 0.90 | 328.50 |
| 03/29/10 | Follow-up with Zurich re checks unidentified (.20); contact TIAC re check for Third-Party Defendant (.10); email communications with KBW re same (1.00); review charts and update (.20) | NXB+ | 1.50 | 277.50 |

**EXHIBIT 1**

# GOLDBERG KOHN

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

APRIL 28, 2010
6312.002/193640
PAGE 7

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/31/10 | Draft correspondence to Third-Party Defendant group re unpaid fees | KBW | 0.40 | 146.00 |
| 03/31/10 | Review emails and spreadsheets to answer Third-Party Defendant emails re payments or updates per KBW email to all Third-Party Defendants re non-payment | NXB+ | 1.50 | 277.50 |

|  |  |  |
|---|---|---|
| TOTAL FOR SERVICES | $ | 29,478.00 |

+ DENOTES PARALEGAL

**SERVICE CHARGES AND DISBURSEMENTS**

| | |
|---|---|
| Copying | 37.80 |
| Telephone | 59.45 |
| Lexis-Nexis Legal Search Charges Invoice # 0911012113  11/30/2009 | 303.77 |
| Westlaw Invoice #819594654  11/30/2009 | 132.40 |
| Lexis-Nexis Legal Search Charges Invoice # 0912039423  12/31/2009 | 313.50 |
| Westlaw Invoice #819795749  December 31, 2009 | 1,539.05 |
| Search Fees - - VENDOR: Pacer Service Center | 6.40 |
| Lexis-Nexis Legal Search Charges Invoice # 1001006483  01/31/2010 | 229.13 |
| Lexis-Nexis Legal Search Charges Invoice # 1002002513  02/28/2010 | 244.91 |

|  |  |  |
|---|---|---|
| TOTAL SERVICE CHARGES AND DISBURSEMENTS | $ | 2,866.41 |
| TOTAL THIS STATEMENT | $ | 32,344.41 |

**EXHIBIT 1**

# GOLDBERG KOHN

GOLDBERG KOHN LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

APRIL 28, 2010
6312.002/193640
PAGE 8

**PREVIOUS STATEMENTS OUTSTANDING**

| BILL NO. | DATE | FEES | COSTS | AMOUNT RECEIVED | CREDIT ADJUSTMENT | BALANCE |
|---|---|---|---|---|---|---|
| 190415 | 11/20/09 | 58,315.00 | 0.00 | 19,825.32 | 0.00 | 38,489.68 |
| 191622 | 01/21/10 | 32,645.00 | 10,997.26 | 0.00 | 0.00 | 43,642.26 |
| | | TOTAL AMOUNT OUTSTANDING | | | $ | 82,131.94 |
| | | TOTAL AMOUNT DUE | | | $ | 114,476.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| For Professional Services Rendered Thru Mar 31, 2010 | | | | | $ | 29,478.00 |
| For Service Charges/Disbursements Thru Mar 31, 2010 | | | | | $ | 2,866.41 |
| | | | TOTAL | | $ | 32,344.41 |

**PREVIOUS STATEMENTS OUTSTANDING**

| BILL NO. | DATE | FEES | COSTS | AMOUNT RECEIVED | CREDIT ADJUSTMENT | BALANCE |
|---|---|---|---|---|---|---|
| 190415 | 11/20/09 | 58,315.00 | 0.00 | 19,825.32 | 0.00 | 38,489.68 |
| 191622 | 01/21/10 | 32,645.00 | 10,997.26 | 0.00 | 0.00 | 43,642.26 |
| | | TOTAL AMOUNT OUTSTANDING | | | $ | 82,131.94 |
| | | TOTAL AMOUNT DUE | | | $ | 114,476.35 |

**EXHIBIT 1**