UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                Plaintiff,

v.                                                      Case No.: 1:05−cv−07097
                                                          Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 3, 2010:

      MINUTE entry before Honorable Marvin E. Aspen:Third−party defendant National Real Estate Information Services Liaison Counsel's Motion [3550] for entry of judgment against certain third−party defendants for attorneys' fees and costs; and Third Party Defendant National Real Estate Information Services Motion for attorney fees [3554] is taken under advisement. The motion hearings set for 5/5/10 are stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.