# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTION: <br><br> *Pintsak v. Ameriquest*, Case No. 05-CV-5035 <br> *Furgeson v. Ameriquest*, Case No. 04-CV-7627 <br> *Wertepny v. Ameriquest*, Case No. 05-CV-1402 | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, May 11, 2010 at 10:30 a.m. or as soon thereafter as the mater may be heard before the Honorable Marvin E. Aspen in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn, Chicago, Illinois 60604, the undersigned shall present the Joint Motion to Transfer Third Party Claims, a copy of which has been served upon you by the Court's ECF/electronic mailing system.

DATED: May 4, 2010

Respectfully submitted,

By: /s/ Tara Goodwin

*Attorneys for Plaintiffs William Pintsak Sandra Pintsak, Marie Furgeson, Brett Wertepny, and Yvonne Wertepny*

Tara Goodwin, Esq.
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle St., Suite 1800
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

By: /s/ Bernard E. LeSage

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 4th day of May 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage