**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) _____) ) THIS DOCUMENT RELATES TO ALL ) ACTIONS ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge<br>Marvin E. Aspen |

_____

| | |
|---|---|
| ANDREW JOHNSON and BARBARA JOHNSON, ) ) ) Plaintiffs, ) ) v. ) ) AMERIQUEST MORTGAGE COMPANY, ) HSBC MORTGAGE SERVICES, INC., and ) DOES 1-5, ) ) Defendants. ) | 07 C 125<br><br>Originally 06 C 172 (W.D. Mich.)<br><br>Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097<br><br>**DEMAND FOR JURY TRIAL** |

**MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS
ANDREW JOHNSON AND BARBARA JOHNSON**

Counsel for plaintiffs, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiffs Andrew Johnson and Barbara Johnson pursuant to Rule 83.17 of the Northern District of Illinois.

In support of this motion, Counsel state the following:

1. Notice of this motion has been sent by regular and certified mail to plaintiffs'

1

last known address.

    2.     Plaintiffs have failed to cooperate with Counsel.

    3.     This communication breakdown between Plaintiffs and Counsel has made it unreasonably difficult to represent Plaintiffs.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiffs and grant plaintiffs 60 days to find other counsel, and/or file supplementary appearances.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)