IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO THE FOLLOWING INDIVIDUAL ACTIONS: | ) ) ) (Centralized before the Honorable ) Marvin E. Aspen |
| *Pintsak v. Ameriquest*, No. 05-CV-5035 *Furgeson v. Ameriquest*, No. 04-CV-7627 *Wertepny v. Ameriquest*, No. 05-CV-1402 | ) ) ) |

## AMERICAN PIONEER TITLE INSURANCE COMPANY'S RESPONSE TO JOINT MOTION TO TRANSFER THIRD-PARTY CLAIMS

Third-Party Defendant American Pioneer Title Insurance Company ("American Pioneer"), by and through its counsel of record, hereby responds to the Joint Motion to Transfer Third-Party Claims (the "Joint Motion") filed by the Ameriquest Defendants and certain opt-out Plaintiffs as follows:

1. On April 6, 2010, this Court ordered that the *Pintsak*, *Wertepny*, and *Furgeson* action be transferred back to the original transferor courts. Docket No. 3500.

2. On May 4, 2010, the Ameriquest Defendants and the plaintiffs in these three actions filed the Joint Motion, requesting this Court to transfer Ameriquest's third-party claims. Docket No. 3563.

3. In the Joint Motion, the Ameriquest Defendants and moving plaintiffs identify American Pioneer as one of the third-party defendants in the *Furgeson* matter. Joint Motion, p. 2.

4. However, American Pioneer is *not* a third-party defendant in the *Furgeson* action. According the Ameriquest Defendants' Fifth Amended Third-Party Complaint, the third party

defendants to that action are Northwest Title and Escrow Corporation and Old Republic National Title Insurance Company. *See* Fifth Amended Third-Party Complaint (Docket No. 2913), p. 78 (Attached as Exhibit A).

5.  Therefore, American Pioneer respectfully requests that any order entered by this Court on the Joint Motion reflect the fact that American Pioneer has not been named a third-party defendant in the *Furgeson* matter.

DATED: May 5, 2010

Respectfully submitted,

AMERICAN PIONEER TITLE INSURANCE COMPANY

By: /s/ Albert E. Fowerbaugh, Jr.
    One of Its Attorneys

Albert E. Fowerbaugh, Jr.
Butler Rubin Saltarelli & Boyd, LLP
70 West Madison Street, Ste. 1800
Chicago, IL  60603
phone: (312) 696-4440
fax: (312) 896-9174

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true copy of the preceding document was served on May 5, 2010 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers:

/s/ Albert E. Fowerbaugh, Jr.

460458v1

# EXHIBIT A

| Underlying Case | Name of Borrower Plaintiff(s) | Title Defendant(s) | Underwriter | Date of Agreement with Ameriquest and/or Argent |
|---|---|---|---|---|
| *Furgeson v. Ameriquest Mortgage Co., et al.*, Case No. 04-CV-07627 (N.D. Ill.), filed November 23, 2004 | Marie Furgeson | Northwest Title and Escrow Corporation, a Minnesota corporation | Old Republic National Title Insurance Company | March 21, 2003 |
| *Gburek v. Ameriquest Mortgage Co.*, Case No. 06-CV-02637 (N.D. Ill.), filed May 11, 2006 | Camille Gburek | Absolute Title Services, Inc.; Vital Signing, Inc., a California corporation | Stewart Title Insurance Company | February 9, 2004; August 7, 2002 and June 19, 2003 |
| *Geis, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-01716 (N.D. Ill.), filed March 29, 2006 | Douglas and Evelyn Geis | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | April 19, 2005 |
| *Gelman, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04684 (N.D. Ill.), filed August 30, 2006 | Carl and Hope Gelman | Complete Title Solutions, Inc., a Florida corporation | Commonwealth Land Title Insurance Company | June 23, 2004 |
| *Gerbig, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 06-CV-04868 (N.D. Ill.), filed September 8, 2006 | Karen Gerbig and Mary Christine Huston | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | March 2004 |
| *German, et al. v. Ameriquest Mortgage Co.*, Case No. 07-CV-05582 (N.D. Ill.), filed on August 16, 2007 | Eddie German | Heritage Title | Stewart Title Guaranty Company | August 24, 2005 |
| | Paul and Diane Howell | Heritage Title | Stewart Title Guaranty Company | April 29, 2005 |
| | Patrick and Laurie Jaye | Richmond Title Services, L.P. | Stewart Title Guaranty Company | August 4, 2005 |
| | Christine Mitchell | Heritage Title | Stewart Title Guaranty Company | July 22, 2004 |

BN 3859827v1

53