UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:05−cv−07097
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 10, 2010:

　　　MINUTE entry before Honorable Marvin E. Aspen:Joint motion to transfer (3563)Ameriquests claims against the third−party defendants in the FATPC, which relate specifically to the Pintsak v. Ameriquest, Case No. 05 C 5035, Wertepny v. Ameriquest, Case No. 05 C 1402, and Furgeson v. Ameriquest, 04 C 7627, back to the transferor courts, consistent with the Courts 4/6/10 Order (Docket No. 3400) is granted. Motion terminated. Third−[arty defendants Old Republic National Title Insurance Company and Stewart Title Guarantee Companys request in their response (3570) to joint motion to transfer (3563) that any order transferring third−party claims in these cases clarify that such transfer is without prejudice to their right to answer, take discovery, and seek appropriate relief from the Court prior to any summary judgment or trial proceedings involving the third−party claims is granted. The motion hearing set for 5/11/10 is stricken. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.