*EXHIBIT 1*

## AMERIQUEST: CLASS REPRESENTATIVE SERVICES

| Class Representative | Kept Apprised of the Status of the Case | Assisted with Pre- or Post-Filing Investigation | Provided Documents and/or Personal Experiences | Assisted in Complaint Drafting/ Review | Responded to Written Discovery | Helped Identify Witnesses | Reviewed Pleadings and/or Other Court Filings | Reviewed or Gave Input re: Settlement | Provided Info. for Attorney Declaration on Issue Relevant to the Case | Foreclosure Risk |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Barbara Becker | x | x | x | x | x | x | x | x |  | x |
| 2. Raymond and Rebecca Carlson | x | x | x | x | x | x | x |  |  | x |
| 3. Deborah Juillerat | x | x | x | x | x | x | x | x | x | x |
| 4. Charles Meadows | x | x | x | x | x | x | x | x |  | x |
| 5. Johnnie Ross | x | x | x | x | x | x | x | x |  | x |
| 6. Katheryn and Philip Cheek | x | x | x | x | x | x | x | x |  |  |
| 7. Nicole and Joseph Riggins | x | x | x | x | x | x | x | x |  | x |
| 8. Patrick Galvan | x | x | x | x | x | x | x |  |  | x |
| 9. Robert and Debra Peabody | x | x | x | x | x | x | x | x |  | x |
| 10. Joann Jones | x | x | x | x |  |  | x | x | x | x |
| 11. Andre Apodaca | x | x | x |  |  | x |  | x |  | x |
| 12. Thomas and Elvie Doherty | x | x | x | x | x | x | x | x | x |  |
| 13. James and Jennifer Jewell | x | x | x | x |  |  | x | x |  | x |
| 14. Mary Harless | x | x | x | x |  |  | x | x |  | x |
| 15. Kevin and Maria Cusanelli | x | x | x | x |  | x | x | x |  | x |
| 16. Darrell Powe | x | x | x | x |  | x | x | x |  | x |
| 17. Dave Henry | x | x | x | x |  | x | x | x |  |  |
| 18. Randames Delgado | x | x | x | x |  | x | x | x |  |  |
| 19. Evelyn Williams | x | x | x |  |  | x |  | x |  | x |
| 20. Frank Mendez Jr. | x | x | x |  |  | x | x | x |  | x |
| 21. Gudelupe Hernandez | x | x | x | x |  | x | x | x | x | x |
| 22. Kerri Capasso | x | x | x | x |  | x |  | x |  |  |
| 23. Lee Dunbar | x | x | x | x |  | x | x | x | x |  |
| 24. Ana Marlene Mendoza | x | x | x | x |  | x | x | x |  |  |
| 25. Raymond Thomas | x | x | x | x |  | x | x | x |  |  |
| 26. Richard A Madrazo | x | x | x | x |  | x |  | x |  | x |
| 27. Sari Boyce | x | x |  |  |  | x |  | x |  | x |
| 28. Porter Stadaker | x | x | x | x |  | x | x | x |  |  |
| 29. Steven H Ungar | x | x | x | x |  | x |  | x |  | x |
| 30. Teresa Diaz | x | x | x | x |  | x | x | x |  | x |
| 31. Tonya Summer Brown | x | x | x | x |  | x | x | x |  |  |
| 32. Victor Sanchez | x | x | x |  |  |  | x |  |  | x |
| 33. Yamil Montanez | x | x | x | x |  | x |  | x |  | x |
| 34. Donna and Dean Hines | x | x | x | x | x | x | x | x |  |  |
| 35. Arthur Boudin | x | x | x | x | x | x | x | x |  | x |
| 36. Isabelle and David Murphy | x | x | x | x |  | x | x | x |  |  |
| 37. Lynn Gay | x | x | x | x |  | x | x | x | x | x |
| 38. David and Janet Wakefield | x | x | x | x |  | x | x | x | x | x |
| 39. Frank and Martha White | x | x | x | x |  | x | x | x | x | x |
| 40. Harriet Holder | x | x | x | x |  | x | x | x | x | x |

