IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

### SUPPLEMENTAL OMNIBUS DECLARATION OF JILL H. BOWMAN, IN SUPPORT OF FINAL APPROVAL OF PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND EXPENSES

1. My name is Jill H. Bowman. I along with my partner Terry A. Smiljanich and the firm have acted as co-lead counsel appointed by the Court representing the Borrower Class Plaintiffs in this multi-district proceeding. I am an attorney duly admitted to practice law in the state of Florida. I am a partner in the law firm of James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A. (hereinafter "James Hoyer").

2. I offer this supplemental omnibus declaration in support of final approval of the award of attorneys' fees and expenses in the amount of 33.3% of the $22 million dollar common fund stated in total dollars as $ 7.33 million and any accrued interest. On April 15, 2010, following the Final Approval Hearing, this Court issued an Order [Docket 3531] requesting supplemental information from certain of Borrower Plaintiffs' counsel regarding attorneys' fees.

3. Specifically, the Court asked the following law firms to provide supplemental information in the form of time-records or a summary an exemplar of which was akin to that provided by Donovan Searles, LLC, attached at Exhibit E to the Omnibus Declaration [Docket 3513]: (a) James Hoyer and its co-counsel; (b) Lieff Cabraser; (c) Robbins Geller; (d) Stanley Iola, LLP; (e) Andrew Kierstead; (f) Crowder, Bedor & Paulson LLP; (g) Crowder Teske PLLP;

(h) Mansfield, Tanick & Cohen; (i) Richardson, Patrick, Westbrook & Brickman; (j) Carlson Lynch LTD; (k) Quinn, Gordon & Wolf; and (l) Civil Justice, Inc.

    4.    In accordance with the Court's Order, Co-Lead Counsel has collected the requested additional information from the above indicated firms and attaches same hereto as Exhibit A – L[1].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and was executed in Tampa, Florida on May 11, 2010.

                                                  */s/ Jill H. Bowman*
                                                  JILL H. BOWMAN

---

[1] Quinn Gordon & Wolf, and Civil Justice, Inc. submitted a single chart reflecting their hours in the litigation. Accordingly, Exhibits K & L are submitted as a composite exhibit.