# COMPOSITE EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re AMERIQUEST MORTGAGE CO.** )<br>**Mortgage Lending Practices Litigation** ) | **MDL NO. 1715**<br>**Lead Case No. 05-CV-7097**<br><br>**Centralized before the**<br>**HONORABLE MARVIN E. ASPEN**<br><br>**AMENDED ATTORNEY FEE DECLARATION** |

I, Kelly M. Dermody, declare as follows:

1. I am a partner in Lieff Cabraser Heimann & Bernstein LLP ("LCHB"). During the period pertinent to this declaration, from 2003 to the present, LCHB has been:

   a. Co-Lead Counsel for the putative class of borrowers with mortgage loans originated or serviced by Ameriquest Mortgage Company and its affiliates; and

   b. Co-counsel for Named Plaintiffs Cheryl Williams, George Barber, Crisella Barber, Debra Holloway, and Laurence Osten.

2. LCHB participated in every aspect of the litigation and settlement of this case including investigation, preparation and drafting of pleadings, discovery, document review and analysis, deposition of witnesses, settlement negotiations, and preparation of settlement documentation, as summarized in the Joint Declaration of Counsel filed separately in this matter.

3. At the time we originally submitted our application for fees and costs in this case the lodestar for hourly fees for time expended by LCHB in representing the above-named Plaintiffs and Class Plaintiffs was $1,441,100.50.

4. At the time we submitted our application for fees and costs the costs incurred by LCHB in representing the above-named Plaintiffs and the Class Plaintiffs were $210,317.02.

5. Attached hereto as Exhibits A, B and C are true and accurate records of the time and costs LCHB expended providing counsel to the above-named Plaintiffs and to the Class Plaintiffs in general with respect to the instant matter.

6. In my opinion, the attached lodestar summary reasonably reflects LCHB's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

7. Moreover, throughout the litigation LCHB maintained hourly time records and detailed cost records that support the attached lodestar summary.

8. The lodestar listed above does not include time LCHB spent developing significant expertise about the Defendants that was ultimately brought to bear in the MDL through a separate non-MDL Ameriquest case in Minnesota state court. That case, *Luke Ricci, et al. v. Ameriquest Mortgage Co.*, Civil File No. 05-2546 (Minn. Dist. Ct. Feb. 17, 2005), settled on the eve of trial and included 16 depositions and substantial work preparing numerous former Ameriquest employee witnesses. The time billed to the *Ricci* matter was

carefully segregated from that billed to the MDL, even though the MDL case benefited from the work performed in *Ricci*.

9. The LCHB employees listed in the "Other" category of Exhibit A are primarily information technology and litigation support professionals who assisted in uploading and maintaining an online document database available to MDL plaintiffs' firms for efficient use by all. LCHB staff – including non-billable staff – updated this database regularly, loading new CDs of documents and ensuring that the database was functioning properly. LCHB staff also retrieved requested documents and performed witness research. The detailed time report for LCHB staff identified as "Other" is attached as Exhibit D.

10. In addition to the contributions, time and expenses described above, LCHB expects to continue to work on this matter following final approval of the Settlement. That work will include supervision of the distribution of the Settlement Fund, supervision of the homeownership counseling organization, addressing filed appeals, if any, responding to class member inquiries, addressing late-filed claims, and oversight and enforcement of the terms of the Settlement Agreement. Based on experience with other settlements of this type, LCHB anticipates spending a minimum of 100 additional hours and tens of thousands of dollars of lodestar and substantial additional costs on this matter through finality.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of April, 2010 in San Francisco, California.

Kelly M. Dermody

Sworn to and subscribed in my presence this 28th day of April, 2010.




Notary Public

3/31/13

My Commission Expires

# EXHIBIT A

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/07/2010 01:59:17 PM | From Inception | To Present

**Matter Number: 2320-0001** AMERIQUEST MORTGAGE - MDL

**PARTNER**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ELIZABETH CABRASER | 0.30 | 850.00 | 255.00 |
| WILLIAM BERNSTEIN | 3.60 | 850.00 | 3,060.00 |
| KELLY DERMODY | 720.70 | 650.00 | 468,455.00 |
| CARYN BECKER | 322.70 | 450.00 | 145,215.00 |
| ELIZABETH ALEXANDER | 0.50 | 500.00 | 250.00 |
| RACHEL GEMAN | 441.40 | 550.00 | 242,770.00 |
| | 1,489.20 | | 860,005.00 |

**ASSOCIATE**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CARYN BECKER | 121.60 | 320.00 | 38,912.00 |
| PRITHIKA BALAKRISHNAN | 7.00 | 250.00 | 1,750.00 |
| FATIMA KHAN | 1.00 | 250.00 | 250.00 |
| CHRISTOPHER LEUNG | 4.50 | 360.00 | 1,620.00 |
| ANNIKA MARTIN | 94.50 | 410.00 | 38,745.00 |
| SHARMILA MURTHY | 73.10 | 410.00 | 29,971.00 |
| JAHAN SAGAFI | 0.60 | 395.00 | 237.00 |
| GENA WILTSEK | 616.80 | 390.00 | 240,552.00 |
| HEATHER WONG | 23.30 | 390.00 | 9,087.00 |
| RACHEL GEMAN | 0.30 | 320.00 | 96.00 |
| NIREJ SEKHON | 1.40 | 375.00 | 525.00 |
| ERIK SHAWN | 1.00 | 400.00 | 400.00 |
| | 945.10 | | 362,145.00 |

