# COMPOSITE EXHIBIT C

## AMERIQUEST MDL

Firm Name: Robbins Geller Rudman & Dowd LLP
Reporting Period: Inception through March 22, 2010

Categories:
(1) Factual Investigation
(2) Discovery
(3) Pleadings, Briefs & Pretrial Motions
(4) Court Appearances
(5) Draft Initial or Amended Complaint
(6) Client / Shareholder Communications
(7) Litigation Strategy & Analysis
(8) Settlement Negotiations, Stipulation, Plan of Allocation
(9) Trial Preparation & Trial
(10) Appeal

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Total Hours | Rate | Total Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Geller, Paul J | (P) | - | - | 12.00 | - | 2.25 | - | 0.25 | - | - | - | 14.50 | 735 | 10,657.50 |
| George, David | (P) | 1.00 | - | 1.25 | - | 2.50 | - | 25.25 | - | - | - | 30.00 | 665 | 19,950.00 |
| Kaufman, Evan | (P) | - | 10.75 | 36.25 | - | 82.00 | - | 34.00 | - | - | - | 163.00 | 615 | 100,245.00 |
| Rudman, Samuel H. | (P) | - | - | 1.00 | - | 5.00 | - | 6.25 | 0.50 | - | - | 12.75 | 745 | 9,498.75 |
| Creekmore, Courtland | (A) | - | 5.25 | - | - | - | - | - | - | - | - | 5.25 | 600 | 3,150.00 |
| Robbins, Robert | (A) | 6.00 | - | 2.00 | - | 10.00 | - | 17.75 | - | - | - | 35.75 | 495 | 17,696.25 |
| Brandon, Kelley T. | (I) | 18.00 | - | - | - | - | - | - | - | - | - | 18.00 | 420 | 7,560.00 |
| Courtney, Jean M. | (I) | 16.00 | - | - | - | - | - | - | - | - | - | 16.00 | 315 | 5,040.00 |
| Ellman, Steven | (I) | 4.50 | - | - | - | - | - | - | - | - | - | 4.50 | 385 | 1,732.50 |
| Harris, Desiree L. | (MIS) | - | 14.00 | - | - | - | - | - | - | - | - | 14.00 | 295 | 4,130.00 |
| Macarro, Jennifer | (PL) | - | - | - | - | - | - | 3.00 | - | - | - | 3.00 | 280 | 840.00 |
| Martin, Anne | (PL) | 1.50 | 52.25 | 160.00 | - | - | - | - | - | - | - | 213.75 | 265 | 56,643.75 |
| Mendoza, Jennifer | (PL) | - | 1.75 | - | - | - | - | - | - | - | - | 1.75 | 295 | 516.25 |
| Puerto, Patricia | (PL) | - | - | - | - | 1.50 | - | - | - | - | - | 1.50 | 295 | 442.50 |
| Stadelmann, Kelly | (PL) | - | 1.00 | - | - | 6.50 | - | 5.50 | - | - | - | 13.00 | 295 | 3,835.00 |
| Stella, Christine | (PL) | - | - | 1.75 | - | 2.75 | - | - | - | - | - | 4.50 | 295 | 1,327.50 |

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Total Hours | Rate | Total Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wallbrett, Michele M. | (PL) | - | - | - | - | - | - | 0.25 | - | - | - | 0.25 | 295 | 73.75 |
| Beck, Shannon | (DC) | - | 8.00 | - | - | - | - | - | - | - | - | 8.00 | 225 | 1,800.00 |
| Sims, Laura | (DC) | - | 24.00 | - | - | - | - | - | - | - | - | 24.00 | 235 | 5,640.00 |
| *TOTAL:* | | 47.00 | 117.00 | 214.25 | - | 112.50 | - | 92.25 | 0.50 | - | - | 583.50 | | 250,778.75 |

(P) Partner
(A) Associate
(I) Investigator
(MIS) Information Technology
(PL) Paralegal
(DC) Document Clerk

## AMERIQUEST CA

Firm Name: Robbins Geller Rudman & Dowd LLP
Reporting Period: Inception through March 22, 2010

Categories:
(1) Factual Investigation
(2) Discovery
(3) Pleadings, Briefs & Pretrial Motions
(4) Court Appearances
(5) Draft Initial or Amended Complaint
(6) Client / Shareholder Communications
(7) Litigation Strategy & Analysis
(8) Settlement Negotiations, Stipulation, Plan of Allocation
(9) Trial Preparation & Trial
(10) Appeal

