# EXHIBIT D

## AMERIQUEST MDL CLASS ACTION SETTLEMENT

TIME REPORT OF: Stanley•Iola LLP (formerly known as Stanley, Mandel & Iola, LLP)

Status: P=Partner, A=Associate, PL=Paralegal, LC=Law Clerk, I=Investigator, IT=Information Technology, OC=Of Counsel

### TIME PERIOD: November 2005 to December 2009

| | |
|---|---|
| A | Pre-filing Investigation |
| B | Pleadings |
| C | Merits Discovery; Post-Filing Fact Investigation |
| D | Class Certification |
| E | Legal Research, Brief & Pretrial Motions |

| | |
|---|---|
| F | Settlement |
| G | Court Appearance & Preparation |
| H | Depositions & Experts |
| I | Case Mgmt., Conference, Interviews, Telephone Calls, Mtgs., Correspondence |

| ATTORNEY NAME | Status | A | B | C | D | E | F | G | H | I | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marc R. Stanley | P | 1 | 2.8 | | | | | | | 1.2 | 5 | $650.00 | $ 3,250.00 |
| Roger L. Mandel | P | 0.5 | 1.5 | | | | | | | 1.8 | 3.8 | $600.00 | $ 2,280.00 |
| Martin Woodward | A | | 3 | | | | | | | 1.7 | 4.7 | $400.00 | $ 1,880.00 |
| Matthew J. Zevin | A | 0.8 | 8.5 | 1.3 | | | | | | 5.4 | 16 | $ 500.00 | $ 8,000.00 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| TOTALS | | | | | | | | | | | 29.5 | | $ 15,410.00 |

**EXPENSES:**

| | |
|---|---|
| Court filing fees: | 250 |
| Service fees: | 85 |
| Courier & Delivery: | 305.86 |
| Outside Copy Services: | 23.52 |
| Long distance and postage: | 20.93 |
| **TOTAL:** | 685.31 |