# EXHIBIT E

*IN RE: AMERIQUEST LITIGATION*

**LODESTAR REPORT**

FIRM NAME: **LAW OFFICE OF ANDREW S. KIERSTEAD**
REPORTING PERIOD: Inception - March 2010

| NAME (STATUS) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | HOURLY RATE | CUMULATIVE HOURS | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrew Kierstead (P) | 24.8 | 21.4 | | | 7.6 | | 3.2 | | 10.2 | | 2.7 | $450 | 69.9 | $31,455.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **TOTALS** | | | | | | | | | | | | | 69.9 | $31,455.00 |

P = Partner     A = Associate     PL = Paralegal     LC = Law Clerk

1. Pleadings and Motions re Pleadings
2. Legal and Other Research and Investigation
3. Depositions, including Preparation
4. Experts – Retention, Preparation and Discovery (For any purposes, *e.g.* consultation, class certification, summary judgment, damage analysis, trial)
5. Non-deposition Merits, Arbitration and/or Class Discovery, *e.g.* Interrogatories, Document Requests, Subpoenas, Negotiations and Motions re same, and Document Review and Analysis
6. Class Certification: briefing and argument re same

7. Settlement
8. Other Court Appearances and Preparation
9. Case management, planning, organization and strategy
10. Trial including trial preparation
11. Client Communications and/or meetings
12. Miscellaneous (please describe here)

_____
_____
_____