# EXHIBIT F

# AMERIQUEST MDL CLASS ACTION SETTLEMENT

## TIME REPORT OF: CROWDER, BEDOR & PAULSON

Status: P=Partner, A=Associate, PL=Paralegal, LC=Law Clerk, I=Investigator, IT=Information Technology, OC=Of Counsel

### TIME PERIOD: INCEPTION - INCEPTION to DATE

- A  Pre-filing Investigation
- B  Pleadings
- C  Merits Discover; Post-Filing Fact Inve:
- D  Class Certification
- E  Legal Research, Brief & Pretrial Motions
- F  Settlement
- G  Court Appearance & Preparation
- H  Depositions & Experts
- I  Case Mgmt., Conference, Interviews, Telephone Calls, Mtgs., Correspondence

| ATTORNEY NAME | Status | A | B | C | D | E | F | G | H | I | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William H. Crowder | P | 82.8 | 21.1 | 1.7 | 19 | | | 0.9 | 0.9 | 15.3 | 141.7 | $ 495.00 | $ 70,141.50 |
| Susan Ford Bedor | P | 7.35 | 16.3 | 14.7 | | 12 | | | | 12.6 | 62.95 | $ 495.00 | $ 31,160.25 |
| Gregory L. Paulson | P | 54.45 | 20.7 | 92.6 | 18.8 | 31.9 | | | 6.5 | 17.8 | 44.3 | 286.9 | $ 495.00 | $ 139,515.75 |
| Kathleen Finnegan | LC | 20 | 52.3 | 13.9 | 2.7 | 28.9 | | | | 84.9 | 202.7 | $ 75.00 | $ 15,202.50 |
| | | | | | | | | | | TOTALS: | 694.75 | | $ 256,022.00 |

2