# EXHIBIT G

# AMERIQUEST MDL CLASS ACTION SETTLEMENT

## TIME REPORT OF: Crowder Teske, PLLP

Status: P=Partner, A=Associate, PL=Paralegal, LC=Law Clerk, I=Investigator, IT=Information Technology, OC=Of Counsel

**TIME PERIOD: January 12, 2007 to September 11, 2009**

| | |
|---|---|
| A | Pre-filing Investigation |
| B | Pleadings |
| C | Merits Discover; Post-Filing Fact Investigation |
| D | Class Certification |
| E | Legal Research, Brief & Pretrial Motions |
| F | Settlement |
| G | Court Appearance & Preparation |
| H | Depositions & Experts |
| I | Case Mgmt., Conference, Interviews, Telephone Calls, Mtgs., Correspondence |

| ATTORNEY NAME | Status | A | B | C | D | E | F | G | H | I | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William H. Crowder | P | | | 29 | | 3.1 | 5 | | | 14.5 | 52.6 | $485 | $ 25,511.00 |
| Vildan A. Teske | P | | | 5.6 | | 1.1 | 0.5 | | | 5.5 | 12.7 | $425 | $ 5,397.50 |
| Kathleen Finnegan L | LC | | | 14.4 | | | | | | 3.7 | 18.1 | $110 | $ 1,991.00 |
| Kathleen Finnegan L | A | | | 0.5 | | 1.9 | | | | 3.4 | 5.8 | $245 | $ 1,421.00 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| **TOTALS** | | | | | | | | | | | 89.2 | | $ 34,320.50 |