# COMPOSITE EXHIBIT H

# AMERIQUEST MDL CLASS ACTION SETTLEMENT

## TIME REPORT OF: MANSFIELD TANICK & COHEN, P.A.

Status: P=Partner, A=Associate, PL=Paralegal, LC=Law Clerk, I=Investigator, IT=Information Technology, OC=Of Counsel

### TIME PERIOD: INCEPTION - INCEPTION to DATE

- A  Pre-filing Investigation
- B  Pleadings
- C  Merits Discover; Post-Filing Fact Investiga
- D  Class Certification
- E  Legal Research, Brief & Pretrial Motions
- F  Settlement
- G  Court Appearance & Preparation
- H  Depositions & Experts
- I  Case Mgmt., Conference, Interviews, Telephone Calls, Mtgs., Correspondence

| ATTORNEY NAME | Status | Pre-filing Investigation A | Pleadings B | Merits Discover; Post-Filing Fact Investigation C | Legal Research, Brief & Pretrial Motions E | Court Appearance & Preparation G | Depositions & Experts H | Case Mgmt., Conference, Interviews, I | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard Fuller | OC | | 1.6 | 130.55 | 201.6 | 22.2 | 18.1 | 17.25 | 391.3 | $ 495.00 | $ 193,693.50 |
| Seymour Mansfield | P | 0.2 | 5.4 | 0.7 | 10 | | | 5.2 | 21.5 | $ 495.00 | $ 10,642.50 |
| PA-Jim C Cullen | OC | | | | 0.8 | | | | 0.8 | $ 425.00 | $ 340.00 |
| Aaron F Biber | P | | | | 2 | | | | 2 | $ 420.00 | $ 840.00 |
| Lawrence P Schaefer | OC | | | | | | | 0.4 | 0.4 | $ 410.00 | $ 164.00 |
| PA-V John Ella | P | | | | 0.4 | | | | 0.4 | $ 375.00 | $ 150.00 |
| Charles A Horowitz | P | | | | 1.2 | | | | 1.2 | $ 350.00 | $ 420.00 |
| PA-Nina Goldberg | A | | | | | | | 0.2 | 0.2 | $ 250.00 | $ 50.00 |
| Jeremy L Johnson | A | | | | 14.8 | | | 0.2 | 15 | $ 210.00 | $ 3,150.00 |
| Linda K Diebes | PL | | | | 0.4 | | | | 0.4 | $ 150.00 | $ 60.00 |
| Patricia L Walters | PL | | | | | | | 8 | 8 | $ 135.00 | $ 1,080.00 |
| JB Roth | LC | | | | 11.1 | 11.9 | | 0.7 | 23.7 | $ 131.69 | $ 3,121.00 * |
| Daniel D. Olivier | PL | | | | 16.7 | | | 21.1 | 37.8 | $ 130.00 | $ 4,914.00 |
| Brian N Niemczyk | LC | | | 2.2 | 3.9 | | | | 6.1 | $ 130.00 | $ 793.00 |
| Law Clerks | LC | | | | 5.1 | | | 5.6 | 10.7 | $ 117.85 | $ 1,261.00 |
| MT-Kendra Bergson | PL | | | 1.5 | 3.3 | | | 7.4 | 12.2 | $ 114.02 | $ 1,391.00 |
| Faye E Ewing | PL | | | | | | | 3.5 | 3.5 | $ 110.00 | $ 385.00 |
| TOTALS | | 0.2 | 7 | 134.95 | 271.3 | 34.1 | 18.1 | 69.55 | 535.2 | | $ 222,455.00 |

*Averaged rate which changed during course of case

# AMERIQUEST MDL CLASS ACTION SETTLEMENT

## TIME REPORT OF: RICHARD FULLER, ATTORNEY AT LAW

Status: P=Partner, A=Associate, PL=Paralegal, LC=Law Clerk, I=Investigator, IT=Information Technology, OC=Of Counsel

### TIME PERIOD: INCEPTION - INCEPTION to DATE

- A  Pre-filing Investigation
- B  Pleadings
- C  Merits Discover; Post-Filing Fact Investigation
- D  Class Certification
- E  Legal Research, Brief & Pretrial Motions
- F  Settlement
- G  Court Appearance & Preparation
- H  Depositions & Experts
- I  Case Mgmt., Conference, Interviews, Telephone Calls, Mtgs., Correspondence

| ATTORNEY NAME | Status | A | B | C | D | E | F | G | H | I | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard Fuller | P | | | 1.2 | | 1.5 | | | | 2.2 | 4.9 | $495 | $ 2,425.50 |
| | | | | | | | | | | | | | $ - |
| **TOTALS** | | | | | | | | | | | 4.9 | | $ 2,425.50 |