# EXHIBIT I

# AMERIQUEST MDL CLASS ACTION SETTLEMENT

TIME REPORT OF: RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC

Status: P=Partner, A=Associate, PL=Paralegal, LC=Law Clerk, I=Investigator, IT=Information Technology, OC=Of Counsel

## TIME PERIOD: INCEPTION - INCEPTION to DATE

| | | |
|---|---|---|
| A | Pre-filing Investigation | |
| B | Pleadings | |
| C | Merits Discover; Post-Filing Fact Investigation | |
| D | Class Certification | |
| E | Legal Research, Brief & Pretrial Motions | |
| F | Settlement | |
| G | Court Appearance & Preparation | |
| H | Depositions & Experts | |
| I | Case Mgmt., Conference, Interviews, Telephone Calls, Mtgs., Correspondence | |

| ATTORNEY NAME | Status | A | B | C | D | E | F | G | H | I | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Myers | P | 6.5 | 3.7 | 2 | 0 | 8.5 | 6 | 0 | 0 | 8.5 | 35.2 | $ 550.00 | $ 19,360.00 |
| Robert Woods | P | 12 | 9.5 | 0 | 0 | 8.5 | 0 | 0 | 0 | 15 | 45 | $ 375.00 | $ 16,875.00 |
| William King | PL | 7.6 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 15.6 | $ 100.00 | $ 1,560.00 |
| TOTALS | | | | | | | | | | | 95.8 | | $ 37,795.00 |