# EXHIBIT J

**Firm Name:**
**Carlson Lynch LTD**

**KAHRER V. AMERIQUEST**
**Time Report**
Case Inception Through 5/10/2010

Categories:
1. Investigations, Factual Research, Initial Complaint
2. Discovery
3. Pleadings, Briefs and Pretrial Motions (Including Legal Research)
4. Court appearances
5. Settlement
6. Litigation Strategy, Analysis and Case Management

(P) Partner
(A) Associate
(PL) Paralegal

| ATTORNEY OR PARALEGAL | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL HOURS | CURRENT HOURLY RATE | TOTAL LODESTAR |
|---|---|---|---|---|---|---|---|---|---|
| Bruce Carlson (P) | 43.25 | | 23.50 | | 4.50 | 6.50 | 77.75 | $450.00 | $34,987.50 |
| Gary Lynch (P) | 56.50 | | 197.75 | | 19.50 | 47.25 | 321.00 | $450.00 | $144,450.00 |
| Pam Miller (A) | | | | | | | 0.00 | $250.00 | $0.00 |
| Stephanie Goldin (A) | 2.50 | | 125.00 | | | | 127.50 | $225.00 | $28,687.50 |
| Elaine McFarland (PL) | | | | | | | 0.00 | $75.00 | $0.00 |
| **TOTALS:** | **102.25** | **0.00** | **346.25** | **0.00** | **24.00** | **53.75** | **526.25** | | **$208,125.00** |