# COMPOSITE EXHIBITS K&L

**AMERIQUEST MDL CLASS ACTION SETTLEMENT**

TIME REPORT OF: QUINN, GORDON & WOLF, CHTD. and CIVIL JUSTICE, INC.

Status: P=Partner, A=Associate, PL=Paralegal, LC=Law Clerk, I=Investigator, IT=Information Technology, OC=Of Counsel

TIME PERIOD: INCEPTION - INCEPTION to DATE

- A Pre-filing Investigation
- B Pleadings
- C Merits Discovery; Post-Filing Fact Investigation
- D Class Certification
- E Legal Research, Brief & Pretrial Motions
- F Settlement
- G Court Appearance & Preparation
- H Depositions & Experts
- I Case Mgmt., Conference, Interviews, Telephone Calls, Mtgs., Correspondence

| ATTORNEY NAME | Status | A | B | C | D | E | F | G | H | I | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Martin E. Wolf | P | 2.00 | 4.00 | | | | | | | | 6.00 | $ 400.00 | $ 2,400.00 |
| Richard S. Gordon | P | 2.00 | | | | | | | | | 2.00 | $ 400.00 | $ 800.00 |
| Cory L. Zajdel | A | | 6.10 | | | 4.80 | | | | | 10.90 | $ 400.00 | $ 4,360.00 |
| Phillip Robinson | P | 22.75 | 8.25 | 13.00 | | | | | | | 44.00 | $ 300.00 | $ 13,200.00 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| **TOTALS** | | | | | | | | | | | 62.9 | | $ 20,760.00 |