**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

**CLASS PLAINTIFFS' MOTION TO FILE
CONFIDENTIAL DECLARATION CONCERNING ATTORNEYS' FEES
ALLOCATION FOR *EX PARTE IN CAMERA* REVIEW**

Class Plaintiffs respectfully move the Court to allow the Filing of a Confidential Declaration Of Co-Lead Counsel Concerning Attorney Fee Allocations For Class Action Settlement ("Allocation Declaration") *ex parte* and for *in camera* review. In support of this motion, Class Plaintiffs assert as follows:

1. At the hearing on the final approval of Settlement, the Court requested more information about the allocation of attorney's fees among Class Counsel. The court's order following the hearing requests: "Information about the intended distribution of the $7.33 million fees award, after expenses are paid, among the various attorneys who have represented the Borrower classes throughout their litigation. Counsel may file this fees distribution information under seal for the Court's *in camera* review." [Docket No. 3531].

2. For the reasons stated at the final approval hearing, Class Plaintiffs do not believe that information about the agreed divisions of attorney's fees among counsel should be publicly available.

3. The Allocation Declaration should be reviewed *ex parte* because pursuant to the Settlement Agreement [Docket No. 3247] ¶ XVII.A the parties agreed that "[d]istribution of attorneys' fees among Class Counsel will be at the sole discretion of Lead Class Counsel."

4. Plaintiffs propose that if this motion is granted, the courtesy copy of this pleading submitted to Chambers containing the Allocation Declaration as Exhibit 1, will serve as the copy for the Court's *ex parte in camera* review.

Wherefore Class Plaintiffs request that this motion be granted and the Allocation Declaration be submitted to chambers solely for *ex parte in camera* review.

Respectfully submitted,

Dated: May 11, 2010

| _/s/ Kelly M. Dermody_ | _/s/ Gary Klein_ |
|---|---|
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

    /s/ Jill Bowman
        Jill Bowman

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

                *Plaintiffs' Co-Lead Counsel*


    /s/ Marvin A. Miller
        Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400
Facsimile: (312) 676-2676

                *Plaintiffs' Liaison Counsel*


    /s/ Samuel H. Rudman
        Samuel H. Rudman

Samuel H. Rudman
ROBBINS GELLER
RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173


                *Executive Committee Chairman*