# EXHIBIT 1

# ALLOCATION DECLARATION

# [REDACTED]