# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: <br><br> BORROWER CLASS PLAINTIFFS' ACTIONS | |

## NOTICE OF FILING
## REVISED PROPOSED FINAL APPROVAL ORDER

Class Plaintiffs and Defendants Ameriquest Mortgage Company and Argent Mortgage Company, LLC hereby file a revised proposed Final Approval Order ("Revised Order") together with a revised opt-out list (Exhibit A to the Order). The Revised Order addresses issues that arose at the Final Approval hearing held in this matter on April 15, 2010 and the revised Opt-out list includes four additional pre-settlement opt-outs that were inadvertently omitted from the original list.

Respectfully submitted,

Dated: May 11, 2010

| | |
|---|---|
| */s/ Kelly M. Dermody* <br> Kelly M. Dermody | */s/ Gary Klein* <br> Gary Klein |
| Kelly M. Dermody <br> Rachel Geman <br> LIEFF, CABRASER, HEIMANN <br> & BERNSTEIN, LLP <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> Facsimile: (415) 956-1008 | Gary Klein <br> Shennan Kavanagh <br> RODDY KLEIN & RYAN <br> 727 Atlantic Avenue <br> Boston, MA 02111-2810 <br> Telephone: (617) 357-5500 ext. 15 <br> Facsimile: (617) 357-5030 |

*/s/ Jill Bowman*
Jill Bowman

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*


*/s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400
Facsimile:   (312) 676-2676

*Plaintiffs' Liaison Counsel*


*/s/ Samuel H. Rudman*
Samuel H. Rudman

Samuel H. Rudman
ROBBINS GELLER
RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  (631) 367-7100
Facsimile:   (631) 367-1173


*Executive Committee Chairman*