**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-cv-07097<br><br>Centralized before the<br>Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

**CERTIFICATE OF SERVICE**

I, Gary Klein, hereby certify that the following documents, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Service shall be effected by e-filing on the same day as the papers are filed with the Court. *See*, Docket No. 284, ¶VIII. Filing and Service, dated November 7, 2006.

1. Declaration of Shennan Kavanagh in Support of Plaintiffs' Request for Class Representatives' Service Payments, with Exhibit 1;

2. Supplemental Omnibus Declaration of Hill H. Bowman, in Support of Final Approval of Plaintiffs' Request for Attorneys' Fees and Expenses, with Exhibits A - L;

3. Class Plaintiffs' Motion to File Confidential Declaration Concerning Attorneys' Fees Allocation for *Ex Parte in Camera* Review, with Exhibit 1 (Redacted) and Notice of Motion;

4. Notice of Filing Revised Proposed Final Approval Order, with Proposed Final Approval Order and Exhibit A; and

5. Certificate of Service.

Dated: May 11, 2010

                        Respectfully Submitted,

                        */s/ Gary Klein*
                        Gary Klein
                        Elizabeth Ryan
                        Shennan Kavanagh
                        RODDY KLEIN & RYAN
                        727 Atlantic Avenue
                        Boston, MA 02111-2810
                        Telephone: (617) 357-5500 ext. 15
                        Facsimile: (617) 357-5030

                        Kelly M. Dermody
                        Rachel Geman
                        LIEFF, CABRASER, HEIMANN
                          & BERNSTEIN, LLP
                        275 Battery Street, 29th Floor
                        San Francisco, CA 94111-3339

                        Jill Bowman
                        Terry Smiljanich
                        JAMES, HOYER, NEWCOMER
                            & SMILJANICH, P.A.
                        One Urban Center, Suite 550
                        4830 West Kennedy Boulevard
                        Tampa, FL 33609

                        *Plaintiffs' Co-Lead Counsel*