IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Hon. Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

**NOTICE OF FILING**

Borrower Plaintiffs hereby file Amended Exhibit B to the Supplemental Omnibus Declaration of Jill H. Bowman, in Support of Final Approval of Plaintiffs' Request for Attorneys' Fees and Expenses to clarify pages 12 and 13 of 29, Document 3579-2.

Dated: May 11, 2010                                          Respectfully submitted,

*/s/Gary Klein*
Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Ave., 2nd Floor
Boston MA  0211
Telephone: (617) 357-5500

*/s/Kelly M. Dermody*
Kelly M. Dermody
LIEF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone (415) 956-1000

Rachel Geman
LIEF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1423
Telephone: (212) 355-9500

*/s/Jill H. Bowman*
Jill Bowman
Terry Smiljanich
JAMES HOYER NEWCOMER SMILJANICH
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL  33609-2589
Telephone:  (813) 286-4100

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL  60603
Telephone:  (312) 332-3400

*Plaintiffs' Liaison Counsel*

# CERTIFICATE OF SERVICE

I, Jill H. Bowman, hereby certify that on this 11th day of May, 2010, the foregoing document was filed electronically.  Notice of filing was sent to all Filing Users by the Court's ECF system.  Filing users may access this document electronically through the Court's ECF system.

*/s/Jill H. Bowman*
Jill H. Bowman