# AMENDED EXHIBIT B
(Pages 12 & 13 of 29)

AMERIQUEST MDL CLASS ACTION SETTLEMENT

TIME REPORT OF: LIEFF CABRASER HEIMANN & BERNSTEIN

Employee Type: P=Partner, A=Associate, PL=Paralegal, LC=Law Clerk, I=Investigator, IT=Information Technology, LS=Litigation Support

TIME PERIOD: INCEPTION to 4/7/2010

| | |
|---|---|
| A  Pre-filing Investigation | F  Settlement/Mediation |
| B  Pleadings | G  Court Appearance & Preparation |
| C  Discovery; Post-Filing Fact Investigation; Database | H  Depositions & Experts |
| D  Class Certification | I  Case Mgmt., Conference, Interviews, |
| E  Legal Research, Briefs & Pretrial Motions |    Telephone Calls, Mtgs., Correspondence, Travel |

| EMPLOYEE NAME | Type | A | B | C | D | E | F | G | H | I | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUNA, ADELINA | PL | 1.60 | | | | | | | | | 1.60 | $ 215.00 | $ 344.00 |
| ALAMEDA, SCOTT | LS | | | 30.40 | | | | | | | 30.40 | $ 260.00 | $ 7,904.00 |
| ALEXANDER, ELIZABETH | P | | | | | | | | | 0.50 | 0.50 | $ 500.00 | $ 250.00 |
| ANTHONY, RICHARD | PL | 4.00 | | 2.50 | | | | | | 20.60 | 27.10 | $ 245.00 | $ 6,639.50 |
| BALAKRISHNAN, PRITHIKA | LC | | | 7.00 | | | | | | | 7.00 | $ 250.00 | $ 1,750.00 |
| BECKER, CARYN | P | | 14.80 | 49.40 | 26.60 | 104.40 | 2.70 | 56.30 | 44.00 | 24.50 | 322.70 | $ 450.00 | $ 145,215.00 |
| BECKER, CARYN | A | 4.10 | 65.40 | 8.30 | | 15.90 | | | | 27.90 | 121.60 | $ 320.00 | $ 38,912.00 |
| BEHRMANN, DAWN | PL | | | 1.00 | | | | | | | 1.00 | $ 245.00 | $ 245.00 |
| BERNSTEIN, WILLIAM | P | | | | | | 2.60 | | | 1.00 | 3.60 | $ 850.00 | $ 3,060.00 |
| CABRASER, ELIZABETH | P | | | | | | | | | 0.30 | 0.30 | $ 850.00 | $ 255.00 |
| CHISOLM, SHIRLEY | PL | | 7.50 | 32.80 | | | | | | | 40.30 | $ 180.00 | $ 7,254.00 |
| CROWLEY-DELMAN, JOHN | PL | 15.40 | | | | | | | | | 15.40 | $ 135.00 | $ 2,079.00 |
| DE MARIA, ROBERT | I | 3.20 | | 1.10 | | | | | | | 4.30 | $ 295.00 | $ 1,268.50 |
| DE MARIA, ROBERT | PL | | | 1.00 | | | | | | | 1.00 | $ 210.00 | $ 210.00 |
| DERMODY, KELLY | P | 5.70 | 15.50 | 181.00 | 9.50 | 113.50 | 162.90 | 106.40 | 10.30 | 115.90 | 720.70 | $ 650.00 | $ 468,455.00 |
| DOLL, WENDY | I | | | 0.50 | | | | | | | 0.50 | $ 190.00 | $ 95.00 |
| DUGAR, KIRTI | LS | | | 30.50 | | | | | | 2.00 | 32.50 | $ 345.00 | $ 11,212.50 |

