**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: | |
| BORROWER CLASS PLAINTIFFS' ACTIONS | |

**CLASS PLAINTIFFS' UNOPPOSED MOTION TO REPLACE ATTACHMENT 1 TO DOCKET NO. 3582 (TEXT OF REVISED PROPOSED FINAL APPROVAL ORDER)**

Class Plaintiffs respectfully move the Court to allow replacement of Docket No. 3582, Attachment 1 (Text of Revised Proposed Final Approval Order), with the Substitute Attachment 1 (Substitute Revised Proposed Final Approval Order) appended to this motion. Defendants do not oppose this motion.

In support of this motion, Class Plaintiffs state that the opt out list contained in the original Attachment 1 to Docket No. 3582 inadvertently omitted individuals who opted out of the class actions consolidated in MDL 1715 prior to settlement. Class Plaintiffs therefore seek to have the revised proposed order now on file as the attachment to Docket No. 3582 replaced in the public record with the appended Substitute Revised Proposed Final Approval Order in order to accurately identify all of the Settlement Class Members who are not bound by the Class Action Settlement. The appended document makes no other change to the proposed text of the order.

Wherefore, Class Plaintiffs request that this motion be granted and that the substitute Attachment 1 appended to this motion replace the Attachment 1 to Docket No. 3582.

Respectfully submitted,

Dated:  May 13, 2010


_____
*/s/ Kelly M. Dermody*
Kelly M. Dermody

Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
_____
*/s/ Jill Bowman*
Jill Bowman

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
 & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

_____
*/s/ Gary Klein*
Gary Klein

Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA   02111-2810
Telephone:  (617) 357-5500 ext. 15
Facsimile:   (617) 357-5030

*Plaintiffs' Co-Lead Counsel*


_____
*/s/ Marvin A. Miller*
Marvin A. Miller

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400
Facsimile:   (312) 676-2676

*Plaintiffs' Liaison Counsel*

2

/s/ Samuel H. Rudman
      Samuel H. Rudman

Samuel H. Rudman
ROBBINS GELLER
  RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  (631) 367-7100
Facsimile:   (631) 367-1173


*Executive Committee Chairman*


# CERTIFICATE OF SERVICE

I, Gary Klein, hereby certify that on this 13th day of May, 2010, the foregoing document

was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system.

Filing users may access this document electronically through the Court's ECF system.


/s/ Gary Klein
Gary Klein