# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 5/18/2010 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

Accordingly, we award Liaison Counsel $27,860.16 as compensation for work performed on behalf of Third-Party Defendants from January 1, 2010 through March 31, 2010. Third-Party Defendants shall reimburse Liaison Counsel pursuant to the formula previously approved by the Court. It is so ordered.

■[ For further details see text below.]   Notices mailed by Judicial staff.

**STATEMENT**

(Reserved for use by the Court)

## ORDER

Pursuant to our orders of September 8 and December 10, 2008 concerning the reimbursement of attorneys' fees (Dkt. Nos. 2347 & 2550), Third-Party Defendant's Liaison Counsel, Goldberg Kohn, has filed a request for reimbursement for work performed for the benefit of Third-Party Defendants as a group (Dkt. No. 3554). As detailed in their April 30, 2010 request and supporting documentation, Liaison Counsel seeks reimbursement for fees and expenses incurred from January 1, 2010 through March 31, 2010, totaling $27,860.16.

No Third-Party Defendant has objected to these requests. (*See, e.g.*, Dkt. No. 2550, 12/10/2008 Order (allowing objections to future reimbursement requests to be filed within fourteen days of a request's filing).) In addition, we have reviewed Liaison Counsel's supporting documentation and find these requests to be reasonable. Accordingly, we award Liaison Counsel $27,860.16 as compensation for work performed on behalf of Third-Party Defendants from January 1, 2010 through March 31, 2010. Third-Party Defendants shall reimburse Liaison Counsel pursuant to the formula previously approved by the Court. It is so ordered.