FILED
MAY 21 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

4701 E. Cambridge Ave.
Phoenix, Az. 85008-1507

May 17, 2010

Honorable Marvin E. Aspen
U.S. District Court
Northern District of Ill.
219 S. Dearborn St.
Chicago, Illinois 60604

Your Honor Marvin E. Aspen,

The Ameriquest Mtg. Co. Mtg. Lending Practices Litigation Claim Form mailed to me was lost and was found only a few days ago. Would you <u>please</u> allow me to be a claimant in the above named litigation? Please.

Very Sincerely Yours,
Jo Ann Budziszewski