**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**NOTICE OF ERRATA RE: FIFTH AMENDED CONSOLIDATED THIRD-PARTY COMPLAINT**

Third-Party Plaintiffs Ameriquest Mortgage Company and Argent Mortgage Company LLC hereby give notice that they have discovered certain inadvertent errors in connection with the identification of the Title Defendants, Underwriter Defendants, and Broker Defendants in the Fifth Amended Consolidated Third-Party Complaint ("FATPC").

Ameriquest and Argent used their best efforts to ensure accuracy with respect to the identification of third-party defendants in the FATPC. However, in connection with Ameriquest and Argent's review of several hundred loan files (in connection with the identification of operative contracts for the third-party defendants) a small number of errors were discovered, which Ameriquest and Argent now wish to correct.

Ameriquest and Argent have made no changes at all to the substance of the FATPC, but have made certain corrections to Exhibit A (claims asserted by Ameriquest) and Exhibit B (claims asserted by Argent). Attached hereto as Exhibit 1 are the corrected versions of the exhibits to the FATPC. Attached hereto as Exhibit 2 is a redline showing the specific changes which have been made to the Title Defendants, Underwriter Defendants, and Broker Defendants named in the FATPC. The vast majority of the changes made by Ameriquest and Argent fall into the following categories:

1. Correcting the name of the third-party defendant. For example, in connection with the loan to Joshua Wilgoren, Ameriquest incorrectly named the Underwriter as "LandAmerica Commonwealth." The correct name of this third-party defendant is "Commonwealth Land Title Insurance Company."

2. Correcting the category in which the third-party defendant was assigned. For example, in connection with the loan of Joseph Abruscato, Ameriquest erroneously named Stewart Title Guaranty Company as both a Title Defendant *and* an Underwriter Defendant; in fact, Stewart was only the Underwriter on the Abruscato loan. Therefore, Ameriquest has removed Stewart's name from the Title Defendant column on the Abruscato loan.

3. Separating claims where the borrowers had more than one Ameriquest loan. For example, plaintiffs Junior Terrance Black and Rene Campbell took out two loans with Ameriquest. On the amended exhibits, Ameriquest has indicated, for sake of clarity, which third-party defendants were involved with each of these loans.

4. A small number of Ameriquest loans were erroneously placed on the Argent list, and vice-versa. Ameriquest has simply moved these loans from one chart to the other.

Through this Notice of Errata, Ameriquest and Argent have removed more claims than they have added. Moreover, with very few exceptions, nearly all of the named Third-Party Defendants in the amended schedules were already named in the FATPC. No trial date has been set in these matters, nor is there any cut-off for discovery or for the filing of dispositive motions. Accordingly, the Third-Party Defendants will suffer no prejudice of any kind.

BN 6227404v2

2

DATED: May 24, 2010                    Respectfully submitted,

                                                      By:  /s/ Bernard E. LeSage

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Brian H. Newman, Esq.
BUCHALTER NEMER, a P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

BN 6227404v2                                    3

## CERTIFICATE OF SERVICE

  I, Bernard E. LeSage, hereby certify that on this 24th day of May 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              By: /s/ Bernard E. LeSage