IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

## LIAISON COUNSEL'S REPLY IN SUPPORT OF ITS *AMENDED* MOTION FOR ENTRY OF JUDGMENT AGAINST CERTAIN THIRD-PARTY DEFENDANTS FOR ATTORNEYS' FEES AND COSTS

Liaison Counsel for the Third-Party Defendants, Goldberg Kohn Ltd. ("Goldberg Kohn"), submits this Reply in Support of its Amended Motion for Entry of Judgment Against Certain Third-Party Defendants for Attorneys' Fees and Costs.

On April 30, 2010, Goldberg Kohn filed Liaison Counsel's Amended Motion for Entry of Judgment Against Certain Third-Party Defendants for Attorneys' Fees and Costs, as Docket No. 3556 (the "Motion for Judgment"). On May 4, 2010, this Court entered a briefing schedule on the Motion for Judgment, whereby any Responses were to be filed by May 20, 2010, and any replies by June 2, 2010. Dkt. No. 3562. As of June 1, 2010, no Responses had been filed by any of the Third-Party Defendants. Goldberg Kohn therefore submits this Reply to notify the Court of payments received from Third-Party Defendants since its Motion for Judgment was filed, against which Third-Party Defendants Goldberg Kohn is no longer seeking

judgment. Other than as set forth below, the circumstances as stated in the Motion for Judgment remain unchanged.

On May 6, 2010, Goldberg Kohn sent an e-mail to counsel for the Third-Party Defendants stating that "[f]or any TPD for which we have received by May 31, 2010 a check covering the unpaid fees owed, we will submit with our Reply brief . . . updated charts to reflect that they are now paid and we do not wish to seek judgment against them." This e-mail is attached hereto as Exhibit A. Since the Motion for Judgment was filed, Goldberg Kohn has received payments from approximately 25 Third-Party Defendants that were previously listed as "unpaid" on the charts, proposed judgment order, and addenda to the proposed judgment order that accompanied the Motion for Judgment. Therefore, Goldberg Kohn is no longer seeking entry of judgment against those Third-Party Defendants.

Attached hereto as Exhibits B and C are updated charts for the May-June and July-September fees showing the Third-Party Defendants, the amounts currently owed by each, and whether those amounts have been paid as of June 1, 2010. These charts replace the charts that were Exhibits D and E to the Motion for Judgment. Attached hereto as Exhibit D (and submitted concurrently herewith) is an updated proposed judgment order granting Goldberg Kohn judgment against those Third-Party Defendants who have still not paid their shares of the March-June and July-September liaison counsel fees, as listed in updated addenda to that proposed judgment order.

As of June 1, 2010, Goldberg Kohn has received $25,986.95 out of the $30,502.24 awarded for its March-June fees, and $42,770.36 out of the $52,757.48 awarded for its July-September fees.

WHEREFORE, Goldberg Kohn respectfully requests that this Court grant its Amended Motion for Entry of Judgment Against Certain Third-Party Defendants for Attorneys' Fees and Costs, enter judgment against certain Third-Party Defendants and in favor of Goldberg Kohn for attorneys' fees and costs in the amounts shown in the addenda to the proposed judgment order attached hereto as Exhibit D and submitted concurrently herewith, and reconsider its December 10, 2008 order prohibiting Liaison Counsel from seeking reimbursement for time spent related to their fee proposals and recovery.

Dated: June 2, 2010    Respectfully submitted,

By    /s/ Kathryn B. Walter

David J. Chizewer
Steven A. Levy
Kathryn B. Walter
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

Liaison Counsel for Third-Party Defendants and Counsel for Third-Party Defendant NATIONAL REAL ESTATE INFORMATION SERVICES

## CERTIFICATE OF SERVICE

I, Kathryn B. Walter, hereby certify that on this 2nd day of June, 2010, a true and correct copy of the foregoing document was filed electronically using the Court's ECF/electronic mailing system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kathryn B. Walter