# EXHIBIT C

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

|  | A | B | K | N |
|---|---|---|---|---|
| 1 | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 2 | 1st Integrity Mortgage | Richard M. Waris<br>James Joseph Sipchen<br>Donald P. Eckler<br>PRETZEL & STOUFFER, CHTD.<br>One South Wacker Drive, Suite 2500<br>Chicago, IL 60606-4673<br>Tel. (312) 346-1973<br>Fax. (312) 346-8242<br>rwaris@pretzel-stouffer.com<br>jsipchen@pretzel-stouffer.com<br>deckler@pretzel-stouffer.com | $222.25 | Dismissed |
| 3 | 5 Star Financial |  | $0.00 |  |
| 4 | A American Financial Group, Inc. | Timothy Hoffman<br>Hector Ledesma<br>SANCHEZ DANIELS & HOFFMAN LLP<br>333 West Wacker Drive, Suite 500<br>Chicago, IL 60606<br>Tel. (312) 641-1555<br>Fax (312) 641-3004<br>thoffman@sanchezdh.com<br>hledesma@sanchezdh.com | $222.25 | Paid |
| 5 | A Title Escrow Company, Inc. |  | $0.00 |  |
| 6 | Absolute Title Services Inc. | David A. Ward<br>WARD & METTI, P.C.<br>245 Waukegan Road, Suite 230<br>Northfield, IL 60093<br>Tel. (847) 501-6565<br>Fax (847) 501-6589<br>wardmetti@msn.com | $240.01 | UnPaid |
| 7 | Access Mortgage Group, Inc. |  | $0.00 |  |
| 8 | Access Title LLC | Michael W. Favicchio<br>ACCESS TITLE LLC<br>1200 Reservoir Avenue<br>Cranston, RI 02920<br>Tel. (401) 946-1850<br>Fax (401) 383-0572<br>mfavicchio@favilaw.com | $240.01 | Unpaid |
| 9 | Ace Mortgage Funding Inc. |  | $0.00 |  |
| 10 | ACRO Mortgage LLC |  | $0.00 |  |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| 1 | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 11 | Advantage Equity Services, Inc. / CBC Companies (Only Advantage is 3rd Party Defendant - an affiliate of CBC) | Stephen M. Sedor DURANT NICHOLS HOUSTON HODGSON & CORTESE-COSTA PC 1057 Broad Street Bridgeport, CT 06604 Tel. (203) 337-8242 Fax (203) 384-0317 ssedor@durantnic.com AND Thomas H. Wallace Annette Meil CBC Companies, Inc. 250 East Town Street Columbus, Ohio 43215 Tel: (614) 222-4180 Fax: (866) 255-7615 tom.wallace@cbc-companies.com annette.meil@cbc-companies.com temples@titlefirst.com | $222.25 | Paid |
| 12 | Advisor Mortgage LLC | | $0.00 | |
| 13 | Alabama Real Estate Loan Services, L.P. | | $0.00 | |
| 14 | Alamo Title Company | | $0.00 | |
| 15 | All Florida Title | | $0.00 | |
| 16 | Allen A. Currier | | $0.00 | |
| 17 | Allied Home Mortgage Capital Corp. | Daniel Lynch Avidan j. Stern LYNCH & STERN, LLP 150 South Wacker Drive, Suite 2600 Chicago, IL 60606 Tel. (312) 346-1600 Fax (312) 896-5883 dan@daniellynchlaw.com avi@lynchandstern.com | $240.01 | Paid |
| 18 | Alpha Mortgage Lending | | $0.00 | |
| 19 | Ameri Title | | $0.00 | |
| 20 | American Elite Financial Inc. | | $0.00 | |
| 21 | American Pioneer Title Insurance Co. | Albert E. Fowerbaugh Jr. Butler Rubin Saltarelli & Boyd LLP 70 West Madison Street, Suite 1800 Chicago, IL 60602-4257 Tel. (312) 696-4440 Fax (312) 444-9294 afowerbaugh@butlerrubin.com | $684.01 | Paid |
| 22 | American Residential Mortgage | | $0.00 | |
| 23 | American Title Company of Washington | | $0.00 | |
| 24 | Americare Mortgage Corp. | | $0.00 | |
| 25 | America's Discount Mortgage | | $0.00 | |
| 26 | Amstar Mortgage Corp. | | $0.00 | |

**THIRD-PARTY DEFENDANTS' COUNSEL - Page 2**

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 27 | Anchor Title, LLC | Christopher H. Murphy<br>John J. McDonough<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3155<br>Fax (312) 706-9755<br>chmurphy@cozen.com<br>jmcdonough@cozen.com | $346.57 | Paid |
| 28 | Angela Bertucci (dismissed) | | $0.00 | |
| 29 | Archer Land Title Inc. | | $0.00 | |
| 30 | Arthur Lachel | | $0.00 | |
| 31 | Associated Land Title, LLC | | $0.00 | |
| 32 | Atamian Law Associates, P.C. d/b/a Premier Title & Escrow | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>Meckler, Bulger Tilson Marick & Pearson LLP<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $240.01 | Paid |
| 33 | ATM Corporation of America | | $0.00 | |
| 34 | Attorneys' Title Insurance Fund, Inc. (DISMISSED) | Peter J. Valeta<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>peter.valeta@mbtlaw.com | $222.25 | Dismissed |
| 35 | Avalon Abstract Corp. | Lloyd J. Weinstein<br>Melissa A. Cavaliere<br>The Weinstein Group, P.C.<br>Ten Newton Place, Suite 201<br>Hauppauge, NY 11788<br>Tel. (631) 851-1090<br>Fax (631) 851-1092<br>ljw@theweinsteingroup.net<br>mac@theweinsteingroup.net | $240.01 | Unpaid |
| 36 | B & P Mortgage Inc. | | $0.00 | |
| 37 | B & S Services, LLC | | $0.00 | |
| 38 | Bankers Title & Escrow Agency, Inc. | | $0.00 | |
| 39 | Bankers Trust Company of California | | $0.00 | |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 40 | Baruti Scola and Smith P.C.  f/k/a Law Offices of Borner, Scola, Baruti & Vancini P.C. | Gary Thomas Jansen Nicole D Milos CREMER KOPON SHAUGHNESSY,SPINA, JANSEN & SIEGERT LLC 180 North LaSalle Street, Suite 3300 Chicago, IL 60601 Tel. (312) 980-3016 Fax (312) 726-3818 gjansen@cksslaw.com nmilos@cksslaw.com | $240.01 | Paid |
| 41 | Battersby Title Inc. | Christopher H. Murphy John J. McDonough Cozen O'Connor 222 S. Riverside Plaza, Suite 1500 Chicago, IL  60606 Tel. (312) 382-3155 Fax (312) 706-9755 chmurphy@cozen.com jmcdonough@cozen.com | $222.25 | Paid |
| 42 | Beacon Mortgage Services LLC | | $0.00 | |
| 43 | Blackstone National Title, LLC | | $0.00 | |
| 44 | BLS Funding Corp. | Kevin M. O'Hagan Chance A.E. Hodges O'Hagen Spencer, LLC One East Wacker Drive, Suite 3400 Chicago, IL  60601 Tel. (312) 422-6100 Fax (312) 4226110 kohagan@ohaganspencer.com chodges@ohaganspencer.com | $222.25 | Unpaid |
| 45 | Bridgespan Title | | $0.00 | |
| 46 | Buyowner Title, Inc. | Siobhan M. Murphy Danny L. Worker Lewis Brisbois Bisgaard & Smith LLP 550 W. Adams Street, Suite 300 Chicago, Illinois 60661 (312) 345-1718 smurphy@lbbslaw.com dworker@lbbslaw.com | $222.25 | Paid |
| 47 | BW Mortgage Company | | $0.00 | |
| 48 | CA Doc Signers | | $0.00 | |
| 49 | Candice Lanier | | $0.00 | |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| **1** | | | | |
| **50** | Carolyn T. Daley | Rudolf G. Schade, Jr.<br>Scott Brown<br>Cassiday Schade, LLP<br>20 N. Wacker Dr., Suite 1040<br>Chicago, IL 60606-2903<br>Tel. (312) 444-2456<br>Fax (312) 444-1669<br>rgs@cassiday.com<br>sjb@cassiday.com | $222.25 | Paid |
| **51** | CBC Companies, Inc. | Mr. Thomas H. Wallace<br>Legal Counsel<br>CBC Companies, Inc.<br>250 East Town Street<br>Columbus, OH 43215<br>Tel. (866) 255-7615<br>Fax (614) 222-4180<br>tom.wallace@cbc-companies.com<br>annette.meil@cbc-companies.com | $222.25 | Paid |
| **52** | Cesar Gaitan | | $0.00 | |
| **53** | Chicago Mortgage Acceptance | | $0.00 | |
| **54** | Chicago Title Co.<br>Chicago Title Insurance Co.<br>Chicago Title of Michigan | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com | $648.49 | Paid |
| **55** | Choice Title Agency, Inc. | John E. Kerley<br>Kerley & Associates, PC<br>2131 West White Oaks Drive, Suite B-2<br>Springfield, IL 62704<br>Tel. (217) 698-0007<br>Fax (217) 726-0006<br>lawyerjohn@aol.com | $222.25 | Paid |
| **56** | ChoicePoint Precision Marketing LLC | Shelley J. Webb<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Tel. (202) 434-5000<br>Fax (202) 434-5029<br>swebb@wc.com | $0.00 | |
| **57** | Christopher M. Boedefeld, Esq.<br>(dismissed) | | $0.00 | |
| **58** | Cisco Title | | $0.00 | |

