IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) MDL No. 1715 ) ) Lead Case No. 05-cv-07097 ) ) Centralized before Judge ) Marvin E. Aspen ) |
| JOYCE WILLIAMS, Plaintiff, v. AMERIQUEST MORTGAGE COMPANY, et al., Defendant. | ) ) ORIGINAL CASE NUMBER: ) 1:07-C-6713 ) ) Alabama Southern District No. ) CV-07-753 ) ) Transferred to Judge Aspen for ) pretrial proceedings under MDL ) #1715, Lead Case #05 C 7097 ) ) ) |

## PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT AGAINST HERITAGE TITLE, LLC

Plaintiff, Joyce Williams, respectfully asks the Court to enter an order of default against defendant Heritage Title, LLC.

In support of this motion, plaintiff states as follows:

1. Plaintiff filed her complaint on November 4, 2008, alleging violations of the Truth in Lending Act, 15 U.S.C. §1601 et seq. ("TILA").

2. Plaintiff served Heritage Title, LLC, on January 12, 2009. Exhibit A.

3. Fed. R. Civ. P. 12(a)(1) requires a defendant to serve an answer to a complaint "within 20 days after being served with the summons and complaint."

4. Heritage Title, LLC, was required to appear and serve an answer to plaintiff's complaint on or before February 2, 2009.

5. As of June 3, 2010, Heritage Title, LLC has neither filed an appearance, filed an answer to the complaint, nor otherwise plead.

**WHEREFORE**, plaintiff respectfully requests that this Court enter an order of default against Heritage Title, LLC, and set the matter for prove up.

DATED this, the 4th day of June, 2010.

JAMES D. PATTERSON (PATTJ6485)
Attorney for Plaintiff

OF COUNSEL:
166 Government Street, Suite 100
Mobile, Alabama 36602
Telephone: 251.432.9212
Facsimile: 251.433.7172
E-mail: jpatterson@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4th, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen J. Bumgarner, Esq.
sbumgarn@burr.com

Kenneth J. Riemer, Esq.
kjr@alaconsumerlaw.com

James D. Patterson, Esq.