## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

### AGREED MOTION FOR AN ORDER REFERRING THE HARRIS FIRM CASES TO MAGISTRATE JUDGE DENLOW FOR SETTLEMENT CONFERENCE

Through this motion, Opt-Out plaintiffs represented by The Law Offices of Daniel Harris (the "Harris Firm") and the Ameriquest Defendants respectfully request that the Court refer the Opt-Out cases represented by the Harris Firm to Magistrate Judge Morton Denlow for purposes of conducting a settlement conference. Good cause exists to grant the Motion, as set forth below.

1. The Harris Firm currently has 48 Opt-Out cases pending against the Ameriquest Defendants in the MDL. A complete list of these cases is attached hereto as Exhibit A.

2. In addition, the Harris Firm has the *Terry v. Ameriquest*, Case No. 08CV2475 pending before the Honorable David H. Coar. A settlement conference was held before Magistrate Michael T. Mason in the *Terry* case last week and it was determined that resolution was more likely to occur if all of the Opt-Out cases brought by the Harris Firm in the MDL as well as the *Terry* case be mediated together.

3. Prior attempts to reach settlements in these cases have been unsuccessful. However, the parties are genuinely interested in settling these cases and believe that, with the assistance of Magistrate Judge Denlow, their settlement efforts should be successful.

4. The parties further believe that referral to Magistrate Judge Denlow of the cases filed by the Harris Firm will expedite the resolution of these cases and minimize the burden on the Court.

BN 6347836v1

5. For the substantial majority of the Harris Firm's cases, the Ameriquest Defendants have sued one or more Third-Party Defendants, whose interests are represented both by their own individual counsel and, generally, by liaison counsel appointed by this Court. The Ameriquest Defendants contacted liaison counsel for the MDL Third-Party Defendants to discuss their willingness to participate in a global settlement conference of the Harris Firm's plaintiffs' claims. Liaison counsel indicated that they will recommend the global settlement conference of the Harris Firm's cases to their constituency. The Ameriquest Defendants will make an effort to contact each of the MDL Third-Party Defendants to get their agreement.

6. Accordingly, the parties respectfully request that the Court issue an Order referring all of the Harris Firm's Opt-Out cases listed on Exhibit A, hereto, to Magistrate Judge Denlow for purposes of a settlement conference; and

**IT IS SO AGREED:**

Dated: June 8, 2010

By: /s/ Daniel Harris
Attorneys for Certain Opt-Out Plaintiffs

The Law Offices of Daniel Harris
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936

Dated: June 8, 2010

By: /s/ Bernard E. LeSage
*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

3

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 8th day of June 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage

BN 6347836v1