**EXHIBIT A - LIST OF HARRIS FIRM MDL CASES**

| CASE | ILN CASE NO. |
|---|---|
| Applegate et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04867 |
| Ball-Daniel v. Argent Mortgage Co. et al. | ILN 1:06-06602 |
| Banuelos et al. v. Ameriquest Mortgage Co | ILN 1:08-02680 |
| Barletta v. Ameriquest Mortgage Co, et al | ILN 1:06-04560 |
| Beane, et al. v. Ameriquest Mortgage Co., et al | ILN 1:08-06449 |
| Brown, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:07-04890 |
| Calder v. Ameriquest Mortgage Co. et al. | ILN 1:06-05146 |
| Cashen et al. v. Ameriquest Mortgage Co., et al., C | ILN 1:06-04683 |
| Clemons v. Argent Mortgage Co., et al. | ILN 1:09-00452 |
| Cooper et al. v. Ameriquest Mortgage Co. et al. | ILN 1:06-06604 |
| Dearden v. Ameriquest Mortgage Co., et al. | ILN 1:06-02912 |
| Dougherty, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:06-02482 |
| Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-06191 |
| Ferrara et al v. AmeriQuest Mortgage Company et al | ILN 1:07-06867 |
| Fuller, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00291 |
| Gelman, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04684 |
| Gerbig, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04868 |
| Grabowski v. Ameriquest Mortgage Co., et al. | ILN 1:06-02549 |
| Green, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06945 |
| Hall v. Ameriquest Mortgage Co. et al. | ILN 1:06-06607 |
| Harrison v. Ameriquest Mortgage Co., et al. | ILN 1:06-06947 |
| Jagoe, et al. v. Ameriquest Mortgage Company et al. | ILN 1:08-00258 |
| Joyner, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06784 |
| Kennedy, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:08-04462 |
| Kessler v. Ameriquest Mortgage Co., et al. | ILN 1:06-04999 |
| Kite, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-04059 |
| Krause, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:07-04628 |
| Lappin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-05147 |
| Leach v. Ameriquest Mortgage Co., et al. | ILN 1:06-05000 |
| Maldonado, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:06-06609 |
| Mejia, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:08-01386 |
| Morgida v. Ameriquest Mortgage Co., et al. | ILN 1:07-03006 |
| Muller, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06946 |
| Neubeck, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:09-00795 |
| O'Keefe, et al. v. Ameriquest Mortgage Co.,et al. | ILN 1:07-05878 |
| O'Malley v. Ameriquest Mortgage Co., et al. | ILN 1:06-06373 |
| O'Neil, et al. v. Argent Mortgage Co. et al. | ILN 1:06-06375 |
| Rodriguez, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-02187 |
| Salazar, et al. v. Argent Mortgage Co., et al. | ILN 1:08-03875 |
| Scott, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06786 |
| Sedgwick, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-02333 |
| Shields v. Ameriquest Mortgage Co., et al. | ILN 1:06-06787 |
| Solnin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04866 |
| Thibodeau, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-05148 |
| Tieri v. Ameriquest Mortgage Co., et al. | ILN 1:06-02683 |
| Van Gorp, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:06-01731 |
| Warren v. Ameriquest Mortgage Co., et al. | ILN 1:06-04415 |
| Wessel, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-01899 |