**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**MOTION FOR AN ORDER REFERRING EDELMAN CASES TO MAGISTRATE JUDGE DENLOW FOR MEDIATION**

Through this motion, the Ameriquest Defendants and the plaintiffs represented in this multi-district litigation by the law firm of Edelman, Combs, Latturner & Goodwin, LLC (the "Edelman Firm") respectfully request that the Court refer certain Opt-Out cases to Magistrate Judge Morton Denlow for purposes of conducting a settlement conference. Good cause exists to grant the Motion, as set forth below.

1. The Edelman Firm currently has approximately 125 Opt-Out cases pending against the Ameriquest Defendants in the MDL. A complete list of these cases is attached hereto as Exhibit A.

2. In addition, the following three cases filed by the Edelman Firm were previously pending in the MDL, but have since been transferred by the Court back to their original transferor courts: *Pintsak v. Ameriquest*, Case No. 05-CV-5035 (pending before Judge Guzman); *Furgeson v. Ameriquest*, Case No. 04-CV-7627 (pending before Judge Manning); and *Wertepny v. Ameriquest*, Case No. 05-CV-1402 (pending before Judge Nordberg).

3. For the substantial majority of the Edelman Firm's cases, the Ameriquest Defendants have sued one or more Third-Party Defendants, whose interests are represented both by their own individual counsel and, generally, by liaison counsel.

4. The Edelman Firm has requested that the parties agree to a global settlement conference before Magistrate Judge Denlow, who is the magistrate assigned to the MDL and is,

thus, knowledgeable about the issues the mediation will present. The Ameriquest Defendants are agreeable to this proposal. Liaison counsel for the Third-Party Defendants has indicated that they will recommend the global mediation of the Edelman Firm's cases to their constituency and, to date, three of the individual counsel representing the Third-Party Defendants have expressed their willingness to participate.

5. With respect to the *Pintsak*, *Furgeson, and Wertepny* matters, the parties have met and conferred, and have agreed to file motions before the respective presiding judges in those cases, requesting that the cases be referred to Magistrate Judge Denlow solely for purposes of participating in a settlement conference along with the other Opt-Out cases filed by the Edelman Firm. Prior to filing these motions, however, the parties believe it prudent to obtain consent from this Court to the proposed Settlement Conference before Magistrate Judge Denlow.

6. Accordingly, the Ameriquest Defendants respectfully request that the Court issue an Order referring all of the Opt-Out cases listed on Exhibit A, hereto, to Magistrate Judge Denlow for purposes of mediation, to be completed no later than August 31, 2010.

Dated: June 9, 2010

By: /s/ Tara Goodwin
*Attorneys for Opt-Out Plaintiffs*

Tara Goodwin, Esq.
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle St., Suite 1800
Chicago, IL  60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

Dated:   June 9, 2010                          By:/s/ Bernard E. LeSage

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

3

## CERTIFICATE OF SERVICE

      I, Bernard E. LeSage, hereby certify that on this 9th day of June 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            By: /s/ Bernard E. LeSage