# EXHIBIT A

*Ameriquest MDL - Lead Case 05-7097*
**EDELMAN CASES**

|  | **PLAINTIFFS** | **Loan Numbers** | **Illinois Case No.** | **3rd Party Defendant** |
|---|---|---|---|---|
| 1 | Adkins, Sherry<br>Adkins, Jr., James F. | 0103988804 | ILN 1:06-04741 | Tristar Title, LLC, an Illinois limited liability company<br><br>Ticor Title Insurance Company |
| 2 | Anthony, Patrina R.<br>Anthony, Derek | 0120808688 | ILN 1:07-01748 | Northwest Title and Escrow Corporation, a Minnesota corporation<br><br>The Talon Group, Division of First American Title Company |
| 3 | Archer, Carolyn<br>Archer, Carlos | 0106588627 | ILN 1:07-00328 | Nations Title Agency of Michigan, Inc., a Michigan corporation<br><br>Old Republic National Title Insurance Company |
| 4 | Balark, Eric<br>McMiller, Michelle | 0120067921 | ILN 1:06-02430 | Tristar Title, LLC, an Illinois limited liability company;<br><br>Tia M. Martin, an individual<br><br>Ticor Title Insurance Company |
| 5 | Beane, Virginia<br>Beane, Robert | 0067116327 | ILN 1:07-01346 | Northwest Title and Escrow Corporation, a Minnesota corporation<br><br>Amerian Pioneer |
| 6 | Belfeld, Stuart<br>Belfeld, Marianne | 0073073751 | ILN 1:07-01749 | The Mortgage Store<br><br>Metropolitan Title Company, a Michigan Corporation<br><br>First American Title Insurance Company |
| 7 | Belford, Dennis E. | 0132542861 | ILN 1:06-03426 | Mortgage Information Services, Inc., an Ohio corporation<br><br>First American Title Insurance Company |
| 8 | Bergquist, Sandra | 0104425285 | ILN 1:06-01438 | Tristar Title, LLC, an Illinois limited liability company<br><br>Ticor Title Insurance Company |
| 9 | Billings, Jacob S.<br>Billings, Taylor N. | 0109840405 | ILN 1:06-01849 | Tristar Title, LLC, an Illinois limited liability company;<br><br>Guadalupe Cruz, Jr., an individual<br><br>Ticor Title Insurance Company |
| 10 | Black, Rose J.<br>Black, Sr., David E. | 0061763652 | ILN 1:06-04418 | American Elite Financial Inc.<br><br>Search 2 Close/ Search2Close of Columbus, Limited<br><br>Ticor Title Insurance Company |
| 11 | Blackburn, Sherry K.<br>Blackburn, Joseph Frank | 0100784800 | ILN 1:07-00309 | Mortgage Information Services, Inc., an Ohio corporation<br><br>First American Title Insurance Company |
| 12 | Blain, Christena<br>Blain, Thomas B. | 0057018558 | ILN 1:07-00124 | American Elite Financial Inc.<br><br>Search 2 Close/ Search2Close of Columbus, Limited<br><br>Ticor Title Insurance Company |

