# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> (Centralized before The Honorable Marvin E. Aspen) |

## NOTICE OF PRESENTMENT OF MOTION FOR AN ORDER REFERRING EDELMAN CASES TO MAGISTRATE JUDGE DENLOW FOR MEDIATION

TO:  Counsel of Record:

PLEASE TAKE NOTICE that on June 24, 2010 at 10:30 a.m. or as soon thereafter as the mater may be heard before the Hon. Marvin E. Aspen in Courtroom 2568 of the U.S. District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn, Chicago, Illinois, the undersigned shall present the Motion for an Order Referring Edelman Cases to Magistrate Judge Denlow for Mediation, a copy of which has been served by the Court's ECF mailing system.

Dated:  June 9, 2010

By:  /s/ Tara Goodwin
  *Attorneys for Opt-Out Plaintiffs*

  Tara Goodwin, Esq.
  Edelman, Combs, Latturner & Goodwin
  120 S. LaSalle St., Suite 1800
  Chicago, IL  60603
  Telephone:  (312) 739-4200
  Facsimile:  (312) 419-0379

BN 6360333v1

Dated: June 9, 2010                             By:/s/ Bernard E. LeSage

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

2

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 9th day of June 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/  Bernard E. LeSage

BN 6360333v1