IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 Lead Case No. 05-cv-07097 Centralized before The Honorable Marvin E. Aspen |

**LIAISON COUNSEL'S *AMENDED* REPLY IN SUPPORT OF ITS AMENDED MOTION FOR ENTRY OF JUDGMENT AGAINST CERTAIN THIRD-PARTY DEFENDANTS FOR ATTORNEYS' FEES AND COSTS**

Liaison Counsel for the Third-Party Defendants, Goldberg Kohn Ltd. ("Goldberg Kohn"), submits this Amended Reply in Support of its Amended Motion for Entry of Judgment Against Certain Third-Party Defendants for Attorneys' Fees and Costs.

On April 30, 2010, Goldberg Kohn filed Liaison Counsel's Amended Motion for Entry of Judgment Against Certain Third-Party Defendants for Attorneys' Fees and Costs, as Docket No. 3556 (the "Motion for Judgment"). On May 4, 2010, this Court entered a briefing schedule on the Motion for Judgment, whereby any Responses were to be filed by May 20, 2010, and any replies by June 2, 2010. Dkt. No. 3562. As of June 1, 2010, no Responses had been filed by any of the Third-Party Defendants. Goldberg Kohn therefore submits this Amended Reply to notify the Court of payments received from Third-Party Defendants since its Motion for Judgment was filed, against which Third-Party Defendants Goldberg Kohn is no

longer seeking judgment. Other than as set forth below, the circumstances as stated in the Motion for Judgment remain unchanged. The change between the Reply and this Amended Reply is only to reflect payments received since the Reply was filed and to submit updated charts and an updated proposed judgment order reflecting those additional payments.

On May 6, 2010, Goldberg Kohn sent an e-mail to counsel for the Third-Party Defendants stating that "[f]or any TPD for which we have received by May 31, 2010 a check covering the unpaid fees owed, we will submit with our Reply brief . . . updated charts to reflect that they are now paid and we do not wish to seek judgment against them." This e-mail is attached hereto as Exhibit A. Since the Motion for Judgment was filed, Goldberg Kohn has received payments from approximately 30 Third-Party Defendants that were previously listed as "unpaid" on the charts, proposed judgment order, and addenda to the proposed judgment order that accompanied the Motion for Judgment. Therefore, Goldberg Kohn is no longer seeking entry of judgment against those Third-Party Defendants.

Attached hereto as Exhibits B and C are updated charts for the March-June and July-September fees showing the Third-Party Defendants, the amounts currently owed by each, and whether those amounts have been paid as of June 10, 2010. These charts replace the charts that were Exhibits D and E to the Motion for Judgment. Attached hereto as Exhibit D (and submitted concurrently herewith) is an updated proposed judgment order granting Goldberg Kohn judgment against those Third-Party Defendants who have still not paid their shares of the March-June and July-September liaison counsel fees, as listed in updated addenda to that proposed judgment order.

As of June 10, 2010, Goldberg Kohn has received $27,913.32 out of the $30,502.24 awarded for its March-June fees, and $42,770.36 out of the $52,757.48 awarded for its July-September fees.

WHEREFORE, Goldberg Kohn respectfully requests that this Court grant its Amended Motion for Entry of Judgment Against Certain Third-Party Defendants for Attorneys' Fees and Costs, enter judgment against certain Third-Party Defendants and in favor of Goldberg Kohn for attorneys' fees and costs in the amounts shown in the addenda to the proposed judgment order attached hereto as Exhibit D and submitted concurrently herewith, and reconsider its December 10, 2008 order prohibiting Liaison Counsel from seeking reimbursement for time spent related to their fee proposals and recovery.

Dated: June 11, 2010                    Respectfully submitted,

                                        By    /s/ Kathryn B. Walter

                                        David J. Chizewer
                                        Steven A. Levy
                                        Kathryn B. Walter
                                        GOLDBERG KOHN LTD.
                                        55 East Monroe Street
                                        Suite 3300
                                        Chicago, Illinois  60603
                                        (312) 201-4000

                                        Liaison Counsel for Third-Party Defendants and
                                        Counsel for Third-Party Defendant NATIONAL
                                        REAL ESTATE INFORMATION SERVICES

## CERTIFICATE OF SERVICE

I, Kathryn B. Walter, hereby certify that on this 11th day of June, 2010, a true and correct copy of the foregoing document was filed electronically using the Court's ECF/electronic mailing system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kathryn B. Walter