# EXHIBIT A

# Wisniewski, Georgia

**From:** Walter, Kathryn B.
**Sent:** Thursday, May 06, 2010 10:45 AM
**To:** (asaltz@saltzpolisher.com); (mbolton@kelattorneys.com); afowerbaugh@butlerrubin.com; abunge@karballaw.com; aes@sklavoslaw.com; annette.meil@cbc-companies.com; cbhunter@rothlaw.com; charles.ofstein@DBMSlaw.com; cheryl@caplawoffice.com; chmurphy@cozen.com; chodges@ohaganspencer.com; cinthia.motley@wilsonelser.com; daniel.mcmahon@wilsonelser.com; dboth@buplaw.com; deckler@pretzel-stouffer.com; djohnson@rathjewoodward.com; donald.brown@dbmslaw.com; dsavaiano@clausen.com; ecohen@karballaw.com; eordonez@cozen.com; eshupe@rathjewoodward.com; gapostolides@arnstein.com; gayle.fisher@bfkn.com; gbodelson@integraonline.com; gcerulo@qjhp.com; gflynn@clausen.com; heather.macklin@bfkn.com; jking@kingrgvlaw.com; jmcdonough@cozen.com; jnoonan@noonanandlieberman.com; jrnoto.rmk.law@gmail.com; jsipchen@pretzel-stouffer.com; kdonat@noonanandlieberman.com; kent.mathewson@dbmslaw.com; kmackey@clausen.com; kohagan@ohagenspencer.com; kristen schank; kyoo@cozen.com; lah@karballaw.com; lawyerjohn@aol.com; ljw@theweinsteingroup.net; lpeterson@qjhp.com; lydonj@gsgolaw.com; mbraun@speakeasy.net; mac@theweinsteingroup.net; mark@statesidefunding.com; mdelrahim@buplaw.com; mkraft@qjhp.com; mkurzweg@kurzweglaw.com; mmatkov@saltzpolisher.com; rebecca.rothmann@wilsonelser.com; rgs@cassiday.com; rharrison@westermanllp.com; rkaplan@clausen.com; rob.shapiro@bfkn.com; robert.smyth@DBMSlaw.com; rradasevich@ngelaw.com; rwaris@pretzel-stouffer.com; sdeck@kingrgvlaw.com; sgummow@clausen.com; SJB@cassiday.com; stephanie.zimdahl@bfkn.com; telliott@rathjewoodward.com; temples@titlefirst.com; tom.wallace@cbc-companies.com; weiszlaw@aol.com; wholstad@integraonline.com; agreene@johnstongreene.com; avi@lynchandstern.com; bbrewer@pckltdlaw.com; bradw@homelandtitle.com; bruce.meckler@mbtlaw.com; carinij@jbltd.com; chris.kentra@mbtlaw.com; clark.stalker@mbtlaw.com; cnadeau@traublieberman.com; csnaveja@arnstein.com; cswing@brouse.com; dan@lynchandstern.com; david.chizewer@goldbergkohn.com; david.morrison@goldbergkohn.com; dcarroll@colonialtitle.com; dwagner@shslawfirm.com; dworker@lbbslaw.com; dwwarren@joelsonrosenberg.com; dyuen@tsmp.com; eearly@chrisglase.com; ekaplan@kpglaw.com; ewolf@johnstongreene.com; fkokoszka@k-jlaw.com; gjansen@cksslaw.com; gkelly@sidley.com; hgmatyas@tribler.com; hledesma@sanchezdh.com; jbhirsh@arnstein.com; jborcia@tsmp.com; jdanek@specialtytitle.com; jheintz@brouse.com; jhoffmann@brycedowney.com; jlropiequet@arnstein.com; jnealon@nealonrosenfield.com; jpatton@pattonryan.com; jrothkopf@kpglaw.com; jschreier@chrisglase.com; jwfinke@mindspring.com; kbradley@brouse.com; kclancy@lowis-gellen.com; maclaw@execpc.com; mandolina@sidley.com; mfavicchio@favilaw.com; mike@mkraftlaw.com; mknippen@traublieberman.com; mmrule@tribler.com; mswann@brouse.com; mwolfe@traublieberman.com; nmilos@cksslaw.com; phalperin@shslawfirm.com; pwalsh@walshdocs.com; rmccall@peabodyarnold.com; rnorris@networkclosing.com; rpinzur@pckltdlaw.com; rwaller01@aol.com; selliott@daviseofflaw.com; sjohnson@karballaw.com; smabrams@tribler.com; smurphy@lbbslaw.com; snatarajan@tribler.com; sng@g-glaw.com; ssedor@durantnic.com; terrill_c@yahoo.com; theisler@sidley.com; thoffman@sanchezdh.com; tmadden@brycedowney.com; wardmetti@msn.com; weh@wwrplaw.com
**Cc:** Chizewer, David; Barrera, Natalia
**Subject:** AMQ: TPD Fees and the Motion for Judgment

TPDs,

We have received several inquiries from TPDs who are getting us checks for our March-September 2009 fees now and requesting that they be removed from the Motion for Judgment. Our Reply in support of the Motion is due June 2, 2010. For any TPD for which we have **received by May 31, 2010** a check covering the unpaid fees owed, we will submit with our Reply brief a list of those TPDs and updated charts to reflect that they are now paid and we do not wish to seek judgment against them. No extensions beyond May 31, 2010 will be granted.

In addition, some of you have inquired about our October-December 2009 fees, which the Court has awarded and for which we have not yet sought reimbursement. We recently requested Court approval of our January-March 2010 fees, and we will send our a combined request for reimbursement for both sets

of fees immediately upon Court approval of those fees.

Thanks,
Kate Walter

---

Kathryn B. Walter | **GOLDBERG KOHN LTD.** | 55 East Monroe, Suite 3300, Chicago, Illinois 60603 | direct 312.201.3953 | direct fax 312.863.7854 | kathryn.walter@goldbergkohn.com | www.goldbergkohn.com

---

This e-mail is subject to Goldberg Kohn's terms and conditions regarding e-mail, which are available on our web site or by clicking here.

---

IRS Circular 230 Disclosure: Unless we have specifically stated to the contrary in writing, any discussion of federal tax issues or submissions in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the United States federal tax laws or (2) promoting, marketing, or recommending to anyone any transaction or matter addressed herein.