# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |

## [PROPOSED] ORDER OF JUDGMENT

This cause coming to be heard on Liaison Counsel to the Third-Party Defendants' Motion for Entry of Judgment Against Certain Third-Party Defendants for Attorneys' Fees and Costs, due notice having been given and this Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT Goldberg Kohn Ltd., Liaison Counsel to the Third-Party Defendants, recover from Certain Third-Party Defendants listed in the Addenda to this Order the amounts listed in those Addenda, which include no pre-judgment interest and post-judgment interest at the rate of .44% along with costs.

Date:_____                                  ENTER:


                                                     _____
                                                     Hon. Marvin E. Aspen

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**MARCH-JUNE UNPAID FEES**

| | A | B | D | E |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid** |
| 1 | Avalon Abstract Corp. | Lloyd J. Weinstein<br>Melissa A. Cavaliere<br>The Weinstein Group, P.C.<br>Ten Newton Place, Suite 201<br>Hauppauge, NY 11788<br>Tel. (631) 851-1090<br>Fax (631) 851-1092<br>ljw@theweinsteingroup.net<br>mac@theweinsteingroup.net | $141.79 | Unpaid |
| 2 | Equity Settlement Services, Inc. | Alexander E. Sklavos<br>Law Offices of Alexander E. Sklavos, PC<br>One Old Country Road, Suite 200<br>Carle Place, NY 11514<br>Tel. (516) 248-4000<br>Fax (516) 877-8010<br>aes@sklavoslaw.com<br>AND<br>George P. Apostolides<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Tel. (312) 876-7100<br>Fsx (312) 876-0288<br>gapostolides@arnstein.com | $130.94 | Unpaid |
| 3 | Home Equity Title Services, Inc. | Anthony C. Campanale<br>ANTHONY C. CAMPANALE &<br>ASSOCIATES<br>19 South LaSalle Street, Suite 1500<br>Chicago, IL 60603<br>Tel. (312) 641-2233<br>Fax (312) 641-0180<br>accampanale@acclaw.com | $130.94 | Unpaid |

**ADDENDUM A**

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**MARCH-JUNE UNPAID FEES**

| | A | B | D | E |
|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid** |
| 1 | | | | |
| 5 | Law Office of Joseph E. Nealon | Joseph E. Nealon<br>NEALON & ROSENFIELD<br>45 Lyman Street, Suite 28<br>Westborough, MA 01581<br>Tel. (508) 366-0044<br>Fax (508) 366-0162<br>jnealon@nealonrosenfield.com | $163.49 | Unpaid |
| 6 | Michigan Trust Title Agency LLC | James Kenneth Borcia<br>David O. Yuen<br>TRESSLER SODERSTROM MALONEY &<br>PRIESS<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606-6308<br>Tel. (312) 627-4104<br>Fax (312)617-1717<br>jborcia@tsmp.com<br>dyuen@tsmp.com | $130.94 | Unpaid |
| 7 | Mortgage Store | Terrill Currie<br>600 N. Pine Island Rd.<br>Plantation, FL 33324<br>terrill_c@yahoo.com | $130.94 | Unpaid |
| 8 | Northwest Title and Escrow Corporation | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | $749.39 | Unpaid |

**ADDENDUM A**

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
MARCH-JUNE UNPAID FEES

|   | A | B | D | E |
|---|---|---|---|---|
|   | **Third-Party Defendants** | **ATTORNEY(S)** | **Total Owed** | **Paid** |
| 1 |   | Mark D. Capuano<br>President<br>Stateside Funding, LLC<br>667 Atwood Avenue<br>Cranston, RI 02920<br>401-383-9249<br>401-383-7660<br>mark@statesidefunding.com<br><br>**Check w/ KRV:**<br>Mike Lepizzero<br>Tel: 405-739-7397 | $130.94 | Unpaid |
| 9 | Stateside Funding, LLC |   |   |   |
| 10 | Union Title Insurance Company |   | $130.94 | Unpaid |
| 11 | Total |   | $1,698.52 |   |

