**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> ) <br> ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| DALE CHURCHILL ) <br> and KELLEY CHURCHILL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, as Trustee of AMERIQUEST ) <br> MORTGAGE SECURITIES, INC., Asset Backed ) <br> Pass-Through Certificates, Series 2005-R5 under ) <br> the Pooling & Servicing Agreement dated as of ) <br> June 1, 2005, Without Recourse, AMC ) <br> MORTGAGE SERVICES, and DOES 1-5, ) <br> ) <br> Defendants. ) | 07 C 1026 <br><br> (Originally 06 C 209 (W.D. Mich.)) <br><br> (Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097) <br><br><br><br><br><br> **DEMAND FOR JURY TRIAL** |

**MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS
DALE CHURCHILL AND KELLEY CHURCHILL**

Counsel for plaintiff, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiffs Dale Churchill and Kelley Churchill pursuant to Rule 83.17 of the Northern District of Illinois, due to a conflict of

1

interest (not involving counsel's fees). If this court desires further details about counsel's reason for requesting leave to withdraw, counsel is willing to provide those details *in camera*. Notice of this motion has been sent by regular and certified mail to plaintiffs' last known addresses.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiffs and grant plaintiffs 60 days to find other counsel, and/or file a supplementary appearance.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

        I, Cathleen M. Combs, hereby certify that on June 11, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a true and correct copy was mailed to parties without an email address.

Mark D. van der Laan
Dykema Gossett, PLLC
300 Ottawa Avenue, N.W.
Suite 700
Grand Rapids, MI 49503

Bernard E. LeSage
blesage@buchalter.com

                                                s/Cathleen M. Combs
                                                Cathleen M. Combs