**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| DALE CHURCHILL ) <br> and KELLEY CHURCHILL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, as Trustee of AMERIQUEST ) <br> MORTGAGE SECURITIES, INC., Asset Backed ) <br> Pass-Through Certificates, Series 2005-R5 under ) <br> the Pooling & Servicing Agreement dated as of ) <br> June 1, 2005, Without Recourse, AMC ) <br> MORTGAGE SERVICES, and DOES 1-5, ) <br> ) <br> Defendants. ) | 07 C 1026 <br><br> (Originally 06 C 209 (W.D. Mich.)) <br><br> (Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097) <br><br><br><br><br><br><br> **DEMAND FOR JURY TRIAL** |

**NOTICE OF MOTION**

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Thursday, June 24, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS DALE CHURCHILL AND KELLEY CHURCHILL,** a copy of which is hereby served upon you.

                   s/Cathleen M. Combs
                   Cathleen M. Combs

Daniel A. Edelman
James O. Latturner
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

   I, Daniel A. Edelman, hereby certify that on June 11, 2010, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Bernard E. LeSage
blesage@buchalter.com

Mark D. Van der Laan
Dykema Gossett, PLLC
300 Ottawa Ave.
Suite 700
Grand Rapids, MI 49503

                   s/Cathleen M. Combs
                   Cathleen M. Combs