IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tammy Dobbin, Colleen Dobbin and Dolores Fletcher Hart, | ) ) ) |
| Plaintiffs, | ) 10 C 268 ) ) |
| v. | ) Judge Matthew F. Kennelly ) |
| Wells Fargo Auto Finance, Inc., Silicon Valley Recovery, Inc., F3 Solutions, LLC, Reliable Recovery Services, & The Shepard Companies, Inc., | ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF CHANGE OF ADDRESS & FIRM NAME CHANGE

**PLEASE TAKE NOTICE** that as of June 22, 2010, Keith J. Keogh and Ainat Margalit, counsels for plaintiff shall have the following address:

> Keogh Law, Ltd.
> 101 N. Wacker, Dr., Ste. 605
> Chicago, Il. 60606

Respectfully submitted,

/s/Ainat Margalit

Keith J. Keogh
Ainat Margalit
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092
312.726.1093 (fax)

### CERTIFICATE OF SERVICE

I, Ainat Margalit, hereby certify that on June 17, 2010, I served the foregoing to counsel of record listed above via the ECF system for the Northern District of Illinois and the registered agent of F3 Solutions, LLC by US Mail at the address below:

/s/Ainat Margalit

**F3 Solutions, LLC c/o registered agent Michael Harazin**
**314 Driftwood Lane, Aurora, IL 60504**