279-8145                  TAC                  #3122259

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LITIGATION PRACTICES LITIGATION, | MDL No. 1715<br>Lead Case No. 05-CV-07097<br><br>Centralized before The<br>Hon. Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Magistrate: Hon. Morton Denlow |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br>    Defendant and Third-Party Plaintiff,<br>v.<br>LAW OFFICES OF RUSSO & MINCHOFF<br>    Third-Party Defendant. | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that on June **23**, 2010, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, this Notice of Change of Address for the law firm of BULLARO & CARTON, P.C.

Effective **June 11, 2010,** the law offices of BULLARO & CARTON, P.C. are located at the following address:

**BULLARO & CARTON, P.C.**
**200 North LaSalle Street, Suite 2420**
**Chicago, Illinois 60601**
**Telephone: 312-831-1000**
**Facsimile: 312-831-0647**

Please change your records to indicate the above.

**BULLARO & CARTON, P.C.**

BY: /s/ Thomas A. Carton

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that a true and correct copy of this Notice of Change of Address referenced herein was served upon all parties of record, pursuant to ECF Rules as to Filing Users in compliance with Fed. R. Civ. P. 5(b)(2)(d) on this **23rd** day of June, 2010.

BULLARO & CARTON, P.C.
By: /s/Thomas A. Carton