

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:    Cinthia G. Motley

FIRM:    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

STREET ADDRESS:    55 West Monroe Street, Suite 3800

CITY/STATE/ZIP:    Chicago, IL 60603

PHONE NUMBER:    312-821-6132

E-MAIL ADDRESS:    Cinthia.Motley@wilsonelser.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6280676

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 09-cv-5391 | AETNA Life Insurance Company v. Andrew W. Carr, D.C., et al. | Coar |
| 07-cv-6365 | White Pearl Inversiones v. CEMUSA, Inc. | Anderson |
| 05-cv-7097 | In Re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | Aspen |

/s/ Cinthia G. Motley                    June 25, 2010
    Attorney's Signature                          Date

726782.1