# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen<br><br>Magistrate Judge Morton Denlow |

## NOTICE TO THIRD-PARTY DEFENDANTS OF SCHEDULING OF SETTLEMENT CONFERENCE FOR PLAINTIFFS REPRESENTED BY THE LAW OFFICES OF DANIEL HARRIS

**PLEASE TAKE NOTICE** that the cases brought by Plaintiffs represented by The Law Offices of Daniel Harris ("Harris Firm") have been referred to Magistrate Judge Morton Denlow to conduct a Settlement Conference. Further, Magistrate Judge Denlow has requested that the parties jointly contact the courtroom deputy with mutually agreeable dates or appear before Magistrate Judge Denlow in Room 1350 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 at 10:00 a.m. July 29, 2010 to set a Settlement Conference date [Dkt. 3615]. Magistrate Judge Denlow further ordered that once a Settlement Conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship [Dkt. 3615]. The identification of each Third-Party Defendant and/or indemnitor connected with the loans associated with the Harris Firm Plaintiffs is attached hereto as Exhibit "A".

- 2 -

Dated: June 28, 2010

Respectfully submitted,

By:   /s/ Bernard E. LeSage

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

- 2 -

BN 6481027v1

**CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 28th day of June 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage
Bernard E. LeSage
*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

# Exhibit "A"

Exhibit A - List of Harris Firm Plaintiffs with Third-Party Defendants and/or Indemnitors

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Applegate, Thomas and Linda | 0061256806 | Applegate, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04867 | Turnkey Title Corporation, a Florida corporation | Attorneys Title Insurance Fund | |
| Ball-Daniel, Vernell | 0055599930 | Ball-Daniel v. Argent Mortgage Co. et al. | ILN 1:06-06602 | Title Works, Inc., an Indiana Corporation | Stewart Title Guaranty Company | Direct Banc Mortgage LLC |
| Banuelos, Pedro and Celia | 0119993186 | Banuelos, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:08-02680 | Tristar Title, LLC | Ticor Title Insurance Company | |
| Barletta, Pam | 0070114186 | Barletta v. Ameriquest Mortgage Co, et al. | ILN 1:06-04560 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Bean, Russell and Barbara | 0140317140 | Bean, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:08-06449 | Silk Abstract Company | Stewart Title Guaranty Company | |
| Brown, Pamela | 0118439843 | Brown, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:07-04890 | Northwest Title & Escrow Corp. | The Talon Group, Division of First American Title Company | |
| Calder, Vicki | 0077092369 | Calder v. Ameriquest Mortgage Co. et al. | ILN 1:06-05146 | Express Financial Services, Inc | Stewart Title Guaranty Company | |
| Cashen, Daniel and Donna | 0064475205 | Cashen, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04683 | Nations Title Agency of Illinois, Inc., an Illinois corporation | The Guarantee Title & Trust Company | |
| Clark, Harvey | 0104443825 | Brown, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:07-04890 | Nations Title Agency of Arizona, Inc. | American Pioneer Title Insurance Company | |
| Clemons, Natalie | 0093032191 | Clemons v. Argent Mortgage Co., et al. | ILN 1:09-00452 | Wilson Title Agency, LLC | Lawyers Title Insurance Corporation | Classic Mortgage Solutions |
| Cooper, Donald and Patricia | 0109868885 | Cooper, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:06-06604 | Lenders First Choice | First American Title Insurance Company | |
| Dearden, Scott K. | 0083074906 | Dearden v. Ameriquest Mortgage Co., et al. | ILN 1:06-02912 | Stewart Title of Seattle, LLC, a limited liability company; Law Offices of Daniel J. Nigro, P.C., a professional corporation; Shane DeLorenze, an individual | Stewart Title Insurance Company | |
| Dorn, Clint and Christi | 0119275246 | Brown, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:07-04890 | To be determined | To be determined | To be determined |
| Dougherty, John and Geraldine Pomilio | 0076534940 | Dougherty, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:06-02482 | Express Financial Services, Inc | Stewart Title Guaranty Company | |

