# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7097 | **DATE** | 6/29/2010 |
| **CASE TITLE** | In Re: Ameriquest Mortgage, et al | | |

**DOCKET ENTRY TEXT**

Goldberg Kohn is entitled to payment from the Third-Party Defendants identified in Exhibit A, in the amounts set forth therein, which include no pre-judgment interest but do include post-judgment interest at the rate of .44%. We hereby enter the judgment against the Third-Party Defendants, as described in Exhibit A. At this time, we decline to reconsider our December 10, 2008 order, which prohibits Liaison Counsel from recouping expenses related to its fee requests and recovery. (12/10/08 Order, Dkt. No. 2550, at 8–10.) If any Third-Party Defendant makes a habit of failing to reimburse Goldberg Kohn—and disobeying our orders—we will revisit the issue. It is so ordered.

■[ For further details see text below.]

Notices mailed by Judicial staff.

**STATEMENT**

(Reserved for use by the Court)

## ORDER

On April 30, 2010, Third-Party Defendant's Liaison Counsel, Goldberg Kohn, filed an Amended Motion for Entry of Judgment Against Certain Third-Party Defendants, seeking unpaid attorneys' fees and costs. (Mot., Dkt. No. 3556.) We previously ordered Third-Party Defendants to compensate Goldberg Kohn for its work performed on behalf of all Third-Party Defendants from March 18, 2009 through September 30, 2009. (*See* 8/31/09 Order, Dkt. No. 3066 (awarding $30,502.24 for work completed between March 18, 2009 and June 30, 2009); 11/24/09 Order, Dkt. No. 3235 (awarding $52,757.48 for work completed between July 1, 2009 and September 30, 2009).) In the present motion, Goldberg Kohn identified Third-Party Defendants who have not reimbursed it for its efforts as Liaison Counsel during this time period. (Mot. ¶¶ 3–9.)

On May 4, 2010, we informed these Third-Party Defendants that, if they wished to oppose the motion for judgment against them, responses were due on or before May 20, 2010. (Dkt. No. 3562.) No opposition briefs have been filed. Although additional Third-Party Defendants recently paid Goldberg Kohn as originally ordered, certain Third-Party Defendants remain delinquent. (Reply, Dkt. No. 3606, at 1–2.) As a result, Goldberg Kohn currently seeks payment for outstanding attorneys' fees and costs, totaling approximately $9300. (*Id.* at 3.)

Goldberg Kohn is entitled to payment from the Third-Party Defendants identified in Exhibit A, in the amounts set forth therein, which include no pre-judgment interest but do include post-judgment interest at the rate of .44%. We hereby enter the judgment against the Third-Party Defendants, as described in Exhibit A. At this time, we decline to reconsider our December 10, 2008 order, which prohibits Liaison Counsel from recouping expenses related to its fee requests and recovery. (12/10/08 Order, Dkt. No. 2550, at 8–10.) If any Third-Party Defendant makes a habit of failing to reimburse Goldberg Kohn—and disobeying our orders—we will revisit the issue. It is so ordered.

**STATEMENT**