05-7097

# EXHIBIT A

to our June 29, 2010 Order, granting Liaison Counsel's Motion (Dkt. No. 3556, as clarified by Dkt. No. 3606)

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**MARCH-JUNE UNPAID FEES**

| | A | B | D | E |
|---|---|---|---|---|
| | Third-Party Defendants | ATTORNEY(S) | Total Owed | Paid |
| 1 | Avalon Abstract Corp. | Lloyd J. Weinstein<br>Melissa A. Cavaliere<br>The Weinstein Group, P.C.<br>Ten Newton Place, Suite 201<br>Hauppauge, NY 11788<br>Tel. (631) 851-1090<br>Fax (631) 851-1092<br>ljw@theweinsteingroup.net<br>mac@theweinsteingroup.net | $141.79 | Unpaid |
| 2 | Equity Settlement Services, Inc. | Alexander E. Sklavos<br>Law Offices of Alexander E. Sklavos, PC<br>One Old Country Road, Suite 200<br>Carle Place, NY 11514<br>Tel. (516) 248-4000<br>Fax (516) 877-8010<br>aes@sklavoslaw.com<br>AND<br>George P. Apostolides<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Tel. (312) 876-7100<br>Fsx (312) 876-0288<br>gapostolides@arnstein.com | $130.94 | Unpaid |
| 3 | | | | |
| 4 | Home Equity Title Services, Inc. | Anthony C. Campanale<br>ANTHONY C. CAMPANALE &<br>ASSOCIATES<br>19 South LaSalle Street, Suite 1500<br>Chicago, IL 60603<br>Tel. (312) 641-2233<br>Fax (312) 641-0180<br>accampanale@acclaw.com | $130.94 | Unpaid |

ADDENDUM A

**THIRD-PARTY**
**DEFENDANTS' COUNSEL**
**MARCH-JUNE UNPAID FEES**

| | A | B | D | E |
|---|---|---|---|---|
| | Third-Party Defendants | ATTORNEY(S) | Total Owed | Paid |
| 1 | Law Office of Joseph E. Nealon | Joseph E. Nealon<br>NEALON & ROSENFIELD<br>45 Lyman Street, Suite 28<br>Westborough, MA 01581<br>Tel. (508) 366-0044<br>Fax (508) 366-0162<br>jnealon@nealonrosenfield.com | $163.49 | Unpaid |
| 5 | Michigan Trust Title Agency LLC | James Kenneth Borcia<br>David O. Yuen<br>TRESSLER SODERSTROM MALONEY &<br>PRIESS<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606-6308<br>Tel. (312) 627-4104<br>Fax (312)617-1717<br>jborcia@tsmp.com<br>dyuen@tsmp.com | $130.94 | Unpaid |
| 6 | Mortgage Store | Terrill Currie<br>600 N. Pine Island Rd.<br>Plantation, FL 33324<br>terrill_c@yahoo.com | $130.94 | Unpaid |
| 7 | | | | |
| 8 | Northwest Title and Escrow Corporation | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | $749.39 | Unpaid |

ADDENDUM A

THIRD-PARTY
DEFENDANTS' COUNSEL
MARCH-JUNE UNPAID FEES

|  | A | B | D | E |
|---|---|---|---|---|
|  | Third-Party Defendants | ATTORNEY(S) | Total Owed | Paid |
| 1 |  | Mark D. Capuano<br>President<br>Stateside Funding, LLC<br>667 Atwood Avenue<br>Cranston, RI 02920<br>401-383-9249<br>401-383-7660<br>mark@statesidefunding.com<br><br>Check w/ KRV:<br>Mike Lepizzero<br>Tel: 405-739-7397 | $130.94 | Unpaid |
| 9 | Stateside Funding, LLC |  |  |  |
| 10 | Union Title Insurance Company |  | $130.94 | Unpaid |
| 11 | Total |  | $1,698.52 |  |

