**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen <br><br> Magistrate Judge Morton Denlow |

**NOTICE TO THIRD-PARTY DEFENDANTS OF SCHEDULING OF SETTLEMENT CONFERENCE FOR PLAINTIFFS REPRESENTED BY EDELMAN, COMBS, LATTURNER & GOODWIN**

**PLEASE TAKE NOTICE** that the cases brought by Plaintiffs represented by Edelman, Combs, Latturner & Goodwin (the "Edelman Firm") have been referred to Magistrate Judge Morton Denlow to conduct a Settlement Conference. Further, Magistrate Judge Denlow has requested that the parties jointly contact the courtroom deputy with mutually agreeable dates or appear before Magistrate Judge Denlow in Room 1350 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 at 10:00 a.m. July 29, 2010 to set a Settlement Conference date. (Docket No. 3616). Magistrate Judge Denlow further ordered that once a Settlement Conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship (*Id.*) The identification of each Third-Party Defendant and/or indemnitor connected with the loans associated with the Edelman Firm Plaintiffs is attached hereto as Exhibit "A".

- 2 -

Dated: July 1, 2010

Respectfully submitted,

By:   /s/ Bernard E. LeSage

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage, Esq.
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## **CERTIFICATE OF SERVICE**

I, Bernard E. LeSage, hereby certify that on this 1st day of July 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage
Bernard E. LeSage
*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

BN 6488004v1