# EXHIBIT A

**Exhibit A - List of Edelman Firm Plaintiffs with Third-Party Defendants and/or Indemnitors**

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Adkins, Sherry<br>Adkins, Jr., James F. | 0103988804 | Adkins, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04741 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Anthony, Patrina R.<br>Anthony, Derek | 0120808688 | Anthony, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01748 | Northwest Title and Escrow Corporation, a Minnesota corporation | The Talon Group, Division of First American Title Company | |
| Archer, Carolyn<br>Archer, Carlos | 0106588627 | Archer, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00328 | Nations Title Agency of Michigan, Inc., a Michigan corporation | Old Republic National Title Insurance Company | |
| Balark, Eric<br>McMiller, Michelle | 0120067921 | Balark, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-02430 | Tia M. Martin, an individual; Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Beane, Virginia<br>Beane, Robert | 0067116327 | Beane, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01346 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer | |
| Belfeld, Stuart<br>Belfeld, Marianne | 0073073751 | Belfeld, et al. v. Argent Mortgage Co., et al. | ILN 1:07-01749 | Metropolitan Title Company, a Michigan Corporation | First American Title Insurance Company | The Mortgage Store |
| Belford, Dennis E. | 0132542861 | Belford v. Ameriquest Mortgage Co., et al. | ILN 1:06-03426 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Bergquist, Sandra | 0104425285 | Bergquist v. Ameriquest Mortgage Co., et al. | ILN 1:06-01438 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Billings, Jacob S.<br>Billings, Taylor N. | 0109840405 | Billings, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-01849 | Guadalupe Cruz, Jr., an individual; Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Black, Rose J.<br>Black, Sr., David E. | 0061763652 | Black, et al. v. Argent Mortgage Co., et al. | ILN 1:06-04418 | Search 2 Close/ Search2Close of Columbus, Limited | Ticor Title Insurance Company | American Elite Financial Inc. |
| Blackburn, Sherry K.<br>Blackburn, Joseph Frank | 0100784800 | Blackburn, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00309 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Blain, Christena<br>Blain, Thomas B. | 0057018558 | Blain, et al. v. Argent Mortgage Co., et al. | ILN 1:07-00124 | Search 2 Close/ Search2Close of Columbus, Limited | Ticor Title Insurance Company | American Elite Financial Inc. |
| Booher, Steven | 0125259507 | Booher v. Ameriquest Mortgage Co., et al. | ILN 1:07-01339 | Nations Title Agency of Missouri, Inc., a Missouri corporation company | United General Title Insurance Company | |
| Bothwell, Terry A.<br>Bothwell, Cheryl A. | 0133341487 | Bothwell, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04716 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Bowden, Brenda<br>Bowden, Darron | 0056719271 | Bowden v. Argent Mortgage Co., et al. | ILN 1:06-05991 | Law Title Insurance Company | Lawyers Title Insurance Company | 5 Star Financial Inc. |
| Bricker, Anthony<br>Bricker, Michelle | 0086694684 | Bricker, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04528 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Brown, Calvin<br>Brown, Dora | 0069107308 | Brown, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-02830 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Brown, Dorothy | 0091080069 | Brown v. Ameriquest Mortgage Co., et al. | ILN 1:05-04723 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Buckner, Jacqueline | 0083227264 | Buckner v. Ameriquest Mortgage Co., et al. | ILN 1:05-06808 | Sheila Dolan, an individual; Tristar Title, LLC, an Illinois limited liability company; | Ticor Title Insurance Company | |
| Bumpers, Henry (deceased)<br>Bumpers, Elizabeth | 0070729785 | Bumpers, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00553 | Nations Title Agency of Illinois, Inc., an Illinois corporation | Lawyers Title Insurance Company | |
| Burgess, Ernest P.<br>Burgess, Peggy G. | 0066806142 | Burgess, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06748 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Burris, Brett M.<br>Burris, Christine | 0113169981 | Burris, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00123 | Northwest Title and Escrow Corporation, a Minnesota corporation | The Talon Group, Division of First American Title Company | |

