| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| 7243592 | AARON STROWBRIDGE | ANDREA STROWBRIDGE | Beasley Allen |
| 7245237 | ALFRED JOHNSON | BERNICE JOHNSON | Beasley Allen- signed by attorney |
| 3242094 | ALFREDO JAIME | ANA JAIME | The Law Offices of Daniel Harris |
| 1901962 | ALLEN COWART | KAY COWART | Earl P Underwood Jr. |
| 7180866 | ALVIN MOORE | | Kenneth J Riemer |
| 5418800 | AMELIA JONES | | Beasley Allen |
| 7234248 | ANANAIS COLISTER | ETHEL COLISTER | The Law Offices of Daniel Harris |
| 3765647 | ANDRE CORMIER | | |
| 7189401 | ANGELA SANDERSON | | Earl P Underwood Jr. |
| 1373837 | ANNIE ROBINSON | | Beasley Allen |
| 2153445 | ANNIE RUSSELL | | Beasley Allen |
| 2291918 | ANNIE WILLIAMS | JESSE WILLIAMS | Beasley Allen |
| 6938482 | ANTHONY BROWN | | |
| 6823252 | ANTHONY ROBINSON | | |
| 7182242 | AQUANITA ORR | LESLIE THOMAS | Kenneth J Riemer |
| 1390667 | ARMIN HEGENHEISER | RITA HEGENHEISER | Beasley Allen |
| 1248883 | ARTHUR APPLING | SUSAN APPLING | |
| 1742237 | ARTHUR DERCKSEN | NELL DERCKSEN | |
| 2280233 | ARTHUR FLEMING | | Beasley Allen |
| 6955298 | ARTHUR MCDONALD | | |
| 7174896 | ARTHUR WALKER | | Earl P Underwood Jr. |
| 7234231 | ASENCIO SALAZAR | ALICIA SALAZAR | The Law Offices of Daniel Harris |
| 1608359 | ASHLEY WALKER | JOEL WALKER | Charles A Shadid |
| 7242977 | AVERY GRIFFIN | | Beasley Allen |
| 1562675 | AZRA ZAHIROVIC | OSMAN ZAHIROVIC | The Law Offices of Daniel Harris |
| 7242595 | BARBARA ANDERSON-SHELTON | | Beasley Allen |
| 16162 | BARBARA ANDREWS | | |
| 7176289 | BENJAMIN JOHNSON | | Earl P Underwood Jr. |
| 2209913 | BENJAMIN LEWIS | MAIA LEWIS | Earl P Underwood Jr. |
| 7245169 | BETTY HARRIS | | Beasley Allen- signed by attorney |
| 7242618 | BEVERLY BALLARD | ISAAC BALLARD | Beasley Allen |
| 7174506 | BILLY JOE BROWN JR | MELODIE BROWN | Earl P Underwood Jr. |
| 742092 | BOBBY JAGOE | | The Law Offices of Daniel Harris |
| 7243509 | BOBBY OLIVER | JEWEL OLIVER | Beasley Allen |
| 7243240 | BONITA LOVE | CHARLIE LOVE JR | Beasley Allen |
| 3959718 | BRAD LEWIS | REBECCA LEWIS | |
| 7242687 | BRENDA BRYANT | | Beasley Allen |
| 6862497 | BRENDA MORAGNE-DIFFAY | | |
| 7234323 | BRONWEN ELLIOT-LABIN | | The Law Offices of Daniel Harris |
| 7241482 | BRUCE BUCK | SHANNON BUCK | |
| 1955989 | BRUCE LEVINE | DANIEL MCCORKLE | The Law Offices of Daniel Harris |
| 252522 | BRYAN YOUNG | JILL YOUNG | |
| 7243202 | BURN KENDRICKS | DIANE KENDRICKS | Beasley Allen |
| 2055657 | BURNIE SPRINGER | | Beasley Allen |
| 2234182 | CAREY LEE | DENISE LEE | The Law Offices of Daniel Harris |
| 1738889 | CARLTON WILSON | | Beasley Allen |
| 419833 | CAROLYN HAGAN | | E Allen Walker |
| 1768237 | CAROLYN RODGERS | | Earl P Underwood Jr. |
| 7189456 | CARRIE ROBINSON | | D Turner Matthews |
| 3191095 | CATHERYN DUMAS | | |
| 1091502 | CATHLEEN KESSLER | | The Law Offices of Daniel Harris |
| 2242903 | CAUSBY HOLT | | Beasley Allen |
| 1769449 | CECELIA REED | WILLIAM REED | Earl P Underwood Jr. |
| 7242502 | CECIL ABERNATHY | | Beasley Allen |
| 1057997 | CELIA DUPREE | NELSON DUPREE | Beasley Allen- signed by attorney |
| 592994 | CHANTEL THIBODEAU | JEFFREY THIBODEAU | The Law Offices of Daniel Harris |
| 1772999 | CHARLES ARTIS | MARTHA ARTIS | Earl P Underwood Jr. |
| 7242885 | CHERYL EASON | | Beasley Allen |
| 2175348 | CHONITA DARBY | | Earl P Underwood Jr. |
| 3557198 | CHRISTINA NALLS | | |
| 7187254 | CHRISTINE FINKLEA | | Earl P Underwood Jr. |
| 7174964 | CHRISTINE MEANS | | Earl P Underwood Jr. |
| 7180514 | CHRISTINE SPARKS | | Earl P Underwood Jr. |
| 7176265 | CHRISTOPHER F WILSON | SHANNON M WILSON | Earl P Underwood Jr. |
| 2121147 | CHRISTOPHER NEUBECK | PEGGY NEUBECK | The Law Offices of Daniel Harris |
| 469883 | CINDY DERDA | PAUL DERDA | Johnson & Johnson |
| 1643749 | CLARENCE HOLLAND | | The Law Offices of Daniel Harris |
| 7243615 | CLARENCE SWAIN | ROSEMARY SWAIN | Beasley Allen |
| 7241598 | CLARICE MALLORY | | Earl P Underwood Jr. |
| 2405063 | CLAUDE WILLIAMS | GLENNIE WILLIAMS | Earl P Underwood Jr. |
| 7202667 | CLEMON MCGILL | LOUISE MCGILL | Earl P Underwood Jr. |
| 7202674 | CLEOPHAS GRIMES | | Earl P Underwood Jr. |
| 1344042 | CLIFF D FONSECA | DEBORA E FONSECA | Edelman, Combs, Latturner & Goodwin |
| 1704105 | CLINT DORN | CHRISTI DORN | The Law Offices of Daniel Harris |
| 828512 | CLYDE MADDEN | | Earl P Underwood Jr. |
| 7174940 | CONNELL LIKELY | CYNTHIA LIKELY | Earl P Underwood Jr. |
| 7242922 | CONNIE FREEMAN | | Beasley Allen |
| 1762440 | CORY ONEAL | YULANDA ONEAL | Beasley Allen |
| 7187223 | CURTIS RACKLEY | | Earl P Underwood Jr. |
| 7242755 | CYNTHIA CASTEEL | | Beasley Allen |
| 7243547 | CYNTHIA PHILLIPS | | Beasley Allen |
| 500319 | DAN CASHEN | DONNA CASHEN | The Law Offices of Daniel Harris |

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| 1406757 | DANIEL LING | | Dallas Barrington |
| 7245091 | DANIEL WHITAKER | CHRISTINE WHITAKER | Beasley Allen |
| 6227319 | DANIELLA JEAN-PIERRE | | |
| 7180613 | DANNY P MALLORY | PAMELA D MALLORY | Earl P Underwood Jr. |
| 7241888 | DARLENE BROWN | JOHN WOODARD | Earl P Underwood Jr. |
| 2497099 | DARMO RUBIJONO | PAULA RUBIJONO | |
| 1435863 | DAVID ALBRITTON | | Earl P Underwood Jr. |
| 7242861 | DAVID DAVIS | CONNIE DAVIS | Beasley Allen |
| 1929485 | DAYONE EASLEY | | Beasley Allen- signed by attorney |
| 2083773 | DEBRA PHIFER | LONNIE PHIFER | Beasley Allen |
| 7234606 | DENNIS ONEIL | RITA ONEIL | The Law Offices of Daniel Harris |
| 7182303 | DERECK KING | | Kenneth J Riemer |
| 7174421 | DERREL POWELL | LYNDA POWELL | Earl P Underwood Jr. |
| 380539 | DIANA HINKLEY | | |
| 3031681 | DIANNE BRIMMAGE | | |
| 931151 | DINAH LAMBERT | BERNARD LAMBERT | Earl P Underwood Jr. |
| 1506341 | DONALD COOPER | PATRICIA COOPER | The Law Offices of Daniel Harris |
| 6626952 | DONALD CRITTENDEN | AQUEA CRITTENDEN | |
| 1256178 | DONALD GREEN | SHARON GREEN | The Law Offices of Daniel Harris |
| 1419474 | DONALD MARTINDELL | | The Law Offices of Daniel Harris |
| 1986976 | DONNA GUNN | | Beasley Allen |
| 1359350 | DORETHA BRADLEY | | Earl P Underwood Jr. |
| 2010816 | DORIS GRAESSLE | | |
| 2903170 | DORLE MCQUEEN | | Law offices of Naber, Joyner & Jaffe |
| 2210483 | DOROTHY HOLLOWAY | | Beasley Allen |
| 664660 | DOROTHY ROBERSON | ODELL ROBERSON | Earl P Underwood Jr. |
