**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ,MORTGAGE LENDING PRACTICES LITIGATION | Lead Case: 05 CV 7097<br>MDL No. 1715 |
| | CENTRALIZED BEFORE<br>JUDGE MARVIN E. ASPEN |
| MICHAEL L. ENIX<br>MICHELLE L. ENIX<br>ROCKAWAY STUDEBAKER<br>JALIA STUDEBAKER<br>CHRISTORPHER MULLINS<br>LISA MULLINS<br>    Plaintiffs | **MOTION TO AMEND THE FINAL ORDER AND JUDGMENT ON OPT OUT PLAINTIFFS TO CLASS ACTION SETTLEMENT** |
| v. | |
| AMERIQUEST MORTGAGE COMPANY, aka AMC MORTGAGE SERVICES, INC., et al | |

    Now comes the undersigned on behalf of the Plaintiffs Michael and Michelle Enix ("Plaintiffs or Enixes"), Rockway and Jalia Studebaker ("Plaintiffs or Studebakers) and Christopher and Lisa Mullins ("Plaintiffs or Mullins") to request the Court to amend its Final Order of June 29, 2010 (Docket 3628) as to litigants who have opted out of the consolidated class action complaint settlement. Exhibit A to the Final Order failed to list these Plaintiffs as opt out Plaintiffs although notice of opt out were provided by the undersigned to the court whether or not such notices were provided by the individual Plaintiffs.

    Specifically, Plaintiffs Enixes, Studebakers and Mullins have pending claims before the court against Ameriquest Mortgage Company and its related entities ("Ameriquest") and Deutsche Bank National Company as Trustee ("Deutsche"), including American Home Mortgage Servicing as servicing agent for Deutsche for notice purposes only. The individual cases are **Enix v Ameriquest et. al. 07 CV 00907**) and **Studebaker/Mullins v. Ameriquest et al. 08 CV 00743**). These Plaintiffs have

continued to pursue their claims in court by filing amended pleadings in their referenced individual cases subsequent to the issuance of the notice of class action settlement (Filed on November 13, 2009, Docket 3017 and 3018). More importantly, status reports filed on behalf of Enixes, Studebakers and Mullins notified the Court and Defendants on March 4, 2010 (Docket 3439 an 3440) that these Plaintiffs had opted out of the class action settlement and would proceed with litigation subject to compliance with the mediation sessions agreed to by opt out Plaintiffs and Defendant Ameriquest.

Based on the foregoing Plaintiffs Enixes, Studebakers and Mullins have provided effective and timely notice to all named parties and the Court that they have opted out of the Class action settlement, Accordingly, the Plaintiffs move and the Court is requested to amend its final order as to the class of opt out Plaintiffs to include these Plaintiffs. Plaintiffs will provide an order to the court to include these Plaintiffs.

.

Respectfully Submitted,

 /s/ Charles J. Roedersheimer
Charles J. Roedersheimer (#0020273)
Thompson & DeVeny Co., LPA
Attorney for Plaintiffs
1340 Woodman Drive
Dayton, Ohio 45432
P: 937 252-2030
F: 937 252-9425
charles@thompsonanddeveny.com
tbdklaw@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was served by ECF/Electronic Filing on July 15, 2010 or by regular U.S. Mail Postage Prepaid on the following parties:

By ECF/Electronic Filing:

Jeffrey M. Hendricks, Graydon, Head & Ritchey, 511 Walnut Street, 1900 Fifth Third Center, Cincinnati, Ohio 45201, *Attorney for Defendant Ameriquest Mortgage*

Robert A. Bartosh, Hathaway Perrett Webster Powers & Chrisman, 5450 Telegraph Road, Suite 200, PO Box 3577, Ventura, California 93006-3577, *Attorney for Defendant Ameriquest Mortgage/AMC.*

Bernard E. LeSage/Sarah K. Andrus, BUCHALTER NEMER, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457, *Attorney for Defendant Ameriquest Mortgage/AMC.*

George J. Annos, Carlisle McNellie Rini Kramer & Ulrich, 24755 Chagrin Boulevard, Suite 200, Cleveland, Ohio 44122, *Attorney for Defendant Deutsche Bank National Trust Company*

Simon Fleischmann, Locke Lord Bissel & Liddel, 111 S. Wacker Drive, Chicago, Illinois 60606, *Attorney for Defendant American Home Mortgage Service Inc.*

By US Postal Mail:

Michael & Michelle Enix, 2513 Embury Park Road, Dayton, Ohio 45414

Rockway & Jalia Studebaker, 244 Lewisburg-Western Road, Lewisburg, OH 453398

Christopher & Lisa Mullins, 6828 Torrington Drive, Franklin, OH 45005.

/s/ Charles J. Roedersheimer
Charles J. Roedersheimer