## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ,MORTGAGE LENDING PRACTICES LITIGATION | Lead Case: 05 CV 7097<br>MDL No. 1715<br><br>**CENTRALIZED BEFORE**<br>**JUDGE MARVIN E. ASPEN** |
| MICHAEL L. ENIX<br>MICHELLE L. ENIX<br>ROCKAWAY STUDEBAKER<br>JALIA STUDEBAKER<br>CHRISTORPHER MULLINS<br>LISA MULLINS<br>      Plaintiffs<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, aka AMC MORTGAGE SERVICES, INC., et al | **MOTION TO WITHDRAW MOTION TO AMEND THE FINAL ORDER AND JUDGMENT ON OPT OUT PLAINTIFFS TO CLASS ACTION SETTLEMENT** |

    Now comes the Plaintiffs, by and through their undersigned Counsel, to hereby withdraw the Motion to Amend the Final Order and Judgment on Opt Out Plaintiffs to Class Action Settlement filed with the Court on July 15, 2010 (Docket No. 3633).

    Respectfully Submitted,

    /s/ Charles J. Roedersheimer
    Charles J. Roedersheimer (#0020273)
    Thompson & DeVeny Co., LPA
    Attorney for Plaintiffs
    1340 Woodman Drive
    Dayton, Ohio 45432
    P: 937 252-2030
    F: 937 252-9425
    charles@thompsonanddeveny.com
    tbdklaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served by ECF/Electronic Filing on July 15, 2010 or by regular U.S. Mail Postage Prepaid on the following parties:

By ECF/Electronic Filing:

Jeffrey M. Hendricks, Graydon, Head & Ritchey, 511 Walnut Street, 1900 Fifth Third Center, Cincinnati, Ohio 45201, *Attorney for Defendant Ameriquest Mortgage*

Robert A. Bartosh, Hathaway Perrett Webster Powers & Chrisman, 5450 Telegraph Road, Suite 200, PO Box 3577, Ventura, California 93006-3577, *Attorney for Defendant Ameriquest Mortgage/AMC.*

Bernard E. LeSage/Sarah K. Andrus, BUCHALTER NEMER, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457, *Attorney for Defendant Ameriquest Mortgage/AMC.*

George J. Annos, Carlisle McNellie Rini Kramer & Ulrich, 24755 Chagrin Boulevard, Suite 200, Cleveland, Ohio 44122, *Attorney for Defendant Deutsche Bank National Trust Company*

Simon Fleischmann, Locke Lord Bissel & Liddel, 111 S. Wacker Drive, Chicago, Illinois 60606, *Attorney for Defendant American Home Mortgage Service Inc.*

By US Postal Mail:

Michael & Michelle Enix, 2513 Embury Park Road, Dayton, Ohio 45414

Rockway & Jalia Studebaker, 244 Lewisburg-Western Road, Lewisburg, OH 453398

Christopher & Lisa Mullins, 6828 Torrington Drive, Franklin, OH 45005.

/s/ Charles J. Roedersheimer
Charles J. Roedersheimer