IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO:<br><br>BORROWER CLASS PLAINTIFFS' ACTIONS | |

**STIPULATION BETWEEN BORROWER CLASS PLAINTIFFS, DEFENDANTS, MICHAEL AND MICHELLE ENIX, ROCKAWAY AND JALIA STUDEBAKER AND CHRISTOPHER AND LISA MULLINS TO ALLOW EXCLUSION FROM CLASS ACTION SETTLEMENT**

WHEREAS, Michael and Michelle Enix (the "Enixes"), Rockaway and Jalia Studebaker (the "Studebakers") and Christopher and Lisa Mullins (the "Mullinses") have pending claims in this MDL proceeding against Ameriquest Mortgage Company and its related entities ("Ameriquest") and Deutsche Bank National Company as Trustee ("Deutsche"), including American Home Mortgage Servicing as servicing agent for Deutsche for notice purposes only (collectively "Defendants"), which cases predate the Class Action Settlement finally approved in this matter [Docket No. 3628];[1]

WHEREAS, the Enixes, Studebakers and Mullinses have continued to pursue their claims by filing amended pleadings in their referenced individual cases subsequent to the issuance of the notice of class action settlement s*ee*, [Docket Nos. 3017 and 3018];

WHEREAS, status reports filed on behalf of the Enixes, Studebakers and Mullinses

---

[1] The individual cases are *Enix v Ameriquest et al*. (07 CV 00907) and *Studebaker/Mullins v. Ameriquest et al*. (08 CV 00743).

notified the Court and Defendants on March 4, 2010 that these Plaintiffs had opted out of the Class Action Settlement and would proceed with litigation subject to compliance with the mediation sessions agreed to by the opt out Plaintiffs and Defendants. [Docket Nos. 3439 and 3440];

WHEREAS, on July 15, 2010, the Parties have met and conferred and agree that the Enixes, Studebakers and Mullins have opted out of the Class Action Settlement and are therefore not bound by it;

WHEREAS, the Enixes, Studebakers and Mullinses have withdrawn their Motion to Amend the Final Order and Judgment on Opt Out Plaintiffs to Class Action Settlement (the "Motion to Amend"), filed at [Docket No. 3633];

Borrower Class Plaintiffs, Defendants and Michael and Michelle Enix (the "Enixes"), Rockaway and Jalia Studebaker (the "Studebakers") and Christopher and Lisa Mullins (the "Mullinses") (collectively, the "Parties") hereby stipulate, subject to Court approval, that the Enixes, Studebakers and Mullins are excluded from the Class Settlement Agreement and are therefore not bound by it.

NOW THEREFORE, the Parties propose that the Court approve this Stipulation and enter it as an order of the Court.

IT IS SO STIPULATED:

Dated: July 15, 2010

| | |
|---|---|
| /s/ *Kelly M. Dermody* | /s/ *Gary Klein* |
| Kelly M. Dermody | Gary Klein |

Kelly M. Dermody  
Rachel Geman  
LIEFF, CABRASER, HEIMANN  
  & BERNSTEIN, LLP  
275 Battery Street, 29th Floor  
San Francisco, CA  94111-3339  
Telephone:  (415) 956-1000  
Facsimile:   (415) 956-1008  

Gary Klein  
Shennan Kavanagh  
RODDY KLEIN & RYAN  
727 Atlantic Avenue  
Boston, MA   02111-2810  
Telephone:  (617) 357-5500 ext. 15  
Facsimile:   (617) 357-5030  

*/s/ Jill Bowman*  
Jill Bowman  

Jill Bowman  
Terry Smiljanich  
JAMES, HOYER, NEWCOMBER  
  & SMILJANICH, P.A.  
One Urban Center, Suite 550  
4830 West Kennedy Boulevard  
Tampa, FL  33609  
Telephone: (813) 286-4100  
Facsimile:  (813) 286-4174  

*Plaintiffs' Co-Lead Counsel*


*/s/ Charles J. Roedersheimer*  
Charles J. Roedersheimer (#0020273)  
Thompson & DeVeny Co., LPA  
Attorney for Plaintiffs  
1340 Woodman Drive  
Dayton, Ohio 45432  
P: 937 252-2030  
F: 937 252-9425  
charles@thompsonanddeveny.com  
tbdklaw@gmail.com  

*Counsel for Michael and Michelle Enix, Rockaway and Jalia Studebaker and Christopher and Lisa Mullins*

    */s/ Bernard E. LeSage*
Bernard E. LeSage
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

*Counsel for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

## CERTIFICATE OF SERVICE

    I, Gary Klein, hereby certify that on this 15th day of July, 2010, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

                                                  */s/ Gary Klein*
                                                  Gary Klein