IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05 cv 7097 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS AND THE FOLLOWING INVIDIDUAL ACTIONS: | Centralized before Judge Marvin E. Aspen |
| *Arthur Coleman and Ethelyn Coleman v. Ameriquest Mortgage Co., et al.*, 07 cv 2459 (N.D. Ill.) | |
| *Dwayne R. McLin and Bridgette McLin v. Ameriquest Mortgage Co., et al.*, 07 cv 2460 (N.D. Ill.) | |
| *Brenda Cox Moore v. Ameriquest Mortgage Co., et al.*, 07 cv 1817 (N.D. Ill.) | |
| *Ivan Sims v. Ameriquest Mortgage Co., et al.*, 07 cv 2462 (N.D. Ill.) | |
| *Elgin Swanigan, Jr. and Denise Swanigan v. Ameriquest, et al.*, 07 cv 3315 (N.D. Ill.) | |
| *Elgin Swanigan, and Melvina Swanigan v. Ameriquest, et al.*, 10 cv 1039 (N.D. Ill.) | |
| *Sarah Tucker v. Ameriquest Mortgage Co., et. al.*, 08 cv 992 (N.D. Ill.) | |
| *William Yeaman and Pamela Yeaman v. Ameriquest, et al.*, 06 cv 6967 (N.D. Ill) | |

**CERTAIN INDIVIDUAL PLAINTIFFS' MOTION, PURSUANT TO FED. R. CIV. PRO. RULE 59, TO AMEND THE FINAL ORDER AND JUDGMENT TO LIST CERTAIN INDIVIDUALS AS OPT-OUTS FROM CLASS ACTION**

Now Comes the undersigned as Plaintiffs' Counsel in the above captioned individual actions transferred before this Court on behalf of Plaintiffs in each of the above listed individual actions as well as two matters pending before the Circuit Court of Cook County, Illinois ("Plaintiffs") to move this Court to amend its Final Order of June 29, 2010 (Docket 3631) to list Plaintiffs who have provided notice of their election to opt out of participation in the class action settlement. In support of this motion Plaintiffs state as follows:

1. Plaintiffs each filed individual actions in this Court or as counterclaims or third party actions in foreclosures that are currently pending before the Circuit Court of Cook County, Illinois.[1]

2. Plaintiffs' claims are against Ameriquest Mortgage Company, Argent Mortgage Company, other affiliates and assignees of their home refinance loans alleging various violations of the federal Truth In Lending Act, including failure to provide notices of right to cancel, failure to provide other material disclosures, providing borrowers with incomplete or blank notice of right to cancel, providing other documents to confuse the borrowers' right to cancel, and failing to respond to borrowers' elections to rescind.  Plaintiffs seek damages and rescission of the loans as well as an award of their attorney's fees.

3. Certain plaintiffs also allege other wrongful behavior such as fraudulent inflation of the loan amount by using a false appraisals (Coleman v. Ameriquest, et al., 07 cv 2459 and Yeaman v. Ameriquest, et al., 06 cv 6967) and forging loan applications to falsely overstate borrowers' income Yeaman v. Ameriquest, et al., 06 cv 6967).

---

[1] Plaintiffs' actions that were originally filed in this District Court were each transferred to this Court as part of the MDL proceedings with the exception of the Elgin and Melvina Swanigan v. Ameriquest, et al., 10 cv 1039, which is before Judge Samuel Der-Yeghiayan.  The two matters pending before the Circuit Court of Cook County, Illinois are *Deutsche Bank National Trust Co. v. Kennedy Thorne and Carletha Bennett v. ACC Capital Holdings Corp., et al.*, 07 CH 8830 and *Deutsche Bank National Trust Co. v. Christopher Zander and Cynthia Zander v. Ameriquest Mortgage Co., et al.*, 06 CH 13459

4. On February 16, 2010 Plaintiffs filed <u>Notice of Individual Opt-Outs From Class Action</u> (Docket No. 3389) providing notice that each of the Plaintiffs listed therein was opting out of the class action settlement that was proposed. A copy of the Notice of Individual Opt-Outs is attached hereto as Exhibit A.

5. The Opt-Out Notice specifically indicated that each Plaintiff "opt-out of participation in any class action or class settlement involving their Ameriquest Mortgage Company, Argent Mortgage Company, LLC or Town and Country Credit Corporation originated loan". The Notice then provided a list of each of the Plaintiffs by name and listed the case number for their individual action.

6. Plaintiffs' Counsel is in receipt of this Court's June 29, 2010 Order wherein it attached and incorporated a list of opt out Plaintiffs, wherein none of the Plaintiffs are listed with the exception of Elgin Swanigan, Jr. and Denise Swanigan.

7. Plaintiffs' counsel then contacted Rust Consulting, Inc. and spoke with the project manager named Jason who is purportedly handling the administration of the class action.

8. Jason informed Plaintiffs' counsel that Rust Consulting did review the Court's records to determine the accuracy of their list of opt out Plaintiffs, but did not uncover Plaintiffs' Opt Out Notice.

9. Plaintiffs provided timely notice of their intention and wish to opt out of the class action settlement in order to complete their individual actions.

10. The Plaintiffs have been actively pursuing their litigation, in this Court as well as in the Circuit Court of Cook County.

11. It would be patently unfair to force Plaintiffs to accept whatever meager distribution they may receive from the class settlement when they have meritorious claims on their own, with counsel who has been representing them in this Court and in others for three years or more and each Plaintiff has provided adequate notice of their request to opt out of the class settlement.

12. This request is made of this Court well within the 30 days allowed under Fed. R. Civ. Pro. Rule 59 for parties to move the amendment of final judgments.

WHEREFORE Plaintiffs respectfully request this Court amend its June 29, 2010 Order to add Plaintiffs listed herein as Opt Out Plaintiffs.

Respectfully Submitted,

\_\_\_\_/s/ Lloyd Brooks_____
Individual Plaintiffs' Attorney

Lloyd Brooks - State Bar No. 6271994
**THE BROOKS LAW FIRM**
18110 Dixie Highway, Suite 2N
Homewood, Illinois 60430
(708) 841-8000 Telephone
(708) 841-8080 Facsimile