IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION ) ) ) | MDL No. 1715 |
| ) | Lead Case No. 05 cv 7097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | Centralized before Judge Marvin E. Aspen |

## **NOTICE OF INDIVIDUAL OPT-OUTS FROM CLASS ACTION**

Plaintiffs in the following pending actions or claims hereby provide notice to this Court that they opt-out of participation in any class action or class settlement involving their Ameriquest Mortgage Company, Argent Mortgage Company, LLC or Town and Country Credit Corporation originated loan:

| **Borrower(s) Name** | **Case No. and Jurisdiction** |
|---|---|
| Arthur Coleman and Ethelyn Coleman, Peoria, Illinois | 07 cv 2459 (N.D. Ill.) |
| Dwayne R. McLin and Bridgette McLin, Chicago, Illinois | 07 cv 2460 (N.D. Ill.) |
| Brenda C. Moore, Maywood, Illinois | 07 cv 1817 (N.D. Ill.) |
| Ivan Sims Chicago, Illinois | 07 cv 2462 (N.D. Ill.) |
| Elgin Swanigan, Jr. and Denise Swanigan Chicago, Illinois | 07 cv 3315 (N.D. Ill.) |
| Elgin Swanigan and Melvina Swanigan, Cicero, IL | 10 cv 1039 (N.D. Ill.) |
| Kennedy Thorne and Carletha Thorne a/k/a Carletha E. Bennett, Broadview, Illinois. | 07 CH 8830 (Circuit Court of Cook Cty., Illinois) |
| Sarah Tucker, Chicago, Illinois | 08 cv 992 (N.D. Ill.) |

| William Yeaman and Pamela Yeaman, Arlington Heights, Illinois | 06 cv 6967 (N.D. Ill.) |
|---|---|
| Christopher Zander and Cynthia Zander Crestwood, Illinois | 06 CH 12995 (Circuit Court of Cook Cty., Illinois) |

Respectfully Submitted,

\_\_\_\_/s/ Lloyd Brooks_____
Individual Plaintiffs' Attorney

State Bar No. 6271994
Lloyd Brooks
**THE BROOKS LAW FIRM**
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile

## Certificate of Service

    I, Lloyd Brooks, hereby certify that on February 16, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                          ___/s/ Lloyd Brooks_____
                                                                          Lloyd Brooks