IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1715 ) ) Lead Case No. 05 cv 7097 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS AND THE FOLLOWING INVIDIDUAL ACTIONS: | ) ) Centralized before Judge Marvin E. Aspen ) |
| *Arthur Coleman and Ethelyn Coleman v. Ameriquest Mortgage Co., et al.*, 07 cv 2459 (N.D. Ill.) | ) ) |
| *Dwayne R. McLin and Bridgette McLin v. Ameriquest Mortgage Co., et al.*, 07 cv 2460 (N.D. Ill.) | ) ) ) |
| *Brenda Cox Moore v. Ameriquest Mortgage Co., et al.*, 07 cv 1817 (N.D. Ill.) | ) ) |
| *Ivan Sims v. Ameriquest Mortgage Co., et al.*, 07 cv 2462 (N.D. Ill.) | ) ) ) |
| *Elgin Swanigan, Jr. and Denise Swanigan v. Ameriquest, et al.*, 07 cv 3315 (N.D. Ill.) | ) ) |
| *Elgin Swanigan, and Melvina Swanigan v. Ameriquest, et al.*, 10 cv 1039 (N.D. Ill.) | ) ) ) |
| *Sarah Tucker v. Ameriquest Mortgage Co., et. al.*, 08 cv 992 (N.D. Ill.) | ) ) |
| *William Yeaman and Pamela Yeaman v. Ameriquest, et al.*, 06 cv 6967 (N.D. Ill) | ) ) |

## NOTICE OF MOTION

To:   See Attached Service List

**Please Take Notice** that on Tuesday, July 27, 2010 at 10:30 a.m., I shall appear before the Honorable Judge Aspen, or in any judge sitting in his stead, in Room 2568 in the United States District Court for the Northern District of Illinois located at 219 S. Dearborn Street, Chicago, Illinois and there and then present **Certain Individual Plaintiffs' Motion, Pursuant to Fed. R. Civ. Pro. Rule 59, to Amend the Final Order and Judgment To List Certain Individuals as Opt-Outs from Class Action**, a copy of which is hereby served upon you.

Lloyd Brooks - State Bar No. 6271994
**THE BROOKS LAW FIRM**                    ____/s/ Lloyd Brooks_____
18110 Dixie Highway, Suite 2N              Individual Plaintiffs' Attorney
Homewood, Illinois 60430
(708) 841-8000 Telephone
(708) 841-8080 Facsimile

## Certificate of Service

  I, Lloyd Brooks, hereby certify that on July 20, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.