IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YVONNE D. NIMOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 316 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | (Originally 06 C 177 (W.D. Mich.) |
| U.S. BANK, N.A., as Trustee for the Home | ) | |
| Equity Asset Trust 2005-4, Home Equity | ) | |
| Pass Through Certificates, Series 2005-4 | ) | (Transferred to Judge Aspen for pre- |
| WELLS FARGO HOME MORTGAGE | ) | Trial) |
| COMPANY, INC., d/b/a AMERICA'S | ) | |
| SERVICING CO., AND DOES 1-5, | ) | Proceeding under MDL #1715 |
| | ) | Lead Case No. 05 C 7097 |
| Defendants. | ) | |
| | ) | |

## DEFENDANT WELLS FARGO HOME MORTGAGE, INC., d/b/a AMERICA'S SERVICING COMPANY'S 41(b) MOTION TO DISMISS

NOW COMES Defendant, WELLS FARGO HOME MORTGAGE, INC., d/b/a AMERICA'S SERVICING COMPANY ("Wells Fargo"), by and through its attorneys, Litchfield Cavo LLP, pursuant to Federal Rule of Civil Procedure 41(b), and moves to Dismiss Plaintiff's Complaint, and in support thereof, states as follows:

1. On March 26, 2010, counsel for Plaintiff filed their Motion to Withdraw as Counsel for the Plaintiff, citing a communication breakdown that made it unreasonably difficult to represent the plaintiff. See Plaintiff's counsel's Motion to Withdraw as Counsel attached as Ex. A.

2. Per Plaintiff's Counsels' Motion, they requested leave to withdraw and 60 days thereafter for the plaintiff to retain new counsel and/or file a supplementary appearance. Ex. A.

3. On May 3, 2010, the Court granted Plaintiff's counsel's Motion to Withdraw. See May 3, 2010 order attached as Ex. B.

4. Plaintiff should have retained new counsel and/or file a supplementary appearance by July 2, 2010.

5. To date, Plaintiff has failed to retain new counsel and/or file a supplementary appearance.

6. Pursuant to Federal Rules of Civil Procedure Rule 41(b), if the Plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Fed. R.Civ.P. 41(b).

7. As the Plaintiff has failed to retain new counsel and/or file a supplementary appearance, and thus failed to prosecute her claim, this Court should dismiss the Plaintiff's Complaint.

8. A copy of this Motion to Dismiss has been sent to the Plaintiff's last known address via regular and certified mail.

WHEREFORE, for the reasons set forth above, defendant, WELLS FARGO, hereby moves this Honorable Court to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(b), and any other relief this honorable Court deems necessary.

July 21, 2010                                          Respectfully submitted,

                                                       s/ Steven M. Brandstedt
                                                       Steven M. Brandstedt

2

Thomas M. Crawford, Esq. (06210832)
Steven M. Brandstedt, Esq. (6277173)
Nicholas D. Butovich, Esq. (6277209)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6679/6646
Fax: (312) 781-6630 (fax)
Firm I.D. No. 36351
crawford@litchfieldcavo.com
brandstedt@litchfieldcavo.com