**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANTS
TRAVIS MORTGAGE, LLC AND MACKINNON & TAVANO, LLC**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Argent Mortgage Company, LLC hereby dismisses, with prejudice, its Fifth Amended Consolidated Third-Party Complaint with respect to its claims against Travis Mortgage, LLC and MacKinnon & Tavano, LLC relating specifically to the claims asserted by plaintiffs Robert and Marci Day (plaintiffs in the action of *Pasacreta, et al. v. Ameriquest Mortgage,* No. 06-CV-02468 (N.D. Ill.)). The parties shall bear their own costs and attorneys' fees.

DATED: July 22, 2010

Respectfully submitted,

By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand
David E. Dahlquist
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
TWiegand@winston.com

BN 6619015v1

1

## CERTIFICATE OF SERVICE

I, David E. Dahlquist, hereby certify that on this 22nd day of July 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ David E. Dahlquist