**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: | |
| BORROWER CLASS PLAINTIFFS' ACTIONS | |

**JOINT MOTION TO VACATE ORDER ON MOTION TO AMEND THE FINAL
ORDER AND JUDGMENT AND TO ENTER THE PARTIES' STIPULATION
ALLOWING OPT OUTS**

Borrower Plaintiffs, Defendants and Arthur and Ethelyn Coleman, Dwayne and Bridgette

McLin, Brenda Moore, Ivan Sims, Elgin Swanigan, Jr., Denise Swanigan, Elgin Swanigan,

Melvina Swanigan, Kennedy Thorne and Carletha Thorne (a/k/a Carletha Bennett), Sarah

Tucker, William and Pamela Yeaman and Christopher and Cynthia Zander, (the "Brooks

Plaintiffs"), (collectively, the "Parties"), jointly and respectfully request that the Court vacate its

July 21, 2010 order granting the Brooks Plaintiffs' Motion to Amend the Final Order and

Judgment to Add to the List Certain Individuals as Opt Outs from Class Action (Docket No.

3642) and enter the Parties' Stipulation Allowing Opt Outs, attached to this Motion as Exhibit A.

As grounds for this Motion, the Parties state as follows:

1.      On July 20, 2010, the Brooks Plaintiffs filed a Motion to Amend the Final Order

and Judgment to List Certain Individuals as Opt Outs from Class Action (the "Motion to

Amend") [Docket No. 3638].

2.      On July 20, 2010, the Parties met and conferred and based on the Brooks

Plaintiffs' prior filing of a Notice of Individual Opt-Outs From Class Action providing notice that each of the Brooks Plaintiffs listed therein was opting out of the Class Action Settlement [Docket No. 3398], agreed to file a Joint Stipulation to allow the Brooks Plaintiffs, subject to Court approval, to be excluded from the Class Action Settlement and therefore not be bound by it (the "Stipulation").

3.     The Stipulation had been drafted and was in the process of being signed by the Parties for filing.

4.     The Stipulation provides that the Brooks Plaintiffs would withdraw their Motion to Amend.

5.     Before the Parties had the opportunity to file the Stipulation, the Court entered an order granting the Brooks Plaintiffs' Motion to Amend [Docket No. 3642].

6.     The Court resolved an identical issue relating to opt-outs from the Class Action Settlement through the same Stipulation process that the Parties propose here and have agreed to follow for the Brooks Plaintiffs [Docket No. 3635] (Stipulation Between Borrower Class Plaintiffs, Defendants, Michael and Michelle Enix, Rockaway and Jalia Studebaker and Christopher and Lisa Mullins to Allow Exclusion from Class Action Settlement), granted by the Court on July 20, 2010 [Docket No. 3641].

7.     The Parties hereby request that the Court grant this Motion to Vacate its Order on the Brooks Plaintiffs' Motion to Amend and enter the Parties Stipulation to resolve the Motion to Amend. An executed copy of the Parties' Stipulation is attached hereto as Exhibit A.

8.     Entry of the stipulation will have the same practical effect as an order amending the Final Order and Judgment, but will not affect the finality of that order.

Respectfully submitted,

2

Dated:  July 22, 2010

_/s/ Kelly M. Dermody_
Kelly M. Dermody

Kelly M. Dermody
Rachel Geman
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

_/s/ Jill Bowman_
Jill Bowman

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

_/s/ Gary Klein_
Gary Klein

Gary Klein
Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA   02111-2810
Telephone:  (617) 357-5500 ext. 15
Facsimile:   (617) 357-5030

_Plaintiffs' Co-Lead Counsel_

_/s/ Lloyd Brooks_
Lloyd Brooks - State Bar No. 6271994
THE BROOKS LAW FIRM
18110 Dixie Highway, Suite 2N
Homewood, Illinois 60430
(708) 841-8000 Telephone
(708) 841-8080 Facsimile

_Counsel for Arthur and Ethelyn Coleman, Dwayne and Bridgette McLin, Brenda Moore, Ivan Sims, Elgin Swanigan, Melvina Swanigan, Kennedy Thorne and Carletha Thorne (a/k/a Carletha Bennett), Sarah Tucker, William and Pamela Yeaman and Christopher and Cynthia Zander_

3

*/s/ Bernard E. LeSage*
Bernard E. LeSage
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

*Counsel for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

## CERTIFICATE OF SERVICE

I, Gary Klein, hereby certify that on this 22nd day of July, 2010, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

*/s/ Gary Klein*
Gary Klein

4