***EXHIBIT A***

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| | (Centralized before The Honorable Marvin E. Aspen) |
| THIS DOCUMENT RELATES TO: | |
| BORROWER CLASS PLAINTIFFS' ACTIONS | |

**STIPULATION BETWEEN BORROWER CLASS PLAINTIFFS, DEFENDANTS AND THE BROOKS PLAINTIFFS TO ALLOW EXCLUSION FROM CLASS ACTION SETTLEMENT**

WHEREAS, Arthur and Ethelyn Coleman, Dwayne and Bridgette McLin, Brenda Moore, Ivan Sims, Elgin Swanigan, Melvina Swanigan, Kennedy Thorne and Carletha Thorne (a/k/a Carletha Bennett), Sarah Tucker, William and Pamela Yeaman and Christopher and Cynthia Zander (collectively, the "Brooks Plaintiffs") each filed individual actions in this Court or as counterclaims or third party actions in foreclosures that are currently pending before the Circuit Court of Cook County, Illinois;

WHEREAS, on February 16, 2010, the Brooks Plaintiffs filed a Notice of Individual Opt-Outs From Class Action (Docket No. 3398) providing notice that each of the Brooks Plaintiffs listed therein was opting out of the Class Action Settlement;

WHEREAS, the Brooks Plaintiffs have been actively pursuing their litigation, in this Court as well as in the Circuit Court of Cook County;

WHEREAS, on July 20, 2010, counsel for the Borrower Class Plaintiffs, Defendants and the Brooks Plaintiffs (collectively, the "Parties") met and conferred and agree that the Brooks

Plaintiffs have opted out of the Class Action Settlement and are therefore not bound by it;

WHEREAS, the Requested Opt-Outs do not press their Motion to Amend the Final Order and Judgment to List Certain Individuals as Opt-Outs from Class Action (the "Motion to Amend"), filed at [Docket No. 3638];

The Parties hereby stipulate, subject to Court approval, that the Brooks Plaintiffs are excluded from the Class Settlement Agreement and are therefore not bound by it.

NOW THEREFORE, the Parties propose that the Court approve this Stipulation and enter it as an order of the Court.

IT IS SO STIPULATED:

Dated:  July 22, 2010

| | |
|---|---|
| */s/ Kelly M. Dermody* | */s/ Gary Klein* |
| Kelly M. Dermody | Gary Klein |
| Kelly M. Dermody | Gary Klein |
| Rachel Geman | Shennan Kavanagh |
| LIEFF, CABRASER, HEIMANN | RODDY KLEIN & RYAN |
| & BERNSTEIN, LLP | 727 Atlantic Avenue |
| 275 Battery Street, 29th Floor | Boston, MA  02111-2810 |
| San Francisco, CA  94111-3339 | Telephone:  (617) 357-5500 ext. 15 |
| Telephone:  (415) 956-1000 | Facsimile:  (617) 357-5030 |
| Facsimile:  (415) 956-1008 | |
| */s/ Jill Bowman* | |
| Jill Bowman | |

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

/s/ Lloyd Brooks
Lloyd Brooks - State Bar No. 6271994
THE BROOKS LAW FIRM
18110 Dixie Highway, Suite 2N
Homewood, Illinois 60430
(708) 841-8000 Telephone
(708) 841-8080 Facsimile

*Counsel for Arthur and Ethelyn Coleman, Dwayne and Bridgette McLin, Brenda Moore, Ivan Sims, Elgin Swanigan, Melvina Swanigan, Kennedy Thorne and Carletha Thorne (a/k/a Carletha Bennett), Sarah Tucker, William and Pamela Yeaman and Christopher and Cynthia Zander*

/s/ Bernard E. LeSage
Bernard E. LeSage
BUCHALTER NEMER,
a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

*Counsel for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

## CERTIFICATE OF SERVICE

I, Gary Klein, hereby certify that on this 22nd day of July, 2010, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

/s/ Gary Klein
Gary Klein