# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | MDL No. 1715 |
| | Lead Case No. 05 C 07097 |
| THIS DOCUMENT RELATES TO: BORROWER CLASS PLAINTIFFS' ACTIONS | (Centralized before the Honorable Marvin E. Aspen) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, July 29, 2010 at 10:30 a.m., we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the ***Joint Motion to Vacate Order on Motion to Amend the Final Order and Judgment and to Enter the Parties' Stipulation Allowing Opt Outs***, a copy of which is hereby served upon you.

Respectfully submitted,

Dated: July 22, 2010

| | |
|---|---|
| */s/ Kelly M. Dermody*<br>Kelly M. Dermody | */s/ Gary Klein*<br>Gary Klein |
| Kelly M. Dermody<br>Rachel Geman<br>LIEFF, CABRASER, HEIMANN<br>  & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 | Gary Klein<br>Shennan Kavanagh<br>RODDY KLEIN & RYAN<br>727 Atlantic Avenue<br>Boston, MA  02111-2810<br>Telephone:  (617) 357-5500 ext. 15<br>Facsimile:  (617) 357-5030 |

*/s/ Jill Bowman*
Jill Bowman

Jill Bowman
Terry Smiljanich
JAMES, HOYER, NEWCOMBER
  & SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I, Gary Klein, hereby certify that on this 22nd day of July, 2010, the foregoing document was filed electronically. Notice of filing was sent to all Filing Users by the Court's ECF system. Filing users may access this document electronically through the Court's ECF system.

                                                                             */s/ Gary Klein*
                                                                            Gary Klein