**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead case No. 05-7097 |
| THIS DOCUMENT RELATES TO:<br><br>*Neubeck, et al. v. Ameriquest Mortgage Company, et al.*, (Case No.: 08-cv-795 N.D. Ill.) | Centralized before the Honorable Marvin E. Aspen |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT, *INSTANTER***

TO: Counsel of Record

    PLEASE TAKE NOTICE that on the 29th day of July, 2010, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Marvin Aspen in Courtroom 2568, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, *INSTANTER***, a copy of which is attached hereto.

                                Respectfully submitted by:

                                /s/ Anthony P. Valach, Jr.
                                Counsel for the Plaintiffs

                                Daniel Harris, Esq.
                                Anthony Valach, Esq.
                                The Law Offices of Daniel Harris
                                150 N. Wacker Drive, Suite 3000
                                Chicago, IL  60606
                                Phone: (312) 960-1802
                                Fax: (312) 960-1936
                                lawofficedh@yahoo.com

## **CERTIFICATE OF SERVICE**

     I, Anthony P. Valach, Jr., hereby certify that on this 23rd day of June 2010, a true and correct copy of **PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE AMENDEND COMPLAINT,** *INSTANTER* was served, via the Court's electronic filing system, upon counsel of record.

                                                /s/ Anthony Valach
                                                  Anthony Valach