**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

| | | |
|---|---|---|
| DELOIS MILLS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 05 C 3976<br><br>Judge Leinenweber<br>Magistrate Judge Ashman<br><br>(Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097<br><br><br><br><br><br>**JURY DEMANDED** |
| Plaintiff, | | |
| v. | | |
| AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass-Through Certificates, Series 2002-4 under the Pooling & Servicing Agreement dated as of November 1, 2002, Without Recourse, and JOHN DOES 1-10, | | |
| Defendants. | | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT, *INSTANTER***

Plaintiff Delois Mills respectfully moves this Court, pursuant to Fed. R. Civ. Pro. 15(a), for leave to file a Third Amended Complaint, and to have it deemed filed *instanter*. A copy of her proposed Third Amended Complaint is attached hereto as Appendix A. In support of her motion, plaintiff states as follows:

1

1.     Ms. Mills filed this action against defendant Ameriquest Mortgage Company and affiliates on July 8, 2005 to rescind her mortgage loan and to recover damages for violations of the Truth In Lending Act, 15 U.S.C. § 1601 ("TILA"), and implementing Federal Reserve Board Regulation Z, C.F.R. part 226.

2.     Plaintiffs seek merely to add as defendant American Home Mortgage Servicing, Inc., which now services her loan, and to dismiss defendant AMC Mortgage Services, Inc., without prejudice.   AMC Mortgage Services, Inc. no longer services her loan.

3.     The minor, proposed changes would not cause any prejudice to any defendant. See Johnson v. Oroweat Foods, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial); Hely & Patterson Intern v. F.D. Rich Housing, 663 F.2d 419, 426 (3d Cir. 1981) ("In the context of a 15(a) amendment, prejudice means that the nonmoving party must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered had the amendments . . . been timely"); Head v. Timken Roller Bearing Co., 486 F.2d 870, 873 (6th Cir. 1973) ("amendments should be tendered no later than the time of pretrial . . .").

4.     Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires."  A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

WHEREFORE, plaintiff respectfully requests that this Court enter an Order (A) granting her leave to file the proposed Third Amended Complaint, a copy of which is attached as Appendix A, (B) deeming the Third Amended Complaint filed *instanter*, (C) dismissing defendant AMC Mortgage Services, Inc., without prejudice, and (D) granting any further or other relief that the Court deems just.

                                          Respectfully submitted,

                                          s/Cathleen M. Combs
                                          Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS
      & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)