# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before The Honorable Marvin E. Aspen |

**THIRD-PARTY DEFENDANTS NATIONS TITLE AGENCY OF ILLINOIS, INC., NATIONS TITLE AGENCY OF MICHIGAN, INC. AND NATIONS TITLE AGENCY OF MISSOURI, INC.'S STATUS REPORT RE: SCHEDULING SETTLEMENT CONFERENCES FOR OPT-OUT PLAINTIFFS REPRESENTED BY THE EDELMAN AND HARRIS FIRMS**

Third-Party Defendants, Nations Title Agency Of Illinois, Inc., Nations Title Agency Of Michigan, Inc. and Nations Title Agency Of Missouri, Inc., (Nations Title Entities") through their attorney, McCormack Law., S.C. respectfully submit the following status report regarding proposed settlement conference dates.

1. The Ameriquest defendants/third party plaintiffs have set forth proposed dates for the settlement conferences for the 220 plaintiffs represented by the Edelman Firm and the 130 plaintiffs represented by the Harris Firm in advance of the July 29, 2010 scheduling hearing to set same.

2. The Nations Title Entities are named as third party defendants for 19 of the claims to be scheduled for settlement conference. 17 are Edelman claims and 2 are Harris claims. A breakdown of the claims is attached as Exhibit A.

3. The settlement conferences are to be presided over by Magistrate Judge Morton Denlow. Magistrate Denlow's Standing Order requires that insured parties must have a representative of the insurer present in person at a settlement conference.

4. The Nations Title Entities insurer representative is Mr. Larry David of Great American Insurance Company. Mr. David's office is in New Jersey. Mr. David is available to travel to Chicago to attend settlement conferences on the following dates:

September 27, 28, 29.

October 4, 5, 6, 7, 8.

October 18, 19, 20, 21, 22.

October 25, 26, 27.

5. In the event that the mediations involving the Nations Title Entities cannot be scheduled on the above stated dates, Mr. David will endeavor to be available by telephone if acceptable to the Court.

Dated: July 27, 2010                By: /s/ David C. McCormack
                                                           *Counsel for Third-Party Defendants*
*Nations Title Agency Of Illinois, Inc.,*
*Nations Title Agency Of Michigan, Inc.*
*and Nations Title Agency Of Missouri,*
*Inc.*

David C. McCormack
MCCORMACK LAW, S.C.
18875 Saratoga Court
Brookfield, WI 53045
Telephone (262) 790-1160
Facsimile (262) 790-1208

## **CERTIFICATE OF SERVICE**

I, David C. McCormack hereby certify that on this 27th day of July, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ David C. McCormack