# EXHIBIT A

**Edelman Claims**

| | |
|---|---|
| Transaction: | Elizabeth Bumpers and Henry Bumpers |
| Property Address: | 8637 Aberdeen, Chicago, IL 60620 |
| Transaction Date: | 2-27-2004 |
| Loan Number: | 0070729785 |

| | |
|---|---|
| Transaction: | Nelson and Melinda Jiminez |
| Property Address: | 270 Lilac Drive, Romeoville, Il 60446-4976 |
| Transaction Date: | 12-19-02 |
| Loan Number: | 0041552258-5542 |

| | |
|---|---|
| Transaction: | Earl E. Key |
| Property Address: | 7900 S. Kimbark, Unit A, Chicago, IL 60521 |
| Transaction Date: | 5-17-2002  18th? |
| Loan Number: | 0035972652 – 7305 |

| | |
|---|---|
| Transaction: | Sandra McGowan |
| Property Address: | 7026 S. Cregier Unit H3, Chicago, IL 60649 |
| Transaction Date: | June 3, 2003 |
| Loan Number | 0048603070-7301 |

| | |
|---|---|
| Transaction: | Sergio and Guadalupe Salazar |
| Property Address: | 3800 Marshall Court, Bellwood, IL 60104 |
| Transaction Date: | 5-28-2002 |
| Loan Number | 0036302156-5542 |

| | |
|---|---|
| Transaction: | Guillermina Yanong and Eric Smith |
| Property Address: | 1844 S. 60th Street, Cicero, IL 60804-1636 |
| Transaction Date: | 2-20-2002 |
| Loan Number: | 0034678318-7301 |

| | |
|---|---|
| Transaction: | Gilbert and Ginelle Treadwell |
| Property Address: | 758 S. Kedvale Ave, Chicago, IL 60624 |
| Transaction Date: | 10-23-02 |
| Loan Number | 0039506936-7301 |

| | |
|---|---|
| Transaction: | Tasha Wisniewski |
| Property Address: | 1195 Larkdale Row, Wauconda, Il 60084 |
| Transaction Date: | 6-10-04 |
| Loan Number | 0082579582 – 60154 |

Transaction: Nancy Garcia
Property Address: 5221 W. 30th Place, Cicero, IL 60804
Transaction Date: 2-21-04
Loan Number 0056296155-9701

Transaction: Carlos and Carolyn Archer
Property Address: 2567 Gilbert Ave, Niles, MI 49120
Transaction Date: 1-18-05
Loan Number 0106588627

Transaction: Jeffrey and Deborah Bush
Property Address: 522 Cayuga, Benton Harbor, MI 49022
Transaction Date: 10-18-05
Loan Number  0136367901- 5649

Transaction: Christopher and Christina King
Property Address: 2569 Kennedy St., Niles, MI 49120
Transaction Date: 8-10-04
Loan Number 0088302120-5649

Transaction: Patrick Lewis
Property Address: 8997 Garfield, Parma, MI 49269
Transaction Date: 8-11-05
Loan Number 0129516969 – 5649

Transaction: Jack Preimessberger
Property Address: 59075 First Street, New Haven, MI 48048
Transaction Date: 11-22-04
Loan Number 0100699602

Transaction: Terrance and Barbara Shepard
Property Address: 7165 Elm Street, Taylor, MI 48180
Transaction Date: 5/22/04
Loan Number 0080223986-6840

Transaction: Steven Booher
Property Address: 5 Aspen Court, Bethalto, IL 62010
Transaction Date: July 7, 2005
Loan Number 0125259507-7368

Transaction: Joe and Veronica Winters
Property Address: 1014 Caseyville Ave, Belleville, IL 62226
Transaction Date: May 20, 2005
Loan Number 1400000307211

**Harris Claims**

| | |
|---|---|
| Transaction: | Daniel and Donna Cashen |
| Property Address: | 840 North Bristol Drive, Algonquin, IL 60102 |
| Transaction Date: | 12-16-03 |
| Loan Number | 0064475205-7361 |

| | |
|---|---|
| Transaction: | Kelly and Jo Lynn Sedgwick |
| Property Address: | 400 Blain Street, Yorkville, IL 60560 |
| Transaction Date: | 5-23-03 |
| Loan Number: | 0048180624-5624 |