UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

| | | |
|---|---|---|
| Ameriquest Mortgage Company, et al. | | |
| | Plaintiff, | |
| v. | | Case No.: 1:05−cv−07097 |
| | | Honorable Marvin E. Aspen |
| Ameriquest Mortgage Company, et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 28, 2010:

    MINUTE entry before Honorable Marvin E. Aspen:Plaintiffs' Motion for leave to file [3650] amended complaint instanter is granted. Motion terminated. Party Ameriquest Mortgage Securities, Inc, Asset Backed Pass Through Certificates, Series 2005−R1 Under the Pooling and Servicing Agreement dated as of December 1, 2005 without recourse and Citigroup Global Markets Inc. added. The motion hearing set for 7/29/10 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.