# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1715<br><br>LEAD CASE NO. 1:05-cv-07097 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,<br>    Third-Party Plaintiff,<br><br> vs.<br><br>TRANS UNION LLC, a Delaware corporation; TRANS UNION CORPORATION, a Delaware corporation; CHOICEPOINT PRECISION MARKETING, INC., a Georgia corporation; EQUIFAX CREDIT INFORMATION SERVICES, INC., a Georgia corporation; EQUIFAX MARKETING SERVICES, a division of Equifax Credit Information Services, Inc.;<br>    Third-Party Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTE THAT, effective August 2, 2010, the address for Schuckit & Associates, P.C. will change to:

 Schuckit & Associates, P.C.
 4545 Northwestern Drive
 Zionsville, IN  46077
 Telephone:  (317) 363-2400
 Fax:  (317) 363-2257

Respectfully submitted,

*s/ William R. Brown*
Robert J. Schuckit, Esq. (IL #6183900)
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC and Trans Union Corporation*