UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Ameriquest Mortgage Company, et al.
                        Plaintiff,

v.                                      Case No.: 1:05–cv–07097
                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 29, 2010:

      MINUTE entry before Honorable Morton Denlow:Magistrate Judge Status hearing held on 7/29/2010. Status hearing set for 11/16/2010 at 10:15 AM. Plaintiffs to submit written itemization of damages and settlement demands to Ameriquest by 8/19/2010. Ameriquest to forward to the Third–Party Defendants' their written settlement demand on or by 9/30/2010. Third–Party Defendants to make their written offer to Ameriquest on or by 10/21/2010. Ameriquest to submit written settlement offers to Plaintiffs on or by 11/4/2010. Copies of the demands and offers are to be sent to Judge Denlow at the time they are made. Settlement conference regarding Edelman Cases set for 12/07/2010 and 12/08/2010 at 9:00 a.m. Settlement conference regarding Harris Firm set for 12/09/2010 and 12/10/2010 at 9:00 a.m.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.