# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before The Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## DECLARATION OF DAVID J. CHIZEWER

I, David J. Chizewer, declare and state as follows:

1. I am a principal of the law firm Goldberg Kohn Ltd. ("Goldberg Kohn"), and I am counsel for Third-Party Defendant National Real Estate Information Services. Inc., in the above-captioned matter. Goldberg Kohn, and specifically myself, Steven A. Levy, and Kathryn B. Walter, have been appointed by this Court to act as Liaison Counsel for all of the Third-Party Defendants in this matter.

2. I was admitted to practice in the State of Illinois in 1991 and remain in good standing before the Supreme Court of Illinois.

3. Through June 30, 2010, Goldberg Kohn has performed work and incurred expenses associated with its role as Liaison Counsel to the Third-Party Defendants in the above-captioned lawsuit, for a total value of $8,121.12.[1] A print out of an Invoice

---

[1] Pursuant to this Court's Order of December 10, 2008, found at *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litig.*, 2008 WL 5170769, *4-*6 (N.D. Ill. Dec. 10, 2008), Liaison Counsel has not included in this total the amounts that correspond to time spent preparing their earlier fee petitions, determining the amount owed by each Third-Party Defendant pursuant to their earlier fee awards from the Court in accordance with the formula approved by this Court on September 8, 2008, drafting a motion for judgment against certain Third-Party Defendants that have not paid amounts owed for previous fees, or communicating with Third-Party Defendants regarding fees (D.E. # 2347).

showing such fees and costs is attached hereto as Exhibit 1. The rates charged by Goldberg Kohn have already been approved by the Court and are comparable to the rates charged by other commercial law firms in Chicago, and the work reflected in Invoice attached hereto as Exhibit 1 was necessary and appropriate to protect the Third-Party Defendants' interests in this case. The Invoice reflects the names of the attorneys and/or paralegals performing the work, their hourly rates, the hours spent, and the work performed. The Invoice also includes the costs associated with this matter. See Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of July, 2010.

_____
David J. Chizewer

# EXHIBIT 1

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES
Third-Party Defendant Group
c/o Goldberg Kohn
David J. Chizewer
55 East Monroe Street
Suite 3300
Chicago, IL 60603

JULY 22, 2010
6312.002/195212
PAGE 1

REGARDING:  LIAISON COUNSEL

**FOR PROFESSIONAL SERVICES RENDERED**

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/10 | Email and telephone communications with Third-Party Defendants re payments (.50); email communications with WXS and KBW re payments (1.00); update chart (.30) | NXB+ | 1.80 | N/C |
| 04/01/10 | Confer with Third-Party Defendants re fees | KBW | 0.30 | N/C |
| 04/06/10 | Conference with KBW re motion and mediation discovery issues | DJC | 0.30 | 150.00 |
| 04/06/10 | Confer with Third-Party Defendants re filing appearances (.10 - N/C) confer with DJC re discovery/mediation issues (.20) | KBW | 0.20 | 73.00 |
| 04/07/10 | Review court order on motion for extension of time to file answers and email exchange with Third-Party Defendants re same | DJC | 0.30 | 150.00 |
| 04/08/10 | Review various filings | DJC | 0.40 | 200.00 |
| 04/12/10 | Review emails and charts re Third-Party Defendant questions (.50); email to Third-Party Defendants (.50) | NXB+ | 1.00 | N/C |
| 04/13/10 | Email to WLS re additional checks received (.20); email communications with Third-Party Defendants re payments (.50); update charts (.80) | NXB+ | 1.50 | N/C |
| 04/14/10 | Meeting with TJL re Third-Party Defendants' and emails and totals for charts (.30); gather all emails received re payments and promised payments (1.00) | NXB+ | 1.30 | N/C |
| 04/14/10 | Review email and voice mail from B. Newman re settlement of 100 cases and email to Third-Party Defendants re same | DJC | 0.50 | 250.00 |
| 04/15/10 | Prepare for and attend fairness hearing (2.00); meet with counsel for Ameriquest after same (.30); report to Third-Party | DJC | 2.40 | 1,200.00 |

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 22, 2010
6312.002/195212
PAGE 2

