UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
                              Plaintiff,

v.                                             Case No.: 1:05−cv−07097
                                                              Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 2, 2010:

      MINUTE entry before Honorable Marvin E. Aspen:Liaison counsel's Motion [3661] requesting that the Court approve fees in the amount of $8,121.12 as an order of the Court so Liaison counsel may request payment from each third−party defendant without further motion or process, in accordance with the formula approved by this court on 9/8/08, and that liaison counsel be permitted to seek court enforcement upon notice and motion only, against any third−party defendant that refuses to pay the court−ordered fees and expenses upon request is granted. Motion terminated. The motion hearing set for 8/3/10 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.