# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

Plaintiff,

v.

Case No.: 1:05–cv–07097
Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 3, 2010:

MINUTE entry before Honorable Morton Denlow: Due to a scheduling conflict, the Settlement conference regarding Edelman Cases set for 12/07/2010 and 12/08/2010 is stricken and the Settlement conference regarding Harris Firm set for 12/09/2010 and 12/10/2010 is stricken. The parties are to contact Judge Denlow's Courtroom Deputy at 312–435–5857 to set new settlement conference dates. Some possible settlement dates are: 11/15/2010, 11/16/2010, 11/17/2010, 11/29/2010, 11/30/2010, 12/1/2010, 12/2/2010, 12/3/2010, 12/14/2010, 12/15/2010. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.