**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge Marvin E. Aspen |
| BRETT M. BURRIS and CHRISTINE BURRIS, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates Series 2005-R4, AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1-5, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 07 C 123 <br><br> Originally 06 cv 166 (W.D. Mich.) <br><br> Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 <br><br> **DEMAND FOR JURY TRIAL** |

**NOTICE OF MOTION**

TO:    SEE ATTACHED SERVICE LIST

       **PLEASE TAKE NOTICE** that on **Tuesday, August 24, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS BRETT M. BURRIS AND CHRISTINE BURRIS,** a copy of which is hereby served upon you.

                                    s/ Cathleen M. Combs
                                    Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Cathleen M. Combs, hereby certify that on August 5, 2010, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Bernard E. LeSage
blesage@buchalter.com

Mark D. van der Laan
Dykema Gossett, PLLC
300 Ottawa Avenue, N.W.
Suite 700
Grand Rapids, MI  49503

                                s/ Cathleen M. Combs
                                Cathleen M. Combs