UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MDL NO: 1715
LEAD CASE NO. 1:05-CV-07097
THIS DOCUMENT RELATES
TO CASE NO. 06-1734(N.D. ILL.)
and NO. 08-cv00173

IN RE: AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

    **DEFENDANTS**        )
**THIS DOCUMENT RELATES TO**
Ronald I. Chorches, Bankruptcy Trustee
For the estate of Jerome and Cheryl
Sievers V. Ameriquest Mortgage Company
Et al. NO. 06-1734(N.D. ILL.)

Steve T. Harrell, et al. v. Ameriquest Mortgage Co.
NO. 05-cv-07097

July 27, 2010

## MOTION TO AMEND FINAL ORDER AND JUDGMENT TO LIST PLAINTIFFS AS OPT-OUTS FROM CLASS ACTION

Plaintiffs Ronald I. Chorches, Bankruptcy Trustee of the Bankrupt Estate of Jerome and Cheryl Sievers and Plaintiffs Steve T. Harrell, et al., hereby moves this court to amend its Final Order of June 29, 2010 (Docket 3631) to list plaintiffs who had previously provided notice of their election to opt out of participation in the class action settlement. In support of this motion, plaintiffs states as follows: On December 18, 2006, (Attached as Exhibit A) and October 8, 2008, (Attached as Exhibit B) Plaintiffs filed individual opt out notices.

Respectfully Submitted,

By: \_\_\_s/Peter Lachmann_____
Peter Lachmann, Individual Plaintiffs Counsel
Fed Bar No. ct23757

Peter.lachmann@sbcglobal.net
250 West Main Street, Rm 210
Branford, CT 06405
Tel. (203) 488-6793
Fax. (203) 488-6814

By: /s/ Melissa R. Dixon
John M. Gambrel
Melissa R. Dixon
Gambrel & Wilder Law Offices, PLLC
1222 ½ N. Main Street, Suite 2
London, Kentucky 40741
Telephone (606) 878-8906
Facsimile: (606) 878-8907

**Certificate of Service**

Peter Lachmann and Melissa R. Dixon hereby certify that on July 27, 2010, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the court's electonic filing system. Parties may access this filing through the court's filing system.

By   /s/ Peter Lachmann and /s/ Melissa R. Dixon