# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Ronald I. Chorches, Bankruptcy Trustee ) <br> For the estate of Jerome and Cheryl Sievers ) <br> v. ) <br> Ameriquest Mortgage Co. ) <br> Et al., No. 06-1734 (N.D. Ill.) ) <br> ) <br> Steve T. Harrell, et al. ) <br> v. ) <br> Ameriquest Mortgage Co. ) <br> No. 05-cv-07097 (E.D. Ky.) ) | MDL NO. 1715 <br><br> LEAD CASE NO. 05-cv-07097 <br><br> Centralized before the Honorable <br> Marvin E. Aspen |

## NOTICE OF FILING
## MOTION TO AMEND FINAL ORDER AND JUDGMENT TO LIST
## PLAINTIFFS AS OPT-OUTS FROM CLASS ACTION

The Plaintiff, Ronald I. Chorches, Bankruptcy Trustee of the Bankrupt Estate of Jerome and Cheryl Sievers, and the Plaintiffs, Steve T. Harrell, et al., hereby file a Motion to Amend Final Order and Judgment to List Plaintiffs as Opt-Outs from Class Action. The Motion requests that the Final Order of June 29, 2010 (Docket 3631) be amended to list the Plaintiffs, who had previously provided notice of their election to opt out of the class action settlement.

Respectfully submitted,

/s/ Peter Lachmann _____
Peter Lachmann, Individual Plaintiff's Counsel
Fed Bar No. ct23757
Peter.lachmann@sbcglobal.net
250 W. Main St., Rm 210
Branford, CT 06405
Tel (203) 488-6793
Fax. (203) 488-6814

/s/ Melissa R. Dixon
John M. Gambrel
Melissa R. Dixon
Individual Plaintiff's Counsel
mrdixon@gambrelwilderlaw.com
1222 ½ N. Main Street, Suite 2
London, KY 40741
Tel. (606) 878-8906
Fax (606) 878-8907
