# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | Centralized before Judge Marvin E. Aspen |
| VIRGINIA BEANE and ROBERT BEANE, | ) ) | 07 C 1346 |
| Plaintiffs, | ) ) | Originally 5:06-cv-00217-RHB (W.D. Mich.) |
| v. | ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |
| AMERIQUEST MORTGAGE COMPANY, AMERIQUEST FUNDING II, LLC, CITIMORTGAGE, INC., and DOES 1-5, | ) ) ) ) | |
| Defendants. | ) | **JURY DEMANDED** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Tuesday, August 24, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT,** ***INSTANTER*****,** a copy of which is hereby served upon you.

                                                        s/Cathleen M. Combs
                                                        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on August 10, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that a copy was sent by U.S. mail to parties without email addresses.

Michael A. Nicolas
mnicolas@ngelaw.com

Bernard E. LeSage
blesage@buchalter.com

Mark D. Van der Laan
Dykema Gossett PLLC
300 Ottawa Ave. NW
Suite 700
Grand Rapids, MI 49503

                                          s/Cathleen M. Combs
                                          Cathleen M. Combs