**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen) |

**JOINT STIPULATION RE: DISMISSAL OF THIRD-PARTY DEFENDANTS**
**TRAVIS MORTGAGE, LLC AND MACKINNON & TAVANO, LLC**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff Argent Mortgage Company, LLC and Third-Party Defendants Travis Mortgage, LLC and MacKinnon & Tavano, LLC hereby stipulate to the dismissal, with prejudice, of Argent's Fifth Amended Consolidated Third-Party Complaint with respect to the claims against Travis Mortgage, LLC and MacKinnon & Tavano, LLC relating specifically to the claims asserted by plaintiffs Robert and Marci Day (plaintiffs in the action of *Pasacreta, et al. v. Ameriquest Mortgage,* No. 06-CV-02468 (N.D. Ill.)). The parties shall bear their own costs and attorneys' fees.

DATED: August 12, 2010

Respectfully submitted,

By: /s/ Thomas J. Wiegand

*Attorneys for Argent Mortgage Company LLC*

Thomas J. Wiegand (twiegand@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

| | |
|---|---|
| DATED: August 12, 2010 | Respectfully submitted, |
| | By: /s/ Joseph B. Carini III |
| | *Attorneys for MacKinnon & Tavano, LLC* |
| | Joseph B. Carini III<br>JOHNSON & BELL<br>33 West Monroe Street, Suite 2700<br>Chicago, Illinois 60603<br>Telephone: (312) 372-0770<br>Facsimile: (312) 372-9818 |
| DATED: August 12, 2010 | Respectfully submitted, |
| | By: /s/ Kathryn R. Mackey |
| | *Attorneys for Travis Mortgage, LLC* |
| | Kathryn R. Mackey<br>CLAUSEN MILLER, P.C.<br>10 S. LaSalle Street<br>Chicago, Illinois 60603<br>Telephone: (312) 855-1010<br>Facsimile: (312) 606-7777 |

## **CERTIFICATE OF SERVICE**

I, David E. Dahlquist, hereby certify that on this 12th day of August 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ David E. Dahlquist