# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (Centralized before The Honorable Marvin E. Aspen) |
| | Magistrate Judge Morton Denlow |

## AGREED MOTION REGARDING SETTING SETTLEMENT CONFERENCE DATES

Pursuant to the Court's Order (Docket No. 3665) Opt-Out Plaintiffs represented by The Law Offices of Daniel Harris (the "Harris Firm Plaintiffs") and Edelman, Combs, Latturner & Goodwin, LLC (the "Edelman Firm Plaintiffs") and the Ameriquest Defendants have met and conferred regarding the possible dates provided by the Court and confirmed they are available for settlement conferences as follows:

      Edelman Firm Plaintiffs      December 1st and 2nd

      Harris Firm Plaintiffs      December 14th and 15th

The Ameriquest Defendants have affirmatively reached out to counsel for all of the Third-Party Defendants to confirm their availability on these dates. The below chart reflecting Third-Party Defendants' availability is based on the confirmation of availability received by the Ameriquest Defendants.[1] The Ameriquest Defendants have stated "pending" in the chart for those Third-Party Defendants where confirmation as to availability has yet to be received by the Ameriquest Defendants. The Ameriquest Defendants will continue to diligently reach out to Third-Party Defendants who have yet to confirm their availability.

---

[1] Some of the Third-Party Defendants are only involved in one and not both of the settlement conferences. The designation by the Ameriquest Defendants as "available to attend" means the named Third-Party Defendant is available to attend on its applicable proposed settlement conference date. Also, for those out-of-state Third-Party Defendants who are only involved in a few loans, the Ameriquest Defendants have advised them that they would be agreeable to having client representatives available telephonically with counsel present in-person.

BN 6777630v1

| Third-Party Defendant | Availability |
|---|---|
| American Pioneer Title Insurance Company | Available to attend |
| Battersby Title, Inc. | Available to attend |
| Chicago Title Insurance Company | Available to attend |
| Colonial Title & Escrow, Inc. | Available to attend |
| Commonwealth Land Title Company | Available to attend |
| Commonwealth Land Title Insurance Company | Available to attend |
| Equititle, LLC | Available to attend |
| Fidelity National Title Insurance Company | Available to attend |
| First American Title Insurance | Available to attend |
| Home-Land Title & Abstract Co., Inc. | Available to attend |
| Law Offices of Daniel J. Nigro, P.C. | Available to attend |
| Lawyers Title Insurance Company | Available to attend |
| Lawyers Title Insurance Corporation | Available to attend |
| Lee S. Jacobowitz, Esq., an individual | Available to attend |
| Metropolitan Title Company | Available to attend |
| National Real Estate Information Services | Available to attend |
| Northwest Title and Escrow Corporation | Available to attend |
| Richmond Title Services, LP | Available to attend |
| Tek Title, LLC | Available to attend |
| The Talon Group, Division of First American Title Company | Available to attend |
| Ticor Title Insurance Company | Available to attend |
| Ticor Title Insurance Company of Florida | Available to attend |
| Towne & Country Land Title Agency, Inc. | Available to attend |
| Transnation Title Insurance Company | Available to attend |
| United General Title Insurance Company | Available to attend |
| Citywide Title Corporation, an Illinois Corporation | Counsel available, client tele. availability pending |
| Indiana Title Network Company | Counsel available, client tele. availability pending |
| Mortgage Information Services, Inc. | Counsel available, client availability pending |
| Vital Signing, Inc. | Counsel available, client tele. availability pending |
| Specialty Title Services, Inc. | Counsel available, client availability pending |
| Title Source, Inc. | Counsel available, client tele. availability pending |
| Nations Title Agency of Illinois, an Illinois corporation | Counsel available but client not available Dec. 1 and 2; Available Dec. 14 and 15 |
| Nations Title Agency of Michigan, Inc., a Michigan corporation | Counsel available but client not available Dec. 1 and 2; Available Dec. 14 and 15 |
| Nations Title Agency of Missouri, Inc., a Missouri corporation | Counsel available but client not available Dec. 1 and 2; Available Dec. 14 and 15 |
| Old Republic National Title Insurance Agency | Client available but counsel not available Dec. 1 and 2; Available Dec. 14 and 15 |
| Old Republic National Title Insurance Company | Client available but counsel not available Dec. 1 and 2; Available Dec. 14 and 15 |
| A American Financial Group, Inc. | Pending |
| Access Mortgage Group, Inc. NETCO, Inc. | Pending |
| BLS Funding Corp. | Pending |
| Cislo Title Company, a Michigan Corporation | Pending |
| Envision Mortgage Solutions, Inc. | Pending |
| First Merit Settlement Services, Inc. | Pending |
| Illinois Mortgage Funding Corp. | Pending |
| Law Title Insurance Agency, Inc. – Naperville | Pending |

BN 6777630v1

| Third-Party Defendant | Availability |
|---|---|
| Law Title Insurance Company, Inc., an Illinois corporation | Pending |
| Michigan Trust Title Agency, LLC | Pending |
| Netco Title Insurance Company | Pending |
| Prime Plus Mortgage | Pending |
| Roy W. Waller, an individual | Pending |
| Search 2 Close/ Search2Close of Columbus, Limited | Pending |
| Stewart Title Company of Illinois | Pending |
| Stewart Title Guaranty Company | Pending |
| Stewart Title Insurance Company | Pending |
| Stewart Title of Seattle, LLC | Pending |
| The Mortgage Store | Pending |
| Turnkey Title Corporation | Pending |

Counsel for Old Republic Title (involved in 10 Edelman Firm Plaintffs' loans) has advised the Ameriquest Defendants that his client is available to attend the Edelman Firm Plaintiffs settlement conference on December 1 and 2 but that he is not available on those dates. Counsel for Nations Title Agency (involved in 18 Edelman Firm Plaintiffs' loans) has advised the Ameriquest Defendants that he is available to attend the Edelman Firm Plaintiffs settlement conference on December 1 and 2 but that his client is not available on those dates. Both Old Republic and Nations Title have confirmed they are available to attend the Harris Firm Plaintiffs' settlement conference on December 14 and 15. As Old Republic's and Nations Title Agency's participation in mediation is necessary to resolve the claims for the loans that they are involved in the Ameriquest Defendants and Edelman Firm seek guidance from the Court.

The Harris Firm Plaintiffs, Edelman Firm Plaintiffs, and Ameriquest Defendants respectfully request that the Court set the settlement conference for the above-proposed dates or based on the unavailability of certain parties for other dates in the future that are convenient for the Court.

BN 6777630v1

Respectfully submitted,

Dated: August 18, 2010 By: /s/ Bernard E. LeSage

*Attorneys for ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corporation, and Olympus Mortgage Company*

Bernard E. LeSage
BUCHALTER NEMER,
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Dated: August 18, 2010 By: /s/ Daniel Harris .
*Attorneys for Plaintiffs*

The Law Offices of Daniel Harris
150 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936

Dated: August 18, 2010 By: /s/ Cathleen M. Combs .
*Attorneys for Plaintiffs*

Edelman, Combs, Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

4

BN 6777630v1

## CERTIFICATE OF SERVICE

I, Bernard E. LeSage, hereby certify that on this 18th day of August 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Bernard E. LeSage