# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>(Centralized before The Honorable Marvin E. Aspen)<br><br>Magistrate Judge Morton Denlow |

**RESPONSE OF NTHIRD-PARTY DEFENDANTS NATIONS TITLE AGENCY OF ILLINOIS, INC., NATIONS TITLE AGENCY OF MICHIGAN, INC. AND NATIONS TITLE AGENCY OF MISSOURI, INC. TO AGREED MOTION REGARDING SETTING SETTLEMENT CONFERENCE DATES**

Third-Party Defendants, Nations Title Agency of Illinois, Inc., Nations Title Agency of Michigan, Inc. and Nations Title Agency of Missouri, Inc., (Nations Title Entities") through their attorney, David C. McCormack, McCormack Law, S.C. respectfully submit the following response to the Harris Firm Plaintiffs', Edelman Firm Plaintiffs' and Ameriquest's Agreed Motion Regarding Setting Settlement Conference Dates.

Pursuant to the Court's Order (Docket No. 3665), on August 5, 2010 the Nations Title Entities provided counsel for the Harris Firm Plaintiffs, Edelman Plaintiffs and Ameriquest with the dates among those provided by the Court that its insurance representative was available for settlement conference.[1]  The dates are 11/16, 11/17, 11/18, 12/14 and 12/15.  Subsequently, counsel for Nations was notified that the Edelman mediations would occur on 12/1 and 12/2 and the Harris mediations would occur on 12/14 and 12/15.   Counsel for Nations re-communicated

---

[1] The Agreed Motion mistakenly states that Nations' "client" is not available on certain dates.  The dates provided by Nations reflect its insurance representative's availability, whom the Court has made clear in both its Standing Order Setting Settlement Conference and at the hearing on July 29, 2010, must be present in person at the mediation.

its insurance representative's unavailability for the Edelman mediation on 12/1 and 12/2 and asked counsel for the Edelman Plaintiffs and Ameriquest to consider either the November dates provided by Nations or to consider holding mediations on the Edelman claims involving Nations Title on 12/14 and 12/15.[2] Counsel for Nations Title received no response.

With regard to Nations' suggestion that the settlement conferences for the Edelman claims involving Nations be held on 12/14 and 12/15, it should be noted that the Edelman Firm has 132 claims to mediate while the Harris Firm has only 74 claims to mediate. Therefore, addressing the 17 Edelman claims involving the Nations Title Entities on 12/14 would more evenly distribute the overall number of settlement conferences over the four day period reserved for settlement conferences.

The Nations Title Entities respectfully request that the Court set the settlement conference for the above-proposed dates, with the settlement conferences for Edelman claims and Harris claims involving the Nations Title Entities to be held on 12/14 and 12/15 or for other dates in the future that are convenient for the Court.

Dated:   August 19, 2010					By: /s/ David C. McCormack
*Counsel for Third-Party Defendants
Nations Title Agency Of Illinois, Inc.,
Nations Title Agency Of Michigan, Inc.
and Nations Title Agency Of Missouri,
Inc.*

David C. McCormack
MCCORMACK LAW, S.C.
18875 Saratoga Court
Brookfield, WI 53045
Telephone (262) 790-1160
Facsimile (262) 790-1208

---

[2] Nations insurance representative is out of the country on December 1 and December 2.

**CERTIFICATE OF SERVICE**

      I, David C. McCormack hereby certify that on this 19th day of August, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ David C. McCormack