## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: Lead Case No. 05 cv 7097 |
| Ameriquest Mortgage Co., Mortgage Lending Practices Litigation | Individual Case No. 08 cv 992 |

Individual Case:

Sarah Tucker v. Argent Mortgage Company and DOES 1 - 5

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

ARGENT MORTGAGE COMPANY and DOES 1 -5

| | |
|---|---|
| NAME (Type or print) Douglas D. Danielson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Douglas D. Danielson | |
| FIRM Maloney & Craven, P.C. | |
| STREET ADDRESS 2093 Rand Road | |
| CITY/STATE/ZIP Des Plaines, Illinois 60016 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6195910 | TELEPHONE NUMBER (847) 635-1341 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL      APPOINTED COUNSEL | |