IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO THE ) <br> FOLLOWING INDIVIDUAL ACTIONS: ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) | MDL No. 1715 <br><br> Lead Case No. 05-CV-07097 <br><br> Centralized before The Honorable. <br> Marvin E Aspen |

**THIRD-PARTY DEFENDANT OLD REPUBLIC NATIONAL TITLE
INSURANCE CO.'S RESPONSE TO AGREED MOTION REGARDING
SETTLEMENT CONFERENCE DATES**

Third-Party Defendant Old Republic National Title Insurance Company ("ORT"), by its undersigned counsel, hereby responds to the Agreed Motion Regarding Settlement Conference Dates (DE #3676, "Agreed Motion"). In the Agreed Motion, Plaintiffs and Defendants suggest that ORT's client representative and its counsel should be required to attend four separate mediation dates (December 1-2 and 14-15, 2010). ORT respectfully requests that it's client representative either: (a) be allowed to attend the settlement conferences by telephone (with counsel attending in person); or (b) be required to attend the settlement conference for one (1) day on either December 14th or the 15th. In support of its request, ORT states as follows:

1.  ORT's goal in making this request is to avoid a repeat of what occurred during two prior mediations in this matter. In those two prior mediations, ORT's counsel has appeared (either in person or telephonically), but was never asked to participate in any way. ORT's counsel (as well as counsel for other Third-Party Defendants) was ultimately excused both times by the mediator.

2.  In both of those prior mediations, ORT was involved in only a few of the matters

that were being addressed. Further, ORT had been given almost no information, and was therefore unable to meaningfully participate.

3. These same circumstances exist with respect to the Edelman and Harris cases.

4. The Edelman Firm represents 220 plaintiffs and the Harris Firm represents 130 plaintiffs. (DE #3649 at 4). By contrast, ORT is involved in only nine (9) Edelman cases, and two (2) Harris.[1]

5. Given the extremely limited discovery that has occurred, ORT has almost no information concerning potential liability or damages for the matters that are being mediated.

6. ORT's client representative is located in Minneapolis, Minnesota. Requiring ORT's client representative to travel to Chicago under these circumstances would cause unnecessary expense. Requiring ORT's representative to travel to Chicago for multiple days would certainly be disproportionately expensive in relation to the value of ORT's participation.

Dated: August 19, 2010	By: s/Andrew R. Greene
*Counsel For Third-Party Defendant Old Republic National Title*

Andrew R. Greene (ARDC #6225072)
John O'Bryan (ARDC #6243592)
Johnston Greene LLC
542 South Dearborn Street, Suite 1100
Chicago, Illinois 60605
(312) 341-3900

---

[1] Defendants have indicated to ORT that ORT is involved in ten (10) Edelman cases and three (3) Harris cases. The parties will need to work together to determine the reason for the discrepancy.