# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ameriquest Mortgage Company, et al.

                                    Plaintiff,

v.                                                                  Case No.: 1:05–cv–07097
                                                                 Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 19, 2010:

      MINUTE entry before Honorable Marvin E. Aspen:Ameriquest Mortgage Company's motion for joinder in Wells Fargo Home Mortgage, Inc.'s d/b/a America's Servicing Company's Rule 41(b) motion to dismiss (3643) is granted. Motion terminated. Defendant Wells Fargo's Motion to dismiss for lack of prosecution [3643]is denied. Motion terminated. Plaintiff's failure to timely hire a new attorney and/or her decision to proceed pro se does not warrant dismissal of the action. The motion hearing set for 8/24/10 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.