**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-cv-07097<br><br>Centralized before Judge Marvin E. Aspen |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

_____

| | | |
|---|---|---|
| ROSE J. BLACK and DAVID E. BLACK, SR., | ) ) | |
| Plaintiffs, | ) ) | 06 C 4418 |
| v. | ) ) ) | Judge Lefkow |
| ARGENT MORTGAGE COMPANY, LLC, HOMEQ SERVICING CORPORATION; WELLS FARGO BANK, N.A., PARK PLACE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2004-WHQ1 under the Pooling and Servicing Agreement dated as of September 1, 2004; and DOES 1-5, | ) ) ) ) ) ) ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case # 05 C 7097) |
| Defendants. | ) ) | **JURY DEMANDED** |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

     **PLEASE TAKE NOTICE** that on **Tuesday, August 31, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT,** *INSTANTER,* a copy of which is attached and hereby served upon you.

                                                        Respectfully submitted,

                s/Cathleen M. Combs
                Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS
 & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

  I, Cathleen M. Combs, hereby certify that on August 20, 2010, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  I also certify that a copy was sent by U.S. mail to parties without email addresses.

| | |
|---|---|
| Bernard E. LeSage<br>blesage@buchatler.com | Ocwen Loan Servicing, LLC<br>c/o Registered Agent<br>Illinois Corporation Service Co. |
| Jonathan N. Ledsky<br>jledsky@vbhlc.com | 801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261. |
| Craig Allen Varga<br>cvarga@vbhlc.com | |
| Renee Lynn Zipprich<br>rzipprich@dykema.com | |
| Richard Eric Gottlieb<br>rgottlieb@dykema.com | |

                s/ Cathleen M. Combs
                Cathleen M. Combs