**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) | MDL No. 1715 Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| BOBBY JUDE, JR., and KELLIE T. JUDE, | ) ) | |
| Plaintiffs, | ) ) | 06 C 1691 |
| v. | ) ) ) | Judge Andersen Magistrate Judge Schenkier |
| TOWN & COUNTRY CREDIT CORPORATION; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC.; Asset Backed Pass Through Certificates, Series 2004-R12, Under the Pooling and Servicing Agreement dated as of December 1, 2004, Without Recourse, and DOES 1-5, | ) ) ) ) ) ) ) ) ) ) | (Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097) |
| Defendants. | ) ) | **JURY DEMANDED** |

### NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

       **PLEASE TAKE NOTICE** that on **Tuesday, August 31, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Marvin E. Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** *INSTANTER***,** a copy of which is hereby served upon you.

                                            s/Cathleen M. Combs

                                              Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

        I, Cathleen M. Combs, hereby certify that on August 23, 2010, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.


Harold B. Hillborn
hhilborn@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vbhlc.com, sortega@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com


                                            s/Cathleen M. Combs
                                            Cathleen M. Combs