UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
Eastern Division

Ameriquest Mortgage Company, et al.
                                  Plaintiff,

v.                                              Case No.: 1:05−cv−07097
                                                           Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 24, 2010:

      MINUTE entry before Honorable Morton Denlow:Magistrate Judge Telephonic Status hearing held on 8/24/2010. Telephonic Status hearing with Counsel for Plaintiffs, Defendants and Third−Party Liasons is continued to 9/22/2010 at 02:00 AM. Settlement conference regarding Edelman Cases set for 12/01/2010 and 12/02/2010 at 8:00 a.m. Settlement conference regarding Harris Firm set for 12/14/2010 and 12/15/2010 at 8:00 a.m. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.