# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| ———————————————————— | ) | Lead Case No. 05-cv-07097 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Centralized before Judge |
| | ) | Marvin E. Aspen |
| | ) | |
| | ) | |
| Daniel Whitaker, et al., v. | ) | |
| Ameriquest Mortgage Company, et al. | ) | |
| Case No. 08-cv-7280; | ) | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs Daniel Whitaker; Marvin & Priscilla Webb; and Betty Harris (deceased), and pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* files this stipulation of dismissal of Plaintiffs' claims against all Defendants in the above styled case in its entirety with prejudice. Each party shall bear its own costs and attorney fees.

Defendants expressly reserve all of their third-party claims in connection with the cases being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted this the 27th day of August, 2010.

*/s/ William H. Robertson V*

One of the Attorneys for Plaintiffs
Beasley, Allen, Crow,
Methvin, Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-4160
Fax: (334) 954-7555
Bill.robertson@beasleyallen.com

*/s/ Bernard E. LeSage*

*Attorneys for Ameriquest Mortgage
Company; AMC Mortgage Services,
Inc.; Town & Country Credit
Corporation; Ameriquest Capital
Corporation; Town & Country Title
Services, Inc.; and Ameriquest
Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, P.C.
1000 Wilshire Boulevard,
Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

2

## **CERTIFICATE OF SERVICE**

I further certify that on this the 27th day of August 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William H. Robertson, V*
OF COUNSEL