**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| CHRISTOPHER R. ROOP and SARAH ROOP, | ) ) ) | 07 C 1347 |
| Plaintiffs, v. | ) ) ) ) | (Originally 06 C 218 (W.D. Mich.)) |
| ARGENT MORTGAGE COMPANY, LLC; EMC MORTGAGE CORPORATION; LASALLE BANK, N.A., BEAR STERNS MORTGAGE CAPITAL CORPORATION, Asset Backed Securities I LLCAsset Backed Certificates, Series 2005-AQ1; and DOES 1-5, | ) ) ) ) ) ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |
| Defendants. | ) ) | **JURY DEMANDED** |

## SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a)(1), counsel for Plaintiffs informs the Court and the parties that Plaintiff, Christopher R. Roop, passed away on or about January 14, 2009.

                                                                         s/ Cathleen M. Combs
                                                                          Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor

Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on August 30, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bernard E. LeSage
blesage@buchalter.com

Richard Gottlieb
rgottlieb@dykema.com

Renee Zipprich
rzipprich@dykema.com

Mark D. van der Laan
Dykema Gossett, PLLC
300 Ottawa Avenue, N.W.
Suite 700
Grand Rapids, MI 49503

                s/Cathleen M. Combs
                Cathleen M. Combs