# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

___

| | |
|---|---|
| CHRISTOPHER R. ROOP and ) <br> SARAH ROOP, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ARGENT MORTGAGE COMPANY, LLC; ) <br> EMC MORTGAGE CORPORATION; LASALLE ) <br> BANK, N.A., BEAR STERNS MORTGAGE ) <br> CAPITAL CORPORATION, Asset Backed ) <br> Securities I LLCAsset Backed Certificates, Series ) <br> 2005-AQ1; and DOES 1-5, ) <br> ) <br> Defendants. ) | 07 C 1347 <br><br> Originally 06 C 218 (W.D. Mich.) <br><br> Transferred to Judge Aspen for <br> pretrial proceedings under MDL <br> #1715, Lead Case #05 C 7097 <br><br> **JURY DEMANDED** |

## MOTION TO SUBSTITUTE PARTY

Counsel for plaintiffs hereby move to substitute Nancy Salazar and Jacob Salazar, as Representatives of the Estate of Christopher Roop, as plaintiffs for Christopher R. Roop.

In support of this motion, plaintiffs state:

1. Christopher R. Roop passed away on or about January 14, 2009.

2. Counsel for plaintiffs filed a Suggestion of Death of Christopher R. Roop on August 30, 2010.

3. On April 8, 2009, Nancy Salazar and Jacob Salazar executed Letters of

Authority for Personal Representative, establishing themselves as Co-Personal Representatives of the estate of Christopher Roop through the Wayne County Probate Court, file no. 2009-740762-DE.

WHEREFORE, plaintiffs respectfully request that the Court enter an order substituting Nancy and Jacob Salazar, as Representatives of the Estate of Christopher Roop, for Christopher R. Roop as plaintiffs in this matter.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on August 30, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Bernard E. LeSage<br>blesage@buchalter.com<br><br>Richard Gottlieb<br>rgottlieb@dykema.com<br><br>Renee Zipprich<br>rzipprich@dykema.com | Mark D. van der Laan<br>Dykema Gossett, PLLC<br>300 Ottawa Avenue, N.W.<br>Suite 700<br>Grand Rapids, MI  49503 |

s/Cathleen M. Combs
Cathleen M. Combs