**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 |
| _____ | ) ) | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Centralized before Judge Marvin E. Aspen |

_____

| | | |
|---|---|---|
| CHRISTOPHER R. ROOP and SARAH ROOP, | ) ) ) | 07 C 1347 |
| Plaintiffs, v. | ) ) ) ) | (Originally 06 C 218 (W.D. Mich.)) |
| ARGENT MORTGAGE COMPANY, LLC; EMC MORTGAGE CORPORATION; LASALLE BANK, N.A., BEAR STERNS MORTGAGE CAPITAL CORPORATION, Asset Backed Securities I LLCAsset Backed Certificates, Series 2005-AQ1; and DOES 1-5, | ) ) ) ) ) ) ) | Transferred to Judge Aspen for pretrial proceedings under MDL #1715, Lead Case #05 C 7097 |
| Defendants. | ) ) | **JURY DEMANDED** |

**NOTICE OF MOTION**

TO:    SEE ATTACHED SERVICE LIST

   **PLEASE TAKE NOTICE** that on **Thursday, September 2, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION TO SUBSTITUTE PARTY,** a copy of which is hereby served upon you.

                                         s/ Cathleen M. Combs
                                         Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

### **CERTIFICATE OF SERVICE**

     I, Cathleen M. Combs, hereby certify that on August 30, 2010, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that true and correct copies were additionally sent *via* U.S. Mail to those parties without email addresses.

Bernard E. LeSage
blesage@buchalter.com

Richard Gottlieb
rgottlieb@dykema.com

Renee Zipprich
rzipprich@dykema.com

Mark D. Van der Laan
Dykema Gossett PLLC
300 Ottawa Ave. NW
Suite 700
Grand Rapids, MI 49503

                                        s/Cathleen M. Combs
                                        Cathleen M. Combs