# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Ameriquest Mortgage Company, et al.
                                    Plaintiff,

v.                                  Case No.: 1:05−cv−07097
                                    Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 31, 2010:


MINUTE entry before Honorable Marvin E. Aspen:Plaintiff's MOTION to substitute Nancy Salazar and Jacob Salazar as Representatives of the Estate of Christopher Roop as plaintiffs for Christopher R. Roop [3706] (Case Ni, 97C1347 Roop, et al v. Argent Mortgage, et al) is granted. Motion terminated. Party Nancy Sa;azar and Jacob Salazar added. Christopher Roop terminated. The motion hearing set for 9/2/10 is stricken. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.