**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) | | |
| MORTGAGE LENDING PRACTICES ) | | |
| LITIGATION ) | MDL No. 1715 | |
| ) | | |
| _____) | Lead Case No. 05-cv-07097 | |
| ) | | |
| ) | Centralized before Judge | |
| ) | Marvin E. Aspen | |
| ) | | |

_____

| | | |
|---|---|---|
| BENJAMIN MILLER and ) | | |
| KATHERINE MILLER, ) | 07 C 1623 | |
| ) | | |
| Plaintiffs, ) | Originally 07 C 3038 | |
| ) | (C.D. Ill.) | |
| v. ) | | |
| ) | Transferred to Judge Aspen | |
| AMERIQUEST MORTGAGE COMPANY, AMC ) | for pretrial proceedings under | |
| MORTGAGE SERVICES, INC., WM SPECIALTY ) | MDL #1715, Lead Case #05 | |
| MORTGAGE, LLC, AMERICAN FAMILY PROPERTY ) | C 7097 | |
| SERVICES, and DOES 1-5, ) | | |
| ) | **JURY DEMANDED** | |
| Defendants. ) | | |

**MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS
BENJAMIN MILLER AND KATHERINE MILLER**

Counsel for plaintiffs, Daniel A. Edelman, Cathleen M. Combs, and James O. Latturner of EDELMAN, COMBS, & LATTURNER, LLC ("Counsel") respectfully request that this Court grant them leave to withdraw their appearances on behalf of plaintiffs Benjamin Miller and Katherine Miller pursuant to Rule 83.17 of the Northern District of Illinois.

In support of this motion, Counsel state the following:

1. Notice of this motion has been sent by certified mail and email to plaintiffs'

1

last known address.

       2.       Plaintiffs have failed to cooperate with Counsel.

       3.       This communication breakdown between Plaintiffs and Counsel has made it unreasonably difficult to represent Plaintiffs.

WHEREFORE, Counsel respectfully request that this Court grant leave to withdraw their appearances on behalf of plaintiffs and grant plaintiffs 60 days to find other counsel, and/or file a supplementary appearance.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Cathleen M. Combs, hereby certify that on August 31, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a true and correct copy was mailed to parties without an email address.

John M. Broderick
jbroderick@pjjq.com

Linzey D. Jones, Jr.
Lgones@pjjq.com

Bernard E. LeSage
blesage@buchalter.com

Scott J. Helfand
shelfand@vbhlc.com

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Kevin J. McFadden
Zack Stamp LTD
601 W. Monroe St.
Springfield, IL 62704

                                                s/Cathleen M. Combs
                                                Cathleen M. Combs