**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 <br><br> Centralized before Judge <br> Marvin E. Aspen |

_____

| | |
|---|---|
| BENJAMIN MILLER and ) <br> KATHERINE MILLER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, AMC ) <br> MORTGAGE SERVICES, INC., WM SPECIALTY ) <br> MORTGAGE, LLC, AMERICAN FAMILY PROPERTY ) <br> SERVICES, and DOES 1-5, ) <br> ) <br> Defendants. ) | 07 C 1623 <br><br> (Originally 07 C 3038 <br> (C.D. Ill.)) <br><br> (Transferred to Judge Aspen <br> for pretrial proceedings under <br> MDL #1715, Lead Case #05 <br> C 7097) <br><br> **JURY DEMANDED** |

<u>**NOTICE OF MOTION**</u>

TO: SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **Tuesday, September 21, 2010,** at **10:30 a.m.**, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION TO WITHDRAW REPRESENTATION OF PLAINTIFFS BENJAMIN MILLER AND KATHERINE MILLER,** a copy of which is hereby served upon you.

s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman

1

Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Cathleen M. Combs, hereby certify that on August 31, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a true and correct copy was mailed to parties without an email address.

John M. Broderick
jbroderick@pjjq.com

Linzey D. Jones, Jr.
Lgones@pjjq.com

Bernard E. LeSage
blesage@buchalter.com

Scott J. Helfand
shelfand@vbhlc.com

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Kevin J. McFadden
Zack Stamp LTD
601 W. Monroe St.
Springfield, IL 62704

                                              s/Cathleen M. Combs
                                              Cathleen M. Combs