IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 <br><br> Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO: | Centralized before Judge Marvin E. Aspen |
| Lisa Parker, et al., v. Ameriquest Mortgage Company, et al. Case No. 08-cv-2627; | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs Lisa Parker, Connie Freeman, Michael and Debbie Jones, William Kervin, Janie Jones, Robert and Michelle Prater, LaFranco Bridges and Mattie Pace and pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* files this stipulation of dismissal of Plaintiffs' claims against Defendants Ameriquest, AMC and ACC in the above styled case in its entirety with prejudice. The claims of any and all remaining Plaintiff(s) against any remaining Defendant(s) in this suit will continue to be prosecuted, specifically Plaintiffs' Michael and Debbie Jones, Janie Jones, Robert and Michelle Prater and LaFranco Bridges' claim(s) against Defendant American Home Mortgage Servicing, Inc. (AHMSI). Each party shall bear its own costs and attorney fees.

Defendants expressly reserve all of their third-party claims in connection with the cases being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

Respectfully submitted this the 2nd day of September, 2010.

*/s/ William H. Robertson V*
One of the Attorneys for Plaintiffs

Beasley, Allen, Crow,
Methvin, Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-4160
Fax: (334) 954-7555
Bill.robertson@beasleyallen.com

*/s/ Bernard E. LeSage*

*Attorneys for Ameriquest Mortgage Company; AMC Mortgage Services, Inc.; Town & Country Credit Corporation; Ameriquest Capital Corporation; Town & Country Title Services, Inc.; and Ameriquest Mortgage Securities, Inc.*

Bernard E. LeSage, Esq.
Sarah K. Andrus, Esq.
BUCHALTER NEMER, P.C.
1000 Wilshire Boulevard,
Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

## **CERTIFICATE OF SERVICE**

I further certify that on this the 2nd day of September 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William H. Robertson, V*
OF COUNSEL
