**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05 C 7097 |
| THIS DOCUMENT RELATES TO:<br><br>*Camille J. Gburek v. Argent Mortgage, et al.*, Case No. 06 C 2639 (N.D. Ill.) | Centralized before The Honorable Marvin E. Aspen |

**DEFENDANT WMC'S MOTION TO ESTABLISH ALTERNATE PROCEDURES
FOR RESCISSION CLAIMED BY PLAINTIFF UNDER 15 U.S.C. § 1635
AND TO REQUIRE PLAINTIFF TO PROCEED WITH RESCISSION**

Pursuant to 15 U.S.C. § 1635(b), defendant WMC Mortgage, LLC as successor in interest to WMC Mortgage Corp. ("WMC") moves to establish alternate procedures for the rescission demanded by Camille J. Gburek ("Plaintiff"), and to require Plaintiff to proceed with rescission. In support of its motion, WMC states the following:

1. In Count IV of her Complaint, Plaintiff seeks to rescind her mortgage loan with WMC. WMC has attempted to proceed with rescission, but Plaintiff has failed to provide WMC with assurances that she is able to tender the non-rescindable portion of her loan.

2. In light of this failure to provide assurances, and in order to protect WMC, this Court should alter the rescission procedures under 15 U.S.C. § 1635(b) to require Plaintiff to tender the non-rescindable portion of her loan before WMC is required to release its security interest in Plaintiff's property or return any monies to Plaintiff. This Court should impose a reasonable deadline of October 8, 2010, by which Plaintiff must tender the non-rescindable loan amounts to WMC. If Plaintiff is unwilling or unable to tender the non-rescindable loan amounts

to WMC by October 8, 2010, then this Court should dismiss Count IV of Plaintiff's Complaint with prejudice as moot.

3.     As further grounds for this motion, WMC refers to and incorporates by reference its memorandum in support of this motion, filed concurrently.

WHEREFORE, defendant WMC Mortgage, LLC as successor in interest to WMC Mortgage Corp., respectfully requests that this Court: (i) alter the rescission procedure under 15 U.S.C. § 1635 to require Plaintiff to tender all non-rescindable loan amounts before WMC is required to release its security interest in the property or return any monies to Plaintiff; (ii) require Plaintiff to tender all non-rescindable loan amounts to WMC by October 8, 2010; and (iii) if Plaintiff fails to do so, dismiss Count IV of Plaintiff's Complaint as moot, and granting such other and further relief as the Court deems appropriate.

Dated: September 9, 2010         Respectfully submitted,

**WMC Mortgage, LLC as successor in interest to WMC Mortgage Corp.**

By:   s/ Amy R. Jonker
      Patrick T. Stanton
      Amy R. Jonker (ARDC #6283174)
      DYKEMA GOSSETT PLLC
      10 South Wacker Drive, Suite 2300
      Chicago, IL 60606
      Phone: 312-876-1700
      Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2010, I electronically filed the foregoing **Defendant WMC's Motion to Establish Alternate Procedures for Rescission Claimed by Plaintiff Under 15 U.S.C. § 1635 and to Require Plaintiff to Proceed with Rescission** with the Clerk of the Court using the CM/ECF system, which sent electronic notification of the filing on the same day to all counsel of record, including:

>Keith J. Keogh (keith@keoghlaw.com)
>Ainat Margalit (amargalit@keoghlaw.com)

s/ Amy R. Jonker

CHICAGO\2992304.1
ID\ARJ - 104143/0001