# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br><br>Lead Case No. 05 C 7097 |
| THIS DOCUMENT RELATES TO:<br><br>*Camille J. Gburek v. Argent Mortgage, et al.*, Case No. 06 C 2639 (N.D. Ill.) | Centralized before The Honorable Marvin E. Aspen |

## NOTICE OF MOTION

**TO:** COUNSEL OF RECORD

    **PLEASE TAKE NOTICE** that on **Thursday, September 16, 2010**, at **10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Marvin E. Aspen** or any judge sitting in his stead in **Room 2568** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **Defendant WMC's Motion to Establish Alternate Procedures for Rescission Claimed by Plaintiff Under 15 U.S.C. § 1635 and to Require Plaintiff to Proceed with Rescission**, a copy of which is attached hereto.

Dated: September 9, 2010

Respectfully submitted,

**WMC Mortgage, LLC as successor in interest to WMC Mortgage Corp.**

By: s/ Amy R. Jonker
Patrick T. Stanton
Amy R. Jonker (ARDC #6283174)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2010, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which sent electronic notification of the filing on the same day to all counsel of record, including:

> Keith J. Keogh (keith@keoghlaw.com)
> Ainat Margalit (amargalit@keoghlaw.com)

s/ Amy R. Jonker

CHICAGO\3034649.1
ID\JRMA - 104143/0001