## AMERIQUEST: CLASS REPRESENTATIVE SERVICES

| Class Representative | Kept Apprised of the Status of the Case | Assisted with Pre- or Post-Filing Investigation | Provided Documents and/or Personal Experiences | Assisted in Complaint Drafting/ Review | Responded to Written Discovery | Helped Identify Witnesses | Reviewed Pleadings and/or Other Court Filings | Reviewed or Gave Input re: Settlement | Provided Info. for Attorney Declaration on Issue Relevant to the Case | Foreclosure Risk |
|---|---|---|---|---|---|---|---|---|---|---|
| 41. Latonya and Dwayne Williams | x | x | x | x |  | x | x | x | x |  |
| 42. William and Daisybel Tolbert | x | x | x | x |  | x | x | x | x | x |
| 43. Timothy and Francis Adamowicz | x | x | x |  |  | x | x | x |  | x |
| 44. Christopher Bourassa | x | x | x |  |  | x | x | x | x | x |
| 45. Venitra Brown | x | x | x |  |  | x | x | x |  | x |
| 46. Edrick and Debra Centeno | x | x | x |  |  | x | x | x |  | x |
| 47. Vaughn DeBold | x | x | x |  |  | x | x | x |  | x |
| 48. Gregory and Marcell DeMeo | x | x | x |  |  | x | x | x |  | x |
| 49. James Devlin | x | x | x |  |  | x | x | x | x | x |
| 50. Timothy and Cynthia Dion | x | x | x |  |  | x | x | x |  | x |
| 51. Karen Dudeck | x | x | x |  |  | x | x | x |  | x |
| 52. Christopher Gabrielli | x | x | x |  |  | x | x | x |  | x |
| 53. Patricia Masson | x | x | x |  |  | x | x | x | x | x |
| 54. John and Kathleen O'Callaghan | x | x | x |  |  | x | x | x |  |  |
| 55. Glen Powell | x | x | x |  |  | x | x | x |  | x |
| 56. Michele Powell | x | x | x |  |  | x | x | x |  | x |
| 57. Michael Russo | x | x | x |  |  | x | x | x |  |  |
| 58. Kenneth Sawyer | x | x | x |  |  | x | x | x |  | x |
| 59. Frank and Linda Shea | x | x | x |  |  | x | x | x |  | x |
| 60. Scott Ventola and Steven Bourassa | x | x | x |  |  | x | x | x |  | x |
| 61. Joshua Wilgoren | x | x | x |  |  | x | x | x |  | x |
| 62. David and Kelly Graham | x | x | x | x |  | x | x | x |  | x |
| 63. David and Kathleen MacDowell | x | x | x | x |  | x | x | x |  | x |
| 64. William and Kathryn Birkholz | x | x | x | x | x | x | x | x |  | x |
| 65. Michele and Craig D'Ambrogi | x | x | x | x | x | x | x |  |  |  |
| 66. Aris and Ricardo Gay | x | x | x | x | x | x | x | x | x | x |
| 67. Matthew and  Tracey Lloyd | x | x | x | x | x | x | x | x | x | x |
| 68. Portia Mims Harris | x | x | x | x | x | x | x | x | x | x |
| 69. Paris and Linda Paul | x | x | x | x | x | x | x | x | x | x |
| 70. Pegi Saunders | x | x | x | x | x | x | x | x | x | x |
| 71. Brittney Smith | x | x | x | x | x | x | x | x | x | x |
| 72. Dorothy Stevens | x | x | x | x | x | x | x | x | x | x |
| 73. Jeraldine Wolfe | x | x | x | x | x | x | x | x | x | x |
| 74. Cheryl Williams | x |  | x |  |  |  | x | x | x |  |
| 75. Debra Holloway | x |  | x |  |  |  | x | x |  |  |
| 76. Duval Naughton | x |  | x |  |  |  | x | x |  | x |
| 77. George and Crisella Barber | x |  | x |  |  |  | x | x |  | x |
| 78. Laurence Osten | x |  | x |  |  |  | x | x |  | x |
| 79. Nicole McCorkle | x | x | x | x | x | x | x | x | x | x |
| 80. James and Ruth Gray | x | x | x | x | x | x | x | x | x | x |

## AMERIQUEST: CLASS REPRESENTATIVE SERVICES

| Class Representative | Kept Apprised of the Status of the Case | Assisted with Pre- or Post-Filing Investigation | Provided Documents and/or Personal Experiences | Assisted in Complaint Drafting/ Review | Responded to Written Discovery | Helped Identify Witnesses | Reviewed Pleadings and/or Other Court Filings | Reviewed or Gave Input re: Settlement | Provided Info. for Attorney Declaration on Issue Relevant to the Case | Foreclosure Risk |
|---|---|---|---|---|---|---|---|---|---|---|
| 81. Yvette Campell | x | x | x | x | x | x | x | x | x | x |
| 82. Daisy Moblin | x | x | x | x | x | x | x | x | x | x |
| 83. Veronica Thomas | x | x | x | x | x | x | x | x | x | x |
| 84. James Elmore, Jr. | x | x | x | x | x | x | x | x | x | x |
| 85. Catherine Chaney | x | x | x | x | x | x | x | x | x | x |
| 86. Karen Kahrer | x | x | x | x |  |  | x |  | x |  |
| 87. Mary Lige | x | x | x | x | x | x | x | x | x | x |