**PARALEGAL/CLERK**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| DAWN BEHRMANN | 1.00 | 245.00 | 245.00 |
| SHIRLEY CHISOLM | 40.30 | 180.00 | 7,254.00 |
| SUZANNE HAMILTON | 19.60 | 245.00 | 4,802.00 |
| NICOLAS MENARD | 9.60 | 205.00 | 1,968.00 |
| ADELINA ACUNA | 1.60 | 215.00 | 344.00 |
| RICHARD ANTHONY | 27.10 | 245.00 | 6,639.50 |
| JOHN CROWLEY-DELMAN | 15.40 | 135.00 | 2,079.00 |
| ROBERT DE MARIA | 1.00 | 210.00 | 210.00 |
| SARA FINE | 30.00 | 155.00 | 4,650.00 |
| LINDSEY GRUMBO | 31.50 | 225.00 | 7,087.50 |
| MEREDITH HARTNETT | 5.50 | 155.00 | 852.50 |

| | | | |
|---|---|---|---|
| IAN JACKSON | 65.10 | 155.00 | 10,090.50 |
| GREGORY LEWIS | 129.00 | 210.00 | 27,090.00 |
| JESSICA LOPEZ-TELLO | 25.80 | 215.00 | 5,547.00 |
| SALLY NGUYEN | 4.00 | 115.00 | 460.00 |
| ELI PETERSON | 105.10 | 225.00 | 23,647.50 |
| STACY SAKAMOTO | 123.10 | 235.00 | 28,928.50 |
| MARTINE TARIOT | 0.50 | 180.00 | 90.00 |
| ALEXANDER ZANE | 65.40 | 235.00 | 15,369.00 |
| KIRTI DUGAR | 32.50 | 345.00 | 11,212.50 |
| | **733.10** | | **158,566.50** |

**OTHER**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| SCOTT ALAMEDA | 30.40 | 260.00 | 7,904.00 |
| ROBERT DE MARIA | 4.30 | 295.00 | 1,268.50 |
| WENDY DOLL | 0.50 | 190.00 | 95.00 |
| ADAM ELSHOLZ | 7.60 | 180.00 | 1,368.00 |
| MARK MACATEE | 1.10 | 175.00 | 192.50 |
| MAJOR MUGRAGE | 45.40 | 260.00 | 11,804.00 |
| RENEE MUKHERJI | 6.30 | 210.00 | 1,323.00 |
| ANTHONY GRANT | 1.50 | 260.00 | 390.00 |
| RALPH HUGO | 10.10 | 250.00 | 2,525.00 |
| SAT KRIYA KHALSA | 128.90 | 260.00 | 33,514.00 |
| | **236.10** | | **60,384.00** |
| **MATTER TOTALS** | **3,403.50** | | **1,441,100.50** |

# EXHIBIT B

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/07/2010 03:34:43 PM

Current = 04/01/10 To 04/07/10
Matter-to-Date = Inception To Present

**AMERIQUEST MORTGAGE - MDL** **Matter Number: 2320-0001**

## Soft Costs Incurred

| | Current | Matter-to-Date |
|---|---|---|
| Fax | $0.00 | $1,296.00 |
| Federal Express/Messenger | $0.00 | $12.02 |
| In-House Copies | $0.00 | $10,155.80 |
| Postage | $0.44 | $229.51 |
| Print | $326.40 | $5,705.40 |
| Telephone | $78.86 | $3,068.01 |
| **Total Soft Costs:** | **$405.70** | **$20,466.74** |

## Hard Costs Incurred

| | Current | Matter-to-Date |
|---|---|---|
| Books/Subscriptions | $0.00 | $191.95 |
| Computer Research | $0.00 | $29,587.96 |
| Deposition/Transcripts | $0.00 | $8,086.28 |
| Electronic Database | $0.00 | $34,001.79 |
| Experts/Consultants | $0.00 | $40,457.92 |
| Federal Express/Messenger | $0.00 | $1,615.99 |
| Filing Fees | $0.00 | $300.00 |
| Mediation Expenses | $0.00 | $52,687.73 |
| Notices/Publications/Bonds | $0.00 | $1,000.00 |
| Other Charges | $0.00 | $45.00 |
| Other Research | $0.00 | $453.60 |
| Outside Copy Service | $0.00 | $1,058.55 |
| Postage | $0.00 | $3,980.80 |
| Process Service | $0.00 | $302.50 |
| Telephone | $0.00 | $2,199.27 |
| Travel | $0.00 | $13,880.94 |
| **Total Hard Costs:** | **$0.00** | **$189,850.28** |

| | | |
|---|---|---|
| **Total Matter Costs:** | **$405.70** | **$210,317.02** |
| **Total Cost Receipts:** | **$0.00** | **$0.00** |
| **Net Costs:** | **$405.70** | **$210,317.02** |