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Current Hours | Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Green, Kevin K. | (P) | - | - | - | - | - | - | - | - | - | 5.50 | 5.50 | 615 | 3,382.50 |
| Kathrein, Reed R. | (P) | - | - | - | 17.00 | 3.00 | - | 8.00 | - | - | - | 28.00 | 575 | 16,100.00 |
| Kaufman, Evan | (P) | 2.25 | 352.00 | 249.00 | 8.00 | 24.50 | 24.00 | 114.75 | 2.50 | - | - | 777.00 | 615 | 477,855.00 |
| Rudman, Samuel H. | (P) | - | - | 1.50 | - | - | - | 2.00 | - | - | - | 3.50 | 745 | 2,607.50 |
| Seefer, Christopher | (P) | 2.00 | 323.50 | 253.75 | 40.00 | 24.00 | 19.25 | 233.00 | 62.75 | - | 1.00 | 959.25 | 555 | 532,383.75 |
| Ahmed, Sayed Ashar | (A) | - | 541.50 | 24.00 | 2.00 | 40.50 | - | - | - | - | - | 608.00 | 345 | 209,760.00 |
| Blasy, Mary K. | (A) | - | - | - | - | 18.00 | - | - | - | - | - | 18.00 | 515 | 9,270.00 |
| Kagan, Fainna | (A) | 1.50 | - | 49.50 | 1.00 | - | - | 45.50 | - | - | - | 97.50 | 345 | 33,637.50 |
| Scarlett, Shana E. | (A) | 1.50 | 8.00 | 153.75 | 7.50 | 10.50 | - | 43.50 | - | - | - | 224.75 | 445 | 100,013.75 |
| Torres, Carolina | (A) | - | 18.50 | - | - | - | - | - | - | - | - | 18.50 | 380 | 7,030.00 |
| Zeldes, Helen I. | (A) | - | - | - | - | - | - | 5.00 | - | - | - | 5.00 | 335 | 1,675.00 |
| Baker, D. Cameron | (OC) | - | 30.00 | 9.25 | 3.00 | - | - | - | - | - | - | 42.25 | 535 | 22,603.75 |
| Mottek, Jacqueline | (OC) | - | - | 13.75 | 5.00 | - | - | - | - | - | - | 18.75 | 495 | 9,281.25 |
| Brandon, Kelley T. | (I) | 31.00 | - | - | - | - | - | - | - | - | - | 31.00 | 420 | 13,020.00 |
| Courtney, Jean M. | (I) | 13.00 | - | - | - | - | - | - | - | - | - | 13.00 | 315 | 4,095.00 |
| Tomalonis, Michelle M. | (I) | 2.25 | - | - | - | - | - | - | - | - | - | 2.25 | 300 | 675.00 |