| Name | Role | | | | | | | | | | Rate | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELSHOLZ, ADAM | PL | | | 7.60 | | | | | | 7.60 | $ 180.00 | $ | 1,368.00 |
| FINE, SARA | PL | | | 30.00 | | | | | | 30.00 | $ 155.00 | $ | 4,650.00 |
| GEMAN, RACHEL | P | | 89.40 | 92.80 | | 40.60 | 96.70 | 9.50 | 96.60 | 15.80 | 441.40 | $ 550.00 | $ | 242,770.00 |
| GEMAN, RACHEL | A | | | | | 0.30 | | | | | 0.30 | $ 320.00 | $ | 96.00 |
| GRANT, ANTHONY | LS | | | 1.50 | | | | | | | 1.50 | $ 260.00 | $ | 390.00 |
| GRUMBO, LINDSEY | PL | | 7.00 | 24.50 | | | | | | | 31.50 | $ 225.00 | $ | 7,087.50 |
| HAMILTON, SUZANNE | PL | | | 19.60 | | | | | | | 19.60 | $ 245.00 | $ | 4,802.00 |
| HARNETT, MEREDITH | PL | | | 5.50 | | | | | | | 5.50 | $ 155.00 | $ | 852.50 |
| HUGO, RALPH | IT | | | 10.10 | | | | | | | 10.10 | $ 250.00 | $ | 2,525.00 |
| JACKSON, IAN | PL | | | 65.10 | | | | | | | 65.10 | $ 155.00 | $ | 10,090.50 |
| KHALSA, SAT KRIYA | LS | | | 121.60 | | 2.00 | | | | 5.30 | 128.90 | $ 260.00 | $ | 33,514.00 |
| KHAN, FATIMA | LC | | | | | | | | | 1.00 | 1.00 | $ 250.00 | $ | 250.00 |
| LEUNG, CHRISTOPHER | A | | | | | 4.30 | | | | 0.20 | 4.50 | $ 360.00 | $ | 1,620.00 |
| LEWIS, GREGORY | PL | | | 129.00 | | | | | | | 129.00 | $ 210.00 | $ | 27,090.00 |
| LOPEZ-TELLO, JESSICA | PL | | | 25.80 | | | | | | | 25.80 | $ 215.00 | $ | 5,547.00 |
| MACATEE, MARK | PL | | | 1.10 | | | | | | | 1.10 | $ 175.00 | $ | 192.50 |
| MARTIN, ANNIKA | A | | | | | 79.90 | | | | 14.60 | 94.50 | $ 410.00 | $ | 38,745.00 |
| MENARD, NICOLAS | PL | | | 9.60 | | | | | | | 9.60 | $ 205.00 | $ | 1,968.00 |
| MUGRAGE, MAJOR | LS | | | 45.40 | | | | | | | 45.40 | $ 260.00 | $ | 11,804.00 |
| MUKHERJI, RENEE | I | | | 6.30 | | | | | | | 6.30 | $ 210.00 | $ | 1,323.00 |
| MURTHY, SHARMILA | A | | | 32.60 | | 32.90 | | | | 7.60 | 73.10 | $ 410.00 | $ | 29,971.00 |
| NGUYEN, SALLY | PL | | | 4.00 | | | | | | | 4.00 | $ 115.00 | $ | 460.00 |
| PETERSON, ELI | PL | | | 105.10 | | | | | | | 105.10 | $ 225.00 | $ | 23,647.50 |
| SAGAFI, JAHAN | A | 0.30 | | 0.30 | | | | | | | 0.60 | $ 395.00 | $ | 237.00 |
| SAKAMOTO, STACY | PL | | | 123.10 | | | | | | | 123.10 | $ 235.00 | $ | 28,928.50 |
| SEKHON, NIREJ | A | 1.00 | | | | 0.40 | | | | | 1.40 | $ 375.00 | $ | 525.00 |
| SHAWN, ERIK | A | | | | | 1.00 | | | | | 1.00 | $ 400.00 | $ | 400.00 |
| TARIOT, MARTINE | PL | | | 0.50 | | | | | | | 0.50 | $ 180.00 | $ | 90.00 |
| WILTSEK, GENA | A | | 55.50 | 61.90 | 1.80 | 360.50 | | | | 137.10 | 616.80 | $ 390.00 | $ | 240,552.00 |
| WONG, HEATHER | A | | | 0.10 | | | 22.90 | | | 0.30 | 23.30 | $ 390.00 | $ | 9,087.00 |
| ZANE, ALEXANDER | PL | | | 65.40 | | | | | | | 65.40 | $ 235.00 | $ | 15,369.00 |
| **TOTALS** | | 35.30 | 255.10 | 1,334.00 | 37.90 | 755.70 | 287.80 | 172.20 | 150.90 | 374.60 | 3,403.50 | | $ | 1,441,100.50 |