### THIRD-PARTY
### DEFENDANTS' COUNSEL
### July-September 2009 Fees

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 59 | Cislo Title Co. | Jeffrey W. Finke<br>Law Office of Jeffrey W. Finke<br>55 W. Wacker Drive, Suite 1400<br>Chicago, IL 60601-1799<br>Tel. (312) 606-3333<br>Fax (312) 419-1729<br>jwfinke@mindspring.com | $240.01 | Paid |
| 60 | Citywide Mortgage Pros Inc. | | $0.00 | |
| 61 | Citywide Title Corporation | Daniel J. McMahon<br>Rebecca Rothmann<br>Cinthia Granados Motley<br>WILSON ELSER MOSKOWITZ<br>    EDELMAN & DICKER LLP<br>120 North LaSalle, 26th Floor<br>Chicago, IL 60602<br>Tel. (312) 704-0550<br>Fax (312) 419-1729<br>daniel.mcmahon@wilsonelser.com<br>rebecca.rothmann@wilsonelser.com<br>cinthia.motley@wilsonelser.com | $240.01 | Paid |
| 62 | Classic Home Mortgage Corp. | Kristin S. Yoo<br>Edward M. Ordonez<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL  60606<br>Tel. (312) 382-3100<br>Fax (312) 706-9755<br>kyoo@cozen.com<br>eordonez@cozen.com | $222.25 | Unpaid |
| 63 | Classic Mortgage Solutions | | $0.00 | |
| 64 | CloseNet, LLC | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | $257.77 | Unpaid |
| 65 | Closing Office, The | | $0.00 | |
| 66 | Colonial Title & Escrow, Inc. | Christopher H. Murphy<br>John J. McDonough<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL  60606<br>Tel. (312) 382-3155<br>Fax (312) 706-9755<br>chmurphy@cozen.com<br>jmcdonough@cozen.com | $222.25 | Paid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

|  | A | B | K | N |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 |  |  |  |  |
| 67 | Commonwealth Land Title Company<br>Commonwealth Land Title Insurance Co. | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com | $1,216.81 | Paid |
| 68 | Complete Title Solutions, Inc. |  | $0.00 |  |
| 69 | Connecticut Attorneys Title Insurance Co. | Clark M. Stalker<br>Meckler Bulger Tilson<br>Marick & Pearson LLP<br>123 North Wacker Drive<br>Suite 1800<br>Chicago, IL 60603<br>Ph: (312) 474-7900<br>clark.stalker@mbtlaw.com | $222.25 | Paid |
| 70 | Conneticut Closing Services | Harlene G. Matyas<br>Sarah M. Abrams<br>Margaret M. Rule<br>TRIBLER ORPETT & MEYER, PC<br>225 West Washington Street, Suite 1300<br>Chicago, IL 60606<br>Tel. (312) 201-6400<br>Fax (312) 201-6401<br>hgmatyas@tribler.com<br>smabrams@tribler.com<br>mmrule@tribler.com | $225.51 | Paid |
| 71 | Consolidated Title |  | $0.00 |  |
| 72 | Cresent Title Agency, LLC |  | $0.00 |  |
| 73 | Cross Country Lenders LLC | (Dennis Both withdrew as counsel) | $240.01 | Unpaid |
| 74 | Crown Mortgage Corp. |  | $0.00 |  |
| 75 | CT MORTGAGE |  | $950.41 | Unpaid |
| 76 | Dana Capital Group, Inc. |  | $0.00 |  |
| 77 | Data Search |  | $0.00 |  |
| 78 | David B. Carroll, P.C. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $222.25 | Paid |
| 79 | Daystar Lending Service |  | $0.00 |  |