*Ameriquest MDL - Lead Case 05-7097*
*EDELMAN CASES*

|    | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|----|------------|--------------|-------------------|---------------------|
| 13 | Booher, Steven | 0125259507 | ILN 1:07-01339 | Nations Title Agency of Missouri, Inc., a Missouri corporation<br><br>United General Title Insurance Company |
| 14 | Bothwell, Terry A.<br>Bothwell, Cheryl A. | 0133341487 | ILN 1:06-04716 | Mortgage Information Services, Inc., an Ohio corporation<br><br>First American Title Insurance Company |
| 15 | Bowden, Brenda<br>Bowden, Darron | 0056719271 | ILN 1:06-05991 | 5 Star Financial Inc.<br><br>Law Title Insurance Company<br><br>Lawyers Title Insurance Company |
| 16 | Bricker, Antony<br>Bricker, Michelle | 0086694684 | ILN 1:06-04528 | Tristar Title, LLC, an Illinois limited liability company<br><br>Ticor Title Insurance Company |
| 17 | Brown, Calvin<br>Brown, Dora | 0069107308 | ILN 1:06-02830 | Tristar Title, LLC, an Illinois limited liability company<br><br>Ticor Title Insurance Company |
| 18 | Brown, Dorothy | 0091080069 | ILN 1:05-04723 | Tristar Title, LLC, an Illinois limited liability company<br><br>Ticor Title Insurance Company |
| 19 | Buckner, Jacqueline | 0083227264 | ILN 1:05-06808 | Tristar Title, LLC, an Illinois limited liability company;<br><br>Sheila Dolan, an individual<br><br>Ticor Title Insurance Company |
| 20 | Bumpers, Henry (deceased)<br>Bumpers, Elizabeth | 0070729785 | ILN 1:07-00553 | Nations Title Agency of Illinois, Inc., an Illinois corporation<br><br>Lawyers Title Insurance Company |
| 21 | Burgess, Ernest P.<br>Burgess, Peggy G. | 0066806142 | ILN 1:06-06748 | Northwest Title and Escrow Corporation, a Minnesota corporation<br><br>American Pioneer Title Insurance Company |
| 22 | Chaumley, Sarah | 0078232485 | ILN 1:06-06748 | Northwest Title and Escrow Corporation, a Minnesota corporation<br><br>American Pioneer Title Insurance Company |
| 23 | Burris, Brett M.<br>Burris, Christine | 0113169981 | ILN 1:07-00123 | Northwest Title and Escrow Corporation, a Minnesota corporation<br><br>The Talon Group, Division of First American Title Company |
| 24 | Bush, Jeffrey<br>Bush, Deborah | 0136367901 | ILN 1:07-00321 | Nations Title Agency of Michigan, Inc., a Michigan corporation<br><br>Old Republic National Title Insurance Company |

*Ameriquest MDL - Lead Case 05-7097*
**EDELMAN CASES**

| | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|---|---|---|---|---|
| 25 | Childres, Beverly | 0123866485 | ILN 1:06-04722 | Northwest Title and Escrow Corporation, a Minnesota corporation <br><br> The Talon Group, Division of First American Title Company |
| 26 | Churchill, Dale <br> Churchill, Kelley | 0106221526 | ILN 1:07-01026 | Devon Title <br><br> Transnation Title Insurance Company |
| 27 | Clarke, Christopher <br> Clarke, Karie | 0112275508 | ILN 1:06-04201 | Tristar Title, LLC, an Illinois limited liability company; <br><br> Lynne A. Love, an individual <br><br> Ticor Title Insurance Company |
| 28 | Cole, Robert <br> Cole, Brenda | 0126406008 | ILN 1:06-06043 | Mortgage Information Services, Inc., an Ohio corporation <br><br> First American Title Insurance Company |
| 29 | Conner, Douglas S. <br> Conner, Cherie E. | 0061679734 | ILN 1:07-00121 | Ace Mortgage Funding <br><br> Archer Land Title, Inc. <br><br> Lawyers Title Insurance Corporation |
| 30 | Cowles, Thelma <br> Cowles, Terry | 0059459719 | ILN 1:07-01625 | B & P Mortgage, Inc. <br><br> Escrows, Inc. d/b/a The Closing Office <br><br> First American Title Insurance Company |
| 31 | Davis, Sonja <br> Davis, Donya | 0100970763 <br> 114230188 <br> (Countrywide) | ILN 1:07-00525 | Tristar Title, LLC, an Illinois limited liability company <br><br> Ticor Title Insurance Company |
| 32 | Diggins, Janet | 0091594127 | ILN 1:06-07017 | Tristar Title, LLC, an Illinois limited liability company <br><br> Ticor Title Insurance Company |
| 33 | Doolittle, Edward <br> Doolittle, Babette | 0088403308 | ILN 1:05-05033 | Tristar Title, LLC, an Illinois limited liability company; <br><br> Cesar Gaitan, an individual <br><br> Ticor Title Insurance Company |
| 34 | Duchene, David John | 0135511566 | ILN 1:06-06750 | Northwest Title & Escrow Corporation, a Minnesota corporation <br><br> Ticor Title Insurance Company |
| 35 | Dumas, Brenda J. <br> Dumas II, Floyd E. | 0120485628 | ILN 1:07-00108 | Mortgage Information Services, Inc., an Ohio corporation <br><br> First American Title Insurance Company |
| 36 | Dussia, Lori Ann | 0137860185 | ILN 1:07-00325 | N/A |
| 37 | Eggert, John | 0069203305 | ILN 1:07-01631 | N/A |
| 38 | Eson, Bryan L. <br> Eson, Karen | 0058275090 | ILN 1:06-02829 | A American Financial Group, Inc. <br><br> Citywide Title Corporation, an Illinois Corporation <br><br> First American Title Insurance Company |