ADDENDUM A

**THIRD-PARTY**
**DEFENDANT'S COUNSEL**
JULY-SEPTEMBER

| | A | B | UNPAID FEES | K | L |
|---|---|---|---|---|---|
| | Third-Party Defendants | ATTORNEY(S) | Transaction Count | Total Owed | Paid/Unpaid |
| 1 | Absolute Title Services Inc. | David A. Ward (withdrew 1/27/10) WARD & METTI, P.C. 245 Waukegan Road, Suite 230 Northfield, IL 60093 Tel. (847) 501-6565 Fax (847) 501-6589 wardmetti@msn.com | 2 | $240.01 | UnPaid |
| 2 | Access Title LLC | Michael W. Favicchio ACCESS TITLE LLC 1200 Reservoir Avenue Cranston, RI 02920 Tel. (401) 946-1850 Fax (401) 383-0572 mfavicchio@favilaw.com | 2 | $240.01 | Unpaid |
| 3 | Avalon Abstract Corp. | Lloyd J. Weinstein Melissa A. Cavaliere The Weinstein Group, P.C. Ten Newton Place, Suite 201 Hauppauge, NY 11788 Tel. (631) 851-1090 Fax (631) 851-1092 ljw@theweinsteingroup.net mac@theweinsteingroup.net | 2 | $240.01 | Unpaid |
| 4 | BLS Funding Corp. | Kevin M. O'Hagan Chance A.E. Hodges O'Hagen Spencer, LLC One East Wacker Drive, Suite 3400 Chicago, IL 60601 Tel. (312) 422-6100 Fax (312) 4226110 kohagan@ohaganspencer.com chodges@ohaganspencer.com | 1 | $222.25 | Unpaid |

ADDENDUM B

**THIRD-PARTY**
**DEFENDANT'S COUNSEL**
JULY-SEPTEMBER
UNPAID FEES

| | A | B | | K | L |
|---|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **Transaction Count** | **Total Owed** | **Paid/Unpaid** |
| 1 | | | | | |
| 6 | Classic Home Mortgage Corp. | Kristin S. Yoo<br>Edward M. Ordonez<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3100<br>Fax (312) 706-9755<br>kyoo@cozen.com<br>eordonez@cozen.com | 1 | $222.25 | Unpaid |
| 7 | CloseNet, LLC | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | 3 | $257.77 | Unpaid |
| 8 | Cross Country Lenders LLC | (Dennis Both withdrew as counsel) | 2 | $240.01 | Unpaid |
| 9 | CT MORTGAGE | | 40 | $950.41 | Unpaid |
| 10 | Envision Mortgage Solutions, Inc. | Michael J. Delrahim<br>Dennis E. Both<br>Brown, Udell & Pomerantz<br>1332 N. Halsted Street<br>Chicago, IL 60622<br>Tel. (312) 475-9900<br>Fax (312) 475-1188<br>mdelrahim@buplaw.com<br>dboth@buplaw.com | 1 | $222.25 | Unpaid |

**ADDENDUM B**

**THIRD-PARTY**
**DEFENDANT'S COUNSEL**
JULY-SEPTEMBER
UNPAID FEES

| | A | B | | K | L |
|---|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **Transaction Count** | **Total Owed** | **Paid/Unpaid** |
| 1 | | | | | |
| 11 | Equity Settlement Services, Inc. | Alexander E. Sklavos<br>Law Offices of Alexander E. Sklavos, PC<br>One Old Country Road, Suite 200<br>Carle Place, NY 11514<br>Tel. (516) 248-4000<br>Fax (516) 877-8010<br>aes@sklavoslaw.com<br>AND<br>George P. Apostolides<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Tel. (312) 876-7100<br>Fsx (312) 876-0288<br>gapostolides@arnstein.com | 1 | $240.01 | Unpaid |
| 12 | Fairway Financial Group LLC | Dennis Both/Brown Udell WITHDREW | 1 | $222.25 | Unpaid |
| 13 | Home Equity Title Services, Inc. | Anthony C. Campanale<br>ANTHONY C. CAMPANALE & ASSOCIATES<br>19 South LaSalle Street, Suite 1500<br>Chicago, IL 60603<br>Tel. (312) 641-2233<br>Fax (312) 641-0180<br>accampanale@acclaw.com | 1 | $222.25 | Unpaid |