Exhibit A - List of Harris Firm Plaintiffs with Third-Party Defendants and/or Indemnitors

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Elliot-Labin, Bronwen and Richard Labin | 0117324145 | Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-06191 | Richmond Title Services, LP | Stewart Title Guaranty Company | |
| Faust, Gwen and Eileen Russell | 0115697526 | Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-06191 | Schop & Pleskow, LLP, a New York limted liability partnership | Ticor Title Insurance Company | |
| Ferrara, Susan | 0141393769 | Ferrara et al v. AmeriQuest Mortgage Company et al. | ILN 1:07-06867 | Express Financial Services | Stewart Title Guaranty Company | |
| Fuller, Kurt and Nancy | 0081990061 | Fuller, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00291 | Fidelity National Title Insurance Company, a California corporation | Fidelity National Title Insurance Company | |
| Gallant, Trayvass and Michelle | 0121515506 | Banuelos, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:08-02680 | Mortgage Information Services, Inc. | First American Title Insurance Company | |
| Gelman, Carl and Hope | 0084367846 | Gelman, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04684 | Complete Title Solutions, Inc., a Florida corporation | Commonwealth Land Title Insurance Company | |
| Gerbig, Karen and Mary Christine Huston | 0072228349 | Gerbig, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04868 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Grabowski, Peter | 0083059626 | Grabowski v. Ameriquest Mortgage Co., et al. | ILN 1:06-02549 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Green, Donald and Sharon | 0097806905 | Green, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06945 | Towne & Country Land Title Agency, Inc., an Ohio corporation | Fidelity National Title Insurance Company | |
| Griggs, Joyce | 0106590326 | Jagoe, et al. v. Ameriquest Mortgage Company et al. | ILN 1:08-00258 | Mortgage Information Services | First American Title Insurance Company | |
| Gruhlke, Michael and Lorie | 0148243629 | Brown, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:07-04890 | Alliance Title & Escrow Corp. Richmond Title Services, LP | Chicago Title Insurance Company | |
| Hall, Mary | 0144510583 | Hall v. Ameriquest Mortgage Co. et al. | ILN 1:06-06607 | Lenders First Choice | First American Title Insurance Company | |
| Harrison, Jeremy | 0097943344 | Harrison v. Ameriquest Mortgage Co., et al. | ILN 1:06-06947 | Northwest Title and Escrow Corporation, a Minnesota corporation | The Talon Group, Division of First American Title Company | |
| Haskins, Mariam | 0108195249 | Ferrara et al v. AmeriQuest Mortgage Company et al. | ILN 1:07-06867 | Equititle, LLC | First American Title Insurance Company | |

Exhibit A - List of Harris Firm Plaintiffs with Third-Party Defendants and/or Indemnitors