ADDENDUM A

THIRD-PARTY
DEFENDANT'S COUNSEL
JULY-SEPTEMBER

| | A | B | UNPAID FEES | K | L |
|---|---|---|---|---|---|
| | Third-Party Defendants | ATTORNEY(S) | Transaction Count | Total Owed | Paid/Unpaid |
| 1 | Absolute Title Services Inc. | David A. Ward (withdrew 1/27/10)<br>WARD & METTI, P.C.<br>245 Waukegan Road, Suite 230<br>Northfield, IL 60093<br>Tel. (847) 501-6565<br>Fax (847) 501-6589<br>wardmetti@msn.com | 2 | $240.01 | UnPaid |
| 2 | Access Title LLC | Michael W. Favicchio<br>ACCESS TITLE LLC<br>1200 Reservoir Avenue<br>Cranston, RI 02920<br>Tel. (401) 946-1850<br>Fax (401) 383-0572<br>mfavicchio@favilaw.com | 2 | $240.01 | Unpaid |
| 3 | Avalon Abstract Corp. | Lloyd J. Weinstein<br>Melissa A. Cavaliere<br>The Weinstein Group, P.C.<br>Ten Newton Place, Suite 201<br>Hauppauge, NY 11788<br>Tel. (631) 851-1090<br>Fax (631) 851-1092<br>ljw@theweinsteingroup.net<br>mac@theweinsteingroup.net | 2 | $240.01 | Unpaid |
| 4 | BLS Funding Corp. | Kevin M. O'Hagan<br>Chance A.E. Hodges<br>O'Hagan Spencer, LLC<br>One East Wacker Drive, Suite 3400<br>Chicago, IL 60601<br>Tel. (312) 422-6100<br>Fax (312) 422-6110<br>kohagan@ohaganspencer.com<br>chodges@ohaganspencer.com | 1 | $222.25 | Unpaid |

ADDENDUM B

**THIRD-PARTY**
**DEFENDANT'S COUNSEL**
**JULY-SEPTEMBER**

|   | A<br>Third-Party Defendants | B<br>ATTORNEY(S) | UNPAID FEES<br>Transaction Count | K<br>Total Owed | L<br>Paid/Unpaid |
|---|---|---|---|---|---|
| 1 | Classic Home Mortgage Corp. | Kristin S. Yoo<br>Edward M. Ordonez<br>Cozen O'Connor<br>222 S. Riverside Plaza, Suite 1500<br>Chicago, IL 60606<br>Tel. (312) 382-3100<br>Fax (312) 706-9755<br>kyoo@cozen.com<br>eordonez@cozen.com | 1 | $222.25 | Unpaid |
| 6 | CloseNet, LLC | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | 3 | $257.77 | Unpaid |
| 7 | Cross Country Lenders LLC | (Dennis Both withdrew as counsel) | 2 | $240.01 | Unpaid |
| 8 | | | | | |
| 9 | CT MORTGAGE | | 40 | $950.41 | Unpaid |
| 10 | Envision Mortgage Solutions, Inc. | Michael J. Delrahim<br>Dennis E. Both<br>Brown, Udell & Pomerantz<br>1332 N. Halsted Street<br>Chicago, IL 60622<br>Tel. (312) 475-9900<br>Fax (312) 475-1188<br>mdelrahim@buplaw.com<br>dboth@buplaw.com | 1 | $222.25 | Unpaid |

**ADDENDUM B**

## THIRD-PARTY
## DEFENDANT'S COUNSEL
### JULY-SEPTEMBER

| | A | B | UNPAID FEES | K | L |
|---|---|---|---|---|---|
| | Third-Party Defendants | ATTORNEY(S) | Transaction Count | Total Owed | Paid/Unpaid |
| 11 | Equity Settlement Services, Inc. | Alexander E. Sklavos<br>Law Offices of Alexander E. Sklavos, PC<br>One Old Country Road, Suite 200<br>Carle Place, NY 11514<br>Tel. (516) 248-4000<br>Fax (516) 877-8010<br>aes@sklavoslaw.com<br>AND<br>George P. Apostolides<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>Tel. (312) 876-7100<br>Fsx (312) 876-0288<br>gapostolides@arnstein.com | 1 | $240.01 | Unpaid |
| 12 | Fairway Financial Group LLC | Dennis Both/Brown Udell WITHDREW | 1 | $222.25 | Unpaid |
| 13 | Home Equity Title Services, Inc. | Anthony C. Campanale<br>ANTHONY C. CAMPANALE & ASSOCIATES<br>19 South LaSalle Street, Suite 1500<br>Chicago, IL 60603<br>Tel. (312) 641-2233<br>Fax (312) 641-0180<br>accampanale@acclaw.com | 1 | $222.25 | Unpaid |