**Exhibit A - List of Edelman Firm Plaintiffs with Third-Party Defendants and/or Indemnitors**

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Bush, Jeffrey; Bush, Deborah | 0136367901 | Bush, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00123 | Nations Title Agency of Michigan, Inc., a Michigan corporation | Old Republic National Title Insurance Company | |
| Chaumley, Sarah | 0078232485 | Burgess, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06748 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Childres, Beverly | 0123866485 | Childres v. Ameriquest Mortgage Co., et al. | ILN 1:06-04722 | Northwest Title and Escrow Corporation, a Minnesota corporation | The Talon Group, Division of First American Title Company | |
| Churchill, Dale; Churchill, Kelley | 0106221526 | Churchill, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01026 | Devon Title | Transnation Title Insurance Company | |
| Clarke, Christopher; Clarke, Karie | 0112275508 | Clarke, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04201 | Lynne A. Love, an individual; Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Cole, Robert; Cole, Brenda | 0126406008 | Cole, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06043 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Conner, Douglas S.; Conner, Cherie E. | 0061679734 | Conner, et al. v. Argent Mortgage Co., et al. | ILN 1:07-00121 | Archer Land Title, Inc. | Lawyers Title Insurance Corporation | Ace Mortgage Funding |
| Cowles, Thelma; Cowles, Terry | 0059459719 | Cowles, et al. v. Argent Mortgage Co., et al. | ILN 1:07-01625 | Escrows, Inc. d/b/a The Closing Office | First American Title Insurance Company | B & P Mortgage, Inc. |
| Davis, Sonja; Davis, Donya | 0100970763 | Davis, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00525 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Diggins, Janet | 0091594127 | Diggins v. Ameriquest Mortgage Co., et al. | ILN 1:06-07017 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Doolittle, Edward; Doolittle, Babette | 0088403308 | Doolittle, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:05-05033 | Cesar Gaitan, an individual; Tristar Title, LLC, an Illinois limited liability company; | Ticor Title Insurance Company | |
| Duchene, David John | 0135511566 | Duchene v. Ameriquest Mortgage Co., et al. | ILN 1:06-06750 | Northwest Title & Escrow Corporation, a Minnesota corporation | Ticor Title Insurance Company | |
| Dumas, Brenda J.; Dumas II, Floyd E. | 0120485628 | Dumas, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00108 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Dussia, Lori Ann | 0137860185 | Dussia v. Ameriquest Mortgage Co., et al. | ILN 1:07-00325 | N/A | | |
| Eggert, John | 0069203305 | Eggert v. Ameriquest Mortgage Co., et al. | ILN 1:07-01631 | N/A | | |
| Eson, Bryan L.; Eson, Karen | 0058275090 | Eson, et al. v. Argent Mortgage Co., LLC, et al. | ILN 1:06-02829 | Citywide Title Corporation, an Illinois Corporation | First American Title Insurance Company | A American Financial Group, Inc. |
| Filian, Carlos; Filian, Alicia Margarita | 0073138604 | Filian, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-02826 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Fleming, Byron; Fleming, Vicki | 0067486308 | Fleming, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01340 | Northwest Title and Escrow Corporation, a Minnesota corporation | Old Republic National Title Insurance Agency | |
| Fonseca, Cliff D.; Fonseca, Debora E. | 0102233269 | Fonseca, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01750 | Northwest Title and Escrow Corporation, a Minnesota corporation | The Talon Group, Division of First American Title Company | |
| Foster, Charles B. | 0054559836 | Foster v. Argent Mortgage Co., et al. | ILN 1:06-06762 | Cislo Title Company, a Michigan Corporation | First American Title Insurance Company | Universal Home Lending Inc. |
| Freeberg, Marianne; Freeberg, Oscar | 0093095602 | Freeberg, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06717 | Tek Title, LLC, an Illinois limited liability company | Lawyers Title Insurance Corporation | |
| Furgeson, Marie | 0044556546 | Furgeson v. Ameriquest Mortgage Corp., et al. | ILN 1:04-07627 | Northwest Title and Escrow Corporation, a Minnesota Corporation | American Pioneer Title Insurance Company | |
| Garcia, Nancy | 0056296155 | Garcia v. Argent Mortgage Company, LLC, et al. | ILN 1:06-01829 | Nations Title Agency of Illinois, an Illinois corporation | The Guarantee Title and Trust Company, an Ohio corporation | Illinois Mortgage Funding Corp. |