| 7241819 | DUAINE LISCOMB | SUE LISCOMB | Earl P Underwood Jr. |
| 7243066 | DWIGHT HEWATT | BRENDA HEWATT | Beasley Allen |
| 7243554 | EARL PITTS | | Beasley Allen |
| 7176241 | EDDIE GERMAN | | Earl P Underwood Jr. |
| 7242526 | EDWARD ABRAMS | BARBARA ABRAMS | Beasley Allen |
| 4130253 | EDWARD NUNDA | | |
| 2012650 | EFIGENIO ARRIETA | | Beasley Allen |
| 7175961 | ELEANOR SCHIANO | RALPH SCHIANO | |
| 7214547 | ELGIN SWANIGAN | DENISE SWANIGAN | |
| 4528920 | ELIZABETH GONZALEZ | | |
| 2200613 | ELIZABETH HILL | | The Law Offices of Daniel Harris |
| 7187322 | ELLAWEEN BYRD | | Earl P Underwood Jr. |
| 2287188 | ELMER GARCIA | DIANTHA GARCIA | |
| 7182778 | EMANUAL BROWN | VIRGINIA BROWN | Kenneth J Riemer |
| 5980819 | EMMA RICHARDSON | | |
| 458825 | ERIN BLUME | RICHARD BLUME | Robert F Corliss |
| 5246694 | ERNEST KOONCE | | |
| 1817584 | ERWIN GRAYSON | LILLIAN GRAYSON | Earl P Underwood Jr. |
| 7242878 | ESMER DAVIS | JOSEPHINE DAVIS | Beasley Allen |
| 7242731 | ESTELLA BYRD | | Beasley Allen |
| 7242700 | FAY BUTLER | | Beasley Allen |
| 1311709 | FAY JACKSON | HENRY JACKSON | Earl P Underwood Jr. |
| 1567687 | FLORASTINE HOWARD | WILLIE HOWARD | Earl P Underwood Jr. |
| 1856835 | FRANKLIN WATKINS | | Beasley Allen |
| 7242717 | FREDDIE BUTLER JR | | Beasley Allen |
| 474788 | FREDERICK DOPP | GLORIA DOPP | |
| 7187292 | FREDERICK JOSEPH HUNTER | | Earl P Underwood Jr. |
| 1773187 | GARRICK PHILLIPS | | Beasley Allen |
| 2006864 | GARY HANNAH | | Jacksonville Area Legal Aid |
| 5003747 | GARY RATHKEY | | |
| 1735499 | GAYLE PERRY | RONALD PERRY | Beasley Allen |
| 2068787 | GENE MCDONALD | | The Law Offices of Daniel Harris |
| 6678470 | GEOFFREY WILNER | | |
| 7242472 | GEORGE ABBO | EMMA ABBO | Beasley Allen |
| 7182938 | GEORGE GRAY | BOBBIE GRAY | Earl P Underwood Jr. |
| 341271 | GEORGE MURPHY | | |
| 1690866 | GEORGE SCOTT | CYNTHIA SCOTT | The Law Offices of Daniel Harris |
| 2312439 | GEORGE TROTTER | | Beasley Allen |
| 6942809 | GERALD CORLIS | | |
| 2868448 | GERALDINE BESS | | Elliottt S Barrat |
| 7182945 | GLADYS FULLER | | Earl P Underwood Jr. |
| 829823 | GLENN LEACH | | The Law Offices of Daniel Harris |
| 754181 | GLENN PEVARSKI | NANETTA PEVARSKI | Bordas & Bordas PLLC |
| 7241697 | GLORIA TERRELL | | Earl P Underwood Jr. |
| 1924886 | GREGORY DAY | | Beasley Allen |
| 756686 | GREGORY PRICE | KAREN PRICE | Jack E Houghton Jr |
| 7234330 | GWEN FAUST | EILEEN RUSSELL | The Law Offices of Daniel Harris |
| 7242984 | GWENDOLYN HALE | | Beasley Allen |
| 7180521 | GWENDOLYN JOYCE WILCOX | | Earl P Underwood Jr. |
| 6760731 | HAROLD ALNESS | CHRISTY ALNESS | |
| 7187315 | HAROLD L HOWARD | | Earl P Underwood Jr. |
| 2270777 | HAROLD WELLS | | The Law Offices of Daniel Harris |
| 7242625 | HARRY BODIN | | Beasley Allen |
| 1389630 | HARVEY CLARK | | The Law Offices of Daniel Harris |
| 1945799 | HATTIE JONES | | Kenneth J Riemer |
| 6066475 | HAZEL STREET | | The Law Offices of Daniel Harris |

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| 557795 | HENRY BLANCK | JOANNE BLANCK | |
| 313698 | HENRY COYER | | Mark Dubay |
| 7242823 | HOLLAND COX III | | Beasley Allen |
| 7234460 | HOPE GELMAN | CARL GELMAN | The Law Offices of Daniel Harris |
| 7176258 | HUGH TIPTON | MARY TIPTON | Earl P Underwood Jr. |
| 7242892 | IDA EPPS | | Beasley Allen |
| 7174957 | IRMA HENDERSON | | Earl P Underwood Jr. |
| 7242847 | JAMES CRAW | LORONDA CRAW | Beasley Allen |
| 4077602 | JAMES KEMP | VONDA KEMP | |
| 7234415 | JAMES KRAUSE | GENISE KRAUSE | The Law Offices of Daniel Harris |
| 1166026 | JAMES MCNAMARA | | Norelius & Nelson |
| 7245077 | JAMEY WATKINS | KIMBERLY WATKINS | Beasley Allen |
| 7243189 | JAMIE JONES | | Beasley Allen |
| 6554231 | JAN ROE | | |
| 1591712 | JANET SOLNIN | | The Law Offices of Daniel Harris |
| 2175430 | JANICE LONG | | Beasley Allen |
| 2027692 | JEAN MARIE TILFORD | ANTHONY TILFORD | The Law Offices of Daniel Harris |
| 7245121 | JEFFERY ALEXANDER | ETHEL ALEXANDER | Beasley Allen- signed by attorney |
| 6170462 | JEFFREY HARRIS | | |
| 7243233 | JENNIFER LOVE | | Beasley Allen |
| 1258745 | JEREMY HARRISON | | The Law Offices of Daniel Harris |
| 1406733 | JEROME GIVHAN | JOANNE GIVHAN | Beasley Allen |
| 7199134 | JEROME MITCHELL | JANICE MITCHELL | Earl P Underwood Jr. |
| 7243585 | JEROME STOVALL | | Beasley Allen |
| 5718146 | JERRILYN BILAL | | |
| 7243394 | JERRY MCCRUM | JEANNIE MCCRUM | Beasley Allen |
| 7180606 | JESSE DUNGAN | ADRA DUNGAN | Earl P Underwood Jr. |
| 2333144 | JESSIE FLOYD | MARY FLOYD | Beasley Allen |
| 881890 | JESUS DIAZ | | Quat Law Offices |
| 7245251 | JEWEL ROPER | | David Anthony Wiggins |
| 1987522 | JOAN JAWORSKI | | |
| 7243493 | JOAN NEAL | EMERALD MCCARTHY-ERVIN | Beasley Allen |
| 4572213 | JO-ANN ICAO | | |
| 7241529 | JOANNE BAKER | | Chris Jackson |
| 4713050 | JOAQUIN BONILLA | | |
| 7240218 | JODIE ROBINSON | | Earl P Underwood Jr. |
| 7174933 | JOE RILEY | | Earl P Underwood Jr. |
| 2166650 | JOHANNA GUYTON | | The Law Offices of Daniel Harris |
| 7000478 | JOHN AMERSON | | |
| 7245145 | JOHN BISHOP | TAMMY BISHOP | Beasley Allen- signed by attorney |
| 756785 | JOHN DOUGHERTY | GERALDINE POMILIO | The Law Offices of Daniel Harris |
| 7245176 | JOHN HAWKER | | Beasley Allen- signed by attorney |
| 2325897 | JOHN KRUGER | | The Law Offices of Daniel Harris |
| 7243516 | JOHN PARKER | WENDY PARKER | Beasley Allen |
| 223584 | JOHN PUGA | CONSTANCE PUGA | The Law Offices of Daniel Harris |
| 2521046 | JOHN STRAWN | | Steven A Royston |
| 437356 | JOHN STRICKLAND | TANYA STRICKLAND | Financial Protection Law Center |
| 6952242 | JOHNENE PROBERT | GARY PROBERT | |
| 7167690 | JOHNNIE MOSELEY | WANDA MOSELEY | Earl P Underwood Jr. |
| 1987065 | JOHNNY PITTS | | Beasley Allen |
| 5835041 | JONATHAN KELLY | | |
| 4871316 | JOSE GONZALES | | |
| 1958126 | JOSE MEJIA | ROSA MEJIA | The Law Offices of Daniel Harris |
| 7242557 | JOSEPH ABRUSCATO | | Beasley Allen |
| 1705331 | JOSEPH BUSH | DOROTHY MULLER | The Law Offices of Daniel Harris |
| 6678456 | JOSEPH FARSETTA | | |
| 6245801 | JOSEPH PICK | KIMBERLY PICK | |
| 7234644 | JOYCE GRIGGS | | The Law Offices of Daniel Harris |
| 7189395 | JOYCE H WILLIAMS | | Earl P Underwood Jr. |
| 1420807 | JOYCE LUCAS | | Beasley Allen |
| 1653137 | JUAN BAEZ | CRUZ RIVERA | The Law Offices of Daniel Harris |