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| | Defendants re settlement issues (.10) | | | |
| 04/16/10 | Review court orders re remanding individual cases (.20); discuss motion for judgment with NXB (.20 - N/C) | KBW | 0.20 | 73.00 |
| 04/19/10 | Email to WLS re new checks received (.40); review charts to make sure they are updated (2.20) | NXB+ | 2.60 | N/C |
| 04/19/10 | Correspond with NXB re payments received from insurance companies and correspond with Third-Party Defendants re same (.20); revise motion for judgment (.30) | KBW | 0.50 | N/C |
| 04/20/10 | Update chart with paid and upaid amounts per KBW request | NXB+ | 5.00 | N/C |
| 04/20/10 | Review draft motion for judgment supporting materials prepared by NXB | KBW | 0.80 | N/C |
| 04/21/10 | Prepare addendum of March-June fees of unpaid Third-Party Defendants for proposed order per KBW request | NXB+ | 3.00 | N/C |
| 04/21/10 | Review final motion for judgment (.80 - N/C); review correspondence from Third-Party Defendants re additions to email distribution list and other issues (.20) | KBW | 0.20 | 73.00 |
| 04/22/10 | Calculate differences in amounts owed, paid and dismissed (1.00); review and update charts (1.00); finalize addendum for July-September fees for proposed order (1.00) | NXB+ | 3.00 | N/C |
| 04/22/10 | Review final version of motion for judgment | KBW | 0.20 | N/C |
| 04/23/10 | Update charts per checks received (.30); review additional emails (2.00); email communications with GAW, KBW and WLS re payments (.20) | NXB+ | 2.50 | N/C |
| 04/23/10 | Review final versions of Ameriquest motion | KBW | 0.70 | N/C |
| 04/26/10 | Review correspondence re Lefebvre Plaintiffs and potential settlement | KBW | 0.40 | 146.00 |
| 04/26/10 | Check bankrupcty status of various Defendants | MXE+ | 1.20 | 132.00 |
| 04/27/10 | Check bankruptcy status of various Defendants | MXE+ | 1.50 | 165.00 |
| 04/28/10 | Review draft proforma from DMO in preparation for filing motion for fees for 1st quarter 2010 (.20 - N/C); review correspondence re LeFebvre Plaintiffs mediation and draft | KBW | 0.60 | 219.00 |

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 22, 2010
6312.002/195212
PAGE 3

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| | correspondence to Third-Party Defendants re same (.60) | | | |
| 04/29/10 | Telephone conference with Third-Party Defendants re possibility of settlement with LeFebvre Plaintiffs (.20); finalize motion for judgment (.80 - N/C) | KBW | 0.20 | 73.00 |
| 04/29/10 | File Notice and Motion for Entry of Judgment Against Certain Third-Party Defendants for Attorneys' Fees and Costs 05 C 7097 | MXE+ | 0.40 | 44.00 |
| 04/30/10 | Telephone calls with KBW and NXB re amendments to motion for judgment (.70); prepare amended motion for judgment (.80); review amended exhibits to same (.70); telephone call to Court re same (.50); conduct electronic filing of amended motion (.50); delivery courtesy copies to Judge Aspen (.50) | HMS+ | 3.70 | N/C |
| 04/30/10 | Update charts for amended motion for judgment (3.50); telephone conference with HMS re same (.50) | NXB+ | 4.00 | N/C |
| 04/30/10 | Confer with NXB, HMS, DJC, and GAW re filing revised Addenda in support of motion for judgment and review all materials re same (2.00); draft and file motion for fees for first quarter 2010 (1.50) | KBW | 3.50 | N/C |
| 05/03/10 | Review correspondence from C. Stalker re motion for judgment and confer with DJC re same | KBW | 0.20 | 73.00 |
| 05/04/10 | Telephone conferences with Third-Party Defendants re postponing LeFebvre mediation | KBW | 0.10 | 36.50 |
| 05/06/10 | Review correspondence from Third-Party Defendants re Motion for Judgment (1.20 - N/C); review correspondence from B. Newman re remanding certain Third-Party Defendants, review relevant pleadings, and contact relevant attorneys for Third-Party Defendants re same (0.60); review correspondence re mediation and draft correspondence to Third-Party Defendants re same (0.80) | KBW | 2.60 | 949.00 |
| 05/06/10 | Attention to remand issues | DJC | 0.30 | 150.00 |
| 05/06/10 | Email communications re Third-Party Defendant correspondence and payments; review correspondence | NXB+ | 1.30 | 240.50 |

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES  JULY 22, 2010
6312.002/195212
PAGE 4