# EXHIBIT C

**AMERIQUEST MDL CLASS ACTION SETTLEMENT**

TIME REPORT OF: LIEFF CABRASER HEIMANN & BERNSTEIN

:: P=Partner, A=Associate, PL=Paralegal, LC=Law Clerk, I=Investigator, IT=Information Technology, LS=Litigation Support

**TIME PERIOD: INCEPTION to 4/7/2010**

A Pre-filing Investigation
B Pleadings
C Discovery; Post-Filing Fact Investigation; Database
D Class Certification
E Legal Research, Briefs & Pretrial Motions
F Settlement/Mediation
G Court Appearance & Preparation
H Depositions & Experts
I Case Mgmt., Conference, Interviews, Telephone Calls, Mtgs., Correspondence, Travel

| ME | Type | A | B | C | D | E | F | G | H | I | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ۱A | PL | 1.60 | | | | | | | | | 1.60 | $ 215.00 | $ 344.00 |
| ·TT | LS | | | 30.40 | | | | | | | 30.40 | $ 260.00 | $ 7,904.00 |
| .IZABETH | P | | | | | | | | | 0.50 | 0.50 | $ 500.00 | $ 250.00 |
| HARD | PL | 4.00 | | 2.50 | | | | | | 20.60 | 27.10 | $ 245.00 | $ 6,639.50 |
| I, PRITHIKA | LC | | | 7.00 | | | | | | | 7.00 | $ 250.00 | $ 1,750.00 |
| I | P | | 14.80 | 49.40 | 26.60 | 104.40 | 2.70 | 56.30 | 44.00 | 24.50 | 322.70 | $ 450.00 | $ 145,215.00 |
| I | A | 4.10 | 65.40 | 8.30 | | 15.90 | | | | 27.90 | 121.60 | $ 320.00 | $ 38,912.00 |
| AWN | PL | | | 1.00 | | | | | | | 1.00 | $ 245.00 | $ 245.00 |
| LLIAM | P | | | | | | 2.60 | | | 1.00 | 3.60 | $ 850.00 | $ 3,060.00 |
| ZABETH | P | | | | | | | | | 0.30 | 0.30 | $ 850.00 | $ 255.00 |
| LEY | PL | | 7.50 | 32.80 | | | | | | | 40.30 | $ 180.00 | $ 7,254.00 |
| MAN, JOHN | PL | 15.40 | | | | | | | | | 15.40 | $ 135.00 | $ 2,079.00 |
| 3ERT | I | 3.20 | | 1.10 | | | | | | | 4.30 | $ 295.00 | $ 1,268.50 |
| 3ERT | PL | | | 1.00 | | | | | | | 1.00 | $ 210.00 | $ 210.00 |
| .LY | P | 5.70 | 15.50 | 181.00 | 9.50 | 113.50 | 162.90 | 106.40 | 10.30 | 115.90 | 720.70 | $ 650.00 | $ 468,455.00 |
| | I | | | 0.50 | | | | | | | 0.50 | $ 190.00 | $ 95.00 |
| | LS | | | 30.50 | | | | | | 2.00 | 32.50 | $ 345.00 | $ 11,212.50 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | PL | | | 7.60 | | | | | | | 7.60 | $ 180.00 | $ 1,368.00 |
| | PL | | | 30.00 | | | | | | | 30.00 | $ 155.00 | $ 4,650.00 |
| EL | P | | 89.40 | 92.80 | | 40.60 | 96.70 | 9.50 | 96.60 | 15.80 | 441.40 | $ 550.00 | $ 242,770.00 |
| EL | A | | | | | 0.30 | | | | | 0.30 | $ 320.00 | $ 96.00 |
| ONY | LS | | | 1.50 | | | | | | | 1.50 | $ 260.00 | $ 390.00 |
| SEY | PL | | 7.00 | 24.50 | | | | | | | 31.50 | $ 225.00 | $ 7,087.50 |
| ZANNE | PL | | | 19.60 | | | | | | | 19.60 | $ 245.00 | $ 4,802.00 |
| EDITH | PL | | | 5.50 | | | | | | | 5.50 | $ 155.00 | $ 852.50 |
| | IT | | | 10.10 | | | | | | | 10.10 | $ 250.00 | $ 2,525.00 |
| | PL | | | 65.10 | | | | | | | 65.10 | $ 155.00 | $ 10,090.50 |
| RIYA | LS | | | 121.60 | | 2.00 | | | | 5.30 | 128.90 | $ 260.00 | $ 33,514.00 |
| | LC | | | | | | | | | 1.00 | 1.00 | $ 250.00 | $ 250.00 |
| OPHER | A | | | | | 4.30 | | | | 0.20 | 4.50 | $ 360.00 | $ 1,620.00 |
| RY | PL | | | 129.00 | | | | | | | 129.00 | $ 210.00 | $ 27,090.00 |
| ESSICA | PL | | | 25.80 | | | | | | | 25.80 | $ 215.00 | $ 5,547.00 |
| RK | PL | | | 1.10 | | | | | | | 1.10 | $ 175.00 | $ 192.50 |
| KA | A | | | | | 79.90 | | | | 14.60 | 94.50 | $ 410.00 | $ 38,745.00 |
| LAS | PL | | | 9.60 | | | | | | | 9.60 | $ 205.00 | $ 1,968.00 |
| JOR | LS | | | 45.40 | | | | | | | 45.40 | $ 260.00 | $ 11,804.00 |
| NEE | I | | | 6.30 | | | | | | | 6.30 | $ 210.00 | $ 1,323.00 |
| RMILA | A | | | 32.60 | | 32.90 | | | | 7.60 | 73.10 | $ 410.00 | $ 29,971.00 |
| Y | PL | | | 4.00 | | | | | | | 4.00 | $ 115.00 | $ 460.00 |
| | PL | | | 105.10 | | | | | | | 105.10 | $ 225.00 | $ 23,647.50 |
| | A | 0.30 | | 0.30 | | | | | | | 0.60 | $ 395.00 | $ 237.00 |
| ACY | PL | | | 123.10 | | | | | | | 123.10 | $ 235.00 | $ 28,928.50 |
| | A | 1.00 | | | | 0.40 | | | | | 1.40 | $ 375.00 | $ 525.00 |
| | A | | | | | 1.00 | | | | | 1.00 | $ 400.00 | $ 400.00 |
| INE | PL | | | 0.50 | | | | | | | 0.50 | $ 180.00 | $ 90.00 |
| A | A | | 55.50 | 61.90 | 1.80 | 360.50 | | | | 137.10 | 616.80 | $ 390.00 | $ 240,552.00 |
| ER | A | | | 0.10 | | | 22.90 | | | 0.30 | 23.30 | $ 390.00 | $ 9,087.00 |
| DER | PL | | | 65.40 | | | | | | | 65.40 | $ 235.00 | $ 15,369.00 |
| | | 35.30 | 255.10 | 1,334.00 | 37.90 | 755.70 | 287.80 | 172.20 | 150.90 | 374.60 | 3,403.50 | | $ 1,441,100.50 |