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Current Hours | Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kadota, Ryan H. | (EA) | 3.00 | - | - | - | - | - | - | - | - | - | 3.00 | 295 | 885.00 |
| Roelen, Scott R. | (EA) | 3.00 | - | - | - | - | - | - | - | - | - | 3.00 | 295 | 885.00 |
| Villalovas, Frank E. | (EA) | - | - | - | - | - | - | 2.00 | - | - | - | 2.00 | 370 | 740.00 |
| Carlson, Carol L. | (MIS) | - | 1.25 | - | - | - | - | - | - | - | - | 1.25 | 295 | 368.75 |
| Engfer, David | (MIS) | - | 1.00 | - | - | - | - | - | - | - | - | 1.00 | 240 | 240.00 |
| Harris, Desiree L. | (MIS) | - | 4.00 | - | - | - | - | - | - | - | - | 4.00 | 295 | 1,180.00 |
| Steinke, Danielle | (MIS) | - | 2.00 | - | - | - | - | - | - | - | - | 2.00 | 250 | 500.00 |
| White, L. David | (MIS) | - | 6.75 | - | - | - | - | - | - | - | - | 6.75 | 305 | 2,058.75 |
| Connelly, Joseph | (SA) | 79.50 | - | - | 3.50 | - | - | - | - | - | - | 83.00 | 260 | 21,580.00 |
| Serafimova, Olga | (SA) | - | 13.00 | - | - | - | - | - | - | - | - | 13.00 | 260 | 3,380.00 |
| Darwish, Gisele | (PL) | - | 59.50 | 186.50 | - | 5.50 | - | - | - | - | - | 251.50 | 265 | 66,647.50 |
| Dasilva, Carmen | (PL) | - | - | 20.50 | - | - | - | - | - | - | - | 20.50 | 225 | 4,612.50 |
| Decena, Jeaneth S. | (PL) | - | - | 12.75 | - | - | - | - | - | - | - | 12.75 | 280 | 3,570.00 |
| Hill, Angela | (PL) | - | 1.25 | 15.00 | - | - | - | - | - | - | - | 16.25 | 295 | 4,793.75 |
| Huang, Kiyoko | (PL) | - | - | 1.50 | - | - | - | - | - | - | - | 1.50 | 280 | 420.00 |
| Maccaro, Jennifer | (PL) | - | - | - | - | - | - | 22.00 | - | - | - | 22.00 | 280 | 6,160.00 |
| Martin, Anne | (PL) | - | 112.00 | 157.25 | - | - | - | - | - | - | - | 269.25 | 265 | 71,351.25 |
| Mayer, John K. | (PL) | - | 5.00 | - | - | - | - | - | - | - | - | 5.00 | 290 | 1,450.00 |
| Nguyen, Katherine M. | (PL) | - | - | 2.00 | - | - | - | - | - | - | - | 2.00 | 240 | 480.00 |
| Riva, Gabriela H. | (PL) | - | - | 37.25 | - | - | - | - | - | - | - | 37.25 | 290 | 10,802.50 |
| Romero, Allison R. | (PL) | - | - | 9.00 | - | - | - | - | - | - | - | 9.00 | 295 | 2,655.00 |
| Serros, Andrew E. | (PL) | 2.00 | 35.00 | 43.25 | - | - | - | - | - | - | - | 80.25 | 260 | 20,865.00 |
| Stadelmann, Kelly | (PL) | - | 33.50 | - | - | - | - | - | - | - | - | 33.50 | 295 | 9,882.50 |
| Stella, Christine | (PL) | 0.50 | - | 0.50 | - | - | - | - | - | - | - | 1.00 | 295 | 295.00 |
| Tiffith, Pierre R. | (PL) | - | 4.75 | 20.50 | - | - | - | - | - | - | - | 25.25 | 280 | 7,070.00 |
| Vazquez, Lissette | (PL) | - | 1.00 | 19.00 | - | - | - | - | - | - | - | 20.00 | 215 | 4,300.00 |
| Waters, Christina | (PL) | - | - | - | - | 2.00 | - | - | - | - | - | 2.00 | 280 | 560.00 |

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Current Hours | Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weiland, Kristen | (PL) | - | - | - | - | 4.00 | - | - | - | - | - | 4.00 | 245 | 980.00 |
| Gosling, T. Ron | (SR) | - | - | - | - | - | 7.00 | - | - | - | - | 7.00 | 285 | 1,995.00 |
| Beck, Shannon | (DC) | - | 10.00 | - | - | - | - | - | - | - | - | 10.00 | 225 | 2,250.00 |
| Guiboa, Ryan | (DC) | - | 2.50 | - | - | - | - | - | - | - | - | 2.50 | 220 | 550.00 |
| Hearnsberger, Evan M. | (DC) | - | 28.75 | - | - | - | - | - | - | - | - | 28.75 | 235 | 6,756.25 |
| Kolb, Joshua R. | (DC) | - | 28.00 | - | - | - | - | - | - | - | - | 28.00 | 225 | 6,300.00 |
| Mejia, Giovanni | (DC) | - | 14.50 | - | - | - | - | - | - | - | - | 14.50 | 220 | 3,190.00 |
| Sims, Laura | (DC) | - | 59.00 | - | - | - | - | - | - | - | - | 59.00 | 235 | 13,865.00 |
| Zagariello, Matthew R. | (DC) | - | 5.00 | - | - | - | - | - | - | - | - | 5.00 | 210 | 1,050.00 |
| *TOTAL:* | | 141.50 | 1,701.25 | 1,279.50 | 87.00 | 132.00 | 50.25 | 475.75 | 65.25 | - | 6.50 | 3,939.00 | | 1,728,058.75 |

(P) Partner
(A) Associate
(OC) Of Counsel
(I) Investigator
(EA) Economic Analyst
(MIS) Information Technology
(SA) Summer Associate
(PL) Paralegal
(SR) Shareholder Relations
(DC) Document Clerk