**THIRD-PARTY DEFENDANTS' COUNSEL - Page 7**

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 80 | Desautels, Mahoney & Kohn LLC | Gary Thomas Jansen<br>Nicole D Milos<br>CREMER KOPON SHAUGHNESSY,SPINA,<br>JANSEN & SIEGERT LLC<br>180 North LaSalle Street, Suite 3300<br>Chicago, IL 60601<br>Tel. (312) 980-3016<br>Fax (312) 726-3818<br>gjansen@cksslaw.com<br>nmilos@cksslaw.com | $240.01 | Paid |
| 81 | Devon Title Agency (dismissed) | | $0.00 | |
| 82 | Dewrell & Sacks LLP | Rudolf G. Schade, Jr.<br>Scott Brown<br>Cassiday Schade, LLP<br>20 N. Wacker Dr., Suite 1040<br>Chicago, IL 60606-2903<br>Tel. (312) 444-2456<br>Fax (312) 444-1669<br>rgs@cassiday.com<br>sjb@cassiday.com | $453.13 | Paid |
| 83 | Dey Smith & Collier | Richard M. Waris<br>James Joseph Sipchen<br>Donald P. Eckler<br>PRETZEL & STOUFFER, CHTD.<br>One South Wacker Drive, Suite 2500<br>Chicago, IL 60606-4673<br>Tel. (312) 346-1973<br>Fax. (312) 346-8242<br>rwaris@pretzel-stouffer.com<br>jsipchen@pretzel-stouffer.com<br>deckler@pretzel-stouffer.com | $240.01 | Paid |
| 84 | Direct Banc Mortgage LLC | | $0.00 | |
| 85 | Diversified Mortgage | | $0.00 | |
| 86 | Dream House Mortgage Corp. | Preston Halperin<br>Dean Wagner<br>SHECHTMAN HALPERIN SAVAGE LLP<br>1080 Main Street<br>Pawtucket, RI 02860<br>Tel. (401) 272-1400<br>Fax (401) 272-1403<br>phalperin@shslawfirm.com<br>dwagner@shslawfirm.com | $222.25 | Paid |
| 87 | Dunnrite Mortgage Company Inc. | | $0.00 | |
| 88 | Eden Rock Mortgage Corp. | | $0.00 | |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| **1** | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 89 | Elayne Palancia | | $0.00 | |
| 90 | Eldridge Mortgage Co., Inc. | | $0.00 | |
| 91 | Electronic Closing Services, Inc. | | $0.00 | |
| 92 | Envision Mortgage Solutions, Inc. | Michael J. Delrahim<br>Dennis E. Both<br>Brown, Udell & Pomerantz<br>1332 N. Halsted Street<br>Chicago, IL 60622<br>Tel. (312) 475-9900<br>Fax (312) 475-1188<br>mdelrahim@buplaw.com<br>dboth@buplaw.com | $222.25 | Unpaid |
| 93 | Equititle, LLC | Christopher H. Murphy<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, Illinois 60606<br>Tel. (312) 382-3150<br>Fax (312) 382-8910<br>chmurphy@cozen.com | $222.25 | Paid |
| 94 | Equity Settlement Services, Inc. | Alexander E. Sklavos<br>Law Offices of Alexander E. Sklavos, PC<br>One Old Country Road, Suite 200<br>Carle Place, NY 11514<br>Tel. (516) 248-4000<br>Fax (516) 877-8010<br>aes@sklavoslaw.com<br>AND<br>George P. Apostolides<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Tel. (312) 876-7100<br>Fsx (312) 876-0288<br>gapostolides@arnstein.com | $240.01 | Unpaid |
| 95 | Equity Solutions Inc. | | $0.00 | |
| 96 | Express Financial Services, Inc.(dismissed)<br>Express Title Services of Ohio (dismissed) | | $0.00 | |
| 97 | Fairfield Mortgage Inc. | | $0.00 | |
| 98 | Fairway Financial Group LLC | Dennis Both/Brown Udell WITHDREW | $222.25 | Unpaid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| **1** | | | | |
| **99** | Fidelity Nation Title Company<br>Fidelity National Title Insurance Company<br>Fidelity National Title Insurance Company of New York | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com | $826.09 | Paid |
| **100** | Financial Title Company (dismissed) | | $0.00 | |
| **101** | First American Title Insurance Co. | Jeffrey T. Heintz<br>Chris Swing<br>Kate Bradley<br>Brouse McDowell<br>388 Main St., Ste. 500<br>Akron, OH 44311<br>Tel. (330) 535-5711<br>fax (330) 253-8601<br>Jheintz@brouse.com<br>cswing@brouse.com<br>kbradley@brouse.com<br>AND<br>Robert Radasevich<br>Neal Gerber & Eisenberg LLP<br>Two North LaSalle Street, Suite 2200<br>Chicago, IL 60602<br>Tel. (312) 269-8000<br>rradasevich@ngelaw.com | $4,573.45 | Paid |
| **102** | First Choice Signing Service, LLC | | $0.00 | |
| **103** | First Merit Settlement Services, Inc. | Matthew L. Kurzweg<br>Kurzweg Law Offices<br>Gulf Tower, 34th Floor<br>707 Grant Street<br>Pittsburgh, PA 15219<br>(412) 258-2223<br>mkurzweg@kurzweglaw.com | $240.01 | Paid |
| **104** | First National Financial Title Services | | $0.00 | |
| **105** | First National Financial Title Services of Alabama | | $0.00 | |
| **106** | First Source Financial | | $0.00 | |
| **107** | First Suburban Title Company | | $0.00 | |
| **108** | First USA Funding LLC | | $0.00 | |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 109 | Frank J. Manni, Esq. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $222.25 | Paid |
| 110 | Freedom Mortgage Team, Inc. | | $0.00 | |
| 111 | Gail A. Many | | $0.00 | |
| 112 | Garfield Mortgage Corp | | $0.00 | |
| 113 | General American Corporation (dismissed) | | $0.00 | |
| 114 | Genesis Mortgage Corp. | | $0.00 | |
| 115 | Geoffrey B. Ginn & Associates P.C. | | $0.00 | |
| 116 | Global Mortgage Inc. | Russell Kofoed<br>Law Office of Russell Kofoed<br>222 S Riverside Plaza<br>Chicago, IL 60606<br>(312) 876-0500<br>russellkofoed@sbcglobal.net (bad e-mail/use sec'y address below)<br>(sec'y e-mail: jrnoto.rmk.law@gmail.com) | $222.25 | Bankrupt |
| 117 | Goldman Gruder & Woods | Jeanne M. Hoffmann<br>Terrence J. Madden<br>BRYCEDOWNEY LLC<br>200 N. LaSalle St., Suite 2700<br>Chicago, IL 60601<br>Tel. (312) 377-1501<br>Fax (312) 377-1502<br>jhoffmann@brycedowney.com<br>tmadden@brycedowney.com | $222.25 | Paid |
| 118 | Grand Mortgage Corp. | | $0.00 | |
| 119 | Great American Mortgage Corp. | | $0.00 | |
| 120 | Great Lakes Mortgage Co., LLC | | $0.00 | |
| 121 | Great Lakes National Mortgage Banc Inc. | | $0.00 | |
| 122 | Great Lakes National Mortgage Co. | | $0.00 | |
| 123 | Greenwich Mortgage Corp. | | $0.00 | |
| 124 | Gregory R. Shaw, Esq. (DISMISSED) | | $0.00 | |
| 125 | Guadalupe Cruz, Jr. | | $0.00 | |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 126 | Guarantee Title and Trust Co. | David C. McCormack<br>McCormack Law<br>18875 Saratoga Court<br>Brookfield, WI 53045<br>Tel. (262) 790-1160<br>Fax (262) 790.1208<br>maclaw@execpc.com | $257.77 | Bankrupt |
| 127 | Hadlock Law Offices, P.C. (DISMISSED) | | $0.00 | |
| 128 | Hamilton Mortgage Co. | | $0.00 | |
| 129 | Heights Title Agency Inc.<br>Zurich Insurance Group<br>American Zurich Insurance Company<br>Steadfast Insurance Company<br>American Guarantee and Liability Ins. Co.<br>New Jersey, Inc. | Christopher H. Murphy<br>John J. McDonough<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3155<br>Fax (312) 706-9755<br>chmurphy@cozen.com<br>jmcdonough@cozen.com | $222.25 | Paid |
| 130 | Heritage Title | Cinthia G. Motley<br>Daniel J. McMahon<br>Rebecca M. Rothmann<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>120 N. LaSalle St., 26th Floor<br>Chicago, Illinois 60602<br>Tel. (312) 704-0550<br>Fax (312) 704-1522<br>cinthia.motley@wilsonelser.com<br>daniel.mcmahon@wilsonelser.com<br>rebecca.rothmann@wilsonelser.com | $1,856.17 | Paid |
| 131 | Hillard N. Einbinder | Gary Thomas Jansen<br>Nicole D Milos<br>CREMER KOPON SHAUGHNESSY,SPINA, JANSEN & SIEGERT LLC<br>180 North LaSalle Street, Suite 3300<br>Chicago, IL 60601<br>Tel. (312) 980-3016<br>Fax (312) 726-3818<br>gjansen@cksslaw.com<br>nmilos@cksslaw.com | $222.25 | Paid |
| 132 | Holler & Holler, LLC | | $0.00 | |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 133 | Home Equity Title Services, Inc. | Anthony C. Campanale<br>ANTHONY C. CAMPANALE & ASSOCIATES<br>19 South LaSalle Street, Suite 1500<br>Chicago, IL 60603<br>Tel. (312) 641-2233<br>Fax (312) 641-0180<br>accampanale@acclaw.com | $222.25 | Unpaid |
| 134 | Home-Land Title & Abstract Co., Inc. | Michael A. Kraft<br>Gregory A. Cerulo<br>Laura A. Peterson<br>Quinn, Johnston, Henderson & Pretorius<br>227 NE Jefferson<br>Peoria, IL 61602<br>Tel. (309) 674-1133<br>Fax (309) 674-6503<br>mkraft@qjhp.com<br>gcerulo@qjhp.com<br>lpeterson@qjhp.com | $222.25 | Paid |
| 135 | HWB Inc. | | $0.00 | |
| 136 | Ilene K. Chapel | William E. Hosler<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, PC<br>380 N. Old Woodward Ave., Ste. 300<br>Birmingham, MI 48009<br>Tel. (248) 642-0333<br>Fax (248) 642-0856<br>weh@wwrplaw.com | $222.25 | Unpaid |
| 137 | Illinois Mortgage Funding Corp. | (Dennis Both withdrew as counsel) | $222.25 | Unpaid |
| 138 | Indiana Title Network Company | Daniel J. McMahon<br>Rebecca Rothmann<br>Cinthia Granados Motley<br>WILSON ELSER MOSKOWITZ<br>  EDELMAN & DICKER LLP<br>120 North LaSalle, 26th Floor<br>Chicago, IL 60602<br>Tel. (312) 704-0550<br>Fax (312) 419-1729<br>daniel.mcmahon@wilsonelser.com<br>rebecca.rothmann@wilsonelser.com<br>cinthia.motley@wilsonelser.com | $240.01 | Paid |
| 139 | Integrity Closing Service | | $0.00 | |
| 140 | Investment Mortgage Group | | $0.00 | |
| 141 | Jackie A. Martinez | | $0.00 | |
| 142 | JC Shields | | $0.00 | |
| 143 | Joel Williams | | $0.00 | |