*Ameriquest MDL - Lead Case 05-7097*
**EDELMAN CASES**

| | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|---|---|---|---|---|
| 39 | Filian, Carlos<br>Filian, Alicia Margarita | 0073138604 | ILN 1:06-02826 | Tristar Title, LLC, an Illinois limited liability company<br><br>Ticor Title Insurance Company |
| 40 | Fleming, Byron<br>Fleming, Vicki | 0067486308 | ILN 1:07-01340 | Northwest Title and Escrow Corporation, a Minnesota corporation<br><br>Old Republic National Title Insurance Agency |
| 41 | Fonseca, Cliff D.<br>Fonseca, Debora E. | 0102233269 | ILN 1:07-01750 | Northwest Title and Escrow Corporation, a Minnesota corporation<br><br>The Talon Group, Division of First American Title Company |
| 42 | Foster, Charles B. | 0054559836 | ILN 1:06-06762 | Universal Home Lending Inc.<br><br>Cislo Title Company, a Michigan Corporation<br><br>First American Title Insurance Company |
| 43 | Freeberg, Marianne<br>Freeberg, Oscar | 0093095602 | ILN 1:06-06717 | Tek Title, LLC, an Illinois limited liability company; Lawyers Title Insurance Corporation |
| 44 | Garcia, Nancy | 0056296155 | ILN 1:06-01829 | Illinois Mortgage Funding Corp.;<br><br>Nations Title Agency of Illinois, an Illinois Corporation;<br><br>The Guarantee Title and Trust Company, an Ohio corporation |
| 45 | Gillespie, Cindy | 0128455003 | ILN 1:06-03427 | Mortgage Information Services, Inc., an Ohio corporation;<br><br>First American Title Insurance Company |
| 46 | Gray, Sr., Lamar<br>Gray, Verna Joyce | 0072308471 | ILN 1:07-00317 | The Mortgage Edge Inc.;<br><br>Reagle Search & Signature Services, LLC;<br><br>First American Title Insurance Company |
| 47 | Green, Viola | 0055169775 | ILN 1:06-02045 | Envision Mortgage Solutions, Inc.;<br><br>Midwest Land Title Company; and<br><br>Lawyers Title Insurance Corporation |
| 48 | Harris, Castella Williams | 0037122983 | ILN 1:05-04025 | Law Title Insurance Company, Inc., an Illinois corporation;<br><br>Fidelity National Title Insurance Company |

*Ameriquest MDL - Lead Case 05-7097*
*EDELMAN CASES*

| | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|---|---|---|---|---|
| 49 | Harris, Melissa D. | 0078473709 | ILN 1:06-04040 | First Choice Signing Service, LLC, a California limited liability company; <br><br> Tristar Title, LLC, an Illinois limited liability company; <br><br> Ticor Title Insurance Company |
| 50 | Harris, Sandra <br> Harris, Norman | 0111248043 | ILN 1:06-03048 | Tristar Title, LLC, an Illinois limited liability company; <br><br> Ticor Title Insurance Company |
| 51 | Hawkins, Nile E. | 0114642309 | ILN 1:06-01848 | Tristar Title, LLC, an Illinois limited liability company; <br><br> Ticor Title Insurance Company |
| 52 | Heard, Renza <br> Heard, Glories | 0066454836 | ILN 1:07-00119 | Top Flite Financial Inc.; <br><br> Michigan Trust Title Agency, LLC; <br><br> First American Title Insurance Company |
| 53 | Hodor, Steven B. <br> Hodor, Valerie L. | 0069293702 | ILN 1:07-00318 | CloseNet, LLC, a Michigan limited liability company; <br><br> Northwest Title and Escrow Corp; <br><br> American Pioneer Title Insurance Company |
| 54 | Holzmeister, Michael | 0095230520 | ILN 1:05-05911 | Tek Title, LLC, an Illinois limited liability company; <br><br> Michael Hogan, an individual; <br><br> Lawyer's Title Insurance Corporation |
| 55 | Horne, Mary Ann <br> Parker, Ann M. | 0121966626 | ILN 1:06-04715 | Northwest Title and Escrow Corporation, a Minnesota corporation; <br><br> William J. Petz, an individual; <br><br> Ticor Title Insurance Company |
| 56 | Howze, Tregg E. <br> Howze, Wanda L. | 0071058671 | ILN 1:07-01624 | Great American Mortgage Corp. ; <br><br> Northwest Title and Escrow Corp.; <br><br> Ticor Title Insurance Company of Florida; <br><br> American Pioneer Title Insurance Company |