**ADDENDUM B**

**THIRD-PARTY DEFENDANT'S COUNSEL**
**JULY-SEPTEMBER**
**UNPAID FEES**

| | A | B | | K | L |
|---|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **Transaction Count** | **Total Owed** | **Paid/Unpaid** |
| 1 | | | | | |
| 14 | Ilene K. Chapel | William E. Hosler<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, PC<br>380 N. Old Woodward Ave., Ste. 300<br>Birmingham, MI 48009<br>Tel. (248) 642-0333<br>Fax (248) 642-0856<br>weh@wwrplaw.com | 1 | $222.25 | Unpaid |
| 15 | Illinois Mortgage Funding Corp. | (Dennis Both withdrew as counsel) | 1 | $222.25 | Unpaid |
| 16 | K.E.L. Title Insurance | Martha D. Bolton<br>Kaufman, Englett, and Lynd, LLC<br>151 Wymore Road<br>Suite 3000<br>Altamonte Springs, FL 32714<br>Phone: 407-513-1900<br>Fax: 407-513-1961<br>mbolton@kelattorneys.com | 2 | $240.01 | Unpaid |
| 17 | Law Office of Joseph E. Nealon | Joseph E. Nealon<br>NEALON & ROSENFIELD<br>45 Lyman Street, Suite 28<br>Westborough, MA 01581<br>Tel. (508) 366-0044<br>Fax (508) 366-0162<br>jnealon@nealonrosenfield.com | 4 | $275.53 | Unpaid |
| 18 | Liberty Title & Escrow Co., Inc. | Dennis Both<br>Brown, Udell & Pomerantz<br>1332 N. Halsted Street<br>Chicago, IL 60622<br>dboth@buplaw.com<br>(312) 475-9900 | 2 | $240.01 | UnPaid |

**ADDENDUM B**

**THIRD-PARTY
DEFENDANT'S COUNSEL
JULY-SEPTEMBER
UNPAID FEES**

| | A | B | | K | L |
|---|---|---|---|---|---|
| | **Third-Party Defendants** | **ATTORNEY(S)** | **Transaction Count** | **Total Owed** | **Paid/Unpaid** |
| 19 | MacKinnon & Tavano, LLC | Joseph B. Carini, III<br>JOHNSON & BELL, LTD.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>Tel. (312) 984 6668<br>carinij@jbltd.com | 1 | $222.25 | Unpaid |
| 20 | Michigan Trust Title Agency LLC | James Kenneth Borcia<br>David O. Yuen<br>TRESSLER SODERSTROM MALONEY & PRIESS<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606-6308<br>Tel. (312) 627-4104<br>Fax (312)617-1717<br>jborcia@tsmp.com<br>dyuen@tsmp.com | 1 | $222.25 | Unpaid |
| 21 | Mortgage Store | Terrill Currie<br>600 N. Pine Island Rd.<br>Plantation, FL 33324<br>terrill_c@yahoo.com | 1 | $222.25 | Unpaid |
| 22 | Northwest Title and Escrow Corporation | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | 58 | $1,128.01 | Unpaid |

**ADDENDUM B**

**THIRD-PARTY
DEFENDANT'S COUNSEL**
JULY-SEPTEMBER
UNPAID FEES

| | A | B | | K | L |
|---|---|---|---|---|---|
| | Third-Party Defendants | ATTORNEY(S) | Transaction Count | Total Owed | Paid/Unpaid |
| 1 | | | | | |
| 23 | Richmond Title Services, LP | Matthew D. Matkov<br>993 Old Eagle School Road, Suite 412<br>Wayne, PA 19087<br>Tel. (610) 964-3333<br>Fax (610) 964-3334<br>jtodd@saltzpolisher.com<br>mmatkov@saltzpolisher.com | 5 | $417.61 | Unpaid |
| 24 | Tamayo Financial Services, Inc. (Dismissed 9/23/09) | Glicel E. Sumagaysay<br>American Mortgage Law Group, P.C.<br>75 Rowland Way, Suite 350<br>Novato, CA 94945<br>(415) 878-0030 x 161<br>gsumagaysay@americanmlg.com<br><br>Robert A. Carson<br>Stephanie A. Petersmarck<br>Gould & Ratner LLP<br>222 North LaSalle Street<br>Suite 800<br>Chicago, Illinois 60601<br>P: 312.899.1633<br>F: 312.236.3241<br>rcarson@gouldratner.com<br>spetersmarck@gouldratner.com | 1 | $222.25 | Unpaid |
| 25 | TranStar National Title | Frank J. Kokoszka<br>Kokoszka & Janczur, P.C.<br>140 South Dearborn, Suite 1610<br>Chicago, IL 60603<br>Tel. (312) 443-9600<br>Fax (312) 443-5704<br>fkokoszka@k-jlaw.com | 1 | $222.25 | Unpaid |

ADDENDUM B

**THIRD-PARTY
DEFENDANT'S COUNSEL**
JULY-SEPTEMBER
UNPAID FEES

| | A | B | K | L |
|---|---|---|---|---|
| | Third-Party Defendants | ATTORNEY(S) | Transaction Count | Total Owed | Paid/Unpaid |
| 26 | Union Title Insurance Company | | 1 | $222.25 | Unpaid |
| 27 | Total | | | $7,598.65 | |

ADDENDUM B