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Holland, Clarence | 0116135526 | Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-06191 | Lenders First Choice | First American Title Insurance Company | |
| Jagoe, Bobby and Karen | 0119209120 | Jagoe, et al. v. Ameriquest Mortgage Company et al. | ILN 1:08-00258 | Commonwealth Land Title Company | Lawyers Title Insurance Corporation | |
| Janeway, Richard | 0103184388 | Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-06191 | Title Specialists, Inc. | Old Republic National Title Insurance Company | |
| Joyner, Preston and Delana | 0086271541 | Joyner, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06784 | Northwest Title and Escrow Corporation, a Minnesota corporation | Ticor Title Insurance Company | |
| Kennedy, Randy and Amii | 0137735288 | Kennedy, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:08-04462 | Mortgage Information Services, Inc.; Title Process Group | First American Title Insurance Company | |
| Kessler, Cathleen | 0090494923 | Kessler v. Ameriquest Mortgage Co., et al. | ILN 1:06-04999 | Complete Title Solutions, Inc., a Florida corporation | To be determined | |
| Kirk, Samuel and Kimberly | 0135629707 | Neubeck, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:09-00795 | Silk Abstract Company | Stewart Title Guaranty Company | |
| Kite, Joseph and Montrea | 0090862905 | Kite, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-04059 | Towne and Country Land Title Agency, Inc., an Ohio corporation | First American Title Insurance | |
| Krause, James and Genise | 0142294883 | Krause, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:07-04628 | Northwest Title & Escrow Corp. | The Talon Group, Division of First American Title Company | |
| Kruger, John | 0148383847 | Ferrara et al v. AmeriQuest Mortgage Company et al. | ILN 1:07-06867 | Advanced Closing Services, Inc.; Tristar Middle Atlantic Settlement Services, LLC | Lawyers Title Insurance Corporation | |
| Lappin, William and Linda | 0088363841 | Lappin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-05147 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Leach, Glenn | 0079569521 | Leach v. Ameriquest Mortgage Co., et al. | ILN 1:06-05000 | First Merit Settlement Services, Inc., a Pennsylvania corporation; Scott Parkhurst, an individual | Old Republic National Title Insurance Company | |
| Levine, Bruce and Daniel McCorkle | 0130856487 | Kennedy, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:08-04462 | Lenders First Choice | First American Title Insurance Company | |

Exhibit A - List of Harris Firm Plaintiffs with Third-Party Defendants and/or Indemnitors

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Maldonado, Shawn and Shari | 0133470260 | Maldonado, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:06-06609 | North American Title Company | North American Title Company | |
| Martindell, Donald and Wanda | 0105962807 | Ferrara et al v. AmeriQuest Mortgage Company et al. | ILN 1:07-06867 | Indiana Title Nework Company, an Indiana corporation | Fidelity National Title Insurance Company | |
| McDonald, Gene | 0135984425 | Ferrara et al v. AmeriQuest Mortgage Company et al. | ILN 1:07-06867 | Scott E. Lawrence, Atty at Law | First American Title Insurance Company | |
| Mejia, Jose and Rose | 0130946809 | Mejia, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:08-01386 | Tristar Title, LLC | Ticor Title Insurance Company | |
| Morgida, Troy and Melissa | 0058193665 | Morgida v. Ameriquest Mortgage Co., et al. | ILN 1:07-03006 | Vital Signing, Inc., a California corporation, Inc.; Mortgage Information Services, Inc. | First American Title Insurance | |
| Morgida, Troy and Melissa | 0078521960 | Morgida v. Ameriquest Mortgage Co., et al. | ILN 1:07-03006 | Vital Signing, Inc., a California corporation, Inc.; Lenders First Choice | First American Title Insurance | |
| Moss, Linda | 0131285108 | Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-06191 | Mortgage Information Services | To be determined | |
| Muller, Dorothy and Joseph Bush | 0119354843 | Muller, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06946 | National Real Estate Information Services of New Jersey, Inc., a New Jersey corporation; Lee S. Jacobowitz, Esq., an individual | United General Title Insurance Company | |
| Neubeck, Christopher and Peggy | 0151533122 | Neubeck, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:09-00795 | Lenders First Choice | First American Title Insurance Company | |
| Newbolt, Paul and Wanda | 0107278285 | Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-06191 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Nowik, Marcia | 0100395029 | Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-06191 | Mortgage Information Services | First American Title Insurance Company | |
| O'Keefe, Michael III and Susan | 0122094329 | O'Keefe, et al. v. Ameriquest Mortgage Co.,et al. | ILN 1:07-05878 | Avalon Abstract Corp. | Chicago Title Insurance Company | |
| O'Malley, Lori | 0093864445 | O'Malley v. Ameriquest Mortgage Co., et al., | ILN 1:06-06373 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |

Exhibit A - List of Harris Firm Plaintiffs with Third-Party Defendants and/or Indemnitors