ADDENDUM B

THIRD-PARTY
DEFENDANT'S COUNSEL
JULY-SEPTEMBER

| | A | B | UNPAID FEES | K | L |
|---|---|---|---|---|---|
| | Third-Party Defendants | ATTORNEY(S) | Transaction Count | Total Owed | Paid/Unpaid |
| 14 | Ilene K. Chapel | William E. Hosler<br>WILLIAMS, WILLIAMS, RATTNER &<br>PLUNKETT, PC<br>380 N. Old Woodward Ave., Ste. 300<br>Birmingham, MI 48009<br>Tel. (248) 642-0333<br>Fax (248) 642-0856<br>weh@wwrplaw.com | 1 | $222.25 | Unpaid |
| 15 | Illinois Mortgage Funding Corp. | (Dennis Both withdrew as counsel) | 1 | $222.25 | Unpaid |
| 16 | K.E.L. Title Insurance | Martha D. Bolton<br>Kaufman, Englett, and Lynd, LLC<br>151 Wymore Road<br>Suite 3000<br>Altamonte Springs, FL 32714<br>Phone: 407-513-1900<br>Fax: 407-513-1961<br>mbolton@kelattorneys.com | 2 | $240.01 | Unpaid |
| 17 | Law Office of Joseph E. Nealon | Joseph E. Nealon<br>NEALON & ROSENFIELD<br>45 Lyman Street, Suite 28<br>Westborough, MA 01581<br>Tel. (508) 366-0044<br>Fax (508) 366-0162<br>jnealon@nealonrosenfield.com | 4 | $275.53 | Unpaid |
| 18 | Liberty Title & Escrow Co., Inc. | Dennis Both<br>Brown, Udell & Pomerantz<br>1332 N. Halsted Street<br>Chicago, IL 60622<br>dboth@buplaw.com<br>(312) 475-9900 | 2 | $240.01 | UnPaid |

ADDENDUM B

**THIRD-PARTY**
**DEFENDANT'S COUNSEL**
JULY-SEPTEMBER

| | A | B | UNPAID FEES | K | L |
|---|---|---|---|---|---|
| | Third-Party Defendants | ATTORNEY(S) | Transaction Count | Total Owed | Paid/Unpaid |
| 19 | MacKinnon & Tavano, LLC | Joseph B. Carini, III<br>JOHNSON & BELL, LTD.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>Tel. (312) 984 6668<br>carinij@jbltd.com | 1 | $222.25 | Unpaid |
| 20 | Michigan Trust Title Agency LLC | James Kenneth Borcia<br>David O. Yuen<br>TRESSLER SODERSTROM MALONEY & PRIESS<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606-6308<br>Tel. (312) 627-4104<br>Fax (312)617-1717<br>jborcia@tsmp.com<br>dyuen@tsmp.com | 1 | $222.25 | Unpaid |
| 21 | Mortgage Store | Terrill Currie<br>600 N. Pine Island Rd.<br>Plantation, FL 33324<br>terrill_c@yahoo.com | 1 | $222.25 | Unpaid |
| 22 | Northwest Title and Escrow Corporation | Wayne B. Holstad<br>30 East Seventh Street, #1690<br>St. Paul, MN 55101<br>(651) 379-5006<br>(651) 379-5007 (fax)<br>wholstad@integraonline.com | 58 | $1,128.01 | Unpaid |

ADDENDUM B

**THIRD-PARTY**
**DEFENDANT'S COUNSEL**
**JULY-SEPTEMBER**

| | A | B | UNPAID FEES Transaction Count | K Total Owed | L Paid/Unpaid |
|---|---|---|---|---|---|
| | Third-Party Defendants | ATTORNEY(S) | | | |
| 23 | Richmond Title Services, LP | Matthew D. Matkov<br>993 Old Eagle School Road, Suite 412<br>Wayne, PA 19087<br>Tel. (610) 964-3333<br>Fax (610) 964-3334<br>jtodd@saltzpolisher.com<br>mmatkov@saltzpolisher.com | 5 | $417.61 | Unpaid |
| 24 | Tamayo Financial Services, Inc. (Dismissed 9/23/09) | Glicel E. Sumagaysay<br>American Mortgage Law Group, P.C.<br>75 Rowland Way, Suite 350<br>Novato, CA 94945<br>(415) 878-0030 x 161<br>gsumagaysay@americanmlg.com<br><br>Robert A. Carson<br>Stephanie A. Petersmarck<br>Gould & Ratner LLP<br>222 North LaSalle Street<br>Suite 800<br>Chicago, Illinois 60601<br>P: 312.899.1633<br>F: 312.236.3241<br>rcarson@gouldratner.com<br>spetersmarck@gouldratner.com | 1 | $222.25 | Unpaid |
| 25 | TranStar National Title | Frank J. Kokoszka<br>Kokoszka & Janczur, P.C.<br>140 South Dearborn, Suite 1610<br>Chicago, IL 60603<br>Tel. (312) 443-9600<br>Fax (312) 443-5704<br>fkokoszka@k-jlaw.com | 1 | $222.25 | Unpaid |

**ADDENDUM B**

**THIRD-PARTY**
**DEFENDANT'S COUNSEL**
**JULY-SEPTEMBER**

| A | B | UNPAID FEES | | K | L |
|---|---|---|---|---|---|
| Third-Party Defendants | ATTORNEY(S) | Transaction Count | | Total Owed | Paid/Unpaid |
| Union Title Insurance Company | | 1 | | $222.25 | Unpaid |
| Total | | | | $7,598.65 | |

ADDENDUM B