**Exhibit A - List of Edelman Firm Plaintiffs with Third-Party Defendants and/or Indemnitors**

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Gillespie, Cindy | 0128455003 | Gillespie v. Ameriquest Mortgage Co., et al. | ILN 1:06-03427 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Gray, Sr., Lamar<br>Gray, Verna Joyce | 0072308471 | Gray, et al. v. Argent Mortgage Co., et al. | ILN 1:07-00317 | Reagle Search & Signature Services, LLC | First American Title Insurance Company | The Mortgage Edge Inc. |
| Green, Viola | 0055169775 | Green al. v. Argent Mortgage Company, et al. | ILN 1:06-02045 | Midwest Land Title Company | Lawyers Title Insurance Corporation | Envision Mortgage Solutions, Inc. |
| Harris, Castella Williams | 0037122983 | Harris v. Ameriquest Mortgage Co., et al. | ILN 1:05-04025 | Law Title Insurance Company, Inc., an Illinois corporation | Fidelity National Title Insurance Company | |
| Harris, Melissa D. | 0078473709 | Harris v. Ameriquest Mortgage Company, et al. | ILN 1:06-04040 | First Choice Signing Service, LLC, a California limited liability company; Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Harris, Sandra<br>Harris, Norman | 0111248043 | Harris, et al. v. Town & Country Credit Corp., et al. | ILN 1:06-03048 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Hawkins, Nile E. | 0114642309 | Hawkins v. Ameriquest Mortgage Co., et al. | ILN 1:06-01848 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Heard, Renza<br>Heard, Glories | 0066454836 | Heard, et al. v. Argent Mortgage Co., et al. | ILN 1:07-00119 | Michigan Trust Title Agency, LLC | First American Title Insurance Company | Top Flite Financial Inc. |
| Hodor, Steven B.<br>Hodor, Valerie L. | 0069293702 | Hodor, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00318 | CloseNet, LLC, a Michigan limited liability company; Northwest Title and Escrow Corp | American Pioneer Title Insurance Company | |
| Holzmeister, Michael | 0095230520 | Holzmeister v. Ameriquest Mortgage Co., et al. | ILN 1:05-05911 | Michael Hogan, an individual; Tek Title, LLC, an Illinois limited liability company | Lawyer's Title Insurance Corporation | |
| Horne, Mary Ann<br>Parker, Ann M. | 0121966626 | Horne, et al. v. Ameriquest Mortgage Co., Chase Home Finance LLC | ILN 1:06-04715 | Northwest Title and Escrow Corporation, a Minnesota corporation; William J. Petz, an individual | Ticor Title Insurance Company | |
| Howze, Tregg E.<br>Howze, Wanda L. | 0071058671 | Howze, et al. v. Argent Mortgage Co., et al. | ILN 1:07-01624 | Northwest Title and Escrow Corp. | American Pioneer Title Insurance Company; Ticor Title Insurance Company of Florida | Great American Mortgage Corp. |
| Igaz, Michael<br>Igaz, Connie | 0095977864 | Igaz, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00126 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Ishmael, Babatunde<br>Ishmael, Seidat | 0080810195 | Ishmael, et al. v. Argent Mortgage Co., et al. | ILN 1:06-06872 | Citywide Title Corporation | First American Title Insurance Company | Chicago Mortgage Acceptance |
| Jeffress, Scott<br>Jeffress, Pamela | 0123705501 | Jeffress, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-03423 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Jiles, Velma Jean | 0060542834 | Jiles v. Argent Mortgage Company, LLC., et al. | ILN 1:06-02771 | Stewart Title Company of Illinois | Stewart Title Guaranty Company | Integrity 1st Mortgage |
| Jimenez, Nelson<br>Jimenez, Melinda | 0041552258 | Jimenez, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:05-01009 | Nations Title Agency of Illinois, Inc., an Illinois corporation | United General Title Insurance Company | |
| Jude, Jr., Bobby<br>Jude, Kellie T. | 0100101245 | Jude v. Town & Country Credit Corp., et al. | ILN 1:06-01691 | Northwest Title and Escrow Corporation, a Minnesota corporation | Ticor Title Insurance Company | |