| 1922790 | JUANITA DOLLAR | | Beasley Allen |
| 1255492 | JUDY HORN | | Beasley Allen |
| 2332352 | JUDY REUSSER | | Earl P Underwood Jr. |
| 1669688 | JUDY SHIELDS | | The Law Offices of Daniel Harris |
| 1779851 | JULIE WISE | JEFFREY WISE | Beasley Allen- signed by attorney |
| 7241543 | JUSTIN HIGGINS | HEATHER HIGGINS | Earl P Underwood Jr. |
| 7187186 | KANDEE RUDOLPH COOLEY | | Earl P Underwood Jr. |
| 658539 | KAREN GERBIG | MARY HUSTON | The Law Offices of Daniel Harris |
| 7243424 | KAREN MOBLEY | | Beasley Allen |
| 2199511 | KEITH TAYLOR | HELEN TAYLOR | Earl P Underwood Jr. |
| 7242571 | KELLIE ALLGOOD | | Beasley Allen |
| 586436 | KELLY MEEK | RICHARD MEEK | Dennis P Strong |
| 285346 | KELLY SEDGWICK | JO LYNN SEDGWICK | The Law Offices of Daniel Harris |
| 7245152 | KENNETH COMEAUX | TINA COMEAUX | Beasley Allen- signed by attorney |
| 3289518 | KENNETH LILLY | | |
| 1681932 | KEVIN GENRY | DEBBIE GENRY | Beasley Allen |
| 269568 | KEVIN WESSEL | SHERRY WESSEL | The Law Offices of Daniel Harris |
| 1574173 | KEVIN WHITE | JULIE WHITE | Fred Schmerberg |
| 2061962 | KIMBERLY KIRK | SAMUEL KIRK | The Law Offices of Daniel Harris |
| 7242649 | LAFRANCO BRIDGES | | Beasley Allen |
| 2257815 | LARAMIE TYSON | CYNTHIA TYSON | Earl P Underwood Jr. |

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| 7243141 | LARRY JENNINGS | EMMA JENNINGS | Beasley Allen |
| 1673111 | LARRY STEARLEY | NANCY STEARELY | Earl P Underwood Jr. |
| 931175 | LARRY TOWNSEND | MILDRED TOWNSEND | Beasley Allen |
| 6604622 | LAURA CORRAL | | |
| 1772272 | LAURIE BASS | | |
| 1954548 | LAYTON OVERSTREET | | Earl P Underwood Jr. |
| 1704181 | LEONARD HUNTING | CAMMI HUNTING | |
| 278959 | LEONARD RICHARDSON | | Robert C Maland |
| 1357684 | LESLIE LAWRENCE | NORMA HAMILTON | |
| 1393880 | LILLIE JOHNSON | | Earl P Underwood Jr. |
| 4975595 | LINDA CREECH | | |
| 1043181 | LINDA LAPPIN | WILLIAM LAPPIN | The Law Offices of Daniel Harris |
| 7234354 | LINDA MOSS | | The Law Offices of Daniel Harris |
| 7174315 | LINDA PETTWAY | | Earl P Underwood Jr. |
| 7176272 | LINDA ROBINSON | | Earl P Underwood Jr. |
| 5916290 | LINDA WILLIAMS | IONA PHILLIPS | |
| 7245275 | LINDSAY SMITHERMAN | ROSS SMITHERMAN | Earl P Underwood Jr. |
| 7174025 | LISA CRUSE THOMAS | | Earl P Underwood Jr. |
| 7243523 | LISA PARKER | | Beasley Allen |
| 1645446 | LOIS ESTABROOK | WILLIAM ESTABROOK | Earl P Underwood Jr. |
| 299886 | LORENZO WILSON | JACQUELYN WILSON | |
| 1294989 | LORETTA WYCHE | EDGAR WYCHE | |
| 1165593 | LORI OMALLEY | | The Law Offices of Daniel Harris |
| 7240232 | LOUIE BROWN | | Earl P Underwood Jr. |
| 2415475 | LUCRETIA WYATT | MICHAEL WYATT | Beasley Allen |
| 1774771 | LUISA BOLO | JORGE BOLO | The Law Offices of Daniel Harris |
| 1743159 | LUTHER MARBURY | | Beasley Allen |
| 513784 | MADELINE CORDOVA | | G Michael Schuyler PC |
| 1306316 | MARCIA NOWIK | | The Law Offices of Daniel Harris |
| 705097 | MARGARET CRADDOCK | | |
| 3007426 | MARGOT DILLON | | |
| 7240034 | MARIA HENDERSON | | Law Offices Edelman, Combs, Latturner & Goodwin LLC |
| 1977516 | MARIA LARA | WENCES GARCIA | The Law Offices of Daniel Harris |
| 7243486 | MARIA MOSES | GARY MOSES | Beasley Allen |
| 1097481 | MARK TERRELL | | |
| 1211733 | MARSELL GLOVER | BARBARA GLOVER | Bell & Boyd |
| 948753 | MARTY PITTMAN | JANET PITTMAN | Earl P Underwood Jr. |
| 7245084 | MARVIN WEBB | PRISCILLA WEBB | Beasley Allen |
| 1734294 | MARY BERDECIA | ZELIA ANGELE | |
| 7242779 | MARY CHEEVERS | | Beasley Allen |
| 2251967 | MARY HALL | | The Law Offices of Daniel Harris |
| 1824612 | MARY HOLYFIELD | JESSIE HOLYFIELD | Earl P Underwood Jr. |
| 1803839 | MARY KANTOR | JOHN KANTOR | Earl P Underwood Jr. |
| 5469758 | MARY LUCAS | | Chris Jackson |
| 7180583 | MARY TILLMAN | JAMIE TILLMAN | Earl P Underwood Jr. |
| 2407333 | MATTIE PACE | | Beasley Allen |
| 4256090 | MEHDI BOORBOOR | | |
| 7245282 | MELVIN ABRAMS | ALICE ABRAMS | Earl P Underwood Jr. |
| 7180590 | MELVIN MCCOMBS | BARBARA MCCOMBS | Earl P Underwood Jr. |
| 7245107 | MEREDITH WHITE | | Beasley Allen |
| 7234255 | MICHAEL COX | SUSAN LAWRENCE | The Law Offices of Daniel Harris |
| 1119473 | MICHAEL EVANS | ROBIN EVANS | |
| 2323152 | MICHAEL GRUHLKE | LORIE GRUHLKE | The Law Offices of Daniel Harris |
| 7240225 | MICHAEL HILL | TARA HILL | Earl P Underwood Jr. |
| 1900538 | MICHAEL JONES | DEBBIE JONES | Beasley Allen |
| 7192135 | MICHAEL W KINARD | CHERYL L KINARD | Earl P Underwood Jr. |
| 1762648 | MICHEAL OKEEFE | SUSAN OKEEFE | The Law Offices of Daniel Harris |
| 7192128 | MICHELLE DUNGAN | JOHNATHAN DUNGAN | Earl P Underwood Jr. |
| 7234286 | MICHELLE GALLANT | TRAYVASS GALLANT | The Law Offices of Daniel Harris |
| 7243417 | MICHELLE MCNAMARA | | Beasley Allen |
| 2353586 | MICHELLE PRATER | ROBERT PRATER | Beasley Allen |
| 1469769 | MIRIAM HASKINS | | The Law Offices of Daniel Harris |
| 1857887 | MONDRIA MARSHALL | THOMAS MARSHALL | Earl P Underwood Jr. |
| 7234408 | MONTREA KITE | JOSEPH KITE | The Law Offices of Daniel Harris |
| 1458510 | MONYA SKIDMORE | | |
| 724685 | MORRIS GILLIAM | FREDERICA WALLACE | Beasley Allen- signed by attorney |
| 7242793 | NANCY CONNELL | | Beasley Allen |
| 7234613 | NANCY FULLER | KURT FULLER | The Law Offices of Daniel Harris |
| 7242601 | NARDA BAKER | | Beasley Allen |
| 7233852 | NATALIE CLEMONS | | The Law Offices of Daniel Harris |
| 954792 | NINA OLSEN | | |
| 7287374 | NORMAN DOBBINS | | UAW Legal Services Plan |
| 1666427 | ORA PATTERSON | | Beasley Allen |
| 7335082 | PAM BARLETTA | | The Law Offices of Daniel Harris |
| 3670118 | PAM KUBIA | STEVEN NELSON | The Law Offices of Daniel Harris |
| 1687606 | PAMELA BROWN | | The Law Offices of Daniel Harris |
| 7243165 | PAMELA JOHNSON | | Beasley Allen |
| 1066265 | PATRICIA PORTELLI | | Winters & King Inc |
| 1885019 | PAUL ABEYTA | SHERRI ABEYTA | Geoff Giles |
| 7180576 | PAUL H HOWELL | DIANE HOWELL | Earl P Underwood Jr. |
| 7234361 | PAUL NEWBOLT | | The Law Offices of Daniel Harris |
| 7243080 | PAULA JACKSON | | Beasley Allen |

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| 1718720 | PEDRO BENUELOS | CELIA BANUELOS | The Law Offices of Daniel Harris |
| 1742428 | PENNY STEYER | | |
| 7234477 | PETER GRABOWSKI | | The Law Offices of Daniel Harris |
| 7243820 | PHILIP TUCKER | LETRINA TUCKER | Beasley Allen |