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/07/10 | Review ECF filings (.50); email communications with KBW and GAW re payments and correspondence (.30); update charts (.50) | NXB+ | 1.30 | 240.50 |
| 05/13/10 | Review proforma re identifying non-collectible time and confer with DMO re same (.20); review correspondence from Third-Party Defendants re motion for judgment (.10) | KBW | 0.30 | 109.50 |
| 05/18/10 | Email to counsel for Choice Title re fees owed per request | NXB+ | 0.50 | 92.50 |
| 05/18/10 | Review recent pleadings | KBW | 0.10 | 36.50 |
| 05/19/10 | Email communications with KBW re correspondence and payments received from Third-Party Defendants | NXB+ | 0.30 | 55.50 |
| 05/21/10 | Email letters and charts to C. Murphy re Third-Party Defendant fees per KBW request | NXB+ | 0.60 | 111.00 |
| 05/25/10 | Conference with KBW re Third-Party Plaintiffs' notice of errata and review of same | DJC | 0.40 | 200.00 |
| 05/25/10 | Review recent pleadings (.20); draft correspondence to DJC re same (.10); draft correspondence to Third-Party Defendants re same (.20) | KBW | 0.50 | 182.50 |
| 05/26/10 | Review response to Third-Party Plaintiffs' notice of errata and conference with KBW re same (.80); telephone conference with KBW re settlement proposal (.20) | DJC | 1.00 | 500.00 |
| 05/26/10 | File Third-Party Defendants' Opposition to Notice of Errata re Fifth Amended Consolidated Third Party Complaint; deliver courtesy copy of same to Judge Aspen 05 C 7097 | MXE+ | 0.60 | 66.00 |
| 05/26/10 | Draft opposition to errata re Exhibit A to the FATPC and confer with DJC and Third-Party Defendant group re same | KBW | 2.10 | 766.50 |
| 05/26/10 | Prepare charts of liaison fees for October-December 2009 and January-March 2010 (1.70); email communications with KBW re same (.30) | NXB+ | 2.00 | 370.00 |
| 05/27/10 | Prepare Liaison Counsel fee charts for October-December 2009 and January-March per KBW request (3.50) meet with HMS re formulas for transactions (.50); review all correspondence from Third-Party Defendants to update contact info, etc. (1.20); email charts to KBW for Third-Party | NXB+ | 6.00 | 1,110.00 |

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES

JULY 22, 2010
6312.002/195212
PAGE 5

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| | Defendants (.80) | | | |
| 05/27/10 | Attention to issues re settlement of Edelman cases | DJC | 0.30 | 150.00 |
| 05/27/10 | Review correspondence from B. Newman | KBW | 0.10 | 36.50 |
| 05/28/10 | Confer with NXB, DMO, and HMS re reply in support of motion for judgment | KBW | 0.20 | 73.00 |
| 06/01/10 | Confer with NXB re drafting Reply in Support of Motion for Judgment (.20); work on same (2.20) | KBW | 2.40 | 876.00 |
| 06/02/10 | Correspond with Third-Party Defendants re fees received since Motion for Judgment (.30); prepare Reply in Support of Motion for Judgment (.70) | KBW | 1.00 | 365.00 |
| 06/03/10 | Review correspondence from B. Newman re mediations for different sets of Plaintiffs and forward same to Third-Party Defendants | KBW | 1.10 | 401.50 |
| 06/04/10 | Telephone conference with Third-Party Defendants re fees (.40); draft email to Third-Party Defendants re recovering fees for 4Q09 and 1Q10 (.40) | KBW | 0.80 | 292.00 |
| 06/09/10 | Review pleadings filed today; forward correspondence from B. Newman to Third-Party Defendants and correspond with DJC re communications to Third-Party Defendants | KBW | 0.20 | 73.00 |
| 06/10/10 | Send correspondence to Third-Party Defendants re fees for 4Q09 and 1Q10 and confer with NXB re same | KBW | 0.40 | 146.00 |
| 06/11/10 | Prepare Amended Reply in Support of Motion for Judgment (.40); review chart of contracts with Third-Party Defendants received from B. Newman to Third-Party Defendants Group and correspond with DJC re same (0.70) | KBW | 1.10 | 401.50 |
| 06/17/10 | Correspond with A. Fowerbaugh and other Third-Party Defendants | KBW | 0.10 | 36.50 |
| 06/21/10 | Telephone conference with Roy Waller Third-Party Defendants | KBW | 0.10 | 36.50 |
| 06/29/10 | Draft correspondence to Third-Party Defendants | KBW | 0.20 | 73.00 |
| 06/29/10 | Review email exchange re mediation and final judgment on class action | DJC | 0.30 | 150.00 |

**GOLDBERG KOHN**

GOLDBERG KOHN LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

NATIONAL REAL ESTATE INFORMATION SERVICES        JULY 22, 2010
                                                  6312.002/195212
                                                  PAGE 6

|  |  |
|---|---:|
| TOTAL FOR SERVICES | $ 11,348.00 |

+ DENOTES PARALEGAL

**SERVICE CHARGES AND DISBURSEMENTS**

| | |
|---|---:|
| Copying | 0.20 |
| Facsimile | 4.22 |
| Westlaw Invoice #820172935  February 2010 | 582.37 |
| Westlaw Invoice #820172935  February 2010 | 63.44 |
| Westlaw Invoice #820292088  March 31, 2010 | 312.64 |
| Search Fees - - VENDOR: Pacer Service Center | 0.16 |
| Lexis-Nexis Legal Search Charges Invoice # 1004048333  04/30/2010 | 356.45 |
| Westlaw Invoice #820735163  May 31, 2010 | 95.14 |
| TOTAL SERVICE CHARGES AND DISBURSEMENTS | $ 1,414.62 |
| TOTAL THIS STATEMENT | $ 12,762.62 |