# EXHIBIT D

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM

Timekeeper: ALL

From Inception

To Present

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 6/12/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 6/13/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 6/16/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 6/17/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 6/18/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 6/19/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 6/20/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 6/23/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 6/24/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/25/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/26/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/27/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/30/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/1/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/2/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/3/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/8/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/9/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/10/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/11/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/14/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/15/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 7/16/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/17/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/21/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/22/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/23/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/24/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/25/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/28/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM | From Inception

Timekeeper: ALL | To Present

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 7/29/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/30/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/31/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/1/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/1/2008 | ALAMEDA, SCOTT | Create and download backup for relevant and hot coded documents in Summation database. | 0.40 | |
| 8/4/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/5/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/6/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users; troubleshoot problems. | 0.20 | |
| 8/8/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/11/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/12/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users; troubleshoot problems with speed of database. | 0.20 | |
| 8/13/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 8/13/2008 | ALAMEDA, SCOTT | Go to 365 Main document repository to exchange backup hard drives. | 0.20 | |
| 8/14/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/15/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 8/18/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/19/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/20/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/21/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/22/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/25/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/26/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/27/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 8/28/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/28/2008 | ALAMEDA, SCOTT | Create coding backup files for Summation database. | 0.30 | |
| 8/29/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/2/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/2/2008 | ALAMEDA, SCOTT | Perform maintenance on Summation database. | 0.10 | |
| 9/3/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/8/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

**Report created on** 04/20/2010 08:58:18 AM　　**From** Inception

**Timekeeper: ALL**　　**To** Present

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 9/9/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 9/10/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/11/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/12/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/15/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/16/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/17/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/22/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/23/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/24/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/25/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/25/2008 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.10 | |
| 9/26/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 9/29/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 9/30/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 10/1/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/2/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/3/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/6/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/7/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/8/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/9/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/10/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/13/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/14/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/15/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/16/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/17/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/17/2008 | ALAMEDA, SCOTT | Perform maintenance on Summation database. | 0.20 | |
| 10/20/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM | From Inception | To Present

Timekeeper: ALL

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 10/21/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/22/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/23/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/24/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/29/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/30/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 10/30/2008 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.20 | |
| 10/31/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/3/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/4/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/5/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/6/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/7/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/17/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/18/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/19/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/20/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/21/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.20 | |
| 11/21/2008 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.20 | |
| 11/24/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 11/26/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/1/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/2/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/3/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/4/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/5/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/5/2008 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.20 | |
| 12/8/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/9/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/10/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM

From Inception

To Present

Timekeeper: ALL

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 12/11/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/12/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/12/2008 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.20 | |
| 12/15/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/16/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/17/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/18/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/19/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/22/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/23/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/23/2008 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.20 | |
| 12/24/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/29/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/30/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 12/31/2008 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/2/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/5/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/6/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/7/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/8/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/9/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/12/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/13/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/14/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/15/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/21/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/22/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/23/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/26/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/27/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM — From Inception