**THIRD-PARTY
DEFENDANTS' COUNSEL
July-September 2009 Fees**

|  | A | B | K | N |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 |  |  |  |  |
| 144 | John Webber & Associates, P.C. | Rudolf G. Schade, Jr.<br>Scott Brown<br>Cassiday Schade, LLP<br>20 N. Wacker Dr., Suite 1040<br>Chicago, IL 60606-2903<br>Tel. (312) 444-2456<br>Fax (312) 444-1669<br>rgs@cassiday.com<br>sjb@cassiday.com | $257.77 | Paid |
| 145 | Jones Damia Kaufman Borofsky & DePaul LLC | George K. Flynn<br>Richard M. Kaplan<br>Susan N.K. Gummow<br>Clausen Miller, P.C.<br>10 S. LaSalle Street<br>Chicago, IL 60603<br>Tel. (312) 855-1010<br>Fax (312) 606-7777<br>gflynn@clausen.com<br>rkaplan@clausen.com<br>sgummow@clausen.com | $222.25 | Paid |
| 146 | Joshua Hiltibidal |  | $0.00 |  |
| 147 | K.E.L. Title Insurance | Martha D. Bolton<br>Kaufman, Englett, and Lynd, LLC<br>151 Wymore Road<br>Suite 3000<br>Altamonte Springs, FL 32714<br>Phone: 407-513-1900<br>Fax: 407-513-1961<br>mbolton@kelattorneys.com | $240.01 | Unpaid |
| 148 | Keith Kathaway |  | $0.00 |  |
| 149 | Kerry A. Sumner |  | $0.00 |  |
| 150 | L & S Mortgage LLC |  | $0.00 |  |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

|  | A | B | K | N |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 |  |  |  |  |
| 151 | LandAmerica Financial Group, Inc. | Keith Verges<br>Mark Davenport<br>Don Colleluori<br>Russell Hubbard<br>FIGARI & DAVENPORT LLP<br>3400 Bank of America Plaza<br>901 Main St.<br>Dallas, TX 75202<br>Tel. (214) 939-2017<br>Fax (214) 939-2090<br>kverges@figdav.com<br>mark.davenport@figdav.com<br>don.colleluori@figdav.com<br>AND<br>John L. Ropiequet<br>Christopher S. Naveja<br>Jason B. Hirsh<br>Arnstein & Lehr, LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Phone: 312.876.6900<br>Fax: 312.876.6225<br>jlropiequet@arnstein.com<br>csnaveja@arnstein.com<br>jbhirsh@arnstein.com | $399.85 | Bankrupt |
| 152 | Landsel Title Agency, Inc. |  | $0.00 |  |
| 153 | Law Office of Anthony A. Senerchia, Sr. P.C | Eric D Kaplan<br>Jared Ira Rothkopf<br>KAPLAN PAPADAKIS & GOURNIS, LLP<br>180 North LaSalle St., Suite 2108<br>Chicago, IL 60601<br>Tel. (312) 726-0531<br>Fax (312) 726-4928<br>ekaplan@kpglaw.com<br>jrothkopf@kpglaw.com | $240.01 | Paid |
| 154 | Law Office of Joseph E. Nealon | Joseph E. Nealon<br>NEALON & ROSENFIELD<br>45 Lyman Street, Suite 28<br>Westborough, MA 01581<br>Tel. (508) 366-0044<br>Fax (508) 366-0162<br>jnealon@nealonrosenfield.com | $275.53 | Unpaid |
| 155 | Law Office of Russo |  | $0.00 |  |
| 156 | Law Office of Sarino R. Costanzo(dismissed) |  | $0.00 |  |

### THIRD-PARTY
### DEFENDANTS' COUNSEL
### July-September 2009 Fees

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| **1** | | | | |
| **157** | Law Offices of Daniel J. Nigro, P.C. | Rudolf G. Schade, Jr.<br>Scott Brown<br>Cassiday Schade, LLP<br>20 N. Wacker Dr., Suite 1040<br>Chicago, IL 60606-2903<br>Tel. (312) 444-2456<br>Fax (312) 444-1669<br>rgs@cassiday.com<br>sjb@cassiday.com | $701.77 | Paid |
| **158** | Law Offices of George T. Crowley | Rudolf G. Schade, Jr.<br>Scott Brown<br>Cassiday Schade, LLP<br>20 N. Wacker Dr., Suite 1040<br>Chicago, IL 60606-2903<br>Tel. (312) 444-2456<br>Fax (312) 444-1669<br>rgs@cassiday.com<br>sjb@cassiday.com | $293.29 | Paid |
| **159** | Law Offices of Gregory T. Lattanzi, LLC | | $0.00 | Paid |
| **160** | Law Offices of Jonathan P. Ash | Bruce Meckler | $240.01 | Paid |
| **161** | Law Offices of Morris I. Olmer | | $0.00 | |
| **162** | Law Offices of Nicholas Barrett | Eric D Kaplan<br>Jared Ira Rothkopf<br>KAPLAN PAPADAKIS & GOURNIS, LLP<br>180 North LaSalle St., Suite 2108<br>Chicago, IL 60601<br>Tel. (312) 726-0531<br>Fax (312) 726-4928<br>ekaplan@kpglaw.com | $417.61 | Paid |
| **163** | Law Offices of William A. Snider | | $0.00 | |
| **164** | Law Title Insurance Agency, Inc.<br>Law Title Insurance Company, Inc.<br>Absolute Title Svcs., Inc. | David A. Ward<br>WARD & METTI, P.C.<br>2516 Waukegan Rd., #300<br>Glenview, IL 60025<br>Tel. (847) 501-6565<br>Fax (847) 501-6589<br>wardmetti@msn.com | $311.05 | Paid |