**Ameriquest MDL - Lead Case 05-7097**
**EDELMAN CASES**

| | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|---|---|---|---|---|
| 57 | Igaz, Michael<br>Igaz, Connie | 0095977864 | ILN 1:07-00126 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>American Pioneer Title Insurance Company |
| 58 | Ishmael, Babatunde<br>Ishmael, Seidat | 0080810195 | ILN 1:06-06872 | Chicago Mortgage Acceptance;<br><br>Citywide Title Corporation;<br><br>First American Title Insurance Company |
| 59 | Jeffress, Scott<br>Jeffress, Pamela | 0123705501 | ILN 1:06-03423 | Mortgage Information Services, Inc., an Ohio corporation;<br><br>First American Title Insurance Company |
| 60 | Jiles, Velma Jean | 0060542834 | ILN 1:06-02771 | Integrity 1st Mortgage;<br><br>Stewart Title Company of Illinois;<br><br>Stewart Title Guaranty Company |
| 61 | Jimenez, Nelson<br>Jimenez, Melinda | 0041552258 | ILN 1:05-01009 | Nations Title Agency of Illinois, Inc., an Illinois corporation;<br><br>United General Title Insurance Company |
| 62 | Jude, Jr., Bobby<br>Jude, Kellie T. | 0100101245 | ILN 1:06-01691 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>Ticor Title Insurance Company |
| 63 | Kanter, Alan<br>Kanter, Jane | 0111659884 | ILN 1:07-01629 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>The Talon Group, Division of First American Title Company |
| 64 | Key, Earl E. | 0035972652 | ILN 1:05-01077 | Nations Title Agency of Illinois, Inc., an Illinois corporation;<br><br>Lawyer Title Insurance |
| 65 | King, Christopher<br>King, Christina | 0088302120 | ILN 1:07-00117 | Nations Title Agency of Michigan, Inc., a Michigan corporation;<br><br>Old Republic National Title Insurance Company |

*Ameriquest MDL - Lead Case 05-7097*
*EDELMAN CASES*

| | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|---|---|---|---|---|
| 66 | Kosla, Christine<br>Kosla, Joseph | 0071655781 | ILN 1:07-01630 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>CloseNet, LLC, a Michigan limited liability company;<br><br>Amerian Pioneer Title Insurance Company |
| 67 | Krise, George D.<br>Haynes, Dana S. | 0074193848 | ILN 1:06-05700 | Northwest Title and Escrow Corporation;<br><br>CloseNet, LLC, a Michigan limited liability company;<br><br>Amerian Pioneer Title Insurance Company |
| 68 | Kukla, Mike A. | 0075414789 | ILN 1:06-04720 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>American Pioneer Title Insurance Company |
| 69 | Landgren, David E. | 0053583357 | ILN 1:06-06766 | Great Lakes Mortgage Co., LLC;<br><br>Escrows, Inc. a/k/a Michigan Title Company;<br><br>Transnation Title Insurance Company |
| 70 | Lehr, Mark<br>Lehr, Patricia | 0123800567 | ILN 1:06-04721 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>The Talon Group, Division of First American Title Company |
| 71 | Lewis, Patrick E.<br>Lewis, Violata S. | 0129516969 | ILN 1:07-00120 | Nations Title Agency of Michigan, Inc., a Michigan corporation;<br><br>Old Republic National Title Insurance Company |
| 72 | Luedtke, Roger R.<br>Luedtke, Christine J. | 0089427223 | ILN 1:05-04644 | Tristar Title, LLC, an Illinois limited liability company;<br><br>Ticor Title Insurance Company |
| 73 | Magliano, Mike J.<br>Magliano, Judith | 0108082066 | ILN 1:06-01945 | Tristar Title, LLC, an Illinois limited liability company;<br><br>Ticor Title Insurance Company |
| 74 | Manier, Marlon<br>Manier, Tanya S. | 0075090514 | ILN 1:07-02773 | Prime Plus Mortgage;<br><br>Michigan Land Title Agency, Inc.;<br><br>First American Title Insurance Company |