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| O'Neil, Dennis and Rita | 0054357991 | O'Neil, et al. v. Argent Mortgage Co. et al. | ILN 1:06-06375 | Colonial Title & Escrow, Inc. | Chicago Title Insurance Company | BLS Funding Corp.; |
| Pearson, Sherry | 0087200507 | Krause, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:07-04628 | Mortgage Information Services, Inc. | First American Title Insurance Company | |
| Rodriguez, Ralph and Chapman, Barbara | 0069970101 | Rodriguez, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-02187 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Salazar, Asencio and Alicia - 1st | 0097595516 | Salazar, et al. v. Argent Mortgage Co., et al. | ILN 1:08-03875 | Netco Title Insurance Company | Stewart Title Guaranty Company | Access Mortgage Group, Inc. NETCO, Inc. |
| Salazar, Asencio and Alicia - 2nd | 0097748875 | Salazar, et al. v. Argent Mortgage Co., et al. | ILN 1:08-03875 | Netco Title Insurance Company | Stewart Title Guaranty Company | Access Mortgage Group, Inc. NETCO, Inc. |
| Salazar, Asencio and Alicia | 0082699117 | Salazar, et al. v. Argent Mortgage Co., et al. | ILN 1:08-03875 | Specialty Title Services, Inc. | Stewart Title Guaranty Company | Midwest Equity Financial Services |
| Scott, George and Cynthia | 0118588904 | Scott, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06786 | Home-Land Title & Abstract Co., Inc., a Mississippi corporation | Fidelity National Title Insurance Company | |
| Sedgwick, Kelly and Jo Lynn | 0048180624 | Sedgwick, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-02333 | Nations Title Agency of Illinois, Inc., an Illinois corporation | Lawyers Title Insurance Corporation | |
| Shields, Judy | 0117518605 | Shields v. Ameriquest Mortgage Co., et al. | ILN 1:06-06787 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Solnin, Gilbert and Janet | 0113697726 | Solnin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04866 | Lee S. Jacobowitz, Esq., an individual; National Real Estate Information Services | United General Title Insurance Company | |
| Steele, Steven and Dawn Peil | 0135442242 | Brown, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:07-04890 | To be determined | To be determined | |
| Street, Hazel | 0100478676 | Salazar, et al. v. Argent Mortgage Co., et al. | ILN 1:08-03875 | To be determined | To be determined | |
| Thibodeau, Jeffrey and Chantel | 0069302644 | Thibodeau, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-05148 | Schop & Pleskow, LLP, a New York limited liability partnership | Chicago Title Insurance Company | |
| Tieri, Rocco C. | 0109642082 | Tieri v. Ameriquest Mortgage Co., et al. | ILN 1:06-02683 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Tilford, Anthony and Marie | 0134116524 | Kennedy, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:08-04462 | Express Financial Services | First American Title Insurance Company | |

Exhibit A - List of Harris Firm Plaintiffs with Third-Party Defendants and/or Indemnitors

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Van Gorp, Rosalind and Randy | 0039942800 | Van Gorp, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:06-01731 | Vital Signing, Inc., a California corporation, Inc.; BridgeSpan Title Company. | Old Republic National Title Insurance Company | |
| Vigil, Robert and Marlianna | 0104307947 | Ferrara et al v. AmeriQuest Mortgage Company et al. | ILN 1:07-06867 | ATM Corporation of America, a Pennsylvania corporation | Stewart Title Guaranty Company | |
| Warren, Sheila and Ronald | 0091066928 | Warren v. Ameriquest Mortgage Co., et al. | ILN 1:06-04415 | Lawyers Title Insurance Corporation, a Virginia corporation | Lawyers Title Insurance Corporation | |
| Wessel, Kevin and Sherry | 0047432372 | Wessel, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-01899 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Zahirovic, Osman and Azra | 0112392568 | Mejia, et al. v. Ameriquest Mortgage Co. et al. | ILN 1:08-01386 | Tristar Title, LLC | Ticor Title Insurance Company | |