**Exhibit A - List of Edelman Firm Plaintiffs with Third-Party Defendants and/or Indemnitors**

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Kanter, Alan<br>Kanter, Jane | 0111659884 | Kanter, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01629 | Northwest Title and Escrow Corporation, a Minnesota corporation | The Talon Group, Division of First American Title Company | |
| Key, Earl E. | 0035972652 | Key v. Ameriquest Mortgage Co., et al. | ILN 1:05-01077 | Nations Title Agency of Illinois, Inc., an Illinois corporation | Lawyer Title Insurance | |
| King, Christopher<br>King, Christina | 0088302120 | King, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00117 | Nations Title Agency of Michigan, Inc., a Michigan corporation | Old Republic National Title Insurance Company | |
| Kosla, Christine<br>Kosla, Joseph | 0071655781 | Kosla, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01630 | CloseNet, LLC, a Michigan limited liability company; Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Krise, George D.<br>Haynes, Dana S. | 0074193848 | Krise, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-05700 | CloseNet, LLC, a Michigan limited liability company; Northwest Title and Escrow Corporation | American Pioneer Title Insurance Company | |
| Kukla, Mike A. | 0075414789 | Kukla v. Ameriquest Mortgage Co., et al. | ILN 1:06-04720 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Landgren, David E. | 0053583357 | Landgren v. Argent Mortgage Co., et al. | ILN 1:06-06766 | Escrows, Inc. a/k/a Michigan Title Company | Transnation Title Insurance Company | Great Lakes Mortgage Co., LLC |
| Lehr, Mark<br>Lehr, Patricia | 0123800567 | Lehr, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04721 | Northwest Title and Escrow Corporation, a Minnesota corporation | The Talon Group, Division of First American Title Company | |
| Lewis, Patrick E.<br>Lewis, Violata S. | 0129516969 | Lewis, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00120 | Nations Title Agency of Michigan, Inc., a Michigan corporation | Old Republic National Title Insurance Company | |
| Luedtke, Roger R.<br>Luedtke, Christine J. | 0089427223 | Luedtke, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:05-04644 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Magliano, Mike J.<br>Magliano, Judith | 0108082066 | Magliano, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-01945 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Manier, Marlon<br>Manier, Tanya S. | 0075090514 | Manier, et al. v. Argent Mortgage Co., et al. | ILN 1:07-02773 | Michigan Land Title Agency, Inc.Company | First American Title Insurance Company | Prime Plus Mortgage |
| Martin, Johnny A. | 0051521664 | Martin v. Argent Mortgage Company, LLC, et al. | ILN 1:06-01947 | Residential Title Services, Inc. | Commonwealth Land Title Insurance Company | Citywide Mortgage Pros Inc. |
| Martin, Norman<br>Martin, Christine | 0125579425 | Martin, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00324 | Northwest Title and Escrow Corporation, a Minnesota corporation | First American Title Insurance Company | |
| McGowan, Sandra R. | 0048603070 | McGowan v. Ameriquest Mortgage Co., et al. | ILN 1:06-01831 | Nations Title Agency of Illinois, Inc., an Illinois corporation | Lawyers Title Insurance Corporation; United General Title Insurance Company | |
| Mikowski, Joseph A. (deceased)<br>Mikowski, Patricia J. | 0110926862 | Mikowski, et al., v. Ameriquest Mortgage Co., et al. | ILN 1:06-01737 | Indiana Title Network Company, an Indiana corporation | Fidelity National Title Insurance Company | |
| Mills, Delois | 0037658861 | Mills v. Ameriquest Mortgage Co., et al. | ILN 1:05-03976 | Residential Title Services, Inc., an Illinois corporation | Commonwealth Land Title Insurance Company | |