| 7199004 | PKANITA BONNER | | Earl P Underwood Jr. |
| 994361 | PRESTON JOYNER | | The Law Offices of Daniel Harris |
| 7245114 | QUINCY ALEXANDER | | Beasley Allen- signed by attorney |
| 2160115 | R BEAN | BARBARA BEAN | The Law Offices of Daniel Harris |
| 7234491 | RALPH RODRIGUEZ | BARBARA CHAPMAN | The Law Offices of Daniel Harris |
| 7243578 | RALPH SLACK JR | CATHA SLACK | Beasley Allen |
| 7182365 | RAMONA & LEWIS GULLEY | | Kenneth J Riemer |
| 7187209 | RANDOLPH CARPENTER | | Earl P Underwood Jr. |
| 7233838 | RANDY KENNEDY | AMII KENNEDY | The Law Offices of Daniel Harris |
| 7243097 | RAOUL JACKSON | | Beasley Allen |
| 244060 | RAYMOND MARTENS | | |
| 7245220 | RENA JACKSON | | Beasley Allen- signed by attorney |
| 4895404 | RENGOLD ASKEROV | | |
| 884259 | RENOSHIA KING | | Earl P Underwood Jr. |
| 2865317 | REX SUTHERLAND | | |
| 2374628 | RHONDA TAYLOR | | Beasley Allen |
| 297332 | RICHARD BAXTER | | |
| 7180620 | RICHARD BOWLING | CHARRYL BOWLING | Earl P Underwood Jr. |
| 3394472 | RICHARD CUTTS | | |
| 7242946 | RICHARD GRIFFIN | REBECCA GRIFFIN | Beasley Allen |
| 1364484 | RICHARD JANEWAY | | The Law Offices of Daniel Harris |
| 2183077 | RICHARD PIPKINS | | Earl P Underwood Jr. |
| 7189425 | RICHARD POE | CHERYL POE | Earl P Underwood Jr. |
| 5702718 | RIGOBERTO LEON | | |
| 785532 | ROBERT BODINE | | |
| 7187216 | ROBERT MORGAN | MARJORIE MORGAN | Earl P Underwood Jr. |
| 3264744 | ROBERT SMITH | JOYAN SMITH | |
| 859653 | ROBERT VIGIL | MARLINNA VIGIL | The Law Offices of Daniel Harris |
| 7234545 | ROCCO TIERI | | The Law Offices of Daniel Harris |
| 266710 | RODNEY MEANS | | Chris Jackson |
| 5729746 | RONALD BROWNELL | | |
| 7245190 | RONALD HOUSEKEEPER | JUDITH HOUSEKEEPER | Beasley Allen- signed by attorney |
| 7180569 | ROOSEVELT G HARRIS | FLORITA HARRIS | Earl P Underwood Jr. |
| 1372854 | RORAL HALL | PATRICIA HALL | Beasley Allen |
| 7243004 | ROSA HALL | | Beasley Allen |
| 7234651 | ROSALIND VAN GORP | SHERRY VAN GORP | The Law Offices of Daniel Harris |
| 1738070 | ROSE TERRY | | The Law Offices of Daniel Harris |
| 2141862 | ROY PARNELL | TERRY WATT | The Law Offices of Daniel Harris |
| 2318394 | RUBY WILLIAMS | KENNETH WILLIAMS | Beasley Allen |
| 3486313 | RUFO CARDENAS | SHAROLYNN CARDENAS | |
| 1546439 | RUSSELL BITTER | | |
| 2376660 | SAMUEL ANDREWS | | Beasley Allen |
| 7202711 | SANDRA JONES | LEWIS JONES | |
| 1860245 | SANDRA LEUTSCH | | Beasley Allen |
| 6064877 | SANDRA WYNN | | |
| 1320800 | SARA DELCAMBRE | TERRY DELCAMBRE | Beasley Allen- signed by attorney |
| 918183 | SCOTT DEARDEN | | The Law Offices of Daniel Harris |
| 2092874 | SCOTT OLIVER | | |
| 1451726 | SCOTT TRAWICK | | Earl P Underwood Jr. |
| 7234293 | SELVIN QUIRE | BEATRICE QUIRE | The Law Offices of Daniel Harris |
| 7192166 | SHARON WESLEY | | Earl P Underwood Jr. |
| 7234583 | SHAWN MALDONADO | SHARI MALDONADO | The Law Offices of Daniel Harris |
| 1397352 | SHAWNDREE CAMPBELL | | Earl P Underwood Jr. |
| 7234569 | SHEILA WARREN | | The Law Offices of Daniel Harris |
| 7245350 | SHELBY RULEY | | |
| 2208855 | SHELIA JACKSON | MICHAEL GARITY | Earl P Underwood Jr. |
| 4526117 | SHERRETH RUSSELL | | |
| 1015850 | SHERRY PEARSON | JOSEPH PEARSON | The Law Offices of Daniel Harris |
| 4706526 | SHERYL RIDDLE | | |
| 2182339 | SHIRLEY DEDMON | BURT DEDMON | |
| 1606386 | SHIRLEY WHITE | MICHAEL WHITE | Beasley Allen |
| 1607062 | SIM HOLMES | | Beasley Allen |
| 7189418 | STANLEY DANIELS | | Earl P Underwood Jr. |
| 7174070 | STEPHEN ROLLIN | APRIL ROLLIN | Earl P Underwood Jr. |
| 7243561 | STEPHEN RUTLAND | RITA RUTLAND | Beasley Allen |
| 156622 | STEVE DYE | | |
| 7234392 | STEVEN STEELE | DAWN PEIL | The Law Offices of Daniel Harris |
| 1688290 | STEVEN ZERBACH | MARGARET ZERBACH | POA signed |
| 333191 | STUART BORGERT | | |
| 7242748 | SUSAN CANNON | | Beasley Allen |
| 2184456 | SUSAN FERRARA | | The Law Offices of Daniel Harris |
| 1737523 | SUSAN HUDGINS | | Beasley Allen |
| 7243158 | SUSAN JOHNSON | | Beasley Allen |
| 7245138 | SYLVIA ANDREWS | | Beasley Allen- signed by attorney |
| 2134918 | SYLVIA ROBERTSON | JERRY ROBERTSON | Beasley Allen |
| 1284294 | TCHAIKOUSKY THOMAS | SONYA THOMAS | Beasley Allen |
| 1150391 | TED CORBIN | | Beasley Allen |
| 5845255 | TERRY SMITH | | |

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| 7243660 | TERRY TOODLE | | Beasley Allen |
| 5278756 | THEODORE NOFER | ESTHER NOFER | |
| 4507109 | THERESA DESMARAIS | ROBERT DESMARAIS | |
| 7243431 | THERESA MOORE | CHARLIE MOORE | Beasley Allen |
| 454742 | THOMAS APPLEGATE | | The Law Offices of Daniel Harris |
| 7176425 | THOMAS HEINEMAN | MARIAM HEINEMAN | Earl P Underwood Jr. |
| 7208324 | THOMAS JACKSON | DOROTHY JACKSON | Earl P Underwood Jr. |
| 2192628 | THOMAS SMITH | SHEILA HANN | Beasley Allen |
| 7214448 | TIMMY HUGHES | | Earl P Underwood Jr. |
| 412728 | TIMOTHY VINSON | | |
| 804929 | TROY MORGIDA | MELISSA MORGIDA | The Law Offices of Daniel Harris |
| 7245398 | VALECIA MCCRANEY | | Earl P Underwood Jr. |
| 7187278 | VERLETTA DONALD | | Earl P Underwood Jr. |
| 3470220 | VERNELL BALL-DANIEL | | The Law Offices of Daniel Harris |
| 5015436 | VERNON SERR | BARBARA SERR | |
| 7243400 | VERONICA MCNAB | | Beasley Allen |
| 871884 | VICENTE TOSCANO | | |
| 769730 | VICKI CALDER | | The Law Offices of Daniel Harris |
| 7199141 | VILMA HALL | | Earl P Underwood Jr. |
| 7182952 | WALLACE RESMONDO | CAROL RESMONDO | Earl P Underwood Jr. |
| 7174391 | WILBERT COOLEY | | Earl P Underwood Jr. |
| 7240003 | WILLET NOON | | Earl P Underwood Jr. |
| 1530346 | WILLIAM ANDERSON | | Earl P Underwood Jr. |
| 2017839 | WILLIAM BALDWIN | GWEN BALDWIN | Earl P Underwood Jr. |
| 1751338 | WILLIAM CHAMPION | JACKIE CHAMPION | Beasley Allen |
| 7243226 | WILLIAM KERVIN | | Beasley Allen |
| 3058985 | WILLIAM MOREL | ARI MOREL | Parker & Dufresne PA |
| 7189432 | WILLIE CHANEY | SHIRLEY CHANEY | Earl P Underwood Jr. |
| 2234434 | WILLIE GOLSTON | SIMON GOLSTON | Earl P Underwood Jr. |
| 7187261 | WILLIE JAMES FINKLEA JR | | Earl P Underwood Jr. |
| 7243271 | WILLIE MCCLOUD | RHONDA MCCLOUD | Beasley Allen |
| 7180545 | WILLIS MITCHELL | LESIA MITCHELL | Earl P Underwood Jr. |

The following opt out requests were submitted in groups by Counsel as indicated. They were not individually signed and could not all be located as class members.