Timekeeper: ALL — To Present

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 1/28/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/29/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 1/29/2009 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.10 | |
| 1/30/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/2/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/3/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/4/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/5/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/6/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/9/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/10/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/11/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/12/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/13/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/17/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/18/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/19/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/20/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/23/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/24/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/25/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/26/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 2/26/2009 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.20 | |
| 2/27/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/2/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/3/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/4/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/5/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/6/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/10/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

**Report created on** 04/20/2010 08:58:18 AM

**Timekeeper: ALL**

**From** Inception

**To** Present

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 3/11/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/12/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/13/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/16/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/17/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/18/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/19/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/20/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/23/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/24/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/26/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/26/2009 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.10 | |
| 3/27/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 3/30/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/9/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/10/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/13/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/14/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/15/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/16/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/17/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/20/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/21/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/22/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/23/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/24/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/27/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/28/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/29/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 4/29/2009 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.10 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM — From Inception

Timekeeper: ALL — To Present

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 4/30/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/1/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/4/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/5/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/6/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/7/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/8/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/11/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/12/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/13/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/14/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/15/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/18/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/19/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/20/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/27/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/28/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 5/29/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/1/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/1/2009 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.10 | |
| 6/2/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/3/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/4/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/8/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/9/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/10/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/11/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/15/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/17/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/18/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM | From Inception

Timekeeper: ALL | To Present

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 6/19/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/25/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/25/2009 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.10 | |
| 6/29/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/30/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/1/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/2/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/8/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/9/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/10/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/13/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/14/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/15/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/16/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/17/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/20/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/21/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/22/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/23/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/24/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/27/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/29/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/30/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 7/30/2009 | ALAMEDA, SCOTT | Create coding backup for Summation database. | 0.10 | |
| 7/31/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/4/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/5/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/6/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/7/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/10/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

**Report created on** 04/20/2010 08:58:18 AM

**Timekeeper: ALL**

**From** Inception

**To** Present

### 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 8/11/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/12/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 8/13/2009 | ALAMEDA, SCOTT | Check login and database to confirm access for users. | 0.10 | |
| 6/30/2003 | DE MARIA, ROBERT | Research and write memo re witness investigation. | 1.00 | |
| 9/27/2007 | DE MARIA, ROBERT | Locate George and Crisella Barber re case status. | 1.10 | |
| 4/25/2008 | DE MARIA, ROBERT | Locate and fully identify the following individuals: Mike Alexander, Diane Hart, Olyn Borchardt, Jeff Riley, Devi Vijjeswarapary, Victoria A. Dunn, Lucas Harnon, Chris Hilliard, Shawn Shorkey re witness investigation. | 3.20 | |
| 11/22/2006 | DOLL, WENDY | Search for updated information regarding Ameriquest for R. Geman. | 0.50 | |
| 4/18/2003 | ELSHOLZ, ADAM | Research for Ameriquest class actions. | 1.20 | |
| 4/21/2003 | ELSHOLZ, ADAM | Continue search for Ameriquest class actions. | 1.40 | |
| 1/10/2005 | ELSHOLZ, ADAM | Search Massachusetts and Illinois courts for class actions filed against Ameriquest. | 0.60 | |
| 1/25/2005 | ELSHOLZ, ADAM | Research legislative history of Florida mortgage lenders statute. | 1.60 | |
| 1/26/2005 | ELSHOLZ, ADAM | Order legislative history documents from Florida state archives. | 0.40 | |
| 1/27/2005 | ELSHOLZ, ADAM | Correspondence re: legislative history request. | 0.20 | |
| 1/28/2005 | ELSHOLZ, ADAM | Receive and distribute legislative history material. | 0.60 | |
| 3/4/2005 | ELSHOLZ, ADAM | Assist C. Becker with e-filing registration. | 0.20 | |
| 4/8/2005 | ELSHOLZ, ADAM | Research litigation in Hillsborough and Pinellas counties per C. Becker. | 0.80 | |
| 4/11/2005 | ELSHOLZ, ADAM | Check status of pending litigation per C. Becker. | 0.60 | |
| 5/31/2007 | GRANT, ANTHONY | Assist with preparation of Summation use memorandum for co-counsel. | 0.50 | |
| 6/13/2007 | GRANT, ANTHONY | Preparation of publication for use with co-counsel's Summation review sets. | 1.00 | |
| 5/24/2007 | HUGO, RALPH | New database review; | 0.20 | |
| 5/25/2007 | HUGO, RALPH | Database analysis, planning for various new database requests; | 0.60 | |
| 5/30/2007 | HUGO, RALPH | Database design and analysis. | 0.60 | |
| 5/31/2007 | HUGO, RALPH | Continue database design and webmail data analysis. | 0.70 | |
| 5/31/2007 | HUGO, RALPH | Database design and webmail data analysis. | 1.10 | |
| 6/25/2007 | HUGO, RALPH | New database background review and analysis. | 1.50 | |
| 6/26/2007 | HUGO, RALPH | Continue database analysis and design. | 1.00 | |
| 6/28/2007 | HUGO, RALPH | Continue database design. | 1.50 | |
| 7/6/2007 | HUGO, RALPH | Continued database design and analysis. | 0.50 | |
| 5/2/2008 | HUGO, RALPH | Email / telephone discussion and analysis regarding webmail details and process. | 2.00 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM

From Inception

To Present

Timekeeper: ALL

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 5/5/2008 | HUGO, RALPH | Followup emails re database. | 0.10 | |
| 5/5/2008 | HUGO, RALPH | Walk through and modification of database for new address type field. | 0.30 | |
| 1/22/2007 | KHALSA, SAT KRIYA | Print documents re database requests. | 0.70 | |
| 1/23/2007 | KHALSA, SAT KRIYA | Print documents re database requests. | 1.30 | |
| 5/3/2007 | KHALSA, SAT KRIYA | Process incoming disks, create document index, perform disk analysis and correspondence. | 2.10 | |
| 5/4/2007 | KHALSA, SAT KRIYA | Perform disk analysis, update document index, import, OCR and export documents. | 4.00 | |
| 5/7/2007 | KHALSA, SAT KRIYA | OCR and load new documents. | 1.70 | |
| 5/8/2007 | KHALSA, SAT KRIYA | Load and OCR new documents. | 2.00 | |
| 5/16/2007 | KHALSA, SAT KRIYA | Process incoming disks, index, OCR and load documents. | 2.20 | |
| 5/18/2007 | KHALSA, SAT KRIYA | Database administration including case planning, and error checking. Begin the process to create searchable PDFs out of the entire case, begin planning stages for moving database to the repository. | 5.00 | |
| 5/21/2007 | KHALSA, SAT KRIYA | Correct errors during the creation of searchable PDF files, plan out and create eDII load files for eDoc load, create case in the repository and load documents. | 4.70 | |
| 5/22/2007 | KHALSA, SAT KRIYA | Initialize case for new users, troubleshoot database and other database administration work. | 2.30 | |
| 5/23/2007 | KHALSA, SAT KRIYA | Correspondence and general discussions regarding case access and users. | 0.70 | |
| 5/30/2007 | KHALSA, SAT KRIYA | Process incoming disks and generate load files and searchable PDFs. | 1.10 | |
| 6/1/2007 | KHALSA, SAT KRIYA | Process incoming production, index CDs, duplicate CDs twice, work on load files for production. | 1.70 | |
| 6/4/2007 | KHALSA, SAT KRIYA | Process incoming disks, index documents, OCR and export documents as searchable PDFs, load documents into Summation, create new user accounts. | 5.10 | |
| 6/7/2007 | KHALSA, SAT KRIYA | Test database and calibrate users. | 0.30 | |
| 6/8/2007 | KHALSA, SAT KRIYA | Work on the form, add lookup tables, troubleshoot, meet with K. Dugar regarding user accounts. | 4.00 | |
| 6/11/2007 | KHALSA, SAT KRIYA | Calibrate user accounts and troubleshoot minor issues. | 1.00 | |
| 6/13/2007 | KHALSA, SAT KRIYA | Test database, export documents, check accounts, tweak forms, respond to emails and attend Summation training session. | 5.00 | |
| 6/14/2007 | KHALSA, SAT KRIYA | Process incoming disks, index new disks, create load files, load documents, import and OCR new documents, print hard copies for R. Geman and duplicate five CDs twice times and two DVDs twice. | 5.60 | |
| 6/15/2007 | KHALSA, SAT KRIYA | Load documents, respond to email, adjust database create duplicate disks. | 2.30 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM | From Inception | To Present