**THIRD-PARTY DEFENDANTS' COUNSEL - Page 16**

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 165 | Lawyers Title Insurance Corporation | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com | $648.49 | Paid |
| 166 | Lee S. Jacobowitz, Esq. | Rudolf G. Schade, Jr.<br>Scott Brown<br>Cassiday Schade, LLP<br>20 N. Wacker Dr., Suite 1040<br>Chicago, IL 60606-2903<br>Tel. (312) 444-2456<br>Fax (312) 444-1669<br>rgs@cassiday.com<br>sjb@cassiday.com | $346.57 | Paid |
| 167 | Legal Ease, Inc. | | $0.00 | |
| 168 | Lenders First Choice | Kevin J. Clancy (withdrew 9-11- Lenders closed business)<br>Lowis & Gellen<br>200 W. Adams, Suite 1900<br>Chicago, IL 60606<br>kclancy@lowis-gellen.com<br>Tel: (312) 628-7855<br>Fax: 312-364-1003<br>kclancy@lowis-gellen.com | $222.25 | Bankrupt |
| 169 | Lexington & Concord | | $0.00 | |
| 170 | Liberty Funding Services Inc. | | $0.00 | |
| 171 | Liberty Title & Escrow Co., Inc. | Dennis Both<br>Brown, Udell & Pomerantz<br>1332 N. Halsted Street<br>Chicago, IL 60622<br>dboth@buplaw.com<br>(312) 475-9900 | $240.01 | Unpaid |
| 172 | Lieto & Greenberg LLP | Rudolf G. Schade, Jr.<br>Scott Brown<br>Cassiday Schade, LLP<br>20 N. Wacker Dr., Suite 1040<br>Chicago, IL 60606-2903<br>Tel. (312) 444-2456<br>Fax (312) 444-1669<br>rgs@cassiday.com<br>sjb@cassiday.com | $275.53 | Paid |
| 173 | LSI-Fidelity Title & Escrow | | $0.00 | |
| 174 | Lynne A. Love | | $0.00 | |
| 175 | MacKinnon & Tavano, LLC | Joseph B. Carini, III<br>JOHNSON & BELL, LTD.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>Tel. (312) 984 6668<br>carinij@jbltd.com | $222.25 | Unpaid |
| 176 | Mansfield Mortgage Services, Inc. | | $0.00 | |
| 177 | Martin M. Hochman | | $0.00 | |

**THIRD-PARTY DEFENDANTS' COUNSEL - Page 17**

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

|  | A | B | K | N |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 |  |  |  |  |
| 178 | Medici & Sciacca PC | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@**mbtlaw.com** | $222.25 | Paid |
| 179 | Metropolitan Title Co. | Jeffrey T. Heintz<br>Chris Swing<br>Kate Bradley<br>Mary Swann<br>Brouse McDowell<br>388 Main St., Ste. 500<br>Akron, OH 44311<br>Tel. (330) 535-5711<br>fax (330) 253-8601<br>Jheintz@brouse.com<br>cswing@brouse.com<br>kbradley@brouse.com<br>AND<br>Robert Radasevich<br>Neal Gerber & Eisenberg LLP<br>Two North LaSalle Street, Suite 2200<br>Chicago, IL  60602<br>Tel. (312) 269-8000<br>rradasevich@ngelaw.com | $222.25 | Paid |
| 180 | Michael Hogan |  | $0.00 |  |
| 181 | Michigan Land Title Agency, Inc. |  | $0.00 |  |
| 182 | Michigan Title Co. |  | $0.00 |  |
| 183 | Michigan Trust Title Agency LLC | James Kenneth Borcia<br>David O. Yuen<br>TRESSLER SODERSTROM MALONEY &<br>PRIESS<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606-6308<br>Tel. (312) 627-4104<br>Fax (312)617-1717<br>jborcia@tsmp.com<br>dyuen@tsmp.com | $222.25 | Unpaid |

**THIRD-PARTY DEFENDANTS' COUNSEL - Page 18**

### THIRD-PARTY
### DEFENDANTS' COUNSEL
### July-September 2009 Fees

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 184 | Midland Title Security, Inc. | Jeffrey T. Heintz<br>Chris Swing<br>Kate Bradley<br>Mary Swann<br>Brouse McDowell<br>388 Main St., Ste. 500<br>Akron, OH 44311<br>Tel. (330) 535-5711<br>fax (330) 253-8601<br>Jheintz@brouse.com<br>cswing@brouse.com<br>kbradley@brouse.com<br>AND<br>Robert Radasevich<br>Neal Gerber & Eisenberg LLP<br>Two North LaSalle Street, Suite 2200<br>Chicago, IL 60602<br>Tel. (312) 269-8000<br>rradasevich@ngelaw.com | $222.25 | Paid |
| 185 | Midwest Equity Financial Services | | $0.00 | |
| 186 | Midwest Home Funding, LLC | Cheryl A. Perry<br>Law Office of Cheryl A. Perry<br>19065 Hickory Creek Drive, Suite 150<br>Mokena, Illinois 60448<br>708-479-8855<br>cheryl@caplawoffice.com<br>*AND*<br>John J. Lydon<br>Gomberg, Sharfman, Gold & Ostler, P.C.<br>208 S. LaSalle Street, Suite 1410<br>Chicago, Illinois 60604<br>Tel. (312) 332-6194<br>lydonj@gsgolaw.com | $222.25 | Paid |
| 187 | Midwest Land Title Co. | | $0.00 | |
| 188 | Mike Smith | | $0.00 | |
| 189 | Mortgage Depot | | $0.00 | |
| 190 | Mortgage Edge Inc., The | | $0.00 | |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

|  | A | B | K | N |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| **1** |  |  |  |  |
| **191** | Mortgage Guarantee & Title Co. | Jeffrey T. Heintz<br>Chris Swing<br>Kate Bradley<br>Mary Swann<br>Brouse McDowell<br>388 Main St., Ste. 500<br>Akron, OH 44311<br>Tel. (330) 535-5711<br>fax (330) 253-8601<br>Jheintz@brouse.com<br>cswing@brouse.com<br>kbradley@brouse.com<br>AND<br>Robert Radasevich<br>Neal Gerber & Eisenberg LLP<br>Two North LaSalle Street, Suite 2200<br>Chicago, IL 60602<br>Tel. (312) 269-8000<br>rradasevich@ngelaw.com | $293.29 | Paid |
| **192** | Mortgage Information Services, Inc. | Timothy D. Elliott<br>Emily L. Shupe<br>Derek M. Johnson<br>Rathje & Woodward, LLC<br>300 E. Roosevelt Road, Suite 300<br>Wheaton, IL 60187<br>Tel. (630) 668-8500<br>Fax (630) 668-7650<br>telliott@rathjewoodward.com<br>eshupe@rathjewoodward.com<br>djohnson@rathjewoodward.com | $1,802.89 | Paid |
| **193** | Mortgage Pros USA (dismissed) | Michael R. Gregg<br>Steven M. Sandler<br>Amir R. Tahmassebi<br>Merlo Kanofsky Brinkmeier & Gregg Ltd.<br>208 S. LaSalle St., Ste. 1750<br>Chicago, IL 60604<br>Tel. (312) 553-5500<br>Fax (312) 683-7181<br>mrg@merlolaw.com<br>sms@merlolaw.com<br>art@merlolaw.com | $257.77 | Dismissed |
| **194** | Mortgage Store | Terrill Currie<br>600 N. Pine Island Rd.<br>Plantation, FL 33324<br>terrill_c@yahoo.com | $222.25 | Unpaid |
| **195** | National Closing Solutions (dismissed) |  | $0.00 |  |
| **196** | National Closing Solutions, Inc |  | $0.00 |  |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