*Ameriquest MDL - Lead Case 05-7097*
**EDELMAN CASES**

| | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|---|---|---|---|---|
| 75 | Martin, Johnny A. | 0051521664 | ILN 1:06-01947 | Citywide Mortgage Pros Inc.; Residential Title Services, Inc. ; Commonwealth Land Title Insurance Company |
| 76 | Martin, Norman<br>Martin, Christine | 0125579425 | ILN 1:07-00324 | Northwest Title and Escrow Corporation, a Minnesota corporation; First American Title Insurance Company |
| 77 | McGowan, Sandra R. | 0048603070 | ILN 1:06-01831 | Nations Title Agency of Illinois, Inc., an Illinois corporation; Lawyers Title Insurance Corporation; United General Title Insurance Company |
| 78 | Mikowski, Joseph A. (deceased)<br>Mikowski, Patricia J. | 0110926862 | ILN 1:06-01737 | Indiana Title Network Company, an Indiana corporation; Fidelity National Title Insurance Company |
| 79 | Mills, Delois | 0037658861 | ILN 1:05-03976 | Residential Title Services, Inc., an Illinois corporation; Commonwealth Land Title Insurance Company |
| 80 | Montgomery, Michele M.<br>Montgomery, Mark A. | 0093481703 | ILN 1:07-00326 | Associated Land Title, LLC; Gail A. Many, an individual; Devon Title; Fidelity National Title Insurance Company |
| 81 | Nauracy, Joseph A.<br>Nauracy, Geraldine | 0131789505 | ILN 1:06-3424 | CT Mortgage Information Services; First American Title Insurance Company |
| 82 | Nelson, Derek W.<br>Almond, Christopher E. | 0136721065 | ILN 1:06-03422 | First American Title Insurance Company; CT Mortgage Information Services |
| 83 | Onesimus, Joseph<br>Onesimus, Myra | 0103758769 | ILN 1:07-00620 | Tristar Title, LLC, an Illinois limited liability company; Ticor Title Insurance Company |
| 84 | Orrison, Joel K.<br>Orrison, Lana S. | 0058164559 | ILN 1:07-00128 | Genesis Mortgage Corp.; Title Source, Inc.; First American Title Insurance Company |
| 85 | Parker, Randy<br>Parker, Carolyn | 0077265684 | ILN 1:06-05701 | UDX; Lenders First Choice; Ticor Title Insurance Company; First American Title Insurance Corporation |
| 86 | Patterson, Estelle | 0089538086 | ILN 1:07-00726 | Tristar Title, LLC, an Illinois limited liability company; Ticor Title Insurance Company |
| 87 | Perez, Juan L.<br>Perez, Consuelo | 0080833403 | ILN 1:06-05373 | Placer Title Co.; National Closing Solutions; Old Republic National Title Insurance Company |
| 88 | Pierce, Jennifer<br>Pierce, Michael | 82139486 | ILN 1:07-01745 | Towne & Country Land Title Agency, Inc., an Ohio corporation; |
| 89 | Polydoros, Spyros J.<br>Polydoros, Betty J. | 0048177695 | ILN 1:05-06517 | N/A |