**Exhibit A - List of Edelman Firm Plaintiffs with Third-Party Defendants and/or Indemnitors**

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Montgomery, Michele M. Montgomery, Mark A. | 0093481703 | Montgomery, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00326 | Associated Land Title, LLC; Devon Title; Gail A. Many, an individual | Fidelity National Title Insurance Company | |
| Nauracy, Joseph A. Nauracy, Geraldine | 0131789505 | Nauracy, et al. v. Ameriquest Mortgage Co., CitiMortgage, Inc., Does 1-5 | ILN 1:06-03424 | CT Mortgage Information Services | First American Title Insurance Company | |
| Nelson, Derek W. Almond, Christopher E. | 0136721065 | Nelson, et al. v. Ameriquest Mortgage Co. C.A., et al. | ILN 1:06-03422 | CT Mortgage Information Services | First American Title Insurance Company | |
| Onesimus, Joseph Onesimus, Myra | 0103758769 | Onesimus, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00620 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Orrison, Joel K. Orrison, Lana S. | 0058164559 | Orrison, et al. v. Argent Mortgage Co., et al. | ILN 1:07-00128 | Title Source, Inc. | First American Title Insurance Company | Genesis Mortgage Corp. |
| Parker, Randy Parker, Carolyn | 0077265684 | Parker, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-05701 | Lenders First Choice; UDX | First American Title Insurance Corporation; Ticor Title Insurance Company | |
| Patterson, Estelle | 0089538086 | Patterson v. Ameriquest Mortgage Co., et al. | ILN 1:07-00726 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Perez, Juan L. Perez, Consuelo | 0080833403 | Perez, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-05373 | National Closing Solutions; Placer Title Co. | Old Republic National Title Insurance Company | |
| Pierce, Jennifer Pierce, Michael | 0082139486 | Pierce, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01745 | Towne & Country Land Title Agency, Inc., an Ohio corporation; | | |
| Pintsak, William Pintsak, Sandra | 0040430480 | Pintsak, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:05-05035 | Specialty Title Services, Inc., an Illinois Corporation | Stewart Title Guaranty Company | |
| Polydoros, Spyros J. Polydoros, Betty J. | 0048177695 | Polydoros, et al. v. Town & Country Credit Corp., et al. | ILN 1:05-06517 | N/A | | |
| Preimesberger, Jack Preimesberger, Deborah | 0100699602 | Preimesberger, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01627 | Nations Title Agency of Michigan, Inc., a Michigan corporation | Old Republic National Title Insurance Company | |
| Prudy-Roth, Katrina D. Roth, Jerry | 0053390431 | Prudy-Roth, et al. v. Argent Mortgage Co., LLC, et al. | ILN 1:06-01738 | Patriot Title Company, Inc. | Fidelity National Title Insurance Company | American Residential Mortgage/ HWB Inc. |
| Rehbock, Charles Rehbock, Linda | 0099940140 | Rehbock v. Ameriquest Mortgage Co., et al. | ILN 1:06-01581 | Cesar Gaitan, an individual; Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Robinson, Shree Robinson, James A. | 0072915200 | Robinson, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06763 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Rocco, Joseph S. Rocco, Nancy | 0106137409 | Rocco, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-02897 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Rodriguez, Jose Rodriguez, Lynore | 0108036468 | Rodriguez, et al. v. Town & Country Credit Corp., et al. | ILN 1:06-01950 | Northwest Title and Escrow Corporation, a Minnesota corporation | Ticor Title Insurance Company | |
| Roop, Christopher R. Roop, Sarah | 0070124870 | Roop, et al. v. Argent Mortgage Co., et al. | ILN 1:07-01347 | Search 2 Close/ Search2Close of Columbus, Limited | Ticor Title Insurance Company | American Elite Financial Inc. |
| Rosemon, Everett K. Rosemon, Grundia | 0087266128 | Rosemon, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-06441 | Roy W. Waller, an individual; Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Salazar, Sergio A. Salazar, Guadalupe | 0036302156 | Salazar, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:05-04162 | Nations Title Agency of Illinois, Inc., an Illinois corporation | Lawyers Title Insurance Corporation | |