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| N/A | ALLEN COWART | KAY COWART | Earl P Underwood Jr |
| N/A | ALVIN MOORE | | Earl P Underwood Jr |
| N/A | ANDREW SZURLEY | BERNADINE SZURLEY | Family and Consumer Law Center |
| N/A | ANGEL RAMIREZ | BRENDA RAMIREZ | Family and Consumer Law Center |
| N/A | ANGELA SANDERSON | | Earl P Underwood Jr |
| N/A | ANNE PARKER | MARY ANN HORNE | Edelman, Combs, Latturner & Goodwin |
| N/A | ANTHONY BRICKER | MICHELLE BRICKER | Edelman, Combs, Latturner & Goodwin |
| 387705 | ANTHONY IBARRONDO | | Family and Consumer Law Center |
| N/A | ANTHONY LEPORE | LAURIE LEPORE | Family and Consumer Law Center |
| N/A | ANTHONY RAIA | LORIANNE RAIA | Family and Consumer Law Center |
| 1201581 | ANTOINETTE GRAHAM | | Family and Consumer Law Center |
| N/A | ANTONIO OLIVEIRA | | Family and Consumer Law Center |
| N/A | ANTONIO OLIVEIRA | | Family and Consumer Law Center |
| N/A | AQUANITA ORR | | Earl P Underwood Jr |
| N/A | ARTHUR WALKER | | Earl P Underwood Jr |
| N/A | BABATUNDE ISHMAEL | SEIDAT ISHMAEL | Edelman, Combs, Latturner & Goodwin |
| 7236891 | BARBARA BURKE | | Family and Consumer Law Center |
| N/A | BARBARA HARPER | | Earl P Underwood Jr |
| 1014280 | BARBARA HOLLAND | | Family and Consumer Law Center |
| N/A | BARBARA JOHNSON | ANDREW JOHNSON | Edelman, Combs, Latturner & Goodwin |
| N/A | BARBARA SHERMAN | | Family and Consumer Law Center |
| N/A | BARBARA SKANES | | Edelman, Combs, Latturner & Goodwin |
| N/A | BARRY LAFLEUR | | Family and Consumer Law Center |
| N/A | BENJAMIN JOHNSON | | Earl P Underwood Jr |
| N/A | BENJAMIN LEWIS | | Earl P Underwood Jr |
| N/A | BENJAMIN MILLER | KATHERINE MILLER | Edelman, Combs, Latturner & Goodwin |
| 485968 | BERNARD BEAUREGARD | JEAN MORIN | Family and Consumer Law Center |
| N/A | BERNARD LAMBERT | DINAH LAMBERT | Earl P Underwood Jr |
| 1500851 | BETTY FARIZER | ROBERT FARIZER | Family and Consumer Law Center |
| N/A | BEVERLY CHILDRES | | Edelman, Combs, Latturner & Goodwin |
| N/A | BOBBY JUDE JR | KELLIE JUDE | Edelman, Combs, Latturner & Goodwin |
| N/A | BRENDA BOWDEN | DARRON BOWDEN | Edelman, Combs, Latturner & Goodwin |
| N/A | BRETT BURRIS | CHRISTINA BURRIS | Edelman, Combs, Latturner & Goodwin |
| N/A | BRETT WERTEPNY | YVONNE WERTEPNY | Edelman, Combs, Latturner & Goodwin |
| N/A | BRYAN ESON | KAREN ESON | Edelman, Combs, Latturner & Goodwin |
| N/A | BYRON FLEMING | VICKI FLEMING | Edelman, Combs, Latturner & Goodwin |
| N/A | CALVIN BROWN | DORA BROWN | Edelman, Combs, Latturner & Goodwin |
| N/A | CARLOS ARCHER | CAROLYN ARCHER | Edelman, Combs, Latturner & Goodwin |
| N/A | CARLOS FILIAN | ALICIA MARGARITA FILIAN | Edelman, Combs, Latturner & Goodwin |
| N/A | CASTELLA HARRIS JONES (WILLIAMS HARRIS) | | Edelman, Combs, Latturner & Goodwin |
| 379618 | CATHY DANEAU | RICHARD DANEAU | Family and Consumer Law Center |
| N/A | CECILIA ROWAN | | Edelman, Combs, Latturner & Goodwin |
| N/A | CHARLES FOSTER | | Edelman, Combs, Latturner & Goodwin |
| N/A | CHARLES MOSS | | Family and Consumer Law Center |
| N/A | CHARLES PARISI | | Family and Consumer Law Center |
| N/A | CHARLES REHBOCK | LINDA REHBOCK | Edelman, Combs, Latturner & Goodwin |

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| N/A | CHARLES SULLIVAN | | Family and Consumer Law Center |
| N/A | CHERIE CONNER | DOUGLAS CONNER | Edelman, Combs, Latturner & Goodwin |
| N/A | CHESTER JONES | JULIETTE JONES | Earl P Underwood Jr |
| N/A | CHONITA MEANS | | Earl P Underwood Jr |
| N/A | CHRISTENA BLAIN | THOMAS BLAIN | Edelman, Combs, Latturner & Goodwin |
| N/A | CHRISTINE KOSLA | JOSEPH KOSLA | Edelman, Combs, Latturner & Goodwin |
| N/A | CHRISTINE MEANS | | Earl P Underwood Jr |
| N/A | CHRISTINE SPARKS | | Earl P Underwood Jr |
| N/A | CHRISTOPHER CLARKE | KARIE CLARKE | Edelman, Combs, Latturner & Goodwin |
| 400916 | CHRISTOPHER DEPERRIO | SUSAN DEPERRIO | Family and Consumer Law Center |
| N/A | CHRISTOPHER DORTCH | | Earl P Underwood Jr |
| N/A | CHRISTOPHER KING | CHRISTINA KING | Edelman, Combs, Latturner & Goodwin |
| N/A | CHRISTOPHER LANCASTER | | Family and Consumer Law Center |
| N/A | CHRISTOPHER ROOP | SARAH ROOP | Edelman, Combs, Latturner & Goodwin |
| N/A | CHRISTOPHER WILSON | SHARON WILSON | Earl P Underwood Jr |
| N/A | CINDY GILLESPIE | | Edelman, Combs, Latturner & Goodwin |
| 5257805 | CLAIRE DINOBILE | | Family and Consumer Law Center |
| N/A | CLARENCE WAYLAND | | Edelman, Combs, Latturner & Goodwin |
| N/A | CLAUDE WILLIAMS | GLENNIE WILLIAMS | Earl P Underwood Jr |
| N/A | CLEMON MCGILL | LOUISE MCGILL | Earl P Underwood Jr |
| N/A | CLEO REID | | Earl P Underwood Jr |
| N/A | CLEOPHUS GRIME | | Earl P Underwood Jr |
| N/A | CLIFF FONSECA | DEBORA FONSECA | Edelman, Combs, Latturner & Goodwin |
| N/A | CLYDE MADDEN | CAROLYN MADDEN | Earl P Underwood Jr |
| N/A | CONNELL LIKELY | CYNTHIA LIKELY | Earl P Underwood Jr |
| N/A | CONSTANCE WHITTALL | | Family and Consumer Law Center |
| N/A | CURTIS GREEN | PAMELA GREEN | Earl P Underwood Jr |
| N/A | CURTIS RACKLEY | | Earl P Underwood Jr |
| N/A | DALE CHURCHILL | KELLEY CHURCHILL | Edelman, Combs, Latturner & Goodwin |
| 840378 | DANIEL BOYLE | | Family and Consumer Law Center |
| N/A | DANIEL SUTTON | JEANIE SUTTON | Edelman, Combs, Latturner & Goodwin |
| N/A | DANIEL VINCER | | Edelman, Combs, Latturner & Goodwin |
| N/A | DANNY MALLORY | PAMELA MALLORY | Earl P Underwood Jr |
| N/A | DARLENE MANDEVILLE | | Family and Consumer Law Center |
| 920490 | DAVID CROCKER | | Family and Consumer Law Center |
| N/A | DAVID DUCHENE | | Edelman, Combs, Latturner & Goodwin |
| N/A | DAVID KARLIN | | Edelman, Combs, Latturner & Goodwin |
| N/A | DAVID LACASSE | DOROTHY LACASSE | Family and Consumer Law Center |
| N/A | DAVID LANDGREN | | Edelman, Combs, Latturner & Goodwin |
| N/A | DAVID LHEUREUX | BARBARA LHEUREUX | Family and Consumer Law Center |
| N/A | DEAN ANDERSON | DIANE ANDERSON | Edelman, Combs, Latturner & Goodwin |
| 742061 | DEBRA JONES | | Family and Consumer Law Center |
| N/A | DELOIS MILLS | | Edelman, Combs, Latturner & Goodwin |
| N/A | DENISE RITTER | LYLE RITTER | Family and Consumer Law Center |
| N/A | DENISE RITTER | | Family and Consumer Law Center |
| N/A | DENNIS BELFORD | | Edelman, Combs, Latturner & Goodwin |
| 1790627 | DENNIS ISOM | LISA ISOM | Family and Consumer Law Center |
| N/A | DERECK KING | | Earl P Underwood Jr |
| N/A | DEREK ANTHONY | PATRINA ANTHONY | Edelman, Combs, Latturner & Goodwin |
| N/A | DEREK NELSON | CHRISTOPHER ALMOND | Edelman, Combs, Latturner & Goodwin |
| N/A | DERREL POWELL | LYNDA POWELL | Earl P Underwood Jr |