Timekeeper: ALL

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 6/19/2007 | KHALSA, SAT KRIYA | Index new disks, export PDFs. | 1.20 | |
| 6/20/2007 | KHALSA, SAT KRIYA | Copy documents onto remote server, prepare load files, load documents, monitor load and spot check load when complete. | 2.10 | |
| 6/21/2007 | KHALSA, SAT KRIYA | Load documents into OCR software engine, OCR documents, export from software, create load file, copy files to server and load documents. | 3.10 | |
| 6/22/2007 | KHALSA, SAT KRIYA | Respond to emails. | 0.40 | |
| 6/25/2007 | KHALSA, SAT KRIYA | Process incoming disks, index disks, load documents into OCR engine, OCR documents, train users on the database and allocate work to different review groups. | 3.10 | |
| 6/27/2007 | KHALSA, SAT KRIYA | Index documents and OCR and allocate. | 1.60 | |
| 6/28/2007 | KHALSA, SAT KRIYA | Correspond with new users. | 0.30 | |
| 6/29/2007 | KHALSA, SAT KRIYA | Export, copy, create load file and load documents. | 1.00 | |
| 7/9/2007 | KHALSA, SAT KRIYA | Import and OCR new documents, database administration. | 1.10 | |
| 7/10/2007 | KHALSA, SAT KRIYA | Export documents, create load files, copy documents to repository and load documents into database. Allocate new documents to each review set. Train users and resolve user issues. | 4.30 | |
| 7/11/2007 | KHALSA, SAT KRIYA | Train users in Summation and respond to emails and phone calls. | 1.70 | |
| 7/17/2007 | KHALSA, SAT KRIYA | Create user accounts and correspondence. | 1.30 | |
| 7/27/2007 | KHALSA, SAT KRIYA | Discuss problems with database users, create disk of relevant document, database administration. | 3.10 | |
| 7/31/2007 | KHALSA, SAT KRIYA | Conference call with co-counsel's IT person, respond to correspondence. | 1.10 | |
| 8/1/2007 | KHALSA, SAT KRIYA | Process incoming disk, load, OCR and export disk. Create load file for Summation load and load to database. | 1.30 | |
| 8/2/2007 | KHALSA, SAT KRIYA | Correspondence and database administration. | 1.30 | |
| 8/14/2007 | KHALSA, SAT KRIYA | Process incoming disk and load into OCR engine. | 0.60 | |
| 8/20/2007 | KHALSA, SAT KRIYA | Correspondence, track down deposition disk, duplicate DVD for co-counsel. | 1.70 | |
| 8/22/2007 | KHALSA, SAT KRIYA | Process incoming disks, load documents, respond to emails, search database for organizational charts for co-counsel. | 3.10 | |
| 8/23/2007 | KHALSA, SAT KRIYA | Index new documents, respond to email and load deposition exhibits. | 2.40 | |
| 8/28/2007 | KHALSA, SAT KRIYA | Load documents into the OCR engine, OCR and troubleshoot process. | 1.40 | |
| 8/29/2007 | KHALSA, SAT KRIYA | Respond to email, process new disks and check on OCR progress. | 1.10 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM | From Inception | To Present

Timekeeper: ALL

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 9/4/2007 | KHALSA, SAT KRIYA | Print documents from disk, respond to email, case administration. | 1.70 | |
| 9/10/2007 | KHALSA, SAT KRIYA | OCR documents for database. | 1.20 | |
| 9/11/2007 | KHALSA, SAT KRIYA | OCR documents, prepare documents for loading, copy onto server and respond to email. | 3.00 | |
| 9/12/2007 | KHALSA, SAT KRIYA | Load documents into the database. | 2.40 | |
| 9/13/2007 | KHALSA, SAT KRIYA | Locate deposition exhibit for Joel Cohen and answer email questions. Process incoming disks, analyze disks and OCR documents. | 4.00 | |
| 9/14/2007 | KHALSA, SAT KRIYA | OCR documents for database. | 1.70 | |
| 10/10/2007 | KHALSA, SAT KRIYA | Emergency document retrieval. | 2.50 | |
| 10/15/2007 | KHALSA, SAT KRIYA | Load documents into OCR engine, OCR documents. | 4.80 | |
| 10/16/2007 | KHALSA, SAT KRIYA | OCR documents, process incoming disks. | 3.00 | |
| 10/17/2007 | KHALSA, SAT KRIYA | Export and load documents. | 2.40 | |
| 10/18/2007 | KHALSA, SAT KRIYA | Load documents and respond to email. | 2.10 | |
| 10/19/2007 | KHALSA, SAT KRIYA | Load documents, OCR new documents. | 1.40 | |
| 10/22/2007 | KHALSA, SAT KRIYA | Export documents, create load files and load to the database. | 1.70 | |
| 10/24/2007 | KHALSA, SAT KRIYA | Load documents to database. | 1.70 | |
| 11/13/2007 | KHALSA, SAT KRIYA | Load documents to database. | 1.70 | |
| 5/28/2008 | KHALSA, SAT KRIYA | OCR new documents and respond to emails and phone calls. | 1.20 | |
| 5/29/2008 | KHALSA, SAT KRIYA | OCR and load new documents into the database. | 1.30 | |
| 11/30/2006 | MACATEE, MARK | Work on R. Geman e-filing registration. Discuss re same with R. Geman. Email exchange with S. Chelton re same. | 0.30 | |
| 12/1/2006 | MACATEE, MARK | Work on R. Geman e-filing registration and appearance. Discuss re same with R. Geman. FedEx e-filing registration to Northern District of Illinois. | 0.30 | |
| 12/7/2006 | MACATEE, MARK | Email exchange with R. Geman re e-filing registration. E-file R. Geman appearance. Serve individuals not served electronically. Email exchange with R. Geman re same. | 0.50 | |
| 6/15/2007 | MUGRAGE, MAJOR | Assess production of five CDs and two DVD's. | 3.80 | |
| 6/18/2007 | MUGRAGE, MAJOR | Log productions of electronic documents. | 1.20 | |
| 6/26/2007 | MUGRAGE, MAJOR | Copy data disk and distribute with review instructions for database searches. | 0.70 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM

From Inception

To Present

Timekeeper: ALL

## 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 7/5/2007 | MUGRAGE, MAJOR | Convert formats and OCR two disks of produced documents. | 1.20 | |
| 7/9/2007 | MUGRAGE, MAJOR | Convert file formats and run OCR process on document production. | 1.40 | |
| 3/24/2008 | MUGRAGE, MAJOR | Back-up data and perform server maintenance. | 0.60 | |
| 4/10/2008 | MUGRAGE, MAJOR | Install backup image drive at off-site document repository. | 0.70 | |
| 4/10/2008 | MUGRAGE, MAJOR | Prepare production and send out to vendor for processing. | 0.40 | |
| 4/11/2008 | MUGRAGE, MAJOR | Copy files from fifteen disks to hard drive, perform OCR process, and export for loading into Summation. | 3.80 | |
| 4/14/2008 | MUGRAGE, MAJOR | Convert produced .PDF images to .TIFF and perform OCR process. | 2.40 | |
| 4/15/2008 | MUGRAGE, MAJOR | Export documents in .PDF format, copy, and load to database. | 1.90 | |
| 4/17/2008 | MUGRAGE, MAJOR | Run OCR process and export documents to be loaded into Summation. | 1.60 | |
| 4/21/2008 | MUGRAGE, MAJOR | Duplicate new production disk, distribute, import and perform OCR process. | 1.80 | |
| 4/22/2008 | MUGRAGE, MAJOR | Export documents with hidden text and load into Summation. | 1.80 | |
| 4/24/2008 | MUGRAGE, MAJOR | Duplicate and label production DVDs. | 0.90 | |
| 4/24/2008 | MUGRAGE, MAJOR | Support Summation user via telephone. | 0.60 | |
| 4/25/2008 | MUGRAGE, MAJOR | Duplicate and label DVDs for database requests. | 1.70 | |
| 4/28/2008 | MUGRAGE, MAJOR | Prepare blowback copy job for vendor and duplicate data disks. | 0.40 | |
| 5/1/2008 | MUGRAGE, MAJOR | Search for requested documents and print. | 2.10 | |
| 5/6/2008 | MUGRAGE, MAJOR | Duplicate and label data disks for database requests. | 0.60 | |
| 5/6/2008 | MUGRAGE, MAJOR | Retrieve electronic files from back end of database data. | 1.20 | |
| 5/9/2008 | MUGRAGE, MAJOR | Convert PDF documents to .TIFF so that they can be loaded into OCR program. | 0.60 | |
| 5/9/2008 | MUGRAGE, MAJOR | Duplicate two dozen data disks and label for database requests. | 1.10 | |
| 5/12/2008 | MUGRAGE, MAJOR | Convert and import images before running OCR process. | 1.50 | |
| 5/13/2008 | MUGRAGE, MAJOR | Convert and import images before performing OCR process. | 1.40 | |
| 5/15/2008 | MUGRAGE, MAJOR | Duplicate and label eleven DVDs for database requests. | 1.10 | |
| 5/15/2008 | MUGRAGE, MAJOR | Perform OCR process on several small groups of troublesome document images. | 1.70 | |
| 5/16/2008 | MUGRAGE, MAJOR | Export OCR, move data to document repository and create load file. | 2.20 | |
| 5/19/2008 | MUGRAGE, MAJOR | Retrieve production hard drive from off-site document repository. | 0.80 | |
| 5/22/2008 | MUGRAGE, MAJOR | Convert image documents and perform OCR process. | 0.60 | |
| 5/22/2008 | MUGRAGE, MAJOR | Duplicate DVD five times, label and distribute for database requests. | 0.60 | |
| 5/23/2008 | MUGRAGE, MAJOR | Duplicate, label and distribute set of five DVDs for database requests. | 0.60 | |
| 5/23/2008 | MUGRAGE, MAJOR | Test video disks for functionality with computer software and home DVD players. | 0.80 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 04/20/2010 08:58:18 AM | From Inception

Timekeeper: ALL | To Present

### 2320-0001 AMERIQUEST MORTGAGE - MDL

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 5/27/2008 | MUGRAGE, MAJOR | Inventory production disks, update index, convert image files and perform OCR process. | 1.60 | |
| 10/26/2005 | MUKHERJI, RENEE | Obtain status of Knox v. Ameriquest case for J. Whitman. | 0.10 | |
| 12/28/2005 | MUKHERJI, RENEE | Research articles regarding Ameriquest's predatory loan practices for G. Wiltsek. | 1.00 | |
| 1/5/2006 | MUKHERJI, RENEE | Obtain Ameriquest articles for G. Wiltsek. | 0.10 | |
| 11/28/2006 | MUKHERJI, RENEE | Research ACC Capital Holdings for R. Geman. | 0.20 | |
| 6/12/2008 | MUKHERJI, RENEE | Research backgrounds of five expert witnesses, for R. Geman. | 4.00 | |
| 12/3/2009 | MUKHERJI, RENEE | Research current address for Duval Naughton, for E. Peterson. | 0.50 | |
| 2/11/2010 | MUKHERJI, RENEE | Research status of Ameriquest JCCP case, for E. Peterson. | 0.40 | |
| | | Total Hours | 237.10 | |