|  | A | B | K | N |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 |  |  |  |  |
| 197 | National Real Estate Information Services | David Joel Chizewer<br>David Morrison<br>Kerry Nelson<br>GOLDBERG KOHN<br>55 East Monroe St., Suite 3300<br>Chicago, IL 60603<br>Tel. (312) 201-3938<br>Fax (312) 863-7438<br>david.chizewer@goldbergkohn.com<br>david.morrison@goldbergkohn.com<br>kerry.nelson@goldbergkohn.com | $240.01 | Paid |
| 198 | National Real Estate Information Services of New Jersey, Inc. | Christopher H. Murphy<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL  60606<br>Tel. (312) 382-3155<br>Fax (312) 706-9755<br>chmurphy@cozen.com | $275.53 | Paid |
| 199 | Nations Title Agency of Illinois, Inc. | David C. McCormack<br>McCormack Law<br>18875 Saratoga Court<br>Brookfield, WI 53045<br>Tel. (262) 790-1160<br>Fax (262) 790.1208<br>maclaw@execpc.com | $435.37 | Paid |
| 200 | Nations Title Agency of Michigan, Inc. | David C. McCormack<br>McCormack Law<br>18875 Saratoga Court<br>Brookfield, WI 53045<br>Tel. (262) 790-1160<br>Fax (262) 790.1208<br>maclaw@execpc.com | $453.13 | Paid |
| 201 | Nations Title Agency of Missouri, Inc | David C. McCormack<br>McCormack Law<br>18875 Saratoga Court<br>Brookfield, WI 53045<br>Tel. (262) 790-1160<br>Fax (262) 790.1208<br>maclaw@execpc.com | $240.01 | Paid |
| 202 | Nationwide Mortgage |  | $0.00 |  |
| 203 | Netco, Inc. | Patrick W. Walsh<br>Patrick W. Walsh, Attorneys at Law<br>625 Plainfield Road, Suite 330<br>Willowbrook, Illinois 60527<br>Tel. (630) 794-0300<br>pwalsh@walshdocs.com<br>Steven S. Elliot | $222.25 | Paid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 204 | Network Closing Services, Inc. (Dismissed in 10/09) | Richard W. Norris<br>7651A Ashley Park Ct., Ste. 403<br>Orlando, FL 32835<br>Tel. (407) 970-9213<br>rnorris@networkclosing.com | $222.25 | Paid |
| 205 | New Century Mortgage Corp. | | $0.00 | |
| 206 | New Jersey Title Insurance | | $0.00 | |
| 207 | New Vision Title Agency | | $0.00 | |
| 208 | Nigro Associates, LLC | | $0.00 | |
| 209 | North American Title Company, Inc. | | $0.00 | |
| 210 | Northwest Title and Escrow Corporation | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | $1,128.01 | Unpaid |
| 211 | Ohio Bar Title Insurance Co. | Jeffrey T. Heintz<br>Chris Swing<br>Kate Bradley<br>Mary Swann<br>Brouse McDowell<br>388 Main St., Ste. 500<br>Akron, OH 44311<br>Tel. (330) 535-5711<br>fax (330) 253-8601<br>Jheintz@brouse.com<br>cswing@brouse.com<br>kbradley@brouse.com<br>AND<br>Robert Radasevich<br>Neal Gerber & Eisenberg LLP<br>Two North LaSalle Street, Suite 2200<br>Chicago, IL 60602<br>Tel. (312) 269-8000<br>rradasevich@ngelaw.com | $222.25 | Paid |
| 212 | Ohio Lending Solutions | | $0.00 | |
| 213 | Old Republic National Title Insurance Co. | Andrew R. Greene<br>Emily V. Wolf<br>Johnston Greene LLC<br>542 South Dearborn, Suite 1100<br>Chicago, IL 60605<br>Tel. (312) 341-3900<br>Fax (312) 641-0700<br>agreene@johnstongreene.com<br>ewolf@johnstongreene.com | $950.41 | Paid |
| 214 | Oxford Home Mortgage LLC | | $0.00 | |
| 215 | P & L Mortgage Inc. | | $0.00 | |
| 216 | Pan American Funding Group Inc. | | $0.00 | |
| 217 | Paradise Financial Services LLC | | $0.00 | |
| 218 | Patriot Title Co., Inc. | | $0.00 | |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 219 | Paul D. Boudreau | Charles S. Ofstein<br>Robert Smyth<br>Kent Mathewson<br>Donohue, Brown, Matthewson & Smith<br>140 S. Dearborn Street, Suite 800<br>Chicago, IL 60603<br>Tel. (312) 422-0900<br>Fax (312) 422-0909<br>charles.ofstein@dbmslaw.com<br>robert.smyth@dbmslaw.com<br>kent.mathewson@dbmslaw.com | $222.25 | Paid |
| 220 | Perrotta, Cahn & Prieto, P.C. | John W. Patton, Jr.<br>Michael M. Fenwick<br>Patton & Ryan, LLC<br>330 N. Wabash, Suite 2900<br>Chicago, IL 60611<br>Tel. (312) 261-5160<br>jpatton@pattonryan.com<br>mfenwick@pattonryan.com | $222.25 | Paid |
| 221 | Peter Marchelos | | $0.00 | |
| 222 | Phillip Bobbittt Esq. | | $0.00 | |
| 223 | Portnoy and Greene, P.C | Harlene G. Matyas<br>Sarah M. Abrams<br>Margaret M. Rule<br>TRIBLER ORPETT & MEYER, PC<br>225 West Washington Street, Suite 1300<br>Chicago, IL 60606<br>Tel. (312) 201-6400<br>Fax (312) 201-6401<br>hgmatyas@tribler.com<br>smabrams@tribler.com<br>mmrule@tribler.com | $240.01 | Paid |
| 224 | Precise Title and Escrow Agency | | $0.00 | |
| 225 | Precision Financial Inc. | | $0.00 | |
| 226 | Preferred Lending Group | | $0.00 | |
| 227 | Premier Title & Escrow Co. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $240.01 | Paid |
| 228 | Presidential Title, Inc. | | $0.00 | |
| 229 | Prime Plus Mortgage | | $0.00 | |
| 230 | Prince Bothers Inc. | | $0.00 | |
| 231 | Professional Mobile Closers | | $0.00 | |
| 232 | Progressive Land Title | | $0.00 | |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| **1** | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 233 | Quality Title Agency Inc. | | $0.00 | |
| 234 | Reagle Search & Signature Services LLC | | $0.00 | |
| 235 | Reli, Inc. | Christopher J. Nadeau<br>Michael S. Knippen<br>Mark F. Wolfe<br>Traub Lieberman Straus & Shrewsberry LLP<br>303 West Madison Street, Suite 1200<br>Chicago, Illinois 60606<br>(312) 332-3900<br>cnadeau@traublieberman.com<br>mknippen@traublieberman.com<br>mwolfe@traublieberman.com | $222.25 | Paid |
| 236 | Republic Title Company | Michael A. Braun<br>Lee M. Weisz<br>Braun & Rivkin<br>33 North Dearborn Street<br>Suite 500<br>Chicago, IL 60602<br>Tel. (312) 580-0001<br>Fax (312) 580-0828<br>mabraun@speakeasy.net<br>weiszlaw@aol.com | $222.25 | Paid |
| 237 | Residential Title Services, Inc. | James V. Noonan<br>Katherine Marie Donat<br>NOONAN & LIEBERMAN<br>105 West Adams Street, Suite 3000<br>Chicago, IL 60603<br>Tel. (312) 431-1455<br>Fax (312) 431-1456<br>jnoonan@noonanandlieberman.com<br>kdonat@noonanandlieberman.com | $240.01 | Bankrupt |
| 238 | Resource Partners Inc. | | $0.00 | |
| 239 | Resource Title, LLC | Richard M. Waris<br>James Joseph Sipchen<br>Donald P. Eckler<br>PRETZEL & STOUFFER, CHTD.<br>One South Wacker Drive, Suite 2500<br>Chicago, IL 60606-4673<br>Tel. (312) 578-7404<br>Fax. (312) 346-8242<br>rwaris@pretzel-stouffer.com<br>jsipchen@pretzel-stouffer.com<br>deckler@pretzel-stouffer.com | $222.25 | Paid |
| 240 | Richmond Title | Matt Matkov<br>Saltz Hollaender Pc<br>993 Old Eagle School Rd<br>Wayne, PA 19087-1710<br>610-964-3333<br>mmatkov@saltzpolisher.com | $228.83 | Paid |