**Ameriquest MDL - Lead Case 05-7097**
**EDELMAN CASES**

|    | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|----|------------|--------------|-------------------|---------------------|
| 90 | Preimesberger, Jack<br>Preimesberger, Deborah | 0100699602 | ILN 1:07-01627 | Nations Title Agency of Michigan, Inc., a Michigan corporation; Old Republic National Title Insurance Company; |
| 91 | Purdy-Roth, Katrina D.<br>Roth, Jerry | 0053390431 | ILN 1:06-01738 | American Residential Mortgage/ HWB Inc.; Patriot Title Company, Inc.; Fidelity National Title Insurance Company |
| 92 | Rehbock, Charles<br>Rehbock, Linda | 0099940140 | ILN 1:06-01581 | Tristar Title, LLC, an Illinois limited liability company;<br><br>Cesar Gaitan, an individual;<br><br>Ticor Title Insurance Company |
| 93 | Robinson, Shree<br>Robinson, James A. | 0072915200 | ILN 1:06-06763 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>Amerian Pioneer Title Insurance Company |
| 94 | Rocco, Joseph S.<br>Rocco, Nancy | 0106137409 | ILN 1:06-02897 | Tristar Title, LLC, an Illinois limited liability company;<br><br>Ticor Title Insurance Company |
| 95 | Rodriguez, Jose<br>Rodriguez, Lynore | 0108036468 | ILN 1:06-01950 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>Ticor Title Insurance Company |
| 96 | Roop, Christopher R.<br>Roop, Sarah | 0070124870 | ILN 1:07-01347 | American Elite Financial Inc.;<br><br>Search 2 Close/ Search2Close of Columbus, Limited;<br><br>Ticor Title Insurance Company |
| 97 | Rosemon, Everett K.<br>Rosemon, Grundia | 0087266128 | ILN 1:06-06441 | Tristar Title, LLC, an Illinois limited liability company;<br><br>and Roy W. Waller, an individual;<br><br>Ticor Title Insurance Company |
| 98 | Salazar, Sergio A.<br>Salazar, Guadalupe | 0036302156 | ILN 1:05-04162 | Nations Title Agency of Illinois, Inc., an Illinois corporation<br><br>Lawyers Title Insurance Corporation |
| 99 | Salinas, Jose E.<br>Salinas, Juanita<br>Salinas, Ruth | 0073754558 | ILN 1:07-00254 | Freedom Mortgage Team, Inc.;<br><br>Law Title Insurance Agency, Inc. - Naperville;<br><br>Stewart Title Guaranty Company |

*Ameriquest MDL - Lead Case 05-7097*
*EDELMAN CASES*

| | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|---|---|---|---|---|
| 100 | Scott, Kenneth J.<br>Scott, Mary L. | 0055344253 | ILN 1:07-00252 | Union Mortgage Services of Cleveland;<br><br>Landsel Title Agency, Inc.;<br><br>Stewart Title Guaranty Company |
| 101 | Shepard, Terrance L.<br>Shepard, Barbara | 0080223985 | ILN 1:07-00320 | Nations Title Agency of Michigan, Inc., a Michigan corporation;<br><br>Old Republic National Title Insurance Company |
| 102 | Skanes, Barbara J. | 0073752909 | ILN 1:06-06765 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>American Pioneer Title Insurance Company |
| 103 | Smith, Edward<br>Smith, Gail | 0090978966 | ILN 1:06-02828 | Tristar Title, LLC, an Illinois limited liability company;<br><br>Ticor Title Insurance Company |
| 104 | Smith, Eric<br>Yanong, Guillermina | 0034678318 | ILN 1:05-00648 | Nations Title Agency of Illinois, Inc., an Illinois corporation;<br><br>Lawyers Title Insurance Corporation |
| 105 | Smith, Randall G.<br>Smith, Cindy J. | 0123161606 | ILN 1:06-04719 | CT Mortgage Information Services;<br><br>First American Title Insurance Company |
| 106 | Sturgis, Don | 0065682601 | ILN 1:07-00322 | Nations Title Agency of Michigan, Inc., a Michigan corporation;<br><br>Mike Smith, an individual;<br><br>Old Republic National Title Insurance Company;<br><br>The Guarantee Title & Trust Company |
| 107 | Sutton, Daniel<br>Sutton, Jeanie | 0083808840 | ILN 1:06-04714 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>Joshua Hiltibidal, an individual;<br><br>Ticor Title Insurance Company |
| 108 | Talley, Terry<br>Talley, Cheryl | 0057161507 | ILN 1:05-01080 | A Title Escrow Company, Inc., an Illinois corporation ;<br><br>Stewart Title Guaranty Company |