**Exhibit A - List of Edelman Firm Plaintiffs with Third-Party Defendants and/or Indemnitors**

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Salinas, Jose E.<br>Salinas, Juanita<br>Salinas, Ruth | 0073754558 | Salinas, et al. v. Argent Mortgage Co., et al. | ILN 1:07-00254 | Law Title Insurance Agency, Inc. - Naperville | Stewart Title Guaranty Company | Freedom Mortgage Team, Inc. |
| Scott, Kenneth J.<br>Scott, Mary L. | 0055344253 | Scott, et al. v. Argent Mortgage Co., et al. | ILN 1:07-00252 | Landsel Title Agency, Inc. | Stewart Title Guaranty Company | Union Mortgage Services of Cleveland |
| Shepard, Terrance L.<br>Shepard, Barbara | 0080223985 | Shepard, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00320 | Nations Title Agency of Michigan, Inc., a Michigan corporation | Old Republic National Title Insurance Company | |
| Skanes, Barbara J. | 0073752909 | Skanes v. Ameriquest Mortgage Co., et al. | ILN 1:06-06765 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Smith, Edward<br>Smith, Gail | 0090978966 | Smith, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-02828 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Smith, Eric<br>Yanong, Guillermina | 0034678318 | Smith, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:05-00648 | Nations Title Agency of Illinois, Inc., an Illinois corporation | Lawyers Title Insurance Corporation | |
| Smith, Randall G.<br>Smith, Cindy J. | 0123161606 | Smith, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04719 | CT Mortgage Information Services | First American Title Insurance Company | |
| Sturgis, Don | 0065682601 | Sturgis v. Ameriquest Mortgage Co., et al. | ILN 1:07-00322 | Mike Smith, an individual; Nations Title Agency of Michigan, Inc., a Michigan corporation | Old Republic National Title Insurance Company; The Guarantee Title & Trust Company | |
| Sutton, Daniel<br>Sutton, Jeanie | 0083808840 | Sutton, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04714 | Northwest Title and Escrow Corporation, a Minnesota Corporation; Joshua Hitibidal, an individual | Ticor Title Insurance Company | |
| Talley, Terry<br>Talley, Cheryl | 0057161507 | Talley, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:05-01080 | A Title Escrow Company, Inc., an Illinois corporation | Stewart Title Guaranty Company | |
| Thompson, Ira C. | 0119859346 | Thompson v. Ameriquest Mortgage Co., et al. | ILN 1:07-00323 | Northwest Title and Escrow Corporation, a Minnesota corporation | The Talon Group, Division of First American Title Company | |
| Thompson, Kenneth<br>Thompson, Linda | 0114692502 | Thompson v. Ameriquest Mortgage Co., et al. | ILN 1:06-01546 | Tia M. Martin, an individual; Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Titus-Ashford, Jacqueline | 0088499686 | Titus-Ashford v. Ameriquest Mortgage Co., et al. | ILN 1:06-07062 | Tristar Title, LLC, an Illinois limited liability company | Ticor Title Insurance Company | |
| Treadwell, Gilbert<br>Treadwell, Genelle | 0039506936 | Treadwell, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:05-01078 | Nations Title Agency of Illinois, Inc., an Illinois Corporation | Fidelity National Title Insurance Company; Lawyers Title Insurance Corporation | |
| Vincer, Daniel L. | 0130589427 | Vincer v. Ameriquest Mortgage Co., et al. | ILN 1:06-06749 | Northwest Title and Escrow Corporation, a Minnesota corporation | Ticor Title Insurance Company of Florida | |
| Walczak-Daege, Tara<br>Daege, Jonathan | 0103541462 | Walczak-Daege, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01746 | CT Mortgage Information Services | First American Title Insurance Company | |
| Walsh, Keith R.<br>Walsh, Yvonne C. | 0089620124 | Walsh, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:06-04723 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company; The Talon Group | |
| Washington, Everett<br>Jones, Monica A. | 0101022929 | Washington, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00327 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Washington, Rochelle<br>Washington, Sidney | 0043996610 | Washington, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:05-01007 | N/A | | |