| N/A | DIANE RACINE | THEODORE RACINE | Family and Consumer Law Center |
| N/A | DINA MELUCCI | | Family and Consumer Law Center |
| 1742121 | DONALD DESLAURIES | | Family and Consumer Law Center |
| N/A | DONALD PELTIER | LINDA PELTIER | Family and Consumer Law Center |
| N/A | DONALD STURGIS | | Edelman, Combs, Latturner & Goodwin |
| N/A | DOROTHY BROWN | | Edelman, Combs, Latturner & Goodwin |
| 7237072 | DOROTHY GAETA | JOSEPH GAETA | Family and Consumer Law Center |
| N/A | DOROTHY ROBERSON | | Earl P Underwood Jr |
| N/A | EARL KEY | | Edelman, Combs, Latturner & Goodwin |
| N/A | EDDIE GERMAN | | Earl P Underwood Jr |
| N/A | EDDY PENA | | Family and Consumer Law Center |
| N/A | EDWARD DOOLITTLE | BABETTE DOOLITTLE | Edelman, Combs, Latturner & Goodwin |
| 7237096 | EDWARD GIUDITTA | | Family and Consumer Law Center |
| N/A | EDWIN VAZQUEZ | DENISE GONZALEZ | Family and Consumer Law Center |
| 1475494 | EILEEN EMERSON | | Family and Consumer Law Center |
| N/A | ELLAWEEN BYRD | | Earl P Underwood Jr |
| N/A | EMMIT RODGERS | CAROLYN RODGERS | Earl P Underwood Jr |
| N/A | ERIC BALARK | MICHELLE MCMILLER | Edelman, Combs, Latturner & Goodwin |
| N/A | ERIC SMITH | GUILLERMINA YANONG | Edelman, Combs, Latturner & Goodwin |
| N/A | ERNEST BURGESS | PEGGY BURGESS | Edelman, Combs, Latturner & Goodwin |
| 1264883 | ERRICK JONES | CAROL SIECZKOWSKI | Family and Consumer Law Center |
| 344197 | ERRICK JONES | CAROL SIECZKOWSKI | Family and Consumer Law Center |
| N/A | ERWIN GRAYSON | LILLIAN GRAYSON | Earl P Underwood Jr |
| N/A | ESTELLE PATTERSON | | Edelman, Combs, Latturner & Goodwin |
| N/A | EVELYN WRIGHT | MARY BATTLE | Edelman, Combs, Latturner & Goodwin |
| N/A | EVERETT ROSEMON | GRAUNDIA ROSEMON | Edelman, Combs, Latturner & Goodwin |
| N/A | FLOYD DUMAS II | BRENDA DUMAS | Edelman, Combs, Latturner & Goodwin |
| 1724417 | FRANCES HENNESSEY | | Family and Consumer Law Center |
| N/A | FRANCES MCCRAY | HAROLD MCCRAY | Family and Consumer Law Center |
| N/A | FRANK REGINE | | Family and Consumer Law Center |
| N/A | FREDERICK HUNTER | | Earl P Underwood Jr |

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| N/A | FREDRICH GRABS | | Edelman, Combs, Latturner & Goodwin |
| N/A | GAIL SMITH | EDWARD SMITH | Edelman, Combs, Latturner & Goodwin |
| N/A | GARY LYNESS | LINDA LYNESS | Family and Consumer Law Center |
| 785914 | GAYLE ANDERHOLM | DAVID GEYSTER | Family and Consumer Law Center |
| 440134 | GAYLE ANDERHOLM | | Family and Consumer Law Center |
| N/A | GEARLD LAFONTAINE | ALINE LAFOUNTAINE | Family and Consumer Law Center |
| N/A | GEORGE GRAY | BOBBIE GRAY | Earl P Underwood Jr |
| N/A | GEORGE KRISE | DAYNA HAYNES | Edelman, Combs, Latturner & Goodwin |
| N/A | GERDA LAPORTE | | Family and Consumer Law Center |
| N/A | GILBERT TREADWELL | GENELLE TREADWELL | Edelman, Combs, Latturner & Goodwin |
| N/A | GLADYS FULLER | | Earl P Underwood Jr |
| N/A | GLENN ADAMS | LAVERNE ADAMS | Edelman, Combs, Latturner & Goodwin |
| 1521788 | GLENN DUPUIS | HOLLY DUPUIS | Family and Consumer Law Center |
| N/A | GRANT MORRING | MICHELLE MORRING | Earl P Underwood Jr |
| N/A | GWENDOLYN WILCOX | | Earl P Underwood Jr |
| N/A | HAROLD HOWARD | WILLIE MAE HOWARD | Earl P Underwood Jr |
| N/A | HATTIE JONES | | Earl P Underwood Jr |
| N/A | HECTOR RODRIGUEZ | BRENDA RODRIGUEZ | Family and Consumer Law Center |
| N/A | HENERY JACKSON | FAY JACKSON | Earl P Underwood Jr |
| N/A | HENRY BUMPERS | ELIZABETH BUMPERS | Edelman, Combs, Latturner & Goodwin |
| N/A | HENRY HOWARD | | Earl P Underwood Jr |
| N/A | HUGH TIPTON | MARY TIPTON | Earl P Underwood Jr |
| N/A | IDALIA MONTALVO (MARTINEZ) | | Family and Consumer Law Center |
| N/A | INGRID SALES | | Family and Consumer Law Center |
| N/A | IRA THOMPSON | | Edelman, Combs, Latturner & Goodwin |
| N/A | IRMA HENDERSON | | Earl P Underwood Jr |
| 7237034 | ISHA ETIENNE | | Family and Consumer Law Center |
| N/A | JACK FULLER | RHONDA FULLER | Earl P Underwood Jr |
| N/A | JACK PREIMESBERGER | DEBORAH PREIMESBERGER | Edelman, Combs, Latturner & Goodwin |
| N/A | JACOB BILLINGS | TAYLOR BILLINGS | Edelman, Combs, Latturner & Goodwin |
| 1676204 | JACQUELINE ARCHAMBAULT | | Family and Consumer Law Center |
| N/A | JACQUELINE BUCKNER | | Edelman, Combs, Latturner & Goodwin |
| N/A | JACQUELINE PECOR | | Family and Consumer Law Center |
| N/A | JACQUELINE TITUS-ASHFORD | | Edelman, Combs, Latturner & Goodwin |
| N/A | JAMES BUTLER | ADDIE BUTLER | Earl P Underwood Jr |
| 2137797 | JAMES BUTT | STEPHANIE CHARRON BUTT | Family and Consumer Law Center |
| N/A | JAMES MORRIS | PEGGY MORRIS | Earl P Underwood Jr |
| N/A | JAMES PACHECO | | Family and Consumer Law Center |
| 390088 | JAMIE BERTENSHAW | EARL BERTENSHAW | Family and Consumer Law Center |
| N/A | JANE KANTER | ALAN KANTER | Edelman, Combs, Latturner & Goodwin |
| N/A | JANET DIGGINS | | Edelman, Combs, Latturner & Goodwin |
| 1541854 | JANICE BURKE | CHARLES BURKE | Family and Consumer Law Center |
| 1645590 | JASON GOULD | DEANNA LACKEY | Family and Consumer Law Center |
| N/A | JEANNIE MONTEIRO | | Family and Consumer Law Center |
| N/A | JEFFREY BUSH | DEBORAH BUSH | Edelman, Combs, Latturner & Goodwin |
| 6618230 | JENNIFER CHANDLER | | Family and Consumer Law Center |
| N/A | JEROME MITCHELL | JANICE MITCHELL | Earl P Underwood Jr |
| N/A | JERRY ROTH | KATRINA PURDY-ROTH | Edelman, Combs, Latturner & Goodwin |
| N/A | JESSE DUNGAN | ADRA DUNGAN | Earl P Underwood Jr |
| N/A | JESSIE HOLYFIELD | THERESA HOLYFIELD | Earl P Underwood Jr |
| 1537260 | JOAN FORTIN | WILFRED FORTIN | Family and Consumer Law Center |
| N/A | JOE RILEY | | Earl P Underwood Jr |
| N/A | JOE WINTERS | | Edelman, Combs, Latturner & Goodwin |
| N/A | JOEL ORRISON | LANA ORRISON | Edelman, Combs, Latturner & Goodwin |
| N/A | JOHN EGGERT | JOHNNETTE EGGERT | Edelman, Combs, Latturner & Goodwin |
| N/A | JOHN KANTOR | MARY ANN KANTOR | Earl P Underwood Jr |
| N/A | JOHN MARINO | CHERYL MARINO | Family and Consumer Law Center |
| N/A | JOHN MCGEE | EVELYN MCGEE | Family and Consumer Law Center |
| N/A | JOHNNIE MOSELEY | WANDA MOSELEY | Earl P Underwood Jr |
| N/A | JOHNNY MARTIN | | Edelman, Combs, Latturner & Goodwin |
| N/A | JONATHAN DUNGAN | MICHELLE DUNGAN | Earl P Underwood Jr |
| N/A | JOSE RODRIGUEZ | VIRGINIA ALBARRON | Edelman, Combs, Latturner & Goodwin |
| N/A | JOSE SALINAS | JUANITA & RUTH SALINAS | Edelman, Combs, Latturner & Goodwin |
| N/A | JOSEPH BLACKBURN | SHERRY BLACKBURN | Edelman, Combs, Latturner & Goodwin |
| N/A | JOSEPH BYRD | JOSIE BYRD | Earl P Underwood Jr |