### THIRD-PARTY
### DEFENDANTS' COUNSEL
### July-September 2009 Fees

|   | A | B | K | N |
|---|---|---|---|---|
|   | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 |   |   |   |   |
| 241 | Richmond Title Services, LP | Matthew D. Matkov<br>993 Old Eagle School Road, Suite 412<br>Wayne, PA 19087<br>Tel. (610) 964-3333<br>Fax (610) 964-3334<br>jtodd@saltzpolisher.com<br>mmatkov@saltzpolisher.com | $417.61 | Unpaid |
| 242 | RILI Inc. Title & Closing Professionals |   | $0.00 |   |
| 243 | Roy W. Waller | Michael Weber (withdrew)<br><br>Roy W. Waller (pro se)<br>5412 Maplewood Place<br>Downers Grove, IL 60515<br>rwaller01@aol.com | $222.25 | Paid |
| 244 | Schop & Pleskow, LLP | David Warren<br>JOELSON ROSENBERG, PLC<br>30665 Northwestern Hwy, Suite 200<br>Farmington Hills, MI 48334<br>Tel. (248) 855-2233<br>dwwarren@joelsonrosenberg.com<br>AND<br>George K. Flynn<br>Richard M. Kaplan<br>Susan N.K. Gummow<br>Clausen Miller, P.C.<br>10 S. LaSalle Street<br>Chicago, IL 60603<br>Tel. (312) 855-1010<br>Fax (312) 606-7777<br>gflynn@clausen.com<br>rkaplan@clausen.com<br>sgummow@clausen.com | $257.77 | Paid |
| 245 | Scott Brisco |   | $0.00 |   |
| 246 | Scott E. Lawrence |   | $0.00 |   |
| 247 | Search 2 Close<br>Search 2 Close of Columbus, Limited | David Warren<br>JOELSON ROSENBERG, PLC<br>30665 Northwestern Hwy, Suite 200<br>Farmington Hills, MI 48334<br>Tel. (248) 855-2233<br>dwwarren@joelsonrosenberg.com | $257.77 | Paid |
| 248 | Security Union Title Insurance Company | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com | $223.84 | Paid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 249 | Sette & Bonadies, P.C.<br>Fred Sette | Gary Thomas Jansen<br>Nicole D Milos<br>CREMER KOPON SHAUGHNESSY,SPINA,<br>JANSEN & SIEGERT LLC<br>180 North LaSalle Street, Suite 3300<br>Chicago, IL 60601<br>Tel. (312) 980-3016<br>Fax (312) 726-3818<br>gjansen@cksslaw.com<br>nmilos@cksslaw.com | $222.25 | Paid |
| 250 | Shane DeLorenze | | $0.00 | |
| 251 | Sheila Dolan | | $0.00 | |
| 252 | Sierra Title Company of Cameron and Willacy Counties | John King<br>M. Steven Deck<br>Law Offices of John King<br>3409 N. 10th Street<br>McAllen, TX 78501<br>Tel.: (956) 687-6294<br>Fax: (956) 687-5524<br>jking@kingrgvlaw.com<br>sdeck@kingrgvlaw.com | $222.25 | Paid |
| 253 | Silk Abstract Company | | $0.00 | |
| 254 | Southern Star Mortgage Corp.<br>(In bankruptcy) | Michael A. Kraft<br>Kraft Law Office<br>4343 Commerce Court, Ste. 415<br>Lisle, IL 60532<br>Tel. (630) 505-4119<br>Fax (630) 364-5859<br>mike@mkraftlaw.com<br>AND<br>Richard Harrison<br>Westerman Ball Ederer Miller & Sharfstein LLP<br>170 Old Country Road, Suite 500<br>Mineola, NY 11501<br>Tel. (516) 622-9200<br>Fax (516) 622-9212<br>rharrison@westermanllp.com | $0.00 | |
| 255 | Specialty Title Services, Inc | Kevin J. Clancy<br>Lowis & Gellen<br>200 W. Adams, Suite 1900<br>Chicago, IL 60606<br>kclancy@lowis-gellen.com<br>Tel: (312) 628-7855<br>Fax: 312-364-1003<br>kclancy@lowis-gellen.com | $240.01 | Paid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 256 | Stateside Funding, LLC | Mark D. Capuano<br>President<br>Stateside Funding, LLC<br>667 Atwood Avenue<br>Cranston, RI 02920<br>401-383-9249<br>401-383-7660<br>mark@statesidefunding.com<br><br>**Check w/ KRV:**<br>Mike Lepizzero<br>Tel: 405-739-7397 | $222.25 | Paid |
| 257 | Stewart Title Company of Illinois<br>Stewart Title Guaranty Co.<br>Stewart Title Insurance Co.<br>Stewart Title of Seattle, LLC | Michael Andolina<br>Thomas Heisler<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Tel. (312) 853-2228<br>Fax (312) 853-7036<br>mandolina@sidley.com<br>theisler@sidley.com<br>Sec'y: Christine Pragit (312) 853-7612 | $3,703.21 | Paid |
| 258 | Stuart H. Schoenfeld | | $0.00 | |
| 259 | Sunset Closing | | $0.00 | |
| 260 | Superior Closing Services, LLC | Christopher H. Murphy<br>John J. McDonough<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3155<br>Fax (312) 706-9755<br>chmurphy@cozen.com<br>jmcdonough@cozen.com | $1,465.45 | Paid |
| 261 | Supreme Funding Mortgage Services Inc. | | $0.00 | |
| 262 | Synodi Videll & Green, LLC (Gordon Videll) | George K. Flynn<br>Richard M. Kaplan<br>Susan N.K. Gummow<br>Clausen Miller, P.C.<br>10 S. LaSalle Street<br>Chicago, IL 60603<br>Tel. (312) 855-1010<br>Fax (312) 606-7777<br>gflynn@clausen.com<br>rkaplan@clausen.com<br>sgummow@clausen.com | $257.77 | Paid |

### THIRD-PARTY
### DEFENDANTS' COUNSEL
### July-September 2009 Fees

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 263 | Tamayo Financial Services, Inc. (Dismissed 9/23/09) | Glicel E. Sumagaysay<br>American Mortgage Law Group, P.C.<br>75 Rowland Way, Suite 350<br>Novato, CA 94945<br>(415) 878-0030 x 161<br>gsumagaysay@americanmlg.com<br><br>Robert A. Carson<br>Stephanie A. Petersmarck<br>Gould & Ratner LLP<br>222 North LaSalle Street<br>Suite 800<br>Chicago, Illinois 60601<br>P: 312.899.1633<br>F: 312.236.3241<br>rcarson@gouldratner.com<br>spetersmarck@gouldratner.com | $222.25 | Unpaid |
| 264 | Tapalian & Tadros, P.C. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $985.93 | Paid |
| 265 | Taylor Abstract Co. | Christopher H. Murphy<br>John J. McDonough<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3155<br>Fax (312) 706-9755<br>chmurphy@cozen.com<br>jmcdonough@cozen.com | $222.25 | Paid |
| 266 | Tek Title, LLC | Robert S. Pinzur<br>Brian S. Brewer<br>PINZUR COHEN & KERR LTD<br>4180 RFD Route 83, Suite 208<br>Long Grove, IL 60047<br>Tel. (847) 821-5290<br>Fax (847) 821-5293<br>rpinzur@pckltdlaw.com<br>bbrewer@pckltdlaw.com | $257.77 | Paid |