*Ameriquest MDL - Lead Case 05-7097*
**EDELMAN CASES**

| | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|---|---|---|---|---|
| 109 | Thompson, Ira C. | 0119859346 | ILN 1:07-00323 | Northwest Title and Escrow Corporation, a Minnesota corporation; <br><br> The Talon Group, Division of First American Title Company |
| 110 | Thompson, Kenneth <br> Thompson, Linda | 0114692502 | ILN 1:06-01546 | Tristar Title, LLC, an Illinois limited liability company; <br><br> Tia M. Martin, an individual; <br><br> Ticor Title Insurance Company |
| 111 | Titus-Ashford, Jacqueline | 0088499686 | ILN 1:06-07062 | Tristar Title, LLC, an Illinois limited liability company; <br><br> Ticor Title Insurance Company |
| 112 | Treadwell, Gilbert <br> Treadwell, Genelle | 0039506936 | ILN 1:05-01078 | Nations Title Agency of Illinois, Inc., an Illinois Corporation; <br><br> Fidelity National Title Insurance Company; <br><br> Lawyers Title Insurance Corporation |
| 113 | Vincer, Daniel L. | 0130589427 | ILN 1:06-06749 | Northwest Title and Escrow Corporation, a Minnesota corporation; <br><br> Ticor Title Insurance Company of Florida |
| 114 | Walczak-Daege, Tara <br> Daege, Jonathan | 0103541462 | ILN 1:07-01746 | CT Mortgage Information Services; <br><br> First American Title Insurance Company |
| 115 | Walsh, Keith R. <br> Walsh, Yvonne C. | 0089620124 | ILN 1:06-04723 | Northwest Title and Escrow Corporation, a Minnesota corporation; <br><br> The Talon Group; <br><br> American Pioneer Title Insurance Company" |
| 116 | Washington, Everett <br> Jones, Monica A. | 0101022929 | ILN 1:07-00327 | Mortgage Information Services, Inc., an Ohio corporation; <br><br> First American Title Insurance Company |
| 117 | Washington, Rochelle <br> Washington, Sidney | 0043996610 | ILN 1:05-01007 | N/A |
| 118 | Wayland, Clarence | 0071265540 | ILN 1:07-00319 | Northwest Title and Escrow Corporation, a Minnesota corporation; <br><br> American Pioneer Title Insurance Company |

*Ameriquest MDL - Lead Case 05-7097*
**EDELMAN CASES**

| | PLAINTIFFS | Loan Numbers | Illinois Case No. | 3rd Party Defendant |
|---|---|---|---|---|
| 119 | Wayne, Robert<br>Wayne, Twila | 0087201323 | ILN 1:07-00274 | Towne and Country Land Title Agency, Inc., an Ohio corporation, Inc;<br><br>Fidelity National Title Insurance Company |
| 120 | Wertepny, Brett<br>Wertepny, Yvonne (deceased) | 0047675335 | ILN 1:05-01402 | Mortgage Information Services, Inc., an Ohio corporation;<br><br>First American Title Insurance Company |
| 121 | Wildermuth, Victoria A.<br>Wildermuth, Thomas J. | 0075658724 | ILN 1:07-00408 | N/A |
| 122 | Williams, Yvette<br>Williams, Jesstin | 0127314060 | ILN 1:07-00127 | Northwest Title and Escrow Corporation, a Minnesota corporation;<br><br>First American Title Insurance Company |
| 123 | Wilson, Sr., Kurt H.<br>Wilson, Teresa R. | 0061504098 | ILN 1:07-01747 | Americare Mortgage Corporation;<br><br>Battersby Title, Inc.<br><br>Transnation Title Insurance Company |
| 124 | Winters, Joe | 0121331342 | ILN 1:07-01341 | Nations Title Agency of Missouri, Inc., a Missouri corporation;<br><br>United General Title Insurance Company |
| 125 | Wisniewski, Joseph A.<br>Wisniewski, Tasha | 0082579582 | ILN 1:06-02697 | Nations Title Agency of Illinois, Inc., an Illinois corporation;<br><br>Lawyers Title Insurance Corporation |
| 126 | Wright, Evelyn<br>Battle, Mary T. | 0099058448 | ILN 1:07-01027 | Devon Title;<br><br>Fidelity National Title Insurance Company |
| 127 | Wright, Kim | 0085868602 | ILN 1:07-00586 | Cresent Title Agency, LLC;<br><br>Old Republic National Title Insurance Company |