**Exhibit A - List of Edelman Firm Plaintiffs with Third-Party Defendants and/or Indemnitors**

| Plaintiffs | Loan No. | Abbreviated Case Name | Illinois Case No. | 3rd Party Title Defendant and/or Indemnitor | 3rd Party Underwriter Defendant and/or Indemnitor | 3rd Party Mortgage Broker Defendant and/or Indemnitor |
|---|---|---|---|---|---|---|
| Wayland, Clarence | 0071265540 | Wayland v. Ameriquest Mortgage Co., et al. | ILN 1:07-00319 | Northwest Title and Escrow Corporation, a Minnesota corporation | American Pioneer Title Insurance Company | |
| Wayne, Robert<br>Wayne, Twila | 0087201323 | Wayne, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00274 | Towne and Country Land Title Agency, Inc., an Ohio corporation, Inc | Fidelity National Title Insurance Company | |
| Wertepny, Brett<br>Wertepny, Yvonne (deceased) | 0047675335 | Wertepny, et al. v. Ameriquest Mortgage Company, et al. | ILN 1:05-01402 | Mortgage Information Services, Inc., an Ohio corporation | First American Title Insurance Company | |
| Wildermuth, Victoria A.<br>Wildermuth, Thomas J. | 0075658724 | Wildermuth, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00408 | N/A | | |
| Williams, Yvette<br>Williams, Jesstin | 0127314060 | Williams, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-00127 | Northwest Title and Escrow Corporation, a Minnesota corporation | First American Title Insurance Company | |
| Wilson, Sr., Kurt H.<br>Wilson, Teresa R. | 0061504098 | Wilson, et al. v. Argent Mortgage Co., et al. | ILN 1:07-01747 | Battersby Title, Inc. | Transnation Title Insurance Company | Americare Mortgage Corporation |
| Winters, Joe | 0121331342 | Winters v. Ameriquest Mortgage Co., et al. | ILN 1:07-01341 | Nations Title Agency of Missouri, Inc., a Missouri corporation; | United General Title Insurance Company | |
| Wisniewski, Joseph A.<br>Wisniewski, Tasha | 0082579582 | Wisniewski, et al. v. Town & Country Credit Corp., et al. | ILN 1:06-02697 | Nations Title Agency of Illinois, Inc., an Illinois corporation; | Lawyers Title Insurance Corporation | |
| Wright, Evelyn<br>Battle, Mary T. | 0099058448 | Wright, et al. v. Ameriquest Mortgage Co., et al. | ILN 1:07-01027 | Devon Title | Fidelity National Title Insurance Company | |
| Wright, Kim | 0085868602 | Wright v. Ameriquest Mortgage Co., et al. | ILN 1:07-00586 | Cresent Title Agency, LLC | Old Republic National Title Insurance Company | |