| 7237010 | JOSEPH DONNELLY | JACQUELINE DONNELLY | Family and Consumer Law Center |
| N/A | JOSEPH MIKOWSKI | PATRICIA MIKOWSKI | Edelman, Combs, Latturner & Goodwin |
| N/A | JOSEPH NAURACY | GERADINE NAURACY | Edelman, Combs, Latturner & Goodwin |
| N/A | JOSEPH ONESIMUS | MYRA ONESIMUS | Edelman, Combs, Latturner & Goodwin |
| N/A | JOSEPH ROCCO | NANCY ROCCO | Edelman, Combs, Latturner & Goodwin |
| N/A | JOSEPH RODGRIGUEZ | LYNORE RODGRIGUEZ | Edelman, Combs, Latturner & Goodwin |
| N/A | JOSEPH WISNIEWSKI | TASHA WISNIEWSKI | Edelman, Combs, Latturner & Goodwin |
| N/A | JOYCE WILLIAMS | | Earl P Underwood Jr |
| N/A | JUAN PEREZ | CONSUELA PEREZ | Edelman, Combs, Latturner & Goodwin |
| 756488 | JULIE ADAMS | TODD ADAMS | Family and Consumer Law Center |
| N/A | KANDEE COOLEY | | Earl P Underwood Jr |
| 2002873 | KAREN BOWLES | | Family and Consumer Law Center |
| 7237089 | KAREN GRIFFIN | | Family and Consumer Law Center |
| N/A | KAREN JOHNSON | STANLEY JOHNSON | Edelman, Combs, Latturner & Goodwin |
| N/A | KATHLEEN SOUSA | | Family and Consumer Law Center |
| N/A | KEITH TAYLOR | HELEN TAYLOR | Earl P Underwood Jr |
| N/A | KEITH WALSH | YVONNE WALSH | Edelman, Combs, Latturner & Goodwin |

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| 522953 | KELLIE KELSEY | | Family and Consumer Law Center |
| 2111841 | KENNETH BURTON | | Family and Consumer Law Center |
| 1430714 | KENNETH DEMERS | DAWN DEMERS | Family and Consumer Law Center |
| N/A | KENNETH SCOTT | MARCEY SCOTT | Edelman, Combs, Latturner & Goodwin |
| N/A | KENNETH THOMPSON | LINDA THOMPSON | Edelman, Combs, Latturner & Goodwin |
| N/A | KEVIN MORGAN | | Family and Consumer Law Center |
| N/A | KIM WRIGHT | | Edelman, Combs, Latturner & Goodwin |
| 820240 | KIMBERLEE OGRADY | | Family and Consumer Law Center |
| N/A | KING SMITH | | Edelman, Combs, Latturner & Goodwin |
| N/A | KURT WILSON SR | TERESA WILSON | Edelman, Combs, Latturner & Goodwin |
| N/A | LAMAR GRAY | VERNA GRAY | Edelman, Combs, Latturner & Goodwin |
| N/A | LARAMIE TYSON | CYNTHIA TYSON | Earl P Underwood Jr |
| N/A | LARRY STEARLEY | | Earl P Underwood Jr |
| N/A | LAURIE NEGRI | | Family and Consumer Law Center |
| N/A | LAYTON OVERSTREET | | Earl P Underwood Jr |
| N/A | LEO ROSSI | | Family and Consumer Law Center |
| N/A | LEONOR RAMOS | | Family and Consumer Law Center |
| N/A | LEROY MCCRANEY | VALECIA MCCRANEY | Earl P Underwood Jr |
| N/A | LILLIE JOHNSON | | Earl P Underwood Jr |
| 7236860 | LINDA BARRETT | | Family and Consumer Law Center |
| N/A | LINDA PETTWAY | | Earl P Underwood Jr |
| N/A | LINDA RITA | | Family and Consumer Law Center |
| N/A | LINDA ROBINSON | | Earl P Underwood Jr |
| N/A | LINDA SILVA | | Family and Consumer Law Center |
| N/A | LISA THOMAS | | Earl P Underwood Jr |
| N/A | LLOYD BRADLEY | DORETHA BRADLEY | Earl P Underwood Jr |
| N/A | LORI ANN DUSSIA | | Edelman, Combs, Latturner & Goodwin |
| N/A | LUANN SINGLETON | | Family and Consumer Law Center |
| N/A | MACKENZIE WILLIAMS | | Family and Consumer Law Center |
| N/A | MADISON PITTMAN | | Earl P Underwood Jr |
| N/A | MARGARET CRADDOCK | | Earl P Underwood Jr |
| 7237041 | MARIA EYRE | | Family and Consumer Law Center |
| N/A | MARIA PENA | | Family and Consumer Law Center |
| 7237065 | MARIAN FITZSIMONS | | Family and Consumer Law Center |
| N/A | MARIE FURGESON | | Edelman, Combs, Latturner & Goodwin |
| 190442 | MARK BENNISON | MARIA BENNISON | Family and Consumer Law Center |
| 1928716 | MARK FAZIO | GAYLE FAZIO | Family and Consumer Law Center |
| N/A | MARK LEHR | PATRICIA LEHR | Edelman, Combs, Latturner & Goodwin |
| N/A | MARLON MANIER | TANYA MANIER | Edelman, Combs, Latturner & Goodwin |
| N/A | MARTY PITTMAN | JANET PITTMAN | Earl P Underwood Jr |
| N/A | MARY LOUISSANT | | Family and Consumer Law Center |
| N/A | MARY TILLMAN | | Earl P Underwood Jr |
| N/A | MARY WRIGHT | | Family and Consumer Law Center |
| N/A | MATTIE REED | | Earl P Underwood Jr |
| N/A | MAURICE RICHER JR | STACEY RICHER | Family and Consumer Law Center |
| N/A | MELISSA HARRIS | | Edelman, Combs, Latturner & Goodwin |
| N/A | MELISSA RAY | | Family and Consumer Law Center |
| N/A | MELVIN ABRAMS | ALICE ABRAMS | Earl P Underwood Jr |
| N/A | MELVIN MCCOMBS | BARBARA MCCOMBS | Earl P Underwood Jr |
| N/A | MERVIN THOMAS | | Earl P Underwood Jr |
| 1217490 | MICHAEL CHAMPAGNE | | Family and Consumer Law Center |
| 842624 | MICHAEL CORREIA | SUSAN CORREIA | Family and Consumer Law Center |
| N/A | MICHAEL FOX | | Earl P Underwood Jr |
| 1017519 | MICHAEL FROST | KARLEEN FROST | Family and Consumer Law Center |
| N/A | MICHAEL GARITY | SHEILA GARITY | Earl P Underwood Jr |
| N/A | MICHAEL HOLZMEISTER | | Edelman, Combs, Latturner & Goodwin |
| N/A | MICHAEL IGAZ | CONNIE IGAZ | Edelman, Combs, Latturner & Goodwin |
| 7237126 | MICHAEL KELLEY | MARIA KELLEY | Family and Consumer Law Center |
| N/A | MICHAEL KINARD | CHERYL KINARD | Earl P Underwood Jr |
| N/A | MICHAEL MANNING | | Earl P Underwood Jr |
| N/A | MICHAEL MONTGOMERY | MICHELLE MONTGOMERY | Edelman, Combs, Latturner & Goodwin |
| N/A | MICHAEL PIERCE | JENNIFER PIERCE | Edelman, Combs, Latturner & Goodwin |
| 7237058 | MICHELLE FARRELL | | Family and Consumer Law Center |
| 7237102 | MICHELLE GUILLEMETTE | MICHAEL GUILLEMETTE | Family and Consumer Law Center |
| N/A | MIGUEL SANCHEZ | | Edelman, Combs, Latturner & Goodwin |
| N/A | MIKE KUKLA | | Edelman, Combs, Latturner & Goodwin |
| N/A | MIKE MAGLIANO | JUDITH MAGLIANO | Edelman, Combs, Latturner & Goodwin |
| N/A | MILTON RAMALHO | MARLENE RAMALHO | Family and Consumer Law Center |
| N/A | MINNIE LINDSAY | | Earl P Underwood Jr |
| N/A | MONICA JONES | EVERETT WASHINGTON | Edelman, Combs, Latturner & Goodwin |
| N/A | NANCY GARCIA | | Edelman, Combs, Latturner & Goodwin |
| N/A | NANCY PATRIE | | Family and Consumer Law Center |
| N/A | NANCY SULLIVAN | | Family and Consumer Law Center |
| N/A | NELSON JIMENEZ | MELINDA JIMENEZ | Edelman, Combs, Latturner & Goodwin |
| N/A | NILE HAWKINS | | Edelman, Combs, Latturner & Goodwin |
| N/A | NORMAN MARTIN | CHRISTINE MARTIN | Edelman, Combs, Latturner & Goodwin |
| N/A | OSCAR FREEBERG | MARIANNE FREEBERG | Edelman, Combs, Latturner & Goodwin |
| N/A | PATRICIA LEAL | | Family and Consumer Law Center |
| N/A | PATRICK LEWIS | VIOLATA LEWIS | Edelman, Combs, Latturner & Goodwin |
| 1914320 | PAUL AGUIAR | GUILHERMINA AGUIAR | Family and Consumer Law Center |
| N/A | PAUL HOWELL | DIANE HOWELL | Earl P Underwood Jr |
| N/A | PAULE SPENCER | ALAINE SPENCER | Family and Consumer Law Center |