### THIRD-PARTY
### DEFENDANTS' COUNSEL
### July-September 2009 Fees

| | A | B | K | N |
|---|---|---|---|---|
| **1** | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 267 | Texas Nations Title Agency, Inc. | David C. McCormack<br>McCormack Law<br>18875 Saratoga Court<br>Brookfield, WI 53045<br>Tel. (262) 790-1160<br>Fax (262) 790.1208<br>maclaw@execpc.com | $0.00 | |
| 268 | The Cheatham Group | | $0.00 | |
| 269 | The Law Office of Joseph D'Agostino | Harlene G. Matyas<br>Sarah M. Abrams<br>Margaret M. Rule<br>TRIBLER ORPETT & MEYER, PC<br>225 West Washington Street, Suite 1300<br>Chicago, IL 60606<br>Tel. (312) 201-6400<br>Fax (312) 201-6401<br>hgmatyas@tribler.com<br>smabrams@tribler.com<br>mmrule@tribler.com | $225.51 | Paid |
| 270 | The Law Offices of Marc D. Foley, P.C. | Bruce Meckler<br>Aaron Jensen<br>Chris Kentra<br>Clark Stalker<br>MECKLER BULGER & TILSON<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel. (312) 474-7900<br>Fax (312) 474-7898<br>bruce.meckler@mbtlaw.com<br>aaron.jensen@mbtlaw.com<br>chris.kentra@mbtlaw.com<br>clark.stalker@mbtlaw.com | $222.25 | Paid |
| 271 | The Matlusky Firm, LLC | Gary Thomas Jansen<br>Nicole D Milos<br>CREMER KOPON SHAUGHNESSY,SPINA,<br>JANSEN & SIEGERT LLC<br>180 North LaSalle Street, Suite 3300<br>Chicago, IL 60601<br>Tel. (312) 980-3016<br>Fax (312) 726-3818<br>gjansen@cksslaw.com<br>nmilos@cksslaw.com | $222.25 | Paid |
| 272 | The Mortgage Works | Steele N. Gillaspey<br>Gillaspey & Gillaspey<br>225 Broadway, Suite 2220<br>San Diego, California 92101<br>Tel. (619) 234-3700<br>sng@g-glaw.com | $222.25 | Bankrupt |
| 273 | The Talon Group | | $0.00 | |
| 274 | Tia M. Martin | | $0.00 | |

**THIRD-PARTY
DEFENDANTS' COUNSEL
July-September 2009 Fees**

|  | A | B | K | N |
|---|---|---|---|---|
|  | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 |  |  |  |  |
| 275 | Ticor Title Insurance Co. | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL  60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com | $2,175.85 | Paid |
| 276 | Timothy Kennedy | Harlene G. Matyas<br>Sarah M. Abrams<br>Margaret M. Rule<br>TRIBLER ORPETT & MEYER, PC<br>225 West Washington Street, Suite 1300<br>Chicago, IL 60606<br>Tel. (312) 201-6400<br>Fax (312) 201-6401<br>hgmatyas@tribler.com<br>smabrams@tribler.com<br>mmrule@tribler.com | $223.88 | Paid |
| 277 | TITLE GROUP |  | $0.00 |  |
| 278 | TITLE PROCESS GROUP |  | $0.00 |  |
| 279 | Title Source Inc. | Edward A. Cohen<br>Larry Hoellwarth<br>Adam Bunge<br>Karbal | Cohen | Economou | Silk | Dunne | LLC<br>200 S. Michigan Avenue, 20th Floor<br>Chicago, IL 60604<br>Tel. (312) 431-3643<br>Fax (312) 431-3670<br>ecohen@karballaw.com<br>lah@karballaw.com<br>abunge@karballaw.com | $222.25 | Paid |
| 280 | Title Specialist Inc. |  | $0.00 |  |
| 281 | Title Tech Services |  | $0.00 |  |
| 282 | Title Works, Inc. |  | $0.00 |  |
| 283 | Titleserv, Inc. (dismissed) |  | $0.00 |  |
| 284 | Title-Tech  Networks, Inc. | Christopher H. Murphy<br>John J. McDonough<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL  60606<br>Tel. (312) 382-3155<br>Fax (312) 706-9755<br>chmurphy@cozen.com<br>jmcdonough@cozen.com | $506.41 | Paid |
| 285 | Top Choice Mortgage LLC |  | $0.00 |  |
| 286 | Top Flite Financial Inc. |  | $0.00 |  |
| 287 | Tower Financial Group Inc. |  | $0.00 |  |

## THIRD-PARTY
## DEFENDANTS' COUNSEL
### July-September 2009 Fees

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 288 | Towne & Country Land Title Agency, Inc | Christopher H. Murphy<br>John J. McDonough<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3155<br>Fax (312) 706-9755<br>chmurphy@cozen.com<br>jmcdonough@cozen.com | $293.29 | Paid |
| 289 | Transnation Title Insurance Co. | Albert E. Fowerbaugh Jr.<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602-4257<br>Tel. (312) 696-4440<br>Fax (312) 444-9294<br>afowerbaugh@butlerrubin.com | $311.05 | Paid |
| 290 | TranStar National Title | Frank J. Kokoszka<br>Kokoszka & Janczur, P.C.<br>140 South Dearborn, Suite 1610<br>Chicago, IL 60603<br>Tel. (312) 443-9600<br>Fax (312) 443-5704<br>fkokoszka@k-jlaw.com | $222.25 | Unpaid |
| 291 | Travis Mortgage LLC | Dominick W. Savaiano<br>Joel B Templeman<br>CLAUSEN MILLER P.C.<br>10 South LaSalle Street, Suite 1600<br>Chicago, IL 60603<br>Tel. (312) 606-7779<br>Fax (312) 606-7777<br>dsavaiano@clausen.com<br>jtempleman@clausen.com<br>AND<br>Kathryn Mackey<br>Clausen Miller, PC<br>10 South La Salle Street<br>Chicago, Illinois 60603<br>312-855-1010<br>kmackey@clausen.com | $222.25 | Paid |
| 292 | Tri-Source Title Agency | | $0.00 | |
| 293 | Tristar Title, LLC | | $0.00 | |
| 294 | Triunion Title LLC | | $0.00 | |
| 295 | True Title Inc. (DISMISSED) | | $0.00 | |
| 296 | Turnkey Title Corporation | Gayle Y. Fisher<br>Heather J. Macklin<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606<br>(312) 984-3100<br>gayle.fisher@bfkn.com<br>heather.macklin@bfkn.com | $364.33 | Paid |

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**July-September 2009 Fees**

| | A | B | K | N |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **TOTAL OWED** | **Paid** |
| 1 | | | | |
| 297 | UDX | | $0.00 | |
| 298 | Union Mortgage Services of Cleveland | | $0.00 | |
| 299 | Union Title Insurance Company | | $222.25 | Unpaid |
| 300 | United General Title Insurance Company | | $0.00 | |
| 301 | Universal Home Lending Inc. | | $0.00 | |
| 302 | Univest Mortgage Corp. | | $0.00 | |
| 303 | Vital Signing, Inc. | Daniel J. McMahon<br>Rebecca Rothmann<br>Cinthia Granados Motley<br>WILSON ELSER MOSKOWITZ<br>  EDELMAN & DICKER LLP<br>120 North LaSalle, 26th Floor<br>Chicago, IL 60602<br>Tel. (312) 704-0550<br>Fax (312) 419-1729<br>daniel.mcmahon@wilsonelser.com<br>rebecca.rothmann@wilsonelser.com<br>cinthia.motley@wilsonelser.com | $382.09 | Paid |
| 304 | William Hajj Mortgage Co, LLC | | $0.00 | |
| 305 | William J. Petz | | $0.00 | |
| 306 | Wilson Title Agency | | $0.00 | |
| 307 | | | | |
| 308 | Total TPD | 302 | | |
| 309 | Total Active TPD | 129 | | |
| 310 | | | $52,786.44 | |
| 311 | | | | |
| 312 | | | | |
| 313 | | | | |
| 314 | | | | 42,770.36 |
| 315 | Total Fees to be Paid: | $52,757.48 | | |
| 316 | 50% to be paid by active | $26,378.74 | | |
| 317 | Amount paid per active | $204.49 | | |
| 318 | Amount per transaction | $17.7635 | | |
| 319 | TOTALS | | $52,786.44 | |
| 320 | | | | |
| 321 | | | | |
| 322 | Total Paid as of 6/1/10 | | | $42,770.36 |
| 323 | | | | |
| 324 | | | | |