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| N/A | RACHEL NASON | DAVID NASON | Family and Consumer Law Center |
| N/A | RAMONA GULLEY | | Earl P Underwood Jr |
| N/A | RANDALL SMITH | CINDY SMITH | Edelman, Combs, Latturner & Goodwin |
| N/A | RANDOLPH CARPENTER | | Earl P Underwood Jr |
| N/A | RANDY PARKER | CAROLYN PARKER | Edelman, Combs, Latturner & Goodwin |
| N/A | RENEE LECLERC | | Family and Consumer Law Center |
| N/A | RENZA HEARD | GLORIES HEARD | Edelman, Combs, Latturner & Goodwin |
| 881845 | RICHARD GABORIAULT | KERRY GABORIAULT | Family and Consumer Law Center |
| N/A | RICHARD LENAHAN | | Family and Consumer Law Center |
| N/A | RICHARD PIPKINS | | Earl P Underwood Jr |
| N/A | RICHARD POE | CHERYL POE | Earl P Underwood Jr |
| 7236983 | RITA CORREIA | BRUCE CORREIA | Family and Consumer Law Center |
| N/A | RITA GUYDON | KEVIN GUYDON | Edelman, Combs, Latturner & Goodwin |
| N/A | ROBERT COBURN | DEBORAH COBURN | Earl P Underwood Jr |
| N/A | ROBERT COLE | BRENDA COLE | Edelman, Combs, Latturner & Goodwin |
| 244985 | ROBERT KENNY | DEBORAH KENNY | Family and Consumer Law Center |
| 559898 | ROBERT KENNY | DEBORAH KENNY | Family and Consumer Law Center |
| N/A | ROBERT MORGAN | MARJORIE MORGAN | Earl P Underwood Jr |
| N/A | ROBERT WAYNE | TWILA WAYNE | Edelman, Combs, Latturner & Goodwin |
| N/A | ROCHELLE WASHINGTON | SIDNEY WASHINGTON | Edelman, Combs, Latturner & Goodwin |
| N/A | ROGER LUEDTKE | CHRISTINE LUEDTKE | Edelman, Combs, Latturner & Goodwin |
| 833004 | ROLAND DANIS | LORI DANIS | Family and Consumer Law Center |
| N/A | ROLAND VADENAIS | SHIRLEY VADENAIS | Family and Consumer Law Center |
| 2050232 | RONALD BEAUDOIN | CAROL BEAUDOIN | Family and Consumer Law Center |
| 1781571 | RONALD BENOIT | MONIQUE BENOIT | Family and Consumer Law Center |
| N/A | ROOSEVELT HARRIS | FLORITA HARRIS | Earl P Underwood Jr |
| N/A | ROSE BLACK | DAVID BLACK | Edelman, Combs, Latturner & Goodwin |
| 389969 | ROSS HARTINGTON | | Family and Consumer Law Center |
| N/A | ROSS SMITHERMAN | LINDSEY SMITHERMAN | Earl P Underwood Jr |
| N/A | SAMUEL STRATFORD | CHRISTINA STRATFORD | Edelman, Combs, Latturner & Goodwin |
| N/A | SANDRA BERQUIST | | Edelman, Combs, Latturner & Goodwin |
| N/A | SANDRA HARRIS | | Edelman, Combs, Latturner & Goodwin |
| N/A | SANDRA MCGOWAN | | Edelman, Combs, Latturner & Goodwin |
| N/A | SARAH CHAUMLEY | | Edelman, Combs, Latturner & Goodwin |
| N/A | SCOTT JEFFRESS | PAMELA JEFFRESS | Edelman, Combs, Latturner & Goodwin |
| N/A | SCOTT TRAWICK | | Earl P Underwood Jr |
| N/A | SERGIO SALAZAR | GUADALUPE SALAZAR | Edelman, Combs, Latturner & Goodwin |
| N/A | SHARON BOYD | | Earl P Underwood Jr |
| N/A | SHARON COLEMAN | | Edelman, Combs, Latturner & Goodwin |
| N/A | SHARON CRAWFORD | | Earl P Underwood Jr |
| N/A | SHERRY ADKINS | JAMES ADKINS | Edelman, Combs, Latturner & Goodwin |
| N/A | SHREE ROBINSON | JAMES ROBINSON | Edelman, Combs, Latturner & Goodwin |
| N/A | SIGISMUND OGUN | | Family and Consumer Law Center |
| N/A | SIMON GOLSTON | WILLIE MAE GOLSTON | Earl P Underwood Jr |
| N/A | SONJA DAVIS | DONYA DAVIS | Edelman, Combs, Latturner & Goodwin |
| N/A | SPYROS POLYDOROS | BETTY POLYDOROS | Edelman, Combs, Latturner & Goodwin |
| N/A | STACEY MAILHOT | | Family and Consumer Law Center |
| N/A | STACY-ANN MCNAMEE | GEORGE MCNAMEE | Family and Consumer Law Center |
| N/A | STANLEY DANIELS | GLADYS DANIELS | Earl P Underwood Jr |
| N/A | STEPHEN BOOHER | | Edelman, Combs, Latturner & Goodwin |
| 1819045 | STEPHEN KORLACKI | DAWN KORLACKI | Family and Consumer Law Center |
| N/A | STEPHEN ROLLIN | APRIL ROLLIN | Earl P Underwood Jr |
| 7237027 | STEVEN DURTA | KAREN DURTA | Family and Consumer Law Center |
| N/A | STEVEN HODOR | VALERIE HODOR | Edelman, Combs, Latturner & Goodwin |
| N/A | STEVEN SILVA | | Family and Consumer Law Center |
| N/A | STUART BELFELD | MARIANNE BELFELD | Edelman, Combs, Latturner & Goodwin |
| 7236914 | SUSAN CAULEY | | Family and Consumer Law Center |
| 7236952 | SUSAN CORREIA | | Family and Consumer Law Center |
| N/A | SUZETTE ADDISON | | Edelman, Combs, Latturner & Goodwin |
| N/A | TAMMY GOODS | | Edelman, Combs, Latturner & Goodwin |
| N/A | TARA WALCZAK-DAEGE | JONATHAN DAEGE | Edelman, Combs, Latturner & Goodwin |
| N/A | TERRANCE SHEPARD | BARBARA SHEPARD | Edelman, Combs, Latturner & Goodwin |
| N/A | TERRY BOTHWELL | CHERYL BOTHWELL | Edelman, Combs, Latturner & Goodwin |
| N/A | TERRY TALLEY | CHERYL TALLEY | Edelman, Combs, Latturner & Goodwin |
| N/A | THELMA COWLES | TERRY COWLES | Edelman, Combs, Latturner & Goodwin |
| N/A | THOMAS CAMPAU | KATHRYN BAMPAU | Edelman, Combs, Latturner & Goodwin |
| N/A | THOMAS HEINEMAN | MARIAM HEINEMAN | Earl P Underwood Jr |
| N/A | THOMAS JACKSON | DOROTHY JACKSON | Earl P Underwood Jr |
| N/A | THOMAS WILDERMUTH | VICTORIA WILDERMUTH | Edelman, Combs, Latturner & Goodwin |
| N/A | THOMASINA TURNER | | Family and Consumer Law Center |
| N/A | TIMMY TYRENE HUGHES | | Earl P Underwood Jr |
| N/A | TIMOTHY MILLER | ANGELA MILLER | Earl P Underwood Jr |
| 1451528 | TRACY BUTLER | | Family and Consumer Law Center |
| N/A | TREGG HOWZE | WANDA HOWZE | Edelman, Combs, Latturner & Goodwin |
| N/A | VELMA JEAN JILES | | Edelman, Combs, Latturner & Goodwin |
| N/A | VENUS ROBBINS | | Earl P Underwood Jr |
| N/A | VERLATTA DONALD | | Earl P Underwood Jr |
| 771535 | VERONICA CARNEY | | Family and Consumer Law Center |
| N/A | VILMA HALL | | Earl P Underwood Jr |
| 7237119 | VINCENT KELLEHER | | Family and Consumer Law Center |
| N/A | VIOLA GREEN | | Edelman, Combs, Latturner & Goodwin |
| N/A | VIRGINIA BEANE | ROBERT BEANE | Edelman, Combs, Latturner & Goodwin |

| Class Member ID | Name1 | Name2 | Counsel Represented |
|---|---|---|---|
| N/A | WALLACE RESMONDO | | Earl P Underwood Jr |
| N/A | WALTER CAMPBELL | SHAWNDRESS CAMPBELL | Earl P Underwood Jr |
| N/A | WILBERT COOLEY | | Earl P Underwood Jr |
| N/A | WILLIAM ESTABROOK | LOIS ESTABROOK | Earl P Underwood Jr |
| N/A | WILLIAM MEEHAN | | Family and Consumer Law Center |
| N/A | WILLIAM PINTSAK | SANDRA PINTSAK | Edelman, Combs, Latturner & Goodwin |
| N/A | WILLIAM REED | CECILIA REED | Earl P Underwood Jr |
| N/A | WILLIE CHANEY | SHIRLEY CHANEY | Earl P Underwood Jr |
| N/A | WILLIE FINKLEA | CHRISTENE FINKLEA | Earl P Underwood Jr |
| N/A | WILLIE HOWARD | FLORASTINE HOWARD | Earl P Underwood Jr |
| N/A | WILLIE MITCHELL | LISA MITCHELL | Earl P Underwood Jr |
| N/A | YVETTE WILLIAMS | JESSTIN WILLIAMS | Edelman, Combs, Latturner & Goodwin |
| N/A | YVONNE NIMOX | | Edelman, Combs, Latturner & Goodwin |
| N/A | ZENAIDA PENA | | Family and Consumer Law Center |